# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: September 10, 2003)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Motion for Modification of Pretrial Schedule. Further to the telephonic status conference held on the record on September 9, 2003, the court GRANTS defendant's motion in part and DENIES defendant's motion in part. The court issues a separate Amended Pretrial Scheduling Order of even date.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge