# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: September 10, 2003)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Upon review of Defendant's Motion for Modification of Pretrial Schedule and further to the telephonic status conference held on the record on September 9, 2003, the court AMENDS its Pretrial Scheduling Order of October 18, 2002 as follows:

1. Fact Discovery. All fact discovery, including all depositions, shall conclude on or before Wednesday, January 14, 2004. In order to achieve this deadline, the parties shall make witnesses available at reasonably convenient times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying . . . ." See RCFC 32(a). As requested by the parties in their Joint Preliminary Status Report, the parties may conduct up to 30 depositions, up to 10 to be scheduled by plaintiff and up to 20 to be scheduled by defendant.

2. Expert Discovery. All expert discovery, including the exchange of expert reports and excepting only the completion of expert depositions, shall be completed on or before February 4, 2004.

3. Expert Depositions. All depositions of experts shall be completed on or before February 18, 2004.

4. Meeting of Counsel. As set forth in Appendix A ¶ 13, the parties shall meet to satisfy the requirements of this section including the exchange of exhibit and witness lists on or before March 24, 2004.

5. Dispositive Motions. Dispositive motions shall be filed on or before January 28, 2004. The motions and all responsive filings shall be filed simultaneously. Responsive briefing shall be filed within the time periods prescribed by the court's rules.

6. Memorandum of Contentions of Fact and Law. In accordance with Appendix A ¶ 14, plaintiff shall file its Memorandum of Contentions of Fact and Law on or before April 14, 2004. Defendant shall file its responsive memorandum on or before May 12, 2004. The memoranda shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 15 and 16. Any objection to a witness or exhibit not made in the Memorandum of Contentions of Fact and Law or a separate motion filed on the same date shall be deemed waived unless justice shall otherwise require. The parties shall prepare a joint preliminary trial schedule or, if they cannot agree, separate trial schedules, using the template attached. The parties shall confer prior to the pretrial conference for the purpose of resolving as many objections as possible.

7. Pretrial Conference. The pretrial conference will be held on June 2, 2004 at the National Courts Building, 717 Madison Place, N.W., Washington, DC 20004. The parties shall bring to the pretrial conference at least three copies of any exhibit as to which an objection remains outstanding.

8. Trial. Trial will be held during the week of June 14, 2004. Trial will begin at 10:00 a.m. on Tuesday, June 15, 2004 and at 9:00 a.m. on successive days. Trial will be held in Houston, TX. The exact location of trial will be determined by further order of the court. Should additional time be required for trial, the court has set aside the following week of June 21, 2004 as well.

Due to the continuing problems with Washington, DC mail, the parties are directed to fax courtesy copies of any time-sensitive documents to the court and opposing counsel throughout the proceedings.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT

Judge

Renda Marine, Inc. v. The United States (02-306C)
Trial Dates: June 15, 2004-June 25, 2004
United States Court of Federal Claims

| Time | Tuesday 6/15 | Wednesday 6/16 | Thursday 6/17 | Friday 6/18 |
|---|---|---|---|---|
| 9:00 | | | | |
| 9:30 | | | | |
| 10:00 | | | | |
| 10:30 | | | | |
| 11:00 | | | | |
| 11:30 | | | | |
| 12:00 | | | | |
| 12:30 | Break | Break | Break | Break |
| 1:00 | | | | |
| 1:30 | | | | |
| 2:00 | | | | |
| 2:30 | | | | |
| 3:00 | | | | |
| 3:30 | | | | |
| 4:00 | | | | |
| 4:30 | | | | |
| 5:00 | | | | |
| 5:30 | | | | |
| 6:00 | | | | |

Renda Marine, Inc. v. The United States (02-306C)
Trial Dates: June 15, 2004-June 25, 2004
United States Court of Federal Claims

| Time | Monday 6/21 | Tuesday 6/22 | Wednesday 6/23 | Thursday 6/24 | Friday 6/25 |
|---|---|---|---|---|---|
| 9:00 | | | | | |
| 9:30 | | | | | |
| 10:00 | | | | | |
| 10:30 | | | | | |
| 11:00 | | | | | |
| 11:30 | | | | | |
| 12:00 | | | | | |
| 12:30 | Break | Break | Break | Break | Break |
| 1:00 | | | | | |
| 1:30 | | | | | |
| 2:00 | | | | | |
| 2:30 | | | | | |
| 3:00 | | | | | |
| 3:30 | | | | | |
| 4:00 | | | | | |
| 4:30 | | | | | |
| 5:00 | | | | | |
| 5:30 | | | | | |
| 6:00 | | | | | |