# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: September 15, 2003)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court unfiled is Renda's Response in Partial Opposition to the United States' Motion for Modification of Pretrial Schedule. Plaintiff has attempted to file a paper version of the document. Because this case was converted to electronic case filing on September 8, 2003, the document cannot be filed in its current format. The Clerk of the Court shall return the document to plaintiff.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge