# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: October 6, 2003)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On August 5, 2003, the court ordered as follows:

> Counsel for the parties in this action previously have been informed by the Clerk that on September 8, 2003 this case will be converted to electronic case filing (ECF). After that date, except in the highly limited circumstances authorized by General Order 2003-42, the court will not accept the paper filing of any document in this case. The parties are also advised that the court will not ordinarily accept an attorney's failure to register and be trained to use the ECF system as good cause for failing to file any document in this matter. Accordingly, if counsel has not already done so, he or she shall promptly register and be trained in preparation for the September 8, 2003 conversion of this case to ECF. If attorneys have questions on what is required, they can contact the CM/ECF User Assistance line at 866-784-6273 (toll free) or 202-219-9942, Monday to Friday, 9 a.m. to 5 p.m.

Order of August 5, 2003.

Counsel for plaintiff has not, as of October 3, 2003, complied with the order by obtaining a cm/ecf account with the court. Such counsel shall comply with the court's August 5, 2003 Order and this Order by obtaining a cm/ecf account on or before October 21, 2003. If the foregoing is not timely complied with, the court may employ any available sanction. Courtesy copies of this Order shall be delivered to counsel by first class mail and, if possible, by facsimile.

IT IS SO ORDERED.

/s Emily C. Hewitt
EMILY C. HEWITT
Judge