IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 02-306C |
| v. | § | |
| | § | (Judge Hewitt) |
| THE UNITED STATES, | § | |
| | § | |
| Defendant. | § | |

**RENDA'S RESPONSE IN PARTIAL OPPOSITION TO THE UNITED STATES' MOTION FOR MODIFICATION OF PRETRIAL SCHEDULE**

Comes Now, Renda Marine, Inc. and files this, its Response in Partial Opposition to Defendant United States of America's ("Defendant" or "United States") Motion for Modification of Pretrial Schedule. Renda opposes Defendant's Motion only to the extent that it seeks to continue the trial date scheduled in this matter.

Defendant's Motion asks for a continuance in the entire schedule, including the trial date. However, the only reason Defendant gives for continuing the trial date is Defendant's contention that depositions and written discovery cannot be completed by the current discovery cutoff of November 5, 2003.

This is no basis for continuing the trial date and Renda's sought-after day in court. The pre-trial conference in this matter is not set until May of 2004, and trial in this matter is not set until June of 2004, which is nearly ten months away. As Renda Marine has advised Defendant, Renda Marine is agreeable to extending the discovery period to accommodate the discovery that Defendant says must still be undertaken. Doing so, however, does not require moving the trial date.

Defendant has pointed to no reason why the trial date must be moved. Defendant's discussion points to no conflict with the trial date necessitating that the trial date be continued.

Further, Defendant has wholly failed to carry its burden of demonstrating that it will be prejudiced by not continuing the trial date and that continuing the trial date will not inconvenience Renda and or the Court. *See e.g. U.S. v. 2.61 Acres of Land*, 791 F.2d 666 (9th Cir., 1985); *and see e.g. Fowler v. Jones*, 899 F.2d 1088, 16 Fed.R.Serv.3d 1068 (11th Cir.(Ala.), 1990).

Wherefore, Renda Marine, Inc. respectfully requests that this Court deny Defendant's Motion for Modification of Pretrial Schedule to the extent that it seeks to move the trial date in this action.

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: ______________________

Brian W. Erikson
State Bar No. 06643800
Eric A. Zukoski
State Bar No. 24010509

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEYS FOR RENDA MARINE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of ~~August,~~ September 2003, a true and correct copy of the foregoing was sent via first class mail, postage prepaid, to the following:

John E. Kosloske, Esq.
Senior Trial Counsel, Commercial Litigation Branch
Department of Justice
Attn.: Classification Unit
1100 L Street N.W., Room 8012
Washington, DC 20530

Brian W. Erikson