IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-306C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE
CORRECTED COPY OF SECOND MOTION TO COMPEL

Defendant, the United States, respectfully requests leave of this Court to file "Defendant's Second Motion to Compel (Corrected Copy)" dated January 7, 2004. The corrected motion is the same as "Defendant's Second Motion to Compel" dated January 7, 2004, except that the corrected motion is paginated. "Defendant's Second Motion to Compel" inadvertently was not paginated.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

JANUARY 7, 2004