# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: January 14, 2004)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Motion for Leave to File Corrected Copy of Second Motion to Compel. The court GRANTS defendant's motion for leave.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge