# In the United States Court of Federal Claims

No. 02-306 C

(Filed: January 15, 2004)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Second Motion to Compel (Corrected Copy) which supercedes Defendant's Second Motion to Compel. Further to the informal telephonic status conference held in this matter on January 15, 2004 and by agreement of the parties, defendant's motion to compel is now MOOT.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge