UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>PLAINTIFF,<br><br>V.<br><br>UNITED STATES ARMY<br>CORPS OF ENGINEERS,<br>DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 02-306C<br><br>(JUDGE HEWITT) |

**RENDA MARINE, INC.'S SECOND SUPPLEMENTAL ANSWERS/RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

TO: United States Army Corps of Engineers, through its attorney of record, John E. Kosloske, Department of Justice, 1100 L Street, N.W., Room 8012, Washington, D.C. 20530.

Renda Marine, Inc. ("Renda"), supplements its answers/responses to the First Set of Interrogatories and Second Request for Production of Documents of the United States Army Corps of Engineers ("Corps"), as follows.

**FIRST SET OF INTERROGATORIES**

INTERROGATORY NO. 1:

Identify each individual that plaintiff expects to call as an expert witness at trial and, with respect to each such individual, state:

(a) the subject matter upon which he or she is expected to testify;
(b) the substance of the facts to which he or she is expected to testify; and
(c) the substance of the opinions to which he or she is expected to testify and the ground(s) for each such opinion.

ANSWER:

1. Barry Smith
Pathfinder Construction Consulting, Inc.
18605 Hawks Trail Drive
Wildwood, MO 63069
Phone: (636) 273-5930
Fax: (636) 458-7620

Mr. Smith is expected to testify about Renda's work on the Project, Renda's claims on the Project, and the Government's responses to such claims. Mr. Smith is expected to testify that Renda's claims are meritorious and should be paid. Mr. Smith's opinions and conclusions are based on his review of Renda's Project files and Renda's written claims. Mr. Smith personally observed some of Renda's operations.

2. Robert B. McCullough, P.E., C.C.E.
McCullough & Associates
15938 Midway Road
Addison, Texas 75001
Phone: (972) 385-3158
Fax: (972) 385-3159

Mr. McCullough is a registered professional engineer and a certified cost engineer. Mr. McCullough has reviewed correspondence, contract documents, e-mail, soil borings, Renda's claims, and many other documents concerning the Project.

Based on his review of the Project documents, and his education, experience, and training, Mr. McCullough has developed the following opinions:

(1) Flare Area Differing Site Conditions – $4,691,688.00: The soil conditions that Renda encountered were materially different and significantly stiffer than the conditions indicated in the Contract Documents. Renda had more difficulty dredging the stiffer clays of the Flare Area than Renda would have had the conditions been as shown in the Contract Documents. As a direct result of the stiffer clay in the Flare Area, Renda's dredging progress was slowed, and Renda incurred significantly more expense. A significant amount of the extra expense arose from Renda's land-based equipment, much of which was involved in levee construction. This land-based equipment was slowed awaiting suitable material dredged from the Flare Area.

(2) Lost Lake Levees – $6,258,853.00: As a by-product of the dredging operations, Renda generated clay and other suitable material for use in constructing the hydraulically placed levees of the Lost Lake Placement Area. Renda constructed a pipeline from the Dredge Millennium to the Lost Lake Placement Area to discharge suitable materials for the hydraulically placed levees. Renda also constructed a bypass pipeline for depositing of those dredged materials which were not suitable for the hydraulically placed levees.

The contract documents do not provide much in the way of specifics on how the suitable materials are supposed to be placed for the hydraulically constructed levees. Essentially, Renda was allowed to place suitable dredged material in the area of the hydraulically constructed levees using Renda's own means, methods and techniques.

The discharge pipe that Renda constructed for the suitable materials dredged from the Houston Ship Channel was placed on top of the area where the hydraulically placed levees were designed to be. As suitable materials were discharged, Renda had land-based equipment guide and control the materials.

Renda attempted to construct toe dikes or training levees on the interior of the existing perimeter levees to help control the discharge of suitable materials from the pipeline. The foundation soils were so soft that the dikes or retaining levees tended to sink and settle, being of little use in controlling the pipeline discharge. Renda also constructed retaining levees on the exterior of the existing perimeter levees, where the foundations were better and more stable.

As a result of the soft foundations for the new hydraulically placed levees, Renda had difficulty maintaining the new levees at the required height and template. This problem does not appear to be Renda's fault, and was outside its control.

The new hydraulic levees were required to be placed on top of sidecast borrow areas, used as recently as the mid-1990's. These sidecast borrow areas were used to place materials on the existing levees to increase their height. After use of sidecast borrow areas, the excavated borrow areas were filled with soft dredge disposal or maintenance materials.

As a result of the changes at the Lost Lake Placement Area, most or all of the soil borings would be of little use to a contractor bidding on the Project. These levees could not be constructed as designed. Renda is entitled to an equitable adjustment of time and money for this design problem.

(3) Differing Site Conditions – South Ferry Landing – $1,049,173.00: The contract documents do not show any rubble or other obstructions at the South Ferry Landing. The Dredge Millennium encountered rubble at the South Ferry Landing. After encountering the rubble, Renda notified the Corps of the differing site condition. The Corps should have immediately investigated, but did not. Renda was under significant pressure to maintain and increase production on the Project. Bowing to the pressure of a possible default termination, Renda had advised the Corps that Renda would proceed with dredging through the South Ferry Landing area unless notified to do otherwise. The Corps did not notify Renda to do or not do anything.

Without notice to stop or to do anything else, Renda reasonably proceeded with the dredging work in the South Ferry Landing area. Renda incurred extra cost as a result of the differing site conditions, and is entitled to an equitable adjustment of time and money.

(4) Differing Site Conditions – HL&P Towers – $170,863.00: There is one HL&P transmission tower at the Lost Lake Placement Area. During the course of Renda's work on the Project, HL&P landed on the Lost Lake Placement Area and announced that it was constructing a second tower. HL&P instructed Renda to have Renda's disposal pipeline to clear room for the tower construction. Renda advised the Corps of the disruption, and moved its disposal pipeline. Later, HL&P returned and again advised Renda to move its disposal pipeline a second time. Again, Renda advised the Corps of the disruption.

The HL&P Tower disruptions were not anticipated by Renda before the Project. The HL&P Tower disruptions constitute changed conditions for which Renda is entitled to an equitable adjustment in contract time and money.

(5) Differing Site Conditions – Obstructions in Sections 4 to 8, Stations 570+00 to 630+00 – $2,126,083.00: During the course of dredging work in Sections 4 to 8, Stations 570+00 to 630+00, Renda encountered numerous obstructions not indicated in the Contract Documents. Renda notified the Corps of the obstructions. The obstructions constituted differing site conditions for which Renda was entitled to an equitable adjustment in contract time and money.

(6) Differing Site Conditions – Objections in Section 9, Stations 660+00 to 684+00 – $1,158,642.00: During the course of dredging work in Section 9, Stations 660+00 to 685+00, Renda encountered numerous obstructions not indicated in the Contract Documents. Renda notified the Corps of the obstructions. The obstructions constituted differing site conditions for which Renda was entitled to an equitable adjustment.

(7) West Levee Realignment, Lost Lake Placement Area – $789,600.00: The Contract Documents locate the position of the new levees at the Lost Lake Placement Area. The design intent was to have the new levees abut the existing levees. Along the west side of the Lost Lake, the new levee strayed significantly from the existing levee. Renda constructed the new levees in the contractually required location. However, the existing levee was too far away to lend support to the new levee, and the new levee was settling too much.

The Corps instructed Renda to realign the new levee so that it was shifted westward closer to the existing levee. The Corps wanted Renda to move the materials from the existing new levee to the position of the realigned new levee. Renda did so. The realigned levee performed much better.

Renda confirmed the realignment instruction in writing more than once. Renda is entitled to an equitable adjustment in contract time and money for realignment change.

(8) Differing Site Conditions – Section 7 Clay – $1,083,779.00: During the course of the dredging work in Dredge Section 7, Renda encountered a hard red clay not indicated in the Contract Documents. The hard red clay is very suitable for levee construction, but slowed dredging production. Renda notified the Corps of the differing site condition. The Corps should have investigated the differing site condition, but apparently did not. As a result of the Corps' lack of investigation, Renda piled a substantial quantity of the hard red clay by about Station 118+00. As far as Renda knows, the Corps did not test the hard red clay.

Under the circumstances, Renda is entitled to an equitable adjustment in contract time and money for the hard red clay.

3. Christopher C. Mathewson
Texas A&M University
Department of Geology & Geophysics
3115 TAMU
College Station, TX 77843-3115
Phone: (979) 845-2488
Fax: (979) 847-9313

Dr. Mathewson is a geologist and geotechnical engineer. Dr. Mathewson has been retained to examine geological and geotechnical issues in this case. Dr. Mathewson has reviewed reams of project correspondence, soil borings, plans, specifications, photographs, and other documents concerning the Project.

Dr. Mathewson has developed the following opinions concerning Renda's claims.

(1) Flare Area Differing Site Condition: Renda encountered a differing site condition in the Flare Area of the Project. The contract documents indicated a soft gray clay. Renda actually encountered a stiff clay, materially different than that indicated in the contract documents. The stiff clay would require materially more effort to dredge than the soft clay indicated in the contract documents. Incidentally, the stiffer clay that Renda encountered was more suitable for levee construction (and provided a better levee) than the softer material indicated in the contract documents.

(2) South Ferry Landing Differing Site Condition: The Contract documents do not indicate any rubble or man-made shore protection at the South Ferry Landing within the dredging template on the Project. The Project correspondence and documents indicate that Renda encountered rubble and man-made shore protection at the South Ferry Landing, and advised the Corps of Engineers of the differing site condition. The rubble and man-made shore protection made dredging materially more difficult.

(3) Section 7 Clay: In dredge section number 7, Renda encountered very stiff red clay. Very stiff red clay is not indicated in the contract documents for that area. The very stiff red clay would be materially more difficult to dredge than the materials shown in the contract documents and would constitute a materially different site condition. Incidentally, the stiffer clay that Renda encountered was more suitable for levee construction (and provided a better levee) than the softer material indicated in the contract documents.

(4) Lost Lake Levees: The contract documents do not show any sidecast borrow areas ringing the interior of the perimeter levees. The contract documents contain numerous soil borings for the Lost Lake Placement Area, but the borings generally do not show the depth of the soft materials at their respective locations. The contract documents do not show the extent of soil materials to be dredged which were suitable for construction of the hydraulic levees at the Lost Lake Placement Area. As it turns out, there was not sufficient suitable materials for Renda t construct the hydraulically placed levees. Renda could not have determined the insufficiency problem before the Project started.

Without information on the nature and extent of the sidecast borrow areas, and without information on the depth of the soft foundations, Renda could not determine before the Project started how much suitable material would be required to construct the new levees at the Lost Lake Placement Area.

As it turned out, the existence of the sidecast borrow areas required that Renda place more suitable materials to construct the new hydraulically placed levees than would have been reasonably foreseeable before the Project started.

As it turned out, the lack of information about how deep the soft materials were at the Lost Lake Placement Area would prevent Renda or any reasonable contractor from calculating the amount of suitable materials required to construct the new levees at the Lost Lake Placement Area, prior to the start of the Project.

Under these circumstances, it was not commercially feasible for Renda to construct the new hydraulically placed levees at the Lost Lake Placement Area. The sidecast borrow areas constitute a materially different site condition from that indicated in the contract documents. The extent of the soft and unstable foundations for the new levees at the Lost Lake Placement constitute a materially different site condition from that indicated in the contract documents.

4. Benton Goodloe
Renda Marine, Inc.
#7 Benson Lane
Roanoke, TX 76262
Phone: (817) 430-0998
Fax: (817) 491-4483

Mr. Goodloe is a dredging expert. He has many years in the dredging industry, and has worked for multiple dredging companies. He was deposed, and he revealed his full background in the deposition, which is incorporated by reference. Mr. Goodloe has the following opinions:

During the course of dredging on the Project, the Dredge Millennium encountered numerous obstructions. The Dredge Millennium reasonably handled the obstructions. The waters are too murky to be able to see the obstructions beforehand. The Corps placed great pressure on Renda to achieve production on the Project.

Renda attempted to dredge on the Project, Renda would inevitably hit any obstructions located in the dredge template, unless such obstructions were specifically denoted in the Contract Documents.

Renda was not required to hire a diver to search for obstructions ahead of the dredging operation. Renda was not required to have sonar or magnetometers or sidescan surveying equipment to search for obstructions ahead of the dredging operation. Industry custom is to rely on the contract documents to indicate underwater obstructions. Industry custom is for a dredger not to have divers, or sonar or magnetometers or sidescan surveying equipment to search for obstructions ahead of the dredging operation.

Dredging in stiff clay results in slower production than dredging in soft clay. Slower production means increased cost. Renda had slower dredging production in the Flare Area and Section 7 due to clay stiffer than the materials indicated in the Contract Documents.

Dredging around or through obstacles or obstructions results in slower production than if the obstacles or obstructions were not present. Renda's dredging production was slowed in the South Ferry Landing due to rubble not indicated in the Contract Documents.

Renda's dredging production was slowed in Sections 4 to 8, Stations 570+00 to 630+00 due to underwater obstructions. Renda faced obstructions not shown in the Contract Documents. Renda faced obstructions beyond that reasonably expected. These obstructions were materially different than what was indicated in

the Contract Documents. As a result of these obstructions, Renda's dredging progress was slowed, and the costs of dredging were increased.

Renda's dredging production was slowed in Section 9, Stations 660+00 to 685+00 due to underwater obstructions. Renda faced obstructions not shown in the Contract Documents. Renda faced obstructions beyond that reasonably expected. These obstructions were materially different than what was indicated in the Contract Documents. As a result of these obstructions, Renda's dredging progress was slowed, and the costs of dredging were increased.

There was not sufficient clay to be dredged on the Project to construct the Lost Lake Placement Area levees. The foundations for such levees were so soft that the clay and other suitable materials that Renda attempted to place hydraulically displaced so much muck that it was not possible under the circumstances to build the levees to the design template. The Corps has had similar problems on other levee projects. Renda property hydraulically placed the clay, but due to causes beyond Renda's control, the levees could not be built as designed.

5. Kent Ray
Milbern Ray & Company, L.L.P.
150 Westpark Way, #100
Euless, TX 76040
Phone: (817) 571-7661

Mr. Ray is a certified public accountant. He is familiar with Renda Marine's books and records, as his company has performed audits of Renda through the years. His company has also performed some bankruptcy tasks for Renda. Mr. Ray has the following opinions:

Renda's costs for the Project are listed on the attached spreadsheet. Renda's schedule of equipment cost for the Project is listed in the attached spreadsheets. Renda's equipment list for the Project is listed in the attached spreadsheets.

6. Oscar Renda
Rudy Renda
Burson Warren
James Werner
Renda Marine, Inc.
#7 Benson Lane
Roanoke, TX 76262
Phone: (817) 430-0998
Fax: (817) 491-4483

These gentlemen qualify as experts based on their education, experience, and training, but have not been retained as experts per se. Each is an employee of Renda, and is aware of Renda's operations and claims on the Project. Each is expected to testify about Renda's operations on the Project, Renda's claims on the Project, and the Government's responses. Each is expected to testify that Renda's claims are meritorious and should be paid.

7. Brian W. Erikson
Quilling Selander Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Phone: (214) 871-2100
Fax: (214) 871-2111

Mr. Erikson is an attorney, and is expected to testify about Renda's attorney's fees in this case. Mr. Erikson is expected to testify as to the reasonableness and necessity of Renda's attorney's fees. Mr. Erikson's opinions are based on his review of the Project file, Renda's claims, and the pleadings, discovery and trial in this case.

Renda reserves the right to retain additional experts as discovery progresses in this case. Renda reserves the right to supplement this response as Defendant names experts. Renda reserves the right to propound questions expert in nature to Defendant's witnesses and expert witnesses at trial.

## SECOND REQUESTS FOR PRODUCTION

2. All reports, affidavits, declarations, memoranda, papers, notes, studies, graphs, charts, tabulations, analyses, summaries, data sheets, statistical or informational accumulations, and computer generated documents, including drafts or preliminary revisions of any of the above, prepared in connection with this litigation by or under the direction or supervision of any individual that Renda expects to call as an expert witness at trial.

RESPONSE: Documents will be produced under separate cover.

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: ______________________________

Brian W. Erikson, TX Bar No. 06643800
Eric A. Zukoski, TX Bar No. 24010509
Andrew M. Trusevich, TX Bar No. 00785119

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEYS FOR RENDA MARINE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2004, a true and correct copy of the foregoing was sent via facsimile and Federal Express to:

John E. Kosloske, Esq.
Senior Trial Counsel, Commercial Litigation Branch
Department of Justice
Attn.: Classification Unit
1100 L Street N.W., Room 8012
Washington, DC 20530

______________________________

Brian W. Erikson / Eric A. Zukoski

RENDA MARINE, INC.
JOB COST SCHEDULE WITH EQUIPMENT COST
JOB 1100 - CORP. OF ENGINEERS - UPPER BAYOU
FROM START DATE OF SEPTEMBER 1, 1998
TO OCTOBER 31, 2002

| | May 8, 1998 | June 1998 | July 1998 | August 1998 | September 1998 | October 1998 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|
| Labor | 0.00 | 0.00 | 0.00 | 0.00 | 2,019.24 | 4,685.40 | 0.00 | 6,704.64 | 6,704.64 |
| Burden | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Costs | 0.00 | 0.00 | 0.00 | 0.00 | 31,497.08 | 199,253.97 | 0.00 | 230,751.05 | 230,751.05 |
| Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AJE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49,109.31 | 49,109.31 | 49,109.31 |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 33,516.32 | 203,939.37 | 49,109.31 | 286,565.00 | 286,565.00 |

| | November 1998 | December 1998 | January 1999 | February 1999 | March 1999 | April 1999 | May 1999 | June 1999 | July 1999 | August 1999 | September 1999 | October 1999 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 39,537.78 | 27,624.30 | 50,960.00 | 59,041.41 | 82,897.08 | 81,202.10 | 32,327.04 | 61,308.02 | 79,277.88 | 22,632.25 | 143,787.50 | 180,849.51 | 0.00 | 861,444.87 | 868,149.51 |
| Burden | 5,076.65 | 3,546.96 | 6,543.00 | 7,580.91 | 10,643.98 | 10,426.35 | 4,150.79 | 7,871.94 | 10,179.28 | 2,905.98 | 18,462.32 | 52,888.00 | 0.00 | 140,276.16 | 140,276.16 |
| Costs | 197,586.36 | 252,216.63 | 465,345.00 | 552,938.50 | 1,107,592.23 | 982,835.24 | 490,562.38 | 488,955.39 | 91,250.68 | 235,170.49 | 341,979.83 | 339,004.85 | 0.00 | 5,545,437.58 | 5,776,188.63 |
| Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 144,097.00 | 223,349.00 | 216,144.00 | 223,349.00 | 0.00 | 806,939.00 | 806,939.00 |
| AJE | (99,368.00) | 0.00 | 0.00 | (105,455.91) | 0.00 | 0.00 | 280,734.95 | 0.00 | 0.00 | 0.00 | 0.00 | 139,659.45 | (68,060.00) | 147,510.49 | 196,619.80 |
| Total | 142,832.79 | 283,387.89 | 522,848.00 | 514,104.91 | 1,201,133.29 | 1,074,463.69 | 807,775.16 | 558,135.35 | 324,804.84 | 484,057.72 | 720,373.65 | 935,750.81 | (68,060.00) | 7,501,608.10 | 7,788,173.10 |

| | November 1999 | December 1999 | January 2000 | February 2000 | March 2000 | April 2000 | May 2000 | June 2000 | July 2000 | August 2000 | September 2000 | October 2000 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 154,218.51 | 192,225.67 | 142,005.13 | 130,990.00 | 191,136.83 | 162,483.40 | 179,610.42 | 205,434.49 | 166,980.68 | 151,803.78 | 233,006.20 | 208,056.78 | 0.00 | 2,117,951.89 | 2,986,101.40 |
| Burden | 25,111.30 | 31,300.00 | 23,122.62 | 21,329.04 | 31,122.70 | 26,457.07 | 29,245.85 | 33,450.78 | 27,189.37 | 24,718.13 | 37,940.28 | 33,877.78 | 0.00 | 344,864.92 | 485,141.08 |
| Costs | 312,020.75 | 303,284.82 | 312,055.06 | 171,322.57 | 226,216.09 | 248,321.59 | 352,516.18 | 319,679.40 | 369,412.41 | 422,291.90 | 372,450.21 | 589,100.36 | 0.00 | 3,998,671.34 | 9,774,859.97 |
| Equipment | 279,371.00 | 288,683.00 | 288,683.00 | 260,747.00 | 288,683.00 | 279,371.00 | 288,683.00 | 279,371.00 | 288,683.00 | 288,683.00 | 279,371.00 | 288,683.00 | 0.00 | 3,399,012.00 | 4,205,951.00 |
| Per Diems | 21,850.00 | 26,150.00 | 20,575.00 | 19,500.00 | 26,075.00 | 21,750.00 | 23,925.00 | 29,400.00 | 24,475.00 | 23,625.00 | 36,500.00 | 30,600.00 | 0.00 | 304,425.00 | 304,425.00 |
| AJE | 0.00 | 0.00 | 3,552.58 | 184,464.00 | 0.00 | 135,901.42 | 66,931.32 | 57,019.42 | 65,756.45 | 48,149.30 | 95,930.57 | 158,444.59 | 3,370,153.81 | 4,186,303.46 | 4,382,923.26 |
| | 792,571.56 | 841,643.49 | 789,993.39 | 788,352.61 | 763,233.62 | 874,284.48 | 940,911.77 | 924,355.09 | 942,496.91 | 959,271.11 | 1,055,198.26 | 1,308,762.51 | 3,370,153.81 | 14,351,228.61 | 22,139,401.71 |

| | November 2000 | December 2000 | January 2001 | February 2001 | March 2001 | April 2001 | May 2001 | June 2001 | July 2001 | August 2001 | September 2001 | October 2001 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 200,535.61 | 235,445.65 | 164,423.88 | 156,632.44 | 229,784.83 | 174,185.41 | 82,316.98 | 30,545.81 | 2,773.59 | 71,030.58 | 0.00 | 0.00 | 0.00 | 1,347,674.78 | 4,333,776.18 |
| Burden | 30,681.93 | 38,337.50 | 26,773.04 | 25,504.38 | 37,415.75 | 28,362.51 | 13,403.62 | 4,973.74 | 451.62 | 0.00 | 0.00 | 0.00 | 0.00 | 205,904.09 | 691,045.17 |
| Costs | 517,184.10 | 343,752.76 | 421,932.91 | 519,945.33 | 508,785.81 | 357,865.00 | 164,591.72 | 94,617.18 | (267,256.40) | 17,556.73 | 153,646.44 | 0.00 | 0.00 | 2,832,621.58 | 12,607,481.55 |
| Equipment | 225,402.00 | 232,917.00 | 232,917.00 | 195,349.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 886,585.00 | 5,092,536.00 |
| Per Diems | 29,450.00 | 32,425.00 | 22,425.00 | 22,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 106,800.00 | 411,225.00 |
| Overhead | 141,058.38 | 198,249.38 | 243,716.60 | 118,310.55 | 152,830.41 | 175,058.54 | 98,389.85 | 1,833.32 | 0.00 | 8,198.53 | (1,723.37) | 13,149.55 | 0.00 | 1,149,071.74 | 1,149,071.74 |
| AJE | (918,910.02) | (848,210.29) | (879,271.43) | (842,892.70) | (253,326.56) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (321,567.58) | (4,064,178.58) | 318,744.68 |
| | 225,402.00 | 232,917.00 | 232,917.00 | 195,349.00 | 675,490.24 | 735,471.46 | 358,702.17 | 131,970.05 | (264,031.19) | 96,785.84 | 151,923.07 | 13,149.55 | (321,567.58) | 2,464,478.61 | 24,603,880.32 |

| | November 2001 | December 2001 | January 2002 | February 2002 | March 2002 | April 2002 | May 2002 | June 2002 | July 2002 | August 2002 | September 2002 | October 2002 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 21,532.06 | 71,696.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 93,228.54 | 4,427,004.72 |
| Burden | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 691,045.17 |
| Costs | 3,105.17 | 10,918.19 | 0.00 | 0.00 | 0.00 | 0.00 | 15,451.78 | 1,347.81 | 22,164.05 | 318.22 | 161.35 | 0.00 | 0.00 | 53,466.57 | 12,660,948.12 |
| Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,092,536.00 |
| Per Diems | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 411,225.00 |
| Overhead | 2,094.39 | 27,598.97 | 8,573.99 | 0.00 | 0.00 | 0.00 | 86.80 | 84.11 | 4,016.35 | 1.60 | 0.00 | 4.26 | 0.00 | 42,460.47 | 1,191,532.21 |
| AJE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 318,744.68 |
| | 26,731.62 | 110,213.64 | 8,573.99 | 0.00 | 0.00 | 0.00 | 15,538.58 | 1,431.92 | 26,180.40 | 319.82 | 161.35 | 4.26 | 0.00 | 189,155.58 | 24,793,035.90 |

RENDA MARINE, INC.
JOB COST SCHEDULE
JOB 1100 - CORP. OF ENGINEERS - UPPER BAYOU
FROM START DATE OF SEPTEMBER 1, 1998
TO OCTOBER 31, 2002

| | May 8, 1998 | June 1998 | July 1998 | August 1998 | September 1998 | October 1998 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|
| Labor | 0.00 | 0.00 | 0.00 | 0.00 | 2,019.24 | 4,685.40 | 0.00 | 6,704.64 | 6,704.64 |
| Burden | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Costs | 0.00 | 0.00 | 0.00 | 0.00 | 31,497.08 | 199,253.97 | 0.00 | 230,751.05 | 230,751.05 |
| AJE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49,109.31 | 49,109.31 | 49,109.31 |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 33,516.32 | 203,939.37 | 49,109.31 | 286,565.00 | 286,565.00 |

| | November 1998 | December 1998 | January 1999 | February 1999 | March 1999 | April 1999 | May 1999 | June 1999 | July 1999 | August 1999 | September 1999 | October 1999 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 39,537.78 | 27,624.30 | 50,960.00 | 59,041.41 | 82,897.08 | 81,202.10 | 32,327.04 | 61,308.02 | 79,277.88 | 22,632.25 | 143,787.50 | 180,849.51 | 0.00 | 861,444.87 | 868,149.51 |
| Burden | 5,076.65 | 3,546.96 | 6,543.00 | 7,580.91 | 10,643.98 | 10,426.35 | 4,150.79 | 7,871.94 | 10,179.28 | 2,905.98 | 18,462.32 | 52,888.00 | 0.00 | 140,276.16 | 140,276.16 |
| Costs | 197,586.36 | 252,216.63 | 465,345.00 | 552,938.50 | 1,107,592.23 | 982,835.24 | 490,562.38 | 488,955.39 | 91,250.68 | 235,170.49 | 341,979.83 | 339,004.85 | 0.00 | 5,545,437.58 | 5,776,188.63 |
| AJE | (99,368.00) | 0.00 | 0.00 | (105,455.91) | 0.00 | 0.00 | 280,734.95 | 0.00 | 0.00 | 0.00 | 0.00 | 139,659.45 | (68,060.00) | 147,510.49 | 196,619.80 |
| Total | 142,832.79 | 283,387.89 | 522,848.00 | 514,104.91 | 1,201,133.29 | 1,074,463.69 | 807,775.16 | 558,135.35 | 180,707.84 | 260,708.72 | 504,229.65 | 712,401.81 | (68,060.00) | 6,694,669.10 | 6,981,234.10 |

| | November 1999 | December 1999 | January 2000 | February 2000 | March 2000 | April 2000 | May 2000 | June 2000 | July 2000 | August 2000 | September 2000 | October 2000 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 154,218.51 | 192,225.67 | 142,005.13 | 130,990.00 | 191,136.83 | 162,483.40 | 179,610.42 | 205,434.49 | 166,980.68 | 151,803.78 | 233,006.20 | 208,056.78 | 0.00 | 2,117,951.89 | 2,986,101.40 |
| Burden | 25,111.30 | 31,300.00 | 23,122.62 | 21,329.04 | 31,122.70 | 26,457.07 | 29,245.85 | 33,450.78 | 27,189.37 | 24,718.13 | 37,940.28 | 33,877.78 | 0.00 | 344,864.92 | 485,141.08 |
| Costs | 312,020.75 | 303,284.82 | 312,055.06 | 171,322.57 | 226,216.09 | 248,321.59 | 352,516.18 | 319,679.40 | 369,412.41 | 422,291.90 | 372,450.21 | 589,100.36 | 0.00 | 3,998,671.34 | 9,774,859.97 |
| Per Diems | 21,850.00 | 26,150.00 | 20,575.00 | 19,500.00 | 26,075.00 | 21,750.00 | 23,925.00 | 29,400.00 | 24,475.00 | 23,625.00 | 36,500.00 | 30,600.00 | 0.00 | 304,425.00 | 304,425.00 |
| AJE | 0.00 | 0.00 | 3,552.58 | 184,464.00 | 0.00 | 135,901.42 | 66,931.32 | 57,019.42 | 65,756.45 | 48,149.30 | 95,930.57 | 158,444.59 | 3,370,153.81 | 4,186,303.46 | 4,382,923.26 |
| | 513,200.56 | 552,960.49 | 501,310.39 | 527,605.61 | 474,550.62 | 594,913.48 | 652,228.77 | 644,984.09 | 653,813.91 | 670,588.11 | 775,827.26 | 1,020,079.51 | 3,370,153.81 | 10,952,216.61 | 17,933,450.71 |

| | November 2000 | December 2000 | January 2001 | February 2001 | March 2001 | April 2001 | May 2001 | June 2001 | July 2001 | August 2001 | September 2001 | October 2001 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 200,535.61 | 235,445.65 | 164,423.88 | 156,632.44 | 229,784.83 | 174,185.41 | 82,316.98 | 30,545.81 | 2,773.59 | 71,030.58 | 0.00 | 0.00 | 0.00 | 1,347,674.78 | 4,333,776.18 |
| Burden | 30,681.93 | 38,337.50 | 26,773.04 | 25,504.38 | 37,415.75 | 28,362.51 | 13,403.62 | 4,973.74 | 451.62 | 0.00 | 0.00 | 0.00 | 0.00 | 205,904.09 | 691,045.17 |
| Costs | 517,184.10 | 343,752.76 | 421,932.91 | 519,945.33 | 508,785.81 | 357,865.00 | 164,591.72 | 94,617.18 | (267,256.40) | 17,556.73 | 153,646.44 | 0.00 | 0.00 | 2,832,621.58 | 12,607,481.55 |
| Per Diems | 29,450.00 | 32,425.00 | 22,425.00 | 22,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 106,800.00 | 411,225.00 |
| Overhead | 141,058.38 | 198,249.38 | 243,716.60 | 118,310.55 | 152,830.41 | 175,058.54 | 98,389.85 | 1,833.32 | 0.00 | 8,198.53 | (1,723.37) | 13,149.55 | 0.00 | 1,149,071.74 | 1,149,071.74 |
| AJE | (918,910.02) | (848,210.29) | (879,271.43) | (842,892.70) | (253,326.56) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (321,567.58) | (4,064,178.58) | 318,744.68 |
| | 0.00 | (0.00) | (0.00) | (0.00) | 675,490.24 | 735,471.46 | 358,702.17 | 131,970.05 | (264,031.19) | 96,785.84 | 151,923.07 | 13,149.55 | (321,567.58) | 1,577,893.61 | 19,511,344.32 |

| | November 2001 | December 2001 | January 2002 | February 2002 | March 2002 | April 2002 | May 2002 | June 2002 | July 2002 | August 2002 | September 2002 | October 2002 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 21,532.06 | 71,696.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 93,228.54 | 4,427,004.72 |
| Burden | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 691,045.17 |
| Costs | 3,105.17 | 10,918.19 | 0.00 | 0.00 | 0.00 | 0.00 | 15,451.78 | 1,347.81 | 22,164.05 | 318.22 | 161.35 | 0.00 | 0.00 | 53,466.57 | 12,660,948.12 |
| Per Diems | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 411,225.00 |
| Overhead | 2,094.39 | 27,598.97 | 8,573.99 | 0.00 | 0.00 | 0.00 | 86.80 | 84.11 | 4,016.35 | 1.60 | 0.00 | 4.26 | 0.00 | 42,460.47 | 1,191,532.21 |
| AJE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 318,744.68 |
| | 26,731.62 | 110,213.64 | 8,573.99 | 0.00 | 0.00 | 0.00 | 15,538.58 | 1,431.92 | 26,180.40 | 319.82 | 161.35 | 4.26 | 0.00 | 189,155.58 | 19,700,499.90 |

RENDA MARINE, INC.
SCHEDULE OF EQUIPMENT COST
9/15/01

| EQUIPMENT | EQUIP# | INS # | Appraised Value | Monthly Debt Pymt | Amortized Value | Annual Ins Hull | Annual Ins P & I | | Monthly | Weekly | Daily |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dredge, Millenium | DB103 | 1 | 7,300,000 | 120,986 | | 40,880 | 2,325 | Cost | 124,587 | 28,974 | 4,153 |
| | | | | | | | | Leased Cost | 143,275 | 33,320 | 4,776 |
| Booster Barge, Matagora | DB102 | 2 | 750,000 | 8,958 | | 4,200 | 2,325 | Cost | 9,502 | 2,210 | 317 |
| | | | | | | | | Leased Cost | 10,927 | 2,541 | 364 |
| Dredge, White Rock | DB101 | 3 | 1,200,000 | 35,192 | | 6,720 | 2,325 | Cost | 35,946 | 8,359 | 1,198 |
| | | | | | | | | Leased Cost | 41,338 | 9,613 | 1,378 |
| Dredge, St. Charles | DB104 | 23 | 450,000 | | 7,500 | 2,520 | 2,325 | Cost | 7,904 | 1,838 | 263 |
| | | | | | | | | Leased Cost | 9,089 | 2,114 | 303 |
| Anchor Barge "1801" | AB101 | 4 | 16,000 | | 267 | 350 | 1,163 | Cost | 393 | 91 | 13 |
| | | | | | | | | Leased Cost | 452 | 105 | 15 |
| Anchor Barge "2401" | AB102 | 5 | 75,000 | | 1,250 | 870 | 1,162 | Cost | 1,419 | 330 | 47 |
| | | | | | | | | Leased Cost | 1,632 | 380 | 54 |
| Reel Barge "1802" | RB100 | 6 | 30,000 | | 500 | 348 | 1,163 | Cost | 629 | 146 | 21 |
| | | | | | | | | Leased Cost | 723 | 168 | 24 |
| Booster Barge "2402" | B1100-1 | 7 | 300,000 | | 5,000 | 2,790 | 1,162 | Cost | 5,329 | 1,239 | 178 |
| | | | | | | | | Leased Cost | 6,129 | 1,425 | 204 |
| Barge KS 401 | | 32 | 135,000 | | 2,250 | 1,566 | 697 | Cost | 2,439 | 567 | 81 |
| | | | | | | | | Leased Cost | 2,804 | 652 | 93 |
| Barge KS 346 | | 33 | 95,000 | | 1,583 | 1,102 | 697 | Cost | 1,733 | 403 | 58 |
| | | | | | | | | Leased Cost | 1,993 | 463 | 66 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Deck Barge MDC-335 | | 28 | 90,000 | 1,500 | 1,044 | 697 | Cost | 1,645 | 383 | 55 |
| | | | | | | | Leased Cost | 1,892 | 440 | 63 |
| Deck Barge MDC-212 | | 29 | 85,000 | 1,417 | 986 | 697 | Cost | 1,557 | 362 | 52 |
| | | | | | | | Leased Cost | 1,791 | 416 | 60 |
| Tug "Miss Vicki" | B108 | 8 | 100,000 | 1,667 | 930 | 1,395 | Cost | 1,860 | 433 | 62 |
| | | | | | | | Leased Cost | 2,139 | 498 | 71 |
| Tug "Rachel W." | B114 | 9 | 75,000 | 1,250 | 697 | 1,395 | Cost | 1,424 | 331 | 47 |
| | | | | | | | Leased Cost | 1,638 | 381 | 55 |
| Tug "Marilyn McFarland" | B110 | 10 | 250,000 | 4,167 | 2,325 | 1,395 | Cost | 4,477 | 1,041 | 149 |
| | | | | | | | Leased Cost | 5,148 | 1,197 | 172 |
| Tug "Kaydee B II" | B106 | 20 | 25,000 | 417 | 350 | 1,395 | Cost | 562 | 131 | 19 |
| | | | | | | | Leased Cost | 646 | 150 | 22 |
| Workboat "Suzie B" | B112 | | 65,457 | 1,091 | | | Cost | 1,091 | 254 | 36 |
| | | | | | | | Leased Cost | 1,255 | 292 | 42 |
| Workboat "Patty G." | B113 | | 65,457 | 1,091 | | | Cost | 1,091 | 254 | 36 |
| | | | | | | | Leased Cost | 1,255 | 292 | 42 |
| Tender "Amanda Nicole | B107 | 11 | 50,000 | 833 | 350 | 697 | Cost | 1,008 | 234 | 34 |
| | | | | | | | Leased Cost | 1,159 | 270 | 39 |
| Tender "Lafco # 1" | B103 | 12 | 7,500 | 125 | 350 | 697 | Cost | 212 | 49 | 7 |
| | | | | | | | Leased Cost | 244 | 57 | 8 |
| Tender "Lafco # 2" | B104 | 13 | 7,500 | 125 | 350 | 697 | Cost | 212 | 49 | 7 |
| | | | | | | | Leased Cost | 244 | 57 | 8 |
| 1993 F/O Survey Scout | B101 | 19 | 15,000 | 250 | 350 | 697 | Cost | 337 | 78 | 11 |
| | | | | | | | Leased Cost | 388 | 90 | 13 |
| Survey Boat "Survey #1" | B102 | 14 | 10,000 | 167 | 350 | 697 | Cost | 254 | 59 | 8 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Leased Cost | 292 | 68 | 10 |
| Crew Boat"Rebecca B" | B105 | 15 | 10,000 | 167 | 350 | 697 | Cost | 254 | 59 | 8 |
| | | | | | | | Leased Cost | 292 | 68 | 10 |
| Alum Work Skiff #101 | WS101 | 16 | 5,000 | 83 | 250 | 697 | Cost | 162 | 38 | 5 |
| | | | | | | | Leased Cost | 187 | 43 | 6 |
| Alum Work Skiff #102 | WS102 | 17 | 5,000 | 83 | 250 | 697 | Cost | 162 | 38 | 5 |
| | | | | | | | Leased Cost | 187 | 43 | 6 |
| Alum Work Skiff #103 | WS103 | 18 | 10,000 | 167 | 350 | 697 | Cost | 254 | 59 | 8 |
| | | | | | | | Leased Cost | 292 | 68 | 10 |
| Alum Work Skiff #104 | WS104 | 21 | | | | 697 | Cost | 58 | 14 | 2 |
| | | | | | | | Leased Cost | 67 | 16 | 2 |
| Alum Work Skiff #105 | WS105 | 22 | | | | 697 | Cost | 58 | 14 | 2 |
| | | | | | | | Leased Cost | 67 | 16 | 2 |
| Alum Work Skiff #106 | WS106 | 26 | 13,000 | 217 | 350 | 697 | Cost | 254 | 59 | 8 |
| | | | | | | | Leased Cost | 292 | 68 | 10 |
| Flexifloats | | 30 | 30,000 | 500 | 350 | 697 | Cost | 587 | 137 | 20 |
| | | | | | | | Leased Cost | 675 | 157 | 23 |
| Flexifloats | | 31 | 30,000 | 500 | 350 | 697 | Cost | 587 | 137 | 20 |
| | | | | | | | Leased Cost | 675 | 157 | 23 |

**RENDA MARINE, INC.**
**EQUIPMENT LIST**
**#1100 - UPPER BAYOU JOB**
**1999 - 2001**

| | DAYS ON PROJECT | RATE - DAILY | RENTAL |
|---|---|---|---|
| Millenium | 595 | $ 4,153 | $ 2,471,035 |
| Tug - McFarland | 595 | 149 | 88,655 |
| Tug - Crista Dian | 595 | 62 | 36,890 |
| Anchor Barge | 595 | 47 | 27,965 |
| Work Barge | 595 | 55 | 32,725 |
| Work Barge | 595 | 55 | 32,725 |
| Grove CC915 | 595 | 600 | 357,000 |
| Booster Barge | 313 | 317 | 99,221 |
| Lafco | 255 | 7 | 1,785 |
| Work Boat - Suzie B | 15 | 36 | 540 |
| 26' Monark V-653 | 35 | 20 | 700 |
| Flexi Float Barge | 210 | 20 | 4,200 |
| Alum Work Skiff 101 | 210 | 5 | 1,050 |
| | | | $ 3,154,491 |
| | | | |
| 3400 Linkbelt | 105 | $ 180 | $ 18,900 |
| 5500 JD Dozer | 28 | 53 | 1,484 |
| Cat 950 Loader | 146 | 70 | 10,220 |
| D-65 Komatsu Dozer | 105 | 113 | 11,865 |
| Dozer (D412) | 566 | 127 | 71,882 |
| March Trackhoe (E-18) | 249 | 867 | 215,883 |
| Light Plant | 295 | 17 | 5,015 |
| Lincoln Welder | 9 | 17 | 153 |
| Forklift - RTC 223 | 74 | 93 | 6,882 |
| Welder | 34 | 17 | 578 |
| 120 G Motor Grader | 115 | 100 | 11,500 |
| 4x4 Timberjack | 470 | 50 | 23,500 |
| 4x4 Timberjack | 470 | 50 | 23,500 |
| Dozer - D68WP | 71 | 120 | 8,520 |
| Dozer - D-6 | 54 | 107 | 5,778 |
| Dozer - D-65 | 85 | 113 | 9,605 |
| Dozer - D65 | 63 | 113 | 7,119 |
| DJB - Haul Truck | 80 | 133 | 10,640 |
| Dozer - (D413) | 405 | 127 | 51,435 |
| Dozer - D102 | 143 | 223 | 31,889 |
| Dozer - D107 | 19 | 107 | 2,033 |
| Dump Truck - 1304 | 223 | 140 | 31,220 |
| Dump Truck - 1305 | 160 | 140 | 22,400 |
| Dump Truck - 101 | 11 | 140 | 1,540 |
| Jeep | 199 | 7 | 1,393 |
| Komatsu - 68P | 183 | 120 | 21,960 |
| Komatsu - D68P | 74 | 113 | 8,362 |
| Marsh Dragline | 396 | 667 | 264,132 |
| Marsh Trackhoe | 279 | 867 | 241,893 |
| Polaris Gator | 242 | 17 | 4,114 |
| Trackhoe - E-17 | 396 | 180 | 71,280 |
| | | | $ 1,196,675 |
| | | | |
| Linkbelt Crane - LS 78 | 595 | $ 150 | $ 89,250 |
| American Crane - 4260 | 595 | 150 | 89,250 |
| Barge (Fuel Tank) | 595 | 83 | 49,385 |
| Work Skiff | 595 | 5 | 2,975 |
| Survey Boat | 595 | 8 | 4,760 |
| Skagit Crane on Anchor Barge | 595 | 100 | 59,500 |
| Pipe, joints, & pipeline pontoons | 595 | 667 | 396,865 |
| Barge/Hi-pressure pump | 595 | 83 | 49,385 |
| | | | $ 741,370 |

**RENDA MARINE, INC.**
**EQUIPMENT LIST**
**#1100 - UPPER BAYOU BAYOU JOB**
**1999**

| | DAYS ON PROJECT | RATE - DAILY | RENTAL |
|---|---|---|---|
| Millenium | 112 | $ 4,153 | $ 465,136 |
| Tug - McFarland | 112 | 149 | 16,688 |
| Tug - Crista Dian | 112 | 62 | 6,944 |
| Anchor Barge | 112 | 47 | 5,264 |
| Work Barge | 112 | 55 | 6,160 |
| Work Barge | 112 | 55 | 6,160 |
| Grove CC915 | 112 | 600 | 67,200 |
| Booster Barge | | 317 | 0 |
| Lafco | | 7 | 0 |
| Work Boat - Suzie B | | 36 | 0 |
| 26' Monark V-653 | | 20 | 0 |
| Flexi Float Barge | | 20 | 0 |
| Alum Work Skiff 101 | | 5 | 0 |
| | | | $ 573,552 |
| 3400 Linkbelt | | $ 180 | $ 0 |
| 5500 JD Dozer | | 53 | 0 |
| Cat 950 Loader | | 70 | 0 |
| D-65 Komatsu Dozer | | 113 | 0 |
| Dozer (D412) | 96 | 127 | 12,192 |
| March Trackhoe (E-18) | 31 | 867 | 26,877 |
| Light Plant | | 17 | 0 |
| Lincoln Welder | | 17 | 0 |
| Forklift - RTC 223 | | 93 | 0 |
| Welder | | 17 | 0 |
| 120 G Motor Grader | | 100 | 0 |
| 4x4 Timberjack | 96 | 50 | 4,800 |
| 4x4 Timberjack | 96 | 50 | 4,800 |
| Dozer - D68WP | | 120 | 0 |
| Dozer - D-6 | | 107 | 0 |
| Dozer - D-65 | | 113 | 0 |
| Dozer - D65 | | 113 | 0 |
| DJB - Haul Truck | | 133 | 0 |
| Dozer - (D413) | 107 | 127 | 13,589 |
| Dozer - D102 | | 223 | 0 |
| Dozer - D107 | | 107 | 0 |
| Dump Truck - 1304 | | 140 | 0 |
| Dump Truck - 1305 | 38 | 140 | 5,320 |
| Dump Truck - 101 | | 140 | 0 |
| Jeep | | 7 | 0 |
| Komatsu - 68P | | 120 | 0 |
| Komatsu - D68P | | 113 | 0 |
| Marsh Dragline | 31 | 667 | 20,677 |
| Marsh Trackhoe | | 867 | 0 |
| Polaris Gator | | 17 | 0 |
| Trackhoe - E-17 | 31 | 180 | 5,580 |
| | | | $ 93,835 |
| Linkbelt Crane - LS 78 | 112 | $ 150 | $ 16,800 |
| American Crane - 4260 | 112 | 150 | 16,800 |
| Barge (Fuel Tank) | 112 | 83 | 9,296 |
| Work Skiff | 112 | 5 | 560 |
| Survey Boat | 112 | 8 | 896 |
| Skagit Crane on Anchor Barge | 112 | 100 | 11,200 |
| Pipe, joints, & pipeline pontoons | 112 | 667 | 74,704 |
| Barge/Hi-pressure pump | 112 | 83 | 9,296 |
| | | | $ 139,552 |

**RENDA MARINE, INC.**
**EQUIPMENT LIST**
**#1100 - UPPER BAYOU BAYOU JOB**
**2000**

| | DAYS ON PROJECT | RATE - DAILY | RENTAL |
|---|---|---|---|
| Millenium | 365 | $ 4,153 | $ 1,515,845 |
| Tug - McFarland | 365 | 149 | 54,385 |
| Tug - Crista Dian | 365 | 62 | 22,630 |
| Anchor Barge | 365 | 47 | 17,155 |
| Work Barge | 365 | 55 | 20,075 |
| Work Barge | 365 | 55 | 20,075 |
| Grove CC915 | 365 | 600 | 219,000 |
| Booster Barge | 195 | 317 | 61,815 |
| Lafco | 185 | 7 | 1,295 |
| Work Boat - Suzie B | 15 | 36 | 540 |
| 26' Monark V-653 | 35 | 20 | 700 |
| Flexi Float Barge | 92 | 20 | 1,840 |
| Alum Work Skiff 101 | 92 | 5 | 460 |
| | | | $ 1,935,815 |
| 3400 Linkbelt | | $ 180 | $ 0 |
| 5500 JD Dozer | | 53 | 0 |
| Cat 950 Loader | 115 | 70 | 8,050 |
| D-65 Komatsu Dozer | | 113 | 0 |
| Dozer (D412) | 365 | 127 | 46,355 |
| March Trackhoe (E-18) | 175 | 867 | 151,725 |
| Light Plant | 190 | 17 | 3,230 |
| Lincoln Welder | | 17 | 0 |
| Forklift - RTC 223 | | 93 | 0 |
| Welder | | 17 | 0 |
| 120 G Motor Grader | 115 | 100 | 11,500 |
| 4x4 Timberjack | 374 | 50 | 18,700 |
| 4x4 Timberjack | 374 | 50 | 18,700 |
| Dozer - D68WP | 71 | 120 | 8,520 |
| Dozer - D-6 | 54 | 107 | 5,778 |
| Dozer - D-65 | 85 | 113 | 9,605 |
| Dozer - D65 | 63 | 113 | 7,119 |
| DJB - Haul Truck | 80 | 133 | 10,640 |
| Dozer - (D413) | 298 | 127 | 37,846 |
| Dozer - D102 | 143 | 223 | 31,889 |
| Dozer - D107 | 19 | 107 | 2,033 |
| Dump Truck - 1304 | 223 | 140 | 31,220 |
| Dump Truck - 1305 | 122 | 140 | 17,080 |
| Dump Truck - 101 | 11 | 140 | 1,540 |
| Jeep | 199 | 7 | 1,393 |
| Komatsu - 68P | 183 | 120 | 21,960 |
| Komatsu - D68P | 74 | 113 | 8,362 |
| Marsh Dragline | 365 | 667 | 243,455 |
| Marsh Trackhoe | 279 | 867 | 241,893 |
| Polaris Gator | 242 | 17 | 4,114 |
| Trackhoe - E-17 | 365 | 180 | 65,700 |
| | | | $ 1,008,407 |
| Linkbelt Crane - LS 78 | 365 | $ 150 | $ 54,750 |
| American Crane - 4260 | 365 | 150 | 54,750 |
| Barge (Fuel Tank) | 365 | 83 | 30,295 |
| Work Skiff | 365 | 5 | 1,825 |
| Survey Boat | 365 | 8 | 2,920 |
| Skagit Crane on Anchor Barge | 365 | 100 | 36,500 |
| Pipe, joints, & pipeline pontoons | 365 | 667 | 243,455 |
| Barge/Hi-pressure pump | 365 | 83 | 30,295 |
| | | | $ 454,790 |

**RENDA MARINE, INC.**
**EQUIPMENT LIST**
**#1100 - UPPER BAYOU BAYOU JOB**
**2001**

| | DAYS ON PROJECT | | RATE - DAILY | | RENTAL |
|---|---|---|---|---|---|
| Millenium | 118 | $ | 4,153 | $ | 490,054 |
| Tug - McFarland | 118 | | 149 | | 17,582 |
| Tug - Crista Dian | 118 | | 62 | | 7,316 |
| Anchor Barge | 118 | | 47 | | 5,546 |
| Work Barge | 118 | | 55 | | 6,490 |
| Work Barge | 118 | | 55 | | 6,490 |
| Grove CC915 | 118 | | 600 | | 70,800 |
| Booster Barge | 118 | | 317 | | 37,406 |
| Lafco | 70 | | 7 | | 490 |
| Work Boat - Suzie B | | | 36 | | 0 |
| 26' Monark V-653 | | | 20 | | 0 |
| Flexi Float Barge | 118 | | 20 | | 2,360 |
| Alum Work Skiff 101 | 118 | | 5 | | 590 |
| | | | | $ | 645,124 |
| 3400 Linkbelt | 105 | $ | 180 | $ | 18,900 |
| 5500 JD Dozer | 28 | | 53 | | 1,484 |
| Cat 950 Loader | 31 | | 70 | | 2,170 |
| D-65 Komatsu Dozer | 105 | | 113 | | 11,865 |
| Dozer (D412) | 105 | | 127 | | 13,335 |
| March Trackhoe (E-18) | 43 | | 867 | | 37,281 |
| Light Plant | 105 | | 17 | | 1,785 |
| Lincoln Welder | 9 | | 17 | | 153 |
| Forklift - RTC 223 | 74 | | 93 | | 6,882 |
| Welder | 34 | | 17 | | 578 |
| 120 G Motor Grader | | | 100 | | 0 |
| 4x4 Timberjack | | | 50 | | 0 |
| 4x4 Timberjack | | | 50 | | 0 |
| Dozer - D68WP | | | 120 | | 0 |
| Dozer - D-6 | | | 107 | | 0 |
| Dozer - D-65 | | | 113 | | 0 |
| Dozer - D65 | | | 113 | | 0 |
| DJB - Haul Truck | | | 133 | | 0 |
| Dozer - (D413) | | | 127 | | 0 |
| Dozer - D102 | | | 223 | | 0 |
| Dozer - D107 | | | 107 | | 0 |
| Dump Truck - 1304 | | | 140 | | 0 |
| Dump Truck - 1305 | | | 140 | | 0 |
| Dump Truck - 101 | | | 140 | | 0 |
| Jeep | | | 7 | | 0 |
| Komatsu - 68P | | | 120 | | 0 |
| Komatsu - D68P | | | 113 | | 0 |
| Marsh Dragline | | | 667 | | 0 |
| Marsh Trackhoe | | | 867 | | 0 |
| Polaris Gator | | | 17 | | 0 |
| Trackhoe - E-17 | | | 180 | | 0 |
| | | | | $ | 94,433 |
| Linkbelt Crane - LS 78 | 118 | $ | 150 | $ | 17,700 |
| American Crane - 4260 | 118 | | 150 | | 17,700 |
| Barge (Fuel Tank) | 118 | | 83 | | 9,794 |
| Work Skiff | 118 | | 5 | | 590 |
| Survey Boat | 118 | | 8 | | 944 |
| Skagit Crane on Anchor Barge | 118 | | 100 | | 11,800 |
| Pipe, joints, & pipeline pontoons | 118 | | 667 | | 78,706 |
| Barge/Hi-pressure pump | 118 | | 83 | | 9,794 |
| | | | | $ | 147,028 |

**CQC Reports**

**2001**

| | DAYS |
|---|---|
| 3400 Linkbelt Exc (E-17) | 105 |
| 550 JD Dozer | 28 |
| Cat 950 Loader | 31 |
| D-65 Komatsu Dozer | 105 |
| Dozer (D412) | 105 |
| E18 Marsh Exc | 43 |
| Light Plant | 105 |
| Lincoln Welder 230 volt | 9 |
| RTC-223 Forklift | 74 |
| W 2816 Welder | 34 |

**2000**

| | |
|---|---|
| 120 G Motor Grader | 115 |
| 4x4 Timberjack (LS-101) | 374 |
| 4x4 Timberjack (LS-103) | 374 |
| Cat 950 Loader | 115 |
| D 68 WP | 71 |
| D-6 (D407) | 54 |
| D-65 Dozer | 85 |
| D-65 Dozer | 63 |
| DJB Haul Truck | 80 |
| Dozer (D-412) | 374 |
| Dozer (D-413) | 298 |
| Dozer D 102 | 143 |
| Dozer D107 | 19 |
| DT 1304 | 223 |
| Dump Truck (DT 1305) | 122 |
| Dump Truct DT 101 | 11 |
| JP-101 (Jeep) | 199 |
| Komatsu 68P | 183 |
| Komatsu D68P Dozer | 74 |
| Light Plant | 190 |
| Marsh Dragline(MD-101) | 374 |
| Marsh Trackhoe (E-18) | 175 |
| Marsh Trackhoe(EL 200B) | 279 |
| Polaris Gator | 242 |
| Trackhoe (E-17) | 374 |

**1999**

| | |
|---|---|
| 4x4 Timberjack (LS-101) | 96 |
| 4x4 Timberjack (LS-103) | 96 |
| Dozer (D-412) | 96 |
| Dozer (D-413) | 107 |
| Dump Truck (DT-1305) | 38 |
| Marsh Dragline(MD-101) | 31 |
| Marsh Trackhoe(E-18) | 31 |
| Trackhoe (E-17) | 31 |

**Dredge**

**1999**

| | |
|---|---|
| Marilyn K McFarland (B110) | 112 |
| Crista Dian (B108) | 112 |
| Anchor Barge (AB102) | 112 |
| Work Barge (2) | 112 |
| Grove CC915 | 112 |

Mill

**2000**

| | |
|---|---|
| Marilyn K McFarland (B110) | 365 |
| Crista Dian (B108) | 365 |
| Anchor Barge (AB102) | 365 |
| Work Barge (2) | 365 |
| Grove CC915 | 365 |
| Booster Barge B1100-1 | 195 |
| Lafco B104 | 185 |
| Suzie B | 15 |
| 26' Monark V-653 Dump Tran | 35 |
| Flexi Float Barge | 92 |
| WS 101 | 92 |

Mill

**2001**

| | |
|---|---|
| Marilyn K McFarland (B110) | 118 |
| Crista Dian (B108) | 118 |
| Anchor Barge (AB102) | 118 |
| Work Barge (2) | 118 |
| Grove CC915 | 118 |
| Booster Barge B1100-1 | 118 |
| Lafco B104 | 70 |
| Flexi Float Barge | 118 |
| WS 101 | 118 |

Mill

DUPLEX HI-PRESSURE PUMP + BARGE 4500 MO
PIPELINE - 24" (26,000 LF) } 10,000 MO
" JOINTS - 24"
PIPELINE PONTOONS
SKAGIT CRANE ON ANCHOR BARGE 2500 mo
SURVEY BOAT (B102) 3
WORK SKIFF (WS 102) 5
FUEL BARGE
10,000 GALLON FUEL TANK 1500 mo
AMERICAN CRANE 9260 (CC913) 4500 MO
LINKBELT CRANE LS78 (CC912) 4500 MO