**CHRISTOPHER C. MATHEWSON, PhD, PE, REG**
**Engineering Geologist**
**1307 Glade Street**
**College Station, TX 77840**

Phone: ......979-845-2488 FAX: ......979-847-9313 E-mail: .......mathewson@geo.tamu.edu

26 January 2004

Brian W. Erikson
Qulling, Selander, Cummiskey & Lownd
2001 Bryan Street, Suite 1800
Dallas, TX 75201

Re: Renda Marine, Inc. *vs.* United States, Case Number 02-306C, United States Court of Federal Claims

Dear Mr. Erikson,

At your request I have evaluated the changed conditions claims filed by Renda Marine related to the dredging of the Houston Ship Channel. The project area includes dredging between Stations 684+06.58 and 470+00, shown as the "Upper Bayou" on the Location Plan (Map C-1), and the construction of a dredged material confinement levee at the Lost Lake Placement Area. You have asked me to limit my evaluation to four specific sites defined in this project. These sites are:

1. Flare Area (STA 520+00 – STA 550+65.99)
2. South Ferry Landing (Section 1, STA 470+00 – STA 480+16.77)
3. Section 7 (Approximately STA 565+00 and 580+00)
4. Lost Lake Placement Area Levees

The professional opinions expressed in this report are based upon a review made on Thursday, 15 January 2004, in Dallas, Texas of the contract documents that were provided to me with further review of these documents made in College Station.

1. The Flare Area: My review and evaluation concurs with the opinions expressed by the Corps of Engineers and Renda Marine in that the subsurface geological and engineering properties were not accurately represented in the boring logs and soil descriptions provided to Renda Marine when they bid the project. As a result, Renda Marine could not predict, anticipate or expect to encounter the "stiff clay" which resulted in reduced dredging productivity and increased operational time to place and handle the dredged materials at the Lost Lake Placement Area.

2. South Ferry Landing: The project drawings do not include any specific information about the bathymetric or submarine conditions of the South Ferry Landing area while they include a detailed map of the North Ferry Landing area (Map C-6). The North landing area is actually outside the limit of the dredging project. The incorporation

of the bathymetric data for the North Lynchburg Landing in the contract documents provides unnecessary and misleading information about the dredging conditions to be anticipated at the South Lynchburg Landing. The complete lack of information or data about the conditions at the South Ferry Landing area, with respect to rubble, shore protection structures, navigational aids or other submarine conditions, strongly suggests that these conditions do not exist in the area. As a result, Renda Marine should not have anticipated the existence of anything other that the naturally occurring Earth materials in this area of the project, except for possible minor amounts of undocumented trash and debris.

3. Section 7: Renda Marine encountered a "very stiff red clay" while dredging in Section 7, approximately between Stations 565+00 and 580+00. The presence of a "red clay" indicates that the dredging operation encountered sediments that are most-likely Pleistocene (Glacial) in age. These sediments, which were exposed to the atmosphere and oxidized during the low stand of sea level, experienced an increased confining pressure through desication, that produced higher strength materials than the Recent marine sediment shown in the contract documents. Because these "red clays" have higher shear strength than the younger marine clays, the dredging effort required to remove these materials is significantly greater than that required to remove Recent marine clays. These "red clays", however would be a superior material for the construction of the foundation for the levees at the Lost Lake Placement Area.

4. Lost Lake Placement Area Levees: The contract documents indicate that the geotechnical characteristics of the materials in the interior perimeter of the Lost Lake Placement Area have low shear strength and that the Atterberg limits of these materials lies between the Liquid Limit (viscous fluid) and the Plastic Limit (plastic material). There are no notes or other information to indicate that the dredged material in the perimeter area was previously "mined" to produce material to rebuild and improve the existing levees around the area. An analysis of the date of sampling indicates that the mining operations occurred recently, after the date of drilling and geotechnical testing, and therefore the geotechnical properties of the foundation materials in the Lost lake Placement Area are significantly weaker than suggested in the contract documents. As a result, Renda Marine experienced significant amounts of "material loss" through the displacement of the low strength dredged material that had refilled the recently mined areas. Hydraulic dredging construction methods, which were specified for much of the levee project, would further decrease the shear strength of the underlying dredged material by increasing the pore-water pressure and decreasing the effective strength of these saturated clays and silts. Under the actual conditions at the Lost Lake Placement Area, Renda Marine could not construct the desired levee to +30 ft until the low strength, fluid materials were displaced from the foundation of the proposed levee and high strength materials could be placed to form the foundation. The presence of the buried and unreported "side cast borrow areas' resulted in an impossible condition that was not indicated in the construction documents.

Thank you for the opportunity to review and evaluate the provided materials and to provide my opinions concerning the differing site conditions at the Flare Area, South Ferry Landing, Section 7 and the Lost Lake Placement Area Levees. It is my opinion that each of these sites represents a true differing site condition in which the contract documents failed to report the actual natural or man-made condition.

Please feel free to contact me should you have any questions or desire a more extensive review and evaluation.

Sincerely yours,

CC Mathewson

Christopher C. Mathewson, PhD, PE, REG
Engineering Geologist

encl: Vitae

**Benton Goodloe**
Renda Marine, Inc.
#7 Benson Lane
Roanoke, TX 76262
Phone: (817) 430-0998
Fax: (817) 491-4483

January 27, 2004

Brian W. Erikson
Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

Re: Renda Marine, Inc. v. United States; Case Number 02-306C; United States Court of Federal Claims

Dear Mr. Erikson:

As you requested, I have prepared my report on the claims filed by Renda Marine regarding the dredging of the Houston Ship Channel. I also enclose a copy of my curriculum vitae.

During the course of dredging on the Project, the Dredge Millennium encountered numerous obstructions. The Dredge Millennium reasonably handled the obstructions. The waters are too murky to be able to see the obstructions beforehand. The Corps placed great pressure on Renda to achieve production on the Project.

Renda attempted to dredge on the Project, Renda would inevitably hit any obstructions located in the dredge template, unless such obstructions were specifically denoted in the Contract Documents.

Renda was not required to hire a diver to search for obstructions ahead of the dredging operation. Renda was not required to have sonar or magnetometers or sidescan surveying equipment to search for obstructions ahead of the dredging operation. Industry custom is to rely on the contract documents to indicate underwater obstructions. Industry custom is for a dredger not to have divers, or sonar or magnetometers or sidescan surveying equipment to search for obstructions ahead of the dredging operation.

Dredging in stiff clay results in slower production than dredging in soft clay. Slower production means increased cost. Renda had slower dredging production in the Flare Area and Section 7 due to clay stiffer than the materials indicated in the Contract Documents.

Dredging around or through obstacles or obstructions results in slower production than if the obstacles or obstructions were not present. Renda's dredging production was slowed in the South Ferry Landing due to rubble not indicated in the Contract Documents.

S:\Construction\Renda Marine\Upper Bayou 565.09\Goodloe Report.wpd

Renda's dredging production was slowed in Sections 4 to 8, Stations 570+00 to 630+00 due to underwater obstructions. Renda faced obstructions not shown in the Contract Documents. Renda faced obstructions beyond that reasonably expected. These obstructions were materially different than what was indicated in the Contract Documents. As a result of these obstructions, Renda's dredging progress was slowed, and the costs of dredging were increased.

Renda's dredging production was slowed in Section 9, Stations 660+00 to 685+00 due to underwater obstructions. Renda faced obstructions not shown in the Contract Documents. Renda faced obstructions beyond that reasonably expected. These obstructions were materially different than what was indicated in the Contract Documents. As a result of these obstructions, Renda's dredging progress was slowed, and the costs of dredging were increased.

There was not sufficient clay to be dredged on the Project to construct the Lost Lake Placement Area levees. The foundations for such levees were so soft that the clay and other suitable materials that Renda attempted to place hydraulically displaced so much muck that it was not possible under the circumstances to build the levees to the design template. The Corps has had similar problems on other levee projects. Renda property hydraulically placed the clay, but due to causes beyond Renda's control, the levees could not be built as designed.

Please feel free to contact me if you should have any questions.

Sincerely,

Benton Goodloe

Enclosure

S:\Construction\Renda Marine\Upper Bayou 565.09\Goodloe Report.wpd

**Benton Goodloe, Sr.-**

**Consultant-Involved in all aspects of projects from pre-bid to overseeing of projects.**

He began working for Parkhill-Goodloe Dredging Co. in 1970. Worked in all positions in company beginning as deckhand and working his way up to Project Superintendent and over all Project Managers. Completed project for the U.S. Army Corp of Engineers in the Jacksonville, Charleston, Wilmington, Norfolk, and Mobile Districts. He also completed projects for the TVA, Jacksonville Electric Authority, Jacksonville Port Authority, Estech Chemical Company and Georgia Port Authority. After Parkhill-Goodloe Dredging Co. sold out in 1988 he worked as Project Manager for Norfolk Dredging Co. and T.L. James Dredging Co. completing multi-million dollar projects for the Army Corp of Engineers from New York to Houston, Texas. In 1991 became Vice President for Renda Marine in charge of all dredging projects along the Gulf Coast of the United States. While at Renda Marine, completed a very difficult 17 million dollar project in the Houston Ship Channel. Currently holds a U.S. Coast Guard Towing license as well as a private pilot license with instrument rating.

U.S. Department of Justice

Civil Division

JKosloske
DJ # 154-02-306

Telephone: (202) 307-0282
Telecopy: (202) 514-8624

*Washington, D.C. 20530*

By Telecopy and First Class Mail

February 2, 2004

Brian W. Erikson, Esq.
Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(Telecopy: (214) 871-2111)

Re: Renda Marine, Inc. v. United States, No. 02-306C (Fed. Cl.)

Dear Mr. Erikson:

This concerns plaintiff's recent second supplemental responses to the Government's discovery requests concerning plaintiff's trial experts, which identify, among others, the following persons from whom plaintiff may elicit expert testimony at the trial of this case: Barry Smith, Robert B. McCullough, P.E., C.C.E., Christopher C. Mathewson, Ph.D., P.E., Benton Goodloe, and Kent Ray, C.P.A. I am writing you pursuant to Appendix A, ¶ 10, of the Rules of the Court of Federal Claims.

Rule 26(a)(2)(B) of the Rules of the Court of Federal Claims requires that, for any person identified by plaintiff who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence and who is retained or specially employed to provide expert testimony in the case, that, "[e]xcept as otherwise stipulated or directed by the court," this disclosure "shall" be accompanied by a written report prepared by the witness that contains (a) a "complete statement of all opinions to be expressed and the basis and reasons therefor," (b) "the data or other information considered by the witness in forming the opinions," (c) "any exhibits to be used as a summary of or support for the opinions," (d) "the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years," (e) "the compensation to be paid for the study and testimony," and (f) "a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years." The parties have not otherwise stipulated and the court has not otherwise directed.

In the cases of Messrs. Smith and Ray, plaintiff has not provided the Government with the report required by Rule 26(a)(2)(B). In the case of Mr. McCullough, the report produced by plaintiff does not contain any of the information required by Rule 26(a)(2)(B) enumerated at items (b) through (f) above and, to the extent that it is a "preliminary" report and does not contain a "complete statement"

of "all opinions" to be expressed by Robert McCullough and the basis and reasons for those opinions, the report also does not comply with Rule 26(a)(2)(B).

In the Government's second request for production of documents, we requested that plaintiff produce the following documents relative to experts to be called at the trial of this case: "All reports, affidavits, declarations, memoranda, papers, notes, studies, graphs, charts, tabulations, analyses, summaries, data sheets, statistical or informational accumulations, and computer generated documents, including drafts or preliminary revisions of any of the above, prepared in connection with this litigation by or under the direction or supervision of any individual that Renda expects to call as an expert witness at trial." Plaintiff has not produced any such materials for Messrs. Smith,[1] Mathewson, McCullough, or Ray, other than a report in the cases of Mr. Mathewson and Mr. McCullough and cost schedules and equipment lists in the case of Mr. Ray.

Under the court's amended scheduling order adopted on September 10, 2003, expert discovery (except depositions of experts) is to be completed no later than February 4, 2004. If plaintiff does not provide the Government with the reports and other information described above by February 4, 2004, I am afraid that we will have no choice but to seek appropriate relief from the court.

Very truly yours,

John Kosloske

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch

---

[1] Neither plaintiff's initial document production of 38,000 pages nor the materials produced by Barry Smith in October 2003 contain any work papers or other documents prepared by Mr. Smith (other than the certified claims submitted to the Government signed by Steve Bowman, which, according to Mr. Bowman, are the joint work product of him and Mr. Smith).

BRIAN W. ERIKSON
Direct: 214.880.1844

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

E-mail: berikson@qsclpc.com

February 3, 2004

John E. Kosloske, Esq.
Senior Trial Counsel, Commercial Litigation Branch
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., Room 12052
Washington, D.C. 20005

*Via Facsimile*

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Kosloske:

This will confirm that you have graciously granted Plaintiff a one week extension of time, up to and including February 10, 2004, within which to respond to your correspondence dated February 2, 2004, regarding expert discovery issues.

This will also confirm that, in light of the foregoing, Plaintiff would have no objection to asking the Court to extend the discovery deadline of February 18, 2004, for the taking of expert depositions.

Thank you for your courtesy and cooperation.

Sincerely yours,

Jedonna Adams

Jedonna Adams, Secretary to
Brian W. Erikson

/ja

S:\Construction\Renda Marine\Upper Bayou 565.09\Kosloske 044.wpd

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

BRIAN W. ERIKSON
Direct: 214 880.1844

E-mail berikson@qsclpc.com

February 11, 2004

*Via Facsimile*

John E. Kosloske, Esq.
Senior Trial Counsel, Commercial Litigation Branch
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., Room 12052
Washington, D.C. 20005

*Certified Mail - Return Receipt Requested*

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Kosloske:

In response to yours of February 2, 2004, concerning supplemental expert reports, I note the following.

All of the documents reviewed by Renda's experts have been previously produced to the United States during this litigation. The experts have not reviewed any documents which have not previously been produced to the United States. If the Government wants Renda to re-copy documents that the Government already has, Renda will do so, but at the Government's expense.

Reports

Barry Smith's opinions and reports have been the various claims that he prepared and which were submitted to the Galveston District Corps of Engineers. In the spirit of cooperation, I will transmit a condensed report, encapsulating his opinions. I am enclosing Mr. Smith's curriculum vitae.

Mr. McCullough's report contains all of the opinions that he has to date. I do anticipate that he will supplement the report based on his review of Defendant's experts' reports. I am enclosing Mr. McCullough's curriculum vitae.

Mr. Kent Ray's report is attached. It was inadvertently omitted from a previous mailing to you.

Documents

Mr. Smith has seen all of Renda's documents. I trust that you do not want Renda to copy all of them again.

Mr. McCullough has reviewed all of these claims documents that Renda submitted to the Corps. I trust that you do not want Renda to copy again all of the claims that Renda submitted to the Corps. Mr. McCullough has also reviewed the deposition exhibits for Thomas Benero, as well as the HJV Associates May 2000 soil borings.

Mr. Ray is a fact witness, as well as an expert witness. He has reviewed all of Renda's financial matters in connection with his auditing of Renda's financial statements. You issued a subpoena duces tecum to Mr. Ray, and I trust that you are satisfied with the documents you received.

Mr. Goodloe is a fact witness, as well as an expert witness. He reviewed Renda's dredging records while the project was ongoing, as well as the plans and specifications. He did not have to review any records to prepare his expert report. If you would like Bates cites to the project's dredging records, please advise.

Dr. Mathewson has reviewed the plans and project manual for the project, as well as the claims that Renda submitted for the Flare Area, South Ferry Landing, Section 7 Clay, and Lost Lake Levees. Dr. Mathewson also reviewed the deposition exhibits for Thomas Benero, and the HJV Associates May 200 soil borings.

Sincerely yours,

Brian W. Erikson

BWE/cam
S:\Construction\Renda Marine\Upper Bayou 565.08\Kosloske 047.wpd

cc: Oscar Renda

# BARRY L. SMITH

Barry L. Smith is self-employed and Principal for Pathfinder Construction Consulting, Inc. Barry has more than 25 years of construction experience including overseas assignments.

His current assignment is assisting with the management and submission of claims and modifications for a Dredging Contractor, located in the South Texas Region.

**Bachelor of Science**
U.S. Naval Academy
Annapolis, Maryland

**U. S. Marine Corps**
Honorably Discharged – Captain

## Construction Strategies, Inc.

- *Construction Program Director*
- *Vice President*
- *Regional Director*

While working for CSI, Barry was primarily responsible for:

- Manager of Houston, Texas Office
- Regional Construction Project Management
- Trial Consulting and Litigation Support Services
- Construction Claims Preparation
- Claims Management and Administration

Prior to joining CSI, Barry developed his consulting, construction management and litigation support skills at Landmark Contract Management.

## Landmark Contract Management, Inc.

- *Senior Project Manager*
- *Project Manager*

While working with Landmark, Barry was primarily responsible for:

- Project Management and Administration
- Contracts Manager
- Project Organization and Documentation
- Development of Dispute Avoidance/Resolution Systems
- Litigation Support Services
- Claims Management
- Preparation and Presentation of Training Seminars

Prior to joining CSI, Barry served in a variety of field and management positions with major international construction firms, including:

## McCarthy Building Company

- *Project Manager – Special Projects*

## McCarthy Environmental Construction, Inc.

- *Project Manager*

## Rodgers Construction Company

- *Project Manager*

## Utley-James, Inc.

- *Project Engineer*

## Gilbert/Commonwealth, Inc.

- *Assistant Resident Engineer*
- *Office Engineer*
- *Overseas Contracts and Controls Engineer*
- *Contracts Engineer*
- *Project Administrator*

Barry's field and management experience encompasses a wide array of project types in commercial, industrial, institutional and governmental settings, which include:

- Schools and School District Facilities
- Surface Water Treatment and Purification Facilities
- Wastewater Treatment Plants
- High and Medium-Rise Office Structures
- Medium and Low-Rise Residential Structures
- Electrical Power Generation Plants
- Heavy Industrial Facilities
- Bridge and Heavy Highway Construction
- Tunnel Excavation
- Pipeline Construction
- Hospital and Medical Facilities
- Airport Facilities
- Parking Garages
- Food Processing Facilities
- Dredging and Marine Work
- Correctional Facilities
- Police Command Centers

# McCullough & Associates

CONSTRUCTION CONSULTING

## ROBERT B. McCULLOUGH, PE, CCE, CDT

9/14/54

**Education:**

BS Civil Engineering - 1977 - University of California at Berkeley

**Professional Organizations & Certifications:**

09/03/86 - Certified Cost Engineer - American Association of Cost Engineers
11/22/88 - Registered Professional Engineer in the State of Texas
04/06/91 - Certified Document Technologist

| Member of: | | |
|---|---|---|
| | AAA | American Arbitration Association |
| | AACE International | Association for the Advancement of Cost Engineering |
| | AGC | Associated General Contractors |
| | ASCE | American Society of Civil Engineers |
| | NSPE | National Society of Professional Engineers |

**Professional Experience:**

**1/89 - Present** **McCullough & Associates** **President**
**Dallas, Texas**

President of nationwide construction consulting firm. Successfully prepared and negotiated claims throughout the nation on a wide variety of construction projects. Has been deposed as expert witness and provided expert testimony in Federal and County Courts. Prepared and presented seminars on construction related topics.

**1/88 - 1/89** **Construction Performance Specialists** **President**
**Tyler, Texas**

President of nationwide construction consulting firm. Successfully prepared and negotiated claims throughout the nation on a wide variety of construction projects. Has been deposed as expert witness and provided expert testimony in Federal and County Courts. Prepared and presented seminars on construction related topics.

15938 Midway Road Addison, Texas 75001
(972) 385-3158 FAX (972) 385-3159 e-mail rob@mccullough-claims.com

# McCullough & Associates

CONSTRUCTION CONSULTING

**1/87 - 12/87** **The Heme Consultants** **Vice President**
**Tyler, Texas**

Vice President for national construction consulting firm. Successfully prepared and negotiated claims throughout the nation on a wide variety of construction projects.

**10/83 - 1/87** **Construction Support Services** **Consulting Engineer**
**Tyler, Texas**

Consulting Engineer for nationwide construction consulting firm. Successfully prepared and negotiated claims throughout the nation on a wide variety of construction projects.

**3/83 - 9/83** **Frisby & Associates** **Senior Engineer**
**Tyler, Texas**

Consulting Engineer for nationwide construction consulting firm. Successfully prepared and negotiated claims throughout the nation on a wide variety of construction projects.

**5/81 - 2/83** **Mocon Building Corporation** **Project Engineer**
**Salem, Oregon**

Project Engineer for large commercial concrete structures contractor. Successfully completed projects in Arizona and California ranging from five to fifty million dollars.

**4/77 - 4/81** **Hawaiian Dredging & Construction Co.** **Senior Engineer**
**Honolulu, Hawaii**

Project Engineer and Senior Engineer for a large commercial contractor in Hawaii and the Pacific Basin. Successfully completed projects ranging from five to twenty million dollars in Hawaii and Guam.

**Continuing Education Courses Completed:**

| Description | Organization | Date |
|---|---|---|
| Construction Claims | Battelle Institute | 1983 |
| Certified Cost Engineering Examination Review | AACE International | 1985 |
| Construction Cost Estimating & Bidding | Southern Methodist University | 1986 |
| CPM Scheduling in Program Management & Claims | Federal Publications | 1987 |
| Calculating Loss of Efficiency Claims | Federal Publications | 1987 |
| 1st Annual Construction Law Conference | University of Texas | 1988 |
| Skills & Knowledge of Cost Engineering | AACE International | 1988 |
| Essentials of Texas Construction Law | University of Texas | 1988 |
| 2nd Annual Construction Law Conference | University of Texas | 1989 |

15938 Midway Road Addison, Texas 75001
(972) 385-3158 FAX (972) 385-3159 e-mail rnb@mccullough-claims.com

# McCullough & Associates

CONSTRUCTION CONSULTING

## Continuing Education Courses Completed:

| Description | Organization | Date |
|---|---|---|
| 3rd Annual Construction Law Conference | University of Texas | 1990 |
| 4th Annual Construction Law Conference | University of Texas | 1991 |
| CSI Certification Course | CSI | 1991 |
| 5th Annual Construction Law Conference | University of Texas | 1992 |
| 6th Annual Construction Law Conference | University of Texas | 1993 |
| The Construction Superconference | Andrews Conferences, Inc. | 1994 |
| 8th Annual Construction Law Conference | State Bar of Texas | 1995 |
| 10th Annual Construction Law Conference | State Bar of Texas | 1997 |
| 11th Annual Construction Law Conference | State Bar of Texas | 1998 |
| The Construction Superconference | Andrews Conferences, Inc. | 1998 |
| 12th Annual Construction Law Conference | State Bar of Texas | 1999 |

## Seminars & Papers Presented:

| Description | Organization | Date |
|---|---|---|
| "Cost Engineering: A Contractor's Perspective" (Paper) | AACE International | 1986 |
| Scheduling, Cost Control & Claims Avoidance (Seminar) | Basic Constructors | 1987 |
| Construction Claims (Guest Lecturer-Graduate Program) | Texas A&M University | 1988 |
| Basic Principles of Planning & Scheduling (Seminar & Workshop) | Project Management Institute | 1988 |
| CPM Scheduling (Seminar) | Associated Builders & Contractors | 1988 |
| CPM Scheduling in Construction Claims" (Paper) | Cost Engineering Magazine | 1989 |
| Integrated Planning & Cost Control (Instructor) | CEP Texas A&M University | 1989 |
| CPM Scheduling in Construction Litigation (Speaker) | AACE International | 1989 |
| "Microcomputers in Construction Claims" (Paper) | ASCE | 1989 |
| Construction Delay Damages (Seminar) | U.T. School of Law | 1990 |
| Planning for Problems at the Jobsite (Speaker) | Texas Lath & Plasters Assoc. | 1990 |
| "Who Owns Your Float?" (Seminar) | Associated General Contractors | 1990 |
| Construction Scheduling (Instructor - University Course) | University of North Texas | 1990 |
| Microcomputers in Construction Claims (Speaker) | American Concrete Institute | 1990 |
| PMI PMP Review Course (Instructor - Cost) | Project Management Institute | 1990 |
| Construction Documentation (Article) | Associated Builders & Contractors | 1991 |
| Construction Claims (Speaker) | AACE International | 1991 |
| PMI PMP Review Course (Instructor - Cost & Contracts) | Project Management Institute | 1991 |
| AGC Supervisory Training Program (Instructor) | North Lake College | 1991 |
| AGC Supervisory Training Program (Instructor) | North Lake College | 1992 |
| AGC Supervisory Training Program (Instructor) | North Lake College | 1993 |
| PMI PMP Review Course (Instructor - Cost & Contracts) | Project Management Institute | 1993 |
| AGC Supervisory Training Program (Instructor) | North Lake College | 1994 |
| AGC Supervisory Training Program (Instructor) | North Lake College | 1995 |
| "Advances in Cost Control and Schedule Management for Commercial Construction" (Paper & Speaker) | 14th Int'l Cost Engr. Congress | 1996 |
| "Tools of the Trade" (Paper & Speaker) | AACE International | 1997 |
| AGC Supervisory Training Program (Instructor) | North Lake College | 1997 |
| AGC Supervisory Training Program (Instructor) | North Lake College | 1998 |
| AGC Supervisory Training Program (Instructor) | North Lake College | 1999 |

15938 Midway Road Addison, Texas 75001
(972) 385-3158 FAX (972) 385-3159 e-mail rob@mccullough-claims.com

# McCullough & Associates

CONSTRUCTION CONSULTING

## Seminars & Papers Presented:

| Description | Organization | Date |
|---|---|---|
| CPM Schedules in Construction Claims Contractor's Perspective | AACE International | 1999 |
| CEF/AGC Supervisory Training Program (Instructor) | North Lake College | 2000 |
| Mock Arbitration (Speaker) | AACE International | 2000 |
| CEF/AGC Supervisory Training Program (Instructor) | North Lake College | 2001 |
| Mock Mediation (Speaker) | AACE International | 2001 |

## Construction Projects and Claims Experience:

| Project Name | Location | Type |
|---|---|---|
| Kuakini Medical Center Parking Garage | Honolulu, Hawaii | Parking Garage |
| Kuakini Medical Office Building | Honolulu, Hawaii | High-rise Doctor's Office |
| Kuakini Progressive Health Center | Honolulu, Hawaii | Hospital |
| Civic Center Parking Garage | Honolulu, Hawaii | Underground Parking Garage |
| Straub Clinic and Hospital | Honolulu, Hawaii | Hospital |
| Agana Sewage Treatment Plant | Agana, Guam | Wastewater Treatment Plant |
| Asan Community Redevelopment | Asan, Guam | Subdivision |
| Shrimp Farm | Tamuning, Guam | Shrimp Farm |
| Arizona Correctional Training Center | Tucson, Arizona | Prison |
| Pima County Jail | Tucson, Arizona | Prison |
| Sheraton Grande Hotel | Los Angeles, California | High-rise Hotel |
| University of Texas Graves Hospital | Galveston, Texas | Hospital |
| University of Texas Ambulatory Care Center | Galveston, Texas | Hospital |
| Texas Dept. of Corrections Hospital | Galveston, Texas | Hospital |
| Claridge Condominium * (video) | Dallas, Texas | High-rise Condominium |
| Grand Kempinski (Registry) Hotel | Dallas, Texas | High-rise Hotel |
| Grand Prairie Community Hospital | Grand Prairie, Texas | Hospital |
| Texas Commerce Bank - Las Colinas | Dallas, Texas | High-rise Office Building |
| Piilani Highway* | Maui, Hawaii | Highway |
| Granite Reef Aqueduct | Phoenix, Arizona | Concrete Lined Canal & Structures |
| Apache Sunrise Ski Area | Sunrise, Arizona | Ski Lodge |
| Napili-Honokowai Sewerage System | Maui, Hawaii | Sewer System |
| Dunes Condominiums | Padre Island, Texas | Low-rise Condominiums |
| White Oak Middle School | White Oak, Texas | School Building |
| Waller Creek Hotel & Office Building | Austin, Texas | High-rise Office & Hotel |
| Fire Maintenance & Training Center | Dallas, Texas | Low-rise Building |
| Ironworks Gym | Brownsborrow, Texas | Low-rise Gym |
| Pacheco Pass Conduit | Pacheco Pass, California | Large Bore Concrete Pipeline |
| Picacho Pumping Plant | Phoenix, Arizona | Water Pumping Plant & Canals |
| Allied Fidelity Building | Tyler, Texas | Office Building |
| Quality Hill Renovation (22 Buildings) | Kansas City, Kansas | Renovation of Historical Buildings |
| Category No. 4, Package B Sewer Line * | San Antonio, Texas | Sanitary Sewer System |
| Southside Diversion Sanitary Sewer | Dallas, Texas | Sanitary Sewer System |
| Cadiz Street Sanitary Sewer | Dallas, Texas | Sanitary Sewer System |

15938 Midway Road Addison, Texas 75001
(972) 385-3158 FAX (972) 385-3159 e-mail rob@mccullough-claims.com

# McCullough & Associates

CONSTRUCTION CONSULTING

**Construction Projects and Claims Experience:**

| Project Name | Location | Type |
|---|---|---|
| Rowlett Creek Water Line | Plano, Texas | Water Pipeline |
| Trinity River Authority Segment 1 | Dallas, Texas | Water Pipeline |
| Trinity River Authority Segment 2 | Dallas, Texas | Water Pipeline & River Crossing |
| Limestone Power Plant - Phase I & II | Jewett, Texas | Coal Fired Power Plant |
| Baytown Wastewater Treatment Plant | Baytown, Texas | Wastewater Treatment Plant |
| Fort Worth Police Facility* | Fort Worth, Texas | Prison |
| Texas Parks & Wildlife Fish Hatchery | Austin, Texas | Fish Hatchery |
| Cotton Belt Building | Tyler, Texas | Office Building Renovation |
| Leon Creek Wastewater Treatment Plant | San Antonio, Texas | Wastewater Treatment Plant |
| Allison Wastewater Treatment Plant | Corpus Christi, Texas | Wastewater Treatment Plant |
| United Postal Service Bid Solicitation | Oklahoma City, Oklahoma | Office Building |
| Bramlett Residence | Dallas, Texas | Luxury Residence |
| Highway 80 *~ | Terrell, Texas | Highway |
| Peoria Waste Disposal | Peoria, Illinois | Waste Disposal Site |
| Washington Metro | Washington, DC | Underground Metro System |
| Blalack Jr. High School | Dallas, Texas | Public School |
| Carswell AFB Clinic | Fort Worth, Texas | Medical Facilities |
| Alvarado Nursing Home | Alvarado, Texas | Nursing Home |
| Seagoville Road Project * | Dallas, Texas | Highway |
| Diana School | Diana, Texas | Public School |
| Lake Texoma Pipeline, Section I | Denison, Texas | Water Pipeline |
| Northwest Wastewater Treatment Plant | Houston, Texas | Wastewater Treatment Plant |
| Hallsville Middle School | Hallsville, Texas | Public School |
| Anderson County Jail *~ | Palestine, Texas | Prison |
| Market Place *~ | Longview, Texas | Shopping Center |
| Marriott Courtyard Hotel | San Antonio, Texas | High Rise Hotel |
| Aircraft Maintenance Facility | Ft. Hood, Texas | Fueling & Maintenance Facility |
| SH 185 - Calhoun County *~ | Seadrift, Texas | Highway |
| Transdata | Tyler, Texas | Office Building |
| Richardson Hospital* | Richardson, Texas | Hospital |
| US Sprint Fiber Optic Cable* | Knoxville, Tennessee | Fiber Optic Cable |
| Big Bear Interceptor Sewer Section I *~ | Colleyville, Texas | Pipeline |
| Leetex v CB&S Stone | Dallas, Texas | Low-rise Office Building |
| Weatherford City Hall | Weatherford, Texas | City Hall |
| San Antonio Package B | San Antonio, Texas | Wastewater Facilities |
| Island on Lake Travis *~ | Austin, Texas | Retirement Apartments |
| Tarrant County Jail | Ft. Worth, Texas | Jail Facility |
| King Pipeline | Nashville, Tennessee | Fiber Optic Cable |
| Ridgecrest Apartments | Denton, Texas | Retaining Wall Failure |
| Eastside/Bachman | Dallas, Texas | Sludge Removal |
| Red River Water Line Loop | Plano, Texas | Water Utility Lines |
| Little Walnut Creek *~ | Austin, Texas | Water/Sewer Lines |
| Fire Loop Construction | Bayport, Texas | Chemical Plant |
| Greenville High School Track | Greenville, Texas | Public School |

15938 Midway Road Addison, Texas 75001
(972) 385-3158 FAX (972) 385-3159 e-mail rob@mccullough-claims.com

# McCullough & Associates

CONSTRUCTION CONSULTING

**Construction Projects and Claims Experience:**

| Project Name | Location | Type |
|---|---|---|
| Elm Fork Water Treatment Plant | Carrollton, Texas | Water Line |
| RM 620 *~ | Austin, Texas | Highway |
| Carrie Francis Elementary | Birdville, Texas | Public School |
| Moyer Landfill | Collegeville, Pennsylvania | EPA Superfund Cleanup |
| SMU Arts Library | Dallas, Texas | University Library |
| Los Angeles Veteran's Hospital | Los Angeles, California | Hospital |
| LNVA - Pine Island | Lower Neches Valley, Texas | Water Line |
| Sheraton Padre Hotel | So. Padre Island, Texas | Hotel |
| DF/W Warehouse Phase II | Dallas, Texas | Warehouse/Office |
| San Patricio County Airport *~ | Corpus Christi, Texas | Airport |
| AT&T Fiber Optic Cable | Houston, Texas | Fiber Optic Cable |
| Arp Elementary School* | Arp, Texas | Public School |
| Albuquerque International Airport Terminal Bldg. and Concourse*~ | Albuquerque, New Mexico | Airport |
| Jefferson Ave. Relief Tunnel | Grand Prairie, Texas | Tunnel |
| Big Bear Interceptor Sections II & III | Colleyville, Texas | Water/Sewer Line |
| Myrtle Springs Gas Pipeline * | Myrtle Springs, Texas | Gas Pipeline |
| West Tennessee Prison | Lauderdale County, Tennessee | Multi-purpose Prison |
| TPWD Fish Hatchery | Huntsville, Texas | Fish Hatchery |
| TransData Office/Warehouse | Tyler, Texas | Office / Warehouse |
| Green Water Treatment Plant * | Austin, Texas | WTP Transmission Main |
| Beaumont Prison | Beaumont, Texas | Prison |
| City Of Lake Worth Library | Ft. Worth, Texas | Library |
| Pounds Residence ~ | Ft. Worth, Texas | Renovation & Addition |
| Motorola Ceramics Plant, Phase II | Albuquerque, New Mexico | Building Addition |
| Pic'n Save Remodel * | Tyler, Texas | Store Remodel |
| McKinney Post Office | McKinney, Texas | Post Office |
| Parkland Newborn Nursery | Dallas, Texas | Hospital Addition |
| Valley Creek | Ft. Worth, Texas | Sludge Disposal |
| Medical Arts Building * | Ft. Worth, Texas | High Rise Office Building |
| Blockbuster Video * | Dallas, Texas | Store Remodel |
| Vickery Street Warehouse ~ | Ft. Worth, Texas | Commercial Warehouse |
| Texas State Capitol Expansion | Austin, Texas | Building Addition |
| US 75, Central Expressway | Dallas, Texas | Highway |
| Okfuskee County Road Resurface | Tulsa, Oklahoma | Road Resurface |
| Dallas Love Field Runway Repair | Dallas, Texas | Runway |
| HWY 157 | Arlington, Texas | Highway |
| Warehouse | Dallas, Texas | Renovation |
| Dorchester Levy | Grand Prairie, Texas | Levy, pipeline |
| The Ritz Carlton | West Palm Beach, Florida | High Rise Hotel |
| HWY M53 | Romeo, Michigan | Highway |
| Zilwaukee Bridge Ramps | Saginaw County, Michigan | Highway Bridge Ramps |
| Mt. Creek Relief Parallel Interceptor * | Dallas, Texas | Sewer & Metering Station |

15935 Midway Road Addison, Texas 75001
(972) 385-3158 FAX (972) 385-3159 e-mail rob@mccullough-claims.com

# McCullough & Associates

CONSTRUCTION CONSULTING

## Construction Projects and Claims Experience:

| Project Name | Location | Type |
|---|---|---|
| Regimented Intensive Probation Program * | Houston, Texas | Minimum Security Prison |
| Forest Cove Apartments | Dallas, Texas | Apartments |
| Caddo Basin Water Line | Sherman, Texas | Water Line |
| West Side Basin * | Des Moines, Iowa | Equalization Basin & Pump Station |
| TX Industrial Floors vs. Asarco | Amarillo, Texas | Epoxy Flooring |
| ODOT Arbitration | Oklahoma City, Oklahoma | Highway |
| Aragon Condominium | Boca Raton, Florida | High-rise Condominiums |
| Westbank Interceptor *~ | Dallas, Texas | Sewer Line |
| Warehouse & Tank Maintenance Facility | Ft. Hood, Texas | Warehouse & Tank Maint. Facility |
| Gib Lewis Unit | Houston, Texas | Prison |
| Superconducting Super Collider SSC | Waxahachie, Texas | Infrastructure & Cooling Tower |
| DFW Terminal 2E Roof | DFW, Texas | Roofing |
| Harwood Crossing Shopping Mall | Dallas, Texas | Ceramic Tile Installation |
| Lone Mountain Facility | Waynoka, Oklahoma | USPCI Landfill |
| Benedict's Restaurant | Dallas, Texas | Building Remodel |
| Hickory Creek Park Part III * ~ | Elm Fork,Tinity River,TX | Recreational Facility |
| Allstate Data Center Complex * | Irving, Texas | Office Building |
| DFW Airfield Guidance Sign Replacement | Dallas, Texas | Sign Replacement |
| Abilene State School *~ | Abilene, Texas | Renovation of Buildings |
| Federal Building *~ | Des Moines, Iowa | Cooling Tower/Chiller/Roof Repl. |
| Forest Lane Project * | Garland, Texas | City Street |
| Rowlett High School | Rowlett, Texas | Public School |
| JC Penney Corp. Headquarters | Plano, Texas | Landscaping |
| City of Alvin Sewer Line*~ | Alvin, Texas | Sewer Line |
| Brooke Army Medical Center | San Antonio, Texas | Medical Center |
| Bachman Creek Relief WW Main *~ | Dallas, Texas | Sewer Line |
| St. Michael's Replacement Hospital ~ | Texarkana, Texas | Hospital |
| Re-roof West Airfreight Building | Dallas, Texas | Roofing |
| Brazoria County Jail | Houston, Texas | Jail Facility |
| MD Anderson Cancer Center | Houston, Texas | Hospital |
| City of Garland Alley Replacement *~ | Garland, Texas | Alley Replacement |
| Terminal 2W Sprinkler Repair | DFW, Texas | Fire Sprinkler |
| Libby Owens Ford | Sherman, Texas | Glass Factory |
| Waterford Court Apartments | Addison, Texas | Apartments |
| Climatic Test Chamber - Demolition ~ | Eglin AFB, Florida | Hanger Demolition |
| Highland Park Middle School ~ | Dallas, Texas | Public School |
| Norman VA Long Term Care Facility ~ | Norman, Oklahoma | VA Hospital |
| Dallas Area Rapid Transit | Dallas, Texas | Rail & Utility Installation |
| 50th & Quaker Project | Lubbock, Texas | Roadway |
| UT Arlington | Arlington, Texas | University |
| Washington National Airport Parking | Washington, D.C. | Parking Garage |
| Firefighting Training Facility * ~ | Ingleside, Texas | Structural Steel/Steel Liner/Grating |
| Fleet Minewarfare Center * ~ | Ingleside, Texas | Structural Steel Building |
| A&M Center for Environmental Studies * ~ | Corpus Christi, Texas | Structural Steel Building |

15938 Midway Road Addison, Texas 75001
(972) 385-3154 FAX (972) 385-3159 e-mail rob@mcculloughclaims.com