# McCullough & Associates

CONSTRUCTION CONSULTING

## Construction Projects and Claims Experience:

| Project Name | Location | Type |
|---|---|---|
| Beaumont Prison ~ | Beaumont, Texas | Masonry |
| Wastewater Collection System Improvements * | Colleyville, Texas | Sewer Line |
| Beck Branch Gravity Sewer Project * ~ | Richardson, Texas | Sewer Project |
| Tarrant County Junior College * ~ | Arlington, Texas | Southeast Campus |
| Fallbrook Bus Operating Facility | Houston, Texas | Bus Facility |
| Sam Rayburn Dam and Reservoir | Angelina River, Texas | Spillway Modification |
| JCPenney | Arlington, Texas | Mall |
| Medical City Dallas, Bldg D | Dallas, Texas | Medical Office |
| Grapevine Mills Mall* | Grapevine, Texas | Outlet Mall |
| Red River Bridge Replacements | FM656, Texas | Highway Bridges |
| GM Assembly Plant | Arlington, Texas | Auto Assembly Plant |
| Parking Lot Replacement ~ | San Antonio, Texas | Parking Lots |
| Mustang Pipeline | West Texas | Oil/Gas Pipeline |
| The Associates Office | DFW, Texas | Office Building |
| Polk Parkway | Florida | Highway |
| Horseshoe Casino | Shreveport, Louisiana | Casino |
| Midway/Beltline Sewer | Addison, Texas | Tunnel |
| LVEDAP * | El Paso, Texas | Sewer Line |
| Moises E. Molina High School | Dallas, Texas | High School Campus |
| Falk Residence ~ | Dallas, Texas | Residence |
| Richmond Suites Hotel ~ | Baton Rouge, Louisiana | Hotel |
| Silas Ray Repowering Project | | Power Plant |
| Lake Texana to Corpus Christi | Corpus Christi, Texas | Water Line |
| Osceola Refrigerated Distribution Plant * | Osceola, Minnesota | Refrigerated Distribution Plant |
| Longwood Estates * | Colleyville, Texas | Subdivision Site and Utility Work |
| Wills Point High School | Wills Point, Texas | High School |
| Dual Access Radiographic Hydrotest Facility | Los Alamos, New Mexico | Laboratory |
| Mt. Creek Interceptor Sewer | Dallas, Texas | Sewer Line |
| La Hacienda Ranch ~ | Colleyville, Texas | Restaurant |
| Washington Navy Yard * | Washington, DC | Parking Structure |
| Dr. Holiner * | Dallas, Texas | Renovation |
| Herndon Park and Ride * | Herndon, Virginia | Parking Structure |
| Astros Ball Park | Houston, Texas | Ball Park |
| Rice University | Houston, Texas | University Building |
| Tinker Air Force Base * ~ | Oklahoma City, Oklahoma | Fueling System |
| Tulsa Rig Iron | Tulsa, Oklahoma | Drill Rig Design |
| Northwest Vista College * | San Antonio, Texas | College Campus |
| Commissary & Exchange | Ft. Bragg, Texas | Commissary & Exchange |
| Waste Processing System *~ | Lubbock, Texas | Oil Filter Recycling Facility |
| Middle Tennessee State University | Tennessee | CPM Schedule |
| Saw Mill Renovations * | Temple, Texas | Saw Mill |
| Riverfront Festival | Shreveport, Louisiana | Paving |
| Olefin Plant * ~ | | Chemical Plant |
| DFW De-Icing Facility | DFW, Texas | Airport |
| Mayfair Building | Dallas, Texas | CPM Schedule |

15938 Midway Road Addison, Texas 75001
(972) 385-3155 FAX (972) 385-3159 e-mail rob@mccullough-claims.com

# McCullough & Associates

CONSTRUCTION CONSULTING

**Construction Projects and Claims Experience:**

| Project Name | Location | Type |
|---|---|---|
| ARCO Pipeline | | Oil Pipeline |
| Shelton School | Dallas, Texas | School |
| Stephen F. Austin Hotel | Austin, Texas | Hotel |
| Park Place Lexus | Dallas, Texas | Auto Dealership |
| Ice Rink | North Richland Hills, TX | Ice Rink |
| GM Assembly Plant | Arlington, Texas | Auto Assembly Plant |
| TxDOT Bus 114 | Grapevine, Texas | State Highway |
| Fuel Cell Schedule | Ft. Worth, Texas | Fuel Facility |
| DFW Deicing Facility | DFW, Texas | Deicing Facility |
| Joe M. Pirtle Elementary School | | Elementary School |
| Darr Equipment | Longview, Texas | Equipment Maintenance Facility |
| Weston Riverwalk Hotel * | San Antonio, Texas | Hotel |
| Humble Oil Building | Houston, Texas | Office Building |
| Wynne Joyce Road | Garland, Texas | Road |
| Dallas International School | Dallas, Texas | School |
| Gowan Business Park * ~ | Las Vegas, Nevada | Site Development |
| Charles A. Silvestri Middle School | Las Vegas, Nevada | School |
| Underground Utilities | Arlington, Texas | Utilities |
| Water Transmission Line | Wiley, Texas | Water Utiltiy |
| DART SOCDOF | Dallas, Texas | Bus Maintenance Facility |
| La Mirage ~ | Austin, Texas | Apartments |
| Regency Park Plaza | Houston, Texas | Assisted Living |
| Port Arthur Coking Company | Port Arthur, Texas | Petrochemical Plant |
| Residence at Wabash Circle | Dallas, Texas | Residence |
| Residence at Cemetery Road | Boyd, Texas | Residence |
| Formosa Lavaca N. Phase I & II | Lavaca, Texas | Pipeline |
| Wichita Trail Pavement Project | Flower Mound, Texas | Road |
| Improvements & Upgrade in Sterling County | Houston, Texas | Road & Bridges |
| Ag Credit Office Building | Lubbock, Texas | New Office Building |
| Domain, Stone Manor | Dallas, Texas | Multi-Family Apartments |
| Galatyn Park Auditorium | Richardson Texas | Schedule |
| Mercy Medical Center | Laredo, Texas | Hospital |
| Thorton Residence | Dallas, Texas | Residence |
| MAPS Library | Oklahoma City, Oklahoma | College Library |
| Dallas Convention Center | Dallas, Texas | Convention Center |
| Rio Grande City High School * ~ | Rio Grande City, Texas | School |
| Parc Chateau | Kenner, Louisiana | Assisted Living |
| Zee Manufacturing Plant * | San Antonio, Texas | Manufacturing Plant |
| Farmers Branch Justice Center * | Farmers Branch, Texas | City Court Building |
| Rush Truck Center *~ | Laredo, Texas | Truck Stop |
| AN Plant * | Houston, Texas | Chemical Plant |
| Aladdin Hotel | Las Vegas, Nevada | Hotel |
| Poteet High School *~ | Mesquite, Texas | High School |
| Doubletree Hotel | Dallas, Texas | Hotel |
| Domaine Apartments | Plano, Texas | Multi-Family Apartments |

15936 Midway Road Addison, Texas 75001
(972) 385-3158 FAX (972) 385-3159 e-mail rob@mccullough-claims.com

# McCullough & Associates

CONSTRUCTION CONSULTING

## Construction Projects and Claims Experience:

| Project Name | Location | Type |
|---|---|---|
| Ft. Sam Houston | San Antonio, Texas | CPM Schedule |
| Triad Living I, II, & IV | Plano, Texas | Assisted Living |
| Turtle Creek Villas | Dallas, Texas | Apartments |
| Liberty County Project | Liberty County, Texas | Highway Bridges |
| Dallas Senior Housing | Dallas, Texas | Assisted Living |
| George Bush Turnpike | Dallas, Texas | Highway |
| Noblesville High School | Noblesville, Iowa | High School |
| Haltom City Animal Shelter | Haltom City, Texas | Animal Shelter |
| South Hills High School | Ft. Worth, Texas | High School |
| Ft. Sam Houston USARC | Ft. Sam Houston, Texas | Post Exchange |
| Travel Centers of America | San Antonio, Texas | Truck Stop |

* Deposition Taken
~Testify at Trial, Arbitration or Mediation
Served as Arbitrator

15938 Midway Road Addison, Texas 75001
(972) 385-3158 FAX (972) 385-3159 e-mail rob@mccullough-claims.com

Milbern Ray and Company
L.L.P.
Certified Public Accountants

MILBERN D. RAY, C.P.A.
RONALD D. RAY, C.P.A.
KENT A. RAY, C.P.A.

150 Westpark Way #100
Euless, Texas 76040

P.O. Box 649
Bedford, Texas 76095-0649
(817) 571-7601 Metro (817) 267-2895
FAX (817) 571-1381

MEMBER:
AMERICAN INSTITUTE
OF CERTIFIED PUBLIC
ACCOUNTANTS

January 23, 2004

Mr. Brian Erikson
Quilling, Schlander, Cumminskey & Lownels
Bryan Tower
2001 Bryan St., Ste 1800
Dallas, Texas 75201

Re: Renda Marine, Inc.
Dredging Upper Bayou

Dear Brian:

Per your request we have prepared schedules of job costs for the U.S. Corps of Engineer project Dredging Upper Bayou performed by Renda Marine, Inc. for the period of September 1998 through July 2002.

The first job cost schedule represents direct job cost and allocation of indirect cost (or shop cost) to the Upper Bayou project. The second job cost schedule represents the same items as the first schedule, plus allocation of equipment cost to the project for the duration of the job.

The schedules were prepared by our firm from our monthly job schedules and audit workpapers. The original raw information was schedules and reports prepared by Renda Marine, Inc.

The enclosed schedule of equipment cost were prepared using Renda Marine Inc.'s schedule of equipment usage by days for each year and their equipment usage rates. Our schedules reconcile to the audited financials of the Company. If any additional information is needed please notify me.

Sincerely,

Kent A. Ray, CPA

KAR/ss
Enclosure

J:\WordData\Renda Marine\Quilling,...dredging Upper Bayou.doc

CPA™

**Kent A. Ray**

**Education –**

Texas Wesleyan University – Fort Worth, Texas
Bachelor of business Administration
Graduate – May 1983

**Certification –**

Certified Public Accountant – November 1997

**Experience –**

Milbern Ray & Company, LLP – Euless, Texas
1983 to present
Partner

Accounting Firm: Performing financial statement audits, reviews. Corporate, partnership, fiduciary and individual federal and state tax returns. Management services and general business accounting functions. Industries of concentration: construction, industry, retail and personal services.

**Memberships –**

American Institute of Certified Public Accountants
Texas Society of Certified Public Accountants

RENDA MARINE, INC.
JOB COST SCHEDULE WITH EQUIPMENT COST
JOB 1100 - CORP. OF ENGINEERS - UPPER BAYOU
FROM START DATE OF SEPTEMBER 1, 1998
TO OCTOBER 31, 2002

| | May 8, 1998 | June 1998 | July 1998 | August 1998 | September 1998 | October 1998 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|
| Labor | 0.00 | 0.00 | 0.00 | 0.00 | 2,019.24 | 4,685.40 | 0.00 | 6,704.64 | 6,704.64 |
| Burden | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Costs | 0.00 | 0.00 | 0.00 | 0.00 | 31,497.08 | 199,253.97 | 0.00 | 230,751.05 | 230,751.05 |
| Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AJE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49,109.31 | 49,109.31 | 49,109.31 |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 33,516.32 | 203,939.37 | 49,109.31 | 286,565.00 | 286,565.00 |

| | November 1998 | December 1998 | January 1999 | February 1999 | March 1999 | April 1999 | May 1999 | June 1999 | July 1999 | August 1999 | September 1999 | October 1999 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 39,537.78 | 27,624.30 | 50,960.00 | 59,041.41 | 82,897.08 | 81,202.10 | 32,327.04 | 61,308.02 | 79,277.88 | 22,632.25 | 143,787.50 | 180,849.51 | 0.00 | 861,444.87 | 868,149.51 |
| Burden | 5,076.65 | 3,546.96 | 6,543.00 | 7,580.91 | 10,643.98 | 10,426.33 | 4,150.79 | 7,871.94 | 10,119.28 | 2,903.98 | 18,462.32 | 52,888.00 | 0.00 | 140,276.16 | 140,276.16 |
| Costs | 197,586.36 | 252,216.63 | 465,345.00 | 552,938.50 | 1,107,592.23 | 982,835.24 | 490,562.38 | 488,555.39 | 91,250.68 | 235,170.49 | 341,979.83 | 339,004.85 | 0.00 | 5,545,437.58 | 5,776,188.63 |
| Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 144,097.00 | 223,349.00 | 216,144.00 | 223,349.00 | 0.00 | 806,939.00 | 806,939.00 |
| AJE | (99,368.00) | 0.00 | 0.00 | (105,455.91) | 0.00 | 0.00 | 280,734.95 | 0.00 | 0.00 | 0.00 | 0.00 | 139,659.45 | (68,060.00) | 147,310.49 | 196,619.80 |
| Total | 142,832.79 | 283,387.89 | 522,848.00 | 514,104.91 | 1,201,133.29 | 1,074,463.69 | 807,775.16 | 558,135.35 | 324,804.84 | 484,057.72 | 720,373.65 | 935,750.81 | (68,060.00) | 7,501,608.10 | 7,788,173.10 |

| | November 1999 | December 1999 | January 2000 | February 2000 | March 2000 | April 2000 | May 2000 | June 2000 | July 2000 | August 2000 | September 2000 | October 2000 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 154,218.57 | 192,223.67 | 142,005.13 | 130,990.00 | 191,136.83 | 162,483.40 | 179,610.42 | 205,434.49 | 166,980.68 | 151,803.78 | 233,006.20 | 208,056.78 | 0.00 | 2,117,951.89 | 2,986,101.40 |
| Burden | 25,111.30 | 31,300.00 | 23,122.62 | 21,329.04 | 31,122.70 | 26,457.07 | 29,245.85 | 33,450.78 | 27,189.37 | 24,718.13 | 37,940.28 | 33,877.78 | 0.00 | 344,864.92 | 485,141.08 |
| Costs | 312,020.75 | 303,284.82 | 312,055.06 | 171,322.57 | 226,216.09 | 248,321.59 | 352,516.18 | 319,679.40 | 369,412.41 | 422,291.90 | 372,450.21 | 589,100.36 | 0.00 | 3,998,671.34 | 9,774,859.97 |
| Equipment | 279,371.00 | 288,683.00 | 288,683.00 | 260,747.00 | 288,683.00 | 279,371.00 | 288,683.00 | 279,371.00 | 288,683.00 | 288,683.00 | 279,371.00 | 288,683.00 | 0.00 | 3,399,012.00 | 4,205,951.00 |
| Per Diems | 21,890.00 | 26,150.00 | 20,575.00 | 19,500.00 | 26,075.00 | 21,750.00 | 23,925.00 | 29,400.00 | 24,475.00 | 23,625.00 | 36,500.00 | 30,600.00 | 0.00 | 304,425.00 | 304,425.00 |
| AJE | 0.00 | 0.00 | 3,552.58 | 184,464.00 | 0.00 | 135,901.42 | 66,931.32 | 57,019.42 | 65,756.45 | 48,149.30 | 95,930.57 | 158,444.59 | 3,370,153.81 | 4,186,303.46 | 4,382,923.26 |
| | 792,571.56 | 841,643.49 | 789,993.39 | 788,352.61 | 763,233.62 | 874,284.48 | 940,911.77 | 924,355.09 | 942,496.91 | 959,271.11 | 1,015,198.26 | 1,308,762.51 | 3,370,153.81 | 14,351,228.61 | 22,139,401.71 |

| | November 2000 | December 2000 | January 2001 | February 2001 | March 2001 | April 2001 | May 2001 | June 2001 | July 2001 | August 2001 | September 2001 | October 2001 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 200,535.61 | 235,445.65 | 164,423.88 | 156,632.44 | 229,784.83 | 174,185.41 | 82,316.98 | 30,545.81 | 2,773.59 | 71,030.58 | 0.00 | 0.00 | 0.00 | 1,347,674.78 | 4,333,776.18 |
| Burden | 30,681.93 | 38,337.50 | 26,773.04 | 25,504.38 | 37,415.75 | 28,362.51 | 13,403.62 | 4,973.74 | 451.62 | 0.00 | 0.00 | 0.00 | 0.00 | 205,904.09 | 691,045.17 |
| Costs | 517,184.10 | 343,752.76 | 421,932.91 | 519,945.33 | 508,785.81 | 357,865.00 | 164,591.72 | 94,617.18 | (267,236.40) | 17,556.73 | 153,646.44 | 0.00 | 0.00 | 2,832,621.58 | 12,607,481.55 |
| Equipment | 225,402.00 | 232,917.00 | 232,917.00 | 195,349.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 886,585.00 | 5,092,536.00 |
| Per Diems | 29,450.00 | 32,425.00 | 22,425.00 | 22,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 106,800.00 | 411,225.00 |
| Overhead | 141,058.38 | 198,249.38 | 243,716.60 | 118,310.55 | 152,830.41 | 175,058.54 | 98,389.85 | 1,833.32 | 0.00 | 8,198.53 | (1,723.37) | 13,149.55 | 0.00 | 1,149,071.74 | 1,149,071.74 |
| AJE | (918,910.02) | (848,210.29) | (879,271.43) | (842,892.70) | (253,326.56) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (321,567.58) | (4,064,178.58) | 318,744.68 |
| | 225,402.00 | 232,917.00 | 232,917.00 | 195,349.00 | 675,490.24 | 735,471.46 | 358,702.17 | 131,970.05 | (264,031.19) | 96,785.84 | 151,923.07 | 13,149.55 | (321,567.58) | 2,464,478.61 | 24,603,880.32 |

| | November 2001 | December 2001 | January 2002 | February 2002 | March 2002 | April 2002 | May 2002 | June 2002 | July 2002 | August 2002 | September 2002 | October 2002 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 21,532.06 | 71,696.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 93,228.54 | 4,427,004.72 |
| Burden | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 691,045.17 |
| Costs | 3,105.17 | 10,918.19 | 0.00 | 0.00 | 0.00 | 0.00 | 15,451.78 | 1,347.81 | 22,164.05 | 318.22 | 161.35 | 0.00 | 0.00 | 53,466.57 | 12,660,948.12 |
| Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,092,536.00 |
| Per Diems | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 411,225.00 |
| Overhead | 2,094.39 | 27,598.97 | 8,573.99 | 0.00 | 0.00 | 0.00 | 86.80 | 84.11 | 4,016.35 | 1.60 | 0.00 | 4.26 | 0.00 | 42,460.47 | 1,191,532.21 |
| AJE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 318,744.68 |
| | 26,731.62 | 110,213.64 | 8,573.99 | 0.00 | 0.00 | 0.00 | 15,538.58 | 1,431.92 | 26,180.40 | 319.82 | 161.35 | 4.26 | 0.00 | 189,155.58 | 24,793,035.90 |

RENDA MARINE, INC.
JOB COST SCHEDULE
JOB 1100 - CORP. OF ENGINEERS - UPPER BAYOU
FROM START DATE OF SEPTEMBER 1, 1998
TO OCTOBER 31, 2002

| | May 8, 1998 | June 1998 | July 1998 | August 1998 | September 1998 | October 1998 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|
| Labor | 0.00 | 0.00 | 0.00 | 0.00 | 2,019.24 | 4,685.40 | 0.00 | 6,704.64 | 6,704.64 |
| Burden | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Costs | 0.00 | 0.00 | 0.00 | 0.00 | 31,497.08 | 199,253.97 | 0.00 | 230,751.05 | 230,751.05 |
| AJE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49,109.31 | 49,109.31 | 49,109.31 |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 33,516.32 | 203,939.37 | 49,109.31 | 286,565.00 | 285,565.00 |

| | November 1998 | December 1998 | January 1999 | February 1999 | March 1999 | April 1999 | May 1999 | June 1999 | July 1999 | August 1999 | September 1999 | October 1999 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 39,537.78 | 27,624.30 | 50,960.00 | 59,041.41 | 82,897.08 | 81,202.10 | 32,527.04 | 61,308.02 | 79,277.88 | 22,632.25 | 143,787.50 | 189,849.51 | 0.00 | 861,444.87 | 868,149.[illegible] |
| Burden | 5,076.65 | 3,546.96 | 6,543.00 | 7,580.91 | 10,643.98 | 10,426.35 | 4,130.79 | 7,671.94 | 10,179.28 | 2,905.98 | 18,462.32 | 52,868.00 | 0.00 | 140,276.16 | 140,276 |
| Costs | 197,586.36 | 252,216.63 | 465,345.00 | 552,938.50 | 1,107,592.23 | 982,835.24 | 490,562.38 | 488,955.39 | 91,250.68 | 235,170.49 | 341,979.83 | 339,004.85 | 0.00 | 5,545,437.58 | 5,776,188.[illegible] |
| AJE | (99,368.00) | 0.00 | 0.00 | (105,455.91) | 0.00 | 0.00 | 280,734.95 | 0.00 | 0.00 | 0.00 | 0.00 | 139,659.45 | (68,060.00) | 147,510.49 | 196,619.80 |
| Total | 142,832.79 | 283,387.89 | 522,848.00 | 514,104.91 | 1,201,133.29 | 1,074,463.69 | 807,775.16 | 558,135.35 | 180,707.84 | 260,708.72 | 504,229.65 | 712,401.81 | (68,060.00) | 6,694,669.10 | 6,981,234.10 |

| | November 1999 | December 1999 | January 2000 | February 2000 | March 2000 | April 2000 | May 2000 | June 2000 | July 2000 | August 2000 | September 2000 | October 2000 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 154,218.51 | 192,225.67 | 142,005.13 | 130,990.00 | 191,136.83 | 162,483.40 | 179,610.42 | 205,434.49 | 166,980.68 | 151,803.78 | 233,006.20 | 208,056.78 | 0.00 | 2,117,951.89 | 2,986,101.40 |
| Burden | 25,111.30 | 31,300.00 | 23,122.62 | 21,329.04 | 31,122.70 | 26,457.07 | 29,245.85 | 33,430.78 | 27,189.37 | 24,718.13 | 37,940.28 | 33,877.78 | 0.00 | 344,864.92 | 485,141.08 |
| Costs | 312,020.75 | 303,284.82 | 312,055.06 | 171,322.57 | 226,216.09 | 248,321.59 | 352,516.18 | 319,679.40 | 369,412.41 | 422,291.90 | 372,450.21 | 589,100.36 | 0.00 | 3,998,671.34 | 9,774,859.97 |
| Per Diems | 21,850.00 | 26,150.00 | 20,575.00 | 19,500.00 | 26,075.00 | 21,750.00 | 23,925.00 | 29,400.00 | 24,475.00 | 23,625.00 | 36,500.00 | 30,600.00 | 0.00 | 304,425.00 | 304,425.00 |
| AJE | 0.00 | 0.00 | 3,552.58 | 184,464.00 | 0.00 | 135,901.42 | 66,931.32 | 57,019.42 | 65,736.45 | 48,149.30 | 95,930.57 | 158,444.59 | 3,370,153.81 | 4,186,303.46 | 4,382,923.26 |
| | 513,200.56 | 552,960.49 | 501,310.39 | 527,605.61 | 474,550.62 | 594,913.48 | 652,228.77 | 644,984.09 | 653,813.91 | 670,588.11 | 775,827.26 | 1,020,079.51 | 3,370,153.81 | 10,952,216.61 | 17,933,450.71 |

| | November 2000 | December 2000 | January 2001 | February 2001 | March 2001 | April 2001 | May 2001 | June 2001 | July 2001 | August 2001 | September 2001 | October 2001 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 200,535.61 | 235,445.65 | 164,423.88 | 156,632.44 | 229,784.83 | 174,185.41 | 82,316.98 | 30,545.81 | 2,773.59 | 71,030.58 | 0.00 | 0.00 | 0.00 | 1,347,674.78 | 4,333,776.18 |
| Burden | 30,681.93 | 38,337.50 | 26,773.04 | 25,504.38 | 37,415.75 | 28,362.51 | 13,403.62 | 4,973.74 | 451.62 | 0.00 | 0.00 | 0.00 | 0.00 | 205,904.09 | 691,045.17 |
| Costs | 517,184.10 | 343,752.76 | 421,332.91 | 519,945.33 | 508,785.81 | 357,865.00 | 164,591.72 | 94,617.18 | (267,256.40) | 17,556.73 | 153,646.44 | 0.00 | 0.00 | 2,832,621.58 | 12,607,481.55 |
| Per Diems | 29,450.00 | 32,425.00 | 22,425.00 | 22,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 106,800.00 | 411,225.00 |
| Overhead | 141,058.38 | 198,249.58 | 243,716.60 | 118,310.55 | 152,830.41 | 175,058.54 | 98,189.85 | 1,833.32 | 0.00 | 8,198.53 | (1,723.37) | 13,149.55 | 0.00 | 1,149,071.74 | 1,149,071.74 |
| AJE | (918,910.02) | (848,210.29) | (879,271.43) | (842,892.70) | (253,326.56) | 0.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (321,567.58) | (4,064,178.58) | 318,744.[illegible] |
| | 0.00 | (0.00) | (0.00) | (0.00) | 675,490.24 | 735,471.46 | 358,702.17 | 131,970.05 | (264,031.19) | 96,785.84 | 151,923.07 | 13,149.55 | (321,567.58) | 1,577,893.61 | 19,511,344.[illegible] |

| | November 2001 | December 2001 | January 2002 | February 2002 | March 2002 | April 2002 | May 2002 | June 2002 | July 2002 | August 2002 | September 2002 | October 2002 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 21,532.06 | 71,696.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 93,228.54 | 4,427,004.72 |
| Burden | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 691,045.17 |
| Costs | 3,105.17 | 10,918.19 | 0.00 | 0.00 | 0.00 | 0.00 | 15,451.78 | 1,347.81 | 22,164.05 | 318.22 | 161.35 | 0.00 | 0.00 | 53,466.57 | 12,660,948.12 |
| Per Diems | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 411,225.00 |
| Overhead | 2,094.39 | 27,598.97 | 8,573.99 | 0.00 | 0.00 | 0.00 | 86.80 | 84.11 | 4,016.33 | 1.60 | 0.00 | 4.26 | 0.00 | 42,460.47 | 1,191,532.21 |
| AJE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 318,744.68 |
| | 26,731.62 | 110,213.64 | 8,573.99 | 0.00 | 0.00 | 0.00 | 15,538.58 | 1,431.92 | 26,180.49 | 319.82 | 161.35 | 4.26 | 0.00 | 189,155.58 | 19,700,499.90 |

RENDA MARINE, INC.
SCHEDULE OF EQUIPMENT COST
9/15/01

| EQUIPMENT | EQUIP# | INS # | Appraised Value | Monthly Debt Pymt | Amortized Value | Annual Ins Hull | Annual Ins P & I | | Monthly | Weekly | Daily |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dredge, Millenium | DB103 | 1 | 7,300,000 | 120,986 | | 40,880 | 2,325 | Cost | 124,587 | 28,974 | 4,153 |
| | | | | | | | | Leased Cost | 143,275 | 33,320 | 4,776 |
| Booster Barge, Matagora | DB102 | 2 | 750,000 | 8,958 | | 4,200 | 2,325 | Cost | 9,502 | 2,210 | 317 |
| | | | | | | | | Leased Cost | 10,927 | 2,541 | 364 |
| Dredge, White Rock | DB101 | 3 | 1,200,000 | 35,192 | | 6,720 | 2,325 | Cost | 35,946 | 8,359 | 1,198 |
| | | | | | | | | Leased Cost | 41,338 | 9,613 | 1,378 |
| Dredge, St. Charles | DB104 | 23 | 450,000 | | 7,500 | 2,520 | 2,325 | Cost | 7,904 | 1,838 | 263 |
| | | | | | | | | Leased Cost | 9,089 | 2,114 | 303 |
| Anchor Barge "1801" | AB101 | 4 | 16,000 | | 267 | 350 | 1,163 | Cost | 393 | 91 | 13 |
| | | | | | | | | Leased Cost | 452 | 105 | 15 |
| Anchor Barge "2401" | AB102 | 5 | 75,000 | | 1,250 | 870 | 1,162 | Cost | 1,419 | 330 | 47 |
| | | | | | | | | Leased Cost | 1,632 | 380 | 54 |
| Reel Barge "1802" | RB100 | 6 | 30,000 | | 500 | 348 | 1,163 | Cost | 629 | 146 | 21 |
| | | | | | | | | Leased Cost | 723 | 168 | 24 |
| Booster Barge "2402" | B1100-1 | 7 | 300,000 | | 5,000 | 2,790 | 1,162 | Cost | 5,329 | 1,239 | 178 |
| | | | | | | | | Leased Cost | 6,129 | 1,425 | 204 |
| Barge KS 401 | | 32 | 135,000 | | 2,250 | 1,566 | 697 | Cost | 2,439 | 567 | 81 |
| | | | | | | | | Leased Cost | 2,804 | 652 | 93 |
| Barge KS 346 | | 33 | 95,000 | | 1,583 | 1,102 | 697 | Cost | 1,733 | 403 | 58 |
| | | | | | | | | Leased Cost | 1,993 | 463 | 66 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Deck Barge MDC-335 | | 28 | 90,000 | 1,500 | 1,044 | 697 | Cost | 1,645 | 383 | 55 |
| | | | | | | | Leased Cost | 1,892 | 440 | 63 |
| Deck Barge MDC-212 | | 29 | 85,000 | 1,417 | 986 | 697 | Cost | 1,557 | 362 | 52 |
| | | | | | | | Leased Cost | 1,791 | 416 | 60 |
| Tug "Miss Vicki" | B108 | 8 | 100,000 | 1,667 | 930 | 1,395 | Cost | 1,860 | 433 | 62 |
| | | | | | | | Leased Cost | 2,139 | 498 | 71 |
| Tug "Rachel W." | B114 | 9 | 75,000 | 1,250 | 697 | 1,395 | Cost | 1,424 | 331 | 47 |
| | | | | | | | Leased Cost | 1,638 | 381 | 55 |
| Tug "Marilyn McFarland" | B110 | 10 | 250,000 | 4,167 | 2,325 | 1,395 | Cost | 4,477 | 1,041 | 149 |
| | | | | | | | Leased Cost | 5,148 | 1,197 | 172 |
| Tug "Kaydee B II" | B106 | 20 | 25,000 | 417 | 350 | 1,395 | Cost | 562 | 131 | 19 |
| | | | | | | | Leased Cost | 646 | 150 | 22 |
| Workboat "Suzie B" | B112 | | 65,457 | 1,091 | | | Cost | 1,091 | 254 | 36 |
| | | | | | | | Leased Cost | 1,255 | 292 | 42 |
| Workboat "Patty G." | B113 | | 65,457 | 1,091 | | | Cost | 1,091 | 254 | 36 |
| | | | | | | | Leased Cost | 1,255 | 292 | 42 |
| Tender "Amanda Nicole | B107 | 11 | 50,000 | 833 | 350 | 697 | Cost | 1,008 | 234 | 34 |
| | | | | | | | Leased Cost | 1,159 | 270 | 39 |
| Tender "Lafco # 1" | B103 | 12 | 7,500 | 125 | 350 | 697 | Cost | 212 | 49 | 7 |
| | | | | | | | Leased Cost | 244 | 57 | 8 |
| Tender "Lafco # 2" | B104 | 13 | 7,500 | 125 | 350 | 697 | Cost | 212 | 49 | 7 |
| | | | | | | | Leased Cost | 244 | 57 | 8 |
| 1993 F/O Survey Scout | B101 | 19 | 15,000 | 250 | 350 | 697 | Cost | 337 | 78 | 11 |
| | | | | | | | Leased Cost | 388 | 90 | 13 |
| Survey Boat "Survey #1" | B102 | 14 | 10,000 | 167 | 350 | 697 | Cost | 254 | 59 | 8 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Leased Cost | 292 | 68 | 10 |
| Crow Boat"Rebecca B" | B105 | 15 | 10,000 | 167 | 350 | 697 | Cost | 254 | 59 | 8 |
| | | | | | | | Leased Cost | 292 | 68 | 10 |
| Alum Work Skiff #101 | WS101 | 16 | 5,000 | 83 | 250 | 697 | Cost | 162 | 38 | 5 |
| | | | | | | | Leased Cost | 187 | 43 | 6 |
| Alum Work Skiff #102 | WS102 | 17 | 5,000 | 83 | 250 | 697 | Cost | 162 | 38 | 5 |
| | | | | | | | Leased Cost | 187 | 43 | 6 |
| Alum Work Skiff #103 | WS103 | 18 | 10,000 | 167 | 350 | 697 | Cost | 254 | 59 | 8 |
| | | | | | | | Leased Cost | 292 | 68 | 10 |
| Alum Work Skiff #104 | WS104 | 21 | | | | 697 | Cost | 58 | 14 | 2 |
| | | | | | | | Leased Cost | 67 | 16 | 2 |
| Alum Work Skiff #105 | WS105 | 22 | | | | 697 | Cost | 58 | 14 | 2 |
| | | | | | | | Leased Cost | 67 | 16 | 2 |
| Alum Work Skiff #106 | WS106 | 26 | 13,000 | 217 | 350 | 697 | Cost | 254 | 59 | 8 |
| | | | | | | | Leased Cost | 292 | 68 | 10 |
| Flexifloats | | 30 | 30,000 | 500 | 350 | 697 | Cost | 587 | 137 | 20 |
| | | | | | | | Leased Cost | 675 | 157 | 23 |
| Flexifloats | | 31 | 30,000 | 500 | 350 | 697 | Cost | 587 | 137 | 20 |
| | | | | | | | Leased Cost | 675 | 157 | 23 |

**RENDA MARINE, INC.**
**EQUIPMENT LIST**
**#1100 - UPPER BAYOU JOB**
**1999 - 2001**

| | DAYS ON PROJECT | RATE - DAILY | RENTAL |
|---|---|---|---|
| Millenium | 595 | $ 4,153 | $ 2,471,035 |
| Tug - McFarland | 595 | 149 | 88,655 |
| Tug - Crista Dian | 595 | 62 | 36,890 |
| Anchor Barge | 595 | 47 | 27,965 |
| Work Barge | 595 | 55 | 32,725 |
| Work Barge | 595 | 55 | 32,725 |
| Grove CC915 | 595 | 600 | 357,000 |
| Booster Barge | 313 | 317 | 99,221 |
| Lafco | 255 | 7 | 1,785 |
| Work Boat - Suzie B | 15 | 36 | 540 |
| 26' Monark V-653 | 35 | 20 | 700 |
| Flexi Float Barge | 210 | 20 | 4,200 |
| Alum Work Skiff 101 | 210 | 5 | 1,050 |
| | | | $ 3,164,491 |
| 3400 Linkbelt | 105 | $ 180 | $ 18,900 |
| 5500 JD Dozer | 28 | 53 | 1,484 |
| Cat 950 Loader | 146 | 70 | 10,220 |
| D-65 Komatsu Dozer | 105 | 113 | 11,865 |
| Dozer (D412) | 566 | 127 | 71,882 |
| March Trackhoe (E-16) | 249 | 867 | 215,883 |
| Light Plant | 295 | 17 | 5,015 |
| Lincoln Welder | 9 | 17 | 153 |
| Forklift - RTC 223 | 74 | 93 | 6,882 |
| Welder | 34 | 17 | 578 |
| 120 G Motor Grader | 115 | 100 | 11,500 |
| 4x4 Timberjack | 470 | 50 | 23,500 |
| 4x4 Timberjack | 470 | 50 | 23,500 |
| Dozer - D68WP | 71 | 120 | 8,520 |
| Dozer - D-6 | 54 | 107 | 5,778 |
| Dozer - D-85 | 85 | 113 | 9,605 |
| Dozer - D65 | 63 | 113 | 7,119 |
| DJB - Haul Truck | 80 | 133 | 10,640 |
| Dozer - (D413) | 405 | 127 | 51,435 |
| Dozer - D102 | 143 | 223 | 31,889 |
| Dozer - D107 | 19 | 107 | 2,033 |
| Dump Truck - 1304 | 223 | 140 | 31,220 |
| Dump Truck - 1305 | 160 | 140 | 22,400 |
| Dump Truck - 101 | 11 | 140 | 1,540 |
| Jeep | 199 | 7 | 1,393 |
| Komatsu - 68P | 183 | 120 | 21,960 |
| Komatsu - D68P | 74 | 113 | 8,382 |
| Marsh Dragline | 396 | 667 | 264,132 |
| Marsh Trackhoe | 279 | 867 | 241,893 |
| Polaris Gator | 242 | 17 | 4,114 |
| Trackhoe - E-17 | 396 | 180 | 71,280 |
| | | | $ 1,196,675 |
| Linkbelt Crane - LS 78 | 595 | $ 150 | $ 89,250 |
| American Crane - 4260 | 595 | 150 | 89,250 |
| Barge (Fuel Tank) | 595 | 83 | 49,385 |
| Work Skiff | 595 | 5 | 2,975 |
| Survey Boat | 595 | 8 | 4,760 |
| Skagit Crane on Anchor Barge | 595 | 100 | 59,500 |
| Pipe, joints, & pipeline pontoons | 595 | 667 | 396,865 |
| Barge/Hi-pressure pump | 595 | 83 | 49,385 |
| | | | $ 741,370 |

**RENDA MARINE, INC.**
**EQUIPMENT LIST**
**#1100 - UPPER BAYOU BAYOU JOB**
**1999**

| | DAYS ON PROJECT | RATE - DAILY | RENTAL |
|---|---|---|---|
| Millenium | 112 | $ 4,153 | $ 465,136 |
| Tug - McFarland | 112 | 149 | 16,688 |
| Tug - Crista Dian | 112 | 62 | 6,944 |
| Anchor Barge | 112 | 47 | 5,264 |
| Work Barge | 112 | 55 | 6,160 |
| Work Barge | 112 | 55 | 6,160 |
| Grove CC915 | 112 | 600 | 67,200 |
| Booster Barge | | 317 | 0 |
| Lefco | | 7 | 0 |
| Work Boat - Suzie B | | 36 | 0 |
| 28' Monark V-653 | | 20 | 0 |
| Flexi Float Barge | | 20 | 0 |
| Alum Work Skiff 101 | | 5 | 0 |
| | | | $ 573,552 |
| | | | |
| 3400 Linkbelt | | $ 180 | $ 0 |
| 5500 JD Dozer | | 63 | 0 |
| Cat 950 Loader | | 70 | 0 |
| D-65 Komatsu Dozer | | 113 | 0 |
| Dozer (D412) | 96 | 127 | 12,192 |
| March Trackhoe (E-16) | 31 | 667 | 20,677 |
| Light Plant | | 17 | 0 |
| Lincoln Welder | | 17 | 0 |
| Forklift - RTC 223 | | 93 | 0 |
| Welder | | 17 | 0 |
| 120 G Motor Grader | | 100 | 0 |
| 4x4 Timberjack | 96 | 50 | 4,800 |
| 4x4 Timberjack | 96 | 50 | 4,800 |
| Dozer - D68WP | | 120 | 0 |
| Dozer - D-6 | | 107 | 0 |
| Dozer - D-65 | | 113 | 0 |
| Dozer - D65 | | 113 | 0 |
| DJB - Haul Truck | | 133 | 0 |
| Dozer - (D413) | 107 | 127 | 13,589 |
| Dozer - D102 | | 223 | 0 |
| Dozer - D107 | | 107 | 0 |
| Dump Truck - 1304 | | 140 | 0 |
| Dump Truck - 1306 | 38 | 140 | 5,320 |
| Dump Truck - 101 | | 140 | 0 |
| Jeep | | 7 | 0 |
| Komatsu - 68P | | 120 | 0 |
| Komatsu - D68P | | 113 | 0 |
| Marsh Dragline | 31 | 667 | 20,677 |
| Marsh Trackhoe | | 667 | 0 |
| Polaris Gator | | 17 | 0 |
| Trackhoe - E-17 | 31 | 180 | 5,580 |
| | | | $ 93,836 |
| | | | |
| Linkbelt Crane - LS 78 | 112 | $ 150 | $ 16,800 |
| American Crane - 4260 | 112 | 150 | 16,800 |
| Barge (Fuel Tank) | 112 | 83 | 9,296 |
| Work Skiff | 112 | 5 | 560 |
| Survey Boat | 112 | 8 | 896 |
| Skagit Crane on Anchor Barge | 112 | 100 | 11,200 |
| Pipe, Joints, & pipeline pontoons | 112 | 667 | 74,704 |
| Barge/Hi-pressure pump | 112 | 83 | 9,296 |
| | | | $ 139,552 |

**RENDA MARINE, INC.**
**EQUIPMENT LIST**
**#1100 - UPPER BAYOU BAYOU JOB**
**2000**

| | DAYS ON PROJECT | RATE - DAILY | RENTAL |
|---|---|---|---|
| Millenium | 365 | $ 4,153 | $ 1,515,845 |
| Tug - McFarland | 365 | 149 | 54,385 |
| Tug - Crista Dian | 365 | 62 | 22,630 |
| Anchor Barge | 365 | 47 | 17,155 |
| Work Barge | 365 | 55 | 20,075 |
| Work Barge | 365 | 55 | 20,075 |
| Grove CC915 | 365 | 600 | 219,000 |
| Booster Barge | 195 | 317 | 61,815 |
| Lafco | 185 | 7 | 1,295 |
| Work Boat - Suzie B | 15 | 36 | 540 |
| 26' Monark V-653 | 35 | 20 | 700 |
| Flexi Float Barge | 92 | 20 | 1,840 |
| Alum Work Skiff 101 | 92 | 5 | 460 |
| | | | $ 1,935,815 |
| 3400 Linkbelt | | $ 180 | $ 0 |
| 5500 JD Dozer | | 53 | 0 |
| Cat 950 Loader | 115 | 70 | 8,050 |
| D-65 Komatsu Dozer | | 113 | 0 |
| Dozer (D412) | 365 | 127 | 46,355 |
| Marsh Trackhoe (E-18) | 175 | 867 | 151,725 |
| Light Plant | 190 | 17 | 3,230 |
| Lincoln Welder | | 17 | 0 |
| Forklift - RTC 223 | | 93 | 0 |
| Welder | | 17 | 0 |
| 120 G Motor Grader | 115 | 100 | 11,500 |
| 4x4 Timberjack | 374 | 50 | 18,700 |
| 4x4 Timberjack | 374 | 50 | 18,700 |
| Dozer - D68WP | 71 | 120 | 8,520 |
| Dozer - D-6 | 54 | 107 | 5,778 |
| Dozer - D-65 | 85 | 113 | 9,605 |
| Dozer - D65 | 63 | 113 | 7,119 |
| DJB - Haul Truck | 80 | 133 | 10,640 |
| Dozer - (D413) | 298 | 127 | 37,846 |
| Dozer - D102 | 143 | 223 | 31,889 |
| Dozer - D107 | 19 | 107 | 2,033 |
| Dump Truck - 1304 | 223 | 140 | 31,220 |
| Dump Truck - 1305 | 122 | 140 | 17,080 |
| Dump Truck - 101 | 11 | 140 | 1,540 |
| Jeep | 199 | 7 | 1,393 |
| Komatsu - 68P | 183 | 120 | 21,960 |
| Komatsu - D68P | 74 | 113 | 8,362 |
| Marsh Dragline | 365 | 667 | 243,455 |
| Marsh Trackhoe | 279 | 867 | 241,893 |
| Polaris Gator | 242 | 17 | 4,114 |
| Trackhoe - E-17 | 365 | 180 | 65,700 |
| | | | $ 1,008,407 |
| Linkbelt Crane - LS 78 | 365 | $ 150 | $ 54,750 |
| American Crane - 4260 | 365 | 150 | 54,750 |
| Barge (Fuel Tank) | 365 | 83 | 30,295 |
| Work Skiff | 365 | 5 | 1,825 |
| Survey Boat | 365 | 8 | 2,920 |
| Skagit Crane on Anchor Barge | 365 | 100 | 36,500 |
| Pipe, joints, & pipeline pontoons | 365 | 667 | 243,455 |
| Barge/Hi-pressure pump | 365 | 83 | 30,295 |
| | | | $ 454,790 |

RENDA MARINE, INC.
EQUIPMENT LIST
#1100 - UPPER BAYOU BAYOU JOB
2001

| | DAYS ON PROJECT | RATE - DAILY | RENTAL |
|---|---|---|---|
| Millenium | 118 | $ 4,153 | $ 490,054 |
| Tug - McFarland | 118 | 149 | 17,582 |
| Tug - Crista Dian | 118 | 62 | 7,316 |
| Anchor Barge | 118 | 47 | 5,546 |
| Work Barge | 118 | 55 | 6,490 |
| Work Barge | 118 | 55 | 6,490 |
| Grove CC915 | 118 | 600 | 70,800 |
| Booster Barge | 118 | 317 | 37,406 |
| Lafco | 70 | 7 | 490 |
| Work Boat - Suzie B | | 36 | 0 |
| 26' Monark V-653 | | 20 | 0 |
| Flexi Float Barge | 118 | 20 | 2,360 |
| Alum Work Skiff 101 | 118 | 5 | 590 |
| | | | $ 645,124 |
| 3400 Linkbelt | 105 | $ 180 | $ 18,900 |
| 5500 JD Dozer | 28 | 53 | 1,484 |
| Cat 950 Loader | 31 | 70 | 2,170 |
| D-65 Komatsu Dozer | 105 | 113 | 11,865 |
| Dozer (D412) | 105 | 127 | 13,335 |
| March Trackhoe (E-18) | 43 | 867 | 37,281 |
| Light Plant | 105 | 17 | 1,785 |
| Lincoln Welder | 9 | 17 | 153 |
| Forklift - RTC 223 | 74 | 93 | 6,882 |
| Welder | 34 | 17 | 578 |
| 120 G Motor Grader | | 100 | 0 |
| 4x4 Timberjack | | 50 | 0 |
| 4x4 Timberjack | | 50 | 0 |
| Dozer - D68WP | | 120 | 0 |
| Dozer - D-6 | | 107 | 0 |
| Dozer - D-65 | | 113 | 0 |
| Dozer - D65 | | 113 | 0 |
| DJB - Haul Truck | | 133 | 0 |
| Dozer - (D413) | | 127 | 0 |
| Dozer - D102 | | 223 | 0 |
| Dozer - D107 | | 107 | 0 |
| Dump Truck - 1304 | | 140 | 0 |
| Dump Truck - 1306 | | 140 | 0 |
| Dump Truck - 101 | | 140 | 0 |
| Jeep | | 7 | 0 |
| Komatsu - 68P | | 120 | 0 |
| Komatsu - D68P | | 113 | 0 |
| Marsh Dragline | | 687 | 0 |
| Marsh Trackhoe | | 867 | 0 |
| Polaris Gator | | 17 | 0 |
| Trackhoe - E-17 | | 180 | 0 |
| | | | $ 94,433 |
| Linkbelt Crane - LS 78 | 118 | $ 150 | $ 17,700 |
| American Crane - 4260 | 118 | 150 | 17,700 |
| Barge (Fuel Tank) | 118 | 83 | 9,794 |
| Work Skiff | 118 | 5 | 590 |
| Survey Boat | 118 | 8 | 944 |
| Skagit Crane on Anchor Barge | 118 | 100 | 11,800 |
| Pipe, Joints, & pipeline pontoons | 118 | 667 | 78,706 |
| Barge/Hi-pressure pump | 118 | 83 | 9,794 |
| | | | $ 147,028 |

**CQC Reports**

**2001**

| | DAYS |
|---|---|
| 3400 Linkbelt Exc (E-17) | 105 |
| 650 JD Dozer | 28 |
| Cat 950 Loader | 31 |
| D-65 Komatsu Dozer | 105 |
| Dozer (D412) | 105 |
| E18 Marsh Exc | 43 |
| Light Plant | 105 |
| Lincoln Welder 230 volt | 9 |
| RTC-223 Forklift | 74 |
| W 2816 Welder | 34 |

**2000**

| | |
|---|---|
| 120 G Motor Grader | 115 |
| 4x4 Timberjack (LS-101) | 374 |
| 4x4 Timberjack (LS-103) | 374 |
| Cat 950 Loader | 115 |
| D 68 WP | 71 |
| D-6 (D407) | 54 |
| D-65 Dozer | 85 |
| D-85 Dozer | 63 |
| DJB Haul Truck | 80 |
| Dozer (D-412) | 374 |
| Dozer (D-413) | 298 |
| Dozer D 102 | 143 |
| Dozer D107 | 19 |
| DT 1304 | 223 |
| Dump Truck (DT 1305) | 122 |
| Dump Truct DT 101 | 11 |
| JP-101 (Jeep) | 199 |
| Komatsu 68P | 183 |
| Komatsu D68P Dozer | 74 |
| Light Plant | 190 |
| Marsh Dragline(MD-101) | 374 |
| Marsh Trackhoe (E-18) | 176 |
| Marsh Trackhoe(EL 200B) | 279 |
| Polaris Gator | 242 |
| Trackhoe (E-17) | 374 |

**1999**

| | |
|---|---|
| 4x4 Timberjack (LS-101) | 96 |
| 4x4 Timberjack (LS-103) | 96 |
| Dozer (D-412) | 96 |
| Dozer (D-413) | 107 |
| Dump Truck (DT-1305) | 38 |
| Marsh Dragline(MD-101) | 31 |
| Marsh Trackhoe(E-18) | 31 |
| Trackhoe (E-17) | 31 |

**Dredge**

**1999**

| | |
|---|---|
| Marilyn K McFarland (B110) | 112 |
| Crista Dian (B108) | 112 |
| Anchor Barge (AB102) | 112 |
| Work Barge (2) | 112 |
| Grove CC915 | 112 |

**2000**

| | |
|---|---|
| Marilyn K McFarland (B110) | 365 |
| Crista Dian (B108) | 365 |
| Anchor Barge (AB102) | 365 |
| Work Barge (2) | 365 |
| Grove CC915 | 365 |
| Booster Barge B1100-1 | 195 |
| Lafco B104 | 185 |
| Suzie B | 15 |
| 26' Monark V-853 Dump Tran | 35 |
| Flexi Float Barge | 92 |
| WS 101 | 92 |

**2001**

| | |
|---|---|
| Marilyn K McFarland (B110) | 118 |
| Crista Dian (B108) | 118 |
| Anchor Barge (AB102) | 118 |
| Work Barge (2) | 118 |
| Grove CC915 | 118 |
| Booster Barge B1100-1 | 118 |
| Lafco B104 | 70 |
| Flexi Float Barge | 118 |
| WS 101 | 118 |

DUPLEX HI-PRESSURE PUMP + BARGE 4,500 MO

PIPELINE - 24" (24,000 LF)

" JOINTS - 24" } 10,000 MO

PIPELINE PONTOONS

SKAGIT CRANE ON ANCHOR BARGE 3,000 "

SURVEY BOAT (B102) 1

WORK SKIFF (WS 102) 2

FUEL BARGE

10,000 GALLON FUEL TANK } 1,500 "

AMERICAN CRANE 9260 (CC913) 4500 MO

LINKBELT CRANE LS78 (CC912) 4500 MO

**Pathfinder**
Construction Consulting, Inc.
18605 Hawks Trail Drive
Wildwood, MO 63069
(636) 273-5930

February 13, 2004

Brian W. Erikson, Esq.
Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

Re: Renda Marine, Inc. v. United States; Case Number 02-306C;
United States Court of Federal Claims

Dear Mr. Erikson:

As you requested, I have prepared my report on the claims filed by Renda Marine regarding the dredging of the Houston Ship Channel. I also enclose a copy of my curriculum vitae.

I was onsite during much of this project (August 2000 through completion), and personally viewed many of the aspects of this dredging contract during performance. When it came time for Renda to submit requests for equitable adjustment or certified claims, I was instrumental in preparing them.

In preparing the requests for equitable adjustment and certified claims, I visited the site and observed actual conditions related to disputes, referred to the contract documents for this project, reviewed documents contained in Renda's files, reviewed photographs of the dredging job, obstructions, and new levee work and relied on my years of experience in the construction industry. Renda's requests for equitable adjustment and certified claims are incorporated herein by reference. Based upon comments made by the DCAA during its 2002 audit, I am reviewing the claims and updating or responding to information presented. Where appropriate, I am revising the claim components or base costs, which will revise the claim amounts. Since discovery is proceeding, I reserve the right to revise this report as additional information becomes available.

<u>Obstructions</u>

Certain obstructions or limitations to dredging were marked on the plans or indicated in the specifications for the project. Renda encountered many more obstructions than were marked or indicated. Renda could not reasonably have known or anticipated the vast majority of the obstructions encountered. Renda was not required by the contract documents to have divers search ahead of the dredge nor was Renda required by the contract documents to have sidescan

sonar or magnetometer equipment aboard the Dredge Millennium to search for submerged obstructions. The water in the dredge channel was virtually opaque and too murky to see any obstructions below the surface. Prior to this project, the historical channel template has been dredged (1994 to 1995) to a depth of approximately -40' MLT and should have been relatively free of obstructions. The project required Renda to widen and deepen the channel to a depth of -47' MLT thereby requiring the removal of virgin material. Any obstructions in the virgin cut would have been hidden from normal detection means. Additionally, existing man-made structures which encroached into the dredge template should have been shown on the plans. Renda timely notified the Corps of Engineers of the differing site conditions, as encountered. The Corps of Engineers did not reasonably or timely investigate the differing site conditions. Renda is entitled to an equitable adjustment of contract time and money for the obstruction claims: South Ferry Landing, Obstructions No. 1 and Obstructions No. 2.

Differing Site Conditions - Flare Area

Renda encountered hard clay while dredging the Flare Area of the channel, much stiffer clay than was shown or indicated in the contract documents. Renda's dredging production was slowed and the project delayed by the stiffer clay, and Renda incurred extra cost while performing the work. Renda timely notified the Corps of Engineers of the differing site condition. The Corps of Engineers did not reasonably or timely investigate the differing site condition. However, after the work in the Flare Area was completed by Renda, the Contracting Officer agreed that a differing site condition existed and issued a not-to exceed contract modification no. CO-08 for partial payment of Renda's additional costs. The Contracting Officer has failed to conclude the issue. Renda is entitled to an equitable adjustment of contract time and money.

Differing Site Conditions - Section 7 Clay

Renda encountered hard clay while dredging Section 7 of the channel, much stiffer clay than was shown or indicated in the contract documents. Renda's dredging production was slowed and the project delayed by the stiffer clay, and Renda incurred extra cost while performing the work. Renda timely notified the Corps of Engineers of the differing site condition. The Corps did not reasonably investigate the differing site condition. Renda is entitled to an equitable adjustment of contract time and money.

Changed Conditions - HL&P Transmission Tower

HL&P decided to construct a second electrical transmission tower at the Lost Lake Placement Area during Renda's work on the project. The HL&P intended work was not shown or indicated in the contract documents. Renda had no prior notice of HL&P's intentions. HL&P's construction disrupted Renda's work. Renda mitigated the damages to the Government and timely notified the Corps of Engineers of the disruption. As a result of the disruption,

Renda's work was delayed, and Renda incurred extra cost. Renda is entitled to an equitable adjustment of contract time and money.

West Levee Realignment

Renda attempted to construct the west hydraulic levees at the Lost Lake Placement Area as per the contract documents. As construction proceeded in accordance with the contract plans, the "line" of the new levee was getting farther and farther away from the existing levee, which disagreed with the intent of the design. As new levee construction moved farther from the existing levee and proceeded into more unstable areas of the placement area, Renda encountered unpredictable conditions where the foundation for the new levee was getting softer and softer. In addition to the new levee foundation requiring impossible quantities of hydraulic fill to complete, displaced soft material formed "mud waves" on either side of the new levee and threatened the stability of the existing levee. Renda timely notified and met with the Corps of Engineers at the site about this condition. The Corps of Engineers agreed that the intent of the design required that the new levee be constructed adjacent to the existing levee. The Corps of Engineers directed Renda to realign the new levee such that it was aligned adjacent to and in contact with the existing levee. At considerable expense, Renda mechanically relocated hydraulic fill material already placed between stations 166+00 and 188+50 to the new alignment. Renda confirmed the Corps of Engineers directive in writing. Renda is entitled to an equitable adjustment of contract time and money.

Lost Lake Levees

The contract documents graphically show the construction lines and grades of the new hydraulic levees and the new levees' orientation and placement in association with the existing levees. The contract documents do not graphically show or indicate that there were sidecast borrow areas running adjacent to the entire inside perimeter of the existing levees. The sidecast borrow areas are located directly in the path of and under the contemplated base of the new levees. The Corps of Engineers was aware of when the sidecast material had been excavated in previous years, the width and depth of the sidecast borrow and the location of the sidecast borrow in relation to the existing levees. The Corps of Engineers possessed cross-section drawings of the sidecast borrow areas produced from technical survey data obtained after the sidecast work was completed. The technical information pertaining to sidecast borrow at the Lost Lake Placement Area was known to the Corps of Engineers prior to obtaining bids for the project. The contract documents did contain numerous logs of soil borings obtained in the Lost Lake Placement Area between 1964 and 1997. Some of the boring logs show areas adjacent to the inside perimeter of the existing levees. Due to sidecast borrow material being excavated from inside the perimeter levees and dredge discharge material likely placed during and after 1997, the soil borings would not be accurate. Dredge operations discharging water and material into the Lost Lake Placement Area prior to the bidding period covered up the sidecast borrow areas and prevented Renda personnel from observing any conditions differing from the contract plans. Without a reasonable understanding of the existing foundation material, no contractor

could accurately anticipate the amount of clay or other suitable materials that would be necessary to construct the new levees to the design template.

During the course of the project, Renda placed extraordinary amounts of clay and other suitable fill materials in the areas designated for the new levees. However, due to exceedingly soft foundations, the levees could not be constructed to or maintained at the design elevation and template. The contract documents do not indicate the amount of material necessary to construct the new levees. Subsequently, Renda discovered that there was not enough clay or other suitable materials available to be dredged on the project to allow construction of the project's hydraulically placed levees to the design grade and template. Renda timely notified the Corps of Engineers of the differing site conditions, as anticipated and encountered. The Corps of Engineers did not reasonably or timely investigate the differing site conditions, instead requiring Renda to build levee foundations while withholding payment for the changed work.

The lack of clay and other suitable materials was a differing site condition. The sidecast borrow areas inside the existing perimeter was a differing site condition and/or constituted defective contract plans and specifications. The inability of the new levees to stand up despite Renda's reasonable efforts is a differing site condition.

Under the circumstances, the new hydraulically placed levees were not possible to build to grade and template, as designed and were commercially impractical to construct solely by hydraulic means. Renda is entitled to an equitable adjustment of contract time and money.

Please feel free to contact me if you should have any questions.

Sincerely,

Barry L. Smith
President

Enclosure

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

CHERYL MOSELEY, PLS, TSC
Direct: 214.880.1845

E-mail: cmoseley@qsclpc.com

January 15, 2004

*Via Hand Delivery at QSCL, P.C.*

John E. Kosloske, Esq.
Senior Trial Counsel, Commercial Litigation Branch
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., Room 12052
Washington, D.C. 20005

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Kosloske:

I enclose the accounting backup for Renda Marine's claims.

If you have any questions, please feel free to call me.

Sincerely yours,

Cheryl Moseley

Cheryl Moseley, PLS
SPECIALTY CERTIFIED - TEXAS CIVIL LITIGATION
Legal Assistant to Brian W. Erikson

/cam
Enclosure
S:\Construction\Renda Marine\Upper Bayou 565.09\Kosloske 038.wpd