RENDA MARINE, INC.
JOB COST SCHEDULE WITH EQUIPMENT COST
JOB 1100 - CORP. OF ENGINEERS - UPPER BAYOU
FROM START DATE OF SEPTEMBER 1, 1998
TO OCTOBER 31, 2002

| | May 8, 1998 | June 1998 | July 1998 | August 1998 | September 1998 | October 1998 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|
| Labor | 0.00 | 0.00 | 0.00 | 0.00 | 2,019.24 | 4,685.40 | 0.00 | 6,704.64 | 6,704.64 |
| Burden | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Costs | 0.00 | 0.00 | 0.00 | 0.00 | 31,497.08 | 199,253.97 | 0.00 | 230,751.05 | 230,751.05 |
| Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AJE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49,109.31 | 49,109.31 | 49,109.31 |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 33,516.32 | 203,939.37 | 49,109.31 | 286,565.00 | 286,565.00 |

| | November 1998 | December 1998 | January 1999 | February 1999 | March 1999 | April 1999 | May 1999 | June 1999 | July 1999 | August 1999 | September 1999 | October 1999 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 39,537.78 | 27,624.30 | 50,960.00 | 59,041.41 | 82,897.08 | 81,202.10 | 32,327.04 | 61,308.02 | 79,277.88 | 22,632.25 | 143,787.50 | 180,849.51 | 0.00 | 861,444.87 | 868,149.51 |
| Burden | 5,076.65 | 3,546.96 | 6,543.00 | 7,580.91 | 10,643.98 | 10,426.35 | 4,150.79 | 7,871.94 | 10,179.28 | 2,905.98 | 18,462.32 | 52,888.00 | 0.00 | 140,276.16 | 140,276.16 |
| Costs | 197,586.36 | 252,216.63 | 465,345.00 | 552,938.50 | 1,107,592.23 | 982,835.24 | 490,562.38 | 488,955.39 | 91,250.68 | 235,170.49 | 341,979.83 | 339,004.85 | 0.00 | 5,545,437.58 | 5,776,188.63 |
| Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 144,097.00 | 223,349.00 | 216,144.00 | 223,349.00 | 0.00 | 806,939.00 | 806,939.00 |
| AJE | (99,368.00) | 0.00 | 0.00 | (105,455.91) | 0.00 | 0.00 | 280,734.95 | 0.00 | 0.00 | 0.00 | 0.00 | 139,659.45 | (68,060.00) | 147,510.49 | 196,619.80 |
| Total | 142,832.79 | 283,387.89 | 522,848.00 | 514,104.91 | 1,201,133.29 | 1,074,463.69 | 807,775.16 | 558,135.35 | 324,804.84 | 484,057.72 | 720,373.65 | 935,750.81 | (68,060.00) | 7,501,608.10 | 7,788,173.10 |

| | November 1999 | December 1999 | January 2000 | February 2000 | March 2000 | April 2000 | May 2000 | June 2000 | July 2000 | August 2000 | September 2000 | October 2000 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 154,218.51 | 192,225.67 | 142,005.13 | 130,990.00 | 191,136.83 | 162,483.40 | 179,610.42 | 205,434.49 | 166,980.68 | 151,803.78 | 233,006.20 | 208,056.78 | 0.00 | 2,117,951.89 | 2,986,101.40 |
| Burden | 25,111.30 | 31,300.00 | 23,122.62 | 21,329.04 | 31,122.70 | 26,457.07 | 29,245.85 | 33,450.78 | 27,189.37 | 24,718.13 | 37,940.28 | 33,877.78 | 0.00 | 344,864.92 | 485,141.08 |
| Costs | 312,020.75 | 303,284.82 | 312,055.06 | 171,322.57 | 226,216.09 | 248,321.59 | 352,516.18 | 319,679.40 | 369,412.41 | 422,291.90 | 372,450.21 | 589,100.36 | 0.00 | 3,998,671.34 | 9,774,859.97 |
| Equipment | 279,371.00 | 288,683.00 | 288,683.00 | 260,747.00 | 288,683.00 | 279,371.00 | 288,683.00 | 279,371.00 | 288,683.00 | 288,683.00 | 279,371.00 | 288,683.00 | 0.00 | 3,399,012.00 | 4,205,951.00 |
| Per Diems | 21,850.00 | 26,150.00 | 20,575.00 | 19,500.00 | 26,075.00 | 21,750.00 | 23,925.00 | 29,400.00 | 24,475.00 | 23,625.00 | 36,500.00 | 30,600.00 | 0.00 | 304,425.00 | 304,425.00 |
| AJE | 0.00 | 0.00 | 3,552.58 | 184,464.00 | 0.00 | 135,901.42 | 66,931.32 | 57,019.42 | 65,756.45 | 48,149.30 | 95,930.57 | 158,444.59 | 3,370,153.81 | 4,186,303.46 | 4,382,923.26 |
| | 792,571.56 | 841,643.49 | 789,993.39 | 788,352.61 | 763,233.62 | 874,284.48 | 940,911.77 | 924,355.09 | 942,496.91 | 959,271.11 | 1,055,198.26 | 1,308,762.51 | 3,370,153.81 | 14,351,228.61 | 22,139,401.71 |

| | November 2000 | December 2000 | January 2001 | February 2001 | March 2001 | April 2001 | May 2001 | June 2001 | July 2001 | August 2001 | September 2001 | October 2001 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 200,535.61 | 235,445.65 | 164,423.88 | 156,632.44 | 229,784.83 | 174,185.41 | 82,316.98 | 30,545.81 | 2,773.59 | 71,030.58 | 0.00 | 0.00 | 0.00 | 1,347,674.78 | 4,333,776.18 |
| Burden | 30,681.93 | 38,337.50 | 26,773.04 | 25,504.38 | 37,415.75 | 28,362.51 | 13,403.62 | 4,973.74 | 451.62 | 0.00 | 0.00 | 0.00 | 0.00 | 205,904.09 | 691,045.17 |
| Costs | 517,184.10 | 343,752.76 | 421,932.91 | 519,945.33 | 508,785.81 | 357,865.00 | 164,591.72 | 94,617.18 | (267,256.40) | 17,556.73 | 153,646.44 | 0.00 | 0.00 | 2,832,621.58 | 12,607,481.55 |
| Equipment | 225,402.00 | 232,917.00 | 232,917.00 | 195,349.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 886,585.00 | 5,092,536.00 |
| Per Diems | 29,450.00 | 32,425.00 | 22,425.00 | 22,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 106,800.00 | 411,225.00 |
| Overhead | 141,058.38 | 198,249.38 | 243,716.60 | 118,310.55 | 152,830.41 | 175,058.54 | 98,389.85 | 1,833.32 | 0.00 | 8,198.53 | (1,723.37) | 13,149.55 | 0.00 | 1,149,071.74 | 1,149,071.74 |
| AJE | (918,910.02) | (848,210.29) | (879,271.43) | (842,892.70) | (253,326.56) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (321,567.58) | (4,064,178.58) | 318,744.68 |
| | 225,402.00 | 232,917.00 | 232,917.00 | 195,349.00 | 675,490.24 | 735,471.46 | 358,702.17 | 131,970.05 | (264,031.19) | 96,785.84 | 151,923.07 | 13,149.55 | (321,567.58) | 2,464,478.61 | 24,603,880.32 |

| | November 2001 | December 2001 | January 2002 | February 2002 | March 2002 | April 2002 | May 2002 | June 2002 | July 2002 | August 2002 | September 2002 | October 2002 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 21,532.06 | 71,696.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 93,228.54 | 4,427,004.72 |
| Burden | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 691,045.17 |
| Costs | 3,105.17 | 10,918.19 | 0.00 | 0.00 | 0.00 | 0.00 | 15,451.78 | 1,347.81 | 22,164.05 | 318.22 | 161.35 | 0.00 | 0.00 | 53,466.57 | 12,660,948.12 |
| Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,092,536.00 |
| Per Diems | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 411,225.00 |
| Overhead | 2,094.39 | 27,598.97 | 8,573.99 | 0.00 | 0.00 | 0.00 | 86.80 | 84.11 | 4,016.35 | 1.60 | 0.00 | 4.26 | 0.00 | 42,460.47 | 1,191,532.21 |
| AJE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 318,744.68 |
| | 26,731.62 | 110,213.64 | 8,573.99 | 0.00 | 0.00 | 0.00 | 15,538.58 | 1,431.92 | 26,180.40 | 319.82 | 161.35 | 4.26 | 0.00 | 189,155.58 | 24,793,035.90 |

RENDA MARINE, INC.
JOB COST SCHEDULE
JOB 1100 - CORP. OF ENGINEERS - UPPER BAYOU
FROM START DATE OF SEPTEMBER 1, 1998
TO OCTOBER 31, 2002

| | May 8, 1998 | June 1998 | July 1998 | August 1998 | September 1998 | October 1998 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|
| Labor | 0.00 | 0.00 | 0.00 | 0.00 | 2,019.24 | 4,685.40 | 0.00 | 6,704.64 | 6,704.64 |
| Burden | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Costs | 0.00 | 0.00 | 0.00 | 0.00 | 31,497.08 | 199,253.97 | 0.00 | 230,751.05 | 230,751.05 |
| AJE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49,109.31 | 49,109.31 | 49,109.31 |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 33,516.32 | 203,939.37 | 49,109.31 | 286,565.00 | 286,565.00 |

| | November 1998 | December 1998 | January 1999 | February 1999 | March 1999 | April 1999 | May 1999 | June 1999 | July 1999 | August 1999 | September 1999 | October 1999 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 39,537.78 | 27,624.30 | 50,960.00 | 59,041.41 | 82,897.08 | 81,202.10 | 32,327.04 | 61,308.02 | 79,277.88 | 22,632.25 | 143,787.50 | 180,849.51 | 0.00 | 861,444.87 | 868,149.51 |
| Burden | 5,076.65 | 3,546.96 | 6,543.00 | 7,580.91 | 10,643.98 | 10,426.35 | 4,150.79 | 7,871.94 | 10,179.28 | 2,905.98 | 18,462.32 | 52,888.00 | 0.00 | 140,276.16 | 140,276.16 |
| Costs | 197,586.36 | 252,216.63 | 465,345.00 | 552,938.50 | 1,107,592.23 | 982,835.24 | 490,562.38 | 488,955.39 | 91,250.68 | 235,170.49 | 341,979.83 | 339,004.85 | 0.00 | 5,545,437.58 | 5,776,188.63 |
| AJE | (99,368.00) | 0.00 | 0.00 | (105,455.91) | 0.00 | 0.00 | 280,734.95 | 0.00 | 0.00 | 0.00 | 0.00 | 139,659.45 | (68,060.00) | 147,510.49 | 196,619.80 |
| Total | 142,832.79 | 283,387.89 | 522,848.00 | 514,104.91 | 1,201,133.29 | 1,074,463.69 | 807,775.16 | 558,135.35 | 180,707.84 | 260,708.72 | 504,229.65 | 712,401.81 | (68,060.00) | 6,694,669.10 | 6,981,234.10 |

| | November 1999 | December 1999 | January 2000 | February 2000 | March 2000 | April 2000 | May 2000 | June 2000 | July 2000 | August 2000 | September 2000 | October 2000 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 154,218.51 | 192,225.67 | 142,005.13 | 130,990.00 | 191,136.83 | 162,483.40 | 179,610.42 | 205,434.49 | 166,980.68 | 151,803.78 | 233,006.20 | 208,056.78 | 0.00 | 2,117,951.89 | 2,986,101.40 |
| Burden | 25,111.30 | 31,300.00 | 23,122.62 | 21,329.04 | 31,122.70 | 26,457.07 | 29,245.85 | 33,450.78 | 27,189.37 | 24,718.13 | 37,940.28 | 33,877.78 | 0.00 | 344,864.92 | 485,141.08 |
| Costs | 312,020.75 | 303,284.82 | 312,055.06 | 171,322.57 | 226,216.09 | 248,321.59 | 352,516.18 | 319,679.40 | 369,412.41 | 422,291.90 | 372,450.21 | 589,100.36 | 0.00 | 3,998,671.34 | 9,774,859.97 |
| Per Diems | 21,850.00 | 26,150.00 | 20,575.00 | 19,500.00 | 26,075.00 | 21,750.00 | 23,925.00 | 29,400.00 | 24,475.00 | 23,625.00 | 36,500.00 | 30,600.00 | 0.00 | 304,425.00 | 304,425.00 |
| AJE | 0.00 | 0.00 | 3,552.58 | 184,464.00 | 0.00 | 135,901.42 | 66,931.32 | 57,019.42 | 65,756.45 | 48,149.30 | 95,930.57 | 158,444.59 | 3,370,153.81 | 4,186,303.46 | 4,382,923.26 |
| | 513,200.56 | 552,960.49 | 501,310.39 | 527,605.61 | 474,550.62 | 594,913.48 | 652,228.77 | 644,984.09 | 653,813.91 | 670,588.11 | 775,827.26 | 1,020,079.51 | 3,370,153.81 | 10,952,216.61 | 17,933,450.71 |

| | November 2000 | December 2000 | January 2001 | February 2001 | March 2001 | April 2001 | May 2001 | June 2001 | July 2001 | August 2001 | September 2001 | October 2001 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 200,535.61 | 235,445.65 | 164,423.88 | 156,632.44 | 229,784.83 | 174,185.41 | 82,316.98 | 30,545.81 | 2,773.59 | 71,030.58 | 0.00 | 0.00 | 0.00 | 1,347,674.78 | 4,333,776.18 |
| Burden | 30,681.93 | 38,337.50 | 26,773.04 | 25,504.38 | 37,415.75 | 28,362.51 | 13,403.62 | 4,973.74 | 451.62 | 0.00 | 0.00 | 0.00 | 0.00 | 205,904.09 | 691,045.17 |
| Costs | 517,184.10 | 343,752.76 | 421,932.91 | 519,945.33 | 508,785.81 | 357,865.00 | 164,591.72 | 94,617.18 | (267,256.40) | 17,556.73 | 153,646.44 | 0.00 | 0.00 | 2,832,621.58 | 12,607,481.55 |
| Per Diems | 29,450.00 | 32,425.00 | 22,425.00 | 22,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 106,800.00 | 411,225.00 |
| Overhead | 141,058.38 | 198,249.38 | 243,716.60 | 118,310.55 | 152,830.41 | 175,058.54 | 98,389.85 | 1,833.32 | 0.00 | 8,198.53 | (1,723.37) | 13,149.55 | 0.00 | 1,149,071.74 | 1,149,071.74 |
| AJE | (918,910.02) | (848,210.29) | (879,271.43) | (842,892.70) | (253,326.56) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (321,567.58) | (4,064,178.58) | 318,744.68 |
| | 0.00 | (0.00) | (0.00) | (0.00) | 675,490.24 | 735,471.46 | 358,702.17 | 131,970.05 | (264,031.19) | 96,785.84 | 151,923.07 | 13,149.55 | (321,567.58) | 1,577,893.61 | 19,511,344.32 |

| | November 2001 | December 2001 | January 2002 | February 2002 | March 2002 | April 2002 | May 2002 | June 2002 | July 2002 | August 2002 | September 2002 | October 2002 | Audit Adjustment | Year-end Total | Accumulated Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | 21,532.06 | 71,696.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 93,228.54 | 4,427,004.72 |
| Burden | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 691,045.17 |
| Costs | 3,105.17 | 10,918.19 | 0.00 | 0.00 | 0.00 | 0.00 | 15,451.78 | 1,347.81 | 22,164.05 | 318.22 | 161.35 | 0.00 | 0.00 | 53,466.57 | 12,660,948.12 |
| Per Diems | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 411,225.00 |
| Overhead | 2,094.39 | 27,598.97 | 8,573.99 | 0.00 | 0.00 | 0.00 | 86.80 | 84.11 | 4,016.35 | 1.60 | 0.00 | 4.26 | 0.00 | 42,460.47 | 1,191,532.21 |
| AJE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 318,744.68 |
| | 26,731.62 | 110,213.64 | 8,573.99 | 0.00 | 0.00 | 0.00 | 15,538.58 | 1,431.92 | 26,180.40 | 319.82 | 161.35 | 4.26 | 0.00 | 189,155.58 | 19,700,499.90 |

RENDA MARINE, INC.
SCHEDULE OF EQUIPMENT COST
9/15/01

| EQUIPMENT | EQUIP# | INS # | Appraised Value | Monthly Debt Pymt | Amortized Value | Annual Ins Hull | Annual Ins P & I | | Monthly | Weekly | Daily |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dredge, Millenium | DB103 | 1 | 7,300,000 | 120,986 | | 40,880 | 2,325 | Cost | 124,587 | 28,974 | 4,153 |
| | | | | | | | | Leased Cost | 143,275 | 33,320 | 4,776 |
| Booster Barge, Matagora | DB102 | 2 | 750,000 | 8,958 | | 4,200 | 2,325 | Cost | 9,502 | 2,210 | 317 |
| | | | | | | | | Leased Cost | 10,927 | 2,541 | 364 |
| Dredge, White Rock | DB101 | 3 | 1,200,000 | 35,192 | | 6,720 | 2,325 | Cost | 35,946 | 8,359 | 1,198 |
| | | | | | | | | Leased Cost | 41,338 | 9,613 | 1,378 |
| Dredge, St. Charles | DB104 | 23 | 450,000 | | 7,500 | 2,520 | 2,325 | Cost | 7,904 | 1,838 | 263 |
| | | | | | | | | Leased Cost | 9,089 | 2,114 | 303 |
| Anchor Barge "1801" | AB101 | 4 | 16,000 | | 267 | 350 | 1,163 | Cost | 393 | 91 | 13 |
| | | | | | | | | Leased Cost | 452 | 105 | 15 |
| Anchor Barge "2401" | AB102 | 5 | 75,000 | | 1,250 | 870 | 1,162 | Cost | 1,419 | 330 | 47 |
| | | | | | | | | Leased Cost | 1,632 | 380 | 54 |
| Reel Barge "1802" | RB100 | 6 | 30,000 | | 500 | 348 | 1,163 | Cost | 629 | 146 | 21 |
| | | | | | | | | Leased Cost | 723 | 168 | 24 |
| Booster Barge "2402" | B1100-1 | 7 | 300,000 | | 5,000 | 2,790 | 1,162 | Cost | 5,329 | 1,239 | 178 |
| | | | | | | | | Leased Cost | 6,129 | 1,425 | 204 |
| Barge KS 401 | | 32 | 135,000 | | 2,250 | 1,566 | 697 | Cost | 2,439 | 567 | 81 |
| | | | | | | | | Leased Cost | 2,804 | 652 | 93 |
| Barge KS 346 | | 33 | 95,000 | | 1,583 | 1,102 | 697 | Cost | 1,733 | 403 | 58 |
| | | | | | | | | Leased Cost | 1,993 | 463 | 66 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Deck Barge MDC-335 | | 28 | 90,000 | 1,500 | 1,044 | 697 | Cost | 1,645 | 383 | 55 |
| | | | | | | | Leased Cost | 1,892 | 440 | 63 |
| Deck Barge MDC-212 | | 29 | 85,000 | 1,417 | 986 | 697 | Cost | 1,557 | 362 | 52 |
| | | | | | | | Leased Cost | 1,791 | 416 | 60 |
| Tug "Miss Vicki" | B108 | 8 | 100,000 | 1,667 | 930 | 1,395 | Cost | 1,860 | 433 | 62 |
| | | | | | | | Leased Cost | 2,139 | 498 | 71 |
| Tug "Rachel W." | B114 | 9 | 75,000 | 1,250 | 697 | 1,395 | Cost | 1,424 | 331 | 47 |
| | | | | | | | Leased Cost | 1,638 | 381 | 55 |
| Tug "Marilyn McFarland" | B110 | 10 | 250,000 | 4,167 | 2,325 | 1,395 | Cost | 4,477 | 1,041 | 149 |
| | | | | | | | Leased Cost | 5,148 | 1,197 | 172 |
| Tug "Kaydee B II" | B106 | 20 | 25,000 | 417 | 350 | 1,395 | Cost | 562 | 131 | 19 |
| | | | | | | | Leased Cost | 646 | 150 | 22 |
| Workboat "Suzie B" | B112 | | 65,457 | 1,091 | | | Cost | 1,091 | 254 | 36 |
| | | | | | | | Leased Cost | 1,255 | 292 | 42 |
| Workboat "Patty G." | B113 | | 65,457 | 1,091 | | | Cost | 1,091 | 254 | 36 |
| | | | | | | | Leased Cost | 1,255 | 292 | 42 |
| Tender "Amanda Nicole | B107 | 11 | 50,000 | 833 | 350 | 697 | Cost | 1,008 | 234 | 34 |
| | | | | | | | Leased Cost | 1,159 | 270 | 39 |
| Tender "Lafco # 1" | B103 | 12 | 7,500 | 125 | 350 | 697 | Cost | 212 | 49 | 7 |
| | | | | | | | Leased Cost | 244 | 57 | 8 |
| Tender "Lafco # 2" | B104 | 13 | 7,500 | 125 | 350 | 697 | Cost | 212 | 49 | 7 |
| | | | | | | | Leased Cost | 244 | 57 | 8 |
| 1993 F/O Survey Scout | B101 | 19 | 15,000 | 250 | 350 | 697 | Cost | 337 | 78 | 11 |
| | | | | | | | Leased Cost | 388 | 90 | 13 |
| Survey Boat "Survey #1" | B102 | 14 | 10,000 | 167 | 350 | 697 | Cost | 254 | 59 | 8 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Leased Cost | 292 | 68 | 10 |
| Crew Boat"Rebecca B" | B105 | 15 | 10,000 | 167 | 350 | 697 | Cost | 254 | 59 | 8 |
| | | | | | | | Leased Cost | 292 | 68 | 10 |
| Alum Work Skiff #101 | WS101 | 16 | 5,000 | 83 | 250 | 697 | Cost | 162 | 38 | 5 |
| | | | | | | | Leased Cost | 187 | 43 | 6 |
| Alum Work Skiff #102 | WS102 | 17 | 5,000 | 83 | 250 | 697 | Cost | 162 | 38 | 5 |
| | | | | | | | Leased Cost | 187 | 43 | 6 |
| Alum Work Skiff #103 | WS103 | 18 | 10,000 | 167 | 350 | 697 | Cost | 254 | 59 | 8 |
| | | | | | | | Leased Cost | 292 | 68 | 10 |
| Alum Work Skiff #104 | WS104 | 21 | | | | 697 | Cost | 58 | 14 | 2 |
| | | | | | | | Leased Cost | 67 | 16 | 2 |
| Alum Work Skiff #105 | WS105 | 22 | | | | 697 | Cost | 58 | 14 | 2 |
| | | | | | | | Leased Cost | 67 | 16 | 2 |
| Alum Work Skiff #106 | WS106 | 26 | 13,000 | 217 | 350 | 697 | Cost | 254 | 59 | 8 |
| | | | | | | | Leased Cost | 292 | 68 | 10 |
| Flexifloats | | 30 | 30,000 | 500 | 350 | 697 | Cost | 587 | 137 | 20 |
| | | | | | | | Leased Cost | 675 | 157 | 23 |
| Flexifloats | | 31 | 30,000 | 500 | 350 | 697 | Cost | 587 | 137 | 20 |
| | | | | | | | Leased Cost | 675 | 157 | 23 |

**RENDA MARINE, INC.**
**EQUIPMENT LIST**
**#1100 - UPPER BAYOU JOB**
**1999 - 2001**

| | DAYS ON PROJECT | RATE - DAILY | RENTAL |
|---|---|---|---|
| Millenium | 595 | $ 4,153 | $ 2,471,035 |
| Tug - McFarland | 595 | 149 | 88,655 |
| Tug - Crista Dian | 595 | 62 | 36,890 |
| Anchor Barge | 595 | 47 | 27,965 |
| Work Barge | 595 | 55 | 32,725 |
| Work Barge | 595 | 55 | 32,725 |
| Grove CC915 | 595 | 600 | 357,000 |
| Booster Barge | 313 | 317 | 99,221 |
| Lafco | 255 | 7 | 1,785 |
| Work Boat - Suzie B | 15 | 36 | 540 |
| 26' Monark V-653 | 35 | 20 | 700 |
| Flexi Float Barge | 210 | 20 | 4,200 |
| Alum Work Skiff 101 | 210 | 5 | 1,050 |
| | | | $ 3,154,491 |
| 3400 Linkbelt | 105 | $ 180 | $ 18,900 |
| 5500 JD Dozer | 28 | 53 | 1,484 |
| Cat 950 Loader | 146 | 70 | 10,220 |
| D-65 Komatsu Dozer | 105 | 113 | 11,865 |
| Dozer (D412) | 566 | 127 | 71,882 |
| March Trackhoe (E-18) | 249 | 867 | 215,883 |
| Light Plant | 295 | 17 | 5,015 |
| Lincoln Welder | 9 | 17 | 153 |
| Forklift - RTC 223 | 74 | 93 | 6,882 |
| Welder | 34 | 17 | 578 |
| 120 G Motor Grader | 115 | 100 | 11,500 |
| 4x4 Timberjack | 470 | 50 | 23,500 |
| 4x4 Timberjack | 470 | 50 | 23,500 |
| Dozer - D68WP | 71 | 120 | 8,520 |
| Dozer - D-6 | 54 | 107 | 5,778 |
| Dozer - D-65 | 85 | 113 | 9,605 |
| Dozer - D65 | 63 | 113 | 7,119 |
| DJB - Haul Truck | 80 | 133 | 10,640 |
| Dozer - (D413) | 405 | 127 | 51,435 |
| Dozer - D102 | 143 | 223 | 31,889 |
| Dozer - D107 | 19 | 107 | 2,033 |
| Dump Truck - 1304 | 223 | 140 | 31,220 |
| Dump Truck - 1305 | 160 | 140 | 22,400 |
| Dump Truck - 101 | 11 | 140 | 1,540 |
| Jeep | 199 | 7 | 1,393 |
| Komatsu - 68P | 183 | 120 | 21,960 |
| Komatsu - D68P | 74 | 113 | 8,362 |
| Marsh Dragline | 396 | 667 | 264,132 |
| Marsh Trackhoe | 279 | 867 | 241,893 |
| Polaris Gator | 242 | 17 | 4,114 |
| Trackhoe - E-17 | 396 | 180 | 71,280 |
| | | | $ 1,196,675 |
| Linkbelt Crane - LS 78 | 595 | $ 150 | $ 89,250 |
| American Crane - 4260 | 595 | 150 | 89,250 |
| Barge (Fuel Tank) | 595 | 83 | 49,385 |
| Work Skiff | 595 | 5 | 2,975 |
| Survey Boat | 595 | 8 | 4,760 |
| Skagit Crane on Anchor Barge | 595 | 100 | 59,500 |
| Pipe, joints, & pipeline pontoons | 595 | 667 | 396,865 |
| Barge/Hi-pressure pump | 595 | 83 | 49,385 |
| | | | $ 741,370 |

**RENDA MARINE, INC.**
**EQUIPMENT LIST**
**#1100 - UPPER BAYOU BAYOU JOB**
**1999**

| | DAYS ON PROJECT | RATE - DAILY | RENTAL |
|---|---|---|---|
| Millenium | 112 | $ 4,153 | $ 465,136 |
| Tug - McFarland | 112 | 149 | 16,688 |
| Tug - Crista Dian | 112 | 62 | 6,944 |
| Anchor Barge | 112 | 47 | 5,264 |
| Work Barge | 112 | 55 | 6,160 |
| Work Barge | 112 | 55 | 6,160 |
| Grove CC915 | 112 | 600 | 67,200 |
| Booster Barge | | 317 | 0 |
| Lafco | | 7 | 0 |
| Work Boat - Suzie B | | 36 | 0 |
| 26' Monark V-653 | | 20 | 0 |
| Flexi Float Barge | | 20 | 0 |
| Alum Work Skiff 101 | | 5 | 0 |
| | | | $ 573,552 |
| 3400 Linkbelt | | $ 180 | $ 0 |
| 5500 JD Dozer | | 53 | 0 |
| Cat 950 Loader | | 70 | 0 |
| D-65 Komatsu Dozer | | 113 | 0 |
| Dozer (D412) | 96 | 127 | 12,192 |
| March Trackhoe (E-18) | 31 | 867 | 26,877 |
| Light Plant | | 17 | 0 |
| Lincoln Welder | | 17 | 0 |
| Forklift - RTC 223 | | 93 | 0 |
| Welder | | 17 | 0 |
| 120 G Motor Grader | | 100 | 0 |
| 4x4 Timberjack | 96 | 50 | 4,800 |
| 4x4 Timberjack | 96 | 50 | 4,800 |
| Dozer - D68WP | | 120 | 0 |
| Dozer - D-6 | | 107 | 0 |
| Dozer - D-65 | | 113 | 0 |
| Dozer - D65 | | 113 | 0 |
| DJB - Haul Truck | | 133 | 0 |
| Dozer - (D413) | 107 | 127 | 13,589 |
| Dozer - D102 | | 223 | 0 |
| Dozer - D107 | | 107 | 0 |
| Dump Truck - 1304 | | 140 | 0 |
| Dump Truck - 1305 | 38 | 140 | 5,320 |
| Dump Truck - 101 | | 140 | 0 |
| Jeep | | 7 | 0 |
| Komatsu - 68P | | 120 | 0 |
| Komatsu - D68P | | 113 | 0 |
| Marsh Dragline | 31 | 667 | 20,677 |
| Marsh Trackhoe | | 867 | 0 |
| Polaris Gator | | 17 | 0 |
| Trackhoe - E-17 | 31 | 180 | 5,580 |
| | | | $ 93,835 |
| Linkbelt Crane - LS 78 | 112 | $ 150 | $ 16,800 |
| American Crane - 4260 | 112 | 150 | 16,800 |
| Barge (Fuel Tank) | 112 | 83 | 9,296 |
| Work Skiff | 112 | 5 | 560 |
| Survey Boat | 112 | 8 | 896 |
| Skagit Crane on Anchor Barge | 112 | 100 | 11,200 |
| Pipe, joints, & pipeline pontoons | 112 | 667 | 74,704 |
| Barge/Hi-pressure pump | 112 | 83 | 9,296 |
| | | | $ 139,552 |

**RENDA MARINE, INC.**
**EQUIPMENT LIST**
**#1100 - UPPER BAYOU BAYOU JOB**
**2000**

| | DAYS ON PROJECT | RATE - DAILY | RENTAL |
|---|---|---|---|
| Millenium | 365 | $ 4,153 | $ 1,515,845 |
| Tug - McFarland | 365 | 149 | 54,385 |
| Tug - Crista Dian | 365 | 62 | 22,630 |
| Anchor Barge | 365 | 47 | 17,155 |
| Work Barge | 365 | 55 | 20,075 |
| Work Barge | 365 | 55 | 20,075 |
| Grove CC915 | 365 | 600 | 219,000 |
| Booster Barge | 195 | 317 | 61,815 |
| Lafco | 185 | 7 | 1,295 |
| Work Boat - Suzie B | 15 | 36 | 540 |
| 26' Monark V-653 | 35 | 20 | 700 |
| Flexi Float Barge | 92 | 20 | 1,840 |
| Alum Work Skiff 101 | 92 | 5 | 460 |
| | | | $ 1,935,815 |
| 3400 Linkbelt | | $ 180 | $ 0 |
| 5500 JD Dozer | | 53 | 0 |
| Cat 950 Loader | 115 | 70 | 8,050 |
| D-65 Komatsu Dozer | | 113 | 0 |
| Dozer (D412) | 365 | 127 | 46,355 |
| March Trackhoe (E-18) | 175 | 867 | 151,725 |
| Light Plant | 190 | 17 | 3,230 |
| Lincoln Welder | | 17 | 0 |
| Forklift - RTC 223 | | 93 | 0 |
| Welder | | 17 | 0 |
| 120 G Motor Grader | 115 | 100 | 11,500 |
| 4x4 Timberjack | 374 | 50 | 18,700 |
| 4x4 Timberjack | 374 | 50 | 18,700 |
| Dozer - D68WP | 71 | 120 | 8,520 |
| Dozer - D-6 | 54 | 107 | 5,778 |
| Dozer - D-65 | 85 | 113 | 9,605 |
| Dozer - D65 | 63 | 113 | 7,119 |
| DJB - Haul Truck | 80 | 133 | 10,640 |
| Dozer - (D413) | 298 | 127 | 37,846 |
| Dozer - D102 | 143 | 223 | 31,889 |
| Dozer - D107 | 19 | 107 | 2,033 |
| Dump Truck - 1304 | 223 | 140 | 31,220 |
| Dump Truck - 1305 | 122 | 140 | 17,080 |
| Dump Truck - 101 | 11 | 140 | 1,540 |
| Jeep | 199 | 7 | 1,393 |
| Komatsu - 68P | 183 | 120 | 21,960 |
| Komatsu - D68P | 74 | 113 | 8,362 |
| Marsh Dragline | 365 | 667 | 243,455 |
| Marsh Trackhoe | 279 | 867 | 241,893 |
| Polaris Gator | 242 | 17 | 4,114 |
| Trackhoe - E-17 | 365 | 180 | 65,700 |
| | | | $ 1,008,407 |
| Linkbelt Crane - LS 78 | 365 | $ 150 | $ 54,750 |
| American Crane - 4260 | 365 | 150 | 54,750 |
| Barge (Fuel Tank) | 365 | 83 | 30,295 |
| Work Skiff | 365 | 5 | 1,825 |
| Survey Boat | 365 | 8 | 2,920 |
| Skagit Crane on Anchor Barge | 365 | 100 | 36,500 |
| Pipe, joints, & pipeline pontoons | 365 | 667 | 243,455 |
| Barge/Hi-pressure pump | 365 | 83 | 30,295 |
| | | | $ 454,790 |

**RENDA MARINE, INC.**
**EQUIPMENT LIST**
**#1100 - UPPER BAYOU BAYOU JOB**
**2001**

| | DAYS ON PROJECT | RATE - DAILY | RENTAL |
|---|---|---|---|
| Millenium | 118 | $ 4,153 | $ 490,054 |
| Tug - McFarland | 118 | 149 | 17,582 |
| Tug - Crista Dian | 118 | 62 | 7,316 |
| Anchor Barge | 118 | 47 | 5,546 |
| Work Barge | 118 | 55 | 6,490 |
| Work Barge | 118 | 55 | 6,490 |
| Grove CC915 | 118 | 600 | 70,800 |
| Booster Barge | 118 | 317 | 37,406 |
| Lafco | 70 | 7 | 490 |
| Work Boat - Suzie B | | 36 | 0 |
| 26' Monark V-653 | | 20 | 0 |
| Flexi Float Barge | 118 | 20 | 2,360 |
| Alum Work Skiff 101 | 118 | 5 | 590 |
| | | | $ 645,124 |
| 3400 Linkbelt | 105 | $ 180 | $ 18,900 |
| 5500 JD Dozer | 28 | 53 | 1,484 |
| Cat 950 Loader | 31 | 70 | 2,170 |
| D-65 Komatsu Dozer | 105 | 113 | 11,865 |
| Dozer (D412) | 105 | 127 | 13,335 |
| March Trackhoe (E-18) | 43 | 867 | 37,281 |
| Light Plant | 105 | 17 | 1,785 |
| Lincoln Welder | 9 | 17 | 153 |
| Forklift - RTC 223 | 74 | 93 | 6,882 |
| Welder | 34 | 17 | 578 |
| 120 G Motor Grader | | 100 | 0 |
| 4x4 Timberjack | | 50 | 0 |
| 4x4 Timberjack | | 50 | 0 |
| Dozer - D68WP | | 120 | 0 |
| Dozer - D-6 | | 107 | 0 |
| Dozer - D-65 | | 113 | 0 |
| Dozer - D65 | | 113 | 0 |
| DJB - Haul Truck | | 133 | 0 |
| Dozer - (D413) | | 127 | 0 |
| Dozer - D102 | | 223 | 0 |
| Dozer - D107 | | 107 | 0 |
| Dump Truck - 1304 | | 140 | 0 |
| Dump Truck - 1305 | | 140 | 0 |
| Dump Truck - 101 | | 140 | 0 |
| Jeep | | 7 | 0 |
| Komatsu - 68P | | 120 | 0 |
| Komatsu - D68P | | 113 | 0 |
| Marsh Dragline | | 667 | 0 |
| Marsh Trackhoe | | 867 | 0 |
| Polaris Gator | | 17 | 0 |
| Trackhoe - E-17 | | 180 | 0 |
| | | | $ 94,433 |
| Linkbelt Crane - LS 78 | 118 | $ 150 | $ 17,700 |
| American Crane - 4260 | 118 | 150 | 17,700 |
| Barge (Fuel Tank) | 118 | 83 | 9,794 |
| Work Skiff | 118 | 5 | 590 |
| Survey Boat | 118 | 8 | 944 |
| Skagit Crane on Anchor Barge | 118 | 100 | 11,800 |
| Pipe, joints, & pipeline pontoons | 118 | 667 | 78,706 |
| Barge/Hi-pressure pump | 118 | 83 | 9,794 |
| | | | $ 147,028 |

**Dredge**

**1999**

| | |
|---|---|
| Marilyn K McFarland (B110) | 112 |
| Crista Dian (B108) | 112 |
| Anchor Barge (AB102) | 112 |
| Work Barge (2) | 112 |
| Grove CC915 | 112 |

← Mill

**2000**

| | |
|---|---|
| Marilyn K McFarland (B110) | 365 |
| Crista Dian (B108) | 365 |
| Anchor Barge (AB102) | 365 |
| Work Barge (2) | 365 |
| Grove CC915 | 365 |
| Booster Barge B1100-1 | 195 |
| Lafco B104 | 185 |
| Suzie B | 15 |
| 26' Monark V-653 Dump Tran | 35 |
| Flexi Float Barge | 92 |
| WS 101 | 92 |

← Mill

**2001**

| | |
|---|---|
| Marilyn K McFarland (B110) | 118 |
| Crista Dian (B108) | 118 |
| Anchor Barge (AB102) | 118 |
| Work Barge (2) | 118 |
| Grove CC915 | 118 |
| Booster Barge B1100-1 | 118 |
| Lafco B104 | 70 |
| Flexi Float Barge | 118 |
| WS 101 | 118 |

← Mill

DUPLEX HI-PRESSURE PUMP + BARGE 4500 MO
PIPELINE – 24" (26,000 LF)
" JOINTS – 24" } 10,000 MO
PIPELINE PONTOONS
SKAGIT CRANE ON ANCHOR BARGE 3000 MO
SURVEY BOAT (B102) 8
WORK SKIFF (WS 102) 5
FUEL BARGE
10,000 GALLON FUEL TANK } 1500 MO
AMERICAN CRANE 4260 (CC913) 4500 MO
LINKBELT CRANE LS78 (CC912) 4500 MO

CQC Reports

2001

| | DAYS |
|---|---|
| 3400 Linkbelt Exc (E-17) | 105 |
| 550 JD Dozer | 28 |
| Cat 950 Loader | 31 |
| D-65 Komatsu Dozer | 105 |
| Dozer (D412) | 105 |
| E18 Marsh Exc | 43 |
| Light Plant | 105 |
| Lincoln Welder 230 volt | 9 |
| RTC-223 Forklift | 74 |
| W 2816 Welder | 34 |

2000

| | |
|---|---|
| 120 G Motor Grader | 115 |
| 4x4 Timberjack (LS-101) | 374 |
| 4x4 Timberjack (LS-103) | 374 |
| Cat 950 Loader | 115 |
| D 68 WP | 71 |
| D-6 (D407) | 54 |
| D-65 Dozer | 85 |
| D-65 Dozer | 63 |
| DJB Haul Truck | 80 |
| Dozer (D-412) | 374 |
| Dozer (D-413) | 298 |
| Dozer D 102 | 143 |
| Dozer D107 | 19 |
| DT 1304 | 223 |
| Dump Truck (DT 1305) | 122 |
| Dump Truct DT 101 | 11 |
| JP-101 (Jeep) | 199 |
| Komatsu 68P | 183 |
| Komatsu D68P Dozer | 74 |
| Light Plant | 190 |
| Marsh Dragline(MD-101) | 374 |
| Marsh Trackhoe (E-18) | 175 |
| Marsh Trackhoe(EL 200B) | 279 |
| Polaris Gator | 242 |
| Trackhoe (E-17) | 374 |

1999

| | |
|---|---|
| 4x4 Timberjack (LS-101) | 96 |
| 4x4 Timberjack (LS-103) | 96 |
| Dozer (D-412) | 96 |
| Dozer (D-413) | 107 |
| Dump Truck (DT-1305) | 38 |
| Marsh Dragline(MD-101) | 31 |
| Marsh Trackhoe(E-18) | 31 |
| Trackhoe (E-17) | 31 |

# In the United States Court of Federal Claims

No. 02-306 C

(Filed: January 15, 2004)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Second Motion to Compel (Corrected Copy) which supercedes Defendant's Second Motion to Compel. Further to the informal telephonic status conference held in this matter on January 15, 2004 and by agreement of the parties, defendant's motion to compel is now MOOT.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

**Hydraulic Levee Construction**
**Project Claim Accounting**
**Modified Total Cost Approach**

| Item No. | Description of Work/Claim Item | RMI Billings to Date | Paid by Government | Extra Costs Claimed to Date | Paid & Claimed to Date | Actual Project Costs |
|---|---|---|---|---|---|---|
| 1 | Dredging and Mechanical Levee Work | $15,482,665.16 | ($15,482,665.16) | $0.00 | | |
| 2 | South Ferry Landing Claim | | | $1,049,173.00 | | |
| 3 | Flare Area Claim | | | $4,691,688.00 | | |
| | (less paid to date) | | | ($3,083,833.00) | | |
| 4 | HL&P Claim | | | $170,863.00 | | |
| 5 | Section 7 Clay Claim | | | $1,083,779.00 | | |
| 6 | Obstruction No. 1 Claim (Sections 4 - 8) | | | $2,126,083.00 | | |
| 7 | Obstruction No. 2 Claim (Section 9) | | | $1,158,642.00 | | |
| | | | | | $22,679,060.16 | |
| 8 | Hydraulic Levee Work | $1,280,000.00 | ($1,100,000.00) | $180,000.00 | | |
| 9 | West Levee Realignment | | | $789,600.00 | | |
| 10 | Levee Claim | | | X = | | |
| | Subtotal Govt. Payments & Claimed Costs | $16,762,665.16 | ($16,582,665.16) | $8,165,995.00 | | |
| | | | | | $1,889,600.00 | |
| | | | | | $24,568,660.16 | |
| 11 | Actual Total Cost to Date | | | | | $24,663,589.00 |
| 12 | (plus Company Overhead) | | 5.00% | | | $1,233,179.45 |
| 13 | (plus Home Office Overhead) | | 6.60% | | | $1,627,796.87 |
| 14 | (plus Profit) | | 12.00% | | | $3,302,947.84 |
| | Subtotal Actual Costs | | | | | $30,827,513.16 |
| | | | | | **Cost Overrun/Underrun** | ($6,258,853.00) |

# DEFENSE CONTRACT AUDIT AGENCY

# AUDIT REPORT NO. 3511-2003M17200012

December 12, 2002

**PREPARED FOR:** Contracting Officer, Thomas Benero
Department of the Army
Chief, Contracting Division
Galveston District, Corps of Engineers
2000 Fort Point Road
Galveston, TX 77550

**PREPARED BY:** Dallas Branch Office
6321 E. Campus Circle Drive
Irving, TX 75063-2742
Telephone No. (972) 753-2580
FAX No. (972) 518-1550
E-mail Address dcaa-fao3511@dcaa.mil

**SUBJECT:** Report on Audit of Price Adjustment Claim for Differing Site Condition – Lost Lake Levees Related to Dredging Work in the Upper Bayou Houston-Galveston Navigation Channel, Texas

**REFERENCES:** Contract No. DACW64-99-C-0001
Relevant Dates: See Page 6
Chron. No.: 027

**CONTRACTOR:** Renda Marine, Inc.
522 Benson Lane
Roanoke, TX 76262

**REPORT RELEASE RESTRICTIONS:** See Page 7

**CONTENTS:**


| | Page |
|---|---|
| Subject of Audit | 1 |
| Executive Summary | 1 |
| Scope of Audit | 1 |
| Results of Audit | 2 |
| Contractor Organization and Systems | 5 |
| DCAA Personnel and Report Authorization | 6 |
| Audit Report Distribution and Restrictions | 7 |
| Appendixes | 8 |

## SUBJECT OF AUDIT

As you requested on April 29, 2002, we performed an examination of Renda Marine, Inc.'s (RMI) $6,258,853 price adjustment claim for differing site conditions, to determine if the claimed amount is acceptable as a basis for settlement. The claim was submitted pursuant to the Contract Disputes Act of 1978, 41 U.S.C. 601-613. RMI submitted its certified claim, dated October 16, 2002, under firm-fixed-price Contract No. DACW64-99-C-0001, due to Differing Site Condition – Lost Lake Levees related to dredging work in the Upper Bayou Houston-Galveston Navigation Channel, Texas.

The price adjustment claim and related cost or pricing data are the responsibility of the contractor. Our responsibility is to express an opinion on the claim based on our examination.

## EXECUTIVE SUMMARY

Our examination of the $6.3 million price adjustment claim disclosed $6.3 million questioned in its entirety. We questioned the entire claimed amount, due to RMI not providing adequate support for its claim related to Differing Site Condition-Lost Lake Levees.

The significant issues described below should be considered in any update to the price adjustment claim.

SIGNIFICANT ISSUES

The contractor's claimed cost could not be supported or identified by specific elements. We believe this claim contains indirect cost allocations and profits that are duplicated in the additional claims filed by RMI and may not be applicable to the amount previously paid to RMI under the contract.

Significant findings that are contested by the contractor are discussed in the Results of Audit. We are available to provide you with assistance in resolving the reported findings.

## SCOPE OF AUDIT

Except for the qualifications discussed below, we conducted our examination in accordance with generally accepted government auditing standards. Those standards require that we plan and perform the examination to obtain reasonable assurance that the price adjustment claim is free of material misstatement. An examination includes:

- evaluating the contractor's internal controls, assessing control risk, and determining the extent of audit testing needed based on the control risk assessment;
- examining, on a test basis, evidence supporting the amounts and disclosures in the price adjustment claim;

- assessing the accounting principles used and significant estimates made by the contractor;
- evaluating the overall price adjustment claim presentation; and
- determining the need for technical specialist assistance.

We evaluated the claimed costs using the applicable requirements contained in the:

- Federal Acquisition Regulation (FAR);
- Defense FAR Supplement (DFARS);
- Army Corps of Engineers FAR Supplement (EFARS); and
- Contract Provisions.

The award of Contract DACW64-99-C-0001 resulted from a sealed bid and is therefore exempt from all Cost Accounting Standards (CAS), in accordance with 48 CFR 9903.201-1, CAS applicability. As a result, the contractor's price adjustment claim is exempt from CAS.

The scope of our examination reflects our assessment of control risk and includes tests of compliance with applicable laws and regulations that we believe provide a reasonable basis for our opinion. Our assessment of control risk reflects that we have not specifically examined RMI's accounting system and its related internal controls.

QUALIFICATIONS

Our audit did not address the issue of actual or legal entitlement. We have audited the claimed amount and offer conclusions regarding its existence, magnitude, and reasonableness. Any reference in this report to adjusted amounts per DCAA audit should be taken in this context.

The results of audit are based on the Contracting Officer's determination that the contractor's price adjustment claim request under its firm-fixed-price Contract DACW64-99-C-0001 complies with the CDA requirements. If this determination should change, please notify us, so that the impact of such a change on the results of audit can be assessed.

## RESULTS OF AUDIT

In our opinion, the cost or pricing data submitted by the contractor are not adequate (See Note 1, page 3). The claim was not prepared in all respects in accordance with appropriate provisions of the FAR and the DFAR Supplement. Our opinion is qualified as noted above. Because the cost or pricing data inadequacies are considered significant, we do not believe the claim is an acceptable basis for settlement of the price adjustment claim request, as discussed with Mr. Thomas Benero and confirmed in our teleconference with your office on May 7, 2002. FAR 15.403-4 requires the submission of cost or pricing data applicable to the modification of any sealed bid contract. To make the cost or pricing data adequate, the contractor must prepare its claim in the format of FAR 15.408, Table 15-2. Table 15-2 Section II-Cost Elements, requires that the contractor provide breakdowns for the basic cost elements claimed. At your request, we have nevertheless, evaluated the claim to the extent possible in the circumstances.

Significant findings that are contested by the contractor are discussed below. We are available to provide you with assistance in resolving the reported findings. We discussed the results of our examination with Mr. Oscar Renda, President and Chief Executive Officer, Mr. Rudy Renda, Vice President and Mr. Barry Smith, Principal, Pathfinder Construction Consulting, Inc., in an exit conference held on May 14, 2002. We did not provide the dollar impact of our findings. Their comments are shown in the explanatory notes and their written response is attached as an appendix to this report.

**EXHIBIT**

**RENDA MARINE, INC.**
**ROANOKE, TEXAS**

CONTRACTOR'S CLAIMED COST AND RESULTS OF AUDIT

| Description | Claimed & Questioned | Note |
|---|---|---|
| Lost Lake Levees: | | |
| Total Amount | $30,827,513 | |
| Less: Claimed & Paid To Date | 24,568,660 | |
| Questioned | $6,258,853 | 1 |

EXPLANATORY NOTE

1. Differing Site Conditions-Lost Lake

a. Summary of Conclusions:

We question $6,258,853 in its entirety. The price adjustment claim was not prepared in accordance with FAR 15 as required to provide the specific elements.

b. Basis of Contractor's Cost:

Mr. Barry Smith, consultant for RMI, prepared the price adjustment claim based on a total modified cost approach. The amount claimed of $6,258,853 is the difference between the calculated total amount, including indirect on-site and corporate office allocations and profit ($30,827,513), less the sum of the amount paid to RMI ($16,582,665) and the total of additional claims filed to date ($7,985,995).

c. Audit Evaluation:

In our attempts to verify these claimed costs, we noted that the contractor did not provide cost breakouts of the cost elements necessary to support its claimed cost for the realignment

effort. FAR Table 15-2 requires that certified cost or pricing data representations be supported by breakdowns for the basic cost elements claimed. As a result we were not able to audit the above costs claimed because they were not in an auditable format.

To make the cost or pricing data adequate, the contractor must prepare its claim in the format of FAR 15.408(m) Table 15-2. Table 15-2 Section II-Cost Elements requires that the contractor provide breakdowns for the basic cost elements claimed. The contractor did not break out its labor, equipment and other direct costs or present them in a format that was auditable and traceable to the accounting books and records.

Although not prepared in accordance with FAR 15.408, we noted that the contractor applied indirect cost allocations from on-site and corporate office and profit to the total amount of $24,663,589. This total amount was not identified to specific elements and we were unable to verify the $24,663,589 to RMI's accounting books and records. We believe that the total amount includes amounts previously paid to RMI under the contract and amounts in the total of additional claims filed to date. We also believe the application of the indirect cost allocations and profit may effect a duplication of costs and profit, when in fact, it was considered in the additional claims filed to date and may not be applicable to the amount previously paid to RMI under the contract.

In this claim, RMI is seeking the following amounts:

| Element | Amount |
|---|---|
| On-site Allocation | $1,233,179 |
| Corporate Office Allocation | 1,627,797 |
| Profit | 3,302,948 |
| Unidentified amount | 94,929 |
| Total | $6,258,853 |

d. Contractor's Reaction:

The contractor indicates that it will, at a later date, prepare and break out the claimed costs and provide them for either settlement or an appeal through the agency board of contract appeals or the U.S. Court of Federal Claims.

e. Auditor Response:

Claimed costs must be submitted in the format of FAR 15.408, Table 15-2. The claimed amount should not be derived in a matter that contains duplicate indirect cost allocations and profit.

## CONTRACTOR ORGANIZATION AND SYSTEMS

1. ORGANIZATION

Renda Marine, Inc. is located in Roanoke, Texas and was formed May 8, 1998. The company is engaged in the dredging of lakes and offshore waterways. The company provides marine equipment and personnel required to perform the dredging and the transportation and disposition of the by-product. The company performs most if its work on lakes in the state of Texas and the open waterways of the Gulf Coast region. As of April 2002, RMI had 46 employees. This is a decrease from the 106 employees that it had in April 2000, when it was performing on the contract.

For the Fiscal Year Ended October 31, 2000, RMI had sales of $11,319,415 and a net loss of $4,936,282. For the Fiscal Year Ended October 31, 2001, RMI had sales of $6,664,231 and a net loss of $62,696. In accordance with Statement of Auditing Standard 59, "Entity's Ability to Continue as a Going Concern," the CPA stated:

> The accompanying financial statements have been prepared assuming that the Company will continue as a going concern. . . . the Company has suffered recurring losses from operations and has a net capital deficiency that raises substantial doubt about its ability to continue as a going concern. . . . The financials statements do not include any adjustments that might result from the outcome of this uncertainty.

RMI is related to two other companies, Oscar Renda Construction, Inc. (ORC) and Renda Environmental Services, Inc. (RESI). ORC was formed on September 9, 1974. RESI began operating on July 30, 1992.

2. ACCOUNTING SYSTEM

We have not audited the contractor's accounting system.

The company maintains accounting records and files federal income tax returns using the percentage-of-completion method, whereby income is recognized on the basis of engineering estimates of the percentage-of-completion of the contract, based on work performed and job costs incurred. Costs and estimated earnings on incomplete contracts in excess of related billings are recognized as current liabilities. Estimated contract losses, if any, are provided on a current basis.

## DCAA PERSONNEL

| Primary contacts regarding this audit: | Telephone No. |
|---|---|
| Gene Seiler, Senior Auditor | (972) 753-2583 |
| Darrell Shobert, Senior Auditor | (972) 753-2584 |
| Charles Wylie, Supervisory Auditor | (972) 753-4547 |
| Other contact regarding this audit report: | |
| William F. Daneke, Branch Manager | (972) 753-2580 |
| | FAX No. |
| | (972) 518-1550 |
| | E-mail Address |
| | dcaa-fao3511@dcaa.mil |

General information on audit matters is available at http://www.dcaa.mil.

## RELEVANT DATES

Request for Audit: dated April 29, 2002; received May 1, 2002

**AUDIT REPORT AUTHORIZED BY:**

/Signed/
William F. Daneke
Branch Manager
Dallas Branch Office

## AUDIT REPORT DISTRIBUTION AND RESTRICTIONS

DISTRIBUTION

Contracting Officer
Department of the Army
Chief, Contracting Division
Galveston District, Corps of Engineers
2000 Fort Point Road
Galveston, TX 77550

E-mail Address
Thomas.benero@swg02.usace.army.mil
Telephone
(409) 766-3850

RESTRICTIONS

1. Information contained in this audit report may be proprietary. It is not practical to identify during the conduct of the audit those elements of the data which are proprietary. Make proprietary determinations in the event of an external request for access. Consider the restrictions of 18 U.S.C. 1905 before releasing this information to the public.

2. Under the provisions of Title 32, Code of Federal Regulations, Part 290.7(b), DCAA will refer any Freedom of Information Act requests for audit reports received to the cognizant contracting agency for determination as to releasability and a direct response to the requestor.

3. The Defense Contract Audit Agency has no objection to release of this report, at the discretion of the contracting agency, to authorized representatives of RMI.

4. Do not use the information contained in this audit report for purposes other than action on the subject of this audit without first discussing its applicability with the auditor.

**APPENDIX 1**

## CHRONOLOGY OF SIGNIFICANT EVENTS

| Description or Reference to Pertinent Government or Contractor Action | Date |
|---|---|
| Performance started on contract | November 29, 1998 |
| Obstruction hit, dredge damaged, delay period began | December 4, 2000 |
| Delay period ended | January 14, 2001 |
| Request for Equitable Adjustment proposal filed | June 11, 2001 |
| Claim Certified | October 16, 2001 |
| Performance ended on contract, Change Order No. 11, deleting remaining work | September 18, 2001 |
| Corps of Engineers completes technical analysis | February 4, 2002 |
| Corps of Engineers requests audit | February 4, 2002 |

**APPENDIX 2**

**RENDA MARINE, INC.**
**ROANOKE, TEXAS**

CONTRACTOR'S RESPONSE

See separate file titled: 3511-APPENDIX DACW64-99-C-0001

# RENDA MARINE DRAFT RESPONSE TO DCAA AUDIT

**VIA EMAIL**

February 16, 2002

Darrell D. Shobert, CPA
Defense Contract Audit Agency
Central Region
Dallas Branch Office
6321 East Campus Circle Drive
Irving, TX 75063-2742

Re: U.S. Army Corps of Engineers – Galveston District
Houston Ship Channel - Dredging Upper Bayou Project
Government Contract No. DACW64-99-C-0001

Re: Defense Contract Audit Agency – Contract Audit
DCAA Assignment No. 3521-2002V17200001
Contractor Comments from Completed DCAA Audit

Dear Mr. Shobert:

In accordance with DCAA Contract Audit Manual (CAM) DCAAM 7640.1, paragraph 10-212.2.b, Release of Audit Reports to the Contractor, Renda Marine, Inc. (RMI) requests that this written document be attached to the DCAA Final Report to the U.S. Army Corps of Engineers, Galveston District (COE).

On March 13, 2001, RMI initially requested, in writing to the COE Contracting Officer, Tom Benero, that an audit be performed. The audit was requested by RMI to validate indirect overhead rates following Government negotiations with RMI for the Flare Area Request for Equitable Adjustment. The COE requested a DCAA audit from the Houston Branch Office on February 4, 2002. However, the COE failed to take into account that RMI's cost and financial records were located in its Corporate Headquarters in Roanoke, TX. Hence, sometime during the latter half of March 2002, the COE request was transferred to the DCAA Dallas Branch Office. On April 1, 2002, Gene Seiler, Senior Auditor (DCAA Dallas Branch Office) contacted RMI's representative to schedule an Entrance Conference for the DCAA Audit Team. The Audit Entrance Conference was conducted at the Oscar Renda Contracting office on Friday, April 5, 2002, with Oscar Renda, President and Rudy Renda, Vice President in attendance. At the Entrance Conference, the DCAA Audit Team was introduced as follows: