# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: February 25, 2004)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is defendant's Motion to Compel Compliance with Rule 26(a)(2)(B), to Compel Production of Documents, to Permit Defendant to Perform an Audit of Plaintiff's Job Cost Schedules, and for a Modification of the Pretrial and Trial Schedule, filed electronically on February 18, 2004. For proper docketing, the filing of this motion required the use of three separate relief codes, specifically, a motion to compel, a motion for leave, and a motion to modify schedule. In filing this motion, defendant selected the relief code for a motion to compel only.

Notwithstanding this docketing error, the Clerk of the Court is directed to file Defendant's Motion to Compel Compliance with Rule 26(a)(2)(B), to Compel Production of Documents, to Permit Defendant to Perform an Audit of Plaintiff's Job Cost Schedules, and for a Modification of the Pretrial and Trial Schedule. For future filings, defendant shall select all relevant motions in the motion selection screen (by pressing and holding down the Ctrl key and clicking on each of the desired multiple forms of relief). The court also refers defendant to the CM/ECF User Manual for Attorneys, which can be found on this court's website <http://www.uscfc.uscourts.gov/CMECF.htm>.

The motion for leave is GRANTED. Plaintiff shall respond to the pending motions to compel (including the motion filed electronically on January 7, 2004) and the motion to modify schedule on or before March 3, 2004. The court will contact the parties to schedule a telephonic status conference during the week following the filing of all responsive briefing.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge