**Exhibit A**
**Renda Marine, Inc.**
**Upper Bayou Dredging Project**
**Summary of Claims**

| Claim Description | DCAA Audit Report No. (from Last Two Digits) | Original Claim Amount | M & A Adjustment (Mechanical Levees) | M & A Adjustment (Professional Fees) | M & A Adjustment (Repair Invoice) | M&A Adjustment Total | Revised Claim Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Flare Area | Claim 5 | $1,607,855 | ($487,378) | ($24,298) | | ($511,676) | $1,096,179 |
| South Ferry Landing | Claim 6 | $1,049,173 | ($60,853) | ($41,267) | | ($102,120) | $947,054 |
| HL&P Transmission Tower | Claim 7 | $170,863 | ($8,474) | $5,084 | | ($3,390) | $167,473 |
| Obstructions in Sections 4 to 8 | Claim 8 | $2,126,083 | ($35,513) | ($25,479) | ($78,540) | ($139,532) | $1,986,551 |
| Obstructions in Section 9 | Claim 9 | $1,158,642 | | ($9,838) | | ($9,838) | $1,148,804 |
| West Levee Realignment | Claim 10 | $789,600 | | | | $0 | (see Claim 12) |
| Section 7 Clay | Claim 11 | $1,123,884 | ($129,452) | ($16,161) | | ($145,613) | $978,271 |
| Lost Lake Levees | Claim 12 | $6,258,853 | | (see Claim 10) | | $0 | $7,055,037 |
| | | | | | | | |
| **Totals** | | **$14,284,953** | **($721,670)** | **($111,959)** | **($78,540)** | **($912,169)** | **$13,379,367** |

**Exhibit B**
**Renda Marine, Inc.**
**Upper Bayou Dredging Project**
**Dredge Hourly Rate Calculation**

| Description | Monthly Rate |
|---|---|
| Hydraulic Dredge - 24" | $73,030 |
| Monthly Rate | $73,030 |
| Three Shift Adjustment | $73,030 |
| Subtotal | $146,060 |
| Indirect Cost Factor (1 - .22) | 0.780 |
| Regional Adjustment Factor | 0.875 |
| Age Adjustment Factor | 0.995 |
| Adjusted Monthly Rate | $99,188 |
| Monthly Total Hours | 730 |
| Hourly Rate | $135.87 |
| Operating Cost per Hour | $506.90 |
| **Operated Hourly Rate** | **$642.77** |

**Source: Rental Rate Blue Book, 2000 Edition, Volume 1**

# RENTAL RATE BLUE BOOK

## FOR

# CONSTRUCTION EQUIPMENT

## VOLUME 1

§14 MARINE

1Q00 replaces 1Q99

# MARINE

## TABLE OF CONTENTS

NOTE: The cost breakdown under "Estimated Operating Cost $/Hr." in this section is compatible with the amounts shown under "Total Operating Cost $/Hour" in Section 14, also dated 1Q00, of the *Cost Reference Guide for Construction Equipment*.


DECK CARGO BARGES .......... 1
HOPPER BARGES .......... 1
SECTIONAL BARGES .......... 1
HYDRAULIC CUTTER SUCTION DREDGES .......... 1
STANDARD MUDCAT DREDGES .......... 2
SPECIAL APPLICATION MUDCAT DREDGES .......... 2
CUTTER HEADS .......... 2
REPLACEABLE TEETH .......... 3
INLAND TUG BOATS .......... 3
PUSH BOATS .......... 3
TOW BOATS .......... 3
ROWBOATS .......... 4
RUNABOUTS .......... 4
TENDERS .......... 4
WATER MAINTENANCE DEBRIS BOATS .......... 4



©2000 Machinery Information Division of PRIMEDIA Information Inc.

# MARINE

## USING THE *BLUE BOOK* FOR FEDERALLY FUNDED PROJECTS

Although these procedures are mandatory on federally funded projects, they may be used in any project where replacement cost allowances in depreciation are not desired.

Federal cost principles state that depreciation costs may not include replacement cost allowances and must be indexed to the original purchase price of a machine or a reasonable estimate of the original purchase price.

To make the rates in this guide comply with federal cost principles, use the Rate Adjustment Tables and follow the instructions on page 1-4 of Section 1, "INTRODUCTION." The "adjusted *Blue Book* rate" will have its depreciation base indexed to the year your machine was originally manufactured and sold and will not include an allowance for replacement costs.

## RATE ADJUSTMENT TABLES

### Table 1: (1991-2000)

| EQUIPMENT TYPES | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|---|---|---|---|
| BARGES (STEEL) | .923 | .931 | .946 | .958 | .963 | .969 | .980 | .992 | .998 | 1.000 |
| PORTABLE DREDGES | .957 | .962 | .966 | .970 | .973 | .977 | .984 | .991 | .995 | 1.000 |
| MARINE EQUIPMENT ATTACHMENTS | .881 | .895 | .907 | .917 | .926 | .936 | .955 | .975 | .987 | 1.000 |
| INLAND TUG BOATS | .917 | .926 | .943 | .959 | .965 | .970 | .982 | .994 | .999 | 1.000 |
| PUSH BOATS | .935 | .942 | .955 | .968 | .973 | .976 | .985 | .995 | .999 | 1.000 |
| TOW BOATS | .938 | .944 | .957 | .969 | .974 | .977 | .986 | .995 | 1.000 | 1.000 |
| UTILITY BOATS | .930 | .941 | .947 | .953 | .958 | .964 | .975 | .986 | .992 | 1.000 |

### Table 2: (1981-1990)

| EQUIPMENT TYPES | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 |
|---|---|---|---|---|---|---|---|---|---|---|
| BARGES (STEEL) | .863 | .867 | .872 | .878 | .887 | .893 | .899 | .900 | .902 | .912 |
| PORTABLE DREDGES | .903 | .911 | .914 | .916 | .922 | .926 | .933 | .937 | .942 | .949 |
| MARINE EQUIPMENT ATTACHMENTS | .731 | .752 | .763 | .767 | .784 | .796 | .813 | .824 | .839 | .860 |
| INLAND TUG BOATS | .865 | .869 | .874 | .880 | .889 | .895 | .896 | .896 | .897 | .907 |
| PUSH BOATS | .894 | .896 | .901 | .905 | .912 | .917 | .918 | .918 | .919 | .927 |
| TOW BOATS | .898 | .901 | .905 | .909 | .916 | .921 | .921 | .922 | .922 | .930 |
| UTILITY BOATS | .846 | .858 | .864 | .866 | .876 | .883 | .892 | .899 | .907 | .918 |


©2000 Machinery Information Division of PRIMEDIA Information Inc.

# MARINE

## RATE ELEMENT TABLE

The Rate Element Table is designed to allow for greater accuracy when adjusting *Blue Book* rates and identifying specific cost allowances contained in the rates. The basic *Blue Book* rate contains allowances for depreciation, major overhaul repairs, cost of facilities capital (Cfc), and indirect costs. These tables show the percentage of the total *Blue Book* rate that each cost allowance comprises. See Section 1, "INTRODUCTION", for a complete explanation of the Rate Element Table and sample applications.

| EQUIPMENT TYPES | DEPRECIATION | MAJOR OVERHAUL | CFC | INDIRECT COSTS |
|---|---|---|---|---|
| BARGES (STEEL) | .31 | .24 | .20 | .25 |
| PORTABLE DREDGES | .22 | .39 | .17 | .22 |
| MARINE EQUIPMENT ATTACHMENTS | .62 | .20 | .11 | .07 |
| INLAND TUG BOATS | .33 | .40 | .12 | .15 |
| PUSH BOATS | .27 | .31 | .18 | .24 |
| TOW BOATS | .26 | .37 | .16 | .21 |
| UTILITY BOATS | .35 | .43 | .10 | .12 |


©2000 Machinery Information Division of PRIMEDIA Information Inc.

# M A R I N E

## REGIONAL ADJUSTMENT MAPS

The following regional adjustments may be used to modify the average equipment rates shown in this section. These adjustments reflect regional variations in factors that affect equipment ownership costs. Adjustments for extreme variations within regions should be considered separately. To make regional adjustments, multiply the average rate by the factor listed for the specific region. For example:

| | | |
|---|---|---|
| Average Monthly Rate | = | $550.00 |
| Regional Adjustment Factor | = | x 1.07 |
| Adjusted Monthly Rate | = | $588.50 |

Regional adjustment factors apply only to the rental rates; they are not meant to be adjustments to the "Estimated Operating Cost $/Hr." For a complete statement on the *Regional Adjustment Maps,* see Section 1, "INTRODUCTION."







| STATES | | Adjustment |
|---|---|---|
| Alabama | | .927 |
| Alaska – | North | 1.424 |
| | Central | 1.244 |
| | South | 1.334 |
| Arizona | | .868 |
| Arkansas | | .918 |
| California – | North | 1.003 |
| | South | .939 |
| Colorado | | .917 |
| Connecticut | | 1.063 |
| Delaware | | .962 |
| District of Columbia | | .966 |
| Florida | | .949 |
| Georgia | | .933 |
| Hawaii | | .988 |
| Idaho | | .886 |
| Illinois | | 1.015 |
| Indiana | | .989 |
| Iowa | | .952 |
| Kansas | | .938 |
| Kentucky | | .975 |
| Louisiana | | .943 |
| Maine | | .976 |
| Maryland | | .938 |
| Massachussetts | | 1.058 |
| Michigan | | 1.015 |
| Minnesota | | 1.138 |
| Mississippi | | .918 |
| Missouri | | .979 |
| Montana | | 1.038 |
| Nebraska | | .911 |
| Nevada | | .918 |
| New Hampshire | | .966 |
| New Jersey | | .993 |
| New Mexico | | .800 |
| New York | | 1.099 |
| North Carolina | | .919 |
| North Dakota | | 1.017 |
| Ohio | | .998 |
| Oklahoma | | .906 |
| Oregon | | .937 |
| Pennsylvania | | 1.064 |
| Rhode Island | | 1.047 |
| South Carolina | | .914 |
| South Dakota | | 1.027 |
| Tennessee | | .931 |
| Texas | | .875 |
| Utah | | .856 |
| Vermont | | .971 |
| Virginia | | .957 |
| Washington | | .970 |
| West Virginia | | .996 |
| Wisconsin | | 1.119 |
| Wyoming | | 1.062 |

| ISLANDS | Adjustment |
|---|---|
| Guam | 1.055 |
| Marshall Islands | 1.061 |
| Puerto Rico | .898 |
| Virgin Islands | .898 |


©2000 Machinery Information Division of PRIMEDIA Information Inc..

# MARINE

## REGIONAL ADJUSTMENT MAPS




**CANADA REGIONS** | **Adjustment**

| CANADA REGIONS | Adjustment |
|---|---|
| A | 1.09 |
| B | 1.57 |
| C | 1.34 |
| D | 1.25 |
| E | 1.19 |



©2000 Machinery Information Division of PRIMEDIA Information Inc..

# MARINE

## DECK CARGO BARGES

(Constructed and certified in accordance with U.S. Coast Guard & American Bureau of Shipping Rules for Harbor Service.)

| Length | Beam | Depth | Short Tons | Monthly $ | Weekly $ | Daily $ | Hourly $ | Estimated Operating Cost $/Hr. |
|---|---|---|---|---|---|---|---|---|
| 120 ft | 30 ft | 7.25 ft | 400 | 2,505.00 | 700.00 | 175.00 | 26.00 | 11.05 |
| 120 ft | 45 ft | 7.00 ft | 800 | 3,545.00 | 995.00 | 250.00 | 38.00 | 18.10 |
| 140 ft | 45 ft | 7.00 ft | 900 | 4,395.00 | 1,230.00 | 310.00 | 47.00 | 25.45 |
| 150 ft | 45 ft | 9.00 ft | 1,100 | 5,885.00 | 1,650.00 | 415.00 | 62.00 | 27.90 |

## HOPPER BARGES

| Length | Beam | Depth | Short Tons | Monthly $ | Weekly $ | Daily $ | Hourly $ | Estimated Operating Cost $/Hr. |
|---|---|---|---|---|---|---|---|---|
| 195 ft ▲(Open) | 35 ft | 12 ft | 1,400 | 4,205.00 | 1,175.00 | 295.00 | 44.00 | 19.75 |
| 200 ft ▲(Open) | 35 ft | 12 ft | 1,600 | 4,410.00 | 1,235.00 | 310.00 | 47.00 | 20.05 |
| 195 ft ▲(Closed) | 35 ft | 12 ft | 1,400 | 5,360.00 | 1,500.00 | 375.00 | 56.00 | 21.30 |
| 200 ft ▲(Closed) | 35 ft | 12 ft | 1,600 | 5,465.00 | 1,530.00 | 385.00 | 58.00 | 21.45 |

## SECTIONAL BARGES

(Locking system included.)

| Size | Type | Depth | Monthly $ | Weekly $ | Daily $ | Hourly $ | Estimated Operating Cost $/Hr. |
|---|---|---|---|---|---|---|---|
| 20' X 10' | Mid-Section | 5 ft | 530.00 | 150.00 | 38.00 | 6.00 | .15 |
| 40' X 10' | Mid-Section | 5 ft | 845.00 | 235.00 | 59.00 | 9.00 | .20 |
| N/A ▲(Rakes not included) | Bow & Stem Sections | N/A | 160.00 | 45.00 | 11.00 | 2.00 | .10 |
| N/A | Loading Ramps | N/A | 445.00 | 125.00 | 31.00 | 5.00 | .15 |

## HYDRAULIC CUTTER SUCTION DREDGES

(Costs do not include pipe, ball joints or pontoons.)

| Total Weight | Discharge Diameter | Total HP | Monthly $ | Weekly $ | Daily $ | Hourly $ | Estimated Operating Cost $/Hr. |
|---|---|---|---|---|---|---|---|
| ***DIESEL POWERED*** | | | | | | | |
| 34,000 lbs | 6"–8" | 240 | 4,780.00 | 1,340.00 | 335.00 | 50.00 | 35.10 |
| 50,000 lbs | 10" | 300 | 5,660.00 | 1,585.00 | 395.00 | 59.00 | 41.10 |
| 130,000 lbs | 8" | 365 | 6,215.00 | 1,740.00 | 435.00 | 65.00 | 57.75 |
| 140,000 lbs | 10" | 550 | 7,445.00 | 2,085.00 | 520.00 | 78.00 | 73.85 |
| 150,000 lbs | 10" | 725 | 8,285.00 | 2,320.00 | 580.00 | 87.00 | 88.55 |
| 155,000 lbs | 12" | 750 | 13,205.00 | 3,695.00 | 925.00 | 140.00 | 105.05 |
| 160,000 lbs | 12" | 980 | 16,280.00 | 4,560.00 | 1,140.00 | 170.00 | 127.55 |
| 165,000 lbs | 14" | 1,060 | 19,975.00 | 5,595.00 | 1,400.00 | 210.00 | 145.20 |
| 220,000 lbs | 16" | 1,180 | 19,055.00 | 5,335.00 | 1,335.00 | 200.00 | 152.80 |



©2000 Machinery Information Division of PRIMEDIA Information Inc.

# MARINE

## HYDRAULIC CUTTER SUCTION DREDGES (cont.)

(Costs do not include pipe, ball joints or pontoons.)

| Total Weight | Discharge Diameter | Total HP | Monthly $ | Weekly $ | Daily $ | Hourly $ | Estimated Operating Cost $/Hr. |
|---|---|---|---|---|---|---|---|
| ***DIESEL POWERED (CONT.)*** | | | | | | | |
| 220,000 lbs | 18" | 1,390 | 36,315.00 | 10,170.00 | 2,545.00 | 380.00 | 210.25 |
| 342,000 lbs | 16" | 1,475 | 25,835.00 | 7,235.00 | 1,810.00 | 270.00 | 200.10 |
| 342,000 lbs | 18" | 1,545 | 36,610.00 | 10,250.00 | 2,565.00 | 385.00 | 225.70 |
| 342,000 lbs | 20" | 2,150 | 36,630.00 | 10,255.00 | 2,565.00 | 385.00 | 271.65 |
| 560,000 lbs | 20" | 2,950 | 42,230.00 | 11,825.00 | 2,955.00 | 445.00 | 345.05 |
| 740,000 lbs | 22" | 3,710 | 70,355.00 | 19,700.00 | 4,925.00 | 740.00 | 450.00 |
| 850,000 lbs | 24" | 4,400 | 73,030.00 | 20,450.00 | 5,115.00 | 765.00 | 506.90 |

## STANDARD MUDCAT DREDGES

| Operating Depth | Cut Width | HP | Monthly $ | Weekly $ | Daily $ | Hourly $ | Estimated Operating Cost $/Hr. |
|---|---|---|---|---|---|---|---|
| ***DIESEL POWERED*** | | | | | | | |
| 10 ft | 8 ft | 160 | 3,515.00 | 985.00 | 245.00 | 37.00 | 18.95 |
| 15 ft | 9 ft | 228 | 5,115.00 | 1,430.00 | 360.00 | 54.00 | 25.20 |

## SPECIAL APPLICATION MUDCAT DREDGES

| Type | HP | Monthly $ | Weekly $ | Daily $ | Hourly $ | Estimated Operating Cost $/Hr. |
|---|---|---|---|---|---|---|
| ***DIESEL POWERED*** | | | | | | |
| 10' Weed Cut Auger | 160 | 3,630.00 | 1,015.00 | 255.00 | 38.00 | 20.45 |
| 10' Weed Cut Auger ▲(Recessed Impeller Main Pump) | 160 | 3,700.00 | 1,035.00 | 260.00 | 39.00 | 20.55 |
| 15' Weed Cut Auger | 228 | 5,150.00 | 1,440.00 | 360.00 | 54.00 | 28.10 |
| 15' Weed Cut Auger ▲(Recessed Impeller Main Pump) | 228 | 5,220.00 | 1,460.00 | 365.00 | 55.00 | 28.15 |
| 15' Submerged Pump | 228 | 5,985.00 | 1,675.00 | 420.00 | 63.00 | 29.05 |

## CUTTER HEADS

(Pinned teeth)

| Sweep Diameter | Teeth per Set | Required HP | Monthly $ | Weekly $ | Daily $ | Hourly $ | Estimated Operating Cost $/Hr. |
|---|---|---|---|---|---|---|---|
| ***HYDRAULIC POWERED*** | | | | | | | |
| 43.25 in | 39 | 50–100 | 335.00 | 94.00 | 24.00 | 4.00 | .95 |
| 54.00 in | 45 | 100–200 | 515.00 | 145.00 | 36.00 | 5.00 | 1.10 |
| 84.75 in | 39 | 225-675 | 1,240.00 | 345.00 | 86.00 | 13.00 | 3.70 |
| 99.00 in | 45 | 675+ | 1,840.00 | 515.00 | 130.00 | 20.00 | 4.10 |


©2000 Machinery Information Division of PRIMEDIA Information Inc.

# Exhibit C

## Renda Marine, Inc.
## Claim 12 - Lost Lake Levee
## Summary of Damages

| Cost Category | Total Days | 1999 | | 2000 | | 2001 | | Total Labor | Total Equipment | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total Labor | Total Equipment | Total Labor | Total Equipment | Total Labor | Total Equipment | | | |
| A. Hydraulic Levees - Additional Equipment and Labor 9/13/1999 to 9/18/2001 | 483 | $205,583 | $334,009 | $370,040 | $602,651 | $11,111 | $26,365 | $586,734 | $963,025 | $1,549,759 |
| B. Mechanical Levees - East, North, and West Levees 4/21/2000 to 12/19/2000 | 243 | $0 | $0 | $477,217 | $804,364 | $0 | $0 | $477,217 | $804,364 | $1,281,581 |
| C. Dredge Delays - Backtracking Pipe Due to Levee Failures 10/5/1999 to 7/11/2000 | 10 | $7,435 | $39,138 | $48,813 | $256,962 | $0 | $0 | $56,247 | $296,100 | $352,347 |
| D. Dredge Plant Downtime Due to Displaced Material / Water Flushing 9/13/1999 to 4/14/2001 | 32 | $72,051 | $379,295 | $96,996 | $510,609 | $19,988 | $105,223 | $189,035 | $995,127 | $1,184,162 |
| E. Additional Booster Equipment for Greater Pumping Distances 11/1/2000 to 2/28/2001 | 45 | $0 | $0 | $8,650 | $19,488 | $56,225 | $126,672 | $64,875 | $146,160 | $211,035 |
| F. Equipment Standby Time While Waiting for Official USACE Release 7/5/2001 to 9/18/2001 | 76 | $0 | $0 | $0 | $0 | $0 | $725,191 | $0 | $725,191 | $725,191 |
| **Total - Direct Costs** | | **$285,069** | **$752,442** | **$1,001,715** | **$2,194,074** | **$87,324** | **$983,451** | **$1,374,108** | **$3,929,967** | **$5,304,075** |
| Resident Overhead (1999 - 7.16%, 2000 - 16.14%, 2001 - 27.95%) | | $20,411 | $53,875 | $161,677 | $354,124 | $24,407 | $274,874 | $206,495 | $682,873 | $889,368 |
| Corporate Overhead (1999 - 5.83%, 2000 - 6.06%, 2001 - 8.16%) | | $1,190 | $3,141 | $9,798 | $21,460 | $1,992 | $22,430 | $12,979 | $47,031 | $60,010 |
| **Total - Indirect Costs** | | **$21,601** | **$57,016** | **$171,474** | **$375,584** | **$26,399** | **$297,304** | **$219,474** | **$729,903** | **$949,377** |
| **Total - Direct and Indirect Costs** | | **$306,670** | **$809,457** | **$1,173,189** | **$2,569,658** | **$113,723** | **$1,280,755** | **$1,593,582** | **$4,659,870** | **$6,253,452** |
| Profit - 12.00% | | | | | | | | | | $750,414 |
| **Total - Costs and Profit** | | | | | | | | | | **$7,003,867** |
| Bond - 0.65% | | | | | | | | | | $45,525 |
| **Subtotal** | | | | | | | | | | **$7,049,392** |
| Professional Fees and Report Preparation | | | | | | | | | | $5,608 |
| Bond - 0.65% | | | | | | | | | | $36 |
| **Total Claim** | | | | | | | | | | $7,055,037 |

4

**Renda Marine, Inc.**
**Claim 12 - Lost Lake Levees**

## Chronology - Summary

| Date | Event |
|---|---|
| October 16, 2001 | The Request for Equitable Adjustment (REA) was filed as a "Certified Claim" via letter with attachments from Renda Marine, Inc, Freeport, TX to the U.S. Army Corps of Engineers, Galveston District, Galveston, TX.<br><br>The claim period is 737 days ranging from September 13, 1999 to September 18, 2001.<br><br>USACE estimated 75 CY of material per LF of levee but actual requirement was 270 CY per LF of levee. |
| July 23, 1999 | Levee building equipment was mobilized at the Lost Lake Levee location but demobilized two days later for another project. |
| July 30, 1999 | USACE indicates some concerns about having sufficient material quantities to build the levees. |
| September 13, 1999 | Beginning of claim period, RMI begins actual dredge operations. |
| December 7, 1999 | RMI experiences a significant levee "mudslide" or shear at Station 65+00. |
| January 5, 2000 | RMI explains low dredge production is due to "stiff clays" and six month delivery delay for the dredge. |
| January 24, 2000 | RMI begins routinely experiencing significant subsidence of hydraulic levees and begins regular repairs, correction, and rework efforts. These issues are documented routinely from this point forward to at least April 12, 2001 (a 444 day period). |
| January 28, 2000 | Both USACE and JV personnel realize problem with poor levee foundation materials. |
| March 16, 2000 | RMI received "Cure Notice" from USACE for low production rates and inability to complete project on schedule. |
| June 12, 2000 | RMI submitted a revised schedule showing completion of all levees by December 20, 2000. |
| September 8, 2000 | RMI began hauling operations relocating hydraulic fill from the East levee to the North levee. |
| October 18, 2000 | Catastrophic levee failure occurred, average drop of 4 feet over a 1,000 foot completed segment. |
| November 6, 2000 | RMI received a "Show Cause Notice" from USACE citing slow progress. |
| December 13, 2000 | USACE denied merit to all levee issues previously summarized by RMI. |
| January 2, 1001 | Extraneous levee equipment removed from site by RMI. |
| April 12, 2001 | Last day levee subsidence was routinely recorded. |
| April 16, 2001 | Last day dredge *Millennium* was on this project. |
| July 20, 2001 | USACE informed RMI that they had decided not to complete any additional hydraulic levee work. |
| July 23, 2001 | USACE officially released the dredge *Millennium* from the project. |
| June 24, 2001 | RMI confirms with USACE the decision not to continue with any levee work. |
| September 18, 2001 | End of claim period, USACE deleted the remainder of any dredging work from the contract. |