5

**Renda Marine, Inc.**
**Impacted Dates**
**Claim 12 - Hydraulic a[illegible] Mechanical Levees**

D = Dredging, L = Levee, DL = Both Dredging and Levee

D = Dredging, HL = Hydraulic Levee, [illegible] Hydraulic Levee Extended ML = Mechanical Levee, B = Booster, DS = Dredge Standby, DP = Dredge Plant Excluding Dredge

| Day | Date | Description | Impact Days | Claim 5 | Claim 6 | Claim 7 | Claim 8 | Claim 9 | Claim 10 | Claim 11 | Claim 12 | | N/C D | N/C HL | N/C ML | Claim 12a Ref | Claim 12a.2 | Claim 12b | Claim 12c | Claim 12d | Claim 12e | Claim 12f |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wednesday, May 19, 1999 | Completion of Mechanical Levees between 97+00 and 166+00 by Affolter | | | | | | | | | | 0 | | | | | | | | | | |
| 2 | Thursday, May 20, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 3 | Friday, May 21, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 4 | Saturday, May 22, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 5 | Sunday, May 23, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 6 | Monday, May 24, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 7 | Tuesday, May 25, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 8 | Wednesday, May 26, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 9 | Thursday, May 27, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 10 | Friday, May 28, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 11 | Saturday, May 29, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 12 | Sunday, May 30, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 13 | Monday, May 31, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 14 | Tuesday, June 01, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 15 | Wednesday, June 02, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 16 | Thursday, June 03, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 17 | Friday, June 04, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 18 | Saturday, June 05, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 19 | Sunday, June 06, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 20 | Monday, June 07, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 21 | Tuesday, June 08, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 22 | Wednesday, June 09, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 23 | Thursday, June 10, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 24 | Friday, June 11, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 25 | Saturday, June 12, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 26 | Sunday, June 13, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 27 | Monday, June 14, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 28 | Tuesday, June 15, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 29 | Wednesday, June 16, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 30 | Thursday, June 17, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 31 | Friday, June 18, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 32 | Saturday, June 19, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 33 | Sunday, June 20, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 34 | Monday, June 21, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 35 | Tuesday, June 22, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 36 | Wednesday, June 23, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 37 | Thursday, June 24, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 38 | Friday, June 25, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 39 | Saturday, June 26, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 40 | Sunday, June 27, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 41 | Monday, June 28, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 42 | Tuesday, June 29, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 43 | Wednesday, June 30, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 44 | Thursday, July 01, 1999 | USACE notifies RMI in writing they are concerned that dredging operations have not started | | | | | | | | | | 0 | | | | | | | | | | |
| 45 | Friday, July 02, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 46 | Saturday, July 03, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 47 | Sunday, July 04, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 48 | Monday, July 05, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 49 | Tuesday, July 06, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 50 | Wednesday, July 07, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 51 | Thursday, July 08, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 52 | Friday, July 09, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 53 | Saturday, July 10, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 54 | Sunday, July 11, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 55 | Monday, July 12, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 56 | Tuesday, July 13, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 57 | Wednesday, July 14, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 58 | Thursday, July 15, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 59 | Friday, July 16, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 60 | Saturday, July 17, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 61 | Sunday, July 18, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 62 | Monday, July 19, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 63 | Tuesday, July 20, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 64 | Wednesday, July 21, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 65 | Thursday, July 22, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 66 | Friday, July 23, 1999 | RMI mobilized levee building equipment at Lost Lake | | | | | | | | | | 0 | | | | | | | | | | |
| 67 | Saturday, July 24, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 68 | Sunday, July 25, 1999 | RMI demobilized majority of equipment and sent to Chocolate Bayou Project | | | | | | | | | | 0 | | | | | | | | | | |
| 69 | Monday, July 26, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 70 | Tuesday, July 27, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 71 | Wednesday, July 28, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 72 | Thursday, July 29, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 73 | Friday, July 30, 1999 | USACE indicates some concerns about having sufficient material quantities to build the levees, RMI submitted a revised hydraulic levee fill analysis, estimated material enough for 17,075 LF levees | | | | | | | | | | 0 | | | | | | | | | | |
| 74 | Saturday, July 31, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 75 | Sunday, August 01, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 76 | Monday, August 02, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 77 | Tuesday, August 03, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 78 | Wednesday, August 04, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 79 | Thursday, August 05, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |

**Renda Marine, Inc.**
**Impacted Dates**
**Claim 12 - Hydraulic a... ..echanical Levees**

D = Dredging, L = Levee, DL = Both Dredging and Levee

D = Dredging, HL = Hydraulic Levee, ... ydraulic Levee Extended ML = Mechanical Levee, B = Booster, DS = Dredge Standby, DP = Dredge Plant Excluding Dredge

| Day | Date | Description | Impact Days | Claim 5 | Claim 6 | Claim 7 | Claim 8 | Claim 9 | Claim 10 | Claim 11 | Claim 12 | | N/C D | N/C HL | N/C ML | Claim 12a Ref | Claim 12a.2 | Claim 12b | Claim 12c | Claim 12d | Claim 12e | Claim 12f |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | Friday, August 06, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 81 | Saturday, August 07, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 82 | Sunday, August 08, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 83 | Monday, August 09, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 84 | Tuesday, August 10, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 85 | Wednesday, August 11, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 86 | Thursday, August 12, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 87 | Friday, August 13, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 88 | Saturday, August 14, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 89 | Sunday, August 15, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 90 | Monday, August 16, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 91 | Tuesday, August 17, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 92 | Wednesday, August 18, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 93 | Thursday, August 19, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 94 | Friday, August 20, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 95 | Saturday, August 21, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 96 | Sunday, August 22, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 97 | Monday, August 23, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 98 | Tuesday, August 24, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 99 | Wednesday, August 25, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 100 | Thursday, August 26, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 101 | Friday, August 27, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 102 | Saturday, August 28, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 103 | Sunday, August 29, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 104 | Monday, August 30, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 105 | Tuesday, August 31, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 106 | Wednesday, September 01, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 107 | Thursday, September 02, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 108 | Friday, September 03, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 109 | Saturday, September 04, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 110 | Sunday, September 05, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 111 | Monday, September 06, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 112 | Tuesday, September 07, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 113 | Wednesday, September 08, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 114 | Thursday, September 09, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 115 | Friday, September 10, 1999 | RMI began mobilizing the Project, assuming dredge and levee equipment mobilized | | | | | | | | | | 0 | | | | | | | | | | |
| 116 | Saturday, September 11, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 117 | Sunday, September 12, 1999 | | | | | | | | | | | 0 | | | | | | | | | | |
| 118 | Monday, September 13, 1999 | **Beginning of Claim Period**, RMI began actual dredging work | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 119 | Tuesday, September 14, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 120 | Wednesday, September 15, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 121 | Thursday, September 16, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 122 | Friday, September 17, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 123 | Saturday, September 18, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 124 | Sunday, September 19, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 125 | Monday, September 20, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 126 | Tuesday, September 21, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 127 | Wednesday, September 22, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 128 | Thursday, September 23, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 129 | Friday, September 24, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 130 | Saturday, September 25, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 131 | Sunday, September 26, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 132 | Monday, September 27, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 133 | Tuesday, September 28, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 134 | Wednesday, September 29, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 135 | Thursday, September 30, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 1.0 | | | | | |
| 136 | Friday, October 01, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.3 | | | | | |
| 137 | Saturday, October 02, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 138 | Sunday, October 03, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 139 | Monday, October 04, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 140 | Tuesday, October 05, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.2 | | | | | |
| 141 | Wednesday, October 06, 1999 | JV expresses concerns about RMI dredging and hydraulic levee progress | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 142 | Thursday, October 07, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 143 | Friday, October 08, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 144 | Saturday, October 09, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 145 | Sunday, October 10, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.4 | | | | | |
| 146 | Monday, October 11, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.2 | | | | | |
| 147 | Tuesday, October 12, 1999 | USACE noted concerns about levee alignment, no survey stakes, and trapped water between levees | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 148 | Wednesday, October 13, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.3 | | | | | |
| 149 | Thursday, October 14, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 150 | Friday, October 15, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 151 | Saturday, October 16, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 152 | Sunday, October 17, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 153 | Monday, October 18, 1999 | USACE gives official warning to RMI that an "Interim Unsatisfactory" rating is being issued because the project was behind schedule | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 154 | Tuesday, October 19, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 155 | Wednesday, October 20, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.4 | | | | | |
| 156 | Thursday, October 21, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 157 | Friday, October 22, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 158 | Saturday, October 23, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.4 | | | | | |
| 159 | Sunday, October 24, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |





Case 1:02-cv-00306-ECH Document 64-5 Filed 03/03/2004 Page 3 of 6

Renda Marine, Inc.
Impacted Dates
Claim 12 - Hydraulic and Mechanical Levees

D = Dredging, L = Levee, DL = Both Dredging and Levee

D = Dredging, HL = Hydraulic Levee, HLE = Hydraulic Levee Extended ML = Mechanical Levee, B = Booster, DS = Dredge Standby, DP = Dredge Plant Excluding Dredge

| Day | Date | Description | Impact Days | Claim 5 | Claim 6 | Claim 7 | Claim 8 | Claim 9 | Claim 10 | Claim 11 | Claim 12 | | N/C D | N/C HL | N/C ML | Claim 12a Ref | Claim 12a.2 | Claim 12b | Claim 12c | Claim 12d | Claim 12e | Claim 12f |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 160 | Monday, October 25, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 161 | Tuesday, October 26, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 162 | Wednesday, October 27, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.3 | | | | | |
| 163 | Thursday, October 28, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 164 | Friday, October 29, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.5 | | | | | |
| 165 | Saturday, October 30, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 166 | Sunday, October 31, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 167 | Monday, November 01, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.6 | | | | | |
| 168 | Tuesday, November 02, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.3 | | | | | |
| 169 | Wednesday, November 03, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 170 | Thursday, November 04, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 171 | Friday, November 05, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 172 | Saturday, November 06, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 173 | Sunday, November 07, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 174 | Monday, November 08, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 175 | Tuesday, November 09, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 176 | Wednesday, November 10, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 177 | Thursday, November 11, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.2 | | | | | |
| 178 | Friday, November 12, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 179 | Saturday, November 13, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 180 | Sunday, November 14, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 181 | Monday, November 15, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 182 | Tuesday, November 16, 1999 | RMI began moving "misplaced" material to other stations | 1 | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 183 | Wednesday, November 17, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 184 | Thursday, November 18, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 185 | Friday, November 19, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 186 | Saturday, November 20, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 187 | Sunday, November 21, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 188 | Monday, November 22, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 189 | Tuesday, November 23, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 190 | Wednesday, November 24, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 191 | Thursday, November 25, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 192 | Friday, November 26, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 193 | Saturday, November 27, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 194 | Sunday, November 28, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.2 | | | | | |
| 195 | Monday, November 29, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.2 | | | | | |
| 196 | Tuesday, November 30, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.2 | | | | | |
| 197 | Wednesday, December 01, 1999 | RMI received second "warning" from USACE regarding slow progress | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 198 | Thursday, December 02, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.3 | | | | | |
| 199 | Friday, December 03, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.3 | | | | | |
| 200 | Saturday, December 04, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 201 | Sunday, December 05, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.2 | | | | | |
| 202 | Monday, December 06, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 203 | Tuesday, December 07, 1999 | RMI reported "mudslide" (or more likely a shear) at hydraulic levee, Station 65+00 | 1 | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 204 | Wednesday, December 08, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 205 | Thursday, December 09, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 206 | Friday, December 10, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 207 | Saturday, December 11, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 208 | Sunday, December 12, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 209 | Monday, December 13, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.2 | | | | | |
| 210 | Tuesday, December 14, 1999 | RMI moved from Station 61+49 to 55+99 to move past the new outlook structure | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 211 | Wednesday, December 15, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 212 | Thursday, December 16, 1999 | JV noted poor foundation conditions in the north east corner of the site at or near Station 53+00 | 1 | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 213 | Friday, December 17, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 214 | Saturday, December 18, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 215 | Sunday, December 19, 1999 | RMI movement of "misplaced" material was essentially complete | 1 | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 216 | Monday, December 20, 1999 | RMI informed USACE that an updated project schedule would be provided by January 6, 2000 | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 217 | Tuesday, December 21, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 218 | Wednesday, December 22, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 219 | Thursday, December 23, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 220 | Friday, December 24, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 221 | Saturday, December 25, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.2 | | | | | |
| 222 | Sunday, December 26, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.2 | | | | | |
| 223 | Monday, December 27, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 224 | Tuesday, December 28, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 225 | Wednesday, December 29, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 226 | Thursday, December 30, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 227 | Friday, December 31, 1999 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 228 | Saturday, January 01, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 229 | Sunday, January 02, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 230 | Monday, January 03, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 231 | Tuesday, January 04, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 232 | Wednesday, January 05, 2000 | RMI explained to USACE that low dredge production is due to "stiff clays" encountered in side slopes. RMI also noted six month delivery delay for dredge was a cause of schedule delay | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.2 | | | | | |
| 233 | Thursday, January 06, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 234 | Friday, January 07, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 235 | Saturday, January 08, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 236 | Sunday, January 09, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 237 | Monday, January 10, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |

Renda Marine, Inc.
Impacted Dates
Claim 12 - Hydraulic and Mechanical Levees

D = Dredging, L = Levee, DL = Both Dredging and Levee

D = Dredging, HL = Hydraulic Levee, H... - Hydraulic Levee Extended ML = Mechanical Levee, B = Booster, DS = Dredge Standby, DP = Dredge Plant Excluding Dredge

| Day | Date | Description | Impact Days | Claim 5 | Claim 6 | Claim 7 | Claim 8 | Claim 9 | Claim 10 | Claim 11 | Claim 12 | | N/C D | N/C HL | N/C ML | Claim 12a Ref | Claim 12a.2 | Claim 12b | Claim 12c | Claim 12d | Claim 12e | Claim 12f |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 238 | Tuesday, January 11, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 239 | Wednesday, January 12, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 240 | Thursday, January 13, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 241 | Friday, January 14, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 242 | Saturday, January 15, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 243 | Sunday, January 16, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 244 | Monday, January 17, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 245 | Tuesday, January 18, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 246 | Wednesday, January 19, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 247 | Thursday, January 20, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 248 | Friday, January 21, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.5 | | | | | |
| 249 | Saturday, January 22, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 250 | Sunday, January 23, 2000 | RMI moved dredge into Flare Area, Stations 520+00 and 550+00 and experienced hard, stiff clays | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 251 | Monday, January 24, 2000 | RMI experienced significant subsidence of hydraulic levees between Stations 75+00 and 79+50 | 1 | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 252 | Tuesday, January 25, 2000 | RMI experienced significant subsidence of hydraulic levees between Stations 75+00 and 79+50 | 1 | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 253 | Wednesday, January 26, 2000 | RMI experienced significant subsidence of hydraulic levees between Stations 75+00 and 79+50 | 1 | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 254 | Thursday, January 27, 2000 | RMI noted significant subsidence downstation of Station 97+00 | 1 | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 255 | Friday, January 28, 2000 | Both USACE and JV realized serious problem with poor foundation material in the Northeast corner | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.2 | | | | | |
| 256 | Saturday, January 29, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 257 | Sunday, January 30, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 258 | Monday, January 31, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.4 | | | | | |
| 259 | Tuesday, February 01, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 260 | Wednesday, February 02, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 261 | Thursday, February 03, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 262 | Friday, February 04, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 263 | Saturday, February 05, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 264 | Sunday, February 06, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 265 | Monday, February 07, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 266 | Tuesday, February 08, 2000 | RMI made repairs to levees downstation of Station 97+00, USACE issues an Interim "Unsatisfactory" Performance Evaluation (Construction) to RMI, RMI average daily production fell from about 32 LF (9/13/99 through 1/29/00) to 10 LF (in last 30 days). (approximately on this date) Continued subsidence problems occurring between Stations 85+00 and 97+00 | 1 | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 267 | Wednesday, February 09, 2000 | RMI made repairs to levees downstation of Station 97+00 | 1 | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 268 | Thursday, February 10, 2000 | RMI made repairs to levees downstation of Station 97+00 | 1 | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 269 | Friday, February 11, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 270 | Saturday, February 12, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 271 | Sunday, February 13, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 272 | Monday, February 14, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 273 | Tuesday, February 15, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 274 | Wednesday, February 16, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 275 | Thursday, February 17, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 276 | Friday, February 18, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 277 | Saturday, February 19, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 278 | Sunday, February 20, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 279 | Monday, February 21, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 280 | Tuesday, February 22, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 281 | Wednesday, February 23, 2000 | (number of days unknown) RMI preformed significant work at Station 61+42 due to subsidence problems, RMI set up hydraulic filling operations at Station 71+93 | 1 | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 282 | Thursday, February 24, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 283 | Friday, February 25, 2000 | RMI shaping, compacting and consolidation of levees at Stations 70+00 and 75+00 due to subsidence problems | 1 | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 284 | Saturday, February 26, 2000 | RMI shaping, compacting and consolidation of levees at Stations 70+00 and 75+00 due to subsidence problems | 1 | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 285 | Sunday, February 27, 2000 | RMI shaping, compacting and consolidation of levees at Stations 70+00 and 75+00 due to subsidence problems | 1 | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 286 | Monday, February 28, 2000 | RMI shaping, compacting and consolidation of levees at Stations 70+00 and 75+00 due to subsidence problems | 1 | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 287 | Tuesday, February 29, 2000 | RMI shaping, compacting and consolidation of levees at Stations 70+00 and 75+00 due to subsidence problems | 1 | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 288 | Wednesday, March 01, 2000 | RMI shaping, compacting and consolidation of levees at Stations 70+00 and 75+00 due to subsidence problems | 1 | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 289 | Thursday, March 02, 2000 | RMI shaping, compacting and consolidation of levees at Stations 70+00 and 75+00 due to subsidence problems | 1 | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 290 | Friday, March 03, 2000 | RMI shaping, compacting and consolidation of levees at Stations 70+00 and 75+00 due to subsidence problems, RMI preparing to begin hydraulic fill operations on the West levee at Station 192+00 | 1 | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 291 | Saturday, March 04, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 292 | Sunday, March 05, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 293 | Monday, March 06, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 294 | Tuesday, March 07, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 295 | Wednesday, March 08, 2000 | (number of days unknown) RMI shaping levees and building levee crown between Stations 70+00 and 80+00 as subsidence continued, USACE issued a "Cure Notice" to RMI concerning unsatisfactory performance, low production rates, and schedule delays | 1 | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 296 | Thursday, March 09, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 297 | Friday, March 10, 2000 | | | DL | | | | | | | | 1 | | | 1 | | | | | | | |



Revised: 3/3/2004 3:14 AM

**Renda Marine, Inc.**
**Impacted Dates**
**Claim 12 - Hydraulic and Mechanical Levees**

D = Dredging, L = Levee, DL = Both Dredging and Levee

D = Dredging, HL = Hydraulic Levee, H... Hydraulic Levee Extended ML = Mechanical Levee, B = Booster, DS = Dredge Standby, DP = Dredge Plant Excluding Dredge

| Day | Date | Description | Impact Days | Claim 5 | Claim 6 | Claim 7 | Claim 8 | Claim 9 | Claim 10 | Claim 11 | Claim 12 | | N/C D | N/C HL | N/C ML | Claim 12a Ref | Claim 12a.2 | Claim 12b | Claim 12c | Claim 12d | Claim 12e | Claim 12f |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 298 | Saturday, March 11, 2000 | RMI moved dredge from Flare Area to enter other areas thought to have more productivity potential | | DL | | | | | | | | 1 | | | 1 | | | | | | | |
| 299 | Sunday, March 12, 2000 | RMI began pumping hydraulic fill to the West levees at Station 188+82 and continued until the end of March, 2000. Shaping of East levees between Stations 70+00 and 80+00 continued to the end of March, 2000 | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 300 | Monday, March 13, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.2 | | | | | |
| 301 | Tuesday, March 14, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 302 | Wednesday, March 15, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 303 | Thursday, March 16, 2000 | RMI received official, legible "Cure Notice" from USACE | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.3 | | | | | |
| 304 | Friday, March 17, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.2 | | | | | |
| 305 | Saturday, March 18, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 306 | Sunday, March 19, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.2 | | | | | |
| 307 | Monday, March 20, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 308 | Tuesday, March 21, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 309 | Wednesday, March 22, 2000 | (number of days unknown) RMI continued to experience unusual subsidence of hydraulic levee foundations upstation of Station 97+00 | 1 | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 310 | Thursday, March 23, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 311 | Friday, March 24, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 312 | Saturday, March 25, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | | | | | |
| 313 | Sunday, March 26, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | | | | | |
| 314 | Monday, March 27, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.2 | | | | | |
| 315 | Tuesday, March 28, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.3 | | | | | |
| 316 | Wednesday, March 29, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 317 | Thursday, March 30, 2000 | RMI requested an additional 100 CDs related to the Flare Area | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 318 | Friday, March 31, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 319 | Saturday, April 01, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 320 | Sunday, April 02, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 321 | Monday, April 03, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.2 | | | | | |
| 322 | Tuesday, April 04, 2000 | RMI responded in writing to the USACE "Cure Notice" | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 323 | Wednesday, April 05, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.3 | | | | | |
| 324 | Thursday, April 06, 2000 | RMI notified that USACE was considering terminating the contract | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.3 | | | | | |
| 325 | Friday, April 07, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 326 | Saturday, April 08, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.3 | | | | | |
| 327 | Sunday, April 09, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.5 | | | | | |
| 328 | Monday, April 10, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 329 | Tuesday, April 11, 2000 | RMI placing hydraulic fill at Station 166+00 moving upstation on the West levee | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 330 | Wednesday, April 12, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 331 | Thursday, April 13, 2000 | East reach hydraulic levees being shaped and material from Station 76+00 was being moved to Station 65+00 to counter subsidence | 1 | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 332 | Friday, April 14, 2000 | | | | DL | | | | | | | 1 | | | 1 | | | | | | | |
| 333 | Saturday, April 15, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 334 | Sunday, April 16, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 335 | Monday, April 17, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 336 | Tuesday, April 18, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 337 | Wednesday, April 19, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 338 | Thursday, April 20, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | | | | | |
| 339 | Friday, April 21, 2000 | | | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 340 | Saturday, April 22, 2000 | | | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 341 | Sunday, April 23, 2000 | | | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 342 | Monday, April 24, 2000 | | | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 343 | Tuesday, April 25, 2000 | USACE notified RMI that it had decided not to continue process to terminate the contract for default. USACE discussed with RMI very stringent performance "conditions" in order to avoid future termination considerations | | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 344 | Wednesday, April 26, 2000 | | | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 345 | Thursday, April 27, 2000 | | | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 346 | Friday, April 28, 2000 | | | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 347 | Saturday, April 29, 2000 | | | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 348 | Sunday, April 30, 2000 | | | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 349 | Monday, May 01, 2000 | RMI surveying levee alignment near Station 169+00 | | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 350 | Tuesday, May 02, 2000 | | | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 351 | Wednesday, May 03, 2000 | RMI experienced levee failures between Stations 63+50 and 71+50, crews working Northeast corner between Stations 53+00 and 54+00 | 1 | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 352 | Thursday, May 04, 2000 | | | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 353 | Friday, May 05, 2000 | RMI crews completing final grading on East levee | | | | | | | | | | 0 | 1 | 1 | 1 | HL | | ML | | | | |
| 354 | Saturday, May 06, 2000 | RMI moving suitable hydraulic fill material from stockpile to East and North levee Stations 42+00 and 54+00 | 1 | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | ML | | | | |
| 355 | Sunday, May 07, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | ML | | | | |
| 356 | Monday, May 08, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.0 | ML | | | | |
| 357 | Tuesday, May 09, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | ML | | | | |
| 358 | Wednesday, May 10, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | ML | | | | |
| 359 | Thursday, May 11, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.5 | ML | | | | |
| 360 | Friday, May 12, 2000 | RMI started construction of North levees between Stations 48+00 and 51+00 | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.1 | ML | | | | |
| 361 | Saturday, May 13, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.7 | ML | | | | |
| 362 | Sunday, May 14, 2000 | | | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 363 | Monday, May 15, 2000 | | | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 364 | Tuesday, May 16, 2000 | | | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 365 | Wednesday, May 17, 2000 | | | | DL | | | | | | | 1 | | | 1 | | | ML | | | | |
| 366 | Thursday, May 18, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 1.0 | ML | | | | |
| 367 | Friday, May 19, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 1.0 | ML | | | | |
| 368 | Saturday, May 20, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 1.0 | ML | | | | |
| 369 | Sunday, May 21, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.7 | ML | | | | |
| 370 | Monday, May 22, 2000 | | | | | | | | | | | 0 | 1 | 1 | 1 | HL | 0.9 | ML | | | | |



Revised: 3/3/2004 3:14 AM