7

**Upper Bayou**
**DACW64-99-C-0001**
**Based on Daily Dredging Reports Submitted by Renda Marine**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ************** DREDGE ************** | | | |
| Date | Gross CY | Credit CY | Cumulative CY | Week-Ending Credit CY | Wee-Ending Cuml CY | Begin Station | End Station | Remarks | Pay Estimate |
| 13-Sep-99 | 4,200 | 3,990 | 3,990 | | | 489+10 | 489+60 | Start Dredging | #10 |
| 14-Sep-99 | 4,200 | 3,990 | 7,980 | | | 488+60 | 489+10 | | #10 |
| 15-Sep-99 | 4,200 | 3,990 | 11,970 | | | 487+70 | 488+60 | | #10 |
| 16-Sep-99 | 6,090 | 5,786 | 17,756 | | | 487+20 | 487+70 | | #10 |
| 17-Sep-99 | 2,940 | 2,793 | 20,549 | | | 487+00 | 487+20 | | #10 |
| 18-Sep-99 | 5,775 | 5,486 | 26,035 | | | 486+50 | 487+00 | | #10 |
| 19-Sep-99 | 3,150 | 2,993 | 29,028 | 29,028 | 29,028 | 486+20 | 486+50 | | #10 |
| 20-Sep-99 | 6,300 | 5,985 | 35,013 | | | 485+50 | 486+20 | | #10 |
| 21-Sep-99 | 7,000 | 6,650 | 41,663 | | | 484+80 | 485+50 | | #10 |
| 22-Sep-99 | 5,985 | 5,686 | 47,349 | | | 484+20 | 484+80 | | #10 |
| 23-Sep-99 | 5,985 | 5,686 | 53,035 | | | 483+60 | 484+20 | | #10 |
| 24-Sep-99 | 6,050 | 5,748 | 58,783 | | | 483+00 | 483+60 | | #10 |
| 25-Sep-99 | 8,140 | 7,733 | 66,516 | | | 482+00 | 483+00 | | #10 |
| 26-Sep-99 | 0 | 5,881 | 72,397 | 43,369 | 72,397 | 482+00 | 481+99 | Add CY 5881 | #11 |
| 27-Sep-99 | 8,596 | 8,166 | 80,563 | | | 480+70 | 482+00 | | #11 |
| 28-Sep-99 | 7,938 | 7,182 | 87,745 | | | 479+50 | 480+70 | | #11 |
| 29-Sep-99 | 7,875 | 7,481 | 95,226 | | | 478+50 | 479+50 | | #11 |
| 30-Sep-99 | 0 | 0 | 95,226 | | | 478+50 | 479+51 | Dredge Down | #11 |
| 1-Oct-99 | 7,850 | 7,458 | 102,684 | | | 477+40 | 478+50 | | #11 |
| 2-Oct-99 | 7,940 | 7,543 | 110,227 | | | 476+00 | 477+40 | | #11 |
| 3-Oct-99 | 9,030 | 8,600 | 118,827 | 46,430 | 118,827 | 474+40 | 476+00 | | #11 |
| 4-Oct-99 | 8,946 | 8,949 | 127,776 | | | 473+20 | 474+40 | | #11 |
| 5-Oct-99 | 2,270 | 2,157 | 129,933 | | | 472+80 | 473+20 | | #11 |
| 6-Oct-99 | 6,300 | 5,985 | 135,918 | | | 472+00 | 472+80 | | #11 |
| 7-Oct-99 | 11,000 | 10,450 | 146,368 | | | 470+60 | 472+00 | | #11 |
| 8-Oct-99 | 3,100 | 2,945 | 149,313 | | | 470+00 | 470+60 | | #11 |
| 9-Oct-99 | 1,890 | 1,796 | 151,109 | | | 488+50 | 488+80 | | #11 |
| 10-Oct-99 | 6,300 | 5,985 | 157,094 | 38,267 | 157,094 | 488+80 | 489+60 | | #11 |
| 11-Oct-99 | 10,500 | 9,975 | 167,069 | | | 489+60 | 491+00 | | #11 |
| 12-Oct-99 | 7,875 | 7,481 | 174,550 | | | 491+00 | 492+00 | | #11 |
| 13-Oct-99 | 7,875 | 7,481 | 182,031 | | | 492+00 | 493+00 | | #11 |
| 14-Oct-99 | 0 | 5,881 | 187,912 | | | 474+50 | 476+00 | Add CY 5881 | #11 |
| 15-Oct-99 | 0 | 0 | 187,912 | | | 474+50 | 474+51 | Dredge Down | #11 |
| 16-Oct-99 | 0 | 0 | 187,912 | | | 474+49 | 479+51 | Dredge Down | #11 |
| 17-Oct-99 | 0 | 5,881 | 193,793 | 36,699 | 193,793 | 474+10 | 474+50 | Add CY 5881 | #11 |
| 18-Oct-99 | 0 | 5,881 | 199,674 | | | 474+00 | 476+00 | Add CY 5881, Also 480+16 to 481+00 | #11 |
| 19-Oct-99 | 0 | 5,881 | 205,555 | | | 481+00 | 484+00 | Add CY 5881 | #11 |
| 20-Oct-99 | 0 | 5,881 | 211,436 | | | 482+00 | 484+00 | Add CY 5881 | #11 |
| 21-Oct-99 | 8,820 | 8,379 | 219,815 | | | 492+00 | 493+20 | | #12 |
| 22-Oct-99 | 10,500 | 9,975 | 229,790 | | | 493+10 | 494+20 | | #12 |
| 23-Oct-99 | 4,200 | 3,990 | 233,780 | | | 494+20 | 494+40 | | #12 |
| 24-Oct-99 | 11,760 | 11,172 | 244,952 | 51,159 | 244,952 | 494+40 | 496+00 | | #12 |
| 25-Oct-99 | 9,300 | 8,835 | 253,787 | | | 496+00 | 497+50 | | #12 |
| 26-Oct-99 | 8,665 | 8,232 | 262,019 | | | 497+50 | 499+00 | | #12 |
| 27-Oct-99 | 8,662 | 8,229 | 270,248 | | | 499+00 | 500+50 | | #12 |
| 28-Oct-99 | 8,347 | 7,930 | 278,178 | | | 500+50 | 502+00 | | #12 |
| 29-Oct-99 | 3,340 | 3,173 | 281,351 | | | 502+00 | 502+60 | | #12 |
| 30-Oct-99 | 0 | 0 | 281,351 | | | 502+01 | 502+60 | Dredge Down | #12 |
| 31-Oct-99 | 4,450 | 4,228 | 285,579 | 40,627 | 285,579 | 502+61 | 503+20 | | #12 |
| 1-Nov-99 | 3,402 | 3,232 | 288,811 | | | 503+20 | 503+80 | | #12 |

Case 1:02-cv-00306-ECH Document 64-9 Filed 03/03/2004 Page 3 of 10

**Upper Bayou**
**DACW64-99-C-0001**
**Based on Daily Dredging Reports Submitted by Renda Marine**

| | ************** DREDGE ************** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Gross CY | Credit CY | Cumulative CY | Week-Ending Credit CY | Wee-Ending Cuml CY | Begin Station | End Station | Remarks | Pay Estimate |
| 2-Nov-99 | 5,040 | 4,788 | 293,599 | | | 503+80 | 504+60 | | #12 |
| 3-Nov-99 | 3,024 | 2,872 | 296,471 | | | 504+60 | 505+00 | | #12 |
| 4-Nov-99 | 3,780 | 3,591 | 300,062 | | | 505+00 | 505+50 | | #12 |
| 5-Nov-99 | 5,880 | 5,586 | 305,648 | | | 505+20 | 506+20 | | #12 |
| 6-Nov-99 | 1,470 | 1,397 | 307,045 | | | 506+20 | 506+40 | | #12 |
| 7-Nov-99 | 7,500 | 7,125 | 314,170 | 28,591 | 314,170 | 506+40 | 507+00 | | #12 |
| 8-Nov-99 | 10,500 | 9,975 | 324,145 | | | 507+00 | 507+60 | | #12 |
| 9-Nov-99 | 11,275 | 10,711 | 334,856 | | | 507+60 | 508+15 | | #12 |
| 10-Nov-99 | 3,600 | 3,420 | 338,276 | | | 508+15 | 508+35 | | #12 |
| 11-Nov-99 | 4,350 | 4,133 | 342,409 | | | 508+35 | 508+50 | | #12 |
| 12-Nov-99 | 4,500 | 4,275 | 346,684 | | | 508+50 | 508+75 | | #12 |
| 13-Nov-99 | 5,075 | 4,821 | 351,505 | | | 508+75 | 509+00 | | #12 |
| 14-Nov-99 | 6,090 | 5,785 | 357,290 | 43,120 | 357,290 | 509+00 | 509+30 | | #12 |
| 15-Nov-99 | 7,105 | 6,750 | 364,040 | | | 509+30 | 509+65 | | #12 |
| 16-Nov-99 | 2,030 | 1,928 | 365,968 | | | 509+65 | 509+75 | | #12 |
| 17-Nov-99 | 3,860 | 3,667 | 369,635 | | | 509+75 | 509+95 | | #12 |
| 18-Nov-99 | 7,400 | 7,789 | 377,424 | | | 509+95 | 510+35 | **** | #12 |
| 19-Nov-99 | 0 | 0 | 377,424 | | | 510+35 | 510+35 | Dredge Down | #12 |
| 20-Nov-99 | 0 | 0 | 377,424 | | | 510+35 | 510+35 | Dredge Down | #12 |
| 21-Nov-99 | 6,475 | 6,151 | 383,575 | 26,285 | 383,575 | 510+35 | 510+65 | | #13 |
| 22-Nov-99 | 0 | 0 | 383,575 | | | 510+65 | 510+65 | Dredge Down | #13 |
| 23-Nov-99 | 8,536 | 8,109 | 391,684 | | | 510+65 | 511+12 | | #13 |
| 24-Nov-99 | 10,441 | 9,919 | 401,603 | | | 511+12 | 511+65 | | #13 |
| 25-Nov-99 | 1,550 | 1,473 | 403,076 | | | 511+65 | 511+75 | | #13 |
| 26-Nov-99 | 15,675 | 14,891 | 417,967 | | | 511+75 | 512+70 | | #13 |
| 27-Nov-99 | 9,075 | 8,622 | 426,589 | | | 512+70 | 513+25 | | #13 |
| 28-Nov-99 | 18,150 | 17,243 | 443,832 | 60,257 | 443,832 | 513+25 | 514+35 | | #13 |
| 29-Nov-99 | 18,150 | 17,242 | 461,074 | | | 514+35 | 515+45 | | #13 |
| 30-Nov-99 | 13,040 | 12,388 | 473,462 | | | 515+45 | 516+25 | | #13 |
| 1-Dec-99 | 14,670 | 13,937 | 487,399 | | | 516+25 | 517+15 | | #13 |
| 2-Dec-99 | 6,520 | 6,194 | 493,593 | | | 517+15 | 517+55 | | #13 |
| 3-Dec-99 | 10,915 | 10,369 | 503,962 | | | 517+55 | 518+00 | | #13 |
| 4-Dec-99 | 14,960 | 14,212 | 518,174 | | | 511+60 | 515+00 | Sweep Sections | #13 |
| 5-Dec-99 | 18,900 | 17,955 | 536,129 | 92,297 | 536,129 | 515+00 | 518+00 | Sweep Sections | #13 |
| 6-Dec-99 | 6,995 | 6,645 | 542,774 | | | 518+00 | 518+45 | | #13 |
| 7-Dec-99 | 9,020 | 8,590 | 551,364 | | | 518+45 | 519+00 | Average: 40580 | #13 |
| 8-Dec-99 | 12,110 | 11,505 | 562,869 | | | 519+00 | 519+70 | Estimate for 30 days: 317410 | #13 |
| 9-Dec-99 | 9,780 | 9,291 | 572,160 | | | 519+70 | 520+30 | | #13 |
| 10-Dec-99 | 11,410 | 10,840 | 583,000 | | | 520+30 | 521+00 | | #13 |
| 11-Dec-99 | 6,520 | 6,194 | 589,194 | | | 521+00 | 521+40 | Average: 10084 | #13 |
| 12-Dec-99 | 12,110 | 11,504 | 600,698 | 64,569 | 600,698 | 521+40 | 522+10 | Estimate for 30 days: 302529 | #13 |
| 13-Dec-99 | 6,920 | 6,574 | 607,272 | | | 522+10 | 522+50 | | #13 |
| 14-Dec-99 | 6,655 | 6,322 | 613,594 | | | 522+50 | 522+85 | | #13 |
| 15-Dec-99 | 3,460 | 3,287 | 616,881 | | | 522+85 | 523+05 | | #13 |
| 16-Dec-99 | 7,650 | 7,268 | 624,149 | | | 523+05 | 523+55 | | #13 |
| 17-Dec-99 | 1,580 | 1,501 | 625,650 | | | 523+55 | 523+65 | | #13 |
| 18-Dec-99 | 0 | 0 | 625,650 | | | 523+65 | 523+65 | Dredge Down - Plugged Line | #13 |
| 19-Dec-99 | 1,580 | 1,501 | 627,151 | 26,453 | 627,151 | 523+65 | 523+75 | | #13 |
| 20-Dec-99 | 0 | 0 | 627,151 | | | 523+75 | 523+75 | Dredge Down - Plugged Line - End of P.E. #13 | #13 |
| 21-Dec-99 | 0 | 0 | 627,151 | | | 523+75 | 523+75 | Dredge Down - Plugged Line | #14 |

**Upper Bayou**
**DACW64-99-C-0001**
**Based on Daily Dredging Reports Submitted by Renda Marine**

| | *************** DREDGE *************** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Gross CY | Credit CY | Cumulative CY | Week-Ending Credit CY | Wee-Ending Cuml CY | Begin Station | End Station | Remarks | Pay Estimate |
| 22-Dec-99 | 1,580 | 1,501 | 628,652 | | | 523+75 | 523+85 | | #14 |
| 23-Dec-99 | 3,160 | 3,002 | 631,654 | | | 523+85 | 524+05 | | #14 |
| 24-Dec-99 | 17,760 | 16,872 | 648,526 | | | 518+00 | 521+70 | Sweep Sections | #14 |
| 25-Dec-99 | 10,500 | 9,975 | 658,501 | | | 521+70 | 524+20 | Sweep Sections | #14 |
| 26-Dec-99 | 6,320 | 6,002 | 664,503 | 37,352 | 664,503 | 524+00 | 524+40 | | #14 |
| 27-Dec-99 | 2,628 | 2,497 | 667,000 | | | 524+40 | 524+58 | | #14 |
| 28-Dec-99 | 0 | 0 | 667,000 | | | 524+58 | 524+58 | Dredge Down - Plugged Line | #14 |
| 29-Dec-99 | 0 | 0 | 667,000 | | | 524+58 | 524+58 | Dredge Down - Plugged Line | #14 |
| 30-Dec-99 | 3,212 | 3,051 | 670,051 | | | 524+58 | 524+80 | | #14 |
| 31-Dec-99 | 1,460 | 1,387 | 671,438 | | | 524+80 | 524+90 | Plugged Line - 14 hours | #14 |
| 1-Jan-00 | 5,256 | 4,993 | 676,431 | | | 524+90 | 525+26 | | #14 |
| 2-Jan-00 | 3,504 | 3,329 | 679,760 | 15,257 | 679,760 | 525+26 | 525+50 | | #14 |
| 3-Jan-00 | 2,190 | 2,081 | 681,841 | | | 525+50 | 525+65 | | #14 |
| 4-Jan-00 | 5,110 | 4,855 | 686,696 | | | 525+65 | 526+00 | | #14 |
| 5-Jan-00 | 5,640 | 5,358 | 692,054 | | | 526+00 | 526+40 | | #14 |
| 6-Jan-00 | 8,460 | 8,037 | 700,091 | | | 526+40 | 527+00 | | #14 |
| 7-Jan-00 | 5,640 | 5,358 | 705,449 | | | 527+00 | 527+40 | | #14 |
| 8-Jan-00 | 1,833 | 1,741 | 707,190 | | | 527+40 | 527+53 | Engine gear box problems - 14 hours | #14 |
| 9-Jan-00 | 3,120 | 2,964 | 710,154 | 30,394 | 710,154 | 527+53 | 527+75 | Engine cooling system problems - 10 hours | #14 |
| 10-Jan-00 | 8,025 | 7,624 | 717,778 | | | 524+00 | 525+50 | Also 527+75 to 528+00 | #14 |
| 11-Jan-00 | 10,500 | 9,975 | 727,753 | | | 525+50 | 528+00 | Sweep Sections | #14 |
| 12-Jan-00 | 2,820 | 2,679 | 730,432 | | | 528+00 | 528+00 | | #14 |
| 13-Jan-00 | 5,640 | 5,358 | 735,790 | | | 528+20 | 528+60 | | #14 |
| 14-Jan-00 | 0 | 0 | 735,790 | | | | | Sweep Sections - CY already accounted | #14 |
| 15-Jan-00 | 0 | 0 | 735,790 | | | | | Sweep Sections - CY already accounted | #14 |
| 16-Jan-00 | 0 | 0 | 735,790 | 25,636 | 735,790 | | | Sweep Sections - CY already accounted | #14 |
| 17-Jan-00 | 0 | 0 | 735,790 | | | | | Sweep Sections - CY already accounted | #14 |
| 18-Jan-00 | 0 | 0 | 735,790 | | | | | Sweep Sections - CY already accounted | #14 |
| 19-Jan-00 | 0 | 0 | 735,790 | | | | | Sweep Sections - CY already accounted | #14 |
| 20-Jan-00 | 0 | 0 | 735,790 | | | | | Sweep Sections - CY already accounted | #14 |
| 21-Jan-00 | 9,200 | 8,740 | 744,530 | | | 519+50 | 527+00 | Sweep Sections | #15 |
| 22-Jan-00 | 0 | 0 | 744,530 | | | N/A | N/A | Placed submerged line across channel | #15 |
| 23-Jan-00 | 4,340 | 4,123 | 748,653 | 12,863 | 748,653 | 520+00 | 521+40 | | #15 |
| 24-Jan-00 | 5,425 | 5,154 | 753,807 | | | 521+40 | 523+15 | | #15 |
| 25-Jan-00 | 13,225 | 12,564 | 766,371 | | | 523+15 | 525+45 | | #15 |
| 26-Jan-00 | 14,045 | 13,343 | 779,714 | | | 525+45 | 528+10 | | #15 |
| 27-Jan-00 | 13,500 | 12,825 | 792,539 | | | 528+10 | 530+50 | | #15 |
| 28-Jan-00 | 23,820 | 22,629 | 815,168 | | | 530+50 | 531+00 | | #15 |
| 29-Jan-00 | 27,900 | 26,505 | 841,673 | | | 524+30 | 526+10 | | #15 |
| 30-Jan-00 | 20,150 | 19,143 | 860,816 | 112,163 | 860,816 | 526+10 | 527+40 | | #15 |
| 31-Jan-00 | 28,730 | 27,294 | 888,110 | | | 527+40 | 528+70 | | #15 |
| 1-Feb-00 | 11,050 | 10,498 | 898,608 | | | 528+70 | 529+20 | | #15 |
| 2-Feb-00 | 4,420 | 4,199 | 902,807 | | | 529+20 | 529+40 | Out of commission for 21 hours | #15 |
| 3-Feb-00 | 29,400 | 27,930 | 930,737 | | | 529+40 | 530+80 | | #15 |
| 4-Feb-00 | 9,100 | 8,645 | 939,382 | | | 525+00 | 525+50 | | #15 |
| 5-Feb-00 | 15,500 | 14,725 | 954,107 | | | 525+50 | 526+50 | | #15 |
| 6-Feb-00 | 10,480 | 9,956 | 964,063 | 103,247 | 964,063 | 526+50 | 527+30 | | #15 |
| 7-Feb-00 | 0 | 0 | 964,063 | | | | | Handling pipelines/worked on plugged submerged line | #15 |
| 8-Feb-00 | 0 | 0 | 964,063 | | | | | Handling pipelines/worked on plugged submerged line | #15 |
| 9-Feb-00 | 0 | 0 | 964,063 | | | | | Handling pipelines/worked on plugged submerged line | #15 |

**Upper Bayou**
**DACW64-99-C-0001**
**Based on Daily Dredging Reports Submitted by Renda Marine**

| | | | | | | *************** DREDGE *************** | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Gross CY | Credit CY | Cumulative CY | Week-Ending Credit CY | Wee-Ending Cuml CY | Begin Station | End Station | Remarks | Pay Estimate |
| 10-Feb-00 | 0 | 0 | 964,063 | | | | | Handling pipelines/worked on plugged submerged line | #15 |
| 11-Feb-00 | 0 | 0 | 964,063 | | | | | Handling pipelines/worked on plugged submerged line | #15 |
| 12-Feb-00 | 12,390 | 11,771 | 975,834 | | | 527+30 | 528+35 | | #15 |
| 13-Feb-00 | 12,075 | 11,471 | 987,305 | 23,242 | 987,305 | 528+35 | 529+30 | | #15 |
| 14-Feb-00 | 11,500 | 10,925 | 998,230 | | | | | | #15 |
| 15-Feb-00 | 31,890 | 30,296 | 1,028,526 | | | 530+40 | 531+25 | Also 531+10 to 532+50 | #15 |
| 16-Feb-00 | 27,000 | 25,650 | 1,054,176 | | | 532+50 | 534+50 | | #15 |
| 17-Feb-00 | 22,275 | 21,161 | 1,075,337 | | | 534+50 | 536+15 | | #15 |
| 18-Feb-00 | 24,400 | 23,180 | 1,098,517 | | | 536+15 | 538+15 | | #15 |
| 19-Feb-00 | 14,375 | 13,656 | 1,112,173 | | | 538+15 | 539+80 | | #15 |
| 20-Feb-00 | 20,060 | 19,057 | 1,131,230 | 143,925 | 1,131,230 | 539+80 | 541+60 | | #15 |
| 21-Feb-00 | 4,000 | 3,800 | 1,135,030 | | | 532+00 | 534+00 | Sweep sections | #16 |
| 22-Feb-00 | 0 | 0 | 1,135,030 | | | 534+00 | 539+00 | Sweep sections (quantity already included) | #16 |
| 23-Feb-00 | 7,000 | 6,650 | 1,141,680 | | | 539+00 | 542+50 | Pumped for 15.5 hr - Start south side | #16 |
| 24-Feb-00 | 4,730 | 4,493 | 1,146,173 | | | 531+10 | 532+30 | Pumped for 17 hr | #16 |
| 25-Feb-00 | 5,160 | 4,902 | 1,151,075 | | | 532+30 | 533+50 | Pumped for 17 hr | #16 |
| 26-Feb-00 | 1,127 | 1,071 | 1,152,146 | | | 533+50 | 533+75 | Pumped for 4.25 hr | #16 |
| 27-Feb-00 | 0 | 0 | 1,152,146 | 20,916 | 1,152,146 | | | 24-hr miscellaneous down time | #16 |
| 28-Feb-00 | 0 | 0 | 1,152,146 | | | | | 24-hr miscellaneous down time | #16 |
| 29-Feb-00 | 0 | 0 | 1,152,146 | | | | | 24-hr miscellaneous down time | #16 |
| 1-Mar-00 | 0 | 0 | 1,152,146 | | | 522+00 | 523+00 | Sweep sections (quantity already included) | #16 |
| 2-Mar-00 | 0 | 0 | 1,152,146 | | | 523+00 | 526+00 | Sweep sections (quantity already included) | #16 |
| 3-Mar-00 | 4,420 | 4,199 | 1,156,345 | | | 526+00 | 527+70 | Pumped for 17.75 hr | #16 |
| 4-Mar-00 | 3,600 | 3,420 | 1,159,765 | | | 527+70 | 528+60 | Pumped for 19.3 hr | #16 |
| 5-Mar-00 | 4,270 | 4,057 | 1,163,822 | 11,676 | 1,163,822 | 528+60 | 529+30 | Pumped for 19.16 hr | #16 |
| 6-Mar-00 | 6,120 | 5,814 | 1,169,636 | | | 529+30 | 530+20 | Pumped for 16.95 hr | #16 |
| 7-Mar-00 | 16,650 | 15,818 | 1,185,454 | | | 531+25 | 532+75 | Pumped for 9.95 hr | #16 |
| 8-Mar-00 | 23,865 | 22,672 | 1,208,126 | | | 532+75 | 534+90 | Pumped for 15.16 hr | #16 |
| 9-Mar-00 | 24,420 | 23,199 | 1,231,325 | | | 534+90 | 537+10 | Pumped for 12.25 hr | #16 |
| 10-Mar-00 | 24,420 | 23,199 | 1,254,524 | | | 537+10 | 539+30 | Pumped for 15.95 hr | #16 |
| 11-Mar-00 | 10,200 | 9,690 | 1,264,214 | | | 539+30 | 540+50 | Pumped for 8.0 hr/moved submerged pipeline | #16 |
| 12-Mar-00 | 4,800 | 4,560 | 1,268,774 | 104,952 | 1,268,774 | 511+30 | 512+30 | Pumped for 8.3 hr/NW levee placement/dress E levee | #16 |
| 13-Mar-00 | 11,040 | 10,488 | 1,279,262 | | | 513+30 | 514+60 | Pumped for 14.8 hr | #16 |
| 14-Mar-00 | 9,700 | 9,215 | 1,288,477 | | | 514+60 | 517+00 | Pumped for 13 hr | #16 |
| 15-Mar-00 | 9,240 | 8,778 | 1,297,255 | | | 517+00 | 518+80 | Pumped for 13 hr | #16 |
| 16-Mar-00 | 7,820 | 7,429 | 1,304,684 | | | 519+80 | 520+00 | Pumped for 14.5 hr, also 502+20 to 503+60 | #16 |
| 17-Mar-00 | 10,710 | 10,175 | 1,314,859 | | | 503+60 | 505+70 | Pumped for 17.55 hr | #16 |
| 18-Mar-00 | 9,360 | 8,892 | 1,323,751 | | | 505+70 | 507+50 | Pumped for 15.16 hr | #16 |
| 19-Mar-00 | 9,880 | 9,386 | 1,333,137 | 64,363 | 1,333,137 | 507+50 | 509+40 | Pumped for 16.0 hr | #16 |
| 20-Mar-00 | 9,880 | 9,386 | 1,342,523 | | | 509+40 | 511+30 | Pumped for 16.75 hr | #16 |
| 21-Mar-00 | 0 | 0 | 1,342,523 | | | 511+30 | 520+00 | Sweep sections (quantity already included) | #17 |
| 22-Mar-00 | 2,835 | 2,693 | 1,345,216 | | | 491+55 | 492+30 | Pumped for 8.7 hrs/moved plant remaining time | #17 |
| 23-Mar-00 | 10,710 | 10,203 | 1,355,419 | | | 492+30 | 494+00 | Pumped for 12.0 hrs | #17 |
| 24-Mar-00 | 10,710 | 10,175 | 1,365,594 | | | 494+00 | 495+70 | Pumped for 12.45 hrs | #17 |
| 25-Mar-00 | 8,190 | 7,781 | 1,373,375 | | | 495+70 | 497+00 | Pumped for 11.3 hrs | #17 |
| 26-Mar-00 | 1,575 | 1,496 | 1,374,871 | 41,734 | 1,374,871 | 497+00 | 497+25 | Pumped for 2.45 hrs/Repairs for 18.25 hrs | #17 |
| 27-Mar-00 | 11,025 | 10,474 | 1,385,345 | | | 497+25 | 499+00 | Pumped for 15.3 hrs/Traffic 2.16 hrs | #17 |
| 28-Mar-00 | 5,670 | 5,387 | 1,390,732 | | | 499+00 | 499+90 | Pumped for 9.45 hrs/Traffic 0.67 hrs | #17 |
| 29-Mar-00 | 9,500 | 9,025 | 1,399,757 | | | 499+90 | 501+80 | Pumped for 13.3 hrs/Traffic 2.45 hrs | #17 |
| 30-Mar-00 | 2,520 | 2,394 | 1,402,151 | | | 501+80 | 502+20 | Pumped for 12.08 hrs/Traffic 2.08 hrs, also 491+85 to 492+80 | #17 |



Case 1:02-cv-00306-EGH Document 64-9 Filed 03/03/2004 Page 5 of 10

Case 1:02-cv-00306-ECH Document 64-9 Filed 03/03/2004 Page 6 of 10

**Upper Bayou**
**DACW64-99-C-0001**
**Based on Daily Dredging Reports Submitted by Renda Marine**

| Date | Gross CY | Credit CY | Cumulative CY | Week-Ending Credit CY | Wee-Ending Cuml CY | Begin Station | End Station | Remarks | Pay Estimate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *************** DREDGE *************** | | | |
| 31-Mar-00 | 0 | 0 | 1,402,151 | | | 492+80 | 508+90 | Sweeping/Pumped for 14.5 hrs/Traffic 1.3 hrs | #17 |
| 1-Apr-00 | 0 | 0 | 1,402,151 | | | 507+80 | 508+90 | Sweeping/Pumped for 18.16 hrs/Traffic 2.16 hrs | #17 |
| 2-Apr-00 | 6,300 | 5,985 | 1,408,136 | 33,265 | 1,408,136 | 507+80 | 513+40 | Pumped for 13.75 hrs/Traffic 2.3 hrs, also 491+00 to 492+00 Sweeping | #17 |
| 3-Apr-00 | 7,920 | 7,524 | 1,415,660 | | | 489+80 | 491+00 | Pumped for 9 hrs | #17 |
| 4-Apr-00 | 7,200 | 6,840 | 1,422,500 | | | 488+00 | 489+50 | Pumped for 7.67 hrs/Out of commission 6 hrs | #17 |
| 5-Apr-00 | 9,600 | 9,120 | 1,431,620 | | | 486+00 | 488+00 | Pumped for 12.5 hrs | #17 |
| 6-Apr-00 | 0 | 0 | 1,431,620 | | | 486+00 | 486+00 | 24 hrs handling pipe lines | #17 |
| 7-Apr-00 | 12,000 | 11,400 | 1,443,020 | | | 484+00 | 486+00 | Pumped for 16.16 hr, also 478+25 to 478+75 | #17 |
| 8-Apr-00 | 5,040 | 4,788 | 1,447,808 | | | 477+20 | 478+25 | Pumped for 13.83 hr/Misc downtime 7 hr | #17 |
| 9-Apr-00 | 3,840 | 3,648 | 1,451,456 | 43,320 | 1,451,456 | 476+90 | 477+70 | Pumped for 6.08 hr/Misc downtime 12 hr | #17 |
| 10-Apr-00 | 5,280 | 5,016 | 1,456,472 | | | 475+80 | 476+90 | Pumped for 13.92 hrs/Total down 10.08 hrs | #17 |
| 11-Apr-00 | 5,760 | 5,472 | 1,461,944 | | | 474+60 | 475+80 | Pumped for 13.25 hrs/Total down 10.75 hrs | #17 |
| 12-Apr-00 | 6,720 | 6,384 | 1,468,328 | | | 473+20 | 474+60 | Pumped for 14.75 hrs/Total down 9.25 hrs | #17 |
| 13-Apr-00 | 5,760 | 5,472 | 1,473,800 | | | 472+00 | 473+20 | Pumped for 9.42 hrs/Clear pump 5 hrs/Minor repairs 7.33 hrs | #17 |
| 14-Apr-00 | 2,400 | 2,280 | 1,476,080 | | | 471+50 | 472+00 | Pumped for 7 hrs/Total down 17 hrs | #17 |
| 15-Apr-00 | 4,500 | 4,275 | 1,480,355 | | | 489+00 | 492+00 | Pumped for 10.25 hrs/Total down 13.75 hrs | #17 |
| 16-Apr-00 | 4,500 | 4,275 | 1,484,630 | 33,174 | 1,484,630 | 486+00 | 489+00 | Pumped for 12 hrs/Total down 12 hrs | #17 |
| 17-Apr-00 | 3,000 | 2,850 | 1,487,480 | | | 484+00 | 486+00 | Pumped for 14.5 hrs/Misc down 6.25 hrs | #17 |
| 18-Apr-00 | 5,100 | 4,845 | 1,492,325 | | | 483+27 | 484+00 | Pumped for 14.83 hrs, also 478+00 to 479+00 | #17 |
| 19-Apr-00 | 3,750 | 3,562 | 1,495,887 | | | 475+50 | 478+00 | Pumped for 15.5 hrs | #17 |
| 20-Apr-00 | 3,750 | 3,562 | 1,499,449 | | | 473+00 | 475+50 | Pumped for 16.08 hr | #17 |
| 21-Apr-00 | 3,000 | 2,850 | 1,502,299 | | | 472+00 | 473+00 | Pumped for 15.83 hrs @ Sta 167+30, also 471+50 to 472+00 | #18 |
| 22-Apr-00 | 400 | 380 | 1,502,679 | | | 481+00 | 488+00 | Pumped for 10.55 hrs @ Sta 167+50/Lost time, also 471+80 to 472+00 due to rocks/riprap @ south | #18 |
| 23-Apr-00 | 750 | 712 | 1,503,391 | 18,761 | 1,503,391 | 471+50 | 471+80 | Pumped for 9 hrs/Lost time @ south ferry landing, also 506+00 to 510+00 for rock/riprap - sweep 50 | #18 |
| 24-Apr-00 | 0 | 0 | 1,503,391 | | | 513+00 | 524+00 | Sweeping - quantity already included; Pumped 6.95 hrs | #18 |
| 25-Apr-00 | 0 | 0 | 1,503,391 | | | 21+00?? | 24+00?? | Sweeping - quantity already included; Pumped 4.16 hrs | #18 |
| 26-Apr-00 | 0 | 0 | 1,503,391 | | | 482+50 | 484+80 | Sweeping - quantity already included; Pumped 10.5 hrs | #18 |
| 27-Apr-00 | 0 | 0 | 1,503,391 | | | ??? | ??? | ??? | #18 |
| 28-Apr-00 | 0 | 0 | 1,503,391 | | | 480+50 | 482+50 | Sweeping - quantity already included; Pumped 8.75 hrs | #18 |
| 29-Apr-00 | 0 | 0 | 1,503,391 | | | 473+50 | 477+00 | Sweeping - quantity already included; Pumped 12.16 hrs, West levee discharge @ 168+50 | #18 |
| 30-Apr-00 | 0 | 0 | 1,503,391 | 0 | 1,503,391 | 470+80 | 473+50 | Sweeping - quantity already included; Pumped 16.25 hrs | #18 |
| 1-May-00 | 0 | 0 | 1,503,391 | | | 470+00 | 470+50 | Sweep; Pumped 10 hours; discharge @ 169+48 | #18 |
| 2-May-00 | 2,350 | 2,233 | 1,505,624 | | | 470+00 | 470+50 | Pumped 11.75 hrs; discharge @ 169+80 | #18 |
| 3-May-00 | 4,800 | 4,560 | 1,510,184 | | | 470+50 | 471+50 | Pumped 14.67 hrs; discharge@ 170+35 | #18 |
| 4-May-00 | 0 | 0 | 1,510,184 | | | 476+00 | 476+20 | Sweep??; attempted moving submerged line | #18 |
| 5-May-00 | 0 | 0 | 1,510,184 | | | 476+50 | 480+00 | Sweep??; Pumped 16.45 hrs/discharge @ 170+85 | #18 |
| 6-May-00 | 0 | 0 | 1,510,184 | | | 480+00 | 484+50 | Sweep??; Pumped 14.25 hrs | #18 |
| 7-May-00 | 0 | 0 | 1,510,184 | 6,793 | 1,510,184 | 484+50 | 488+00 | Sweep??; Pumped 14.55 hrs | #18 |
| 8-May-00 | 0 | 0 | 1,510,184 | | | 488+00 | 489+00 | Sweep; Pumped 2.5 hrs | #18 |
| 9-May-00 | 8,000 | 7,600 | 1,517,784 | | | 479+00 | 481+00 | Pumped 13.45 hrs | #18 |
| 10-May-00 | 10,250 | 9,738 | 1,527,522 | | | 481+00 | 483+50 | Pumped 16.25 hrs; discharge@ 171+20 | #18 |
| 11-May-00 | 7,500 | 7,125 | 1,534,647 | | | 479+00 | 481+00 | Pumped 12.95 hrs, also 484+00 to 483+50 | #18 |
| 12-May-00 | 10,000 | 9,500 | 1,544,147 | | | 481+50 | 484+50 | Pumped 14.5 hrs/discharge el 25.4 @ 169+55 | #18 |
| 13-May-00 | 0 | 0 | 1,544,147 | | | 480+16 | 484+00 | Sweep; Pumped 4.5 hrs | #18 |
| 14-May-00 | 0 | 0 | 1,544,147 | 33,963 | 1,544,147 | n/a | n/a | Repairing dredge | #18 |
| 15-May-00 | 0 | 0 | 1,544,147 | | | n/a | n/a | Scheduled dredge maintenance -installing new, cutterhead teeth, new shell, impeller, wear ring | #18 |
| 16-May-00 | 0 | 0 | 1,544,147 | | | n/a | n/a | Continue scheduled maintenance | #18 |
| 17-May-00 | 0 | 0 | 1,544,147 | | | n/a | n/a | Continue scheduled maintenance | #18 |
| 18-May-00 | 0 | 0 | 1,544,147 | | | n/a | n/a | Continue scheduled maintenance | #18 |
| 19-May-00 | 0 | 0 | 1,544,147 | | | n/a | n/a | Continue scheduled maintenance/relocate to next section | #18 |

Upper Bayou
DACW64-99-C-0001
Based on Daily Dredging Reports Submitted by Renda Marine

Case 1:02-cv-00306-ECH Document 64-9 Filed 03/03/2004 Page 7 of 10

| | | | | | | *************** DREDGE *************** | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Gross CY | Credit CY | Cumulative CY | Week-Ending Credit CY | Wee-Ending Cuml CY | Begin Station | End Station | Remarks | Pay Estimate |
| 20-May-00 | 0 | 0 | 1,544,147 | | | n/a | n/a | Continue scheduled maintenance/relocate to next section | #19 |
| 21-May-00 | 0 | 0 | 1,544,147 | 0 | 1,544,147 | 520+00 | 520+25 | Sweep; Pumped 3.5 hrs - quantity already incl | #19 |
| 22-May-00 | 0 | 0 | 1,544,147 | | | 520+25 | 520+25 | Pump 2 hrs/Set up Dredge/Work on Booster/Relay line | #19 |
| 23-May-00 | 0 | 0 | 1,544,147 | | | 539+10 | 539+35 | Pump 8.3 hrs/change location of plant/Booster touch-up | #19 |
| 24-May-00 | 12,450 | 11,828 | 1,555,975 | | | 538+60 | 539+35 | Pumped 11.08 hrs/Finishing touches to Booster | #19 |
| 25-May-00 | 0 | 0 | 1,555,975 | | | n/a | n/a | Installed new 24" valves on manifold barge for booster, out of commission 24 hours | #19 |
| 26-May-00 | 0 | 0 | 1,555,975 | | | n/a | n/a | Out of commission 24 hrs/Booster repair | #19 |
| 27-May-00 | 3,480 | 3,306 | 1,559,281 | | | 538+40 | 538+60 | Pumped 14.08 hrs/Finishing Booster/Levee Sta 171+10 | #19 |
| 28-May-00 | 4,350 | 4,133 | 1,563,414 | 19,267 | 1,563,414 | 538+15 | 538+40 | Pumped 16.83 hrs/Work on booster | #19 |
| 29-May-00 | 5,000 | 4,750 | 1,568,164 | | | 539+00 | 539+50 | Pumped 9.95 hrs/Minor repairs 8 hrs | #19 |
| 30-May-00 | 15,000 | 14,250 | 1,582,414 | | | 537+50 | 539+00 | Pumped 18 hrs/HL&P powerline @ Old River hit with barged crane, no injuries | #19 |
| 31-May-00 | 13,500 | 12,825 | 1,595,239 | | | 535+00 | 537+50 | Pumped 19.5 hrs | #19 |
| 1-Jun-00 | 14,000 | 13,300 | 1,608,539 | | | 534+40 | 536+00 | Pumped 14.16 hrs/broke shore pipe to fill low spot | #19 |
| 2-Jun-00 | 19,200 | 18,240 | 1,626,779 | | | 532+00 | 534+40 | Pumped 17.55 hrs/ongoing repairs to dredge & booster | #19 |
| 3-Jun-00 | 12,750 | 12,113 | 1,638,892 | | | 530+50 | 532+00 | Pumped 15.5 hrs | #19 |
| 4-Jun-00 | 17,000 | 16,150 | 1,655,042 | 91,628 | 1,655,042 | 528+50 | 530+50 | Pumped 18.25 hrs/replacing gaskets on booster main pump | #19 |
| 5-Jun-00 | 12,000 | 11,400 | 1,666,442 | | | 526+00 | 528+50 | Pumped 14.16 hrs | #19 |
| 6-Jun-00 | 4,760 | 4,522 | 1,670,964 | | | 537+30 | 539+00 | Pumped 10.55 hrs | #19 |
| 7-Jun-00 | 4,500 | 4,275 | 1,675,239 | | | 535+80 | 537+30 | Pumped 6.16 hrs/removed shore pipe-replace w/long pipe | #19 |
| 8-Jun-00 | 6,440 | 6,118 | 1,681,357 | | | 533+50 | 535+80 | Pumped 12.75 hrs | #19 |
| 9-Jun-00 | 8,400 | 7,980 | 1,689,337 | | | 530+00 | 533+50 | Pumped 17.67 hrs/added pipe at dump | #19 |
| 10-Jun-00 | 6,000 | 5,700 | 1,695,037 | | | 527+50 | 530+00 | Pumped 12.67 hrs/added pipe at dump | #19 |
| 11-Jun-00 | 11,800 | 11,210 | 1,706,247 | 51,205 | 1,706,247 | 525+00 | 527+50 | Pumped 17.16 hrs, also 539+00 to 539+70 | #19 |
| 12-Jun-00 | 6,520 | 6,194 | 1,712,441 | | | 539+70 | 540+10 | Pumped 14.16 hrs | #19 |
| 13-Jun-00 | 4,075 | 3,871 | 1,716,312 | | | 540+10 | 540+35 | Pumped 10.16 hrs/Misc down time 12.55 hrs | #19 |
| 14-Jun-00 | 0 | 0 | 1,716,312 | | | n/a | n/a | Out of commission 24 hrs - plugged line | #19 |
| 15-Jun-00 | 10,712 | 10,176 | 1,726,488 | | | 539+50 | 541+10 | Pumped 12 hrs/Out of comm 6.67 hrs - plugged line, also 538+50 to 539+50 | #19 |
| 16-Jun-00 | 9,360 | 8,892 | 1,735,380 | | | 541+10 | 542+00 | Pumped 12 hrs | #19 |
| 17-Jun-00 | 10,400 | 9,880 | 1,745,260 | | | 542+00 | 543+00 | Pumped 14.67 hrs | #19 |
| 18-Jun-00 | 14,560 | 13,832 | 1,759,092 | 52,845 | 1,759,092 | 543+00 | 544+40 | Pumped 14.83 hrs | #19 |
| 19-Jun-00 | 14,560 | 13,832 | 1,772,924 | | | 544+40 | 545+80 | Pumped 13.75 hrs | #19 |
| 20-Jun-00 | 15,000 | 14,250 | 1,787,174 | | | 545+80 | 547+80 | Pumped 15.83 hrs | #19 |
| 21-Jun-00 | 10,000 | 9,500 | 1,796,674 | | | 547+80 | 549+80 | Pumped 13.25 hrs/hit something hard @ 548+30 | #20 |
| 22-Jun-00 | 2,500 | 2,375 | 1,799,049 | | | 549+80 | 550+30 | Pumped 7.75 hrs/handling p/l 8 hrs, also 534+50 to 536+50 Dump @ Sta 174+00 | #20 |
| 23-Jun-00 | 3,000 | 2,850 | 1,801,899 | | | 536+50 | 540+50 | Pumped 15.75 hrs/Sweeping/much trash incl rocks & pilings | #20 |
| 24-Jun-00 | 6,000 | 5,700 | 1,807,599 | | | 540+50 | 543+50 | Pumped 12.25 hrs | #20 |
| 25-Jun-00 | 4,000 | 3,800 | 1,811,399 | 52,307 | 1,811,399 | 543+50 | 545+50 | Pumped 6.25 hrs/Out of comm 12.55 hrs | #20 |
| 26-Jun-00 | 0 | 0 | 1,811,399 | | | n/a | n/a | Out of commission - 24 hrs plugged line | #20 |
| 27-Jun-00 | 6,000 | 5,700 | 1,817,099 | | | 545+50 | 548+00 | Pumped 9.16 hrs/Out of comm - 9 hrs plugged line | #20 |
| 28-Jun-00 | 7,500 | 7,125 | 1,824,224 | | | 548+00 | 550+50 | Pumped 14.67 hrs | #20 |
| 29-Jun-00 | 5,700 | 5,415 | 1,829,639 | | | 550+50 | 552+40 | Pumped 7 hrs/Out of comm 13.67 hrs broken pipe | #20 |
| 30-Jun-00 | 7,600 | 7,220 | 1,836,859 | | | 552+40 | 556+40 | Pumped 9.55 hrs/Out of comm - 4.83 hrs broken pipe | #20 |
| 1-Jul-00 | 10,800 | 10,260 | 1,847,119 | | | 556+40 | 560+00 | Pumped 15 hrs | #20 |
| 2-Jul-00 | 4,500 | 4,275 | 1,851,394 | 39,995 | 1,851,394 | 560+00 | 561+50 | Pumped 7.5 hrs/traffic 11.5 hrs | #20 |
| 3-Jul-00 | 0 | 0 | 1,851,394 | | | 548+50 | 549+00 | Pumped 6.5 hrs/Out of comm 14.83 hrs - plugged line | #20 |
| 4-Jul-00 | 0 | 0 | 1,851,394 | | | 549+00 | 549+00 | Out of comm 24 hrs - plugged line | #20 |
| 5-Jul-00 | 0 | 0 | 1,851,394 | | | 549+00 | 549+00 | Out of comm 24 hrs - plugged line | #20 |
| 6-Jul-00 | 6,375 | 6,056 | 1,857,450 | | | 549+00 | 549+75 | Pumped 18.16 hrs/Added booster/Dump @175+60 | #20 |
| 7-Jul-00 | 7,735 | 7,348 | 1,864,798 | | | 549+75 | 550+60 | Pumped 17.08 hrs | #20 |
| 8-Jul-00 | 11,200 | 10,640 | 1,875,438 | | | 550+60 | 552+00 | Pumped 15.08 hrs | #20 |

**Upper Bayou**
**DACW64-99-C-0001**
**Based on Daily Dredging Reports Submitted by Renda Marine**

| | *************** DREDGE *************** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Gross CY | Credit CY | Cumulative CY | Week-Ending Credit CY | Wee-Ending Cuml CY | Begin Station | End Station | Remarks | Pay Estimate |
| 9-Jul-00 | 11,900 | 11,305 | 1,886,743 | 35,349 | 1,886,743 | 552+00 | 553+75 | Pumped 12.83 hrs/Handle pipelines - 5.67 hrs | #20 |
| 10-Jul-00 | 9,750 | 9,262 | 1,896,005 | | | 553+75 | 557+00 | Pumped 15.55 hrs/discharge @ 177+00 | #20 |
| 11-Jul-00 | 13,500 | 12,825 | 1,908,830 | | | 557+00 | 560+00 | Pumped 16.55 hrs/traffic 4.75 hrs | #20 |
| 12-Jul-00 | 6,750 | 6,413 | 1,915,243 | | | 560+50 | 561+50 | Pumped 11.75 hrs/change plant location 7.67 hrs | #20 |
| 13-Jul-00 | 0 | 0 | 1,915,243 | | | 518+50 | 520+00 | Sweeping - pumped 17.08 hrs/Dump @ 178+22 | #20 |
| 14-Jul-00 | 0 | 0 | 1,915,243 | | | 511+00 | 513+00 | Sweeping - pumped 17.08 hrs/Dump @ 178+22, also 525+00 to 528+00 | #20 |
| 15-Jul-00 | 0 | 0 | 1,915,243 | | | 504+00 | 508+00 | Sweeping - pumped 14.08 hrs/Dump @ 178+22 | #20 |
| 16-Jul-00 | 0 | 0 | 1,915,243 | 28,500 | 1,915,243 | 494+00 | 496+00 | Sweeping - pumped 8.75 hrs/Sections 2 & 3 | #20 |
| 17-Jul-00 | 0 | 0 | 1,915,243 | | | 496+00 | 496+00 | Handling pipelines 24 hrs | #20 |
| 18-Jul-00 | 0 | 0 | 1,915,243 | | | 526+00 | 524+50 | Sweeping - Pumped 2.67 hrs/Misc downtime 20 hrs | #20 |
| 19-Jul-00 | 0 | 0 | 1,915,243 | | | 526+00 | 530+50 | Sweeping - Pumped 16.95 hrs | #20 |
| 20-Jul-00 | 8,500 | 8,075 | 1,923,318 | | | 530+50 | 532+50 | Pumped 17.08 hrs/discharge @ 179+09 | #20 |
| 21-Jul-00 | 5,900 | 5,605 | 1,928,923 | | | 532+50 | 533+00 | Pumped 15.33 hrs/discharge @ 179+78, also 529+00 to 530+50 | #20 |
| 22-Jul-00 | 3,600 | 3,420 | 1,932,343 | | | 530+50 | 531+50 | Pumped 15.08 hrs | #20 |
| 23-Jul-00 | 3,520 | 3,344 | 1,935,687 | 20,444 | 1,935,687 | 522+60 | 531+50 | Pumped 15.33 hrs/discharge @ 179+93 | #20 |
| 24-Jul-00 | 4,950 | 4,703 | 1,940,390 | | | 532+60 | 533+50 | Pumped 17.95 hrs/discharge @ 179+93 | #20 |
| 25-Jul-00 | 5,100 | 4,845 | 1,945,235 | | | 533+50 | 534+35 | Pumped 16.67 hrs/discharge @ 180+10/added pontoon | #20 |
| 26-Jul-00 | 3,600 | 3,420 | 1,948,655 | | | 534+35 | 535+10 | Pumped 13.08 hrs | #20 |
| 27-Jul-00 | 5,440 | 5,168 | 1,953,823 | | | 535+10 | 535+90 | Pumped 15.5 hrs/discharge @ 180+33 | #20 |
| 28-Jul-00 | 5,440 | 5,168 | 1,958,991 | | | 535+90 | 536+70 | Pumped 19.5 hrs | #20 |
| 29-Jul-00 | 2,040 | 1,938 | 1,960,929 | | | 535+70 | 536+00 | Pumped 4.67 hrs/discharge @ 180+63 | #20 |
| 30-Jul-00 | 0 | 0 | 1,960,929 | 25,242 | 1,960,929 | n/a | n/a | Out of comm.- 24 hrs | #20 |
| 31-Jul-00 | 3,740 | 3,553 | 1,964,482 | | | 537+00 | 537+50 | Pumped 13.55 hrs | #20 |
| 1-Aug-00 | 5,325 | 5,059 | 1,969,541 | | | 537+55 | 538+30 | Pumped 16.55 hrs/dump @ Sta 181+63 | #20 |
| 2-Aug-00 | 0 | 0 | 1,969,541 | | | 538+30 | 538+30 | Out of comm 20 hrs/misc downtime 3 hrs | #20 |
| 3-Aug-00 | 7,100 | 6,745 | 1,976,286 | | | 537+90 | 538+90 | Pumped 19.67 hrs/dump @ Sta 181+67 | #20 |
| 4-Aug-00 | 6,600 | 6,270 | 1,982,556 | | | 538+90 | 539+65 | Pumped 17.25 hrs | #20 |
| 5-Aug-00 | 7,200 | 6,840 | 1,989,396 | | | 539+65 | 540+40 | Pumped 15.33 hrs/very stiff red/gray clays | #20 |
| 6-Aug-00 | 7,700 | 7,315 | 1,996,711 | 35,782 | 1,996,711 | 540+40 | 541+40 | Pumped 16.55 hrs | #20 |
| 7-Aug-00 | 12,320 | 11,704 | 2,008,415 | | | 541+10 | 541+65 | Pumped 15.33 hrs/very stiff red clays/dump @ 182+33 | #20 |
| 8-Aug-00 | 6,720 | 6,384 | 2,014,799 | | | 541+65 | 542+00 | Pumped 8.55 hrs/very stiff red clay | #20 |
| 9-Aug-00 | 0 | 0 | 2,014,799 | | | 530+00 | 531+00 | Sweeping - Pumped 3.33 hrs/clear pump 16.75 hrs | #20 |
| 10-Aug-00 | 4,600 | 4,370 | 2,019,169 | | | 530+00 | 534+00 | Pumped 17.95 hrs/dump @ 183+93 | #20 |
| 11-Aug-00 | 6,860 | 6,517 | 2,025,686 | | | 534+00 | 535+80 | Pumped 14.5 hrs | #20 |
| 12-Aug-00 | 4,560 | 4,332 | 2,030,018 | | | 535+80 | 537+00 | Pumped 12.5 hrs | #20 |
| 13-Aug-00 | 7,020 | 6,669 | 2,036,687 | 39,976 | 2,036,687 | 537+00 | 538+80 | Pumped 13.95 hrs/dump @185+49 | #20 |
| 14-Aug-00 | 7,920 | 7,524 | 2,044,211 | | | 538+80 | 541+00 | Pumped 16.16 hrs/dump @186+30 | #20 |
| 15-Aug-00 | 6,120 | 5,814 | 2,050,025 | | | 541+00 | 542+70 | Pumped 14.83 hrs/dump @187+00 | #20 |
| 16-Aug-00 | 7,650 | 7,268 | 2,057,293 | | | 542+90 | 543+55 | Pumped 15.16 hrs/added pipe to dump | #20 |
| 17-Aug-00 | 8,160 | 7,752 | 2,065,045 | | | 543+55 | 544+40 | Pumped 17.33 hrs/cutterhead impact @544+24** | #20 |
| 18-Aug-00 | 5,760 | 5,472 | 2,070,517 | | | 533+50 | 538+50 | Pumped 15.45 hrs/ sweep 533+50-538+50 - zero CY, also 544+40 to 545+00 | #20 |
| 19-Aug-00 | 4,480 | 4,256 | 2,074,773 | | | 538+50 | 541+60 | Pumped 9.67 hrs/sweep 538+50-541+60 - zero CY, also 541+60 to 541+80 | #20 |
| 20-Aug-00 | 6,720 | 6,384 | 2,081,157 | 44,470 | 2,081,157 | 541+80 | 542+10 | Pumped 12.0 hrs | #20 |
| 21-Aug-00 | 7,470 | 7,097 | 2,088,254 | | | 542+10 | 542+40 | Pumped 14.08 hrs | #21 |
| 22-Aug-00 | 12,850 | 12,208 | 2,100,462 | | | 542+40 | 542+90 | Pumped 17.55 hrs/broken swing wire | #21 |
| 23-Aug-00 | 2,490 | 2,366 | 2,102,828 | | | 542+90 | 543+00 | Pumped 3.75 hrs/Clear pump & p/l 11.25 hrs | #21 |
| 24-Aug-00 | 7,710 | 7,325 | 2,110,153 | | | 542+00 | 542+30 | Pumped 16.5 hrs | #21 |
| 25-Aug-00 | 15,420 | 14,649 | 2,124,802 | | | 543+30 | 543+90 | Pumped 17.5 hrs/add pipe to dump | #21 |
| 26-Aug-00 | 9,920 | 9,424 | 2,134,226 | | | 543+90 | 544+30 | Pumped 19.75 hrs | #21 |
| 27-Aug-00 | 7,470 | 7,097 | 2,141,323 | 60,166 | 2,141,323 | 544+30 | 544+60 | Pumped 16.95 hrs | #21 |

Case 1:02-cv-00306-FCH Document 64-9 Filed 03/03/2004 Page 9 of 10

**Upper Bayou**
**DACW64-99-C-0001**
**Based on Daily Dredging Reports Submitted by Renda Marine**

| | | | | | | | | *************** DREDGE *************** | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Gross CY | Credit CY | Cumulative CY | Week-Ending Credit CY | Wee-Ending Cuml CY | Begin Station | End Station | Remarks | Pay Estimate |
| 28-Aug-00 | 7,520 | 7,144 | 2,148,467 | | | 544+60 | 545+00 | Pumped 13 hrs/dump @ 190+10 | #21 |
| 29-Aug-00 | 4,700 | 4,465 | 2,152,932 | | | 545+00 | 545+25 | Pumped 8.45 hrs/handling p/l 6.83/hrs/dump @ 190+75 | #21 |
| 30-Aug-00 | 16,530 | 15,704 | 2,168,636 | | | 545+25 | 546+70 | Pumped 19.08 hrs/dump @ 191+00 | #21 |
| 31-Aug-00 | 5,000 | 4,750 | 2,173,386 | | | 546+70 | 547+20 | Pumped 7.83 hrs/dump @ 190+50 | #21 |
| 1-Sep-00 | 6,370 | 6,052 | 2,179,438 | | | 547+20 | 548+60 | Pumped 13.25 hrs/dump @ 190+50 | #21 |
| 2-Sep-00 | 5,510 | 5,235 | 2,184,673 | | | 548+60 | 550+50 | Pumped 16.95 hrs/dump @ 190+80 | #21 |
| 3-Sep-00 | 5,000 | 4,750 | 2,189,423 | 48,100 | 2,189,423 | 550+50 | 551+70 | Pumped 12.16 hrs/dump @ 190+80 | #21 |
| 4-Sep-00 | 0 | 0 | 2,189,423 | | | 523+50 | 523+50 | Sweeping south slope/dump @ 190+80 | #21 |
| 5-Sep-00 | 0 | 0 | 2,189,423 | | | 524+50 | 528+50 | Sweeping south slope/dump @ 190+80 | #21 |
| 6-Sep-00 | 0 | 0 | 2,189,423 | | | 528+50 | 533+50 | Sweeping south slope/dump @ 192+50 | #21 |
| 7-Sep-00 | 0 | 0 | 2,189,423 | | | 540+00 | 543+00 | Sweeping south slope/dump @ 193+30 | #21 |
| 8-Sep-00 | 0 | 0 | 2,189,423 | | | 543+00 | 546+00 | Sweeping south slope/dump @ 193+30 | #21 |
| 9-Sep-00 | 0 | 0 | 2,189,423 | | | 546+00 | 546+50 | Sweeping south slope/dump @ 193+30 | #21 |
| 10-Sep-00 | 0 | 0 | 2,189,423 | 0 | 2,189,423 | 546+00 | 546+50 | Out of commission 24 hours | #21 |
| 11-Sep-00 | 0 | 0 | 2,189,423 | | | 546+00 | 546+50 | Out of commission 24 hours | #21 |
| 12-Sep-00 | 5,000 | 4,750 | 2,194,173 | | | 551+50 | 556+50 | Pumped 9.95 hrs/Clearing p/l 7.95 hrs/booster down | #21 |
| 13-Sep-00 | 2,100 | 1,995 | 2,196,168 | | | 556+50 | 558+60 | Pumped 5.83 hr/repairs 8.16 hr/traffic 4.45 hr/booster down | #21 |
| 14-Sep-00 | 1,000 | 950 | 2,197,118 | | | 558+50 | 559+50 | Pumped 2.08 hr/out of comm 18 hr/cracked head on booster | #21 |
| 15-Sep-00 | 2,500 | 2,375 | 2,199,493 | | | 559+50 | 562+00 | Pumped 11 hr/traffic 9.75 hr/booster down | #21 |
| 16-Sep-00 | 0 | 0 | 2,199,493 | | | 559+50 | 562+00 | Sweeping - 8.75 hr | #21 |
| 17-Sep-00 | 0 | 0 | 2,199,493 | 10,070 | 2,199,493 | 519+00 | 517+30 | Sweeping - 14.5 hr | #21 |
| 18-Sep-00 | 0 | 0 | 2,199,493 | | | 517+30 | 525+50 | Sweeping - 16.3 hr | #21 |
| 19-Sep-00 | 3,240 | 3,078 | 2,202,571 | | | 527+00 | 528+45 | Pumped 15.95 hrs, also 528+45 to 528+75 | #21 |
| 20-Sep-00 | 4,320 | 4,104 | 2,206,675 | | | 528+75 | 529+15 | Pumped 8.3 hr/handled p/l 10.55 hr | #21 |
| 21-Sep-00 | 2,160 | 2,052 | 2,208,727 | | | 532+30 | 532+50 | Pumped 10.5 hrs | #22 |
| 22-Sep-00 | 2,160 | 2,052 | 2,210,779 | | | 532+10 | 532+30 | Pumped 13.75 hrs/out of comm 9.55 hr - plugged line | #22 |
| 23-Sep-00 | 2,160 | 2,052 | 2,212,831 | | | 531+50 | 532+10 | Pumped 10.75 hrs/Clear pump & p/l 13.25 hrs | #22 |
| 24-Sep-00 | 2,060 | 1,957 | 2,214,788 | 15,295 | 2,214,788 | 531+70 | 531+90 | Pumped 21.16 hrs | #22 |
| 25-Sep-00 | 3,000 | 2,850 | 2,217,638 | | | 531+40 | 531+70 | Pumped 15.55 hrs/handle p/l 7.45 hr/discharge moved to Sta 120 | #22 |
| 26-Sep-00 | 7,560 | 7,182 | 2,224,820 | | | 530+70 | 531+40 | Pumped 23.5 hrs | #22 |
| 27-Sep-00 | 5,940 | 5,643 | 2,230,463 | | | 530+10 | 530+70 | Pumped 22.3 hrs | #22 |
| 28-Sep-00 | 7,425 | 7,154 | 2,237,617 | | | 529+35 | 530+10 | Pumped 22.83 hrs | #22 |
| 29-Sep-00 | 0 | 0 | 2,237,617 | | | 528+50 | 530+10 | Pumped 21.08 hrs - sweeping | #22 |
| 30-Sep-00 | 0 | 0 | 2,237,617 | | | 528+00 | 533+50 | Pumped 16.95 hrs | #22 |
| 1-Oct-00 | 0 | 0 | 2,237,617 | 22,829 | 2,237,617 | 558+00 | 549+00 | Pumped 16.83 hrs | #22 |
| 2-Oct-00 | 1,700 | 1,615 | 2,239,232 | | | 561+50 | 563+20 | Pumped 13.5 hrs/traffic 7.16 hr, also 558+00 to 561+50 Sweeping | #22 |
| 3-Oct-00 | 1,000 | 950 | 2,240,182 | | | 563+20 | 563+30 | Pumped 3.08 hrs/out of comm 15.67 hr | #22 |
| 4-Oct-00 | 2,710 | 2,575 | 2,242,757 | | | 563+20 | 565+00 | Pumped 14.95 hr/traffic 4.45 hr/booster on line/sub line under Hou Fuel Oil | #22 |
| 5-Oct-00 | 0 | 0 | 2,242,757 | | | 565+00 | 565+20 | Pumped 0.83 hr/handling lines 19 hr/sub line to Jacintoport | #22 |
| 6-Oct-00 | 3,020 | 2,869 | 2,245,626 | | | 575+30 | 575+50 | Pumped 12.67 hr/prep 5.67 hr/changed fairlead sheeve | #22 |
| 7-Oct-00 | 7,500 | 7,125 | 2,252,751 | | | 574+80 | 575+30 | Pumped 10.83 hr/clear line 10.55 hr | #22 |
| 8-Oct-00 | 3,000 | 2,850 | 2,255,601 | 17,984 | 2,255,601 | 574+40 | 574+80 | Pumped 11.75 hr/minor repairs 4 hr - booster & ladder pump drive | #22 |
| 9-Oct-00 | 8,250 | 7,838 | 2,263,439 | | | 573+85 | 574+40 | Pumped 16.08 hr/clear pump 1.5 hr/clear cutter 2.16 hr | #22 |
| 10-Oct-00 | 1,500 | 1,425 | 2,264,864 | | | 573+75 | 573+85 | Pumped 3.55 hr/misc 20 hr | #22 |
| 11-Oct-00 | 5,250 | 4,987 | 2,269,851 | | | 573+40 | 573+75 | Pumped 14.16 hr/clear pump 6.75 hr | #22 |
| 12-Oct-00 | 7,000 | 6,650 | 2,276,501 | | | 572+75 | 573+45 | Pumped 20.67 hrs | #22 |
| 13-Oct-00 | 5,000 | 4,750 | 2,281,251 | | | 572+15 | 572+75 | Pumped 10.5 hr/clear cutter 2.33 hr/traffic 1.55 hr | #22 |
| 14-Oct-00 | 7,600 | 7,220 | 2,288,471 | | | 570+15 | 572+15 | Pumped 17.83 hr/clear cutter 5.25 hr | #22 |
| 15-Oct-00 | 9,275 | 8,811 | 2,297,282 | 41,681 | 2,297,282 | 567+50 | 570+15 | Pumped 15 hr/clear cutter 4.95 hr | #22 |
| 16-Oct-00 | 6,690 | 6,356 | 2,303,638 | | | 565+40 | 567+50 | Pumped 11.5 hr/Misc downtime 8.25 hr | #22 |

Case 1:02-cv-00306-ECH Document 64-9 Filed 03/03/2004 Page 10 of 10

**Upper Bayou**
**DACW64-99-C-0001**
**Based on Daily Dredging Reports Submitted by Renda Marine**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *************** DREDGE *************** | | | | | | | | | |
| Date | Gross CY | Credit CY | Cumulative CY | Week-Ending Credit CY | Wee-Ending Cuml CY | Begin Station | End Station | Remarks | Pay Estimate |
| 17-Oct-00 | 0 | 0 | 2,303,638 | | | 565+40 | 565+40 | Relocating dredge line for HL&P | #22 |
| 18-Oct-00 | 2,700 | 2,565 | 2,306,203 | | | 580+00 | 580+55 | Pumped 12.67 hr/handle p/l 3.33 hr/hard red clay & trash | #22 |
| 19-Oct-00 | 4,690 | 4,456 | 2,310,659 | | | 578+75 | 580+00 | Pumped 17.55 hr/clear cutter 4 hr/hard red clay & trash | #22 |
| 20-Oct-00 | 9,852 | 9,359 | 2,320,018 | | | 577+35 | 578+75 | Pumped 16.25 hr/clear pump 3.55 hr/hard red clay | #22 |
| 21-Oct-00 | 9,682 | 9,198 | 2,329,216 | | | 576+20 | 577+35 | Pumped 15.75 hr/Clear pump 2.08 hr/hard clay | #23 |
| 22-Oct-00 | 6,845 | 6,503 | 2,335,719 | 38,437 | 2,335,719 | 575+70 | 576+20 | Pumped 14.55/minor repairs 4 hr/hard clay & trash | #23 |
| 23-Oct-00 | 5,500 | 5,225 | 2,340,944 | | | 572+50 | 575+70 | Pumped 18.95 hr/stiff clay/obstruction @ 575+00 CL | #23 |
| 24-Oct-00 | 3,600 | 3,420 | 2,344,364 | | | 568+00 | 572+50 | Pumped 12.95 hr/misc downtime 7.75 hr/stiff clay | #23 |
| 25-Oct-00 | 2,920 | 2,774 | 2,347,138 | | | 564+35 | 568+00 | Pumped 13 hr/traffic 9.5 hr/stiff clay | #23 |
| 26-Oct-00 | 16,060 | 15,257 | 2,362,395 | | | 580+00 | 582+50 | Pumped 19.08 hr | #23 |
| 27-Oct-00 | 12,900 | 12,255 | 2,374,650 | | | 582+50 | 584+40 | Pumped 16 hr/swing line 2.75 hr/clear cutter 2.75 hr | #23 |
| 28-Oct-00 | 12,000 | 11,400 | 2,386,050 | | | 584+40 | 586+30 | Pumped 15.95 hr/traffic 3.33 hr/misc 3 hr | #23 |
| 29-Oct-00 | 13,000 | 12,350 | 2,398,400 | 62,681 | 2,398,400 | 586+30 | 588+60 | Pumped 17.45 hr/clear cutter 3 hr | #23 |
| 30-Oct-00 | 12,000 | 11,400 | 2,409,800 | | | 588+60 | 591+00 | Pumped 13.33 hr/clear pump 3.25 hr/traffic 6.5 hr | #23 |
| 31-Oct-00 | 14,000 | 13,300 | 2,423,100 | | | 591+00 | 594+00 | Pumped 12.08 hr/clear pump 3.75 hr/traffic 4.95 hr | #23 |
| 1-Nov-00 | 17,600 | 16,720 | 2,439,820 | | | 594+00 | 596+75 | Pumped 15.25 hr/clear pump 2.33 hr/misc 4 hr | #23 |
| 2-Nov-00 | 18,720 | 17,784 | 2,457,604 | | | 596+75 | 600+00 | Pumped 16.08 hr/clear pump 5 hr | #23 |
| 3-Nov-00 | 16,920 | 16,074 | 2,473,678 | | | 600+00 | 602+00 | Pumped 10.16 hr/minor repairs 3.25 hr/misc 8.5 hr | #23 |
| 4-Nov-00 | 14,800 | 14,060 | 2,487,738 | | | 602+00 | 603+75 | Pumped 9.25 hr/minor repairs 8 hr | #23 |
| 5-Nov-00 | 24,900 | 23,655 | 2,511,393 | 112,993 | 2,511,393 | 603+75 | 606+75 | Pumped 17.25 hr/clear cutter 2.08 hr | #23 |
| 6-Nov-00 | 18,000 | 17,100 | 2,528,493 | | | 606+75 | 609+00 | Pumped 12.16 hr/clear cutter 3.83 hr | #23 |
| 7-Nov-00 | 0 | 0 | 2,528,493 | | | 599+50 | 602+00 | Sweep - move dredge to green side | #23 |
| 8-Nov-00 | 12,600 | 11,970 | 2,540,463 | | | 580+50 | 585+00 | Pumped 11.55 hr/clear pump 2.75 hr/clear cutter 5.16 hr | #23 |
| 9-Nov-00 | 9,800 | 9,310 | 2,549,773 | | | 585+00 | 588+50 | Pumped 11.67 hr/clear pump 1.83 hr/clear cutter 1 hr | #23 |
| 10-Nov-00 | 9,100 | 8,645 | 2,558,418 | | | 588+50 | 590+85 | Pumped 10.45 hr/change location 2 hr/misc 6 hr, also 578+60 to 580+50 | #23 |
| 11-Nov-00 | 6,000 | 5,700 | 2,564,118 | | | 576+80 | 578+60 | Pumped 6.45 hr/clear pump 5.75 hr/minor repairs 5.5 hr, also 572+80 to 573+00 | #23 |
| 12-Nov-00 | 9,980 | 9,481 | 2,573,599 | 62,206 | 2,573,599 | 569+00 | 572+80 | Pumped 14.45 hr/clear pump 3.33 hr/clear cutter 2.25 hr | #23 |
| 13-Nov-00 | 3,040 | 2,888 | 2,576,487 | | | 565+20 | 569+00 | Pumped 5.55 hr/relocate sub line 12 hr/traffic 4.25 hr | #23 |
| 14-Nov-00 | 1,904 | 1,809 | 2,578,296 | | | 563+60 | 565+20 | Pumped 3.33 hr/relocate sub line 15 hr/traffic 3.08 hr | #23 |
| 15-Nov-00 | 7,147 | 6,790 | 2,585,086 | | | 575+20 | 577+50 | Pumped 9.08 hr/clear pump 5.5 hr/traffic 3 hr | #23 |
| 16-Nov-00 | 5,980 | 5,681 | 2,590,767 | | | 575+20 | 577+50 | Pumped 13.5 hr/clear pump 5.08 hr/clear cutter 2.45 hr | #23 |
| 17-Nov-00 | 6,030 | 5,729 | 2,596,496 | | | 590+00 | 591+70 | Pumped 8.5 hr/repair sub line 11.5 hr | #23 |
| 18-Nov-00 | 7,000 | 6,650 | 2,603,146 | | | 591+70 | 595+25 | Pumped 13.45 hr/minor repairs 6.33 hr | #23 |
| 19-Nov-00 | 6,390 | 6,071 | 2,609,217 | 35,618 | 2,609,217 | 595+25 | 598+80 | Pumped 14.25 hr/traffic 2 hr/minor repairs 2.83 hr | #23 |
| 20-Nov-00 | 9,400 | 8,930 | 2,618,147 | | | 598+80 | 603+50 | Pumped 17 hr/clear pump 2.16 hr/traffic 2.67 hr | #23 |
| 21-Nov-00 | 8,910 | 8,465 | 2,626,612 | | | 603+50 | 606+60 | Pumped 13.95 hr/traffic 3.67 hr/handle p/l 2 hr/misc 2.5 hr, Bucket dredge picked up 1 obstr @ 580+ | #24 |
| 22-Nov-00 | 12,600 | 11,970 | 2,638,582 | | | 606+80 | 611+00 | Pumped 17.83 hr/traffic 3.25 hr | #24 |
| 23-Nov-00 | 16,800 | 15,960 | 2,654,542 | | | 611+00 | 615+80 | Pumped 16.83 hr/traffic 3 hr/minor repairs 1.33 hr | #24 |
| 24-Nov-00 | 6,500 | 6,175 | 2,660,717 | | | 615+80 | 617+10 | Pumped 12 hr/change location 7 hr/clear pump 1.45 hr | #24 |
| 25-Nov-00 | 0 | 0 | 2,660,717 | | | 568+00 | 580+00 | Sweeping/Pumped 13.33 hr/changing 4.55 hr/traffic 2.83 hr | #24 |
| 26-Nov-00 | 0 | 0 | 2,660,717 | 51,500 | 2,660,717 | 554+00 | 568+00 | Sweeping/Pumped 6.5 hr/traffic 4 hr/misc 11.45 hr | #24 |
| 27-Nov-00 | 16,200 | 15,390 | 2,676,107 | | | 617+10 | 620+70 | Pumped 17 hr/traffic 3.83 hr | #24 |
| 28-Nov-00 | 18,000 | 17,100 | 2,693,207 | | | 620+70 | 623+50 | Pumped 13.75 hr/traffic 4.83 hr/minor repairs 3.45 hr | #24 |
| 29-Nov-00 | 19,250 | 18,288 | 2,711,495 | | | 626+00 | 623+50 | Pumped 14.5 hr/minor repairs 5 hr/traffic 2.08 hr | #24 |
| 30-Nov-00 | 6,500 | 6,175 | 2,717,670 | | | 626+00 | 627+00 | Pumped 3.95/18.25 hr to add new booster | #24 |
| 1-Dec-00 | 2,000 | 1,900 | 2,719,570 | | | 616+00 | 621+00 | Pumped 13.25 hr/6.55 hr to add new booster/traffic 1.67 hr | #24 |
| 2-Dec-00 | 1,850 | 1,758 | 2,721,328 | | | 621+00 | 624+00 | Pumped 11.25 hr/5.83 hr to add 2000' sub line/traffic 2.25 hr | #24 |
| 3-Dec-00 | 8,750 | 8,313 | 2,729,641 | 68,924 | 2,729,641 | 624+00 | 627+00 | Pumped 16.08 hr/minor repairs 4 hr/clear cutter 1.5 hr, also 627+00 to 628+25 | #24 |
| 4-Dec-00 | 6,900 | 6,555 | 2,736,196 | | | 629+00 | 628+25 | Pumped 6 hr/minor repairs 15.25 hr | #24 |
| 5-Dec-00 | 0 | 0 | 2,736,196 | | | 629+00 | 629+00 | Pumped 0.5 hr/minor repairs 22.25 hr | #24 |