Case 1:02-cv-00306-ECH Document 64-11 Filed 03/03/2004 Page 1 of 13

**Upper Bayou**
**DACW64-99-C-00(**
**Based on Contractor Quality Control Reports Submitted by Renda Marine**

| Date | CY | Cumulative CY | Begin Station | End Station | Remarks | LF | Week-Ending LF | Cumulative LF | Pay Estimate |
|---|---|---|---|---|---|---|---|---|---|
| 13-Sep-00 | n/a | 134,129 | 193+70 | 193+70 | Mech building levees - 1400 cy hauled, Partial rain day 34+50 to 34+00 | 50 | | 8,214 | #21 |
| 14-Sep-00 | n/a | 134,129 | 193+70 | 193+70 | Mech building levees - 2600 cy hauled, Displacement/mud wave issues 34+00 to 33+50 | 50 | | 8,264 | #21 |
| 15-Sep-00 | n/a | 134,129 | 193+70 | 193+70 | Mech building levees - 2600 cy hauled, Displacement/mud wave issues 33+50 to 29+75 | 375 | | 8,639 | #21 |
| 16-Sep-00 | n/a | 134,129 | 193+70 | 193+70 | Mech building levees - 2600 cy hauled, No substantial clay in a week 29+75 to 29+05 | 70 | | 8,709 | #21 |
| 17-Sep-00 | n/a | 134,129 | 193+70 | 193+70 | Mech building levees - 2000 cy hauled, Displacement/mud wave issues 29+75 to 27+25 | 180 | 875 | 8,889 | #21 |
| 18-Sep-00 | n/a | 134,129 | 194+00 | 194+00 | Mech building levees - 2400 cy hauled, Recovering >100% hydr placed fill 26+00 | 125 | | 9,014 | #21 |
| 19-Sep-00 | n/a | 134,129 | 24+00 | 24+00 | Mech building levees - 2400 cy hauled/mudwave issues | | | 9,014 | #21 |
| 20-Sep-00 | n/a | 134,129 | 22+75 | 22+75 | Mech building levees - 3300 cy hauled/mudwave issues | | | 9,014 | #21 |
| 21-Sep-00 | n/a | 134,129 | 20+00 | 20+00 | Mech building levees - 2600 cy hauled/mudwave issues, Adding height in 18" lifts 37+00 | | | 9,014 | #22 |
| 22-Sep-00 | n/a | 134,129 | 20+00 | 20+00 | Mech building levees - 1000 cy hauled before rain out, Adding height in 18" lifts 37+00 | | | 9,014 | #22 |
| 23-Sep-00 | n/a | 134,129 | 20+00 | 20+00 | Rain day-shaped/dried haul road - 1200 cy after rain | | | 9,014 | #22 |
| 24-Sep-00 | n/a | 134,129 | 37+00 | 37+00 | Capping @ 37 - 2300 cy | | 125 | 9,014 | #22 |
| 25-Sep-00 | n/a | 134,129 | 120+00 | 120+00 | Discharge/hauled 4100 cy to 19+90 & 37+00 | | | 9,014 | #22 |
| 26-Sep-00 | n/a | 134,129 | 120+00 | 120+00 | Discharging into borrow area, Foundation built/mudwave issues 19+50, Adding height in 18" lifts to 25' mlt 37+00 to 34+00 | | | 9,014 | #22 |
| 27-Sep-00 | n/a | 134,129 | 120+00 | 120+00 | Discharge/hauled 218 truck loads, Adding height in 18" lifts to 25' mlt/mudwave issues 30+00 | | | 9,014 | #22 |
| 28-Sep-00 | n/a | 134,129 | 21+00 | 20+00 | 172 loads hauled - 1st lift pushing mudwave, 2nd lift 37+00 to 33+00 | | | 9,014 | #22 |
| 29-Sep-00 | n/a | 134,129 | 20+00 | 18+50 | 188 loads hauled - 1st lift pushing mudwave, 2nd lift 33+00 to 30+00 | | | 9,014 | #22 |
| 30-Sep-00 | n/a | 134,129 | 18+50 | 17+00 | 185 loads hauled - 1st lift pushing mudwave, 2nd lift 30+00 to 29+00 | | | 9,014 | #22 |
| 1-Oct-00 | n/a | 134,129 | 17+00 | 16+00 | 125 loads hauled - 1st lift pushing mudwave | | 0 | 9,014 | #22 |
| 2-Oct-00 | n/a | 134,129 | 15+50 | 14+25 | Hauled 165 loads - 3630 CY/Elev +18 to +22 MLT | | | 9,014 | #22 |
| 3-Oct-00 | n/a | 134,129 | 37+00 | 13+00 | Hauled 232 loads - 5104 CY placed in various locations | | | 9,014 | #22 |
| 4-Oct-00 | n/a | 134,129 | 13+50 | 13+50 | Hauled 160 loads - mudwave/continue to recover 100% of mat'l | | | 9,014 | #22 |
| 5-Oct-00 | n/a | 134,129 | 13+50 | 13+50 | Hauled 170 loads - 3740 CY/18" lifts - 2X mat' reqd - rain | | | 9,014 | #22 |
| 6-Oct-00 | n/a | 134,129 | 13+50 | 10+00 | Hauled 172 loads - 18" lifts Sta 30 - 24 - rain/mudwave issues | | | 9,014 | #22 |
| 7-Oct-00 | n/a | 134,129 | 10+00 | 9+25 | Hauled 102 loads - rain/mudwave issues | 475 | | 9,489 | #22 |
| 8-Oct-00 | n/a | 134,129 | 9+25 | 9+25 | Rain-out | | 475 | 9,489 | #22 |
| 9-Oct-00 | n/a | 134,129 | | | | | | 9,489 | #22 |
| 10-Oct-00 | n/a | 134,129 | | | | | | 9,489 | #22 |
| 11-Oct-00 | n/a | 134,129 | | | | | | 9,489 | #22 |
| 12-Oct-00 | n/a | 134,129 | | | | | | 9,489 | #22 |
| 13-Oct-00 | n/a | 134,129 | | | | | | 9,489 | #22 |
| 14-Oct-00 | n/a | 134,129 | | | | | | 9,489 | #22 |
| 15-Oct-00 | n/a | 134,129 | | | | | | 9,489 | #22 |
| 16-Oct-00 | n/a | 134,129 | 25+00 | 14+00 | Hauled 252 loads/losing 2.5' elev in 12 dy, Subsidence 37+00-20+00/mudwave | | 0 | 9,489 | #22 |
| 17-Oct-00 | n/a | 134,129 | 25+00 | 14+00 | Hauled 125 loads/losing 2.5' elev b/t 29+00-24+00, mudwave/subsidence | | | 9,489 | #22 |
| 18-Oct-00 | n/a | 134,129 | 30+00 | 19+50 | Hauled 155 loads - lifts to 26'/Subsidence 4' b/t, Sta 30+00-19+50 | | | 9,489 | #22 |
| 19-Oct-00 | n/a | 134,129 | 16+00 | 16+00 | Hauled 160 loads - subsidence to 6' b/t 40+00 -16+00 | | | 9,489 | #22 |
| 20-Oct-00 | n/a | 134,129 | 16+00 | 6+00 | Hauled 170 loads - stopped working b/t 40 - 15 | 325 | | 9,814 | #22 |
| 21-Oct-00 | n/a | 134,129 | n/a | n/a | Working on equipment | | | 9,814 | #22 |
| 22-Oct-00 | n/a | 134,129 | n/a | n/a | Working on equipment - rain out | | 325 | 9,814 | #23 |
| 23-Oct-00 | n/a | 134,129 | n/a | n/a | Haul 145 loads/rain/meeting w/Corps & JV - levee align | | | 9,814 | #23 |
| 24-Oct-00 | n/a | 134,129 | 6+00 | 6+00 | Haul 170 loads/levee settlement & displacement | | | 9,814 | #23 |
| 25-Oct-00 | n/a | 134,129 | 6+00 | 3+50 | Haul 155 loads/levee displacement/continue COE instruc | | | 9,814 | #23 |
| 26-Oct-00 | n/a | 134,129 | 12+00 | 14+00 | Haul 193 loads/Mech constr levee on top of exist levee to +26 per COE | | | 9,814 | #23 |
| 27-Oct-00 | n/a | 134,129 | 12+70 | 14+00 | Haul 124 loads/Constr on top of exist levee | | | 9,814 | #23 |
| 28-Oct-00 | n/a | 134,129 | 12+70 | 11+50 | Haul 119 loads/construc per COE instruc | | | 9,814 | #23 |
| 29-Oct-00 | n/a | 134,129 | 11+00 | 12+70 | Haul 101 loads/constr on top of levee | | 0 | 9,814 | #23 |
| 30-Oct-00 | n/a | 134,129 | 11+00 | 10+90 | Haul 25 loads/rain day/per COE instruc | | | 9,814 | #23 |
| 31-Oct-00 | n/a | 134,129 | 10+90 | 9+15 | Haul 150 loads up to +30/per COE instruc | | | 9,814 | #23 |
| 1-Nov-00 | n/a | 134,129 | 9+15 | 8+50 | Haul 131 loads/per COE instruc | | | 9,814 | #23 |
| 2-Nov-00 | n/a | 134,129 | 8+50 | 7+50 | Haul 150 loads/per COE instruc | | | 9,814 | #23 |
| 3-Nov-00 | n/a | 134,129 | 7+50 | 7+00 | Haul 82 loads in 7 hr/per COE instruc | | | 9,814 | #23 |
| 4-Nov-00 | n/a | 134,129 | n/a | n/a | Rain out | | | 9,814 | #23 |
| 5-Nov-00 | n/a | 134,129 | n/a | n/a | Rain out | | 0 | 9,814 | #23 |
| 6-Nov-00 | n/a | 134,129 | North Levee | North Levee | Haul 130 loads/pump mud & silt into south borrow pits/meeting w/RMI, Corps, JV | | | 9,814 | #23 |
| 7-Nov-00 | n/a | 134,129 | North Levee | North Levee | Haul 151 loads/ per COE instruc per 11/6 meeting | | | 9,814 | #23 |
| 8-Nov-00 | n/a | 134,129 | n/a | n/a | Rain out | | | 9,814 | #23 |
| 9-Nov-00 | n/a | 134,129 | North Levee | North Levee | Haul 151 loads/ per COE instruc per 11/6 meeting | | | 9,814 | #23 |
| 10-Nov-00 | n/a | 134,129 | 32+00 | 31+00 | Haul 120 loads/ per COE instruc from 11/6 meeting | | | 9,814 | #23 |
| 11-Nov-00 | n/a | 134,129 | 31+00 | 30+50 | Haul 80 loads/per COE instruc 11/6/East levee subsidence | | | 9,814 | #23 |
| 12-Nov-00 | n/a | 134,129 | n/a | n/a | No work performed | | 0 | 9,814 | #23 |



Revised: 3/3/2004 3:14 AM

**Upper Bayou**
**DACW64-99-C-00**
**Based on Contractor Quality Control Reports Submitted by Renda Marine**

| Date | CY | Cumulative CY | Begin Station | End Station | Remarks | LF | Week-Ending LF | Cumulative LF | Pay Estimate |
|---|---|---|---|---|---|---|---|---|---|
| 13-Nov-00 | n/a | 134,129 | n/a | n/a | Haul 115 loads/subsidence 94+50-96+50; 63+00-70+00 | | | 9,814 | #23 |
| 14-Nov-00 | n/a | 134,129 | 37+00 | 37+00 | Haul 80 loads/stabilize haul road/subside 94+50-96+50 | | | 9,814 | #23 |
| 15-Nov-00 | n/a | 134,129 | n/a | n/a | Haul 120 loads from south borrow site | | | 9,814 | #23 |
| 16-Nov-00 | n/a | 134,129 | n/a | n/a | Hogged matl from south borrow site/haul road prep | | | 9,814 | #23 |
| 17-Nov-00 | n/a | 134,129 | n/a | n/a | Rain out | | | 9,814 | #23 |
| 18-Nov-00 | n/a | 134,129 | n/a | n/a | Rain out | | | 9,814 | #23 |
| 19-Nov-00 | n/a | 134,129 | n/a | n/a | Rain out | | 0 | 9,814 | #23 |
| 20-Nov-00 | n/a | 134,129 | n/a | n/a | Haul 60 loads/worked haul roads | | | 9,814 | #23 |
| **21-Nov-00** | **n/a** | **134,129** | **n/a** | **n/a** | **Haul 50 loads/pipe up to pump to NW levee** | | | **9,814** | **#24** |
| 22-Nov-00 | n/a | 134,129 | n/a | n/a | Haul 50 loads/pipe up to pump to NW levee/repair p/l leak @ 120 | | | 9,814 | #24 |
| 23-Nov-00 | n/a | 134,129 | n/a | n/a | Replaced leaking p/l & prepped haul roads | | | 9,814 | #24 |
| 24-Nov-00 | n/a | 134,129 | n/a | n/a | Replaced leaking p/l & prepped haul roads | | | 9,814 | #24 |
| 25-Nov-00 | n/a | 134,129 | n/a | n/a | Replaced leaking p/l & prepped haul roads | | | 9,814 | #24 |
| 26-Nov-00 | n/a | 134,129 | n/a | n/a | Replaced leaking p/l & prepped haul roads | | 0 | 9,814 | #24 |
| 27-Nov-00 | n/a | 134,129 | n/a | n/a | Haul 125 loads from 120+00 | | | 9,814 | #24 |
| 28-Nov-00 | n/a | 134,129 | n/a | n/a | Haul 118 loads from 120+00/levee exhibiting failures | | | 9,814 | #24 |
| 29-Nov-00 | n/a | 134,129 | n/a | n/a | Haul 115 loads from 120+00/levee exhibiting "failures" | | | 9,814 | #24 |
| 30-Nov-00 | n/a | 134,129 | n/a | n/a | Haul 120 loads from 120+00/levee exhibiting "failures" | | | 9,814 | #24 |
| 1-Dec-00 | n/a | 134,129 | n/a | n/a | Haul 102 loads from 120+00/worked haul roads | | | 9,814 | #24 |
| 2-Dec-00 | n/a | 134,129 | n/a | n/a | None - rainout? | | | 9,814 | #24 |
| 3-Dec-00 | n/a | 134,129 | n/a | n/a | None - rainout? | | 0 | 9,814 | #24 |
| 4-Dec-00 | n/a | 134,129 | n/a | n/a | Haul 115 loads from 120+00/levee exhibiting "failures" | | | 9,814 | #24 |
| 5-Dec-00 | n/a | 134,129 | n/a | n/a | Haul 115 loads from 120+00/levee exhibiting "failures" | | | 9,814 | #24 |
| 6-Dec-00 | n/a | 134,129 | n/a | n/a | Haul 40 loads from 120+00/levee exhibiting "failures" | | | 9,814 | #24 |
| 7-Dec-00 | n/a | 134,129 | n/a | n/a | Haul 121 loads from 120+00/levee exhibiting "failures" | | | 9,814 | #24 |
| 8-Dec-00 | n/a | 134,129 | n/a | n/a | Haul 105 loads from 120+00/levee exhibiting "failures" | | | 9,814 | #24 |
| 9-Dec-00 | n/a | 134,129 | n/a | n/a | Excavating from borrow site on south side | | | 9,814 | #24 |
| 10-Dec-00 | n/a | 134,129 | n/a | n/a | Excavating from borrow site on south side | | 0 | 9,814 | #24 |
| 11-Dec-00 | n/a | 134,129 | n/a | n/a | Haul 115 loads/levee subsidence | | | 9,814 | #24 |
| 12-Dec-00 | n/a | 134,129 | n/a | n/a | Excavate inside levee 110+00 stockpile outside levee, 4 off road truck, 3400 Linkbelt, rental equip moved off jobsite | | | 9,814 | #24 |
| 13-Dec-00 | n/a | 134,129 | n/a | n/a | Excavate inside levee 110+00 stockpile outside levee/levee subside | | | 9,814 | #24 |
| 14-Dec-00 | n/a | 134,129 | n/a | n/a | Excavate inside levee 110+00 stockpile outside levee/levee subside | | | 9,814 | #24 |
| 15-Dec-00 | n/a | 134,129 | n/a | n/a | Excavate inside levee 110+00 stockpile outside levee/levee subside | | | 9,814 | #24 |
| 16-Dec-00 | n/a | 134,129 | n/a | n/a | Excavate inside levee 110+00 stockpile outside levee/levee subside | | | 9,814 | #24 |
| 17-Dec-00 | n/a | 134,129 | n/a | n/a | Excavate inside levee 110+00 stockpile outside levee/levee subside | | 0 | 9,814 | #24 |
| 18-Dec-00 | n/a | 134,129 | n/a | n/a | Clean up & level 110+00/levee subsidence | | | 9,814 | #24 |
| 19-Dec-00 | n/a | 134,129 | n/a | n/a | Build temp levee 205 - 214/dress 110+00/levee subsidence | | | 9,814 | #24 |
| 20-Dec-00 | n/a | 134,129 | n/a | n/a | Build temp levee 198 - 214/dress levee 4 - 10+00/levee subsidence | | | 9,814 | #24 |
| 21-Dec-00 | n/a | 134,129 | n/a | n/a | Build temp levee/dress levee/levee subsidence | | | 9,814 | #24 |
| 22-Dec-00 | n/a | 134,129 | n/a | n/a | Build temp levee/dress levee/levee subsidence | | | 9,814 | #24 |
| 23-Dec-00 | n/a | 134,129 | n/a | n/a | Build temp levee/dress levee/levee subsidence | | | 9,814 | #24 |
| 24-Dec-00 | n/a | 134,129 | n/a | n/a | Build temp levee/dress levee/levee subsidence | | 0 | 9,814 | #25 |
| 25-Dec-00 | n/a | 134,129 | n/a | n/a | Build temp levee/dress levee/levee subsidence | | | 9,814 | #25 |
| 26-Dec-00 | n/a | 134,129 | n/a | n/a | Build temp levee/dress levee/levee subsidence | | | 9,814 | #25 |
| 27-Dec-00 | n/a | 134,129 | n/a | n/a | Build temp levee/dress levee/levee subsidence | | | 9,814 | #25 |
| 28-Dec-00 | n/a | 134,129 | n/a | n/a | Build temp levee/dress levee/levee subsidence | | | 9,814 | #25 |
| 29-Dec-00 | n/a | 134,129 | n/a | n/a | Build temp levee/dress levee/levee subsidence | | | 9,814 | #25 |
| 30-Dec-00 | n/a | 134,129 | n/a | n/a | Build temp levee/dress levee/levee subsidence | | | 9,814 | #25 |
| 31-Dec-00 | n/a | 134,129 | n/a | n/a | Build temp levee/dress levee/levee subsidence | | 0 | 9,814 | #25 |
| 1-Jan-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | | 9,814 | #25 |
| 2-Jan-01 | n/a | 134,129 | n/a | n/a | Clean up cable, tires, pipe, etc | | | 9,814 | #25 |
| 3-Jan-01 | n/a | 134,129 | n/a | n/a | Clean up cable, tires, pipe, etc | | | 9,814 | #25 |
| 4-Jan-01 | n/a | 134,129 | n/a | n/a | Clean up cable, tires, pipe, etc | | | 9,814 | #25 |
| 5-Jan-01 | n/a | 134,129 | n/a | n/a | Clean up cable, tires, pipe, etc | | | 9,814 | #25 |
| 6-Jan-01 | n/a | 134,129 | n/a | n/a | Clean up cable, tires, pipe, etc | | | 9,814 | #25 |
| 7-Jan-01 | n/a | 134,129 | n/a | n/a | Clean up cable, tires, pipe, etc | | 0 | 9,814 | #25 |
| 8-Jan-01 | n/a | 134,129 | n/a | n/a | Clean up cable, tires, pipe, etc | | | 9,814 | #25 |
| 9-Jan-01 | n/a | 134,129 | n/a | n/a | Clean up cable, tires, pipe, etc | | | 9,814 | #25 |
| 10-Jan-01 | n/a | 134,129 | n/a | n/a | Clean up cable, tires, pipe, etc | | | 9,814 | #25 |
| 11-Jan-01 | n/a | 134,129 | n/a | n/a | Clean up cable, tires, pipe, etc | | | 9,814 | #25 |
| 12-Jan-01 | n/a | 134,129 | n/a | n/a | Clean up cable, tires, pipe, etc | | | 9,814 | #25 |



*Revised: 3/3/2004 3:14 AM*

Case 1:02-cv-00306-ECH Document 64-11 Filed 03/03/2004 Page 2 of 13

**Upper Bayou**
**DACW64-99-C-00(**
**Based on Contractor Quality Control Reports Submitted by Renda Marine**

| Date | CY | Cumulative CY | Begin Station | End Station | Remarks | LF | Week-Ending LF | Cumulative LF | Pay Estimate |
|---|---|---|---|---|---|---|---|---|---|
| 13-Jan-01 | n/a | 134,129 | n/a | n/a | Clean up. Discharge to Sta 118+00 | | | 9,814 | #25 |
| 14-Jan-01 | n/a | 134,129 | n/a | n/a | Clean up. Discharge to Sta 118+00 | | 0 | 9,814 | #25 |
| 15-Jan-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch to Sta 118+00 | | | 9,814 | #25 |
| 16-Jan-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch to Sta 118+00 | | | 9,814 | #25 |
| 17-Jan-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch to Sta 118+00 | | | 9,814 | #25 |
| 18-Jan-01 | n/a | 134,129 | n/a | n/a | Weld discharge p/l to start on CS 87+75 | | | 9,814 | #25 |
| 19-Jan-01 | n/a | 134,129 | n/a | n/a | Weld discharge p/l to start on CS 87+75 | | | 9,814 | #25 |
| 20-Jan-01 | n/a | 134,129 | n/a | n/a | Weld discharge p/l to start on CS 87+75 | | | 9,814 | #25 |
| 21-Jan-01 | n/a | 134,129 | n/a | n/a | Weld discharge p/l to start on CS 87+75 | | 0 | 9,814 | #26 |
| 22-Jan-01 | n/a | 134,129 | n/a | n/a | Weld discharge p/l to start on CS 87+75 | | | 9,814 | #26 |
| 23-Jan-01 | n/a | 134,129 | n/a | n/a | Weld discharge p/l to start on CS 87+75 | | | 9,814 | #26 |
| 24-Jan-01 | n/a | 134,129 | n/a | n/a | Weld discharge p/l to start on CS 87+75 | | | 9,814 | #26 |
| 25-Jan-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 26-Jan-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 27-Jan-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 28-Jan-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | 0 | 9,814 | #26 |
| 29-Jan-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 30-Jan-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 31-Jan-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 1-Feb-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 2-Feb-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 3-Feb-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 4-Feb-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | 0 | 9,814 | #26 |
| 5-Feb-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 6-Feb-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 7-Feb-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 8-Feb-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 9-Feb-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 10-Feb-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 11-Feb-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | 0 | 9,814 | #26 |
| 12-Feb-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 13-Feb-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 - site visit w/Contrtg | | | 9,814 | #26 |
| 14-Feb-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 15-Feb-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 16-Feb-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 17-Feb-01 | n/a | 134,129 | n/a | n/a | Market St Yard Cleanup - Disch at Sta 87+75 | | | 9,814 | #26 |
| 18-Feb-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | 0 | 9,814 | #26 |
| 19-Feb-01 | n/a | 134,129 | n/a | n/a | Dredge down/repair floats for 24" pipe | | | 9,814 | #26 |
| 20-Feb-01 | n/a | 134,129 | n/a | n/a | Patch & weld-up holes in pipe @ 118+00 | | | 9,814 | #26 |
| 21-Feb-01 | n/a | 134,129 | n/a | n/a | Patch & weld 24" disch pipe @ Sta 118+00 | | | 9,814 | #26 |
| 22-Feb-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | | 9,814 | #27 |
| 23-Feb-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | | 9,814 | #27 |
| 24-Feb-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | | 9,814 | #27 |
| 25-Feb-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | 0 | 9,814 | #27 |
| 26-Feb-01 | n/a | 134,129 | n/a | n/a | Shaping levee 193+50-194+50/haul off scrap to Market St. yard | | | 9,814 | #27 |
| 27-Feb-01 | n/a | 134,129 | n/a | n/a | Repair line @ 118+00/haul off scrap to Market St. yard | | | 9,814 | #27 |
| 28-Feb-01 | n/a | 134,129 | n/a | n/a | No good levee bldg mat'l/shaping 192+50-193+50/subsiding | | | 9,814 | #27 |
| 1-Mar-01 | n/a | 134,129 | n/a | n/a | Disch sand @194+50/shaping 192+50-197+50 - subsiding | | | 9,814 | #27 |
| 2-Mar-01 | n/a | 134,129 | n/a | n/a | Disch sand only/no mat'l to shape levee | | | 9,814 | #27 |
| 3-Mar-01 | n/a | 134,129 | n/a | n/a | Move E18 to Island | | | 9,814 | #27 |
| 4-Mar-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | 0 | 9,814 | #27 |
| 5-Mar-01 | n/a | 134,129 | n/a | n/a | Shape 172+00-188+00/push mat'l from toe toward levee - Halla Safety insp | | | 9,814 | #27 |
| 6-Mar-01 | n/a | 134,129 | n/a | n/a | Shape 182+00-188+00/good mat'l for levee | | | 9,814 | #27 |
| 7-Mar-01 | n/a | 134,129 | n/a | n/a | Shape 176+00-182+00/compact "soft" spots in levee | | | 9,814 | #27 |
| 8-Mar-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | | 9,814 | #27 |
| 9-Mar-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | | 9,814 | #27 |
| 10-Mar-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | | 9,814 | #27 |
| 11-Mar-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | 0 | 9,814 | #27 |
| 12-Mar-01 | n/a | 134,129 | n/a | n/a | Pump clay/added 100' shore pipe to 195+50/El+27/subside 1' overnight | | | 9,814 | #27 |
| 13-Mar-01 | n/a | 134,129 | n/a | n/a | Add 50' shore pipe to 196+00/dredge down-work on shorepipe, JSG Inspector showed up on dump w/no hard hat!!! | | | 9,814 | #27 |
| 14-Mar-01 | n/a | 134,129 | n/a | n/a | Adding to levee-Marsh Exc/broke rail @ end of discharge, divert flow to east 88+00 for 6.5 hr/divert back to west @ 196+00 | | | 9,814 | #27 |





Case 1:02-cv-00306-ECH Document 64-11 Filed 03/03/2004 Page 3 of 13

**Upper Bayou**
**DACW64-99-C-00[illegible]**
**Based on Contractor Quality Control Reports Submitted by Renda Marine**

| Date | CY | Cumulative CY | Begin Station | End Station | Remarks | LF | Week-Ending LF | Cumulative LF | Pay Estimate |
|---|---|---|---|---|---|---|---|---|---|
| 15-Mar-01 | n/a | 134,129 | n/a | n/a | Dredge down to replace subline/replace field pipe | | | 9,814 | #27 |
| 16-Mar-01 | n/a | 134,129 | n/a | n/a | Track broke on marsh exc @ end of discharge-divert to east 0900, divert back to west @ 196+40 | | | 9,814 | #27 |
| 17-Mar-01 | n/a | 134,129 | n/a | n/a | E18 down @1300-divert to east @88+00 for 5 hr, Fixed E18 by 1800-added 40' to 196+80 | | | 9,814 | #27 |
| 18-Mar-01 | n/a | 134,129 | n/a | n/a | Added 80' pipe to Sta 197+60 | | 0 | 9,814 | #27 |
| 19-Mar-01 | n/a | 134,129 | n/a | n/a | Disch @ 197+00 - clay | | | 9,814 | #27 |
| 20-Mar-01 | n/a | 134,129 | n/a | n/a | D6 dozer shaping 194+50-196+00/subsiding 2 - 2.5 ft | | | 9,814 | #27 |
| 21-Mar-01 | n/a | 134,129 | n/a | n/a | D6 dozer shaping 194+00/disch @ 87+75 -sand & silt | | | 9,814 | #28 |
| 22-Mar-01 | n/a | 134,129 | n/a | n/a | Clean I-10 yard | | | 9,814 | #28 |
| 23-Mar-01 | n/a | 134,129 | n/a | n/a | Shaping levee 197+00/weld shore pipe | | | 9,814 | #28 |
| 24-Mar-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | | 9,814 | #28 |
| 25-Mar-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | 0 | 9,814 | #28 |
| 26-Mar-01 | n/a | 134,129 | n/a | n/a | Disch @ 197+00 | | | 9,814 | #28 |
| 27-Mar-01 | n/a | 134,129 | n/a | n/a | Disch @ 197+00 | | | 9,814 | #28 |
| 28-Mar-01 | n/a | 134,129 | n/a | n/a | Disch @ 197+00 | | | 9,814 | #28 |
| 29-Mar-01 | n/a | 134,129 | n/a | n/a | Disch @ 197+00 | | | 9,814 | #28 |
| 30-Mar-01 | n/a | 134,129 | n/a | n/a | Pump heavy red clay to east corridor | | | 9,814 | #28 |
| 31-Mar-01 | n/a | 134,129 | n/a | n/a | Pump heavy red clay to east corridor | | | 9,814 | #28 |
| 1-Apr-01 | n/a | 134,129 | n/a | n/a | Pump heavy red clay to east corridor | | 0 | 9,814 | #28 |
| 2-Apr-01 | n/a | 134,129 | n/a | n/a | No levee work/RTC233 forklift work in I-10 yard on equip repair | | | 9,814 | #28 |
| 3-Apr-01 | n/a | 134,129 | n/a | n/a | Disch @ 197+10/Plug @ 142+00 - clean out clay/replace shore pipe | | | 9,814 | #28 |
| 4-Apr-01 | n/a | 134,129 | n/a | n/a | Patch @ 110+00/Cut out 45 @ 87+75 & repipe disch to 86+50 | | | 9,814 | #28 |
| 5-Apr-01 | n/a | 134,129 | n/a | n/a | Dress levee @ 110+00/build contain levee b/t 197+50 to 200+00, Marsh hoe prep disch end for continuing new levee | | | 9,814 | #28 |
| 6-Apr-01 | n/a | 134,129 | n/a | n/a | Patch disch @ 97+00/Remove field pipe b/t 175+00 - 182+00, Dress levee b/t 182+00 to 185+00 | | | 9,814 | #28 |
| 7-Apr-01 | n/a | 134,129 | n/a | n/a | Dress levee 182+00 - 179+00 | | | 9,814 | #28 |
| 8-Apr-01 | n/a | 134,129 | n/a | n/a | Dress levee 179+00 - 175+00 | | 0 | 9,814 | #28 |
| 9-Apr-01 | n/a | 134,129 | n/a | n/a | Shape 166+00 - 172+00 @ El +30/no pipe added to discharge | | | 9,814 | #28 |
| 10-Apr-01 | n/a | 134,129 | n/a | n/a | Extend disch by 40' to 197+50/crown out levee w/dozer & long reach excavator/shape 166+00 - 172+00 @ El +30 | | | 9,814 | #28 |
| 11-Apr-01 | n/a | 134,129 | n/a | n/a | Extend disch 198+00/shape levee 182+00 - 190+00 | | | 9,814 | #28 |
| 12-Apr-01 | n/a | 134,129 | n/a | n/a | Shape 172+00 - 198+00 in 18" lifts - need more drying time, Extend disch 70' to 198+70 | | | 9,814 | #28 |
| 13-Apr-01 | n/a | 134,129 | n/a | n/a | Shape levee 166+00 - 182+00/dredge down - no disch | | | 9,814 | #28 |
| 14-Apr-01 | n/a | 134,129 | n/a | n/a | Extend disch 100' to 199+70/Survey disch @ El +24, Long arm excavator building containment levee 200+00 - 205+00 | | | 9,814 | #28 |
| 15-Apr-01 | n/a | 134,129 | n/a | n/a | 3400 excavator building containment levee working flow from disch @ 200+00 to 205+00 | | 0 | 9,814 | #28 |
| 16-Apr-01 | n/a | 134,129 | n/a | n/a | | | | 9,814 | #28 |
| 17-Apr-01 | n/a | 134,129 | n/a | n/a | | | | 9,814 | #28 |
| 18-Apr-01 | n/a | 134,129 | n/a | n/a | | | | 9,814 | #28 |
| 19-Apr-01 | n/a | 134,129 | n/a | n/a | | | | 9,814 | #28 |
| 20-Apr-01 | n/a | 134,129 | n/a | n/a | | | | 9,814 | #28 |
| 21-Apr-01 | n/a | 134,129 | n/a | n/a | D6 dozer shaping 194+00/disch @ 87+75 -sand & silt | | | 9,814 | #29 |
| 22-Apr-01 | n/a | 134,129 | n/a | n/a | Clean I-10 yard | | 0 | 9,814 | #29 |
| 23-Apr-01 | n/a | 134,129 | n/a | n/a | Shaping levee 197+00/weld shore pipe | | | 9,814 | #29 |
| 24-Apr-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | | 9,814 | #29 |
| 25-Apr-01 | n/a | 134,129 | n/a | n/a | No levee work performed - see Dredge Report | | | 9,814 | #29 |
| 26-Apr-01 | n/a | 134,129 | n/a | n/a | Disch @ 197+00 | | | 9,814 | #29 |
| 27-Apr-01 | n/a | 134,129 | n/a | n/a | Disch @ 197+00 | | | 9,814 | #29 |
| 28-Apr-01 | n/a | 134,129 | n/a | n/a | Disch @ 197+00 | | | 9,814 | #29 |
| 29-Apr-01 | n/a | 134,129 | n/a | n/a | Disch @ 197+00 | | 0 | 9,814 | #29 |
| 30-Apr-01 | n/a | 134,129 | n/a | n/a | Pump heavy red clay to east corridor | | | 9,814 | #29 |
| 1-May-01 | n/a | 134,129 | n/a | n/a | Pump heavy red clay to east corridor | | | 9,814 | #29 |
| 2-May-01 | n/a | 134,129 | n/a | n/a | No levee work/RTC233 forklift work in I-10 yard on equip repair | | | 9,814 | #29 |
| 3-May-01 | n/a | 134,129 | n/a | n/a | Disch @ 197+10/Plug @ 142+00 - clean out clay/replace shore pipe | | | 9,814 | #29 |
| 4-May-01 | n/a | 134,129 | n/a | n/a | Patch @ 110+00/Cut out 45 @ 87+75 & repipe disch to 86+50 | | | 9,814 | #29 |
| 5-May-01 | n/a | 134,129 | n/a | n/a | Dress levee @ 110+00/build contain levee b/t 197+50 to 200+00, Marsh hoe prep disch end for continuing new levee | | | 9,814 | #29 |
| 6-May-01 | n/a | 134,129 | n/a | n/a | Patch disch @ 97+00/Remove field pipe b/t 175+00 - 182+00, Dress levee b/t 182+00 to 185+00 | | 0 | 9,814 | #29 |
| 7-May-01 | n/a | 134,129 | n/a | n/a | Dress levee 182+00 - 179+00 | | | 9,814 | #29 |
| 8-May-01 | n/a | 134,129 | n/a | n/a | Dress levee 179+00 - 175+00 | | | 9,814 | #29 |
| 9-May-01 | n/a | 134,129 | n/a | n/a | Shape 166+00 - 172+00 @ El +30/no pipe added to discharge | | | 9,814 | #29 |
| 10-May-01 | n/a | 134,129 | n/a | n/a | Extend disch by 40' to 197+50/crown out levee w/dozer & long reach excavator/shape 166+00 - 172+00 @ El +30 | | | 9,814 | #29 |
| 11-May-01 | n/a | 134,129 | n/a | n/a | Extend disch 198+00/shape levee 182+00 - 190+00 | | | 9,814 | #29 |
| 12-May-01 | n/a | 134,129 | n/a | n/a | Shape 172+00 - 198+00 in 18" lifts - need more drying time Extend disch 70' to 198+70 | | | 9,814 | #29 |
| 13-May-01 | n/a | 134,129 | n/a | n/a | Shape levee 166+00 - 182+00/dredge down - no disch | | 0 | 9,814 | #29 |
| 14-May-01 | n/a | 134,129 | n/a | n/a | Extend disch 100' to 199+70/Survey disch @ El +24, Long arm excavator building containment levee 200+00 - 205+00 | | | 9,814 | #29 |

**Upper Bayou**
**DACW64-99-C-00**
**Based on Contractor Quality Control Reports Submitted by Renda Marine**

| Date | CY | Cumulative CY | Begin Station | End Station | Remarks | LF | Week-Ending LF | Cumulative LF | Pay Estimate |
|---|---|---|---|---|---|---|---|---|---|
| 15-May-01 | n/a | 134,129 | n/a | n/a | 3400 excavator building containment levee working flow from disch @ 200+00 to 205+00 | | | 9,814 | #29 |
| 16-May-01 | n/a | 134,129 | n/a | n/a | | | | 9,814 | #29 |
| 17-May-01 | n/a | 134,129 | n/a | n/a | | | | 9,814 | #29 |
| 18-May-01 | n/a | 134,129 | n/a | n/a | | | | 9,814 | #29 |
| 19-May-01 | n/a | 134,129 | n/a | n/a | | | | 9,814 | #29 |
| 20-May-01 | n/a | 134,129 | n/a | n/a | | | 0 | 9,814 | #29 |
| | **134,129** | | | | | **9,814** | **9,814** | | |



*Revised: 3/3/2004 3:14 AM*

9

***Renda Marine, Inc.***
***Upper Bayou Dredging Project***
***Hydraulic Levees - Labor and Equipment Damage Calculations***

***12a1 - Added Costs for Original Duration (10 months):***

Planned Duration (10 months) x 30 days/month x Additional Equipment
Total Days (365 days per year / 12 months x 10 months) = **304**
Daily per Diem = $25.00 per Worker, $50.00 for 24 hour shift (2 Workers)

| Days - 1999 | Days - 2000 |
|---|---|
| **109** | **195** |
| 9/13/1999 | 1/1/2000 |
| 12/31/1999 | 7/14/2000 |

*Additional Labor*

| ID | Equipment | | Planned | 1999 Days | 2000 Days | 2001 Days | Hours per Day | 1999 Total Hours | 2000 Total Hours | 2001 Total Hours | Average Hourly Rate | Daily per Diem | 1999 Labor | 2000 Labor | 2001 Labor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n/a | Additional Worker | | No | 109 | 195 | 0 | 24 | 2,616 | 4,684 | 0 | $15.64 | $50.00 | $46,357 | $83,003 | $0 |
| n/a | Additional Worker | | No | 109 | 195 | 0 | 24 | 2,616 | 4,684 | 0 | $15.64 | $50.00 | $46,357 | $83,003 | $0 |
| n/a | Additional Worker | | No | 109 | 195 | 0 | 24 | 2,616 | 4,684 | 0 | $15.64 | $50.00 | $46,357 | $83,003 | $0 |
| | **Totals** | | | **327** | **586** | **0** | | **7,848** | **14,052** | **0** | | | **$139,072** | **$249,010** | **$0** |

| | 1999 | 2000 | 2001 |
|---|---|---|---|
| **Add Workmen's Comp for Non-Marine (7.26%):** | **$10,097** | **$18,078** | **$0** |
| **Sub-Total:** | **$149,168** | **$267,088** | **$0** |
| **Add Payroll Taxes (8.20%):** | **$12,232** | **$21,901** | **$0** |
| **Payroll Cost Before O/H and Profit:** | **$161,400** | **$288,990** | **$0** |

*Additional Equipment*

| ID | Equipment | Source | Planned | 1999 Days | 2000 Days | 2001 Days | Hours per Day | 1999 Total Hours | 2000 Total Hours | 2001 Total Hours | Working Hourly | Working Daily | 1999 Equipment | 2000 Equipment | 2001 Equipment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | Cat D5 Dozer | Mustang Rental Services | No | 109 | 195 | 0 | 24 | 2,616 | 4,684 | 0 | **$12.47** | **$178.61** | $52,090 | $93,268 | $0 |
| 26 | Marsh Trackhoe - EL 200B (MB101/E1) | Renda Marine, Inc. | No | 109 | 195 | 0 | 24 | 2,616 | 4,684 | 0 | **$67.69** | | $177,077 | $317,060 | $0 |
| | Totals | | | **218** | **390** | **0** | | **5,232** | **9,368** | **0** | | | **$229,167** | **$410,328** | **$0** |

***Renda Marine, Inc.***
***Upper Bayou Dredging Project***
***Hydraulic Levees - Labor and Equipment Damage Calculations***

***12a2 - Additional Costs for Full Crew for Extended Duration***

Hours (Days) are From Dredge Hourly Schedule
Claim is for Hydraulic Levee operations impacted due to Dredge Delays caused by levee issues
Daily per Diem = $25.00 per Worker, $50.00 for 24 hour shift (2 Workers)

***Actual Labor***

| ID | Equipment | | Planned | 1999 Days | 2000 Days | 2001 Days | Hours per Day | 1999 Total Hours | 2000 Total Hours | 2001 Total Hours | Average Hourly Rate | Daily per Diem | 1999 Labor | 2000 Labor | 2001 Labor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n/a | Planned Worker | | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | $15.64 | $25.00 | $5,439 | $9,977 | $1,368 |
| n/a | Planned Worker | | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | $15.64 | $25.00 | $5,439 | $9,977 | $1,368 |
| n/a | Planned Worker | | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | $15.64 | $25.00 | $5,439 | $9,977 | $1,368 |
| n/a | Planned Worker | | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | $15.64 | $25.00 | $5,439 | $9,977 | $1,368 |
| n/a | Additional Worker | | No | 14 | 25 | 3 | 24 | 326 | 598 | 82 | $15.64 | $25.00 | $5,439 | $9,977 | $1,368 |
| n/a | Additional Worker | | No | 14 | 25 | 3 | 24 | 326 | 598 | 82 | $15.64 | $25.00 | $5,439 | $9,977 | $1,368 |
| n/a | Additional Worker | | No | 14 | 25 | 3 | 24 | 326 | 598 | 82 | $15.64 | $25.00 | $5,439 | $9,977 | $1,368 |
| | **Totals** | | | **95** | **174** | **24** | | **2,283** | **4,187** | **574** | | | **$38,071** | **$69,838** | **$9,574** |

| | 1999 | 2000 | 2001 |
|---|---|---|---|
| **Add Workmen's Comp for Non-Marine (7.26%):** | **$2,764** | **$5,070** | **$695** |
| **Sub-Total:** | **$40,835** | **$74,908** | **$10,269** |
| **Add Payroll Taxes (8.20%):** | **$3,348** | **$6,142** | **$842** |
| **Payroll Cost Before O/H and Profit:** | **$44,184** | **$81,050** | **$11,111** |

***Actual Equipment***

| ID | Equipment | Source | Planned | 1999 Days | 2000 Days | 2001 Days | Hours per Day | 1999 Total Hours | 2000 Total Hours | 2001 Total Hours | Working Hourly | Working Daily | 1999 Equipment | 2000 Equipment | 2001 Equipment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | John Deere 550H LGP Dozer | Nations Rent | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | **$10.64** | **$109.15** | $4,953 | $9,085 | $1,245 |
| 27 | Marsh Dragline (MD-101) | Renda Marine, Inc. | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | **$67.69** | | $22,073 | $40,490 | $5,551 |
| 20 | Linkbelt 3800 Excavator (E-17) | Renda Marine, Inc. | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | **$48.31** | | $15,753 | $28,897 | $3,961 |
| 35 | Light Plant | Renda Marine, Inc. | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | **$6.21** | | $2,025 | $3,715 | $509 |
| 22 | Skid Loader - Timberjack 450 | Renda Marine, Inc. | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | **$48.26** | | $15,737 | $28,868 | $3,957 |
| 68 | Cat D5 Dozer | Mustang Rental Services | No | 14 | 25 | 3 | 24 | 326 | 598 | 82 | **$12.47** | **$178.61** | $6,493 | $11,911 | $1,633 |
| 23 | Skid Loader - Timberjack 380B | Renda Marine, Inc. | No | 14 | 25 | 3 | 24 | 326 | 598 | 82 | **$48.26** | | $15,737 | $28,868 | $3,957 |
| 26 | Marsh Trackhoe - EL 200B (MB101/E1) | Renda Marine, Inc. | No | 14 | 25 | 3 | 24 | 326 | 598 | 82 | **$67.69** | | $22,073 | $40,490 | $5,551 |
| | **Totals** | | | **109** | **199** | **27** | | **2,609** | **2,393** | **656** | | | **$104,842** | **$192,323** | **$26,365** |

| **12a1 and 12a2 Totals:** | | | |
|---|---|---|---|
| **Total Labor:** | **$205,583** | **$370,040** | **$11,111** |
| **Total Equipment:** | **$334,009** | **$602,651** | **$26,365** |

10

***Renda Marine, Inc.***
***Upper Bayou Dredging Project***
***Dredge Claims Related to Levee Operations***

***12c and 12d - Dredge Delay Time***

| ID | Claim Description | 1999 Days | 2000 Days | 2001 Days | Total Days | Labor Cost per Day | Equipment Cost per Day | 1999 Total Labor | 2000 Total Labor | 2001 Total Labor | 2001 Total Equipment | 2001 Total Equipment | 2001 Total Equipment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12c | Backtracking Pipe Due to Levee Failures | 1 | 8 | 0 | 10 | $5,177.48 | $30,796.97 | $6,580 | $43,200 | $0 | $39,138 | $256,962 | $0 |
| 12d | Downtime Due to Displaced Material / Water Flushing | 12 | 17 | 3 | 32 | $5,177.48 | $30,796.97 | $63,766 | $85,842 | $17,690 | $379,295 | $510,609 | $105[illegible]23 |
| | **Totals** | **14** | **25** | **3** | **42** | | | **$70,345** | **$129,042** | **$17,690** | **$418,432** | **$767,572** | **$105[illegible]23** |

***12c Payroll Calculations:***

| | | | |
|---|---|---|---|
| **Add P & I Insurance for Marine (4.43%):** | **$291** | **$1,914** | **$0** |
| **Sub-Total:** | **$6,871** | **$45,113** | **$0** |
| **Add Payroll Taxes (8.20%):** | **$563** | **$3,699** | **$0** |
| **Payroll Cost Before O/H and Profit:** | **$7,435** | **$48,813** | **$0** |

***12d Payroll Calculations:***

| | | | |
|---|---|---|---|
| **Add P & I Insurance for Marine (4.43%):** | **$2,825** | **$3,803** | **$784** |
| **Sub-Total:** | **$66,591** | **$89,645** | **$18,473** |
| **Add Payroll Taxes (8.20%):** | **$5,460** | **$7,351** | **$1,515** |
| **Payroll Cost Before O/H and Profit:** | **$72,051** | **$96,996** | **$19,988** |

***Renda Marine, Inc.***
***Upper Bayou Dredging Project***
***Dredge Claims Related to Levee Operations***

***12e1 - Dredge Time Awaiting Usace Release (Including Dredge)***

| | From | To | # of Days |
|---|---|---|---|
| **Date Range:** (includes all project equipment, standby rates) | 7/5/2001 | 8/24/2001 | 51 |

| ID | Equipment | 1999 Days | 2000 Days | 2001 Days | Total Days | Labor Cost per Day | Equipment Cost per Day | 1999 Total Labor | 2000 Total Labor | 2001 Total Labor | 2001 Total Equipment | 2001 Total Equipment | 2001 Total Equipment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (see DredgeB tab for listing) | 0 | 0 | 51 | 51 | $0.00 | $13,272.69 | $0 | $0 | $0 | $0 | $0 | $676,907 |
| | **Totals** | **0** | **0** | **51** | **51** | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$676,907** |

***12e2 - Dredge Time Awaiting USACE Release (Excluding Dredge and Other Equipment at Sims Bayou Project)***

| | From | To | # of Days |
|---|---|---|---|
| **Date Range:** (includes all project equipment, standby rates) | 8/25/2001 | 9/18/2001 | 25 |

| ID | Equipment | 1999 Days | 2000 Days | 2001 Days | Total Days | Labor Cost per Day | Equipment Cost per Day | 1999 Total Labor | 2000 Total Labor | 2001 Total Labor | 2001 Total Equipment | 2001 Total Equipment | 2001 Total Equipment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (see DredgeB tab for listing) | 0 | 0 | 25 | 25 | $0.00 | $1,931.36 | $0 | $0 | $0 | $0 | $0 | $48,284 |
| | **Totals** | **0** | **0** | **25** | **25** | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$48,284** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Totals:** | **76** | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$725,191** |

***Renda Marine, Inc.***
***Upper Bayou Dredging Project***
***Dredge Operating Rate Calculations***

| | Renda Equip ID# | Equipment Description | Hours per Week | Hours per Month | Adjusted Hourly Rate | Daily Operating Rate | Adjusted Daily Rate | Calculated Daily Rate |
|---|---|---|---|---|---|---|---|---|
| 1 | DB103 | HYDRAULIC DREDGE "MILLENNIUM" (24") & SECONDARY ENGINES | | 500 | $724.49 | | | $12,074.90 |
| 2 | 2401 | HYDRAULIC BOOSTER STATION ON BARGE (24") | | 500 | $243.14 | | | $4,052.40 |
| 3 | XXX | DUPLEX HIGH PRESSURE PUMP | 84 | | $26.70 | | | $320.46 |
| 4 | GT824 | CUMMINS GENERATOR SET - 80KW (D805F) (ON DREDGE "MILLENNIUM") | 84 | | $10.36 | | | $124.35 |
| 5 | XXX | PIPELINE - 24" (20,000+ LF) | | 500 | $38.80 | | | $646.73 |
| 6 | XXX | PIPELINE JOINTS - 24" | | 500 | $26.38 | | | $439.60 |
| 7 | XXX | PIPELINE PONTOONS | | 500 | $9.38 | | | $156.37 |
| 8 | B110 | WORK BOAT "MARILYN K. McFARLAND" | 168 | | $50.30 | | | $1,207.28 |
| 9 | B108 | WORK BOAT "CRISTA DIAN" | 168 | | $79.20 | | | $1,900.74 |
| 10 | AB102 | ANCHOR BARGE | 168 | | $16.57 | | | $397.60 |
| 11 | XXX | AMERICAN CRANE DRAW-WORKS - 4260 (ON ANCHOR BARGE (AB102) | 84 | | $58.57 | | | $702.83 |
| 12 | CC915 | GROVE HYDRAULIC CRANE - RT58F (MOUNTED ON WORK BARGE #1) | 84 | | $31.73 | | | $380.81 |
| 13 | XXX | WORK BARGE #1 - (3) FLEXIFLOATS | 168 | | $9.82 | | | $235.75 |
| 14 | B102 | SURVEY BOAT - MONARK | 60 | | $36.80 | | | $315.41 |
| 15 | B103 | WORK BOAT - LAFCO | 84 | | $36.57 | | | $438.85 |
| 16 | B105 | WORK BOAT - MONARK | 84 | | $36.57 | | | $438.85 |
| 17 | WS102 | WORK SKIFF | 84 | | $16.23 | | | $194.71 |
| 18 | XXX | FUEL BARGE - (3) FLEXIFLOATS | 168 | | $9.82 | | | $235.75 |
| 19 | XXX | FUEL TANK - 10,000 GALLON (MOUNTED ON FUEL BARGE) | 84 | | $6.35 | | | $76.17 |
| 20 | E17 | LINKBELT 3800 EXCAVATOR | 84 | | $48.31 | | | $579.75 |
| 21 | XXX | WORK BARGE #2 - (3) FLEXIFLOATS | 168 | | $9.82 | | | $235.75 |
| 22 | LS101 | SKID LOADER - TIMBERJACK 450 | 84 | | $48.26 | | | $579.11 |
| 23 | LS103 | SKID LOADER - TIMBERJACK 380B | 84 | | $48.26 | | | $579.11 |
| 24 | CC913 | AMERICAN CRANE 4260 (MOUNTED ON MCDONOUGH BARGE (KS4001) | 84 | | $71.27 | | | $855.29 |
| 25 | CC912 | LINKBELT CRANE LS78 (MOUNTED ON MCDONOUGH BARGE (KS4001) | 84 | | $71.27 | | | $855.29 |
| 28 | W2815 | LINCOLN WELDER - SA300 TMD27 | 84 | | $4.34 | | | $52.12 |
| 34 | GT818 | LIGHTING SET, TRAILER MOUNTED - NEXT GENERATION (BLK64MH) | 84 | | $5.99 | | | $71.82 |
| 47 | NA | RENTAL: TUG BOAT "MELISSA B." (800 HP) | 168 | | | $61.84 | $300.00 | $1,784.19 |
| 48 | NA | RENTAL: COMBINATION BUILDING - 18' | 168 | | | $0.00 | $67.17 | $67.17 |
| 49 | NA | RENTAL: SUPPLY BARGE (MCD212) | 168 | | | $0.58 | $85.00 | $98.80 |
| 50 | NA | RENTAL: SPUD BARGE (KS4001) | 168 | | | $0.58 | $170.00 | $183.80 |
| 58 | NA | RENTAL: AIR COMPRESSOR 185 CFM - P185WJD (SER. #304334UHJ221) | 84 | | | $4.18 | $18.58 | $68.69 |
| 59 | NA | RENTAL: AIR COMPRESSOR + HOSE 185 CFM - P185WJD (SER. #273246UBH221) | 84 | | | $4.18 | $18.58 | $68.69 |
| 60 | NA | RENTAL: AIR COMPRESSOR 185 CFM - P185WJD (SER. #306784UKJ221) | 84 | | | $4.18 | $22.15 | $72.26 |
| 61 | NA | RENTAL: AIR COMPRESSOR 185 CFM - P185WJD (SER. #306785JKJ221) | 84 | | | $4.18 | $16.24 | $66.35 |
| 62 | NA | RENTAL: AIR COMPRESSOR 210 CFM - D210Q6JD (SER. #18217A) | 84 | | | $4.18 | $18.58 | $68.69 |
| 54 | NA | RENTAL: DIESEL WELDER 400 AMP - K1422-1 (SER. #1990326577) | 84 | | | $2.49 | $12.93 | $42.79 |
| 55 | NA | RENTAL: LINCOLN WELDER - 500 AMP (SER. #U1990113058) | 84 | | | $2.49 | $16.16 | $46.03 |
| 56 | NA | RENTAL: DIESEL WELDER 250 AMP - K1383-4 (SER. #U1980702218) | 84 | | | $2.32 | $12.99 | $40.85 |
| 57 | NA | RENTAL: DIESEL WELDER 250 AMP - SA250 (SER. #U1980808455) | 84 | | | $2.32 | $12.99 | $40.85 |
| | | **Total Dredge Plant Daily Operating Cost** | | | | | | **$30,796.97** |

***Renda Marine, Inc.***
***Upper Bayou Dredging Project***
***Dredge Standby Rate Calculations***

| Item No. | Renda Equip ID# | Equipment Description | Adjusted Hourly Rate | Adjusted Hourly Standby Rate | Hours per Day | Daily Amount (from Hourly Rate) | Adjusted Daily Standby Rate | Total Daily Standby Amount | Deduct for Sims Bayou Project |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DB103 | HYDRAULIC DREDGE "MILLENNIUM" (24") & SECONDARY ENGINES | $724.49 | $214.16 | 24 | $5,139.84 | | $5,139.84 | $5,139.84 |
| 2 | 2401 | HYDRAULIC BOOSTER STATION ON BARGE (24") | $243.14 | $49.17 | 24 | $1,180.08 | | $1,180.08 | $1,180.08 |
| 3 | XXX | DUPLEX HIGH PRESSURE PUMP | $26.70 | $4.88 | 24 | $117.01 | | $117.01 | $117.01 |
| 4 | GT824 | CUMMINS GENERATOR SET - 80KW (D805F) (ON DREDGE "MILLENNIUM") | $10.36 | $1.04 | 24 | $25.06 | | $25.06 | $25.06 |
| 5 | XXX | PIPELINE - 24" (20,000+ LF) | $38.80 | $24.93 | 24 | $598.32 | | $598.32 | $598.32 |
| 6 | XXX | PIPELINE JOINTS - 24" | $26.38 | $14.73 | 24 | $353.52 | | $353.52 | $353.52 |
| 7 | XXX | PIPELINE PONTOONS | $9.38 | $6.15 | 24 | $147.60 | | $147.60 | $147.60 |
| 8 | B110 | WORK BOAT "MARILYN K. McFARLAND" | $50.30 | $7.20 | 24 | $172.82 | | $172.82 | $172.82 |
| 9 | B108 | WORK BOAT "CRISTA DIAN" | $79.20 | $10.66 | 24 | $255.83 | | $255.83 | $255.83 |
| 10 | AB102 | ANCHOR BARGE | $16.57 | $6.38 | 24 | $153.22 | | $153.22 | $153.22 |
| 11 | XXX | AMERICAN CRANE DRAW-WORKS - 4260 (ON ANCHOR BARGE (AB102) | $58.57 | $13.55 | 24 | $325.30 | | $325.30 | $325.30 |
| 12 | CC915 | GROVE HYDRAULIC CRANE - RT58F (MOUNTED ON WORK BARGE #1) | $31.73 | $6.31 | 24 | $151.38 | | $151.38 | $151.38 |
| 13 | XXX | WORK BARGE #1 - (3) FLEXIFLOATS | $9.82 | $3.81 | 24 | $91.48 | | $91.48 | $91.48 |
| 14 | B102 | SURVEY BOAT - MONARK | $36.80 | $2.79 | 24 | $66.90 | | $66.90 | $66.90 |
| 15 | B103 | WORK BOAT - LAFCO | $36.57 | $2.18 | 24 | $52.36 | | $52.36 | $52.36 |
| 16 | B105 | WORK BOAT - MONARK | $36.57 | $2.15 | 24 | $51.63 | | $51.63 | $51.63 |
| 17 | WS102 | WORK SKIFF | $16.23 | $1.17 | 24 | $27.98 | | $27.98 | $27.98 |
| 18 | XXX | FUEL BARGE - (3) FLEXIFLOATS | $9.82 | $3.81 | 24 | $91.48 | | $91.48 | $91.48 |
| 19 | XXX | FUEL TANK - 10,000 GALLON (MOUNTED ON FUEL BARGE) | $6.35 | $2.38 | 24 | $57.14 | | $57.14 | $57.14 |
| 20 | E17 | LINKBELT 3800 EXCAVATOR | $48.31 | $11.38 | 24 | $273.17 | | $273.17 | $273.17 |
| 21 | XXX | WORK BARGE #2 - (3) FLEXIFLOATS | $9.82 | $3.81 | 24 | $91.48 | | $91.48 | $91.48 |
| 22 | LS101 | SKID LOADER - TIMBERJACK 450 | $48.26 | $9.65 | 24 | $231.55 | | $231.55 | $231.55 |
| 23 | LS103 | SKID LOADER - TIMBERJACK 380B | $48.26 | $9.65 | 24 | $231.55 | | $231.55 | $231.55 |
| 24 | CC913 | AMERICAN CRANE 4260 (MOUNTED ON MCDONOUGH BARGE (KS4001) | $71.27 | $14.23 | 24 | $341.54 | | $341.54 | $341.54 |
| 25 | CC912 | LINKBELT CRANE LS78 (MOUNTED ON MCDONOUGH BARGE (KS4001) | $71.27 | $13.81 | 24 | $331.34 | | $331.34 | $331.34 |
| 26 | MB101/E18 | MARSH BUGGY (WILCO) w/ CATERPILLAR EXCAVATOR (EL200) | $67.69 | $15.68 | 24 | $376.44 | | $376.44 | $376.44 |
| 27 | MD101 | MARSH BUGGY #2 w/ DRAGLINE CRANE (LITTLE GIANT) | $67.69 | $15.68 | 24 | $376.44 | | $376.44 | $376.44 |
| 28 | W2815 | LINCOLN WELDER - SA300 TMD27 | $4.34 | $0.60 | 24 | $14.44 | | $14.44 | $14.44 |
| 29 | XXX | MILLER WELDER | $4.34 | $0.60 | 24 | $14.44 | | $14.44 | $14.44 |
| 30 | D412 | CATERPILLAR DOZER - D6H (LGP) | $53.24 | $7.73 | 24 | $185.52 | | $185.52 | |
| 31 | D413 | CATERPILLAR DOZER - D6H (LGP) | $53.24 | $7.73 | 24 | $185.52 | | $185.52 | |
| 32 | D402 | CATERPILLAR DOZER - D8L | $58.47 | $9.20 | 24 | $220.88 | | $220.88 | |
| 33 | DT1305 | CATERPILLAR DUMP TRUCK - D275B (DJB) | $46.56 | $10.35 | 12 | $124.24 | | $124.24 | |
| 34 | GT818 | LIGHTING SET, TRAILER MOUNTED - NEXT GENERATION (BLK64MH) | $5.99 | $0.86 | 12 | $10.33 | | $10.33 | |
| 35 | GT821 | LIGHTING SET, TRAILER MOUNTED - WINCO (LSC-4II) | $6.21 | $1.29 | 12 | $15.50 | | $15.50 | |
| 36 | UT1720 | UTILITY TRAILER - 20' | $1.57 | $0.43 | 12 | $5.14 | | $5.14 | |
| 38 | PT1028 | FORD PICKUP TRUCK - F250HD (4X4) - WILLIAMS | $6.70 | $1.32 | 12 | $15.80 | | $15.80 | |
| 39 | PT1055 | FORD EXPEDITION (2X2) - FISHER / WARREN | $5.52 | $1.03 | 12 | $12.34 | | $12.34 | |
| 40 | PT1063 | FORD PICKUP TRUCK - F250HD (4X4) - ARODRIGUEZ | $6.64 | $1.28 | 12 | $15.32 | | $15.32 | |
| 41 | PT1054 | FORD PICKUP TRUCK - F250HD (2X2) - GOODLOE | $5.74 | $1.13 | 12 | $13.52 | | $13.52 | |
| 42 | PT1057 | FORD PICKUP TRUCK - F250HD (4X4) - BOWMAN | $6.88 | $1.28 | 12 | $15.32 | | $15.32 | |
| 43 | MT1112 | FORD PICKUP TRUCK - F450 (2X2) - MAINTENANCE | $7.17 | $1.11 | 12 | $13.28 | | $13.28 | |
| 44 | PT1059 | FORD PICKUP TRUCK - F250 (2X2) - MACHACEK | $5.70 | $1.10 | 12 | $13.25 | | $13.25 | |
| 45 | PT1062 | FORD PICKUP TRUCK - F150 (2X2) - SAFETY/QA-QC | $5.50 | $1.02 | 12 | $12.21 | | $12.21 | |
| 46 | G101 | JOHN DEERE GATOR - 6X6 | $2.94 | $1.45 | 12 | $17.39 | | $17.39 | |
| 47 | NA | RENTAL: TUG BOAT "MELISSA B." (800 HP) | | | 12 | $0.00 | $300.00 | $300.00 | |
| | | VENDOR: MELISSA B., INC. | | | 12 | $0.00 | | $0.00 | |
| 48 | NA | RENTAL: COMBINATION BUILDING - 18' | | | 12 | $0.00 | $67.17 | $67.17 | |
| | | VENDOR: INTERNATIONAL QUARTERS, LLC | | | 12 | $0.00 | | $0.00 | |
| 49 | NA | RENTAL: SUPPLY BARGE (MCD212) | | | 12 | $0.00 | $85.00 | $85.00 | |
| | | VENDOR: MCDONOUGH MARINE SERVICE | | | 12 | $0.00 | | $0.00 | |
| 50 | NA | RENTAL: SPUD BARGE (KS4001) | | | 12 | $0.00 | $170.00 | $170.00 | |
| | | VENDOR: MCDONOUGH MARINE SERVICE | | | 12 | $0.00 | | $0.00 | |
| 69 | PT1019 | FORD EXPLORER (2X2) - BWARREN | $5.56 | $0.87 | 12 | $10.43 | | $10.43 | |
| 72 | D409 | KOMATSU DOZER - D68P, WIDE PAD | $53.24 | $7.73 | 12 | $92.76 | | $92.76 | |
| 73 | PT1061 | FORD PICKUP TRUCK - F250 - CGARCIA | $5.70 | $1.10 | 12 | $13.25 | | $13.25 | |
| 83 | JT101 | JEEP FLATBED TRUCK, OFF-ROAD | $8.80 | $0.77 | 12 | $9.26 | | $9.26 | |
| 84 | D405 | KOMATSU DOZER - D68P, PYRAMID | $53.24 | $6.05 | 12 | $72.54 | | $72.54 | |
| 85 | RTL220 | CATERPILLAR 950E LOADER w/Q/A FORKS | $37.47 | $7.84 | 12 | $94.13 | | $94.13 | |
| 86 | MG2001 | CATERPILLAR 120G MOTOR GRADER | $22.11 | $4.59 | 12 | $55.08 | | $55.08 | |
| 90 | NA | RENTAL: ALCO REDI-PRIME PUMP - 12" - (SER. #104261) | | | 12 | $0.00 | $86.20 | $86.20 | |
| | | VENDOR: SERVICE PUMP & COMPRESSOR, INC. | | | 12 | $0.00 | | $0.00 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | **Total - 12e1** | | | | | | **$13,272.69** | $11,341.33 |
| | | **Total - 12e2** | | | | | | | **$1,931.36** |