12

***Renda Marine, Inc.***
***Upper Bayou Dredging Project***
***Booster Equipment and Labor Calculations***

## ***Equipment Costs:***

| | | |
|---|---|---|
| **Number of Days Claimed:** | 45 | |
| **Days Claimed (1999):** | 0 | |
| **Days Claimed (2000):** | 6 | |
| **Days Claimed (2001):** | 39 | |
| **Equipment Rental Rate per Month (Estimated per SB):** | $97,440.00 | |
| **Calculated Daily Rate:** | $3,248.00 | |

| | |
|---|---|
| **Equipment Total (1999):** | $0.00 |
| **Equipment Total (2000):** | $19,488.00 |
| **Equipment Total (2001):** | $126,672.00 |
| **Total Equipment (1999 to 2001):** | $146,160.00 |

## ***Labor Costs:***

| | | |
|---|---|---|
| **Required Number of Personnel to Operate Booster (Daily):** | 3 | |
| **Booster Operational Hours per Day:** | 24 | |
| **Personnel Shifts per Day:** | 2 | |
| **Manhours per Day:** | 72 | |
| **Per Diem per Individual:** | $25.00 | |
| **Average Hourly Payroll Rate:** | $15.64 | |
| **Payroll Subtotal:** | $1,125.89 | |
| **Per Diem Costs:** | $150.00 | |
| **Payroll and Per Diem Subtotal:** | $1,275.89 | |
| **P & I Insurance - Marine Operations (4.43%)** | $56.52 | 4.43% |
| **Payroll Subtotal w/Insurance:** | $1,332.41 | |
| **Payroll Taxes (8.20%)** | $109.26 | 8.20% |
| **Total Payroll Cost per Day:** | $1,441.66 | |

| | |
|---|---|
| **Total Payroll Cost for Claimed Days (1999):** | $0.00 |
| **Total Payroll Cost for Claimed Days (1999):** | $8,649.99 |
| **Total Payroll Cost for Claimed Days (1999):** | $56,224.91 |
| **Total Payroll Cost for Claimed Days (1999 to 2001):** | $64,874.90 |

13

*Renda Marine, Inc.*
*Upper Bayou Dredging Project*
*Payroll Rate Calculation*

Data from Certified Payroll Reports:

| Week Ending | Total Hours | Gross Total Pay | Hourly | Input Employee Data | Notes |
|---|---|---|---|---|---|
| 11/7/1999 | 2,610.0 | $37,161.00 | $14.24 | * | |
| 11/14/1999 | 2,670.0 | $38,777.75 | $14.52 | * | |
| 11/21/1999 | 2,635.0 | $38,001.13 | $14.42 | * | |
| 11/28/1999 | 2,511.0 | $39,712.25 | $15.82 | * | |
| 12/5/1999 | 2,528.5 | $35,994.38 | $14.24 | * | |
| 12/12/1999 | 2,666.0 | $38,479.00 | $14.43 | * | |
| 12/19/1999 | 2,765.0 | $39,715.25 | $14.36 | * | |
| 12/26/1999 | 2,178.0 | $37,170.50 | $17.07 | * | |
| 1/2/2000 | 1,954.0 | $27,046.50 | $13.84 | * | |
| 1/9/2000 | 2,656.5 | $37,827.75 | $14.24 | * | |
| 1/16/2000 | 2,791.0 | $39,772.75 | $14.25 | * | |
| 1/23/2000 | 2,666.0 | $37,662.13 | $14.13 | * | |
| 1/30/2000 | 2,277.0 | $32,098.25 | $14.10 | * | |
| 2/6/2000 | 2,201.0 | $32,641.75 | $14.83 | * | |
| 2/13/2000 | 2,220.0 | $30,898.00 | $13.92 | * | |
| 2/20/2000 | 2,184.0 | **$33,854.00** | $15.50 | * | (missing Page 3, repeated page 2) |
| 2/27/2000 | 2,379.0 | $35,102.50 | $14.76 | * | |
| 3/5/2000 | 2,470.0 | $36,500.50 | $14.78 | * | |
| 3/12/2000 | 2,545.5 | $38,578.26 | $15.16 | * | |
| 3/19/2000 | 2,654.5 | $48,981.13 | $18.45 | * | |
| 3/26/2000 | 2,531.0 | $39,271.38 | $15.52 | | **$39,270.88 Check** |
| 4/2/2000 | 2,897.0 | $49,669.76 | $17.15 | | |
| 4/9/2000 | 2,698.0 | $40,625.13 | $15.06 | * | |
| 4/16/2000 | 2,808.5 | $43,194.88 | $15.38 | | |
| 4/23/2000 | 2,660.0 | $40,146.63 | $15.09 | | |
| 4/30/2000 | 2,896.0 | $45,976.85 | $15.88 | * | |
| 5/7/2000 | 3,257.5 | $51,824.76 | $15.91 | | |
| 5/14/2000 | 3,060.0 | $48,634.01 | $15.89 | | |
| 5/21/2000 | 2,847.0 | $44,384.88 | $15.59 | | |
| 5/28/2000 | 3,170.0 | $50,153.00 | $15.82 | | |
| 6/4/2000 | 2,211.0 | $36,275.50 | $16.41 | | |
| 6/11/2000 | 2,052.0 | $31,360.50 | $15.28 | | |
| 6/18/2000 | 2,668.0 | $41,319.75 | $15.49 | | |
| 6/25/2000 | 2,763.0 | $44,942.50 | $16.27 | | |
| 7/2/2000 | 2,647.0 | $40,773.75 | $15.40 | | |
| 7/9/2000 | 2,798.0 | $49,692.33 | $17.76 | | |
| 7/16/2000 | 3,156.0 | $49,714.75 | $15.75 | | |
| 7/23/2000 | 2,509.0 | $39,759.50 | $15.85 | | |
| 7/30/2000 | 2,592.0 | $38,756.14 | $14.95 | | |
| 8/6/2000 | 2,813.5 | $44,186.01 | $15.70 | | |
| 8/13/2000 | 2,724.0 | $43,582.01 | $16.00 | | |
| 8/20/2000 | 2,717.0 | $42,977.39 | $15.82 | | |
| 8/27/2000 | 2,908.0 | $44,710.00 | $15.37 | | |
| 9/3/2000 | 2,927.5 | $44,483.14 | $15.19 | | |
| 9/10/2000 | 3,037.5 | $49,719.39 | $16.37 | | |
| 9/17/2000 | 3,263.5 | $50,241.82 | $15.40 | | |
| 9/24/2000 | 2,233.0 | $35,160.88 | $15.75 | | |
| 10/1/2000 | 2,421.5 | $39,473.88 | $16.30 | | |
| 10/8/2000 | 2,813.0 | $43,297.13 | $15.39 | | |
| 10/15/2000 | 2,616.5 | $39,781.88 | $15.20 | | |
| 10/22/2000 | 3,404.5 | $54,011.95 | $15.86 | | |
| 10/29/2000 | 3,533.5 | $53,385.20 | $15.11 | | |
| 11/5/2000 | 2,923.0 | $46,028.21 | $15.75 | | |
| 11/12/2000 | 3,453.0 | $57,936.42 | $16.78 | | |
| 11/19/2000 | 3,087.5 | $49,162.84 | $15.92 | | |
| 11/26/2000 | 2,670.5 | $46,213.81 | $17.31 | | |
| 12/3/2000 | 3,318.5 | $50,730.30 | $15.29 | | |
| 12/10/2000 | 3,335.0 | $51,431.75 | $15.42 | | |
| 12/17/2000 | 3,148.5 | $48,344.90 | $15.35 | | |
| 12/24/2000 | 2,383.0 | $35,324.01 | $14.82 | | |
| 12/31/2000 | 1,665.0 | $28,200.50 | $16.94 | | |
| 1/7/2001 | 2,218.0 | $37,696.25 | $17.00 | | |
| 1/14/2001 | 2,659.0 | $44,306.25 | $16.66 | | |
| 1/21/2001 | 3,145.0 | $50,766.65 | $16.14 | | |
| 1/28/2001 | 2,937.0 | $48,415.30 | $16.48 | | |
| 2/4/2001 | 2,957.0 | $48,134.65 | $16.28 | | |
| 2/11/2001 | 3,049.0 | $50,833.40 | $16.67 | | |
| 2/18/2001 | 2,826.0 | $47,722.05 | $16.89 | | |
| 2/25/2001 | 2,595.0 | $43,093.30 | $16.61 | | |
| 3/4/2001 | 3,104.0 | $48,389.18 | $15.59 | | |
| 3/11/2001 | 2,977.0 | $49,468.96 | $16.62 | | |
| 3/18/2001 | 2,702.0 | $43,552.50 | $16.12 | | |
| 3/25/2001 | 2,685.0 | $44,642.13 | $16.63 | | |
| 4/1/2001 | 2,762.0 | $44,028.75 | $15.94 | | |
| 4/8/2001 | 2,828.0 | $44,065.98 | $15.58 | | |
| 4/15/2001 | 2,768.0 | $43,789.75 | $15.82 | | |
| 4/22/2001 | 2,553.0 | $38,674.25 | $15.15 | | |
| 4/29/2001 | 2,489.5 | $37,356.88 | $15.01 | | |

**Average Hourly Rate: $15.64**

| | |
|---|---|
| **$3,325,770** | **Total of Weekly Payrolls Above** |
| **78** | **Number of Weeks of Payroll Data Above** |
| **$42,638** | **Average Payroll per Week** |
| **85.00%** | |
| **$36,242** | **Average Weekly Dredge Payroll (85% of Total)** |
| **$5,177** | **Average Daily Dredge Payroll (85% of Total)** |

14

***Renda Marine, Inc.***
***Upper Bayou Dredging Project***
***Mechanical Levee Labor and Equipment - Proposed Deductions***

**Note: Claim numbers refer to last two digits of DCAA Audit Report Numbers**

| Claim Item | % | Claim 5 | Claim 6 | Claim 7 | Claim 8 | Claim 9 | Claim 11 | Total |
|---|---|---|---|---|---|---|---|---|
| Total Labor | | $90,059.25 | $11,906.00 | n/a | n/a | n/a | $6,776.25 | $108,741.50 |
| Total Equipment | | $269,565.00 | $32,996.00 | $6,253.00 | $26,204.00 | $0.00 | $88,743.00 | $423,761.00 |
| | | | | | | | | |
| **Total Direct Costs** | | **$359,624** | **$44,902** | **$6,253** | **$26,204** | **$0** | **$95,519** | **$532,503** |
| | | | | | | | | |
| Resident Home Office Overhead | 15.88% | $57,108.33 | $7,130.44 | $992.98 | $4,161.20 | $0.00 | $15,168.46 | $84,561.40 |
| Corporate Home Office Overhead | 6.60% | $23,735.20 | $2,963.53 | $412.70 | $1,729.46 | $0.00 | $6,304.27 | $35,145.17 |
| | | | | | | | | |
| **Total with Overhead** | | **$440,468** | **$54,996** | **$7,659** | **$32,095** | **$0** | **$116,992** | **$652,209** |
| | | | | | | | | |
| Profit | 10.00% | $44,046.78 | $5,499.60 | $765.87 | $3,209.47 | $0.00 | $11,699.20 | $65,220.91 |
| Bond | 0.65% | $2,863.04 | $357.47 | $49.78 | $208.62 | $0.00 | $760.45 | $4,239.36 |
| | | | | | | | | |
| **Total with Overhead, Profit and Bond** | | **$487,378** | **$60,853** | **$8,474** | **$35,513** | **$0** | **$129,452** | **$721,669** |
| | | | | | | | | |
| **Original Claim Amount** | | **$1,607,855** | **$1,049,173** | **$170,863** | **$2,126,083** | **$1,158,642** | **$1,123,884** | **$7,236,500** |
| | | | | | | | | |
| **Proposed Claim Amount** | | **$1,120,477** | **$988,320** | **$162,389** | **$2,090,570** | **$1,158,642** | **$994,432** | **$6,514,831** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total Indirect Costs** | | **$127,753** | **$15,951** | **$2,221** | **$9,309** | **$0** | **$33,932** | **$189,167** |
| Total Direct Costs (Calculated) | | $359,624 | $44,902 | $6,253 | $26,204 | $0 | $95,519 | $532,503 |
| **Total Direct Costs (From Above)** | | **$359,624** | **$44,902** | **$6,253** | **$26,204** | **$0** | **$95,519** | **$532,503** |
| Difference (Check) | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

*Renda Marine, Inc.*
*Upper Bayou Dredging Project*
***Mechanical Levee Equipment - Proposed Deductions***

**Note: Total Cost Amounts are From DCAA Audit Reports, claim numbers refer to last two digits of DCAA Audit Report Numbers**

| Claim 5 | | Claim 6 | | Claim 7 | | Claim 8 | | Claim 9 | | Claim 11 | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Item No.** | **Total Cost** | **Item No.** | **Total Cost** | **Item** | **Total Cost** | **Item** | **Total Cost** | **Item** | **Total Cost** | **Item No.** | **Total Cost** | **All Claims** |
| 30 | $78,176 | 30 | $8,143 | John Deere Gator | $129 | John Deere Gator | $387 | n/a | n/a | 30 | $27,484 | $114,319 |
| 31 | $35,152 | 31 | $8,143 | Rented John Deere bulldozer | $305 | Komatsu Track Excavator | $3,438 | | | 31 | $26,059 | $73,097 |
| 33 | $18,558 | 32 | $7,501 | | | | | | | 33 | $19,616 | $45,675 |
| 46 | $2,084 | 33 | $5,769 | | | | | | | 63 | $11,824 | $19,677 |
| 53 | $2,248 | 63 | $3,440 | | | | | | | | | $5,688 |
| 63 | $14,608 | | | | | | | | | | | $14,608 |
| 64 | $4,720 | | | Caterpillar bulldozer | $3,122 | Caterpillar bulldozer | $15,524 | | | 65 | $3,760 | $27,126 |
| 65 | $2,764 | | | Caterpillar bulldozer | $2,307 | Caterpillar bulldozer | $4,587 | | | | | $9,658 |
| 71 | $1,250 | | | | | | | | | | | $1,250 |
| 72 | $35,001 | | | | | | | | | | | $35,001 |
| 74 | $4,243 | | | Ford pick-up truck | $273 | Ford pick-up truck | $2,268 | | | | | $6,784 |
| 75 | $5,887 | | | | | | | | | | | $5,887 |
| 76 | $15,250 | | | | | | | | | | | $15,250 |
| 77 | $7,369 | | | Ford pick-up truck | $117 | | | | | | | $7,486 |
| 78 | $4,552 | | | | | | | | | | | $4,552 |
| 79 | $5,745 | | | | | | | | | | | $5,745 |
| 80 | $5,797 | | | | | | | | | | | $5,797 |
| 81 | $5,885 | | | | | | | | | | | $5,885 |
| 82 | $3,294 | | | | | | | | | | | $3,294 |
| 84 | $4,341 | | | | | | | | | | | $4,341 |
| 85 | $1,826 | | | | | | | | | | | $1,826 |
| 86 | $3,270 | | | | | | | | | | | $3,270 |
| 87 | $3,809 | | | | | | | | | | | $3,809 |
| 88 | $3,736 | | | | | | | | | | | $3,736 |
| **Totals** | **$269,565** | | **$32,996** | | **$6,253** | | **$26,204** | | **$0** | | **$88,743** | **$423,761** |

**Audit Report No. 3511-2003M17200005**

We noted that the contractor included levee equipment in the claim. In information previously provided, the COE advised the only equipment that should be considered for this changed condition would be that associated with the dredge. Levee operation equipment should not be part of equipment costs. Accordingly, we question all such costs, except for one of the two lighting sets. According to Mr. Smith, one of the two lighting sets was for use on a barge, which would not be levee-related, while the other lighting set is for the island, which to us would be levee-related. On May 23, 2002, the COE made additions to the listing of levee equipment, by way of a fax to our office. We calculated our questioned cost as follows:

| Item No. | Equipment Description | Cost* Claimed/ Questioned |
|---|---|---|
| 20 | Linkbelt 3800 Excavator | $ 46,842 |
| 22 | Skid Loader #450 | 21,158 |
| 23 | Skid Loader #380B450 | 21,158 |
| 26 | Marsh Buggy w/Caterpillar Excavator | 85,103 |
| 27 | Marsh Buggy w/Dragline Crane | 85,103 |
| 30 | Caterpillar bulldozer D6H | 78,176 |
| 31 | Caterpillar bulldozer D6H | 35,152 |
| 33 | Caterpiller Dump Truck D275B | 18,558 |
| 34 | Lighting set, trailer mounted | 7,496 |
| 46 | John Deere Gator 6x6 | 2,084 |
| 53 | Volvo Articulated Truck | 2,248 |
| 54 | Diesel Welder | 1,248 |
| 56 | Diesel Welder | 34 |
| 63 | Komatsu Track Excavator #A81305 | 14,608 |
| 64 | Komatsu Track Excavator #82323 | 4,720 |
| 65 | Komatsu Track Excavator #84180 | 2,764 |
| 66 | John Deere Dozer | 9,994 |
| 68 | Caterpillar bulldozer D5H | 1,250 |
| 71 | Caterpiller Dump Truck D275B | 1,250 |
| 72 | Komatsu Dozer | 35,001 |
| 74 | Komatsu Track Excavator #104594 | 4,243 |
| 75 | John Deere Dozer D850C | 5,887 |
| 76 | John Deere Track Excavator JD230LC | 15,250 |
| 77 | John Deere Track Excavator JD450LC | 7,369 |
| 78 | Linkbelt LS4300 Excavator | 4,552 |
| 79 | Bell B25C Articulated Dump | 5,745 |
| 80 | Bell B25C Articulated Dump | 5,797 |
| 81 | Bell B25C Articulated Dump | 5,885 |
| 82 | Bell B25C Articulated Dump | 3,294 |
| 84 | Komatsu Dozer D68P | 4,341 |
| 85 | Caterpillar 950E Loader | 1,826 |
| 86 | Caterpilar 120G Motor Grader | 3,270 |
| 87 | Komatsu Dozer D65PX | 3,809 |
| 88 | Komatsu Dozer D65PX | 3,736 |
| | Total Questioned Cost | $ 548,951 |

*Includes both working and standby costs. Minor differences are due to rounding.

**Audit Report No. 3511-2003M17200006**

| Equipment Description | Claimed Rate (a) | Claimed Life (b) | EM Rate (c) | EM Life (d) | Questioned Rate (e)=(a)-(c) | Claimed Hours (f) | Questioned Cost (g)=(e)x(f) |
|---|---|---|---|---|---|---|---|
| Hydraulic Dredge Millennium | | 10 years | | 25 years | | | |
| Effective Time | $831.83 | | $626.78 | | $205.05 | 116.6 | $23,909 |
| Non-Effective Time | $542.49 | | $359.91 | | $182.58 | 123.4 | $22,530 |
| Questioned Cost | | | | | | | $46,439 |

| Item No. | Equipment Description | Cost* Claimed/ Questioned |
|---|---|---|
| 20 | Linkbelt 3800 Excavator | $ 5,627 |
| 22 | Skid Loader #450 | 5,718 |
| 23 | Skid Loader #380B450 | 5,718 |
| 26 | Marsh Buggy w/Caterpillar Excavator | 8,183 |
| 27 | Marsh Buggy w/Dragline Crane | 8,183 |
| 30 | Caterpillar bulldozer D6H | 8,143 |
| 31 | Caterpillar bulldozer D6H | 8,143 |
| 32 | Caterpillar bulldozer D8L | 7,501 |
| 33 | Caterpiller Dump Truck D275B | 5,769 |
| 34 | Lighting set, trailer mounted | 721 |
| 63 | Komatsu Track Excavator #A81305 | 3,440 |
| 68 | Caterpillar bulldozer D5H | 2,288 |
| | Total Questioned Cost | $ 69,434 |

*Includes both working and standby costs Minor differences are due to rounding

We also question labor costs of $17,859, due to our excluding levee labor costs from the subject claim. Labor costs were verifiable to certified payroll data.

As a result, of questioning equipment and labor costs and applying them to measured mile criteria, we question $23,330 and reduce the measured mile costs claimed downward to $47,697 for 1.75 "should have been" production days.

d. Contractor's Reaction:

Contractor does not agree with costs questioned (see Note 1d).

e. Auditor's Response:

See Note 1e.

which to us would be levee-related. On May 23, 2002, the COE made additions to the listing of levee equipment, by way of a fax to our office. We calculated our questioned cost as follows:

| Equipment Description | Cost* Claimed/ Questioned |
|---|---|
| Linkbelt 3800 Excavator | $2,438 |
| Marsh Buggy w/Caterpillar Excavator | 3,137 |
| Marsh Buggy w/Dragline Crane | 3,137 |
| Caterpillar bulldozer | 3,122 |
| Caterpillar bulldozer | 2,307 |
| Lighting set, trailer mounted | 276 |
| Ford pick-up truck | 165 |
| Ford pick-up truck | 151 |
| Ford pick-up truck | 273 |
| Ford pick-up truck | 117 |
| John Deere Gator | 129 |
| Rented air compressor | 273 |
| Rented air compressor | 74 |
| Rented John Deere bulldozer | 305 |
| Total Questioned Cost | $15,903 |

*Includes both working and standby costs; minor differences are due to rounding

We noted that the contractor categorized the pipeline as standby, while the pipeline joints were categorized as working. The working rate for the joints is $20.99, while the standby rate is $7.01. We regard this as inconsistent and questioned the difference, $13.98, in the rates. This resulted in a questioned cost of $881 ($13.98 x 63 hours).

d. Contractor's Reaction:

Mr. Smith stated that he will obtain the actual depreciation expenses of the Millennium and the booster barge, and use those recorded costs in lieu of those resulting from the manual's 25 year lives for both. As stated, these are the depreciation expenses for ten and six year lives, respectively.

Mr. Smith concurred with our use of lower acquisition costs for the dredge and the booster barge. He said, however, that he would encourage RMI to capitalize the labor costs that are currently expensed, to support RMI's estimates of the acquisition costs of these assets.

The contractor disagreed with our questioning of the levee equipment. He asserts that these are actual costs that the contractor must recover.

Also, Mr. Smith concurred that the pipeline joints should be categorized as standby. However, since we had already questioned all of the pipeline joints because they are not associated with the dredge, this did not result in any additional questioned cost.

| Equipment Description | Cost* Claimed/ Questioned |
|---|---|
| Linkbelt 3800 Excavator | $13,019 |
| Marsh Buggy w/Caterpillar Excavator | 6,546 |
| Marsh Buggy w/Dragline Crane | 3,461 |
| Caterpillar bulldozer | 15,524 |
| Caterpillar bulldozer | 4,587 |
| Lighting set, trailer mounted | 2,780 |
| Ford pick-up truck | 1,648 |
| Ford pick-up truck | 2,268 |
| John Deere Gator | 387 |
| Komatsu Track Excavator | 3,438 |
| Total Questioned Cost | $53,657 |

*Includes both working and standby costs.
Minor differences are due to rounding.

We noted that the contractor categorized the pipeline as standby, while the pipeline joints were categorized as working. The working rate for the joints is $20.99, while the standby rate is $7.01. We regard this as inconsistent and questioned the difference, $13.98, in the rates. This resulted in a questioned cost of $11,866 ($13.98 x 848.8 hours).

For the rented spud barge, the contractor used an equipment rate of $113.33 per day. The invoice shows a cost of $170.00 per day. The difference of $56.67, when multiplied by 39 rental days, results in -$2,210.

In an April 30, 2002, e-mail from the COE, it was specified that land based equipment was not used for more than 12 hours a day. We note that for some land base equipment items, RMI proposed 462.8 hours over 35.5 days of delay, which equates to 13 hours per day. For reasons of materiality, we did not question the one hour overage.

d. Contractor's Reaction:

Mr. Smith stated that he will obtain the actual depreciation expenses of the Millennium and the booster barge, and use those recorded costs in lieu of those resulting from the manual's 25 year lives for both. As stated, these are the depreciation expenses for ten and six year lives, respectively.

Mr. Smith concurred with our use of lower acquisition costs for the dredge and the booster barge. He said, however, that he would encourage RMI to capitalize the labor costs that are currently expensed, to support RMI's estimates of the acquisition costs of these assets. These are RMI's in-house labor costs, used to partially construct the equipment.

Mr. Smith disagreed with our questioning of the levee equipment. He stated that these are actual costs that the contractor must recover.

| Equipment Description | Cost* Claimed/ Questioned |
|---|---|
| Linkbelt 3800 Excavator | $1,951 |
| Marsh Buggy w/Caterpillar Excavator | 2,732 |
| Marsh Buggy w/Dragline Crane | 2,732 |
| Caterpillar bulldozer | 2,014 |
| Lighting set, trailer mounted | 1,622 |
| Ford pick-up truck | 911 |
| Total Questioned Cost | $11,962 |

*Includes both working and standby costs

We noted that the contractor categorized the pipeline as standby, while the pipeline joints were categorized as working. The working rate for the joints is $20.99, while the standby rate is $7.01. We regard this as inconsistent and questioned the difference of $13.98, in the rates. This resulted in a questioned cost of $7,489 ($13.98 x 535.7 hours).

For the rented spud barge, the contractor used an equipment rate of $113.33 per day. The invoice shows a cost of $170.00 per day. The difference of $56.67, when multiplied by 23 rental days, results in negative costs of $1,303.

d. Contractor's Reaction:

Mr. Smith stated that he will try to obtain the actual depreciation expense of the Millennium and the booster barge, and use those recorded costs in lieu of those resulting from the manual's 25 year lives for both. As stated, these are the depreciation expenses for ten and six year lives, respectively.

Mr. Smith concurred with our use of lower acquisition costs for the dredge and the booster barge. He said, however, that he would encourage RMI to capitalize the labor costs that are currently expensed, to support RMI's estimates of the acquisition costs of these assets. According to Mr. Smith, the two assets were partially self-constructed.

The contractor disagreed with our questioning of the levee equipment. These are actual costs that the contractor must recover.

Mr. Smith concurred that the pipeline joints should be categorized as standby. However, because we had already questioned all of the pipeline joints because they are not associated with the dredge, this did not result in any additional questioned cost.

Mr. Smith concurred that the daily equipment rate for the spud barge had been understated.

Audit Report No. 3511-2003M17200011

We noted that the contractor included levee equipment in the claim. In information previously provided, the COE advised the only equipment that should be considered for this changed condition would be that associated with the dredge. Levee operation equipment should not be part of equipment costs. Accordingly, we question all such costs, except for one of the two lighting sets. According to Mr. Smith, one of the two lighting sets was for use on a barge, which would not be levee-related, while the other lighting set is for the island, which to us would be levee-related. On May 23, 2002, the COE made additions to the memorandum's listing, by way of a fax to our office. We calculated our questioned cost as follows:

| | | Claimed/Questioned | | | |
|---|---|---|---|---|---|
| Item | Equipment Description | Working | Rental Days | Standby | Total |
| 20 | Linkbelt 3800 Excavator | 19,694 | | | 19,694 |
| 22 | Skid Loader #450 | 18,870 | | | 18,870 |
| 23 | Skid Loader #380B450 | 18,870 | | | 18,870 |
| 26 | Marsh Buggy w/Caterpillar Excavator | 28,640 | | | 28,640 |
| 27 | Marsh Buggy w/Dragline Crane | 28,640 | | | 28,640 |
| 30 | Caterpillar bulldozer D6H | 27,484 | | | 27,484 |
| 31 | Caterpillar bulldozer D6H | 26,059 | | | 26,059 |
| 33 | Caterpillar Dump Truck D275B | 19,616 | | | 19,616 |
| 34 | Lighting set, trailer mounted | 2,523 | | | 2,523 |
| 54 | Diesel Welder | 697 | 453 | | 1,150 |
| 63 | Komatsu Track Excavator #A81305 | 3,615 | 7,740 | 469 | 11,824 |
| 65 | Komatsu Track Excavator #84180 | 797 | 2,155 | 808 | 3,760 |
| | Total Questioned Cost | $ 195,505 | $10,348 | $ 1,277 | $ 207,130 |

In an April 30, 2002, e-mail from the COE, it was specified that land based equipment was not used for more than 12 hours a day. We note that for some land base equipment items, RMI proposed 462.8 hours over 35.5 days of delay, which equates to 13 hours per day. For reasons of materiality, we did not question the one hour overage.

d. Contractor's Reaction:

Mr. Smith stated that he will obtain the actual depreciation expenses of the Millennium, and use those recorded costs in lieu of the manual's 25 year depreciation.

Mr. Smith concurred with our use of lower acquisition costs for the dredge. He said, however, that he would encourage RMI to capitalize the labor costs that are currently expensed, to support RMI's estimates of the acquisition costs of this asset. These are RMI's in-house labor costs, used to partially construct the equipment.

Mr. Smith disagreed with our questioning of the levee equipment. He stated that these are actual costs that the contractor must recover.

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

FLARE AREA
PAYROLL SUMMARY - MEASURED MILE PERIOD

| Week Ending | Renda Total Project Payroll: Gross Pay Amount | Benefits | Net Pay Amount |
|---|---|---|---|
| 30-Jan-00 | 12,639.50 | - | - |
| 6-Feb-00 | 19,816.50 | - | - |
| 20-Feb-00 | 21,159.00 | - | - |
| Totals | 53,615.00 | 0.00 | 0.00 |

| Week Ending | Renda Dredging Payroll: Gross Pay Amount | | |
|---|---|---|---|
| 30-Jan-00 | 10,550.00 | | |
| 6-Feb-00 | 16,824.50 | | |
| 20-Feb-00 | 18,415.00 | | |
| Totals | 45,789.50 | | |

| Week Ending | Renda Levee Payroll: Gross Pay Amount | | |
|---|---|---|---|
| 30-Jan-00 | 2,089.50 | | |
| 6-Feb-00 | 2,992.00 | | |
| 20-Feb-00 | 2,744.00 | | |
| Totals | 7,825.50 | | |

**Measured Mile Period - (28Jan00 - 18Feb00)**

| | |
|---|---|
| Gross Payroll: | 45,789.50 |
| P&I Insurance: | $2,028.47 |
| Payroll Taxes: | $3,754.74 |
| **Totals:** | **$51,572.71** |

**Measured Mile Period - (28Jan00 - 18Feb00)**

| | |
|---|---|
| Gross Payroll: | 7,825.50 |
| Workman's Comp. Insurance: | $568.13 |
| Payroll Taxes: | $641.69 |
| **Totals:** | **$9,035.32** |

**Grand Total:** **$60,608.04**

| Tax & Insurance Percentages | |
|---|---|
| P&I Insurance: | 4.43% |
| Workman's Compensation Insurance: | 7.26% |
| Company Tax Rate: | 8.20% |

**Measured Mile Period :** **28-Jan-00, 29-Jan-00, 30-Jan-00, 31-Jan-00, 01-Feb-00, 02-Feb-00, 03-Feb-00, 15-Feb-00, 16-Feb-00, 17-Feb-00, 18-Feb-00**

MEASURED MILE AVERAGE COST PER DAY: **$6,060.80**

*Renda Marine, Inc.*
*Upper Bayou Dredging Project*
*Mechanical Levee Labor - Proposed Deductions*

**Note: This analysis assumes the same labor cost for both hydraulic and mechanical levee personnel, Claim Numbers refer to last two digits of DCAA Audit Report Numbers**

| Claim | "Levee" Labor Included in BS Claims | Total Days in Claim | Total Levee Personnel | Estimated Hydraulic Levee Personnel | Estimated Mechanical Levee Personnel | Estimated Mechanical Levee Labor Amount |
|---|---|---|---|---|---|---|
| Claim 5 | $120,079 | 104 | 16 | 4 | 12 | $90,059 |
| Claim 6 | $17,859 | 19 | 9 | 3 | 6 | $11,906 |
| Claim 7 | $0 | 4 | n/a | n/a | n/a | n/a |
| Claim 8 | $0 | 39 | n/a | n/a | n/a | n/a |
| Claim 9 | $0 | 23 | n/a | n/a | n/a | n/a |
| Claim 11 | $9,035 | 35 | 16 | 4 | 12 | $6,776 |
| | | | | | | |
| **Totals** | **$146,973** | | | | | **$108,742** |

For the rented Spud Barge, the contractor used an equipment rate of $113.33 per day. The invoice shows a cost of $170.00 per day. The difference of $56.67, when multiplied by 66 rental days, results in ($3,740).

In an April 30, 2002, e-mail from the COE, it was specified that land based equipment was not used for more than 12 hours a day. We note that for some land base equipment items, RMI proposed 462.8 hours over 35.5 days of delay, which equates to 13 hours per day. For reasons of materiality, we did not question the one hour overage.

We also question labor costs of $120,079 based on the technical evaluator's advice that such costs do not belong in the subject dredging claim.

d. Contractor's Reaction:

Mr. Smith stated that he will obtain the actual depreciation expenses of the dredge Millennium, and use those recorded costs in lieu of the manual's 25 year depreciation.

Mr. Smith concurred with our use of lower acquisition costs for the dredge and the hydraulic booster pump. He said, however, that he would encourage RMI to capitalize the labor costs that are currently expensed, to support RMI's estimates of the acquisition costs of these assets. These are RMI's in-house labor costs, used to partially construct the equipment.

Mr. Smith disagreed with our questioning of the levee equipment. He stated that these are actual costs that the contractor must recover.

e. Auditor's Response:

We do not concur that ten years is a reasonable estimated life for the dredge in the absence of supporting historical data. Nor, do we concur that six years is a reasonable estimate for the life of the booster barge in the absence of historical or other supporting data.

We do not concur that the contractor should change its capitalization policy in regards to in-house labor costs to partially construct the dredge and the booster barge, assuming the existence of such costs. The Book Asset Detail reports for FY 2000 and FY 2001 clearly show that it is not RMI's practice to capitalize such costs.

As of the date of this report, the contractor has not provided actual depreciation expenses to support claimed costs.

We welcome the contractor's concurrence regarding the use of the daily equipment rate for the Spud Barge.

| Equipment Description | Claimed Rate (a) | Claimed Life (b) | EM Rate (c) | EM Life (d) | Questioned Rate (e)=(a)-(c) | Claimed Hours (f) | Questioned Cost (g)=(e)x(f) |
|---|---|---|---|---|---|---|---|
| Hydraulic Dredge Millennium | | 10 years | | 25 years | | | |
| Effective Time | $831.83 | | $626.78 | | $205.05 | 116.6 | $23,909 |
| Non-Effective Time | $542.49 | | $359.91 | | $182.58 | 123.4 | $22,530 |
| Questioned Cost | | | | | | | $46,439 |

| Item No. | Equipment Description | Cost* Claimed/ Questioned |
|---|---|---|
| 20 | Linkbelt 3800 Excavator | $ 5,627 |
| 22 | Skid Loader #450 | 5,718 |
| 23 | Skid Loader #380B450 | 5,718 |
| 26 | Marsh Buggy w/Caterpillar Excavator | 8,183 |
| 27 | Marsh Buggy w/Dragline Crane | 8,183 |
| 30 | Caterpillar bulldozer D6H | 8,143 |
| 31 | Caterpillar bulldozer D6H | 8,143 |
| 32 | Caterpillar bulldozer D8L | 7,501 |
| 33 | Caterpiller Dump Truck D275B | 5,769 |
| 34 | Lighting set, trailer mounted | 721 |
| 63 | Komatsu Track Excavator #A81305 | 3,440 |
| 68 | Caterpillar bulldozer D5H | 2,288 |
| | Total Questioned Cost | $ 69,434 |

*Includes both working and standby costs Minor differences are due to rounding

We also question labor costs of $17,859, due to our excluding levee labor costs from the subject claim. Labor costs were verifiable to certified payroll data.

As a result, of questioning equipment and labor costs and applying them to measured mile criteria, we question $23,330 and reduce the measured mile costs claimed downward to $47,697 for 1.75 "should have been" production days.

d. Contractor's Reaction:

Contractor does not agree with costs questioned (see Note 1d).

e. Auditor's Response:

See Note 1e.

e. Auditor's Response:

We do not concur that ten years is a reasonable estimated life for the dredge in the absence of supporting data. Nor do we concur that six years is a reasonable estimate for the life of the booster barge in the absence of historical or other supporting data.

We do not concur that the contractor should change its capitalization policy in regards to in-house labor costs to partially construct the dredge and the booster barge, assuming the existence of such costs. The Book Asset Detail reports for FY 2000 and FY 2001 clearly show that it is not RMI's practice to capitalize such costs.

As of the date of this report, the contractor has not provided actual depreciation expenses to support claimed costs.

We welcome the contractor's concurrence regarding the use of the standby rate for the pipeline joints.

2. Labor

a. Summary of Conclusions:

We take no exception to the claimed cost of $18,460.

b. Basis of Contractor's Cost:

The contractor computed the claimed cost as follows:

| Description | Amount |
|---|---|
| Dredging Payroll Cost | $26,389 |
| Less: Levee Payroll Costs | 9,999 |
| Subtotal | $16,390 |
| Plus: P&I Insurance (4.43%) | 726 |
| Plus: Payroll Taxes (8.20%) | 1,344 |
| Net Amount Claimed | $18,460 |

To compute the levee payroll deduction, the contractor estimated that 50 percent of the dredging payroll cost for the week ended July 16, 2000, was related to levee work. For the week ended October 22, 2000, it estimated that 67 percent of the dredging payroll cost was related to levee work.

c. Audit Evaluation:

We examined the contractor's methodology and verified key calculations. We also examined RMI's Impacted Time Period Payroll Analysis, which shows the amount claimed per employee per pay period. The claimed straight-time labor rates are in the range of $8.00 to $16.00 per hour. The overtime rates are 50 percent higher. Both are reasonable, considering the

Mr. Smith concurred that the pipeline joints should be categorized as standby.

Mr. Smith concurred that the daily equipment rate for the spud barge had been understated.

e. Auditor's Response:

We do not concur that ten years is a reasonable estimated life for the dredge in the absence of supporting historical data. Nor do we concur that six years is a reasonable estimate for the life of the booster barge in the absence of historical or other supporting data.

We do not concur that the contractor should change its capitalization policy in regards to in-house labor costs to partially construct the dredge and the booster barge, assuming the existence of such costs. The Book Asset Detail reports for FY 2000 and FY 2001 clearly show that it is not RMI's practice to capitalize such costs.

As of the date of this report, the contractor has not provided actual depreciation expenses to support claimed costs.

We welcome the contractor's concurrence regarding the use of the standby rate for the pipeline joints and the daily equipment rate for the spud barge.

2. Labor

a. Summary of Conclusions:

We take no exception to the claimed cost of $226,858.

b. Basis of Contractor's Cost:

The contractor computed the claimed cost as follows:

| Description | Amount |
|---|---|
| Dredging Payroll Cost | $241,071 |
| Less: Productive Time | 39,652 |
| Subtotal | $201,419 |
| Plus: P&I Insurance (4.43%) | 8,923 |
| Plus: Payroll Taxes (8.20%) | 16,516 |
| Net Amount Claimed | $226,858 |

The dredging payroll cost is comprised of costs from December 2000 and January 2001. This period spans 35.5 calendar days, from December 4, 2000, to January 14, 2001. The productive time is the time within those days that the contractor was productive. The contractor alleges that an obstruction, specifically a sunken marker channel buoy, was struck on December 4, 2000.

e. Auditor's Response:

We do not concur that ten years is a reasonable estimated life for the dredge in the absence of supporting historical data. Nor do we concur that six years is a reasonable estimate for the life of the booster barge in the absence of historical or other supporting data.

We do not concur that the contractor should change its capitalization policy in regards to in-house labor costs to partially construct the dredge and the booster barge, assuming the existence of such costs. The Book Asset Detail reports for FY 2000 and FY 2001 clearly show that it is not RMI's practice to capitalize such costs.

At the date of this report, the contractor has not provided actual depreciation expenses to support claimed costs.

We welcome the contractor's concurrence regarding the use of the standby rate for the pipeline joints and the daily equipment rate for the spud barge.

2. Labor

a. Summary of Conclusions:

We take no exception to the claimed cost of $153,751.

b. Basis of Contractor's Cost:

The contractor computed the claimed cost as follows:

| **Description** | **Amount** |
|---|---|
| Dredging Payroll Cost | $136,510 |
| Plus: P&I Insurance (4.43%) | 6,047 |
| Plus: Payroll Taxes (8.20%) | 11,194 |
| Net Amount Claimed | $153,751 |

The contractor stated that it did not include any levee payroll costs.

c. Audit Evaluation:

We examined the contractor's methodology and verified key calculations. We also examined RMI's Impacted Time Period Payroll Analysis, which shows the amount claimed per employee per pay period. The Impacted Time Payroll Analysis is based on the project personnel payroll expense reports and the weekly certified payroll sheets. The claimed straight-time labor rates are in the range of $8.00 to $16.00 per hour. The overtime rates are 50 percent higher. Both are reasonable, considering the difficulty of the work. According to Mr. Smith, the crews routinely work 12 hour days, seven days a week. There are three such crews, allowing each crew

**Audit Report No. 3511-2003M17200011**

| Item No. | Equipment Description | Cost* Claimed/ Questioned |
|---|---|---|
| 20 | Linkbelt 3800 Excavator | $ 6,189 |
| 22 | Skid Loader #450 | 5,718 |
| 23 | Skid Loader #380B450 | 5,718 |
| 26 | Marsh Buggy w/Caterpillar Excavator | 9,001 |
| 27 | Marsh Buggy w/Dragline Crane | 9,001 |
| 30 | Caterpillar bulldozer D6H | 8,143 |
| 31 | Caterpillar bulldozer D6H | 8,143 |
| 33 | Caterpillar Dump Truck D275B | 6,346 |
| 34 | Lighting set, trailer mounted | 793 |
| 54 | Diesel Welder | 361 |
| 63 | Komatsu Track Excavator #A81305 | 3,676 |
| 65 | Komatsu Track Excavator #84180 | 1,176 |
| | Total Questioned Cost | $ 64,265 |

* Includes both working and standby costs Minor difference are due to rounding

We also question labor costs of $9,035, due to our excluding levee labor costs from the subject claim. Labor costs were verifiable to certified payroll data.

As a result, of questioning equipment and labor costs and applying them to measured mile criteria, we question $154,787 and reduce the measured mile costs claimed downward to $396,935 for 14.7 "should have been" production days.

d. Contractor's Reaction:

RMI does not agree with DCAA questioning the costs.

e. Auditor's Response:

Since the contractor has not provided DCAA with additional support or rationale to counter our audit opinion, we continue to question the costs as described above.

3. Job Field Cost

a. Summary of Conclusions:

We take no exception to the claimed costs of $15,281.

15

*Renda Marine, Inc.*
*Upper Bayou Dredging Project*
*Repair Invoice Duplication*

| | | |
|---|---|---|
| Amount Previously Claimed: | | $57,953.00 |
| Adjustment Total (Direct Costs Only): | | -$57,953.00 |
| Resident Home Office Overhead: | 15.88% | -$9,202.94 |
| Corporate Home Office Overhead: | 6.60% | -$3,824.90 |
| Adjustment Total (w/Overhead Costs Only): | | -$70,980.83 |
| Profit: | 10.00% | -$7,098.08 |
| Bond: | 0.65% | -$461.38 |
| Adjustment Total (w/Overhead and Profit Costs): | | -$78,540.29 |

Note: The repair Invoice amount was included in the Flare Area Claim (Claim 5) and the Obstructions Section 4 to 8 (Claim 8); $78,540 has been deducted from the Claim 8 - Obstructions - Sections 4 to 8.

16

**Renda Marine, Inc.**
**Upper Bayou Dredging Project**
**Pathfinder Construction Consulting, Inc. - Renda Marine, Inc. Billings and Claim Allocations**

| PCC Inv No. | Invoice/Expense Period | Rates: Hourly | Rates: Weekly | Time Worked: Hrs | Time Worked: Wks | Labor Cost: Hours | Labor Cost: Weeks | Expense Cost | Total Cost | % Contract Admin/REA Prep | % Claim | Prof Fees to be Allocated | 5 Flare REA Allocation | 6 South Ferry REA Allocation | 7 HL&P REA Allocation | 8 Obst#1 REA Allocation | 9 Obst#2 REA Allocation | 10 West Levee REA Allocation | 11 Sec7 REA Allocation | 12 Lost Lake REA Allocation | n/a Contract Admin Allocation | Work Performed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000-01 | 4Apr - 14Apr 2000 | $90.00 | $0.00 | 29.0 | 0.0 | $2,610.00 | $0.00 | $436.53 | $3,046.53 | 100.00% | 0.00% | $3,046.53 | | | | | | | | | $3,046.53 | Contract Admin | |
| 2000-06 | 21Oct - 2Nov 2000 | $0.00 | $3,000.00 | 0.0 | 2.0 | $0.00 | $6,000.00 | $1,326.86 | $7,326.86 | 100.00% | 0.00% | $7,326.86 | | | | | | | | | $7,326.86 | Contract Admin | Expense 40% of Total Invoice |
| 2000-07 | 5Nov - 3Dec 2000 | $0.00 | $3,000.00 | 0.0 | 4.0 | $0.00 | $12,000.00 | $3,013.55 | $15,013.55 | 50.00% | 50.00% | $7,506.78 | $3,753.39 | | | | | | | | $3,753.39 | 50% - SFL Claim, 50% - (Flare REA, Contract Admin) | |
| 2001-01 | 4Dec - 31Dec 2000 | $0.00 | $3,000.00 | 0.0 | 3.0 | $0.00 | $9,000.00 | $516.50 | $9,516.50 | 50.00% | 50.00% | $4,758.25 | $2,379.13 | | | | | | | | $2,379.13 | 50% - SFL Claim, 50% - (Flare REA, Contract Admin) | |
| | FY2000 Total: | | | 29.0 | 9.0 | $2,610.00 | $27,000.00 | $5,293.44 | $34,903.44 | | | | | | | | | | | | | | |
| 2001-02 | 1Jan - 4Feb 2001 | $0.00 | $3,000.00 | 0.0 | 5.0 | $0.00 | $15,000.00 | $4,103.47 | $19,103.47 | 67.00% | 33.00% | $12,799.32 | $6,399.66 | | | | | | | | $6,399.66 | 33% - SFL Claim, 67% - (Flare REA, Contract Admin) | |
| 2001-03 | 5Feb - 4Mar 2001 | $0.00 | $3,000.00 | 0.0 | 4.0 | $0.00 | $12,000.00 | $2,132.23 | $14,132.23 | 100.00% | 0.00% | $14,132.23 | $3,533.06 | | $3,533.06 | | | | $3,533.06 | | $3,533.06 | 100% - (Flare REA, HL&P REA, Sec7 REA, Contract Admin) | |
| 2001-04 | 5Mar - 1Apr 2001 | $0.00 | $3,000.00 | 0.0 | 4.0 | $0.00 | $12,000.00 | $2,825.22 | $14,825.22 | 88.00% | 12.00% | $13,046.19 | $3,261.55 | | $3,261.55 | | | | $3,261.55 | | $3,261.55 | 12% - SFL Claim, 88% - (Flare REA, HL&P REA, Sec7 REA, Contract Admin) | |
| 2001-05 | 2Apr - 6May 2001 | $0.00 | $3,000.00 | 0.0 | 5.0 | $0.00 | $15,000.00 | $2,492.10 | $17,492.10 | 90.00% | 10.00% | $15,742.89 | $3,148.58 | | $3,148.58 | $3,148.58 | | | $3,148.58 | | $3,148.58 | 10% - SFL Claim, 90% - (Flare REA, HL&P REA, Sec7 REA, Obstruction#1 REA, Contract Admin) | |
| 2001-06 | 7May - 3Jun 2001 | $0.00 | $3,000.00 | 0.0 | 4.0 | $0.00 | $12,000.00 | $5,532.52 | $17,532.52 | 100.00% | 0.00% | $17,532.52 | $4,383.13 | | $4,383.13 | | | $4,383.13 | | | $4,383.13 | 100% - (Flare REA, HL&P REA, West Levee REA, Contract Admin) | Expenses thru Jul2001 |
| 2001-07 | 2Jun - 1Jul 2001 | $0.00 | $3,000.00 | 0.0 | 3.0 | $0.00 | $9,000.00 | $1,623.56 | $10,623.56 | 100.00% | 0.00% | $10,623.56 | | | | $5,311.78 | | | | | $5,311.78 | 100% - (Obstruction#1 REA, Contract Admin) | Expenses thru Aug2001 |
| 2001-08 | 2Jul - 5Aug 2001 | $0.00 | $3,000.00 | 0.0 | 3.0 | $0.00 | $9,000.00 | $3,252.30 | $12,252.30 | 50.00% | 50.00% | $6,126.15 | | | $1,225.23 | $1,225.23 | $1,225.23 | $1,225.23 | | | $1,225.23 | 50% - SFL Claim, 50% - (HL&P REA, Obstruction#1 & #2 REA, West Levee REA, Contract Admin) | Expenses thru Oct2001 |
| 2001-09 | 6Aug - 2Sep 2001 | $0.00 | $3,000.00 | 0.0 | 4.0 | $0.00 | $12,000.00 | $1,149.74 | $13,149.74 | 10.00% | 90.00% | $1,314.97 | | | | | | | | | $1,314.97 | 90% - All Claims, 10% - Contract Admin | Expenses thru Oct2001 |
| 2002-01 | 3Sep - 30Sep 2001 | $100.00 | $3,000.00 | 36.0 | 4.0 | $3,600.00 | $12,000.00 | $5,457.05 | $21,057.05 | 10.00% | 90.00% | $2,105.71 | | | | | | | | | $2,105.71 | 90% - All Claims, 10% - Contract Admin | Expenses thru Dec2001 |
| 2002-02 | 1Oct - 4Nov 2001 | $100.00 | $3,000.00 | 92.0 | 5.0 | $9,200.00 | $15,000.00 | $3,387.00 | $27,587.00 | 0.00% | 100.00% | $0.00 | | | | | | | | | | 100% - All Claims | Expenses thru Feb2002 |
| 2002-03 | 5Nov - 30Dec2001 | $0.00 | $3,500.00 | 0.0 | 6.0 | $0.00 | $21,000.00 | $5,936.40 | $26,936.40 | 0.00% | 100.00% | $0.00 | | | | | | | | | | 100% - All Claims | Expenses thru Apr2002 |
| | FY2001 Total: | | | 128.0 | 47.0 | $12,800.00 | $144,000.00 | $37,891.59 | $194,691.59 | | | | | | | | | | | | | | |
| 2002-04 | 31Dec - 3Mar 2002 | $0.00 | $3,500.00 | 0.0 | 3.5 | $0.00 | $12,250.00 | $3,277.54 | $15,527.54 | 0.00% | 100.00% | $0.00 | | | | | | | | | | 100% - All Claims | Expenses thru Jun2002 |
| 2002-05 | Mar - Apr 2002 | $0.00 | $3,500.00 | 0.0 | 5.5 | $0.00 | $19,250.00 | $464.05 | $19,714.05 | 0.00% | 100.00% | $0.00 | | | | | | | | | | 100% - All Claims | Expenses thru Jul2002 |
| 2002-06 | May - Aug 2002 | $100.00 | $3,500.00 | 9.0 | 6.1 | $900.00 | $21,350.00 | $1,128.51 | $23,378.51 | 0.00% | 100.00% | $0.00 | | | | | | | | | | 100% - All Claims | Expenses thru Oct2002 |
| 2002-06 | May - Aug 2002 | $25.00 | $0.00 | 9.0 | 0.0 | $225.00 | $0.00 | $0.00 | $225.00 | 0.00% | 100.00% | $0.00 | | | | | | | | | | 100% - All Claims | Clerical Help |
| 2003-01 | Aug - Dec 2002 | $0.00 | $0.00 | 0.0 | 0.0 | $0.00 | $0.00 | $569.97 | $569.97 | 0.00% | 100.00% | $0.00 | | | | | | | | | | 100% - All Claims | Expenses thru Jan2003 |
| 2003-04 | Dec2002 | $100.00 | $0.00 | 1.1 | 0.0 | $110.00 | $0.00 | $21.41 | $131.41 | 0.00% | 100.00% | $0.00 | | | | | | | | | | 100% - All Claims | Expenses thru Mar2003 |
| | FY2002 Total: | | | 19.1 | 15.1 | $1,235.00 | $52,850.00 | $5,461.48 | $59,546.48 | | | | | | | | | | | | | | |
| 2003-05 | Jan - Mar 2003 | $100.00 | $0.00 | 25.0 | 0.0 | $2,500.00 | $0.00 | $0.00 | $2,500.00 | 0.00% | 100.00% | $0.00 | | | | | | | | | | 100% - All Claims | |
| 2003-06 | Apr - Jul 2003 | $100.00 | $0.00 | 47.6 | 0.0 | $4,760.00 | $0.00 | $566.00 | $5,326.00 | 0.00% | 100.00% | $0.00 | | | | | | | | | | 100% - All Claims | Expenses thru Jun2003 |
| 2004-02 | 28Jul - 2Nov 2003 | $100.00 | $0.00 | 228.4 | 0.0 | $22,840.00 | $0.00 | $3,584.78 | $26,424.78 | 0.00% | 100.00% | $0.00 | | | | | | | | | | 100% - All Claims | Expenses thru Jan2004 |
| Estimated/ Unbilled | 3Nov - 31Dec 2003 | $100.00 | $0.00 | 175.0 | 0.0 | $17,500.00 | $0.00 | $0.00 | $17,500.00 | 0.00% | 100.00% | $0.00 | | | | | | | | | | 100% - All Claims | |
| | FY2003 Total: | | | 476.0 | 0.0 | $47,600.00 | $0.00 | $4,150.78 | $51,750.78 | | | | | | | | | | | | | | |
| Estimated/ Unbilled | Jan - Feb2004 | $100.00 | $0.00 | 175.0 | 0.0 | $17,500.00 | $0.00 | $0.00 | $17,500.00 | 0.00% | 100.00% | $0.00 | | | | | | | | | | 100% - All Claims | |
| | FY2004 Total: | | | 175.0 | 0.0 | $17,500.00 | $0.00 | $0.00 | $17,500.00 | | | $116,061.96 | $26,858.49 | $0.00 | $15,551.54 | $9,685.59 | $1,225.23 | $5,608.36 | $9,943.18 | $0.00 | $47,189.57 | | |

| | | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | n/a |
|---|---|---|---|---|---|---|---|---|---|---|
| Amount Previously Claimed: | | $51,000.00 | $41,000.00 | $10,500.00 | $35,000.00 | $11,000.00 | | $26,000.00 | | |
| Adjustment Total (Direct Costs Only): | | -$24,141.51 | -$41,000.00 | $5,051.54 | -$25,314.41 | -$9,774.77 | | -$16,056.82 | | |
| Bond: | 0.65% | -$156.92 | -$266.50 | $32.84 | -$164.54 | -$63.54 | | -$104.37 | | |
| Adjustment Total (w/Overhead and Profit Costs): | | -$24,298.43 | -$41,266.50 | $5,084.38 | -$25,478.96 | -$9,838.31 | | -$16,161.19 | | -$111,959.00 |