# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: March 5, 2004)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Response by Plaintiff, Renda Marine, Inc. to Defendant's Motion to Compel Compliance with Rule 26(a)(2)(B), to Compel Production of Documents, to Permit Defendant to Perform An Audit of Plaintiff's Job Cost Schedules and for a Modification of the Pretrial and Trial Schedule and Contingent Motion for Leave to Require Defendant to Answer Renda's Discovery (Plaintiff's Response). In contravention of Rule 5.2(a)(1)(G) of the Court of Federal Claims the index to the exhibits is not located both in the front of the brief and in the front of the attached exhibits. Additionally, included in the Plaintiff's Response is a Motion for Leave to Require Defendant to Answer Renda's Discovery. For proper docketing, plaintiff's Motion to Require Defendant to Answer Renda's Discovery should have been filed separately from Plaintiff's Response.

Notwithstanding these deficiencies in plaintiff's filing, the Clerk of the Court is directed to file as two separate docket entries, the Response by Plaintiff, Renda Marine, Inc. to Defendant's Motion to Compel Compliance with Rule 26(a)(2)(B), to Compel Production of Documents, to Permit Defendant to Perform An Audit of Plaintiff's Job Cost Schedules and for a Modification of the Pretrial and Trial Schedule and Contingent Motion for Leave to Require Defendant to Answer Renda's Discovery. For future filings,

plaintiff shall file its responsive pleading separately from any motion it desires to file. The court also refers plaintiff to the CM/ECF User Manual for Attorneys, which can be found on this court's website <http://www.uscfc.uscourts.gov/CMECF.htm>. Plaintiff also shall comply with the court's rules in future filings.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge