DEPARTMENT OF THE ARMY
GALVESTON DISTRICT, CORPS OF ENGINEERS
P.O. BOX 1229
GALVESTON, TEXAS 77553-1229

REPLY TO
ATTENTION OF

May 10, 2000

Bay Area Office

Renda Marine, Inc.
Box 1036
Freeport, Texas 77542

Gentlemen:

Enclosed is your copy of Pay Estimate - Contract Performance No. 16 for work performed by you under Contract No. DACW64-99-C-0001 for the period 21 Mar 2000 thru 20 Apr 2000.

This copy is for your file and does not require your signature.

Sincerely,

C.M. McClenan

C.M. McClenan, P.E.
Area Engineer

Enclosure

REM 40804

RECEIVED

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10.

1. INVOICE RECEIVE DATE: 02 May 00

SHEET 1 of 3

2. CONTRACTOR AND ADDRESS: Renda Marine, Inc.
P.O. Box 1036, Freeport, TX 77542

3. CONTRACT NO.: DACW64-99-C-0001

4. DISTRICT: CESWG

5. DESCRIPTION OF WORK: H-GNC, Dredging Upper Bayou

6. APPROPRIATION AND PROJECT: 001WQS CONTINUING CONTRACT

7. REQUIRED COMPLETION DATE: 21 Mar 00

8. LOCATION: Houston-Galveston Channels

9. PERIOD COVERED BY THIS ESTIMATE: FROM 21 Mar 00 THRU 20 Apr 00

10. JOB ORDER NO.:

11. ESTIMATE NO.: 16

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | BASIC CONTRACT | | | 12,526,100.00 | | |
| | MODIFICATIONS Thru P00008 | | | 801,056.90 | | |
| | QUANTITY VARIATIONS | | | 864,126.56 | | |

ACTUAL PERCENT: 62 % LESS STORED MATERIALS: 62 % TOTAL CONTRACT → $ 14,191,283.46 TOTAL EARNINGS TO DATE → $ 8,799,651.06

REMARKS

| | | |
|---|---|---|
| 3122 | Federal (72.3%) | $160,155.92 |
| 8862 | Non-Federal (27.7%) | $ 61,359.87 |
| 3123 | O&M | $110,224.21 |

12. PRESENTED FOR PAYMENT

PAYEE: Renda Marine, Inc.

PER:

DATE:

TITLE:

REM 40805

13. APPROVED FOR PAYMENT

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE: Eric G. Russek [signature]

TITLE: Project Engineer

DATE: 5/4/00

CONTRACTING OFFICER APPROVAL (Signature): C.M. McClellan, ACO [signature]

DATE: 5/9/00

| 14. | | | |
|---|---|---|---|
| A. | PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE | 0.00 | |
| B. | PREVIOUS RETAINED PERCENTAGE | 59,684.10 | |
| C. | PREVIOUS PAYMENTS | 8,371,366.96 | |
| D. | PREVIOUS EARNINGS (A+B+C) | | 8,431,051.06 |
| E. | EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 368,600.00 |
| F. | LESS RETAINED PERCENTAGE | 36,860.00 | |
| G. | LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | 0.00 | |
| H. | TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 36,860.00 |
| I. | RETAINAGE REFUNDED | 0.00 | |
| J. | OTHER REFUNDS | 0.00 | |
| K. | TOTAL REFUNDS THIS PERIOD | | 0.00 |
| L. | AMOUNT DUE CONTRACTOR (E-H+K) | | 331,740.00 |

15. RECAPITULATION

TOTAL RETAINED PCTG. (B+F-I) $ 96,544.10 TOTAL PAID (C+L) $ 8,703,106.96

ENG FORM 93, 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

* * (USE REVERSE SIDE FOR DETAILED EXPLANATION AND/OR REMARKS)

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)

PAYMENT ESTIMATE ITEMS DETAIL

2. CONTRACT NO. DACW64-99-C-0001

SHEET 2 of 3

3. CONTRACTOR AND ADDRESS Renda Marine, Inc.
P.O. Box 1036, Freeport, TX 77542

4. PERIOD COVERED BY THIS ESTIMATE
FROM 21 Mar 00 THRU 20 Apr 00

| ITEM NO. a | MOD. NO. b | DESCRIPTION c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL TO DATE QUANTITY AND UNIT g | TOTAL TO DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| 000001 | | Stripping | 1.00 JOB | | 150,000.00 | | |
| 000001 | P00006 | QUANTITY OVERRUN | 0.00 JOB | | 0.00 | | |
| 000001 | | Revised Quantity | 1.00 JOB | 150,000.00 | 150,000.00 | 1.00 JOB | 150,000.00 |
| 000002 | | Mechanically Constructed Levees | 381,300.00 CY | | 1,753,980.00 | | |
| 000002 | P00006 | QUANTITY OVERRUN | 187,853.60 CY | | 864,126.56 | | |
| 000002 | | Revised Quantity | 569,153.60 CY | 4.60 | 2,618,106.56 | 488,053.60 CY | 2,245,046.56 |
| 000003 | | Drop-outlet Structure (Existing) | 1.00 JOB | 66,350.00 | 66,350.00 | 1.00 JOB | 66,350.00 |
| 000004 | | Drop-outlet Structure (New) | 1.00 JOB | 240,000.00 | 240,000.00 | 1.00 JOB | 240,000.00 |
| 000005 | | Seeding & Fertilizing | 1.00 JOB | 80,000.00 | 80,000.00 | 1.00 JOB | 80,000.00 |
| 000006 | | Hydraulically Constructed Levees | 13,700.00 LF | 100.00 | 1,370,000.00 | 4,400.00 LF | 440,000.00 |
| 000007 | | Mobilization & Demobilization | 1.00 JOB | 800,000.00 | 800,000.00 | 0.69 JOB | 552,000.00 |
| 000008 | | Dredging | 3,483,700.00 CY | 2.10 | 7,315,770.00 | 1,654,856.00 CY | 3,475,197.60 |
| 000009 | | Pipelines | 1.00 JOB | 650,000.00 | 650,000.00 | 1.00 JOB | 650,000.00 |
| 000010 | | Bond Costs | 1.00 JOB | 100,000.00 | 100,000.00 | 1.00 JOB | 100,000.00 |
| 1CO-1 | P00003 | Re-locate south training levee | 4,100.00 CY | 4.70 | 19,270.00 | 4,100.00 CY | 19,270.00 |
| 2CO-1 | P00003 | Extend new drop-outlet structure walkway | 1.00 Job | 55,685.87 | 55,685.87 | 1.00 Job | 55,685.87 |
| 3CO-1 | P00003 | Extend north training levee | 22,500.00 CY | 4.70 | 105,750.00 | 22,500.00 CY | 105,750.00 |
| 4CO-1 | P00003 | Realign perimeter levee @ new d-o struc | 9,100.00 CY | 4.70 | 42,770.00 | 9,100.00 CY | 42,770.00 |
| 5CO-1 | P00003 | Construct 50'wide berms on training leve | 45,400.00 CY | 4.70 | 213,380.00 | 45,400.00 CY | 213,380.00 |
| P00007 | P00007 | Funding Mod - $8,416,350 | 1.00 Job | 0.00 | 0.00 | 0.00 Job | 0.00 |
| P00008 | P00008 | Triple-handle material at PA | 1.00 Job | 364,201.03 | 364,201.03 | 1.00 Job | 364,201.03 |
| | | TOTALS THIS PAGE | | | 14,191,283.46 | | 8,799,651.06 |

REM 40806

ENG FORM 93a 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
APPROPRIATIONS ACCOUNT SUMMARY

2. CONTRACT NO. DACW64-99-C-0001

SHEET 3 of 3

3. CONTRACTOR AND ADDRESS Renda Marine, Inc.
P.O. Box 1036, Freeport, TX 77542

4. PERIOD COVERED BY THIS ESTIMATE
FROM 21 Mar 00 THRU 20 Apr 00

| SEQ. NO. a | DESCRIPTION b | CONTRACT AMOUNT c | PREVIOUS EARNINGS d | EARNINGS TO DATE e | EARNINGS THIS PERIOD f | PERCENT COMPLETE g |
|---|---|---|---|---|---|---|
| 0001 | 001WQS CONTINUING CONTRACT | 14,191,283.46 | 8,431,051.06 | 8,799,651.06 | 368,600.00 | 62.01 |
| | TOTALS THIS PAGE | 14,191,283.46 | 8,431,051.06 | 8,799,651.06 | 368,600.00 | 62 % |

REM 40807

ENG FORM 93a 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

DEPARTMENT OF THE ARMY
GALVESTON DISTRICT, CORPS OF ENGINEERS
P.O. BOX 1229
GALVESTON, TEXAS 77553-1229

REPLY TO ATTENTION OF:

August 5, 1999

Contracting Division

Subject: Consent of Surety and Increase of Penalty for Contract No. DACW64-99-C-0001

Mr. Eddie Fisher
Vice President
Renda Marine, Inc.
PO Box 1036
Freeport, Texas 77542

Dear Mr. Fisher:

Enclosed is an approved copy of Modification No. P00008 for Houston-Galveston Navigation Channels, Texas, Dredging Upper Bayou (45-Foot Project).

In accordance with Federal Acquisition Regulation 28.106-5 – Consent of Surety, please provide this office Consent of Surety and Increase of Penalty. Enclosed is Standard Form 1415, which is provided for necessary action.

This action is due within 10 days from receipt of this letter. If assistance is needed in this matter, contact the undersigned at (409) 766-3852.

Sincerely,

Carol A. Devany
Contracting Officer

Enclosures



REM 41051

Kwsloske, J

# In the United States Court of Federal Claims

RECEIVED 2002 OCT 21 A 7:55 CASE PROCESSING UNIT CIVIL DIVISION/OM

No. 02-306 C

(Filed: October 18, 2002)

FILED OCT 1 8 2002 U.S. COURT OF FEDERAL CLAIMS

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pursuant to United States Court of Federal Claims Rule (RCFC) 16(b), the court held a telephonic status conference on the record with the parties on October17, 2002 to set a schedule for discovery, pretrial and trial and to address any outstanding issues with the parties. Further to the conference and by agreement of the parties, the court schedules the following:

1. Fact Discovery. All fact discovery, including all depositions, shall conclude on or before Wednesday, November 5, 2003. In order to achieve this deadline, the parties shall make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying . . . ." See RCFC 32(a). As requested by the parties in their Joint Preliminary Status Report, the parties may conduct up to 30 depositions, up to 10 to be scheduled by plaintiff and up to 20 to be scheduled by defendant.

A. DCAA Audit. No later than December 16, 2002, DCAA shall have completed the audit it has begun at plaintiff's facility and a copy of the audit shall be delivered to plaintiff. Defendant shall promptly advise DCAA of the terms of this Order.

2. Expert Discovery. All expert discovery, including the exchange of expert reports and excepting only the completion of expert depositions, shall be completed on or before Wednesday, December 3, 2003.

3. Expert Depositions. All depositions of experts shall be completed on or before Wednesday, January 14, 2004.

4. Meeting of Counsel. As set forth in Appendix A ¶ 13, the parties shall meet to satisfy the requirements of this section including the exchange of exhibit and witness lists on or before Wednesday, March 17, 2004.

5. Dispositive Motions. Dispositive motions shall be filed on or before Friday, November 14, 2003.

6. Memorandum of Contentions of Fact and Law. In accordance with Appendix A ¶ 14, plaintiff shall file its Memorandum of Contentions of Fact and Law on or before Thursday, April 8, 2004. Defendant shall file its responsive memorandum on or before Thursday, April 29, 2004. The memoranda shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 15 and 16. Any objection to a witness or exhibit not made in the Memorandum of Contentions of Fact and Law or a separate motion filed on the same date shall be deemed waived absent a showing of a compelling reason for the failure. The parties shall prepare a joint preliminary trial schedule or, if they cannot agree, separate trial schedules, using the template attached, a copy of which will be, at the request of a party, provided to the party in electronic form by the court.

7. Pretrial Conference. The pretrial conference will be held on Wednesday, May 19, 2004 at the National Courts Building, 717 Madison Place, N.W., Washington, DC 20004. The parties shall bring to the pretrial conference at least three copies of any exhibit as to which an objection remains outstanding.

8. Trial. Trial will be held during the week of June 14, 2004. Trial will begin at 10:00 a.m. on Tuesday, June 15, 2003 and at 9:00 a.m. on successive days. Trial will be held in Houston, TX. The exact location of trial will be determined by further order of the court.

Due to the continuing problems with Washington, DC mail, the parties are directed to fax courtesy copies of any time-sensitive documents to the court and opposing counsel throughout the proceedings.

IT IS SO ORDERED.

EMILY C. HEWITT
Judge

# UNITED STATES COURT OF FEDERAL CLAIMS

RENDA MARINE, INC. ,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## SUBPOENA DUCES TECUM

No. 02-306C
(Judge Hewitt)

To: Milbern Ray & Co.
Landmark Bank Centre
150 West Parkway
Suite 100
Bedford, Texas 76040

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See Attachment

| PLACE | DATE AND TIME |
|---|---|
| Milbern Ray & Co.<br>Landmark Bank Centre<br>150 West Parkway<br>Suite 100<br>Bedford, Texas 76040 | November 26, 2003<br>By close of business. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the dated and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. U.S. Court of Federal Claims rule (RUSCFC) 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (Indicate if Attorney for Plaintiff or Defendant) | DATE |
|---|---|
| John Kosloske<br>Attorney for Defendant | November 5, 2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

JOHN KOSLOSKE, U.S. Department of Justice, Civil Division, 1100 L. Street, N.W., Suite 12052, Washington, DC 20530 (202) 307-0282

**DEFINITIONS OF TERMS USED IN DESCRIPTION OF DOCUMENTS**
**TO BE PRODUCED BY MILBERN RAY AND COMPANY, L.L.P.**

As used in the description of documents to be produced by Milbern Ray and Company, L.L.P. (Milbern Ray) attached to this subpoena, the following terms have the following meanings:

1. "And" and "or" shall be construed both conjunctively and disjunctively, and each shall include the other whenever such construction will serve to bring within the scope of these requests any items that otherwise would not be brought within their scope.

2. "Communication" means the expression of any statement, question, command, idea, knowledge, information, or other matter, whether by speech, writing, sign, or otherwise.

3. "Document" or "documents" means any written, recorded (by any means), or graphic matter, however produced or reproduced, in the possession, custody, or control of Milbern Ray, whether or not claimed to be privileged or confidential or personal, including, but not limited to, any "document," "tangible thing," or "object," as those terms are used in Rule 34 of the Rules of the United States Court of Federal Claims, and any "writing," "recording," "photograph," "original, or "duplicate," as those terms are defined in Rule 1001 of the Federal Rules of Evidence. "Document" or "documents" includes, but is not limited to: letters; memoranda; reports; agreements; working papers; preliminary, intermediate, and final drafts; communications (including intra- and inter-office communications, inter-company communications); correspondence; electronic mail; reports of telephone or other conversations; electronic data, as defined below; computer runs; view-foils; compilations; summaries of records of personal conversations; diaries; appointment books; desk calendars; financial calculations; forecasts; statistical statements; graphs; charts; plans; drawings; minutes or records of meetings; minutes or records of conferences; expressions or statements of policy; lists of persons attending meetings or conferences; reports of or summaries of interviews; reports of or summaries of investigation opinions or reports of consultants; opinions of counsel; reports of or summaries of either negotiations by Milbern Ray or preparation of such; circulars; books; instruments; accounts; tapes and all other material of any tangible medium of expression and original or preliminary notes. "Document" or "documents" also include copies of documents that are not identical duplicates of the originals and copies of documents the originals of which are not in the possession, custody, or control of Milbern Ray.

4. "Relate to," "relates to," or "relating to" means comprising, mentioning, analyzing, discussing, summarizing, describing, referring to, containing, depicting, embodying, evidencing, constituting, concerning, reporting, or involving an act, occurrence, event, transaction, fact, thing, or course of dealing.

5. "Renda Marine" means Renda Marine, Inc., including, without limitation, any division, group, affiliate, or other entity owned or controlled by Renda Marine, Inc., and all present and past officers, directors, employees, agents, or representatives of Renda Marine, Inc., including, but not limited to, counsel and consultants, who reasonably could be expected to have personal knowledge that would affect the completeness and accuracy of responses made to this request.

6. "ORCI" means Oscar Renda Contracting, Inc., including, without limitation, any division, group, affiliate, or other entity owned or controlled by ORCI and all present and past officers, directors, employees, agents, or representatives of ORCI, including, but not limited to, counsel and consultants, who reasonably could be expected to have personal knowledge that would affect the completeness and accuracy of responses made to this request.

7. "Contract" means Contract No. DACW64-99-C-0001 between Renda Marine and the United States, acting through the Army Corps of Engineers Galveston District, and which also is referred to as the "Upper Bayou Project."

**DESCRIPTION OF DOCUMENTS TO BE PRODUCED**
**BY MILBERN RAY AND COMPANY, L.L.P.**

1. Any and all work papers of Milbern Ray relating to the "Cost" of $19,511,345 for the "Upper Bayou" job appearing in the "Schedule of Completed Jobs for the Year Ended October 31, 2001," contained in the "Supplementary Information" appended to the "Financial Statements, October 31, 2001 and 2000" for Renda Marine, a copy of which is attached to this subpoena *duces tecum*.

2. Any and all documents possessed by Milbern Ray that are the basis of all or any part of the "Cost" of $19,511,345 for the "Upper Bayou" job appearing in the "Schedule of Completed Jobs for the Year Ended October 31, 2001," contained in the "Supplementary Information" appended to the "Financial Statements, October 31, 2001 and 2000" for Renda Marine, a copy of which is attached to this subpoena *duces tecum*.

3. Any and all written communications between Renda Marine and Milbern Ray relating to costs incurred by Renda Marine for the Contract.

4. Any and all written communications between OCRI and Milbern Ray relating to costs incurred by Renda Marine for the Contract.

# RENDA MARINE, INC.

## FINANCIAL STATEMENTS

## OCTOBER 31, 2001 AND 2000



*Milbern Ray and Company*
*L.L.P.*
*Certified Public Accountants*

## CONTENTS

INDEPENDENT AUDITORS' REPORT

FINANCIAL STATEMENTS

- Balance Sheets
- Statements of Income and Retained Deficit
- Statements of Cash Flows
- Notes to Financial Statements

SUPPLEMENTARY INFORMATION

- Auditors' Report on Supplementary Information
- Schedule of Job Revenue and Costs
- Schedule of Construction in Progress
- Schedule of Completed Jobs
- Schedule of Cost of Construction
- Schedule of Operating Expenses

Milbern Ray and Company
L.L.P.
Certified Public Accountants

MILBERN D. RAY, C.P.A.
RONALD D. RAY, C.P.A.
KENT A. RAY, C.P.A.

LANDMARK BANK CENTRE
P.O. BOX 849
BEDFORD, TEXAS 76095-0849
(817) 571-7661 • METRO (817) 267-2895
TELECOPIER (817) 571-1391

MEMBER:
AMERICAN INSTITUTE
OF CERTIFIED PUBLIC
ACCOUNTANTS

## INDEPENDENT AUDITORS' REPORT

Board of Directors
Renda Marine, Inc.
Roanoke, Texas

We have audited the accompanying balance sheets of Renda Marine, Inc. as of October 31, 2001 and 2000 and the related statements of income and retained deficit and statement of cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Renda Marine, Inc. as of October 31, 2001 and 2000, and the results of its operations and its cash flows for the years then ended in conformity with generally accepted accounting principles.

The accompanying financial statements have been prepared assuming that the Company will continue as a going concern.

CPA™

As discussed in Note 7 to the financial statements, the Company has suffered recurring losses from operations and has a net capital deficiency that raises substantial doubt about its ability to continue as a going concern. Management's plans in regard to these matters are also described in Note 7. The financial statements do not include any adjustments that might result from the outcome of this uncertainty.

Milburn Ray & Co

November 29, 2001

Euless, Texas

# RENDA MARINE, INC.
## BALANCE SHEETS
## OCTOBER 31, 2001 AND 2000

### ASSETS

| | 2001 | 2000 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash | $ 29,655 | $ - |
| Accounts receivable | | |
| Trade | 1,428,715 | 795,029 |
| Retainage | 304,314 | 362,113 |
| Employees | - | 9,505 |
| Inventory, Note 1 | 253,552 | 37,962 |
| Prepaid insurance | 43,465 | - |
| Cost and estimated earnings in excess of billings | - | 3,525,062 |
| Deferred federal income tax benefit, current portion, Note 5 | 745,722 | 704,359 |
| Total current assets | 2,805,423 | 5,434,030 |
| **FIXED ASSETS, NOTE 1** | | |
| Automobiles and trucks | 116,498 | 116,498 |
| Machinery and equipment | 1,571,206 | 1,523,796 |
| Dredges | 8,331,003 | 8,034,515 |
| Barges and boats | 1,718,101 | 2,004,739 |
| Leasehold improvements | 75,715 | 46,301 |
| | 11,812,523 | 11,725,849 |
| Less: accumulated depreciation | (3,400,190) | (2,158,571) |
| Total fixed assets | 8,412,333 | 9,567,278 |
| **OTHER ASSETS** | | |
| Deposits | 10,000 | - |
| Total other assets | 10,000 | - |
| | $ 11,227,756 | $ 15,001,308 |

See accompanying notes and independent auditors' report.



*Milbern Ray and Company*
*L.L.P.*
*Certified Public Accountants*

LIABILITIES AND STOCKHOLDER'S EQUITY

| | 2001 | 2000 |
|---|---|---|
| CURRENT LIABILITIES | | |
| Bank overdraft | $ - | $ 431,590 |
| Accounts payable and accrued liabilites, Note 2 | 1,457,778 | 6,782,360 |
| Accrued losses on contracts in progress, Note 3 | - | 3,742,611 |
| Billings in excess of costs and estimated earnings | 866,321 | - |
| Current portion of long-term debt, Note 4 | 3,420,060 | 2,368,910 |
| Total current liabilities | 5,744,159 | 13,325,471 |
| LONG-TERM LIABILITIES | | |
| Long-term debt, Note 4 | 3,072,864 | 6,738,885 |
| Notes payable - related party, Note 6 | 9,426,885 | 1,926,886 |
| Deferred federal income tax, Note 5 | 163,553 | 127,075 |
| Total long-term liabilities | 12,663,302 | 8,792,846 |
| STOCKHOLDER'S EQUITY | | |
| Common stock (no par value, 1,000 shares authorized, 850 and 1,000 issued and outstanding) | 1,000 | 1,000 |
| Retained deficit | (7,180,705) | (7,118,009) |
| Total stockholder's equity | (7,179,705) | (7,117,009) |
| | $ 11,227,756 | $ 15,001,308 |

RENDA MARINE, INC.
STATEMENTS OF INCOME AND RETAINED EARNINGS
FOR THE YEARS ENDED OCTOBER 31, 2001 AND 2000

| | 2001 | 2000 |
|---|---|---|
| INCOME | $ 6,664,231 | $ 11,319,415 |
| COST OF CONSTRUCTION | 4,022,699 | 15,780,062 |
| GROSS PROFIT / (LOSS) | 2,641,532 | (4,460,647) |
| OPERATING EXPENSES | 2,033,980 | 1,824,525 |
| OPERATING INCOME / (LOSS) | 607,552 | (6,285,172) |
| OTHER INCOME AND (EXPENSES) | | |
| Interest income | 2,669 | - |
| Interest expense | (706,692) | (1,073,491) |
| Gain on sale of assets | 28,890 | - |
| Joint venture allocation, Note 6 | - | 2,230,323 |
| Total other income and (expenses) | (675,133) | 1,156,832 |
| NET LOSS BEFORE PROVISION FOR FEDERAL INCOME TAX | (67,581) | (5,128,340) |
| PROVISION / (BENEFIT) FOR FEDERAL INCOME TAX, NOTE 5 | (4,885) | (192,058) |
| NET LOSS | (62,696) | (4,936,282) |
| BEGINNING RETAINED DEFICIT | (7,118,009) | (2,181,727) |
| ENDING RETAINED DEFICIT | $ (7,180,705) | $ (7,118,009) |

See accompanying notes and independent auditors' report.



Milbern Ray and Company
L.L.P.
Certified Public Accountants

RENDA MARINE, INC.
STATEMENTS OF CASH FLOWS
FOR THE YEARS ENDED OCTOBER 31, 2001 AND 2000

| | 2001 | 2000 |
|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES | | |
| Net loss | $ (62,696) | $ (4,936,282) |
| Adjustments to reconcile net income to net cash provided by operating activities | | |
| Depreciation and amortization | 1,241,619 | 1,258,244 |
| (Increase) decrease in: | | |
| Accounts receivable | (566,382) | (412,457) |
| Prepaid expenses, deposits, and inventory | (269,055) | 73,994 |
| Cost and estimated earnings in excess of billings | 3,525,062 | 750,580 |
| Deferred federal income tax benefit | (4,885) | (192,058) |
| Increase (decrease) in: | | |
| Accounts payable and accrued expenses | (9,067,194) | 5,941,250 |
| Billings in excess of costs and estimated earnings | 866,321 | - |
| **Net cash (used by) provided by operating activities** | (4,337,210) | 2,483,271 |
| CASH FLOWS FROM INVESTING ACTIVITIES | | |
| Purchase of fixed assets | (481,052) | (738,939) |
| Proceeds from sale of assets | 394,378 | - |
| **Net cash used by investing activities** | (86,674) | (738,939) |
| CASH FLOWS FROM FINANCING ACTIVITIES | | |
| Proceeds from long-term borrowing | 7,500,000 | 68,604 |
| Payments on long-term borrowing | (2,614,871) | (1,951,174) |
| **Net cash provided by (used by) financing activities** | 4,885,129 | (1,882,570) |
| **NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS** | 461,245 | (138,238) |
| **CASH AND CASH EQUIVALENTS AT BEGINNING OF PERIOD** | (431,590) | (293,352) |
| **CASH AND CASH EQUIVALENTS AT END OF PERIOD** | $ 29,655 | $ (431,590) |

See accompanying notes and independent auditors' report.

Milbern Ray and Company
L.L.P.
Certified Public Accountants

RENDA MARINE, INC.
NOTES TO FINANCIAL STATEMENTS
OCTOBER 31, 2001 AND 2000

Note 1. NATURE OF BUSINESS AND SIGNIFICANT ACCOUNTING POLICIES

This summary of significant accounting policies of Renda Marine, Inc. is presented to assist in understanding the Company's financial statements. The financial statements and notes are representations of the Company's management, who is responsible for their integrity and objectivity. These accounting policies conform to generally accepted accounting principles and have been consistently applied in the preparation of the financial statements.

Business Activities - Renda Marine, Inc. (a corporation) was formed May 8, 1998. The Company is engaged in the dredging of lakes and offshore waterways. The Company provides all of the necessary marine equipment and personnel required to perform the dredging and the following transportation and disposition of the by-product. The Company performs most of their work on lakes in the state of Texas and the open waterways of the gulf coast region.

Depreciation - Depreciation on machinery and equipment is provided by various methods over the estimated useful life of the properties. Maintenance and repairs are expenses as incurred while replacements and improvements are capitalized. In the case of property disposal, cost and related accumulated depreciation are eliminated from the accounts and any resulting gain or loss on a sale or retirement is reflected in the income accounts. The Company uses the accelerated cost recovery system for tax purposes which has recovery periods similar to useful lives used.

A summary of the estimated useful life used is as follows:

| | |
|---|---|
| Auto and trucks | 3 - 5 years |
| Equipment | 5 - 10 years |
| Furniture and fixtures | 3 - 7 years |

Accounting Method - The Company maintains its accounting records and files its federal income tax return using the percentage-of-completion method whereby income is recognized on the basis of engineering estimates of the percentage-of-completion of the contract based on work performed

RENDA MARINE, INC.
NOTES TO FINANCIAL STATEMENTS
OCTOBER 31, 2001 AND 2000

Note 1. <u>SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES</u> - (continued)

and job costs incurred. Costs and estimated earnings on incomplete contracts in excess of related billings are recognized as current liabilities. Estimated contract losses, if any, are provided on a current basis.

<u>Use of Estimates</u> - Generally accepted accounting principles require management under certain circumstances to use accounting estimates. Actual results could differ from these estimates.

<u>Cash Flows</u> - For purposes of the statement of cash flows, Renda Marine, Inc. considers all highly liquid debt instruments purchased with a maturity of three months or less to be cash equivalents. Cash paid for interest was $692,003 and $1,073,491, respectively, for the years ended October 31, 2001 and 2000. There were no non-cash investing and financing activities for the year. There were no cash equivalents at October 31, 2001 and 2000.

<u>Receivables</u> - Trade and retainage represents earnings estimated on contract jobs in progress and retainages pending completion. An allowance for doubtful accounts is determined by management based on a review of the collectibility of specific trade accounts receivable. At present, all receivables are deemed collectible.

<u>Inventory</u> - Inventory is stated at the lower of cost or market on a first-in, first-out (FIFO) basis.

<u>Compensation Absences</u> - Compensation absences have not been accrued because the amount cannot be reasonably estimated.

RENDA MARINE, INC.
NOTES TO FINANCIAL STATEMENTS
OCTOBER 31, 2001 AND 2000

## Note 2. ACCOUNTS PAYABLE AND LIABILITIES

At October 31, 2001 and 2000, accounts payable and accrued liabilities consisted of the following:

| | 2001 | 2000 |
|---|---|---|
| Accounts payable - trade | $ 618,281 | $ 1,514,569 |
| Accounts payable - related parties | 753,011 | 5,156,515 |
| Payroll taxes payable | 151 | 3,129 |
| Accrued wages | 42,184 | 78,685 |
| Accrued interest | 44,151 | 29,462 |
| | $ 1,457,778 | $ 6,782,360 |

## Note 3. ACCRUED LOSSES ON CONTRACTS IN PROGRESS

The Company anticipated losses on two contracts in progress at October 31, 2000. The Corp. of Engineers - Boggy Bayou job was projected by management to lose $1,815,021. Of that loss, only $55,000 of estimated job cost remained to be recognized as of October 31, 2000. The Upper Bayou job was projected by management to lose $3,539,168. There were $3,687,611 of estimated job costs remaining to be recognized as of October 31, 2000. The accrued expenses on contracts in progress that will show a loss is as follows:

| | 2001 | 2000 |
|---|---|---|
| Corp. of Engineers - Boggy Bayou | $ - | $ 55,000 |
| Chocolate Bayou | - | 3,687,611 |
| | $ - | $ 3,742,611 |

RENDA MARINE, INC.
NOTES TO FINANCIAL STATEMENTS
OCTOBER 31, 2001 AND 2000

Note 4. NOTES PAYABLE

Notes payable at October 31, 2001 and 2000, consisted of the following:

| | 2001 | 2000 |
|---|---|---|
| Note payable to financing company, due monthly installments of $25,581, including interest at 7.5%, maturing May, 2002, secured by equipment | $ 212,702 | $ 388,157 |
| Note payable to financing company, a related party, due monthly installments of $4,679, including interest at 9.25%, maturing October, 2004, secured by equipment | 180,636 | 180,636 |
| Note payable to financing company, due monthly installments of $8,958, including interest at 7.5%, maturing June, 2002, secured by equipment | 88,119 | 185,586 |
| Note payable to financing company, due monthly installments of $8,157, including interest at 7.5%, maturing June, 2002, secured by equipment | 79,793 | 167,947 |
| Note payable to financing company, due monthly installments of $35,192, including interest at 7.5%, maturing October, 2002, secured by equipment | 390,542 | 636,887 |

RENDA MARINE, INC.
NOTES TO FINANCIAL STATEMENTS
OCTOBER 31, 2001 AND 2000

Note 4. NOTES PAYABLE - (continued)

| | | |
|---|---|---|
| Note payable to company, due monthly installments of $7,026, including interest at 8.0%, maturing March, 2002, secured by vessel | 63,515 | 115,474 |
| Note payable to financing company, due monthly installments of $2,050, including interest at 5.07%, maturing January, 2003, secured by equipment | 29,758 | 52,196 |
| Note payable to financing company, due monthly installments of $120,986, including interest at 7.49%, maturing April, 2004, secured by vessel | 3,300,670 | 3,973,078 |
| Note payable to financing company, due monthly installments of $119,188, including interest at 8.53%, maturing March, 2003, secured by equipment | 1,945,610 | 2,825,535 |
| Note payable to company, due monthly installments of $16,667, including interest at 8.0%, maturing July, 2001, secured by vessel | - | 132,584 |
| Note payable to company, due monthly installments of $9,000, including interest at 10.729%, maturing June, 2003, secured by vessel | - | 242,732 |

RENDA MARINE, INC.
NOTES TO FINANCIAL STATEMENTS
OCTOBER 31, 2001 AND 2000

Note 4. NOTES PAYABLE - (continued)

| | | |
|---|---|---|
| Note payable to company, due monthly installments of $819, including interest at 18.106%, maturing July, 2001, secured by equipment | - | 5,404 |
| Note payable to financing company, a related party, due monthly installments of $4,795, including interest at 9.25%, maturing April, 2004, secured by equipment | 201,579 | 201,579 |
| | 6,492,924 | 9,107,795 |
| Less current portion | (3,420,060) | (2,368,910) |
| | $ 3,072,864 | $ 6,738,885 |

The following is a schedule by year of future payments required under long-term debt obligations.

| Years ended October 31, | |
|---|---|
| 2002 | $ 3,420,060 |
| 2003 | 2,160,964 |
| 2004 | 911,900 |
| 2005 | - |
| 2006 | - |
| | $ 6,492,924 |

RENDA MARINE, INC.
NOTES TO FINANCIAL STATEMENTS
OCTOBER 31, 2001 AND 2000

Note 5. INCOME TAXES

Renda Marine, Inc. uses the percentage of completion accounting for financial statements and federal income tax purposes. Income tax consists of federal income tax currently payable of $-0-, including a net operating loss carryforward available to offset future taxable income in the amount of $9,942,957. This net operating loss will begin to expire in the year 2018.

Following is a reconciliation of pre-tax accounting income to taxable income:

| | 2001 | 2000 |
|---|---|---|
| Net income/(loss) before federal income tax | $ (67,581) | $ (5,128,340) |
| Differences: | | |
| Permanent differences | 76,126 | - |
| Contribution carryover | 100 | - |
| Depreciation | (560,053) | (956,428) |
| Accrued losses on contracts in progress | (3,742,611) | 2,025,901 |
| Taxable income/(loss) | $ (4,294,019) | $ (4,058,867) |

Deferred income taxes arise from timing differences resulting from income and expense items reported for financial, accounting, and tax purposes in different periods. Deferred taxes are classified as current or non-current, depending on the classification of the assets and liabilities to which they relate. Deferred taxes arising from timing differences that are not related to an asset or liability are classified as current or non-current depending on the periods in which the timing differences are expected to reverse. The following are the corporation's temporary differences:

RENDA MARINE, INC.
NOTES TO FINANCIAL STATEMENTS
OCTOBER 31, 2001 AND 2000

Note 5. INCOME TAXES - (continued)

| | 2001 | 2000 |
|---|---|---|
| Basis differences in long-term assets | $ 2,180,698 | $ 1,694,324 |
| Accrued losses on contracts in progress | - | (3,742,611) |
| Less: Taxable net operating loss carryforward | (9,942,957) | (5,648,841) |
| Total temporary differences | (7,762,259) | (7,697,128) |
| Corporation effective tax rate | 15% | 15% |
| Deferred tax/(benefit) before discount | (1,164,339) | (1,154,569) |
| Discount valuation | 50% | 50% |
| Deferred tax/(benefit) | $ (582,169) | $ (577,285) |

Deferred taxes are classified as follows:

| | 2001 | 2000 |
|---|---|---|
| Current deferred tax asset | $ (745,722) | $ (704,359) |
| Long-term deferred tax liability | 163,553 | 127,075 |
| | $ (582,169) | $ (577,284) |

The components of income tax provisions are:

| | 2001 | 2000 |
|---|---|---|
| Currently payable | $ - | $ - |
| Deferred tax (benefit) due to timing differences | (582,169) | (577,284) |
| | $ (582,169) | $ (577,284) |

RENDA MARINE, INC.
NOTES TO FINANCIAL STATEMENTS
OCTOBER 31, 2001 AND 2000

Note 6. RELATED PARTY TRANSACTIONS

The Company has significant transactions and activities with related parties:

The Company's activity with Oscar Renda Contracting, Inc., "ORC", (a related party), consists of start up cost, advances, and 50% of the gross profits on all contracts for the current period that resulted in balances due to "ORC" at year end of the current period of $7,779,437. Of that amount, $7,500,000 was reclassed to long-term debt with no maturity date and the remaining amount of $279,437 is due within the subsequent year. Both amounts are without interest. For subsequent years, "ORC" will provide management and payroll services and advances as needed, no management fees will be charged, and "ORC" will receive 50% of gross profits of all jobs, contracts, and projects of the Company. "ORC" also has co-guaranteed the Company's debt to outside parties. Due to the Company's reorganization of management and change in ownership during the current year, 50% joint venture allocation will be suspended until the Company completes its change in ownership and reorganization of management.

The Company's activity with Austin Insurance Company consists of two promissory notes, with the Company being the borrower, in the total amount of $382,215. These notes require monthly installments of $9,474 which includes interest at 9.25%. These notes are secured by various equipment used in the Company's operation. This transaction has been at arm's length and is comparable to an outside party financing agreement. The Company owes accrued interest on these notes of $44,151 as of October 31, 2001

Two shareholders have notes payable due from the Company. The notes are for $963,443 each, totaling $1,926,886. Both notes are without interest and have no maturity date.

The Company has minor activities with a related party, Agronomic Management Group, Inc., "AMG", consisting only of the usage of common vendors. The accounts payable owed to AMG as of October 31, 2001 was $473,574. The amount is due within the subsequent year.