RENDA MARINE, INC.
NOTES TO FINANCIAL STATEMENTS
OCTOBER 31, 2001 AND 2000

Note 7. GOING CONCERN

The accompanying financial statements have been prepared in conformity with generally accepted accounting principles, which contemplates continuation of the Company as a going concern. However, the Company has sustained substantial operating losses since its inception. In addition, the Company has used substantial amounts of working capital in its operations. Further, at October 31, 2001, current liabilities exceed current assets by $2,938,736, and total liabilities exceed total assets by $7,179,705.

Oscar Renda Contracting, Inc., "ORC", and the shareholders of ORC have co-guaranteed the debt of the Company.

In view of these matters, realization of a major portion of the assets in the accompanying balance sheet is dependent upon continued operation of the Company, which in turn is dependent upon the Company's ability to meet its financing requirements, and the success of its future operations. Management believes that actions presently being taken to revise the Company's operating and financing requirements provide the opportunity for the Company to continue as a going concern.

Note 8. SUBSEQUENT EVENTS

The Company received back 150 shares of common stock from a minority shareholder in November, 2000 at no value. These shares will be retired.

## SUPPLEMENTARY INFORMATION

Milbern Ray and Company
L.L.P.
Certified Public Accountants

MILBERN D. RAY, C.P.A.
RONALD D. RAY, C.P.A.
KENT A. RAY, C.P.A.

LANDMARK BANK CENTRE
P.O. BOX 849
BEDFORD, TEXAS 76095-0849
(817) 571-7661 • METRO (817) 267-2895
TELECOPIER (817) 571-1391

MEMBER:
AMERICAN INSTITUTE
OF CERTIFIED PUBLIC
ACCOUNTANTS

# INDEPENDENT AUDITORS' REPORT

Board of Directors
Renda Marine, Inc.
Roanoke, Texas

Our examinations of the basic financial statements presented in the preceding section of this report were made primarily to form an opinion on such financial statements taken as a whole. The additional information contained in the following pages is not considered essential for the fair presentation of the financial position of Renda Marine, Inc., the results of its operations, or the changes in cash flow in conformity with generally accepted accounting principles. However, the following data was subjected to the audit procedures applied in the examinations of the basic financial statements and, in our opinion, are fairly stated in all material respects in relation to the basic financial statements taken as a whole.

Milbern Ray & Co

November 29, 2001

Euless, Texas

CPA™

RENDA MARINE, INC.
SCHEDULE OF JOB REVENUE AND COSTS
FOR THE YEAR ENDED OCTOBER 31, 2001

| | REVENUE | COST | GROSS PROFIT |
|---|---|---|---|
| Construction in progress | $ 1,310,538 | $ 1,012,398 | $ 298,140 |
| Completed jobs | 5,353,693 | 3,010,301 | 2,343,392 |
| | $ 6,664,231 | $ 4,022,699 | $ 2,641,532 |

See independent auditors' report on supplementary information.

RENDA MARINE, INC.
SCHEDULE OF CONSTRUCTION IN PROGRESS
FOR THE YEAR ENDED OCTOBER 31, 2001

| CONTRACT | AMENDED CONTRACT PRICE | ORIGINAL ESTIMATED TOTAL COST | COST TO DATE | ESTIMATED COST TO COMPLETE |
|---|---|---|---|---|
| Port of Houston | $ 1,017,439 | $ 724,602 | $ 225,887 | $ 498,715 |
| Sims Bayou | 1,932,421 | 1,530,026 | 786,511 | 743,515 |
| | $ 2,949,860 | $ 2,254,628 | $ 1,012,398 | $ 1,242,230 |

See independent auditors' report on supplementary information.



*Milbern Ray and Company*
L.L.P.
*Certified Public Accountants*

| ESTIMATED TOTAL COST | PERCENT COMPLETE | GROSS PROFIT RECOGNIZED IN PRIOR YEAR | GROSS PROFIT RECOGNIZED IN CURRENT YEAR | AMOUNT EARNED TO DATE | BILLINGS TO DATE | COST AND ESTIMATED EARNINGS EXCESS OF BILLINGS | BILLINGS IN EXCESS OF COSTS AND ESTIMATED EARNINGS |
|---|---|---|---|---|---|---|---|
| $ 724,602 | 31.2% | $ - | $ 317,176 | $ 317,176 | $ 669,455 | $ - | $ 352,279 |
| 1,530,026 | 51.4% | - | 993,362 | 993,362 | 1,507,404 | - | 514,042 |
| $ 2,254,628 | | $ - | $ 1,310,538 | $ 1,310,538 | $ 2,176,859 | $ - | $ 866,321 |

RENDA MARINE, INC.
SCHEDULE OF COMPLETED JOBS
FOR THE YEAR ENDED OCTOBER 31, 2001

| | ACTUAL | | |
|---|---|---|---|
| JOB | CONTRACT PRICE | COST | GROSS PROFIT |
| Upper Bayou | $ 16,762,666 | $ 19,511,345 | $ (2,748,679) |
| Boggy Bayou | 7,330,842 | 9,209,010 | (1,878,168) |
| Great Lakes | 5,978,747 | 5,076,905 | 901,842 |
| Jesco | 778,852 | 851,730 | (72,878) |
| Houston Fuel | 1,450,063 | 706,470 | 743,593 |
| Vopak | 208,731 | 147,066 | 61,665 |
| Miscellaneous Jobs | 176,831 | 15,860 | 160,971 |
| | $ 32,686,732 | $ 35,518,386 | $ (2,831,654) |

See independent auditors' report on supplementary information.

| GROSS PROFIT RECOGNIZED IN PRIOR YEARS | GROSS PROFIT RECOGNIZED IN CURRENT YEAR | ORIGINAL ESTIMATES | | |
|---|---|---|---|---|
| | | CONTRACT PRICE | COST | GROSS PROFIT |
| $ (3,539,168) | $ 790,489 | $ 12,526,100 | $ 9,809,600 | $ 2,716,500 |
| (1,815,021) | (63,147) | 6,676,920 | 5,116,791 | 1,560,129 |
| 74,561 | 827,281 | 3,785,940 | 3,459,564 | 326,376 |
| 104,582 | (177,460) | 782,534 | 599,800 | 182,734 |
| - | 743,593 | 1,271,409 | 891,700 | 379,709 |
| - | 61,665 | 227,205 | 159,402 | 67,803 |
| - | 160,971 | 176,831 | - | 176,831 |
| $ (5,175,046) | $ 2,343,392 | $ 25,446,939 | $ 20,036,857 | $ 5,410,082 |

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., Plaintiff | ) | |
| | ) | |
| VS. | ) | NO. 02-306C |
| | ) | |
| THE UNITED STATES, Defendant | ) | |

* * * * * * * * * * * * * * * * * * * * * *

ORAL DEPOSITION OF KENT RAY

* * * * * * * * * * * * * * * * * * * * * *

ORIGINAL

December 8, 2003 Euless, Texas

Rhonda Mears

A P P E A R A N C E S

UNITED STATES DEPARTMENT OF JUSTICE
1100 L Street, N.W.
Room 12052
Washington, DC 20005
BY: MR. JOHN KOSLOSKE
APPEARING ON BEHALF OF THE UNITED STATES

QUILLING, SELANDER, CUMMISKEY & LOWNDS
Bryan Tower
2001 Bryan Street
Suite 1800
Dallas, Texas 75201
BY: MR. BRIAN ERIKSON
APPEARING ON BEHALF OF RENDA MARINE

# I N D E X

ORAL DEPOSITION OF KENT RAY
Taken on December 8, 2003

PAGE

Appearances ........................................ 3

Exhibit Index ...................................... 5

DIRECT EXAMINATION
By: Mr. Kosloske ................. 6

CROSS EXAMINATION
By: Mr. Erikson .................. 134

Corrigendum and Signature .......................... 135

Reporter's Certificate ............................. 136

(Deposition commenced at 10:27 a.m.)

KENT RAY,

having being first duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. KOSLOSKE:

Q Would you state your full name for the record and spell it.
A Kent Alan Ray, K-e-n-t A-l-a-n R-a-y.
Q What is your occupation?
A I'm a CPA.
Q Certified Public Accountant?
A Yes, sir.
Q What is your business address and telephone?
A It is 150 Westpark Way, Suite 100, Euless, Texas 76040, telephone number 817-571-7661.
Q Are you affiliated with Milbern Ray and Company?
A Yes, I am.
Q Mr. Ray, my name is John Kosloske. I am an attorney with the Department of Justice. I represent the United States in litigation, the caption of which is Renda Marine Inc. versus the United States. It's number 02-306C. It's litigation that's in the United States Court of Federal Claims in Washington DC. Are you familiar with the litigation?
A Yes.
Q And how are you familiar with the litigation?

schedule October 31, 2001. Do you recognize this document?
A Yes, sir.
Q What is that?
A It is the job schedule for both jobs in progress and completed jobs for the year 2001 for Renda Marine.
Q And is this a document that was prepared by Milbern Ray?
A Yes.
Q And is this part of the -- Is this a Milbern Ray work paper?
A Yes, sir.
Q Now, directing your attention to the information on Exhibit 12 job schedule that appears for schedule of completed jobs.
A Uh-huh.
Q For job 1100 Upper Bayou under the column revenue earned, the figure of $16,762,666, do you see that?
A Yes, sir.
Q Does that figure include overhead, profit, bond and costs as bid and amended by change orders?
A The 16 million 762?
Q Yes.
A No. That would be total billings to the job.
Q Under cost of revenue is the figure of $19,511,345, do you see that?

A Yes, sir.
Q Are these totals for the job?
A Those would be costs attributed to that job, yes, sir.
Q That is Upper Bayou?
A Yes, sir.
Q Is there anything that has been omitted from cost of revenue that would need to be added to come up with a total cost of revenue?
A Well, you would have to allocate the cost of the company owned equipment to cost to revenue.
Q The depreciation expense?
A If you were doing it outside of financial statement reporting, yes.
Q But does cost of revenue, this 19.5 million figure, does it include indirect expense?
A No. Does not include G and A, depreciation equipment, I'm sorry, depreciation expense of the equipment. Nor does it include any type of self equipment rentals. This is pure cost attributed to that job, outlay of cash.
Q It would include the yard or Renda Marine yard or shop allocation?
A It would include shop allocation, yes.
Q Now, the column gross profit, the figure for Upper Bayou represents the difference between the value given for

# C O R R I G E N D U M

| PAGE | LINE | CORRECTION/CHANGE | REASON |
|---|---|---|---|
| 60 | 15 | SHOULD BE A/P AND A/R | |
| 77 | 13 | SHOULD BE U1 AND V1 | |
| 77 | 15 | SHOULD BE U1 AND V1 | |
| 90 | 14 | SHOULD BE 40,650.38 NOT 440,650.38 | |
| 93 | 5 | SHOULD BE 95,930.57 NOT 95.9,000 | |
| 101 | 23, 24, AND 25 | SHOULD SAY - NO. THOSE WOULD BE COST INCURRED FOR THE YEAR LESS COST ALREADY ACRRUED IN PRIOR YEARS. | |
| 105 | 4 | SHOULD BE 15,475.26 NOT 15.4,000 | |
| 114 | 22 | SHOULD BE JAMES WILLS NOT JAMIE WOODS | |
| 116 | 11 | SHOULD SAY - THE ACCRUED EXPENSE NOT THE 19188 | |

KENT RAY

BETTY L. STEPHENS
Notary Public
STATE OF TEXAS
My Comm. Exp. 01/07/2007

STATE OF TEXAS *

COUNTY OF TARRANT *

SUBSCRIBED AND SWORN TO before me by the said witness, KENT RAY, on this the 5TH day of JANUARY, 2004, subject to the aforementioned 9 (number) of corrections/changes.

Betty L. Stephens
Notary Public in and for
TARRANT County, Texas

My Commission expires: JANUARY 7, 2007

C E R T I F I C A T E

I, RHONDA MEARS, Certified Shorthand Reporter in and for the State of Texas, do hereby certify that, pursuant to the agreement hereinabove set forth, there came before me on the 8th day of December, 2003, at the offices of Milbern Ray and Company, 150 Westpark Way, Suite 100, in the City of Euless, County of Tarrant and State of Texas, the following named person, to-wit: KENT RAY, who was by me duly sworn to tell the truth, the whole truth, and nothing but the truth of their knowledge touching and concerning the matters in controversy in this cause; and that the witness was thereupon carefully examined upon their oath and their examination reduced to writing under my supervision; that the deposition is a true record of the testimony given by the witness. Pursuant to Rule 30(e) of the Federal Rules of Civil Procedure, the witness did request to review and sign the original transcript prior to the conclusion of the deposition.

I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney nor counsel employed by the parties hereto, or financially interested in the action.

In witness whereof, I have hereunto set my hand and affixed my seal this 15th day of December, 2003.

Rhonda Mears

RHONDA MEARS, CSR NO. 3665
National Court Reporters
500 S. Ervay, Suite 120-A
Dallas, Texas 75201
(214) 651-8393
Certification Expires: 12-31-04

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>PLAINTIFF,<br><br>V.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br>DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 02-306C<br><br>(JUDGE HEWITT) |

**INITIAL DISCLOSURES BY PLAINTIFF, RENDA MARINE, INC.**

Plaintiff, Renda Marine, Inc. ("Renda"), makes the following initial disclosures pursuant to RCFC 26(a)(1):

A. Persons with Discoverable Information:

Renda Marine attaches Exhibit A, identifying persons with potentially discoverable information, the address and telephone number if known, and the subject of discoverable information. In addition to those persons listed on the attached Exhibit A, Renda Marine incorporates by reference the list of individuals identified in Defendant's Initial Disclosures, as though it were copied and included herein.

B. Description by Category and Location of Relevant Documents:

Renda has about nine boxes of documents relevant to this case. The boxes include the eight or so claims that Renda has made, including support for such claims. Renda has multiple three-ring binders, and support for those claims. Renda also has project correspondence, daily reports, and similar construction project documentation. The vast majority of this documentation has already been provided to the U.S. Army Corps of Engineers, and been made available to the Defense Contract Audit Agency auditors.

The documents are located in the offices of Renda's counsel at the undersigned address. Renda will make such documents available for inspection and copying at a time mutually convenient.

C. Computation of Damages:

| | | |
|---|---|---|
| South Ferry Landing Claim | | 1,049,173.00 |
| Flare Area Claim | 4,691,688.00 | |
| less payment | (3,083,833.00) | |
| | | 1,607,855.00 |
| HL&P Tower Claim | | 170,863.00 |
| Section 7 Clay Claim | | 1,083,779.00 |
| West Levee Realignment Claim | | 789,600.00 |
| Obstruction #1 Claim | | 2,126,083.00 |
| Obstruction #2 Claim | | 1,158,642.00 |
| Lost Lake Levees Claim | | 6,258,853.00 |
| | | 14,244,848.00 |
| Plus Attorney Fees, Court Costs, and Pre-Judgment and Post-Judgment Interest | | TBA |

The documents supporting such damages are included in Renda's certified claims in this suit, and have already been produced to the U.S. Army Corps of Engineers ("Corps"), and to the Defense Contract Audit Agency ("DCAA"). Renda will make such documents available again.

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: ______________________
Brian W. Erikson, TX Bar No. 06643800
Andrew M. Trusevich, TX Bar No. 00785119

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)
ATTORNEYS FOR RENDA MARINE, INC.

DATED: October 21, 2002.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October, 2002, a true and correct copy of the Initial Disclosures of Plaintiff, Renda Marine, Inc., was sent via United States mail, postage prepaid, in an envelope addressed as follows:

John E. Kosloske, Esq.
Senior Trial Counsel, Commercial Litigation Branch
Department of Justice
Attn.: Classification Unit
1100 L Street N.W., Room 8012
Washington, DC 20530

Brian W. Erikson