UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>PLAINTIFF,<br><br>V.<br><br>UNITED STATES ARMY<br>CORPS OF ENGINEERS,<br>DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 02-306C<br><br>(JUDGE HEWITT) |

**OBJECTIONS BY RENDA MARINE, INC.**
**TO DEFENDANT'S WITNESS LIST**

Plaintiff Renda Marine, Inc. ("Renda"), respectfully objects to the Witness List proferred by Defendant, United States, as follows:

1. The following persons have not previously been listed by Defendant in response to Court of Federal Claims Rule 26(a)(1)(A) initial disclosures or to Renda's First Set of Interrogatories.

Mr. Wayne Dunham
United States Army Corps of Engineers, Galveston District
2000 Fort Point Road
Galveston, TX 77553
Phone: 409-766-3899

Mr. Tom Hunt
United States Army Corps of Engineers, Galveston District
2000 Fort Point Road
Galveston, TX 77553
Phone: 409-766-3899

Mr. Bruce Bennett
United States Army Corps of Engineers, Galveston District
2000 Fort Point Road
Galveston, TX 77553
Phone: 409-766-3899

Mr. Jeremy Glasgow
J. Simmons Group
7129 N. Loop East
Houston, TX 77028
Phone: 713-675-5100

Mr. Christopher Babitzke
2514 Forgestone Drive
Friendswood, TX 77545
Phone: 281-993-2838

Without the required disclosures or supplementation before the discovery cutoff, Renda has not been able to depose the witnesses or seek discovery from such persons. As a consequence of the failure to disclose or supplement the names of such witnesses, Defendant should not be permitted to call such persons to testify at trial.

Wherefore, Plaintiff, Renda Marine, Inc., respectfully objects to Defendant's Witness List insofar as it includes names of persons not previously disclosed in initial disclosures, answers to interrogatories, or supplementation, and requests exclusion of such persons as trial witnesses.

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: s/Brian W. Erikson
Brian W. Erikson, TX Bar No. 06643800

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEYS FOR RENDA MARINE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April, 2004, a true and correct copy of the Objections by Renda Marine, Inc. to Defendant's Witness List, was served electronically through the CM/ECF system for the Court of Federal Claims.

s/Brian W. Erikson
Brian W. Erikson