UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | § | |
| PLAINTIFF, | § | |
| | § | CASE NO. 02-306C |
| V. | § | |
| | § | (JUDGE HEWITT) |
| UNITED STATES ARMY | § | |
| CORPS OF ENGINEERS, | § | |
| DEFENDANT. | § | |

**OBJECTIONS BY RENDA MARINE, INC.**
**TO DEFENDANT'S EXHIBIT LIST**

Plaintiff Renda Marine, Inc. ("Renda"), respectfully objects to the following exhibits listed by Defendant, United States.

| EXHIBIT NO. | BASIS |
|---|---|
| 47-91 | Hearsay, Late Production |
| 311 | Mismatched |
| 320 | Relevance, Hearsay |
| 321 | Hearsay |
| 322 | Hearsay |
| 323 | Hearsay |
| 324 | Hearsay |
| 325 | Hearsay |
| 329 | Hearsay |
| 333 | Hearsay |
| 335 | Hearsay |
| 338 | Hearsay |
| 345 | Hearsay |
| 347 | Hearsay |

| EXHIBIT NO. | BASIS |
|---|---|
| 350 | Hearsay |
| 352 | Hearsay |
| 358 | Hearsay |
| 359 | Hearsay |
| 367 | Hearsay |
| 369 | Hearsay |
| 371 | Hearsay |
| 372 | Hearsay |
| 373 | Hearsay |
| 376 | Hearsay |
| 378 | Hearsay |
| 393 | Relevance, Hearsay |
| 395 | Relevance, Hearsay |
| 396 | Hearsay |
| 397 | Hearsay |
| 398 | Hearsay |
| 403 | Hearsay |
| 407 | Hearsay |
| 416 | Hearsay |
| 418 | Hearsay |
| 419 | Hearsay |
| 434 | Hearsay |
| 458 | Hearsay |
| 461 | Hearsay |
| 462 | Hearsay |
| 463 | Hearsay |
| 474 | Hearsay |

| EXHIBIT NO. | BASIS |
|---|---|
| 476 | Hearsay |
| 483 | Hearsay |
| 532 | Hearsay |
| 544 | Hearsay |
| 558 | Hearsay |
| 580 | Hearsay |
| 644 | Relevance, Hearsay |
| 645 | Relevance, Hearsay |
| 905 | Relevance, Hearsay |
| 910 | Relevance, Hearsay |

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: s/Brian W. Erikson
Brian W. Erikson, TX Bar No. 06643800

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEYS FOR RENDA MARINE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2004, a true and correct copy of the Objections by Renda Marine, Inc. to Defendant's Exhibit List, was served electronically through the CM/ECF system for the Court of Federal Claims.

s/Brian W. Erikson
Brian W. Erikson