QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

BRIAN W. ERIKSON

Direct Line: 214.880.1844
E-mail: berikson@qsclpc.com

March 30, 2004

John E. Kosloske, Esq.
Senior Trial Counsel, Commercial Litigation Branch
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., Room 12052
Washington, D.C. 20005

*Via Telecopy & Certified Mail*
*Return Receipt Requested*

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Kosloske:

Thank you for yours of March 22, 2004, concerning documents that the Government has selected for production from all the documents restored by Universal Document Solutions ("UDS") from the Corps of Engineers' e-mail systems and computer hard drives. In response, I note the following.

First, it appears that the Government has appointed itself as arbiter of what constitutes a "responsive document," and has only released about five boxes of the twelve or so boxes provided by UDS. The documents provided by UDS were each responsive to one or more search terms that UDS employed to isolate relevant documents. Yet the Government has declared that about seven boxes of documents are either privileged or not relevant. What is in the remaining seven or so boxes? Please provide a recap.

Second, UDS begged the Government to accept the production electronically. The Government refused, and required UDS to print out the documents. The extra paper has needlessly complicated this case. You suggested to me that UDS scan the documents to input them into the electronic system, but have not agreed to pay UDS for the extra work.

Third, when the Government insisted on hard copies of the documents instead of electronic media, UDS requested permission to print out the documents in Bates numerical sequence without regard to search terms. The Government, however, requested that the documents be produced by search term, even though UDS pointed out that production by search terms would print out multiple copies of the same document since most were responsive to more than one search term. UDS pointed out to the Government that UDS' search terms located a total of about 30,000 pages, but that production of the same documents organized by search term would involve printing about 80,000 pages. At the Government's insistence, UDS sent the Government about four boxes organized by search term. These documents were produced in numerical Bates sequence. After the Government began reviewing the four search term boxes, the Government realized that UDS had correctly anticipated the level of duplication. The Government then requested that the



EXHIBIT
D

remaining documents be produced without organization by search term. UDS did so, continuing on with the sequential Bates numbering from the end of the documents already produced. UDS coordinated the remaining production not to duplicate the documents already produced.

Fourth, even though the documents were produced to the Government in numerical Bates sequence, the documents that the Government has produced to Renda are incredibly jumbled and are no longer in Bates numerical sequence. The degree of jumbling does not appear inadvertent.

Fifth, please provide the privileged documents log that you promised as soon as possible so that we can determine why about seven boxes of documents have not been produced. Right now, we cannot determine whether the Government claims that seven boxes or something less than seven boxes are privileged.

Thanking you for your expedited response, I remain,

Sincerely yours,

Brian W. Erikson

BWE/ja

cc: Oscar Renda
Barry Bray

S:\Construction\Renda Marine\Upper Bayou 565.09\Kosloske 061.wpd

*************** -COMM. JAL- ****************** DATE MAR-30-2004 ** TIME 16:28 ********

MODE = MEMORY TRANSMISSION START=MAR-30 16:27 END=MAR-30 16:28

FILE NO.=897

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | 12025148624 | 003/003 | 00:00:30 |

-Q S C L -

************************************ -Q S C L - ***** - 214 871 2111- *********

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

# FAX TRANSMITTAL

TO: John E. Kosloske
Senior Trial Counsel, Commercial Litigation
Department of Justice, Civil Division

FAX NO: (202) 514-8624

FROM: Brian W. Erikson

DATE: March 30, 2004

CLIENT MATTER NUMBER: Renda Marine / Upper Bayou / 565.0009

NUMBER OF PAGES INCLUDING COVER PAGE: 3

IF YOU DO NOT RECEIVE ALL MATERIALS BEING TRANSMITTED, PLEASE CALL OUR OFFICE AT (214) 871-2100.

**COMMENTS:**

Please see attached.

The information contained in this facsimile message is legally privileged and confidential information which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, the material herewith should be destroyed immediately and the sender listed above should be notified by telephone.

S:\Construction\Renda Marine\Upper Bayou 565.09\Kosloske Fax.wpd

Bryan Tower 2001 Bryan St., Suite 1800 Dallas, TX 75201 | ph. 214.871.2100 fx. 214.871.2111 www.qsclpc.com
A PROFESSIONAL CORPORATION | ATTORNEYS AND COUNSELORS