EXHIBIT E

**RENDA MARINE, INC. v. UNITED STATES**
**U.S. COURT OF FEDERAL CLAIMS NO. 02-306C**

**U.S. ARMY CORPS OF ENGINEERS - ELECTRONIC DISCOVERY DOCUMENTS**
**PRIVILEGED DOCUMENTS LOG - March 2004**

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| BOX 1 | **RM-GAL-0017158- RM-GAL-0017159** | 2-3-03 | (E-mail) Renda e-mails | Eric Russek | Alex Petty | Attorney-Client Attorney Work Product (redacted portion only) |
| 2 | **RM-GAL-0017166- RM-GAL-0017167** | 5-28-03 | (E-mail) Restoration and review of your e-mail | Alex Petty | Luis Saenz | Attorney-Client Attorney Work Product (redacted portion only) |
| 3 | **RM-GAL-0017168** | 5-27-03 | (E-mail) Restoration and review of your e-mail | Alex Petty | Thomas Benero, Johnny Rozyspal, Luis Saenz, Cecil McClenan | Attorney-Client Attorney Work Product |
| 4 | **RM-GAL-0017327** | 10-18-02 | (E-mail) Renda Marine | Eric Russek | Cecil McClenan, Johnny Rozsypal, Michael B. Rawls, Thomas Benero, Thomas Moore, James Few, David R. Brown, Dalton Krueger | Attorney-Client Attorney Work Product (redacted portion only) |
| 5 | **RM-GAL-0017491** | 5-27-03 | (E-mail) Restoration and review of your e-mail | Alex Petty | Thomas Benero, Johnny Rozsypal, Luis F. Saenz, Cecial M. McClenan | Attorney-Client Attorney Work Product |
| 6 | **RM-GAL-0017417** | 5-13-02 | (E-mail) Call Auditor<br>**Same as Doc #59 from Privilege Log dated 6-23-03** | Michael B. Rawls | Johnny Rozsypal | Attorney-Client Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 7 | **RM-GAL-0016817-RM-GAL-0016820** | 2-12-01 | (E-mail) RE: HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #121 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Wendell Mears, Dalton H. Krueger, Dick Gorini, Alan Jefts, Leon Hrabovsky | Attorney Work Product (redacted portion only) |
| 8 | **RM-GAL-0016808-RM-GAL-0016809** | 2-9-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #138 from Privilege Log dated 6-23-03** | Dalton H. Kruegar | Dick Gorini, Alan Jefts, Wendell Mears, Leon Hrabovsky | Attorney Work Product (redacted portion only) |
| 9 | **RM-GAL-0016805-RM-GAL-0016807** | 2-9-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #139 from Privilege Log dated 6-23-03** | Wendell Mears | Dalton H. Krueger, Dick Gorini, Alan Jefts, Leon Hrabovsky | Attorney Work Product (redacted portion only) |
| 10 | **RM-GAL-0016823-RM-GAL-0016824** | 3-6-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #142 from Privilege Log dated 6-23-03** | Herbie A. Maurer | Dalton H. Krueger, Dick Gorini, Alan Jefts, Wendell Mears, Leon Hrabovsky | Attorney Work Product (redacted portion only) |
| 11 | **RM-GAL-0015293-RM-GAL-0015294** | 5-9-01 | (E-mail) DACW64-98-C-0025 | Cecil M. McClenan | Daniel Keys | Attorney-Client Attorney Work Product (redacted portion only) |
| 12 | **RM-GAL-0015290** | 5-11-01 | (E-mail) DACW64-98-C-0025 | Cecil M. McClenan | Eric Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| **BOX 2**<br>13 | **RM-GAL-0017527-RM-GAL-0017528** | 6-1-03 | (E-mail) Restoration and review of your e-mail | Johnny Rozsypal | Johnny Rozsypal | Attorney-Client Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 14 | **RM-GAL-0017680- RM-GAL-0017681** | 7-2-02 | (E-mail) RE: (no subject) | Daniel Keys | Johnny Rozsypal | Attorney-Client Attorney Work Product (redacted portion only) |
| 15 | **RM-GAL-0017682- RM-GAL-0017683** | 7-2-02 | (E-mail) RE: (no subject) | Donald Carelock | Johnny Rozsypal | Attorney-Client Attorney Work Product (redacted portion only) |
| 16 | **RM-GAL-0017695- RM-GAL-0017696** | 6-21-02 | (E-mail) RE: (no subject) | Daniel Keys | Johnny Rozsypal | Attorney-Client Attorney Work Product (redacted portion only) |
| 17 | **RM-GAL-0019488- RM-GAL-0019490** | 3-6-01 | (E-mail) FW: Renda letter - Dan's draft | Cecil M. McClenan | Thomas Benero | Attorney-Client (redacted portion only) |
| 18 | **RM-GAL-0019508- RM-GAL-0091510** | 3-6-01 | (E-mail) Renda letter - Dan's draft | Eric & Megan Russek | Mike McClenan, Daniel Keys | Attorney-Client (redacted portion only) |
| 19 | **RM-GAL-0019673** | 10-9-01 | (E-mail) RE: Renda | Daniel Keys | Johnny Rozsypal, Harry Kohler | Attorney-Client (redacted portion only) |
| 20 | **RM-GAL-0019708** | 11-26-01 | (E-mail) Meeting w/JV on Renda | Johnny Rozsypal | Thomas Benero, Cecil McClenan, Eric Russek, Daniel Keys, Michael B. Rawls | Attorney-Client (redacted portion only) |
| 21 | **RM-GAL-0019694** | 11-15-01 | (E-mail) Renda<br><br>**Same as Doc #93 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Thomas Benero, Daniel Keys | Attorney-Client (redacted portion only) |
| 22 | **RM-GAL-0019665** | 8-23-01 | (E-mail) Upper Bayou Project- Award of Claim Merit<br><br>**Same as Doc #158 from Privilege Log dated 6-23-03** | Thomas Benero | Cecil M. McClenan, Daniel Keys | Attorney-Client (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 23 | **RM-GAL-0019671** | 8-23-01 | (E-mail) Upper Bayou Project-Award of Claim Merit<br><br>**Same as Doc #160 from Privilege Log dated 6-23-03** | Thomas Benero | Cecil M. McClenan | Attorney-Client (redacted portion only) |
| 24 | **RM-GAL-0019356-RM-GAL-0019362** | 12-6-00 | (E-mail) Renda Issue Letter (with attached draft letter)<br><br>**Same as Doc #129 from Privilege Log dated 6-23-03** | Daniel Keys | Eric G. Russek, Cecil M. McClenan, Thomas Benero, James T. Few | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 25 | **RM-GAL-0019320-RM-GAL-0019328** | 12-7-00 | (E-mail) Renda Issues Letter (with attached draft letter)<br><br>**Same as Doc #130 from Privilege Log dated 6-23-03** | James T. Few | Daniel Keys, Eric G. Russek, Cecil M. McClenan, Thomas Benero | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 26 | **RM-GAL-0019363-RM-GAL-0019370** | 12-12-00 | (E-mail) Final draft of 17 issue Renda Letter (with attached draft letter)<br><br>**Same as Doc #131 from Privilege Log dated 6-23-03** | Daniel Keys | Eric G. Russek, Cecil M. McClenan | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 27 | **RM-GAL-0019463-RM-GAL-0019465** | 2-8-01 | (E-mail) Geotechnical Expert<br><br>**Same as Doc #136 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney-Client (redacted portion only) |
| 28 | **RM-GAL-0017875** | 8-9-00 | (E-mail) HGNC Upper Bayou<br><br>**Same as Doc #4 from Privilege Log dated 6-23-03** | Cecil M. McClenan | Daniel Keys | Attorney-Client (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 29 | **RM-GAL-0017942** | 8-9-00 | (E-mail) HGNC Upper Bayou<br><br>**Same as Doc #4 from Privilege Log dated 6-23-03** | Cecil M. McClenan | Daniel Keys | Attorney-Client (redacted portion only) |
| 30 | **RM-GAL-0018925-RM-GAL-0018926** | 3-9-01 | (E-mail) Renda-Outstanding Issues<br><br>**Same as Doc #144 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Cecil M. McClenan, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| 31 | **RM-GAL-0019282** | 10-26-00 | (E-mail) Renda and HL&P<br><br>**Same as Doc #128 from Privilege Log dated 6-23-03** | Daniel Keys | Cecil M. McClenan | Attorney-Client Attorney Work Product (redacted portion only) |
| 32 | **RM-GAL-0019451-RM-GAL-0019452** | 2-8-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #137 from Privilege Log dated 6-23-03** | Daniel Keys | Eric G. Russek, Dalton H. Krueger, Cecil M. McClenan` | Attorney-Client Attorney Work Product (redacted portion only) |
| 33 | **RM-GAL-0019454-RM-GAL-0019455** | 2-9-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #138 from Privilege Log dated 6-23-03** | Dalton H. Kruegar | Dick Gorini, Alan Jefts, Wendal Mears, Leon Hrabovsky | Attorney Work Product (redacted portion only) |
| 34 | **RM-GAL-0019467-RM-GAL-0019469** | 2-9-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #139 from Privilege Log dated 6-23-03** | Wendell Mears | Dalton H. Krueger, Dick Gorini, Alan Jefts, Leon Hrabovsky | Attorney Work Product (redacted portion only) |
| 35 | **RM-GAL-0019470-RM-GAL-0019473** | 2-12-01 | (E-mail) RE: HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #121 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Wendell Mears, Dalton H. Krueger, Dick Gorini, Alan Jefts, Leon Hrabovsky | Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 36 | **RM-GAL-0019491- RM-GAL-0019492** | 3-6-01 | (E-mail) RE: HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #142 from Privilege Log dated 6-23-03** | Herbie A. Maurer | Dalton H. Kruger, Dick Gorini, Alan Jefts, Wendell Mears, Leon Hrabovsky | Attorney Work Product (redacted portion only) |
| 37 | **RM-GAL-0019493- RM-GAL-0019495** | 3-6-01 | (E-mail) RE: HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #143 from Privilege Log dated 6-23-03** | Dalton H. Krueger | Herbie A. Maurer | Attorney Work Product (redacted portion only) |
| 38 | **RM-GAL-0019497- RM-GAL-0019498** | 3-9-01 | (E-mail) Renda - Outstanding Issues<br><br>**Same as Doc #146 from Privilege Log dated 6-23-03** | Barbara J. Watts | Daniel Keys, Thomas Benero, Cecil M. McClenan, Eric C. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| 39 | **RM-GAL-0019506- RM-GAL-0019507** | 3-9-01 | (E-mail) Renda - Outstanding Issues<br><br>**Same as Doc #145 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Cecil M. McClenan, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| 40 | **RM-GAL-0019592** | 4-23-01 | (E-mail) Renda/JV<br><br>**Same as Doc #148 from Privilege Log dated 6-23-03** | Daniel Keys | Cecil M. McClenan, Eric G. Russek, Dalton H. Krueger | Attorney-Client Attorney Work Product (redacted portion only) |
| 41 | **RM-GAL-0019600** | 5-3-01 | (E-mail) Upper Bayou Contract, Levee claims<br><br>**Same as Doc #149 from Privilege Log dated 6-23-03** | Daniel Keys | Wendell Mears, Daniel Keys, Cecil M. McClenan | Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 42 | **RM-GAL-0019601-RM-GAL-0019602** | 5-6-01 | (E-mail) Upper Bayou Contract, Levee claims<br><br>**Same as Doc #151 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney Work Product (redacted portion only) |
| 43 | **RM-GAL-0019607-RM-GAL-0019608** | 5-11-01 | (E-mail) Upper Bayou Contract, Levee claims<br><br>**Same as Doc #153 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney Work Product (redacted portion only) |
| 44 | **RM-GAL-0019624-RM-GAL-0019625** | 5-9-01 | (E-mail) DACW64-98-C0025<br><br>**Same as Doc #60 from Privilege Log dated 6-23-03** | Daniel Keys | Cecil M. McClenan | Attorney-Client<br>Attorney Work Product |
| 45 | **RM-GAL-0019476-RM-GAL-0019477** | 2-22-01 | (E-mail) Geotechnical Expert<br><br>**Same as Doc #62 from Privilege Log dated 6-23-03** | James T. Few | Eric Russek, Cecil M. McClenan | Attorney-Client<br>Attorney Work Product (redacted portion only) |
| 46 | **RM-GAL-0019644-RM-GAL-0019646** | 5-21-01 | (E-mail) RE: Upper Bayou Contract, Levee claims | James T. Few | Cecil M. McClenan | Attorney Work Product (redacted portion only) |
| 47 | **RM-GAL-0019647-RM-GAL-0019649** | 5-27-01 | (E-mail) Upper Bay Contract, Levee claims<br><br>**Same as Doc #155 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 48 | **RM-GAL-0019710-RM-GAL-0019711** | 11-21-01 | (E-mail) Here's What I Have<br><br>**Same as Doc #24 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Thomas Benero, Daniel Keys, Will Sanford | Attorney-Client Attorney Work Product (redacted portion only) |
| 49 | **RM-GAL-0019712** | 11-20-01 | (E-mail) Here's What I Have<br><br>**Same as Doc #15 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Daniel Keys, Will Sanford | Attorney-Client Attorney Work Product (redacted portion only) |
| 50 | **RM-GAL-0019713-RM-GAL-0019715** | 11-20-01 | (E-mail) Keys memorandum.dot<br><br>**Same as Doc #163 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Daniel Keys, Thomas Benero, Will Sanford, Eric G. Russek, Cecil M. McClenan | Rule 26(b)(3) Material |
| 51 | **RM-GAL-0019716** | 11-20-01 | (E-mail) Here's What I Have | Will Sanford | Daniel Keys, JohnnyRozsypal | Attorney-Client Attorney Work Product (redacted portion only) |
| 52 | **RM-GAL-0019717-RM-GAL-0019721** | 11-20-01 | (E-mail) Keys memorandum.dot<br><br>**Same as Doc #46 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Johnny Rozsypal, Will Sanford, Eric G. Russek, Cecil M. McClenan | Rule 26(b)(3) Material |
| 53 | **RM-GAL-0019722** | 11-21-01 | (E-mail) Here's What I Have<br><br>**Same as Doc #165 from Privilege Log dated 6-23-03** | Thomas Benero | Daniel Keys, Will Sanford, Johnny Rozsypal | Attorney-Client Attorney Work Product (redacted portion only) |
| 54 | **RM-GAL-0019723** | 11-20-01 | (E-mail) Here's What I Have<br><br>**Same as Doc #45 from Privilege Log dated 6-23-03** | Daniel Keys | Will Sanford, Johnny Rozsypal | Attorney-Client Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 55 | **RM-GAL-0019709** | 11-21-01 | (E-mail) Renda Offer<br><br>**Same as Doc #122 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Thomas Benero, Daniel Keys, Cecil M. McClenan, Michael B. Rawls, Eric G. Russek, Wendell Mears | Attorney-Client (redacted portion only) |
| 56 | **RM-GAL-0019415-RM-GAL-0019419** | 2-2-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #135 from Privilege Log dated 6-23-03** | Eric G. Russek | James T. Few, Daniel Keys | Attorney-Client Attorney Work Product (redacted portion only) |
| 57 | **RM-GAL-0019427-RM-GAL-0019430** | 2-2-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #133 from Privilege Log dated 6-23-03** | Daniel Keys | James T. Few, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| 58 | **RM-GAL-0019387-RM-GAL-0019390** | 2-2-01 4:03 pm | (E-mail) HGNC- Lost Lake Disposal Area Meeting | James T. Few | Daniel Keys, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| 59 | **RM-GAL-0019410-RM-GAL-0019413** | 2-2-01 9:49 am | (E-mail) HGNC - Lost Lake Disposal Area Meeting | James T. Few | Daniel Keys, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| **BOX** 60 | **RM-GAL-0019764** | 1-24-02 | (E-mail) DCAA Audit-Renda Marine<br><br>**Same as Doc #168 from Privilege Log dated 6-23-03** | Daniel Keys | Johnny Rozsypal, Thomas Benero, Cecil M. McClenan, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 61 | **RM-GAL-0019768** | 2-4-02 | (E-mail) Audit-Renda Maine<br><br>**Same as Doc #169 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Thomas Benero, Michael B.Rawls, Daniel Keys | Attorney-Client Attorney Work Product (redacted portion only) |
| 62 | **RM-GAL-0019769** | 2-4-02 | (E-mail) Audit-Renda Marine<br><br>**Same as Doc #170 from Privilege Log dated 6-23-03** | Daniel Keys | Johnny Rozsypal, Thomas Benero, Michael Rawls | Attorney-Client Attorney Work Product (redacted portion only) |
| 63 | **RM-GAL-0019770-RM-GAL-0019771** | 2-4-02 | (E-mail) Audit-Renda Marine<br><br>**Same as Doc #171 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Daniel Keys, Thomas Benero, Michael B. Rawls | Attorney-Client Attorney Work Product (redacted portion only) |
| 64 | **RM-GAL-0019772-RM-GAL-0019773** | 2-5-02 | (E-mail) Audit-Renda Marine<br><br>**Same as Doc #172 from Privilege Log dated 6-23-03** | Daniel Keys | Eric G. Russek, Johnny Rozsypal, Thomas Benero, Michael B. Rawls | Attorney-Client Attorney Work Product (redacted portion only) |
| 65 | **RM-GAL-0019845** | 5-7-02 | (E-mail) DCAA Audit-Renda Marine<br><br>**Same as Doc #174 from Privilege Log dated 6-23-03** | Thomas Benero | Daniel keys, Cecil M. McClenan, Johnny Rozsypal, Eric G. Russek, James M. Kieslich | Attorney-Client Attorney Work Product (redacted portion only) |
| 66 | **RM-GAL-0019846** | 5-7-02 | (E-mail) DCAA Audit-Renda Marine<br><br>**Same as Doc #175 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Cecil M. McClenan, Johnny Rozsypal, Eric G. Russek, James M. Kieslich | Attorney-Client Attorney Work Product (redacted portion only) |
| 67 | **RM-GAL-0019847** | 5-13-02 | (E-mail) Call Auditor<br><br>**Same as Doc #176 from Privilege Log dated 6-23-03** | Michael B. Rawls | Johnny Rozsypal | Attorney-Client Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 68 | **RM-GAL-0019848** | 6-25-02 | (E-mail) Upper Bayou CDs<br><br>**Same as Doc #177 from Privilege Log dated 6-23-03** | Eric G. Russek | Daniel Keys | Attorney-Client (redacted portion only) |
| 69 | **RM-GAL-0019867- RM-GAL-0019880** | 7-9-02 | (E-mail) RMI v. US<br><br>**Same as Doc #178 from Privilege Log dated 6-23-03** | Daniel Keys | Cecil M. McClenan, Eric G. Russek, Thomas Benero | Attorney-Client Rule 26(b)(3) Material |
| 70 | **RM-GAL-0019987** | 8-5-02 | (E-mail) Renda Marine<br><br>**Same as Doc #20 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Thomas H. Moore, Cecil M. McClenan, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| 71 | **RM-GAL-0019988** | 8-5-02 | (E-mail) Renda Marine<br><br>**Same as Doc #19 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Thomas Moore, Cecil M. McClenan, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| 72 | **RM-GAL-0019990** | 8-7-02 | (E-mail) Renda<br><br>**Same as Doc #28 from Privilege Log dated 6-23-03** | Daniel Keys | John Kosloske | Attorney-Client (redacted portion only) |
| 73 | **RM-GAL-0020057** | 9-3-02 | (E-mail) Potential Witnesses mandatory disclosure.doc | Eric Russek | Cecil M. McClenan, Alton H. Meyer, Michael B. Rawls, Johnny Rozsypal | Attorney-Client Attorney Work Product |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 74 | **RM-GAL-0020058-RM-GAL-0020062** | 9-6-02 | (E-mail) FW: Freedom of Information Act Request #2002-95 | Thomas Moore | Edward Herrington, Ruben R. Villagran, Thomas Benero, Cecil M. McClenan, Keith Francis | Attorney-Client Attorney Work Product |
| 75 | **RM-GAL-0020063-RM-GAL-0020064** | 9-3-02 | (E-mail) Renda Marine, Inc.<br><br>**Same as Doc #81 from Privilege Log dated 6-23-03** | Eric G. Russek | Cecil M. McClenan, Johnny Rozsypal, Michael B. Rawls, James T. Few, Rhonda G. Brown, Thomas Benero, Will Sanford, Keith S. Francis | Attorney-Client Attorney Work Product (redacted portion only) |
| 76 | **RM-GAL-0020068-RM-GAL-0020071** | 9-6-02 2:22 am | (E-mail) Freedom of Information Act Request #2002-95 | George Strickler | Cecil M. McClenan | Attorney-Client Attorney Work Product (redacted portion only) |
| 77 | **RM-GAL-0020072-RM-GAL-0020075** | 9-6-02 3:09 am | (E-mail) Freedom of Information Act Request #2002-95 | George Strickler | Cecil M. McClenan | Attorney-Client Attorney Work Product (redacted portion only) |
| 78 | **RM-GAL-0020076** | 9-16-02 | (E-mail) Index of Design Files | Eric Russek | George Strickler | Attorney-Client Attorney Work Product |
| 79 | **RM-GAL-0020065-RM-GAL-0020067** | 9-6-02 | (E-mail) RE: Renda Marine, Inc. | George Strickler | Cecil M. McClenan | Attorney-Client Attorney Work Product (redacted portion only) |
| 80 | **RM-GAL-0020086-RM-GAL-0020087** | 9-5-02 | (E-mail) Renda Marine, Inc.<br><br>**Same as Doc #186 from Privilege Log dated 6-23-03** | Thomas Benero | Cecil M. McClenan | Attorney-Client Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 81 | **RM-GAL-0020092** | 10-18-02 | (E-mail) FW: Renda Marine | Eric G. Russek | Cecil M. McClenan, Johnny Rozsypal, Michael B. Rawls, Thomas Benero, Thomas H. Moore, James T. Few, David R. Brown, Dalton H. Krueger | Attorney-Client Attorney Work Product (redacted portion only) |
| 82 | **RM-GAL-0020142-RM-GAL-0020164** | undated | Draft of Answers to Interrogatories | | | Attorney Work Product |
| 83 | **RM-GAL-0020216-RM-GAL-0020240** | undated | Draft of Answers to Interrogatories | | | Attorney Work Product |
| 84 | **RM-GAL-0020358-RM-GAL-0020360** | 9-5-02 | (E-mail) Freedom of Information Act Request #2002-95 | Cecil M. McClenan | George Strickler | Attorney-Client Attorney Work Product (redacted portion only) |
| 85 | **RM-GAL-0020368-RM-GAL-0020369** | 2-3-03 | (E-mail) Renda e-mails | Eric G. Russek | Alex Petty | Attorney-Client Attorney Work Product (redacted portion only) |
| 86 | **RM-GAL-0020390** | 2-19-03 | (E-mail) Survey Deliverables | Eric Russek | Cecil McClenan, Johnny Rozsypal, Michael B. Rawls, Arthur J. Martin, Alex Petty, Thomas Benero, James T. Few | Attorney-Client Attorney Work Product (redacted portion only) |
| 87 | **RM-GAL-0020687-RM-GAL-0020688** | 1-24-02 | (E-mail) Freedom of Information Request from Renda Marine dated January 22, 2002 | Johnny Rozsypal | Edward V.Herrington | Attorney-Client Attorney Work Product (redacted portion only) |
| 88 | **RM-GAL-0020689** | 1-24-02 | (E-mail) Freedom of Information Request from Renda Marine dated January 22, 2002 | Johnny Rozsypal | Edward V. Herrington, Cecil M. McClenan, Thomas Benero, Curtis Cole | Attorney-Client Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 89 | **RM-GAL-0020253-RM-GAL-0020292** | 1-3-03 | Draft of Defendant's Responses to Plaintiff's First Set of Interrogatories | | | Attorney Work Product |
| **BOX 4** 90 | **RM-GAL-0022896-RM-GAL-0022897** | 9-5-02 | (E-mail) FW: Freedom of Information Act Request #2002-95 | Ruben R. Villagran | Cecil M. McClenan | Attorney-Client Attorney Work Product (redacted portion only) |
| 91 | **RM-GAL-0022904-RM-GAL-0022905** | 9-6-02 | (E-mail) FW: Freedom of Information Act Request #2002-95 | Thomas H. Moore | Cecil M. McClenan | Attorney-Client Attorney Work Product (redacted portion only) |
| 92 | **RM-GAL-0022906-RM-GAL-0022910** | 9-6-02 | (E-mail) Freedom of Information Act Request #2002-95 | Thomas Benero | Cecil M. McClenan | Attorney-Client Attorney Work Product (redacted portion only) |
| 93 | **RM-GAL-0022929-RM-GAL-0022930** | 5-14-02 | (E-mail) Call Auditor | Johnny Rozsypal | Michael B. Rawls | Attorney-Client Attorney Work Product (redacted portion only) |
| 94 | **RM-GAL-0022937** | 5-16-02 | (E-mail) DCAA Audit-Renda Marine<br><br>**Same as Doc #67 from Privilege Log dated 6-23-03** | Thomas Benero | Daniel Keys, Cecil McClenan, Johnny Rozsypal, Eric G. Russek, James M. Kieslich | Attorney-Client Attorney Work Product (redacted portion only) |
| **BOX 5** 95 | **RM-GAL-0025710** | 7-9-02 | (E-mail) RMI v. U.S.<br><br>**Same as Doc #178 from Privilege Log dated 6-23-03** | Daniel Keys | Cecil M. McClenan, Eric G. Russek, Thomas Benero | Attorney Client Rule 26(b)(3) Material |
| 96 | **RM-GAL-0025711-RM-GAL-0025723** | undated | Suggested draft responses to Complaint | | | Attorney-Client Attorney Work Product |
| **UN-** | **NUMBERED BOX** | | | | | |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 97 | **RM-GAL-0013001** | 11-26-01 | (E-mail) Meeting w/JV on Renda | Johnny Rozsypal | Thomas Benero, Cecil M. McClenan, Eric G. Russek, Daniel Keys, Michael B. Rawls | Attorney-Client (redacted portion only) |
| 98 | **RM-GAL-0013344** | 11-21-01 | (E-mail) Renda Offer<br><br>**Same as Doc #122 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Thomas Benero, Daniel Keys, Cecil M. McClenan, Michael B. Rawls, Eric G. Russek, Wendell Mears | Attorney-Client (redacted portion only) |
| 99 | **RM-GAL-0013484** | 6-25-02 | (E-mail) Upper Bayou CDs | Eric G. Russek | Daniel Keys | Attorney-Client (redacted portion only) |
| 100 | **RM-GAL-0013497** | 8-23-01 | (E-mail) Upper Bayou Project-Award of Claim Merit<br><br>**Same as Doc #158 from Privilege Log dated 6-23-03** | Thomas Benero | Cecil M. McClenan, Daniel Keys | Attorney-Client (redacted portion only) |
| 101 | **RM-GAL-0013643-RM-GAL-0013647** | | Draft of Defendant's Responses to Requests Nos. 15, 27, and 28 of Plaintiff's First Request for Production of Documents | | | Attorney Work Product |
| 102 | **RM-GAL-0013648-RM-GAL-0013679** | | Draft of Defendant's Responses to Plaintiffs's First Set of Interrogatories | | | Attorney Work Product |
| 103 | **RM-GAL-0012782** | 5-7-02 | (E-mail) DCAA Audit-Renda Marine<br><br>**Same as Doc #58 from Privilege Log dated 6-23-03** | Thomas Benero | Daniel Keys, Cecil M. MClenan, Johnny Rozsypal, Eric G. Russek, James M. Kieslich | Attorney-Client (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 104 | **RM-GAL-0012804** | 5-13-02 | (E-mail) Call Auditor<br><br>**Same as Doc #59 from Privilege Log dated 6-23-03** | Michael B. Rawls | Johnny Rozsypal | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 105 | **RM-GAL-0012809** | 5-9-01 | (E-mail) DACW64-98-C-0025<br><br>**Same as Doc #60 from Privilege Log dated 6-23-03** | Daniel Keys | Cecil M. McClenan | Attorney-Client<br>Attorney Work Product |
| 106 | **RM-GAL-0012816** | 12-12-00 | (E-mail) Final draft of 17 issue Renda Letter<br><br>**Same as Doc #61 from Privilege Log dated 6-23-03** | Daniel Keys | Eric G. Russek, Cecil M. McClenan | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 107 | **RM-GAL-0012817-RM-GAL-0012818** | 2-22-01 | (E-mail) Geotechnical Expert<br><br>**Same as Doc #62 from Privilege Log dated 6-23-03** | James T. Few | Eric G. Russek, Cecil M. McClenan | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 108 | **RM-GAL-0012859-RM-GAL-0012853** | 11-20-01 | (E-mail) Keys memorandum.dot<br><br>**Same as Doc #64 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Johnny Rozsypal, Will Sandford, Eric G. Russek, Cecil M. McClenan | Rule 26(b)(3) material |
| 109 | **RM-GAL-0012945-RM-GAL-0012947** | 2-9-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #138 from Privilege Log dated 6-23-03** | Dalton H. Kruegar | Dick Gorini, Alan Jefts, Wendell Mears, Leon Hrabovsky | Attorney Work Product<br>(redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 110 | **RM-GAL-0013134- RM-GAL-0013135** | 2-4-02 | (E-mail) Audit-Renda Marine<br><br>**Same as Doc #171 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Daniel Keys, Thomas Benero, Michael B. Rawls | Attorney-Client Attorney Work Product (redacted portion only) |
| 111 | **RM-GAL-0013136- RM-GAL-0013137** | 2-5-02 | (E-mail) Audit-Renda Marine<br><br>**Same as Doc #172 from Privilege Log dated 6-23-03** | Daniel Keys | Eric G. Russek, Johnny Rozsypal, Thomas Benero, Michael B. Rawls | Attorney-Client Attorney Work Product (redacted portion only) |
| 112 | **RM-GAL-0013132- RM-GAL-0013133** | 2-4-02 | (E-mail) Audit-Renda Marine<br><br>**Same as Doc #170 from Privilege Log dated 6-23-03** | Daniel Keys | Johnny Rozsypal, Thomas Benero, Michael Rawls | Attorney-Client Attorney Work Product (redacted portion only) |
| 113 | **RM-GAL-0013131** | 2-4-02 | (E-mail) Audit-Renda Marine<br><br>**Same as Doc #169 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Thomas Benero, Michael B. Rawls, Daniel Keys | Attorney-Client Attorney Work Product (redacted portion only) |
| 114 | **RM-GAL-0013158** | 5-7-02 | (E-mail) DCAA Audit-Renda Marine<br><br>**Same as Doc #175 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Cecil M. McClenan, Johnny Rozsypal, Eric G. Russek, James M. Kieslich | Attorney-Client Attorney Work Product (redacted portion only) |
| 115 | **RM-GAL-0013155** | 1-24-02 | (E-mail) DCAA Audit-Renda Marine<br><br>**Same as Doc #168 from Privilege Log dated 6-23-03** | Daniel Keys | Johnny Rozsypal, Thomas Benero, Cecil M. McClenan, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 116 | **RM-GAL-0013163- RM-GAL-0013166** | 2-8-01 | (E-mail) Geotechnical Expert<br><br>**Same as Doc #136 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney-Client (redacted portion only) |
| 117 | **RM-GAL-0013168** | 11-20-01 | (E-mail) Here's What I Have<br><br>**Same as Doc #45 from Privilege Log dated 6-23-03** | Daniel Keys | Will Sanford, Johnny Rozsypal | Attorney-Client Attorney Work Product (redacted portion only) |
| 118 | **RM-GAL-0013169- RM-GAL-0013170** | 11-20-01 | (E-mail) Here's What I Have<br><br>**Same as Doc #164 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Daniel Keys, Will Sanford | Attorney-Client Attorney Work Product (redacted portion only) |
| 119 | **RM-GAL-0013171** | 11-21-01 | (E-mail) Here's What I Have<br><br>**Same as Doc #165 from Privilege Log dated 6-23-03** | Thomas Benero | Daniel Keys, Will Sanford, Johnny Rozsypal | Attorney-Client Attorney Work Product (redacted portion only) |
| 120 | **RM-GAL-0013172- RM-GAL-0013173** | 11-21-01 | (E-mail) Here's What I Have<br><br>**Same as Doc #166 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Thomas Benero, Daniel Keys, Will Sanford | Attorney-Client Attorney Work Product (redacted portion only) |
| 121 | **RM-GAL-0013213- RM-GAL-0013217** | 2-2-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #34 from Privilege Log dated 6-23-03** | James T. Few | Daniel Keys, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| 122 | **RM-GAL-0013218- RM-GAL-0013222** | 2-2-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #133 from Privilege Log dated 6-23-03** | Daniel Keys | James T. Few, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 123 | **RM-GAL-0013223-RM-GAL-0013227** | 2-2-01 | (E-mail) HGNC - Lost Lke Disposal Area Meeting<br><br>**Same as Doc #33 from Privilege Log dated 6-23-03** | James T. Few | Daniel Keys, Eric G. Russek | Attorney-Client<br>Attorney Work Product (redacted portion only) |
| 124 | **RM-GAL-0013228-RM-GAL-0013233** | 2-2-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #135 from Privilege Log dated 6-23-03** | Eric Russek | James T. Few, Daniel Keys | Attorney-Client<br>Attorney Work Product (redacted portion only) |
| 125 | **RM-GAL-0013234-RM-GAL-0013235** | 2-8-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #38 from Privilege Log dated 6-23-03** | Daniel Keys | Eric G. Russek, Dalton H. Krueger, Cecil M. McClenan | Attorney-Client<br>Attorney Work Product (redacted portion only) |
| 126 | **RM-GAL-0013236-RM-GAL-0013238** | 3-6-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #41 from Privilege Log dated 6-23-03** | Herbie Maurer | Dalton H. Krueger, Dick Gorini, Alan Jefts, Wendell Mears, Leon Hrabovsky | Attorney Work Product (redacted portion only) |
| 127 | **RM-GAL-0013239-RM-GAL-0013241** | 3-6-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #40 from Privilege Log dated 6-23-03** | Dalton H. Krueger | Herbie A. Maurer | Attorney Work Product (redacted portion only) |
| 128 | **RM-GAL-0013253-RM-GAL-0013256** | 11-20-01 | (E-mail) Keys memorandum.dot<br><br>**Same as Doc #163 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Daniel keys, Thomas Benero, Will Sanford, Eric G. Russek, Cecil M. McClenan | Rule 26(b)(3) Material |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 129 | **RM-GAL-0013281** | 12-6-00 | (E-mail) Renda Issues Letter<br><br>**Same as Doc #129 from Privilege Log dated 6-23-03** (without attached draft letter) | Daniel Keys | Eric G. Russek, Cecil M. McClenan, Thomas Benero, James T. Few | Attorney-Client Attorney Work Product (redacted portion only) |
| 130 | **RM-GAL-0013282** | 12-7-00 | (E-mail) Renda Issues Letter<br><br>**Same as Doc #130 from Privilege Log dated 6-23-03** (without attached draft letter) | James T. Few | Daniel Keys, Eric G. Russek, Cecil M. McClenan, Thomas Benero | Attorney-Client Attorney Work Product (redacted portion only) |
| 131 | **RM-GAL-0013287-RM-GAL-0013288** | 3-9-01 | (E-mail) Renda-Outstanding Issues<br><br>**Same as Doc #145 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Cecil M. McClenan, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| 132 | **RM-GAL-0013289-RM-GAL-0013290** | 3-9-01 | (E-mail) Renda-Outstanding Issues<br><br>**Same as Doc #146 from Privilege Log dated 6-23-03** | Barbara J. Watts | Daniel Keys, Thomas Benero, Cecil M. McClenan, Eric C. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| 133 | **RM-GAL-0013302** | 5-3-01 | (E-mail) Upper Bayou Contract, Levee claims<br><br>**Same as Doc #149 from Privilege Log dated 6-23-03** | Daniel Keys | Wendell Mears, Daniel Keys, Cecil M. McClenan | Attorney-Client Attorney Work Product (redacted portion only) |
| 134 | **RM-GAL-0013303-RM-GAL-0013304** | 5-6-01 | (E-mail) Upper Bayou Contract, Levee claims<br><br>**Same as Doc #151 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 135 | **RM-GAL-0013305-RM-GAL-0013306** | 5-11-01 | (E-mail) Upper Bayou Contract, Levee claims<br><br>**Same as Doc #153 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney Work Product (redacted portion only) |
| 136 | **RM-GAL-0013307-RM-GAL-0013309** | 5-20-01 | (E-mail) Upper Bayou Contract, Levee claims<br><br>**Same as Doc #154 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney Work Product (redacted portion only) |
| 137 | **RM-GAL-0013310-RM-GAL-0013312** | 5-27-01 | (E-mail) Upper Bayou Contract, Levee claims<br><br>**Same as Doc #155 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney Work Product (redacted portion only) |
| 138 | **RM-GAL-0013323** | 10-26-00 | (E-mail) Renda and HL&P<br><br>**Same as Doc #128 from Privilege Log dated 6-23-03** | Daniel Keys | Cecil M. McClenan | Attorney-Client Attorney Work Product (redacted portion only) |
| 139 | **RM-GAL-0013356** | 4-23-01 | (E-mail) Renda/JV<br><br>**Same as Doc #148 from Privilege Log dated 6-23-03** | Daniel Keys | Cecil M. McClenan, Eric G. Russek, Dalton H. Krueger | Attorney-Client Attorney Work Product (redacted portion only) |