QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

BRIAN W. ERIKSON

Direct Line: 214.880.1844
E-mail: berikson@qsclpc.com

April 13, 2004

John E. Kosloske, Esq.
Senior Trial Counsel, Commercial Litigation Branch
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., Room 12052
Washington, D.C. 20005

*Via Facsimile & Certified Mail - Return Receipt Requested*

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Kosloske:

I have briefly reviewed the Privileged Document Log that you provided to me on April 9, 2004, while we were taking the deposition of William Connole in your offices. The log contains many documents which are authored or shared with non-Government personnel, including persons you have listed as witnesses.

For example, Document 7 was authored by Johnny Rozsypal and sent to Wendell Mears (non-Government testifying witness), Dalton Krueger (Government testifying witness), and three non-Government persons, two of whom are listed as testifying witnesses (Alan Jefts and Leon Hrabovsky).

Document 9's author is Wendell Mears, one of the witnesses you have listed. Document 9 is an e-mail that was dispatched to one Government witness (Dalton Krueger) and three non-Government personnel, two of which (Alan Jefts and Leon Hrabovsky) you have listed as testifying witnesses.

Document 4 is an e-mail from Eric Russek (a Government testifying witness) to eight other Government personnel (six of which are listed as Government testifying witnesses). There are no attorneys listed as authors or recipients. Without attorney involvement, the document is not protected by the attorney work privilege.

For similar reasons, the documents listed below are not protected by privilege and should be produced in their entirety.

1. Document 4
2. Document 6
3. Document 7
4. Document 8
5. Document 9
6. Document 10
7. Document 12
8. Document 13



EXHIBIT F

9. Document 15
10. Document 17
11. Document 23
12. Document 27
13. Document 33
14. Document 34
15. Document 35
16. Document 36
17. Document 37
18. Document 40
19. Document 41
20. Document 42
21. Document 43
22. Document 45
23. Document 46
24. Document 47
25. Document 55
26. Document 67
27. Document 73
28. Document 74
29. Document 75
30. Document 80
31. Document 81
32. Document 86
33. Document 87
34. Document 88
35. Document 90
36. Document 91
37. Document 92
38. Document 93
39. Document 104
40. Document 107
41. Document 109
42. Document 116
43. Document 126
44. Document 127
45. Document 133
46. Document 134
47. Document 135
48. Document 136
49. Document 137

Please advise whether you will voluntarily produce these documents or whether I need to seek Court intervention.

Sincerely yours,

Brian W. Erikson

BWE/ja

cc: Oscar Renda

S:\Construction\Renda Marine\Upper Bayou 565.09\Kosloske 070.wpd

***************** -COMM. JOURNAL- ******************* DATE APR-13-2004 ***** TIME 12:28 ********

MODE = MEMORY TRANSMISSION START=APR-13 12:27 END=APR-13 12:28

FILE NO.=203

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | 12025148624 | 004/004 | 00:00:30 |

-Q S C L -

************************************** -Q S C L - ***** - 214 871 2111- *********

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

# FAX TRANSMITTAL

TO: John E. Kosloske
Senior Trial Counsel, Commercial Litigation
Department of Justice, Civil Division

FAX NO: (202) 514-8624

FROM: Brian W. Erikson

DATE: April 13, 2004

CLIENT MATTER NUMBER: Renda Marine / Upper Bayou / 565.0009

NUMBER OF PAGES INCLUDING COVER PAGE: 4

IF YOU DO NOT RECEIVE ALL MATERIALS BEING TRANSMITTED, PLEASE CALL OUR OFFICE AT (214) 871-2100.

**COMMENTS:**

Please see attached.

The information contained in this facsimile message is legally privileged and confidential information which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, the material herewith should be destroyed immediately and the sender listed above should be notified by telephone.

S:\Construction\Renda Marine\Upper Bayou 565.09\Kosloske Fax.wpd

Bryan Tower 2001 Bryan St., Suite 1800 Dallas, TX 75201 | ph. 214.871.2100 fx. 214.871.2111 www.qsclpc.com
A PROFESSIONAL CORPORATION | ATTORNEYS AND COUNSELORS