INTERROGATORY NO. 11: Please state whether you contend that Renda did not encounter the differing site conditions that Renda alleges in this suit, and, if so, please state which, if any, of the alleged differing site conditions you contend were not differing site conditions or were for some reason not compensable under a differing site condition theory, your legal and/or factual basis for such contention, and the identity of each person with personal knowledge of the basis of any such contention.

RESPONSE: Discovery in this litigation has not been completed, and defendant's investigation and/or evaluation of potential defenses to the claims that are the subject of the above captioned action is continuing. Therefore, we reserve the right to supplement or modify the response to this interrogatory, as appropriate, if and when additional information becomes available through discovery, consultation with potential expert witnesses, or otherwise. We further reserve the right to introduce at trial any testimonial, documentary, or other form of evidence of facts yet to be discovered. Subject to those qualifications, defendant contends as follows:

South Ferry Landing Differing Site Conditions Claim

1. The contract documents do not affirmatively indicate or represent the conditions that form the basis of this differing site conditions claim. The contract documents do not indicate, one way or the other, the presence of riprap, rubble, or other shore protection at or near the South Ferry Landing.

2. Plaintiff has not produced any evidence of the alleged "obstructions" that form the basis of this differing site conditions claim.

3. To the extent that the "obstructions" that form the basis of this differing site conditions claim are riprap, rubble, or other shore protection at or near the South Ferry Landing, plaintiff reasonably could have foreseen those conditions at the time of bidding.

4. To the extent that the "obstructions" that form the basis of this differing site conditions claim are riprap, rubble, or other shore protection at or near the South Ferry Landing, plaintiff caused or contributed to the obstructions by overdredging of the contract dredge template, as a result of which plaintiff directly encountered or undermined the shore protection at or near the South Ferry Landing.

Based upon information presently available to defendant, individuals with knowledge of facts relating to these defenses are Eric Russek, Mike McClenan, John Rozsypal, Wendell Mears, Leon Hrabovsky, and Charles Baron.

Flare Area Differing Site Conditions Claim

The contract documents do not affirmatively indicate or represent the conditions that form the basis of this differing site conditions claim. The contract documents do not indicate, one way or the other, the character of the majority of the materials in the Flare Area. Based upon information presently available to defendant, individuals with knowledge of facts relating to this defense are Eric Russek, Mike McClenan, John Rozsypal, James Few, Wendell Mears, Leon Hrabovsky, Charles Baron.

HL&P Tower Differing Site Conditions Claim

1. The conditions that form the basis of this claim developed during the course of contract performance. The Differing Site Conditions clause applies only to conditions that existing at the time of contract award. See, e.g., Olympus Corp. v. United States, 98 F.3d 1314, 1317-18 (Fed. Cir. 1995).

2. Plaintiff did not provide timely notice of the alleged differing site condition, as required by the contract. Plaintiff took unilateral action without requesting input or direction from the Corps of Engineers contracting officer, thereby depriving the contracting officer the opportunity to coordinate or accommodate HL&P's needs in a manner that would not have interfered with plaintiff's dredging operations.

Based upon information presently available to defendant, individuals with knowledge of facts relating to these defenses are Eric Russek, Mike McClenan, John Rozsypal, Wendell Mears, and Leon Hrabovsky.

Section 7 Clay Differing Site Conditions Claim

The conditions indicated in the contract documents do not differ materially from the conditions encountered by plaintiff that form the basis of this differing site conditions claim, i.e., significant quantities of stiff or very stiff clay. Based upon information presently available to defendant, individuals with knowledge of facts relating to this defense are Eric Russek, Mike McClenan, John Rozsypal, James Few, Wendell Mears, Leon Hrabovsky, and Charles Baron.

Lost Lake Levees Differing Site Conditions Claim

The conditions indicated in the contract documents do not differ materially from the conditions encountered by plaintiff that form the basis of this differing site conditions claim. The materials encountered by plaintiff during contract performance were as expected and as indicated in the contract documents, i.e., soft to very soft dredged material placed during previous dredging cycles. Based upon information presently available to defendant, individuals with knowledge of facts relating to this defense are Eric Russek, Mike McClenan, John Rozsypal, James Few, Wendell Mears, Leon Hrabovsky, and Charles Baron.

INTERROGATORY NO. 12: Please state whether or not you contend that Renda in some way caused or contributed to its own damages in this case, and, if so, please state the nature and extent of damages for any particular claim by Renda that you contend were caused by Renda in whole or in part, the basis for such contention, and the identity of each person with personal knowledge of any such basis.

RESPONSE: Discovery in this litigation has not been completed, and defendant's investigation and/or evaluation of potential defenses to the claims that are the subject of the above captioned action is continuing. Therefore, we reserve the right to supplement or modify the response to this interrogatory, as appropriate, if and when additional information becomes available through discovery, consultation with potential expert witnesses, or otherwise. We further reserve the right to introduce at trial any testimonial, documentary, or other form of evidence of facts yet to be discovered. Subject to those qualifications, defendant contends that plaintiff caused and/or otherwise contributed to its claimed damages by:

1. Failing to implement adequate controls to monitor the hydraulic placement of the levees. As a result, plaintiff "overmounded" materials, which thereafter had to be recovered and placed using mechanical methods or were "wasted" into Lost Lake.

2. Overdredging of the dredge template.

3. Late delivery of equipment to the project, including the dredge "Millennium"and dredge booster pumps.

4. Relocating materials at the Lost Lake West Levee which, although not in accordance with the alignment specified by the contract, the Corps of Engineers had determined could remain as initially placed by plaintiff.

At this time, defendant lacks sufficient information to allow it to identify the nature and extent of added costs that plaintiff caused or otherwise contributed. Based upon information presently available to defendant, individuals with knowledge of the facts relating to the matters

set forth above are Eric Russek, Mike McClenan, John Rozsypal, James Few, Wendell Mears, Leon Hrabovsky, and Charles Baron.

INTERROGATORY NO. 13: Please state whether or not you have ever agreed to entitlement concerning any of Renda's claims in this suit, and, if so, please state the particular claim for which you have agreed to entitlement, the date and manner (e.g., letter, meeting, modification, etc.) of any such agreement, and the identity of the person making or issuing any such agreement.

RESPONSE: Defendant has not agreed to entitlement concerning any of plaintiff's claims in this suit. We note, however, that, in a letter dated December 13, 2000, from C.M. McClenan, P.E., Administrative Contracting Officer, Corps of Engineers Galveston, Texas District, to Steven C. Bowman, Vice President & Construction Manager, Renda Marine, Inc., Mr. McClenan identified "issues" that he considered to have merit, including the Flare Area, HL&P Tower, and, to an extent, plaintiff's Obstruction #1 Claim.

INTERROGATORY NO. 14: Please state whether you agree that Renda is entitled to some amount of compensation for any of its claims in this suit, and, if so, please state the amount to which you contend Renda is entitled for each of Renda's claims in this suit, the basis for such contention, the calculations supporting such basis, and the identity of each person with personal knowledge of such basis.

RESPONSE: Discovery in this litigation has not been completed, and defendant's investigation and/or evaluation of the claims that are the subject of the above captioned action is continuing. Therefore, we reserve the right to supplement or modify the response to this interrogatory, as appropriate, if and when additional information becomes available through discovery, consultation with potential expert witnesses, or otherwise. Subject to those qualifications, defendant states that, as of this time, we do not agree that plaintiff is entitled to some amount of compensation for any of the claims that are the subject of the above captioned action. We note, however, that the Corps of Engineers issued Contract Modification P00023, which established a not-to-exceed cost of $3,083,833 for the Flare Area Claim, that was paid to plaintiff.

INTERROGATORY NO. 15: For each of the following individuals: Thomas Benero, John Roszypal, Luis Saenz, and Michael McLennan, provide a detailed description of their computer system(s), including desktop computers, personal digital assistants (PDAs), portable, laptop, and notebook computers. If individuals use home computers for business purposes, please include information concerning these systems.

Please reply as specified below:

a. computer type and brand.

b. brand and version of all software, including operating system, private and custom developed applications, commercial applications and shareware.

c. communications capability, including, but not limited to, terminal to mainframe emulation, data download and/or upload capability to mainframe, and computer to computer connections via network, modem and/or direct connections.

RESPONSE: The information sought by this interrogatory is contained in the Computer Profile Summary(s) at Tab A. For Thomas Benero, the Computer Profile Summary with Computer Name "SWG-tom-b (in CESWG)" applies. For John Roszypal, the Computer Profile Summary with Computer Name "Swg-johnny-rim (in CESWG)" applies. For Luis Saenz, the Computer Profile Summary with Computer Name "Swg-saenz-l (in CESWG)" applies. For C. Michael McClenan, the Computer Profile Summary with Computer Name "SWG-mclelan-c (in CESWG)" applies.

INTERROGATORY NO. 16: Please provide the following information concerning data backups performed on all computer systems used by the Galveston Office of the United States Army Corps of Engineers:

a. descriptions of any and all procedures and/or devices used to backup the software and/or data, including, but not limited to, name(s) of backup software used, tape rotation schedule, type of tape backup drives including name and version number;

b. are multiple generations of backups maintained? If so, please describe how many and whether the backups are full or incremental;

c. is backup storage media kept off-site? If so, where is such media kept? Describe the process for archiving and retrieving off-site media;

d. is backup storage media kept on-site? If so, where is such media kept? Describe the process for archiving and retrieving on-site media;

e. who conducts the backup;

f. what information is backed up; and

g. please provide a detailed list of all backup sets, regardless of the magnetic media on which they reside, showing current location, custodian, date of backup and a description [of] backup content.

RESPONSE: The Galveston Office of the United States Army Corps of Engineers:

a. Uses the Backup Exec Software manufactured by Veritas Corporation. Hardware used is a Spectralogics tape library. Generally, the system is backed up on a daily (full/incremental), weekly, and monthly schedule. Backup tapes are rotated on a weekly, monthly and annual basis. Individuals are responsible for any backups to the hard drives on their individual computers.

b. Yes. Quantity is one or two, dependent upon the frequency (daily, weekly, monthly). Daily backup may be full or incremental, weekly is full, monthly is full.

c. Yes. The Corps of Engineers Addicks Project Office. Backups are forwarded to and/or retrieved from the off-site location by interfacility mail and/or hand delivery.

d. Yes. Safe Room 314. Backups are forwarded to and/or retrieved from the on-site storage via inner office mail and/or hand delivery.

e. Edwin Mason.

f. All information on the network is backed up.

g. One year of backup sets are maintained at the off- and on-site locations. Thus, at anytime the list of backups will include the previous 12 months. As of December 2002, monthly backups for December 2001 thru November 2002 are maintained. The custodians for the off- and on-site backup tapes are Edwin Mason and Kathi Dunaway. All information on the network is backed up.

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282

Attorneys for Defendant

JANUARY 3, 2003

CERTIFICATION

I, C. Michael McClenan, P.E., declare under penalty of perjury that the foregoing responses to Interrogatory No. 1 (Item #2 only), Interrogatories Nos. 4-6, Interrogatory No. 8 (factual contentions only), Interrogatory No. 10 (factual contentions only), and Interrogatory No. 12 (factual contentions only) are true and correct.

Executed on: 2 Jan 2003

C. Michael McClenan

C. MICHAEL McCLENAN, P.E.
Area Engineer
Bay Area Office
Galveston District
U.S. Army Corps of Engineers
2200 Fort Point Road
Galveston, TX 77553
Tele: (409) 766-6315

CERTIFICATION

I, Guy F. Williams, declare under penalty of perjury that the foregoing responses to Interrogatories Nos. 15 and 16 are true and correct.

Executed on: 02 JAN 2003

GUY F. WILLIAMS
Chief Information Management Office
Galveston District
U.S. Army Corps of Engineers
2200 Fort Point Road
Galveston, Texas
Tels:409-766-3828

# Computer Profile Summary

*Computer Name:* Swg-mclelan-c (in CESWG)
*Profile Date:* Friday, December 06, 2002 11:00:42
*Advisor Version:* 5.1k
*Windows Logon:* m3mcclec

**Click here for Belarc's PC Management products, for large and small companies.**

### Operating System

Windows 2000 Professional Service Pack 2 (build 2195)

### Processor [a]

1633 megahertz Intel Pentium 4
8 kilobyte primary memory cache
256 kilobyte secondary memory cache

### Drives

40.02 Gigabytes Usable Hard Drive Capacity
35.71 Gigabytes Hard Drive Free Space

SAMSUNG CD-ROM SC-148C
SAMSUNG CDRW/DVD SM-308B [CD-ROM drive]
3.5" format removeable media [Floppy drive]

MAXTOR 6L040L2 (40.03 GB) [Hard drive] -- drive 0

### Logins

SWG-MCLELAN-C\Administrator
CESWD\m3mcclec

### Installed Microsoft Hotfixes

**Internet Explorer**

- ✔ Q312461 (*details...*)
- ✔ Q313675 (*details...*)
- ✔ Q316059 (*details...*)
- ✔ Q321232 (*details...*)
- SP2 (*SP2*)

### System Model

Dell Computer Corporation OptiPlex GX240
System Service Tag: F9DWD11
Chassis Serial Number: F9DWD11

### Main Circuit Board [b]

Board: Dell Computer Corporation OptiPlex GX240

Bus Clock: 100 megahertz
BIOS: Dell Computer Corporation A03 03/01/2002

### Memory Modules

256 Megabytes Installed Memory

Slot 'DIMM_A' has 128 MB
Slot 'DIMM_B' has 128 MB

### Local Drive Volumes

| | | |
|---|---|---|
| c: (on drive 0) | 40.02 GB | 35.71 GB free |

### Network Drives

**mounted by m3mcclec at 12/06/02 11:00:32**

| | | |
|---|---|---|
| j: \\swg-raid-601468\gds-1 | 391.18 GB | 166.11 GB free |
| k: \\swg-raid-601468\operations | 391.18 GB | 49.71 GB free |
| n: \\swgapp01\inventory | 36.39 GB | 23.29 GB free |
| s: \\swgmb01share\shared files | 172.55 GB | 100.89 GB free |
| t: \\swgapp01\apps | 36.39 GB | 23.29 GB free |

### Printers

| | |
|---|---|
| EPSON Stylus COLOR 850 | on LPT1: |
| HP LaserJet 8100 Series PCL 6 | on \\Swg-ecsrv1\HP LaserJet 8100 Series PCL 6 |
| Xerox DC 220/230/332/340 PS2 | on \\Swg-ecsrv1\SWG-XEROX_AO-N |

Click here to see all available security Hotfixes.

✔ Marks a HotFix that verifies correctly
✖ Marks a HotFix that fails verification
(Failing hotfixes need to be reinstalled)
An unmarked HotFix lacks the data to allow verification

**Controllers**

Intel(R) 82801BA Ultra ATA Storage Controller - 244B
Primary IDE Channel [Controller]
Secondary IDE Channel [Controller]

**Bus Adapters**

*None detected*

**Communications**

3Com 3C920 Integrated Fast Ethernet Controller (3C905C-TX Compatible)
Network Card MAC Address: 00:06:5B:A1:A7:78
Network IP Address: 155.84.170.122

**Display**

32MB ATI Rage 128 Ultra [Display adapter]

**Multimedia**

Intel(R) 82801BA/BAM AC '97 Audio Controller - 2445

**Other Devices**

Intel(R) 82801BA/BAM USB Universal Host Controller - 2442
Intel(R) 82801BA/BAM USB Universal Host Controller - 2444
USB Root Hub
USB Root Hub

**Software Licenses**

| | |
|---|---|
| Microsoft - IntelliPoint | 11111-111-1111111-11111 |
| Microsoft - Internet Explorer | 52974-576-1325451-04423 |
| Microsoft - MediaPlayer | 53199-264-5515775-04853 |
| Microsoft - Office 2000 SR-1 Disc 2 | 50158-270-1334665-02573 |
| Microsoft - Office 2000 SR-1 Professional | 50083-270-1331355-02514 |
| Microsoft - WebFldrs | 12345-111-1111111-17149 |
| Microsoft - Windows 2000 Professional | 51873-270-1165152-09862 |

**Software Versions**

Adobe Acrobat Reader Version 5.0.0.0 *
America Online, Inc. - AOL Instant Messenger Version 5.0.2938 *
Apple Computer, Inc. - QuickTime QuickTime 5.0.1 *
Apple Computer, Inc. - QuickTime QuickTime 5.0.2 *
AWS, Inc.WeatherBug Version 4, 0, 0, 1 *
Banner Blue Software Incorporated - Microsoft Organization Chart Version 2,0,0,1016 *
Belarc Advisor and BelLive - Belarc's Content Personalization with Privacy Version 5.1k *
Cinematronics - 3D Pinball Version 5.00.2134.1 *
DeLorme - CacheMgr Application Version 7, 0, 0, 0 *
DeLorme Street Atlas USA Version 7, 0, 0, 0 *
Eastman Software, Inc., A Kodak Business - Imaging for Windows® Version 5.00.2138.1 *
InterVideo WinDVD Version 3.0.38.0 *
JInitiator Control Panel 1.1.7.26 *
Microsoft - Envelope Manager - Direct Mail Manager Version 2.02.0044 *
Microsoft Clip Gallery Version 5.2.01.0223 *
Microsoft Corporation - Internet Explorer Version 5.51.4807.2300 *
Microsoft Corporation - Windows® NetMeeting® Version 3.01 *
Microsoft Map Version 8.00.00.01621 *
Microsoft Office 2000 Small Business Edition Version 9.0.1423 *
Microsoft Office 2000 Version 9.0.2702 *
Microsoft Outlook Version 9.0.2416 *
Microsoft Photo Editor Version 3.01 *
Microsoft Pointing Device Software Version 3.20.0484 *
Microsoft PowerPoint for Windows Version 9.0.5519 *
Microsoft Snapshot Viewer Application Version 9.0.0.2402 *
Microsoft Windows Media Player Version 6.4.09.1117 *
Microsoft(R) Windows Media Player Version 7.01.00.3055 *
Microsoft® Access Version 8.0.5903 *
Microsoft® Access Version 9.0.3822 *
Microsoft® Business Planner for UK and Australia Version 1.0 *
Microsoft® Business Planner Version 1, 0, 0, 1 *
Microsoft® NetShow Version 3.01.0.2954 *
Microsoft® Publisher 2000 Version 6.0 Version 6.0 *
Microsoft® Query Version 9.00.3502 *
Microsoft® Schedule+ for Windows 95(TM) Version 7.5 *
MSBP_STB.EXE *
Roxio - DirectCD Version 5.10 (105) *
Roxio - Easy CD Creator Version 5.1 (50) *
Symantec Corporation - Norton AntiVirus Version 7.61.00.932 *
Timothy J. Baumer - Survey File System Version

Microsoft Office 2000 Version 9.0.3508 *
Microsoft Office 2000 Version 9.0.3720 *
Microsoft Office 2000 Version 9.0.5302 *
Microsoft Office 2000 Version 9.0.5519 *

4.03.0003 *
WinSig *
WinSig Package Manager *
WinZip Version 8.0 (3105) *
YAMAHA CORPORATION - XGPlayer Application Version 4, 0, 1, 44 *

# Computer Profile Summary

*Computer Name:* Swg-johnny-rim (in CESWG)
*Profile Date:* Friday, December 06, 2002 11:23:17
*Advisor Version:* 5.1k
*Windows Logon:* m3rozsyj

Click here for Belarc's PC Management products, for large and small companies.

**Operating System**

Windows 2000 Professional Service Pack 2 (build 2195)

**System Model**

Dell Computer Corporation OptiPlex GX240
System Service Tag: 7P3P711
Chassis Serial Number: 7P3P711

**Processor** [a]

1533 megahertz Intel Pentium 4
8 kilobyte primary memory cache
256 kilobyte secondary memory cache

**Main Circuit Board** [b]

Board: Dell Computer Corporation OptiPlex GX240
Bus Clock: 100 megahertz
BIOS: Dell Computer Corporation A02 12/06/2001

**Drives**

40.00 Gigabytes Usable Hard Drive Capacity
36.56 Gigabytes Hard Drive Free Space

LG CD-ROM CRD-8482B
SAMSUNG CDRW/DVD SM-308B [CD-ROM drive]
3.5" format removeable media [Floppy drive]

MAXTOR 6L040J2 (40.02 GB) [Hard drive] -- drive 0

**Memory Modules**

256 Megabytes Installed Memory

Slot 'DIMM_A' has 128 MB
Slot 'DIMM_B' has 128 MB

**Local Drive Volumes**

| | | |
|---|---|---|
| c: (on drive 0) | 8.00 GB | 4.73 GB free |
| d: (on drive 0) | 8.00 GB | 7.91 GB free |
| e: (on drive 0) | 23.99 GB | 23.93 GB free |

**Logins**

CESWD\m3nguyev
CESWD\m3rozsyj

**Network Drives**

**mounted by m3rozsyj at 12/06/02 11:23:04**

| | | |
|---|---|---|
| h: \\swgbdc01\canon | 2.76 GB | 1.99 GB free |
| j: \\swg-raid-601468\gds-1 | 391.18 GB | 166.11 GB free |
| k: \\swg-raid-601468\operations | 391.18 GB | 49.71 GB free |
| n: \\swgapp01\inventory | 36.39 GB | 23.29 GB free |
| s: \\swgmb01share\shared files | 172.55 GB | 100.89 GB free |
| t: \\swgapp01\apps | 36.39 GB | 23.29 GB free |

**Installed Microsoft Hotfixes**

**Printers**

**Internet Explorer**

- ✔ Q312461 (*details...*)
- ✔ Q313675 (*details...*)
- ✔ Q321232 (*details...*)
- SP2 (*SP2*)

Click here to see all available security Hotfixes.

✔ Marks a HotFix that verifies correctly
✘ Marks a HotFix that fails verification
(Failing hotfixes need to be reinstalled)
An unmarked HotFix lacks the data to allow verification

| | |
|---|---|
| Canon iR600-550-60 PS Ver 2.0 | on \\swgbdc01.swg.usace.army.mil\Canon 600 PS 2nd Floor |
| HP OfficeJet G Series Printer | on \\swg-eec-fax\EC-C HP OfficeJet G Series |
| QMS-PS 815 v52.4 | on \\SWG-ECSRV1\QMS-PS 815 v52.4 |
| Xerox Document Centre 340 PS | on IP_155.84.170.65 |

**Controllers**

Intel(R) 82801BA Ultra ATA Storage Controller - 244B
Primary IDE Channel [Controller]
Secondary IDE Channel [Controller]

**Bus Adapters**

*None detected*

**Communications**

3Com 3C920 Integrated Fast Ethernet Controller (3C905C-TX Compatible)
Network Card MAC Address: 00:06:5B:77:D3:E5
Network IP Address: 155.84.170.112

**Display**

32MB ATI Rage 128 Ultra [Display adapter]

**Multimedia**

SoundMAX Integrated Digital Audio

**Other Devices**

Intel(R) 82801BA/BAM USB Universal Host Controller - 2442
Intel(R) 82801BA/BAM USB Universal Host Controller - 2444
USB Root Hub
USB Root Hub

**Software Licenses**

| | |
|---|---|
| Microsoft - IntelliPoint | 11111-111-1111111-11111 |
| Microsoft - Internet Explorer | 52974-576-1325451-04423 |
| Microsoft - Office 2000 SR-1 Disc 2 | 50158-270-1334665-02573 |
| Microsoft - Office 2000 SR-1 Professional | 50083-270-1331355-02514 |
| Microsoft - WebFldrs | 12345-111-1111111-17149 |
| Microsoft - Windows 2000 Professional | 51873-270-1165152-09862 |

**Software Versions**

Adobe Acrobat Reader Version 5.0.0.0 *
Apple Computer, Inc. - QuickTime QuickTime 5.0.1 *
Apple Computer, Inc. - QuickTime QuickTime 5.0.2 *
Banner Blue Software Incorporated - Microsoft Organization Chart Version 2,0,0,1016 *
Belarc Advisor and BelLive - Belarc's Content Personalization with Privacy Version 5.1k *
Cinematronics - 3D Pinball Version 5.00.2134.1 *
Corel Corporation Limited - Desktop Application Director 9 Version 9.0.0.528 *
Corel Corporation Limited - PerfectScript 9 Version 9.0.0.528 *
Corel Corporation Limited - Presentations for Windows Version 8.0.0.610 *
Corel Corporation Limited - Quattro® Pro 9 Version 9.0.0.528 *
Corel Corporation Limited - WordPerfect (R) Office 2000 Version 9.0.0.528 *
Microsoft Pointing Device Software Version 3.20.0484 *
Microsoft PowerPoint for Windows Version 9.0.5519 *
Microsoft Snapshot Viewer Application Version 9.0.0.2402 *
Microsoft Windows Media Player Version 6.4.09.1109 *
Microsoft® Access Version 8.0.5903 *
Microsoft® Access Version 9.0.3822 *
Microsoft® Business Planner for UK and Australia Version 1.0 *
Microsoft® Business Planner Version 1, 0, 0, 1 *
Microsoft® NetShow Version 3.01.0.2954 *
Microsoft® Publisher 2000 Version 6.0 Version 6.0 *
Microsoft® Query Version 9.00.3502 *
Microsoft® Schedule+ for Windows 95(TM) Version 7.5 *
MSBP_STB.EXE *

Corel Corporation Limited - WordPerfect XML Project Designer Version 9.0.0.528 *
Corel Corporation Limited - WordPerfect® 9 Version 9.0.0.528 *
Corel Presentations for Windows Version 9.0.0.528 *
Corel Reference Center *
Corel Uninstaller Version 9.519 *
CorelCENTRAL TM 9 Version 9.0.0.528 *
Eastman Software, Inc., A Kodak Business - Imaging for Windows® Version 5.00.2138.1 *
ESRIUK - DOQQViewer Version 1.01.0003 *
Graphics Runtime *
Inprise Corporation - Borland Database Engine 5.01 *
IntelliQuest Communications, Inc. - ITP Version 2, 5, 1, 0 *
InterVideo WinDVD Version 3.0.38.0 *
JInitiator Control Panel 1.1.7.26 *
Microsoft - Envelope Manager - Direct Mail Manager Version 2.02.0044 *
Microsoft Clip Gallery Version 5.2.01.0223 *
Microsoft Corporation - Internet Explorer Version 5.51.4807.2300 *
Microsoft Corporation - Windows® NetMeeting® Version 3.01 *
Microsoft Map Version 8.00.00.01621 *
Microsoft Office 2000 Small Business Edition Version 9.0.1423 *
Microsoft Office 2000 Version 9.0.2702 *
Microsoft Office 2000 Version 9.0.3508 *
Microsoft Office 2000 Version 9.0.3720 *
Microsoft Office 2000 Version 9.0.5302 *
Microsoft Office 2000 Version 9.0.5519 *
Microsoft Outlook Version 9.0.2416 *
Microsoft Photo Editor Version 3.01 *
NewTech Infosystems, Inc. - NTI Backup NOW! Version 1, 0, 0, 6 *
NewTech Infosystems, Inc. - NTI Backup NOW! Version 2, 5, 0, 4 *
Novell, Inc., c/o Corel Corporation Limited - QuickFinder Component 9 Version 9.0.0.528 *
Oracle Corporation - Developer Reports Version 6.0 *
Oracle Corporation - ODBCT32 Version 2.5.3.1.0 *
Oracle Corporation - SQL*PLUS Version 8.0.5.0.0 *
Oracle Home Selector Version 3.3.0.1.2 *
Oracle Information Navigator for Windows Version 6.0.3.0.0 *
Oracle Installer *
Oracle Net8 Easy Config Version 8.0.5.0.0 *
Oracle Net8Assistant Version 8.0.5.0.0 *
OracleClientCache80 *
Query Builder *
Reports Queue Manager *
Roxio - DirectCD Version 5.10 (105) *
Roxio - Easy CD Creator Version 5.1 (50) *
Strctly Business Computer Systems - PROMIS Application Version 1, 0, 0, 1 *
Symantec Corporation - Norton AntiVirus Version 7.61.00.932 *
Timothy J. Baumer - Survey File System Version 4.03.0003 *
WinSig *
WinSig Package Manager *
WinZip Version 8.0 (3105) *
YAMAHA CORPORATION - XGPlayer Application Version 4, 0, 1, 44 *

---

# Computer Profile Summary

*Computer Name:* Swg-saenz-l (in CESWG)
*Profile Date:* Friday, December 06, 2002 11:09:16
*Advisor Version:* 5.1k
*Windows Logon:* m3saenzl

**Click here for Belarc's PC Management products, for large and small companies.**

### Operating System

Windows 2000 Professional Service Pack 2 (build 2195)

### System Model

Dell Computer Corporation OptiPlex GX240
System Service Tag: 84N6711
Chassis Serial Number: 84N6711

### Processor [a]

1533 megahertz Intel Pentium 4
8 kilobyte primary memory cache
256 kilobyte secondary memory cache

### Main Circuit Board [b]

Board: Dell Computer Corporation OptiPlex GX240
Bus Clock: 100 megahertz
BIOS: Dell Computer Corporation A02 12/06/2001

### Drives

40.02 Gigabytes Usable Hard Drive Capacity
26.18 Gigabytes Hard Drive Free Space

LG CD-ROM CRD-8482B
SAMSUNG CDRW/DVD SM-308B [CD-ROM drive]
3.5" format removeable media [Floppy drive]

MAXTOR 6L040J2 (40.03 GB) [Hard drive] -- drive 0

### Memory Modules

256 Megabytes Installed Memory

Slot 'DIMM_A' has 128 MB
Slot 'DIMM_B' has 128 MB

### Local Drive Volumes

| | | |
|---|---|---|
| c: (on drive 0) | 40.02 GB | 26.18 GB free |

### Logins

SWG-SAENZ-L\Administrator
CESWD\m3saenzl

### Network Drives

**mounted by m3saenzl at 12/06/02 11:09:00**

| | | |
|---|---|---|
| j: \\swg-raid-601468\gds-1 | 391.18 GB | 166.11 GB free |
| k: \\swg-raid-601468\operations | 391.18 GB | 49.71 GB free |
| n: \\swgapp01\inventory | 36.39 GB | 23.29 GB free |
| s: \\swgmb01share\shared files | 172.55 GB | 100.89 GB free |
| t: \\swgapp01\apps | 36.39 GB | 23.29 GB free |
| w: \\swg-raid-601468\gds-1 | 391.18 GB | 166.11 GB free |

### Installed Microsoft Hotfixes

### Printers

**Internet Explorer**

- ✔ Q312461 (details...)
- ✔ Q313675 (details...)
- ✔ Q321232 (details...)
- SP2 (*SP2*)

Click here to see all available security Hotfixes.

✔ Marks a HotFix that verifies correctly
✘ Marks a HotFix that fails verification
(Failing hotfixes need to be reinstalled)
An unmarked HotFix lacks the data to allow verification

| | |
|---|---|
| AdobePS Acrobat Distiller | on C:\Documents and Settings\All Users\Desktop*.pdf |
| HP DeskJet 660C | on LPT1: |
| HP LaserJet 8100 Series PCL 6 | on \\SWG-ECSRV1\HP LaserJet 8100 Series PCL 6 |
| Xerox DC 220/230/332/340 PS2 | on \\Swg-ecsrv1\SWG-XEROX_AO-N |
| Xerox Phaser 7700DN | on IP_155.84.170.83 |

**Controllers**

Intel(R) 82801BA Ultra ATA Storage Controller - 244B
Primary IDE Channel [Controller]
Secondary IDE Channel [Controller]

**Bus Adapters**

*None detected*

**Communications**

3Com 3C920 Integrated Fast Ethernet Controller (3C905C-TX Compatible)
Network Card MAC Address: 00:06:5B:77:B8:12
Network IP Address: 155.84.170.109

**Display**

32MB ATI Rage 128 Ultra [Display adapter]

**Multimedia**

SoundMAX Integrated Digital Audio

**Other Devices**

Intel(R) 82801BA/BAM USB Universal Host Controller - 2442
Intel(R) 82801BA/BAM USB Universal Host Controller - 2444
USB Root Hub
USB Root Hub

**Software Licenses**

| | |
|---|---|
| Adobe - Photoshop | 10451203387098309480 7433 |
| Adobe Systems, Inc. - Adobe Acrobat 5.0 | KWW400R7901486-900-762 |
| Adobe Systems, Inc. - Adobe Photoshop 7.0 | 10451203387098309480XXXX |
| Corel - CorelDRAW 10 | |
| Microsoft - IntelliPoint | 11111-111-1111111-11111 |
| Microsoft - Internet Explorer | 52974-576-1325451-04423 |
| Microsoft - Office 2000 SR-1 Disc 2 | 50158-270-1334665-02573 |
| Microsoft - Office 2000 SR-1 Professional | 50083-270-1331355-02514 |
| Microsoft - WebFldrs | 12345-111-1111111-17149 |
| Microsoft - Windows 2000 Professional | 51873-270-1165152-09862 |

**Software Versions**

Explore your CD ROM drive. *
AcroTray - Adobe Acrobat Distiller helper application. Version 5, 0, 0, 0 *
Adobe Acrobat Reader Version 5.0.0.0 *
Adobe Acrobat Version 5.0.0.0 *
Adobe ImageReady (tm) 7.0 Version 7.0 *
Adobe Photoshop Version 7.0 *
Adobe Systems Incorporated. - Acrobat ® Distiller ® for Windows Version 5.0.000 *
Adobe Systems, Inc. Adobe Gamma Loader Version 1, 0, 0, 1 *
Apple Computer, Inc. - QuickTime QuickTime 5.0.1 *
Apple Computer, Inc. - QuickTime QuickTime
Microsoft - Envelope Manager - Direct Mail Manager Version 2.02.0044 *
Microsoft Clip Gallery Version 5.2.01.0223 *
Microsoft Corporation - Internet Explorer Version 5.51.4807.2300 *
Microsoft Corporation - Windows® NetMeeting® Version 3.01 *
Microsoft Map Version 8.00.00.01621 *
Microsoft Office 2000 Small Business Edition Version 9.0.1423 *
Microsoft Office 2000 Version 9.0.2702 *
Microsoft Office 2000 Version 9.0.3508 *
Microsoft Office 2000 Version 9.0.3720 *
Microsoft Office 2000 Version 9.0.5302 *

5.0.2_*
Banner Blue Software Incorporated - Microsoft Organization Chart Version 2,0,0,1016_*
Belarc Advisor and BelLive - Belarc's Content Personalization with Privacy Version 5.1k_*
Bitstream, Inc. FontNav Version 4, 0, 0, 0_*
Cinematronics - 3D Pinball Version 5.00.2134.1_*
Corel CAPTURE (TM) Version 10.427_*
Corel Corporation Limited - Desktop Application Director 9 Version 9.0.0.528_*
Corel Corporation Limited - PerfectScript 9 Version 9.0.0.528_*
Corel Corporation Limited - Presentations for Windows Version 8.0.0.610_*
Corel Corporation Limited - Quattro® Pro 9 Version 9.0.0.528_*
Corel Corporation Limited - WordPerfect (R) Office 2000 Version 9.0.0.528_*
Corel Corporation Limited - WordPerfect XML Project Designer Version 9.0.0.528_*
Corel Corporation Limited - WordPerfect® 9 Version 9.0.0.528_*
Corel PHOTO-PAINT(R) Version 10.427_*
Corel Presentations for Windows Version 9.0.0.528 _*
Corel R.A.V.E. (TM) Version 1.0_*
Corel Reference Center_*
Corel Uninstaller Version 10.191_*
CorelCENTRAL TM 9 Version 9.0.0.528_*
CorelDRAW(R) Version 10.427_*
Corel® BAR CODE Wizard Version 10.427_*
Corpscon_*
Eastman Software, Inc., A Kodak Business - Imaging for Windows® Version 5.00.2138.1_*
ESRI's ArcExplorer Version 2.00.0800_*
ESRIUK - DOQQViewer Version 1.01.0004_*
Helios Software Solutions - TextPad 32 Version 3.2.11_*
iGetNet - Natural Language Migration IE browser upgrade Version 4, 0, 2, 0_*
Inprise Corporation - Borland Database Engine 5.01 _*
IntelliQuest Communications, Inc. - ITP Version 2, 5, 1, 0_*
InterVideo WinDVD Version 3.0.38.0_*
Jasc Software Inc. - Animation Shop 3 Version 3.02 _*
Jasc Software, Inc. - Paint Shop Pro 7 Version 7.02 _*
Java Plug-in Control Panel_*
JInitiator Control Panel 1.1.7.26_*
Microsoft Office 2000 Version 9.0.5519_*
Microsoft Outlook Version 9.0.2416_*
Microsoft Photo Editor Version 3.01_*
Microsoft Pointing Device Software Version 3.20.0484_*
Microsoft PowerPoint for Windows Version 9.0.5519_*
Microsoft Snapshot Viewer Application Version 9.0.0.2402_*
Microsoft Windows Media Player Version 6.4.09.1109_*
Microsoft® Access Version 8.0.4122_*
Microsoft® Access Version 9.0.3822_*
Microsoft® Business Planner for UK and Australia Version 1.0_*
Microsoft® Business Planner Version 1, 0, 0, 1_*
Microsoft® NetShow Version 3.01.0.2954_*
Microsoft® Publisher 2000 Version 6.0 Version 6.0 _*
Microsoft® Query Version 9.00.3502_*
Microsoft® Schedule+ for Windows 95(TM) Version 7.5_*
MSBP_STB.EXE_*
MUSICMATCH JUKEBOX Version 7.20.0173_*
Naviant NAVBrowser Version 1.0.0.12_*
Novell, Inc., c/o Corel Corporation Limited - QuickFinder Component 9 Version 9.0.0.528_*
RealNetworks, Inc. - RealOne Player (32-bit) Version 0.1.0.880_*
RealNetworks, Inc. - RealOne Player (32-bit) Version 6.0.10.505_*
RealNetworks, Inc. - RealOne Player (32-bit) Version 7.0.0.559_*
Roxio - DirectCD Version 5.10 (105)_*
Roxio - Easy CD Creator Version 5.1 (50)_*
Symantec Corporation - Norton AntiVirus Version 7.61.00.932_*
The Webshots Corporation - Webshots Tray Application Version 1.3.0.3613_*
The Webshots Corporation Swebexec Version 1.3.0.3613_*
Timothy J. Baumer - Survey File System Version 4.03.0005_*
WinSig_*
WinSig Package Manager_*
WinZip Version 8.0 (3105)_*
YAMAHA CORPORATION - XGPlayer Application Version 4, 0, 1, 44_*

# Computer Profile Summary

*Computer Name:* Swg-tom-b (in CESWG)
*Profile Date:* Friday, December 06, 2002 11:15:35
*Advisor Version:* 5.1k
*Windows Logon:* m3benert

**Click here for Belarc's PC Management products, for large and small companies.**

**Operating System**

Windows 2000 Professional (build 2195)

**Processor** [a]

233 megahertz Intel Pentium w/MMX
16 kilobyte primary memory cache
512 kilobyte secondary memory cache

**Drives**

4.31 Gigabytes Usable Hard Drive Capacity
2.13 Gigabytes Hard Drive Free Space

TOSHIBA CD-ROM XM-6302B
3.5" format removeable media [Floppy drive]

IOMEGA ZIP 100 [Hard drive] -- drive 1
WDC AC24300L (4.31 GB) [Hard drive] -- drive 0

**Logins**

CESWD\m3benert

**Installed Microsoft Hotfixes**

**Internet Explorer**

- ✔ Q312461 (*details...*)
- ✔ Q313675 (*details...*)
- ✔ Q321232 (*details...*)
- SP2 (*SP2*)

**System Model**

Gateway
System Serial Number: 0010852537
Chassis Serial Number: 0010852537

**Main Circuit Board** [b]

Board: Intel Corporation LT430TX
Bus Clock: 66 megahertz
BIOS: Intel Corp. 4L3TT0X0.15A.0011.P15 05/05/98

**Memory Modules**

160 Megabytes Installed Memory

Slot '0' has 128 MB
Slot '1' has 32 MB

**Local Drive Volumes**

| | | |
|---|---|---|
| c: (on drive 0) | 4.31 GB | 2.13 GB free |

**Network Drives**

**mounted by m3benert at 12/06/02 11:15:14**

| | | |
|---|---|---|
| n: \\swgapp01\inventory | 36.39 GB | 23.29 GB free |
| s: \\swgmb01share\shared files | 172.55 GB | 100.89 GB free |
| t: \\swgapp01\apps | 36.39 GB | 23.29 GB free |

**Printers**

| | |
|---|---|
| HP LaserJet IIP | on LPT1: |
| OLFAXDRV | on OLFModem |

✔ Marks a HotFix that verifies correctly
✖ Marks a HotFix that fails verification
(Failing hotfixes need to be reinstalled)
An unmarked HotFix lacks the data to allow verification

**Controllers**

Standard floppy disk controller
Intel(r) 82371AB/EB PCI Bus Master IDE Controller
Primary IDE Channel [Controller]
Secondary IDE Channel [Controller]

**Bus Adapters**

*None detected*

**Communications**

3Com EtherLink XL 10/100 PCI TX NIC (3C905B-TX)
Network Card MAC Address: 00:10:5A:1F:1C:97
Network IP Address: 155.84.166.69

**Display**

ATI Technologies Inc. 3D RAGE II+ PCI [Display adapter]
ATI Technologies Inc. 3D RAGE II+ PCI [Display adapter]

**Multimedia**

Creative AudioPCI (ES1370), SB PCI 64/128 (WDM)
Game Port for Creative

**Other Devices**

PC/AT Enhanced PS/2 Keyboard (101/102-Key)
PC/AT PS/2 Keyboard (84-Key)
Microsoft PS/2 Mouse
Intel 82371AB/EB PCI to USB Universal Host Controller
USB Root Hub

**Software Licenses**

| | |
|---|---|
| Microsoft - Internet Explorer | 52974-814-0420546-04227 |
| Microsoft - Office 2000 SR-1 Disc 2 | 50158-270-5247451-02407 |
| Microsoft - Office 2000 SR-1 Professional | 50083-270-5238361-02456 |
| Microsoft - WebFldrs | 12345-111-1111111-26604 |
| Microsoft - Windows 2000 Professional | 51873-270-5178511-09061 |

**Software Versions**

Adobe Acrobat Reader Version 5.0.0.0 *
Apple Computer, Inc. - QuickTime QuickTime 5.0.1 *
Apple Computer, Inc. - QuickTime QuickTime 5.0.2 *
Banner Blue Software Incorporated - Microsoft Organization Chart Version 2,0,0,1016 *
Belarc Advisor and BelLive - Belarc's Content Personalization with Privacy Version 5.1k *
Cinematronics - 3D Pinball Version 5.00.2134.1 *
Eastman Software, Inc., A Kodak Business - Imaging for Windows® Version 5.00.2138.1 *
ERS *
JInitiator Control Panel 1.1.7.26 *
Microsoft - Envelope Manager - Direct Mail Manager Version 2.02.0044 *
Microsoft Clip Gallery Version 5.2.01.0405 *
Microsoft Corporation - Internet Explorer Version 5.51.4807.2300 *
Microsoft Corporation - Windows® NetMeeting® Version 3.01 *
Microsoft Map Version 8.00.00.01621 *
Microsoft Office 2000 Small Business Edition Version 9.0.1423 *
Microsoft Office 2000 Version 9.0.2702 *
Microsoft Office 2000 Version 9.0.3508 *
Microsoft Office 2000 Version 9.0.4527 *
Microsoft Outlook Version 9.0.2416 *
Microsoft Photo Editor Version 3.01.1 *
Microsoft PowerPoint for Windows Version 9.0.4527 *
Microsoft Snapshot Viewer Application Version 9.0.0.2402 *
Microsoft Windows Media Player Version 6.4.09.1109 *
Microsoft® Access Version 8.0.5903 *
Microsoft® Access Version 9.0.4506 *
Microsoft® Business Planner for UK and Australia Version 1.0 *
Microsoft® Business Planner Version 1, 0, 0, 1 *
Microsoft® NetShow Version 3.01.0.2954 *
Microsoft® Publisher 2000 Version 6.0 Version 6.0 *
Microsoft® Query Version 9.00.4430 *
Microsoft® Schedule+ for Windows 95(TM) Version 7.5 *
MSBP_STB.EXE *
Symantec Corporation - Norton AntiVirus Version 7.61.00.932 *
WinSig *
WinSig Package Manager *
WinZip Version 8.0 (3105) *

Microsoft Office 2000 Version 9.0.3720_*
Microsoft Office 2000 Version 9.0.4430_*

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 3rd day of JANUARY, 2003, I caused to be sent by United States Mail (postage prepaid) the original of "DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES" addressed as follows:

BRIAN W. ERIKSON, ESQ.
Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201

[signature]
___________________________________