# APPENDIX C

Dr. Fowler's Resume

Jack Fowler, Ph.D., P.E.
Geotechnical Consultant
Geotec Associates
5000 Lowery Road
Vicksburg, Mississippi 39180
Telephone: 601-636-5475 FAX: 601-630-9911
E-mail jfowler@geotec.biz and www.geotec.biz

**Education:**

Dr. Fowler received his BS degree in Civil Engineering from the University of Mississippi in 1961, his MS degree in Civil Engineering from Mississippi State University in 1972, and his Ph.D. degree in Civil Engineering from Oklahoma State University in 1979. His major field of study was in Geotechnical Engineering. Dr. Fowler is a Registered Professional Engineer in the State of Mississippi, a member of ASCE, SAME, PIANC, WEDA and Chi Epsilon (Honorary Engineering Fraternity).

**Experience:**

Dr. Fowler worked for the Soil Conservation Service for 1 year while attending the University of Mississippi. After receiving his BS degree in 1961, he was employed by the Corps of Engineers Ballistic Missile Construction Office, Inglewood, California, as a construction inspector at the Jacksonville, Arkansas, Field Office. This work involved construction of 18 Titan II Missile Bases. Dr. Fowler was on Military leave of absence for 3 months in 1962 at Fort Polk, Louisiana, during the Berlin Crisis.

From 1962 to 1994, Dr. Fowler was employed at the US Army Engineer Waterways Experiment Station (WES) as a Research Civil Engineer. From 1962 to 1974 he participated in Geophysical exploration and vibroseismic surveys and design of vibration sensitive structures, dynamic testing of model radar foundations, development of design criteria and subsequent application and verification of design criteria from dynamic measurements from prototype structures. He also participated in the National Aeronautical Space Administration Saturn V Moon Exploration Program by conducting static and dynamic load tests of foundation piles prior to construction and instrumentation of selected foundation piles for static and dynamic measurements during static test firing of the first and second stages in test stands located at Stennis Space Center.

His master's thesis in 1972 consisted of evaluating an existing procedure for determining shear modulus of in situ soils at depth by vibratory techniques. He also participated in studies involving liquefaction phenomena of soils caused by earthquakes or other seismic sources, earthquake resistance of earth and rock fill dams and model studies of concrete arched structures subjected to both controlled and random vibrations.



Blumberg No. 5118
EXHIBIT
A

His Ph.D. thesis in 1979 was concerned with design, construction and analysis of the first geotextile fabric reinforced embankment constructed on soft foundations in the United States. He participated in the Dredge Material Research Program as a Senior Project Engineer and principal investigator on numerous projects involving dewatering of dredged materials and design and construction of fabric reinforced containment levees and construction haul roads. He participated in the design of the first geomembrane and soil bentonite slurry wall trenches constructed for under seepage under one of the first successfully designed and constructed welded wire reinforced embankments for flood control protection. He was a principal leader in the preparation of a Technical Manual for Engineering use of Geotextiles for the Department of the Army. He was a principal investigator in the Dredged Research Program responsible for development of a Knowledge Based Expert Systems program for determining dredgeability of sediments for a work unit entitled "Descriptors for Bottom Sediments to be Dredged." He was also a principal assistant to the Chief, Soil Mechanics Branch, and was responsible for planning, executing, and analyzing the results from research and development studies for construction control of earth and rock fill dams and levee design.

Dr. Fowler has served as a consultant with the Construction Productivity Advancement Research Program (CPAR) at WES for "The Development and Demonstration of Dredged Material Containment Systems Using Geotextiles" and "Research, Development and Commercialization of a Ballistic Soil Nailing Systems." He is currently working with several Corps Engineer Districts, Port Authorities, consulting firms and the Navy concerning the containment of contaminated dredged material, municipal fly ash, lime, alum, animal waste and sewage sludge wastes in geotextile containers. He developed a proposed ASTM filtration protocol for geotextile container systems for fine grained sediments. He was responsible for planning and designing the first geotextile tubes and containers for fine-grained contaminated dredged material. Since his retirement in 1994 he has worked in research and consultation involving filling geotextile tubes with concrete and high solids contaminated dredged material using positive displacement pumps. He has prepared documentations for several dredging claims and has served as an expert witness where different site condition claims were involved in dredging projects. He has served as an expert witness involving siltation damage to oyster beds as a result of dredging activities. He also teaches annually in the Texas A&M Dredging Engineering Short Course and an adjunct professor at Mississippi State University.

**Publications:**

Dr. Fowler has authored or coauthored 7 Journal papers, chapters in 5 textbooks, 45 technical publications, 53 papers and holds patents for a telescoping weir and a Geotube Bio-Waste Digester. He was also a technical contributor to 25 technical publications in the fields of geophysics, dynamics, soil mechanics, soil and structural interaction and pile supported foundations, seismic wave phenomena, earthquake engineering, containment and dewatering of dredged materials, vertical plastic strip drains (wicks), geomembrane soil bentonite slurry trenches, and steel wire and fabric reinforced earth structures, geotextile tubes, bags and containers.