soil due to the increase in the fill height will also cause a reduction in the available bearing capacity of foundation materials.




Figure 3. Potential Embankment Failure Modes on Soft Foundations

**2-20 What, if any, effect would saturated soils in the foundation areas along the alignment of levees to be constructed have upon *mechanical* placement operations at Lost Lake, including during *mechanical* placement of the north levee?**

The effect of saturated soft to very soft soils along the alignment of the levees to be constructed would be reduced bearing capacity of the foundation materials during

mechanical placement operations. These high moisture content cohesive soils are very sensitive to any disturbance or additional loading and lose their strength by increased pore pressure and liquefaction.

JACK FOWLER, Ph.D., P.E.

2-2-04

DATE

# References

Contract No. DACW64-99-C-0001 "Houston-Galveston Navigation Channels, Texas Dredging Upper Bayou, (45-Foot Project) Harris and Galveston Counties, Texas"

USAEWES (1960). "The Unified Soil Classification System," Technical Memorandum No. 3-357, US Army Engineer Waterways Experiment Station, Vicksburg, MS.

Engineering Manual 1110-2-5027, "Confined Disposal of Dredged Material," 30 September 1987, US Army Corps of Engineers, Washington, D.C.

Spigolon, S.J and Bakeer, R.M. (1993). "Geotechnical factors in the dredgeability of sediments: Report 3, Guidance in the geotechnical evaluation of the dredgeability of sediments using GEODREG," Contract Report DRP-93-3, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Spigolon, S. Joseph and Bakeer, Reda M. "Instruction Report DRP-94-1, DREDGABL: Geotechnical Factors in Dredgeability, Users Guide," Sept 1994, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS).

Bowles, Joseph E. "Foundation Analysis and Design," 1968 McGraw-Hill, Inc. pages 125 and 126

**Tables:**

Table 1. Summary of Consistency, Relative Density and Laboratory Classifications for Remaining Overdepth (6 pages)

Table 2. Summary of Consistency and Relative Density for Remaining Depth and Allowable Overdepth

Table 3. Summary of Laboratory Classification for Remaining Depth and Allowable Overdepth

Table 4. Hydraulic and Mechanical Levee "Neat Line" Volumes, Dimensions and Stations

**Table 1. Summary of Consistency, Relative Density, and Laboratory Classification for Remaining Depth**

| | | | Consistency of Cohesive Soil | | | | | | Relative Density of Cohesionless Soils | | | | | | Laboratory Classification | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Section No. | Line Station Number | Boring Log Number | Very Soft Vso | Soft So | Medium Stiff Med S | Stiff S | Very Stiff VS | Hard H | Very Loose VL | Loose L | Medium Dense Med D | Dense D | Very Dense VD | Sum of Graphical Measured | Inorganic Clays of High Plasticity, Fat Clays CH | Inorganic Clays Low to medium Plasticity, Lean Clays CL | Inorganic Silts Very Fine Sands, w/ Slight Plasticity ML | Clayey Sands, Sand-Clay Mixtures SC | Silty Sands, Sand-Silt Mixtures SM | Organic Clays of Medium to High Plasticity Organic Silts OH | Sum of Graphical Measured |
| | | | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY |
| 1 | 47000.00C | | | | | | | | | | | | | - | | - | | | | - | - |
| 1 | 47200.00C | 3ST-162* | | 16,706 | | 9,825 | | | | | | | | 26,531 | | 9,825 | | | | 16,706 | 26,531 |
| 1 | 47400.00C | | | 18,471 | | 10,862 | | | | | | | | 29,333 | | 10,862 | | | | 18,471 | 29,333 |
| 1 | 47600.00C | | 842 | | | | 11,048 | | 3,998 | | | | | 15,888 | 11,562 | 328 | | | 3,998 | | 15,888 |
| | spl | | 275 | 7,790 | | 6,841 | | | 953 | | | | | 15,859 | 14,906 | | | | 953 | | 15,859 |
| 1 | 47800.00C | | 508 | 14,428 | | 12,669 | | | 1,765 | | | | | 29,371 | 27,605 | | | | 1,765 | | 29,371 |
| 1 | 48016.77C | 93-60* | 505 | 14,319 | | 12,574 | - | | 1,752 | | | | | 29,149 | 27,397 | | | | 1,752 | | 29,149 |
| 1 | 48200.00C | | 414 | 11,760 | | 10,327 | - | | 1,439 | | | | | 23,941 | 22,502 | | | | 1,439 | | 23,941 |
| 1 | 48400.00C | 93-60 | 1,417 | 8,980 | | 14,407 | - | | 1,889 | | | | | 26,693 | 24,295 | 509 | | | 1,889 | | 26,693 |
| | | 3ST-163* | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | 196,765 |
| | | | 3,961 | 92,454 | | 77,505 | 11,048 | | 11,797 | | | | | 196,765 | 128,267 | 21,524 | | | 11,797 | 35,177 | 196,765 |
| | | | 2% | 47% | | 39% | 6% | | 6% | | | | | 100% | 65% | 11% | | | 6% | 18% | 100% |
| 2 | 48400.00C | 93-60 | - | - | | - | - | | - | | | | | - | - | - | | | - | | - |
| | | 3ST-163* | | | | | | | | | | | | | | | | | | | |
| 2 | 48600.00C | | 676 | 4,596 | | 7,300 | | | 946 | | | | | 13,519 | 12,302 | 270 | | | 946 | | 13,519 |
| | spl | | 1,487 | 5,272 | | | 4,732 | | | | 2,163 | | | 13,654 | 11,491 | | | | 2,163 | | 13,654 |
| 2 | 48800.00C | 93-61 | 2,989 | 10,597 | | | 9,510 | | | | 4,348 | | | 27,444 | 23,096 | | | | 4,348 | | 27,444 |
| 2 | 49000.00C | | 1,605 | 5,692 | | | 5,108 | | | | 2,335 | | | 14,741 | 12,406 | | | | 2,335 | | 14,741 |
| | spl | | 5,254 | 4,670 | | | 4,524 | | | | | | | 14,449 | 11,092 | | | | 3,357 | | 14,449 |
| 2 | 49200.00C | 93-61 | 11,525 | 10,244 | | | 9,924 | | | | | | | 31,694 | 24,331 | | | | 7,363 | | 31,694 |
| 2 | 49400.00C | | 11,935 | 10,609 | | | 10,277 | | | | | | | 32,821 | 25,196 | | | | 7,625 | | 32,821 |
| 2 | 49600.00C | 3ST-164 | | 7,581 | | 11,372 | 3,791 | | | | | 4,332 | | 27,075 | 11,372 | 11,372 | | | 4,332 | | 27,075 |
| | | 93-61 | | | | | | | | | | | | | | | | | | | |
| 2 | 49800.00C | | | 2,840 | | 4,260 | 1,420 | | | | | 1,623 | | 10,142 | 4,260 | 4,260 | | | 1,623 | | 10,142 |
| | spl | | | 4,868 | | | 3,854 | 1,521 | | | | | | 10,243 | 6,389 | 3,854 | | | | | 10,243 |
| 2 | 50000.00C | 3ST-164 | | 8,942 | | | 7,079 | 2,795 | | | | | | 18,816 | 11,737 | 7,079 | | | | | 18,816 |
| | | 72-104 | | | | | | | | | | | | | | | | | | | |
| 2 | 50200.00C | | | 9,006 | | | 7,130 | 2,814 | | | | | | 18,950 | 11,820 | 7,130 | | | | | 18,950 |
| 2 | 50400.00C | 72-104 | | 4,190 | | | 5,524 | 9,333 | | | | | | 19,047 | 9,714 | 9,333 | | | | | 19,047 |
| 2 | 50600.00C | | | 4,508 | | | 5,943 | 10,042 | | | | | | 20,493 | 10,451 | 10,042 | | | | | 20,493 |
| 2 | 50800.00C | | | 3,527 | | | 23,405 | 5,450 | | | | | | 32,382 | 25,328 | 7,053 | | | | | 32,382 |
| 2 | 50933.23T | 72-104 | | 3,209 | | | 21,293 | 4,959 | | | | | | 29,461 | 23,044 | 6,417 | | | | | 29,461 |
| 2 | 51000.00T | | | 1,783 | | | 11,830 | 2,755 | | | | | | 16,368 | 12,803 | 3,565 | | | | | 16,368 |
| | | | 35,472 | 102,136 | - | 22,931 | 135,345 | 39,669 | 946 | | 8,846 | 5,955 | | 351,299 | 246,832 | 70,375 | | | 34,092 | | 351,299 |
| | | | 10% | 29% | | 7% | 39% | 11% | 0.3% | | 3% | 2% | | 100% | 70% | 20% | | | 10% | | 100% |

# Table 1. Summary of Consistency, Relative Density, and Laboratory Classification for Remaining Depth

| | | | Consistency of Cohesive Soil | | | | | | Relative Density of Cohesionless Soils | | | | | | Laboratory Classification | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | Inorganic Clays of High Plasticity, Fat Clays | Inorganic Clays Low to medium Plasticity, Lean Clays | Inorganic Silts Very Fine Sands, w/ Slight Plasticity | Clayey Sands, Sand-Clay Mixtures | Silty Sands, Sand-Silt Mixtures | Organic Clays of Medium to High Plasticity Organic Silts | Sum of Graphical Measured |
| Section No. | Line Station Number | Boring Log Number | Very Soft Vso | Soft So | Medium Stiff Med S | Stiff S | Very Stiff VS | Hard H | Very Loose VL | Loose L | Medium Dense Med D | Dense D | Very Dense VD | Sum of Graphical Measured | CH | CL | ML | SC | SM | OH | |
| | | | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY |
| 3 | 51000.00T | | | | | | | | | | | | | | | | | | | | |
| 3 | 51100.00T | | | 2,707 | | | 17,963 | 4,183 | | | | | | 24,853 | 19,440 | 5,414 | | | | | 24,853 |
| 3 | 51200.00T | 3ST-1 | 21,131 | 2,915 | | | | | | | | | | 24,045 | 18,702 | 5,343 | | | | | 24,045 |
| 3 | 51300.00T | | 10,534 | 1,453 | | | | | | | | | | 11,987 | 9,323 | 2,664 | | | | | 11,987 |
| | spl | | 10,776 | 1,332 | | | | | | | | | | 12,108 | 7,749 | 4,359 | | | | | 12,108 |
| 3 | 51400.00T | 3ST-1 | 21,773 | 2,691 | | | | | | | | | | 24,464 | 15,657 | 8,807 | | | | | 24,464 |
| 3 | 51500.00T | | 10,914 | 1,349 | | | | | | | | | | 12,263 | 7,848 | 4,415 | | | | | 12,263 |
| | spl | | 11,159 | 981 | | | | | | | | | | 12,140 | 7,603 | 4,537 | | | | | 12,140 |
| 3 | 51600.00T | | 22,246 | 1,956 | | | | | | | | | | 24,202 | 15,157 | 9,045 | | | | | 24,202 |
| 3 | 51700.00T | | 11,122 | 978 | | | | | | | | | | 12,100 | 7,578 | 4,522 | | | | | 12,100 |
| | spl | | 10,755 | 1,344 | | | | | | | | | | 12,100 | 6,967 | 5,133 | | | | | 12,100 |
| | | | | | | | | | | | | | | | | | | | | | |
| 3 | 51800.00T | | 21,392 | 2,674 | | | | | | | | | | 24,066 | 13,856 | 10,210 | | | | | 24,066 |
| 3 | 51900.00T | | 10,423 | 1,303 | | | | | | | | | | 11,726 | 6,751 | 4,974 | | | | | 11,726 |
| | spl | | 2,843 | 2,487 | 2,013 | | 4,145 | | | | 474 | | | 11,962 | 4,264 | 6,159 | 1,066 | | 474 | | 11,962 |
| 3 | 52000.00T | 3ST-2 | 5,549 | 4,855 | 3,930 | | 8,092 | | | | 925 | | | 23,350 | 8,323 | 12,022 | 2,081 | | 925 | | 23,350 |
| 3 | 52100.00T | | 2,997 | 2,623 | 2,123 | | 4,371 | | | | 500 | | | 12,614 | 4,496 | 6,494 | 1,124 | | 500 | | 12,614 |
| | spl | | 3,872 | 2,498 | 1,499 | | 3,996 | | | | 624 | | | 12,489 | 4,621 | 6,245 | 999 | | 624 | | 12,489 |
| 3 | 52200.00T | 3ST-2 | 9,123 | 5,886 | 3,532 | | 9,418 | | | | 1,472 | | | 29,430 | 10,889 | 14,715 | 2,354 | | 1,472 | | 29,430 |
| | 52300.00T | | 5,291 | 3,414 | 2,048 | | 5,462 | | | | 853 | | | 17,068 | 6,315 | 8,534 | 1,365 | | 853 | | 17,068 |
| | spl | | 6,827 | 2,048 | 1,536 | | 1,707 | 1,365 | | | 3,755 | | | 17,239 | 3,755 | 9,387 | 4,096 | | | | 17,239 |
| 3 | 52400.00T | | 15,798 | 4,739 | 3,554 | | 3,949 | 3,160 | | | 8,689 | | | 39,889 | 8,689 | 21,722 | 9,479 | | | | 39,889 |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | 214,524 | 50,232 | 20,236 | | 59,103 | 8,708 | | | 17,291 | | | 370,094 | 187,981 | 154,701 | 22,565 | | 4,847 | | 370,094 |
| | | | 58% | 14% | 5% | | 16% | 2% | | | 5% | | | 100% | 51% | 42% | 6% | | 1% | | 100% |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| 4 | 52400.00T | 3ST-3 | | | | | | | | | | | | | | | | | | | |
| 4 | 52500.00T | | 17,992 | 5,397 | 4,048 | | 4,498 | 3,598 | | | 9,895 | | | 45,429 | 9,895 | 24,738 | 10,795 | | | | 45,429 |
| 4 | 52600.00T | | 10,115 | 3,034 | 2,276 | | 2,529 | 2,023 | | | 5,563 | | | 25,540 | 5,563 | 13,908 | 6,069 | | | | 25,540 |
| | spl | | 12,896 | 1,770 | 10,368 | | | | | | | | | 25,034 | 14,666 | 7,586 | 2,782 | | | | 25,034 |
| 4 | 52700.00T | | 28,875 | 3,963 | 23,213 | | | | | | | | | 56,052 | 32,838 | 16,985 | 6,228 | | | | 56,052 |
| 4 | 52735.12T | 93-62 | 10,718 | 1,471 | 8,616 | | | | | | | | | 20,805 | 12,189 | 6,305 | 2,312 | | | | 20,805 |
| 4 | 52800.00T | | 19,908 | 2,733 | 16,005 | | | | | | | | | 38,646 | 22,641 | 11,711 | 4,294 | | | | 38,646 |
| 4 | 52900.00T | | 8,972 | 16,150 | | | | 26,319 | | 8,972 | | | | 60,413 | 16,150 | 29,309 | 5,982 | 8,972 | | | 60,413 |
| 4 | 53000.00T | 3ST-4 | 8,849 | 15,928 | | | | 25,956 | | 8,849 | | | | 59,582 | 15,928 | 28,906 | 5,899 | 8,849 | | | 59,582 |
| 4 | 53100.00T | | 8,791 | 15,823 | | | | 25,786 | | 8,791 | | | | 59,191 | 15,823 | 28,716 | 5,861 | 8,791 | | | 59,191 |
| 4 | 53152.17T | | 2,309 | 4,156 | | | | 6,773 | | 2,309 | | | | 15,547 | 4,156 | 7,543 | 1,539 | 2,309 | | | 15,547 |
| | spl | | | 2,463 | 1,539 | | 8,620 | 1,231 | | | 462 | 1,078 | | 15,393 | 4,156 | 9,698 | 924 | 616 | | | 15,393 |
| 4 | 53152.17T | | | | | | | | | | | | | | | | | | | | |
| 4 | 53200.00T | | | 4,502 | 2,814 | | 15,758 | 2,251 | | | 844 | 1,970 | | 28,139 | 7,598 | 17,728 | 1,688 | 1,126 | | | 28,139 |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | 129,425 | 77,391 | 68,879 | | 31,405 | 93,938 | | 28,921 | 16,764 | 3,047 | | 449,770 | 158,646 | 202,336 | 51,760 | 31,271 | 5,757 | | 449,770 |
| | | | 29% | 17% | 15% | | 7% | 21% | | 6% | 4% | 1% | | 100% | 35% | 45% | 12% | 7% | 1% | | 100% |

**Table 1. Summary of Consistency, Relative Density, and Laboratory Classification for Remaining Depth**

| | | | Consistency of Cohesive Soil | | | | | | Relative Density of Cohesionless Soils | | | | | | Laboratory Classification | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Section No. | Line Station Number | Boring Log Number | Very Soft Vso | Soft So | Medium Stiff Med S | Stiff S | Very Stiff VS | Hard H | Very Loose VL | Loose L | Medium Dense Med D | Dense D | Very Dense VD | Sum of Graphical Measured | Inorganic Clays of High Plasticity, Fat Clays CH | Inorganic Clays Low to medium Plasticity, Lean Clays CL | Inorganic Silts Very Fine Sands, w/ Slight Plasticity ML | Clayey Sands, Sand-Clay Mixtures SC | Silty Sands, Sand-Silt Mixtures SM | Organic Clays of Medium to High Plasticity Organic Silts OH | Sum of Graphical Measured |
| | | | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY |
| 5 | 53200.00T | | | | | | | | | | | | | | | | | | | | |
| 5 | 53300.00T | | 514 | 5,295 | 36,223 | | 498 | 6,321 | | | 6,376 | 4,805 | | 60,032 | 12,130 | 36,721 | | 3,242 | 7,939 | | 60,032 |
| 5 | 53400.00T | | 529 | 5,447 | 37,264 | | 512 | 6,503 | | | 6,559 | 4,943 | | 61,757 | 12,479 | 37,776 | | 3,335 | 8,167 | | 61,757 |
| | | 3ST-5 | | | | | | | | | | | | | | | | | | | |
| 5 | 53500.00T | | 535 | 5,514 | 37,719 | | 518 | 6,582 | | | 6,639 | 5,003 | | 62,510 | 12,631 | 38,237 | | 3,375 | 8,267 | | 62,510 |
| 5 | 53600.00T | | 267 | 2,751 | 18,819 | | 259 | 3,284 | | | 3,312 | 2,496 | | 31,188 | 6,302 | 19,077 | | 1,684 | 4,125 | | 31,188 |
| | spl | | | 6,042 | | | 5,531 | 6,923 | 4,628 | | | 8,065 | | 31,188 | 6,042 | 12,453 | 8,065 | 4,628 | | | 31,188 |
| 5 | 53700.00T | | | 12,045 | | | 11,025 | 13,800 | 9,225 | | | 16,077 | | 62,171 | 12,045 | 24,825 | 16,077 | 9,225 | | | 62,171 |
| 5 | 53800.00T | 93-63 | | 11,987 | | | 10,972 | 13,734 | 9,181 | | | 15,999 | | 61,872 | 11,987 | 24,705 | 15,999 | 9,181 | | | 61,872 |
| | | 3ST-6 | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| 5 | 53900.00T | | | 11,855 | | | 10,851 | 13,582 | 9,080 | | | 15,823 | | 61,190 | 11,855 | 24,433 | 15,823 | 9,080 | | | 61,190 |
| 5 | 54000.00T | | 10,284 | 20,061 | | | | | | | | 24,060 | 5,612 | 60,017 | 4,013 | 23,077 | | 5,612 | 27,314 | | 60,017 |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | 12,129 | 80,995 | 130,025 | | 40,164 | 70,729 | 32,113 | | 22,886 | 97,271 | 5,612 | 491,925 | 89,483 | 241,305 | 55,963 | 49,361 | 55,812 | | 491,925 |
| | | | 2% | 16% | 26% | | 8% | 14% | 7% | | 5% | 20% | 1% | 100% | 18% | 49% | 11% | 10% | 11% | | 100% |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| 6 | 54000.00T | | | | | | | | | | | | | | | | | | | | |
| 6 | 54100.00T | | 10,232 | 19,958 | | | | | | | | 23,937 | 5,584 | 59,711 | 4,180 | 22,690 | | 5,374 | 26,870 | | 59,114 |
| 6 | 54200.00T | | 10,314 | 20,119 | | | | | | | | 24,130 | 5,629 | 60,191 | 4,213 | 22,873 | | 5,417 | 27,086 | | 59,589 |
| 6 | 54300.00T | | 10,380 | 20,249 | | | | | | | | 24,285 | 5,665 | 60,579 | 4,241 | 23,020 | | 5,452 | 27,261 | | 59,973 |
| 6 | 54406.55T | 3ST-7 | 10,948 | 21,357 | | | | | | | | 25,615 | 5,975 | 63,895 | 4,473 | 24,280 | | 5,751 | 28,753 | | 63,256 |
| | | 72-105 | | | | | | | | | | | | | | | | | | | |
| 6 | 54500.00T | | 8,540 | 16,660 | | | | | | | | 19,981 | 4,661 | 49,842 | 3,489 | 18,940 | | 4,486 | 22,429 | | 49,344 |
| 6 | 54600.00T | | 7,004 | 13,663 | | | | | | | | 16,387 | 3,822 | 40,877 | 2,861 | 15,533 | | 3,679 | 18,395 | | 40,468 |
| 6 | 54700.00T | | 5,176 | 10,096 | | | | | | | | 12,109 | 2,825 | 30,206 | 2,114 | 11,478 | | 2,719 | 13,593 | | 29,904 |
| 6 | 54800.00T | | 19,642 | 271 | 2,238 | | | | | | 1,490 | | | 23,640 | 13,948 | 9,456 | | | | | 23,404 |
| 6 | 54900.00T | | 15,802 | 218 | 1,800 | | | | | | 1,198 | | | 19,018 | 11,221 | 7,607 | | | | | 18,828 |
| 6 | 55000.00T | | 12,237 | 169 | 1,394 | | | | | | 928 | | | 14,727 | 8,689 | 5,891 | | | | | 14,580 |
| 6 | 55066.00T | | 6,291 | 87 | 717 | | | | | | 477 | | | 7,572 | 4,467 | 3,029 | | | | | 7,496 |
| 6 | 55066.00T | | | | | | | | | | | | | | | | | | | | |
| 6 | 55200.00T | | 10,913 | 150 | 1,243 | | | | | | 828 | | | 13,134 | 7,749 | 5,254 | | | | | 13,003 |
| 6 | 55400.00T | | 13,985 | | | | | | | | | | | 13,985 | 10,908 | 3,077 | | | | | 13,985 |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | 141,465 | 122,996 | 7,391 | | | | | | 4,921 | 146,445 | 34,160 | 457,377 | 100,221 | 151,825 | | 34,160 | 171,171 | | - |
| | | | 31% | 27% | 2% | | | | | | 1% | 32% | 7% | 100% | 22% | 33% | | 7% | 37% | | 100% |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| 7 | 55400.00T | | | | | | | | | | | | | | | | | | | | |
| 7 | 55600.00T | 3ST-8W | 1,218 | | | | | | | | | | | 1,218 | 950 | 268 | | | | | 1,218 |
| | | 3ST-9W | | | | | | | | | | | | | | | | | | | |
| | | 93-64 | | | | | | | | | | | | | | | | | | | |
| 7 | 55800.00T | | 1,260 | | | | | | | | | | | 1,260 | 983 | 277 | | | | | 1,260 |
| 7 | 56000.00T | | 756 | | | | | | | | | | | 756 | | 756 | | | | | 756 |

**Table 1. Summary of Consistency, Relative Density, and Laboratory Classification for Remaining Depth**

| Section No. | Line Station Number | Boring Log Number | Consistency of Cohesive Soil: Very Soft Vso | Soft So | Medium Stiff Med S | Stiff S | Very Stiff VS | Hard H | Relative Density of Cohesionless Soils: Very Loose VL | Loose L | Medium Dense Med D | Dense D | Very Dense VD | Sum of Graphical Measured | Laboratory Classification: Inorganic Clays of High Plasticity, Fat Clays | Inorganic Clays Low to medium Plasticity, Lean Clays | Inorganic Silts Very Fine Sands, w/ Slight Plasticity | Clayey Sands, Sand-Clay Mixtures | Silty Sands, Sand-Silt Mixtures | Organic Clays of Medium to High Plasticity Organic Silts | Sum of Graphical Measured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | CH | CL | ML | SC | SM | OH | |
| | | | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY |
| 7 | 56200.00T | 3ST-10W | 2,287 | | | | | | | | | | | 2,287 | | 2,287 | | | | | 2,287 |
| 7 | 56400.00T | | 2,025 | | | | | | | | | | | 2,025 | | 2,025 | | | | | 2,025 |
| | spl | | 1,539 | 486 | | | | | | | | | | 2,025 | 486 | 1,539 | | | | | 2,025 |
| 7 | 56600.00T | 3ST-10W | 2,416 | 763 | | | | | | | | | | 3,179 | 763 | 2,416 | | | | | 3,179 |
| 7 | 56800.00T | | 1,351 | 427 | | | | | | | | | | 1,778 | 427 | 1,351 | | | | | 1,778 |
| | spl | | 1,422 | 231 | | | | 124 | | | | | | 1,778 | 533 | 1,245 | | | | | 1,778 |
| 7 | 57000.00T | 3ST-11W | 6,101 | 991 | | | | 534 | | | | | | 7,626 | 2,288 | 5,338 | | | | | 7,626 |
| | | 93-65 | | | | | | | | | | | | | | | | | | | |
| 7 | 57100.00T | | 4,542 | 738 | | | | 397 | | | | | | 5,678 | 1,703 | 3,975 | | | | | 5,678 |
| 7 | 57200.00T | | 5,678 | 923 | | | | 497 | | | | | | 7,097 | 2,129 | 4,968 | | | | | 7,097 |
| 7 | 57300.00T | | 4,006 | 651 | | | | 351 | | | | | | 5,008 | 1,502 | 3,506 | | | | | 5,008 |
| | spl | | | 1,603 | 200 | 250 | 150 | 2,654 | | | 150 | | | 5,008 | 2,504 | 2,354 | | 150 | | | 5,008 |
| 7 | 57400.00T | | | 4,530 | 566 | 708 | 425 | 7,503 | | | 425 | | | 14,157 | 7,079 | 6,654 | | 425 | | | 14,157 |
| 7 | 57500.00T | | | 5,276 | 660 | 824 | 495 | 8,739 | | | 495 | | | 16,489 | 8,245 | 7,750 | | 495 | | | 16,489 |
| 7 | 57600.00T | 3ST-12W | | 5,116 | 640 | 799 | 480 | 8,474 | | | 480 | | | 15,988 | 7,994 | 7,514 | | 480 | | | 15,988 |
| 7 | 57700.00T | | | 3,953 | 494 | 618 | 371 | 6,547 | | | 371 | | | 12,353 | 6,177 | 5,806 | | 371 | | | 12,353 |
| 7 | 57800.00T | | | 1,470 | 184 | 230 | 138 | 2,434 | | | 138 | | | 4,593 | 2,297 | 2,159 | | 138 | | | 4,593 |
| | spl | | | 1,653 | | | 2,940 | | | | | | | 4,593 | 1,653 | 2,940 | | | | | 4,593 |
| 7 | 57900.00T | | | 3,056 | | | 5,433 | | | | | | | 8,489 | 3,056 | 5,433 | | | | | 8,489 |
| 7 | 58000.00T | 3ST-13W | | 2,778 | | | 4,940 | | | | | | | 7,718 | 2,778 | 4,940 | | | | | 7,718 |
| | | 72-106 | | | | | | | | | | | | | | | | | | | |
| 7 | 58200.00T | | | 5,373 | | | 9,551 | | | | | | | 14,924 | 5,373 | 9,551 | | | | | 14,924 |
| 7 | 58400.00T | | | 6,687 | | | 6,396 | | | | | 1,599 | | 14,682 | 6,687 | 6,396 | | | 1,599 | | 14,682 |
| 7 | 58600.00T | 3ST-14 | | 6,311 | | | 6,037 | | | | | 1,509 | | 13,857 | 6,311 | 6,037 | | | 1,509 | | 13,857 |
| | | 3ST-15 | | | | | | | | | | | | | | | | | | | |
| 7 | 58800.00T | | | 5,937 | | | 5,679 | | | | | 1,420 | | 13,035 | 5,937 | 5,679 | | | 1,420 | | 13,035 |
| 7 | 59000.00T | | 12,621 | | | | | | | | | | | 12,621 | 12,621 | | | | | | 12,621 |
| 7 | 59169.58T | 93-66 | 10,864 | | | | | | | | | | | 10,864 | 10,864 | | | | | | 10,864 |
| | | 3ST-16 | | | | | | | | | | | | | | | | | | | |
| 7 | 59169.58T | | | | | | | | | | | | | | | | | | | | |
| 7 | 59200.00T | | 1,885 | | | | | | | | | | | 1,885 | 1,885 | | | | | | 1,885 |
| | | | | | | | | | | | | | | | | | | | | | |
| 7 | 59400.00T | | 5,639 | | 4,261 | | | | | | | 2,632 | | 12,531 | 5,639 | 4,261 | | | 2,632 | | 12,531 |
| 7 | 59600.00T | 3ST-17 | 6,210 | | 4,692 | | | | | | | 2,898 | | 13,799 | 6,210 | 4,692 | | | 2,898 | | 13,799 |
| 7 | 59800.00T | | 7,128 | | 5,386 | | | | | | | 3,327 | | 15,841 | 7,128 | 5,386 | | | 3,327 | | 15,841 |
| 7 | 60000.00T | | 10,534 | | | 7,321 | | | | | | | | 17,855 | 10,534 | 7,321 | | | | | 17,855 |
| 7 | 60200.00T | 3ST-18 | 11,035 | | | 7,668 | | | | | | | | 18,703 | 11,035 | 7,668 | | | | | 18,703 |
| 7 | 60400.00T | | 10,766 | | | 7,482 | | | | | | | | 18,248 | 10,766 | 7,482 | | | | | 18,248 |
| 7 | 60600.00T | | | 6,784 | | | | 9,915 | | | | | 522 | 17,220 | 16,698 | | | 522 | | | 17,220 |
| 7 | 60800.00T | 3ST-19 | | 6,316 | | | | 9,232 | | | | | 486 | 16,034 | 15,548 | | | | 486 | | 16,034 |
| 7 | 61000.00T | | | 5,698 | | | | 8,328 | | | | | 438 | 14,464 | 14,026 | | | | 438 | | 14,464 |
| 7 | 61200.00T | | | 6,300 | | | | 2,011 | | | | | 5,094 | 13,404 | 6,300 | 2,011 | | | 5,094 | | 13,404 |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | 111,284 | 84,052 | 17,082 | 25,900 | 43,033 | 67,739 | | | 2,058 | 13,384 | 6,540 | 371,071 | 207,109 | 141,981 | | 2,579 | 19,402 | | 371,071 |
| | | | 30% | 23% | 5% | 7% | 12% | 18% | | | 1% | 4% | 2% | 100% | 56% | 38% | | 1% | 5% | | 100% |

**Table 1. Summary of Consistency, Relative Density, and Laboratory Classification for Remaining Depth**

| | | | Consistency of Cohesive Soil | | | | | | Relative Density of Cohesionless Soils | | | | | | Laboratory Classification | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Section No. | Line Station Number | Boring Log Number | Very Soft Vso | Soft So | Medium Stiff Med S | Stiff S | Very Stiff VS | Hard H | Very Loose VL | Loose L | Medium Dense Med D | Dense D | Very Dense VD | Sum of Graphical Measured | Inorganic Clays of High Plasticity, Fat Clays CH | Inorganic Clays Low to medium Plasticity, Lean Clays CL | Inorganic Silts Very Fine Sands, w/ Slight Plasticity ML | Clayey Sands, Sand-Clay Mixtures SC | Silty Sands, Sand-Silt Mixtures SM | Organic Clays of Medium to High Plasticity Organic Silts OH | Sum of Graphical Measured |
| | | | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY |
| 8 | 61200.00T | | | | | | | | | | | | | | | | | | | | |
| 8 | 61400.00T | 3ST-20 | | 6,351 | | | | 2,027 | | | | | 5,135 | 13,512 | 6,351 | 2,027 | | | 5,135 | | 13,512 |
| 8 | 61600.00T | | | 6,556 | | | | 2,092 | | | | | 5,301 | 13,949 | 6,556 | 2,092 | | | 5,301 | | 13,949 |
| 8 | 61800.00T | | 5,315 | | | | 9,450 | | | | | | | 14,765 | 5,315 | 9,450 | | | | | 14,765 |
| 8 | 62000.00T | 3ST-22 | 5,177 | | | | 9,203 | | | | | | | 14,380 | 5,177 | 9,203 | | | | | |
| | | 3ST-21 | | | | | | | | | | | | | | | | | | | |
| 8 | 62200.00T | | 5,181 | | | | 9,211 | | | | | | | 14,392 | 5,181 | 9,211 | | | | | |
| 8 | 62274.05T | | 981 | | | | 1,743 | | | | | | | 2,724 | 981 | 1,743 | | | | | |
| | spl | | 654 | | | | | 1,090 | | | | 763 | 218 | 2,724 | 654 | 1,090 | | 218 | 763 | | |
| 8 | 62274.05T | | | | | | | | | | | | | | | | | | | | |
| 8 | 62400.00T | | 2,293 | | | | | 3,821 | | | | 2,675 | 764 | 9,553 | 2,293 | 3,821 | | 764 | 2,675 | | |
| 8 | 62600.00T | 3ST-23 | 3,750 | | | | | 6,250 | | | | 4,375 | 1,250 | 15,624 | 3,750 | 6,250 | | 1,250 | 4,375 | | |
| 8 | 62800.00T | | 3,701 | | | | | 6,168 | | | | 4,318 | 1,234 | 15,420 | 3,701 | 6,168 | | 1,234 | 4,318 | | |
| 8 | 63000.00T | | 1,804 | | | | | 3,007 | | | | 2,105 | 601 | 7,517 | 1,804 | 3,007 | | 601 | 2,105 | | |
| | spl | | 7,216 | | | | | | | | 301 | | | 7,517 | 3,232 | | 3,984 | | 301 | | |
| 8 | 63200.00T | | 14,462 | | | | | | | | 603 | | | 15,065 | 6,478 | | 7,984 | | 603 | | |
| 8 | 63347.28T | 3ST-24 | 11,148 | | | | | | | | 465 | | | 11,613 | 4,994 | | 6,155 | | 465 | | 11,613 |
| 8 | 63347.28T | | | | | | | | | | | | | | | | | | | | |
| 8 | 63400.00T | | 4,176 | | | | | | | | 174 | | | 4,350 | 1,871 | | 2,306 | | 174 | | 4,350 |
| 8 | 63500.00T | | 8,779 | | | | | | | | 366 | | | 9,145 | 3,932 | | 4,847 | | 366 | | 9,145 |
| 8 | 63600.00T | | 10,317 | | | | | | | | | | | 10,317 | 10,317 | | | | | | 10,317 |
| 8 | 63700.00T | | 11,455 | | | | | | | | | | | 11,455 | 11,455 | | | | | | 11,455 |
| 8 | 63800.00T | 93-67 | 12,443 | | | | | | | | | | | 12,443 | 12,443 | | | | | | 12,443 |
| | | 3ST-25 | | | | | | | | | | | | | | | | | | | |
| 8 | 63900.00T | | 13,250 | | | | | | | | | | | 13,250 | 13,250 | | | | | | 13,250 |
| 8 | 64000.00T | | 14,225 | | | | | | | | | | | 14,225 | 14,225 | | | | | | 14,225 |
| 8 | 64100.00T | | 7,468 | | | | | | | | | | | 7,468 | 7,468 | | | | | | 7,468 |
| | spl | | | 2,614 | 1,718 | 3,137 | | | | | | | | 7,468 | 1,344 | 3,958 | 2,166 | | | | 7,468 |
| 8 | 64200.00T | | | 5,394 | 3,545 | 6,473 | | | | | | | | 15,411 | 2,774 | 8,168 | 4,469 | | | | 15,411 |
| 8 | 64300.00T | | | 5,170 | 3,398 | 6,204 | | | | | | | | 14,772 | 2,659 | 7,829 | 4,284 | | | | 14,772 |
| 8 | 64400.00T | 3ST-27 | | 4,928 | 3,238 | 5,913 | | | | | | | | 14,079 | 2,534 | 7,462 | 4,083 | | | | 14,079 |
| | | 3ST-26 | | | | | | | | | | | | | | | | | | | |
| 8 | 64500.00T | | | 5,143 | 3,380 | 6,172 | | | | | | | | 14,695 | 2,645 | 7,788 | 4,262 | | | | 14,695 |
| 8 | 64600.00T | | | 4,889 | 3,213 | 5,867 | | | | | | | | 13,968 | 2,514 | 7,403 | 4,051 | | | | 13,968 |
| 8 | 64700.00T | | | 2,287 | 1,503 | 2,744 | | | | | | | | 6,533 | 1,176 | 3,462 | 1,895 | | | | 6,533 |
| | spl | | | 2,744 | | | 3,724 | | | | | | | 6,468 | 2,744 | 3,332 | | 392 | | | 6,468 |
| 8 | 64800.00T | | | 5,654 | | | 7,674 | | | | | | | 13,328 | 5,654 | 6,866 | | 808 | | | 13,328 |
| 8 | 64900.00T | | | 5,918 | | | 8,032 | | | | | | | 13,950 | 5,918 | 7,186 | | 845 | | | 13,950 |
| 8 | 65000.00T | 72-107 | | 6,134 | | | 8,324 | | | | | | | 14,458 | 6,134 | 7,448 | | 876 | | | 14,458 |
| | | 3ST-28 | | | | | | | | | | | | | | | | | | | |
| | | 72-107A | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | 143,795 | 63,781 | 19,993 | 36,509 | 57,361 | 24,454 | | | 1,908 | 14,235 | 14,502 | 376,538 | 167,523 | 124,965 | 50,484 | 6,989 | 26,577 | | 376,538 |
| | | | 38% | 17% | 5% | 10% | 15% | 6% | | | 1% | 4% | 4% | 100% | 44% | 33% | 13% | 2% | 7% | | 100% |

**Table 1. Summary of Consistency, Relative Density, and Laboratory Classification for Remaining Depth**

| | | | Consistency of Cohesive Soil | | | | | | Relative Density of Cohesionless Soils | | | | | | Laboratory Classification | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Section No. | Line Station Number | Boring Log Number | Very Soft Vso | Soft So | Medium Stiff Med S | Stiff S | Very Stiff VS | Hard H | Very Loose VL | Loose L | Medium Dense Med D | Dense D | Very Dense VD | Sum of Graphical Measured | Inorganic Clays of High Plasticity, Fat Clays | Inorganic Clays Low to medium Plasticity, Lean Clays | Inorganic Silts Very Fine Sands, w/ Slight Plasticity | Clayey Sands, Sand-Clay Mixtures | Silty Sands, Sand-Silt Mixtures | Organic Clays of Medium to High Plasticity Organic Silts | Sum of Graphical Measured |
| | | | | | | | | | | | | | | | CH | CL | ML | SC | SM | OH | |
| | | | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY |
| 9 | 65800.00T | 3ST-29 | | - | | | - | - | | | | | | - | - | - | | | | | - |
| 9 | 65900.00T | | | 985 | | | 1,609 | 689 | | | | | | 3,283 | 1,674 | 1,609 | | | | | 3,283 |
| 9 | 66000.00T | | | 867 | | | 1,416 | 607 | | | | | | 2,889 | 1,473 | 1,416 | | | | | 2,889 |
| 9 | 66100.00T | | | 549 | | | 897 | 384 | | | | | | 1,830 | 933 | 897 | | | | | 1,830 |
| | spl | | | 1,830 | | | | | | | | | | 1,830 | 1,830 | | | | | | 1,830 |
| 9 | 66200.00T | | | 3,829 | | | | | | | | | | 3,829 | 3,829 | | | | | | 3,829 |
| 9 | 66300.00T | | | 4,307 | | | | | | | | | | 4,307 | 4,307 | | | | | | 4,307 |
| 9 | 66400.00T | 93-68 | | 4,499 | | | | | | | | | | 4,499 | 4,499 | | | | | | 4,499 |
| | | 3ST-30 | | | | | | | | | | | | | | | | | | | |
| 9 | 66500.00T | | | 3,648 | | | | | | | | | | 3,648 | 3,648 | | | | | | 3,648 |
| 9 | 66600.00T | | | 3,167 | | | | | | | | | | 3,167 | 3,167 | | | | | | 3,167 |
| 9 | 66700.00T | | | 4,180 | | | | | | | | | | 4,180 | 4,180 | | | | | | 4,180 |
| 9 | 66800.00T | | | 622 | | | 4,294 | | | | | 735 | | 5,650 | 4,916 | | | | 735 | | 5,650 |
| 9 | 66900.00T | | | 715 | | | 4,942 | | | | | 845 | | 6,503 | 5,658 | | | | 845 | | 6,503 |
| 9 | 67000.00T | | | 838 | | | 5,792 | | | | | 991 | | 7,621 | 6,630 | | | | 991 | | 7,621 |
| 9 | 67100.23T | 3ST-31 | | 844 | | | 5,830 | | | | | 997 | | 7,671 | 6,674 | | | | 997 | | 7,671 |
| 9 | 67200.00T | | | 808 | | | 5,584 | | | | | 955 | | 7,348 | 6,393 | | | | 955 | | 7,348 |
| 9 | 67300.00T | | | 1,031 | | | 7,123 | | | | | 1,218 | | 9,372 | 8,154 | | | | 1,218 | | 9,372 |
| 9 | 67400.00T | | | 12,308 | | | | | | | | | | 12,308 | 12,308 | | | | | | 12,308 |
| 9 | 67500.00T | | | 16,979 | | | | | | | | | | 16,979 | 16,979 | | | | | | 16,979 |
| 9 | 67600.00T | 3ST-32 | | 20,430 | | | | | | | | | | 20,430 | 20,430 | | | | | | 20,430 |
| | | 3ST-33 | | | | | | | | | | | | | | | | | | | |
| 9 | 67700.00T | | | 19,799 | | | | | | | | | | 19,799 | 19799 | | | | | | 19,799 |
| 9 | 67800.00T | | | 18,305 | | | | | | | | | | 18,305 | 18305 | | | | | | 18,305 |
| 9 | 67900.00T | | | 17,412 | | | | | | | | | | 17,412 | 17412 | | | | | | 17,412 |
| 9 | 68000.00T | | | 8,194 | | | | | | | | | | 8,194 | 8194 | | | | | | 8,194 |
| | spl | | | 8,194 | | | | | | | | | | 8,194 | 8,194 | | | | | | 8,194 |
| 9 | 68100.00T | | | 14,761 | | | | | | | | | | 14,761 | 14,761 | | | | | | 14,761 |
| 9 | 68200.00T | | | 12,748 | | | | | | | | | | 12,748 | 12,748 | | | | | | 12,748 |
| 9 | 68300.00T | | | 10,684 | | | | | | | | | | 10,684 | 10,684 | | | | | | 10,684 |
| 9 | 68406.58T | 3ST-34 | | 7,945 | | | | | | | | | | 7,945 | 7,945 | | | | | | 7,945 |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | 200,478 | | | 37,486 | 1,680 | | | | 5,741 | | 245,386 | 235,724 | 3,921 | | | 5,741 | | 245,386 |
| | | | | 82% | | | 15% | 1% | | | | 2% | | 100% | 96% | 2% | | | 2% | | 100% |

**Table 2. Summary of Consistency and Relative Density for Remaining Depth and Allowable Overdepth**

| | Consistency of Cohesive Soil | | | | | | Relative Density of Cohesionless Soils | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Section | Very Soft | Soft | Medium | Stiff | Very | Hard | Very | Loose | Medium | Dense | Very | Sum of |
| No. | Vso | So | Stiff | S | Stiff | H | Loose | L | Dense | D | Dense | Graphical |
| | | | Med S | | VS | | VL | | Med D | | VD | Measured |
| | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY |
| Sect 1 Remain | 3,961 | 92,454 | - | 77,505 | 11,048 | - | 11,797 | - | - | - | - | 196,765 |
| Allow OD | - | - | - | - | 22,941 | - | - | - | - | | - | 22,941 |
| Total | 3,961 | 92,454 | - | 77,505 | 33,989 | - | 11,797 | | | | | 219,706 |
| % | 2% | 42% | | 35% | 15% | | 5% | | | | | 100% |
| Sect 2 Remain | 35,472 | 102,136 | - | 22,931 | 135,345 | 39,669 | 946 | - | 8,846 | 5,955 | - | 351,299 |
| Allow OD | - | - | - | 4,030 | 16,037 | 12,064 | - | - | - | - | - | 32,131 |
| Total | 35,472 | 102,136 | - | 26,961 | 151,382 | 51,733 | 946 | - | 8,846 | 5,955 | | 383,430 |
| % | 9% | 27% | | 7% | 39% | 13% | 0% | | 2% | 2% | | 100% |
| Sect 3 Remain | 214,524 | 50,232 | 20,236 | - | 59,103 | 8,708 | - | - | 17,291 | - | - | 370,094 |
| Allow OD | - | 12,281 | - | - | 7,197 | - | - | - | - | - | - | 19,479 |
| Total | 214,524 | 62,513 | 20,236 | - | 66,300 | 8,708 | | | 17,291 | | | 389,573 |
| % | 55% | 16% | 5% | | 17% | 2% | | | 4% | | | 100% |
| Sect 4 Remain | 129,797 | 74,266 | 90,793 | - | 7,387 | 95,039 | - | 28,921 | 20,082 | 3,484 | - | 449,770 |
| Allow OD | - | - | - | - | 15,333 | 10,565 | - | - | - | - | - | 25,899 |
| Total | 129,797 | 74,266 | 90,793 | - | 22,721 | 105,605 | - | 28,921 | 20,082 | 3,484 | - | 475,669 |
| % | 27% | 16% | 19% | | 5% | 22% | | 6% | 4% | 1% | | 100% |
| Sect 5 Remain | 12,129 | 80,995 | 130,025 | - | 40,164 | 70,729 | 32,113 | - | 22,886 | 97,271 | 5,612 | 491,925 |
| Allow OD | - | - | - | - | - | 18,950 | - | - | - | - | - | 18,950 |
| Total | 12,129 | 80,995 | 130,025 | - | 40,164 | 89,679 | 32,113 | - | 22,886 | 97,271 | 5,612 | 510,875 |
| % | 2% | 16% | 25% | | 8% | 18% | 6% | | 4% | 19% | 1% | 100% |
| Sect 6 Remain | 141,465 | 122,996 | 7,391 | - | - | - | - | - | 4,921 | 146,445 | 34,160 | 457,377 |
| Allow OD | 1,963 | 978 | - | - | 6,022 | - | - | - | 10,165 | 1,869 | - | 20,997 |
| Total | 143,427 | 123,974 | 7,391 | - | 6,022 | - | - | - | 15,086 | 148,314 | 34,160 | 478,374 |
| % | 30% | 26% | 2% | | 1% | | | | 3% | 31% | 7% | 100% |
| Sect 7 Remain | 111,284 | 84,052 | 17,082 | 25,900 | 43,033 | 67,739 | - | - | 2,058 | 13,384 | 6,540 | 371,071 |
| Allow OD | 17,406 | - | 9,563 | - | 9,133 | 20,667 | - | - | - | - | 2,585 | 59,353 |
| Total | 128,690 | 84,052 | 26,644 | 25,900 | 52,166 | 88,406 | - | - | 2,058 | 13,384 | 9,125 | 430,424 |
| % | 30% | 20% | 6% | 6% | 12% | 21% | | | 0.5% | 3% | 2% | 100% |
| Sect 8 Remain | 143,795 | 63,781 | 19,993 | 36,509 | 57,361 | 24,454 | - | - | 1,908 | 14,235 | 14,502 | 376,538 |
| Allow OD | - | - | - | - | 22,135 | 19,489 | - | - | 2,311 | - | 5,170 | 49,105 |
| Total | 143,795 | 63,781 | 19,993 | 36,509 | 79,496 | 43,943 | - | - | 4,219 | 14,235 | 19,673 | 425,643 |
| % | 34% | 15% | 5% | 9% | 19% | 10% | | | 1% | 3% | 5% | 100% |
| Sect 9 Remain | - | 200,478 | - | - | 37,486 | 1,680 | - | - | - | 5,741 | - | 245,386 |
| Allow OD | 10,267 | - | - | 2,296 | 7,222 | 4,602 | - | - | 185 | 741 | - | 25,313 |
| Total | 10,267 | 200,478 | - | 2,296 | 44,709 | 6,282 | - | - | 185 | 6,482 | - | 270,699 |
| % | 4% | 74% | | 1% | 17% | 2% | | | 0.1% | 2% | | 100% |
| TotalAllow OD | 29,635 | 13,260 | 9,563 | 6,326 | 106,020 | 86,337 | - | - | 12,661 | 2,610 | 7,756 | 274,167 |
| %Total AOD | 11% | 5% | 3% | 2% | 39% | 31% | | | 5% | 1% | 3% | 100% |
| Total Remain | 792,428 | 871,389 | 285,521 | 162,845 | 390,928 | 308,019 | 44,857 | 28,921 | 77,991 | 286,514 | 60,814 | 3,310,225 |
| Grand Total | 822,063 | 884,648 | 295,083 | 169,171 | 496,948 | 394,356 | 44,857 | 28,921 | 90,652 | 289,124 | 68,569 | 3,584,392 |
| % GranTotal | 23% | 25% | 8% | 5% | 14% | 11% | 1% | 1% | 3% | 8% | 2% | 100% |

Table 3. Summary of Laboratory Classification for Remaining Depth and Allowable Overdepth

| Section | Inorganic | Inorganic | Inorganic | Clayey | Silty | Organic | Sum of |
|---|---|---|---|---|---|---|---|
| No. | Clays of | Clays of | Silts & | Sands, | Sands, | Clays of | Graphical |
| | High | Low to | Very Fine | Sand- | Sand- | Medium | Measured |
| | Plasticity, | Medium | Sands, w/ | Clay | Silt | to High | |
| | Fat Clays | Plasticity, | Slight | Mixtures | Mixtures | Plasticity | |
| | | Lean Clays | Plasticity | | | Organic Silts | |
| | CH | CL | ML | SC | SM | OH | |
| | CY | CY | CY | CY | CY | CY | CY |
| Sect 1 Remain | 128,267 | 21,524 | - | - | 11,797 | 35,177 | 196,765 |
| Allow OD | 14,904 | 8,037 | - | - | - | - | 22,941 |
| Total | 143,171 | 29,561 | | | 11,797 | 35,177 | 219,706 |
| % | 65% | 13% | | | 5% | 16% | 100% |
| Sect 2 Remain | 246,832 | 70,375 | - | - | 34,092 | - | 351,299 |
| Allow OD | 9,222 | 22,909 | - | - | - | - | 32,131 |
| Total | 256,054 | 93,284 | | | 34,092 | | 383,430 |
| % | 67% | 24% | | | 9% | | 100% |
| Sect 3 Remain | 187,981 | 154,701 | 22,565 | - | 4,847 | - | 370,094 |
| Allow OD | 5,049 | 14,430 | - | - | - | - | 19,479 |
| Total | 193,030 | 169,131 | 22,565 | | 4,847 | | 389,573 |
| % | 50% | 43% | 6% | | 1% | | 100% |
| Sect 4 Remain | 158,646 | 202,336 | 51,760 | 31,271 | 5,757 | - | 449,770 |
| Allow OD | 12,074 | 13,825 | - | - | - | - | 25,899 |
| Total | 170,720 | 216,160 | 51,760 | 31,271 | 5,757 | - | 475,669 |
| % | 36% | 45% | 11% | 7% | | | 99% |
| Sect 5 Remain | 89,483 | 241,305 | 55,963 | 49,361 | 55,812 | - | 491,925 |
| Allow OD | 18,950 | - | - | - | - | - | 18,950 |
| Total | 108,433 | 241,305 | 55,963 | 49,361 | 55,812 | | 510,875 |
| % | 21% | 47% | 11% | 10% | 11% | | 100% |
| Sect 6 Remain | 100,221 | 151,825 | - | 34,160 | 171,171 | - | 457,377 |
| Allow OD | 7,000 | 1,963 | - | - | 12,034 | - | 20,997 |
| Total | 107,221 | 153,788 | | 34,160 | 183,205 | | 478,374 |
| % | 22% | 32% | | 7% | 38% | | 100% |
| Sect 7 Remain | 207,109 | 141,981 | - | 2,579 | 19,402 | - | 371,071 |
| Allow OD | 21,341 | 35,427 | - | 2,585 | - | - | 59,353 |
| Total | 228,449 | 177,408 | | 5,165 | 19,402 | | 430,424 |
| % | 53% | 41% | | 1% | 5% | | 100% |
| Sect 8 Remain | 167,523 | 124,965 | 50,484 | 6,989 | 26,577 | - | 376,538 |
| Allow OD | 10,569 | 29,826 | 3,541 | 5,170 | - | - | 49,105 |
| Total | 178,092 | 154,790 | 54,025 | 12,159 | 26,577 | | 425,643 |
| % | 42% | 36% | 13% | 3% | 6% | | 100% |
| Sect 9 Remain | 235,724 | 3,921 | - | - | 5,741 | - | 245,386 |
| Allow OD | 24,387 | - | - | - | 926 | - | 25,313 |
| Total | 260,111 | 3,921 | | | 6,667 | | 270,699 |
| % | 96% | 1% | | | 2% | | 100% |
| Total Allow OD | 123,495 | 126,416 | 3,541 | 7,756 | 12,960 | - | 274,167 |
| %Total AOD | 45% | 46% | 1% | 3% | 5% | | 100% |
| Total Remain | 1,521,787 | 1,112,932 | 180,772 | 124,360 | 335,198 | 35,177 | 3,310,225 |
| Grand Total | 1,645,281 | 1,239,348 | 184,312 | 132,115 | 348,158 | 35,177 | 3,584,392 |
| % Grand Total | 46% | 35% | 5% | 4% | 10% | 1% | 100% |

## Table 4. Hydraulic Levee "Neat Line" Volumes and Dimensions and Stations

| Stations, Crest Width, Height, and Volumes for both Hydraulic and Mechanical Levees | | | | | | | |
|---|---|---|---|---|---|---|---|
| Levee | Crest | Height | Base | Cross | | Distance | Volume |
| Stations | Width | | Width | Section | | Between | |
| | | | | Area | | X-sections | |
| | ft | ft | ft | sf | | ft | CY |
| 400 | 10 | 20 | 142 | 1520 | | | |
| 2000 | 10 | 18.5 | 126 | 1258 | | 1600 | 82,311 |
| 3900 | 10 | 18 | 120 | 1170 | | 1900 | 85,430 |
| 5600 | 10 | 17 | 112 | 1037 | | 1700 | 69,480 |
| | | | | | | | |
| 6150 | 10 | 16.5 | 110 | 990 | | | |
| 8900 | 10 | 13 | 95 | 683 | | 2750 | 85,174 |
| 9700 | 10 | 14 | 94 | 728 | | 800 | 20,896 |
| | | | | | | | |
| 16600 | 10 | 16 | 106 | 928 | | | |
| 17950 | 10 | 15.5 | 106 | 899 | | 1350 | 45,675 |
| 19700 | 10 | 16.5 | 108 | 974 | | 1750 | 60,683 |
| 20900 | 10 | 17 | 112 | 1037 | | 1200 | 44,678 |
| 21500 | 10 | 20 | 142 | 1520 | | 600 | 28,411 |
| | | 202 | 1373 | Total "Neat Line" Perimeter Volume | | | 522,737 |
| | Average | 17 | 114 | "Neat Line" cubic yards per linear ft | | | 38 |
| Hyd Levee Stations | | Dist | | | | | |
| 16600 | 21500 | 4,900 | | | | | |
| 400 | 5600 | 5,200 | | | | | |
| 6150 | 9700 | 3,550 | | | | | |
| Hyd Levee Length | | 13,650 | | | | | |

## APPENDIX A

### Glossary of Geotechnical Descriptors

**Dredgeability.** Dredgeablility is the difficulty or ease of excavating, removable, transportation and placement of dredged materials.

**Relative Density.** Relative density of a cohesionless soil relates to its compactness and density with descriptive terms such as very loose, loose, medium dense, dense and very dense.

**Relative Consistency**. Relative consistency of a cohesive soil relates to its shear strength or unconfined compressive strength with descriptive terms such as very soft, soft, medium stiff, stiff, very stiff and hard.

**Standard Penetration Resistance, N**. Standard penetration test is applied to both cohesive and cohesionless soils. The tests consist of driving the standard penetration split-spoon sampler into the soil and counting the blows, N required driving the sampler the last 12 inches. The blows are imparted by a 140 pound weight falling 30 in. onto the drill rod to which the spoon is attached. The penetration number, referred to as N, is the number of blows to achieve the last 12 inches of penetration. The blow count for the last 12 inches of penetration is specified by ASTM because it is possible that boring disturbance may occur in the first 6 inches of soil at the bottom of the drill hole.

**Table A-1.** Geotechnical Characteristics of Dredge Channel Soils*

Coarse Grained Soils are where more than half of the material is larger than No. 200 sieve size**.

Sand and Sandy Soils
- **SM** - Silty sands, sand-silt mixtures
- **SC** - Clayey sands, sand-clay mixtures

Fine Grained Soils are where more than half of the material is smaller than No. 200 sieve.

Silts and Clays with LL or Liquid Limit <50
- **ML**- Inorganic silts and very fine sands, rock flour, silty or clayey fine sands or clayey silts with slight plasticity
- **CL** - Inorganic clays of low to medium plasticity, gravelly clays, sandy clays, silty clays, lean clays

Fine Grained Soils are where more than half of the material is smaller than No. 200 sieve.

Silts and Clays with LL or Liquid Limit >50
- **CH**- Inorganic clays of high plasticity, fat clays
- **OH**- Organic clays of medium to high plasticity, organic silts

*Technical Memorandum No. 3-357, "The Unified Classification System," August 1982, Geotechnical Laboratory U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS 38180 and ASTM 2487-93 "Classification of Soils for Engineering Purposes (Unified Soils Classification System)"

**The No. 200 sieve size is about the smallest particle visible to the naked eye.

**Table A-2.** Relative Consistency of Cohesive Soils*

| Unconfined Compressive Strength Tons/Sq Ft | Cohesive Consistency Description | N, Standard Penetration Resistance | Approx. Saturated Density pounds per cubic Ft |
|---|---|---|---|
| < 0.25 | Very Soft | 0-2 | 100-120 |
| 0.25-0.50 | Soft | 2-4 | 100-120 |
| 0.50-1.00 | Medium | 4-8 | 110-130 |
| 1.00-2.00 | Stiff | 8-16 | 120-140 |
| 2.00-4.00 | Very Stiff | 16-32 | 120-140 |
| >4.00 | Hard | >32 | |

*Bowles, Joseph E. "Foundation Analysis and Design," 1968 McGraw-Hill, Inc. page 126

**Table A-3.** Relative Density or Compactness of Cohesionless Soils*

| Relative Density or Compactness Description | Relative Density $D_r$ | N, Standard Penetration Resistance | Approx. range of Moist Unit Weight, pounds per cubic Ft | Friction Angle Degrees |
|---|---|---|---|---|
| Very Loose | 0-0.15 | 0-4 | 70-100 | 25-30 |
| Loose | 0.15-0.35 | 4-10 | 90-115 | 27-32 |
| Medium Dense | 0.35-0.65 | 10-30 | 110-130 | 30-35 |
| Dense | 0.65-0.85 | 30-50 | 110-140 | 35-40 |
| Very Dense | 0.85-1.00 | >50 | 130-150 | 38-43 |

*Bowles, Joseph E. "Foundation Analysis and Design," 1968, McGraw-Hill, Inc. page 125

## APPENDIX B

List of Cases where Dr. Fowler testified as an expert at trial or by deposition are shown below:

Nov 2003 Tampa Port Authority vs Gee and Jenson Engineers Architects-Planners, Inc., a Florida corporation, Hendry Corporation, a Florida corporation, and Nicolon Corporation, a foreign corporation.
(Deposition)

Oct 2003 Onyx Industrial Services, Inc. vs St. John's River Water Management District Case no. 01-560-CA-53 (Deposition)

Oct 2002 U.S. Steel vs Geraghty and Miller Inc. (Deposition)

Dec 1999 Skansi Oyster Corporation, Nick L. Skansi and Helen T. Skansi vs The Louisiana Land and Exploration Company, Phillips Petroleum Company and Club Oil & Gas LTD. (Deposition and Trial)

Jan 1997 Oyster Land Leasing, Inc. vs. The Louisiana Land and Exploration Company, Phillips Petroleum Company and Club Oil & Gas LTD.(Deposition and Trial)

April 1990 Weeks Marine Inc. vs. US Army Corps of Engineers Baltimore District, Baltimore, MD (Mediation)

June 1989 C.F. Bean Dredging, Inc. vs. US Army Corps of Engineers Norfolk District, Norfolk, VA (Mediation)

June 1988 T.L. James Inc. vs. US Army Corps of Engineers Baltimore District, Baltimore, MD (Mediation)

April 1987 Great Lakes Dredge and Docks Inc. vs. US Army Corps of Engineers Alaska District, Anchorage, AK (US Court of Appeals-trial Seattle Federal Court)