# Curriculum Vitae

William Frank Connole
4136 East 47th Place
Tulsa, Oklahoma 74135
(918) 747-2654

Registered Professional Engineer in Oklahoma, No. 15149

## Education

1972 Oklahoma State University
1982 University of Oklahoma
1) Bachelor of Arts – 1979 – Psychology
2) Bachelor of Science – 1982 – Civil Engineering

## Employment

| | |
|---|---|
| January 1983 – Present | Franvel Corp. |
| May 1982 – August 1982 | Benham, Blair and Associates |
| May 1981 – August 1981 | Benham, Blair and Associates |
| June 1972 – August 1972 | Franvel Corp. |
| June 1971 – August 1971 | Stan Barber Construction Co. |
| June 1970 – August 1970 | 19th Seed Construction Co. |

## Armed Services

1972 – 1975 U.S. Army, Combat Engineer
Non-Commissioned Officer, Honorable Discharge
Recipient of Army Commendation Medal

## Professional Organizations

Sustaining Member – Society of American Military Engineers
National Society of Professional Engineers
American Society of Civil Engineers
American Concrete Institute
Panel Member for American Arbitration Association
Associate Member – Associated General Contractors of America (AGC)
Past Member – Joint AGC and Corps of Engineers Task Force on the Corps Construction Equipment Ownership and Operating Expense Schedule, EP1110-1-8

## Honors

Member of National Civil Engineering Honor Society, Chi Epsilon

EXHIBIT C

Experience

In the early 1970's, William F. Connole worked as a member of a survey party and bridge foreman. In 1972, William F. Connole began evaluating claims for Franvel Corp.

William F. Connole served in the military for 3 years and performed scheduling activities for barracks rehabilitations and company activities. In 1982, William Connole earned his civil engineering degree and returned to Franvel Corp. In 1987, William Connole became President and CEO of Franvel Corp.

William F. Connole is a licensed professional engineer in Oklahoma. During the past twenty years, he has been a consulting engineer for a variety of clients on highway and heavy construction projects. He has also provided services on wastewater and water treatment plants, industrial plants and commercial buildings both new construction and rehabilitations. His experience includes estimating, scheduling, contract administration, claim analysis, contract negotiations, pricing and calculation of damages. This experience includes Federal, State and Private Projects throughout Southwest and Southeast United States. He serves as a dispute resolution panel member for the American Arbitration Association, and has previously served as an arbitrator for the Arkansas State Highway and Transportation Department and the Oklahoma Department of Transportation.

Attached is a partial list of projects for which Mr. Connole has provided an expert report and/or testimony.

United States Court of Federal Claims,
Case No. 98-695C
Appeal of LaForge and Budd Construction Co., Inc.
Contract No. DACA56-86-C-0074
Transient Munitions Facility
Tinker Air Force Base, Oklahoma

United States District Court for Western District of Tennessee
Case No. 98-2966-MI Bre
Luhr Bros., Inc. vs. Memphis-Shelby County Airport Authority, et al.
Contract No. 9706.30
Hurricane Creek Relocation
Memphis, Tennessee

U.S. Army, Corps of Engineer Board of Contract Appeals
ENG BCA No. 6324
Appeal of Jim Smith Contracting Company, Inc.
Contract No. DACW29-91-C-0028
Welcome-Moonshine Levee Enlargement and Concrete Slope Pavement

U.S. Army, Corps of Engineer Board of Contract Appeals
ENG BCA No. 6261
Appeal of Johnny F. Smith Truck & Dragline Service, Inc.
Contract No. DACW17-93-D-0015
Debris Hauling, Hurricane Andrew
Miami, Florida

Circuit Court for Dyer County, Tennessee at Dyersburg
Cause No. 96-217
Guy Harrison Construction Co., Inc. vs. Dyersburg Housing Authority
Modernization Project CIAP No. TN.021-903
Gardner Heights, Dyersburg, Tennessee

U.S. Army, Corps of Engineer Board of Contract Appeals
ENG BCA No. 5701Q
Appeal of Souter Construction Co., Inc.
Contract No. DACW03-87-C-0014
Rock Excavation and Disposal
Navigation Mile 149 to 151
McClellan-Kerr Arkansas River Navigation System

U.S. Army, Corps of Engineer Board of Contract Appeals
ENG BCA No. 6176
Appeal of Valley Construction Co.
Contract No. DACW63-89-C-0159
Recreation Facilities Part III
Ray Roberts Lake, Texas

U.S. Army, Corps of Engineer Board of Contract Appeals
ENG BCA No. 6228 and No. 6048
Appeal of Circle, Incorporated
Contract No. DACW03-90-C-0071
Channel Improvements, Mill Creek Basin, Mill Creek
Fort Smith, Sebastian County, Arkansas

United States District Court
Northern District of Mississippi, Western Division
Case No. 3:96CV219-D-A
Chancellor & Son, Inc. vs. Three Rivers Solid Waste Management Authority
Contract No. 6, Three Rivers Regional Landfill
Construction of Cell No. 2

Armed Services Board of Contract Appeals
Docket Number ASBCA 48161
Appeal of Four F. Corporation
Contract No. DACA66-89-C-0019
Renovate 6th, J, and 3rd Streets
Defense Depot, Memphis, Tennessee

United States District Court
Northern District of Mississippi, Western Division
Civil Action No. WC91-137-B-D
Hill Brothers Construction Company, Inc. vs. City of Koscuisko and Neel-Schaffer, Inc.
EPA Project No. C280390-02
Wastewater Treatment Facilities
Koscuisko, Mississippi

Interior Board of Contract Appeals
Docket No. IBCA-2108
Appeal of Sardis Contractors
Contract No. 3-CC-5C-00380
Access Road of Boat Ramp
McGee Creek Project, Oklahoma

Claims Commission of the State of Tennessee, Western Division
Claim No. 91-224 Regular Docket
Hill Brothers Construction Company, Inc. vs. State of Tennessee, Tennessee Department of Transportation
Contract No. 4795
Dyersburg Bypass – State Route 20
Dyer County, Tennessee