# Evaluation of Claims submitted under

# Renda Marine, Inc. v. United States
# No. 02-306C (Fed. Cl.)

## Volume I of VI

Prepared for:

John Kosloske, Esquire
U.S. Department of Justice

Prepared by:

William F. Connole, P.E.
OK No. 15149
January 30, 2004

Franvel Corp
P.O. Box 4396
Tulsa, Oklahoma 74159

EXHIBIT
D

# Table of Contents

1.0 Introduction

2.0 Project Description

3.0 The Work

4.0 The Issues

4.1 South Ferry Landing – Differing Site Condition

4.2 Houston Light and Power (HL&P) Transmission Line Tower – Suspension

4.3 Flare Area – Differing Site Condition

4.4 Obstructions in Channel Sta. 570+00 to Sta. 630+00 – Differing Site Condition

4.5 Section 7 – Differing Site Condition

4.6 Obstructions in Channel Sta. 660+00 to Sta. 685+00 – Differing Site Condition

4.7 West Levee Realignment Lost Lake Placement Area – Changes

4.8 Hydraulic Levees at Lost Lake Placement Area

5.0 Equipment Rates

6.0 Time Summary

Franvel Corp
Renda Marine Inc. v United States
No. 02-306C (Fed. Cl.)

## List of Tabs


| Volume | Tab | Description |
|---|---|---|
| II | 1 | Franvel Corp Database - Inspection Report of Dredging (IRD) |
| II | 2 | Franvel Corp Database - Inspection Report of Dredging (IRD) |
| II | 3 | Franvel Corp Database - Inspection Report of Dredging (IRD) |
| II | 4 | Franvel Corp Database - Inspection Report of Dredging (IRD) |
| II | 5 | Franvel Corp Database - Inspection Report of Dredging (IRD) |
| II | 6 | Franvel Corp Database - Inspection Report of Dredging (IRD) |
| II | 7 | Franvel Corp Database - Contractor Quality Control Report (CQCR) |
| II | 8 | Franvel Corp Database - Contractor Quality Control Report (CQCR) |
| II | 9 | Franvel Corp Database - Contractor Quality Control Report (CQCR) |
| II | 10 | Franvel Corp Database - Contractor Quality Control Report (CQCR) |
| II | 11 | Franvel Corp Database - Government Quality Assurance Report (QAR) |
| II | 12 | Franvel Corp Graphical Plot of Dredging Locations from IRD |
| III | 1 | Dredge Millennium - Franvel Corp Operating and Standby Rate Calculations |
| III | 2 | Renda Built Booster - Franvel Corp Operating and Standby Rate Calculations |
| III | 3 | Duplex High Pressure Pump - Franvel Corp Operating and Standby Rate Calculations |
| III | 4 | Cummins Generator - Franvel Corp Operating and Standby Rate Calculations |
| III | 5 | Pipeline - Franvel Corp Operating and Standby Rate Calculations |
| III | 6 | Pipeline Joints - Franvel Corp Operating and Standby Rate Calculations |
| III | 7 | Pipeline Pontoon - Franvel Corp Operating and Standby Rate Calculations |
| III | 8 | Workboat "Marilyn K. McFarland" - Franvel Corp Operating and Standby Rate Calculations |
| III | 9 | Workboat "Crista Dian" - Franvel Corp Operating and Standby Rate Calculations |
| III | 10 | Anchor Barge - Franvel Corp Operating and Standby Rate Calculations |
| III | 11 | American Crane - Franvel Corp Operating and Standby Rate Calculations |
| III | 12 | Grove Hydraulic Crane - Franvel Corp Operating and Standby Rate Calculations |
| III | 13 | Work Barge No. 1 - Franvel Corp Operating and Standby Rate Calculations |
| III | 14 | Survey Boat - Monark - Franvel Corp Operating and Standby Rate Calculations |
| III | 15 | Work Boat - Lafco - Franvel Corp Operating and Standby Rate Calculations |
| III | 16 | Work Boat - Monark - Franvel Corp Operating and Standby Rate Calculations |
| III | 17 | Work Skiff - Franvel Corp Operating and Standby Rate Calculations |
| III | 18 | Fuel Barge - Franvel Corp Operating and Standby Rate Calculations |
| III | 19 | Fuel Tank - Franvel Corp Operating and Standby Rate Calculations |
| III | 20 | Linkbelt 3800 Excavator - Franvel Corp Operating and Standby Rate Calculations |

Franvel Corp
Renda Marine Inc. v United States
No. 02-306C (Fed. Cl.)

List of Tabs


| Volume | Tab | Description |
|---|---|---|
| III | 21 | Work Barge No. 2 - Franvel Corp Operating and Standby Rate Calculations |
| III | 22 | Skid Loader - Timberjack 450 - Franvel Corp Operating and Standby Rate Calculations |
| III | 23 | Skid Loader - Timberjack 380B - Franvel Corp Operating and Standby Rate Calculations |
| III | 24 | American Crane 4260 - Franvel Corp Operating and Standby Rate Calculations |
| III | 25 | Linkbelt Crane LS78 - Franvel Corp Operating and Standby Rate Calculations |
| III | 26 | Renda Rates for Marsh Buggy |
| III | 27 | Renda Rates for Marsh Buggy No. 2 |
| III | 28 | Renda Rates for Lincoln Welder |
| III | 29 | Renda Rates for Miller Welder |
| III | 30 | Renda Rates for Caterpillar Dozer D6H |
| III | 31 | Renda Rates for Caterpillar Dozer D6H |
| III | 32 | Renda Rates for Caterpillar Dozer D8L |
| III | 33 | Renda Rates for Caterpillar Dump Truck |
| III | 34 | Renda Rates for Lighting Set |
| III | 35 | Renda Rates for Lighting Set |
| III | 36 | Renda Rates for Utility Trailer |
| III | 37 | Renda Rates for Ford Pickup Truck F250HD |
| III | 38 | Renda Rates for Ford Pickup Truck F250HD |
| III | 39 | Renda Rates for Ford Expedition |
| III | 40 | Renda Rates for Ford Pickup Truck F250HD |
| III | 41 | Renda Rates for Ford Pickup Truck F250HD |
| III | 42 | Renda Rates for Ford Pickup Truck F250HD |
| III | 43 | Renda Rates for Ford Pickup Truck F450 |
| III | 44 | Renda Rates for Ford Pickup Truck F250HD |
| III | 45 | Renda Rates for Ford Pickup Truck F150 |
| III | 46 | Renda Rates for John Deere Gator |
| III | 47 | Tug Boat "Melissa B" - Franvel Corp Operating and Standby Rate Calculations |
| III | 48 | Renda Rates for Combination Building - 18' |
| III | 49 | Renda Rates for Supply Barge MCD212 |
| III | 50 | Renda Rates for Spud Barge KS4001 |
| III | 51 | Renda Rates for Caterpillar LGP - D6M |
| III | 52 | Renda Rates for Komatsu Dozer (SG) |
| III | 53 | Renda Rates for Volvo Articulated Truck A25C |
| III | 54 | Renda Rates for Diesel Welder 400 Amp |
| III | 55 | Renda Rates for Lincoln Welder - 500 Amp |
| III | 56 | Renda Rates for Diesel Welder - 250 Amp |

Franvel Corp
Renda Marine Inc. v United States
No. 02-306C (Fed. Cl.)

List of Tabs


| Volume | Tab | Description |
|---|---|---|
| III | 57 | Renda Rates for Diesel Welder - 250 Amp |
| III | 58 | Renda Rates for Air Compressor 185 CFM - P185WJD |
| III | 59 | Renda Rates for Air Compressor + Hose 185 CFM - P185WJD |
| III | 60 | Renda Rates for Air Compressor 185 CFM - P185WJD |
| III | 61 | Renda Rates for Air Compressor 185 CFM - P185WJD |
| III | 62 | Renda Rates for Air Compressor 210 CFM - D210Q6JD |
| III | 63 | Renda Rates for Komatsu Track Excavator - PC300LC-6 |
| III | 64 | Renda Rates for Komatsu Track Excavator - PC200LC-6 |
| III | 65 | Renda Rates for Komatsu Track Excavator - PC200LC-6 |
| III | 66 | Renda Rates for John Deere 550H Dozer - LGP |
| III | 67 | Renda Rates for John Deere 550H Dozer - LGP |
| III | 68 | Renda Rates for Caterpillar D5H Dozer |
| III | 69 | Renda Rates for Ford Explorer (2x2) |
| III | 70 | Renda Rates for Ford Pickup Truck - F250HD (4x4) |
| III | 71 | Renda Rates for Caterpillar Dump Truck - D275B |
| III | 72 | Renda Rates for Komatsu Dozer - D68P |
| III | 73 | Renda Rates for Ford Pickup Truck - F250 |
| III | 74 | Renda Rates for Komatsu Track Excavator - PC200LC-6 |
| III | 75 | Renda Rates for John Deere D850C Dozer - LGP Crawler |
| III | 76 | Renda Rates for John Deere Track Excavator - JD230LC |
| III | 77 | Renda Rates for John Deere Track Excavator - JD450LC |
| III | 78 | Renda Rates for Link-Belt LS4300 Excavator |
| III | 79 | Renda Rates for Bell B25C Articulated Dump Truck |
| III | 80 | Renda Rates for Bell B25C Articulated Dump Truck |
| III | 81 | Renda Rates for Bell B25C Articulated Dump Truck |
| III | 82 | Renda Rates for Bell B25C Articulated Dump Truck |
| III | 83 | Renda Rates for Jeep, Flat-Bed Off Road |
| III | 84 | Renda Rates for Komatsu Dozer D68P, Pyramid D405 |
| III | 85 | Renda Rates for Caterpillar 950E Loader w/Q/A Forks |
| III | 86 | Renda Rates for Caterpillar 120G Motorgrader MG2001 |
| III | 87 | Renda Rates for Komatsu Dozer - D65PX |
| III | 88 | Renda Rates for Komatsu Dozer - D65PX |
| III | 89 | Intentionally left blank |
| III | 90 | Renda Rates for Alco Redi-Prime Pump - 12" |
| III | 91 | Renda Rates for Hendry Booster |
| III | 92 | Renda Rates for Ford Expedition (2x2) |
| III | 93 | Renda Rates for Ford Pickup Truck - F250HD (4x4) |

Franvel Corp
Renda Marine Inc. v United States
No. 02-306C (Fed. Cl.)

List of Tabs


| Volume | Tab | Description |
|---|---|---|
| III | 94 | Intentionally left blank |
| III | 95 | Renda Rates for Komatsu Dozer - D65PX-12 |
| III | 96 | Renda Marine Book Asset Detail for Fiscal Year Ending October 31, 2000 and 2001 |
| III | 97 | Comparison of Daily Equipment Working Hours Used in Renda Claims |
| III | 98 | Summary of Equipment Rates Used by Renda |
| III | 99 | Calculations for Average Fuel Cost and Facilities Capital Cost of Money Rate |
| III | 100 | Franvel Corp Land-based Equipment Rate Calculations |
| IV | 1 | Pre-solicitation Notice and Commerce Business Daily Announcement for Upper Bayou Project Dated January 26, 1998 |
| IV | 2 | Excerpt of Eddie Fisher Deposition taken on February 1, 2001, page 10-13 |
| IV | 3 | Dredging Supply Company, Inc. Letter dated April 30, 1998 |
| IV | 4 | Amendment No. 1 to Upper Bayou Solicitation dated July 7, 1998 |
| IV | 5 | Abstract of Bids dated July 20, 1998 |
| IV | 6 | Excerpt of Eddie Fisher Deposition taken on February 1, 2001, page 18-21 |
| IV | 7 | Chubb Group Contract Bond Request Form and July 8, 1998, Memorandum from Jim Balzan, WTO-Surety dated July 8, 1998 |
| IV | 8 | Oscar Renda Contracting Inc. Letter dated July 29, 1998 |
| IV | 9 | Renda Marine Letter dated August 12, 1998 |
| IV | 10 | Renda Marine Letter dated July 30, 1998 |
| IV | 11 | Oscar Renda Contracting Inc. Letter dated September 18, 1998 |
| IV | 12 | Government Findings of Fact Concerning the Mistake in Bid by Renda Marine |
| IV | 13 | Renda Marine Letter dated August 3, 1998 |
| IV | 14 | August 10, 1998 Review of Dredging Plan by Allen Dupont and Upper Bayou Pre-award Review by TCB/GBA Joint Venture |
| IV | 15 | Renda Marine Letter dated August 21, 1998 |
| IV | 16 | Renda Marine Worksheet "Stiff Clay Percentages.xls" dated August 15, 1998 |
| IV | 17 | Renda Marine Letter dated June 12, 2000 |
| IV | 18 | Renda Marine Letter dated April 28, 2000 |
| IV | 19 | Topics for Preparatory Meeting dated July 30, 1999 |
| IV | 20 | Renda Marine Letter dated October 18, 2000 |
| IV | 21 | Renda Marine Letter dated October 13, 1999 |
| IV | 22 | Renda Marine Letter dated January 5, 2000 |
| IV | 23 | Eddie Fisher Email dated February 1, 2000 |
| IV | 24 | Renda Marine Letter dated March 30, 2000 |
| IV | 25 | Renda Marine Undated Letter Received on August 5, 1999 |
| IV | 26 | Renda Marine Letter dated October 20, 2000 |
| IV | 27 | Eddie Fisher Email dated September 25, 1999 |

Franvel Corp
Renda Marine Inc. v United States
No. 02-306C (Fed. Cl.)

List of Tabs


| Volume | Tab | Description |
|---|---|---|
| IV | 28 | Renda Marine Letter dated December 20, 2000 |
| IV | 29 | Renda Marine Letter dated January 31, 2001 |
| IV | 30 | Government Letter dated March 29, 2001 |
| IV | 31 | Renda Marine Letter dated April 14, 2001 |
| IV | 32 | Renda Marine Letter dated April 16, 2001 |
| IV | 33 | Eddie Fisher Email dated February 21, 2000 |
| IV | 34 | Renda Marine Letter dated July 28, 2000 |
| IV | 35 | Modification No. P00026 dated May 4, 2001 |
| IV | 36 | Renda Marine Letter dated August 18, 2000 |
| IV | 37 | Modification No. P00027 dated May 23, 2001 |
| IV | 38 | Defense Contract Audit Agency Report No. 3511-2003M17200012 dated December 12, 2002 and Franvel Corp., Overhead Rate Summary |
| IV | 39 | Preparatory Meeting Agenda and Transmittal for Item No. 3, Retaining Levees |
| IV | 40 | Renda Marine Letter dated July 7, 1999 |
| IV | 41 | Renda Marine Letter dated August 2, 1999 |
| IV | 42 | Government Email dated August 3, 1999 |
| IV | 43 | Renda Email dated August 6, 1999 |
| IV | 44 | Government Letter dated October 12, 1999 |
| IV | 45 | Renda Marine Letter dated October 25, 1999 |
| IV | 46 | Renda Marine Letter dated November 10, 1999 |
| IV | 47 | Gahagan & Bryant Associates Email dated January 28, 2000 |
| IV | 48 | Gahagan & Bryant Associates Email dated March 23, 2000 |
| IV | 49 | Renda Marine Letter dated November 2, 2000 |
| IV | 50 | Government Letter dated May 22, 2001 and Government Letter dated June 1, 2001 |
| V | 1 | Franvel Report of Dredging Quantities |
| V | 2 | Franvel Report of Cubic Yards by Advance |
| V | 3 | Franvel Summary of Contract Payments |
| V | 4 | Franvel Graph and Report of Gross Cubic Yards Dredged vs Pay Quantity |
| V | 5 | Report of Operations for October 8 and 9, 1999 |
| V | 6 | Renda Marine April 11, 2000 facsimile and April 11, 2000 Government Email |
| V | 7 | Renda Marine Email dated February 1, 2000 |
| V | 8 | Renda Marine Daily Report for April 19, 2000 and facsimile dated April 20, 2000 |
| V | 9 | April 21, 2000 Inspection Report of Dredging and Report of Operations |
| V | 10 | April 25, 2000 Renda Marine Daily Report |

Franvel Corp
Renda Marine Inc. v United States
No. 02-306C (Fed. Cl.)

List of Tabs


| Volume | Tab | Description |
|---|---|---|
| V | 11 | Report of Operations for April 3-May 5, 2000 and May 13, 2000 |
| V | 12 | Renda Marine Daily Report for April 23-May 4, 2000; May 14, 2000; and May 19, 2000 |
| V | 13 | Renda Marine Engine Room Log |
| V | 14 | April 25, 2000 Inspection Report of Dredging |
| V | 15 | Cross Sections for Station 470+00 |
| V | 16 | Cross Sections for Station 472+00 |
| V | 17 | Dredge Millennium Operations Computer Software Manual |
| V | 18 | Cross Sections for Channel Station 470+00, 472+00, 474+00, and 476+00 |
| V | 19 | Franvel Graph of Dredge Locations and South Ferry Landing Work Areas |
| V | 20 | Franvel Report for Renda Marine's Measured Mile at South Ferry Landing |
| V | 21 | Franvel Report for South Ferry Landing |
| V | 22 | Franvel Report of New Measured Mile for South Ferry Landing |
| V | 23 | Facsimile Coversheet dated October 27, 1998 from Mobile Pulley & Machine Works |
| V | 24 | Mobile Pulley & Machine Works - Two Quotations dated May 25, 2000 and Invoice dated September 1, 2000 |
| V | 25 | Renda Internal Memorandum dated March 22, 2000 |
| V | 26 | Franvel Corp Standby Rate for South Ferry Landing |
| V | 27 | Franvel Corp Direct Labor Expenses for South Ferry Landing |
| V | 28 | Franvel Corp Equipment Cost for South Ferry Landing |
| V | 29 | Defense Contract Audit Agency Report No. 3511-2003M17200006 dated December 12, 2002 and Franvel Corp Overhead Rate Summary |
| V | 30 | Franvel Corp Profit Computations for South Ferry Landing |
| V | 31 | Franvel Corp Non-pay Yardage |
| V | 32 | April 17, 2000 Invoice for Melissa B, Inc. and Renda Job Code Report |
| V | 33 | Emails dated May 3, 2000 and May 7, 2001 concerning South Ferry Landing |
| V | 34 | Renda Marine Contractor Quality Control Report dated April 21, 2000 and Franvel Report of Operating Plant |
| V | 35 | Government Letter dated April 13, 1999 |
| V | 36 | Franvel Corp Dredge Production Report |
| V | 37 | Renda Marine Daily Production Report for July 16, 17 and 18, 2000 |
| V | 38 | Barry Smith Email dated June 4, 2000 |
| V | 39 | Report of Operations for October 16, 17 and 18, 2000 |
| V | 40 | Reliant Energy-HL&P Letter dated October 16, 2000 |
| V | 41 | Franvel Corp HL&P Labor Cost Report |
| V | 42 | Franvel Corp Transmission Tower Added Work Report |

Franvel Corp
Renda Marine Inc. v United States
No. 02-306C (Fed. Cl.)

List of Tabs

| Volume | Tab | Description |
|---|---|---|
| V | 43 | Franvel Corp HL&P Equipment Cost Report |
| V | 44 | Franvel Corp Attendant Plant Report for October 16, 17 and 18, 2000 |
| V | 45 | Defense Contract Audit Agency Report No. 3511-2003M17200007 dated December 12, 2002 and Franvel Corp Overhead Rate Summary |
| V | 46 | Franvel Report Recalculating Renda Stiff Clay Percentages |
| V | 47 | Franvel Report Summarizing Renda Soft Clay Area |
| V | 48 | Weeks Marine, Inc. Letter dated March 23, 2000 |
| V | 49 | Renda Marine Letter dated March 27, 2000 |
| V | 50 | Renda Marine Facsimile dated March 29, 2000 |
| V | 51 | Renda Marine Excerpt from South Ferry Landing Claim, page 14 and 15 |
| V | 52 | HVJ Associates, Inc. Letter dated May 30, 2000 |
| V | 53 | Renda Marine Excerpt for the Measured Mile at the Flare Area and Franvel Report on Production |
| V | 54 | Franvel Report for Flare Area Dredging before March 12, 2000 |
| V | 55 | Franvel Corp Report for Flare Area Dredging after March 11, 2000 |
| V | 56 | Renda Marine Lost Time and Damage Analysis for Flare Area and Franvel Corp Report for Flare Area |
| V | 57 | Franvel Corp Graph and Data for Plugged Discharged Pipelines |
| V | 58 | Renda Marine Memorandum dated March 18, 2000 |
| V | 59 | Franvel Corp Report for Labor Cost at Flare Area |
| V | 60 | Franvel Corp Report for Additional Equipment Cost at Flare Area |
| V | 61 | Franvel Corp Report Comparing Renda Equipment in Renda's Measured Mile and Impact Periods |
| V | 62 | Franvel Corp Report for Renda's Measured Mile in Flare Area |
| V | 63 | Defense Contract Audit Agency Report No. 3511-2003M17200005 dated December 12, 2002 and Franvel Corp Overhead Rate Summary |
| V | 64 | Franvel Corp Report for Profit at Flare Area |
| V | 65 | Turner Collie & Braden Inc/Gahagan & Bryant Associates Inc., JV Letter dated January 24, 2001 |
| V | 66 | Renda Marine Letter dated December 20, 2000 |
| V | 67 | Franvel Corp Report for Section 7, Stations 570+00 through 580+00 |
| V | 68 | Franvel Corp Report for Section 7, Stations 580+00 through 640+00 |
| V | 69 | Franvel Corp Report for Section 7, Stations 570+00 through 640+00 |
| V | 70 | Franvel Corp Report for Sections 1, 2, 3, 4, 5 and 6 |
| V | 71 | Renda Marine Daily Report for December 4, 5, 7, 8, 9, 11, 29, 30, 31, 2000 and January 1-14, 2001 |
| V | 72 | Deposition of Stephen Bowman dated November 22, 2000, page 133-140 |
| V | 73 | Renda Marine Letter dated December 18, 2000 |

Franvel Corp
Renda Marine Inc. v United States
No. 02-306C (Fed. Cl.)

List of Tabs


| Volume | Tab | Description |
|---|---|---|
| V | 74 | Lufkin Industries, Inc. Letter dated January 8, 2000 |
| V | 75 | Gahagan & Bryant Associates, Inc. Memorandum dated May 11, 2001 |
| VI | 1 | Franvel Report for Obstructions No. 1 Productivity Loss Equipment Cost |
| VI | 2 | Franvel Report for Obstructions No. 1 Impact Equipment Cost |
| VI | 3 | Franvel Report for Obstructions No. 1 Labor Cost |
| VI | 4 | Franvel Report for Obstructions No. 1 Dredge Repair Cost |
| VI | 5 | Quilling, Selander, Cummiskey & Lownds Letter dated April 30, 2001 |
| VI | 6 | Franvel Report Summarizing Report of Operations for Obstructions No. 1 Claim |
| VI | 7 | Renda Marine Daily Production Report for December 4 and 5, 2000 and Cross Sections for Stations 620+00, 622+00, 622+74, 624+00, 628+00, 630+00 |
| VI | 8 | Franvel Corp Report on Section 7 Station 566+35 to Station 609+00 |
| VI | 9 | Franvel Corp Report on Section 7 Station 558+00 to Station 566+35 |
| VI | 10 | Defense Contract Audit Agency Report No. 3511-2003M17200011 dated December 12, 2002 |
| VI | 11 | Renda Marine Daily Production Reports for February 9-19, 2001 |
| VI | 12 | Renda Marine Daily Report February 10-18, 2001 |
| VI | 13 | Franvel Report for Stations 660+00 through 685+00 |
| VI | 14 | Franvel Graph for Forecasting Clear Time in Sections 7, 8 and 9 |
| VI | 15 | Franvel Report Comparing Renda Report Entries between November 30, 2000 and January 31, 2001 and a Dredging Supply Company Letter dated December 12, 2000 |
| VI | 16 | Excerpt from Renda Obstruction No. 2 Claim for Repair Costs and Houston Dynamic Service Inc. Facsimile dated February 8, 2001 |
| VI | 17 | Turner Collie & Braden Inc/Gahagan & Bryant Associates Inc., JV Memo dated May 10, 2001 |
| VI | 18 | Gahagan & Bryant Email dated April 17, 2001 |
| VI | 19 | Krupp Hagler Letter dated May 11, 1999 |
| VI | 20 | Franvel Corp Report for Productivity Loss Equipment Cost for Obstructions No. 2 |
| VI | 21 | Franvel Corp Report for Labor Cost for Obstructions No. 2 |
| VI | 22 | Franvel Corp Report for Impact Equipment Cost for Obstructions No. 2 |
| VI | 23 | Franvel Corp Report on Equipment Repair Cost for Obstructions No. 2 |
| VI | 24 | Defense Contract Audit Agency Report No. 3511-2003M17200009 dated December 12, 2002 and Franvel Corp Overhead Rate Summary |
| VI | 25 | Franvel Corp Report on Quantities at Levee Stations 188+82 to 188+50 |
| VI | 26 | Government Email dated August 3, 2000 |
| VI | 27 | Government Email dated August 8, 2000 |

Franvel Corp
Renda Marine Inc. v United States
No. 02-306C (Fed. Cl.)

List of Tabs


| Volume | Tab | Description |
|---|---|---|
| VI | 28 | Turner Collie & Braden Inc/Gahagan & Bryant Associates Inc., JV Letter dated September 1, 2000 |
| VI | 29 | Renda Marine Daily Production Report for July 25, 2000 |
| VI | 30 | Oscar Renda Contracting Memorandum dated March 1, 1999 |
| VI | 31 | Government Memorandum dated October 6, 1999 |
| VI | 32 | Gahagan & Bryant Associates Inc. Email dated December 16, 1999 |
| VI | 33 | Excerpt from Renda Hydraulic Levee Claim, page 35 |
| VI | 34 | Franvel Corp Report on Revised Mechanical Levee Lengths |
| VI | 35 | Franvel Corp Report on Lost Lake Boring Logs |
| VI | 36 | Franvel Corp Report on North Levee Hauling between April 15, 2000 and June 28, 2000 |
| VI | 37 | Franvel Corp Report on North Levee Hauling between September 5, 2000 and December 11, 2000 |
| VI | 38 | Franvel Corp Report on Levee Cross Section |
| VI | 39 | Franvel Corp Report on Levee Equipment Arrival and Departure |
| VI | 40 | Franvel Corp Report on Levee Equipment Operating Time |
| VI | 41 | Copy of Renda Complaint against Dredge Supply Co., Inc., Case No. H00-1721 |
| VI | 42 | Renda Marine Financial Statements for the Years Ending October 31, 2001 and 2000 |
| VI | 43 | Franvel Graph and Report of Dredged Material Deposit Locations |
| VI | 44 | Houston Fuel Oil Terminal Company Facsimile dated July 20, 2001 |
| VI | 45 | Franvel Corp Worksheet on Flare Area Boring Logs |
| VI | 46 | Franvel Corp Worksheet on Section 7 Boring Logs |
| VI | 47 | Excerpt of the Deposition of Eddie Fisher taken on February 1, 2001, page 42-45 |
| VI | 48 | Franvel Corp Graph and Report of Material Deposited on Levee by Section |
| VI | 49 | Intentionally left blank |
| VI | 50 | Intentionally left blank |

Franvel Corp
Renda Marine Inc. v. United States
No. 02-306C (Fed. Cl.)

## 1.0 Introduction

On March 10, 2003, William F. Connole, P.E., President of Franvel Corp., contracted with the United States Department of Justice to provide expert technical evaluation and assessment of the alleged claims including the delay and lost productivity components presented under Renda Marine, Inc. vs United States (No. 02-306C Fed Cl.). The Curriculum Vitae for Mr. Connole is found in Appendix A of this volume.

Renda Maine, Inc. (Renda) asserts that it encountered difficulties during dredging and fill placement for the Upper Bayou Dredging project of the Houston-Galveston Navigation Channel. The objectives of this independent investigation were:

- To summarize the dredging history and levee construction.
- To assess the alleged claims and the associated contract plans and specifications.
- To evaluate the alleged damages and measure actual delay and disruption for each claim.
- To evaluate and compute equipment ownership and operating rates using the U.S. Army, Corps of Engineers Schedule EP1110-1-8 for Region VI dated 1999.
- To provide opinions about the bid estimate, contract interpretation, construction means and methods and contract adjustments in price and time.

The objectives were accomplished by reviewing design, pre-bid and post-bid project documents, depositions, performing a field investigation, interviewing project personnel and conducting an evaluation of the collected information. The documents reviewed in preparation of this report are given in Appendix B of this volume.

This report contains sections on a description of the project; a summary of the dredging and hydraulic fill history, the analysis of the individual issues or difficulties and finally the

summary and conclusion. The report contains six volumes. When a document is referenced, it will be designated as "Volume Roman Numeral, Tab Number, page number" and will generally appear as "Vol __, Tab __, RM-COE - ###". A page number is not always reported.

Volume I is the narrative report.
Volume II is the database compiled from project records.
Volume III is Renda equipment rate calculations used in computing damages.
Volume IV is project correspondence, reports, and other documentation referenced in the report for review.
Volumes V and VI are documents and reports generally referenced in Volume I of the report.

During the past four years, Mr. Connole has provided a deposition (D) and/or testimony (T) as an expert witness in the following cases:

1) American Arbitration Association
Case No. 71 110 00366 02
LCG Company, LLC. v. Tulsa Steel Manufacturing Company, Inc. (D/T)
Air National Guard Composite Support Complex,
Subcontract No. 500051-505,
Tulsa, Oklahoma

2) United States District Court for Western District of Tennessee (D)
Case No. 98-2966-MI Bre
Luhr Bros., Inc. vs. Memphis-Shelby County Airport Authority, et al.
Contract No. 9706.30
Hurricane Creek Relocation
Memphis, Tennessee

3) United States Court of Federal Claims, (D)
Case No. 98-695C
Appeal of LaForge and Budd Construction Co., Inc.
Contract No. DACA56-86-C-0074
Transient Munitions Facility
Tinker Air Force Base, Oklahoma

Mr. Connole is being compensated at the rate of $140.00 per hour plus out-of-pocket expenses. Engineering technicians are billed at $50 per hour, Cadd technicians are billed at $60 per hour and secretarial staff is compensated at $35 per hour.

## 2.0 Project Description

The investigation reported herein is related to Contract No. DACW64-C-99-0001 between the US Army, Corps of Engineers (Government) and Renda Marine, Inc. (Renda) for Dredging Upper Bayou, a 3.9-mile segment of the Houston Ship Channel from Station (Sta.) 470+00 to Sta. 684+06.58[1], in Harris and Galveston Counties, Texas. Figure 2.0.1 shows the location of the project southeast of Houston, Texas.

Figure 2.0.1

Upper Bayou Project Location




[1] Near the upstream limit, between Sta. 650+00 and 658+00, no dredging was permitted.

The dredging had an estimated quantity of 3,483,000 cubic yards and consists of mostly new (virgin) work. The work involves increasing the bottom width and deepening the existing ship channel to a required depth of 47 feet below Mean Low Tide (MLT). The bottom widths and lengths are referred to in Contract Section 02482-Dredging and shown on Drawing Nos. C-2 and C-3[2]. Side and end slopes were to be 3 horizontal to 1 vertical. The amount of material removed from within the specific areas to be dredged is measured by the cubic yard (cy). The measurement is determined from surveys by computing the before-dredging (BD) volume within the required dredging prism[3] and then deducting the computed volume of the after-dredging (AD) survey of the material surface remaining within the dredging prism as soon as practicable after the work has been completed. In addition to the amount of material removed to the required depth of -47 feet MLT, the contract provides for the inherent inaccuracies in the dredging process by measuring and paying for material actually removed up to one foot below the required bottom depth (allowable overdepth). No additional payment was made for material removed outside the required side slopes. Figure 2.0.2 shows conceptually the project dimensions and quantity of material considerations to determine contract payment yardage.

Figure 2.0.2 - Concept Drawing of Project Dimensions




**MAXIMUM PAY YARDAGE = REQUIRED YARDAGE + ALLOWABLE OVERDEPTH YARDAGE**
**NET PAY YARDAGE = MAXIMUM PAY YARDAGE – ALLOWABLE OVERDEPTH NOT DREDGED**
**GROSS YARDAGE = NET PAY YARDAGE + NON-PAY YARDAGE**

[2] The contract specifications and drawings have not been attached to this report.
[3] Required dredging prism refers to the trapezoidal design template for dredging consisting of a specified depth, width and side slope within the channel.

Explorations, including core borings, to determine the character of the earth materials to be removed were made by the Government and the results were provided in the solicitation and contract. Cores and samples obtained by the Government with a "93" prefix were available for inspection at the Galveston District Office. For purposes of acceptance, the contract divided the length of the channel into nine sections. Section 1 began at Sta. 470+00 and Section 9 ended at Sta. 684+06.58. The sections are:

| Section No. | From Station | To Station | Length of Section (Feet) | Required Depth (cy) | Allowable Overdepth (cy) | Total Estimated (cy) |
|---|---|---|---|---|---|---|
| 1 | 470+00 | 484+00 | 1,400.00 | 219,000 | 22,600 | 241,600 |
| 2 | 484+00 | 510+00 | 2,600.00 | 394,400 | 42,000 | 436,400 |
| 3 | 510+00 | 524+00 | 1,400.00 | 361,700 | 26,600 | 388,300 |
| 4 | 524+00 | 532+00 | 800.00 | 432,300 | 25,200 | 457,500 |
| 5 | 532+00 | 540+00 | 800.00 | 454,500 | 25,600 | 480.100 |
| 6 | 540+00 | 554+00 | 1,400.00 | 379,500 | 34,700 | 414,200 |
| 7 | 554+00 | 612+00 | 5,800.00 | 320,600 | 84,200 | 404,800 |
| 8 | 612+00 | 650+00 | 3,800.00 | 300,300 | 59,000 | 359,300 |
| 9 | 658+00 | 684+06.58 | 2,606.85 | 243,200 | 58,300 | 301,500 |
| | | | Cumulative Total: | 3,105,500 | 378,200 | 3,483,700 |

Materials removed from the channel were to be transported via pipeline and placed at Lost Lake Placement Area, Contract Drawing C-14. Figure 2.0.3 shows in plan view Lost Lake Placement Area. The Lost Lake Placement Area is an approximate 650 acre island located north of the Houston Ship Channel at approximately Sta. 480+00. Around the approximate four mile perimeter of the Lost Lake Placement Area was an existing levee. The existing levee is represented by the line on the outside perimeter of Lost Lake Placement Area. New levees (interior perimeter line on Figure 2.0.3) were to be constructed at Lost Lake Placement Area by two methods, hydraulically and mechanically.

Figure 2.0.3

Lost Lake Placement Area

(Re: Contract Drawing C-14)




Contract Section 02223 – Retaining Levees contains the scope of work required for mechanically and hydraulically constructed levees. Section 02223, paragraph 1.4.3, Order of Work, required the contractor to complete a new Drop-outlet Structure, modifications to the existing Drop-outlet Structure and the mechanically constructed levees prior to beginning placement of the hydraulically constructed levee. The mechanical levees had an estimated quantity of 381,300 cy. A land-based borrow area was furnished by the government to the contractor for constructing the levees. The mechanically constructed levee was to be constructed along the south perimeter of Lost

Lake (1/4 of the perimeter) and near the drop-outlet structures. Earth fill materials were to be excavated by draglines, backhoes or other suitable equipment and transported to the mechanically constructed levee site.

Mechanically constructed levees required placement of satisfactory materials in 18-inch layers prior to compaction, except in areas having standing water or soft foundations. In areas having standing water or soft foundation conditions, borrow materials were required to be placed in a single lift (layer) as required to support the weight of the hauling and compacting equipment. Fill material used for the mechanically constructed levee was measured and paid by the cubic yard. Measurement of the earth fill materials used to construct the mechanically constructed levee was taken in Borrow Areas No. 1 and No. 2.

Except for the specified mechanically constructed levee locations, hydraulically constructed levees were to be constructed in all other locations.

For hydraulically constructed levees, satisfactory materials (medium to hard clay and sand) were to be obtained from the required dredging. Contract Specification Section 02224, paragraph 3.1.2, states,

> "Satisfactory materials used for Hydraulically Constructed Levees shall be obtained from required dredging. The Contractor shall evenly distribute sufficient hydraulic material at all locations along the levee so that the final new levee section can be constructed to the minimum lines and grades. During the shaping process, the material shall be placed using the same lift thickness and compaction requirements as those required for the Mechanically Constructed Levees. The Contractor shall excavate material from the adjacent existing levee to the limits shown. The "slope to drain" requirements shall apply to the entire placement area perimeter levee."

As quoted above, during dredging, the contractor was required to evenly distribute sufficient hydraulic fill material (a slurry of earth materials and water) at all locations along the levee. The fill material, transported in the pipeline and placed hydraulically, was to be used to build the final new levee cross section to elevation +30 feet MLT. During the shaping process, lifts were to be built under the thickness and compaction requirements of the mechanically placed levee.

Contract Section 02224, paragraph 1.3.1 Construction Plan required the contractor to plan the construction of the levees. The contractor was to phase the mechanical and hydraulic placement work and consider techniques to minimize foundation displacements.

Contract Drawing C-14 also contained thirteen Notes important to the construction of the hydraulically and mechanically constructed levees. Some of the Notes are (exclusion of a Note does not diminish its importance or applicability):

No. 2 Survey date of Lost Lake contours: April 1997, with additional surveys taken Dec. 1997 around borrow area No. 2. Dredging has occurred since the survey date. Interior elev. may differ.

No. 6 Discharge corridors to be used for hydraulic fill placement not associated with levee construction. It is the intent of the plans that hydraulically placed material not used in levee construction be discharged in approximately equal volumes within the discharge corridors. The discharge pipe shall be moved as directed by contracting officer to achieve this.

No. 7 It is the intent of the plans and specifications that the levees be raised to a minimum crest elevation of +30 feet MLT, with crest width of at least 10 feet, and side slopes no steeper than 1V:3H.

No. 9 Upon completion of the mechanically constructed levees to the lines and grades specified, the contractor must complete the remainder of the perimeter levee to the minimum template limits shown on the drawings, using hydraulically constructed levees.

No. 10 The foundation of the new levee is very soft to soft dredged material, and sand placed in past dredging maintenance cycles. It is anticipated that very soft to soft foundation material will be displaced by the new levee material.

Also of importance, is Amendment No. 1 (Vol IV, Tab 4) to the solicitation. Amendment No. 1 modified the specifications, including but not limited to, Section 02223 – Retaining Levees and the Bidding Schedule. Amendment No. 1 also provided written responses to questions submitted by prospective bidders.