Although the bayou water is subject to tidal influences, the Upper Bayou Project is not an ocean environment subject to the pounding of medium to heavy waves. For the dredging plant, average condition rates are used.

For the land-based construction equipment. Appendix C of the Corps Manual indicates that a salt water environment is a condition for considering the use of severe rates for construction equipment. Since the water is subject to tides and slightly salty, the severe rate was selected and used for the land-based construction equipment when a choice was possible.

5.4 Rental Equipment Rates

For the rental equipment, the Corps Manual states that the hourly rates computed do not represent rental rates. However, it is common practice to calculate an operating fuel rate for the rental equipment from the Corps Manual and add the result to the actual rental rate. Rental equipment companies are generally required to perform repairs on their equipment. It is my experience that a 50/50 split of the repair cost shown in the Corp Manual has been a reasonable compromise for the maintenance that the contractor must perform. Therefore, the actual rental equipment cost is used to compute the rental rate plus an operating rate of fuel, FOG, and half of the repair cost, including tire repair.

5.5 Dredging Plant

The methodology of Chapter 4 of the Corps Manual is to be used to compute the ownership and operating rates for dredging plant. The dredging plant is more than just the dredge. Dredging plant is all floating equipment engaged in support of the dredging operation including but not limited to, work barges, tugs and tenders, pipelines, pontoons and boats.

Often, Renda uses Chapter 3 methodology incorrectly for calculating the ownership and operating expense rate for the barges and tenders. For smaller boats (e.g. boats with horsepower less than 500) the methodology of Chapters 2 and 3 (non-dredging

equipment) may be used, but those rates must be adjusted for dredge operation hours in accordance with the methodology presented in Chapter 4. This was not done by Renda.

Evaluation of Renda's equipment rates reveals that Chapter 4 Methodology for Dredging Plant was not used on seven pieces of attendant plant. They are:

| Item | |
|---|---|
| 3 | Duplex High Pressure Pump |
| 8 | Workboat 'Marilyn McFarland' |
| 9 | Workboat 'Crista Diari' |
| 10 | Anchor Barge AB102 |
| 13 | Work Barge #1 |
| 18 | Fuel Barge 1 |
| 21 | Work Barge #2 |

Renda also uses the Chapter 3 methodology for small work boats (dredging plant) but does not adjust the shift factor to make those rates consistent with Chapter 4 methodology, as required by Paragraph 4-2 of EP1110-1-8.

Renda's selection of equipment in Chapter 2 comparable to the equipment owned by Renda is questionable. Insufficient equipment descriptions are provided by Renda for its owned equipment (horsepower, value, capacity and size) to determine whether the underlying assumption for selecting a particular unit from Chapter 2 was reasonable. Chapter 3 Methodology (p 3-8, EP1110-1-8) permits the selection of rates from Chapter 2, Table 2-1 if the comparable unit of equipment (horsepower, value, capacity and size) is similar. Some of the more notable discrepancies are:

| Item | Equipment | Remarks |
|---|---|---|
| 3 | Duplex High Pressure Pump | From discussions with Mr. Eric Russek, COE, this pump is a component of the dredge Millennium. Comparable equipment selected M10CP0002 is a stand-alone hydraulic dredge. Improper selection of equipment by Renda. |
| 8 | Workboat 'Marilyn K. McFarland' | Comparable equipment selected M10SM020 is a 600 horsepower (HP) boat; Marine Survey |

| | | |
|---|---|---|
| | | Report for the McFarland shows 390 HP. No adjustment and improper selection by Renda. |
| 9 | Workboat 'Crista Dian' | Comparable equipment selected M10SM021, a tug with 1000 HP valued at $454,208. No marine survey located to compare horsepower. Horsepower listed for Crista Dian on IRD is 400 HP. From Renda's Asset Detail, value of equipment is only $86,600. No adjustment made to ownership – improper selection by Renda. |
| 47 | Tugboat 'Melissa B' | 'Melissa B' is represented to be rental equipment. However, 'Melissa B' is listed in Renda Asset Detail as being owned. Rental rate questioned. |
| 12 | Grove Hydraulic Crane | Renda selects a C75GV005 as comparable equipment. The C75GV005 is an 18-ton hydraulic crane valued at $224,000. Renda's Asset Detail lists a Grove Crane Rough terrain crane 15-ton purchased in 1998 for $30,657. Poor selection and no adjustment for value by Renda. |
| 22 | Skid Loader–Timberjack 450 | Renda selects a Cat L60CA013 as comparable equipment. The L60CA013 is a 160-HP machine valued at $157,000. Renda purchased the skidder in 1998 for $13,200 per Asset Detail. While horsepower and capacity are similar, no value adjustment is made by Renda. |

Other questions and comments concerning the individual pieces of equipment are contained in Volume 5, Equipment. However, as a general note, it was difficult to check the selection of comparable equipment from Table 2-1 and 2-2 when such sketchy information was provided by Renda for most of its owned construction equipment or marine plant. In most cases, the value, size, horsepower and capacity of the Renda owned equipment was not presented for comparison with Table 2. Therefore, most of the equipment rates calculated herein are based on the value, size, horsepower and capacity of comparable equipment selected by Renda.

The equipment rates calculated are adjusted for the actual operating hours. For attendant marine plant (e.g. work skiff) where Chapter 3 methodology was used for calculation of the rate, the shift hours were adjusted to correspond with the operation hours of the dredge. However, most marine plant was recalculated using the methodology of Chapter 4. Each individual calculation by Chapter 4 methodology is present in Volume 5 under the individual tab for the equipment.

The following is a summary of the equipment rates. Following the summary are the calculations for the equipment using the methodology presented in Chapter 3 of the Corps Manual.

EQUIPMENT SUMMARY

| Claim Equip Item No. | Renda Equip ID No. | Type | Total Adjusted Hourly Operating Rate | Adjusted Standby Hourly Rate | Daily Rental Rate | Hourly Rental Operating Rate | Source Document |
|---|---|---|---|---|---|---|---|
| 1 | | Millennium | 468.96 | 70.26 | | | Vol III, Tab 1 |
| 2 | | Renda Built Booster Pump | 190.19 | 16.87 | | | Vol III, Tab 2 |
| 3 | XXX | Duplex High Pressure Pump | | | | | Vol III, Tab 3 |
| 4 | XXX | Cummins Generator | | | | | Vol III, Tab 4 |
| 5 | XXX | Pipeline - (26,000 LF) - per linear foot cost | 0.0013 | 0.0009 | | | Vol III, Tab 5 |
| 6 | XXX | Pipeline Joints - 24" | 13.56 | 6.95 | | | Vol III, Tab 6 |
| 7 | XXX | Pipeline Pontoons | 7.11 | 4.70 | | | Vol III, Tab 7 |
| 8 | B110 | Work Boat "Marilyn K McFarland" | 51.28 | 3.86 | | | Vol III, Tab 8 |
| 9 | B108 | Work Boat "Crista Dian" | 46.28 | 1.46 | | | Vol III, Tab 9 |
| 10 | AB102 | Anchor Barge AB102 | 1.85 | 0.80 | | | Vol III, Tab 10 |
| 11 | XXX | American Crane 4260 | 41.95 | 5.99 | | | Vol III, Tab 100 |
| 12 | CC915 | Grove Hydraulic Crane | 24.25 | 2.54 | | | Vol III, Tab 100 |
| 13 | XXX | Work Barge #1 | 1.29 | 0.64 | | | Vol III, Tab 13 |
| 14 | B102 | Survey Boat - Monark | 41.15 | 1.26 | | | Vol III, Tab 100 |
| 15 | B103 | Work Boat - Lafco | 41.06 | 0.98 | | | Vol III, Tab 100 |
| 16 | B105 | Work Boat - Monark | 41.06 | 0.97 | | | Vol III, Tab 100 |
| 17 | WS102 | Work Skiff | 18.36 | 0.52 | | | Vol III, Tab 100 |
| 18 | XXX | Fuel Barge | 1.29 | 0.63 | | | Vol III, Tab 18 |
| 19 | XXX | Fuel Tank | 4.83 | 0.96 | | | Vol III, Tab 100 |
| 20 | E17 | Linkbelt 3800 Excavator | 38.22 | 6.86 | | | Vol III, Tab 100 |
| 21 | XXX | Work Barge #2 - (4) Flexifloats | 1.74 | 0.85 | | | Vol III, Tab 21 |
| 22 | LS101 | Skid Loader - Timberjack 450 | 38.40 | 5.54 | | | Vol III, Tab 100 |
| 23 | LS103 | Skid Loader - Timberjack 380B | 38.40 | 5.54 | | | Vol III, Tab 100 |
| 24 | CC913 | American Crane 4260 on Barge #1 | 52.83 | 6.32 | | | Vol III, Tab 100 |

EQUIPMENT SUMMARY

| Claim Equip Item No. | Renda Equip ID No. | Type | Total Adjusted Hourly Operating Rate | Adjusted Standby Hourly Rate | Daily Rental Rate | Hourly Rental Operating Rate | Source Document |
|---|---|---|---|---|---|---|---|
| 24 | CC913 | American Crane 4260 on McDonough Barge | 33.61 | 4.37 | | | Vol III, Tab 100 |
| 25 | CC912 | Linkbelt Crane LS78 | 52.83 | 6.31 | | | Vol III, Tab 100 |
| 26 | MB101/ E18 | Marsh Buggy (Wilco) w/Caterpillar Excavator (EL200) | 53.68 | 8.87 | | | Vol III, Tab 100 |
| 27 | MD101 | Marsh Buggy #2 w/Dragline Crane (Little Giant) | 53.68 | 8.87 | | | Vol III, Tab 100 |
| 28 | W2815 | Lincoln Welder - SA300 TMD27 | 4.59 | 0.32 | | | Vol III, Tab 100 |
| 29 | XXX | Miller Welder | 4.59 | 0.32 | | | Vol III, Tab 100 |
| 30 | D412 | Caterpillar Dozer - D6H (LGP) | 46.08 | 4.78 | | | Vol III, Tab 100 |
| 31 | D413 | Caterpillar Dozer - D6H (LGP) | 46.08 | 4.78 | | | Vol III, Tab 100 |
| 32 | D402 | Caterpillar Dozer - D8L | 52.16 | 5.60 | | | Vol III, Tab 100 |
| 33 | DT1305 | Caterpillar Dump Truck - D275B (DJB) | 40.11 | 6.49 | | | Vol III, Tab 100 |
| 34 | GT818 | Lighting Set, Trailer Mounted - Next Generation (BLK64MH) | 4.91 | 0.34 | | | Vol III, Tab 100 |
| 35 | GT821 | Lighting Set, Trailer Mounted - Winco (LSC-411) | 5.27 | 0.68 | | | Vol III, Tab 100 |
| 36 | UT1720 | Utility Trailer - 20' | 1.31 | 0.24 | | | Vol III, Tab 100 |
| 37 | XXX | Ford Pickup Truck - F250HD (4x4) - RRenda | 8.39 | 0.79 | | | Vol III, Tab 100 |
| 38 | PT1028 | Ford Pickup Truck - F250HD (4x4) - Williams | 8.43 | 0.82 | | | Vol III, Tab 100 |
| 39 | PT1055 | Ford Expedition (2x2) - Fisher | 7.98 | 1.35 | | | Vol III, Tab 100 |
| 40 | PT1063 | Ford Pickup Truck - F250HD (4x4) - ARodriguez | 8.39 | 0.79 | | | Vol III, Tab 100 |
| 41 | PT1054 | Ford Pickup Truck - F250HD (2x2) - Goodloe | 7.21 | 0.70 | | | Vol III, Tab 100 |
| 42 | PT1057 | Ford Pickup Truck - F250HD (4x4) - Bowman | 9.89 | 1.66 | | | Vol III, Tab 100 |
| 43 | MT1112 | Ford Pickup Truck - F450 (2x2) - Maintenance | 10.25 | 1.46 | | | Vol III, Tab 100 |
| 44 | PT1059 | Ford Pickup Truck - F250 (2X2) - Machacek | 7.18 | 0.69 | | | Vol III, Tab 100 |
| 45 | PT1062 | Ford Pickup Truck - F150 (2x2) - Safety/QA-QC | 6.75 | 0.64 | | | Vol III, Tab 100 |
| 46 | G101 | John Deere Gator - 6x6 | 5.25 | 1.05 | | | Vol III, Tab 100 |
| 47 | | Rental: Tug Boat "Melissa B" (800 hp) Vendor: Melissa B Inc | 71.31 | 6.15 | | | Vol III, Tab 47 |

EQUIPMENT SUMMARY

| Claim Equip Item No. | Renda Equip ID No. | Type | Total Adjusted Hourly Operating Rate | Adjusted Standby Hourly Rate | Daily Rental Rate | Hourly Rental Operating Rate | Source Document |
|---|---|---|---|---|---|---|---|
| 69 | PT1019 | Ford Explorer (2x2) - BWarren | 8.02 | 1.14 | | | Vol III, Tab 100 |
| 70 | PT1067 | Ford Pickup Truck - F250HD (4x4) - Englen | 8.39 | 0.79 | | | Vol III, Tab 100 |
| 71 | DT1304 | Caterpillar Dump Truck - D275B (DJB) | 40.11 | 6.49 | | | Vol III, Tab 100 |
| 72 | D409 | Komatsu Dozer - D68P | 46.08 | 4.78 | | | Vol III, Tab 100 |
| 73 | PT1061 | Ford Pickup Truck - F250 - BWarren | 7.18 | 0.69 | | | Vol III, Tab 100 |
| 83 | JT101 | Jeep Flatbed Truck, Off-Road | - | - | | | no backup |
| 84 | D405 | Komatsu Dozer - D68P, Pyramid | - | - | | | no backup |
| 85 | RTL220 | Caterpillar 950E Loader w/Q/A Forks | 42.23 | 4.85 | | | Vol III, Tab 100 |
| 86 | MG2001 | Caterpillar 120G Motor Grader | - | - | | | no backup |
| 88 | | Rental: Komatsu Dozer - D65PX<br>Vendor: Waukesha-Pearce Ind Inc | - | - | | | |
| 92 | PT1073 | Ford Expedition (2x2) - Goodloe | 7.95 | 1.33 | | | Vol III, Tab 100 |
| 93 | PT1037 | Ford Pickup Truck-F250HD (4x4)-ECantu | 10.01 | 1.73 | | | Vol III, Tab 100 |
| 95 | D414 | Komatsu Dozer - D65PX-12 | 76.27 | 11.15 | | | Vol III, Tab 100 |
| 48 | | Rental: Combination Building - 18'<br>Vendor: International Quarters LLC | - | | 62.66 | | Vol III, Tab 100 |
| 49 | | Rental: Supply Barge (MCD212)<br>Vendor: McDonough Marine Service | 1.70 | | 83.88 | 0.58 | Vol III, Tab 100 |
| 50 | | Rental: Spud Barge (KS4001)<br>Vendor: McDonough Marine Service | 1.70 | | 111.84 | 0.58 | Vol III, Tab 100 |
| 51 | | Rental: Caterpillar Dozer LGP-D6M<br>Vendor: Nations Rent | 59.35 | | 29.22 | 28.35 | Vol III, Tab 100 |
| 52 | | Rental: Komatsu Dozer (SG)-(D65PX)<br>Vendor: Nations Rent | 75.94 | | 37.25 | 34.51 | Vol III, Tab 100 |
| 53 | | Rental: Volvo Articulated Truck A25C<br>Vendor: Nations Rent | 37.72 | | 316.92 | 13.74 | Vol III, Tab 100 |
| 54 | | Rental: Diesel Welder 400 amp-K1422-1<br>Vendor: Nations Rent | 3.82 | | 12.76 | 2.60 | Vol III, Tab 100 |
| 55 | | Rental: Lincoln Welder-500 amp<br>Vendor: Nations Rent | 3.85 | | 15.95 | 2.61 | Vol III, Tab 100 |
| 56 | | Rental: Diesel Welder 250 amp-K1383-4<br>Vendor: Nations Rent | 2.97 | | 12.82 | 2.45 | Vol III, Tab 100 |
| 57 | | Rental: Diesel Welder 250 amp-SA250<br>Vendor: Nations Rent | 2.97 | | 12.82 | 2.45 | Vol III, Tab 100 |
| 58 | | Rental: Air Compressor 185 cfm-P185WJD<br>Vendor: Nations Rent | 6.18 | | 18.34 | 4.41 | Vol III, Tab 100 |

EQUIPMENT SUMMARY

| Claim Equip Item No. | Renda Equip ID No. | Type | Total Adjusted Hourly Operating Rate | Adjusted Standby Hourly Rate | Daily Rental Rate | Hourly Rental Operating Rate | Source Document |
|---|---|---|---|---|---|---|---|
| 59 | | Rental: Air Compressor+Hose 185 cfm-P185WJD Vendor: Nations Rent | 6.18 | | 18.34 | 4.41 | Vol III, Tab 100 |
| 62 | | Rental: Air Compressor 210 cfm-D210Q6JD Vendor: Nations Rent | 5.66 | | 18.34 | 4.41 | Vol III, Tab 100 |
| 63 | | Rental: Komatsu Track Excavator-PC300LC-6 Vendor: Nations Rent | 58.63 | | 231.46 | 26.20 | Vol III, Tab 100 |
| 64 | | Rental: Komatsu Track Excavator-PC200LC-6 Vendor: Nations Rent | 37.81 | | 162.55 | 16.87 | Vol III, Tab 100 |
| 65 | | Rental: Komatsu Track Excavator-PC200LC-6 Vendor: Nations Rent | 37.81 | | 132.92 | 16.87 | Vol III, Tab 100 |
| 66 | | Rental: John Deere 550H Dozer-LGP Vendor: Nations Rent | 22.21 | | 107.72 | 11.01 | Vol III, Tab 100 |
| 67 | | Rental: John Deere 550H Dozer-LGP Vendor: Nations Rent | 22.21 | | 109.67 | 11.01 | Vol III, Tab 100 |
| 68 | | Rental: Caterpillar D5H Dozer-LGP Vendor: Mustang Rental Services | 26.37 | | 176.26 | 12.89 | Vol III, Tab 100 |
| 74 | | Rental: Komatsu Track Excavator-PC200LC-6 Vendor: Nations Rent | 37.81 | | 168.67 | 16.87 | Vol III, Tab 100 |
| 75 | | Rental: John Deere D850C Dozer - LGP Crawler Vendor: Rush Equipment Center | 26.37 | | 260.58 | 12.89 | Vol III, Tab 100 |
| 76 | | Rental: John Deere Track Excavator-JD230LC Vendor: Rush Equipment Center | 32.40 | | 187.23 | 15.48 | Vol III, Tab 100 |
| 77 | | Rental: John Deere Track Excavator-JD450LC Vendor: Rush Equipment Center | 51.10 | | 357.23 | 27.37 | Vol III, Tab 100 |
| 78 | | Rental: Link-Belt LS4300 Excavator Vendor: Con-Equip, Inc. | 48.48 | | 218.10 | 23.33 | Vol III, Tab 100 |
| 79 | | Rental: Bell B25C Articulated Dump Truck Vendor: Con-Equip, Inc. | 37.72 | | 218.10 | 13.74 | Vol III, Tab 100 |
| 80 | | Rental: Bell B25C Articulated Dump Truck Vendor: Con-Equip, Inc. | 37.72 | | 218.10 | 13.74 | Vol III, Tab 100 |
| 81 | | Rental: Bell B25C Articulated Dump Truck Vendor: Con-Equip, Inc. | 37.72 | | 218.10 | 13.74 | Vol III, Tab 100 |
| 82 | | Rental: Bell B25C Articulated Dump Truck Vendor: Con-Equip, Inc. | 37.72 | | 218.10 | 13.74 | Vol III, Tab 100 |
| 87 | | Rental: Komatsu Dozer - D65PX Vendor: Waukesha-Pearce Ind Inc | 75.94 | | 201.00 | 34.51 | Vol III, Tab 100 |
| 88 | moved to owned | Rental: Komatsu Dozer - D65PX Vendor: Waukesha-Pearce Ind Inc | 75.94 | | | 34.51 | Vol III, Tab 100 |
| 90 | | Rental: Alco Redi-Prime Pump-12" Vendor: Service Pump & Compressor Inc | 10.52 | | 85.07 | 8.03 | Vol III, Tab 100 |
| 91 | | Rental: Booster Pump No. 6* Vendor: Hendry Corporation | | 9.19 | 3,169.41 | 179.78 | Vol III, Tab 100 |

*The amounts shown for standby and operating are operation cost only. Total rate would inlcude the daily rent plus the appropriate operating condition.

## Formula Explanations

### For Chapter 3 Methodology

| Column Heading | Formula |
|---|---|
| **OPERATING RATE** | |
| Total Hourly Rate | Depr + FCCM + Fuel + FOG + Tire Wear + Tire Repair + Repair (Table 2-2) |
| FCCM Adjust Factor | 6.865 / 5 (Average FCCM rate for claim periods April 2000 - April 2001 divided by FCCM rate in Corps Manual) |
| Adjusted FCCM Rate | FCCM Adjust Factor * FCCM |
| Adjusted Ownership Rate for Age | (Depr + Adjusted FCCM Rate) * Age Adjust Factor (Age Adjustment Factor from Table 3-1) |
| Shift Adjust Factor | 40 / Average Weekly Hours |
| Adjusted Ownership Rate for Shift | Adjusted Ownership Rate for Age * Shift Adjust Factor |
| Fuel & FOG Adjust Factor | 94.3 / 74 (Average fuel rate during claim period (94.34) divided by the fuel rate in Corps Manual (0.74) |
| Adjusted Fuel Rate | Fuel * Fuel & FOG Adjust Factor |
| Adjusted FOG Rate | FOG * Fuel & FOG Adjust Factor |
| Total Adjusted Hourly Operating Rate | Tire Wear + Tire Repair + Repair + Adjusted Ownership Rate for Shift + Adjusted Fuel Rate + Adjusted FOG Rate |
| **STANDBY RATE** | |
| FCCM Adjusted EP Standby Rate | (Depr / 2) + (FCCM * FCCM Adjust Factor) (based on 40 hours per week, 8 hours per day) |
| Adjusted Standby Hourly Rate | FCCM Adjusted EP Standby Rate * Standby Age Adjust Factor |
| Additional Adjustment | 40 hours / Average Weekly Hours (Additional Adjustment is to conform to hours allocated and Chapter 4 methodology) |
| Conforming Standby Rate | Adjusted Standby Hourly Rate * Additional Adjustment |

1. Additional adjustment made for Chapter 4 methodology of 24 hours standby per day. Standby rate calculated by methodology in Chapter 3 is 40 hours per week. Dredging standby adjustment factor is 0.24 (40 hrs/168 hrs)

2. For construction equipment, an additional adjustment is made to correspond with the standby hours claimed. The adjustment factor is 40 hours divided by Average Weekly Hours.

## 6.0 Time Summary

Renda asserts that the original contract time allowed to complete the project is 566 calendar days.

In the solicitation, Section 00820, Specific Project Requirements, paragraph 1, Commencement, Prosecution and Completion of Work, states,

> "The Contractor will be required to (a) commence work under this contract within 15 calendar days after the date of receipt by him of Notice to Proceed, (b) prosecute the work diligently, and except for turfing, (c) complete Schedule No. 1 of the Bidding Schedule not later than 148 calendar days after the date of receipt by it of Notice to Proceed. An additional time of 418 calendar days after the date of receipt by it of Notice to Proceed for Option No. 1 of the Bidding Schedule will be added to the contract. If the total quantity of material to be paid for actually removed under the contract exceeds the limit established in the CONTRACT CLAUSE entitled VARIATIONS IN ESTIMATED QUANTITIES – DREDGING, additional time will be allowed at the rate of 1 calendar day for each 5,000 cubic yards in excess of the established limit. The time stated for completion shall include final clean-up of the premises."

Included in the solicitation, was a Bidding Schedule, which contained a base bid, Schedule One, for performance of primarily the mechanically constructed levees and an Option 1 which primarily covered the hydraulically constructed levees.

During the bidding process, Amendment No. 1 (Vol IV, Tab 4) was issued which contained a revised bidding schedule comprised of one combined schedule for all the work. Also included in Amendment No. 1 were Government responses to prospective bidders questions. One of the questions involved contract time. The Government responded,

> "Answer: An amendment will reflect performing the entire job as one bid, rather than a base and option. Construction time will be recomputed based on this scenario."

Also questioned was the option portion of the contract and here again the Government response was,

> "Answer: Yes. The option will be combined with the base bid as one single contract."

It was clear that the time and work were to be combined and procured as a single item. Amendment No. 1 modified the bid schedule to one item, Bid Schedule One. Also, paragraph 00820, was modified to read,

> "The Contractor will be required to (a) commence work under this contract within 15 calendar days after the date of receipt by him of Notice to Proceed, (b) prosecute the work diligently, and except for turfing, (c) complete the work not later than 446 calendar days after the date of receipt by it of Notice to Proceed. If the total quantity of material to be paid for actually removed under the contract exceeds the limit established in the CONTRACT CLAUSE entitled VARIATIONS IN ESTIMATED QUANTITIES – DREDGING, additional time will be allowed at the rate of 1 calendar day for each 10,000 cubic yards in excess of the established limit. The time stated for completion shall include final clean-up of the premises."

By amendment, the contract time was modified to 466 calendar days after receipt of the Notice to Proceed. The Notice to Proceed which Renda received on November 19, 1998, established the required completion date of February 8, 2000.

In April 2000, Renda asserted that the required completion date was May 22, 2000, based upon the original solicitation performance period of 566 days (418 plus 148). Renda acknowledges that the contract was awarded with the 446 day performance period, but that Government errors in some of the paperwork (pre-construction minutes and payment estimates) justify using a 566-day performance period.

The solicitation was properly modified by amendment and, in its pre-award submittal, Renda provided a tentative project schedule showing completion of the project within the 446 calendar day period. Renda understood the time provided for completing the work. February 8, 2000, is the original required completion date.

The following would be the new required completion date considering the time extensions determined in this report, assuming that Renda's claims are determined to have merit:

| Description | Days Added | Completion Date |
|---|---|---|
| Original Contract Completion Date | | February 8, 2000 |
| Modification P00006 | +20 days | February 28, 2000 |
| Modification P00008 | +22 days | March 21, 2000 |
| Modification P00009 | +18 days | April 8, 2000 |
| Modification P00023 | +56 days | June 3, 2000 |
| Modification P00026[1] | +29 days | July 2, 2000 |
| South Ferry Landing | + 2 days | July 4, 2000 |
| HLP Delay | +2 days | July 6, 2000 |
| Flare Area[2] | -45 days | May 22, 2000 |
| Obstructions #1 | +14 days | June 5, 2000 |
| Section 7 | 0 | June 5, 2000 |
| Obstructions #2 | +27 days | July 2, 2000 |
| West Levee | 0 | July 2, 2000 |
| Hydraulic Levees Claim | 0 | July 2, 2000 |

If the contract were to be considered complete as of June 1, 2001, the date Modification P00026 was issued to remove the remaining dredging work from Section 9 and accept the channel, then Renda was 335 days, or 11 months, late in completing the work.

Renda's bid was based on a production rate of 750 cy per effective hour[3]. As noted earlier in the report, Renda's average production for the Upper Bayou Project was 586 cy

[1] Modification No. P00026 was issued May 4, 2001, to suspend dredging on Upper Bayou so Renda could perform other private work. On May 22, Renda was directed to remove its submerged pipeline crossing and on June 1, 2001, the remaining dredging work in Section 9 was deleted and the channel work accepted as complete. Therefore, the time was suspended 29 days from May 4, 2001, to June 1, 2001.

[2] The Government issued Modification P00023 unilaterally and granted 56 days for the Flare Area. I have determined only eleven days time extension for work in the Flare Area. The net adjustment for the Flare Area is –45 days.

[3] 750 cy per effective hour is determined from Renda's bid (Vol IV, Tab 8 RM-COE-23212) and pre-award submitted (Vol IV, Tab 15, RM-COE-02672).

per effective hour[4]. Therefore, Renda's bid was too optimistic[5] and anticipated 164 cy more per effective hour than actually achieved. The higher anticipated bid production rate results in Renda underbidding the dredging work by 21.9 percent. Renda anticipated dredging 345 days (Vol IV, Tab 8). A 21.9 percent increase in the anticipated dredging time is 75 calendar days (345 times 21.9 percent) or two and a half months.

Renda performed at least 800,000 cy of non-pay (excessive dredging) work. At the actual average production rate of 586 cy per hour, this would require an additional 1,365 productive hours. Renda operated an average 10.8 effective hours per day[6]. Therefore, the amount of non-pay dredging performed results in 126 days (4.1 months) of additional time.

Renda planned to begin dredging on or about May 1, 1999 (Vol IV, Tab 39). Renda's subcontractor substantially completed the mechanically constructed levees on or about May 1, 1999. The subcontractor completely demobilized on May 19, 1999. Renda should have commenced dredging in early May 1999; however, dredging was started on September 13, 1999, or four months late.

In summary, due to inefficiency of the dredge, the pay quantity work required 2.5 months longer to perform. In addition to the pay quantity, Renda accomplished non-pay dredging. The non-pay dredging required at least 4.1 months to perform. Due to the dredge arriving four months late, the dredging work was delayed a total of 10.6 months.

Therefore, just the three items noted above caused the dredging to be finished 10.6 months late. The above analysis confirms that the 56 calendar days granted under Unilateral Modification P00023 for the additional stiff clay encountered in the Flare Area was 45 days too much and the net adjustment is supported.

---

[4] Volume V, Tab 36, contains a summary of the Inspection Report of Dredging for determining hourly production.
[5] Renda was either too optimistic or the dredge delivered did not have the capability of performing to expectations. Renda had no dredge at bid except a ballpark quote and had a purchase order for the design and construction of a new dredge Millennium for the pre-award submittal. The dredge actually delivered was modified from the pre-award submittal and contained numerous used components.
[6] See Volume V, Tab 36.

Following acceptance of the dredging work of the Upper Bayou Dredging on June 1, Renda agreed to complete as much of the west hydraulic levee with dredged material from other private work procured by Renda. Renda completed the private dredging work no later than July 20, 2001. Renda agreed to perform the levee work constructed from the private dredging for the contract unit price for Bid Item No. 6 of $100.00 per linear foot of completed levee. This agreement was part of bilateral Modification P00026 (Vol IV, Tab 26).