# ROBERT W. LOFGREN

**Senior Dredging Consultant**

## EDUCATION

M.S., Civil Engineering, University of California at Berkeley
B.S., Civil Engineering, Oregon State University

## PROFESSIONAL EXPERIENCE

Mr. Lofgren has over forty years of experience working with hydraulic and clamshell dredging. Mr. Lofgren started his career in the dredging industry as a field engineer on large hydraulic dredge in 1956. His tasks varied between cost keeping, surveying and management of dredging operations. He advanced to become Vice-President and President of Western Pacific Dredging, a dredging contractor. During these years, Mr. Lofgren was responsible for the design and assembly of five hydraulic dredges. He also was responsible for preparing and managing many multi-million dollar dredging projects throughout the United States and abroad. He is recognized for his ability to construct and coordinate the operation of dredges to meet the unique requirements of site locations. He currently works as a private consultant to various major marine and dredging contractors as well as design and consulting firms.

## REPRESENTATIVE PROJECT EXPERIENCE

*Columbia River Deepening*

This project required the modification of a 650 mm hydraulic dredge with a moveable submerged pipeline for the deepening of the ship channel on the Columbia River from –10 meters to –12 meters. The job involved working in currents as high as 3 meters per second. Careful planning and coordination of the dredging operation allowed vessel and tug traffic to occur without interruption.

*Restoration of Navigation and Flood Control Channels Following the Eruption of Mt. St. Helens*

Bob was responsible for the modifications, mobilization, and operation of six hydraulic dredges to clear the Columbia River Ship Channel and the Cowlitz River Flood Control Channel of sand, silt, and volcanic debris, following the eruption of Mt. St. Helens in 1980. This project required the coordination of all aspects of dredging, including the design of flood control channels and the procurement of disposal sites for much of the material.

Ultimately, over 50 million cubic meters of volcanic material were dredged from these areas. The results of this effort proved fruitful as both rivers were returned to their previous conditions.

EXHIBIT E

Blumberg No. 5118

*Deep Dredging at Itaipu Dam - Brazil*

As part of the construction process of the Itaipu dam, the rock bottom at the site needed to be cleaned and the surface prepared to receive a clay seal. Bob was hired to assess the specific needs of this remote area and coordinate the dredging of over 60 meters of material. Given the deep depth and cleaning requirements, the operation required the design, construction, and assembly of unique equipment. The owners were very satisfied with the work performed by Bob as it allowed the Itaipu dam to be completed ahead of schedule.

*Dredging of a Flood Control Channel - Northern Iraq*

Given the success of the deep dredging operation at the Itaipu Dam in Brazil, Bob was asked to assist a Brazilian contractor with a large flood control project in Iraq. Following a careful evaluation of the site's requirements, the dredge used at the Itaipu Dam was modified to meet the needs of this project location. Seven million cubic meters of clay material were removed from a new flood control channel. The procedure proved to be extremely successful as the work was completed on an accelerated timetable.

*Blair/Sitcum Waterway Dredging – Port of Tacoma, WA*

Bob developed the design plan for the removal of over 2 million cubic yards of contaminated sediments by both clamshell and hydraulic dredging methods. The materials were disposed of in an old waterway as a confined aquatic disposal (CAD) area. This required the construction of an underwater berm to close off the entrance of the waterway prior to the placement of dredged materials. The dredged materials were placed in a controlled manner which resulted in a stable fill. A sand cap was placed over the finer, contaminated material to provide a surface suitable for rocking and paving for industrial use.

*Terminal 2 Capping - Port of Portland, OR*

Bob managed the construction and assisted Beeman and Associates in the design of one the first underwater capping projects in the U.S. He developed a method of filling to allow the capping of soft sediments in the Willamette River prior to filling the area with a 40 foot sand fill. The means and methods that were developed are now used on most marine fill projects.