# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: April 22, 2004)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the Motion by Plaintiff Renda Marine to Compel filed electronically on April 14, 2004. The court draws plaintiff's attention to the unsigned affidavit of Barry Bray, which is designated as attachment 1 to the motion. On or before April 30, 2004, plaintiff is directed to file a signed copy of Mr. Bray's affidavit.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge