documents relating to soil cores and samples explicitly referred to in a specification contained in the contract for the Upper Bayou Project. Request 16 seeks documents concerning any investigation by the Government in response to any of Renda's notice of differing site conditions prior to the commencement of litigation.

It's hard to imagine that Renda could not have envisioned the need for that information until it began taking depositions of Government employees in January 2004.

THE COURT: Thank you; Mr. Erikson, any additional comments?

MR. ERIKSON: Yes, Your Honor; back at the tail end of 2002, we submitted a first set of interrogatories. The Government answered January 2nd or 3rd of 2003. One of the questions we asked was -- and this was Interrogatory number 5 -- we asked them to state the identity of any person who burrowed or excavated material from the area of the Upper Bayou Project any time in the last 15 years and then some information about that.

The Government responded, dancing around. Then finally, the Government says, pursuant to rule 33D, they'll produce documents for Plaintiff's

examination at a time mutually convenient and a place. Well, we never got any documents.

THE COURT: I'm sorry, I didn't hear. The words ran together.

MR. ERIKSON: The Government, at the tail end of its --

THE COURT: Right, I got that, and then the next thing, I didn't hear.

MR. ERIKSON: Well, we never got any documents.

THE COURT: Well, that's a year ago -- 14 months, actually.

MR. ERIKSON: So I didn't think any existed until I was deposing Louie Signs on January 9, 2004, when Louie Signs admitted that the side-cast burrow areas were created, and that surveys were taken of those side-cast burrow areas, and those surveys have never been produced.

THE COURT: Well, I guess you're going to have to subpoena him to bring him to Court. I mean, I'm not exactly sure what you're going to do.

MR. ERIKSON: Well, that's why we submitted the additional discovery requests which were more pointed.

THE COURT: I hear that, but I guess I still

don't understand, you know, how this year has been able to go by without either depositions being taken or this matter being ground down a little bit more finely.

MR. ERIKSON: Well, let me respond to that, Your Honor.

THE COURT: Please.

MR. ERIKSON: Thank you for bringing it up. Your Honor may remember that there was a fight much earlier on about electronic discovery, and the Contracting Officer had a routine of deleting e-mail and deleting documents. The Corps ordered that the Government produce those items to our computer consultants so that we could see if we could retrieve those things.

In the process of doing that, the Corps of Engineers kept maintaining for a couple three months that they couldn't get any data off the back-up tapes for the e-mail system. So finally, they said okay to our third party consultant. They said, okay, you try; and within an hour, our consultant had retrieved the entirety of all of the data off the back-up tapes.

They then went through and found how many documents had been deleted. There were about 38,000 documents that had been deleted. That's been

**RENDA MARINE, INC. v. UNITED STATES**
**U.S. COURT OF FEDERAL CLAIMS NO. 02-306C**

**U.S. ARMY CORPS OF ENGINEERS - ELECTRONIC DISCOVERY DOCUMENTS**
**PRIVILEGED DOCUMENTS LOG - March 2004**

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| **BOX 1**<br>1 | **RM-GAL-0017158- RM-GAL-0017159** | 2-3-03 | (E-mail) Renda e-mails | Eric Russek | Alex Petty | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 2 | **RM-GAL-0017166- RM-GAL-0017167** | 5-28-03 | (E-mail) Restoration and review of your e-mail | Alex Petty | Luis Saenz | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 3 | **RM-GAL-0017168** | 5-27-03 | (E-mail) Restoration and review of your e-mail | Alex Petty | Thomas Benero, Johnny Rozyspal, Luis Saenz, Cecil McClenan | Attorney-Client<br>Attorney Work Product |
| 4<br>**35** | **RM-GAL-0017327** | 10-18-02 | (E-mail) Renda Marine | Eric Russek | Cecil McClenan, Johnny Rozsypal, Michael B. Rawls, Thomas Benero, Thomas Moore, James Few, David R. Brown, Dalton Krueger | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 5 | **RM-GAL-0017491** | 5-27-03 | (E-mail) Restoration and review of your e-mail | Alex Petty | Thomas Benero, Johnny Rozsypal, Luis F. Saenz, Cecial M. McClenan | Attorney-Client<br>Attorney Work Product |
| 6 | **RM-GAL-0017417** | 5-13-02 | (E-mail) Call Auditor<br><br>**Same as Doc #59 from Privilege Log dated 6-23-03** | Michael B. Rawls | Johnny Rozsypal | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 7 | **RM-GAL-0016817- RM-GAL-0016820** | 2-12-01 | (E-mail) RE: HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #121 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Wendell Mears, Dalton H. Krueger, Dick Gorini, Alan Jefts, Leon Hrabovsky | Attorney Work Product (redacted portion only) |
| 8 | **RM-GAL-0016808- RM-GAL-0016809** | 2-9-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #138 from Privilege Log dated 6-23-03** | Dalton H. Kruegar | Dick Gorini, Alan Jefts, Wendell Mears, Leon Hrabovsky | Attorney Work Product (redacted portion only) |
| 9 | **RM-GAL-0016805- RM-GAL-0016807** | 2-9-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #139 from Privilege Log dated 6-23-03** | Wendell Mears | Dalton H. Krueger, Dick Gorini, Alan Jefts, Leon Hrabovsky | Attorney Work Product (redacted portion only) |
| 10<br>**36** | **RM-GAL-0016823- RM-GAL-0016824** | 3-6-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #142 from Privilege Log dated 6-23-03** | Herbie A. Maurer | Dalton H. Krueger, Dick Gorini, Alan Jefts, Wendell Mears, Leon Hrabovsky | Attorney Work Product (redacted portion only) |
| 11 | **RM-GAL-0015293- RM-GAL-0015294** | 5-9-01 | (E-mail) DACW64-98-C-0025 | Cecil M. McClenan | Daniel Keys | Attorney-Client Attorney Work Product (redacted portion only) |
| 12 | **RM-GAL-0015290** | 5-11-01 | (E-mail) DACW64-98-C-0025 | Cecil M. McClenan | Eric Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| **BOX 2**<br>13 | **RM-GAL-0017527- RM-GAL-0017528** | 6-1-03 | (E-mail) Restoration and review of your e-mail | Johnny Rozsypal | Johnny Rozsypal | Attorney-Client Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 14 | **RM-GAL-0017680- RM-GAL-0017681** | 7-2-02 | (E-mail) RE: (no subject) | Daniel Keys | Johnny Rozsypal | Attorney-Client Attorney Work Product (redacted portion only) |
| 15 | **RM-GAL-0017682- RM-GAL-0017683** | 7-2-02 | (E-mail) RE: (no subject) | Donald Carelock | Johnny Rozsypal | Attorney-Client Attorney Work Product (redacted portion only) |
| 16 | **RM-GAL-0017695- RM-GAL-0017696** | 6-21-02 | (E-mail) RE: (no subject) | Daniel Keys | Johnny Rozsypal | Attorney-Client Attorney Work Product (redacted portion only) |
| 17 | **RM-GAL-0019488- RM-GAL-0019490** | 3-6-01 | (E-mail) FW: Renda letter - Dan's draft | Cecil M. McClenan | Thomas Benero | Attorney-Client (redacted portion only) |
| 18 | **RM-GAL-0019508- RM-GAL-0091510** | 3-6-01 | (E-mail) Renda letter - Dan's draft | Eric & Megan Russek | Mike McClenan, Daniel Keys | Attorney-Client (redacted portion only) |
| 19 | **RM-GAL-0019673** | 10-9-01 | (E-mail) RE: Renda | Daniel Keys | Johnny Rozsypal, Harry Kohler | Attorney-Client (redacted portion only) |
| 20 37 | **RM-GAL-0019708** | 11-26-01 | (E-mail) Meeting w/JV on Renda | Johnny Rozsypal | Thomas Benero, Cecil McClenan, Eric Russek, Daniel Keys, Michael B. Rawls | Attorney-Client (redacted portion only) |
| 21 | **RM-GAL-0019694** | 11-15-01 | (E-mail) Renda<br><br>**Same as Doc #93 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Thomas Benero, Daniel Keys | Attorney-Client (redacted portion only) |
| 22 | **RM-GAL-0019665** | 8-23-01 | (E-mail) Upper Bayou Project-Award of Claim Merit<br><br>**Same as Doc #158 from Privilege Log dated 6-23-03** | Thomas Benero | Cecil M. McClenan, Daniel Keys | Attorney-Client (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 23 | **RM-GAL-0019671** | 8-23-01 | (E-mail) Upper Bayou Project-Award of Claim Merit<br><br>**Same as Doc #160 from Privilege Log dated 6-23-03** | Thomas Benero | Cecil M. McClenan | Attorney-Client (redacted portion only) |
| 24 | **RM-GAL-0019356-RM-GAL-0019362** | 12-6-00 | (E-mail) Renda Issue Letter (with attached draft letter)<br><br>**Same as Doc #129 from Privilege Log dated 6-23-03** | Daniel Keys | Eric G. Russek, Cecil M. McClenan, Thomas Benero, James T. Few | Attorney-Client Attorney Work Product (redacted portion only) |
| 25 | **RM-GAL-0019320-RM-GAL-0019328** | 12-7-00 | (E-mail) Renda Issues Letter (with attached draft letter)<br><br>**Same as Doc #130 from Privilege Log dated 6-23-03** | James T. Few | Daniel Keys, Eric G. Russek, Cecil M. McClenan, Thomas Benero | Attorney-Client Attorney Work Product (redacted portion only) |
| 26<br><br>38 | **RM-GAL-0019363-RM-GAL-0019370** | 12-12-00 | (E-mail) Final draft of 17 issue Renda Letter (with attached draft letter)<br><br>**Same as Doc #131 from Privilege Log dated 6-23-03** | Daniel Keys | Eric G. Russek, Cecil M. McClenan | Attorney-Client Attorney Work Product (redacted portion only) |
| 27 | **RM-GAL-0019463-RM-GAL-0019465** | 2-8-01 | (E-mail) Geotechnical Expert<br><br>**Same as Doc #136 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney-Client (redacted portion only) |
| 28 | **RM-GAL-0017875** | 8-9-00 | (E-mail) HGNC Upper Bayou<br><br>**Same as Doc #4 from Privilege Log dated 6-23-03** | Cecil M. McClenan | Daniel Keys | Attorney-Client (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 29 | **RM-GAL-0017942** | 8-9-00 | (E-mail) HGNC Upper Bayou<br><br>**Same as Doc #4 from Privilege Log dated 6-23-03** | Cecil M. McClenan | Daniel Keys | Attorney-Client (redacted portion only) |
| 30 | **RM-GAL-0018925-RM-GAL-0018926** | 3-9-01 | (E-mail) Renda-Outstanding Issues<br><br>**Same as Doc #144 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Cecil M. McClenan, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| 31 | **RM-GAL-0019282** | 10-26-00 | (E-mail) Renda and HL&P<br><br>**Same as Doc #128 from Privilege Log dated 6-23-03** | Daniel Keys | Cecil M. McClenan | Attorney-Client Attorney Work Product (redacted portion only) |
| 32<br>**39** | **RM-GAL-0019451-RM-GAL-0019452** | 2-8-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #137 from Privilege Log dated 6-23-03** | Daniel Keys | Eric G. Russek, Dalton H. Krueger, Cecil M. McClenan` | Attorney-Client Attorney Work Product (redacted portion only) |
| 33 | **RM-GAL-0019454-RM-GAL-0019455** | 2-9-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #138 from Privilege Log dated 6-23-03** | Dalton H. Kruegar | Dick Gorini, Alan Jefts, Wendal Mears, Leon Hrabovsky | Attorney Work Product (redacted portion only) |
| 34 | **RM-GAL-0019467-RM-GAL-0019469** | 2-9-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #139 from Privilege Log dated 6-23-03** | Wendell Mears | Dalton H. Krueger, Dick Gorini, Alan Jefts, Leon Hrabovsky | Attorney Work Product (redacted portion only) |
| 35 | **RM-GAL-0019470-RM-GAL-0019473** | 2-12-01 | (E-mail) RE: HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #121 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Wendell Mears, Dalton H. Krueger, Dick Gorini, Alan Jefts, Leon Hrabovsky | Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 36 | **RM-GAL-0019491-RM-GAL-0019492** | 3-6-01 | (E-mail) RE: HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #142 from Privilege Log dated 6-23-03** | Herbie A. Maurer | Dalton H. Kruger, Dick Gorini, Alan Jefts, Wendell Mears, Leon Hrabovsky | Attorney Work Product (redacted portion only) |
| 37 | **RM-GAL-0019493-RM-GAL-0019495** | 3-6-01 | (E-mail) RE: HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #143 from Privilege Log dated 6-23-03** | Dalton H. Krueger | Herbie A. Maurer | Attorney Work Product (redacted portion only) |
| 38<br>**40** | **RM-GAL-0019497-RM-GAL-0019498** | 3-9-01 | (E-mail) Renda - Outstanding Issues<br><br>**Same as Doc #146 from Privilege Log dated 6-23-03** | Barbara J. Watts | Daniel Keys, Thomas Benero, Cecil M. McClenan, Eric C. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| 39 | **RM-GAL-0019506-RM-GAL-0019507** | 3-9-01 | (E-mail) Renda - Outstanding Issues<br><br>**Same as Doc #145 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Cecil M. McClenan, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| 40 | **RM-GAL-0019592** | 4-23-01 | (E-mail) Renda/JV<br><br>**Same as Doc #148 from Privilege Log dated 6-23-03** | Daniel Keys | Cecil M. McClenan, Eric G. Russek, Dalton H. Krueger | Attorney-Client Attorney Work Product (redacted portion only) |
| 41 | **RM-GAL-0019600** | 5-3-01 | (E-mail) Upper Bayou Contract, Levee claims<br><br>**Same as Doc #149 from Privilege Log dated 6-23-03** | Daniel Keys | Wendell Mears, Daniel Keys, Cecil M. McClenan | Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 42 | **RM-GAL-0019601-RM-GAL-0019602** | 5-6-01 | (E-mail) Upper Bayou Contract, Levee claims<br><br>**Same as Doc #151 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney Work Product (redacted portion only) |
| 43 | **RM-GAL-0019607-RM-GAL-0019608** | 5-11-01 | (E-mail) Upper Bayou Contract, Levee claims<br><br>**Same as Doc #153 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney Work Product (redacted portion only) |
| 44<br>**41** | **RM-GAL-0019624-RM-GAL-0019625** | 5-9-01 | (E-mail) DACW64-98-C0025<br><br>**Same as Doc #60 from Privilege Log dated 6-23-03** | Daniel Keys | Cecil M. McClenan | Attorney-Client<br>Attorney Work Product |
| 45 | **RM-GAL-0019476-RM-GAL-0019477** | 2-22-01 | (E-mail) Geotechnical Expert<br><br>**Same as Doc #62 from Privilege Log dated 6-23-03** | James T. Few | Eric Russek, Cecil M. McClenan | Attorney-Client<br>Attorney Work Product (redacted portion only) |
| 46 | **RM-GAL-0019644-RM-GAL-0019646** | 5-21-01 | (E-mail) RE: Upper Bayou Contract, Levee claims | James T. Few | Cecil M. McClenan | Attorney Work Product (redacted portion only) |
| 47 | **RM-GAL-0019647-RM-GAL-0019649** | 5-27-01 | (E-mail) Upper Bay Contract, Levee claims<br><br>**Same as Doc #155 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 48 | **RM-GAL-0019710-RM-GAL-0019711** | 11-21-01 | (E-mail) Here's What I Have<br><br>**Same as Doc #24 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Thomas Benero, Daniel Keys, Will Sanford | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 49 | **RM-GAL-0019712** | 11-20-01 | (E-mail) Here's What I Have<br><br>**Same as Doc #15 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Daniel Keys, Will Sanford | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 50 | **RM-GAL-0019713-RM-GAL-0019715** | 11-20-01 | (E-mail) Keys memorandum.dot<br><br>**Same as Doc #163 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Daniel Keys, Thomas Benero, Will Sanford, Eric G. Russek, Cecil M. McClenan | Rule 26(b)(3) Material |
| 51 | **RM-GAL-0019716** | 11-20-01 | (E-mail) Here's What I Have | Will Sanford | Daniel Keys, JohnnyRozsypal | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 52<br>42 | **RM-GAL-0019717-RM-GAL-0019721** | 11-20-01 | (E-mail) Keys memorandum.dot<br><br>**Same as Doc #46 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Johnny Rozsypal, Will Sanford, Eric G. Russek, Cecil M. McClenan | Rule 26(b)(3) Material |
| 53 | **RM-GAL-0019722** | 11-21-01 | (E-mail) Here's What I Have<br><br>**Same as Doc #165 from Privilege Log dated 6-23-03** | Thomas Benero | Daniel Keys, Will Sanford, Johnny Rozsypal | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 54 | **RM-GAL-0019723** | 11-20-01 | (E-mail) Here's What I Have<br><br>**Same as Doc #45 from Privilege Log dated 6-23-03** | Daniel Keys | Will Sanford, Johnny Rozsypal | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 55 | **RM-GAL-0019709** | 11-21-01 | (E-mail) Renda Offer<br><br>**Same as Doc #122 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Thomas Benero, Daniel Keys, Cecil M. McClenan, Michael B. Rawls, Eric G. Russek, Wendell Mears | Attorney-Client (redacted portion only) |
| 56 | **RM-GAL-0019415- RM-GAL-0019419** | 2-2-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #135 from Privilege Log dated 6-23-03** | Eric G. Russek | James T. Few, Daniel Keys | Attorney-Client Attorney Work Product (redacted portion only) |
| 57<br>43 | **RM-GAL-0019427- RM-GAL-0019430** | 2-2-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #133 from Privilege Log dated 6-23-03** | Daniel Keys | James T. Few, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| 58 | **RM-GAL-0019387- RM-GAL-0019390** | 2-2-01 4:03 pm | (E-mail) HGNC- Lost Lake Disposal Area Meeting | James T. Few | Daniel Keys, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| 59 | **RM-GAL-0019410- RM-GAL-0019413** | 2-2-01 9:49 am | (E-mail) HGNC - Lost Lake Disposal Area Meeting | James T. Few | Daniel Keys, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| **BOX 3**<br><br>60 | **RM-GAL-0019764** | 1-24-02 | (E-mail) DCAA Audit-Renda Marine<br><br>**Same as Doc #168 from Privilege Log dated 6-23-03** | Daniel Keys | Johnny Rozsypal, Thomas Benero, Cecil M. McClenan, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 61 | **RM-GAL-0019768** | 2-4-02 | (E-mail) Audit-Renda Maine<br><br>**Same as Doc #169 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Thomas Benero, Michael B.Rawls, Daniel Keys | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 62 | **RM-GAL-0019769** | 2-4-02 | (E-mail) Audit-Renda Marine<br><br>**Same as Doc #170 from Privilege Log dated 6-23-03** | Daniel Keys | Johnny Rozsypal, Thomas Benero, Michael Rawls | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 63 | **RM-GAL-0019770-RM-GAL-0019771** | 2-4-02 | (E-mail) Audit-Renda Marine<br><br>**Same as Doc #171 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Daniel Keys, Thomas Benero, Michael B. Rawls | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 64 | **RM-GAL-0019772-RM-GAL-0019773** | 2-5-02 | (E-mail) Audit-Renda Marine<br><br>**Same as Doc #172 from Privilege Log dated 6-23-03** | Daniel Keys | Eric G. Russek, Johnny Rozsypal, Thomas Benero, Michael B. Rawls | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 65<br>44 | **RM-GAL-0019845** | 5-7-02 | (E-mail) DCAA Audit-Renda Marine<br><br>**Same as Doc #174 from Privilege Log dated 6-23-03** | Thomas Benero | Daniel keys, Cecil M. McClenan, Johnny Rozsypal, Eric G. Russek, James M. Kieslich | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 66 | **RM-GAL-0019846** | 5-7-02 | (E-mail) DCAA Audit-Renda Marine<br><br>**Same as Doc #175 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Cecil M. McClenan, Johnny Rozsypal, Eric G. Russek, James M. Kieslich | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 67 | **RM-GAL-0019847** | 5-13-02 | (E-mail) Call Auditor<br><br>**Same as Doc #176 from Privilege Log dated 6-23-03** | Michael B. Rawls | Johnny Rozsypal | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 68 | **RM-GAL-0019848** | 6-25-02 | (E-mail) Upper Bayou CDs<br><br>**Same as Doc #177 from Privilege Log dated 6-23-03** | Eric G. Russek | Daniel Keys | Attorney-Client (redacted portion only) |
| 69 | **RM-GAL-0019867-RM-GAL-0019880** | 7-9-02 | (E-mail) RMI v. US<br><br>**Same as Doc #178 from Privilege Log dated 6-23-03** | Daniel Keys | Cecil M. McClenan, Eric G. Russek, Thomas Benero | Attorney-Client Rule 26(b)(3) Material |
| 70 | **RM-GAL-0019987** | 8-5-02 | (E-mail) Renda Marine<br><br>**Same as Doc #20 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Thomas H. Moore, Cecil M. McClenan, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| 71 | **RM-GAL-0019988** | 8-5-02 | (E-mail) Renda Marine<br><br>**Same as Doc #19 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Thomas Moore, Cecil M. McClenan, Eric G. Russek | Attorney-Client Attorney Work Product (redacted portion only) |
| 72 | **RM-GAL-0019990** | 8-7-02 | (E-mail) Renda<br><br>**Same as Doc #28 from Privilege Log dated 6-23-03** | Daniel Keys | John Kosloske | Attorney-Client (redacted portion only) |
| 73 | **RM-GAL-0020057** | 9-3-02 | (E-mail) Potential Witnesses mandatory disclosure.doc | Eric Russek | Cecil M. McClenan, Alton H. Meyer, Michael B. Rawls, Johnny Rozsypal | Attorney-Client Attorney Work Product |

45

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 74 | **RM-GAL-0020058- RM-GAL-0020062** | 9-6-02 | (E-mail) FW: Freedom of Information Act Request #2002-95 | Thomas Moore | Edward Herrington, Ruben R. Villagran, Thomas Benero, Cecil M. McClenan, Keith Francis | Attorney-Client<br>Attorney Work Product |
| 75 | **RM-GAL-0020063- RM-GAL-0020064** | 9-3-02 | (E-mail) Renda Marine, Inc.<br><br>**Same as Doc #81 from Privilege Log dated 6-23-03** | Eric G. Russek | Cecil M. McClenan, Johnny Rozsypal, Michael B. Rawls, James T. Few, Rhonda G. Brown, Thomas Benero, Will Sanford, Keith S. Francis | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 76 | **RM-GAL-0020068- RM-GAL-0020071** | 9-6-02<br>2:22 am | (E-mail) Freedom of Information Act Request #2002-95 | George Strickler | Cecil M. McClenan | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 77 | **RM-GAL-0020072- RM-GAL-0020075** | 9-6-02<br>3:09 am | (E-mail) Freedom of Information Act Request #2002-95 | George Strickler | Cecil M. McClenan | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 78 | **RM-GAL-0020076** | 9-16-02 | (E-mail) Index of Design Files | Eric Russek | George Strickler | Attorney-Client<br>Attorney Work Product |
| 79 | **RM-GAL-0020065- RM-GAL-0020067** | 9-6-02 | (E-mail) RE: Renda Marine, Inc. | George Strickler | Cecil M. McClenan | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 80 | **RM-GAL-0020086- RM-GAL-0020087** | 9-5-02 | (E-mail) Renda Marine, Inc.<br><br>**Same as Doc #186 from Privilege Log dated 6-23-03** | Thomas Benero | Cecil M. McClenan | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |

46

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 81 | **RM-GAL-0020092** | 10-18-02 | (E-mail) FW: Renda Marine | Eric G. Russek | Cecil M. McClenan, Johnny Rozsypal, Michael B. Rawls, Thomas Benero, Thomas H. Moore, James T. Few, David R. Brown, Dalton H. Krueger | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 82 | **RM-GAL-0020142-RM-GAL-0020164** | undated | Draft of Answers to Interrogatories | | | Attorney Work Product |
| 83 | **RM-GAL-0020216-RM-GAL-0020240** | undated | Draft of Answers to Interrogatories | | | Attorney Work Product |
| 84 | **RM-GAL-0020358-RM-GAL-0020360** | 9-5-02 | (E-mail) Freedom of Information Act Request #2002-95 | Cecil M. McClenan | George Strickler | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 85 | **RM-GAL-0020368-RM-GAL-0020369** | 2-3-03 | (E-mail) Renda e-mails | Eric G. Russek | Alex Petty | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 86<br>47 | **RM-GAL-0020390** | 2-19-03 | (E-mail) Survey Deliverables | Eric Russek | Cecil McClenan, Johnny Rozsypal, Michael B. Rawls, Arthur J. Martin, Alex Petty, Thomas Benero, James T. Few | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 87 | **RM-GAL-0020687-RM-GAL-0020688** | 1-24-02 | (E-mail) Freedom of Information Request from Renda Marine dated January 22, 2002 | Johnny Rozsypal | Edward V.Herrington | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 88 | **RM-GAL-0020689** | 1-24-02 | (E-mail) Freedom of Information Request from Renda Marine dated January 22, 2002 | Johnny Rozsypal | Edward V. Herrington, Cecil M. McClenan, Thomas Benero, Curtis Cole | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 89 | **RM-GAL-0020253-RM-GAL-0020292** | 1-3-03 | Draft of Defendant's Responses to Plaintiff's First Set of Interrogatories | | | Attorney Work Product |
| **BOX 4** 90 | **RM-GAL-0022896-RM-GAL-0022897** | 9-5-02 | (E-mail) FW: Freedom of Information Act Request #2002-95 | Ruben R. Villagran | Cecil M. McClenan | Attorney-Client Attorney Work Product (redacted portion only) |
| 91 | **RM-GAL-0022904-RM-GAL-0022905** | 9-6-02 | (E-mail) FW: Freedom of Information Act Request #2002-95 | Thomas H. Moore | Cecil M. McClenan | Attorney-Client Attorney Work Product (redacted portion only) |
| 92 | **RM-GAL-0022906-RM-GAL-0022910** | 9-6-02 | (E-mail) Freedom of Information Act Request #2002-95 | Thomas Benero | Cecil M. McClenan | Attorney-Client Attorney Work Product (redacted portion only) |
| 93 | **RM-GAL-0022929-RM-GAL-0022930** | 5-14-02 | (E-mail) Call Auditor | Johnny Rozsypal | Michael B. Rawls | Attorney-Client Attorney Work Product (redacted portion only) |
| 94 **48** | **RM-GAL-0022937** | 5-16-02 | (E-mail) DCAA Audit-Renda Marine<br>**Same as Doc #67 from Privilege Log dated 6-23-03** | Thomas Benero | Daniel Keys, Cecil McClenan, Johnny Rozsypal, Eric G. Russek, James M. Kieslich | Attorney-Client Attorney Work Product (redacted portion only) |
| **BOX 5** 95 | **RM-GAL-0025710** | 7-9-02 | (E-mail) RMI v. U.S.<br>**Same as Doc #178 from Privilege Log dated 6-23-03** | Daniel Keys | Cecil M. McClenan, Eric G. Russek, Thomas Benero | Attorney Client Rule 26(b)(3) Material |
| 96 | **RM-GAL-0025711-RM-GAL-0025723** | undated | Suggested draft responses to Complaint | | | Attorney-Client Attorney Work Product |
| **UN-** | **NUMBERED BOX** | | | | | |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 97 | **RM-GAL-0013001** | 11-26-01 | (E-mail) Meeting w/JV on Renda | Johnny Rozsypal | Thomas Benero, Cecil M. McClenan, Eric G. Russek, Daniel Keys, Michael B. Rawls | Attorney-Client (redacted portion only) |
| 98 | **RM-GAL-0013344** | 11-21-01 | (E-mail) Renda Offer<br><br>**Same as Doc #122 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Thomas Benero, Daniel Keys, Cecil M. McClenan, Michael B. Rawls, Eric G. Russek, Wendell Mears | Attorney-Client (redacted portion only) |
| 99 | **RM-GAL-0013484** | 6-25-02 | (E-mail) Upper Bayou CDs | Eric G. Russek | Daniel Keys | Attorney-Client (redacted portion only) |
| 100<br><br>**49** | **RM-GAL-0013497** | 8-23-01 | (E-mail) Upper Bayou Project-Award of Claim Merit<br><br>**Same as Doc #158 from Privilege Log dated 6-23-03** | Thomas Benero | Cecil M. McClenan, Daniel Keys | Attorney-Client (redacted portion only) |
| 101 | **RM-GAL-0013643-RM-GAL-0013647** | | Draft of Defendant's Responses to Requests Nos. 15, 27, and 28 of Plaintiff's First Request for Production of Documents | | | Attorney Work Product |
| 102 | **RM-GAL-0013648-RM-GAL-0013679** | | Draft of Defendant's Responses to Plaintiffs's First Set of Interrogatories | | | Attorney Work Product |
| 103 | **RM-GAL-0012782** | 5-7-02 | (E-mail) DCAA Audit-Renda Marine<br><br>**Same as Doc #58 from Privilege Log dated 6-23-03** | Thomas Benero | Daniel Keys, Cecil M. MClenan, Johnny Rozsypal, Eric G. Russek, James M. Kieslich | Attorney-Client (redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 104 | **RM-GAL-0012804** | 5-13-02 | (E-mail) Call Auditor<br><br>**Same as Doc #59 from Privilege Log dated 6-23-03** | Michael B. Rawls | Johnny Rozsypal | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 105 | **RM-GAL-0012809** | 5-9-01 | (E-mail) DACW64-98-C-0025<br><br>**Same as Doc #60 from Privilege Log dated 6-23-03** | Daniel Keys | Cecil M. McClenan | Attorney-Client<br>Attorney Work Product |
| 106<br><br>**50** | **RM-GAL-0012816** | 12-12-00 | (E-mail) Final draft of 17 issue Renda Letter<br><br>**Same as Doc #61 from Privilege Log dated 6-23-03** | Daniel Keys | Eric G. Russek, Cecil M. McClenan | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 107 | **RM-GAL-0012817-RM-GAL-0012818** | 2-22-01 | (E-mail) Geotechnical Expert<br><br>**Same as Doc #62 from Privilege Log dated 6-23-03** | James T. Few | Eric G. Russek, Cecil M. McClenan | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 108 | **RM-GAL-0012850-RM-GAL-0012853** | 11-20-01 | (E-mail) Keys memorandum.dot<br><br>**Same as Doc #64 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Johnny Rozsypal, Will Sandford, Eric G. Russek, Cecil M. McClenan | Rule 26(b)(3) material |
| 109 | **RM-GAL-0012945-RM-GAL-0012947** | 2-9-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #138 from Privilege Log dated 6-23-03** | Dalton H. Kruegar | Dick Gorini, Alan Jefts, Wendell Mears, Leon Hrabovsky | Attorney Work Product<br>(redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 110 | **RM-GAL-0013134-RM-GAL-0013135** | 2-4-02 | (E-mail) Audit-Renda Marine<br><br>**Same as Doc #171 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Daniel Keys, Thomas Benero, Michael B. Rawls | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 111 | **RM-GAL-0013136-RM-GAL-0013137** | 2-5-02 | (E-mail) Audit-Renda Marine<br><br>**Same as Doc #172 from Privilege Log dated 6-23-03** | Daniel Keys | Eric G. Russek, Johnny Rozsypal, Thomas Benero, Michael B. Rawls | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 112 | **RM-GAL-0013132-RM-GAL-0013133** | 2-4-02 | (E-mail) Audit-Renda Marine<br><br>**Same as Doc #170 from Privilege Log dated 6-23-03** | Daniel Keys | Johnny Rozsypal, Thomas Benero, Michael Rawls | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 113<br>**51** | **RM-GAL-0013131** | 2-4-02 | (E-mail) Audit-Renda Marine<br><br>**Same as Doc #169 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Thomas Benero, Michael B. Rawls, Daniel Keys | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 114 | **RM-GAL-0013158** | 5-7-02 | (E-mail) DCAA Audit-Renda Marine<br><br>**Same as Doc #175 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Cecil M. McClenan, Johnny Rozsypal, Eric G. Russek, James M. Kieslich | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 115 | **RM-GAL-0013155** | 1-24-02 | (E-mail) DCAA Audit-Renda Marine<br><br>**Same as Doc #168 from Privilege Log dated 6-23-03** | Daniel Keys | Johnny Rozsypal, Thomas Benero, Cecil M. McClenan, Eric G. Russek | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |