| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 116 | **RM-GAL-0013163-<br>RM-GAL-0013166** | 2-8-01 | (E-mail) Geotechnical Expert<br><br>**Same as Doc #136 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney-Client<br>(redacted portion only) |
| 117 | **RM-GAL-0013168** | 11-20-01 | (E-mail) Here's What I Have<br><br>**Same as Doc #45 from Privilege Log dated 6-23-03** | Daniel Keys | Will Sanford, Johnny Rozsypal | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 118 | **RM-GAL-0013169-<br>RM-GAL-0013170** | 11-20-01 | (E-mail) Here's What I Have<br><br>**Same as Doc #164 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Daniel Keys, Will Sanford | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 119 | **RM-GAL-0013171** | 11-21-01 | (E-mail) Here's What I Have<br><br>**Same as Doc #165 from Privilege Log dated 6-23-03** | Thomas Benero | Daniel Keys, Will Sanford, Johnny Rozsypal | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 120<br>52 | **RM-GAL-0013172-<br>RM-GAL-0013173** | 11-21-01 | (E-mail) Here's What I Have<br><br>**Same as Doc #166 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Thomas Benero, Daniel Keys, Will Sanford | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 121 | **RM-GAL-0013213-<br>RM-GAL-0013217** | 2-2-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #34 from Privilege Log dated 6-23-03** | James T. Few | Daniel Keys, Eric G. Russek | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 122 | **RM-GAL-0013218-<br>RM-GAL-0013222** | 2-2-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #133 from Privilege Log dated 6-23-03** | Daniel Keys | James T. Few, Eric G. Russek | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 123 | **RM-GAL-0013223- RM-GAL-0013227** | 2-2-01 | (E-mail) HGNC - Lost Lke Disposal Area Meeting<br><br>**Same as Doc #33 from Privilege Log dated 6-23-03** | James T. Few | Daniel Keys, Eric G. Russek | Attorney-Client<br>Attorney Work Product (redacted portion only) |
| 124 | **RM-GAL-0013228- RM-GAL-0013233** | 2-2-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #135 from Privilege Log dated 6-23-03** | Eric Russek | James T. Few, Daniel Keys | Attorney-Client<br>Attorney Work Product (redacted portion only) |
| 125 | **RM-GAL-0013234- RM-GAL-0013235** | 2-8-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #38 from Privilege Log dated 6-23-03** | Daniel Keys | Eric G. Russek, Dalton H. Krueger, Cecil M. McClenan | Attorney-Client<br>Attorney Work Product (redacted portion only) |
| 126 | **RM-GAL-0013236- RM-GAL-0013238** | 3-6-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #41 from Privilege Log dated 6-23-03** | Herbie Maurer | Dalton H. Krueger, Dick Gorini, Alan Jefts, Wendell Mears, Leon Hrabovsky | Attorney Work Product (redacted portion only) |
| 127 | **RM-GAL-0013239- RM-GAL-0013241** | 3-6-01 | (E-mail) HGNC - Lost Lake Disposal Area Meeting<br><br>**Same as Doc #40 from Privilege Log dated 6-23-03** | Dalton H. Krueger | Herbie A. Maurer | Attorney Work Product (redacted portion only) |
| 128 | **RM-GAL-0013253- RM-GAL-0013256** | 11-20-01 | (E-mail) Keys memorandum.dot<br><br>**Same as Doc #163 from Privilege Log dated 6-23-03** | Johnny Rozsypal | Daniel keys, Thomas Benero, Will Sanford, Eric G. Russek, Cecil M. McClenan | Rule 26(b)(3) Material |

53

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 129 | **RM-GAL-0013281** | 12-6-00 | (E-mail) Renda Issues Letter<br><br>**Same as Doc #129 from Privilege Log dated 6-23-03** (without attached draft letter) | Daniel Keys | Eric G. Russek, Cecil M. McClenan, Thomas Benero, James T. Few | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 130 | **RM-GAL-0013282** | 12-7-00 | (E-mail) Renda Issues Letter<br><br>**Same as Doc #130 from Privilege Log dated 6-23-03** (without attached draft letter) | James T. Few | Daniel Keys, Eric G. Russek, Cecil M. McClenan, Thomas Benero | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 131 | **RM-GAL-0013287-RM-GAL-0013288** | 3-9-01 | (E-mail) Renda-Outstanding Issues<br><br>**Same as Doc #145 from Privilege Log dated 6-23-03** | Daniel Keys | Thomas Benero, Cecil M. McClenan, Eric G. Russek | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 132<br>**54** | **RM-GAL-0013289-RM-GAL-0013290** | 3-9-01 | (E-mail) Renda-Outstanding Issues<br><br>**Same as Doc #146 from Privilege Log dated 6-23-03** | Barbara J. Watts | Daniel Keys, Thomas Benero, Cecil M. McClenan, Eric C. Russek | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 133 | **RM-GAL-0013302** | 5-3-01 | (E-mail) Upper Bayou Contract, Levee claims<br><br>**Same as Doc #149 from Privilege Log dated 6-23-03** | Daniel Keys | Wendell Mears, Daniel Keys, Cecil M. McClenan | Attorney-Client<br>Attorney Work Product<br>(redacted portion only) |
| 134 | **RM-GAL-0013303-RM-GAL-0013304** | 5-6-01 | (E-mail) Upper Bayou Contract, Levee claims<br><br>**Same as Doc #151 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney Work Product<br>(redacted portion only) |

| DOC # | BATES NO. | DATE | TYPE OF DOCUMENT/TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 135 | **RM-GAL-0013305-RM-GAL-0013306** | 5-11-01 | (E-mail) Upper Bayou Contract, Levee claims<br><br>**Same as Doc #153 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney Work Product (redacted portion only) |
| 136 | **RM-GAL-0013307-RM-GAL-0013309** | 5-20-01 | (E-mail) Upper Bayou Contract, Levee claims<br><br>**Same as Doc #154 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney Work Product (redacted portion only) |
| 137<br><br>55 | **RM-GAL-0013310-RM-GAL-0013312** | 5-27-01 | (E-mail) Upper Bayou Contract, Levee claims<br><br>**Same as Doc #155 from Privilege Log dated 6-23-03** | James T. Few | Cecil M. McClenan | Attorney Work Product (redacted portion only) |
| 138 | **RM-GAL-0013323** | 10-26-00 | (E-mail) Renda and HL&P<br><br>**Same as Doc #128 from Privilege Log dated 6-23-03** | Daniel Keys | Cecil M. McClenan | Attorney-Client<br>Attorney Work Product (redacted portion only) |
| 139 | **RM-GAL-0013356** | 4-23-01 | (E-mail) Renda/JV<br><br>**Same as Doc #148 from Privilege Log dated 6-23-03** | Daniel Keys | Cecil M. McClenan, Eric G. Russek, Dalton H. Krueger | Attorney-Client<br>Attorney Work Product (redacted portion only) |

**From:** johnny.rozsypal@us.army.mil
**Sent:** Sunday, June 01, 2003 10:28 AM
**To:** Rozsypal, Johnny SWG
**Subject:** Re: FW: Restoration and review of your e-mail

Permission granted. Knock yourself out. Sorry for the tardy response
Working 14-16 hours a day, 7 days a week. Not much time to read anything
but e-mail pertinent to here. Thanks for helping my wife in regard to
the will.

----- Original Message -----
From: "Rozsypal, Johnny SWG" <johnny.rozsypal@swg02.usace.army.mil>
Date: Tuesday, May 27, 2003 4:46 pm
Subject: FW: Restoration and review of your e-mail

>
>
> > ----------
> > From: Petty, Alex SWG
> > Sent: Tuesday, May 27, 2003 10:46:02 AM
> > To: Benero, Thomas SWG; Rozsypal, Johnny SWG; Saenz, Luis F
SWG;
> > McClenan, Cecil M SWG
> > Cc: John E. Kosloske (E-mail); George Strickler (E-mail);
> Petty, Alex
> > SWG; Curphey, Richard K SWG; Dunaway, Kathi R SWG
> > Subject: Restoration and review of your e-mail
> > Importance: High
> > Auto forwarded by a Rule
> >
> Attorney-Client Privileged Material
> Attorney Work Product
> Do Not Release Under FOIA or in Discovery
[redacted]

[redacted]

> Thanks.
>
> Alex Petty
> Office of Counsel
> US Army Corps of Engineers
> Galveston District
>
> 409-766-3191
> alex.petty@swg02.usace.army.mil
>
>

**From:** Moore, Thomas H SWG [/O=ORGANIZATION/OU=USACE SWG GALVESTON TX/CN=RECIPIENTS/CN=LOCAL/CN=M3MOORET]
**Sent:** Friday, September 06, 2002 9:42 AM
**To:** Herrington, Edward V SWG; Villagran, Ruben R SWG; Benero, Thomas SWG; McClenan, Cecil M SWG; Francis, Keith S SWG; Francis, Keith SWT
**Subject:** FW: Freedom of Information Act Request # 2002-95

We can get together early next week to discuss how we handle this.

-----Original Message-----
**From:** McClenan, Cecil M SWG
**Sent:** Friday, September 06, 2002 8:29 AM
**To:** Moore, Thomas H SWG
**Cc:** Russek, Eric G SWG; Benero, Thomas SWG; Rozsypal, Johnny SWG; Rawls, Michael B SWG; Francis, Keith S SWG; Francis, Keith SWT; Villagran, Ruben R SWG
**Subject:** FW: Freedom of Information Act Request # 2002-95
**Sensitivity:** Confidential

Tom,
This message is from our claims consultant who has been communicating between us and our DOJ attorney. We probably ought to get together on this.
Mike

-----Original Message-----
**From:** George Strickler [mailto:gstrickler@cpmiteam.com]
**Sent:** Thursday, September 05, 2002 9:09 PM
**To:** McClenan, Cecil M SWG
**Subject:** RE: Freedom of Information Act Request # 2002-95
**Sensitivity:** Confidential

Mike

I noticed when I opened the attachment that the request was only filed on 9/4/02. I find it interesting that this came so shortly after the conference that counsel had on 8/29. I suspect that John Kosloske probably advised Renda's counsel that counterclaims were being developed and this was passed on to Renda. I think that you should not respond until after the FOIA officer, etc has had a discussion with John Kosloske. His number at DOJ is 202- 307-1438, but bear in mind that he won't be back until 9/16. I think we should give John the opportunity to take this guy to task if he cares to, specifically the timing of the request. In the interim, if in fact we feel compelled to reply, I think we should simply advise that the requested materials are not resident in a single location, will take considerable time to pull together to the extent that they exist ( the audit report does not yet exist as it has not been issued) and are otherwise active due to the pending litigation and thus will have to be recalled from the user. Moreover, these files are still subject to privilege and will need to be inspected by counsel. I would anticipate that such a task could easily take 3 months to pull together. This would put the FOIA production roughly in the time frame of when Renda could likely expect to get access to the documents under discovery through the litigation process.

Just to let you know, I did speak to another attorney at DOJ about this.
George

-----Original Message-----
**From:** McClenan, Cecil M SWG [mailto:cecil.m.mcclenan@swg02.usace.army.mil]
**Sent:** Thursday, September 05, 2002 3:00 PM
**To:** 'gstrickler@cpmiteam.com'
**Cc:** Russek, Eric G SWG
**Subject:** FW: Freedom of Information Act Request # 2002-95
**Sensitivity:** Confidential

George,

FYI.

-----Original Message-----

**From:** **Villagran, Ruben R SWG**

**Sent:** Thursday, September 05, 2002 1:03 PM

**To:** McClenan, Cecil M SWG

**Subject:** FW: Freedom of Information Act Request # 2002-95

**Sensitivity:** Confidential

Mike,

Note Tom Moore's instructions below.

<<FOIA 2002-95.pdf>>

Thanks,

Ruben

-----Original Message-----

**From:** Moore, Thomas H SWG

**Sent:** Thursday, September 05, 2002 10:48 AM

**To:** Herrington, Edward V SWG; Villagran, Ruben R SWG; Francis, Keith SWT

**Cc:** Benero, Thomas SWG; Francis, Keith S SWG

**Subject:** RE: Freedom of Information Act Request # 2002-95

**Sensitivity:** Confidential

[redacted]

[redacted]

-----Original Message-----

**From:** **Herrington, Edward V SWG**

**Sent:** Thursday, September 05, 2002 9:34 AM

**To:** Villagran, Ruben R SWG; Moore, Thomas H SWG

**Cc:** Benero, Thomas SWG; Francis, Keith S SWG

**Subject:** RE: Freedom of Information Act Request # 2002-95

**Importance:** High

**Sensitivity:** Confidential

Tom Benero:

[redacted]

Ed

Edward V. Herrington, Assistant District Counsel

U.S. Army Corps of Engineers, Galveston District

Telephone: 409-766-3190 Fax: 409-766-3165

**ATTORNEY CLIENT/WORK PRODUCT PRIVILEGED COMMUNICATION.**

**DO NOT RELEASE UNDER FOIA. DO NOT COPY. DO NOT FORWARD.**

-----Original Message-----

**From:** **Villagran, Ruben R SWG**

**Sent:** Thursday, September 05, 2002 9:06 AM

**To:** Moore, Thomas H SWG; Herrington, Edward V SWG

**Subject:** FW: Freedom of Information Act Request # 2002-95

FYI.

-----Original Message-----

**From:** Benero, Thomas SWG

**Sent:** Thursday, September 05, 2002 7:37 AM

**To:** Villagran, Ruben R SWG

**Subject:** RE: Freedom of Information Act Request # 2002-95

You're crazy, don't have time for this. Too many claims.

tom

-----Original Message-----

**From:** Villagran, Ruben R SWG

**Sent:** Wednesday, September 04, 2002 4:48 PM

**To:** Benero, Thomas SWG

**Cc:** Herrington, Edward V SWG

**Subject:** Freedom of Information Act Request # 2002-95

Tom,

Attached for your action is FOIA request # 2002-95 from Brian W. Erikson of Quilling, Selander, Cummiskey & Lownds, P.C., requesting permission to review and copy and Audit of any Claims by Renda Marine, Inc., under Contract No. DACW64-99-C-0001.

<< File: FOIA 2002-95.pdf >>

Thanks,

***Ruben R. Villagran***

PARALEGAL

GALVESTON DISTRICT, OFFICE OF COUNSEL

POB 1229 ATTN: CESWG-OC

(409) 766-3193

(409) 766-3165

**From:** Rozsypal, Johnny SWG
**Sent:** Thursday, January 24, 2002 6:58 PM
**To:** Herrington, Edward V SWG
**Cc:** McClenan, Cecil M SWG; Rawls, Michael B SWG
**Subject:** FW: Freedom of Information Request from Renda Marine dated January 22, 2002

**Sensitivity:** Confidential

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Ed, I agree w/Mike. We need to wait until contract is closed out.
Mike, what's time frame for such?

-----Original Message-----
**From:** McClenan, Cecil M SWG
**Sent:** Thursday, January 24, 2002 12:47 PM
**To:** Weiss, Lynwood G SWG
**Cc:** Rozsypal, Johnny SWG
**Subject:** FW: Freedom of Information Request from Renda Marine dated January 22, 2002
**Sensitivity:** Confidential

Unless someone with more authority than us says so, we'll continue with out old policy of "hands off" until the contract is closed out.

-----Original Message-----
**From:** Weiss, Lynwood G SWG
**Sent:** Thursday, January 24, 2002 11:24 AM
**To:** McClenan, Cecil M SWG
**Subject:** FW: Freedom of Information Request from Renda Marine dated January 22, 2002
**Sensitivity:** Confidential

Mike,

We restricted King Fisher from getting to the "La Quay" files, since his contract had not closed out (pending a modification). I would not feel good about now letting Renda into the files until we issue the final pay estimate. What exactly is our policy? On HGNC, Ed H has allowed contractors into open files.

Lynwood

-----Original Message-----
**From:** **McClenan, Cecil M SWG**
**Sent:** Thursday, January 24, 2002 11:09 AM
**To:** Weiss, Lynwood G SWG
**Subject:** FW: Freedom of Information Request from Renda Marine dated January 22, 2002
**Sensitivity:** Confidential

-----Original Message-----
**From:** Rozsypal, Johnny SWG
**Sent:** Thursday, January 24, 2002 8:38 AM
**To:** Herrington, Edward V SWG; McClenan, Cecil M SWG; Benero, Thomas SWG; Cole, Curtis SWG
**Cc:** Moore, Thomas H SWG; Villagran, Ruben R SWG; Rawls, Michael B SWG
**Subject:** RE: Freedom of Information Request from Renda Marine dated January 22, 2002
**Sensitivity:** Confidential

So this is why Ben Goodloe was in Ed's office yesterday. Majority of what's being requested, I think, resides at Bay Area Office. Would suggest the following:
1. In the past , we have tried to not release info., especially daily reports that cite production, until the contact is officially

complete and a final estimate has been issued. Then they become public info. so to speak.
2. With reference to modifications, we need to not release contractor sensitive/proprietary data, i.e. equipment costs, acquisition costs, overhead rates, etc. SF 30's are fine but not the backup.
3. Ed, I would think payrolls might fall into the proprietary arena also.
4. Last but not least, we need to educate Renda/B. Goodloe and other contractors for the future about the following. While they have every right to request things under freedom of info., we can at least suggest to him that it does put a significant burden on us when he uses the shotgun approach/asking for everything; and if he's really after production info. on his competitor's dredge that we would encourage him to come in after contract completion and record such data from the reports himself. We'll hand him the report file and let him go to town.

-----Original Message-----
**From:** Herrington, Edward V SWG
**Sent:** Thursday, January 24, 2002 7:24 AM
**To:** McClenan, Cecil M SWG; Rozsypal, Johnny SWG; Benero, Thomas SWG; Cole, Curtis SWG
**Cc:** Moore, Thomas H SWG; Villagran, Ruben R SWG
**Subject:** Freedom of Information Request from Renda Marine dated January 22, 2002
**Importance:** High
**Sensitivity:** Confidential

Mike:

Attached is a copy of the request: << File: Renda-Goodloe, January 22, 2002.pdf >>

[redacted]

Ed

Edward V. Herrington, Assistant District Counsel
U.S. Army Corps of Engineers, Galveston District
2000 Fort Point Road, Galveston, TX 77550
Telephone: 409-766-3190 Fax: 409-766-3951
E-mail: edward.v.herrington@usace.army.mil <mailto:edward.v.herrington@usace.army.mil>

**ATTORNEY CLIENT/WORK PRODUCT PRIVILEGED COMMUNICATION**
**DO NOT RELEASE UNDER FOIA. DO NOT COPY. DO NOT FORWARD.**

**From:** Rozsypal, Johnny SWG
**Sent:** Thursday, January 24, 2002 6:38 AM
**To:** Herrington, Edward V SWG; McClenan, Cecil M SWG; Benero, Thomas SWG; Cole, Curtis SWG
**Cc:** Moore, Thomas H SWG; Villagran, Ruben R SWG; Rawls, Michael B SWG
**Subject:** RE: Freedom of Information Request from Renda Marine dated January 22, 2002

**Sensitivity:** Confidential

So this is why Ben Goodloe was in Ed's office yesterday. Majority of what's being requested, I think, resides at Bay Area Office. Would suggest the following:
1. In the past , we have tried to not release info., especially daily reports that cite production, until the contact is officially complete and a final estimate has been issued. Then they become public info. so to speak.
2. With reference to modifications, we need to not release contractor sensitive/proprietary data, i.e. equipment costs, acquisition costs, overhead rates, etc. SF 30's are fine but not the backup.
3. Ed, I would think payrolls might fall into the proprietary arena also.
4. Last but not least, we need to educate Renda/B. Goodloe and other contractors for the future about the following. While they have every right to request things under freedom of info., we can at least suggest to him that it does put a significant burden on us when he uses the shotgun approach/asking for everything; and if he's really after production info. on his competitor's dredge that we would encourage him to come in after contract completion and record such data from the reports himself. We'll hand him the report file and let him go to town.

-----Original Message-----
**From:** Herrington, Edward V SWG
**Sent:** Thursday, January 24, 2002 7:24 AM
**To:** McClenan, Cecil M SWG; Rozsypal, Johnny SWG; Benero, Thomas SWG; Cole, Curtis SWG
**Cc:** Moore, Thomas H SWG; Villagran, Ruben R SWG
**Subject:** Freedom of Information Request from Renda Marine dated January 22, 2002
**Importance:** High
**Sensitivity:** Confidential

Mike:

Attached is a copy of the request: << File: Renda-Goodloe, January 22, 2002.pdf >>

[redacted]

Ed

Edward V. Herrington, Assistant District Counsel
U.S. Army Corps of Engineers, Galveston District
2000 Fort Point Road, Galveston, TX 77550
Telephone: 409-766-3190 Fax: 409-766-3951
E-mail: edward.v.herrington@usace.army.mil

**ATTORNEY CLIENT/WORK PRODUCT PRIVILEGED COMMUNICATION
DO NOT RELEASE UNDER FOIA. DO NOT COPY. DO NOT FORWARD.**

**From:** Villagran, Ruben R SWG
**Sent:** Thursday, September 05, 2002 7:03 PM
**To:** McClenan, Cecil M SWG
**Subject:** FW: Freedom of Information Act Request # 2002-95

**Sensitivity:** Confidential

Mike,

Note Tom Moore's instructions below.

FOIA 2002-95.pdf

Thanks,

Ruben

-----Original Message-----
**From:** Moore, Thomas H SWG
**Sent:** Thursday, September 05, 2002 10:48 AM
**To:** Herrington, Edward V SWG; Villagran, Ruben R SWG; Francis, Keith SWT
**Cc:** Benero, Thomas SWG; Francis, Keith S SWG
**Subject:** RE: Freedom of Information Act Request # 2002-95
**Sensitivity:** Confidential

[redacted]

-----Original Message-----
**From:** **Herrington, Edward V SWG**
**Sent:** Thursday, September 05, 2002 9:34 AM
**To:** Villagran, Ruben R SWG; Moore, Thomas H SWG
**Cc:** Benero, Thomas SWG; Francis, Keith S SWG
**Subject:** RE: Freedom of Information Act Request # 2002-95
**Importance:** High
**Sensitivity:** Confidential

Tom Benero:

[redacted]

[redacted]

Ed

Edward V. Herrington, Assistant District Counsel
U.S. Army Corps of Engineers, Galveston District
Telephone: 409-766-3190 Fax: 409-766-3165

**ATTORNEY CLIENT/WORK PRODUCT PRIVILEGED COMMUNICATION.**
**DO NOT RELEASE UNDER FOIA. DO NOT COPY. DO NOT FORWARD.**

-----Original Message-----
**From:** **Villagran, Ruben R SWG**
**Sent:** Thursday, September 05, 2002 9:06 AM
**To:** Moore, Thomas H SWG; Herrington, Edward V SWG
**Subject:** FW: Freedom of Information Act Request # 2002-95

FYI.

-----Original Message-----
**From:** Benero, Thomas SWG
**Sent:** Thursday, September 05, 2002 7:37 AM
**To:** Villagran, Ruben R SWG
**Subject:** RE: Freedom of Information Act Request # 2002-95

You're crazy, don't have time for this. Too many claims.

tom

-----Original Message-----
**From:** Villagran, Ruben R SWG
**Sent:** Wednesday, September 04, 2002 4:48 PM
**To:** Benero, Thomas SWG
**Cc:** Herrington, Edward V SWG
**Subject:** Freedom of Information Act Request # 2002-95

Tom,

Attached for your action is FOIA request # 2002-95 from Brian W. Erikson of Quilling, Selander, Cummiskey & Lownds, P.C., requesting permission to review and copy and Audit of any Claims by Renda Marine, Inc., under Contract No. DACW64-99-C-0001.

<< File: FOIA 2002-95.pdf >>
Thanks,

***Ruben R. Villagran***
PARALEGAL
GALVESTON DISTRICT, OFFICE OF COUNSEL
POB 1229 ATTN: CESWG-OC
(409) 766-3193
(409) 766-3165

**From:** Moore, Thomas H SWG
**Sent:** Friday, September 06, 2002 2:29 AM
**To:** McClenan, Cecil M SWG
**Cc:** Francis, Keith S SWG; Francis, Keith SWT
**Subject:** FW: Freedom of Information Act Request # 2002-95

**Sensitivity:** Confidential

[redacted]

-----Original Message-----
**From:** Moore, Thomas H SWG
**Sent:** Thursday, September 05, 2002 10:48 AM
**To:** Herrington, Edward V SWG; Villagran, Ruben R SWG; Francis, Keith SWT
**Cc:** Benero, Thomas SWG; Francis, Keith S SWG
**Subject:** RE: Freedom of Information Act Request # 2002-95
**Sensitivity:** Confidential

[redacted]

-----Original Message-----
**From:** **Herrington, Edward V SWG**
**Sent:** Thursday, September 05, 2002 9:34 AM
**To:** Villagran, Ruben R SWG; Moore, Thomas H SWG
**Cc:** Benero, Thomas SWG; Francis, Keith S SWG
**Subject:** RE: Freedom of Information Act Request # 2002-95
**Importance:** High
**Sensitivity:** Confidential

Tom Benero:

[redacted]

[redacted]

Ed

Edward V. Herrington, Assistant District Counsel
U.S. Army Corps of Engineers, Galveston District
Telephone: 409-766-3190 Fax: 409-766-3165

**ATTORNEY CLIENT/WORK PRODUCT PRIVILEGED COMMUNICATION.
DO NOT RELEASE UNDER FOIA. DO NOT COPY. DO NOT FORWARD.**

-----Original Message-----
**From:** **Villagran, Ruben R SWG**
**Sent:** Thursday, September 05, 2002 9:06 AM
**To:** Moore, Thomas H SWG; Herrington, Edward V SWG
**Subject:** FW: Freedom of Information Act Request # 2002-95

FYI.

-----Original Message-----
**From:** Benero, Thomas SWG
**Sent:** Thursday, September 05, 2002 7:37 AM
**To:** Villagran, Ruben R SWG
**Subject:** RE: Freedom of Information Act Request # 2002-95

You're crazy, don't have time for this. Too many claims.

tom

-----Original Message-----
**From:** Villagran, Ruben R SWG
**Sent:** Wednesday, September 04, 2002 4:48 PM
**To:** Benero, Thomas SWG
**Cc:** Herrington, Edward V SWG
**Subject:** Freedom of Information Act Request # 2002-95

Tom,

Attached for your action is FOIA request # 2002-95 from Brian W. Erikson of Quilling, Selander, Cummiskey & Lownds, P.C., requesting permission to review and copy and A.:dit of any Claims by Renda Marine, Inc., under Contract No. DACW64-99-C-0001.

<< File: FOIA 2002-95.pdf >>
Thanks,

***Ruben R. Villagran***
PARALEGAL
GALVESTON DISTRICT, OFFICE OF COUNSEL
POB 1229 ATTN: CESWG-OC
(409) 766-3193
(409) 766-3165

**From:** Benero, Thomas SWG [/O=ORGANIZATION/OU=USACE SWG GALVESTON TX/CN=RECIPIENTS/CN=LOCAL/CN=M3BENERT]
**Sent:** Friday, September 06, 2002 3:34 PM
**To:** McClenan, Cecil M SWG
**Subject:** RE: Freedom of Information Act Request # 2002-95

OK, let me know when.

-----Original Message-----
**From:** McClenan, Cecil M SWG
**Sent:** Friday, September 06, 2002 8:29 AM
**To:** Moore, Thomas H SWG
**Cc:** Russek, Eric G SWG; Benero, Thomas SWG; Rozsypal, Johnny SWG; Rawls, Michael B SWG; Francis, Keith S SWG; Francis, Keith SWT; Villagran, Ruben R SWG
**Subject:** FW: Freedom of Information Act Request # 2002-95
**Sensitivity:** Confidential

Tom.
This message is from our claims consultant who has been communicating between us and our DOJ attorney. We probably ought to get together on this.
Mike

-----Original Message-----
**From:** George Strickler [mailto:gstrickler@cpmiteam.com]
**Sent:** Thursday, September 05, 2002 9:09 PM
**To:** McClenan, Cecil M SWG
**Subject:** RE: Freedom of Information Act Request # 2002-95
**Sensitivity:** Confidential

Mike

I noticed when I opened the attachment that the request was only filed on 9/4/02. I find it interesting that this came so shortly after the conference that counsel had on 8/29. I suspect that John Kosloske probably advised Renda's counsel that counterclaims were being developed and this was passed on to Renda. I think that you should not respond until after the FOIA officer, etc has had a discussion with John Kosloske. His number at DOJ is 202- 307-1438, but bear in mind that he won't be back until 9/16. I think we should give J[illegible]n the opportunity to take this guy to task if he cares to, specifically the timing of the request. In [illegible]e interim, if in fact we feel compelled to reply, I think we should simply advise that the requested materials are not resident in a single location, will take considerable time to pull together to the extent that they exist ( the audit report does not yet exist as it has not been issued) and are otherwise active due to the pending litigation and thus will have to be recalled from the user. Moreover, these files are still subject to privilege and will need to be inspected by counsel. I would anticipate that such a task could easily take 3 months to pull together. This would put the FOIA production roughly in the time frame of when Renda could likely expect to get access to the documents under discovery through the litigation process.

Just to let you know, I did speak to another attorney at DOJ about this.
George

-----Original Message-----
**From:** McClenan, Cecil M SWG [mailto:cecil.m.mcclenan@swg02.usace.army.mil]
**Sent:** Thursday, September 05, 2002 3:00 PM
**To:** 'gstrickler@cpmiteam.com'
**Cc:** Russek, Eric G SWG
**Subject:** FW: Freedom of Information Act Request # 2002-95
**Sensitivity:** Confidential

George,

FYI

-----Original Message-----

**From:** **Villagran, Ruben R SWG**

**Sent:** Thursday, September 05, 2002 1:03 PM

**To:** McClenan, Cecil M SWG

**Subject:** FW: Freedom of Information Act Request # 2002-95

**Sensitivity:** Confidential

Mike,

Note Tom Moore's instructions below.

<<FOIA 2002-95.pdf>>

Thanks,

Ruben

-----Original Message-----

**From:** Moore, Thomas H SWG

**Sent:** Thursday, September 05, 2002 10:48 AM

**To:** H●rrington, Edward V SWG; Villagran, Ruben R SWG; Francis, Keith SWT

**Cc:** Benero, Thomas SWG; Francis, Keith S SWG

**Subject:** RE: Freedom of Information Act Request # 2002-95

**Sensitivity:** Confidential

[redacted]

[redacted]

-----Original Message-----

**From:** **Herrington, Edward V SWG**

**Sent:** Thursday, September 05, 2002 9:34 AM

**To:** Villagran, Ruben R SWG; Moore, Thomas H SWG

**Cc:** Benero, Thomas SWG; Francis, Keith S SWG

**Subject:** RE: Freedom of Information Act Request # 2002-95

**Importance:** High

**Sensitivity:** Confidential

Tom Benero:

[redacted]

Ed

Edward V. Herrington, Assistant District Counsel

U.S. Army Corps of Engineers, Galveston District

Telephone: 409-766-3190 Fax: 409-766-3165

**ATTORNEY CLIENT/WORK PRODUCT PRIVILEGED COMMUNICATION.**

**DO NOT RELEASE UNDER FOIA. DO NOT COPY. DO NOT FORWARD.**

-----Original Message-----

From: **Villagran, Ruben R SWG**

**Sent:** Thursday, September 05, 2002 9:06 AM

**To:** Moore, Thomas H SWG; Herrington, Edward V SWG

**Subject:** FW: Freedom of Information Act Request # 2002-95

FYI.

-----Original Message-----

**From:** Benero, Thomas SWG

**Sent:** Thursday, September 05, 2002 7:37 AM

**To:** Villagran, Ruben R SWG

**Subject:** RE: Freedom of Information Act Request # 2002-95

You're crazy, don't have time for this. Too many claims.

tom

-----Original Message-----

**From:** Villagran, Ruben R SWG

**Sent:** Wednesday, September 04, 2002 4:48 PM

**To:** Benero, Thomas SWG

**Cc:** Herrington, Edward V SWG

**Subject:** Freedom of Information Act Request # 2002-95

Tom,

Attached for your action is FOIA request # 2002-95 from Brian W. Erikson of Quilling, Selander, Cummiskey & Lownds, P.C., requesting permission to review and copy and Audit of any Claims by Renda Marine, Inc., under Contract No. DACW64-99-C-0001.

<< File: FOIA 2002-95.pdf >>

Thanks,

***Ruben R. Villagran***

PARALEGAL

GALVESTON DISTRICT, OFFICE OF COUNSEL

POB 1229 ATTN: CESWG-OC

(409) 766-3193

(409) 766-3165

**From:** Russek, Eric G SWG
**Sent:** Friday, October 18, 2002 2:42 PM
**To:** McClenan, Cecil M SWG; Rozsypal, Johnny SWG; Rawls, Michael B SWG; Benero, Thomas SWG; Moore, Thomas H SWG; Few, James T SWG; Brown, David R SWG; Krueger, Dalton H SWG
**Subject:** FW: Renda Marine

FYI...

-----Original Message-----
From: George Strickler [mailto:gstrickler@pmiteam.com]
Sent: Thursday, October 17, 2002 5:55 PM
To: Eric G. Russek; Thomas Benero
Subject: Renda Marine

Tom and Eric
I just spoke with John Kosloske at DOJ and he advised the following:

[redacted]

Eric, I still have had no response from the professor that you suggested as a potential dredging expert (after four separate calls, e-mails, etc). I can only consider this a dead end. Do you, John R., one of the other districts or anyone at the JV, etc have anyone else that you think would be of interest. One possible way of getting input from the other districts would be to put out a request through the Office of Counsel to other Districts. Alternatively you could probably do it through the corresponding Area Engineers in the adjoining Districts. Given the current schedule, I believe we will need him sooner rather than later. (I think we would want him on board by the end of the calendar year). Also we may likely want a geotech for the levee foundation issue. Ideally he would be familiar with hydraulic placement, the local geology, and would also be able to evaluate the alleged soft foundations and the levee design. I would expect that we may have a little more time with the geotech expert as there is the chance that the dredging expert may be able to take the lead on the geotech we will only need to fill in at a later date( I also suspect that we may be able use Alfolter for some of the levee issues, I'll discuss this with John Kosloske and see what he thinks).
See you all next week.
George

**From:** Russek, Eric G SWG
**Sent:** Tuesday, September 03, 2002 7:35 PM
**To:** McClenan, Cecil M SWG; Rozsypal, Johnny SWG; Rawls, Michael B SWG; Few, James T SWG; Brown, Rhonda G SWG; Benero, Thomas SWG; Sanford, Will SWF; Francis, Keith S SWG
**Subject:** FW: Renda Marine Inc.

This is quite a list to be accomplished in a short time. Please pass to others that may be involved...

-----Original Message-----
From: George Strickler [mailto:gstrickler@cpmiteam.com]
Sent: Friday, August 30, 2002 6:10 PM
To: Eric G. Russek
Subject: Renda Marine Inc.

Eric

In Dan's absence I have been asked to coordinate things between the COE and
DOJ. The current status of the litigation process is still preliminary in
nature, however there will soon be a more significant demand placed on us.
In the near term we need to do the following:

[redacted]

[redacted]

George

**From:** Benero, Thomas SWG
**Sent:** Thursday, September 05, 2002 9:53 PM
**To:** McClenan, Cecil M SWG
**Subject:** RE: Renda Marine Inc.

Agree, but we may still need to gather some information if the DOJ says it's releasable to this individual. Strongly suggest you discuss with Tom Moore. I'm not releasing anything until I get the DOJ's ok.

Tom

-----Original Message-----
From: McClenan, Cecil M SWG
Sent: Thursday, September 05, 2002 2:16 PM
To: Moore, Thomas H SWG
Cc: Villagran, Ruben R SWG; Benero, Thomas SWG; Russek, Eric G SWG; Francis, Keith S SWG; Rozsypal, Johnny SWG; Rawls, Michael B SWG; 'gstrickler@cpmiteam.com'; Francis, Keith SWT
Subject: FW: Renda Marine Inc.

Tom,

We need some relief here!! We are trying to put together a bunch of info, on a very short fuse, requested by the DOJ. Since Renda has made this a claim, aren't they supposed to be requesting info through the DOJ now??

Mike

-----Original Message-----
From: Russek, Eric G SWG
Sent: Tuesday, September 03, 2002 1:35 PM
To: McClenan, Cecil M SWG; Rozsypal, Johnny SWG; Rawls, Michael B SWG; Few, James T SWG; Brown, Rhonda G SWG; Benero, Thomas SWG; Sanford, Will SWF; Francis, Keith S SWG
Subject: FW: Renda Marine Inc.

This is quite a list to be accomplished in a short time. Please pass to others that may be involved...

-----Original Message-----
From: George Strickler [mailto:gstrickler@cpmiteam.com]
Sent: Friday, August 30, 2002 6:10 PM
To: Eric G. Russek
Subject: Renda Marine Inc.

Eric
In Dan's absence I have been asked to coordinate things between the COE and DOJ. The current status of the litigation process is still preliminary in nature, however there will soon be a more significant demand placed on us.
In the near term we need to do the following:
[redacted]

[redacted]

George

**From:** Russek, Eric G SWG
**Sent:** Friday, October 18, 2002 2:42 PM
**To:** McClenan, Cecil M SWG; Rozsypal, Johnny SWG; Rawls, Michael B SWG; Benero, Thomas SWG; Moore, Thomas H SWG; Few, James T SWG; Brown, David R SWG; Krueger, Dalton H SWG
**Subject:** FW: Renda Marine

FYI...

-----Original Message-----
From: George Strickler [mailto:gstrickler@cpmiteam.com]
Sent: Thursday, October 17, 2002 5:55 PM
To: Eric G. Russek; Thomas Benero
Subject: Renda Marine

Tom and Eric
I just spoke with John Kosloske at DOJ and he advised the following:
[redacted]
See you all next week.
George

**From:** Russek, Eric G SWG [/O=ORGANIZATION/OU=USACE SWG GALVESTON TX/CN=RECIPIENTS/CN=LOCAL/CN=M3RUSSEE]
**Sent:** Wednesday, February 19, 2003 10:27 PM
**To:** McClenan, Cecil M SWG; Rozsypal, Johnny SWG; Rawls, Michael B SWG; Martin, Arthur J SWG; Petty, Alex SWG; Benero, Thomas SWG; Few, James T SWG
**Subject:** FW: Survey Deliverables

FYI...

Eric G. Russek, P.E.
Project Engineer
Bay Area Office
409-766-3007

-----Original Message-----
**From:** George Strickler [mailto:gstrickler@cpmiteam.com]
**Sent:** Wednesday, February 19, 2003 4:06 PM
**To:** Eric G. Russek
**Subject:** Survey Deliverables

Eric

[redacted]

George



RM-GAL-0020390

**From:** Carelock, Donald W SWG
**Sent:** Tuesday, July 02, 2002 2:42 PM
**To:** Rozsypal, Johnny SWG
**Subject:** RE:

anytime.

-----Original Message-----
**From:** Rozsypal, Johnny SWG
**Sent:** Tuesday, July 02, 2002 8:31 AM
**To:** Keys, Daniel SWG
**Cc:** Carelock, Donald W SWG
**Subject:** RE:

Can we discuss today? Dan, Don, what's your availability?

-----Original Message-----
**From:** Keys, Daniel SWG
**Sent:** Friday, June 21, 2002 5:00 PM
**To:** Rozsypal, Johnny SWG
**Cc:** Carelock, Donald W SWG
**Subject:** RE:

Johnny, [redacted]

-----Original Message-----
**From:** Rozsypal, Johnny SWG
**Sent:** Friday, June 21, 2002 4:33 PM
**To:** Keys, Daniel SWG
**Cc:** Carelock, Donald W SWG
**Subject:** FW:

Dan, [redacted]

Anyway, Dan, call me and let's discuss.

-----Original Message-----
**From:** Carelock, Donald W SWG
**Sent:** Friday, June 21, 2002 11:34 AM
**To:** Rozsypal, Johnny SWG
**Subject:** FW:

-----Original Message-----

**From:** Carelock, Donald W SWG
**Sent:** Friday, June 21, 2002 11:17 AM
**To:** Rozsypal, Johnny SWG
**Cc:** Sutcliffe, Harrison T SWG; Keys, Daniel SWG
**Subject:**

Johnny-

Some time ago we decided to hold up paying Renda for the dredge standby at Freeport Inside. You felt like we needed something definite from legal, by way of case law, before we allowed the cost for the standby. To date I have not received any response from anyone with the results of that review. I am already on record with Renda stating that we would allow the cost, based upon advice at that time from Legal. Without something definite from Legal saying that the standby costs are unallowable, I need to move forward and begin negotiations with the contractor. I've already put Renda off as long as I can, and have told them that I will have an answer next week. They expect that I will be negotiating a price with them. Please provide me with the appropriate guidance.

Don C.

**From:** Benero, Thomas SWG
**Sent:** Thursday, August 23, 2001 2:34 PM
**To:** McClenan, Cecil M SWG
**Subject:** RE: Upper Bayou Project-Award of Claim Merit

OK, but please let Barry know this so he doesn't keep bugging you for dates.

-----Original Message-----
**From:** McClenan, Cecil M SWG
**Sent:** Thursday, August 23, 2001 8:23 AM
**To:** Benero, Thomas SWG; Keys, Daniel SWG
**Cc:** Russek, Eric G SWG; Krueger, Dalton H SWG
**Subject:** RE: Upper Bayou Project-Award of Claim Merit

Scheduled date is pending completion of George Strikler's analysis, coordination of analysis with the JV, and then development of the POM.

-----Original Message-----
**From:** Benero, Thomas SWG
**Sent:** Thursday, August 23, 2001 8:05 AM
**To:** McClenan, Cecil M SWG; Keys, Daniel SWG
**Cc:** Russek, Eric G SWG; Krueger, Dalton H SWG
**Subject:** Upper Bayou Project-Award of Claim Merit

Mike, as you already know, I received an E-mail message from Barry Smith stating that you have awarded merit for both obstruction claims, i.e., (1) Differing Site Conditions between stations 570+00 and 630+00 (Sections 4 thru 8), and (2) Differing Site Conditions between stations 660+00 and 685+00 (Section 9).

Barry also indicated that both of these REA's have been converted to Certified Claims and merit should come from me. If that is the case he is correct.

Barry also wants to know what George Strickland's status or position is in all these issues. I don't blame them, I would also like to know if I were the contractor. So Dan, my question to you is, [redacted] If not, we need to do so like real quick!!!

Mike, have we scheduled a date yet to begin negotiating all these issues with Renda? Please let me know.

Tom