# DEFENDANT'S APPENDIX

# INDEX TO DEFENDANT'S APPENDIX


| **Document** | **Page** |
|---|---|
| First and last pages of "Plaintiffs Exhibit List" | 1 |
| Letter dated April 20, 2004, from defendant's counsel to plaintiffs counsel | 3 |
| E-mail dated April 22, 2004, from plaintiff;s counsel to defendant's counsel | 4 |
| First and last pages of "Plaintiffs First Amended Exhibit List" | 5 |
| E-mail dated April 27, 2004, from Cheryl Moseley to Deborah Barbour re: revised trial exhibit list | 7 |
| E-mail dated May 3, 2004, from Cheryl Moseley to Deborah Barbour & John Kosloske | 8 |
| First and last pages of "Plaintiffs Second Amended Exhibit List" | 9 |

UNITED STATES COURT OF FEDERAL CLAIMS

RENDA MARINE, INC., § CASE NO. 02-306C
PLAINTIFF, §
§ (JUDGE HEWITT)
V. §
§
UNITED STATES ARMY §
CORPS OF ENGINEERS, §
DEFENDANT. §

1

## PLAINTIFF'S EXHIBIT LIST

| Plaintiff's Ex. No. | Beginning Bates No. | Date | Category | Title | Author | Recipient |
|---|---|---|---|---|---|---|
| 1 | RM-COE-06708 | 12/22/1998 | Certified Payroll Report | Statement of Compliance- | Affolter, James D | Corps of Engineers-Galveston Dist. |
| 1 | RM-COE-06700 | 12/23/1998 | Certified Payroll Report | Statement of Compliance- | Affolter, James D | Corps of Engineers-Galveston Dist. |
| 1 | RM-COE-06794 | 01/27/1999 | Certified Payroll Report | Statement of Compliance - Affolter Contracting Co., Inc. - 01/13/1999 thru 01/27/1999 | Affolter, James D | Corps of Engineers-Galveston Dist. |
| 1 | RM-COE-06770 | 02/24/1999 | Certified Payroll Report | Statement of Compliance-Affolter Contracting Co., Inc. - 01/24/1999 thru 02/24/1999 | Affolter, James D | Corps of Engineers-Galveston Dist. |
| 1 | RM-COE-06764 | 03/04/1999 | Certified Payroll Report | Statement of Compliance-Affolter Contracting Co., Inc. - 02/21/1999 thru 02/27/1999 | Affolter, James D | Corps of Engineers-Galveston Dist. |
| 1 | RM-COE-06757 | 03/10/1999 | Certified Payroll Report | Statement of Compliance - Affolter Contracting Co., Inc. - 02/28/1999 thru 03/06/1999 | Affolter, James D | Corps of Engineers-Galveston Dist. |

| Plaintiff's Ex. No. | Beginning Bates No. | Date | Category | Title | Author | Recipient |
|---|---|---|---|---|---|---|
| 3452 | CCM 00001 | 03/12/2004 | Photograph | Lost Lake Photos | Mathewson, Christopher C | |
| 3453 | REM46782 | 03/12/2004 | Video | Video Inspection of Lost Lake Levees | Renda Marine | |
| 3454 | RBM 0004 | 03/03/3004 | Reports | Documents utilized by Robert B. McCullough in preparing expert report | McCullough, Robert | |

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: s/Brian W. Erikson
Brian W. Erikson, TX Bar No. 06643800

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEYS FOR RENDA MARINE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April, 2004, a true and correct copy of Plaintiff's Witness List, was served electronically through the CM/ECF system for the Court of Federal Claims.

s/Brian W. Erikson
Brian W. Erikson



2

**U.S. Department of Justice**

Civil Division

JKosloske
DJ # 154-02-306

Telephone: (202) 307-0282
Telecopy: (202) 514-8624

*Washington, D.C. 20530*

By Telecopy and First Class Mail

April 20, 2004

Brian W. Erikson, Esq.
Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(Telecopy: (214) 871-2111)

Re: Renda Marine, Inc. v. United States,
No. 02-306C (Fed. Cl.)

Dear Mr. Erikson:

We received plaintiff's trial exhibit list. It contains 3,454 exhibits. Plaintiff's original witness list contains 2,809 exhibits. Your legal assistant, Cheryl Moseley, advised our paralegal, Debbie Barbour, that plaintiff's trial exhibit list is in error and that plaintiff's trial exhibit list should contain 2,850 exhibits. We need the correct trial exhibit list in order to prepare objections to plaintiff's trial exhibits. Please provide the correct list without delay.

Plaintiff provided the Government with a CD with the Bates number REM 46782. The title of the CD is "3/12/04 Video – Inspection of Lost Lake Levees." The CD that you provided is corrupt. We cannot view it. Please provide us with an uncorrupted version of this CD without delay.

Very truly yours,

John Kosloske

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch

3

**Kosloske, John**

---

**From:** berikson@qsclpc.com
**Sent:** Thursday, April 22, 2004 2:42 PM
**To:** Kosloske, John
**Cc:** cmoseley@qsclpc.com
**Subject:** FW: Renda Marine v. United States

tmp.htm Plaintiff's Ex List1.wpd Plaintiff's Ex List1.xls

John:

I retransmit what my legal assistant sent to yours out of an abundance of caution.

Brian W. Erikson
***

-----Original Message-----
From: Cheryl Moseley
Sent: Wednesday, April 21, 2004 11:52 PM
To: 'deborah.barbour@usdoj.gov'
Subject: Renda Marine v. United States

Debbie,

I transmit the Plaintiff's Amended Exhibit List in both WordPerfect and Excel formats. As I mentioned last week, I needed to remove some items from the exhibit list which we had determined were not going to be used, and were inadvertently included.

In my review and revision of the list, I also was able to combine another set of reports so that the total number of exhibits is less than the draft list which was provided to Mr. Kosloske on April 2, 2004. After our review of the RM-GAL production series, there may be some additions to the exhibit list from that group of documents.

I am out of the office the remainder of this week, but I will check my email periodically. Please let me know if you have any questions.

Cheryl Moseley, PLS, CLA, TSC
Certified Paralegal
Specialty Certified - Texas Civil Litigation

Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Phone: (214) 880-1845
Fax: (214) 871-2111

<<Plaintiff's Ex List1.wpd>> <<Plaintiff's Ex List1.xls>>

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>PLAINTIFF,<br><br>V.<br><br>UNITED STATES ARMY<br>CORPS OF ENGINEERS,<br>DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 02-306C<br><br>(JUDGE HEWITT) |

## PLAINTIFF'S FIRST AMENDED EXHIBIT LIST

15

| Ex. No. | Beginning Bates No. | Ending Bates No. | Date | Category | Title | Author | Recipient |
|---|---|---|---|---|---|---|---|
| 1 | RM-COE-06708 | RM-COE-06716 | 12/22/1998 | Certified Payroll Report | Statement of Compliance- | Affolter, James D | Corps of Engineers-Galveston Dist. |
| 1 | RM-COE-06700 | RM-COE-06707 | 12/23/1998 | Certified Payroll Report | Statement of Compliance- | Affolter, James D | Corps of Engineers-Galveston Dist. |
| 1 | RM-COE-06794 | RM-COE-06799 | 01/27/1999 | Certified Payroll Report | Statement of Compliance - Affolter Contracting Co., Inc. - 01/13/1999 thru 01/27/1999 | Affolter, James D | Corps of Engineers-Galveston Dist. |
| 1 | RM-COE-06770 | RM-COE-06775 | 02/24/1999 | Certified Payroll Report | Statement of Compliance-Affolter Contracting Co., Inc. - 01/24/1999 thru 02/24/1999 | Affolter, James D | Corps of Engineers-Galveston Dist. |
| 1 | RM-COE-06764 | RM-COE-06769 | 03/04/1999 | Certified Payroll Report | Statement of Compliance-Affolter Contracting Co., Inc. - 02/21/1999 thru 02/27/1999 | Affolter, James D | Corps of Engineers-Galveston Dist. |
| 1 | RM-COE-06757 | RM-COE-06763 | 03/10/1999 | Certified Payroll Report | Statement of Compliance - Affolter Contracting Co., Inc. - 02/28/1999 thru 03/06/1999 | Affolter, James D | Corps of Engineers-Galveston Dist. |

6

| Ex. No. | Beginning Bates No. | Ending Bates No. | Date | Category | Title | Author | Recipient |
|---|---|---|---|---|---|---|---|
| 2292 | Mcc 14 | Mcc 14 | 03/03/2004 | Reports | McCullough & Associates Evaluation of Claims, Expert Report of Robert B. McCullough, PE, CCE, CDT, Tab 14 -- Mechanical Levee Labor and Equipment Proposed Deductions | McCullough, Robert | |
| 2293 | Mcc 15 | Mcc 15 | 03/03/2004 | Reports | McCullough & Associates Evaluation of Claims, Expert Report of Robert B. McCullough, PE, CCE, CDT, Tab 15 -- Repair Invoice Duplication | McCullough, Robert | |
| 2294 | Mcc 16 | Mcc 16 | 03/03/2004 | Reports | McCullough & Associates Evaluation of Claims, Expert Report of Robert B. McCullough, PE, CCE, CDT, Tab 16 -- Billings and Claim Allocations | McCullough, Robert | |
| 2295 | Ray 01 | Ray 01 | 03/11/2004 | Report | Materials prepared by Kent Ray including four binders, one CD-ROM, and spreadsheets which summarize the costs and equipment rental incurred by Renda for the Project | Ray, Kent | Renda Marine |
| 2296 | CCM 00001 | CCM 00001 | 03/12/2004 | Photograph | CD containing Lost Lake Photos | Mathewson, Christopher C | |
| 2297 | RBM 0004 | RBM 0494 | 03/03/3004 | Reports | Documents utilized by Robert B. McCullough in preparing expert report | McCullough, Robert | |

**Barbour, Deborah**

**From:** cmoseley@qsclpc.com
**Sent:** Tuesday, April 27, 2004 10:51 AM
**To:** Barbour, Deborah
**Cc:** berikson@qsclpc.com
**Subject:** Renda Marine v. United States

tmp.htm ole0.bmp

Debbie,

As we discussed this morning, we are continuing to streamline Plaintiff's exhibit list. In an effort to assist the Government with preparation of any potential objections to Plaintiff's exhibit list, I wanted to alert you to our continued efforts to reduce our exhibit list.

Particularly, Exhibits 79, 266, 267, 273, 274, 275, and 276, have been reviewed and certain documents within each noted Bates range will be listed as an exhibit. Many of the documents will not be used within those Bates ranges. We have also determined additional exhibits which will be removed from the exhibit list. I expect to have a revised list to you by the end of this week.

Please let me know if you have any questions.

<<ole0.bmp>>

Cheryl Moseley, PLS, CLA, TSC
Certified Paralegal
Specialty Certified - Texas Civil Litigation

Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Phone: (214) 880-1845
Fax: (214) 871-2111

## Kosloske, John

**From:** cmoseley@qsclpc.com
**Sent:** Monday, May 03, 2004 8:00 PM
**To:** Barbour, Deborah; Kosloske, John
**Cc:** berikson@qsclpc.com
**Subject:** Renda Marine v. United States

tmp.htm ole2.bmp Plaintiff's Ex List2.wpd Plaintiff's Ex List2.xls

As promised, I transmit Plaintiff's Second Amended Exhibit List in both WordPerfect and Excel formats.

If you have any questions, please feel free to contact me.

<<Plaintiff's Ex List2.wpd>> <<Plaintiff's Ex List2.xls>>

<<ole2.bmp>>

Cheryl Moseley, PLS, CLA, TSC
Certified Paralegal
Specialty Certified - Texas Civil Litigation

Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Phone: (214) 880-1845
Fax: (214) 871-2111

UNITED STATES COURT OF FEDERAL CLAIMS

RENDA MARINE, INC., PLAINTIFF, § CASE NO. 02-306C
V. § (JUDGE HEWITT)
UNITED STATES ARMY CORPS OF ENGINEERS, DEFENDANT. §

9

## PLAINTIFF'S SECOND AMENDED EXHIBIT LIST

| Ex. No. | Beginning Bates No. | Ending Bates No. | Date | Category | Title | Author | Recipient |
|---|---|---|---|---|---|---|---|
| 1 | RM-COE-06708 | RM-COE-06716 | 12/22/1998 | Certified Payroll Report | Statement of Compliance- | Affolter, James D | Corps of Engineers-Galveston Dist. |
| 1 | RM-COE-06700 | RM-COE-06707 | 12/23/1998 | Certified Payroll Report | Statement of Compliance- | Affolter, James D | Corps of Engineers-Galveston Dist. |
| 1 | RM-COE-06794 | RM-COE-06799 | 01/27/1999 | Certified Payroll Report | Statement of Compliance - Affolter Contracting Co., Inc. - 01/13/1999 thru 01/27/1999 | Affolter, James D | Corps of Engineers-Galveston Dist. |
| 1 | RM-COE-06770 | RM-COE-06775 | 02/24/1999 | Certified Payroll Report | Statement of Compliance- Affolter Contracting Co., Inc. - 01/24/1999 thru 02/24/1999 | Affolter, James D | Corps of Engineers-Galveston Dist. |
| 1 | RM-COE-06764 | RM-COE-06769 | 03/04/1999 | Certified Payroll Report | Statement of Compliance- Affolter Contracting Co., Inc. - 02/21/1999 thru 02/27/1999 | Affolter, James D | Corps of Engineers-Galveston Dist. |
| 1 | RM-COE-06757 | RM-COE-06763 | 03/10/1999 | Certified Payroll Report | Statement of Compliance - Affolter Contracting Co., Inc. - 02/28/1999 thru 03/06/1999 | Affolter, James D | Corps of Engineers-Galveston Dist. |

| Ex. No. | Beginning Bates No. | Ending Bates No. | Date | Category | Title | Author | Recipient |
|---|---|---|---|---|---|---|---|
| 2004 | Mcc 09 | Mcc 09 | 03/03/2004 | Reports | McCullough & Associates Evaluation of Claims, Expert Report of Robert B. McCullough, PE, CCE, CDT, Tab 9 -- Hydraulic Levees Labor and Equipment Damage Calculations | McCullough, Robert | |
| 2005 | Mcc 11 | Mcc 11 | 03/03/2004 | Reports | McCullough & Associates Evaluation of Claims, Expert Report of Robert B. McCullough, PE, CCE, CDT, Tab 11 -- Mechanical Levees Equipment | McCullough, Robert | |
| 2006 | Ray 01 | Ray 01 | 03/11/2004 | Reports | Materials prepared by Kent Ray including four binders, one CD-ROM, and spreadsheets which summarize the costs and equipment rental incurred by Renda for the Project | Ray, Kent | Renda Marine |
| 2007 | REM46782 | REM46782 | 03/12/2004 | Video | Video Inspection of Lost Lake Levees | Renda Marine | |
| 2008 | RBM 0004 | RBM 0494 | 03/03/3004 | Reports | Documents utilized by Robert B. McCullough in preparing expert report | McCullough, Robert | |
| 2009 | RM-HVJ-00001 | RM-HVJ-01747 | | | CD produced by Governmentwith Connole expert docs | HVJ Associates | Corps of Engineers-Galveston Dist. |

10