# EXHIBIT H


1 888 ASK IKON
IKON
The Way Business
Gets Communicated
RM-FC-12991
RM-FC-12998
2004 5 6

CD-Roms - 20