

CD-Roms - 21




Government Produced Documents