

Government Produced Documents


CliCKS
CliCKS
CliCKS