UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>PLAINTIFF,<br><br>V.<br><br>UNITED STATES ARMY<br>CORPS OF ENGINEERS,<br>DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 02-306C<br><br>(JUDGE HEWITT) |

**RENDA MARINE, INC.'S MOTION FOR EXPEDITED HEARING ON MOTION TO COMPEL**

Plaintiff, Renda Marine, Inc. ("Renda"), respectfully requests that the Court set an expedited hearing by telephone to consider Renda's Motion to Compel. In support, Renda would show the following.

Renda filed its Motion to Compel on April 14, 2004, in which it requested that the Court order Defendant to (1) produce seven or eight boxes of documents that were retrieved from computer hard drives, e-mail servers, and backup tapes; (2) produce documents over which Defendant improperly claims a privilege; (3) pay Universal Document Solutions for its services in restoring such electronic data; and (4) produce documents that Defendant previously agreed to produce but has of yet failed to do so.

Subsequent to that filing, Renda learned that Defendant had finally paid Universal Document Solutions for its services in restoring electronic data from Defendant's computer hard drive, rendering that issue moot.

Defendant filed its Response to Renda's Motion to Compel on April 30, 2004. The Court ordered that Renda's reply to Defendant's Response be due by May 14, 2004. In an effort to resolve this matter as quickly as possible, Renda has filed its Reply contemporaneously with this Motion for Expedited Hearing.

If the Court orders Defendant to produce the items requested, Renda needs access to the documents immediately in order to review them for trial which will begin on June 15, 2004. Both parties are in the midst of trial preparation and need this matter resolved quickly.

My paralegal, Cheryl Moseley, conferred with the attorney for the Defendant to determine mutually agreeable dates and times for the hearing to be held by telephone. The parties agreed to make themselves available at either 11:00 a.m. EST or 3:00 p.m. EST on any of the following days: May 10, 2004; May 11, 2004; May 12, 2004; May 13, 2004: May 14, 2004; or May 15, 2004. If the Court requires additional days which are mutually agreeable with the parties, please advise.

Accordingly, Renda requests that the Court set a telephonic hearing on its Motion to Compel for any of the dates and times listed above.

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: s/Brian W. Erikson
Brian W. Erikson, TX Bar No. 06643800

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEYS FOR RENDA MARINE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2004, a true and correct copy of Renda Marine, Inc.'s Motion for an Expedited Hearing on Motion to Compel, was served electronically through the CM/ECF system for the Court of Federal Claims.

s/Brian W. Erikson
Brian W. Erikson