UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>PLAINTIFF, | §<br>§<br>§ | CASE NO. 02-306C |
| V. | §<br>§ | (JUDGE HEWITT) |
| UNITED STATES ARMY<br>CORPS OF ENGINEERS,<br>DEFENDANT. | §<br>§<br>§ | |

**RENDA MARINE, INC.'S RESPONSE TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS**

Plaintiff, Renda Marine, Inc. ("Renda"), respectfully responds to the Government's Motion for an Enlargement of Time to File Objections to Plaintiff's Trial Exhibits. In support, Renda would show the following.

The Court's scheduling order of March 19, 2004, reflected that the meeting of counsel was to be held on April 2, 2004, at which time exhibit lists were to be exchanged between the parties and reviewed.

Throughout this case, close to 100,000 pages of documents have been exchanged between the parties. This Court's Case Management Procedure, paragraph 13(a), states, in part "Failure to list an exhibit shall result, absent agreement of the parties or a showing of a compelling reason for the failure, in an exclusion of the exhibit at trial." In order to comply with that statement, Renda prepared an exhibit list containing almost every exhibit it may use at trial. By letter dated April 1, 2004, Renda submitted its draft exhibit list with 2,809 exhibits to Defendant's attorney for review. A copy of such letter is attached as Exhibit A to the Affidavit of Cheryl Moseley.

In the week following the transmission of the draft exhibit list, and before the exhibit list had to be filed with the Court, Renda notified Defendant's attorney of several exhibits which had been

inadvertently left off of the draft exhibit list. See Exhibits B and C to the Affidavit of Cheryl Moseley.

On April 14, 2004, Renda had a multitude of pretrial documents that had to be filed, including its exhibit list. Due to equipment problems at Renda's attorney's office, and errors encountered with the software programs utilized, it became quite urgent that an exhibit list be filed with the Court prior to midnight. The filing was accomplished at 11:40 CST, with a mere 20 minutes to spare. Unfortunately, the exhibit list that was filed listed 3,454 exhibits, about 600 more than were actually being considered for use at trial. The error was caused by a sorting problem within the software program and the inadvertent inclusion of exhibits that had been marked for exclusion from the exhibit list.

As soon as she arrived in the office the next day, my paralegal, Cheryl Moseley, called the paralegal for Defendant's attorney and advised her of the problem with the exhibit list. She told her that Renda would remove the excluded exhibits and get a new list to the Defendant as soon as possible. In late March 2004, Defendant had produced to Renda five boxes consisting mainly of email restored from the Corps of Engineers' backup tapes and hard drives. The Court had allowed Renda to supplement its exhibit list with documents from such electronic restoration. Ms. Moseley also advised the Defendant that as soon as Renda reviewed the five boxes of electronic discovery documents (numbered with a series beginning RM-GAL-00001), Renda would probably add some of those documents to the exhibit list.

As a precaution, and to put the Defendant on notice of its intention to use such documents, Renda listed the RM-GAL series of documents in each exhibit list it transmitted to Defendant and filed with the Court.

On April 21, 2004, Renda submitted its First Amended Exhibit List to Defendant, noting that the list reflected the reduction of numerous documents which had been reviewed and excluded by Plaintiff as an exhibit, and also combined an entire set of reports into one exhibit. Altogether, the exhibit list was reduced by 512 entries. See Exhibit D to the Affidavit of Cheryl Moseley.

On April 27, 2004, Renda notified Defendant that there were several exhibits which were identified as entire CDs which had been reviewed with many of the documents being culled out as exhibits. Renda advised that a new exhibit list was being prepared and would hopefully be sent by the end of the week. See Exhibit E to the Affidavit of Cheryl Moseley.

On May 3, 2004, Renda provided its Second Amended Exhibit List to Defendant, with a total of 2009 exhibits, a reduction of 800 exhibits from its earlier exhibit list transmitted on April 2, 2004. See Exhibit F to the Affidavit of Cheryl Moseley.

From April 2, 2004, through May 3, 2004, Renda's attorneys and staff conducted an exhaustive review of nearly every document identified as an exhibit on Renda's exhibit list, to weed out unnecessary documents. To the extent that exhibits were added, Renda notified Defendant that the exhibits would be used and had them listed on the exhibit list from the time it was filed with the Court.

Defendant has been well aware of the documents which Renda intends to use as exhibits at trial since April 2, 2004. The Court-ordered deadline for Defendant to file its objections to Renda's exhibits is scheduled for May 12, 2004, some 41 days later. Even if Defendant wanted to claim that it was not on notice until the Renda's exhibit list was filed with the Court on April 14, 2004, that would still allow Defendant 36 days to prepare its objections.

Significantly, after Defendant submitted its exhibit list to Renda on April 2, 2004, Renda's deadline to file its objections to Defendant's exhibit list was a mere 12 days away. Renda prepared

and timely filed its objections to Defendant's exhibit list on April 14, 2004, without requiring or requesting an extension of time in which to do so.

Renda respectfully opposes the enlargement of time Defendant seeks and requests that the Court deny the relief requested.

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: s/Brian W. Erikson
Brian W. Erikson, TX Bar No. 06643800

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEYS FOR RENDA MARINE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2004, a true and correct copy of Renda Marine, Inc.'s Response to Defendant's Motion for Enlargement of Time, was served electronically through the CM/ECF system for the Court of Federal Claims.

s/Brian W. Erikson
Brian W. Erikson

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., PLAINTIFF, | § § | |
| | § | CASE NO. 02-306C |
| V. | § | |
| | § | (JUDGE HEWITT) |
| UNITED STATES ARMY CORPS OF ENGINEERS, DEFENDANT. | § § § | |

**AFFIDAVIT OF CHERYL MOSELEY IN SUPPORT OF RENDA MARINE, INC.'S RESPONSE TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS**

BEFORE ME, the undersigned authority, on this day personally appeared Cheryl Moseley, known to me to be the person whose name is subscribed hereto, who, after being by me first duly sworn, deposed on her oath as follows:

1. "My name is Cheryl Moseley. I am over the age of 21 years and I am competent to make this affidavit. The statements which follow are based on my personal knowledge and are true and correct.

2. " I am a certified paralegal employed at the firm of Quilling Selander Cummiskey & Lownds, and assisting Brian Erikson on the referenced case.

3. "On April 1, 2004, I sent by overnight delivery a letter to Defendant's attorney which enclosed Renda Marine's draft exhibit list. My letter of April 1, 2004, is attached to this affidavit as Exhibit A.

4. "In the week following the transmission of the draft exhibit list, and before the exhibit list had to be filed with the Court, I sent two letters to Defendant's advising of several exhibits which had been inadvertently left off of the draft exhibit list. My letters of April 7, 2004, and April 9, 2004, are attached to this affidavit as Exhibits B and C.

5. "On April 14, 2004, Renda had a multitude of pretrial documents that had to be filed, including its exhibit list. Due to equipment problems I encountered during the conversion of the documents to PDF format, and errors encountered with the software programs utilized, it became quite urgent that an exhibit list be filed with the Court prior to midnight. The filing was accomplished at 11:40 CST, with a mere 20 minutes to spare. Unfortunately, the exhibit list that was filed listed 3,454 exhibits, about 600 more than were actually being considered for use at trial. The error was caused by a sorting problem within the software program and the inadvertent inclusion of exhibits that had been marked for exclusion from the exhibit list.

6. "As soon as I arrived in the office the next day, I called Debbie Barbour, the paralegal for Defendant's attorney, and advised her of the problem with the exhibit list. I told her that that Renda would remove the excluded exhibits and get a new list to the Defendant as soon as possible. I also advised the Defendant that as soon as Renda reviewed the five boxes of electronic discovery documents (numbered with a series beginning RM-GAL-00001), Renda would add some of those documents to the exhibit list.

7. "As a precaution, and to put the Defendant on notice of its intention to use such documents, Renda has consistently listed the RM-GAL series of documents in each exhibit list it transmitted to Defendant and filed with the Court.

8. "On April 21, 2004, I sent an email to Debbie Barbour which submitted Renda's First Amended Exhibit List, noting that the list reflected the reduction of numerous documents which had been reviewed and excluded by Plaintiff as an exhibit, and also combined an entire set of reports into one exhibit. Altogether, the exhibit list was reduced by 512 entries. See Exhibit E to this Affidavit.

9. "On April 27, 2004, I notified Ms. Barbour that there were several exhibits which were identified as entire CDs which had been reviewed with many of the documents being culled

out as exhibits. I advised that a new exhibit list was being prepared and would hopefully be sent by the end of the week. See Exhibit E to this Affidavit.

10. "On May 3, 2004, Renda provided its Second Amended Exhibit List to Defendant, with a total of 2009 exhibits, a reduction of 800 exhibits from its earlier exhibit list transmitted on April 2, 2004. See Exhibit F to this Affidavit."

Further Affiant sayeth not.

Cheryl Moseley

CHERYL MOSELEY

SUBSCRIBED AND SWORN TO BEFORE ME on this 6th day of May, 2004, by Cheryl Moseley.

HEIDI VORNHOLT
Notary Public, State of Texas
My Commission Expires
July 06, 2005

Heidi Vornholt

Notary Public - State of Texas

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

CHERYL MOSELEY, PLS, CLA, TSC
CERTIFIED LEGAL ASSISTANT
SPECIALTY CERTIFIED - TEXAS CIVIL LITIGATION

Direct Line: 214.880.1845
E-mail: cmoseley@qsclpc.com

April 1, 2004

John E. Kosloske, Esq.
Senior Trial Counsel, Commercial Litigation Branch
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., Room 12052
Washington, D.C. 20005

*Via Federal Express*

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Kosloske:

As required by the Court's Order of March 19, 2004, and the Court's Case Management Procedures, I enclosure the Plaintiff's preliminary exhibit list and witness list.

I trust that defendant's preliminary exhibit and witness lists will be transmitted to our office no later than 10:00 a.m. CST on Friday, April 2, 2004.

Mr. Erikson will call you at 3:00 p.m. CST to discuss the respective lists and the items outlined in Appendix A, Paragraph 13(c).

Sincerely yours,

Cheryl Moseley

Cheryl Moseley, PLS, CLA, TSC
Paralegal to Brian W. Erikson

/cam
Enclosures
S:\Construction\Renda Marine\Upper Bayou 565.09\Kosloske 064.wpd

cc: Oscar Renda

EXHIBIT
A
Blumberg No. 5118

BRIAN W. ERIKSON

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

Direct Line: 214.880.1844
E-mail: berikson@qsclpc.com

April 7, 2004

John E. Kosloske, Esq.
Senior Trial Counsel, Commercial Litigation Branch
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., Room 12052
Washington, D.C. 20005

*Via Facsimile and*
*Via Federal Express*

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Kosloske:

Please be advised that Plaintiff intends to offer as exhibits the following documents which you have already received:

1. Side Scan and Magnetometer Surveys of Upper Bay, dated January 2001, Sheets 1 through 13, designated as Plaintiff's Exhibit 2810;

2. Expert report of Christopher C. Mathewson, PhD, PE, designated as Plaintiff's Exhibit 2811;

3. Expert report of Robert B. McCullough, PE, CCE, CDT, designated as Plaintiff's Exhibit 2812;

4. Documents utilized by Robert B. McCullough in preparing expert report, numbered as RBM 0004-0494, designated as Plaintiff's Exhibit 2813;

5. Expert report of Benton Goodloe, designated as Plaintiff's Exhibit 2814.

Throughout the various depositions, I have utilized a notebook containing blow-ups of the Soil Boring Logs included in the initial plans and specifications. That notebook will be utilized by the Plaintiff as trial exhibit 2815. The notebook has been copied and will be sent to you by overnight delivery with the hard copy of this letter.

Finally, in conjunction with the requirements of paragraph 13(a) of Appendix A to the Rules of the Court of Federal Claims, I submit the attached List of Plaintiff's Summary Exhibits regarding Plaintiff's Exhibits 2816 through 2831.

Sincerely yours,

Brian W. Erikson/cam

Brian W. Erikson

EXHIBIT
B

Blumberg No. 5118

BWE/cam
Enclosure
S:\Construction\Renda Marine\Upper Bayou 565.09\Kosloske 067.wpd

CHERYL MOSELEY, PLS, CLA, TSC
CERTIFIED PARALEGAL
SPECIALTY CERTIFIED - TEXAS CIVIL LITIGATION

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

Direct Line: 214.880.1845
E-mail: cmoseley@qsclpc.com

April 9, 2004

John E. Kosloske, Esq.
Senior Trial Counsel, Commercial Litigation Branch
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., Room 12052
Washington, D.C. 20005

*Via Facsimile*

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Kosloske:

Please be advised that Plaintiff intends to offer as exhibits the following documents which were sent to you on March 11, 2004:

Four 3-inch, 3 ring binders of documents produced by Kent Ray of Milbern Ray and Company, along with a CD-Rom, as well as the spreadsheets prepared by Mr. Ray. Mr. Ray's materials will be designated as Plaintiff's Trial Exhibit 2832.

Additionally, please note that Plaintiff designates Kent Ray as a fact witness in this case. After Mr. Erikson has a chance to review them on Monday, the Supplemental Witness List and Supplemental Listing of Summary Exhibits will be sent to you by facsimile.

If you have any questions regarding this notice, please feel free to call me.

Sincerely yours,

Cheryl Moseley

Cheryl Moseley, PLS, CLA, TSC
Paralegal to Brian W. Erikson

/cam
S:\Construction\Renda Marine\Upper Bayou 565.09\Kosloske 068.wpd

Blumberg No. 5118
EXHIBIT
C

**Cheryl Moseley**

**From:** Brian Erikson
**Sent:** Thursday, April 22, 2004 1:42 PM
**To:** 'john.kosloske@usdoj.gov'
**Cc:** Cheryl Moseley
**Subject:** FW: Renda Marine v. United States

John:

I retransmit what my legal assistant sent to yours out of an abundance of caution.

Brian W. Erikson
***

-----Original Message-----
**From:** Cheryl Moseley
**Sent:** Wednesday, April 21, 2004 11:52 PM
**To:** 'deborah.barbour@usdoj.gov'
**Subject:** Renda Marine v. United States

Debbie,

I transmit the Plaintiff's Amended Exhibit List in both WordPerfect and Excel formats. As I mentioned last week, I needed to remove some items from the exhibit list which we had determined were not going to be used, and were inadvertently included.

In my review and revision of the list, I also was able to combine another set of reports so that the total number of exhibits is less than the draft list which was provided to Mr. Kosloske on April 2, 2004. After our review of the RM-GAL production series, there may be some additions to the exhibit list from that group of documents.

I am out of the office the remainder of this week, but I will check my email periodically. Please let me know if you have any questions.

Cheryl Moseley, PLS, CLA, TSC
Certified Paralegal
Specialty Certified - Texas Civil Litigation

Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Phone: (214) 880-1845
Fax: (214) 871-2111

Plaintiff's Ex List1.wpd

Plaintiff's Ex List1.xls

Blumberg No. 5118
EXHIBIT
D

**Cheryl Moseley**

**From:** Cheryl Moseley
**Sent:** Tuesday, April 27, 2004 9:51 AM
**To:** 'deborah.barbour@usdoj.gov'
**Cc:** Brian Erikson
**Subject:** Renda Marine v. United States

Debbie,

As we discussed this morning, we are continuing to streamline Plaintiff's exhibit list. In an effort to assist the Government with preparation of any potential objections to Plaintiff's exhibit list, I wanted to alert you to our continued efforts to reduce our exhibit list.

Particularly, Exhibits 79, 266, 267, 273, 274, 275, and 276, have been reviewed and certain documents within each noted Bates range will be listed as an exhibit. Many of the documents will not be used within those Bates ranges. We have also determined additional exhibits which will be removed from the exhibit list. I expect to have a revised list to you by the end of this week.

Please let me know if you have any questions.

Cheryl Moseley

Cheryl Moseley, PLS, CLA, TSC
Certified Paralegal
Specialty Certified - Texas Civil Litigation

Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Phone: (214) 880-1845
Fax: (214) 871-2111

Blumberg No. 5118
EXHIBIT
E

## Cheryl Moseley

**From:** Cheryl Moseley
**Sent:** Monday, May 03, 2004 7:00 PM
**To:** 'john.kosloske@usdoj.gov'; 'deborah.barbour@usdoj.gov'
**Cc:** Brian Erikson
**Subject:** Renda Marine v. United States

As promised, I transmit Plaintiff's Second Amended Exhibit List in both WordPerfect and Excel formats.

If you have any questions, please feel free to contact me.

Plaintiff's Ex List2.wpd    Plaintiff's Ex List2.xls

Cheryl Moseley, PLS, CLA, TSC
Certified Paralegal
Specialty Certified - Texas Civil Litigation

Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Phone: (214) 880-1845
Fax: (214) 871-2111

Blumberg No. 5118
EXHIBIT
F