# DEFENDANT'S APPENDIX

# INDEX TO DEFENDANT'S APPENDIX


| Document | Page |
|---|---|
| Excerpts from deposition of Oscar Renda in this case | 1 |
| Excerpts from deposition of Rudy Renda in this case | 8 |
| Excerpts from deposition of Oscar Renda in Renda Marine, Inc. v. Dredging Supply Co., Inc., Case No. H00-1721 (S.D. Tex.) | 15 |
| Excerpts from deposition of Steve Bowman in Renda Marine, Inc. v. Dredging Supply Co., Inc., Case No. H00-1721 (S.D. Tex.) | 21 |
| Excerpts from deposition of Rudy Renda in Renda Marine, Inc. v. Dredging Supply Co., Inc., Case No. H00-1721 (S.D. Tex.) | 26 |
| Excerpts from deposition of Burson Warren in Renda Marine, Inc. v. Dredging Supply Co., Inc., Case No. H00-1721 (S.D. Tex.) | 31 |
| Excerpts from deposition of Burson Warren in this case | 37 |
| Excerpts from deposition of William Wetta, II, in this case | 48 |
| Excerpts from deposition of Eddie Fisher in this case | 52 |
| Excerpts from deposition of Steve Bowman in this case | 57 |

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RENDA Marine, INC. | ) | |
| | ) | |
| Plaintiff | ) | CASE NO. 02-306C |
| | ) | |
| V. | ) | |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant | ) | |

* * * * * * * * * * * * * * * *

OSCAR RENDA

* * * * * * * * * * * * * * * *

ORIGINAL

January 15, 2004 Dallas, Texas

Monica S. Faulk

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RENDA Marine, INC. | ) | |
| | ) | |
| Plaintiff | ) | CASE NO. 02-306C |
| | ) | |
| V. | ) | |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant | ) | |

* * * * * * * * * * * * * * * *

OSCAR RENDA

* * * * * * * * * * * * * * * *

ANSWERS AND ORAL DEPOSITION OF OSCAR RENDA, produced as a witness at the instance of the Defendant, taken in the above-styled and -numbered cause on the 15th day of January, 2004, at 1:17 a.m., before Monica S. Faulk, a Certified Shorthand Reporter in and for the State of Texas, in the conference room of QUILLING, SELANDER, CUMMISKEY & LOWNDS, 2001 Bryan Street, Suite 1800, City of Dallas, County of Dallas and State of Texas, in accordance with the Federal Rules of Civil Procedure and the agreement hereinafter set forth:

A P P E A R A N C E S

UNITED STATES DEPARTMENT OF JUSTICE
1100 L Street, N.W., Room 12052
Washington, DC 20005
By: Mr. John Kosloske

APPEARING ON BEHALF OF THE UNITED STATES

QUILLING, SELANDER, CUMMISKEY & LOWNDS
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
By: Mr. Brian Erikson

APPEARING ON BEHALF OF RENDA Marine, INC.

# I N D E X

ORAL DEPOSITION OF OSCAR RENDA
Taken on January 15, 2004

PAGE

Appearances....................................3

Exhibit Index..................................5

OSCAR RENDA

DIRECT EXAMINATION
BY: Mr. Kosloske.......................6

Signature and Corrigendum.........................53

Reporter's Certificate............................54

# E X H I B I T  I N D E X

| GOVERNMENT EXHIBIT | | PAGE FIRST REFERENCED |
|---|---|---|
| 1 | Letter | 25 |
| 2 | Letter | 27 |
| 3 | Letter | 29 |
| 4 | Letter | 30 |
| 5 | Letter | 31 |
| 6 | Letter | 33 |
| 7 | Letter | 39 |
| 8 | Letter | 40 |
| 9 | Letter | 42 |
| 10 | Letter | 48 |
| 11 | Letter | 49 |

STIPULATIONS

(Deposition commenced at 1:17 p.m.)

MR. KOSLOSKE: For the record, my name is John Kosloske. I'm an attorney with the United States Department of Justice. I representing the United States in the suit that's styled Renda Marine, Inc. versus the United States, Case No. 02-306C. It's in the United States Court of Federal Claims in Washington, D.C.

MR. ERIKSON: And I'm Brian Erikson. I represent Renda Marine.

OSCAR RENDA,

the witness, having been duly sworn to tell the truth, testified on his oath as follows:

DIRECT EXAMINATION

BY MR. KOSLOSKE:

Q. Would you state your full name for the record and spell it, please?

A. Oscar Rend, O-s-c-a-r, R-e-n-d-a.

Q. And what is your occupation, sir?

A. Contractor, ex-teacher.

Q. Are you the president of Oscar Renda Contracting, Inc.?

A. Yes.

Q. Was Oscar Renda Contracting, Inc. created or

A. I don't remember the exact date, but if you say '98 I --

Q. Do you hold a position in Renda Marine?

A. Yes.

Q. And what's your position?

A. President.

Q. Have you been president of Renda Marine since the company was created?

A. Yes.

Q. Do you own stock in Renda Marine?

A. Yes.

Q. What percentage of the Renda Marine stock do you own?

A. Now?

Q. At present.

A. All of it.

Q. When Renda Marine was initially created, what percentage of the stock did you own?

A. Don't hold me to the numbers, and I'm just guessing, around maybe 75 or 70 percent. Something like that. I'm not sure.

Q. And who were the other individuals who owned stock in Renda Marine when the company was created?

A. Eddie Fisher and Steve Bowman.

Q. Did Eddie Fisher own approximately 15 percent

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RENDA MARINE, INC. | ) | |
| | ) | |
| Plaintiff | ) | CASE NO. 02-306C |
| | ) | |
| V. | ) | |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant | ) | |

* * * * * * * * * * * * * * * *

RUDOLPH RENDA

* * * * * * * * * * * * * * * *

ORIGINAL

January 15, 2004 Dallas, Texas

Monica S. Faulk

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RENDA MARINE, INC. | ) | |
| Plaintiff | ) | CASE NO. 02-306C |
| V. | ) | |
| THE UNITED STATES | ) | |
| Defendant | ) | |

* * * * * * * * * * * * * * * *

RUDOLPH RENDA

* * * * * * * * * * * * * * * *

ANSWERS AND ORAL DEPOSITION OF RUDOLPH RENDA, produced as a witness at the instance of the Defendant, taken in the above-styled and -numbered cause on the 15th day of January, 2004, at 9:35 a.m., before Monica S. Faulk, a Certified Shorthand Reporter in and for the State of Texas, in the conference room of QUILLING, SELANDER, CUMMISKEY & LOWNDS, 2001 Bryan Street, Suite 1800, City of Dallas, County of Dallas and State of Texas, in accordance with the Federal Rules of Civil Procedure and the agreement hereinafter set forth:

APPEARANCES

UNITED STATES DEPARTMENT OF JUSTICE
1100 L Street, N.W., Room 12052
Washington, DC 20005
By: Mr. John Kosloske

APPEARING ON BEHALF OF THE UNITED STATES

QUILLING, SELANDER, CUMMISKEY & LOWNDS
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
By: Mr. Brian Erikson

APPEARING ON BEHALF OF RENDA MARINE, INC.

# I N D E X

ORAL DEPOSITION OF RUDOLPH RENDA
Taken on January 15, 2004

PAGE

Appearances....................................3

Exhibit Index..................................5

RUDOLPH RENDA

DIRECT EXAMINATION
BY: Mr. Kosloske.........................6

Signature and Corrigendum........................79

Reporter's Certificate...........................80

EXHIBIT INDEX


| GOVERNMENT EXHIBIT | | PAGE FIRST REFERENCED |
|---|---|---|
| 1 | Diagrams.................................... (Not attached to transcript as agreement made between counsel) | 43 |

S T I P U L A T I O N S

(Deposition commenced at 9:35 a.m.)

MR. KOSLOSKE: My name is John Kosloske. I'm an attorney with the Department of Justice. I represent the United States in the litigation to which this deposition relates. That is Renda Marine, Inc. versus the United States, No. 02-306C. It's in the Court of Federal Claims in Washington.

MR. ZUKOSKI: Eric Zukoski for Renda Marine. I am filling in for lead counsel Brian Erikson who is in a meeting. I anticipate that he will be joining us -- taking my place some time this morning.

RUDOLPH RENDA,

the witness, having been duly sworn to tell the truth, testified on his oath as follows:

DIRECT EXAMINATION

BY MR. KOSLOSKE:

Q. Would you state your full name for the record, please?
A. Rudolph J. Renda.
Q. Is there -- your middle name Joseph?
A. Joseph.
Q. Mr. Renda, my name is John Kosloske. I'm an attorney with the Department of Justice representing

uh-huh or huh-uh so that the court reporter can accurately transcribe your answer.

Also, if you'll allow me to finish a question before you begin an answer, and I'll endeavor to allow you to answer before I begin a question. Again, so that the court reporter can accurately transcribe the questions and answers in the deposition. And if there is -- if I ask a question and you don't understand it or some part of the question, please say so so that we can -- I can attempt to reclarify it for you or rephrase.

Also, if you need a break at any time just say so and we can accommodate that. That's not a problem. All right?

A. Yes.

Q. Okay. What is your occupation, sir?

A. I'm vice-president of Oscar Renda Contracting and acting vice-president of Renda Marine.

Q. How long have you been vice-president of Oscar Renda Contracting?

A. 28 years.

Q. And as a vice-president for Oscar Renda Contracting, what are your duties and responsibilities?

A. Administration, equipment purchasing,

RM-DSC-000740



CIVIL ACTION NUMBER H-00-1721

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RENDA MARINE, INC.

VS

DREDGING SUPPLY CO., INC.

ORAL DEPOSITION

OF

OSCAR RENDA

November 21, 2000

ANSWERS AND DEPOSITION OF OSCAR RENDA, produced as a witness at the instance of the Defendant, taken in the above-styled and numbered cause on the 21st day of November, 2000, at 2:29 p.m., before Anita K. Spurger, a Certified Shorthand Reporter in and for the State of Texas, at the offices of Quilling, Selander, Cummiskey & Lownds, located at 2001 Bryan Tower, Suite 1800, in the City of Dallas, County of Dallas, and State of Texas.

ORIGINAL

A P P E A R A N C E S

MR. RICHARD K. LEEFE
Leefe, Gibbs & Koehler
3900 North Causeway Boulevard
Suite 1470
Metairie, Louisiana 70002
APPEARING FOR THE PLAINTIFF

MR. BRIAN W. ERIKSON
Quilling, Selander, Cummiskey & Lownds
2001 Bryan Tower
Suite 1800
Dallas, Texas 75201
APPEARING FOR THE DEFENDANT

ALSO PRESENT: Mr. Bill Wetta,
Mr. Al Courcella,
Mr. Rudy Renda

ORIGINAL

RM-DSC-000742



# I N D E X

WITNESS: OSCAR RENDA PAGE

Examination by Mr. Leefe 4

RM-DSC-000743



P R O C E E D I N G S

MR. LEEFE: Same agreements?

MR. ERIKSON: Sure.

OSCAR RENDA,

having been duly sworn, testified as follows:

EXAMINATION

BY MR. LEEFE:

Q. Mr. Renda, you were here for Rudy Renda's deposition?

A. Yes, sir.

Q. You heard his testimony?

A. Yes, sir.

Q. Y'all are brothers?

A. Yes.

Q. You're older? He's older?

A. I'm older.

Q. What is your educational background?

A. I have a bachelor of arts degree -- a BS degree from North Texas State University in Denton.

Q. A BS in what?

A. Education.

Q. And what is -- when did you finish that?

A. 1971.

Q. And what is your work history after that?

A. Work history, let's see. I taught school for

RM-DSC-800781



every contract I ever signed on for the last 26 years.
Q. Okay. Let me ask you specifically the sanctions from the Corps of Engineers.
A. The sanction?
Q. The formal sanctions.
A. Well, the formal sanctions, they call a bonding company every --
Q. "They" is the Corps?
A. The Corps. Contacted my bonding company saying that these guys are late. We have a whole file. If you look at the records, you'll see a file full of, you know, no production, you're late, we're going to throw you off, all of these things on all of our projects -- not all, but --
Q. When the documents are produced, we should have a file containing all of those?
A. Correct.
Q. I'm assuming that's what's being copied?
A. Yeah. I would think some of that information is in there. If not, we'll sure make it available to you. Only three months ago, we spent $760,000 to finish a job that we should have finished.
Q. Let me go back. You are -- what is your position with Renda Marine?
A. President.

Q. You're the president of the company that's the plaintiff in this lawsuit?

A. Yes.

Q. In your complaint, you say that Dredging Supply breached the warranty of design and construction. What did you mean by that?

MR. ERIKSON: Let me state an objection for the record. He didn't prepare the complaint. So when you ask him what he means in terms of a document he didn't prepare --

Q. (By Mr. Leefe) Well, what do you understand what Renda Marine means by that?

A. Could you read -- ask me it again, please?

Q. Well, the wording is that you claim that Dredging Supply breached the warranty of design and construction.

A. Well, they were supposed to have the thing on time. They didn't. They specified a time not only to myself, but to a host of other people, the Corps of Engineers, the port authority, engineers. I would think that's a breach. They -- the dredge, it is not doing what Mr. Wetta claimed it would do.

Q. And that claim is, you're saying, from the --

A. From a production --

Q. -- compensation when you were trying to drive

CIVIL ACTION NUMBER H-00-1721

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RENDA MARINE, INC.

VS

DREDGING SUPPLY CO., INC.

ORAL DEPOSITION

OF

~~STEPHEN BOWMAN~~ STEVEN BOWMAN

November 22, 2000

ANSWERS AND DEPOSITION OF STEPHEN BOWMAN, produced as a witness at the instance of the Defendant, taken in the above-styled and numbered cause on the 22nd day of November, 2000, at 9:14 a.m., before Anita K. Spurger, a Certified Shorthand Reporter in and for the State of Texas, at the offices of Quilling, Selander, Cummiskey & Lownds, located at 2001 Brian Tower, Suite 1800, in the City of Dallas, County of Dallas, and State of Texas.

ORIGINAL

A P P E A R A N C E S

MR. RICHARD K. LEEFE
Leefe, Gibbs & Koehler
3900 North Causeway Boulevard
Suite 1470
Metairie, Louisiana 70002

APPEARING FOR THE PLAINTIFF

MR. BRIAN W. ERIKSON
Quilling, Selander, Cummiskey & Lownds
2001 Brian Tower
Suite 1800
Dallas, Texas 75201

APPEARING FOR THE DEFENDANT

ALSO PRESENT: Mr. Bill Wetta,
Mr. Al Courcella

ORIGINAL

# I N D E X


| WITNESS: ~~STEPHEN~~ STEVEN BOWMAN | PAGE |
| --- | --- |
| Examination by Mr. Leefe | 4 |


## E X H I B I T S


| NUMBER | DESCRIPTION | PAGE |
| --- | --- | --- |
| 3 | Millennium Dredge Issues | 96 |

P R O C E E D I N G S

THE REPORTER: Same agreements?

MR. ERIKSON: Sure.

MR. LEEFE: Yes.

~~STEPHEN~~ STEVEN BOWMAN,

having been duly sworn, testified as follows:

EXAMINATION

BY MR. LEEFE:

Q. Mr. Bowman, I'm Richard Leefe. By the way, I represent Dredging Supply. When you came this morning, you brought some more documents. Can you tell me what was in there? What were those?

A. They're some things I gathered up yesterday, some notes I had had and some information, past correspondence. And then I had a packet that I had brought with -- I believe what's in there is a correspondence file and some other issues that Lynn Douglas had put together.

Q. Have you been participating in the effort to respond to our request for production of documents?

A. As time allowed, yes.

Q. Who's been doing that?

A. Lynn Douglas.

Q. Who's that?

A. She's the office manager in Freeport for Renda

company, Renda Environmental Services, then the Renda Marine. And inside Oscar Renda Contracting, there is a pipe tunnel division and central structures division.

Q. What is your position? Are you an officer of Oscar Renda Contracting?

A. I'm ~~the~~ vice president.

Q. Do you own any shares?

A. No, not of Renda itself.

Q. What is your position of Renda Marine?

A. I'm a vice president.

Q. Do you own any stock in it?

A. Yeah, minor share.

Q. What is it?

A. You know, 17 percent or something like that. And then stock is -- or the projects are split equally between Renda and Renda Marine.

Q. By "Renda," you're saying Renda Contracting?

A. Right.

Q. Oscar Renda Contracting?

A. Right.

Q. Who else are the shareholders of Renda Marine?

A. Oscar. And I believe that Eddie Fisher still has stock. I don't know if that's been relinquished yet or not. He's since left the organization.

Q. Why did he leave?

CIVIL ACTION NUMBER H-00-1721

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RENDA MARINE, INC.

VS

DREDGING SUPPLY CO., INC.

ORAL DEPOSITION

OF

RUDOLPH JOSEPH RENDA

November 21, 2000

ANSWERS AND DEPOSITION OF RUDOLPH JOSEPH RENDA, produced as a witness at the instance of the Defendant, taken in the above-styled and numbered cause on the 21st day of November, 2000, at 9:56 a.m., before Anita K. Spurger, a Certified Shorthand Reporter in and for the State of Texas, at the offices of Quilling, Selander, Cummiskey & Lownds, located at 2001 Bryan Tower, Suite 1800, in the City of Dallas, County of Dallas, and State of Texas.

ORIGINAL

RM-DSC-800582



A P P E A R A N C E S

MR. RICHARD K. LEEFE
Leefe, Gibbs & Koehler
3900 North Causeway Boulevard
Suite 1470
Metairie, Louisiana 70002

APPEARING FOR THE PLAINTIFF

MR. BRIAN W. ERIKSON
Quilling, Selander, Cummiskey & Lownds
2001 Bryan Tower
Suite 1800
Dallas, Texas 75201

APPEARING FOR THE DEFENDANT

ALSO PRESENT: Mr. Bill Wetta,
Mr. Al Courcella,
Mr. Oscar Renda

ORIGINAL

I N D E X

WITNESS: RUDOLPH JOSEPH RENDA PAGE

Examination by Mr. Leefe 4

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Deposition notice | 4 |
| 2 | 4/28/99 letter | 107 |

R E Q U E S T E D I N F O R M A T I O N

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|