**U.S. Department of Justice**

Civil Division

JKosloske
DJ # 154-02-306

Telephone: (202) 307-0282
Telecopy: (202) 514-8624

*Washington, D.C. 20530*

By Telecopy and First Class Mail

May 14, 2004

Brian W. Erikson, Esq.
Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(Telecopy: (214) 871-2111)

Re: Renda Marine, Inc. v. United States,
No. 02-306C (Fed. Cl.)

Dear Mr. Erikson:

This is in regard to plaintiff's discovery of documents relating to the eight contracts in the area of the Upper Bayou Project performed after 1986 listed at Tab B to "Defendant's Responses to Requests Nos. 15, 27, and 28 of Plaintiff's First Request for Production of Documents" dated January 3, 2003. I have requested that Alex Petty, Assistant District Counsel, Office of Counsel, Galveston District, U.S. Army Corps of Engineers ((409) 766-3191), coordinate and oversee the production of those documents. Mr. Petty will contact you about the logistics of this production. You may deal with Mr. Petty directly regarding this matter.

Very truly yours,

John E. Kosloske

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch

cc: P. Alex Petty, Esq.

EXHIBIT
E

| | | | |
|---|---|---|---|
| **Date:** | 5/14/2004 | **Time:** | PM |
| **Pages:** | 1 | **Recipient:** | Kosloske, John |
| **Fax Number:** | 12025148624 | **Status:** | Completed |

**Quilling, Selander, Cummiskey & Lownds, P.C.**
2001 Bryan Street, Suite 1800, Dallas, Texas 75201
Tel: 214-880-1844
Fax: 214-871-2111

## FACSIMILE COVER PAGE

| | |
|---|---|
| To: John Kosloske | From: Brian W. Erikson |
| Fax #: 12025148624 | Fax #: 214-871-2111 |
| Company: U.S. Department of Justice | Tel #: 214-880-1844 |

Subject: Renda Marine v. United States: Answers/Responses to Renda's Discovery

| | |
|---|---|
| Sent: 5/14/2004 at 1:24:34 PM | Pages: 1 (including cover) |

MESSAGE:

In light of the Court's reopening discovery in its May 14, 2004, Order, please answer/respond to Renda Marine's Third Request for Production of Documents and Second Set of Interrogatories. Please advise by when I may expect answers/responses.

With discovery reopened, Renda now insists that the Government produce the documents promised in response to Request for Production Nos. 27 and 28.

If there is going to be any delay in answer/response or production, please advise.

Thank you.

**This facsimile contains legally privileged and confidential information, intended solely for the use of the named recipient. If the message reader is not the named recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any contents of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify the sender of the error by telephone and destroy this facsimile immediately.**

Original will follow by: ☐ Original will not follow

X Certified Mail
First Class Mail
Overnight Delivery
Hand Delivery

CCs: Oscar Renda

Billing Code : Renda/Upper Bayou

**CERTIFIED MAIL**



RE: Renda Marine/565.09

7160 3901 4594 4500 9163

EXHIBIT F

**U.S. Department of Justice**

Civil Division

JKosloske
DJ # 154-02-306

Telephone: (202) 307-0282
Telecopy: (202) 514-8624

*Washington, D.C. 20530*

By Telecopy and First Class Mail

May 17, 2004

Brian W. Erikson, Esq.
Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(Telecopy: (214) 871-2111)

Re: Renda Marine, Inc. v. United States,
No. 02-306C (Fed. Cl.)

Dear Mr. Erikson:

This is in response to your letter and fax of May 14, 2004. During the telephonic conference of May 13, 2004, the court made quite clear that discovery was being reopened for the limited purpose of addressing the discovery requested by plaintiff's April 14, 2004 motion to compel: (1) discovery of documents referred to in the Government's response to Interrogatory No. 5 relative to the eight contracts in the area of the Upper Bayou Project performed after 1986 listed at Tab B to "Defendant's Responses to Requests Nos. 15, 27, and 28 of Plaintiff's First Request for Production of Documents" dated January 3, 2003; (2) the 24 "electronic" discovery documents that the Government contends are privileged, either in whole or in part; and (3) the "electronic discovery" documents withheld by the Government from production as not "responsive" within the meaning of the parties' July 2003 agreement regarding electronic discovery.

Very truly yours,

John Kosloske

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch

EXHIBIT
G

QSCL
QUILLING · SELANDER CUMMISKEY · LOWNDS

BRIAN W. ERIKSON

Direct Line: 214.880.1844
E-mail: berikson@qsclpc.com

May 17, 2004

John E. Kosloske, Esq.
Senior Trial Counsel, Commercial Litigation Branch
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., Room 12052
Washington, D.C. 20005

***Via Facsimile & Certified Mail - Return Receipt Requested***

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Kosloske:

In response to yours of May 17, 2004, concerning your declaration that discovery has not reopened, I note the following.

Judge Hewitt's Order of May 14, 2004, is quite clear. Paragraph (2) of the Order states that "the current pre-trial date and trial dates are VACATED, and discovery is REOPENED. The Court's scheduling orders dated October 18, 2002, September 10, 2003, and March 19, 2004 are hereby SUPERCEDED and the due dates therein are VACATED." (*Emphasis original*).

Please advise if you still contend that discovery has not reopened. If you do, I will prepare and file the appropriate pleading with the Court to resolve this matter.

Under the circumstances, I would appreciate the Government's cooperation with the following discovery matters:

(1) Providing the documents promised in response to Interrogatory No. 5 of Renda's First Set of Interrogatories;

(2) Providing the documents promised in response to Request Nos. 27 and 28 of Renda's First Request for Production of Documents;

(3) Answering/responding to Renda's Second Set of Interrogatories and Third Request for Production of Documents; and

(4) Producing deposition transcripts, reports, and trial transcripts for William Connole and Jack Fowler, as requested in Renda's Notices of Deposition and Subpoenas Duces Tecum for such witnesses.



EXHIBIT H

Renda respectfully extends a thirty (30) day response deadline for this discovery. If you need more time for a particular item or items, please advise.

Sincerely yours,

Brian W. Erikson

BWE/adp

cc: Oscar Renda

S:\Construction\Renda Marine\Upper Bayou 565.09\Kosloske 075.wpd

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0111 |
| CONNECTION TEL | 912025148624pppp5650009 |
| CONNECTION ID | |
| ST. TIME | 05/18 07:59 |
| USAGE T | 00'29 |
| PGS. SENT | 3 |
| RESULT | OK |

# FAX TRANSMITTAL

TO: John E. Kosloske
Senior Trial Counsel, Commercial Litigation
Department of Justice, Civil Division

FAX NO: (202) 514-8624

FROM: Brian W. Erikson

DATE: May 18, 2004

CLIENT MATTER NUMBER: Renda Marine / Upper Bayou / 565.0009

NUMBER OF PAGES INCLUDING COVER PAGE: ____

IF YOU DO NOT RECEIVE ALL MATERIALS BEING TRANSMITTED, PLEASE CALL OUR OFFICE AT (214) 871-2100.

**COMMENTS:**

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

BRIAN W. ERIKSON
Direct: 214.880.1844

E-mail: berikson@qsclpc.com

May 19, 2004

Mr. Alex Petty
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
P. O. Box 1229
Galveston, Texas 77553-1229

*Via Facsimile & Certified Mail - Return Receipt Requested*

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Petty:

As requested by John Kosloske, please advise when the documents responsive to Interrogatory No. 5 in Renda Marine's First Set of Interrogatories and Request Nos. 15, 27, and 28 of Renda's First Request for Production of Documents will be made available for Renda's inspection and copying.

Sincerely yours,

Brian W. Erikson

BWE/ja

cc: Oscar Renda

S:\Construction\Renda Marine\Upper Bayou 565.09\Petty Ltr.wpd



EXHIBIT
I

MODE = MEMORY TRANSMISSION START=MAY-19 15:19 END=MAY-19 15:21

FILE NO.=563

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | 14097663049 | 002/002 | 00:00:33 |

-Q S C L -

************************************** -Q S C L - ***** - 214 871 2111- *********

QSCL
QUILLING • SELANDER • CUMMISKEY • LOWNDS

# FAX TRANSMITTAL

| TO: | FAX NO.: |
|---|---|
| Mr. Alex Petty | (409) 766-3049 |

FROM: Brian W. Erikson

DATE: May 19, 2004

CLIENT MATTER NUMBER: 565.0009

NUMBER OF PAGES INCLUDING COVER PAGE: 2

IF YOU DO NOT RECEIVE ALL MATERIALS BEING TRANSMITTED, PLEASE CALL Jedonna Adams AT (214) 871-2100.

**COMMENTS:**

Please see attached.

The information contained in this facsimile message is legally privileged and confidential information which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, the material herewith should be destroyed immediately and the sender listed above should be notified by telephone.

MR. BRIAN W. ERIKSON
QSCL, P.C.
2001 BRYAN ST., STE. 1800
DALLAS, TX 75201

4. Restricted Delivery? (Extra Fee) ☐ Yes

3. Service Type: **CERTIFIED**

2. Article Number: 7180 2708 8598 4500 9159

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X Robert Pretzel

B. Received By: (Please Print Clearly)

C. Date of Delivery
MAY 21 2004

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

[redacted]

City State ZIP + 4 Code

7180 2708 8598 4500 9159

**1. Article Addressed To:**

MR. ALEX PETTY
GALVESTON DISTRICT
U. S. ARMY CORPS OF ENGINEERS
P. O. BOX 1229
GALVESTON TX 77553-1229

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

BRIAN W. ERIKSON
Direct: 214.880.1844

E-mail: berikson@qsclpc.com

May 25, 2004

Mr. Alex Petty
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
P. O. Box 1229
Galveston, Texas 77553-1229

*Via Facsimile & Certified Mail - Return Receipt Requested*

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Petty:

When and where is the United States Army Corps of Engineers going to produce documents responsive to Renda Marine's Interrogatory No. 5 and Request for Production of Documents Nos. 15, 27 and 28?

Thanking you for your cooperation, I remain,

Sincerely yours,

Brian W. Erikson

BWE/ja

cc: Oscar Renda

S:\Construction\Renda Marine\Upper Bayou 565.09\Petty 001.wpd



EXHIBIT
J

MODE = MEMORY TRANSMISSION START=MAY-25 10:38 END=MAY-25 10:39

FILE NO.=666

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | 14097663049 | 002/002 | 00:00:33 |

-Q S C L -

************************************** -Q S C L - ***** - 214 871 2111- *********

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

# FAX TRANSMITTAL

| TO: | FAX NO.: |
|---|---|
| Mr. Alex Petty | (409) 766-3049 |

FROM: Brian W. Erikson

DATE: May 25, 2004

CLIENT MATTER NUMBER: 565.0009

NUMBER OF PAGES INCLUDING COVER PAGE: 2

IF YOU DO NOT RECEIVE ALL MATERIALS BEING TRANSMITTED, PLEASE CALL Jedonna Adams AT (214) 871-2100.

**COMMENTS:**

Please see attached.

The information contained in this facsimile message is legally privileged and confidential information which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, the material herewith should be destroyed immediately and the sender listed above should be notified by telephone.

Bryan Tower 2001 Bryan St., Suite 1800 Dallas, TX 75201 | ph. 214.871.2100 fx. 214.871.2111 www.qsclpc.com
A PROFESSIONAL CORPORATION | ATTORNEYS AND COUNSELORS

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

BRIAN W. ERIKSON
Direct: 214.880.1844

E-mail: berikson@qsclpc.com

May 27, 2004

Mr. Alex Petty
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
P. O. Box 1229
Galveston, Texas 77553-1229

*Via Facsimile & Certified Mail - Return Receipt Requested*

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Petty:

Please advise when the United States Army Corps of Engineers' documents will be produced in connection with Renda Marine's Interrogatory No. 5 and Request for Production of Documents Nos. 15, 27 and 28?

I trust that you are not ignoring my previous inquires on this subject, but are coordinating the production of the documents. Please write to confirm that something is happening.

Sincerely yours,

Brian W. Erikson

Brian W. Erikson

BWE/ja

cc: Oscar Renda (via fax)
John Kosloske (via fax)

S:\Construction\Renda Marine\Upper Bayou 565.09\Petty 002.wpd



EXHIBIT
K

MODE = MEMORY TRANSMISSION START=MAY-27 11:22 END=MAY-27 11:28

FILE NO.=715

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | 14097663049 | 002/002 | 00:00:34 |
| 002 | OK | ☎ | 12025148624 | 002/002 | 00:00:20 |
| 003 | OK | ☎ | 18174914483 | 002/002 | 00:00:20 |

-Q S C L -

************************************* -Q S C L - ***** - 214 871 2111- *********

QSCL

QUILLING · SELANDER · CUMMISKEY · LOWNDS

# FAX TRANSMITTAL

| TO: | FAX NO.: |
|---|---|
| Mr. Alex Petty | (409) 766-3049 |
| Mr. John Kosloske | (202) 514-8624 |
| Oscar Renda | (817) 491-4483 |

FROM: Brian W. Erikson

DATE: May 27, 2004

CLIENT MATTER NUMBER: 565.0009

NUMBER OF PAGES INCLUDING COVER PAGE: 2

IF YOU DO NOT RECEIVE ALL MATERIALS BEING TRANSMITTED, PLEASE CALL Jedonna Adams AT (214) 871-2100.

**COMMENTS:**

Please see attached.

The information contained in this facsimile message is legally privileged and confidential information which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, the material herewith should be destroyed immediately and the sender listed above should be notified by telephone.

**DEPARTMENT OF THE ARMY**
GALVESTON DISTRICT, CORPS OF ENGINEERS
P. O. BOX 1229
GALVESTON, TEXAS 77553-1229

REPLY TO
ATTENTION OF

June 1, 2004

Office of Counsel

Mr. Brian W. Erikson, Esq.
Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

VIA FACSIMILE (214-871-2111)
AND CERTIFIED MAIL
RETURN RECEIPT REQUESTED

RE: Production of Documents
Renda Marine v. United States, 02-306C (Fed. Cl.)

Dear Mr. Erikson:

This letter is in response to the letters I have received from you concerning the availability of documents pursuant to Judge Hewitt's Order dated May 14, 2004.

You are correct that I am not ignoring your letters. However, at this time, I do not have any information for you other than that I am working with personnel here at the Galveston District to obtain the specified files. At this time, I do not have any idea how much longer it will take. However, please be assured that as soon as they are available for your review, I will let you know, and we can schedule a time for your review.

If you have any questions in the meantime, please feel free to contact me at 409-766-3191.

Sincerely,

P. Alex Petty
Assistant District Counsel

cc: John Kosloske

EXHIBIT
L

Blumberg No. 5118

# Fax

**Office of Counsel**
**U.S. Army Engineer District, Galveston**
**Jadwin Building, Room 355**
**2000 Fort Point Road**
**Galveston, Texas 77550**

**Date:** 1 June 04

**Pages:** 2 **(including cover)**

**To:** Brian Erikson

**From: P. Alex Petty**
**Assistant District Counsel**
**Telephone: (409) 766-3191**
**Fax: (409) 766-3165**

**Fax:** 214-871-2111

**Phone:** 214-880-1844

**Subject:** Production of Documents

**This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copy or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please telephone 409-766-3191 and return the original transmission to the address given above.**

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

BRIAN W. ERIKSON
Direct: 214.880.1844

Federal ID #75-2459334
E-mail: berikson@qsclpc.com

June 14, 2004

Mr. Alex Petty
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
P. O. Box 1229
Galveston, Texas 77553-1229

*Via Facsimile & Certified Mail,*
*Return Receipt Requested*

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Petty:

Under the Freedom of Information Act, please allow me access to inspect and/or copy the documents identified below. This request includes, but is not limited to, any such documents connected to the "Upper Bayou Project" and associated dredging projects for Houston-Galveston Navigation Channels, Texas, Dredging Upper Bayou (45-Foot Project) in Harris and Galveston Counties, and is referred to hereafter as the "Project." The documents are as follows:

1. Any and all documents pertaining to or reflecting any soil or core borings undertaken in the Flare Area of the Project in May 2000.

2. Any and all documents pertaining to or reflecting any soil or core borings undertaken at any time on the Project after September 2001, including, without limitations, any borings undertaken in 2002 or 2003.

3. Any and all documents pertaining to or reflecting Corps claims handling or claims administration manual or policy or guidelines in existence at any time during the Project.

4. Any and all documents pertaining to or reflecting any soil or core borings taken for the Goat Island contract awarded to Great Lakes Dredge & Dock ("Great Lakes"), which concern any area of the Project.

5. Any and all documents pertaining to or reflecting the bid solicitation materials for the Goat Island contract subsequently awarded to Great Lakes.

6. Any and all documents pertaining to or reflecting records of use of the Lost Lake Placement Area at any time between January 1, 1990, and the present, including without limitation, any depositing of dredging maintenance material.

7. Any and all documents pertaining to or reflecting any work on increasing or maintaining the height of the levees at the Lost Lake Placement Area at any time between January 1, 1990, and the present.



EXHIBIT
M

8. Any and all documents pertaining to or reflecting any creation of borrow areas or removal of soil material from borrow areas near or adjacent to the existing levees at the Lost Lake Placement Area at any time between January 1, 1990, and the present.

9. Any and all documents pertaining to or reflecting any surveys or cross sections of the levees or borrow areas at the Lost Lake Placement Area performed at any time between January 1, 1990, and the present.

10. Any and all documents pertaining to or reflecting any manuals, policies, or guidelines for the design of levees relevant to the levees at the Lost Lake Placement Area in existence at any time during the Project.

11. Any and all documents pertaining to or reflecting any revisions or additions to manuals, policies, or guidelines for the design of levees relevant to the levees at the Lost Lake Placement Area since July 15, 1998.

12. Any and all documents pertaining to or reflecting any calculations of liquidated damages for the Project.

13. Any and all documents pertaining to or reflecting any determination of the contract amount for the liquidated damages listed in the contract for the Project.

14. The 1993 soil cores and samples referenced in paragraph 1.11 on page 02482-4 of the Project specification book.

15. Any and all documents pertaining to or reflecting any permits for depositing of dredged material in the Lost Lake Placement Area at any time between January 1, 1990, and the present.

16. Any and all documents pertaining to or reflecting any investigation in response to any of Renda's notices of differing site conditions at any time prior to Renda's filing of this suit.

17. Any and all documents pertaining to or reflecting the Corps Engineering Pamphlet EP 1110-1-8, "Construction Ownership and Operating Expense Schedule," whichever editions or versions were applicable to the Project.

18. Any and all documents, presentations, book chapters, abstracts, or speeches authored or partially authored by Jack Fowler, Ph.D., P.E., pertaining to any of the publications and/or presentations identified on his resume, and concerning dredging, levees, or related issues involved in this suit.

19. Any and all expert reports, affidavits, deposition transcripts, or trial testimony for any cases in which Jack Fowler, Ph.D., P.E., may have served as an expert witness.

20. Any and all documents, presentations, book chapters, abstracts, or speeches authored or partially authored by Robert W. Lofgren, pertaining to dredging or levee construction.

21. Any and all expert reports, affidavits, deposition transcripts, or trial testimony for any cases in which Robert W. Lofgren may have served as an expert witness.

22. Any and all documents, presentations, book chapters, abstracts, or speeches authored or partially authored by William Frank Connole.

23. Any and all expert reports, affidavits, deposition transcripts, or trial testimony for any cases in which William Frank Connole may have served as an expert witness, including, but not limited to, those cases identified on his resume.

This office guarantees the reasonable cost of copying such documents. Please advise when they are ready.

Sincerely yours,

Brian W. Erikson

BWE/cam
S:\Construction\Renda Marine\Upper Bayou 565.09\Petty 003.wpd

cc: Oscar Renda (via fax)
John Kosloske (via fax)

****************** COMM. JOURNAL ****************** DATE JUN-14-2004 ***** TIME 12:35 ********

MODE = MEMORY TRANSMISSION START=JUN-14 12:31 END=JUN-14 12:35

FILE NO.=111

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | 14097663049 | 004/004 | 00:01:08 |
| 002 | OK | ☎ | 12025148624 | 004/004 | 00:00:36 |
| 003 | OK | ☎ | 18174914483 | 004/004 | 00:00:39 |

-Q S C L -

************************************* -Q S C L - ***** - 214 871 2111- *********

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

Federal ID #75-2459334

# FAX TRANSMITTAL

| TO: | FAX NO.: |
|---|---|
| Mr. Alex Petty | (409) 766-3049 |
| John Kosloske | (202) 514-8624 |
| Oscar Renda | (817) 491-4483 |

FROM: Brian W. Erikson

DATE: June 14, 2004

CLIENT MATTER NUMBER: 565.0009

NUMBER OF PAGES INCLUDING COVER PAGE: 4

IF YOU DO NOT RECEIVE ALL MATERIALS BEING TRANSMITTED, PLEASE CALL Jedonna Adams AT (214) 871-2100.

**COMMENTS:**

Please see attached.

The information contained in this facsimile message is legally privileged and confidential information which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, the material herewith should be destroyed immediately and the sender listed above should be notified by telephone.

Bryan Tower 2001 Bryan St., Suite 1800 Dallas, TX 75201 | ph. 214.871.2100 fx. 214.871.2111 www.qsclpc.com

A PROFESSIONAL CORPORATION | ATTORNEYS AND COUNSELORS