UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>PLAINTIFF,<br><br>V.<br><br>UNITED STATES ARMY<br>CORPS OF ENGINEERS,<br>DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 02-306C<br><br>(JUDGE HEWITT) |

**MOTION BY RENDA MARINE, INC., TO ENFORCE COURT ORDER REQUIRING PRODUCTION OF INTERROGATORY NO. 5 DOCUMENTS**

Plaintiff, Renda Marine, Inc. ("Renda"), respectfully requests that the Court enforce its Order of May 14, 2004, requiring that the Government produce documents responsive to Interrogatory No. 5 in Renda's First Set of Interrogatories, as more fully stated below.

A true copy of the Court's Order of May 14, 2004 ("Order"), is attached as Exhibit A.

In the Order, the Court observed that the Government had agreed to produce documents responsive to Interrogatory No. 5 of Renda's First Set of Interrogatories. A true copy of the pertinent pages for the Government's Answer to Interrogatory No. 5 in Renda's First Set of Interrogatories, is attached as Exhibit B.

To jumpstart the production of Interrogatory No. 5 documents, Renda's counsel wrote to the Government's counsel on May 13, 2004, inquiring as to when and where the documents would be produced. A true copy of this May 13, 2004, letter is attached as Exhibit C.

On May 14, 2004, Renda's counsel wrote to the Government's counsel inquiring as to whether the Government would be producing the documents promised in response to Renda's Request for Production of Documents Nos. 27 and 28, as well as the Interrogatory No. 5 documents. A true copy of this letter of May 14, 2004, is attached as Exhibit D.

In response, on May 14, 2004, the Government's attorney wrote to Renda's counsel concerning Defendant's Responses to Request Nos. 15, 27, and 28 of Renda's First Request for Production of Documents. The Government advised that Alex Petty, the Corps of Engineers' Assistant District Counsel, would coordinate and oversee the production of the documents, and would contact Renda's counsel concerning logistics. A true copy of the Government's attorney's letter of May 14, 2004, is attached as Exhibit E.

By letter of May 19, 2004, Renda's counsel wrote to Mr. Petty and inquired as to when the documents responsive to Interrogatory No. 5 and Request for Production of Document Nos. 15, 27 and 28 would be made available for Renda's inspection. A true copy of the May 19, 2004, letter is attached as Exhibit F.

When Mr. Petty had not responded, Renda's counsel wrote again on May 25, 2004, inquiring as to when and where the Corps of Engineers would be producing documents responsive to Renda's Interrogatory No. 5 and Request for Production of Document Nos. 15, 27, and 28. A true copy of this letter is attached as Exhibit G.

Where there was still no response from Mr. Petty, Renda's counsel wrote again on May 27, 2004, to inquire as to when the Corps of Engineers would be producing documents responsive to Interrogatory No. 5 and Request for Production of Document Nos. 15, 27, and 28. A true copy of this letter is attached as Exhibit H.

Finally, by letter of June 1, 2004, Mr. Petty wrote to advise that he was working with the Galveston District to obtain the specified files. A true copy of this letter is attached as Exhibit I.

Renda still awaits the documents. Renda still awaits any indication that documents will actually be produced.

It has now been well over one month since the Court ordered the Government to produce the Interrogatory No. documents. The Court should order the Government to produce the Interrogatory No. 5 documents within ten days.

Wherefore, Plaintiff, Renda Marine, Inc., respectfully requests that the Court enforce its Order of May 14, 2004, and order the Government to produce the Interrogatory No. 5 documents within ten days of the Court's entry of an order on this motion.

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: s/Brian W. Erikson
Brian W. Erikson, TX Bar No. 06643800

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEYS FOR RENDA MARINE, INC.

## CERTIFICATE OF CONFERENCE

On June 24, 2004, I placed a telephone call to John Kosloske, counsel for Defendant, to discuss whether Defendant would agree to provide the Interrogatory No. 5 documents within a reasonable amount of time. We were unable to reach an agreement, thereby requiring that this motion be presented to the Court for adjudication.

s/Brian W. Erikson
Brian W. Erikson

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of June, 2004, a true and correct copy of the Motion by Renda Marine, Inc., to Enforce Court Order Requiring Production of Interrogatory No. 5 Documents, was served electronically through the CM/ECF system for the Court of Federal Claims.

s/Brian W. Erikson
Brian W. Erikson

4

# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: May 14, 2004)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Further to the telephonic status conference held on May 13, 2004 in this matter, the court orders the following:

(1) Motion by Plaintiff, Renda Marine, Inc., to Compel is GRANTED as follows:

(A) With respect to the unproduced documents obtained from electronic discovery for which defendant asserts attorney/client privilege, defendant shall deliver to chambers, on or before 5:00 p.m. on May 14, 2004 for in camera review, a package of the documents in issue. The delivered package of documents shall contain the case caption and shall be designated as documents for in camera review only.

(B) With respect to the unproduced documents obtained from electronic discovery that defendant asserts are not responsive under the terms of the Agreement Regarding Scope of Electronic Discovery executed by

Blumberg No. 5118 EXHIBIT A

the parties on July 25, 2003, Universal Document Services, plaintiff's information technology consultant, shall select fifty (50) documents that are representative of the alleged underproduction of responsive documents by defendant, together with a memorandum explaining briefly why each such document is responsive, for in camera review by the court. The documents may be submitted by CD-Rom and shall be delivered to chambers on or before 5:00 p.m. on June 25, 2004. The submission to chambers shall be marked with the case caption and designated as documents for in camera review only.

(C) With respect to the production of documents identified as responsive to plaintiff's Interrogatory No. 5 concerning "borrow" material and the identification of certain persons who may have knowledge that is responsive to plaintiff's Interrogatory No. 5 concerning "borrow" material, the court GRANTS plaintiff's request to review the documents and, if desired, depose the identified persons if not presently employees of plaintiff.

(2) Further to the court's unwillingness to disadvantage the contractor at trial in this matter in light of discussions indicating that a significant volume of evidence that may be probative of plaintiff's largest claim has yet to be reviewed,[1] and with the concurrence of the parties, the

---

[1]The court read the following statement, guidance usually provided during the pre-trial conference, to the parties regarding the presentation of documentary evidence during trial :

> Any exhibit and/or any portion of an exhibit the import of which with respect to one or more issues in the case is not specifically pointed out by a witness at trial may be disregarded by the court in its determination of the case. "Specifically pointed out" means specific mention, with reference to an exhibit number, and to one or more specific page numbers within, or to an otherwise identifiable portion of, the exhibit, together with an indication of how the evidence supports or disproves a fact in issue. "Specifically pointed out" shall not include mention for the first time in post-trial briefing. No exhibits will be admitted after the close of evidence at the close of trial.

(continued...)

current pre-trial date and trial dates are VACATED, and discovery is REOPENED. The court's scheduling orders dated October 18, 2002, September 10, 2003, and March 19, 2004 are hereby SUPERCEDED and the due dates therein are VACATED.

(3) In light of the amendment to the trial schedule, Defendant's Motion for an Enlargement of Time to File Objections to Plaintiff's Trial Exhibits is MOOT.

(4) A telephonic status conference will be held on Thursday, November 4, 2004 at 2:00 E.S.T. to reschedule pre-trial proceedings and trial dates in this matter. A Sprint operator will initiate the call to the parties.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

[1](...continued)

1-2-03

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| Plaintiff, | ) | No. 02-306C |
| v. | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to rules 26 and 33 of the United States Court of Federal Claims, defendant, the United States, responds to the "First Set of Interrogatories by Plaintiff, Renda Marine, Inc. to Defendant, United States Army Corps of Engineers" dated November 1, 2002, as follows:

GENERAL STATEMENTS AND OBJECTIONS

1. The word usage and sentence structure is that of the attorney who prepared these responses and does not purport to be the exact language of the executing parties.

2. The information supplied in these responses is that currently available to defendant, its agents, representatives, or attorneys, unless privileged. Discovery in this litigation has not been completed, and defendant's investigation into the facts relevant to plaintiff's claims is continuing. Defendant, therefore, reserves the right to supplement or modify the responses to these interrogatories, as appropriate, if and when additional information becomes available through discovery, consultation with potential expert witnesses, or otherwise. Defendant further reserves the right to introduce at trial any testimonial, documentary, or other form of evidence of facts yet to be discovered.

Blumberg No. 5118 EXHIBIT B

RECEIVED JAN 07 2003

INTERROGATORY NO. 5: Please state the identity of any persons who have borrowed or excavated material from the area of the Upper Bayou Project at any time in the last 15 years, the date(s) of any such borrowing or excavating, the approximate amount of material borrowed or excavated, the identity of each person with knowledge of any such material borrowed or excavated, and the identity of any documents pertaining to or reflecting any such material borrowed or excavated.

RESPONSE: Plaintiff (various individuals) borrowed or excavated material from the Lost Lake Placement Area between 1998 and 2001. Defendant does not know the exact amount of material that plaintiff borrowed or excavated from the Lost Lake Placement Area. However, we believe that it exceeds several thousand yards. Persons with knowledge include Eric Russek, Mike McClenan, Tim Few, Wendell Mears, Leon Hrabovsky, Charles Baron, Eddie Fisher, Steve Bowman, Rudy Renda. Relevant documents include plaintiff's daily reports.

Additionally, Corps of Engineers contracts for dredging work performed in the area of the Upper Bayou Project during the period from 1987 to 1999 are listed in the document at Tab B to "Defendant's Responses to Requests Nos. 15, 27, and 28 of Plaintiff's First Request for Production of Documents" dated January 3, 2003. In defendant's response to document production requests 27 and 28, we have offered to produce documents relating to those contracts for plaintiff's inspection at a mutually convenient time and place. Those documents may contain information requested by this interrogatory. Pursuant to RCFC 33(d), we will produce the documents for plaintiff's examination at a mutually convenient time and place.

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282

Attorneys for Defendant

JANUARY 3, 2003

CERTIFICATION

I, C. Michael McClenan, P.E., declare under penalty of perjury that the foregoing responses to Interrogatory No. 1 (Item #2 only), Interrogatories Nos. 4-6, Interrogatory No. 8 (factual contentions only), Interrogatory No. 10 (factual contentions only), and Interrogatory No. 12 (factual contentions only) are true and correct.

Executed on: 2 Jan 2003

C. Michael McClenan

C. MICHAEL McCLENAN, P.E.
Area Engineer
Bay Area Office
Galveston District
U.S. Army Corps of Engineers
2200 Fort Point Road
Galveston, TX 77553
Tele: (409) 766-6315

CERTIFICATION

I, Guy F. Williams, declare under penalty of perjury that the foregoing responses to Interrogatories Nos. 15 and 16 are true and correct.

Executed on: 02 JAN 2003

GUY F. WILLIAMS
Chief Information Management Office
Galveston District
U.S. Army Corps of Engineers
2200 Fort Point Road
Galveston, Texas
Tels:409-766-3828

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

BRIAN W. ERIKSON

Federal ID #75-2459334
Direct Line: 214.880.1844
E-mail: berikson@qsclpc.com

May 13, 2004

John E. Kosloske, Esq.
Senior Trial Counsel, Commercial Litigation Branch
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., Room 12052
Washington, D.C. 20005

***Via Facsimile & Certified Mail - Return Receipt Requested***

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Kosloske:

Please advise when and where I can inspect the documents that the Government is producing in connection with its response to Interrogatory No. 5 in Renda Marine's First Set of Interrogatories.

Sincerely yours,

Brian W. Erikson

BWE/adp

cc: Oscar Renda

S:\Construction\Renda Marine\Upper Bayou 565.09\Kosloske 073.wpd



EXHIBIT C
Blumberg No. 5118

**************** -COMM. ?NAL- ******************** DATE MAY-13-200 *** TIME 16:19 *********

MODE = MEMORY TRANSMISSION START=MAY-13 16:18 END=MAY-13 16:19

FILE NO.=444

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | * | 12025148624 | 002/002 | 00:00:18 |

-Q S C L -

************************************** -Q S C L - ***** - 214 871 2111- *********

# FAX TRANSMITTAL

TO: John E. Kosloske
Senior Trial Counsel, Commercial Litigation
Department of Justice, Civil Division

FAX NO: (202) 514-8624

FROM: Brian W. Erikson

DATE: May 13, 2004

CLIENT MATTER NUMBER: Renda Marine / Upper Bayou / 565.0009

NUMBER OF PAGES INCLUDING COVER PAGE: 2

IF YOU DO NOT RECEIVE ALL MATERIALS BEING TRANSMITTED, PLEASE CALL OUR OFFICE AT (214) 871-2100.

**COMMENTS:**

The information contained in this facsimile message is legally privileged and confidential information which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, the material herewith should be destroyed immediately and the sender listed above should be notified by telephone.

MR. BRIAN W. ERIKSON
QSCL, P.C.
2001 BRYAN STREET, SUITE 1800
DALLAS, TX 75201

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

3. Service Type **CERTIFIED**

2. Article Number 7180 2708 8598 4500 8503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ *Addressee or* ☐ *Agent)*

X

B. Received By: *(Please Print Clearly)*

C. Date of Delivery

D. Addressee's Address *(If Different From Address Used by Sender)*

Secondary Address / Suite / Apt. / Floor *(Please Print Clearly)*

Delivery Address

City State ZIP + 4 Code

7180 2708 8598 4500 8503

**1. Article Addressed To:**

MR. JOHN E. KOSLOSKE
DEPARTMENT OF JUSTICE, CIVIL DIVIS
ATTN.: CLASSIFICATION UNIT
1100 L STREET, N.W., ROOM 12052
WASHINGTON DC 20005

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

BRIAN W. ERIKSON

Federal ID #75-2459334
Direct Line: 214.880.1844
E-mail: berikson@qsclpc.com

May 14, 2004

John E. Kosloske, Esq.
Senior Trial Counsel, Commercial Litigation Branch
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., Room 12052
Washington, D.C. 20005

***Via Facsimile & Certified Mail - Return Receipt Requested***

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Kosloske:

I trust that the Government will produce the documents it promised in response to Request Nos. 27 and 28 for Renda Marine's First Request for Production of Documents, along with the documents promised in response to Interrogatory No. 5. If not, please advise so that I can have the Court address the matter.

Sincerely yours,

Brian W. Erikson

BWE/adp

cc: Oscar Renda

S:\Construction\Renda Marine\Upper Bayou 565.09\Kosloske 074.wpd

CERTIFIED MAIL

RE: Renda Marine/565.09



EXHIBIT D

**************** -COMM. . .RNAL- ******************** DATE MAY-14-2004 *** TIME 12:13 *********

MODE = MEMORY TRANSMISSION START=MAY-14 12:12 END=MAY-14 12:13

FILE NO.=459

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | 12025148624 | 002/002 | 00:00:19 |

-Q S C L -

************************************** -Q S C L - ***** - 214 871 2111- **********

# FAX TRANSMITTAL

TO: John E. Kosloske
Senior Trial Counsel, Commercial Litigation
Department of Justice, Civil Division

FAX NO: (202) 514-8624

FROM: Brian W. Erikson

DATE: May 14, 2004

CLIENT MATTER NUMBER: Renda Marine / Upper Bayou / 565.0009

NUMBER OF PAGES INCLUDING COVER PAGE: 2

IF YOU DO NOT RECEIVE ALL MATERIALS BEING TRANSMITTED, PLEASE CALL OUR OFFICE AT (214) 871-2100.

**COMMENTS:**

Please see attached.

The information contained in this facsimile message is legally privileged and confidential information which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, the material herewith should be destroyed immediately and the sender listed above should be notified by telephone.

S:\Construction\Renda Marine\Upper Bayou 565.09\Kosloske Fax.wpd

**U.S. Department of Justice**

Civil Division

JKosloske
DJ # 154-02-306

Telephone: (202) 307-0282
Telecopy: (202) 514-8624

*Washington, D.C. 20530*

By Telecopy and First Class Mail

May 14, 2004

Brian W. Erikson, Esq.
Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(Telecopy: (214) 871-2111)

Re: Renda Marine, Inc. v. United States,
No. 02-306C (Fed. Cl.)

Dear Mr. Erikson:

This is in regard to plaintiff's discovery of documents relating to the eight contracts in the area of the Upper Bayou Project performed after 1986 listed at Tab B to "Defendant's Responses to Requests Nos. 15, 27, and 28 of Plaintiff's First Request for Production of Documents" dated January 3, 2003. I have requested that Alex Petty, Assistant District Counsel, Office of Counsel, Galveston District, U.S. Army Corps of Engineers ((409) 766-3191), coordinate and oversee the production of those documents. Mr. Petty will contact you about the logistics of this production. You may deal with Mr. Petty directly regarding this matter.

Very truly yours,

John Kosloske

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch

cc: P. Alex Petty, Esq.

Blumberg No. 5118
EXHIBIT
E

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

BRIAN W. ERIKSON
Direct: 214.880.1844

E-mail: berikson@qsclpc.com

May 19, 2004

Mr. Alex Petty
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
P. O. Box 1229
Galveston, Texas 77553-1229

*Via Facsimile & Certified Mail - Return Receipt Requested*

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Petty:

As requested by John Kosloske, please advise when the documents responsive to Interrogatory No. 5 in Renda Marine's First Set of Interrogatories and Request Nos. 15, 27, and 28 of Renda's First Request for Production of Documents will be made available for Renda's inspection and copying.

Sincerely yours,

Brian W. Erikson

BWE/ja

cc: Oscar Renda

S:\Construction\Renda Marine\Upper Bayou 565.09\Petty Ltr.wpd



Blumberg No. 5118
EXHIBIT
F

**************** -COMM. ?NAL- ******************** DATE MAY-19-200· *** TIME 15:21 *********

MODE = MEMORY TRANSMISSION START=MAY-19 15:19 END=MAY-19 15:21

FILE NO.=563

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ≡ | 14097663049 | 002/002 | 00:00:33 |

-Q S C L -

*************************************** -Q S C L - ***** - 214 871 2111- *********

QUILLING · SELANDER · CUMMISKEY · LOWNDS

# FAX TRANSMITTAL

| TO: | FAX NO.: |
|---|---|
| Mr. Alex Petty | (409) 766-3049 |

FROM: Brian W. Erikson

DATE: May 19, 2004

CLIENT MATTER NUMBER: 565.0009

NUMBER OF PAGES INCLUDING COVER PAGE: 2

IF YOU DO NOT RECEIVE ALL MATERIALS BEING TRANSMITTED, PLEASE CALL Jedonna Adams AT (214) 871-2100.

**COMMENTS:**

Please see attached.

The information contained in this facsimile message is legally privileged and confidential information which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, the material herewith should be destroyed immediately and the sender listed above should be notified by telephone.

MR. BRIAN W. ERIKSON
QSCL, P.C.
2001 BRYAN ST., STE. 1800
DALLAS, TX 75201

4. Restricted Delivery? (Extra Fee) ☐ Yes

3. Service Type
**CERTIFIED**

2. Article Number
7180 2708 8598 4500 9159

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X Robert Pretzel

B. Received By: (Please Print Clearly)

C. Date of Delivery
MAY 2 1 [illegible]

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City State ZIP + 4 Code

7180 2708 8598 4500 9159

1. Article Addressed To:

MR. ALEX PETTY
GALVESTON DISTRICT
U. S. ARMY CORPS OF ENGINEERS
P. O. BOX 1229
GALVESTON TX 77553-1229

[redacted]

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

BRIAN W. ERIKSON
Direct: 214.880.1844

E-mail: berikson@qsclpc.com

May 25, 2004

Mr. Alex Petty
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
P. O. Box 1229
Galveston, Texas 77553-1229

*Via Facsimile & Certified Mail -*
*Return Receipt Requested*

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Petty:

When and where is the United States Army Corps of Engineers going to produce documents responsive to Renda Marine's Interrogatory No. 5 and Request for Production of Documents Nos. 15, 27 and 28?

Thanking you for your cooperation, I remain,

Sincerely yours,

Brian W. Erikson

BWE/ja

cc: Oscar Renda

S:\Construction\Renda Marine\Upper Bayou 565.09\Petty 001.wpd



EXHIBIT
G
Blumberg No. 5118

*************** -COMM. JRNAL- ******************** DATE MAY-25-20£ **** TIME 10:39 ********

MODE = MEMORY TRANSMISSION START=MAY-25 10:38 END=MAY-25 10:39

FILE NO.=666

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ■ | 14097663049 | 002/002 | 00:00:33 |

-Q S C L -

************************************** -Q S C L - ***** - 214 871 2111- *********

QUILLING · SELANDER · CUMMISKEY · LOWNDS

# FAX TRANSMITTAL

| TO: | FAX NO.: |
|---|---|
| Mr. Alex Petty | (409) 766-3049 |

FROM: Brian W. Erikson

DATE: May 25, 2004

CLIENT MATTER NUMBER: 565.0009

NUMBER OF PAGES INCLUDING COVER PAGE: 2

IF YOU DO NOT RECEIVE ALL MATERIALS BEING TRANSMITTED, PLEASE CALL Jedonna Adams AT (214) 871-2100.

**COMMENTS:**

Please see attached.

The information contained in this facsimile message is legally privileged and confidential information which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, the material herewith should be destroyed immediately and the sender listed above should be notified by telephone.

Bryan Tower 2001 Bryan St., Suite 1800 Dallas, TX 75201 | ph. 214.871.2100 fx. 214.871.2111 www.qsclpc.com

A PROFESSIONAL CORPORATION | ATTORNEYS AND COUNSELORS

QSCL
QUILLING · SELANDER · CUMMISKEY · LOWNDS

BRIAN W. ERIKSON
Direct: 214.880.1844

E-mail: berikson@qsclpc.com

May 27, 2004

Mr. Alex Petty
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
P. O. Box 1229
Galveston, Texas 77553-1229

*Via Facsimile & Certified Mail - Return Receipt Requested*

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Petty:

Please advise when the United States Army Corps of Engineers' documents will be produced in connection with Renda Marine's Interrogatory No. 5 and Request for Production of Documents Nos. 15, 27 and 28?

I trust that you are not ignoring my previous inquires on this subject, but are coordinating the production of the documents. Please write to confirm that something is happening.

Sincerely yours,

Brian W. Erikson

Brian W. Erikson

BWE/ja

cc: Oscar Renda (via fax)
John Kosloske (via fax)

S:\Construction\Renda Marine\Upper Bayou 565.09\Petty 002.wpd



EXHIBIT
H

Blumberg No. 5118

*************** -COMM. JRNAL- ******************* DATE MAY-27-2004 *** TIME 11:28 ********

MODE = MEMORY TRANSMISSION START=MAY-27 11:22 END=MAY-27 11:28

FILE NO.=715

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | 14097663049 | 002/002 | 00:00:34 |
| 002 | OK | ☎ | 12025148624 | 002/002 | 00:00:20 |
| 003 | OK | ☎ | 18174914483 | 002/002 | 00:00:20 |

-Q S C L -

************************************ -Q S C L - ***** - 214 871 2111- *********

QSCL

QUILLING · SELANDER · CUMMISKEY · LOWNDS

# FAX TRANSMITTAL

| TO: | FAX NO.: |
|---|---|
| Mr. Alex Petty | (409) 766-3049 |
| Mr. John Kosloske | (202) 514-8624 |
| Oscar Renda | (817) 491-4483 |

FROM: Brian W. Erikson

DATE: May 27, 2004

CLIENT MATTER NUMBER: 565.0009

NUMBER OF PAGES INCLUDING COVER PAGE: 2

IF YOU DO NOT RECEIVE ALL MATERIALS BEING TRANSMITTED, PLEASE CALL Jedonna Adams AT (214) 871-2100.

**COMMENTS:**

Please see attached.

The information contained in this facsimile message is legally privileged and confidential information which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, the material herewith should be destroyed immediately and the sender listed above should be notified by telephone.

Bryan Tower 2001 Bryan St., Suite 1800 Dallas, TX 75201 | ph. 214.871.2100 fx. 214.871.2111 www.qsclpc.com

A PROFESSIONAL CORPORATION | ATTORNEYS AND COUNSELORS

**DEPARTMENT OF THE ARMY**
GALVESTON DISTRICT, CORPS OF ENGINEERS
P. O. BOX 1229
GALVESTON, TEXAS 77553-1229

REPLY TO
ATTENTION OF

June 1, 2004

Office of Counsel

Mr. Brian W. Erikson, Esq.
Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

VIA FACSIMILE (214-871-2111)
AND CERTIFIED MAIL
RETURN RECEIPT REQUESTED

RE: Production of Documents
Renda Marine v. United States, 02-306C (Fed. Cl.)

Dear Mr. Erikson:

This letter is in response to the letters I have received from you concerning the availability of documents pursuant to Judge Hewitt's Order dated May 14, 2004.

You are correct that I am not ignoring your letters. However, at this time, I do not have any information for you other than that I am working with personnel here at the Galveston District to obtain the specified files. At this time, I do not have any idea how much longer it will take. However, please be assured that as soon as they are available for your review, I will let you know, and we can schedule a time for your review.

If you have any questions in the meantime, please feel free to contact me at 409-766-3191.

Sincerely,

P. Alex Petty
Assistant District Counsel

cc: John Kosloske

EXHIBIT
I

Blumberg No. 5118

# Fax

**Office of Counsel**
**U.S. Army Engineer District, Galveston**
**Jadwin Building, Room 355**
**2000 Fort Point Road**
**Galveston, Texas 77550**

**Date:** 1 June 04

**Pages:** 2 **(including cover)**

**To:** Brian Erikson

**From: P. Alex Petty**
**Assistant District Counsel**
**Telephone: (409) 766-3191**
**Fax: (409) 766-3165**

**Fax:** 214-871-2111

**Phone:** 214-880-1844

**Subject:** Production of Documents

**This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copy or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please telephone 409-766-3191 and return the original transmission to the address given above.**

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>PLAINTIFF, | § § | |
| | § | CASE NO. 02-306C |
| V. | § | |
| | § | (JUDGE HEWITT) |
| UNITED STATES ARMY<br>CORPS OF ENGINEERS,<br>DEFENDANT. | § § § | |

**ORDER**

Considering the Motion by Renda Marine, Inc., to Enforce Court Order Requiring Production of Interrogatory No. 5 Documents, the pleadings on file, and the arguments of counsel, the Court finds that Renda's Motion is meritorious, and should be granted.

It is hereby ordered, adjudged and decreed that the Motion by Renda to Enforce Court Order Requiring Production of Interrogatory No.5 Documents, be and it hereby is granted, and that the Government shall produce the documents responsive to Interrogatory No. 5 in Renda's First Set of Interrogatories within ten days of the entry of this Order.

Signed this ___ day of ___________, 2004.

_______________________________
Judge Hewitt