No. 02-306C
(Judge Hewitt)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**DEFENDANT'S MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MR. P. ALEX PETTY
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

MAY 12, 2004



EXHIBIT D
Blumberg No. 5118

6. The Schedule's Chapter 4 methodology should be used to compute ownership and operating rates for the dredging plant, which includes, in addition to the dredge, work barges, tugs, and tenders, pipelines, pontoons, boats, and other floating equipment used to support the dredging operation. Renda incorrectly used the Schedule's Chapter 3 methodology to calculate ownership and operating expense rates for the barges and tenders that supported the *Millennium*.

VII. Renda's Challenge To The Contracting Officer's <u>November 2002 Decision Upon Government Claims</u>

On November 26, 2002, seven months after Renda instituted the present litigation, the Contracting Officer issued a decision upon *Government* claims under or relating to the Upper Bayou Project Contract. Renda did not appeal that decision either to the Court of Federal Claims or the Armed Services Board of Contract Appeals. Renda takes the position that the decision is a "nullity" and now apparently asks this Court to ratify Renda's position by declaring the decision null and void.

The validity of the Contracting Officer's November 2002 decision, however, is not a subject of Renda's complaint in this case and the Government has not sought to place that decision in issue here by way of pleading a set-off or a counterclaim. Moreover, it is not necessary for the Court to decide that question in order to resolve any of Renda's claims. A decision by the Court upon the validity of the Contracting Officer's November 2000 decision regarding *Government* claims, therefore, would be tantamount to an advisory opinion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MR. P. ALEX PETTY
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

MAY 12, 2004