IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-306C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

# DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDER REQUIRING PRODUCTION OF INTERROGATORY NO. 5 DOCUMENTS

## PRELIMINARY STATEMENT

Pending before the Court is the motion of plaintiff, Renda Marine, Inc. (Renda), for an order enforcing paragraph (1)(C) of the Court's May 14, 2004 Order, which granted Renda's request to review documents referred to in the Government's response to Renda's Interrogatory No. 5.[1/] The requested discovery concerns documents relating to the eight dredging projects in the Upper Bayou Project area during the 12-year period from 1987 to 1999. On July 1, 2004, defendant's counsel advised Renda's counsel that the documents possessed by the Government relative to the four most recent dredging projects are available for review by Renda at the Army Corps of Engineers Galveston District office, but that the Government has not been able to locate any records for the earlier four projects, the latter apparently having been destroyed pursuant to

[1] Paragraph (1)(C) of the Court's May 14, 2004 Order provides: "With respect to the production of documents identified as responsive to plaintiff's Interrogatory No. 5 concerning 'borrow' material and the identification of certain persons who may have knowledge that is responsive to plaintiff's Interrogatory No. 5 concerning 'borrow' material, the court GRANTS plaintiff's request to review the documents and, if desired, depose the identified persons if not presently employees of plaintiff."

agency records disposal procedures prior to the advent of this litigation. See Def. App. 1-2.[2] Renda's motion to enforce the Court's May 14, 2004 Order, therefore, should be denied as moot.

BACKGROUND

I. Renda's Interrogatory No. 5 And The Government's Response

Interrogatory No. 5 requests that the Government "state the identity of any persons who have borrowed or excavated material from the area of the Upper Bayou Project at any time in the last 15 years, the date(s) of any such borrowing or excavating, the approximate amount of material borrowed or excavated, the identity of each person with knowledge of any such material borrowed or excavated, and the identity of any documents pertaining to or reflecting any such material borrowed or excavated." Def. App. 5. The Government responded to Interrogatory No. 5, in pertinent part, as follows:

> Additionally, Corps of Engineers contracts for dredging work performed in the area of the Upper Bayou Project during the period from 1987 to 1999 are listed in the document at Tab B to "Defendant's Responses to Requests Nos. 15, 27, and 28 of Plaintiff's First Request for Production of Documents" dated January 3, 2003. In defendant's response to document production requests 27 and 28, we have offered to produce documents relating to those contracts for plaintiff's inspection at a mutually convenient time and place. Those documents may contain information requested by this interrogatory. Pursuant to RCFC 33(d), we will produce the documents for plaintiff's examination at a mutually convenient time and place.

Def. App. 5.

In Document Requests Nos. 27 and 28, referred to in the Government's response to Interrogatory No. 5 quoted above, Renda requested that the Government produce documents

---

[2] "Def. App. ____" refers to the referenced page(s) of the appendix to this response to Renda's motion to enforce paragraph (1)(C) of the Court's May 14, 2004 Order.

relating to "[a]ny surveys, soundings, evaluations, or results from previous projects in the area of the Upper Bayou Project" and "[a]ny records or documents concerning any dredging, borrowing, deposits, filling, surveying, or other activity in the area of the Upper Bayou Project prior to the issuance of the notice to proceed with construction of the Upper Bayou Project." The Government responded to those discovery requests as follows:

> Corps of Engineers contracts for dredging work performed in the area of the Upper Bayou Project during the period from 1949 to 1999 are listed in the spreadsheet at Tab B. Documents relating to those contracts, which may contain information responsive to this production request, are stored at facilities in Galveston and Fort Worth, Texas. Defendant will produce those materials for plaintiff's inspection at a mutually convenient time and place.

Def. App. 8, 9.

The spreadsheet at Tab B referred to in the Government's responses to Renda's Interrogatory No. 5 and Document Requests 27 and 28 is a list of forty-one dredging contracts performed in the area of the Upper Bayou Project during the 50-year period from 1949 to 1999. See Def. App. 11. This spreadsheet provides, for the listed contracts, the contract number, dredging contractor, the start and finish dates of work, contract type (i.e., new work dredging, maintenance dredging, or levee rehabilitation), the reach of the Houston Ship Channel in which the dredging occurred, and total pay volume of dredged materials. The spreadsheet lists the following eight contracts performed during the 1987-1999 interval:

| Contract Number | Contract Type | Contractor | Start | Finish |
|---|---|---|---|---|
| DACW6488C0025 | Maintenance Dredging | T.L. James | 11/7/88 | 1/16/89 |
| DACW6489C0042 | Levee Rehabilitation | Folk Construction | | 1989-90 |
| DACW6490C0018 | Maintenance Dredging | T.L. James | 7/21/90 | 12/10/90 |
| DACW6492C0049 | Maintenance Dredging | Great Lakes | 9/11/92 | 7/16/93 |
| DACW6495C0049 | Maintenance Dredging | Mike Hooks | 12/29/94 | 5/11/95 |

| Contract Number | Contract Type | Contractor | Start | Finish |
|---|---|---|---|---|
| DACW6496C0032 | Maintenance Dredging | T.L. James | 8/19/96 | 12/1/96 |
| DACW6497C0028 | Maintenance Dredging | King Fisher Marine | 8/3/97 | |
| DACW6499C0012 | | | | |

Def. App. 11.

II. The Government's Search For Documents Relating To The Eight Dredging Projects In The Upper Bayou Project Area During The 1987-1999 Interval

Upon the Court's issuance of the May 14, 2004 Order, defendant's counsel contacted Alex Petty, Esq., Office of Counsel, Galveston District, Army Corps of Engineers, the agency counsel assigned to this litigation, and requested that Mr. Petty coordinate and oversee production of the documents referred to in the Government's response to Renda's Interrogatory No. 5. On June 30, 2004, Mr. Petty advised defendant's counsel that, of the eight dredging projects in the area of the Upper Bayou Project during the 1987-1999 time frame, documents relating to the four most recent projects (Contracts DACW64-95-C-0011, DACW64-96-C-0032, DACW64-97-C-0028, and DACW64-99-C-0012) have been located, retrieved, and are ready for review by Renda at the Galveston District office.

As to the four earlier dredging projects (Contracts DACW64-88-C-0025, DACW64-89-C-0042, DACW64-90-C-0018, and DACW64-92-C-0049), however, Mr. Petty advised that the Corps of Engineers (Corps) searched for but did not find any such documents. Government "Records Transmittal and Receipt" documents reflect that boxes containing materials relating to those four dredging projects were scheduled for destruction prior the present litigation in April 2002. These agency document retention records reflect a disposal date of January 1995 for documents relating to Contract DACW64-88-C-0025 (see Def. App. 13), a disposal date of January

1997 and October 1987 for documents relating to Contract DACW64-89-C-0042 (see Def. App. 14, 18), disposal dates of January 1997, October 1997, and October 1998 for various materials relating to Contract DACW64-90-C-0018 (see Def. App. 15, 16, 19), and a disposal date of January 2000 for documents relating to Contract DACW64-92-C-0049 (see Def. App. 22). Documents once possessed by the Corps relating to Contracts DACW64-88-C-0025, DACW64-89-C-0042, DACW64-90-C-0018, and DACW64-92-C-0049, therefore, appear to have been destroyed pursuant to routine records disposal schedules established by the agency.

## ARGUMENT

Renda's application for an order to enforce paragraph (1)(C) of the Court's May 14, 2004 Order, concerning production of documents referred to in the Government's response to Renda's Interrogatory No. 5, is moot. As we advised Renda's counsel on July 1, 2004, documents relating to Contracts DACW64-95-C-0011, DACW64-96-C-0032, DACW64-97-C-0028, and DACW64-99-C-0012 have been located, retrieved, and are ready for review by Renda at the Galveston District office. The Government searched for but did not find any documents relating to Contracts DACW64-88-C-0025, DACW64-89-C-0042, DACW64-90-C-0018, and DACW64-92-C-0049. It appears that such documents were destroyed prior to the commencement of this litigation, pursuant to routine agency records disposal procedures. The Government cannot produce for review that which it no longer possesses.

## CONCLUSION

For the foregoing reasons, plaintiff's motion to enforce that part of the Court's May 14, 2004 Order requiring production of documents referred to in defendant's response to plaintiff's Interrogatory No. 5 should be denied as moot.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MR. P. ALEX PETTY
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

JULY 7, 2004

# DEFENDANT'S APPENDIX

# INDEX TO DEFENDANT'S APPENDIX

**Document** **Page**

Letter dated 7/1/04 from defendant's counsel to plaintiff's counsel .............................. 1

Portions of "Defendant's Responses to Plaintiff's First Set of Interrogatories" .............. 3

Portions of "Defendant's Responses to Requests Nos. 15, 27, and 28 of Plaintiff's First Request for Production of Documents" ................................. 7

Government records retention documents re: Contracts DACW64-88-C-0025, DACW64-89-C-0042, DACW64-90-C-0018, and DACW64-92-C-0049 ........ 12

**U.S. Department of Justice**

Civil Division

JKosloske
DJ # 154-02-306

Telephone: (202) 307-0282
Telecopy: (202) 514-8624

*Washington, D.C. 20530*

By Telecopy and First Class Mail

July 1, 2004

Brian W. Erikson, Esq.
Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(Telecopy: (214) 871-2111)

Re: Renda Marine, Inc. v. United States,
No. 02-306C (Fed. Cl.)

Dear Mr. Erikson:

This is a follow-up to your June 24, 2004 telephonic request regarding the status of the Government's production of the documents for the eight dredging projects in the Upper Bayou area referred to in our response to plaintiff's Interrogatory No. 5 in this case. As you know, I asked Alex Petty of the Corps' Office of Counsel for the Galveston District to coordinate and oversee production of these materials. On June 30, 2004, Mr. Petty advised us that documents relating to the four most recent dredging projects (contracts DACW64-95-C-0011, DACW64-96-C-0032, DACW64-97-C-0028, and DACW64-99-C-0012) have been located and are ready for inspection by plaintiff.

The Corps searched for documents related to the four earlier dredging projects (contracts DACW64-88-C-0025, DACW64-89-C-0042, DACW64-90-C-0018, and DACW64-92-C-0049), but, to date, has not located any such documents. Individuals responsible for maintaining these records and pertinent "Records Transmittal and Receipt" documents indicate that boxes containing documents related to these four dredging projects were designated for destruction in 1995 (DACW64-88-C-0025), 1997 (DACW64-89-C-0042), 1997 & 1998 (DACW64-90-C-0018), and 2000 (DACW64-92-C-0049).

You may contact Mr. Petty to arrange a date and time for plaintiff's inspection of the documents related to contracts DACW64-95-C-0011, DACW64-96-C-0032, DACW64-97-C-0028, and DACW64-99-C-0012 at the Corps' Galveston District office. Please note that Mr. Petty will be away from his office on leave during July 1-6, 2004.

Very truly yours,

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch

cc: Alex Petty, Esq.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-306C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to rules 26 and 33 of the United States Court of Federal Claims, defendant, the United States, responds to the "First Set of Interrogatories by Plaintiff, Renda Marine, Inc. to Defendant, United States Army Corps of Engineers" dated November 1, 2002, as follows:

GENERAL STATEMENTS AND OBJECTIONS

1. The word usage and sentence structure is that of the attorney who prepared these responses and does not purport to be the exact language of the executing parties.

2. The information supplied in these responses is that currently available to defendant, its agents, representatives, or attorneys, unless privileged. Discovery in this litigation has not been completed, and defendant's investigation into the facts relevant to plaintiff's claims is continuing. Defendant, therefore, reserves the right to supplement or modify the responses to these interrogatories, as appropriate, if and when additional information becomes available through discovery, consultation with potential expert witnesses, or otherwise. Defendant further reserves the right to introduce at trial any testimonial, documentary, or other form of evidence of facts yet to be discovered.

3. Defendant objects to plaintiff's interrogatories to the extent that they request information that is protected by the attorney-client privilege, the attorney work product doctrine, or other recognized exemptions from disclosure.

4. Defendant objects to plaintiff's interrogatories to the extent that they are overly broad, vague, ambiguous, oppressive, or unduly burdensome.

5. Defendant incorporates by reference the above general objections into its responses to the individual interrogatories below.

INTERROGATORY NO. 5: Please state the identity of any persons who have borrowed or excavated material from the area of the Upper Bayou Project at any time in the last 15 years, the date(s) of any such borrowing or excavating, the approximate amount of material borrowed or excavated, the identity of each person with knowledge of any such material borrowed or excavated, and the identity of any documents pertaining to or reflecting any such material borrowed or excavated.

RESPONSE: Plaintiff (various individuals) borrowed or excavated material from the Lost Lake Placement Area between 1998 and 2001. Defendant does not know the exact amount of material that plaintiff borrowed or excavated from the Lost Lake Placement Area. However, we believe that it exceeds several thousand yards. Persons with knowledge include Eric Russek, Mike McClenan, Tim Few, Wendell Mears, Leon Hrabovsky, Charles Baron, Eddie Fisher, Steve Bowman, Rudy Renda. Relevant documents include plaintiff's daily reports.

Additionally, Corps of Engineers contracts for dredging work performed in the area of the Upper Bayou Project during the period from 1987 to 1999 are listed in the document at Tab B to "Defendant's Responses to Requests Nos. 15, 27, and 28 of Plaintiff's First Request for Production of Documents" dated January 3, 2003. In defendant's response to document production requests 27 and 28, we have offered to produce documents relating to those contracts for plaintiff's inspection at a mutually convenient time and place. Those documents may contain information requested by this interrogatory. Pursuant to RCFC 33(d), we will produce the documents for plaintiff's examination at a mutually convenient time and place.

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282

Attorneys for Defendant

JANUARY 3, 2003

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| Plaintiff, | ) | No. 02-306C |
| v. | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSES TO REQUESTS NOS. 15, 27, AND 28
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to RCFC 26 and 34, defendant, the United States, responds to document production requests 15, 27, and 28 contained in the "First Request for Production of Documents by Plaintiff, Renda Marine, Inc., to Defendant, United States Army Corps of Engineers" dated November 1, 2002, as follows:

REQUEST NO. 15: Any written policies, procedures and guidelines as they relate to computers, electronic data, and electronic media regarding:

A. File naming conventions and standards

B. Diskette labeling standards

C. Back up tape rotation schedules

D. Electronic media retention/destruction schedules; and,

E. Corporate policies concerning employee use of company computers and data.

RESPONSE: Defendant has identified documents responsive to this production request, copies of which are appended at Tab A.

REQUEST NO. 27: Any surveys, soundings, evaluations, or results from previous projects in the area of the Upper Bayou Project.

RESPONSE: Corps of Engineers contracts for dredging work performed in the area of the Upper Bayou Project during the period from 1949 to 1999 are listed in the spreadsheet at Tab B. Documents relating to those contracts, which may contain information responsive to this production request, are stored at facilities in Galveston and Fort Worth, Texas. Defendant will produce those materials for plaintiff's inspection at a mutually convenient time and place.

REQUEST NO. 28: Any records or documents concerning any dredging, borrowing, deposits, filling, surveying, or other construction activity in the area of the Upper Bayou Project prior to the issuance of the notice to proceed with construction on the Upper Bayou Project.

RESPONSE: Corps of Engineers contracts for dredging work performed in the area of the Upper Bayou Project during the period from 1949 to 1999 are listed in the spreadsheet at Tab B. Documents relating to those contracts, which may contain information responsive to this production request, are stored at facilities in Galveston and Fort Worth, Texas. Defendant will produce those materials for plaintiff's inspection at a mutually convenient time and place.

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282

Attorneys for Defendant

JANUARY 3, 2003

| ContractNum | Contractor | ActStrt | WorkComp | ContType | Channel | Total Pay Yardage |
|---|---|---|---|---|---|---|
| DACW6449C1931 | Alantic Gulf and Pacific Company | 05-Jul-49 | 25-Nov-49 | New Work Dredging | Morgans Point to Carpenters Bayou | 3,137,934 |
| DACW6450C0429 | Alantic Gulf and Pacific Company | 13-Jan-50 | 15-May-50 | New Work Dredging | Morgans Point to Carpenters Bayou | 3,797,290 |
| DACW6451C0890 | Alantic Gulf and Pacific Company | 08-Feb-51 | 26-Apr-51 | New Work Dredging | Morgans Point to Carpenters Bayou | 2,135,626 |
| DACW6451C0941 | Alantic Gulf and Pacific Company | 25-Apr-51 | 27-Apr-52 | New Work Dredging | Carpenters Bayou to Greens Bayou | 3,747,914 |
| DACW6452C1231 | Alantic Gulf and Pacific Company | 05-Feb-52 | 21-Apr-52 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 2,280,453 |
| DACW6452C1449 | Alantic Gulf and Pacific Company | 24-Apr-52 | 15-Jun-53 | New Work Dredging | Carpenters Bayou to Greens Bayou | 3,733,053 |
| DACW6453C2068 | Standard Dredging Corp. | 06-Apr-53 | 19-Aug-53 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 1,421,779 |
| DACW6453C2411 | Alantic Gulf and Pacific Company | 21-Sep-53 | 08-Apr-54 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 2,547,692 |
| DACW6455C0017 | Alantic Gulf and Pacific Company | 27-Oct-55 | 12-Dec-55 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 1,226,129 |
| DACW6457C0006 | Alantic Gulf and Pacific Company | 30-Aug-56 | 12-Mar-57 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 2,369,408 |
| DACW6458C0176 | Alantic Gulf and Pacific Company | 10-Jun-58 | 24-Sep-58 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 3,211,008 |
| DACW6461C0084 | Alantic Gulf and Pacific Company | 16-Feb-61 | 14-Nov-61 | New Work Dredging | Morgans Point to Carpenters Bayou | 5,346,051 |
| DACW6461C0117 | Alantic Gulf and Pacific Company | 21-May-61 | 12-Feb-62 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 1,463,397 |
| DACW6462C0055 | T.L. James & Company, Inc. (Area Office) | 08-Nov-61 | 14-Sep-63 | New Work Dredging | Carpenters Bayou to Greens Bayou | 4,969,399 |
| DACW6462C0226 | Alantic Gulf and Pacific Company | 31-May-62 | 16-Sep-63 | New Work Dredging | Carpenters Bayou to Greens Bayou | 7,738,855 |
| DACW6464C0107 | Standard Dredging Corp. | 13-Jan-64 | 02-Apr-65 | New Work Dredging | Morgans Point to Carpenters Bayou | 7,745,380 |
| DACW6464C0186 | T.L. James & Company, Inc. (Area Office) | 03-Nov-64 | 07-May-65 | New Work Dredging | Carpenters Bayou to Greens Bayou | 3,224,363 |
| DACW6466C0106 | Bauer Dredging | 27-Apr-66 | 12-Oct-66 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 3,109,765 |
| DACW6468C0048 | T.L. James & Company, Inc. (Area Office) | 17-Jan-68 | 20-Aug-68 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 3,215,614 |
| DACW6468C0130 | Alantic Gulf and Pacific Company | 13-Aug-68 | 23-Dec-68 | Maintenance Dredging | Carpenters Bayou to Greens Bayou | 1,287,593 |
| DACW6469C0087 | Alantic Gulf and Pacific Company | 07-Aug-69 | 19-Oct-69 | Maintenance Dredging | Carpenters Bayou to Greens Bayou | 136,686 |
| DACW6470C0062 | Alantic Gulf and Pacific Company | 28-Apr-70 | 21-Jul-70 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 2,591,474 |
| DACW6472C0051 | Great Lakes Dredge & Dock Company (Area Office) | 24-Apr-72 | 21-Jun-72 | Maintenance Dredging | Morgans Point to Greens Bayou | 1,715,341 |
| DACW6474C0044 | Alantic Gulf and Pacific Company | 04-Jan-74 | 15-May-74 | Maintenance Dredging | Carpenters Bayou to Greens Bayou | 850,214 |
| DACW6475C0076 | T.L. James & Company, Inc. (Area Office) | 25-Mar-75 | 31-Jul-75 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 2,957,799 |
| DACW6475C0105 | T.L. James & Company, Inc. (Area Office) | 25-Jun-75 | 15-Jan-76 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 971,666 |
| DACW6476C0051 | T.L. James & Company, Inc. (Area Office) | 10-May-76 | 02-Aug-76 | New Work Dredging | Morgans Point to Carpenters Bayou | 491,409 |
| DACW6477C0016 | Mike Hooks, Inc. | 17-Feb-77 | 30-Sep-77 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 964,127 |
| DACW6478C0028 | T.L. James & Company, Inc. (Area Office) | 10-May-78 | 28-Nov-78 | Maintenance Dredging | Carpenters Bayou to Greens Bayou | 1,357,924 |
| DACW6480C0065 | T.L. James & Company, Inc. (Area Office) | 23-Sep-80 | 15-Jun-81 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 2,974,432 |
| DACW6483C0008 | T.L. James & Company, Inc. (Area Office) | 02-May-83 | 18-Oct-83 | Maintenance Dredging | Carpenters Bayou to Greens Bayou | 1,062,844 |
| DACW6484C0035 | Bean Dredging Corporation | 06-Oct-84 | 24-Mar-85 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 3,252,658 |
| DACW6486C0022 | T.L. James & Company, Inc. (Area Office) | 14-May-86 | 22-Aug-86 | Maintenance Dredging | Carpenters Bayou to Greens Bayou | 607,330 |
| DACW6488C0025 | T.L. James & Company, Inc. (Area Office) | 11-Jul-88 | 16-Jan-89 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 2,736,603 |
| DACW6489C0042 | Folk Construction | approx. | 1989 - 90 | Levee Rehabilitation | Lost Lake Disposal Area | unknown |
| DACW6490C0018 | T.L. James & Company, Inc. (Area Office) | 21-Jul-90 | 10-Dec-90 | Maintenance Dredging | Carpenters Bayou to Greens Bayou | 786,800 |
| DACW6492C0049 | Great Lakes Dredge & Dock Company (Area Office) | 11-Sep-92 | 16-Jul-93 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 2,983,792 |
| DACW6495C0011 | Mike Hooks, Inc. | 29-Dec-94 | 11-May-95 | Maintenance Dredging | Morgans Point to Carpenters Bayou | 1,309,900 |
| DACW6496C0032 | T.L. James & Company, Inc. (Area Office) | 19-Aug-96 | 01-Dec-96 | Maintenance Dredging | Carpenters Bayou to Greens Bayou | 806,225 |
| DACW6497C0028 | King Fisher Marine Service, Inc. | 03-Aug-97 | | Maintenance Dredging | Morgans Point to Carpenters Bayou | 1,983,067 |
| DACW6499C0012 | King Fisher Marine Service, Inc. | | | | | 132000(est) |

# RECORDS TRANSMITTAL AND RECEIPT

Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. See specific instructions on reverse.

PAGE 1 OF 3 PAGES

**1. TO** (*Complete the address for the records center serving your area as shown in 36 CFR 1228.150.*)

**Federal Records Center**
Records Holding
Fort Point Warehouse

**5. FROM** (*Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address*)

Galveston District Corps of Engineers
Procurement Branch
Contracting Division
CESWG-CT-P
P. O. Box 1229
Galveston, Texas 77553-1229

Unit 2

**2. AGENCY TRANSFER AUTHORIZATION** — TRANSFERRING AGENCY OFFICIAL (*Signature and title*): Jose Garcia [signature: Mary ... ] Chief, Contracting Division — DATE: 19 Oct 90

**3. AGENCY CONTACT** — TRANSFERRING AGENCY LIAISON OFFICIAL (*Name, office and telephone No.*): Colleen Hightower, Division Secretary Ext. 3847

**4. RECORDS CENTER RECEIPT** — RECORDS RECEIVED BY (*Signature and title*): Carol Nelson Mgt Asst. — DATE: 7 Nov 90 Whse. Ft. Point

Fold Line

## 6. RECORDS DATA

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Contracting Division<br>Procurement Branch | | AR 25-400-2 Series | | | | | |
| | | | | [initials] 1214 | Civil Works Construction and Maintenance<br>Contracts FY 89<br><br>DACW64-83-C-0041<br>86-C-0027<br>86-C-0034<br>86-C-0047<br>87-C-0001<br>87-C-0013<br>87-C-0022<br>87-C-0037 | N | 1519-10 | JAN. 1995 | | | | |
| | | | | [initials] 1215 | DACW64-88-C-0003<br>88-C-0007<br>88-C-0011<br>88-C-0013<br>88-C-0020<br>88-C-0022 | | 1180-1-1q | JAN. 1995 | | | | |

This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

TRANSFERRING AGENCY'S NAME: Galveston District, Corps of Engineers, Galveston, Texas

DATE: 19 Oct 90

PAGE 2 OF 3 PAGES

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER: LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Contracting Division | | AR 25-400-2 Series | | | | | |
| | | | | | Procurement Branch | | | | | | | |
| | | | | | Civil Works Construction and Maintenance | | | | | | | |
| | | | | | Contract FY 89 | | 1180-1-1q | JAN 1995 | | | | |
| | | | | | 88-C-0023 | | | | | | | |
| | | | | | DACW64-88-C-0024 | | | | | | | |
| | | | | | 88-C-0025 | | | | | | | |
| | | | | | 88-C-0026 | | | | | | | |
| | | | | | 88-C-0027 | | | | | | | |
| | | | | | DACW64-88-C-0028 | | 1180-1-1q | JAN 1995 | | | | |
| | | | | | 88-C-0030 | | | | | | | |
| | | | | | 88-C-0031 Bx 3 | | | | | | | |
| | | | | | 88-C-0035 | | | | | | | |
| | | | | ctn 12/6 | 88-C-0036 Folders 1 of 2 and 2 of 2 | | | | | | | |
| | | | | | 88-C-0037 | | | | | | | |
| | | | | | 88-C-0038 | | | | | | | |
| | | | | | 88-C-0039 | | | | | | | |
| | | | | | 89-C-0001 | | | | | | | |
| | | | | | 89-C-0002 | | | | | | | |
| | | | | | 89-C-0003 | | | | | | | |
| | | | | | ~~DACW64-89-C-0005~~ dd Didnot get retired. | | 1180-1-1q | JAN 1995 | | | | |
| | | | | | 89-C-0008 | | | | | | | |
| | | | | | 89-C-0011 Bx 4 | | | | | | | |
| | | | | ctn 12/7 | 89-C-0013 | | | | | | | |
| | | | | | 89-C-0015 | | | | | | | |
| | | | | | 89-C-0018 | | | | | | | |
| | | | | | 89-C-0028 | | | | | | | |
| | | | | | 88-C-0015 | | 1180-1-1a | | | | | |
| | | | | | 88-C-0032 | | | | | | | |

NSN 7540-00-823-7952
Previous edition usable

135-204

*U.S. GPO: 1989-242-450/90294

STANDARD FORM 135-A (Rev. 7-85)
Prescribed by NARA
36 CFR 1228.152

**RECORDS TRANSMITTAL AND RECEIPT (Continuation)**

This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

TRANSFERRING AGENCY'S NAME: Galveston District, Corps of Engineers, Galveston, Texas

DATE: 30 Nov 92

PAGE 2 of 4 PAGES

| RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | LOCATION (j) | SHELF PLAN | CONT. TYPE | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Contracting Division<br>Procurement Branch<br><br>Civil Works Construction and Maintenance Contracts FY 91 | | AR 25-400-2 Series | | | | | |
| | | | ✓ | 1679 | DACW64-90-C-0024<br>90-C-0025<br>91-C-0007<br>91-C-0009 Folders 1 of 2, 2 of 2<br>Box 3 71-C-0024 Folders 1 of 3, 2 of 3, 3 of 3<br>86-C-0018 | | 1180-1-1a | Jan 1997 | | | | |
| | | | ✓ | 1680 | DACW64-88-C-0008<br>88-C-0016<br>89-C-0003 Folders 1 of 2, 2 of 2<br>89-C-0004<br>89-C-0009<br>Box 4 89-C-0019 | | 1180-1-1q | Jan 1997 | | | | |
| | | | ✓ | 1681 | DACW64-89-C-0023 Folders 1 of 3, 2 of 3 (missing), 3 of 3<br>89-C-0024 Folders 1 of 3 2 of3 3 of 3<br>Box 5 89-C-0026 | | 11-80-1-1q | Jan 1997 | | | | |
| | | | ✓ | 1682 | DACW64-89-C-0030 Folders 1 of 3, 2 of 3 3 of 3<br>89-C-0037<br>89-C-0038 Folders 1 of 2, 2 of 2<br>89-C-0042<br>Box 6 89-C-0049 | | 1180-1-1q | Jan 1997 | | | | |

135-203

* U.S. GOVERNMENT PRINTING OFFICE: 1983-381-646/8384

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

RECORDS TRANSMITTAL AND RECEIPT (Continuation)

This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

| TRANSFERRING AGENCY NAME | DATE | PAGE | OF |
|---|---|---|---|
| OPERATIONS & MAINTENANCE BRANCH | 16 AUG 93 | 7 | 11 PAGES |

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER: LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | GIWW, Freeport Harbor to Vicinity FM 457, Brazoria & Matagorda, Co., TX 89-C-0040 (C-11/90) | | | 10/97 | | | | |
| | | | | | CCSC, La Quinta Junction to Light Beacon 82, Nueces Co., TX 90-C-0020 (C-12/90) | | | 10/97 | | | | |
| | | | | Box #5 1719 | GIWW, Channel across Aransas Bay 90-C-0027 (C-12/90) | | | 10/97 | | | | |
| | | | | | GIWW, Matagorda Bay to San Antonio, Calhoun Co., TX 86-C-0018 (C-1/91) | | | 10/97 | | | | |
| | | | | | HSC Rehab of Lost Lake Disposal Area 89-C-0042 (C-3/91) | | | 10/97 | | | | |
| | | | | | HSC, Red Fish to Morgans Point, Galveston, Chambers & Harris Co., TX 89-C-0049 (C-3/91) | | | 10/97 | | | | |
| | | | | | HSC, Carpenters Bayou to Greens Bayou, Harris Co., TX 90-C-0018 (C-3/91) | | | 10/97 | | | | |
| | | | | | MSC, Channel to Red Bluff, Calhoun & Jackson Co., TX 90-C-0032 (C-3/91) | | | 10/97 | | | | |
| | | | | | HSC, Lost Lake Disposal Area Houston Ship Channel, TX 89-C-0042 (C-3/91) | | | 10/97 | | | | |
| | | | | | Trinity River & Tribs, Anahuac Ch. & Ch. to Liberty, Chambers & Liberty Co., TX 90-C-0023 (C-4/91) | | | 10/97 | | | | |



U.S. GOVERNMENT PRINTING OFFICE: 1983-381-646/8384

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

**RECORDS TRANSMITTAL AND RECEIPT (Continuation)**

This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

TRANSFERRING AGENCY NAME: OPERATIONS & MAINTENANCE BRANCH

DATE: 16 AUG 93

PAGE 8 OF 11 PAGES

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER: LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Galveston Harbor, Entrance Channel Galveston, Co., TX 90-C-0031 (C-4/91) | | | 10/97 | | | | |
| | | | | | SNWW, Upper Neches Reach Sabine Pass Channel & Port Arthur Canal & U.S. Coast Guard Boat Basin, Jefferson Co., TX & Cameron Parish, LA 90-C-0033 (C-4/91) | | | 10/97 | | | | |
| | | | | | Mouth of Colorado River (NW), New Work, Mouth of Colorado River Jetty Entrance Ch Inside Nav Ch & Imp Basin, Matagorda County, TX 89-C-0038 (C-5/91) | | | 10/97 | | | | |
| | | | | | BIH, TX, Brazos Island Harbor Entrance Channel, Cameron Co., TX 91-C-0016 (C-6/91) | | | 10/97 | | | | |
| | | | | | GIWW & Channel to Pt. Bolivar, High Island to Port Bolivar & Channel Fronting Hwy. Ferry Slip, Chambers & Galveston Co., TX 90-C-0035 (C-6/91) | | | 10/97 | | | | |
| | | | | Box #6 | BIH, Main Channel from Laguna Madre to TB 90-C-0017 (C-9/90) | | | 10/98 | | | | |
| | | | | 1720 | GIWW, Freeport Harbor to Vicinity FM 457, Brazoria & Matagorda, Co., TX 89-C-0040 (C-11/90) | | | 10/98 | | | | |
| | | | | | HSC, Carpenters Bayou to Greens Bayou, Harris Co., TX 90-C-0018 (C-3/91 | | | 10/98 | | | | |

135-203

U S GOVERNMENT PRINTING OFFICE: 1983-381-646/8384

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

# RECORDS TRANSMITTAL AND RECEIPT

Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. See specific instructions on reverse.

PAGE 1 OF 4 PAGES

**1. TO** (Complete the address for the appropriate records center serving your area)

Federal Archives and Records Center
General Services Administration

As shown in FPMR 101-11.410-1 ▶ Records Holding
Fort Point Warehouse

**5. FROM** (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address)

Galveston District Corps of Engineers
• Procurement Branch
Contracting Division
CESWG-CT-P
P. O. Box 1229
Galveston, Texas 77553-1229

**2. AGENCY TRANSFER AUTHORIZATION** — TRANSFERRING AGENCY OFFICIAL (Signature and title): Jose Garcia [signature]
Chief, Contracting Division — DATE: 30 Nov 92

**3. AGENCY CONTACT** — TRANSFERRING AGENCY LIAISON OFFICIAL (Name, office and telephone No.): Colleen Hightower Division Secretary Ext. 3847

**4. RECORDS CENTER RECEIPT** — RECORDS RECEIVED BY (Signature and title): [signature] Mgt Asst. — DATE: 4 Dec 92

Fold line

**6. RECORDS DATA**

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Contracting Division<br>Procurement Branch<br><br>Civil Works Construction and Maintenance Contracts FY 91 | | AR 25-400-2 Series | | | | | |
| | | | | 1677 | DACW64-85-D-0010<br>86-D-0004<br>86-D-0009 Folders 1 of 6, 2 of 6, 3 of 6, 4 of 6, 5 of 6 6 of 6 | | 1403-26 | Jan 1997 | | | | |
| | | | | 1678 | DACW64-90-D-0001 Folders 1 of 3, 2 Of 3 3 of 3<br>90-C-0005<br>90-C-0006 Folders 1 of 2, 2 of 2<br>90-C-0007<br>90-C-0009 | | 1180-1-1a | Jan 1997 | | | | |

135-106

Standard Form 135 (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

| RECORDS TRANSMITTAL AND RECEIPT (Continuation) | This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply. | TRANSFERRING AGENCY'S NAME | DATE | PAGE OF |
|---|---|---|---|---|
| | | Galveston District<br>Corps of Engineers<br>Galveston, Texas | 30 Nov 92 | 2 of 4 PAGES |

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Contracting Division<br>Procurement Branch | | AR 25-400-2 Series | | | | | |
| | | | | | Civil Works Construction and Maintenance Contracts FY 91 | | | | | | | |
| | | | | 1679 | DACW64-90-C-0024<br>90-C-0025<br>91-C-0007<br>91-C-0009 Folders 1 of 2, 2 of 2<br>71-C-0024 Folders 1 of 3, 2 of 3, 3 of 3<br>86-C-0018 | | 1180-1-1a | Jan 1997 | | | | |
| | | | | 1680 | DACW64-88-C-0008<br>88-C-0016<br>DACA64 -89-C-0003 Folders 1 of 2, 2 of 2<br>89-C-0004<br>89-C-0009<br>89-C-0019 missing | | 1180-1-1q | Jan 1997 | | | | |
| | | | | 1681 | DACW64-89-C-0023 Folders 1 of 3, 2 of 3, 3 of 3<br>89-C-0024 Folders 1 of 3 2 of3 3 of 3<br>89-C-0026 | | 11-80-1-1q | Jan 1997 | | | | |
| | | | | 1682 | DACW64-89-C-0030 Folders 1 of 3, 2 of 3, 3 of 3<br>89-C-0037<br>89-C-0038 Folders 1 of 2, 2 of 2<br>89-C-0042<br>89-C-0049 | | 1180-1-1q | Jan 1997 | | | | |



U.S. GOVERNMENT PRINTING OFFICE: 1983-381-646/8384

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA

**RECORDS TRANSMITTAL AND RECEIPT**
(Continuation)

This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

TRANSFERRING AGENCY'S NAME: Galveston District, Corps of Engineers, Galveston, Texas

DATE: 30 Nov 92

PAGE 3 OF 4 PAGES

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE | AUTO. DISP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Contracting Division<br>Procurement Branch<br>Civil Works Construction and Maintenance<br>Contracts FY 91 | | AR 25-400-2 Series | | | | | |
| | | | | 1683 | DACW64-89-C-0050<br>90-C-0001<br>90-C-0003<br>90-C-0004 Folders 1 of 2, 2 of 2<br>90-C-0008<br>90-C-0010<br>90-C-0011 Folders 1 of 2, 2 of 2 | | 1180-1-1q | Jan 1997 | | | | |
| | | | | 1684 | DACW64-90-C-0012 Folders 1 of 2, 2 of 2<br>90-C-0016 Folders 1 of 2, 2 of 2<br>90-C-0017<br>90-C-0018<br>90-C-0020<br>90-C-0023 | | 1180-1-1a | Jan 1997 | | | | |
| | | | | 1685 | DACW64-90-C-0026<br>90-C-0033<br>90-C-0035<br>91-C-0008<br>91-C-0010 Folders 1 of 2, 2 of 2<br>91-C-0016<br>91-C-0018 | | 1180-1-1q | Jan 1997 | | | | |
| | | | | 1686 | DACW64-91-C-0021<br>91-C-0025<br>91-C-0029 | | 1180-1-1q | Jan 1997 | | | | |

135-203

U.S. GOVERNMENT PRINTING OFFICE 1983-381-646/8384

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA

**RECORDS TRANSMITTAL AND RECEIPT** (Continuation)

This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

TRANSFERRING AGENCY'S NAME: Galveston District, Corps of Engineers, Galveston, Texas

DATE: 30 Nov 92

PAGE 4 OF 4 PAGES

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER: LOCATION (j) | SHELF PLAN (k) | CONT. TYPE | AUTO. DISP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Contracting Officer Designation Files FY 91<br><br>Section A: Ordering Officer<br>Tudela, John A.<br>Morris, Philip Scott<br>Sharr, Stephen T.<br>Trahan, Joseph C.<br><br>Section B: Ordering Officers<br>Anderson, Carl<br>Harrington, Roy<br>Williams, Guy F.<br><br>Section C: Ordering Officers<br>Steckler, James L.<br>Alcala, George E.<br>Cole, Curtis, Jr. | | 1180-1-1k | Jan 1997 | | | | |

135-203

U S GOVERNMENT PRINTING OFFICE 1983-381-646/8384

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA

# RECORDS TRANSMITTAL AND RECEIPT

Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. See specific instructions on reverse.

PAGE 1 OF 4 PAGES

**1. TO** (*Complete the address for the appropriate records center serving your area*)

Federal Archives and Records Center
General Services Administration
Records Holding

*As shown in FPMR 101-11.410-1*

**2. AGENCY TRANSFER AUTHORIZATION** — TRANSFERRING AGENCY OFFICIAL (*Signature and title*)
James J. Rich [signature]
Chief, Contracting Division
DATE: 10-13-95

**3. AGENCY CONTACT** — TRANSFERRING AGENCY LIAISON OFFICIAL (*Name, office and telephone No.*)
Lucille Smith
Contracts Branch/Ext. 3845

**4. RECORDS CENTER RECEIPT** — RECORDS RECEIVED BY (*Signature and title*)
Mary Buchanan - Kountz
DATE: 12/5/95

**5. FROM** (*Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address*)

Galveston District Corps of Engineers
Contracts Branch
Contracting Division
P.O. Box 1229
Galveston, Texas 77553-1229

*Fold line*

**6. RECORDS DATA**

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER: LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 95 | | | | 1180-1-1k - Civil Works Const & Maint Contracts (Final Paid in FY 94) | N | AR 25-400-2 1180-1-1k | Jan 2000 | | | | |
| | | 424 | 96 | CT005 2 | DACW64-85-C-0030 Folders 1 of 5 thru 5 of 5 | | " " | " | | | | |
| | | | | | 89-C-0005 | | " " | " | | | | |
| | | | | | 89-C-0044 | | " " | " | | | | |
| | | 425 | 96 | CT006 2 | DACW64-90-C-0022 Folders 1 of 6 thru 6 of 6 | | " " | " | | | | |
| | | | | | 90-C-0040 Folders 1 of 12 thru 4 of 12 | | " " | " | | | | |
| | | 426 | 96 | CT007 3 | DACW64-90-C-0040 Folders 5 of 12 thru 12 of 12 | | " " | " | | | | |

135-106

Standard Form 135 (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

| RECORDS TRANSMITTAL AND RECEIPT (Continuation) | This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply. | TRANSFERRING AGENCY'S NAME | DATE | PAGE |
|---|---|---|---|---|
| | | USAED-Galveston<br>Contracts Branch<br>Contracting Division | 13 Oct 95 | 2 OF 4 PAGES |

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER LOCATION (j) |
|---|---|---|---|---|---|---|---|---|---|
| | 95 | | | | 1180-1-1k - Civil Works Const & Maint Contracts (Final Paid in FY 94) | N | AR 25-400-2<br>1180-1-18 | Jan 2000 | |
| | | | | 96 CT 008<br>4 | DACW64-91-C-0023 Folders 1 of 4 thru 4 of 4 | | " " | " | |
| | | | | | 92-C-0024 | | " " | " | |
| | | | | | 92-C-0029 | | " " | " | |
| | | | | | 92-C-0041 Folders 1 of 3 thru 3 of 3 | | " " | " | |
| | | | | 96 CT 009<br>5 | DACW64-92-C-0049 Folders 1 of 2 thru 2 of 2 | | " " | " | |
| | | | | | 93-C-0020 | | " " | " | |
| | | | | | 93-C-0023 Folders 1 of 2 thru 2 of 2 | | " " | " | |
| | | | | | 93-C-0024 | | " " | " | |
| | | | | | 93-C-0025 | | " " | " | |
| | | | | | 93-C-0026 | | " " | " | |
| | | | | 96 CT 010<br>6 | DACW64-93-C-0028 | | " " | " | |
| | | | | | 93-C-0030 Folders 1 of 2 thru 2 of 2 | | " " | " | |
| | | | | | 93-C-0031 Folders 1 of 4 thru 4 of 4 (Protest) | | " " | " | |
| | | | | | 93-C-0032 | | " " | " | |

135-203

U.S. GOVERNMENT PRINTING OFFICE: 1983-381-646/8384

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4
36 CFR 1228.152

**RECORDS TRANSMITTAL AND RECEIPT** (Continuation)

This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

**TRANSFERRING AGENCY'S NAME:** USAED–Galveston Contracts Branch Contracting Division

**DATE:** 13 Oct 95

**PAGE** 3 **OF** 4 **PAGES**

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER: LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 95 | | | | 1180-1-1a – Civil Works Const & Maint Contracts (Final Paid in FY 94) | N | AR 25-400-2 1180-1-1a | Jan 2000 | | | | |
| | | | | 96CTD11 7 | DACW64-93-C-0034 Folders 1 of 2 thru 2 of 2 | | " " | " | | | | |
| | | | | | 93-C-0038 | | " " | " | | | | |
| | | | | | 93-C-0040 | | " " | " | | | | |
| | | | | | 94-C-0002 Folders 1 of 2 thru 2 of 2 | | " " | " | | | | |
| | | | | | 94-C-0003 | | " " | " | | | | |
| | | | | | 94-C-0006 | | " " | " | | | | |
| | | | | 96CTD12 8 | DACW64-94-C-0009 | | " " | " | | | | |
| | | | | | 94-C-0011 | | " " | " | | | | |
| | | | | | 94-C-0013 | | " " | " | | | | |
| | | | | | 94-C-0024 | | " " | " | | | | |
| | | | | | 94-C-0028 | | " " | " | | | | |
| | | | | | 94-C-0035 | | " " | " | | | | |
| | 95 | | | | 1180-1-1a – Civil Works Contracts (Final Paid in FY 94) | N | " " | " | | | | |
| | | | | 96CTD13 9 | DACW64-93-C-0006 | | " " | " | | | | |
| | | | | | 93-C-0017 Folders 1 of 4 thru 4 of 4 | | " " | " | | | | |

135-203

★U.S. GOVERNMENT PRINTING OFFICE: 1983-381-646/

STANDARD FORM 135–A (Rev. 6–76)
Prescribed by GSA
FPMR (41 CFR) 101–11.4

This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

**TRANSFERRING AGENCY'S NAME:** USAED-Galveston, Contracts Branch, Contracting Division

**DATE:** 13 Oct 95, 13 Oct 95

**PAGE** 4 **OF** 4 **PAGES**

| ACCESSION NUMBER: RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and Item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER: LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 95 | | | 96CT014 10 | 37-105d - T&A Records and Certified Labor Reports | | AR 25-400-2 ~~[illegible]~~ | | | | | |
| | | | | | 1991 - T&A/Certified Labor | | | Jan 1997 | | | | |
| | | | | | 1992 - T&A/Certified Labor | | | Jan 1998 | | | | |
| | | | | | 1993 - T&A/Certified Labor | | | Jan 1999 | | | | |
| | | | | | 1994 - T&A/Certified Labor | | | Jan 2000 | | | | |

NSN 7540-00-823-7952
Previous edition usable

135-204

★ U.S.G.P.O.: 1986 - 491-003/50478

STANDARD FORM 135-A (Rev. 7-85)
Prescribed by NARA
36 CFR 1228.152