# RECORDS TRANSMITTAL AND RECEIPT

Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. See specific instructions on reverse.

PAGE 1 OF 3 PAGES

**1. TO** (Complete the address for the records center serving your area as shown in 36 CFR 1228.150.)

Federal Records Center
Records Holding
Fort Point Warehouse

**5. FROM** (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address)

Galveston District Corps of Engineers
Procurement Branch
Contracting Division
CESWG-CT-P
P. O. Box 1229
Galveston, Texas 77553-1229

**2. AGENCY TRANSFER AUTHORIZATION** — TRANSFERRING AGENCY OFFICIAL (Signature and title): ~~Jose~~ Garcia Mary McConnell
Chief, Contracting Division — DATE: 19 Oct 90

**3. AGENCY CONTACT** — TRANSFERRING AGENCY LIAISON OFFICIAL (Name, office and telephone No.): Colleen Hightower, Division Secretary Ext. 3847

**4. RECORDS CENTER RECEIPT** — RECORDS RECEIVED BY (Signature and title): Carol Nelson Mgt Asst. — DATE: 7 Nov 90 Whse. Ft. Point

Unit 2

Fold Line

## 6. RECORDS DATA

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER: LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Contracting Division<br>Procurement Branch | | AR 25-400-2 Series | | | | | |
| | | | | ctw 1214 | Civil Works Construction and Maintenance Contracts FY 89<br>DACW64-83-C-0041<br>86-C-0027<br>86-C-0034<br>86-C-0047<br>87-C-0001<br>87-C-0013<br>87-C-0022<br>87-C-0037 | N | 1519-10 | JAN. 1995 | | | | |
| | | | | ctw 1215 | DACW64-88-C-0003<br>88-C-0007<br>88-C-0011<br>88-C-0013<br>88-C-0020<br>88-C-0022 | | 1180-1-1q | JAN. 1995 | | | | |

NSN 7540-00-634-4093 — 135-107 — Standard Form 135 (Rev. 7-85) Prescribed by NARA 36 CFR 1228.152

This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

TRANSFERRING AGENCY'S NAME: Galveston District, Corps of Engineers, Galveston, Texas

DATE: 19 Oct 90

PAGE 2 OF 3 PAGES

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER: LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Contracting Division | | AR 25-400-2 Series | | | | | |
| | | | | | Procurement Branch | | | | | | | |
| | | | | | Civil Works Construction and Maintenance | | | | | | | |
| | | | | | Contract FY 89 | | 1180-1-1q | JAN 1995 | | | | |
| | | | | | 88-C-0023 | | | | | | | |
| | | | | | DACW64-88-C-0024 | | | | | | | |
| | | | | | 88-C-0025 | | | | | | | |
| | | | | | 88-C-0026 | | | | | | | |
| | | | | | 88-C-0027 | | | | | | | |
| | | | | | DACW64-88-C-0028 | | 1180-1-1q | JAN 1995 | | | | |
| | | | | | 88-C-0030 | | | | | | | |
| | | | | Ctn 12/16 | 88-C-0031 Bx 3 | | | | | | | |
| | | | | | 88-C-0035 | | | | | | | |
| | | | | | 88-C-0036 Folders 1 of 2 and 2 of 2 | | | | | | | |
| | | | | | 88-C-0037 | | | | | | | |
| | | | | | 88-C-0038 | | | | | | | |
| | | | | | 88-C-0039 | | | | | | | |
| | | | | | 89-C-0001 | | | | | | | |
| | | | | | 89-C-0002 | | | | | | | |
| | | | | | 89-C-0003 | | | | | | | |
| | | | | | ~~DACW64-89-C-0005~~ Did not get retired. | | 1180-1-1q | JAN 1995 | | | | |
| | | | | | 89-C-0008 | | | | | | | |
| | | | | Ctn 12/17 | 89-C-0011 Bx 6 | | | | | | | |
| | | | | | 89-C-0013 | | | | | | | |
| | | | | | 89-C-0015 | | | | | | | |
| | | | | | 89-C-0018 | | | | | | | |
| | | | | | 89-C-0028 | | | | | | | |
| | | | | | 88-C-0015 | | 1180-1-1a | | | | | |
| | | | | | 88-C-0032 | | | | | | | |

NSN 7540-00-823-7952
Previous edition usable

135-204

*U.S. GPO: 1989-242-450/90294

STANDARD FORM 135-A (Rev. 7-85)
Prescribed by NARA
36 CFR 1228.152

**RECORDS [TRANSM]ITTAL AND RECEIPT** (Continuation)

This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

| TRANSFERRING AGENCY'S NAME | DATE | PAGE |
|---|---|---|
| Galve[ston Distri]ct District<br>Corps of Engineers<br>Galveston, Texas | 30 Nov 92 | 2 of 4 PAGES |

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER LOCATION (j) | SHELF PLAN | CONT. TYPE | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Contracting Division<br>Procurement Branch<br><br>Civil Works Construction and Maintenance Contracts FY 91 | | AR 25-400-2 Series | | | | | |
| | | | ✓ | 1679 | DACW64-90-C-0024<br>90-C-0025<br>91-C-0007<br>91-C-0009 Folders 1 of 2, 2 of 2<br>Bx 3 71-C-0024 Folders 1 of 3, 2 of 3, 3 of 3<br>86-C-0018 | | 1180-1-1a | Jan 1997 | | | | |
| | | | ✓ | 1680 | DACW64-88-C-0008<br>88-C-0016<br>89-C-0003 Folders 1 of 2, 2 of 2<br>89-C-0004<br>89-C-0009<br>Bx 4 89-C-0019 | | 1180-1-1q | Jan 1997 | | | | |
| | | | ✓ | 1681 | DACW64-89-C-0023 Folders 1 of 3, 2 of 3 3 of 3 (missing)<br>89-C-0024 Folders 1 of 3 2 of3 3 of 3<br>Bx 5 89-C-0026 | | 11-80-1-1q | Jan 1997 | | | | |
| | | | ✓ | 1682 | DACW64-89-C-0030 Folders 1 of 3, 2 of 3 3 of 3<br>89-C-0037<br>89-C-0038 Folders 1 of 2, 2 of 2<br>89-C-0042<br>Bx 6 89-C-0049 | | 1180-1-1q | Jan 1997 | | | | |

135-203

* U.S. GOVERNMENT PRINTING OFFICE: 1983-381-646/8384

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

**RECORDS TRANSMITTAL AND RECEIPT (Continuation)**

This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

| TRANSFERRING AGENCY NAME | DATE | PAGE | OF |
|---|---|---|---|
| OPERATIONS & MAINTENANCE BRANCH | 16 AUG 93 | 7 | 11 PAGES |

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER: LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | GIWW, Freeport Harbor to Vicinity FM 457, Brazoria & Matagorda, Co., TX 89-C-0040 (C-11/90) | | | 10/97 | | | | |
| | | | | | CCSC, La Quinta Junction to Light Beacon 82, Nueces Co., TX 90-C-0020 (C-12/90) | | | 10/97 | | | | |
| | | | | Box #5 1719 | GIWW, Channel across Aransas Bay 90-C-0027 (C-12/90) | | | 10/97 | | | | |
| | | | | | GIWW, Matagorda Bay to San Antonio, Calhoun Co., TX 86-C-0018 (C-1/91) | | | 10/97 | | | | |
| | | | | | HSC Rehab of Lost Lake Disposal Area 89-C-0042 (C-3/91) | | | 10/97 | | | | |
| | | | | | HSC, Red Fish to Morgans Point, Galveston, Chambers & Harris Co., TX 89-C-0049 (C-3/91) | | | 10/97 | | | | |
| | | | | | HSC, Carpenters Bayou to Greens Bayou, Harris Co., TX 90-C-0018 (C-3/91) | | | 10/97 | | | | |
| | | | | | MSC, Channel to Red Bluff, Calhoun & Jackson Co., TX 90-C-0032 (C-3/91) | | | 10/97 | | | | |
| | | | | | HSC, Lost Lake Disposal Area Houston Ship Channel, TX 89-C-0042 (C-3/91) | | | 10/97 | | | | |
| | | | | | Trinity River & Tribs, Anahuac Ch. & Ch. to Liberty, Chambers & Liberty Co., TX 90-C-0023 (C-4/91) | | | 10/97 | | | | |

135-203

U.S. GOVERNMENT PRINTING OFFICE: 1983-381-646/8384

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

**RECORDS TRANSMITTA' AND RECEIPT (Continuation)**

'his form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

TRANSFERRING AGEN 'AME: OPERATIONS & MAINTENANCE BRANCH

DATE: 16 AUG 93

PAGE 8 OF 11 PAGES

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER: LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Galveston Harbor, Entrance Channel Galveston, Co., TX 90-C-0031 (C-4/91) | | | 10/97 | | | | |
| | | | | | SNWW, Upper Neches Reach Sabine Pass Channel & Port Arthur Canal & U.S. Coast Guard Boat Basin, Jefferson Co., TX & Cameron Parish, LA 90-C-0033 (C-4/91) | | | 10/97 | | | | |
| | | | | | Mouth of Colorado River (NW), New Work, Mouth of Colorado River Jetty Entrance Ch Inside Nav Ch & Imp Basin, Matagorda County, TX 89-C-0038 (C-5/91) | | | 10/97 | | | | |
| | | | | | BIH, TX, Brazos Island Harbor Entrance Channel, Cameron Co., TX 91-C-0016 (C-6/91) | | | 10/97 | | | | |
| | | | | | GIWW & Channel to Pt. Bolivar, High Island to Port Bolivar & Channel Fronting Hwy. Ferry Slip, Chambers & Galveston Co., TX 90-C-0035 (C-6/91) | | | 10/97 | | | | |
| | | | | Box #6 1720 | BIH, Main Channel from Laguna Madre to TB 90-C-0017 (C-9/90) | | | 10/98 | | | | |
| | | | | | GIWW, Freeport Harbor to Vicinity FM 457, Brazoria & Matagorda, Co., TX 89-C-0040 (C-11/90) | | | 10/98 | | | | |
| | | | | | HSC, Carpenters Bayou to Greens Bayou, Harris Co., TX 90-C-0018 (C-3/91 | | | 10/98 | | | | |

135-203

U S GOVERNMENT PRINTING OFFICE: 1983-381-646/8384

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

**RECORDS TRANSMITTAL AND RECEIPT**

Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. See specific instructions on reverse.

PAGE 1 OF 4 PAGES

1. TO (*Complete the address for the appropriate records center serving your area*)

Federal Archives and Records Center
General Services Administration

*As shown in FPMR 101-11.410-1*

Records Holding
Fort Point Warehouse

5. FROM (*Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address*)

Galveston District Corps of Engineers
• Procurement Branch
Contracting Division
CESWG-CT-P
P. O. Box 1229
Galveston, Texas 77553-1229

2. AGENCY TRANSFER AUTHORIZATION — TRANSFERRING AGENCY OFFICIAL (*Signature and title*): Jose Garcia [signature] Chief, Contracting Division — DATE: 30 Nov 92

3. AGENCY CONTACT — TRANSFERRING AGENCY LIAISON OFFICIAL (*Name, office and telephone No.*): Colleen Hightower Division Secretary Ext. 3847

4. RECORDS CENTER RECEIPT — RECORDS RECEIVED BY (*Signature and title*): [signature] Mgt Asst. — DATE: 4 Dec 92

*Fold line*

6. **RECORDS DATA**

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER: LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Contracting Division<br>Procurement Branch | | AR 25-400-2 Series | | | | | |
| | | | | | Civil Works Construction and Maintenance Contracts FY 91 | | | | | | | |
| | | | | 1677 | DACW64-85-D-0010<br>86-D-0004<br>86-D-0009 Folders 1 of 6, 2 of 6, 3 of 6, 4 of 6, 5 of 6 6 of 6 | | 1403-26 | Jan 1997 | | | | |
| | | | | 1678 | DACW64-90-D-0001 Folders 1 of 3, 2 Of 3 3 of 3<br>90-C-0005<br>90-C-0006 Folders 1 of 2, 2 of 2<br>90-C-0007<br>90-C-0009 | | 1180-1-1a | Jan 1997 | | | | |

135-106

Standard Form 135 (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

**RECORDS TRANSMITTAL AND RECEIPT** (Continuation)

This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

TRANSFERRING AGENCY'S NAME: Galveston District, Corps of Engineers, Galveston, Texas

DATE: 30 Nov 92

PAGE 2 OF 4 PAGES

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER: LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Contracting Division<br>Procurement Branch<br><br>Civil Works Construction and Maintenance Contracts FY 91 | | AR 25-400-2 Series | | | | | |
| | | | | 1679 | DACW64-90-C-0024<br>90-C-0025<br>91-C-0007<br>91-C-0009 Folders 1 of 2, 2 of 2<br>71-C-0024 Folders 1 of 3, 2 of 3, 3 of 3<br>86-C-0018 | | 1180-1-1a | Jan 1997 | | | | |
| | | | | 1680 | DACW64-88-C-0008<br>88-C-0016<br>DACA 64 -89-C-0003 Folders 1 of 2, 2 of 2<br>89-C-0004<br>89-C-0009<br>89-C-0019 | | 1180-1-1q | Jan 1997 | | | | |
| | | | | 1681 | DACW64-89-C-0023 Folders 1 of 3, 2 of 3, 3 of 3 (missing)<br>89-C-0024 Folders 1 of 3 2 of3 3 of 3<br>89-C-0026 | | 11-80-1-1q | Jan 1997 | | | | |
| | | | | 1682 | DACW64-89-C-0030 Folders 1 of 3, 2 of 3, 3 of 3<br>89-C-0037<br>89-C-0038 Folders 1 of 2, 2 of 2<br>89-C-0042<br>89-C-0049 | | 1180-1-1q | Jan 1997 | | | | |

135-203

U.S. GOVERNMENT PRINTING OFFICE: 1983-381-646/8384

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA

**RECORDS TRANSMITTAL AND RECEIPT** (Continuation)

This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

TRANSFERRING AGENCY'S NAME: Galveston District Corps of Engineers Galveston, Texas

DATE: 30 Nov 92

PAGE 3 OF 4 PAGES

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE | AUTO. DISP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Contracting Division | | AR 25-400-2 Series | | | | | |
| | | | | | Procurement Branch | | | | | | | |
| | | | | | Civil Works Construction and Maintenance Contracts FY 91 | | | | | | | |
| | | | | 1683 | DACW64-89-C-0050 | | 1180-1-1q | Jan 1997 | | | | |
| | | | | | 90-C-0001 | | | | | | | |
| | | | | | 90-C-0003 | | | | | | | |
| | | | | | 90-C-0004 Folders 1 of 2, 2 of 2 | | | | | | | |
| | | | | | 90-C-0008 | | | | | | | |
| | | | | | 90-C-0010 | | | | | | | |
| | | | | | 90-C-0011 Folders 1 of 2, 2 of 2 | | | | | | | |
| | | | | 1684 | DACW64-90-C-0012 Folders 1 of 2, 2 of 2 | | 1180-1-1a | Jan 1997 | | | | |
| | | | | | 90-C-0016 Folders 1 of 2, 2 of 2 | | | | | | | |
| | | | | | 90-C-0017 | | | | | | | |
| | | | | | 90-C-0018 | | | | | | | |
| | | | | | 90-C-0020 | | | | | | | |
| | | | | | 90-C-0023 | | | | | | | |
| | | | | 1685 | DACW64-90-C-0026 | | 1180-1-1q | Jan 1997 | | | | |
| | | | | | 90-C-0033 | | | | | | | |
| | | | | | 90-C-0035 | | | | | | | |
| | | | | | 91-C-0008 | | | | | | | |
| | | | | | 91-C-0010 Folders 1 of 2, 2 of 2 | | | | | | | |
| | | | | | 91-C-0016 | | | | | | | |
| | | | | | 91-C-0018 | | | | | | | |
| | | | | 1686 | DACW64-91-C-0021 | | 1180-1-1q | Jan 1997 | | | | |
| | | | | | 91-C-0025 | | | | | | | |
| | | | | | 91-C-0029 | | | | | | | |

135-203

U S GOVERNMENT PRINTING OFFICE 1983-381-646/8384

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA

**RECORDS TRANSMITTAL AND RECEIPT** (Continuation)

This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

**TRANSFERRING AGENCY'S NAME:** Galveston District, Corps of Engineers, Galveston, Texas

**DATE:** 30 Nov 92

**PAGE** 4 **OF** 4 **PAGES**

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER: LOCATION (j) | SHELF PLAN (k) | CONT. TYPE | AUTO. DISP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Contracting Officer Designation Files FY 91<br><br>Section A: Ordering Officer<br>Tudela, John A.<br>Morris, Philip Scott<br>Sharr, Stephen T.<br>Trahan, Joseph C.<br><br>Section B: Ordering Officers<br>Anderson, Carl<br>Harrington, Roy<br>Williams, Guy F.<br><br>Section C: Ordering Officers<br>Steckler, James L.<br>Alcala, George E.<br>Cole, Curtis, Jr. | | 1180-1-1k | Jan 1997 | | | | |

135-203

U S GOVERNMENT PRINTING OFFICE 1983-381-646/8384

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA

# RECORDS TRANSMITTAL AND RECEIPT

Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. See specific instructions on reverse.

PAGE 1 OF 4 PAGES

**1. TO** (Complete the address for the appropriate records center serving your area)

Federal Archives and Records Center
General Services Administration
Records Holding

As shown in FPMR 101-11.410-1

**5. FROM** (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address)

Galveston District Corps of Engineers
Contracts Branch
Contracting Division
P.O. Box 1229
Galveston, Texas 77553-1229

**2. AGENCY TRANSFER AUTHORIZATION** — TRANSFERRING AGENCY OFFICIAL (Signature and title)
James J. Rich
Chief, Contracting Division
DATE: 10-13-95

**3. AGENCY CONTACT** — TRANSFERRING AGENCY LIAISON OFFICIAL (Name, office and telephone No.)
Lucille Smith
Contracts Branch/Ext. 3845

**4. RECORDS CENTER RECEIPT** — RECORDS RECEIVED BY (Signature and title)
Mary Buchanan-Koontz
DATE: 12/5/95

Fold line

**6. RECORDS DATA**

| RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 95 | | | | 1180-1-1k - Civil Works Const & Maint Contracts (Final Paid in FY 94) | N | AR 25-400-2 1180-1-1k | Jan 2000 | | | | |
| | | 424 | 96 | CT005 2 | DACW64-85-C-0030 Folders 1 of 5 thru 5 of 5 | | " " | " | | | | |
| | | | | | 89-C-0005 | | " " | " | | | | |
| | | | | | 89-C-0044 | | " " | " | | | | |
| | | 425 | 96 | CT006 2 | DACW64-90-C-0022 Folders 1 of 6 thru 6 of 6 | | " " | " | | | | |
| | | | | | 90-C-0040 Folders 1 of 12 thru 4 of 12 | | " " | " | | | | |
| | | 426 | 96 | CT007 3 | DACW64-90-C-0040 Folders 5 of 12 thru 12 of 12 | | " " | " | | | | |

COMPLETED BY RECORDS CENTER: columns (j)–(m)

135-106

Standard Form 135 (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

**RECORDS TRANSMITTAL AND RECEIPT** (Continuation)

This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

TRANSFERRING AGENCY'S NAME: USAED-Galveston, Contracts Branch, Contracting Division

DATE: 13 Oct 95

PAGE 2 OF 4 PAGES

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER: LOCATION (j) |
|---|---|---|---|---|---|---|---|---|---|
| | 95 | | | | 1180-1-1k - Civil Works Const & Maint Contracts (Final Paid in FY 94) | N | AR 25-400-2 1180-1-1k | Jan 2000 | |
| | | | | 96CT008 4 | DACW64-91-C-0023 Folders 1 of 4 thru 4 of 4 | | " " | " | |
| | | | | | 92-C-0024 | | " " | " | |
| | | | | | 92-C-0029 | | " " | " | |
| | | | | | 92-C-0041 Folders 1 of 3 thru 3 of 3 | | " " | " | |
| | | | | 96CT009 5 | DACW64-92-C-0049 Folders 1 of 2 thru 2 of 2 | | " " | " | |
| | | | | | 93-C-0020 | | " " | " | |
| | | | | | 93-C-0023 Folders 1 of 2 thru 2 of 2 | | " " | " | |
| | | | | | 93-C-0024 | | " " | " | |
| | | | | | 93-C-0025 | | " " | " | |
| | | | | | 93-C-0026 | | " " | " | |
| | | | | 96CT010 6 | DACW64-93-C-0028 | | " " | " | |
| | | | | | 93-C-0030 Folders 1 of 2 thru 2 of 2 | | " " | " | |
| | | | | | 93-C-0031 Folders 1 of 4 thru 4 of 4 (Protest) | | " " | " | |
| | | | | | 93-C-0032 | | " " | " | |

135-203

U.S. GOVERNMENT PRINTING OFFICE: 1983-381-646/8384

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4
36 CFR 1228.152

**RECORDS TRANSMITTAL AND RECEIPT** (Continuation)

This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

TRANSFERRING AGENCY'S NAME: USAED–Galveston Contracts Branch Contracting Division

DATE: 13 Oct 95

PAGE 3 OF 4 PAGES

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER: LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 95 | | | | 1180-1-1a – Civil Works Const & Maint Contracts (Final Paid in FY 94) | N | AR 25-400-2 1180-1-1a | Jan 2000 | | | | |
| | | | | 96CTD11 7 | DACW64-93-C-0034 Folders 1 of 2 thru 2 of 2 | | " " | " | | | | |
| | | | | | 93-C-0038 | | " " | " | | | | |
| | | | | | 93-C-0040 | | " " | " | | | | |
| | | | | | 94-C-0002 Folders 1 of 2 thru 2 of 2 | | " " | " | | | | |
| | | | | | 94-C-0003 | | " " | " | | | | |
| | | | | | 94-C-0006 | | " " | " | | | | |
| | | | | 96CTD12 8 | DACW64-94-C-0009 | | " " | " | | | | |
| | | | | | 94-C-0011 | | " " | " | | | | |
| | | | | | 94-C-0013 | | " " | " | | | | |
| | | | | | 94-C-0024 | | " " | " | | | | |
| | | | | | 94-C-0028 | | " " | " | | | | |
| | | | | | 94-C-0035 | | " " | " | | | | |
| | 95 | | | | 1180-1-1a – Civil Works Contracts (Final Paid in FY 94) | N | " " | " | | | | |
| | | | | 96CTD13 9 | DACW64-93-C-0006 | | " " | " | | | | |
| | | | | | 93-C-0017 Folders 1 of 4 thru 4 of 4 | | " " | " | | | | |

135–203

★ U S GOVERNMENT PRINTING OFFICE: 1983-381-646/

STANDARD FORM 135–A (Rev. 6–76)
Prescribed by GSA
FPMR (41 CFR) 101–11.4

This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply.

TRANSFERRING AGENCY'S NAME
USAED-Galveston
Contracts Branch
Contracting Division

DATE
13 Oct 95
13 Oct 95

PAGE 4 OF 4 PAGES

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and Item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER: LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 95 | | | 96CT014 10 | 37-105d - T&A Records and Certified Labor Reports | | AR 25-400-2 ~~[illegible]~~ | | | | | |
| | | | | | 1991 - T&A/Certified Labor | | | Jan 1997 | | | | |
| | | | | | 1992 - T&A/Certified Labor | | | Jan 1998 | | | | |
| | | | | | 1993 - T&A/Certified Labor | | | Jan 1999 | | | | |
| | | | | | 1994 - T&A/Certified Labor | | | Jan 2000 | | | | |

NSN 7540-00-823-7952
Previous edition usable

135-204

★ U.S.G.P.O.: 1986 - 491-003/50478

STANDARD FORM 135-A (Rev. 7-85)
Prescribed by NARA
36 CFR 1228.152