UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>PLAINTIFF, | §<br>§ | |
| | § | CASE NO. 02-306C |
| V. | § | |
| | § | (JUDGE HEWITT) |
| UNITED STATES ARMY<br>CORPS OF ENGINEERS,<br>DEFENDANT. | §<br>§<br>§ | |

**RENDA MARINE, INC.'S MOTION TO ENLARGE TIME FOR FILING REPLY TO RESPONSE TO MOTION TO ENFORCE COURT ORDER**

Plaintiff, Renda Marine, Inc., asks the court to grant additional time to file its Reply to Defendant's Response to Plaintiff's Motion to Enforce Court Order, as authorized by Rule of Court of Federal Claims 6(b) and 6.1, as well as Federal Rule of Civil Procedure 6(b). Renda's Reply to Defendant's Response to Plaintiff's Motion to Enforce Court Order is filed contemporaneously with this Motion to Enlarge Time.

I. Background

1. Plaintiff is Renda Marine, Inc. ("Renda").

2. Defendant is the United States Army Corps of Engineers ("Corps").

3. On June 24, 2004, Renda filed its Motion to Enforce Court Order, seeking an order requiring Defendant to comply with the terms of this Court's order of May 14, 2004 which ordered the Defendant to produce documents responsive to Plaintiff's interrogatory number 5.

4. The Corps filed its response to Renda's Motion on July 7, 2004.

5. On about July 9, 2004, Alex Petty called from the Corps' Galveston office and advised that he had custody of four boxes of documents response to Renda's Interrogatory number

5. Renda immediately arranged for a copy service in Galveston to pickup the boxes, copy the contents, and ship them to Renda's counsel.

6. The first box of copied documents arrived at Renda's counsel's office on July 13, 2004, followed by one box each day the remainder of that week. The last box was received on July 16, 2004.

7. Upon receipt of the boxes, Renda's counsel began to review the documents to determine if relevant information was contained within the produced documents. Renda's counsel has not yet completed his review of the documents.

8. Renda was required to reply to the Corps' response by July 19, 2004.

9. Renda filed this request for an extension as soon as it became aware of the need for additional time, which was after the deadline.

## II. Argument

10. A court may grant a request for an extension of time filed after the deadline if the motion to enlarge time shows proof of good cause and the failure to act timely was the result of excusable neglect. Fed. R. Civ. P. 6(b)(2); *Donald v. Cook Cty. Sheriff's Dep't*, 95 F.3d 548, 558 (7th Cir. 1996). In determining whether there is excusable neglect, the court should consider the following: (1) the prejudice to the nonmovant, (2) the length of the delay and its potential impact on judicial proceedings, (3) the reason for the delay and whether it was within the reasonable control of the movant, and (4) whether the movant acted in good faith. *Yesudian v. Howard Univ.*, 270 F.3d 969, 971 (D.C. Cir. 2001); *MCI Telecomm. Corp. v. Teleconcepts, Inc.*, 71 F.3d 1086, 1097 (3d Cir. 1995); *see Pioneer Inv. Servs. Co. v. Brunswick Assocs.*, 507 U.S. 380, 395, 113 S.Ct. 1489, 1498 (1993).

11. The court should grant Renda's request for additional time to file its Reply to Defendant's Response to Plaintiff's Motion to Enforce Court Order until July 22, 2004, for the following reasons:

a. Defendant will not be prejudiced by the enlargement of time. Defendant has already responded to the Motion to Enforce Court Order, and has in fact produced four boxes of documents it maintains are the subject of the motion to enforce.

b. The delay in replying to Defendant's response to the Motion to Enforce Court Order has not been unreasonable. Renda filed this request for an enlargement of time as soon as it became aware of the filing deadline and that the deadline had passed. Defendant was first ordered to produce the documents requested on May 14, 2004. Plaintiff was notified that the documents were available on July 9, 2004, over fifty (50) days later. Immediately upon learning about the availability of the documents, Renda set out to have them copied and shipped to its counsel's office. All of the boxes were received in Renda's counsel's office less than seven (7) days after notification of their availability. Renda's reply was due the following Monday, which would not have allowed time for Renda's counsel to review the documents and reply appropriately to the Court regarding the documents produced.

c. The potential impact of the delay on judicial proceedings is not significant since this case is not set for trial at this time. A scheduling conference has been set for November 4, 2004, but no other pretrial settings have been re-established by the Court as of this time.

d. The reason for the delay is that Renda's counsel needed an opportunity to review the documents produced prior to replying to the response filed by Defendant. Renda did not

have reasonable control over when Defendant would produce the documents, or how long it would take to copy the documents and ship them to Renda's counsel's office.

e. Renda has acted in good faith, and does not submit this request for an extension of time for delay purposes but so that justice may be done.

## III. Conclusion

12. For the reasons stated above, Renda asks the court to extend the time to reply to Defendant's Response to Plaintiff's Motion to Enforce Court Order until July 22, 2004.

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: /s Brian W. Erikson
Brian W. Erikson, TX Bar No. 06643800
Andrew M. Trusevich, TX Bar No. 00785119

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)
ATTORNEYS FOR RENDA MARINE, INC.

## CERTIFICATE OF CONFERENCE

On the 22nd day of July, 2004, I attempted to speak by telephone with John Kosloske, counsel for Defendant, concerning whether he had any objection to this motion for enlargement of time. Mr. Kosloske was unavailable but I left a detailed message regarding the reason for my call. At the time of this filing, Mr. Kosloske had not yet returned my telephone call.

/s Brian W. Erikson
Brian W. Erikson

## CERTIFICATE OF SERVICE

I hereby certify that on the 22ND day of July, 2004, a true and correct copy of the Motion to Enlarge Time to Reply to Defendant's Response to Plaintiff's Motion to Enforce Court Order was electronically served on Defendant through the Court's ECF system by serving:

John E. Kosloske, Esq.
Senior Trial Counsel, Commercial Litigation Branch
Department of Justice
Attn.: Classification Unit
1100 L Street N.W., Room 8012
Washington, DC 20530

/s Brian W. Erikson
Brian W. Erikson