# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: July 27, 2004)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is Renda Marine, Inc.'s Motion to Enlarge Time for Filing Reply to Response to Motion to Enforce Court Order. Without waiting for the court to decide its motion for enlargement of time within which to file its reply, plaintiff attached its reply to its motion to enlarge time to file and electronically filed the motion to enlarge time to file and the reply together. The court now GRANTS Renda Marine, Inc.'s Motion to Enlarge Time for Filing Reply to Response to Motion to Enforce Court Order. For future filings, plaintiff shall not file the document for which it is moving for leave to file before the court addresses the motion for leave.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge