# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: July 28, 2004)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pursuant to the court's Order of May 14, 2004, before the court is the in camera submission by Universal Document Solutions, Inc. of fifty documents claimed by plaintiff to be representative of documents not produced by defendant on the ground that the documents are not responsive within the meaning of the Agreement Regarding Scope of Electronic Discovery (Agreement) between the parties dated July 25, 2003. After review of the sample of fifty documents, the court agrees that the sample documents are responsive documents. The documents may, in certain cases, contain material that is privileged or otherwise exempt from discovery. That conclusion, however, requires defendant to produce a privilege log in accordance with paragraph 4 of the Agreement. Defendant, using the finding in this order that the sample documents are responsive as a guide, shall promptly provide all responsive documents to plaintiff in accordance with the terms of the Agreement.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge