# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: November 4, 2004)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Pursuant to Rule 16(b) of the Rules of the United States Court of Federal Claims (RCFC), the court held a telephonic status conference on the record with the parties on Thursday, November 4, 2004, to set a schedule for pretrial and trial and to address any outstanding issues with the parties. Further to the conference, the court schedules the following:

1. Fact Discovery. All fact discovery has concluded in this matter.

2. Expert Discovery. Plaintiff has requested the opportunity to revise its previously submitted expert reports, in light of material produced by defendant during discovery. Plaintiff also has represented to the court that it intends only to supplement its previously submitted expert reports, and that it does not intend to submit reports by any new expert witnesses.

   In accordance with RCFC 26(a)(2), plaintiff shall submit updated versions of its existing expert reports on or before November 18, 2004.

3. Rebuttal Expert Discovery. In accordance with RCFC 26(a)(2), defendant shall submit updated rebuttal expert reports, if any, on or before December 16, 2004.

4. Meeting of Counsel. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, on or before Tuesday, December 21, 2004.

5. Memoranda of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiff shall file its Memorandum of Contentions of Fact and Law (Memorandum) on or before Wednesday, January 12, 2005. Defendant shall file its responsive Memorandum on or before Wednesday, February 2, 2005. Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 14, 15 and 16. Any objection to a witness or exhibit not made in the Memorandum or in a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived unless justice shall otherwise require.

6. Pretrial Conference. The pretrial conference will be held Wednesday, February 16, 2005, at the National Courts Building, 717 Madison Place, N.W., Washington, DC 20004. The parties shall bring to the pretrial conference at least three copies of any exhibit as to which an objection remains outstanding. The parties shall prepare and deliver at the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules, using the template attached, a copy of which will be, at the request of a party, provided to the party in electronic form by the court.

7. Trial. Trial will be conducted in two two-week phases. Plaintiff shall present its case during the first phase, which will begin Monday, February 28, 2005, and will conclude Friday, March 11, 2005. Defendant shall present its case during the second phase, which will begin Monday, March 28, 2005, and will conclude Friday, April 8, 2005. Trial will take place Monday through Friday, and will begin at 9:00 a.m. each day. Trial will be held in Houston, Texas; the exact location of trial will be determined by further order of the court.

Due to continuing problems with Washington, DC mail, the parties are directed to fax courtesy copies of any time-sensitive documents to the court and opposing counsel throughout the proceedings. The parties are also urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

Renda Marine, Inc. v. United States (02-306 C)
Trial Dates: February 28 – March 11, 2005; March 28 – April 8, 2005
United States Court of Federal Claims

| Time | Sun. | Monday | Tuesday | Wednesday | Thursday | Friday | Sat. |
|---|---|---|---|---|---|---|---|
| | 2/27 | 2/28 | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 |
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |

Renda Marine, Inc. v. United States (02-306 C)
Trial Dates: February 28 – March 11, 2005; March 28 – April 8, 2005
United States Court of Federal Claims

| Time | Sun. | Monday | Tuesday | Wednesday | Thursday | Friday | Sat. |
|---|---|---|---|---|---|---|---|
| | 3/6 | 3/7 | 3/8 | 3/9 | 3/10 | 3/11 | 3/12 |
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |

Renda Marine, Inc. v. United States (02-306 C)
Trial Dates: February 28 – March 11, 2005; March 28 – April 8, 2005
United States Court of Federal Claims

| Time | Sun. | Monday | Tuesday | Wednesday | Thursday | Friday | Sat. |
|---|---|---|---|---|---|---|---|
| | 3/27 | 3/28 | 3/29 | 3/30 | 3/31 | 4/1 | 4/2 |
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |

Renda Marine, Inc. v. United States (02-306 C)
Trial Dates: February 28 – March 11, 2005; March 28 – April 8, 2005
United States Court of Federal Claims

| Time | Sun. | Monday | Tuesday | Wednesday | Thursday | Friday | Sat. |
|---|---|---|---|---|---|---|---|
| | 4/3 | 4/4 | 4/5 | 4/6 | 4/7 | 4/8 | 4/9 |
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |