wrote that RMI "has not provided notice and allowed the Government it's right to investigate" and "heavy clays are depicted in the soil borings and drawings." In a subsequent letter dated June 1, 2001, the JV stated they had further reviewed the boring logs which indicated the presence of hard clays ranging from light gray, blue gray, olive, brown, rust, red, and mixtures thereof. As of the date of this analysis, RMI's claim has not been resolved nor does there appear to be any evidence that the USACE has given "merit" to this issue.

Audit Report Comments

An audit report for this specific claim was performed by the Defense Contract Audit Agency ("DCAA") and submitted to the USACE on December 12, 2002. The purpose of the audit was primarily to determine if the claimed costs were acceptable as a basis for settlement. The report does not address the technical validity of the claim. The DCAA identifies $256,142 of "questioned costs" in the following categories – Equipment ($166,564), Overhead, Profit, and Bond ($63,578), Professional Fees/Consultants ($25,000), and Report Preparation ($1,000). Overall, the DCAA indicates that:

> ***"Because the non-compliances and inadequacies are considered insignificant, we believe the claim is an acceptable basis for settlement of the price adjustment claim request."***

Response to Audit Report Comments

Equipment

The DCAA questioned two specific items – inclusion of equipment related to levee construction and depreciation periods for the dredge *Millennium* and the booster barge.

The DCAA questioned costs that were included for levee construction. RMI disagrees and indicates that these are actual costs that must be recovered. The hydraulic levee costs are directly related to the dredging operation and directly related to the delay to the dredge. The cost of the hydraulic levee work increased as a direct result of the impact to the dredging work. However, labor and equipment related to mechanical levee operations has been removed and included in Claim 12 – Lost Lake Levees. Hydraulic levee labor and equipment are valid costs and remain within this claim.

For depreciation, RMI calculated project expenses for the dredge using a 10 year depreciation period and a 7 year period for the booster barge. DCAA implies that a 25 year period must be used for both. RMI based its depreciation calculations on the USACE Manual EP 1110-108, Volume 6 worksheets provided in Chapter 4, Methodology for Dredging Plant and used its actual depreciation amounts. DCAA determined that RMI must use both EFARS regulations and the USACE Manual EP 1110-1-8, Volume 6 to determine the useful life period for the dredge. DCAA further determined the amount in the Equipment category to be specifically noncompliant with EFARS provision 52.231-5000 and that RMI must use the manual for both operating and ownership costs – not either or. Upon review of the EFARS 52.231-5000 regulation, RMI may use a depreciation period of its choice if appropriate records are available to support their

calculations with regard to both ownership and operating expenses. EFARS 52.231-5000 (b) states:

> "Allowable cost for construction and marine plant and equipment in sound workable condition owned or controlled and furnished by a contractor or subcontractor at any tier shall be based on actual cost data for each piece of equipment or groups of similar serial and series for which the Government can determine both ownership and operating costs from the contractor's accounting records. When both ownership and operating costs cannot be determined for any piece of equipment or groups of similar serial or series equipment from the contractor's accounting records, costs for that equipment shall be based upon the applicable provisions of EP 1110-1-8, Construction Equipment Ownership and Operating Expense Schedule, Region."

It is not mandatory that RMI use the USACE Equipment Manual depreciation period if actual supporting cost information and/or related accounting records are available for the dredge and the barge.

The rates proposed by RMI and the USACE were checked against an industry standard cost publication, "Rental Rate Blue Book for Construction Equipment" Volume 1, 2000. The Rental Rate Blue Book specifies an hourly operating rate of $642.77 per hour not including ancillary equipment (Exhibit B). This rate is consistent with the $452.12-$764.97 (Non-Effective Time) and $527.99-$879.70 (Effective Time) per hour rates specified in the RMI claim.

Indirect Expenses

Indirect expenses are calculated as a percentage of the claimed amounts. The indirect expense amounts questioned by DCAA were based on reducing the claimed amounts which we disagree with. Therefore, the claimed amounts are compensable.

Professional Fees/Consultants

DCAA states that claim preparation costs are unallowable under FAR 31.205-47(f) (1). A check of this regulation was made and "costs are unallowable if incurred in connection with the prosecution of claims or appeals against the Federal Government." However, REA preparation costs and costs incurred prior to this item becoming a claim are allowable. Pathfinder has identified time associated with preparation of REA's. An adjustment of ($16,161) was made to the claim amount.

Conclusion

RMI is entitled to $1,230,072 in additional compensation due to this issue as shown in the revised Damage Summary, Exhibit U.

**Claim 12 - Lost Lake Levees**

The Lost Lake Levees claim previously excluded the West Levee Realignment claim – claim, know as Claim 10 in this report. All levee-related issues have been incorporated into Claim 12 – Lost Lake Levees. The DCAA audit reports were provided separately and have been separately addressed below. Following the audit report discussion is a detailed assessment of the entire levee claim along with pricing details.

***West Levee Realignment between Stations 166+00 to 215+00 (formerly Claim 10):***

On May 31, 2001, RMI submitted to the USACE, Galveston, Texas an REA for Levee Realignment between Stations 166+00 to 215+00 in the amount of $789,600. Modification CO-10 had been issued previously but RMI was not in agreement with the cost and time provisions suggested by the USACE. Therefore, RMI submitted the REA to recover its additional costs. In July, 2000, while performing dredging work on the Upper Bayou near Houston, Texas, RMI became aware of a design problem with the levee alignment as described in the contract documents, and on July 28, 2000, notified the USACE. Subsequent discussions and correspondence led to Modification CO-10 issued by the USACE directing RMI to realign the levee per an attached new drawing without any change to the contract cost or completion period. RMI notified the USACE on May 31, 2001 that the cost and time portions of the modification were unacceptable noting that additional costs were incurred and time required to complete the levee realignment. The REA was submitted on the same date to request cost (an additional $789,600) and time (an additional 40 days) adjustments to the contract. RMI further noted that it did not believe that cost and pricing data was required for this REA Proposal as unit prices had been agreed to in earlier modifications CO-1 and CO-2. In its REA, RMI references the Unit Price of $4.70 per Cubic Yard (CY) for realignment and relocation of levees per Modification Pay Item Nos. ICO-2, 3CO-2, 4CO-2 and 5CO-2 and used that amount to calculate the amount claimed by RMI. RMI mentions that the Unit Price of $4.70/CY was approved by the Government in March 1999. Also related to this claim is a dispute over the amount of material hydraulically placed by RMI. On August 16, 2000, a quality assurance survey was made by Joint Venture (JV) consultants for the USACE. The JV stated "quantity calculations indicate the contractor has pumped 132,937 CY of material versus a required quantity of 59,087 or about 2.5 times the needed quantity." RMI states that material was not wasted, as alleged by the JV but was used to fill borrow areas and displace unsuitable material. As of the date of this analysis, RMI's claim has not been resolved.

Audit Report Comments

An audit report for this claim was performed by the Defense Contract Audit Agency ("DCAA") and submitted to the USACE on December 12, 2002. The purpose of the audit was primarily to determine if the claimed costs were acceptable as a basis for settlement. The report does not address the technical validity of the claim. The DCAA labels the entire claim amount of $789,600 as "questioned costs" due to "RMI not providing adequate support for its claim related to Changed Conditions-West Levee Realignment, Lost Lake Placement Area." More specifically, the DCAA stated the claim was not prepared in accordance with Federal Acquisition

Regulation (FAR) 15, particularly FAR 15.408, Table 15-2. This FAR requires that the contractor provide breakdowns for the basic cost elements claimed. This FAR provides instructions on the format of cost/price proposals and requires specific cost break outs - for example: Materials and Services, Direct Labor, Indirect Costs, etc.

Response to Audit Report Comments

It should be noted that this position contradicts that which was outlined in the original REA – cost detail is not required due to a previous agreement with the USACE regarding unit costs. The additional costs are compensable. A more detailed evaluation of costs within this claim has been conducted and is provided below.

***Lost Lake Levees:***

On October 16, 2001, RMI submitted to the USACE, Galveston, Texas a REA for differing site conditions and changed conditions related to hydraulic levees at the Lost Lake Placement Area in the amount of $6,258,853. While performing dredging work on the Upper Bayou near Houston, Texas between September 13, 1999 and September 18, 2001, RMI incurred additional costs due to a combination of several Changed Conditions and/or Differing Site Conditions discovered at the Lost Lake Disposal Placement Area. This claim encompasses a wide time-frame and is supported by numerous reports, letters, and other documents. Essentially, it involves extra costs for work and effort incurred to place hydraulic levees under changed conditions, reconstruct levees damaged by failure of existing foundation materials, impacts to the dredging operation as a result, attempting to mechanically construct levees that could not be completed hydraulically, mining additional clay materials due to shortages of clay from dredging, and standby time for equipment while awaiting an official release from the USACE to demobilize the project. On December 13, 2000, the USACE via correspondence denied "merit" for the differing site conditions within the claim. The JV also supported this position and indicated that over-dredging, improper levee construction methods, use of unsuitable material, and inexperience are likely causes. RMI disagrees with the USACE and JV positions and believes the USACE did not accurately estimate quantities of suitable materials nor did it provide proper contract specifications and drawings in order to construct the levees as desired and that the foundation materials were unstable causing subsidence of the newly placed levees.

Audit Report Comments

An audit report for this claim was performed by the Defense Contract Audit Agency ("DCAA") and submitted to the USACE on December 12, 2002. The purpose of the audit was primarily to determine if the claimed costs were acceptable as a basis for settlement. The report does not address the technical validity of the claim. The DCAA labels the entire claim amount of $6,258,853 as "questioned costs" due to RMI not providing adequate support for its claim. DCAA indicates the claim was not prepared in accordance with Federal Acquisition Regulation (FAR) 15, particularly FAR 15.408, Table 15-2 and states:

> ***"Because the cost or pricing data inadequacies are considered significant, we do not believe the claim is an acceptable basis for settlement of the price adjustment claim request…".***

Response to Audit Report Comments

The amount claimed represents the additional costs to attempt to construct and maintain the levees while they were subsiding. RMI indicates that the claim was prepared using the Modified Total Cost approach. RMI indicates that at a later date it will prepare and break out the claimed costs. These costs are compensable. A more detailed evaluation of the costs within this claim has been performed and a detailed discussion follows. Claim calculations are included as Exhibit C, Damage Calculations.

***Assessment of Levee Claims (Claims 10 and 12):***

While performing dredging work on the Upper Bayou near Houston, Texas between September 13, 1999 and September 18, 2001, RMI incurred additional costs due to a combination of several Changed Conditions and/or Differing Site Conditions discovered at the Lost Lake Placement Area. Between September 1999 and early April 2001 dredging and levee work was proceeding. In April 2001 the dredge hit obstructions which stopped the dredging operation. In May 2001 the dredge *Millennium* moved to the Houston Fuel Oil project in an attempt to mitigate damages on this project. After the Houston Fuel Oil project was complete the dredge and levee equipment were idle while awaiting an official release from the project. During this time RMI was able to perform the Simm's Bayou project to mitigate some of its damages.

As part of the Dredging Upper Bayou contract, RMI was to construct a total of 20,500 Linear Feet (LF) of levees around the Lost Lake Placement Area. Affolter Construction (La Marque, Texas) was subcontracted by RMI to mechanically construct 6,900 Linear Feet (LF) of the levees using clay material available at existing on-site borrow areas. The remainder, approximately 13,600 LF of levees, was to be hydraulically constructed by RMI using suitable clay materials obtained from the dredging template in the Houston Ship Channel. The balance of the dredged materials were to be placed within disposal areas inside the Lost Lake Placement Area.

The Affolter section of the contract was completed on May 19, 1999. Subsidence issues occurred where Affolter was working on the mechanical levee sections and were attributed to poor existing foundations. RMI submitted change order and quantity modification requests on Affolter's behalf in excess of $1,600,000 of which over $1,200,000 resulted directly from poor foundations and subsidence found in the Lost Lake Placement Area. The USACE agreed to the changes with minimal documentation, certain sections were unit-priced, and Affolter was fully compensated.

RMI began their dredging operation on September 13, 1999 and on the same date began constructing hydraulic levees from Station 97+00, near the East end of the recently constructed mechanical levees. Subsidence, displacement, and levee failures began shortly thereafter and are well-documented throughout the entire construction period. In fact, certain areas of the levees continue to fail to this day. RMI estimated 900,000 total CY or 70 Loose Cubic Yards (LCY)

per LF would be required to construct the levees to compensate for reasonable, anticipated displacement. This amount represented almost twice the neat cross section quantity and was similar to the USACE estimate of 73 CY per LF. Due to lack of reasonable foundations and the presence of extensive side-cast borrow areas which were not indicated on the contract documents, RMI contends that nearly 2,000,000 CY of additional materials were required to fill the borrow areas and construct the levees. RMI further contends that the clay indicated to be available in dredging Sections 1 through 6 (based on quantities derived from dredging cross sections in the contract documents) should have been adequate to construct the levees.

The existence of undocumented poor foundations caused by side-cast borrow areas from previous levee building activities in the Lost Lake Placement Area caused the levee material requirements and construction time to be significantly higher than originally anticipated. The USACE knew about the side-cast borrow areas and that the soil boring information in the bid documents was inaccurate since the side-cast borrow work was done after the soil borings. The USACE did not indicate in the bid documents that side-cast borrow work had been done at the site and did not indicate the limits (distance from the existing levee and depth of cut) of any side-cast borrow work that was done on the site prior to the bid date. In addition, the side-cast borrow work that was done was not done according to the contract documents and standards in the local USACE district. In general, the USACE contracts called for side-cast borrow excavation to be 3-4 feet deep and could be no closer than 50 feet from the toe of the existing levee. The USACE knew, or should have known, that when side-cast borrow work was actually performed on past projects, it allowed excavation to greater depths than specified and to within 20 feet of the existing levee. The USACE did not inform RMI of this information.

When the levees failed, they sheared at the approximate location of the side-cast borrow excavation under the new levee indicating there was inadequate bearing in the side-cast borrow areas, causing the failures of the new levee.

The existence of side-cast borrow excavations under the new levee, only 20 feet from the existing levee caused a condition where it was impossible for RMI to construct the levees as designed. RMI was not able to get the new levees to stand at the design elevation. The new levees collapsed as the weight of the levee exceeded the strength of the soft material in the side-cast borrow areas. The side-cast borrow areas swallowed up far more material than anticipated. To construct the levees, RMI had to place enough material to fill in the side-cast borrow area to create a stable foundation for the levee. This used much more material and was more costly to construct than was anticipated in the design or RMI's bid.

The USACE made this situation worse by eliminating third party sources of dredge material under this contract. HVJ design documents show dredging 6,000,000 CY of material from the project limits plus private borrow projects to build the levees. The USACE only included material from the project limits in RMI's contract which USACE should have known, and ultimately proved to be, inadequate quantities of material to construct the levees as designed.

In addition, various mechanical levee operations were added to reconstruct failed levees and construct new levees from clay material that had migrated into side-cast borrow areas. Furthermore, the dredging operation suffered directly related delays and downtime while the

dredge discharge pipe was backtracked as levees failed, material was moved over greater than anticipated distances, and while pumping water in order to "flush" displaced material away from the levee construction zone. This claim includes all costs related to the above differing site conditions as well as additional time the dredge was held on the project while awaiting an official demobilization release from the USACE.

The following specific items are included in the Lost Lake Placement Area Claim:

A. Additional hydraulic levee equipment and labor required to construct the levees above and beyond what could have been reasonably anticipated from the contract documents ($1,210,371 total direct costs) Exhibit I.

   The original crew anticipated for hydraulic levee construction per the RMI bid estimate was one supervisor and a crew of three operators. The operators were employed for shaping and finishing levees by operating a dozer, backhoe, and marsh equipment as needed. In addition, the operators would rough shape initial clay placement from the dredge and add shore pipe as required. During the actual hydraulic levee operation, massive amounts of displaced material from the side-cast borrow areas accumulated and surrounded the discharge area. This material became known as the "mud wave". RMI never intended to move large amounts of displaced material and the planned crew and equipment spread was not adequate. Because of this differing site condition, RMI was forced to add additional personnel and equipment to continually move the excessive amounts of material from the face of the discharge area and create temporary containment levees. This extra work was necessary in order to continue to construct the levees as well as preventing the material from breaching the levees and potentially entering the surrounding water channels. Also, the hydraulic levee crew and equipment was extended when the dredge was delayed and the levee operation was forced into a standby mode. This claim item includes additional personnel and equipment required to deal with the excessive displaced material. In addition, the standby time for the entire hydraulic levee operation is included during periods were the dredge was delayed.

B. Mechanical Levee Construction – East, North, and West Levees (approximately 4/17/2000 to 12/31/2000). ($1,277,984 total direct costs) Exhibit K.

   RMI constructed the East levee section beginning from Station 97+00 during the Fall, 1999. Material from the dredging operation was placed continually at Station 97+00 in an attempt to get the levees to develop out of the existing disposal area. The material continued to flow into the side-cast borrow areas creating a continual problem as displaced mud was forced from the side-cast borrow areas. Attempts to construct the East levee using material discharged from the dredge were made with many failures and this area required numerous reconstruction efforts. RMI then moved the hydraulic discharge line and levee building operation to the West side of the project in the Spring, 2000 in an attempt to construct the West levee. A decision was made at this time, after informing the USACE, that additional personnel and equipment would be employed to rebuild the failed levees. RMI brought in additional resources and utilized the clay material that had flowed into the adjacent borrow areas in an attempt to complete the

levee. RMI rebuilt the East levees several times from Station 97+00 to Station 104+00 and finally this section was accepted by the USACE around August 4, 2000.

RMI then continued operating several additional crews with mechanical and hauling equipment to mechanically move material that had flowed into the side-cast borrow areas. RMI reclaimed this material and hauled it to the North levee areas in an attempt to construct this section.

In addition, RMI sent crews to the West levee to complete this section and realign a segment per the USACE instructions. The West levee operation also utilized clay material that had filled adjacent side-cast borrow areas. The chronology of the mechanical levee operations are well-documented from June, 2000 forward and supported by a number of USACE directives, instructions, and letters. The mechanical operations would not have been required if the side-cast borrow areas had not been so close to the new levee and had not been so large, and poor foundation conditions were not present in the Lost Lake Placement Area. All mechanical levee claim items have been addressed in this claim item including the previously separated claim entitled "West Levee Realignment Between Stations 166+00 to 215+00" ($789,600 total claim amount).

C. Additional dredge plant equipment and labor due to relocation of the dredge discharge line (primarily removing and replacing pipe segments) while reconstructing levees that had subsided ($333,663 total direct costs) Exhibit J-1.

The dredge *Millennium* lost time as RMI attempted to reconstruct the failed levees, time was lost while the dredge itself had to shutdown while land-based pipe was pulled back to reattempt to construct the levees to planned elevation. This claim item represents non-productive standby costs for the dredge while discharge pipe was back-tracked.

D. Dredge plant time while waiting for displaced material to settle and while pumping water (non-productive time) to flush displacement material ($1,034,261 total direct costs) Exhibit J-2.

The dredge *Millennium* lost time due to the levee operation directing that water be pumped in order to flush displaced material from the levee construction area and while waiting for displaced material to subside. Most of this lost time occurred during the Fall, 1999 and Spring, 2000. RMI was forced to stop pumping clay due to the buildup of displaced mud and sediment from the side-cast borrow areas surrounding the hydraulic levee construction area. RMI then had to request that the dredge operator pump only water in an attempt to flush the corridor so that hydraulic levee construction efforts could resume. In other cases, the dredge would pump water while waiting for displaced material to subside away from the levee construction area. This claim item represents dredge costs while pumping water as well as time waiting for displaced material to settle before additional material could be pumped to the levee construction discharge area.

E. Additional booster pump equipment required to pump dredge material longer distances due to additional material requirements to construct the levees ($209,416 total direct costs) Exhibit L.

RMI contends that the hydraulic levees should have been constructed using material from dredging Sections 1 through 6. Should this have occurred as presumed according to the contract documents, RMI planned to place material from Sections 7, 8, and 9 in the West discharge corridor. Because of the additional clay material required to fill the side-cast borrow pits, the clay from Sections 1 through 6 did not complete the levees. The material for the North and East Levees now had to be pumped from Section 7 through 9. RMI determined that an additional booster was necessary to efficiently pump the sediment and clays to the upper levee areas where levee construction had not been completed. If the levee yield would have been as anticipated, the levees would have been completed with material no further than Sections 5 or 6 thus eliminating the need for all hydraulic levee construction equipment thereafter and minimizing the use of dredge boosters. Pumping distances were increased up to an additional 3,000 feet to reach the further quadrants of the Lost Lake Placement Area while dredging within Sections 6 through 9 during the period beginning October, 2000 to April, 2001. This claim item represents actual additional costs of RMI for owned and rented booster equipment.

F. Extended non-effective time for dredge and dredge plant while awaiting official USACE release from the project ($628,477 total direct costs) Exhibit J-2.

In April, 2001, RMI was dredging in Section 9 and encountered obstructions which damaged the dredge. The USACE put the work on hold while it investigated the problem and evaluated removing the balance of the RMI contract. In early May, 2001, the dredge *Millennium* moved to a Houston Fuel Oil project with permission from the USACE. After completing this project on July 4, 2001, the *Millennium* and associated dredge plant was moved back to the Upper Bayou project area on the Houston Ship Channel. The USACE did not release the dredge and other dredge plant equipment from the Upper Bayou project until July 23, 2001, and the dredge and its crew were in standby mode. Thereafter, the dredge and a portion of the associated dredge equipment were moved to the Sims Bayou project. On September 18, 2001, the USACE issued Change Order #11 which officially released the dredge *Millennium* and associated equipment from the Upper Bayou project. This claim item represents dredge standby time from July 5, 2001 to July 23, 2001 and other dredge equipment in standby mode for the period from July 5, 2001 to Sept 18, 2001.

Claim 12 Damage Summary

Total damages for the Lost Lake Placement Area claim are as follows:

| Claim | Description | Total Cost |
|---|---|---|
| 12a. | Hydraulic Levees – Additional Equipment and Labor | $1,210,371 |
| 12b. | Mechanical Levees – East, North, and West Levees | 1,277,984 |
| 12c. | Dredge Delays – Removing and Replacing Pipe Segments | 333,663 |
| 12d. | Dredge Plant Time Due to Displaced Material / Water Flushing | 1,034,261 |
| 12e. | Additional Booster Equipment for Greater Pumping Distances | 209,416 |
| 12f. | Equipment Standby Time While Waiting for USACE Release | 628,477 |
| | **Subtotal** | **$4,694,171** |
| | Add: Resident Overhead (1999–7.16%, 2000-16.14%, 2001-27.95%) | 821,048 |
| | Add: Corporate Overhead (1999-5.83%, 2000-6.06%, 2001-8.16%) | 305,712 |
| | **Subtotal** | **$5,820,931** |
| | Add: Profit – 12.00% | 698,512 |
| | **Subtotal** | **$6,519,443** |
| | Add: Professional Fees and Report Preparation | $5,608 |
| | **Subtotal** | **$6,525,051** |
| | Add: Bond – 0.65% | $42,413 |
| | **Total Impact Cost** | **$6,567,464** |

Supporting documentation for these damage calculations and other relevant information are included in Exhibits D through M.

Conclusion

RMI is entitled to $6,567,464 in additional compensation as shown in the revised Damage Summary, Exhibit C.

**Damage Summary**

M&A believes these RMI claims are valid and compensable by the USACE in the amount of $14,015,884 as shown below:

| Claim | Description | Claimed Amount |
|---|---|---|
| 5 | Differing Site Condition – Flare Area Stations 520+00 to 550+00 (very stiff clay) | $1,838,935 |
| 6 | Differing Site Condition – South Ferry Landing Stations 470+00 to 472+00 | 1,016,292 |
| 7 | Changed Conditions – HL&P Transmission Tower Delays | 208,665 |
| 8 | Differing Site Condition – Obstruction in Sections 4 to 8, Stations 570+00 to 685+00 | 2,092,372 |

# Exhibit A-1

## Renda Marine, Inc.
## Upper Bayou Dredging Project
## Summary of Claims

| Claim * | Type | Description | Claimed Amount | | |
|---|---|---|---|---|---|
| | | | Original Submission | McCullough & Associates March 3, 2004 | McCullough & Associates November 17, 2004 Update |
| Claim 5 | Differing Site Condition, Productivity Claim | Flare Area Stations 520+00 to 550+00 | $1,607,855** | $1,096,179 | $1,838,935 |
| Claim 6 | Differing Site Condition, Productivity Claim | South Ferry Landing Stations 470+00 tp 472+00 | $1,049,173 | $947,054 | $1,016,292 |
| Claim 7 | Changed Conditions | HL&P Transmission Tower Delays | $170,863 | $167,473 | $208,665 |
| Claim 8 | Differing Site Condition | Obstruction in Sections 4 to 8, Stations 570+00 to 685+00 | $2,126,083 | $1,986,551 | $2,092,372 |
| Claim 9 | Differing Site Condition | Obstruction in Section 9, Stations 660+00 to 685+00 | $1,158,642 | $1,148,804 | $1,062,086 |
| Claim 10 | Changed Conditions | West Levee Realignment, Lost Lake Placement Area Between Stations 166+00 to 215+00 | $789,600 | (see Claim 12) | (see Claim 12) |
| Claim 11 | Differing Site Condition | Section 7 Clay | $1,123,884 | $978,271 | $1,230,072 |
| Claim 12 | Differing Site Condtion and Changed Conditions | Lost Lake Levees | $6,258,853 | $7,055,037 | $6,567,464 |
| **Total** | | | **$14,284,953** | **$13,379,369** | **$14,015,884** |

* Claim numbers refer to the last two digits of the DCAA audit report numbers; for reference only.

** Original REA amount ($4,691,688) less Change Order No. 8 amount paid by USACE ($3,083,833) equals remaining amount of $1,607,855; paid amount is deducted from all subsequent calculations.

# Exhibit C

## Renda Marine, Inc.
## Claim 12 - Lost Lake Levees
## Summary of Damages

| Cost Category | 1999 | | 2000 | | 2001 | | Total Labor | Total Equipment | Total Cost |
|---|---|---|---|---|---|---|---|---|---|
| | Total Labor | Total Equipment | Total Labor | Total Equipment | Total Labor | Total Equipment | | | |
| A. Hydraulic Levees - Additional Equipment and Labor 9/13/1999 to 9/18/2001, claims 12a1 and 12a2 | $77,919 | $305,975 | $134,854 | $527,954 | $30,670 | $132,999 | $243,443 | $966,929 | $1,210,371 |
| B. Mechanical Levees - East, North, and West Levees 4/21/2000 to 12/19/2000, claim 12b | $0 | $0 | $373,614 | $904,370 | $0 | $0 | $373,614 | $904,370 | $1,277,984 |
| C. Dredge Delays - Backtracking Pipe Due to Levee Failures 10/5/1999 to 7/11/2000, claim 12c | $7,411 | $24,911 | $48,656 | $252,685 | $0 | $0 | $56,066 | $277,596 | $333,663 |
| D. Dredge Plant Downtime Due to Displaced Material / Water Flushing 9/13/1999 to 4/14/2001, claim 12d | $71,819 | $241,423 | $96,684 | $506,409 | $19,924 | $98,002 | $188,427 | $845,834 | $1,034,261 |
| E. Additional Booster Equipment for Greater Pumping Distances 11/1/2000 to 2/28/2001, claim 12e | $0 | $0 | $8,622 | $19,300 | $56,044 | $125,450 | $64,666 | $144,750 | $209,416 |
| F. Equipment Standby Time While Waiting for Official USACE Release 7/5/2001 to 9/18/2001, claims 12f1 and 12f2 | $0 | $0 | $0 | $0 | $0 | $628,477 | $0 | $628,477 | $628,477 |
| **Total - Direct Costs** | **$157,149** | **$572,310** | **$662,429** | **$2,210,719** | **$106,638** | **$984,927** | **$926,216** | **$3,767,955** | **$4,694,171** |
| Resident Overhead (1999 - 7.16%, 2000 - 16.14%, 2001 - 27.95%) | $11,252 | $40,977 | $106,916 | $356,810 | $29,805 | $275,287 | $147,973 | $673,075 | $821,048 |
| Corporate Overhead (1999 - 5.83%, 2000 - 6.06%, 2001 - 8.16%) | $9,162 | $33,366 | $40,143 | $133,970 | $8,702 | $80,370 | $58,007 | $247,705 | $305,712 |
| **Total - Indirect Costs** | **$20,414** | **$74,343** | **$147,059** | **$490,780** | **$38,507** | **$355,657** | **$205,980** | **$920,780** | **$1,126,760** |
| **Total - Direct and Indirect Costs** | **$177,563** | **$646,653** | **$809,488** | **$2,701,498** | **$145,145** | **$1,340,584** | **$1,132,196** | **$4,688,735** | **$5,820,931** |
| Profit - 12.00% | | | | | | | | | $698,512 |
| **Total - Costs and Profit** | | | | | | | | | **$6,519,443** |
| Professional Fees and Report Preparation | | | | | | | | | $5,608 |
| **Subtotal** | | | | | | | | | **$6,525,051** |
| Bond - 0.65% | | | | | | | | | $42,413 |
| **Total Claim - Lost Lake Levees** | | | | | | | | | **$6,567,464** |

Exhibit E

Renda Marine, Inc.
Impacted Dates
Analysis of Claimed Days

**This analysis was prepared to ensure that claimed days between the various claims do not overlap; claimed days (or a portion thereof) are not claimed more than once. In addition, this chart indicates specific days claimed for Claim 12 segments.**

| | | | (See Note 1) Claimed Days - Claims 5 - 11 D = Dredging, DHL = Both Dredging and Hydraulic Levee | | | | | | | (See Note 2) Unclaimed Days - Claims 5-11 | | | Excluding Dredge | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day | Date | Description | Claim 5 | Claim 6 | Claim 7 | Claim 8 | Claim 9 | Claim 11 | Claimed 5 - 11 | N/C D | N/C HL | N/C ML | Claim 12a1 Planned HL Operations | Claimed HL Claims 5-11 | Claim 12a2 | Claim 12b | Claim 12e | Claim 12f |
| 67 | Saturday, July 24, 1999 | | | | | | | | | | | | | | | | | |
| 68 | Sunday, July 25, 1999 | RMI demobilized majority of equipment and sent to Chocolate Bayou Project | | | | | | | | | | | | | | | | |
| 69 | Monday, July 26, 1999 | | | | | | | | | | | | | | | | | |
| 70 | Tuesday, July 27, 1999 | | | | | | | | | | | | | | | | | |
| 71 | Wednesday, July 28, 1999 | | | | | | | | | | | | | | | | | |
| 72 | Thursday, July 29, 1999 | | | | | | | | | | | | | | | | | |
| 73 | Friday, July 30, 1999 | USACE indicates some concerns about having sufficient material quantities to build the levees, RMI submitted a revised hydraulic levee fill analysis, estimated material enough for 17,075 LF levees | | | | | | | | | | | | | | | | |
| 74 | Saturday, July 31, 1999 | | | | | | | | | | | | | | | | | |
| 75 | Sunday, August 01, 1999 | | | | | | | | | | | | | | | | | |
| 76 | Monday, August 02, 1999 | | | | | | | | | | | | | | | | | |
| 77 | Tuesday, August 03, 1999 | | | | | | | | | | | | | | | | | |
| 78 | Wednesday, August 04, 1999 | | | | | | | | | | | | | | | | | |
| 79 | Thursday, August 05, 1999 | | | | | | | | | | | | | | | | | |
| 80 | Friday, August 06, 1999 | | | | | | | | | | | | | | | | | |
| 81 | Saturday, August 07, 1999 | | | | | | | | | | | | | | | | | |
| 82 | Sunday, August 08, 1999 | | | | | | | | | | | | | | | | | |
| 83 | Monday, August 09, 1999 | | | | | | | | | | | | | | | | | |
| 84 | Tuesday, August 10, 1999 | | | | | | | | | | | | | | | | | |
| 85 | Wednesday, August 11, 1999 | | | | | | | | | | | | | | | | | |
| 86 | Thursday, August 12, 1999 | | | | | | | | | | | | | | | | | |
| 87 | Friday, August 13, 1999 | | | | | | | | | | | | | | | | | |
| 88 | Saturday, August 14, 1999 | | | | | | | | | | | | | | | | | |
| 89 | Sunday, August 15, 1999 | | | | | | | | | | | | | | | | | |
| 90 | Monday, August 16, 1999 | | | | | | | | | | | | | | | | | |
| 91 | Tuesday, August 17, 1999 | | | | | | | | | | | | | | | | | |
| 92 | Wednesday, August 18, 1999 | | | | | | | | | | | | | | | | | |
| 93 | Thursday, August 19, 1999 | | | | | | | | | | | | | | | | | |
| 94 | Friday, August 20, 1999 | | | | | | | | | | | | | | | | | |
| 95 | Saturday, August 21, 1999 | | | | | | | | | | | | | | | | | |
| 96 | Sunday, August 22, 1999 | | | | | | | | | | | | | | | | | |
| 97 | Monday, August 23, 1999 | | | | | | | | | | | | | | | | | |
| 98 | Tuesday, August 24, 1999 | | | | | | | | | | | | | | | | | |
| 99 | Wednesday, August 25, 1999 | | | | | | | | | | | | | | | | | |
| 100 | Thursday, August 26, 1999 | | | | | | | | | | | | | | | | | |
| 101 | Friday, August 27, 1999 | | | | | | | | | | | | | | | | | |
| 102 | Saturday, August 28, 1999 | | | | | | | | | | | | | | | | | |
| 103 | Sunday, August 29, 1999 | | | | | | | | | | | | | | | | | |
| 104 | Monday, August 30, 1999 | | | | | | | | | | | | | | | | | |
| 105 | Tuesday, August 31, 1999 | | | | | | | | | | | | | | | | | |
| 106 | Wednesday, September 01, 1999 | | | | | | | | | | | | | | | | | |
| 107 | Thursday, September 02, 1999 | | | | | | | | | | | | | | | | | |
| 108 | Friday, September 03, 1999 | | | | | | | | | | | | | | | | | |
| 109 | Saturday, September 04, 1999 | | | | | | | | | | | | | | | | | |
| 110 | Sunday, September 05, 1999 | | | | | | | | | | | | | | | | | |
| 111 | Monday, September 06, 1999 | | | | | | | | | | | | | | | | | |
| 112 | Tuesday, September 07, 1999 | | | | | | | | | | | | | | | | | |
| 113 | Wednesday, September 08, 1999 | | | | | | | | | | | | | | | | | |
| 114 | Thursday, September 09, 1999 | | | | | | | | | | | | | | | | | |
| 115 | Friday, September 10, 1999 | RMI began mobilizing the Project, assuming dredge and levee equipment mobilized | | | | | | | | | | | | | | | | |
| 116 | Saturday, September 11, 1999 | | | | | | | | | | | | | | | | | |
| 117 | Sunday, September 12, 1999 | | | | | | | | | | | | | | | | | |
| 118 | Monday, September 13, 1999 | **Beginning of Claim Period**, RMI began actual dredging work | | | | | | | | 1 | 1 | 1 | 0.92 | | 0.08 | | | |
| 119 | Tuesday, September 14, 1999 | | | | | | | | | 1 | 1 | 1 | 0.88 | | 0.13 | | | |
| 120 | Wednesday, September 15, 1999 | | | | | | | | | 1 | 1 | 1 | 0.88 | | 0.13 | | | |
| 121 | Thursday, September 16, 1999 | | | | | | | | | 1 | 1 | 1 | 0.92 | | 0.08 | | | |
| 122 | Friday, September 17, 1999 | | | | | | | | | 1 | 1 | 1 | 0.92 | | 0.08 | | | |
| 123 | Saturday, September 18, 1999 | | | | | | | | | 1 | 1 | 1 | 0.92 | | 0.08 | | | |
| 124 | Sunday, September 19, 1999 | | | | | | | | | 1 | 1 | 1 | 0.92 | | 0.08 | | | |
| 125 | Monday, September 20, 1999 | | | | | | | | | 1 | 1 | 1 | 0.88 | | 0.13 | | | |
| 126 | Tuesday, September 21, 1999 | | | | | | | | | 1 | 1 | 1 | 0.92 | | 0.08 | | | |
| 127 | Wednesday, September 22, 1999 | | | | | | | | | 1 | 1 | 1 | 0.96 | | 0.04 | | | |
| 128 | Thursday, September 23, 1999 | | | | | | | | | 1 | 1 | 1 | 0.92 | | 0.08 | | | |
| 129 | Friday, September 24, 1999 | | | | | | | | | 1 | 1 | 1 | 0.92 | | 0.08 | | | |
| 130 | Saturday, September 25, 1999 | | | | | | | | | 1 | 1 | 1 | 0.88 | | 0.13 | | | |
| 131 | Sunday, September 26, 1999 | | | | | | | | | 1 | 1 | 1 | 1.00 | | | | | |



89

Exhibit E

Renda Marine, Inc.
Impacted Dates
Analysis of Claimed Days

**This analysis was prepared to ensure that claimed days between the various claims do not overlap; claimed days (or a portion thereof) are not claimed more than once. In addition, this chart indicates specific days claimed for Claim 12 segments.**

| | | | (See Note 1) Claimed Days - Claims 5-11 D = Dredging, DHL = Both Dredging and Hydraulic Levee | | | | | | | (See Note 2) Unclaimed Days - Claims 5-11 | | | [illegible] Excluding Dredge | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day | Date | Description | Claim 5 | Claim 6 | Claim 7 | Claim 8 | Claim 9 | Claim 11 | Claimed 5 - 11 | N/C D | N/C HL | N/C ML | Claim 12a1 Planned HL Operations | Claimed HL Claims 5-11 | Claim 12a2 | Claim 12b | Claim 12e | Claim 12f |
| 1 | Wednesday, May 19, 1999 | Completion of Mechanical Levees between 97+00 and 166+00 by Affolter | | | | | | | | | | | | | | | | |
| 2 | Thursday, May 20, 1999 | | | | | | | | | | | | | | | | | |
| 3 | Friday, May 21, 1999 | | | | | | | | | | | | | | | | | |
| 4 | Saturday, May 22, 1999 | | | | | | | | | | | | | | | | | |
| 5 | Sunday, May 23, 1999 | | | | | | | | | | | | | | | | | |
| 6 | Monday, May 24, 1999 | | | | | | | | | | | | | | | | | |
| 7 | Tuesday, May 25, 1999 | | | | | | | | | | | | | | | | | |
| 8 | Wednesday, May 26, 1999 | | | | | | | | | | | | | | | | | |
| 9 | Thursday, May 27, 1999 | | | | | | | | | | | | | | | | | |
| 10 | Friday, May 28, 1999 | | | | | | | | | | | | | | | | | |
| 11 | Saturday, May 29, 1999 | | | | | | | | | | | | | | | | | |
| 12 | Sunday, May 30, 1999 | | | | | | | | | | | | | | | | | |
| 13 | Monday, May 31, 1999 | | | | | | | | | | | | | | | | | |
| 14 | Tuesday, June 01, 1999 | | | | | | | | | | | | | | | | | |
| 15 | Wednesday, June 02, 1999 | | | | | | | | | | | | | | | | | |
| 16 | Thursday, June 03, 1999 | | | | | | | | | | | | | | | | | |
| 17 | Friday, June 04, 1999 | | | | | | | | | | | | | | | | | |
| 18 | Saturday, June 05, 1999 | | | | | | | | | | | | | | | | | |
| 19 | Sunday, June 06, 1999 | | | | | | | | | | | | | | | | | |
| 20 | Monday, June 07, 1999 | | | | | | | | | | | | | | | | | |
| 21 | Tuesday, June 08, 1999 | | | | | | | | | | | | | | | | | |
| 22 | Wednesday, June 09, 1999 | | | | | | | | | | | | | | | | | |
| 23 | Thursday, June 10, 1999 | | | | | | | | | | | | | | | | | |
| 24 | Friday, June 11, 1999 | | | | | | | | | | | | | | | | | |
| 25 | Saturday, June 12, 1999 | | | | | | | | | | | | | | | | | |
| 26 | Sunday, June 13, 1999 | | | | | | | | | | | | | | | | | |
| 27 | Monday, June 14, 1999 | | | | | | | | | | | | | | | | | |
| 28 | Tuesday, June 15, 1999 | | | | | | | | | | | | | | | | | |
| 29 | Wednesday, June 16, 1999 | | | | | | | | | | | | | | | | | |
| 30 | Thursday, June 17, 1999 | | | | | | | | | | | | | | | | | |
| 31 | Friday, June 18, 1999 | | | | | | | | | | | | | | | | | |
| 32 | Saturday, June 19, 1999 | | | | | | | | | | | | | | | | | |
| 33 | Sunday, June 20, 1999 | | | | | | | | | | | | | | | | | |
| 34 | Monday, June 21, 1999 | | | | | | | | | | | | | | | | | |
| 35 | Tuesday, June 22, 1999 | | | | | | | | | | | | | | | | | |
| 36 | Wednesday, June 23, 1999 | | | | | | | | | | | | | | | | | |
| 37 | Thursday, June 24, 1999 | | | | | | | | | | | | | | | | | |
| 38 | Friday, June 25, 1999 | | | | | | | | | | | | | | | | | |
| 39 | Saturday, June 26, 1999 | | | | | | | | | | | | | | | | | |
| 40 | Sunday, June 27, 1999 | | | | | | | | | | | | | | | | | |
| 41 | Monday, June 28, 1999 | | | | | | | | | | | | | | | | | |
| 42 | Tuesday, June 29, 1999 | | | | | | | | | | | | | | | | | |
| 43 | Wednesday, June 30, 1999 | | | | | | | | | | | | | | | | | |
| 44 | Thursday, July 01, 1999 | USACE notifies RMI in writing they are concerned that dredging operations have not started | | | | | | | | | | | | | | | | |
| 45 | Friday, July 02, 1999 | | | | | | | | | | | | | | | | | |
| 46 | Saturday, July 03, 1999 | | | | | | | | | | | | | | | | | |
| 47 | Sunday, July 04, 1999 | | | | | | | | | | | | | | | | | |
| 48 | Monday, July 05, 1999 | | | | | | | | | | | | | | | | | |
| 49 | Tuesday, July 06, 1999 | | | | | | | | | | | | | | | | | |
| 50 | Wednesday, July 07, 1999 | | | | | | | | | | | | | | | | | |
| 51 | Thursday, July 08, 1999 | | | | | | | | | | | | | | | | | |
| 52 | Friday, July 09, 1999 | | | | | | | | | | | | | | | | | |
| 53 | Saturday, July 10, 1999 | | | | | | | | | | | | | | | | | |
| 54 | Sunday, July 11, 1999 | | | | | | | | | | | | | | | | | |
| 55 | Monday, July 12, 1999 | | | | | | | | | | | | | | | | | |
| 56 | Tuesday, July 13, 1999 | | | | | | | | | | | | | | | | | |
| 57 | Wednesday, July 14, 1999 | | | | | | | | | | | | | | | | | |
| 58 | Thursday, July 15, 1999 | | | | | | | | | | | | | | | | | |
| 59 | Friday, July 16, 1999 | | | | | | | | | | | | | | | | | |
| 60 | Saturday, July 17, 1999 | | | | | | | | | | | | | | | | | |
| 61 | Sunday, July 18, 1999 | | | | | | | | | | | | | | | | | |
| 62 | Monday, July 19, 1999 | | | | | | | | | | | | | | | | | |
| 63 | Tuesday, July 20, 1999 | | | | | | | | | | | | | | | | | |
| 64 | Wednesday, July 21, 1999 | | | | | | | | | | | | | | | | | |
| 65 | Thursday, July 22, 1999 | | | | | | | | | | | | | | | | | |
| 66 | Friday, July 23, 1999 | RMI mobilized levee building equipment at Lost Lake | | | | | | | | | | | | | | | | |

*Exhibit I-1*

*Renda Marine, Inc.*
*Upper Bayou Dredging Project*
*Claim 12a1 - Hydraulic Levees - Labor and Equipment Damage Calculations*

***12a1 - Added Costs for Original Duration (10 months):***

Planned Duration (10 months) x 30 days/month x Additional Equipment
Total Days ((365 days per year / 12 months) x 10 months) = **304**
Daily per Diem = $25.00 per Worker, $50.00 for 24 hour shift (2 Workers)

*Additional Labor*

| ID | Equipment | | Planned | 1999 Days | 2000 Days | 2001 Days | Hours per Day | 1999 Total Hours | 2000 Total Hours | 2001 Total Hours | Average Hourly Rate | Daily per Diem | 1999 Labor | 2000 Labor | 2001 Labor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n/a | Additional Worker | | No | 96 | 159 | 48 | 24 | 2,314 | 3,825 | 1,157 | $15.64 | $25.00 | $38,594 | $63,798 | $19,298 |
| | Totals | | | | | | | 2,314 | 3,825 | 1,157 | | | $38,594 | $63,798 | $19,298 |
| | | | | | | | | **Add Workmen's Comp for Non-Marine (7.26%):** | | | | | **$2,802** | **$4,632** | **$1,401** |
| | | | | | | | | **Add Payroll Taxes (8.20%):** | | | | | **$3,165** | **$5,231** | **$1,582** |
| | | | | | | | | **Payroll Cost Before O/H and Profit:** | | | | | **$44,560** | **$73,661** | **$22,281** |

*Additional Equipment*

| ID | Equipment | Source | Planned | 1999 Days | 2000 Days | 2001 Days | Hours per Day | 1999 Total Hours | 2000 Total Hours | 2001 Total Hours | | | 1999 Equipment* | 2000 Equipment* | 2001 Equipment* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | Cat D5 Dozer | Mustang Rental Services | No | 96 | 159 | 48 | 24 | 2,314 | 3,825 | 1,157 | | | $46,977 | $78,863 | $25,537 |
| 26 | Marsh Trackhoe - EL 200B (MB101/E1) | Renda Marine, Inc. | No | 96 | 159 | 48 | 24 | 2,314 | 3,825 | 1,157 | | | $154,570 | $249,230 | $79,879 |
| | Totals | | | | | | | 4,628 | 7,650 | 2,314 | | | $201,547 | $328,093 | $105,417 |

* See Claim 12a1 Equipment Calculation Sheet for Equipment Calculations

91

*Exhibit I-1a*

***Renda Marine, Inc.***
***Upper Bayou Dredging Project***

Equipment rates vary at six month intervals due to changes in cost of money and FOG/fuel adjustments. Therefore, damage calculations are performed for six month intervals.

***Claim 12a1 - Equipment Calculations***

| | | | | 7/1/1999 to 12/31/1999 | | | | 1/1/2000 to 6/30/2000 | | | | 7/1/2000 to 12/31/2000 | | | | 1/1/2001 to 6/1/2001 | | | | Totals 7/1/1999 to 6/30/2001 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | Equipment | | Hours per Day | Days | Working Hourly | Working Daily | Total Cost | Days | Working Hourly | Working Daily | Total Cost | Days | Working Hourly | Working Daily | Total Cost | Days | Working Hourly | Working Daily | Total Cost | Total Days | 1999 | 2000 | 2001 | Total Cost |
| 68 | Cat D5 Dozer | | 24 | 96.4 | $12.86 | $178.61 | $46,977.33 | 103.0 | $14.14 | $178.61 | $53,325.73 | 56.4 | $15.57 | $178.61 | $31,162.96 | 48.2 | $14.63 | $178.61 | $25,537.40 | 304 | $46,977.33 | $78,863.13 | $25,537.40 | $151,3[illegible].86 |
| 26 | Marsh Trackhoe - EL 200B (MB101/E1) | | 24 | 96.4 | $66.80 | | $154,569.63 | 103.0 | $68.54 | | $169,350.92 | 56.4 | $70.67 | | $95,701.31 | 48.2 | $69.04 | | $79,879.28 | 304 | $154,569.63 | $249,230.20 | $79,879.28 | $483,67[illegible].11 |
| | Totals | | | | | | $201,546.96 | | | | $222,676.65 | | | | $126,864.28 | | | | $105,416.68 | | $201,546.96 | $328,093.33 | $105,416.68 | $635,0[illegible].97 |

11/17/2004 - Update

Renda Marine, Inc.

*Exhibit I-2*

## *Renda Marine, Inc.*
## *Upper Bayou Dredging Project*
## *Claim 12a2 - Hydraulic Levees - Labor and Equipment Damage Calculations*

**12a2 - *Additional Costs for Full Crew for Extended Duration***

Refer to Analysis of Claimed Days (Tab 5) for hours (days) claimed
Claim is for Hydraulic Levee operations impacted due to Dredge Delays caused by levee issues
Daily per Diem = $25.00 per Worker, $50.00 for 24 hour shift (2 Workers)

*Actual Labor*

| ID | Equipment | | Planned | 1999 Days | 2000 Days | 2001 Days | Hours per Day | 1999 Total Hours | 2000 Total Hours | 2001 Total Hours | Average Hourly Rate | Daily per Diem | 1999 Labor | 2000 Labor | 2001 Labor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n/a | Planned Worker | | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | $15.64 | $50.00 | $5,778 | $10,600 | $1,453 |
| n/a | Planned Worker | | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | $15.64 | $50.00 | $5,778 | $10,600 | $1,453 |
| n/a | Planned Worker | | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | $15.64 | $50.00 | $5,778 | $10,600 | $1,453 |
| n/a | Planned Worker | | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | $15.64 | $50.00 | $5,778 | $10,600 | $1,453 |
| n/a | Additional Worker | | No | 14 | 25 | 3 | 24 | 326 | 598 | 82 | $15.64 | $50.00 | $5,778 | $10,600 | $1,453 |
| | Totals | | | | | | | 1,630 | 2,991 | 410 | | | $28,892 | $52,999 | $7,265 |
| | | | | | | | | | | | | | | | |
| | | | | | | | | **Add Workmen's Comp for Non-Marine (7.26%):** | | | | | **$2,098** | **$3,848** | **$527** |
| | | | | | | | | **Add Payroll Taxes (8.20%):** | | | | | **$2,369** | **$4,346** | **$596** |
| | | | | | | | | **Payroll Cost Before O/H and Profit:** | | | | | **$33,359** | **$61,193** | **$8,389** |

*Actual Equipment*

| ID | Equipment | Source | Planned | 1999 Days | 2000 Days | 2001 Days | Hours per Day | 1999 Total Hours | 2000 Total Hours | 2001 Total Hours | | | 1999 Equipment* | 2000 Equipment* | 2001 Equipment* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | John Deere 550H LGP Dozer | Nations Rent | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | | | $5,063 | $10,058 | $1,402 |
| 27 | Marsh Dragline (MD-101) | Renda Marine, Inc. | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | | | $21,782 | $41,145 | $5,661 |
| 20 | Linkbelt 3800 Excavator (E-17) | Renda Marine, Inc. | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | | | $15,880 | $30,546 | $4,212 |
| 35 | Light Plant | Renda Marine, Inc. | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | | | $2,035 | $3,863 | $533 |
| 22 | Skid Loader - Timberjack 450 | Renda Marine, Inc. | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | | | $15,632 | $30,048 | $4,152 |
| 68 | Cat D5 Dozer | Mustang Rental Services | No | 14 | 25 | 3 | 24 | 326 | 598 | 82 | | | $6,620 | $13,008 | $1,81[illegible] |
| 23 | Skid Loader - Timberjack 380B | Renda Marine, Inc. | No | 14 | 25 | 3 | 24 | 326 | 598 | 82 | | | $15,632 | $30,048 | $4,152 |
| 26 | Marsh Trackhoe - EL 200B (MB101/E1) | Renda Marine, Inc. | No | 14 | 25 | 3 | 24 | 326 | 598 | 82 | | | $21,782 | $41,145 | $5,661 |
| | Totals | | | | | | | 2,609 | 2,393 | 656 | | | $104,428 | $199,861 | $27,58[illegible] |

* See Claim 12a2 Equipment Calculation Sheet for Equipment Calculations

| | | | |
|---|---|---|---|
| **12a1 and 12a2 Totals:** | | | |
| **Total Labor:** | **$77,919** | **$134,854** | **$30,670** |
| **Total Equipment:** | **$305,975** | **$527,954** | **$132,999** |

11/17/2004 - Update

Renda Marine, Inc.

*Exhibit I-2a*

***Renda Marine, Inc.***
***Upper Bayou Dredging Project***

Equipment rates vary at six month intervals due to changes in cost of money and FOG/fuel adjustments. Therefore, damage calculations are performed for six month intervals.

*Claim 12a2 - Equipment Calculations*

| ID | Equipment | | Hours per Day | 7/1/1999 to 12/31/1999 Days | Working Hourly | Working Daily | Total Cost | 1/1/2000 to 6/30/2000 Days | Working Hourly | Working Daily | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | John Deere 550H LGP Dozer | | 24 | 13.6 | $10.98 | $109.15 | $5,063.39 | 22.0 | $12.12 | $109.15 | $8,820.11 |
| 27 | Marsh Dragline (MD-101) | | 24 | 13.6 | $66.80 | | $21,782.37 | 22.0 | $68.54 | | $36,269.08 |
| 20 | Linkbelt 3800 Excavator (E-17) | | 24 | 13.6 | $48.70 | | $15,880.26 | 22.0 | $50.77 | | $26,865.79 |
| 35 | Light Plant | | 24 | 13.6 | $6.24 | | $2,034.76 | 22.0 | $6.43 | | $3,402.54 |
| 22 | Skid Loader - Timberjack 450 | | 24 | 13.6 | $47.94 | | $15,632.44 | 22.0 | $49.96 | | $26,437.17 |
| 68 | Cat D5 Dozer | | 24 | 13.6 | $12.86 | $178.61 | $6,620.17 | 22.0 | $14.14 | $178.61 | $11,420.52 |
| 23 | Skid Loader - Timberjack 380B | | 24 | 13.6 | $47.94 | | $15,632.44 | 22.0 | $49.96 | | $26,437.17 |
| 26 | Marsh Trackhoe - EL 200B (MB101/E1) | | 24 | 13.6 | $66.80 | | $21,782.37 | 22.0 | $68.54 | | $36,269.08 |
| | Totals | | | | | | $104,428.19 | | | | $175,921.46 |

| ID | 7/1/2000 to 12/31/2000 Days | Working Hourly | Working Daily | Total Cost | 1/1/2001 to 6/30/2001 Days | | | Total Cost | Totals 7/1/1999 to 6/30/2001 Total Days | 1999 | 2000 | 2001 | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | 2.9 | $13.39 | $109.15 | $1,237.72 | 3.4 | $12.55 | $109.15 | $1,402.03 | 41.9 | $5,063.39 | $10,057.82 | $1,402.03 | $16,523.25 |
| 27 | 2.9 | $70.67 | | $4,876.23 | 3.4 | $69.04 | | $5,661.28 | 41.9 | $21,782.37 | $41,145.31 | $5,661.28 | $68,58[illegible].96 |
| 20 | 2.9 | $53.33 | | $3,679.77 | 3.4 | $51.36 | | $4,211.52 | 41.9 | $15,880.26 | $30,545.56 | $4,211.52 | $50,6[illegible]4 |
| 35 | 2.9 | $6.67 | | $460.23 | 3.4 | $6.50 | | $533.00 | 41.9 | $2,034.76 | $3,862.77 | $533.00 | $6,4[illegible]3 |
| 22 | 2.9 | $52.33 | | $3,610.77 | 3.4 | $50.63 | | $4,151.66 | 41.9 | $15,632.44 | $30,047.94 | $4,151.66 | $49,8[illegible]2.03 |
| 68 | 2.9 | $15.57 | $178.61 | $1,587.83 | 3.4 | $14.63 | $178.61 | $1,809.91 | 41.9 | $6,620.17 | $13,008.35 | $1,809.91 | $21,4[illegible].43 |
| 23 | 2.9 | $52.33 | | $3,610.77 | 3.4 | $50.63 | | $4,151.66 | 41.9 | $15,632.44 | $30,047.94 | $4,151.66 | $49,8[illegible]3 |
| 26 | 2.9 | $70.67 | | $4,876.23 | 3.4 | $69.04 | | $5,661.28 | 41.9 | $21,782.37 | $41,145.31 | $5,661.28 | $68,5[illegible] |
| Totals | | | | $23,939.55 | | | | $27,582.34 | | $104,428.19 | $199,861.01 | $27,582.34 | $331,8[illegible] |

*Exhibit J-1a*

***Renda Marine, Inc.***
***Upper Bayou Dredging Project***

Equipment rates vary at six month intervals due to changes in cost of money and FOG/fuel adjustments. Therefore, damage calculations are performed for six month intervals.

***Claim 12c - Equipment Calculations***

| | | | | 7/1/1999 to 12/31/1999 | | | | 1/1/2000 to 6/30/2000 | | | | 7/1/2000 to 12/31/2000 | | | | Totals 7/1/1999 to 12/31/2000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | Equipment | Status* | Hours per Day* | Days | Hourly | Daily | Total Cost | Days | Hourly | Daily | Total Cost | Days | Hourly | Daily | Total Cost | Total Days | 1999 | 2000 | Total Cost |
| 1 | Hydraulic Dredge "Millennium" (24") & Secondary Engines | Non-effective | 24 | 1 | $452.12 | | $13,789.66 | 8 | $692.34 | | $130,333.01 | 0.5 | $764.97 | | $9,179.64 | 10 | $13,789.66 | $139,512.65 | $153,302.31 |
| 2 | Hydraulic Booster Station On Barge (24") | Non-effective | 24 | 1 | | | $0.00 | 8 | $179.87 | | $33,860.53 | 0.5 | $210.06 | | $2,520.72 | 10 | $0.00 | $36,381.25 | $36,381.25 |
| 3 | Duplex High Pressure Pump | Standby | 24 | 1 | $8.79 | | $268.10 | 8 | $8.79 | | $1,654.72 | 0.5 | $9.06 | | $108.72 | 10 | $268.10 | $1,763.44 | $2,031.53 |
| 4 | Cummins Generator Set - 80Kw (0805F) (On Dredge "Millennium") | n/a | 24 | 1 | $0.00 | | $0.00 | 8 | $0.00 | | $0.00 | 0.5 | $0.00 | | $0.00 | 10 | $0.00 | $0.00 | $0.00 |
| 5 | Pipeline - 24" (20,000+ LF) | Standby | 24 | 1 | $16.67 | | $508.44 | 8 | $16.67 | | $3,138.13 | 0.5 | $16.81 | | $201.72 | 10 | $508.44 | $3,339.85 | $3,848.28 |
| 6 | Pipeline Joints - 24" | Standby | 24 | 1 | $17.25 | | $526.13 | 8 | $17.25 | | $3,247.31 | 0.5 | $17.39 | | $208.68 | 10 | $526.13 | $3,455.99 | $3,982.12 |
| 7 | Pipeline Pontoons | Standby | 24 | 1 | $6.03 | | $183.92 | 8 | $6.03 | | $1,135.15 | 0.5 | $6.15 | | $73.80 | 10 | $183.92 | $1,208.95 | $1,392.86 |
| 8 | Work Boat "Marilyn K. McFarland" | Working | 12 | 1 | $39.49 | | $602.22 | 8 | $45.14 | | $4,248.80 | 0.5 | $51.38 | | $308.28 | 10 | $602.22 | $4,557.08 | $5,159.31 |
| 9 | Work Boat "Crista Dian" | Working | 12 | 1 | $40.71 | | $620.83 | 8 | $49.28 | | $4,638.48 | 0.5 | $58.80 | | $352.80 | 10 | $620.83 | $4,991.28 | $5,612.11 |
| 10 | Anchor Barge | Working | 24 | 1 | $2.15 | | $65.58 | 8 | $2.15 | | $404.74 | 0.5 | $2.20 | | $26.40 | 10 | $65.58 | $431.14 | $496.71 |
| 11 | American Crane Draw-Works - 4260 (On Anchor Barge (AB102) | Standby | 24 | 1 | $27.38 | | $835.09 | 8 | $27.38 | | $5,154.29 | 0.5 | $29.29 | | $351.48 | 10 | $835.09 | $5,505.77 | $6,340.86 |
| 12 | Grove Hydraulic Crane - Rt58F (Mounted On Work Barge #1) | Standby | 24 | 1 | $14.82 | | $452.01 | 8 | $14.82 | | $2,789.87 | 0.5 | $15.68 | | $188.16 | 10 | $452.01 | $2,978.03 | $3,430.04 |
| 13 | Work Barge #1 - (3) Flexifloats | Working | 24 | 1 | $1.27 | | $38.74 | 8 | $1.28 | | $240.96 | 0.5 | $1.31 | | $15.72 | 10 | $38.74 | $256.68 | $295.42 |
| 14 | Survey Boat - Monark | Standby | 3 | 1 | $2.28 | | $8.69 | 8 | $2.28 | | $53.65 | 0.5 | $2.31 | | $3.47 | 10 | $8.69 | $57.12 | $65.81 |
| 15 | Work Boat - Lafco | Standby | 24 | 1 | $3.82 | | $116.51 | 8 | $3.82 | | $719.12 | 0.5 | $3.88 | | $46.56 | 10 | $116.51 | $765.68 | $882.19 |
| 16 | Work Boat - Monark | Working | 12 | 1 | $41.97 | | $640.04 | 8 | $50.00 | | $4,706.25 | 0.5 | $52.33 | | $313.98 | 10 | $640.04 | $5,020.23 | $5,660.27 |
| 17 | Work Skiff | Standby | 24 | 1 | $1.24 | | $37.82 | 8 | $1.24 | | $233.43 | 0.5 | $1.25 | | $15.00 | 10 | $37.82 | $248.43 | $286.25 |
| 18 | Fuel Barge - (3) Flexifloats | Working | 24 | 1 | $1.27 | | $38.74 | 8 | $1.28 | | $240.96 | 0.5 | $1.31 | | $15.72 | 10 | $38.74 | $256.68 | $295.42 |
| 19 | Fuel Tank - 10,000 Gallon (Mounted On Fuel Barge) | Working | 24 | 1 | $6.64 | | $202.52 | 8 | $6.83 | | $1,285.75 | 0.5 | $6.91 | | $82.92 | 10 | $202.52 | $1,368.67 | $1,571.19 |
| 20 | Linkbelt 3800 Excavator | Standby | 24 | 1 | $12.60 | | $384.30 | 8 | $12.60 | | $2,371.95 | 0.5 | $12.85 | | $154.20 | 10 | $384.30 | $2,526.15 | $2,910.45 |
| 21 | Work Barge #2 - (3) Flexifloats | Working | 24 | 1 | $1.27 | | $38.74 | 8 | $1.28 | | $240.96 | 0.5 | $1.31 | | $15.72 | 10 | $38.74 | $256.68 | $295.42 |
| 22 | Skid Loader - Timberjack 450 | Standby | 24 | 1 | $9.89 | | $301.65 | 8 | $9.89 | | $1,861.79 | 0.5 | $10.00 | | $120.00 | 10 | $301.65 | $1,981.79 | $2,283.44 |
| 23 | Skid Loader - Timberjack 380B | Standby | 24 | 1 | $9.89 | | $301.65 | 8 | $9.89 | | $1,861.79 | 0.5 | $10.00 | | $120.00 | 10 | $301.65 | $1,981.79 | $2,283.44 |
| 24 | American Crane 4260 (Mounted On Mcdonough Barge (KS4001) | Standby | 24 | 1 | $46.00 | | $1,403.00 | 8 | $46.00 | | $8,659.50 | 0.5 | $49.65 | | $595.80 | 10 | $1,403.00 | $9,255.30 | $10,658.30 |
| 25 | Linkbelt Crane LS78 (Mounted On Mcdonough Barge (KS4001) | Standby | 24 | 1 | $46.00 | | $1,403.00 | 8 | $46.00 | | $8,659.50 | 0.5 | $49.65 | | $595.80 | 10 | $1,403.00 | $9,255.30 | $10,658.30 |
| 28 | Lincoln Welder - SA300 TMO27 | Standby | 24 | 1 | $0.54 | | $16.47 | 8 | $0.54 | | $101.66 | 0.5 | $0.54 | | $6.48 | 10 | $16.47 | $108.14 | $124.61 |
| 34 | Lighting Set, Trailer Mounted - Next Generation (BLK64MH) | Standby | 24 | 1 | $1.25 | | $38.13 | 8 | $1.25 | | $235.31 | 0.5 | $1.26 | | $15.12 | 10 | $38.13 | $250.43 | $288.56 |
| 47 | Rental: Tug Boat "Melissa B." (800 HP) | Working | 12 | 1 | $75.63 | $300.00 | $1,534.61 | 8 | $87.38 | $300.00 | $10,577.77 | 0.5 | $99.94 | $300.00 | $749.64 | 10 | $1,534.61 | $11,327.41 | $12,862.02 |
| 48 | Rental: Combination Building - 18' | Working | 24 | 1 | $0.00 | $67.17 | $85.36 | 8 | $0.00 | $67.17 | $526.86 | 0.5 | $0.00 | $67.17 | $33.59 | 10 | $85.36 | $560.45 | $645.81 |
| 49 | Rental: Supply Barge (MCD212) | Working | 24 | 1 | $0.58 | $85.00 | $125.71 | 8 | $0.58 | $85.00 | $775.90 | 0.5 | $0.58 | $85.00 | $49.46 | 10 | $125.71 | $825.36 | $951.07 |
| 50 | Rental: Spud Barge (KS4001) | Working | 24 | 1 | $0.58 | $113.33 | $161.71 | 8 | $0.58 | $113.33 | $998.12 | 0.5 | $0.58 | $113.33 | $63.63 | 10 | $161.71 | $1,061.74 | $1,223.46 |
| 58 | Rental: Air Compressor 185 Cfm - P185WJD (Ser. #304334UHJ221) | Standby | 24 | 1 | | $18.58 | $23.61 | 8 | | $18.58 | $145.74 | 0.5 | | $18.58 | $9.29 | 10 | $23.61 | $155.03 | $178.64 |
| 59 | Rental: Air Compressor + Hose 185 Cfm - P185WJD (Ser. #273246UBH221) | Standby | 24 | 1 | | $18.58 | $23.61 | 8 | | $18.58 | $145.74 | 0.5 | | $18.58 | $9.29 | 10 | $23.61 | $155.03 | $178.64 |
| 60 | Rental: Air Compressor 185 Cfm - P185WJD (Ser. #306784UKJ221) | Standby | 24 | 1 | | $16.24 | $20.64 | 8 | | $16.24 | $127.38 | 0.5 | | $16.24 | $8.12 | 10 | $20.64 | $135.50 | $156.14 |
| 61 | Rental: Air Compressor 185 Cfm - P185WJD (Ser. #306785JKJ221) | Standby | 24 | 1 | | $16.24 | $20.64 | 8 | | $16.24 | $127.38 | 0.5 | | $16.24 | $8.12 | 10 | $20.64 | $135.50 | $156.14 |
| 62 | Rental: Air Compressor 210 Cfm - D210Q6JD (Ser. #18217A) | Standby | 24 | 1 | | $18.58 | $23.61 | 8 | | $18.58 | $145.74 | 0.5 | | $18.58 | $9.29 | 10 | $23.61 | $155.03 | $178.64 |
| 54 | Rental: Diesel Welder 400 Amp - K1422-1 (Ser. #1990326577) | Standby | 24 | 1 | | $12.93 | $16.43 | 8 | | $12.93 | $101.42 | 0.5 | | $12.93 | $6.47 | 10 | $16.43 | $107.88 | $124.32 |
| 55 | Rental: Lincoln Welder - 500 Amp (Ser. #U1990113058) | Standby | 24 | 1 | | $16.16 | $20.54 | 8 | | $16.16 | $126.76 | 0.5 | | $16.16 | $8.08 | 10 | $20.54 | $134.84 | $155.37 |
| 56 | Rental: Diesel Welder 250 Amp - K1383-4 (Ser. #U1980702218) | Standby | 24 | 1 | | $12.99 | $16.51 | 8 | | $12.99 | $101.89 | 0.5 | | $12.99 | $6.50 | 10 | $16.51 | $108.39 | $124.89 |
| 57 | Rental: Diesel Welder 250 Amp - SA250 (Ser. #U1980808455) | Standby | 24 | 1 | | $12.99 | $16.51 | 8 | | $12.99 | $101.89 | 0.5 | | $12.99 | $6.50 | 10 | $16.51 | $108.39 | $124.89 |
| | Totals | | | | | | $24,911.42 | | | | $236,080.17 | | | | $16,604.84 | | $24,911.42 | $252,685.01 | $277,596.43 |

* Status of equipment and assigned Hours per Day usage is based upon Dredge performing non-effective dredging operations.

*Exhibit L*

***Renda Marine, Inc.***
***Upper Bayou Dredging Project***
***Claim 12e - Booster Equipment and Labor Calculations***

## Equipment Costs:

| | |
|---|---|
| **Number of Days Claimed:** | 45 |
| **Days Claimed (1999):** | 0 |
| **Days Claimed (2000):** | 6 |
| **Days Claimed (2001):** | 39 |
| **Equipment Rental Rate per Month (See Note 1):** | $86,000.00 |
| **Calculated Daily Rental Rate (See Note 2):** | $2,866.67 |
| **Lessor's Chief Engineer Supplied with Booster (See Note 3):** | $350.00 |
| **Total Daily Rate per Lease Agreement:** | $3,216.67 |

| | |
|---|---|
| Equipment Total (1999): | $0.00 |
| Equipment Total (2000): | $19,300.00 |
| Equipment Total (2001): | $125,450.00 |
| Total Equipment (1999 to 2001): | $144,750.00 |

## Labor Costs:

| | | |
|---|---|---|
| Required Number of Personnel to Operate Booster (Daily): | 3 | |
| Booster Operational Hours per Day: | 24 | |
| Personnel Shifts per Day: | 2 | |
| Manhours per Day: | 72 | |
| Per Diem per Individual: | $25.00 | |
| Average Hourly Payroll Rate: | $15.64 | |
| Payroll Subtotal: | $1,125.89 | |
| Per Diem Costs: | $150.00 | |
| Payroll and Per Diem Subtotal: | $1,275.89 | |
| P & I Insurance - Marine Operations (4.43%): | $56.52 | 4.43% |
| Payroll Taxes (8.20%): | $104.62 | 8.20% |
| Total Payroll Cost per Day: | $1,437.03 | |

| | |
|---|---|
| Total Payroll Cost for Claimed Days (1999): | $0.00 |
| Total Payroll Cost for Claimed Days (2000): | $8,622.18 |
| Total Payroll Cost for Claimed Days (2001): | $56,044.16 |
| Total Payroll Cost for Claimed Days (1999 to 2001): | $64,666.33 |

Notes:
(1): Per executed Lease Agreement dated November 7, 2000
(2): Per Lease Agreement, daily rate equals 1/30th of monthly rate
(3): Cost equals $275/day wages plus $75/day living/travel allowance

# EQUIPMENT LEASE

The following constitutes an agreement between Hendry Corporation, 5107 South Westshore Boulevard, Tampa, Florida, 33611, hereinafter called Lessor, and Renda Marine, 2307 FM 1495, Suite 218, Freeport, Texas 77541, hereinafter called Lessee, for lease of Hendry Booster No. 6 to Renda Marine to be utilized on Corps of Engineers Contract No. DACW64-99-C-0001 at Houston, Texas. The prime contractor on this project is Renda Marine, Inc. The date of this agreement is November 7, 2000.

In consideration of payment hereinafter provided, Lessor and Lessee agree as follows:

1. EQUIPMENT LEASED – Hendry Booster No. 6, hereinafter called "Equipment". This is a barge mounted booster unit for a pipeline dredge. It is generally described by the attached Specifications. The Lessee intends to use the booster behind the Lessee's 24" pipeline dredge "Millenium". The Equipment shall remain in the possession of the Lessee and neither this agreement nor any part thereof shall be assigned, nor shall Lessee offer the Equipment rented hereunder to be used or possessed by any other person, firm or legal entity without prior written consent of the Lessor, nor shall said Equipment be used in the performance of any work by the Lessee other than that specified above without the Lessor's written consent. The Lessee further agrees not to remove any Euipment covered by this agreement out of the County and State above without prior written consent of the Lessor.
2. MINIMUM RENTAL PERIOD – The minimum rental on the Equipment is to be three months at the full operating rate. This does not include mobilization and demobilization. The minimum rental period shall not apply if the above referenced contract is terminated by the Government or terminated due to an act of God.
3. THE RENTAL PERIOD – The rental period for the Equipment shall be from the time the Equipment departs the possession of the Lessor at White City, Florida, until it is returned by the Lessee to White City, Florida.
4. PAYMENT: The lease rates are as follows:

- $86,000.00 per month for the period the Equipment is in the Houston area.
- $64,000 per month while enroute between White City, Florida and Houston, Texas (mobilization) and while enroute between Houston, Texas and White City, Florida (demobilization).
- $64,000 per month for standby periods (if any) which exceed one continuous month in duration.



1/6

Exceptions – The lease amount for the Equipment during the trip from White City to Houston will be limited to an amount of $10,000 so long as the trip does not exceed 10 calendar days. If the trip exceeds ten days, the lease rate after the tenth day will be $64,000 per month. The lease amount for the Equipment during the demobilization trip from Houston to White City will be limited to $5,000 so long as the trip does not exceed 10 calendar days, based upon a minimum lease period at the full lease rate of three calendar months.

All lease payments shall be made monthly in advance at the office of the Lessor. The first full month's lease payment ($86,000) shall be due when the Equipment departs White City, Florida. The mobilization lease payment ($10,000 if the trip takes ten days or less) shall be due upon arrival of the Equipment in Houston. The demobilization lease payment ($5,000 if the demobilization trip takes ten days or less) shall be due at the time the Equipment departs Houston.

Monthly lease payments shall not be subject to any deduction on account of any non-working time in the month, but the amount of the lease payment payable for any fraction of a month, after the Minimum Rental Period specified, shall be at the rate of 1/30th of the monthly rate for each calendar day, rounded to the nearest 0.5 day.

5. TRANSPORTATION - The Lessee is responsible for arranging for and paying for transportation of the Equipment from White City, Florida to Houston, Texas and from Houston, Texas to White City, Florida. This includes preparations for towing.
6. OPERATION – The Lessee is responsible for operating the Equipment. This is a bare plant lease. Furnishing fuel, lubricants, consumables, and supplies is the responsibility of the Lessee. The Equipment shall be returned to the Lessor with the same amount of diesel fuel as at the beginning of the lease. The Lessor will furnish one Chief Engineer to assist the Lessee in the operation of the Equipment. The Lessee agrees to employ competent, experienced men to operate the Equipment. The Lessee agrees to reimburse the Lessor for the services of the Lessor's Chief Engineer at the rate of $270 per day wages plus $75 per day living allowance and travel allowance for each day he is on the job.
7. MAINTENANCE AND REPAIRS – The Lessee is responsible for all maintenance and repairs, at his expense, except an equipment failure which is due solely to a latent defect or which clearly has nothing to do with lack of maintenance, careless operation, negligence, or normal wear and tear. The Equipment shall be returned to the Lessor in the same condition as at the beginning of this lease, normal wear and tear excepted. The Lessee shall see that the Equipment is not subjected to careless or needlesly rough usage, and shall at his own expense maintain the Equipment in good operative condition, well greased and oiled and clean. All tools, appliances, and appurtenances furnished with the Equipment shall be returned therewith in good condition. Any damage to the Equipment not repaired by the Lessee will be repaired by the Lessor after the Equipment is returned to the Lessor, and the Lessee agrees to pay for the cost of such repairs as well as the full lease rate while the repairs are being made. Since it is difficult to measure wear on the main pump and on the suction and discharge piping, the Lessee and the Lessor agree in advance that the Lessee shall

reimburse the Lessor in an amount of \$0.03/c.y. of material pumped with the booster for this wear. This is based upon the understanding that the material which will be pumped is clay, silt, and fine sand.

8. COMPLIANCE WITH LAWS – Lessee agrees to comply with and conform to all Municipal, County, State and Federal laws, ordinances, rules, regulations and the like pertaining to the use, maintenance and/or operation of said Equipment and to pay all costs and expenses of every character occasioned by or involving the use or operation of said Equipment.
9. LIABILITY OF LESSEE – The Lessee shall indemnify Lessor against all loss, damage, expense and penalty arising from any action on account of personal injury or damage to property occasioned by the operation, handling or transportation of any equipment during the rental period. Lessee shall carry insurance, satisfactory to Lessor, providing this protection. Lessor shall not be liable in any event for any loss, delay or damage of any kind or character, resulting from defects in or inefficiency of the Equipment hereby leased or accidental breakage thereof. Lessee shall pay for all Sales, Use and any or all Taxes that may be assessed against said Equipment while in Lessee's possession even though notice of assessment is received after expiration of this lease.
10. INSPECTION – The Lessee and the Lessor shall jointly survey the Equipment and agree to and document its condition prior to the Equipment departing from White City, Florida. At the end of the lease the two parties shall conduct a joint off-charter survey at White City, Florida, or at its return point if mutually agreed to be some other location. The results of the two surveys shall be compared by the two parties for the purpose of determining whether there is any damage to the Equipment. Lessor shall have the right at any time to enter the premises occupied by the Equipment and shall be given free access thereto for the purpose of inspection and shall be entitled to take possession or remove all or any part thereof without legal process at any time at Lessee's expense while any rental is unpaid or while Lessee is in violation of any terms or provisions of this lease or when, in the opinion of Lessor, such Equipment is being abused or neglected or, because of labor disputes or any other conditions, the Equipment is in danger of being lost or damaged.
11. TITLE – Title shall at all times vest in the Lessor. Lessee shall give Lessor immediate notice in case the Equipment is levied upon, or from any cause becomes liable to seizure.
12. ACCEPTANCE OF EQUIPMENT – The acceptance by the Lessee of the Equipment described herein constitutes his acknowledgment that he has inspected the Equipment and that it is good, safe, serviceable, and fit for the use intended. The Lessee shall have no claim against the Lessor for direct, indirect, or consequential damages if the Equipment does not perform as expected by the Lessee.
13. INSURANCE AND INDEMNIFICATION – Lessee shall procure and maintain, at its own cost and expense, the following insurance coverages:
   (a) Workers' Compensation Insurance for statutory benefits, including U. S. Longshore and Harbor Workers' Compensation encorsement and maritime

endorsement for Jones Act coverage, and Employer's Liability Insurance in an amount of not less than $5,000,000.00 (primary and excess);

(b) Commercial General Liability Insurance, or equivalent, insuring for bodily injury, including death, and property damage, and including contractual liability, sudden and accidental pollution, and with any watercraft exclusion deleted, in an amount of not less than $10,000,000.00 (primary and excess);

(c) Any towing companies hired by the Lessee to move the equipment shall name and waive the Lessor on their P & I coverage and/or hull and machinery if that includes tower's liability.

(d) The value of the equipment is $1,250,000.

Hendry Corporation shall be named as additional insured on all insurance policies, and Renda Marine shall cause its insurers to waive subrogation against Hendry Corporation. Renda Marine shall provide certificates of insurance to Hendry Corporation prior to the beginning of service under this agreement.

Lessee agrees to fully protect, defend, hold harmless and indemnify (including reimbursement of reasonable attorney's fees and costs) Lessor from and against any and all claims, liens, demands, causes of action, liabilities, losses, damages, expenses, taxes, fines and penalties, of every kind and character, arising out of or in any way connected with Lessee's use, employment, possession, control, charter, operation, navigation, maintenance or management of the VESSEL, including (a) personal injury and death to any person, regardless of whether such injury or death is caused in whole or in part by Lessor's negligence or is caused in whole or in part by the unseaworthiness of the VESSEL, (b) property damage to the VESSEL or property damage to Lessee or to third parties caused in whole or in part by the VESSEL, regardless of whether such property damage is caused in whole or in part by Lessor's negligence or caused in whole or in part by the unseaworthiness of the VESSEL, (c) salvage and/or wreck removal of the VESSEL, and for (d) pollution damage and pollution clean-up expenses, pollution penalties and fines, and for any damage to the environment resulting from pollution.

14. AGREEMENT – this agreement constitutes the full agreement between the parties hereto, all oral or written agreements between the parties having been merged herein, and there are no warranties, either expressed or implied, unless expressly set out herein, and this agreement is not subject to modification or alteration except by writing, signed by the principals executing this agreement, their successors or authorized agents.

WITNESS: The hands of the parties hereto the day and year first above written by which the Lessee acknowledges the receipt of a signed copy of this lease.

Randall Bennett
Witness

Lessor
HENDRY CORPORATION William Humphreys
5107 S. Westshore Boulevard
Tampa, FL 33611

Lynn Douglas
Witness

Lessee
RENDA MARINE Steven C. Bowman
2307 FM 1495, Suite 218
Freeport, TX 77541

# HENDRY BOOSTER NO. 6

## SPECIFICATIONS

Barge mounted booster unit for pipeline dredge. Pump is driven by a single diesel engine through a reduction gear. All machinery is inside a deckhouse. Dredge pump is outside the house. All machinery is at or above deck level except service water pumps. There are two spud wells at the discharge end of the barge.

| | |
|---|---|
| Main pump | 30-inch suction opening, 24-inch discharge. Front door opening for impeller is 84". Normal range of impeller sizes 76" to 64". Pump is Hendry designed. Shell and liners are cast by Mobile Pulley. |
| Suction and discharge | 24-inch pipe, lock ring ball and bell |
| Main engine | 251 F Alco diesel, 16 cylinder. 3730 continuous HP at 1200 RPM, 3240 continuous HP at 1000 RPM. |
| Reduction gear | Western VST-23 Model 1922 rebuilt by Haley Marine Gears. Ratio 3.2:1. |
| Generator | 250 KW, Caterpillar D-343 engine |
| Barge | 101 ft. X 41 ft. X 6 ft. Light draft 2.5 ft. |
| Fuel capacity | 29,000 gallons |

# Exhibit O

## Formula Explanations

## For Chapter 3 Methodology

| Column Heading | Formula |
| --- | --- |
| **OPERATING RATE (Owned Equipment)** | |
| Total Hourly Rate | DEPR + FCCM + Fuel + FOG + Tire Wear + Tire Repair + Repair (Table 2-2 of EP Manual) |
| FCCM Adjust Factor (Cost of Money) | [ Cost of Money Rate (Full Rate) ] (from Appendix "B" of EP Manual) ÷ Prompt Payment Act Interest Rate (for applicable 6-month period of claim) |
| Adjusted FCCM Rate | FCCM Adjust Factor (Cost of Money) x FCCM |
| 40-Hour Shift Adjustment Factor | 40-Hours ÷ Average Weekly Hours of Work |
| Adjusted FCCM Rate for Shift | Adjusted FCCM Rate x 40-Hour Shift Adjustment Factor |
| Adjusted Ownership Rate for Age | [ DEPR + Adjusted FCCM Rate for Shift ] x Age Adjustment Factor (Table 3-1 of EP Manual) |
| Fuel & FOG Adjust Factor | Fuel Price (from Appendix "B" of EP Manual) ÷ Actual cost of fuel for applicable period of claim (calculated using Bureau of Labor Statistics fuel indices) |
| Adjusted Fuel Rate | Fuel & FOG Adjust Factor x Fuel |
| Adjusted FOG Rate | Fuel & FOG Adjust Factor x FOG |
| Total Adjusted Hourly Operating Rate | Adjusted Ownership Rate for Age + Adjusted Fuel Rate + Adjusted FOG Rate + Tire Wear + Tire Repair + Repair |

## For Chapter 3 Methodology

| Column Heading | Formula |
|---|---|
| **OPERATING RATE (Rented Equipment)** | |
| Daily Use Rate | Monthly (or other appropriate period) Invoiced Rental Rate ÷ 30-days (or other appropriate period corresponding to rental period, i.e. daily, weekly) |
| Total Adjusted Hourly Operating Rate | Adjusted Fuel Rate + Adjusted FOG Rate + [ (Tire Wear + Tire Repair + Repair) ÷ 2 ]<br>NOTE: Reducing Repair(s) by 50% is an estimated or assumed condition based upon Franvel Corporation's previous experience or interpretation and is not specifically defined in the EP Manual. Some individual piece(s) of rented equipment may require increased hourly repair amounts due to the type of equipment, specific conditions at the project, etc. |
| Total Adjusted Rate per Calendar Day | Daily Use Rate + Total Adjusted Hourly Operating Rate |
| **STANDBY RATE (Owned Equipment)** | |
| Total Hourly Standby Rate | ( DEPR ÷ 2 ) + FCCM (from Table 2-1 of EP Manual) – (not to exceed maximum 40-hours per week over 7-calendar days; reduced by any operating hours per week) |
| Adjusted FCCM Rate for Shift | FCCM Adjust Factor (Cost of Money) x FCCM x 40-Hour Shift Adjustment Factor |
| Adjusted Ownership Rate for Age | [ Adjusted FCCM Rate for Shift + ( DEPR ÷ 2 ) ] x Age Adjustment Factor (Table 3-2 of EP Manual) |
| Total Adjusted Hourly Standby Rate | Equal to Adjusted Ownership Rate for Age |
| **STANDBY RATE (Rented Equipment)** | |
| Total Adjusted Rate per Calendar Day | Daily Use Rate |

## For Chapter 4 Methodology
## ( Dredge Plant = Dredge + Attendant Equipment Used Primarily for Dredging Operations )

| Column Heading | Formula |
|---|---|
| **OPERATING RATE (Owned Equipment)** | |
| Total Hourly Rate (Rate Worksheet) | Where possible, calculate using "Dredge Plant Ownership and Operating Rate Worksheet" (Figure 4-2 of EP Manual) |
| Total Adjusted Hourly Operating Rate (Use Table 2-2 Rates) | Same as Chapter 3 Methodology with the following exception: For adjusting the FCCM, Shift Adjustment Factor = 40-hours ÷ 112-hours (112-hours per week conforms to the average dredge operation time based upon 500-hours per month from the EP manual) |
| **STANDBY RATE (Owned Equipment)** | |
| Total Hourly Standby Rate (Rate Worksheet) | Where possible, calculate using "Dredge Plant Ownership and Operating Rate Worksheet" (Figure 4-2 of EP Manual) |
| Total Hourly Standby Rate | DEPR + FCCM (available for 24-hours per calendar day) |
| Dredge Shift Adjustment Factor | 40-Hours ÷ 168-Hours (Calculated as 24-hours per day over 7-calendar days) |
| Adjusted FCCM Rate for Shift | FCCM Adjust Factor (Cost of Money) x FCCM x Dredge Shift Adjustment Factor |
| Adjusted Ownership Rate for Age | ( Adjusted FCCM Rate for Shift + DEPR ) x Age Adjustment Factor (Table 3-2 of EP Manual) |
| Total Adjusted Hourly Standby Rate | Equal to Adjusted Ownership Rate for Age |
| **STANDBY RATE (Rented Equipment)** | |
| Total Adjusted Rate per Calendar Day | Daily Use Rate |

106

Exhibit O-1

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

**PERIOD: JULY - DECEMBER 1999**

**RENDA MARINE - LIST OF OWNED EQUIPMENT**
**COMPUTATION OF ADJUSTED TOTAL HOURLY RATE(S) and STANDBY RATE(S) - (JUL - DEC1999)**

| | | | | | | | | | Hourly Rate Factors (Table 2-1, 2-2) | | | | | | | | Adjustments to Total Hourly Rate(s) | | | | | | | | | | Adjustment to Standby Hourly Rate(s) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | Adjustments to Ownership Hourly Rate Factors | | | | | | Adjustments to Operating Hourly Rate Factors | | | | Adjustment to Ownership Hourly Standby Rate Factors | | | | | | |
| | | | | | | | | | | | | | | | | | Adjusted COM Rate | | Adjusted FCCM Rate | | Age Adj for Overage | | Adjusted Fuel/FOG Rate | | | | | | Adjusted FCCM Rate | | | Age Adj for Overage | |
| Item No. | Renda Equip ID# | Equipment Description | Purch Year | Cat# | ID# | Usage Hr/Wk | Fuel Type | Working Condition | DEPR | FCCM | Fuel | FOG | Tire Wear | Tire Repair | Repair | EP1110 Hourly Rate | FCCM Factor | FCCM Adj | 40-Hr Work Shift Factor | FCCM Adj | Table 3-1 Age Factor | Age Adj | Fuel/FOG Adj Factor | Fuel Adj | FOG Adj | Adj Hourly Ops Rate | EP1110 Stndby Rate | Dredge Plant Stndby Rate | 40-Hr Work Shift Factor | Dredge Work Shift Factor | FCCM Adj | Table 3-2 Adj Factor | Adj Hourly Stndby Rate |
| 1 | DB103 | HYDRAULIC DREDGE "MILLENNIUM" (24") & SECONDARY ENGINES | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | | Effective Hourly Dredging Rate | | $527.99 | | | | | | | $137.31 |
| | | | | | | | | | | | | | | | | | | | | | | | | Non-Effective Hourly Dredging Rate | | $452.12 | | | | | | | $137.31 |
| 2 | 2401 | HYDRAULIC BOOSTER STATION ON BARGE (24") | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | XXX | DUPLEX HIGH PRESSURE PUMP | 1985 | M10.21 | M10 CP002 | 112 | D-Off | Average | $10.38 | $1.98 | $5.16 | $1.35 | $0.00 | $0.00 | $8.19 | $27.06 | 1.350 | $2.673 | 0.357 | $0.954 | 0.92 | $10.427 | 1.266 | $6.533 | $1.709 | $26.86 | $7.17 | $12.36 | | 0.238 | $2.550 | 0.68 | $8.79 |
| 4 | GT824 | CUMMINS GENERATOR SET - 80KW (D805F) (ON DREDGE "MILLENNIUM") | INCLUDED with DREDGE MILLENNIUM CALCULATIONS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | XXX | PIPELINE - 24" (20,000+ LF) - Purchased in 1997 | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | | | | $25.96 | | | | | | | $16.67 |
| | | PIPELINE - 24" (20,000+ LF) - Purchased in 1997 | | | | | | | | | | | | | | | | | | | | | | | | $0.003144 | | | | | | | $0.002021 |
| 6 | XXX | PIPELINE JOINTS - 24" | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | | | | $30.85 | | | | | | | $17.25 |
| 7 | XXX | PIPELINE PONTOONS | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | | | | $9.20 | | | | | | | $6.03 |
| 8 | B110 | WORK BOAT "MARILYN K. McFARLAND" | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | | | | $39.49 | | | | | | | $4.58 |
| 9 | B108 | WORK BOAT "CRISTA DIAN" | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | | | | $40.71 | | | | | | | $1.45 |
| 10 | AB102 | ANCHOR BARGE - (4) Units | 1998 | M10.42 | M10 MZ007 | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | $2.15 | | | | | | | $1.06 |
| 11 | XXX | AMERICAN CRANE DRAW-WORKS - 4260 (ON ANCHOR BARGE (AB102) | 1986 | C85.22 | C85 NO009 | 112 | D-Off | Severe | $21.99 | $5.30 | $3.80 | $0.71 | $0.00 | $0.00 | $19.40 | $51.20 | 1.350 | $7.155 | 0.357 | $2.554 | 0.81 | $19.881 | 1.266 | $4.811 | $0.899 | $44.99 | $20.23 | $27.29 | | 0.238 | $18.274 | 0.68 | $27.38 |
| 12 | CC915 | GROVE HYDRAULIC CRANE - RT58F (MOUNTED ON WORK BARGE #1) | 1980 | C75.00 | C75 GV005 | 112 | D-Off | Average | $13.55 | $3.56 | $3.61 | $1.01 | $0.75 | $0.10 | $11.98 | $34.56 | 1.350 | $4.806 | 0.357 | $1.716 | 0.84 | $12.823 | 1.266 | $4.570 | $1.279 | $31.50 | $10.34 | $17.11 | | 0.238 | $8.247 | 0.68 | $14.82 |
| 13 | XXX | WORK BARGE #1 - (3) FLEXIFLOATS | 1998 | M10.42 | M10 MZ005 | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | $1.27 | | | | | | | $0.63 |
| 14 | B102 | SURVEY BOAT - MONARK | 1993 | M10.51 | M10 SM009 | 112 | G | Severe | $3.13 | $0.59 | $16.83 | $5.02 | $0.00 | $0.00 | $2.64 | $28.21 | 1.350 | $0.797 | 0.357 | $0.284 | 0.92 | $3.141 | 1.178 | $19.826 | $5.914 | $31.52 | $1.78 | $3.72 | | 0.238 | $0.226 | 0.68 | $2.28 |
| 15 | B103 | WORK BOAT - LAFCO | 1988 | M10.51 | M10 SM013 | 112 | G | Severe | $5.02 | $0.96 | $21.04 | $6.28 | $0.00 | $0.00 | $4.25 | $37.55 | 1.350 | $1.296 | 0.357 | $0.463 | 0.88 | $4.825 | 1.178 | $24.785 | $7.398 | $41.26 | $3.03 | $5.98 | | 0.238 | $0.600 | 0.68 | $3.82 |
| 16 | B105 | WORK BOAT - MONARK | 1986 | M10.51 | M10 SM012 | 112 | G | Severe | $5.42 | $1.03 | $21.04 | $6.28 | $0.00 | $0.00 | $4.58 | $38.35 | 1.350 | $1.391 | 0.357 | $0.496 | 0.88 | $5.206 | 1.178 | $24.785 | $7.398 | $41.97 | $3.26 | $6.45 | | 0.238 | $0.690 | 0.68 | $4.15 |
| 17 | WS102 | WORK SKIFF | 1999 | M10.51 | M10 SM006 | 112 | G | Severe | $1.75 | $0.33 | $9.68 | $2.89 | $0.00 | $0.00 | $1.48 | $16.13 | 1.350 | $0.446 | 0.357 | $0.159 | 1.10 | $2.100 | 1.178 | $11.403 | $3.404 | $18.39 | $1.06 | $2.08 | | 0.238 | $0.071 | 0.68 | $1.24 |
| 18 | XXX | FUEL BARGE - (3) FLEXIFLOATS | 1998 | M10.42 | M10 MZ005 | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | $1.27 | | | | | | | $0.63 |
| 19 | XXX | FUEL TANK - 10,000 GALLON (MOUNTED ON FUEL BARGE) | 1995 | W30.10 | W30 SO002 | 112 | G | Average | $3.31 | $0.83 | $0.51 | $0.12 | $0.00 | $0.00 | $2.34 | $7.11 | 1.350 | $1.121 | 0.357 | $0.400 | 0.96 | $3.562 | 1.178 | $0.601 | $0.141 | $6.64 | $2.48 | $4.14 | | 0.238 | $0.448 | 0.68 | $2.56 |
| 20 | E17 | LINKBELT 3800 EXCAVATOR | 1998 | H25.12 | H25 LB005 | 60 | D-Off | Severe | $17.44 | $3.64 | $4.98 | $1.77 | $0.00 | $0.00 | $18.40 | $46.23 | 1.350 | $4.914 | 0.667 | $3.278 | 1.05 | $21.754 | 1.266 | $6.305 | $2.241 | $48.70 | $10.84 | | 0.667 | | $3.278 | 1.05 | $12.60 |
| 21 | XXX | WORK BARGE #2 - (3) FLEXIFLOATS | 1998 | M10.42 | M10 MZ005 | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | $1.27 | | | | | | | $0.63 |
| 22 | LS101 | SKID LOADER - TIMBERJACK 450 | 1990 | L60.00 | L60 CA013 | 84 | D-Off | Severe | $18.56 | $2.66 | $5.21 | $1.36 | $2.13 | $0.28 | [illegible] | $47.35 | 1.350 | $3.591 | 0.476 | $1.709 | 0.99 | $20.066 | 1.266 | $6.596 | $1.722 | $47.94 | $10.72 | | 0.476 | | $1.709 | 0.90 | $9.89 |