Exhibit T-3

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

**OBSTRUCTION DELAY #2 DAMAGES**
**PAYROLL SUMMARY - IMPACTED PERIOD**

**Renda Project Payroll Calculations**

| Week Ending or Day(s) | Gross Payroll Amount | Dredge P&I Insurance | Levee Worker's Comp Insurance | Company Payroll Tax | Total Payroll + Burden | ( Less ) Mechanical Levee Labor Cost | Total Dredge + Hydraulic Levee Labor Cost |
|---|---|---|---|---|---|---|---|
| WE 4/22/2001 | 42,734.25 | 1,893.13 | - | 3,504.21 | 48,131.59 | | 48,131.59 |
| 4/16/2001 (20%) | (1,153.88) | (51.12) | - | (94.62) | (1,299.62) | | (1,299.62) |
| WE 4/29/2001 | 41,656.88 | 1,845.40 | - | 3,415.86 | 46,918.14 | | 46,918.14 |
| WE 5/6/2001 | 43,296.50 | 1,918.03 | - | 3,550.31 | 48,764.85 | | 48,764.85 |
| 7 & 8-May-01 | 13,400.00 | 593.62 | - | 1,098.80 | 15,092.42 | | 15,092.42 |
| 5/8/2001 (50%) | (3,424.25) | (151.69) | - | (280.79) | (3,856.73) | | (3,856.73) |
| **Totals** | **136,509.50** | | | | **153,750.65** | **0.00** | **153,750.65** |

| Tax & Insurance Percentages | |
|---|---|
| P&I Insurance : | 4.43% |
| Workman's Compensation Insurance: | 7.26% |
| Company Tax Rate: | 8.20% |

| | | | | Days |
|---|---|---|---|---|
| Impacted Period : | 16-Apr-01 | 80% | Delay | 0.8 |
| | 17Apr-01 thru 07-May-01 | 100% | Delay | 21.0 |
| | 08-May-01 | 50% | Delay | 0.5 |
| | | Total Days of Delay | | 22.3 |

Exhibit T-4

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

**MONTHLY FIELD COSTS**
**Obstruction #2 Damages Delay**

| | Category of Cost | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Monthly Period** | **Supplies** | **Field Overhead** | **Mob & Demob** | **Misc** | **Labor** | **Materials** | **Equipment Repairs** | **Equipment Rental** |
| April-01 | $41,116.08 | $12,394.42 | $0.00 | $263.44 | $0.00 | $0.00 | $239,835.68 | $132,415.85 |
| May-01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Grand Totals :** | **$41,116.08** | **$12,394.42** | **$0.00** | **$263.44** | **$0.00** | **$0.00** | **$239,835.68** | **$132,415.85** |

**Total Field Costs Subject to Claim:** **$53,773.94**
**( Supplies )**
**( Field Overhead )**
**( Mobilization & Demobilization )**
**( Miscellaneous )**

**April 01 Avg. Daily Claim Cost:** **$1,734.64**

**May 01 Avg. Daily Claim Cost:** **$0.00**

**Assigned REA Field Costs**

| | |
|---|---|
| **April 2001 - 14.8 days** | **$38,682.54** |
| **May 2001 - 7.5 days** | **$0.00** |
| **Total - 22.3 days :** | **$38,682.54** |

137

Exhibit T-4

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

**MONTHLY VENDOR COSTS**
**Obstruction #2 Damages Delay**

**April 2001**

| Vendor Name | Supplies | Field Overhead | Mob & Demob | Misc | Labor | Materials | Equipment Repairs/Fuel | Equipment Rental |
|---|---|---|---|---|---|---|---|---|
| | Category of Cost | | | | | | | |
| Air Liquide | $3,809.40 | | | | | | | |
| Alexander's Machine | | | | | | | $1,744.12 | |
| American Packing & Gasket | $178.98 | | | | | | | |
| American Sling | $1,867.90 | | | | | | | |
| Amerimex Motor & Controls | | | | | | | $855.18 | |
| Anchor Marine | $3,464.00 | | | | | | | |
| Arrowhead Inc. | $1,500.00 | | | | | | | |
| Automation Direct | $438.00 | | | | | | | |
| Bacrac | $2,196.91 | | | | | | | |
| Barry Starter | | | | | | | $307.09 | |
| Bay Area Waste | | $11.76 | | | | | | |
| Ben Goodloe | | $1,308.59 | | | | | | |
| Birch Telecom | | $708.63 | | | | | | |
| Bishop Lifting | $9,276.24 | | | | | | | |
| Bobby Ford | | | | | | | $930.89 | |
| Brazosport Tire | | | | | | | $237.22 | |
| Braztex | | | | | | | $2,350.00 | |
| Browning-Ferris Ind | | $246.24 | | | | | | |
| Calvins Marine | | | | | | | $2,578.00 | |
| Champion Crane | | | | | | | $413.31 | |
| Classic Cable | | $67.72 | | | | | | |
| Con-Equip | | | | | | | | $24.38 |
| Continental Equipment | | | | | | | | $197.18 |
| Control Concepts | | | | | | | $7,331.23 | |
| Crescent Machinery | | | | | | | $200.53 | |
| Cummins Southern Plains | | | | | | | $9,290.02 | |
| Dallas Bag & Burlap | $240.00 | | | | | | | |
| Darr Equipment | | | | | | | $980.59 | |
| DC Starter | | | | | | | $526.95 | |
| DIA-Nelsen | | | | | | | $82.70 | |
| DN&L Transportatoin | | | | | | | $300.00 | |
| Enterprises | $101.84 | | | | | | | |
| Evco Industrial Hardware | $317.24 | | | | | | | |
| FabriSource Products & Service | $1,920.00 | | | | | | | |
| Fastenal Company | $190.10 | | | | | | | |
| GCR Truck Tire Centers | | | | | | | $296.09 | |
| General Marine | | | | | | | $1,950.00 | |
| Genpower | | | | | | | $1,571.54 | |
| Gentry Motor Parts | | | | | | | $1,402.92 | |
| GIW Industries | | | | | | | $5,553.47 | |
| Goodman Factor | $1,609.56 | | | | | | | |
| Grainger | $888.73 | | | | | | | |
| G&K Service | | | | | | | $423.33 | |
| Hagler Systems | | | | | | | $4,345.31 | |
| Head & Engquist | | | | | | | $128.68 | |
| Health Insurance Claim For | | $3,363.35 | | | | | | |
| Hendry Corp | | | | | | | | $95,660.00 |
| Hydradyne Hydraulics | | | | | | | $483.63 | |
| Jotun Paints | $2,041.16 | | | | | | | |
| Lamons Gasket | $32.03 | | | | | | | |
| Lonestar Overnight | | $104.04 | | | | | | |
| Lufkin Industries | | | | | | | $7,488.04 | |
| Masthead Hose | $81.12 | | | | | | | |
| Matheson Tri-Gas | $1,884.63 | | | | | | | |
| McConough Marine Service | | | | | | | | $15,300.00 |

Exhibit U

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

# DAMAGES SUMMARY

**Section 7 Area - Clay in Dredging Area**

| | | | TOTALS | Factual/ Judgmental |
|---|---|---|---|---|
| **DIRECT COSTS** | | | | |
| **Impact Period:** | | | | |
| **02Oct l00 thru 06Nov00** | **Cost Overrun** | | | |
| Jobsite Equipment & Labor: | $850,634.13 | | | (F) & (J) |
| Jobsite Field Costs: | $35,050.80 | | | (J) |
| **Subtotal:** | | **$885,684.93** | | |
| **DIRECT COSTS SUBTOTAL :** | | | $ 885,685 | |
| **INDIRECT COSTS** | | | | |
| Resident Home Office Overhead @ : | **16.14%** | | $ 142,950 | (F) & (J) |
| Corporate Home Office Overhead @ : | **6.06%** | | $ 53,673 | (F) & (J) |
| **INDIRECT COSTS SUBTOTAL :** | | | $ 196,622 | |
| **TOTAL DIRECT & INDIRECT COSTS :** | | | $ 1,082,307 | |
| PROFIT @ : | **12.00%** | | $ 129,877 | (F) & (J) |
| BOND @ : | **0.65%** | | $ 7,879 | (F) |
| **CONTRACT ADJUSTMENT SUBTOTAL :** | | | $ 1,220,063 | |
| **MISCELLANEOUS COSTS** | | | | |
| Professional Fees and Consultant Services : | | | | |
| Pathfinder Construction Consulting, Inc. : | | | $ 9,943 | (J) |
| ( Plus ) Bond : | **0.65%** | | $ 65 | (F) |
| **Subtotal :** | | | $ 10,008 | |
| **MISCELLANEOUS COSTS SUBTOTAL :** | | | $ 10,008 | |
| **CONTRACT ADJUSTMENT GRAND TOTAL :** | | | $ 1,230,071 | |
| **Plus 20 Additional Calendar Days for Contract Time Extension** | | | | |

**Exhibit U-1**

**RENDA MARINE, INC.**
**HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS**
**(45-FOOT PROJECT)**
**DREDGING UPPER BAYOU**
**INVITATION NO. DACW64-98-B-0004**
**CONTRACT NO. DACW64-99-C-0001**

**Section 7 Area**
**Lost Time and Damages Analysis**

**Measured Mile Criteria (Calculated from Flare Area) :**

| | | | |
|---|---|---|---|
| Dredging period - | 28-Jan-00 | thru | 18-Feb-00 |
| Dredging days - | 11.0 | days | |
| ( Refer to Measured Mile Summary Analysis Sheet ) | | | |
| Total time pumping - | 162.9 | hrs | |
| Average daily pumping time - | 14.8 | hrs/day | |
| Total material pumped - | 251,035 | c.y. | |
| Average daily pumping rate - | 22,821 | c.y./day | |
| Average hourly pumping rate - | 1,541 | c.y./hr | |

**Actual Dredging Criteria :**

| | | | |
|---|---|---|---|
| Dredging period - | 02-Oct-00 | thru | 06-Nov-00 |
| Dredging days - | 35.0 | days | |
| ( Refer to Impact Summary Analysis Sheet ) | | | |
| Days deducted for HL&P REA - | (1.0) | | |
| "Lost" days for line plugs & move-in/out days - | 0.0 | days | |
| ( Refer to Dredge Line Plugs and Location Changes Analysis Sheet ) | | | |
| Total time pumping - | 472.7 | hrs | |
| Average daily pumping time - | 13.5 | hrs/day | |
| Total material pumped - | 306,184 | c.y. | |
| Average daily pumping rate - | 8,748 | c.y./day | |
| Average hourly pumping rate - | 648 | c.y./hr | |

1 **Calculate: What is the quantity of material that SHOULD HAVE BEEN dredged per day in the Section 7 Area?**

**Solution: Based upon the Measured Mile achievable rate of production (average hourly pumping rate) and the As-Built dredging time (Actual Dredging average daily pumping time), we are able to calculate the quantity of material that SHOULD HAVE BEEN dredged per day, but for the delays associated with the Differing Site Condition.**

Exhibit U-2

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

**SECTION 7 AREA**
**EQUIPMENT COST SUMMARY - IMPACTED TIME PERIOD**

| Item No. | Renda Equip ID# | Equipment Description | Type of Hours / Days | Number of Hours / Days | Equipment Rate | Total Equipment Cost |
|---|---|---|---|---|---|---|
| 1 | DB103 | HYDRAULIC DREDGE "MILLENNIUM" (24") & SECONDARY ENGINES | EFFECTIVE TIME | 472.8 | $879.70 | $415,920.27 |
| | | | NON-EFFECTIVE TIME | 367.2 | $764.97 | $280,897.72 |
| | | | STANDBY TIME | 0.0 | $217.35 | $0.00 |
| 2 | 2401 | HYDRAULIC BOOSTER STATION ON BARGE (24") | EFFECTIVE TIME | 0.0 | $308.85 | $0.00 |
| | | | NON-EFFECTIVE TIME | 0.0 | $210.06 | $0.00 |
| | | | STANDBY TIME | 0.0 | $35.27 | $0.00 |
| 3 | XXX | DUPLEX HIGH PRESSURE PUMP | WORKING | 180.0 | $31.14 | $5,605.72 |
| | | | STANDBY | 0.0 | $9.06 | $0.00 |
| 4 | GT824 | CUMMINS GENERATOR SET - 80KW (D805F) (ON DREDGE "MILLENNIUM") | WORKING | 0.0 | $0.00 | $0.00 |
| | | | STANDBY | 0.0 | $0.00 | $0.00 |
| 5 | XXX | PIPELINE - 24" (26,000 LF) | WORKING | 422.4 | $26.19 | $11,062.01 |
| | | | STANDBY | 0.0 | $16.81 | $0.00 |
| 6 | XXX | PIPELINE JOINTS - 24" | WORKING | 840.0 | $31.14 | $26,154.24 |
| | | | STANDBY | 0.0 | $17.39 | $0.00 |
| 7 | XXX | PIPELINE PONTOONS | WORKING | 840.0 | $9.38 | $7,880.88 |
| | | | STANDBY | 0.0 | $6.15 | $0.00 |
| 8 | B110 | WORK BOAT "MARILYN K. McFARLAND" | WORKING | 630.0 | $51.38 | $32,371.92 |
| | | | STANDBY | 0.0 | $4.65 | $0.00 |
| 9 | B108 | WORK BOAT "CRISTA DIAN" | WORKING | 840.0 | $58.80 | $49,393.68 |
| | | | STANDBY | 0.0 | $1.48 | $0.00 |
| 10 | AB102 | ANCHOR BARGE | WORKING | 420.0 | $2.20 | $923.16 |
| | | | STANDBY | 0.0 | $1.09 | $0.00 |
| 11 | XXX | AMERICAN CRANE DRAW-WORKS - 4260 (ON ANCHOR BARGE (AB102) | WORKING | 420.0 | $48.07 | $20,188.11 |
| | | | STANDBY | 0.0 | $29.29 | $0.00 |
| 12 | CC915 | GROVE HYDRAULIC CRANE - RT58F (MOUNTED ON WORK BARGE #1) | WORKING | 420.0 | $34.60 | $14,533.32 |
| | | | STANDBY | 0.0 | $15.68 | $0.00 |
| 13 | XXX | WORK BARGE #1 - (3) FLEXIFLOATS | WORKING | 420.0 | $1.31 | $549.36 |
| | | | STANDBY | 0.0 | $0.65 | $0.00 |
| 14 | B102 | SURVEY BOAT - MONARK | WORKING | 54.0 | $39.80 | $2,149.10 |
| | | | STANDBY | 0.0 | $2.31 | $0.00 |
| 15 | B103 | WORK BOAT - LAFCO | WORKING | 420.0 | $51.61 | $21,678.17 |
| | | | STANDBY | 0.0 | $3.88 | $0.00 |
| 16 | B105 | WORK BOAT - MONARK | WORKING | 420.0 | $52.33 | $21,978.05 |
| | | | STANDBY | 0.0 | $4.23 | $0.00 |
| 17 | WS102 | WORK SKIFF | WORKING | 420.0 | $23.15 | $9,723.77 |
| | | | STANDBY | 0.0 | $1.25 | $0.00 |
| 18 | XXX | FUEL BARGE - (3) FLEXIFLOATS | WORKING | 420.0 | $1.31 | $549.36 |
| | | | STANDBY | 0.0 | $0.65 | $0.00 |
| 19 | XXX | FUEL TANK - 10,000 GALLON (MOUNTED ON FUEL BARGE) | WORKING | 420.0 | $6.91 | $2,902.50 |
| | | | STANDBY | 0.0 | $2.60 | $0.00 |
| 20 | E17 | LINKBELT 3800 EXCAVATOR | WORKING | 420.0 | $53.33 | $22,397.67 |
| | | | STANDBY | 0.0 | $12.85 | $0.00 |
| 21 | XXX | WORK BARGE #2 - (3) FLEXIFLOATS | WORKING | 420.0 | $1.31 | $549.36 |
| | | | STANDBY | 0.0 | $0.65 | $0.00 |

Exhibit U-3

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

**SECTION 7 AREA**

**EQUIPMENT COST SUMMARY - MEASURED MILE TIME PERIOD (Same as Flare Area)**

| Item No. | Renda Equip ID# | Equipment Description | Type of Hours / Days | Number of Hours / Days | Equipment Rate | Total Equipment Cost |
|---|---|---|---|---|---|---|
| 1 | DB103 | HYDRAULIC DREDGE "MILLENNIUM" (24") & SECONDARY ENGINES | EFFECTIVE TIME | 162.9 | $786.60 | $128,137.79 |
| | | | NON-EFFECTIVE TIME | 101.1 | $692.34 | $69,995.98 |
| | | | STANDBY TIME | 0.0 | $211.13 | $0.00 |
| 2 | 2401 | HYDRAULIC BOOSTER STATION ON BARGE (24") | EFFECTIVE TIME | 0.0 | $261.04 | $0.00 |
| | | | NON-EFFECTIVE TIME | 0.0 | $179.87 | $0.00 |
| | | | STANDBY TIME | 0.0 | $32.01 | $0.00 |
| 3 | XXX | DUPLEX HIGH PRESSURE PUMP | WORKING | 33.0 | $28.86 | $952.30 |
| | | | STANDBY | 0.0 | $8.79 | $0.00 |
| 4 | GT824 | CUMMINS GENERATOR SET - 80KW (D805F) (ON DREDGE "MILLENNIUM") | WORKING | 264.0 | $0.00 | $0.00 |
| | | | STANDBY | 0.0 | $0.00 | $0.00 |
| 5 | XXX | PIPELINE - 24" (26,000 LF) | WORKING | 162.9 | $25.99 | $4,233.37 |
| | | | STANDBY | 0.0 | $16.67 | $0.00 |
| 6 | XXX | PIPELINE JOINTS - 24" | WORKING | 264.0 | $30.94 | $8,168.69 |
| | | | STANDBY | 0.0 | $17.25 | $0.00 |
| 7 | XXX | PIPELINE PONTOONS | WORKING | 264.0 | $9.21 | $2,431.44 |
| | | | STANDBY | 0.0 | $6.03 | $0.00 |
| 8 | B110 | WORK BOAT "MARILYN K. McFARLAND" | WORKING | 198.0 | $45.14 | $8,937.72 |
| | | | STANDBY | 0.0 | $4.58 | $0.00 |
| 9 | B108 | WORK BOAT "CRISTA DIAN" | WORKING | 264.0 | $49.28 | $13,009.92 |
| | | | STANDBY | 0.0 | $1.45 | $0.00 |
| 10 | AB102 | ANCHOR BARGE | WORKING | 132.0 | $2.15 | $284.06 |
| | | | STANDBY | 0.0 | $1.06 | $0.00 |
| 11 | XXX | AMERICAN CRANE DRAW-WORKS - 4260 (ON ANCHOR BARGE (AB102) | WORKING | 132.0 | $46.37 | $6,121.48 |
| | | | STANDBY | 0.0 | $27.38 | $0.00 |
| 12 | CC915 | GROVE HYDRAULIC CRANE - RT58F (MOUNTED ON WORK BARGE #1) | WORKING | 132.0 | $32.92 | $4,345.54 |
| | | | STANDBY | 0.0 | $14.82 | $0.00 |
| 13 | XXX | WORK BARGE #1 - (3) FLEXIFLOATS | WORKING | 132.0 | $1.28 | $169.22 |
| | | | STANDBY | 0.0 | $0.63 | $0.00 |
| 14 | B102 | SURVEY BOAT - MONARK | WORKING | 18.0 | $37.94 | $683.00 |
| | | | STANDBY | 0.0 | $2.28 | $0.00 |
| 15 | B103 | WORK BOAT - LAFCO | WORKING | 132.0 | $49.29 | $6,506.30 |
| | | | STANDBY | 0.0 | $3.82 | $0.00 |
| 16 | B105 | WORK BOAT - MONARK | WORKING | 132.0 | $50.00 | $6,600.15 |
| | | | STANDBY | 0.0 | $4.15 | $0.00 |
| 17 | WS102 | WORK SKIFF | WORKING | 132.0 | $22.08 | $2,914.97 |
| | | | STANDBY | 0.0 | $1.24 | $0.00 |
| 18 | XXX | FUEL BARGE - (3) FLEXIFLOATS | WORKING | 132.0 | $1.28 | $169.22 |
| | | | STANDBY | 0.0 | $0.63 | $0.00 |
| 19 | XXX | FUEL TANK - 10,000 GALLON (MOUNTED ON FUEL BARGE) | WORKING | 132.0 | $6.83 | $901.51 |
| | | | STANDBY | 0.0 | $2.56 | $0.00 |
| 20 | E17 | LINKBELT 3800 EXCAVATOR | WORKING | 132.0 | $50.77 | $6,701.93 |
| | | | STANDBY | 0.0 | $12.60 | $0.00 |
| 21 | XXX | WORK BARGE #2 - (3) FLEXIFLOATS | WORKING | 132.0 | $1.28 | $169.22 |
| | | | STANDBY | 0.0 | $0.63 | $0.00 |

Exhibit U-4

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

**SECTION NO. 7 AREA**
**PAYROLL SUMMARY - TOTAL DELAY PERIOD**

**Renda Project Payroll Calculations**

| Week Ending | Gross Payroll Amount | Dredge P&I Insurance | Levee Worker's Comp Insurance | Company Payroll Tax | Total Payroll + Burden | ( Less ) Mechanical Levee Labor Cost | Total Dredge + Hydraulic Levee Labor Cost |
|---|---|---|---|---|---|---|---|
| 8-Oct-00 | 48,871.63 | 2,004.94 | 262.34 | 4,007.47 | 55,146.38 | (13,609.00) | 41,537.38 |
| 15-Oct-00 | 38,575.64 | 1,501.84 | 339.33 | 3,163.20 | 43,580.02 | (16,374.00) | 27,206.02 |
| 22-Oct-00 | 55,166.45 | 1,888.70 | 909.83 | 4,523.65 | 62,488.63 | (16,587.00) | 45,901.63 |
| 29-Oct-00 | 54,873.20 | 1,828.94 | 986.48 | 4,499.60 | 62,188.22 | (15,098.00) | 47,090.22 |
| 5-Nov-00 | 47,952.96 | 1,719.69 | 663.11 | 3,932.14 | 54,267.90 | (8,719.00) | 45,548.90 |
| 12-Nov-00 | 7,240.20 | 247.70 | 119.70 | 593.70 | 8,201.30 | (2,339.00) | 5,862.30 |
| **Totals** | **252,680.08** | | | | **285,872.45** | **(72,726.00)** | **213,146.45** |

| **Tax & Insurance Percentages** | |
|---|---|
| **P&I Insurance :** | 4.43% |
| **Workman's Compensation Insurance:** | 7.26% |
| **Company Tax Rate:** | 8.20% |

Exhibit U-5

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

**SECTION NO. 7 AREA**
**MONTHLY FIELD COSTS**

| | Category of Cost | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Monthly Period** | **Supplies** | **Field Overhead** | **Mob & Demob** | **Misc** | **Labor** | **Materials** | **Equipment Repairs** | **Equipment Rental** |
| July-00 | $18,288.32 | $19,507.23 | $0.00 | $2,967.99 | $32,001.71 | $0.00 | $288,665.72 | $32,406.44 |
| August-00 | $52,304.16 | $21,639.70 | $0.00 | $9,692.14 | $23,625.00 | $0.00 | $315,337.33 | $23,363.73 |
| September-00 | $26,173.03 | $14,818.51 | $0.00 | $1,788.54 | $36,500.00 | $0.00 | $301,265.49 | $28,342.42 |
| **Grand Totals :** | **$96,765.51** | **$55,965.44** | **$0.00** | **$14,448.67** | **$92,126.71** | **$0.00** | **$905,268.54** | **$84,112.59** |

**Total Field Costs Subject to Claim:** **$167,179.62**

144