# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: December 6, 2004)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is defendant's Motion to Exclude Testimony Regarding Opinions and Other Matter Contained in the November 2004 Revisions of Reports of Plaintiff's Designated Trial Experts or, in the Alternative, to Vacate the Court's November 4, 2004 Scheduling Order Pending Completion of Discovery Relating to Plaintiff's Experts' Revised Reports, Including Document Production and Depositions, and the Opportunity to Identify Additional Experts, filed electronically on December 2, 2004. For subsequent filings, defendant is notified that proper docketing of this document requires the use of two relief codes: a motion to exclude and a motion to vacate. Notwithstanding this deficiency, the Clerk of the Court shall ACCEPT this item for filing.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge