# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: December 7, 2004)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is defendant's Motion to Exclude Testimony Regarding Opinions and Other Matter Contained in the November 2004 Revisions of Reports of Plaintiff's Designated Trial Experts or, in the Alternative, to Vacate the Court's November 4, 2004 Scheduling Order Pending Completion of Discovery Relating to Plaintiff's Experts' Revised Reports, Including Document Production and Depositions, and the Opportunity to Identify Additional Experts, filed electronically on December 2, 2004. In light of this pending motion, the court orders the following:

1. Plaintiff shall file its response to defendant's motion on or before Monday December 13, 2004.

2. Defendant shall file its reply to plaintiff's response, if any, on or before Wednesday December 15, 2004.

3. In its November 4, 2004 scheduling order, the court ordered defendant to produce its rebuttal expert reports, if any, on or before December 16, 2004. See Order dated Nov. 4, 2004 at 2, ¶ 3. The December 16 deadline in the

court's November 4, 2004 order is VACATED. Defendant's rebuttal expert reports shall not be due until further order of the court.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge