UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., PLAINTIFF, | § § | |
| | § | CASE NO. 02-306C |
| V. | § | |
| | § | (JUDGE HEWITT) |
| UNITED STATES ARMY CORPS OF ENGINEERS, DEFENDANT. | § § § | |

**PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME TO FILE RESPONSE BY RENDA MARINE, INC., TO DEFENDANT'S MOTION TO EXCLUDE TESTIMONY**

Plaintiff, Renda Marine, Inc., respectfully moves this Court for a one-day enlargement of time to respond to Defendant's Motion to Exclude Testimony Regarding Opinions and Other Matter Contained in the November 2004 Revisions of Reports of Plaintiff's Designated Trial Experts ("Motion to Exclude").

The Motion to Exclude was electronically filed on December 2, 2004. With the Notice of Electronic Filing, the Court indicated that Plaintiff's response was due on December 20, 2004. On December 7, 2004, this Court issued an Order accelerating the date for Plaintiff's response to "on or before Monday, December 13, 2004." The Court also accelerated the date for Defendant to file its reply to Plaintiff's response to Wednesday, December 15, 2004.

Plaintiff's counsel has a deadline of Monday, December 13, 2004, to file an appellee's brief in Case No. 04-20469, *Hendry Corporation v. Renda Marine, Inc.*, pending before the Fifth Circuit Court of Appeals at New Orleans, Louisiana. Additionally, Plaintiff's counsel is scheduled for a motion for new trial hearing in a case pending in the 393rd District Court of Denton County, Texas.

On December 9, 2004, Defendant's counsel sent an email to Renda's attorney requesting an extension of six days for Defendant to reply to Renda's response to the Motion to Exclude. Renda advised that it had no objection, and Defendant's counsel likewise advised that she did not object to Renda's request for a one-day extension of time. Since Defendant seeks a six-day extension of time to file the Government's reply to Plaintiff's response, Renda's one-day extension will not lengthen the briefing period.

For the foregoing reasons, Plaintiff respectfully requests that its' motion for a one-day enlargement of time, up to and including Tuesday, December 14, 2004, to file Plaintiff's response to the Defendant's Motion to Exclude be granted.

Respectfully submitted,

BY: /s Brian W. Erikson
Brian W. Erikson, TX Bar No. 06643800
Eric A. Zukoski, TX Bar No. 24010509

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEYS FOR RENDA MARINE, INC.

**CERTIFICATE OF CONFERENCE**

On the 9th day of December, 2004, I exchanged emails with Sheryl Floyd, an attorney for Defendant, concerning whether Defendant had any objection to this motion for enlargement of time. Ms. Floyd indicated that Defendant had no objection to the relief requested in this motion.

/s Brian W. Erikson
Brian W. Erikson

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of December, 2004, a true and correct copy of the foregoing was sent via the Court's electronic case filing system to:

John E. Kosloske, Esq.
Senior Trial Counsel, Commercial Litigation Branch
Department of Justice
Attn.: Classification Unit
1100 L Street N.W., Room 8012
Washington, DC 20530

/s Brian W. Erikson
Brian W. Erikson / Eric A. Zukoski