IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-306C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of six days, to and including December 21, 2004, to file the Government's reply to plaintiff's response to defendant's Motion to Exclude Testimony Regarding Opinions and Other Matter Contained in the November 2004 Revisions of Reports of Plaintiff's Designated Trial Experts, or in the Alternative, to Vacate the Court's November 4, 2004 Scheduling Order Pending Completion of Discovery Relating to Plaintiff's Experts' Revised Reports, Including Document Production and Depositions, and the Opportunity to Identify Additional Experts (the Government's Motion to Exclude). This is defendant's first request for this purpose. Defendant has contacted plaintiff's counsel who states that plaintiff will not oppose the Government's motion.

Counsel for the defendant, Mr. John Kosloske, filed the Government's motion which is the subject of the Court's December 7, 2004 scheduling order on December 2, 2004, one business day before he departed to Tampa, Florida to defend the Government in trial in Sunshine Constr. & Engineering, Inc. v. United States, No. 02-250C (Fed. Cl.). Mr. Kosloske expects to be in trial in Florida through December 17, 2004. As a result, he will be unable to receive and respond to plaintiff's response to the Government's Motion to Exclude by December 15, 2004. In addition, Mr. Kosloske is handling this matter without the assistance of co-counsel. As a result, there is no

person who works for the Department of Justice other than Mr. Kosloske who has sufficient knowledge of the Government's December 2nd motion to prepare a reply to plaintiff's response within the two-day time period provided in the Court's December 7, 2004 scheduling order.

Given the importance of the Government's motion for the conduct of further proceedings in this case, defendant requests an opportunity to file a reply brief. Because Mr. Kosloske expects to return to the office no earlier than December 20, 2004, we respectfully request the Court to grant the Government's request for a six-day enlargement of time to file its reply brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ John E. Kosloske by Sheryl L. Floyd
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282

Attorneys for Defendant

DECEMBER 10, 2004

CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that on DECEMBER 10, 2004, a copy of the "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl L. Floyd