# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: December 13, 2004)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Unopposed Motion to Enlarge Time to File Response . . . to Defendant's Motion to Exclude Testimony, filed electronically December 10, 2004. For the reasons stated therein, the court GRANTS plaintiff's motion. Plaintiff shall file its response on or before Tuesday, December 14, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge