# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: December 13, 2004)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion for an Enlargement of Time, filed electronically December 10, 2004. For the reasons stated therein, the court GRANTS defendant's motion. On or before Tuesday, December 21, 2004, Defendant shall file its reply to plaintiff's response to defendant's Motion to Exclude Testimony . . . or, in the Alternative, to Vacate the Court's November 4, 2004 Scheduling Order.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge