APPENDIX TO RESPONSE BY PLAINTIFF, RENDA MARINE, INC., TO DEFENDANT'S MOTION TO EXCLUDE TESTIMONY

APPENDIX TABLE OF CONTENTS


| Exhibit | Description | Page |
|---|---|---|
| A | Alex Petty's letter of August 4, 2004 | Pl. App. 001 |
| B-I | Representative sample of documents attached to Alex Petty's letter of August 4, 2004 (Exhibit A) | Pl. App. 001-096 |
| J | Renda's attorney's letter of November 18, 2004, to Defendant's counsel | Pl. App. 097 |
| K | Renda's attorney's letter of December 2, 2004, to Defendant's counsel | Pl. App. 098 |
| L | Dr. Mathewson's deposition | Pl. App. 099-155 |
| M | Dr. Mathewson's Curriculum Vitae | Pl. App. 156-217 |
| N | Defendant's Motion to Limit Testimony | Pl. App. 218-293 |
| O | Renda's attorney's letter of November 17, 2004, to Defendant's attorney, transmitting Dr. Mathewson's current report. | Pl. App. 294 |
| P | Dr. Mathewson's sketch detailing his understanding of the side cast borrow areas | Pl. App. 295 |
| Q | Dr. Mathewson's December 6, 2004, letter indicating he did not generate any additional work papers | Pl. App. 296 |
| R | Renda's counsel's December 13, 2004, letter to Defendant's attorney transmitting Dr. Mathewson's December 6, 2004, letter | Pl. App. 297 |
| S | Mr. McCullough's changes report | Pl. App. 298-310 |
| T | Mr. McCullough's deposition | Pl. App. 311-389 |
| U | Renda's attorney's December 13, 2004, letter to Defendant's attorney transmitting four binders of Mr. McCullough's source material. | Pl. App. 390 |

**DEPARTMENT OF THE ARMY**
**GALVESTON DISTRICT, CORPS OF ENGINEERS**
**P. O. BOX 1229**
**GALVESTON, TEXAS 77553-1229**

REPLY TO
ATTENTION OF

August 4, 2004

Office of Counsel

Mr. Brian W. Erikson, Esq.
Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

VIA FedEx #8463 3890 9707

RE: Scanned Area Office Files and Additional Hard-Copy Files
Renda Marine v. United States, 02-306C (Fed. Cl.)

Brian:

This letter is in response to your previous request and July 29, 2004, letter to John Kosloske, and is a follow-up to my voice mail to you on August 3, 2004. Enclosed, find four compact discs containing the scanned versions of the Bay Area Office files on contracts DACW64-97-C-0028 and DACW64-99-C-12. These are the only documents that I could locate that were scanned.

I have also enclosed copies from two additional paper files that were located. These files were not in boxes indexed by contract number, but were found by searching by project area descriptions. They appear to be primarily contract specifications and pay estimates, and relate to contracts DACW64-99-C-0012 and DACW64-90-C-0018.

In an effort to predict your next question, we still have found nothing to indicate that there are any other documents that we have not provided that would be responsive to your request. Of the list of 41 contracts provided as an exhibit to a previous response, 99-C-12 and 97-C-28 appear to be the only two that were scanned. Further, we have found no documentation to suggest that any of the listed contracts after 86-C-22 were sent to the Federal Records Center in Fort Worth. All information is still consistent with the apparent destruction of listed contracts 88-C-25 through 92-C-49 (save for the 90-C-18 file attached hereto). However, if we happen to find any other responsive documents that fall within the Court's Order or our continuing duty to disclose, we will certainly notify you as quickly as possible.

If you have any questions or comments, please feel free to contact me at 409-766-3191.

Sincerely,

P. Alex Petty
Assistant District Counsel

cc: John Kosloske, US DoJ

Pl. App. 001

EXHIBIT
A

Blumberg No. 5118

# INSPECTION REPORT OF DREDGING
# GALVESTON DISTRICT

RCS SWGCO-32

CONTRACTOR: MIKE HOOKS, INC.
ADDRESS: P.O. BOX 1525
LAKE CHARLES, LA. 70602

DATE: FEBRUARY 15, 1995
CONTRACT NO: DACW 64-95-C-0011
REPORT NO: 44

27 (I.D.) INCH PIPELINE DREDGE NAME OF DREDGE: " 32 " POWER DIESEL H.P. #1=1000 #2=4200

PROJECT: HOUSTON SHIP CHANNEL-MORGANS POINT TO CARPENTERS BAYOU

DREDGING: NO DREDGING ON THIS DATE.

Average depth (feet & tenths) before dredging: ______ ; after dredging: ______

Character of material & percentage of each: Gravel ____ Sand ____ Clay ____ Mud ____ Silt ____ Hardpan ____ Stone ____ Shell ____ Other ____

Character of Work: (New Work) and/or (Maintenance) EMERGENCY DREDGING

Number of shifts worked: 2 Number of persons in crew: 30

Weather: (Clear) (P.Cloudy) (Cloudy) Temperature: 55 Min. 75 Max; Rainfall 0.0 Inches HEAVY FOG

## DREDGING WORK PERFORMED

| Item | | Unit | Quantity |
|---|---|---|---|
| Average width of cut | | Feet | |
| Total advance this period | | Feet | |
| Total advance to date | | Feet | |
| Length of discharge pipe: | Floating | Feet | |
| Length of discharge pipe: | Submerged | Feet | |
| Length of discharge pipe: | Shoreline | Feet | |

____ H.P. Booster Added @ ____ Feet to D.A. ____

____ H.P. Booster Removed @ ____ Feet @ D.A. ____

| Cubic yards removed | | Gross | Credited |
|---|---|---|---|
| Amount dredged this date | C. Y. | | |
| Amount previously reported | C. Y. | | |
| Total amount dredged to date | C. Y. | | |
| Amount dredged per pumping hour | C. Y. | | |

## ATTENDANT PLANT

| Item | Name or Number | H.P. | Hrs |
|---|---|---|---|
| | SEE REPORT # 20 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Commodities (supplies) | Consumed UNIT | QTY | Inventory* QTY | VALUE |
|---|---|---|---|---|
| Fuel (Diesel) | GALS. ~~Barrels~~ | | | |
| Electricity | GREASE ~~KW~~ lbs. | | | |
| Lubricants (Oil) | Gallons | | | |
| Misc Supplies: | WATER | | | |
| Subsistance Supplies: | | | | |
| | | | | |
| | | Total | $ | |

Mob Date ____ Demob Date ____

Dredging Started: ____ Completed: ____

Length of Completed Levees: ____ L.F.

Number of Completed Spillways: ____

Quantity of Sidecasted Material: ____ C.Y.

Quantity of Hauled Material: ____ C.Y.

## DISTRIBUTION OF TIME

Effective working time chargable to cost of work

| Item | Hours | Minutes |
|---|---|---|
| Pumping | | |
| Percentage of total time | | |

Non-effective working time chargeable to cost of work

| Item | Hours | Minutes |
|---|---|---|
| Handling pipe lines | | |
| Handling swinging lines | | |
| Clearing pump and pipe line | | |
| Clearing cutter or suction head | | |
| Taking on fuel and supplies | | |
| To and from wharf or anchorage | | |
| Changing location of plant on job | | |
| Loss due to opposing natural elements | | |
| Loss due to opposing natural elements | | |
| Loss due to passing vessels | | |
| Minor operating repairs | | |
| Waiting for attendant plant | | |
| Preparation | | |
| Transferring plant between works | | |
| Lay time off shift | | |
| Fire and boat drills | | |
| Miscellaneous | | |
| Total | | |
| Percentage of total time | | |

Lost Time (Not chargeable to cost of work)

| Item | Hours | Minutes |
|---|---|---|
| Repair time chargeable to rental | | |
| Collisions | | |
| Out of commission | | |
| Work performed by contract | | |
| Miscellaneous | | |
| Total | | |
| Percentage of Total Time | | |
| Total time | | |

% of Total Time Gas Ejection In Use ____

* Note: Inventory space must be filled in on the last day of each month and also on the report made upon completion of each job.

NUMBER OF CONTRACTOR INSPECTIONS: By Field Personnel: ____; By Office Personnel: ____

SWG Form 89 -- (over)

EXHIBIT B



Pl. App. 002

Work Performed Today: (Indicate location and description of work performed. Refer to work performed by prime and/or subcontractors by letters P or S in Table below.)

| EXACT LOCATION OF WORK | | | |
|---|---|---|---|
| Reach Dredged (Station to Station) | Disposal Area Used | Quantity Deposited Gross (C.Y.) | Cummulative Quantity Deposited for Disposal Area (C.Y.) |
| DREDGING FALCON DOCK AND | | | |
| PLACING MATERIAL INTO COE | | | |
| DISPOSAL AREA. | | | |
| | | | |
| STA. ¢+00 TO 9+20 | LOST LAKE | 16,360 | 445,040 |
| | | | |

Other Work Performed:

Contractor/Subcontractors and Area of Responsibility

a. MIKE HOOKS, INC. DREDGE " 32 " PRIME DREDGING

b. AFFOLTER CONSTRUCTION CO. SUB LEVEE & WEIR CONSTRUCTION

c.

d.

Results of Inspection: (Include satisfactory work completed, or deficiencies with action to be taken.)

DREDGE SURVEY CREW RAN PROFILES TO ASSURE THAT THE PROJECT DEPTH WAS BEING MAINTAINED. DREDGE ALIGNMENT WAS MONITORED WITH GPS.DISPOSAL AREA AND DISCHARGE LINES WERE MONITORED FOR LEAKS OR POSSIBLE OBSTRUCTION OF CHANNEL.

Tests Required by Plans and/or Specifications Performed and Results of Tests:

DISCHARGE EFFLUENT : 17 GRAMS PER LITER
BASE SAMPLE : 11 GRAMS PER LITER
DIFFERENCE : 6 GRAMS PER LITER

Verbal Instructions Received: (List any instructions given by Government personnel on construction deficiencies, retesting required, etc with action to be taken.)

INSTRUCTED TO CONTINUE QC REPORTS TO SHOW AMOUNT OF MATERIAL PLACED INTO LOST LAKE DISPOSAL AREA.

Remarks: (Cover any conflicts in plans, specifications, or instruction.)

DREDGED MATERIAL FROM FALCON DOCK BEING PLACED INTO LOST LAKE DISPOSAL AREA.

Inspector

CONTRACTOR'S CERTIFICATION:

I certify that the above report is complete and correct and that all material and equipment used and work performed during this reporting period were in strict compliance with the contract plans and specifications except as noted above.

ROBERT DYER, CE/QC REP.

Contractor's Approved Authorized Representative

# INSPECTION REPORT OF DREDGING
## GALVESTON DISTRICT

RCS SWGCO-32

CONTRACTOR: T.L. James & Co., Inc.
ADDRESS: P.O. Box 20116
New Orleans, La. 70141-0116

DATE: 10/18/96
CONTRACT NO: DACW64-96-C-0032
REPORT NO: FINAL REPORT

30" (I.D.) INCH PIPELINE DREDGE NAME OF DREDGE: Tom James POWER: Diesel H.P. 6600

PROJECT: Houston Ship Channel; Carpenters Bayou to Greens Bayou

DREDGING: 570+80 → 836+00

Average depth (feet & tenths) before dredging: VARIES ; after dredging: -43.5

Character of material & percentage of each: Gravel ____ Sand ____ Clay ____ Mud ____ Silt ____ Hardpan ____

Stone ____ Shell ____ Other ____ Character of Work: (New Work) and/or (Maintenance)

Number of shifts worked: 2/Day Number of persons in crew: 45/Avg.

Weather: (Clear) (P.Cloudy) (Cloudy) Temperature: ____ Min. ____ Max: Rainfall ____ Inches

## DREDGING WORK PERFORMED

| Item | Unit | Quantity |
|---|---|---|
| Average width of cut | Feet | 375 |
| Total advance this period | Feet | ∅ |
| Total advance to date | Feet | 28,695 |
| Length of discharge pipe AVG | Feet | 21,800 |
| | Feet | |

____ H.P. Booster Added @ ____ Feet to D.A. ____

____ H.P. Booster Removed @ ____ Feet @ D.A. ____

| Cubic yards removed | Gross | Net |
|---|---|---|
| Amount dredged this date | 869,500 | 761,700 |
| Amount previously reported | ∅ | ∅ |
| Total amount dredged to date | 869,500 | 761,700 |
| Amount dredged per pumping hour | 1,400 | 1,227 |

## ATTENDANT PLANT

| Item | Name or Number | H.P. | Hrs |
|---|---|---|---|
| Tenders | Kathy Pawg | | 24 |
| " | Jeanne James | | 24 |
| " | Shai James | | 24 |
| " | Miss Kat | | 24 |
| Surveyboat | Chesapeake | | 12 |

| Commodities (supplies) | Consumed Units | Consumed Qnty | Inventory (see note) QTNTY | Inventory UNIT |
|---|---|---|---|---|
| Fuel (Diesel) | Gallons | 235,167 | | |
| Electricity | KW | 1,870 | | |
| Lubricants (Oil) | Gallons | 205 | | |
| Grease | Pounds | | | |
| Water | Gallons | | | |
| Misc Supplies | | | | |
| Subsistance Supplies | | | | |
| | | | Total | $ |

Mob Date ____ Demob Date ____

Dredging Started: ____

Length of Completed Levees: ____ L.F.

Number of Completed Spillways: ____

Quantity of Hauled Material: ____ C.Y.

## DISTRIBUTION OF TIME

Effective working time chargable to cost of work

| Item | Hours | Minutes |
|---|---|---|
| Pumping | 620 | 50 |
| Percentage of total time | | 66% |

Non-effective working time chargeable to cost of work

| Item | | Hours | Minutes |
|---|---|---|---|
| Handling pipe lines | 67x | 48 | 55 |
| Handling swinging lines | 187x | 32 | 10 |
| Clearing pump and pipe line | 36x | 18 | 35 |
| Clearing cutter or suction head | 2x | 2 | 15 |
| Taking on fuel and supplies | | | |
| To and from wharf or anchorage | | | |
| Changing location of plant on job | 16x | 20 | 00 |
| Loss due to opposing natural elements | | | |
| Loss due to opposing natural elements | | | |
| Loss due to passing vessels | 2481x | 166 | 05 |
| Minor operating repairs | 10x | 24 | 10 |
| Waiting for attendant plant | | | |
| Preparation | | | |
| Transferring plant between works | | | |
| Lay time off shift | | | |
| Fire and boat drills | | | |
| Miscellaneous | 7x | 5 | 50 |
| Total | 2806x | 318 | 00 |
| Percentage of total time | | | 34% |

Lost Time (Not chargeable to cost of work)

| Item | Hours | Minutes |
|---|---|---|
| Repair time chargeable to rental | | |
| Collisions | | |
| Out of commission | | |
| Work performed by contract | | |
| Miscellaneous | | |
| Total | | |

Percentage of Total Time ____

Total time ____

% of Total Time Gas Ejection In Use ____

Note: Inventory space must be filled in on the last day of each month and also on the report made upon completion of each job.

NUMBER OF CONTRACTOR INSPECTIONS: By Field Personnel: ____; By Office Personnel: ____

SWG Form 89 – (over)

EXHIBIT C

Work Performed Today: (Indicate location and description of work performed. Refer to work performed by prime and/or subcontractors by letters P or S in Table below.)

| EXACT LOCATION OF WORK | | | |
|---|---|---|---|
| Reach Dredged (Station to Station) | Disposal Area Used | Quantity Deposited Gross (C.Y.) | Cummulative Quantity Deposited for Disposal Area (C.Y.) |
| 570+80 → 836+00 | COST LAKE | 869,500 | CORP 869,500 |
| | | | PRIVATE 52,950 |
| | | | TOTAL 922,450 |
| | | | |
| | | | |
| | | | |

Other Work Performed: See Contractors QC Reports.

Contractor/Subcontractors and Area of Responsibility

a.

b.

c.

d.

Results of Inspection: (Include satisfactory work completed, or deficiencies with action to be taken.)

Tests Required by Plans and/or Specifications Performed and Results of Tests:

Verbal Instructions Received: (List any instructions given by Government personnel on construction deficiencies, retesting required, etc with action to be taken.)

Remarks: (Cover any conflicts in plans, specifications, or instruction.) Lost Time:

FINAL REPORT !

JOB ENDED @ 4:25pm 10/18/96

[signature]

Inspector

**CONTRACTOR'S CERTIFICATION:**

I certify that the above report is complete and correct and that all material and equipment used and work performed during this reporting period were in strict compliance with the contract plans and specifications except as noted above.

[signature]

Contractor's Approved Authorized Representative