INVITATION NO. DACW64-95-B-0010

# HOUSTON SHIP CHANNEL

## SPECIFICATIONS
## FOR
## EMERGENCY DREDGING

## MORGAN POINT TO CARPENTER BAYOU
## IN HARRIS AND CHAMBERS COUNTIES, TEXAS

DECEMBER 1994

DEPARTMENT OF THE ARMY
GALVESTON DISTRICT, CORPS OF ENGINEERS
GALVESTON, TEXAS



EXHIBIT
D
Blumberg No. 5118

## NOTICES

I. SOLICITATION DEFINITIONS - SEALED BIDDING (JUL 1987)

"OFFER" MEANS "BID" IN SEALED BIDDING

"SOLICITATION" MEANS AN INVITATION FOR BIDS IN SEALED BIDDING.

"GOVERNMENT" MEANS UNITED STATES GOVERNMENT. (FAR 52.214-1)

"If the project is cancelled or no award is made under the Solicitation, refund of the payment for the plans and specifications will be made upon request after receipt of plans and specifications at the issuing office."

II. BIDDERS MUST PROVIDE FULL, ACCURATE, AND COMPLETE INFORMATION AS REQUIRED BY THIS SOLICITATION AND ITS ATTACHMENTS. THE PENALTY FOR MAKING FALSE STATEMENTS IN BIDS IS PRESCRIBED IN 18 USC 1001. (FAR 52.214-4)

III. NOTE THE AFFIRMATIVE ACTION REQUIREMENT OF THE EQUAL OPPORTUNITY CLAUSE WHICH MAY APPLY TO THE CONTRACT RESULTING FROM THIS SOLICITATION.

IV. NOTE THE CERTIFICATION OF NONSEGREGATED FACILITIES IN THIS SOLICITATION. FAILURE OF A BIDDER OR OFFEROR TO AGREE TO THE CERTIFICATION WILL RENDER HIS BID OR OFFER NONRESPONSIVE TO THE TERMS OF SOLICITATIONS INVOLVING AWARDS OF CONTRACTS EXCEEDING $10,000 WHICH ARE NOT EXEMPT FROM THE PROVISIONS OF THE EQUAL OPPORTUNITY CLAUSE. (FAR 52.222-21)

V. NOTE THE CERTIFICATION OF REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY IN THIS SOLICITATION. FAILURE OF A BIDDER OR OFFEROR TO SIGN THE CERTIFICATION WILL RENDER THIS BID OR OFFER NONRESPONSIVE TO THE TERMS OF THE SOLICITATION INVOLVING AWARDS OF CONTRACTS EXCEEDING $100,000. (FAR 3.104-9(b)(3)(i)(C) AND FAR 52.203-8(c)(3).

## PROJECT INFORMATION

I. For information regarding site condition see INSTRUCTIONS TO BIDDERS.

II. For technical information concerning plans and specifications contact the Fort Point Area Office, Corps of Engineers, 2000 Fort Point Road, Room 180, Galveston, Texas 77550, at AC (409) 766-6311.

III. For information regarding bidding procedures or bonds, contact Contracting Division, telephone AC 409-766-3848 or visit Room 379-D, 2000 Fort Point Road, Galveston, Texas 77550-1229.

IV. Bids will be publicly opened, at the time and date stated in the solicitation, in Room 175A, 2000 Fort Point Road, Galveston, Texas.

V. HAND CARRIED BIDS: Hand carried bids 30 minutes prior to the time stated for bid opening must be deposited in the "Bid Depository" in Room 379-F, if 15 minutes prior to the time stated for bid opening please go directly to the bid opening room to deposit your bid. (Note: See INSTRUCTIONS TO BIDDERS for other bidding instructions.)

**INVITATION NO. DACW64-95-B-0010**

## SECTION TABLE OF CONTENTS

## SECTION 00800 - SPECIAL CLAUSES


| PARAGRAPH | PARAGRAPH TITLE | PAGE |
|---|---|---|
| 1. | Commencement, Prosecution, and Completion of Work (Apr 1965) EFARS 52.2/9110(a) | 00800-1 |
| 2. | Contract Drawings, Maps, and Specifications (Dec 1991 (DFARS 252.236-7001) | 00800-1 |
| 3. | Physical Data (APR 1984) (FAR 52.236-4) | |
| 4. | Signal Lights (1965 Jan Rev 84 Jul) | 00800-2 |
| | (DAEM-PRZA MSG #F24246) | 00800-2 |
| 5. | Payment For Mobilization and Demobilization (Dec 1991) (DFARS 252.236-7004) | 00800-3 |
| 6. | Liquidated Damages - Construction (Apr 1984) (FAR 52.212-5) | 00800-3 |
| 7. | Quantity Surveys (Apr 1984) (FAR 52.236-16) | 00800-4 |
| 8. | Layout of Work (Apr 1965) (CESWG-CT) | 00800-4 |
| 9. | Inspection (Apr 1965) (CESWG-CT) | 00800-4 |
| 10. | Final Examination and Acceptance (Apr 1965) (CESWG-CT) | 00800-5 |
| 11. | Shoaling (Apr 1965) (CESWG-CT) | 00800-5 |
| 12. | Use of Explosives (Jan 1985) (CESWG-CT) | 00800-6 |
| 13. | Equipment Ownership and Operating Expense Schedule (Jan 1989( (CESWG CT) | 00800-6 |
| 14. | Accommodations and Meals For Inspectors (Apr 1965) (CESWG-CT) | 00800-7 |
| 15. | Continuity of Work (Apr 1965) (CESWG-CT) | 00800-7 |
| 16. | Performance of Work By The Contractor (Apr 1984) (FAR 52,236-1) | 00800-7 |
| 17. | Environmental Litigation (Nov 1974) (CESWG-CT) | 00800-8 |
| 18. | Continuing Contract (1985 Jan HQ USACE) (EFARS 52.232-10001) | 00800-8 |
| 19. | Variation in Estimated Quantities - Dredging (Jan 1985) (CESWG-CT) | 00800-10 |
| 20. | Damage to Work (CESWG-CT) | 00800-10 |
| 21. | Certificates of Compliance (CESWG-CT) | 00800-10 |
| 22. | Work in Quarantined Area (1968 May OCE) | 00800-11 |

## SECTION 00800 - SPECIAL CLAUSES

**1. COMMENCEMENT, PROSECUTION AND COMPLETION OF WORK (CESWG-CT).** The Contractor will be required to commence dredging under this contract within seven (7) calendar days after the date of receipt by him of notice to proceed, to prosecute the said work at an average rate of not less than 600,000 cubic yards per month and to complete it within the number of days after the limiting date fixed for commencement, determined by applying the average monthly rate above stipulated to the total quantity of material actually removed and to be paid for under the contract: provided, that the quantity of material removed in any one month shall in no case be less than ***500,000*** cubic yards: provided further, that no waiver by the Contracting Officer of any failure of the contractor to make in any month or series of months the rate of progress required by this paragraph shall be construed as relieving the Contractor from the obligation to make up the deficiency in future months and to complete the entire work within the time allowed by the contract. The contractor shall also commence levee repairs on Alexander Island Placement Area within seven (7) calendar days after the date of receipt by him of notice to proceed to prosecute said work diligently and to complete the levee repairs on Alexander Island Placement Area for use not later than 15 January 1995. The time thus determined for completion shall include final cleanup of the premises.

**2. CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS (DEC 1991) (DFARS 252.236-7001).**

(a) Five (5) sets of half-size contract drawings and specifications will be furnished the Contractor without charge except applicable publications incorporated into the technical provisions by reference. Additional sets will be furnished on request at the cost of reproduction. One set of reproducibles will be furnished the Contractor on a one-time basis in lieu of the above contract drawings at the option of the Contracting Officer. The work shall conform to the specifications and the following contract drawings identified on the following index of drawings.

| TITLE | FILE | DRAWING NO. |
|---|---|---|
| HOUSTON SHIP CHANNEL, TEXAS EMERGENCY DREDGING MORGAN POINT TO CARPENTERS BAYOU | HSC | 401-459 ( in 18 sheets) |

(b) Omissions from the drawings or specifications or the misdescription of details of work which are manifestly necessary to carry out the intent of the drawings and specifications, or which are customarily performed, shall not relieve the Contractor from performing such omitted or misdescribed details of the work but they shall be performed as if fully and correctly set forth and described in the drawings and specifications.

(c) The Contractor shall check all drawings furnished him immediately upon their receipt and shall promptly notify the contracting officer of any discrepancies. Figures marked on drawings shall in general be followed in preference to scale measurements. Large scale drawings shall in general govern small scale drawings. The Contractor shall compare all drawings and verify the figures before laying out the work and will be responsible for any errors which might have been avoided thereby.

3. **PHYSICAL DATA (APR 1984) (FAR 52.236-4).** Data and information furnished or referred to below is for the Contractor's information. The Government shall not be responsible for any interpretation of or conclusion drawn from the data or information by the Contractor.

(a) The indications of physical conditions on the drawings and in the specifications are the result of site investigations by surveys.

(b) Weather Conditions. Under ordinary conditions, the mean tidal range is about one (1) foot. The height of tide is largely dependent on the force, direction and duration of the wind. Strong northerly winds may depress the water surface as much as, and in some instances more than, two (2) feet below mean low tide, while southerly winds may raise the water surface as much as, and in some instances more than, four (4) feet above mean low tide.

(c) Transportation Facilities. The area is served by highway, railroad and waterway facilities. Public Terminal Facilities are available at Barbours Cut Terminal and Bayport Terminal.

(d) Condition of Channel. The general shape of the existing section of channel to be dredged is shown by cross sections on the contract drawings.

(e) Channel Traffic. Traffic consists of large seagoing vessels, tugs, tugs with tows, naval vessels and launches. Traffic will interfere with dredging operations to some extent.

4. **SIGNAL LIGHTS (1965 JAN Rev 84 Jul)(DAEN-PRZA MSG F24246 dated 11 Jul 84).** The Contractor shall display signal lights and conduct his operations in accordance with the General Regulations of the Department of the Army and of the Coast Guard governing lights and day signals to be displayed by towing vessels with tows on which no signals can be displayed, vessels working on wrecks, dredges, and vessels engaged in laying cables or pipe or in submarine or bank protection operations, lights to be displayed on dredge pipe lines, and day signals to be displayed by vessels of more than 65 feet in length moored or anchored in a fairway or channel,

and the passing by other vessels of floating plant working in navigable channels, as set forth in Commandant U.S. Coast Guard Instruction M16672.2, Navigation Rules. International - Inland (COMDTINST M16672.2) or 33 CFR 81 Appendix A (International) and 33 CFR 84 through 33 CFR 89 (Inland) as applicable.

**5. PAYMENT FOR MOBILIZATION AND DEMOBILIZATION, (DEC 1991) (DFARS 52.236-7004).**

(a) The Government will pay all costs for the mobilization and demobilization of all of the Contractor's plant and equipment at the contract lump sum price for this item.

(1) *Sixty (60)* percent of the lump sum price upon completion of the Contractor's mobilization at the work site.

(2) The remaining *forty (40)* percent upon completion of demobilization.

(b) The Contracting Officer may require the Contractor to furnish cost data to justify this portion of the bid if the Contracting Officer believes that the percentages in paragraphs (a)(1) and (2) of this clause do not bear a reasonable relation to the cost of the work in this contract.

(1) Failure to justify such price to the satisfaction of the Contracting Officer will result in payment, as determined by the Contracting Officer, of--

(i) Actual mobilization costs at completion of mobilization;

(ii) Actual demobilization costs at completion of demobilization; and

(iii) The remainder of this item in the final payment under this contract.

(2) The Contracting Officer's determination of the actual costs in paragraph (b)(1) of this clause is not subject to appeal.

**6. LIQUIDATED DAMAGES (APR 1984) (FAR 52.212-5).**

(a) If the Contractor fails to complete the work within the time specified in the contract, or any extension, the Contractor shall pay to the Government as liquidated damages, the sum of $488.00 for each day of delay.

(b) If the Government terminates the Contractor's right to proceed, the resulting damage will consist of liquidated damages until such reasonable time as may be required for final completion of the work together with any increased costs occasioned the Government in completing the work.

(c) If the Government does not terminate the Contractor's right to proceed, the resulting damage will consist of liquidated damages until the work is completed or accepted.

**7. QUANTITY SURVEYS (APR 1984)(FAR 52.236-16).**

(a) Quantity surveys shall be conducted, and the data derived from the surveys shall be used in computing the quantities of work performed and the actual construction completed and in place.

(b) The Government shall conduct the original and final surveys and make the computations based on them. The Contractor shall conduct the surveys for any periods for which progress payments are requested and shall make the computations based on these surveys. All surveys conducted by the Contractor shall be conducted under the direction of a representative of the Contracting Officer, unless the Contracting Officer waives this requirement in a specific instance.

(c) Promptly upon completing a survey, the Contractor shall furnish the originals of all field notes and all other records relating to the survey or to the layout of the work to the Contracting Officer, who shall use them as necessary to determine the amount of progress payments. The Contractor shall retain copies of all such material furnished to the Contracting Officer.

**8. LAYOUT OF WORK (CESWG-CT).** The Contractor shall lay out his work from the Government established ranges and gauges indicated on the drawings and shall be responsible for all measurements in connection therewith. The Contractor shall furnish, at his own expense, all stakes, templates, platforms, equipment, range markers and labor as may be required in laying out any part of the work from the ranges and gauges established by the Government. The Contractor will be held responsible for the execution of the work to such lines and grades as may be established or indicated by the Contracting Officer. It shall be the responsibility of the Contractor to maintain and preserve all stakes and other marks established by the contracting office until authorized to remove them. If such marks are destroyed by the Contractor or through his negligence prior to their authorized removal, they may be replaced by the Contracting Officer at his discretion. The expense of replacement will be deducted from any amounts due, or to become due, the Contractor.

**9. INSPECTION (CESWG-CT).** The inspectors will direct the maintenance of the gauges, ranges, location marks and limit marks in proper order and position; but the presence of the inspector shall not relieve the contractor of responsibility for the proper execution of the work in accordance with the specifications. The Contractor will be required:

(a) To furnish, on the request of the Contracting Officer or any inspector, the use of such boats, boatmen, laborers, and material forming a part of the ordinary and usual equipment and crew of the dredging plant as may be reasonably necessary in inspecting and supervising the work. However, the Contractor will not be required to furnish such facilities for the surveys, prescribed in the clause entitled "Final Examination and Acceptance."

(b) To furnish, on the request of the Contracting Officer or any inspector, suitable transportation from all points on shore designated by the Contracting Officer to and from the various pieces of plant, and to and from the disposal areas. Should the Contractor refuse, neglect, or delay compliance with these requirements, the specific facilities may be furnished and maintained by the Contracting Officer, and the cost thereof will be deducted from any amounts due or to become due the Contractor.

**10. FINAL EXAMINATION AND ACCEPTANCE (CESWG-CT).**

(a) As soon as practicable after the completion of the entire work or any section thereof (if the work is divided into sections) as in the opinion of the Contracting Officer will not be subject to damage by further operations under the contract, such work will be thoroughly examined at the cost and expense of the Government by sounding or by sweeping, or both, as determined by the Contracting Officer. Should any shoals, lumps, or other lack of contract depth be disclosed by this examination the Contractor will be required to remove same by dragging the bottom or by dredging at the contract rate for dredging, but if the bottom is soft and the shoal areas are small and form no material obstruction to navigation, the removal of such shoal may be waived by the discretion of the Contracting Officer. The Contractor or his authorized representative will be notified when soundings and/or sweepings are to be made, and will be permitted to accompany the survey party. When the area is found to be in a satisfactory condition, it will be accepted finally. Should more than two sounding or sweeping operations by the Government over an area be necessary by reason of work for the removal of shoals disclosed at a prior sounding or sweeping, the cost of such third and any subsequent sounding or sweeping operations will be charged against the Contractor at the rate of $650.00 per day for each day in which the Government plant is engaged in sounding or sweeping and/or is enroute to or from the site or held at or near the said site for such operations.

(b) Final acceptance of the whole or a part of the work and the deductions or corrections of deductions made thereon will not be reopened after having once been made, except on evidence of collusion, fraud, or obvious error, and the acceptance of a completed section shall not change the time of payment of the retained percentages of the whole or any part of the work.

**11. SHOALING (CESWG-CT).** If, before the contract is completed, shoaling occurs in any section previously accepted, including shoaling in the finished channel, because of the natural lowering of the side slopes, redredging at contract price, within the limit of available funds, may be done if agreeable to both the Contractor and the Contracting Officer.

**12. USE OF EXPLOSIVES (CESWG-CT).** When blasting is found to be necessary for removal of rock or other material the Contractor shall take all necessary precautions for the protection of individuals and property exposed to his operations.

(a) The amount of explosives permitted aboard the drill boat at any one time will be subject to the approval of the Contracting Officer, but in no case shall such amount exceed that required by the Contractor for one day's operations.

(b) Provision shall be made for jettisoning explosives aboard the drill boat in emergencies.

(c) Delay electric blasting caps shall be used in all blasts where the amount of explosives fired is in excess of 16 pounds so that no explosion in any one instant will exceed 16 pounds of explosives, and no series of explosions or total blast will exceed 100 pounds of explosives properly placed in drill holes.

(d) The amount of explosives to be used in a single blast in surface blasting, if found to be necessary, shall not exceed 15 pounds.

(e) The Contractor shall make necessary arrangements, as may be required by the Contracting Officer, to prevent damage to any vessel, moored or underway, building or structure and preserve the crew or occupants thereof from exposure to injury as a result of the Contractor's operations.

**13. EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE (CESWG-CT)**

(a) Allowable cost for construction and marine plant and equipment in sound workable condition owned or controlled and furnished by a contractor or subcontractor at any tier shall be based on actual cost data when the Government can determine both ownership and operating costs for each piece of equipment or equipment groups of similar serial and series from the contractor's accounting records. When both ownership and operating costs cannot be determined from the Contractor's accounting records, equipment costs shall be based upon the applicable provisions of EP 1110-1-8, "Construction Equipment Ownership and Operating Expense Schedule," Region VI. Working conditions shall be considered to be average for determining equipment rates using the schedule unless specified otherwise by the Contracting Officer. For equipment not included in the schedule, rates for comparable pieces of equipment may be used or a rate may be developed using the formula provided in the schedule. For forward pricing, the schedule in effect at the time of negotiations shall apply. For retrospective pricing, the schedule in effect at the time the work was performed shall apply.

(b) Equipment rental costs are allowable, subject to the provisions of FAR 31.105(d)(ii) and FAR 31.205-36 substantiated by certified copies of paid invoices. Rates for equipment rented from an organization under common control, lease-purchase or sale-leaseback arrangements will be determined using the schedule except that rental costs leased from an organization under common control that has an established practice of leasing the same or similar equipment to unaffiliated lessees are allowable. Costs for major repairs and overhaul are unallowable.

(c) When actual equipment costs are proposed and the total amount of the pricing action is over $25,000, cost or pricing data shall be submitted on Standard Form 1411, "Contract Pricing Proposal Cover Sheet." By submitting cost or pricing data, the Contractor grants to the Contracting Officer or an authorizing representative the right to examine those books, records, documents and other supporting data that will permit evaluation of the proposed equipment costs. After price agreement the Contractor shall certify that the equipment costs or pricing data submitted are accurate, complete and current.

(d) This does not apply to terminations.

**14. ACCOMMODATIONS AND MEALS FOR INSPECTORS (CESWG-CT).** If the contractor maintains on this work an establishment for the subsistence of his own employees, he shall, when required, furnish to inspectors employed on the work, and to all Government agents who may visit the work on official business, meals of a quality satisfactory to the contracting officer. The meals furnished will be paid for by the Government at a rate of $3.00 per person for each meal.

**15. CONTINUITY OF WORK (CESWG-CT).** No payment will be made for work done in any area designated by the Contracting Officer until the full depth required under the contract is secured in the whole of such area, unless prevented by ledge rock, nor will payment be made for excavation in any area not adjacent to and in prolongation of areas where full depth has been secured except by decision of the Contracting Officer. Should any such nonadjacent area be excavated to full depth during the operations carried on under the contract, payment for all work therein may be deferred until the required depth has been made in the area intervening. The Contractor may be required to suspend dredging at any time when for any reason the gauges or ranges cannot be seen or properly followed.

**16. PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984)(FAR 52.236-1).** The Contractor shall perform on the site, and with its own organization, work equivalent to at least forty (40) percent of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

## 17. ENVIRONMENTAL LITIGATION (CESWG-CT).

(a) If the performance of all or any part of the work is suspended, delayed, or interrupted due to an order of a court of competent jurisdiction as a result of environmental litigation, as defined below, the Contracting Officer, at the request of the Contractor, shall determine whether the order is due in any part to the acts or omissions of the Contractor or a Subcontractor at any tier not required by the terms of this contract. If it is determined that the order is not due in any part to acts or omissions of the Contractor or a Subcontractor at any tier other than as required by the terms of this contract, such suspension, delay or interruption shall be considered as if ordered by the Contracting Officer in the administration of this contract under the terms of the "Suspension of Work" clause of this contract. The period of such suspension, delay or interruption shall be considered unreasonable, and an adjustment shall be made for any increase in the cost of performance of this contract (excluding profit) as provided in that clause, subject to all the provisions thereof.

(b) The term "environmental litigation," as used herein, means a lawsuit alleging that the work will have an adverse effect on the environment or that the Government has not duly considered, either substantively or procedurally, the effect of the work on the environment.

## 18. CONTINUING CONTRACT (1985 JAN HQ USACE)(EFARS 52.232-10001).

(a) This is a continuing contract, as authorized by Section 10 of the River and Harbor Act of September 22, 1922 (33 U.S. Code 621). The payment of some portion of the contract price is dependent upon reservations of funds from future appropriations. The responsibilities of the Government are limited by this clause notwithstanding any contrary provision of the "Payments to Contractor" clause or any other clause of this contract.

(b) (1) The sum of $5,000.00 has been reserved for this contract and is available for payments to the Contractor during the current fiscal year. It is expected that Congress will make appropriations for future fiscal years from which additional funds will be reserved for this contract.

(2) Failure to make payments in excess of the amount currently reserved, or that may be reserved from time to time, shall not entitle the Contractor to a price adjustment under the terms of this contract except as specifically provided in paragraphs (d) and (e) below. No such failure shall constitute a breach of this contract, except that this provision shall not bar a breach-of-contract action if an amount finally determined to be due as a termination allowance remains unpaid for one year due solely to a failure to reserve sufficient additional funds therefore.

(c) (1) The Government may at any time reserve additional funds for payments under the contract if there are funds available for such purpose. The Contracting Officer will promptly notify the Contractor of any additional funds reserved for the contract by issuing an administrative change order to the contract.

(2) If earnings will be such that funds reserved for the contract will be exhausted before the end of any fiscal year, the Contractor shall give written notice to the Contracting Officer of the estimated date of exhaustion and the amount of additional funds which will be needed to meet payments due or to become due under the contract during that fiscal year. This notice shall be given not less than 45 days nor more than 60 days prior to the estimated date of exhaustion.

(d) (1) No payments will be made after exhaustion of funds except to the extent that additional funds are reserved for the contract. The Contractor shall be entitled to simple interest on any payment that the Contracting Officer determines was actually earned under the terms of the contract and would have been made except for exhaustion of funds. Interest shall be computed from the time such payment would otherwise have been made until actually or constructively made, and shall be at the rate established by the Secretary of the Treasury pursuant to Public Law 92-41, 85 STAT 97, for the Renegotiation Board, as in effect on the first day of the delay in such payment.

(2) Any suspension, delay, or interruption of work arising from exhaustion or anticipated exhaustion of funds shall not constitute a breach of this contract and shall not entitle the Contractor to any price adjustment under the "Suspension of Work" clause or in any other manner under this contract.

(3) An equitable adjustment in performance time shall be made for any increase in the time required for performance of any part of the work arising from exhaustion of funds or the reasonable anticipation of exhaustion of funds.

(e) If, upon the expiration of sixty (60) days after the beginning of the fiscal year following an exhaustion of funds, the Government has failed to reserve sufficient additional funds to cover payments otherwise due, the Contractor, by written notice delivered to the Contracting Officer at any time before such additional funds are reserved, may elect to treat his right to proceed with the work as having been terminated. Such a termination shall be considered a termination for the convenience of the Government.

(f) If at any time it becomes apparent that the funds reserved for any fiscal year are in excess of the funds required to meet all payments due or to become due the Contractor because of work performed and to be performed under the contract during the fiscal year, the Government reserves the right, after notice to the Contractor, to reduce said reservation by the amount of such excess.

**19. VARIATIONS IN ESTIMATED QUANTITIES - DREDGING (CESWG-CT).**

(a) Where the quantity of a pay item in this contract is an estimated quantity and where the actual quantity of material within the required dredging prism varies more than fifteen percent (15%) above or below the stated estimated quantity within the required dredging prism, an equitable adjustment in the contract unit price will be made upon demand of either party. The equitable adjustment will be based upon any increase or decrease in costs due solely to the variations above one-hundred fifteen (115%) or below eighty-five percent (85%) of the estimated quantity within the required dredging prism. Any equitable adjustment in the contract unit price will also apply to that part of the actual quantity of allowable overdepth material above one-hundred fifteen percent (115%) or below eighty-five percent (85%) of the estimated quantity.

**20. DAMAGE TO WORK (CESWG-CT).** The responsibility for damage to any part of the permanent work shall be as set forth in the clause of the contract entitled "Permits and Responsibilities." However, if, in the judgment of the Contracting Officer, any part of the permanent work performed by the Contractor is damaged by flood, hurricane or tornado, which damage is not due to the failure of the Contractor to take reasonable precautions or to exercise sound engineering and construction practices in the conduct of the work, the Contractor will make the repairs as ordered by the Contracting Officer and full compensation for such repairs will be made at the applicable contract unit or lump sum prices as fixed and established in the contract. If, in the opinion of the Contracting Officer, there are no contract unit or lump sum prices applicable to any part of such work an equitable adjustment pursuant to the Contract Clause entitled CHANGES (1984 APR), of the contract, will be made as full compensation for the repairs of that part of the permanent work for which there are no applicable contract unit or lump sum prices. Except as herein provided, damage to all work (including temporary construction), utilities, material, equipment and plant shall be repaired to the satisfaction of the Contracting Officer at the contractor's expense, regardless of the cause of such damage.

**21. CERTIFICATES OF COMPLIANCE (CESWG-CT).** Any certificates required for demonstrating proof of compliance of materials with specification requirements shall be executed in three copies. Each certificate shall be signed by an official authorized to certify in behalf of the manufacturing company and shall contain the name and address of the Contractor, the project name and location, and the quantity and date or dates of shipment or delivery to which the certificates apply. Copies of laboratory test reports submitted with certificates shall contain the name and address of the testing laboratory and the date or dates of the tests to which the report applies. Certification shall not be construed as relieving the Contractor from furnishing satisfactory material, if, after tests are performed on selected samples, the material is found not to meet the specific requirements.

**22. WORK IN QUARANTINED AREA (CESWG-CT).** The work called for by this contract involves activities in counties quarantined by the Department of Agriculture to prevent the spread of certain plant pests which may be present in the soil. The Contractor agrees that all construction equipment and tools to be moved from such counties shall be thoroughly cleaned of all soil residues at the construction site with water under pressure and that hand tools shall be thoroughly cleaned by brushing or other means to remove all soil. In addition, if this contract involves the identification, shipping, storage, testing, or disposal of soils from such a quarantined area, the Contractor agrees to comply with the provisions of ER 1110-1-5 and attachments, a copy of which will be made available by the Contracting Officer upon request. The Contractor agrees to assure compliance with this obligation by all subcontractors.

- - 0 O 0 - -

INVITATION NO.DACW64-94-B-0010

## SECTION TABLE OF CONTENTS

## GENERAL REQUIREMENTS

## SECTION 01440 - CONTRACTOR QUALITY CONTROL


| PARAGRAPH | PARAGRAPH TITLE | PAGE |
|---|---|---|
| PART I | GENERAL | |
| 1.1 | References | 01440-1 |
| 1.2 | Payment | 01440-1 |
| PART II | PRODUCTS (Not Applicable) | |
| PART III | EXECUTION | |
| 3.1 | General | 01440-1 |
| 3.2 | Quality Control Plan | 01440-1 |
| 3.3 | Coordination Meeting | 01440-3 |
| 3.4 | Quality Control Organization | 01440-3 |
| 3.5 | Control | 01440-4 |
| 3.6 | Tests | 01440-6 |
| 3.7 | Completion Inspection | 01440-7 |
| 3.8 | Documentation | 01440-7 |
| 3.9 | Notification of Noncompliance | 01440-8 |
| 3.10 | Dredging | 01440-8 |