## SECTION 01440 - CONTRACTOR QUALITY CONTROL

### PART 1 - GENERAL

**1.1 REFERENCES.** The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by basic designation only.

American Society for Testing and Materials (ASTM) Publications.

| | |
|---|---|
| D 3740-92 | Evaluation of Agencies Engaged in The Testing and/or Inspection of Soil and Rock as Used in Engineering Design and Construction |
| E 329-93B | Agencies Engaged in The Testing and/or Inspection of Materials Used in Construction. |

**1.2 PAYMENT.** Separate payment will not be made for providing and maintaining an effective Quality Control program, and all costs associated therewith will be included in the applicable unit prices or lump-sum prices contained in the Bidding Schedule.

### PART 2 - PRODUCTS (Not Applicable)

### PART 3 - EXECUTION

**3.1 GENERAL.** The Contractor is responsible for quality control and shall establish and maintain an effective quality control system in compliance with the CONTRACT CLAUSE entitled INSPECTION OF CONSTRUCTION. The quality control system shall consist of plans, procedures, and organization necessary to produce a product which complies with the contract requirements. The system shall cover construction operations, both on-site and off-site, and shall be keyed to the proposed construction sequence.

**3.2 QUALITY CONTROL PLAN.**

3.2.1 General. The Contractor shall furnish for review by the Government, not later than 10 days after receipt of Notice to Proceed, the Contractor Quality Control plan proposed to implement the requirements of the CONTRACT CLAUSE entitled INSPECTION OF CONSTRUCTION. The plan shall identify personnel, procedures, control, instructions, tests, records, and forms to be used. The Government will consider an interim plan for the first 10 days of operation. Construction will be permitted to begin only after acceptance of the Contractor Quality Control Plan or acceptance of an interim plan applicable to the particular

feature of work to be started. Work outside of the features of work included in an accepted interim plan will not be permitted to begin until acceptance of a Contractor Quality Control Plan or another interim plan containing the additional features of work to be started.

3.2.2 Content of The Contractor Quality Control Plan. The Contractor Quality Control Plan shall include, as a minimum, the following to cover all construction operations, both on-site and off-site, including work by subcontractors, fabricators, suppliers, and purchasing agents.

3.2.2.1 A description of the quality control organization, including a chart showing lines of authority and acknowledgment that the Contractor Quality Control staff shall implement the three phase control system for all aspects of the work specified. The staff shall include a Contractor Quality Control System Manager who shall report to the project manager or someone higher in the Contractor's organization. Project manager in this context shall mean the individual with responsibility for the overall management of the project including quality and production.

3.2.2.2 The name, qualifications (in resume format), duties, responsibilities and authorities of each person assigned a Quality Control function.

3.2.2.3 A copy of the letter to the Contractor Quality Control System Manager signed by an authorized official of the firm which describes the responsibilities and delegates sufficient authorities to adequately perform the functions of the Contractor Quality Control System Manager including authority to stop work which is not in compliance with the contract. The Contractor Quality Control System Manager shall issue letters of direction to all other various quality control representatives outlining duties, authorities and responsibilities. Copies of these letters shall also be furnished to the Government.

3.2.2.4 Control, verification and acceptance testing procedures for each specific test to include the test name, specification paragraph requiring test, feature of work to be tested, test frequency, and person responsible for each test. (Laboratory facilities will be approved by the Contracting Officer.)

3.2.2.5 Procedures for tracking preparatory, initial, and follow-up control phases and control, verification, and acceptance tests including documentation.

3.2.2.6 Procedures for tracking construction deficiencies from identification through acceptable corrective action. These procedures will establish verification that identified deficiencies have been corrected.

3.2.2.7 Reporting procedures, including proposed reporting formats.

3.2.2.8 A list of the definable features of work. A definable feature of work is a task which is separate and distinct from other tasks and has separate control requirements. It could be identified by different trades or disciplines, or it could be work by the same trade in a different environment. Although each section of the specifications may generally be considered

as a definable feature of work, there are frequently more than one definable feature under a particular section. This list will be agreed upon during the coordination meeting.

3.2.3 Acceptance of Plan. Acceptance of the Contractor's plan is required prior to the start of construction. Acceptance is conditional and will be predicated on satisfactory performance during the construction. The Government reserves the right to require the Contractor to make changes in his Contractor Quality Control plan and operations including removal of personnel, as necessary, to obtain the quality specified.

3.2.4 Notification of Changes. After acceptance of the Quality Control plan, the Contractor shall notify the Contracting Officer in writing a minimum of 7 calendar days prior to any proposed change. Proposed changes are subject to acceptance by Contracting Officer.

**3.3 COORDINATION MEETING.** After the Preconstruction Conference, before start of construction, and prior to acceptance by the Government of the Quality Control Plan, the Contractor shall meet with the Contracting Officer and discuss the Contractor's quality control system. During the meeting, a mutual understanding of the system details shall be developed, including the forms for recording the Contractor Quality Control operations, control activities, testing, administration of the system for both on-site and off-site work, and the interrelationship of Contractor's Management and control with the Government's Quality Assurance. Minutes of the meeting shall be prepared by the Government and signed by both the Contractor and the Contracting Officer. The minutes shall become a part of the contract file. There may be occasions when subsequent conferences will be called by either party to reconfirm mutual understandings and/or address deficiencies in the Contractor Quality Control system or procedures which may require corrective action by the Contractor.

## 3.4 QUALITY CONTROL ORGANIZATION.

3.4.1 Contractor Quality Control System Manager. The Contractor shall identify an individual, within his organization at the site of the work, who shall be responsible for overall management of Contractor Quality Control and have the authority to act in all Contractor Quality Control matters for the Contractor. This Contractor Quality Control System Manager shall be on the site at all times during construction and shall be employed by the Contractor, except as noted in the following. An alternate for the Contractor Quality Control System Manager shall be identified in the plan to serve in the event of the System Manager's absence. Period of absence may not exceed 1 week at any one time, and not more than 20 workdays during a calendar year. The requirements for the alternate shall be the same as for the designated Contractor Quality Control manager.

3.4.2 Contractor Organizational Staffing. The Contractor shall provide a Contractor Quality Control staff which shall be at the site of work at all times during progress, with complete authority to take any action necessary to ensure compliance with the contract.

3.4.2.1 Contractor Quality Control Staff. Following are the minimum requirements for the Contractor Quality Control staff. These minimum requirements will not necessarily assure an adequate staff to meet the Contractor Quality Control requirements at all times during construction. The actual strength of the Contractor Quality Control staff may vary during any specific work period to cover the needs of the work period. When necessary for a proper Contractor Quality Control organization, the Contractor shall add additional staff at no cost to the Government. This listing of minimum staff in no way relieves the Contractor of meeting the basic requirements of quality construction in accordance with contract requirements. All Contractor Quality Control staff members shall be subject to acceptance by the Contracting Officer.

3.4.2.2 Contractor Quality Control System Manager. The Contractor Quality Control System Manager shall be an experienced construction person with a minimum of 5 years experience in related work. The Contractor Quality Control System Manager shall be assigned as System Manager but may have duties as project superintendent in addition to quality control.

3.4.2.3 Supplemental Personnel. The Contractor shall provide as part of the Contractor Quality Control organization, as a minimum, specialized personnel for the following areas: civil, structural, and environmental. These personnel shall assist and report to the Contractor Quality Control System Manager. Each person will be responsible for assuring the construction complies with the contract requirements for their area of specialization. These individuals shall: be employed by the Prime Contractor, unless waived in writing by the Contracting Officer; be responsible only to the Contractor Quality Control System Manager; be physically present at the construction site during work on their areas of responsibility; have the necessary education and/or experience to ensure contract compliance. A staff shall be maintained under the direction of the Contractor Quality Control System Manager to perform all Quality Control activities. The staff must be of sufficient size to ensure adequate Quality Control coverage of all work phases, work shifts, and work crews involved in the construction. These personnel may perform other duties, but must be fully qualified by experience and technical training to perform their assigned Quality Control responsibilities and must be allowed sufficient time to carry out these responsibilities. The Quality Control plan will clearly state the duties and responsibilities of each staff member.

3.4.3 Organizational Changes. The Contractor shall obtain Contracting Officer's acceptance before replacing any member of the Contractor Quality Control staff. Requests shall include the names, qualifications, duties, and responsibilities of each proposed replacement.

**3.5. CONTROL.** Contractor Quality Control is the means by which the Contractor assures that the construction, to include that of subcontractors and suppliers, complies with the requirements of the contract. The controls shall be adequate to cover all construction operations, including both on-site and off-site fabrication, and will be keyed to the proposed construction sequence. The controls shall include at least three (3) phases of control, to be conducted by the Contractor Quality Control System Manager for all definable features of work as follows:

3.5.1 Preparatory Phase. This phase shall be performed prior to beginning any work on each definable feature of work and shall include:

(1) A review of each paragraph of applicable specifications.

(2) A review of the contract plans.

(3) A check to assure that all materials and/or equipment have been tested, submitted and approved.

(4) A check to assure that provisions have been made to provide required control inspection and testing.

(5) Examination of the work area to assure that all required preliminary work has been completed and is in compliance with the contract.

(6) A physical examination of materials, equipment and sample work to assure that they are on hand, conform to approved shop drawings or submitted data, and are properly stored.

(7) A review of the appropriate activity hazard analysis to assure safety requirements are met.

(8) Discussion of procedures for constructing the work including repetitive deficiencies. Document construction tolerances and workmanship standards for that phase of work.

(9) A check to ensure that the portion of the plan for the work to be performed has been accepted by the Contracting Officer.

(10) The Government shall be notified at least 24 hours in advance of beginning any of the required action of the preparatory phase. This phase shall include a meeting conducted by the Contractor Quality Control System Manager and attended by the superintendent, other Contractor Quality Control personnel, as applicable, and the foreman responsible for the definable feature. The results of the preparatory phase actions shall be documented by separate minutes prepared by the Contractor Quality Control System Manager and attached to the daily Quality Control report. The Contractor shall instruct applicable workers as to the acceptable level of workmanship required in order to meet contract specifications.

3.5.2 Initial Phase. This phase must be accomplished at the beginning of a definable feature of work. The following shall be accomplished:

(1) A check of preliminary work to ensure that it is in compliance with contract requirements. Review minutes of the preparatory meeting.

(2) Verification of full contract compliance. Verify required control inspection and testing.

(3) Establish level of workmanship and verify that it meets minimum acceptable workmanship standards. Compare with sample panels is appropriate.

(4) Resolve all differences.

(5) Check safety to include compliance with and upgrading of the safety plan and activity hazard analysis. Review the activity analysis with each worker.

(6) The Government shall be notified a least 24 hours in advance of beginning the initial phase. Separate minutes of this phase shall be prepared by the Contractor Quality Control System Manager and attached to the daily Quality Control report. Exact location of initial phase shall be indicated for future reference and comparison with follow-up phases.

(7) The initial phase should be repeated for each new crew to work on-site, or anytime acceptable specified quality standards are not being met.

3.5.3 Follow-Up-Phase. Daily checks shall be performed to assure continuing compliance with contract requirements, including control testing, until completion of the particular feature of work. The checks shall be made a matter of record in the Contractor Quality Control documentation. Final follow-up checks shall be conducted and all deficiencies corrected prior to the start of additional features of work which may be affected by the deficient work. The Contractor shall not build upon or conceal non-conforming work.

3.5.4 Additional preparatory and initial phases may be conducted on the same definable features of work as determined by the Government if the quality of on-going work is unacceptable; or if there are changes in the applicable Quality Control staff or in the on-site production supervision or work crew; or if work on a definable feature is resumed after a substantial period of inactivity, or if other problems develop.

**3.6. TESTS.**

3.6.1 Testing Procedure. The Contractor shall perform tests specified or required to verify that control measures are adequate to provide a product which conforms to contract requirements. ***If tests are required,*** the Contractor shall procure the services of a Corps of Engineers approved testing laboratory or establish an approved testing laboratory at the project

site. ***Results of all tests taken, both passing and failing tests, shall be recorded on the Quality Control report for the data taken.***

**3.7. COMPLETION INSPECTION.** At the completion of all work or any increment thereof established by a completion time stated in the SPECIAL CLAUSE entitled COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK, or stated elsewhere in the specifications, the Contractor Quality Control System Manager shall conduct an inspection of the work and develop a "punch list" of items which do not conform to the approved plans and specifications. Such a list of deficiencies shall be included in the Contractor Quality Control documentation, as required by Paragraph: DOCUMENTATION below, and shall include the estimated date by which the deficiencies will be corrected. The Contractor Quality Control System Manager or staff shall make a second completion inspection to ascertain that all deficiencies have been corrected and so notify the Government. These inspections and any deficiency corrections required by this subparagraph will be accomplished within the time stated for completion of the entire work or any particular increment thereof if the project is divided into increments by separate completion dates.

**3.8. DOCUMENTATION.** The Contractor shall maintain current records of quality control operations, activities, and tests performed including the work of subcontractors and suppliers. These records shall be on an acceptable form and shall include factual evidence that required quality control activities and/or tests have been performed, including but not limited to the following:

(1) Contractor/subcontractor and their area of responsibility.

(2) Operating plant/equipment with hours worked, idle, or down for repair.

(3) Work performed today, giving location, description, and by whom. When Network Analysis System (NAS) is used, identify each phase of work performed each day by NAS activity number.

(4) Test and/or control activities performed with results and references to specifications/plan requirements. The control phase should be identified (Preparatory, Initial, Follow-up). List deficiencies noted along with corrective action.

(5) Material received with statement as to its acceptability and storage.

(6) Identify submittals reviewed, with contract reference, by whom, and action taken.

(7) Off-site surveillance activities, including actions taken.

(8) Job safety evaluations stating what was checked, results, and instructions or corrective actions.

(9) List instructions given/received and conflicts in plans and/or specifications.

(10) Contractor's verification statement.

(11) These records shall indicate a description of trades working on the project; the number of personnel working; weather conditions encountered; and any delays encountered. These records shall cover both conforming and deficient features and shall include a statement that equipment and materials incorporated in the work and workmanship comply with the contract. The original and one (1) copy of these records in report form shall be furnished to the Government daily within 24 hours after the date(s) covered by the report, except that reports need not be submitted for days on which no work is performed. As a minimum, one (1) report shall be prepared and submitted for every 7 days of no work and on the last day of a no work period. All calendar days shall be accounted for throughout the life of the contract. The first report following a day of no work shall be for that day only. Reports shall be signed and dated by the Contractor Quality Control System Manager. The report from the Contractor Quality Control System Manager shall include copies of test reports and copies of reports prepared by all subordinate quality control personnel.

**3.9. NOTIFICATION OF NONCOMPLIANCE.** The Contracting Officer will notify the Contractor of any detected noncompliance with the foregoing requirements. The Contractor shall, after receipt of such notice, immediately take corrective action. Such notice, when delivered to the Contractor at the site of the work, shall be deemed sufficient for the purpose of notification. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to any such stop orders shall be made the subject of claim for extension of time or for excess costs or damages by the Contractor.

**3.10. DREDGING.** The Contractor shall establish and maintain a quality control system for dredging operations to assure compliance with contract requirements and record his inspections and tests under this system including but not limited to the following: Discharge effluent. The effluent from each spillway and the corresponding receiving water shall be sampled at least daily by the Contractor. Anytime the effluent density exceeds eight (8) grams per liter more than the corresponding density of the receiving body of water, the Contractor will immediately provide additional ponding capacity by raising the spillway invert, as necessary, or he will discontinue dredge disposal operations into the disposal area until the effluent density returns to the acceptable 8 grams per liter differential. The minimum frequency of sampling at the weir shall be increased when the effluent density increases or nears the maximum specified limit. Base samples of the receiving body of water shall be taken upstream or opposite to the

direction of tidal flow where the discharge effluent enters the ***Houston Ship Channel***. The Contractor shall report the test results on the daily report of operation and furnish copies thereof to the Contracting Officer's Representative.

3.10.1 Each sample at the weir shall be made up by partially filling, without overflow, a one-quart container with the mixture flowing over the weir at not less than 3 different places in the length of the weir and combining the mixture in a bucket or other suitable container. Each receiving water sample shall be obtained in a bucket or other suitable container submerged to a depth of not over two feet. When settled solids are not present in the weir sample, the density shall be determined by the hydrometer method. When settled solids are present in the weir sample, the density shall be determined by both the hydrometer method and the weight-volume method.

3.10.2 Hydrometer Method. When the hydrometer method is used for density determination, a Taylor Soil Hydrometer, graduated to read in grams/liter of suspension, similar or equal to Curtin Matheson Scientific Hydrometers shall be used. The water sample shall be thoroughly mixed and transferred to a 1,000 ml laboratory cylinder and the hydrometer used as specified by the manufacturer.

3.10.3 Weight-Volume Method. When the weight-volume method is used for density determination, the total sample shall be measured to obtain volume in liters and weight in grams. Measurements shall be made with a 1,000 ml laboratory cylinder and a scale or balance capable of weighing the sample and cylinder to the nearest gram. The unit weight shall then be obtained by dividing the total weight in grams by the total volume in liters.

3.10.4 Government inspectors plan to inspect and take water samples no less than once a week. The Contractor will provide any assistance necessary to the Government inspectors. The Contractor shall construct and/or maintain a hand railed walk-way from the levee to each spillway and along the entire weir length when in use.

3.10.5 A copy of the records of inspections and tests, as well as records of corrective action taken, will be furnished the Government as directed by the Contracting Officer.

- - o O o - -

INVITATION NO. DACW64-95-B-0010

SECTION TABLE OF CONTENTS

## SECTION 01560 - ENVIRONMENTAL PROTECTION


| PARAGRAPH | PARAGRAPH TITLE | PAGE |
|---|---|---|
| PART I | GENERAL | |
| 1.1 | Scope | 01560-1 |
| 1.2 | Quality Control | 01560-1 |
| 1.3 | Submittals | 01560-1 |
| 1.4 | Subcontractors | 01560-2 |
| 1.5 | Notification | 01560-2 |
| 1.6 | Payment | 01560-2 |
| PART II | PRODUCTS (Not Applicable) | |
| PART III | EXECUTION | |
| 3.1 | Protection of Environmental Resources | 01560-2 |
| 3.2 | Preservation and Recovery of Historical, Archeological and Cultural Resources | 01560-3 |
| 3.3 | Protection of Water Resources | 01560-3 |
| 3.4 | Protection of Fish and Wildlife Resources | 01560-3 |
| 3.5 | Protection of Air Resources | 01560-4 |
| 3.6 | Protection From Sound Intrusions | 01560-4 |
| 3.7 | Post Construction Cleanup | 01560-4 |
| 3.8 | Restoration of Landscape Damage | 01560-5 |
| 3.9 | Maintenance of Pollution Control Facilities | 01560-5 |
| 3.10 | Training of Contractor Personnel in Pollution Control | 01560-5 |
| 3.11 | Dredging | 01560-5 |
| 3.12 | Dredged Spill Contingency Plan for Confined Placement Areas | 01560-6 |

## SECTION 01560 - ENVIRONMENTAL PROTECTION

### PART 1 - GENERAL

**1.1 SCOPE.** This Section covers prevention of environmental pollution and damage as the result of construction operations under this contract and for those measures set forth in other Sections of these specifications. For the purpose of this specification, environmental pollution and damage is defined as the presence of chemical, physical, or biological elements or agents which adversely affect human health or welfare; unfavorably alter ecological balances of importance to human life; affect other species of importance to man; or degrade the utility of the environment for aesthetic, cultural and/or historical purposes. The control of environmental pollution and damage requires consideration of air, water, and land, and includes management of visual aesthetics, noise, solid waste, radiant energy and radioactive materials, as well as other pollutants.

**1.2 QUALITY CONTROL.** The Contractor shall establish and maintain quality control for environmental protection of all items set forth herein. The Contractor shall record on daily reports any problems in complying with laws, regulations and ordinances and corrective action taken.

**1.3 SUBMITTALS.** The Contractor shall submit an environmental protection plan in accordance with provisions as herein specified.

1.3.1 Environmental Protection Plan shall include but not be limited to the following:

(1) A list of Federal, State and local laws, regulations, and permits concerning environmental protection, pollution control and abatement that are applicable to the Contractor's proposed operations and the requirements imposed by those laws, regulations and permits.

(2) Methods for protection of features to be preserved within authorized work areas. The Contractor shall prepare a listing of methods to protect resources needing protection, i.e., trees, shrubs, vines, grasses and ground cover, landscape features, air and water quality, fish and wildlife, soil, historical, archeological, and cultural resources.

(3) Procedures to be implemented to provide the required environmental protection and to comply with the applicable laws and regulations. The Contractor shall set out the procedures to be followed to correct pollution of the environment due to accident, natural causes or failure to follow the procedures set out in accordance with the environmental protection plan.

1.3.2 Implementation. Within 15 days after receipt of Notice to Proceed, the Contractor shall submit in writing the above Environmental Protection Plan. Approval of the Contractor's plan will not relieve the Contractor of its responsibility for adequate and continuing control of pollutants and other environmental protection measures.

**1.4 SUBCONTRACTORS.** Assurance of compliance with this Section by subcontractors will be the responsibility of the Contractor.

**1.5 NOTIFICATION.** The Contracting Officer will notify the Contractor in writing of any observed noncompliance with the aforementioned Federal, State or local laws or regulations, permits and other elements of the Contractor's environmental protection plan. The Contractor shall, after receipt of such notice, inform the Contracting Officer of proposed corrective action and take such action as may be approved. If the Contractor fails to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No time extensions shall be granted or costs or damages allowed to the Contractor for any such suspension.

**1.6 PAYMENT.** No separate or direct payment will be made for the cost of the work covered under this Section, and such work will be considered as a subsidiary obligation of the Contractor.

## PART 2 - PRODUCTS (Not Applicable)

## PART 3 - EXECUTION

**3.1 PROTECTION OF ENVIRONMENTAL RESOURCES.** The environmental resources within the project boundaries and those affected outside the limits of permanent work under this contract shall be protected during the entire period of this contract. The Contractor shall confine his activities to areas defined by the drawings and specifications. Environmental protection shall be as stated in the following subparagraphs.

3.1.1 Protection of Land Resources. Prior to the beginning of any construction, the Contractor shall identify all land resources to be preserved within the Contractor's work area. The Contractor shall not remove, cut, deface, injure, or destroy land resources including trees, shrubs, vines, grasses, top soil, and land forms without special permission from the Contracting Officer. No ropes, cables, or guys shall be fastened to or attached to any trees for anchorage unless specifically authorized. Where such special emergency use is permitted, the Contractor shall provide effective protection for land and vegetation resources at all times as defined in the following subparagraphs.

3.1.2 Protection of Landscape. Trees, shrubs, vines, grasses, land forms and other landscape features identified by the Contracting Officer to be preserved for removal by others shall be clearly identified by marking, fencing, or wrapping with boards, or any other approved techniques.

3.1.3 Location of Field Offices, Storage, and Other Contractor Facilities. The Contractor's field offices, staging areas, stockpile storage, and temporary buildings shall be placed in areas as approved by the Contracting Officer. Temporary movement or relocation of Contractor facilities shall be made only on approval by the Contracting Officer.

3.1.4 Temporary Excavations and Embankments for plant and/or work areas shall be controlled to protect adjacent areas from despoilment.

3.1.5 Placement of Solid Wastes. Solid wastes (excluding clearing debris) shall be placed in containers which are emptied on a regular schedule. All handling and disposal shall be conducted to prevent contamination.

3.1.6 Placement of Solid Waste by Removal from Government Property. The Contractor shall transport all solid waste off Government property and dispose of it in compliance with Federal, State, and local requirements for solid waste disposal.

3.1.7 Placement of Discarded Materials. Discarded materials other than those which can be included in the solid waste category will be handled as directed by the Contracting Officer.

3.1.8 Sanitation Facilities. The Contractor shall provide and operate sanitation facilities that will adequately treat or dispose of sanitary wastes to conform with all Federal, State and local health regulations.

**3.2 PRESERVATION AND RECOVERY OF HISTORICAL, ARCHEOLOGICAL AND CULTURAL RESOURCES.** Existing historical, archeological and cultural resources within the Contractor's work area will be so designated by the Contracting Officer and precautions taken to preserve all such resources as they existed at the time they were pointed out to the Contractor. The Contractor shall install all protection for these resources so designated on the drawings and shall be responsible for their preservation during this contract. If during the dredging and disposal activities the Contractor encounters archeological sites and/or shipwrecks of historical or archeological value, he shall cease work immediately pursuant to the CONTRACT CLAUSE entitled SUSPENSION OF WORK and so notify the Contracting Officer by the fastest available means. After Investigation by the Contracting Officer, the Contractor will be instructed on how to proceed and if an unreasonable delay is incurred or the work is changed, the contract will be modified accordingly.

**3.3 PROTECTION OF WATER RESOURCES.** The Contractor shall keep construction activities under surveillance, management and control to avoid pollution of surface and ground waters. Special management techniques as set out below shall be implemented to control water pollution by the listed construction activities which are included in this contract.

**3.4 PROTECTION OF FISH AND WILDLIFE RESOURCES.** The Contractor shall keep construction activities under surveillance, management and control to minimize interference with, disturbance to and damage of fish and wildlife. Species that require specific attention along

with measures for their protection will be listed by the Contractor prior to beginning of construction operations.

**3.5 PROTECTION OF AIR RESOURCES.** The Contractor shall keep construction activities under surveillance, management and control to minimize pollution of air resources. All activities, equipment, processes, and work operated or performed by the Contractor in accomplishing the specified construction shall be in strict accordance with the State of Texas Clean Air Act implemented in 1967, and all Federal emission and performance laws and standards. Ambient Air Quality Standards set by the Environmental Protection Agency shall be maintained for those construction operations and activities specified in this Section. Special management techniques as set out below shall be implemented to control air pollution by the construction activities which are included in the contract.

3.5.1 Particulates. Dust particles, aerosols, and gaseous byproducts from all construction activities, processing and preparation of materials, such as from asphaltic batch plants, shall be controlled at all times, including weekends, holidays and hours when work is not in progress.

3.5.1.1 Particulates Control. The Contractor shall maintain all excavations, stockpiles, haul roads, permanent and temporary access roads, plant sites, spoil areas, borrow areas, and all other work areas within or outside the project boundaries free from particulates which would cause the air pollution standards mentioned in Subparagraph: Protection of Air Resources above, to be exceeded or which would cause a hazard or a nuisance. Sprinkling, chemical treatment of an approved type, light bituminous treatment, baghouse, scrubbers, electrostatic precipitators or other methods will be permitted to control particulates in the work area. Sprinkling, to be efficient, must be repeated at such intervals as to keep the disturbed area damp at all times. The Contractor must have sufficient competent equipment available to accomplish this task. Particulate control shall be performed as the work proceeds and whenever a particulate nuisance or hazard occurs.

3.5.2 Hydrocarbons and Carbon Monoxide emissions from equipment shall be controlled to Federal and State allowable limits at all times.

3.5.3 Odors shall be controlled at all times for all construction activities, processing and preparation of materials.

3.5.4 Monitoring of Air Quality shall be the responsibility of the Contractor. All air areas affected by the construction activities shall be monitored by the Contractor.

**3.6 PROTECTION FROM SOUND INTRUSIONS.** The Contractor shall keep construction activities under surveillance, and control to minimize damage to the environment by noise.

**3.7 POST CONSTRUCTION CLEAN UP.** The Contractor shall clean up areas used for construction.