**3.8 RESTORATION OF LANDSCAPE DAMAGE.** The Contractor shall restore all landscape features damaged or destroyed during construction operations outside the limits of the approved work areas. Such restoration shall be in accordance with the plan submitted for approval by the Contracting Officer. This work will be accomplished at the Contractor's expense.

**3.9 MAINTENANCE OF POLLUTION CONTROL FACILITIES.** The Contractor shall maintain all constructed facilities and portable pollution control devices for the duration of the contract or for that length of time construction activities create the particular pollutant.

**3.10 TRAINING OF CONTRACTOR PERSONNEL IN POLLUTION CONTROL.** The Contractor shall train his personnel in all phases of environmental protection. The training shall include methods of detecting and avoiding pollution, familiarization with pollution standards, both statutory and contractual, and installation and care of facilities (vegetative covers, and instruments required for monitoring purposes) to ensure adequate and continuous environmental pollution control.

**3.11 DREDGING.**

3.11.1 The Contractor shall comply with the following requirements to prevent degradation of the human environment:

3.11.2 The Contractor shall comply with all Federal, State and local laws, rules and regulations governing the disposal of materials and wastes in navigable waters including approval of the appropriate State Water Quality Board for the discharge of any materials and wastes in the navigable waters within its jurisdiction, and including the provisions of 33 USC 1342.

3.11.3 The Contractor shall provide and operate sanitation facilities that will adequately treat or dispose of sanitary wastes to conform with all Federal, State and local health regulations.

3.11.4 The Contractor shall comply with all Federal, State and local rules and regulations governing the control of air pollutants including those governing the burning of debris or wastes.

3.11.5 The Contractor shall perform his construction and dredging operations in a manner that will reduce turbidity to the lowest practicable level using the normal accepted dredging practices. Spillway discharges shall be controlled to confine material within the areas indicated on the drawings and in the specifications.

3.11.6 The Contractor shall take precautions in the handling or storage of hazardous materials to prevent discharges or spillages that would result in degradation of the water quality.

3.11.7 When depositing material in confined areas, the Contractor shall conduct his operations so as to reduce conditions conducive to the breeding of mosquitoes, flies and other disease-bearing insects and pests and to prevent or control the release of obnoxious odors and

gases deleterious to human life and property including treatment of such gases as directed by the Contracting Officer.

3.11.8 The Contractor shall exercise precautions to prevent dredged material and dredge effluent from flowing into areas or waterways and ditches not designated for the deposit of dredged material or the flow of effluent runoff as required by SECTION: DREDGING, Paragraph: Placement OF EXCAVATED MATERIAL.

3.11.9 Protection of Air Resources. The Contractor shall keep construction activities under surveillance, management and control to minimize pollution of air resources. All activities, equipment, processes, and work operated or performed by the Contractor in accomplishing the specified construction shall be in strict accordance with the State of Texas Clean Air Act implemented in 1967, and all Federal emission and performance laws and standards. Ambient Air Quality Standards set by the Environmental Protection Agency shall be maintained for those construction operations and activities specified in this section. Special management techniques as set out below shall be implemented to control air pollution by the construction activities which are included in the contract.

3.11.10 Particulates. Dust particles, aerosols, and gaseous byproducts from all construction activities, processing and preparation of materials, such as from asphaltic batch plants, shall be controlled at all times, including weekends, holidays and hours when work is not in progress.

3.11.11 Particulates Control. The Contractor shall maintain all excavations, stockpiles, haul roads, permanent and temporary access roads, plant sites, disposal areas, borrow areas, and all other work areas within or outside the project boundaries free from particulates which would cause the air pollution standards mentioned in Subparagraph: Protection of Air Resources, above, to be exceeded or which would cause a hazard or a nuisance. Sprinkling, chemical treatment of an approved type, light bituminous treatment, baghouse, scrubbers, electrostatic precipitators or other methods will be permitted to control particulates in the work area. Sprinkling, to be efficient, must be repeated at such intervals as to keep the disturbed area damp at all times. The Contractor must have sufficient competent equipment available to accomplish this task. Particulate control shall be performed as the work proceeds and whenever a particulate nuisance or hazard occurs. No separate payment or direct payment will be made for the cost of the work covered under Particulates Control and such work will be considered as a subsidiary obligation of the Contractor.

**3.12. DREDGED SPILL CONTINGENCY PLAN FOR CONFINED PLACEMENT AREAS.**

3.12.1 The Contractor will provide and maintain an effective dredge spill contingency plan that includes the following as a minimum:

3.12.2 The Contractor will be required to have 24-hour a day monitoring of each disposal area during disposal operations. The personnel monitoring the levees will be in radio contact with the dredge. The number and qualifications of personnel to be used for this purpose should be included in the plan.

3.12.3 The Contractor will be required to identify and have available the names and phone numbers of companies having portable hydraulic dredges or vacuum pumps ready to clean up any dredge material discharged from the disposal areas.

3.12.4 The Contractor will be required to identify and have available the names and phone numbers of companies having silt curtains which can contain any dredged material discharged from the disposal area.

3.12.5 The Contractor's Dredge Spill Contingency Plan will include the following procedures to be followed in the event of a spill:

3.12.6 The dredge will cease operations in the disposal area.

3.12.7 The Contractor will immediately notify the Contracting Officer who in turn will notify the U.S. Fish and Wildlife Service, the Texas Parks and Wildlife, and General Land Office.

3.12.8 The Contractor will submit a specific clean-up plan to the Contracting Officer for approval. No clean-up actions will commence until the plan has been approved by the Contracting Officer. The clean-up of misplaced material will be at the Contractor's expense.

3.12.9 The Contractor will be required to submit the Dredged Spill Contingency Plan to the Contracting Officer for approval.

- - o O o -

INVITATION NO. DACW64-95-B-0010

## SECTION TABLE OF CONTENTS

## SECTION 01580 - PROJECT IDENTIFICATION AND SIGNS


| PARAGRAPH | PARAGRAPH TITLE | PAGE |
|---|---|---|
| **PART I** | **GENERAL** | |
| 1.1 | Payment | 01580-1 |
| **PART II** | **PRODUCTS** | |
| 2.1 | Bulletin Board | 01580-1 |
| **PART III** | **EXECUTION** | |
| 3.1 | General | 01580-2 |

## SECTION 01580 - BULLETIN BOARD AND PROJECT SIGNS

### PART 1 - GENERAL

**1.1 PAYMENT.** No separate payment will be made for the work covered in this Section and all costs in connection therewith shall be considered a subsidiary obligation of the Contractor.

### PART 2 - PRODUCTS

**2.1 BULLETIN BOARD.**

2.1.1 General. Unless the Contractor has a prominent place protected from the weather, readily accessible for viewing by employees of Contractor and subcontractors and to applicants for employment, suitable for the posting of the information required herein, the Contractor shall furnish, install and maintain, for the duration of this contract, a weather-tight bulletin board approximately three feet high by five feet wide having not less than two hinged or sliding glazed doors with provisions for locking. The bulletin board shall be mounted where and as approved by the Contracting Officer, in a prominent place accessible to employees of Contractor and subcontractors, and to applicants for employment. The bulletin board shall remain the property of the Contractor and shall be removed by him upon completion of the contract work.

2.1.2 The following information, which will be furnished by the Government to the Contractor (except safety posters), shall be posted in the prominent place as described or on the Bulletin Board and shall be maintained by the Contractor in an easily readable condition at all times for the duration of the contract:

(1) The Equal Employment Opportunity Poster.

(2) The Wage Rate Information Poster (Form SOL-155).

(3) The "Notice to Employees" Poster, (Department of Labor WH Publication 1321).

(4) The schedule of minimum wage rates for the contract as required by the Contract Clause entitled DAVIS-BACON ACT (1984 APR) (40 U.S.C. 276a to a-7).

(5) Safety Posters.

(6) The "Handicapped?" You Have Job Rights!" Poster (ESA Publication 1406).

## PART 3 - EXECUTION

**3.1 GENERAL.** Immediately upon beginning of work under this contract, the Contractor shall accomplish the work covered under this Section of the specifications. Locations of the Bulletin Board shall be as determined by the Contracting Officer.

- - o O o - -

## SECTION TABLE OF CONTENTS

## SECTION 02110 - CLEARING AND REMOVAL OF DEBRIS


| PARAGRAPH | PARAGRAPH TITLE | PAGE |
|---|---|---|
| PART I | GENERAL | |
| 1.1 | Scope | 02110-1 |
| 1.2 | Measurement | 02110-1 |
| 1.3 | Payment | 02110-1 |
| PART II | PRODUCTS (Not Applicable) | |
| PART III | EXECUTION | |
| 3.1 | Clearing and Removal of Debris | 02110-1 |
| 3.2 | Disposal | 02110-2 |

## SECTION 02110 - CLEARING AND REMOVAL OF DEBRIS

### PART 1 - GENERAL

**1.1 SCOPE.** The work covered by this Section consists of furnishing all plant, labor, and equipment necessary to perform the clearing and removal of all debris from the levee foundation areas, channel excavation areas, and from the borrow areas as shown on the drawings. The work shall include the satisfactory disposal of all cleared and removed materials.

**1.2 MEASUREMENT.** Clearing and the removal and disposal of all cleared materials will not be measured for payment purposes.

**1.3 PAYMENT** for the work covered under this Section and all costs in connection therewith shall be included in the contract lump sum price for "Levees, Alexander Island."

### PART 2 - PRODUCTS (Not Applicable)

### PART 3 - EXECUTION

**3.1 CLEARING AND REMOVAL OF DEBRIS.** All debris consisting of piling, timbers, logs, pipes, concrete rubble, stumps, driftwood, and other objectionable materials shall be cleared from all structural excavation, embankment foundation, channel excavation, and borrow excavation areas. Clearing and removal of debris shall be completed at least 100 feet in advance of excavation and levee construction.

**3.2 DISPOSAL.** All foreign materials such as driftwood, old piles, pipe, concrete rubble, timber, trash, and other debris shall be disposed in areas approved by the Contracting Officer within the interior of the disposal area, at a minimum distance of 70 feet from the toe of existing or new levees. Areas approved for disposal shall be located such that the disposed materials do not restrict drainage of water to the spillbox during or after dredging. All materials which will tend to float during ponding shall be buried and covered with a minimum of 18 inches of soil. Side ditch borrow areas shall not be used as disposal areas for cleared materials.

**3.3 CONTRACT QUALITY CONTROL.** The contractor shall perform and record inspections for compliance with the contract requirements including, but not limited to, proper limits of clearing, locations of disposal of materials and burial of materials tending to float. A copy of the records of inspections and instructions, as well as the records of corrective action taken, shall be furnished the Government as directed by the Contracting Officer.

--oOo--

## SECTION TABLE OF CONTENTS

## SITE WORK

## SECTION 02200 - EMBANKMENT CONSTRUCTION


| PARAGRAPH | PARAGRAPH TITLE | PAGE |
|---|---|---|
| **PART I** | **GENERAL** | |
| 1.1 | Scope | 02200-1 |
| 1.2 | References | 02200-1 |
| 1.3 | Protection of Existing Service Lines and Utility Structures | 02200-1 |
| 1.4 | Measurement | 02200-1 |
| 1.5 | Payment | 02200-2 |
| **PART II** | **PRODUCTS *(NOT APPLICABLE)*** | |
| 2.1 | Satisfactory Materials | 02200-2 |
| 2.2 | Unsatisfactory Materials | 02200-2 |
| **PART III** | **EXECUTION** | |
| 3.1 | Drainage | 02200-2 |
| 3.2 | Foundation Preparation | 02200-2 |
| 3.3 | Embankment Construction | 02200-2 |
| 3.4 | Grade Tolerances and Shrinkage Allowances for Embankments | 02200-3 |
| 3.5 | Contractor Quality Control | 02200-3 |
| 3.6 | Retaining Levees | 02200-3 |

## SECTION 02200 - EMBANKMENT CONSTRUCTION

### PART 1 - GENERAL

**1.1 SCOPE.** The work covered by this Section consists of furnishing all plant, labor, and equipment and performing all operations in connection with maintenance and of levees as indicated on the drawings.

**1.2 REFERENCES.** The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by basic designation only.

Military Standard (MIL-STD).

| | |
|---|---|
| MIL-STD-619B | Unified Soil Classification System for Roads, Airfields, Embankments, and Foundations. |

Engineering Manual (EM).

| | |
|---|---|
| EM 1110-2-1906<br>Nov 70<br>Reprint w/Chgs<br>1&2, 20 Aug 86 | Laboratory Soils Testing. |

**1.3 PROTECTION OF EXISTING SERVICE LINES AND UTILITY STRUCTURES.** Existing utility lines that are shown on the drawings or the locations of which are made known to the Contractor prior to excavation and that are to be retained, as well as utility lines constructed during excavation operations, shall be protected from damage during excavation and backfilling and if damaged, shall be repaired by and at the expense of the Contractor. In the event that the Contractor damages any existing utility lines that are not shown, or the locations of which are not known to the Contractor, report of such damage shall be made immediately to the Contracting Officer. If it is determined that repairs shall be made by the Contractor, such repairs will be ordered under the CONTRACT CLAUSE entitled CHANGES.

**1.4 MEASUREMENT.** Levee embankment materials and required fill materials specified in this Section will not be measured for payment.

## 1.5 PAYMENT.

1.5.1 Uncompacted Fill Levee Construction. All costs associated with the construction of uncompacted fill levees shall be included in the contract unit price for Bid Item No. 3 "Levees Alexander Island."

# PART 2 - PRODUCTS

**2.1 SATISFACTORY MATERIALS** for construction of the embankments shall include sands, silt, and clays, or mixtures thereof, including materials classified in MIL-STD 619B as CH, CL, ML, MH, SP, SM, SC and CL-ML. The materials shall be free of roots, brush or other debris or organic material.

**2.2 UNSATISFACTORY MATERIALS.** Materials containing roots, brush, sod or other perishable materials, and debris will be considered unsatisfactory materials for all fill construction. Organic soils classified as OL, OH and PT are also considered unsatisfactory for all fill construction. Unsatisfactory materials shall be disposed of in abandoned portions of the borrow areas.

# PART 3 - EXECUTION

**3.1 DRAINAGE.** All foundation areas for and all partially completed fill shall be kept continuously drained. Prior to placement of fill, the areas must be completely drained of any standing water and allowed to dry such that the surface will allow the operation of equipment thereon. Once drainage of the disposal areas and sufficient drying of the foundation surfaces has been accomplished, additional excavation, and levee construction can proceed.

**3.2 FOUNDATION PREPARATION.** No embankment foundation preparation other than specified stripping will be required for levee construction. No preparation is required for training levees.

## 3.3 EMBANKMENT CONSTRUCTION.

3.3.2 Uncompacted Fill. Satisfactory material obtained from excavation of the interior side ditch borrow areas shown on the drawings shall be used for levee construction. Material shall be excavated using draglines, dozers or other suitable equipment and carried, pushed or otherwise transported to the levee site and placed in layers not exceeding 2 feet in thickness. The layers so placed shall be spread, distributed, and otherwise manipulated during placement to the extent that voids in the fill will be eliminated. After placement of sufficient material, shaping of the levee surface may be accomplished using a crawler-type tractor or dragline bucket.

**3.4 GRADE TOLERANCES AND SHRINKAGE ALLOWANCES FOR EMBANKMENTS.** Except as otherwise specified herein, all levees shall be constructed to the net grades and cross sections shown on the drawings, without the addition of allowance for shrinkage of the fill. At all points an allowance of 5/10 of 1 foot above the prescribed grade will be permitted in the final dressing, provided that there are no abrupt humps or depressions in the sloped surfaces or bulges in the width of the crown.

**3.5 CONTRACTOR QUALITY CONTROL.**

3.5.1 General. The Contractor shall inspect for compliance with the contract requirements and record the inspection of all operations including, but not limited to, the following:

(1) Materials - Satisfactory materials free of grass, brush, humus and other organics.

(2) Foundation Preparation - Drainage of water.

(3) Levee Construction - Proper lines and grades.

(4) Levee Maintenance - All levees maintained in a condition such that no loss of material occurs in the area. Failures, slides, significantly eroded areas, other levee locations determined as inadequate are repaired immediately.

3.5.2 A copy of the records of inspections and tests, as well as the records of corrective action taken, shall be furnished the Government as directed by the Contracting Officer.

**3.6 RETAINING LEVEES.**

3.6.1 General. When the material is deposited in confined areas, all embankments or bulkheads needed for confining or grading the material, with necessary waste weirs, shall be designed, constructed and maintained by the Contractor until completion and final acceptance of the work under the contract and the cost thereof shall be included in the contract unit price for Dredging. Levees shall be built to the varying elevations as shown on the drawings. The crown width shall be a minimum of 10 feet. The levees shall be constructed with side slopes no steeper than one vertical to three feet horizontal. Material for construction of levees shall be obtained from side ditch borrow excavation. When borrowing material adjacent to the levee, a minimum berm of 50 feet shall be provided between the toe of the levee and borrow area. All borrow areas and areas to receive fill shall be stripped of vegetation in order to insure proper bonding of material. The borrow areas shall have minimum side slopes of one vertical to three horizontal. The depth of the borrow shall not be greater than 3 feet below the adjacent ground. It is the intent of these specifications to construct the levees utilizing borrow materials at their natural moisture content. However, if in the Contracting Officer's opinion, the material becomes excessively wetted or dried, the Contractor shall take whatever steps necessary to dry or wet the

material before continuing with the construction of the levees. All levee and spillway work required for a disposal area shall be completed and accepted prior to any disposal operations in the area. All confined areas shall be maintained in operational condition until completion and acceptance of all work under the contract. All costs in connection with the maintaining of the levees once construction has been completed and accepted shall be included in the contract price for Dredging.

3.6.2 Side Ditch Borrow Excavation. The side ditch borrow areas located in Alexander Island shall be excavated to obtain required fill materials. Excavation below a depth of 3 feet or within 50 feet of the levee toe will not be permitted. The side ditch borrow excavation shall be extended to the interior of the disposal area as necessary to obtain required cast fill for levee maintenance for Alexander Island. Stripping of the existing levees, foundation areas and borrow areas and the disposal of stripped materials will not be measured for payment.

3.6.3 Slides. In the event of the sliding or erosion of any part of the levee during its construction, or after its completion but prior to its acceptance, the Contractor shall, upon written order of the Contracting Officer, rebuild that portion of the levee. In case the slide is caused through fault of the Contractor, the foregoing operations shall be performed without cost to the Government. In case the slide is due to no fault of the Contractor, the yardage replaced will be paid for under modification, in addition to any payment due the Contractor for materials previously placed. Where settlement of the embankment due to weak foundation conditions develops to such an extent as to make inadvisable, in the opinion of the Contracting Officer, to continue the placement of additional materials, the Contracting Officer will have the right to omit further work on such portions of the embankment, and to accept it as completed.

3.6.4 Stripping. Payment for stripping and all cost in connection therewith shall be included in the contract price for ***"Levees, Alexander Island."***

--oOo--

INVITATION NO. DACW64-95-B-0010

## SECTION TABLE OF CONTENTS

## SECTION 02482 - DREDGING


| PARAGRAPH | PARAGRAPH TITLE | PAGE |
|---|---|---|
| PART I | GENERAL | |
| 1.1 | Description of Work | 02482-1 |
| 1.2 | Location | 02482-2 |
| 1.3 | Obstruction of Channel | 02482-2 |
| 1.4 | Temporary Removal of Aids to Navigation | 02482-2 |
| 1.5 | Notification Prior to Commencement of Dredging Operations | 02482-2 |
| 1.6 | Utilities Across the Limits of Dredging | 02482-2 |
| 1.7 | Work Covered by Contract Price | 02482-5 |
| 1.8 | Character of Materials | 02482-6 |
| PART II | PRODUCTS | |
| 2.1 | Bridge-to-Bridge Radio Telephone Equipment | 02482-6 |
| PART III | EXECUTION | |
| 3.1 | Estimated Quantities | 02482-6 |
| 3.2 | Sections | 02482-7 |
| 3.3 | Order of Work | 02482-7 |
| 3.4 | Placement of Excavated Material | 02482-8 |
| 3.5 | Overdepth, Side and End Slopes | 02482-14 |
| 3.6 | Measurement and Payment | 02482-15 |
| 3.7 | Houston-Galveston Vessel Traffic Service Area | 02482-16 |

INVITATION NO. DACW64-95-B-0010

## SECTION 02482 - DREDGING

### PART I - GENERAL

### 1.1 DESCRIPTION OF WORK

1.1.1 Work to be Done. The Work consists of furnishing all plant, labor, materials and equipment and performing all work required by these specifications and the schedules and drawings forming parts thereof for dredging the Houston Ship Channel, Morgan Point to Carpenters Bayou as follows:

| Required Depth Below MLT (Feet) | Required Width (Feet) | From Station | To Station | Distance Between Stations (Feet) |
|---|---|---|---|---|
| 44 | 400 | 8+00 | 41+00 | 3,300 |
| 44 | 400 | 70+00 | 105+00 | 3,500 |
| 44 | 400 | 124+00 | 143+00 | 1,900 |
| 42 | 400 | 143+00 | 147+00 | 400 |
| 44 | 400 | 147+00 | 173+39.46 | 2,639.46 |
| 44 | 400 | 207+00 | 209+00 | 200 |
| 44 | 400 - 525 | 209+00 | 210+00 | 100 |
| 44 | 525 | 210+00 | 235+00 | 2,500 |
| 44 | 525 - 400 | 235+00 | 236+00 | 100 |
| 44 | 400 | 236+00 | 237+00 | 100 |
| 40 | 400 | 237+00 | 249+00 | 1,200 |
| 44 | 400 | 249+00 | 260+00 | 1,100 |
| 42 | 400 | 260+00 | 556+00** | 28,948.72 |
| | | | Total | 45,988.18 |

Equations:
*Station 0+144.24 (Back) = Station 0+00 (Forward)
**Station 505+44.29 (Back) = Station 512+00 (Forward)

1.1.2 The varying bottom width(s) and lengths to be dredged are shown on the drawings referred to in SPECIAL CLAUSE entitled CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS. The Contractor shall remove sufficient material to provide the limiting side and end slopes described in Paragraph: OVERDEPTH, SIDE AND END SLOPES, below.

**1.2 LOCATION.** Houston Ship Channel between Morgan Point and Carpenters Bayou in Chambers and Harris Counties, Texas.

**1.3 OBSTRUCTION OF CHANNEL.** The Government will not undertake to keep the channel free from vessels or other obstructions, except to the extent of such regulations, if any, as may be prescribed by the Secretary of the Army, in accordance with the provisions of Section 7 of the River and Harbor Act approved 8 August 1917. The Contractor will be required to conduct the work in such manner as to obstruct navigation as little as possible, and in case the Contractor's plant so obstructs the channel as to make difficult or endanger the passage of vessels, said plant shall be promptly moved on the approach of any vessel to such an extent as may be necessary to afford a practicable passage. Upon the completion of the work, the Contractor shall promptly remove his plant, including ranges, buoys, piles and other marks placed by him under the contract.

**1.4 TEMPORARY REMOVAL OF AIDS TO NAVIGATION.** The temporary removal or changes in locations of channel markers may be required to facilitate dredging operations. The Contractor shall notify the Contracting Officer or his representative at least twenty-one (21) days prior to the date that the removal or change in location of any channel markers will be required in order for the U.S. Coast Guard to perform the work, and in order that navigation interests may be informed sufficiently in advance of the proposed removal or change in location.

**1.5 NOTIFICATION PRIOR TO COMMENCEMENT OF DREDGING OPERATIONS.** The Contractor shall notify the Area Engineer, Fort Point Area Office in writing, at least two (2) days prior to the commencement of dredging operations, the location or locations at which a dredge, or dredges, will be placed on the work. This information is required in addition to the progress charts and schedules provided for in the Construction Clause entitled SCHEDULE FOR CONSTRUCTION CONTRACTS (1984 APR).

**1.6 UTILITIES ACROSS THE LIMITS OF DREDGING.** The following bridge, tunnels, overhead lines and submerged lines cross the area to be dredged:

| Approximate Station | Description |
|---|---|
| 37+00 | **P/N=(12780)** Two pipelines, 1-6 inch and 1-8 inch; Continental Oil Company. El. of top of highest pipe 70 feet below mean low tide. |
| 39+50 | **P/N=(7952)** 345 KV Aerial transmission line, Houston Lighting and Power Company. El. 166.4 feet (min) above Mean Low Tide. |
| 40+45 | **P/N=(8132)** 138 KV Aerial transmission line, Houston Lighting and Power Company. El. 166.4 feet (min) above Mean Low Tide. |
| 41+00 - 44+00 | **P/N=(3105)** One, 30-inch pipeline and two, 8-inch pipelines, Tennessee Gas Transmission Company.<br>**P/N=(4441)** Two, 8-inch pipelines, Tenneco Oil Co.<br>El. of top of highest pipe: 50 feet below mean low tide. |
| 49+00 - 53+00 | **P/N=(5681 )** One, 8-inch pipeline and one, 6-inch pipeline, Magnolia Pipe Line Company.<br>**P/N=(8436)** Two, 12-inch pipelines, Big Three Independent Gas Company.<br>**P/N=(8437)** One, 10-inch pipeline and two, 8-inch pipelines, Exxon Company.<br>**P/N=(8394)** One, 10-inch pipeline, Seadrift Pipeline Corp.<br>El. of top of highest pipe: 55 feet below mean low tide. |
| 138+06.23 | P/N=( ) New Baytown Bridge |
| 145+70 | P/N=( ) Vehicular tunnel, Texas Highway Department. El. of top of tunnel: 50 feet below mean low tide. |
| 237+00 - 239+00 | **P/N=(4044)** Two, 30-inch pipelines and one, 10-inch pipeline, Exxon Company. El. of top of pipe: 50 feet below mean low tide. |
| 240+75 - 242+00 | **P/N=(102)** One, 10-inch pipeline, one, 8-inch pipeline and one, 3-inch pipeline, Exxon Company. El. of top of highest pipe: 45 feet below mean low tide. |
| 242+15 | **P/N=(HO 13-7)** 69 KV Aerial transmission line, Houston Lighting & Power Company. El. 194 feet (min) above mean low tide. |
| 244+85 | **P/N=(3677)** 69 KV Aerial transmission line Houston Lighting & Power Company. El. 180.4' above mean low tide. |

| Approximate Station | Description |
|---|---|
| 247+00 - 248+50 | **P/N=(2279)** Three, 12-inch pipelines, and three, 8-inch pipelines, Shell Pipeline Corporation.<br>**P/N=(2543)** One, 8-inch pipeline, Union Texas Petroleum Company.<br>El. of top of highest pipe, 55 feet below mean low tide. |
| 257+50 | **P/N=(14114(01))** Two, 8-inch pipelines, Amoco Pipeline Company. El. of top of highest pipe, 80 feet below mean low tide. |
| 298+75 - 301+00 | **P/N=(9267)** One, 16-inch and 9 bundles of multiple pipeline crossing, Exxon Company. El. of top of highest pipe, 55 feet below mean low tide, 150 ft wide trench. |
| 306+00 | **P/N=(13492)** Two, 8-inch pipelines, Cayuse Pipeline Inc. El. of top of highest pipe, 67 feet below mean low tide. |
| 306+02 | **P/N=(16208(03))** One 6-inch pipeline, One 8-inch pipeline, one 12-inch pipeline, Enterprise Products Company. El. of top of highest pipe, 60 feet below mean low tide. |
| 306+38.09 | **P/N=(10713)** One, 12-inch pipeline, Houston Lighting & Power Company.<br>**P/N=(10718)** Two, 8-inch pipelines and two, 6-inch pipelines, ARCO Pipeline Company.<br>El. of top of highest pipe, 63 feet below mean low tide. |
| 384+50 - 385+50 | **P/N= (1766)** One, 16-inch pipeline, and One, 20-inch pipeline United Gas Pipeline Company. El. of top of highest pipe, 50 feet below mean low tide. |
| 391+50 - 393+00 | **P/N=(990 & 1031)** Two, 16-inch pipelines, Texas Eastern Transmission Corporation. El. of top of highest pipe, 47 feet below mean low tide. |
| 393+00 | **P/N=(WA 1-4)** One, ten-inch pipe and two, 8-inch pipelines, Texas Eastern Transmission Corporation. El of top of highest pipe, 50 feet below mean low tide. |
| 394+00 | **P/N=(527)** Two, 10-inch pipelines, Diamond Alkali Company. El. of top of highest pipe, 47 feet below mean low tide. |

| Approximate Station | Description |
|---|---|
| 401+00 | **P/N=(3514)** Two, 30-inch pipelines, Texas Eastern Transmission Corporation. El. of top of highest pipe, 50 feet below mean low tide. |
| 454+45 - 454+95 | **P/N=(8271)** Three, 108-inch pipelines, Coastal Ind. Water Authority. El. of top of highest pipe, 61 feet below mean low tide. |
| 460+00 | **P/N=(8006)** Two, 10-inch pipelines, Gulf Refining Company. El. of top of highest pipe, 55 feet below mean low tide. |
| 460+50 - 462+30 | **P/N=(081 & 1634)** Two, 6-inch pipelines, Gulf Pipeline Company. El. of top of highest pipe, 47 feet below mean low tide. |
| 534+00 - 535+00 | P/N=( ) 138KV Aerial Transmission line, Houston Lighting and Power Company. Min. Elev., 165 feet above mean low tide. |

EVERY EFFORT HAS BEEN MADE TO GIVE ALL PERTINENT DETAILS ON THE LOCATION OF THE PIPELINES. THE DATA FURNISHED ON THE PLANS ARE BELIEVED TO BE SUBSTANTIALLY CORRECT. HOWEVER, THE EXACT LOCATIONS MAY VARY FROM THAT SHOWN ON THE DRAWINGS: THEREFORE THE CONTRACTOR SHALL COOPERATE WITH THE RESPECTIVE OWNERS TO ESTABLISH THE ACTUAL POSITION OF THE PIPELINES. THE U.S. CORPS OF ENGINEERS PERMITS OF THE RESPECTIVE PIPELINES AND PREVIOUS SURVEYS ARE AVAILABLE IN THE AREA OFFICE.

THE FOLLOWING IS FURNISHED FOR INFORMATION ON VERIFYING PIPELINE OWNERSHIPS:

(a) Lone Star Notification Service (NOTE: Use on Houston Ship Channel Project Only)
(Texas-One-Call) 1-713-223-4567 or 1-800-669-8344.

(b) Texas Excavation Safety System
(Dig-Tess) 1-800-344-8377.

## 1.7 WORK COVERED BY CONTRACT PRICE.

1.7.1 The contract price per cubic yard for "Dredging" shall include the cost of removal and placement of all material as specified in Paragraphs: CHARACTER OF MATERIALS, and PLACEMENT OF EXCAVATED MATERIAL, below.

1.7.2. The contract price for "Mobilization and Demobilization" shall include all costs in connection with the mobilization and demobilization of all plant necessary to perform the work under the various bid items. The contract price shall include all transportation and other costs incidental to delivery of the plant and other equipment to the general work area in condition ready for operation and, after the completion of all work, for the removal of the plant and the equipment from the work sites.

1.7.3. The contract price for ***Bid Item No. 4.,*** "Pipelines" shall include all costs for the laying, removing and the handling of shore ***and submerged*** pipelines to and at the placement areas, and for the procurement of all materials and construction of ramps or installation of culvert pipes which may be necessary in connection with the laying of shore pipelines.

**1.8 CHARACTER OF MATERIALS.**

1.8.1 The material to be removed to restore the depths within the limits specified in Paragraph: DESCRIPTION OF WORK, above, is composed of shoals that have accumulated over a period of time, however, some virgin material may be encountered in the prescribed depth, allowable overdepth and/or side slope dredging. Bidders are expected to examine the site of the work and the records of previous dredging, which are available in the Fort Point Area Office, and after investigation decide for themselves the character of the materials.

1.8.3 Other materials such as scrap, rope, wire cable, snags, and stumps may be encountered in the specific limits and overdepth dredging, and no separate payment will be made for removal and placement of this debris.

## PART 2 - PRODUCTS

**2.1 BRIDGE-TO-BRIDGE RADIO TELEPHONE EQUIPMENT.** All dredge and self-propelled attendant floating plant shall be radiotelephone equipped to comply with the provisions of the Vessel Bridge-to-Bridge Radiotelephone Act (Public Law 92-63). This will require, as a minimum, the radiotelephone equipment capable of transmitting and receiving on 156.65 MHZ (Channel 13). Multichannel equipment will also require 156.8 MHZ (Channel 16). Dredge tugs and tenders will be considered towing vessels within the meaning of the Act.

## PART 3 - EXECUTION

**3.1 ESTIMATED QUANTITIES.**

3.1.1 The total estimated quantity of material necessary to be removed from the required dredging prism, exclusive of allowable overdepth, to complete the work described in Paragraph: DESCRIPTION OF WORK, above, is 1,087,000 cubic yards, place measurement, including (0%) anticipated shoaling occurring prior to the dates of the before dredging sections.

3.1.2 The maximum amount of allowable overdepth dredging is estimated to be ***290,000*** cubic yards, place measurement, including 0% anticipated shoaling occurring prior to the dates of the before dredging sections.