3.1.3 Within the limit of available funds, the Contractor will be required to excavate the entire quantity of material necessary to complete the work specified in Paragraph: DESCRIPTION OF WORK, above, be it more or less than the amounts above estimated. All work is to be done in accordance with the contract and at the contract price or prices, subject to the provisions of the SPECIAL CLAUSE entitled VARIATIONS IN ESTIMATED QUANTITIES - DREDGING.

**3.2 SECTIONS.** For purposes of acceptance, the dredging work under Item No. 2 of the Bidding Schedule is divided into Sections, as follows:

| Section No. | From Station | To Station | Length of Section in Feet | (1)Prescribed (2) Depth (Cubic Yards) | (2)Allowable Overdepth (Cubic Yards) | (2)Total Estimated (Cubic Yards) |
|---|---|---|---|---|---|---|
| 1 | 8+00 | 41+00 | 3,300 | 59,000 | 22,000 | 81,000 |
| 2 | 70+00 | 105+00 | 3,500 | 58,000 | 19,000 | 77,000 |
| 3 | 124+00 | 173+39.46 | 4,939.46 | 161,000 | 36,000 | 197,000 |
| 4 | 207+00 | 240+00 | 3,300 | 243,000 | 35,000 | 278,000 |
| 5 | 240+00 | 275+00 | 3,500 | 56,000 | 22,000 | 78,000 |
| 6 | 275+00 | 325+00 | 5,000 | 55,000 | 23,000 | 78,000 |
| 7 | 325+00 | 375+00 | 5,000 | 90,000 | 24,000 | 114,000 |
| 8 | 375+00 | 425+00 | 5,000 | 44,000 | 30,000 | 74,000 |
| 9 | 425+00 | 475+00 | 5,000 | 142,000 | 30,000 | 172,000 |
| 10 | 475+00 | 525+00 | 4,348.72 | 87,000 | 28,000 | 115,000 |
| 11 | 525+00 | 556+00** | 3,100 | 92,000 | 21,000 | 113,000 |
| | | TOTALS | 45,988.18 | 1,087,000 | 290,000 | 1,377,000 |

Equations:
*Station 0+144.24 (Back) = Station 0+00 (Forward)
**Station 505+44.29 (Back) = Station 512+00 (Forward)

(1) The term "prescribed depth" is synonymous with the terms "required depth" and "required dredging prism" used elsewhere in these specifications.
(2) Includes anticipated shoaling (0%).

**3.3 ORDER OF WORK.** The work shall be performed in the following order:

FIRST: Dredging Sections Nos. 9, 10 and 11 shall be dredged first and dredged material placed in accordance with the dredged material placement table. In addition, levee repair work on Alexander Island will also commence concurrently and be completed in accordance with these specifications.

SECOND: Dredging Sections Nos. 5 and 6 shall be dredged second and dredged material placed in accordance with the dredge material placement table.

LAST: The Contractor may dredge the remainder of the channel in this contract reach in what ever order he chooses. Dredged material however, must be placed in accordance with dredged material placement table.

### 3.4 PLACEMENT OF EXCAVATED MATERIAL

3.4.1 General. The Contractor shall inspect all proposed placement areas to insure that using the areas for placement operations will not place him in violation of any applicable Federal, State, or local statutes concerning fish and wildlife. Particular statutes which the Contractor should consider include, but are not limited to, the Federal Migratory Bird Treaty Act and the Endangered Species Act of 1973. The material excavated shall be transported and deposited in the placement areas shown on the contract drawings. Except as otherwise noted material will not be deposited or allowed to flow into project channels or into any bayou or stream tributary to the waterway, or into any existing drainage outlet ditch, canal, water intake, or outlet facilities, nor shall materials be allowed to flow onto any improved areas including highways and roads in or adjacent to the placement areas. In the event any stream, bayou drainage outlet, ditch, canal, water intake or outlet facility becomes shoaled as a result of the dredging or placement operations, the Contractor shall promptly remove these shoals and the material shall be placed in the placement areas. Dragging or washing operations to remove the shoals will not be permitted. All holes dug on the banks for deadmen or anchorage shall be filled. The Contractor shall adequately inspect his placement operations in the placement area daily to reduce the possibility of accidental breaching of levees and spillway with resulting spillage of dredged materials outside the area. Should levee failures occur while materials are being pumped into the placement areas, dredging operations shall be stopped immediately, and the deposit of material in the area shall not be resumed until the confining structures have been restored to a condition considered satisfactory by the Contracting Officer. Materials shall be deposited in such a manner that no water will be impounded and that natural drainage shall not be obstructed. Once placement operations are completed in a confined area for which the placement area is being used, the boards on the spillway of that placement area shall be removed at a proper rate to allow drainage of the area. Every effort has been made to give all pertinent details on the location of utility pipelines, structures and other facilities which may be encountered in performing the levee and spillway work. The data furnished on the contract drawings are substantially correct. However, the Contractor shall investigate existing conditions and satisfy himself as to the existence of any additional construction which may interfere with the work under these specifications. In confined areas all levee and spillway work required shall be completed and accepted prior to any placement operations in that area. All confined areas shall be maintained in operational condition until completion and acceptance of all work under the contract. SPECIAL CLAUSE entitled DAMAGE TO WORK is only applicable to damage of levees and other non-dredging items.

3.4.2 Placement Areas.

3.4.2.1 The following placement areas shall be used to deposit dredge material: Spilman Island, Alexander Island, Peggy Lake and Lost Lake.

3.4.2.2 Spilman Island Placement Area - Levees for the entire placement area shall be repaired and maintained by the contractor until completion and final acceptance of the contract. The levee elevations, crown widths, and side slopes shall be maintained as shown on the drawings. All costs thereof shall be included in Bid Item No. 2, Dredging.

3.4.2.3 Alexander Island Placement Area - Levee repair construction shall be made in accordance with specifications on Section 02200 of the this contract. Levees for the entire placement area shall be repaired and maintained by the contractor until completion and final acceptance of the contract. The levee elevations, crown widths, and side slopes shall be maintained as shown on the drawings. All costs thereof shall be included in lump sum price of Bid Item No. 3, Levees, Alexander Island. No work (personnel or equipment) will be allowed on the normal pipeline route during rookery season (15 February through 31 August) since it is located in the rookery area. Pipeline routes will have to be routed outside the boundaries of the buffer zones during rookery season. Triple handling of the borrow ditch material will be necessary as well as two (2) to three (3) passes to reach the required template.

3.4.2.4 Peggy Lake Placement Area - Levees for the entire placement area shall be repaired and maintained by the contractor until completion and final acceptance of the contract. The levee elevations, crown widths, and side slopes shall be maintained as shown on the drawings. All costs thereof shall be included in Bid Item No. 2, Dredging.

3.4.2.5 Lost Lake Placement Area - Levees for the entire placement area shall be repaired and maintained by the contractor until completion and final acceptance of the contract. The levee elevations, crown widths, and side slopes shall be maintained as shown on the drawings. All costs thereof shall be included in Bid Item No. 2, Dredging. Houston Lighting and Power Company (HL&P) will be repairing/replacing the power line support towers located both inside and outside the southeast perimeter levee of Lost Lake Placement Area. HL&P will be performing this work, as well as restringing the power lines, from on or about December 5, 1994 through the end of January 1995. The dredging contractor shall coordinate his activities with HL&P to minimize any disruption to HL&P's activities. HL&P will construct a small cofferdam around the towers located inside the perimeter levee; however, the dredging contractor will be required to place his dredge pipeline entry into the placement area west of HL&P's most westerly tower sufficiently far that ponding of water does not inundate the HL&P work. Earthen ramping of the dredge pipeline may be required to allow HL&P heavy equipment access over the pipeline. The dredging contractor shall coordinate his activities with Lee Stoerner (713)623-3917, pager (713) 687-1367 or Dennis Klare (713) 623-3916, pager (713) 684-3683 of HL&P.

3.4.2.4 The following Table of Placement Area Usage-(Dredge Material Deposition) will be used by the contractor in conducting dredge material deposition. All private permit work will be coordinated with the contracting officer for approval five (5) days prior to use of the placement areas listed below.

| Placement Area | From Station | To Station | Variance in feet |
|---|---|---|---|
| Spilman Island | 8+00<br>70+00<br>124+00<br>207+00 | 41+00<br>105+00<br>173+39.46<br>240+00 | (± 200 feet) |
| Alexander Island | 240+00 | 325+00 | (± 200 feet) |
| Peggy Lake | 325+00 | 425+00 | (± 200 feet) |
| Lost Lake | 425+00 | 556+00 | (± 200 feet) |

3.4.3 <u>Pipelines</u>.

3.4.3.1 The dredge pipeline routes to the placement areas shall follow closely the locations shown on the contract drawings. Detail right-of-way drawings showing the location of the pipeline routes with respect to property lines are available for inspection at the ***Fort Point*** Area Office.

3.4.3.2 Every effort has been made to give all pertinent details on the locations of utility pipelines and other facilities which may be encountered in trenching or jacking operations. The data furnished on Sheets 2 through 5 of the contract drawings are substantially correct. However, the Contractor shall investigate existing conditions and satisfy himself as to the existence of any additional construction which may interfere with pipeline laying under these specifications.

3.4.3.3 If the Contractor elects to use a submerged section in the dredge discharge pipeline for crossing a navigable channel he may do so without the formality of obtaining a Department of the Army permit for work on structures in navigable waters. However, three (3) copies of detailed plans of the submerged section shall be submitted by the Contractor and shall be approved by the Contracting Officer prior to use of the submerged section. Such plans shall indicate clearly the width and depth of the navigation opening and the manner in which it is to be marked by day and by night for the safety of navigation. The minimum bottom width of the submerged section shall not be less than 200 feet wide for channels whose authorized width is greater than 200 feet. The minimum bottom width of the submerged section for channels whose authorized width is less than 200 feet shall be the width of the authorized Federal Channel. The highest point on the pipe or ball connection occurring across the bottom width of a submerged section shall not be higher than 44 feet below Mean Low Tide in the Houston Ship Channel. Lighted buoys, meeting the requirements of Coast Guard Regulations (33 C.F.R. 62.25), shall be provided by the Contractor to mark the navigation opening. A red buoy exhibiting a quick flashing red light shall be used to mark the right side of the opening and a black buoy exhibiting a quick flashing green light shall be used to mark the left side of the opening. The frequency

of the flashes shall be not less than 60 per minute. "Right side" and "left side" of the opening shall be in conformance with the lateral system of buoyage established by the U.S. Coast Guard. Requirements for the lighted buoys and description of the lateral system of buoyage will be found in Coast Guard publication CG 208 entitled "Aids to Navigation." Lights to be displayed on pipelines shall be in accordance with Coast Guard Regulations (33 CFR 80.23).

3.4.3.4 A submerged pipeline crossing at the confluence of the Old River portion of the San Jacinto River and the Houston Ship Channel will be necessary at the approximate location shown on the drawing. This submerged crossing is not just for navigation but to avoid interrupting or interfering with repair activities to an Aerial Transmission line by Houston Power & Lighting Company.

3.4.3.5 Deep water exists to the south and west of the channel template near the Baytown Tunnel and Spilman Island. The contractor shall be required to provide a submerged crossing that allows him to position his dredge on the same side of the channel as the severe shoals thereby relinquishing the existing deep water to ship traffic.

3.4.4 Unauthorized Placement of Material.

3.4.4.1 Any excavated material that is deposited elsewhere than in places designated or approved by the Contracting Officer will not be paid for, and the Contractor may be required to remove such misplaced excavated material and deposit it where directed at his expense.

3.4.4.2 During the progress of the work, the Contractor shall not deposit worn out discharge pipe, wire rope, scrap metal, timbers, or any other such type of rubbish or obstructive material in the placement areas, except as specified herein, or along the banks of the navigable waters. Such material, together with any scrap, rope, wire cable, piles, pipe, or any other obstructive material which may be encountered during the dredging operations, shall be disposed of by the Contractor at locations approved by the Contracting Officer.

3.4.5 Easements. Permits authorizing the laying of shore pipe, and for placement of dredged material in the placement areas, are on file and available for examination in the office of the Corps of Engineers, Department of the Army, at 2000 Fort Point Road, Jadwin Building, Galveston, Texas and the Fort Point Area Office. The instruments authorizing the laying of shore pipelines may contain certain restrictions relative to specific route, location and general use of the land. All such instruments form a part of these specifications and the Contractor shall strictly comply with the terms thereof.

3.4.6 Preservation of Public and Private Property.

3.4.6.1 All fences, roads, ditches, private or public grounds and other structures or improvements damaged as a result of the Contractor's operations under these specifications shall be repaired or rebuilt by the Contractor at his expense. The areas used by the Contractor in laying and maintaining his pipelines shall be restored to the same or as good a condition as

existed prior to commencement of the work. Upon completion of the work, the ends of all culverts shall be fully closed with wooden bulkheads and all trenches and bank cuts shall be backfilled to original ground level.

3.4.6.2 The Contractor shall preserve and protect all existing informational and directional signs, camp facilities, water wells and tanks, station markers, mile markers and mooring piles which have been established along either bank of the waterway within the reaches of the dredging operations covered by these specifications. The Contractor will be liable for and will be required to replace or restore at his own expense all signs, camp facilities, water wells and tanks, markers and mooring piles damaged or destroyed as a result of dredging operations under these specifications.

3.4.7 Alternate Placement Areas Proposed by Contractor With Bid.

3.4.7.1 If placement areas other than those provided under these plans and specifications are proposed, the Contractor shall furnish, with his bid, written permission of the owners for the use of the substitute placement areas and written permission of the owners of the properties involved in obtaining access to the substitute placement areas. The Contractor shall coordinate the use of the substitute placement areas with Federal, State and local fish and wildlife, conservation and pollution control agencies and he shall submit, with his bid, the written approval of these agencies for the use of the substitute placement areas. Substitute placement areas proposed for use under these specifications shall be coordinated with the following agencies:

Environmental Protection Agency
Region VI
1445 Ross Ave.
Dallas, Texas 75202-2733

U.S. Fish and Wildlife Service
Regional Director
P.O. Box 1306
Albuquerque, New Mexico 87103

National Marine Fisheries Service
Regional Director
Southeast Region
9450 Koger Blvd.
St. Petersburg, Florida 33702

Texas Water Commission
ATTN: Water Quality Division
P.O. Box 13087
Capitol Station
Austin, Texas 78711

Texas Parks and Wildlife Department
4200 Smith School Road
Austin, Texas 78744
ATTN: Susan Reiff

Deputy Commissioner for Land Management
General Land Office
1700 North Congress Avenue
Austin, Texas 78701

General Land Office
Land Management Division
Dredging Coordinator
1700 North Congress Ave.
Austin, Texas 78701

Texas Historical Commission
P.O. Box 12276
Austin, Texas 78711

3.4.7.2 The award of a contract will be subject to the acceptance of the proposed Contractor furnished placement areas by the Contracting Officer and unless the foregoing required data are furnished with the bid at the time of bid opening, the bid for the use of the proposed substitute placement areas will be considered non-responsive.

3.4.8 Alternate Placement Areas Proposed by Contractor After Award of Contract. If, after award of the contract, a placement area other than that stipulated in these specifications is proposed, its acceptance will be subject to the approval of the Contracting Officer. The Contractor shall obtain the written consent of the owners of the substituted grounds and furnish evidence thereof to the Contracting Officer before proceeding with the work. All expenses incurred in connection with providing and making available such placement area shall be borne by the Contractor, and all materials deposited thereon, and all operations in connection therewith shall be at the Contractor's risk.

3.4.9 Dredging Ranges. It is the intent of the Government not to use the existing dredging range lights. However, if the contractor elects to use the lights it will be his responsibility to perform all necessary repairs to lighting system on the existing edge of cut dredge range towers. Maintenance of the lighting system, if necessary for nighttime dredging during the contract period, will also be the responsibility of the contractor. All costs in connection with the repairs and maintenance of the dredging range lights shall be included in the respective contract price for "Dredging."

## 3.5 OVERDEPTH, SIDE AND END SLOPES.

3.5.1 Overdepth. To cover inaccuracies of the dredging process, material actually removed from within the specific area to be dredged to a depth of not more than the overdepths described in Table 3.5.4 will be estimated and paid for at contract price or prices.

3.5.2 Side and End Slopes The Contracting Officer will prescribe the overcuts to be made to prevent the encroachment of material from the sides of the dredged cut, and material actually removed on his order from the prescribed overcuts, whether dredged in original position, or after having fallen into the cut, will be estimated and paid for.

3.5.3 Excessive Dredging. Material taken from beyond the limits as extended in Subparagraphs: Overdepth and Side and End Slopes, above, will be deducted from the total amount dredged as excessive overdepth dredging or excessive side or end slope dredging, for which payment will not be made. Nothing herein shall be construed to prevent payment for the removal of shoals performed in accordance with the applicable provisions of either SPECIAL CLAUSE entitled FINAL EXAMINATION AND ACCEPTANCE or SPECIAL CLAUSE entitled SHOALING.

3.5.4 Table of Allowable Overdepths, Side and End Slopes.

| From Station | To Station | Allowable Overdepth (Feet Below Required Depth) | Final: Side Slope Grade Vert-tical | Final: Side Slope Grade Hori-zontal | Final: End Slope Grade Vert-tical | Final: End Slope Grade Hori-zontal | Above Plane (Feet Below MLT) |
|---|---|---|---|---|---|---|---|
| 8+00 | ---- | ---- | ---- | ---- | 1 | 2.5 | 44 |
| 8+00 | 41+00 | 1 | 1 | 2.5 | ---- | ---- | 44 |
| 41+00 | ---- | ---- | ---- | ---- | ---- | ---- | 44 |
| 41+00 | ---- | ---- | ---- | ---- | ---- | ---- | 40 |
| 41+00 | 53+00 | 1 | 1 | 2.5 | ---- | ---- | 40 |
| 53+00 | ---- | ---- | ---- | ---- | 1 | 2.5 | 40 |
| 53+00 | ---- | ---- | ---- | ---- | 1 | 2.5 | 44 |
| 53+00 | 143+00 | 1 | 1 | 2.5 | ---- | ---- | 44 |
| 143+00 | ---- | ---- | ---- | ---- | 1 | 2.5 | 44 |
| 143+00 | ---- | ---- | ---- | ---- | 1 | 2.5 | 42 |
| 143+00 | 147+00 | 1 | 1 | 2.5 | ---- | ---- | 42 |
| 147+00 | ---- | ---- | ---- | ---- | 1 | 2.5 | 42 |

3.5.4 Table of Allowable Overdepths, Side and End Slopes. (cont'd)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 147+00 | ---- | ----- | ---- | ---- | 1 | 2.5 | 44 |
| 147+00 | 237+00 | 1 | 1 | 2.5 | ---- | ---- | 44 |
| 237+00 | ---- | ----- | ---- | ---- | 1 | 2.5 | 44 |
| 237+00 | ---- | ----- | ---- | ---- | 1 | 2.5 | 40 |
| 237+00 | 249+00 | 1 | 1 | 2.5 | ---- | ---- | 40 |
| 249+00 | ---- | ---- | ---- | ---- | 1 | 2.5 | 40 |
| 249+00 | ---- | ---- | ---- | ---- | 1 | 2.5 | 44 |
| 249+00 | 260+00 | 1 | 1 | 2.5 | ---- | ---- | 44 |
| 260+00 | ---- | ---- | ---- | ---- | 1 | 2.5 | 44 |
| 260+00 | ---- | ---- | ---- | ---- | 1 | 2.5 | 42 |
| 260+00 | 556+00 | 1 | 1 | 2.5 | ---- | ---- | 42 |
| 556+00 | ---- | ---- | ---- | ---- | 1 | 2.5 | 42 |

**3.6 MEASUREMENT AND PAYMENT.**

3.6.1 Mobilization and Demobilization, Payment Item No. 1. Payment for this item will be made pursuant to the conditions of SPECIAL CLAUSE entitled PAYMENT FOR MOBILIZATION AND DEMOBILIZATION (DEC 1991).

3.6.2 Dredging Payment Item No. 2. The total amount of material removed and to be paid for under Item No. 2 of the Bidding Schedule of the contract, will be measured by the cubic yard in place by computing the volume between the bottom surface shown by fathometer soundings of the last survey made before dredging and the bottom surface shown by the fathometer soundings of a survey made as soon as practicable after the entire work specified in Paragraph: SECTIONS, above, has been completed and included within the limits of the overdepth and side and end slopes described in Paragraph: OVERDEPTHS, SIDE AND END SLOPES, above, less any deductions that may be required for misplaced material described in Paragraph: Placement OF EXCAVATED MATERIAL, above.

3.6.3 Electronic Positioning. In using electronic positioning the Government will make a corrective adjustment, if applicable, in the volume computation process in order to compensate for the repeatability tolerance of the electronic positioning equipment, between "before-dredging" and "after-dredging" surveys. The amount of this adjustment will be limited to a shift of plus or minus 3 meters on an azimuth from the baseline normal to the centerline of the cut, of the "after-dredging" survey with respect to the "before-dredging" survey. Any adjustment made in "after-dredging" cross sections will also result in a similar adjustment to the "before-dredging"

cross sections in the area not dredged. The horizontal control points shown on the contract drawings are the control points the Government will use to perform electronic surveys on the waterway. The Government does not guarantee permanent access to these control points, therefore, it may be necessary for the contractor to establish his own network of survey points from these survey points or from other U.S.C.G.S. monuments. Location and description of the horizontal control points which the Government plans to use to perform electronic surveys on the Houston Ship Channel, Morgan Point to Carpenters Bayou project are available at the ***Fort Point*** Area Office. The Contractor will be responsible for establishing his own reference line in order to conduct hydrographic surveys and dredging operations if he elects not to use electronic positioning equipment.

3.6.4 The maps and/or drawings already prepared (SPECIAL CLAUSE entitled CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS) are believed to represent conditions existing as of the date of their preparation. The depths and elevations shown thereon will be verified and corrected by fathometer soundings taken by the Government before dredging. Determination of quantities removed and the deductions made therefrom to determine quantities by place measurement to be paid for in the area specified after having once been made will not be reopened, except on evidence of collusion, fraud, or obvious error.

3.6.5 Payments.

3.6.5.1 Monthly partial payments for "Dredging" will be based on approximate quantities determined by fathometer soundings or sweepings taken behind the dredge.

3.6.5.2 Monthly partial payments for "Pipelines" will be made based on estimates of such work completed during the period up to eighty percent (80%) of the contract price; the remaining twenty percent (20%) will be paid in the first monthly partial payment after removal of the pipeline and final clean up of the pipeline route.

## 3.7 HOUSTON-GALVESTON VESSEL TRAFFIC SERVICE AREA.

3.7.1 The Contractor shall comply with the following requirements while operating within the Houston-Galveston Vessel Traffic Service (VTS) area:

3.7.1.1 Whenever a dredge or floating plant is to be operated within the Houston-Galveston VTS Area the master shall at least 30 minutes prior to commencing operations furnish to the Vessel Traffic Center (VTC):

(1) Location of intended operation;

(2) Description of intended operation including any channel obstructions;

(3) Configuration of pipelines (if crossing the channel);

(4) Termination point of pipelines (if crossing the channel);

(5) Time required to re-open channel or move for vessel traffic;

(6) Any operating impairments (including VHF-FM radios).

3.7.1.2 The master of a dredge or floating plant shall immediately notify the VTC of any changes to the above report and at the completion of operations.

3.7.1.3 The Houston-Galveston VTS Area consists of the navigable channels between the Galveston Entrance Channel buoy 1 and the Houston Turning Basin, all Galveston Channel, all Texas City Channel, all Bayport Channel and the Gulf Intracoastal Waterway/Galveston Freeport Cutoff from mile 346 to mile 352.

3.7.1.4 Communications with the VTC, call sign "HOUSTON TRAFFIC," should be accomplished via VHF-FM Channel 12. The VTC guards both Channel 12 and Channel 13 on a 24 hour basis.

3.7.1.5 The master of a dredge or floating plant shall be aware of and comply with the provisions of the Order Relating to Lightering and Bunkering Operations and Multiple Vessel Moorings and will notify the Houston-Galveston VTS when refueling operations are to be conducted.

--o O o --

RCS SWGCO-32

# INSPECTION REPORT OF DREDGING
GALVESTON DISTRICT

CONTRACTOR: ____________________ DATE: ____________________

ADDRESS: ____________________ CONTRACT NO: ____________________

____________________ REPORT NO: ____________________

______ INCH PIPELINE DREDGE ____________ POWER, TYPE ____________ HP ______

Exact location of work: ____________________

Average depth (feet & tenths) before dredging: ____________; after dredging: ____________

Character of material & percentage of each: Gravel ____ Sand ____ Clay ____ Mud ____ Silt ____ Hardpan ____ Stone ____ Shell ____ Other ____ Character of Work: (New Work) and/or (Maintenance)

Number of shifts worked: ____________ Number of persons in crew: ____________

Weather: (Clear) (P. Cloudy) (Cloudy) Temperature: ____ Min, ____ Max; Rainfall ____________ inches

## DREDGING WORK PERFORMED

| Item | Unit | Quantity |
|---|---|---|
| Average width of cut | Feet | |
| Total advance this period | Feet | |
| Total advance previous to this period | Feet | |
| Total advance to date | Feet | |
| Length of discharge pipe | Feet | |
| Average lift | Feet | |
| Average pump speed | R.P.M. | |
| Amount dredged per pumping hour, gross Cu. Yds. | | |

| Cubic yards removed | | Gross | Credited |
|---|---|---|---|
| Amount dredged this date | C.Y. | | |
| Amount previously reported | C.Y. | | |
| Total amount dredged to date | C.Y. | | |

## ATTENDANT PLANT

| Item | Name or Number | Hours |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Commodities (operating supplies) | Consumed UNIT | Consumed QUANTITY | Inventory (see note) QUANTITY | Inventory (see note) VALUE |
|---|---|---|---|---|
| Fuel (Coal) | Tons | | | |
| Fuel (Oil) | Bbls. | | | |
| Lubricants (Oil) | Gals. | | | |
| Lubricants (Grease) | Lbs. | | | |
| Water | Gals. | | | |
| Miscellaneous supplies | | | | |
| Subsistence supplies | | | | |
| | | | Total | $ |

| | |
|---|---|
| Mob & Demob. | $ |
| Levees, Spillways & Ditches | $ |
| Pipelines | $ |
| Unit Price: Per Cubic Yd. | $ |
| Contractors Earnings: | $ |

## DISTRIBUTION OF TIME

Effective working time chargeable to cost of work

| Item | Hours | Minutes |
|---|---|---|
| Pumping | | |
| Percentage of total time | | |

Non-effective working time chargeable to cost of work

| Item | Hours | Minutes |
|---|---|---|
| Handling pipe lines | | |
| Handling swinging lines | | |
| Clearing pump and pipe line | | |
| Clearing cutter or suction head | | |
| Taking on fuel and supplies | | |
| To and from wharf or anchorage | | |
| Changing location of plant on job | | |
| Loss due to opposing natural elements | | |
| Loss due to passing vessels | | |
| Washing boilers | | |
| Minor operating repairs | | |
| Waiting for attendant plant | | |
| Preparation | | |
| Transferring plant between works | | |
| Lay time off shift | | |
| Fire and boat drills | | |
| Miscellaneous | | |
| Total | | |
| Percentage of total time | | |

Lost time (Not chargeable to cost of work)

| Item | Hours | Minutes |
|---|---|---|
| Repair time chargeable to rental | | |
| Collisions | | |
| Out of commission | | |
| Work performed by contract | | |
| Miscellaneous | | |
| Total | | |
| Percentage of total time | | |
| Total time | | |
| % Of Total Time Gas Ejection In Use | | |

NOTE: Inventory space must be filled in on the last day of each month and also on the report made upon completion of each job.

NUMBER OF CONTRACTOR INSPECTIONS: By field personnel ____________; By office personnel ____________

SWG Form 89
12 Apr 74

(over)

Work Performed Today: (Indicate location and description of work performed. Refer to work performed by prime and/or subcontractors by letters P or S in Table below.)

Contractor/Subcontractors and Area of Responsibility

a.

b.

c.

d.

e.

f.

g.

Results of Inspection: (Include satisfactory work completed, or deficiencies with action to be taken.)

Tests Required by Plans and/or Specifications Performed and Results of Tests:

Verbal Instructions Received: (List any instructions given by Government personnel on construction deficiencies, retesting required, etc. with action to be taken.)

Remarks: (Cover any conflicts in plans, specifications, or instruction.)

Inspector

CONTRACTOR'S CERTIFICATION: I certify that the above report is complete and correct and that all material and equipment used and work performed during this reporting period were in strict compliance with the contract plans and specifications except as noted above.

Contractor's Approved Authorized Representative

INVITATION NO. DACW64-95-B-0010

## SECTION TABLE OF CONTENTS

## SECTION 02700 - DROP-OUTLET STRUCTURES


| PARAGRAPH | PARAGRAPH TITLE | PAGE |
|---|---|---|
| PART I | GENERAL | |
| 1.1 | Scope | 02700-1 |
| 1.2 | References | 02700-1 |
| 1.3 | Submittals | 02700-2 |
| 1.4 | Payment | 02700-2 |
| PART II | PRODUCTS | |
| 2.1 | Materials | 02700-2 |
| PART III | EXECUTION | |
| 3.1 | Spillways, Flumes and Outfall Facilities | 02700-3 |

## SECTION 02700 - DROP-OUTLET STRUCTURES

### PART 1 - GENERAL

**1.1 SCOPE.** The work covered by this Section consists of furnishing all plant, labor, materials, and equipment and performing all operations in connection with maintenance of four (4) Placement Area Drop-Outlet Structures and with locations as indicated on the drawings (Spilman Island, Alexander Island, Peggy Lake and Lost Lake Placement Areas). The term "Drop-Outlet Structures" shall include Spillbox Boards, Walkways, Support Stanchions, Concrete Supports, Handrails and Discharge Pipes of the lengths as shown on the drawings.

**1.2 REFERENCES.** The publications listed below form apart of this specification to the extent referenced. The publications are referred to in the text by the basic designation only.

American Society for Testing and Materials (ASTM) Specifications.

| | |
|---|---|
| A 36-92 | Structural Steel |
| A 123 E1-89A | Zinc (Hot-Dip Galvanized) Coatings on Iron and Steel Products. |

American Wood-Preservers' Association (AWPA) Standards.

| | |
|---|---|
| C 2-90 | Lumber, Timbers, Bridge Ties and Mine Ties - Preservative Treatment by Pressure Processes |
| M 4-90 | Care of Pressure-Treated Wood Products. |

American Institute of Steel Construction (AISC) Specifications.

American Welding Society (AWS) Standard.

| | |
|---|---|
| D1.1-92 | Structural Welding Code, Steel. |

Federal Specification (Fed. Spec.).

| | |
|---|---|
| RR-G-1602C | Grating, Metal, Other Than Bar Type (Floor, Except for Naval Vessels). |

**1.3 SUBMITTALS.**

1.3.1 Certificates from suppliers which demonstrate compliance with the applicable specifications shall be submitted for the following materials.

(2) Timber-Lumber: Type and grade
Treatment: Type and quantity.

**1.4 PAYMENT.**

1.4.1 Drop-Outlet Structures. Payment for the work specified in this Section will be included in the unit price for Bid Item No. 2 "Dredging" which will constitute full payment for all material, labor and inspection necessary to complete the work for the structures.

**PART 2 - PRODUCTS**

**2.1 MATERIALS.** Materials, fabrication and construction of the structures shall meet the following requirements.

2.1.1 Treated timber shall be furnished and installed by the Contractor on all sides of the structure from the top of the concrete slab or headwall to the elevations indicated. Timbers shall be 4-inch nominal thickness by a minimum of 8-inch nominal width. Lengths shall be determined by site inspection of the spillboxes at each disposal area. All timber to be furnished shall be straight, even sawed, sound, and entirely free from all defects which might impair its durability or its usefulness for the purpose intended. Timbers shall bear the official grade mark of the association under whose rules it is purchased, or, in lieu thereof, each shipment shall be accompanied by a certificate of inspection issued by the inspection association. All timbers shall have a Chromated Copper Arsenate (CCA) preservative treatment and shall be accompanied by a certificate from a recognized treatment company certifying the amount of treatment.

2.1.2 Preservative Treated Timber. The preservative treatment by pressure processes shall be in accordance with AWPA C2. Timber shall receive a treatment of 2.5 pcf of CCA solution.

2.1.3 Timbers shall be Southern yellow pine rough No. 1, dense, minimum allowable bending stress of 1,650 psi, to the dimensions indicated on the drawings. All cuts in timber or abraded surfaces of new work shall receive a field treatment in accordance with AWPA M4.

# PART 3 - EXECUTION

## 3.1 SPILLWAYS, FLUMES AND OUTFALL FACILITIES.

3.1.1 General. All timber used in the repairs of the spillways shall conform to the requirements specified herein. All construction shall be performed in accordance with the details shown on the drawings and specified herein. Materials shall meet the following requirements.

3.1.2 Treated timber used in construction and repair of the spillways shall be furnished and installed by the Contractor. All timber to be furnished shall be straight, even sawed, sound, and entirely free from all defects which might impair its durability or its usefulness for the purpose intended. Timbers shall bear the official grade mark of the association under whose rules it is purchased, or, in lieu thereof, each shipment shall be accompanied by a certificate of inspection issued by the inspection association, subject in either case to the requirements of Federal Specification MM-L-751H for lumber, "softwood." Treated timber shall be accompanied by a certificate from a recognized treatment company certifying the amount of treatment. Treated timbers shall be southern yellow pine, rough no. 2, to the dimensions indicated on the drawings.

3.1.2.1 Chromated Copper Arsenate Mixture. There shall be a minimum solution retention of 0.60 pounds per cubic foot of timber. All cuts in timber, abraded surfaces or holes bored in timbers will be treated with one application of a concentrated solution of the preservative.

3.1.3 All costs in connection with spillway repair and maintenance for Spilman Island, Peggy Lake and Lost Lake shall be included in the contract price for Bid Item No. 2 ("Dredging"). Costs in connection with Alexander Island shall be included in the contract price for Bid Item No. 3, "Levees, Alexander Island."

- - o O o - -

Any questions relative to the contract documents or their manner of execution may be resolved by calling me at (409) 766-3851.

**Mary A. Monnell**
**Contracting Officer**

MONNELL
CT-P

**Enclosures**
1. Contract
2. Performance Bond
3. Payment Bond
4. ACO Ltr (dupe)
5. Value Engineering Information

RET TO:
CT-P

MAIL

CF:
Hon Phil Gramm, US Senate, Wash, DC
Hon Kay Bailey Hutchison, US Senate, Wash, DC
Hon Jack Brooks, House of Rep, Wash, DC
Hon Mike A. Andrews, House of Rep, Wash, DC
Hon Tom Delay, House of Rep, Wash, DC

CF:
CESWG-RM-F, trans ltr sig, SF1422, bid sch & ACO
CESWF-RM-F, trans ltr sig, SF1442, bid sch & ACO
CESWG-SO, w cy of SF1442
CESWG-RM-B, w cy of SF1442
CESWG-PM, w cy of SF1442
CESWG-CO, w cy of SF1442, bid sch & ACO
CESWG-AO-F, w cy of SF1442 & ACO (trip)