DEPARTMENT OF THE ARMY
GALVESTON DISTRICT, CORPS OF ENGINEERS
P.O. BOX 1229
GALVESTON, TEXAS 77553-1229

REPLY TO
ATTENTION OF:

August 8, 1996

Northern Area Office

Mr. James Van Norman
Texas Area Manager
T. L. James & Company, Inc.
P.O. Box 956
Channelview, Tx 77530

Dear Mr. Van Norman:

Reference your Contract No. DACW64-96-C-0032, Houston Ship Channel, Texas, Dredging Carpenters Bayou to Greens Bayou in Harris County, Texas.

We are proposing to modify the contract (Modification No. CO-1) to (1) include additional work in the Lost Lake Placement Area and (2) change the order of work. We thereby request a proposal for time and cost on this addtional work to be performed. The work to be performed is "dewatering" which consists of excavating approximately 22,000 lineal feet (ditching) along the interior of the perimeter levee and placing the excavated material on the lower portion of the interior slope and toe of the existing levee. The plan view of the work is shown on Sketch No. 1, typical details for the ditching are shown in Sketch No. 2. The order of work is proposed to be changed to commence dredging at Section 1 and proceed upstream to Section 5 until complete.

Your proposal shall include labor costs, equipment costs, mobilization and demobilization of equipment, overhead, bonds, profit, total cost and any additional time. The purpose of the breakdown will be for negotiation purposes. The additional bid item to be added to the contract once agreement is reached on price for this proposed modification will be for a lump sum price. Your proposal shall be identified as Proposal for Modification CO-1 to Contract No. DACW64-96-C-0032.

Sincerely,

William J. Hopkins

William J. Hopkins, P.E.
Administrative Contracting Officer

Encls - 2



EXHIBIT
E


Lost Lake Placement Area
22,017 L.F. Ditching
Sketch #1
SCALE IN FEET
0
1,000
2,000
3,000
86+88.1
3,236,000
3,238,000
3,240,000
3,242,000
3,244,000
730,000
N


Water Surface
0' M.L.T.
10'
Existing
Levee
5' ±
N.T.S.
50' Berm (Min.)
20' to 25'
Req'd.Stockpile
1
3
4'
35'
Req'd.Borrow Area
3
1
Sketch #2

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE | PAGE 1 OF PAGES 2

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| CO-1 P00002 | 96 Aug 19 | | |

6. ISSUED BY CODE W45VAK

DEPARTMENT OF THE ARMY
GALVESTON DISTRICT
P.O. BOX 1229
GALVESTON, TX 77553-1229

7. ADMINISTERED BY *(If other than Item 6)* CODE

DEPARTMENT OF THE ARMY
GALVESTON DISTRICT
P.O. BOX 1229, NORTHERN AREA OFFICE
GALVESTON, TX 77553-1229

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

T.L. JAMES & COMPANY, INC.
MARINE GROUP
P.O. BOX 20116
NEW ORLEANS, LA. 70141-0116

CODE | FACILITY CODE

(√) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACTS/ORDER NO. DACW64-96-C-0032

10B. DATED *(SEE ITEM 13)* 07 AUG 96

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
96 X 3123001VF8 $208,040.00

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (√) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: CONTRACT CLAUSE 73 - CHANGES (AUG 1987) |
| | D. OTHER *(Specify type of modification and authority)* |

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

"DEWATERING" LOST LAKE DISPOSAL AREA WHICH CONSISTS OF EXCAVATING APPROXIMATELY 17,205 LINEAR FEET (DITCHING) ALONG THE PERIMETER LEVEE AND PLACING THE EXCAVATED MATERIAL ON THE LOWER PORTION OF THE INTERIOR SLOPE AND TOE OF EXISTING LEVEE AND CHANGING THE ORDER OF WORK AS FOLLOWS:

Blumberg No. 5118 EXHIBIT F

Pl. App. 077

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| Charles W. Granger, Sr. Project Manager | | MARY A. MONNELL | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature] Charles W. Granger Sr *(Signature of person authorized to sign)* | 8/16/96 | BY [signature] Mary A. Monnell *(Signature of Contracting Officer)* | 96 AUG 19 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105-02

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

USAPPC V1.00

14. (cont'd)

A. STATEMENT OF CHANGE: Additional work is required to "dewater" the Lost Lake Placement Area. This work consists of excavating about 17,205 linear feet (ditching) along the interior of the perimeter levee and placing the excavated material on the lower portion of the interior slope and toe of the existing levee.

B. CONTRACT SPECIFICATIONS: The order of work is changed to commence dredging at Section 1 and proceed upstream to Section 5 until complete. Change last sentence of paragraph 3.3.3 of Section 3.3, ORDER OF WORK, to read as follows: If the SJSP PA is not available and Option 3 is not exercised then the Contractor shall commence dredging at Section 1 and proceed upstream to Section 5 until complete with placement in Lost Lake PA.

C. CONTRACT DRAWINGS: Add the plan view of ditching work, Sketch No. 1, and the typical details for ditching, Sketch No. 2, to Sheet No 15, Plan & Cross Sections of Lost Lake Placement Area Typical Sections. Drawing No15.1 is hereby changed to Drawing No 15.2 to reflect this change.

D. CONTRACT TIME: No Change.

E. CONTRACT PRICE AND QUANTITIES:

| MOD ITEM NO. | CONT. ITEM NO. | DESCRIPTION | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|
| CO1-1 | New | Mob & Demob | 1 | JOB | SUM | $15,000 |
| CO1-2 | New | "Dewatering" | 17,205 | L.F. | $11.22 | $193,040 |
| | | | | ESTIMATED TOTAL | | $208,040.00 |

F. RELEASE: In consideration of the modifications agreed to herein as complete equitable adjustment for the above described changes, the Contractor hereby releases the Government from any and all liability under this contract for further equitable adjustments attributable to such changes.


N
86+88.1
No "DITCHING" REQUIRED
Lost Lake Placement Area
22,017 L.F. Ditching
Sketch #1
0
1,000
2,000
3,000
SCALE IN FEET


Sketch #2
Req'd.Borrow Area
35'
4'
1
3
3
1
50' Berm (Min.)
20' to 25'
Req'd.Stockpile
N.T.S.
5' ±
10'
Existing Levee
Water Surface
0' M.L.T.