perimeter levee at the Lost Lake Placement Area?

A. Yes.

Q. What is your understanding?

A. My understanding is they tried to construct them and they sank out of site in the soft materials.

Q. What is your understanding as to when Renda attempted to build the training dikes?

A. I don't have a date, but I know it was not immediate. It was as they were working they tried it.

Q. As they were placing the fill hydraulically?

A. Yes, that's when I understand they did it.

Q. So the attempts to build the training dikes was made after hundreds of thousands of gallons of water had been pumped into this site; is that correct?

A. I don't know the specifics. If the site was full of water they would have been building it through water.

Q. Would it have made more sense for Renda to have had its subcontractor, Affolter Construction -- Contracting, who built the south levee mechanically, build training dikes prior to the start of dredging by Renda on the Upper Bayou project?

A. If the soft -- very soft sediments that were there could support the equipment and support the weight of the training dike, it might have made -- but in the Renda case, the fines that you're capturing in raising the levee around



an existing disposal area are the same kind of fines that are discharged in maintenance dredging, basically, the suspended sediments, the suspended particles, so they would flow into the center of the disposal area and settle out just as any fluidized dredge material would.

So to answer the rest of the question you asked, if you're on the very soft materials and you want -- you need to retain that, you either have to excavate the soft materials out of the way, so you need to know the volume that you need to move, and because it's soft and it flows, you're going to have to put some sort of retaining wall, so it doesn't flow right back in the hole, so that's one way, if you want to spend a lot of money.

Another alternative is you approach the dredging project and the initial material you're laying down is designed to be laid down in a manner that it displaces the soft material from the weak crust to a sound foundation, and you worry about creating a footing or a foundation upon which future dredging would then have a solid foundation to build on.

So there's a lot of ways of doing it if you -- if you consider the presence of the highly unsuitable foundation material. Now, Houston's lucky, you don't have earthquakes, but that would be a big concern in western -- western U.S., because then you would to do a seismic



assessment of the stability of those very soft sediments under a confining weight.

Q. How would you describe the design that's reflected in the contract documents for the Upper Bayou project, the design for the hydraulic levees?

A. Poor from the perspective of a contractor, or from my own perspective. I think the design shows a complete lack of realization of the inherent instability of the very soft sediments that make up the material underneath the thin drying crust or the walking pads for the side-cast borrows.

I don't think there was adequate geotechnical investigation or an adequate stability analysis of the rapid loading condition with high poor water pressures.

Q. How did you determine that neither of those investigations were adequate?

A. I couldn't find them. I assumed they were not done, which -- I mean, I've expressed opinions about what Oscar Renda did. I'll express an opinion about the Corps. I was surprised that the Corps had not provided a design that estimated the volume of material that the contract should anticipate placing to produce foundations, that there was no geotechnical report and the results of that report were not viewed in the cross sections, in the drawings. If you look at the profiles --



Q. You're referring to what's marked for identification as Exhibit 4?

A. That's correct. Just pick a page. If I look at page C-15, Lost Lake Placement Area levee cross section, you'll note that there is no subsurface information at all. There is no estimate of the volume of material that would be needed to displace the soft clays that would produce the foundation upon which the new levee is built, and so a contractor estimating volumes, even though they know this is soft, it's hydraulic dredge, the Corps of Engineers is the dredging world, this is the cross sectional area at station whatever it happens to be. And, oh, yes, by the way, contractor, there's low strength materials underneath. And what is surprising is that depth isn't shown to where there's a sound foundation. And the borings don't go -- a lot of the borings in the Lost Lake site don't go through dredged material. They're all in soft stuff.

Q. They don't go through dredged material?

A. They don't go through the dredge fill, the very soft clays, and tell the contractor, "You've got 30 feet of slimes, low strength materials, before you're going to hit competent bedrock." You want me to build 30 feet on top of 30 feet of slimes that's bounded on one side by the existing levee and if the other side you took the cap off the toothpaste tube to squirt it out.

Page 173

Q. What does a contractor do in bidding a contract under those circumstances, allow for the contingencies in its bid or perform additional soils borings at Lost Lake Placement Area, what would a contractor do?

**A. Well, I wouldn't suspect that a contractor should be expected to go out and do their own site investigation. I think the failure lies in the fact that the design basis for the work is incomplete.**

Q. Let's say a site investigation might cause maybe as much as let's say 25,000, maybe $50,000, that's a lot less expensive than a claim for seven million, isn't it?

**A. How many contractors bid on the job? Let's say there were five contractors, $50,000 apiece, that's $250,000 that's a quarter million dollars that four contractors blew away so one could win the job.**

Q. Or they could have gone in together and shared the cost and done one investigation, that's not unusual, is it?

MR. ERIKSON: Is that legal?

**A. I would suspect that that's collusion, counselor. If I'm going to compete with the gentleman across the table, should he and I go together and do our own investigations? I mean that sounds to be an unusual request that you're putting on a contractor when the Corps of Engineers had the information, they've been building levees, they did the design for this, they just did not provide a complete job.**

Page 174

Q. (BY MR. KOSLOSKE) How do you know the Corps of Engineers had the information?

**A. They've got all the borings, counsel. I know the Corps of Engineers has got bearing capacity and slope stability, capability in their computer technology. They could have run the analyses, they could have shown the contractor the depth to hard rock. I believe if the Corps had done that they would have respecified the way the contract was done. Because they would have realized they had an inadequate foundation in an effectively impossible to build contract.**

Q. If you were preparing an estimate for the job of constructing the levees at the Lost Lake Placement Area, pre-bid, would you have requested the information from the Corps that you indicate is missing from the contract plans and documents?

MR. ERIKSON: Objection, form. You're free to answer.

**A. Now, my first question is: Am I an engineer with the United States Army Corps of Engineers or a consulting engineer or engineering geologist for the Corps of Engineers, at which point I would say these plans are inadequate, they are going to lead you down the primrose path to a majoring differing site condition claim.**

**If you're asking me if I was Renda, and he**

Page 175

**had a hired expert, I would have suggested that Renda ought to ask for a stability analysis. I don't know what the Corps would answer, but I would assume that -- I mean, that would be one of the things I would ask, from my experience.**

Q. (BY MR. KOSLOSKE) Do you know whether Renda asked for a stability analysis prior to submitting a bid in this case?

**A. No, I have not asked him. I do not know if any of the other contractors that bid on the job also asked for a geotechnical analysis.**

Q. Would Renda know how to interpret a stability analysis?

**A. Probably not directly, but the Corps would have used that stability analysis in order to provide the contractor with the amount of soft material that needs to be displaced and what's the best way to place the spoiled material or place the dredged material such that you get this soft material removed. That would be a responsibility of the design engineer, not the construction person. This is a design flaw.**

Q. But this is a differing site condition claim, isn't it?

**A. Correct. Brought about by the fact that the design flaw fails to show the amount of material and the conditions of the subsurface other than very soft and does**

Page 176

**not calculate whether there's enough dredged material to meet the requirement of the -- the process of displacing the soft sediments.**

Q. What is your understanding of the difficulties that Renda experienced in constructing the new perimeter levees at Lost Lake Placement Area?

**A. They couldn't get them raised to the design height. They were unstable.**

Q. Is it your understanding that was true with respect to the entire reach of the part of the new perimeter levee that was to be constructed hydraulically?

**A. No, I don't believe it was the higher reach. I don't assume that it was true. They had a lot of stability problems. There are probably areas that were stable.**

Q. Do you know where the stable areas were and where the unstable areas were?

**A. I have not investigated it that close.**

THE WITNESS: Do you mind if I take two minutes?

MR. KOSLOSKE: No. Let's take a break.

(Recess from 4:09 to 4:17 p.m.)

MR. KOSLOSKE: Back on the record.

Q. (BY MR. KOSLOSKE) Dr. Mathewson, if the Corps of Engineers intended the dredged material to be placed hydraulically at Lost Lake Placement Area, the Corps of

Page 177

Engineers intended the material to be placed hydraulically to elevation of 20 feet, do you think the Corps should have indicated that in the contract documents?

A. **Sorry, you sounded like you had two questions mixed or changed midstream.**

Q. Let me state it again. If the Corps of Engineers intended the dredged material to be placed hydraulically to elevation 20 feet above mean low tide, do you think the Corps should have indicated that in the contract documents?

A. **What I see in the contract documents, on C-15 is they want the crest height at elevation 30 feet. I would assume it would be up to the contractor to shape it to that height. I don't see anything that says hydraulic dredge to 20 and magically produce another 10 feet of fill. Just says here's the finished minimum -- if you look on C-15 of what's been marked as Exhibit 4, station 100+00 you'll notice it says minimum template. It's drawn with no -- nothing below plus -- about plus 16 and it shows a top height of plus 30.**

Q. But if the Corps of Engineers intended the dredged material to be placed hydraulically to elevation 20 feet above mean low tide and then dressed up to grade from using the material from the existing levee, do you think the Corps should have indicated that in the contract documents?

A. **Yes, I didn't even know you were touching the existing levee from this drawing, so, yes.**

Page 178

Q. Dr. Mathewson, did you make a visit to the Lost Lake Placement Area on or about March 12, 2004?

A. **Yes.**

Q. Okay. For what purpose or purposes?

A. **Basically to see the site.**

Q. Why did you need to see the site? You issued your report several months earlier.

A. **Correct. That was pending trial, pending further questions, basically observation of the conditions.**

Q. Pending further, what kind of further questions?

A. **Well, should I be asked to do any additional work in order to prepare for trial.**

Q. Have you been asked to?

A. **Not yet. We've just come to this deposition. The only thing I did was visit the site and photograph it and that CD has been transmitted to you.**

Q. Why did you take the photos? What was your --

A. **That's a good way of documenting what I saw in the field. In geology photographs are very important.**

Q. Well, is there anything that would have been present on March 12, 2004, at the Lost Lake Placement Area that is relevant to any of your opinions in this case?

A. **It verified where I saw borrow pits along the -- not sure which side of the levee, but there's an area where they did side-cast borrowing and you could see the pad and**

Page 179

**you could see the borrow.**

Q. Where is that?

A. **On the inside of the levee. As I say, I don't remember what side.**

Q. Would you turn to drawing C-14 of Exhibit 4?

A. **14?**

Q. I think it's C-14, the plan view of Lost Lake.

A. **Yeah, C-4 is the other one. All right. Let's see, north is there (indicating).**

Q. Where's the San Jacinto Monument?

A. **I believe it was the north side.**

Q. Where were the side-cast borrow areas that you observed located?

A. **They were somewhere between station, say, 10+00 and probably 30 to 40+00. They were along this north edge.**

Q. Do you know when those side-cast borrow areas were created?

A. **No, sometime after Renda finished, obviously, because the dredged material area was dry. That way I could see them exposed to the atmosphere.**

Q. Did you take any dimensions?

A. **No.**

Q. Did you form any impression as to the dimensions of the side-cast borrow areas?

Page 180

A. **It allowed me to be able to construct the cross section that I did for you.**

Q. You're referring to Exhibit 26?

A. **That is correct.**

Q. Were the -- where are the dimensions of the side-cast borrow area called out on that drawing?

A. **That drawing is not to scale. The side-cast borrow area is approximately 50 feet from the base of the levee and because I had no -- I have no data at the time that Renda bid the job how deep they were. The ones that I saw were probably maybe as shallow as five feet, they looked like they had been collected with a long reaching backhoe, rather than dragline, they were semicircular.**

Q. When you visited the Lost Lake Placement Area on March 12, were you accompanied by anyone?

A. **Yes.**

Q. Who?

A. **Brian Erikson, Oscar Renda, I think Barry was with me -- with us -- no?**

Q. Is that your recollection?

A. **I know there was Brian and Oscar, and I thought there was a fourth person, but I don't -- and I don't believe that fourth person was Barry now that I think about it.**

Q. Was Rudy Renda there?

A. **No, I don't believe Rudy was there.**

Q. How long did you spend at the placement area?
A. **Probably took us about four hours to walk the entire perimeter, four to five hours.**
Q. That's what you did, walk the entire perimeter?
A. **Yes, and down into -- along the edges, where you could look at material.**
Q. Were there any activities at the site while you were there?
A. **There was a dredging company on the northeast corner that seemed to be using it as a staging area. They had barges and equipment pulled up next to the outlet structure.**
Q. Was any material being placed while you were there?
A. **No.**
Q. Did you notice whether there were any training dikes?
A. **There were some drainage dikes.**
Q. Training dikes?
A. **For dredged material? No, training dikes for dredged material disposal, I didn't see any of those. I did see some drainage dikes for surface water control.**
Q. How did you -- how did you get to the Lost Lake Placement Area?
A. **There was a marine services company on the north**



**side that had a tow boat and we went across by tow boat and then walked the plank.**
MR. KOSLOSKE: May I have this marked for identification?
(EXHIBIT(S) NO. 27 MARKED.)
Q. (BY MR. KOSLOSKE) Dr. Mathewson, showing you what's been marked for identification as Exhibit 27. This is a letter dated March 17, 2004, from Cheryl Moseley, a paralegal to Brian Erikson addressed to me, concerning this case and the second paragraph --
A. **Counselor, I haven't seen it yet. Mr. Erikson still has it. Thank you.**
Q. I'm just --
A. **I'd like to be able to follow you so I see what you're saying.**
Q. All right.
A. **Go ahead.**
Q. The letter states that, in the second paragraph, in part, "I enclose a copy of a CD which we just received from Christopher Mathewson with photos taken on March 12, 2004, Mr. Mathewson's CD is CCM 0001."
Have you had an opportunity to review the photos on the CD?
A. **Only when I downloaded them. I have not printed them all yet.**



MR. KOSLOSKE: May I have this marked for identification?
(Recess from 4:30 to 4:35 p.m.)
(Photos on Exhibit 28 were numbered 1 through 98.)
MR. KOSLOSKE: Back on the record.
Q. (BY MR. KOSLOSKE) Dr. Mathewson, showing you what's been marked for identification as Exhibit 28, it's a series of photographs numbered 1 through 98. Would you take a look at that and tell us whether you recognize it?
A. **Yes. Number one is the first one I took. It shows the San Jacinto Monument.**
Q. Let's stop one second. These are the photos you took on March 12 on your visit to Lost Lake Placement area?
A. **Yes, I am assuming, counselor, that this is an exact copy of the CD that you received. If so --**
Q. I'll represent to you that we had a service print these out from the CD that was provided to us by Mr. Erikson.
A. **Very well, then these were the photographs that I took with my camera.**
Q. I would like to run through these one at a time and have you briefly describe for us what's in each photo, what it's a picture of. The photo that's numbered one, what is that?
A. **Number one, the tall building in the back is the**



**San Jacinto Monument. The structure in front of it is a view of the north side of the Lost Lake Levees. Just an orientation picture.**
Q. The second picture?
A. **The second picture, may I verify one other thing? Are these in the order in which they were listed on the CD, numerical order?**
Q. That's my understanding.
A. **So that then I can assume this is as we went around. This would have been the north side, probably looking over toward the Houston Ship Channel, the industrial park and the view on the left is a small dredge.**
**Image number three is continuing on the north side of the Lost Lake Levees, the tall building in the photograph is the San Jacinto Monument. The square box is the outlet works at approximate station 0. -- 0+00 on the north side.**
Q. The drop outlet structure?
A. **Yes, that structure I believe is that structure (indicating).**
Q. Fourth image?
A. **Fourth image is getting around towards the west side of the levee looking at the levee and looking at some of the slope characteristics on the outboard side of the Lost Lake containment.**

Q. What characteristics does this show?
A. This shows the continuous lack of vegetation, apparent bench might have been a road, a service road around the edge of the levee. These are all before we -- we actually landed.
Q. Image number five?
A. Image number five is around the east -- the west end, I'm sorry. We're looking at the slope of the Lost Lake Levee and the debris out in the water is debris, some dredge pipe and materials looks like a dredger left the stuff there to the right and behind that is a tow boat docked on the other side of the water bottom.
Q. Image number six?
A. Image number six is as we were considering where to land on the Lost Lake Levees, that's still on the west side, and that would be the west side, but north of the dredged -- the dredged material debris. Tide was out so you can see the small beach.
Image number seven is as we approached the island, for simplicity, rather than referring to this as the Lost Lake dredged material disposal area. I will refer to it as the island.
Q. All right.
A. Because it is in the form of an island. This is as we were approaching the island prior to getting off the



ship, or the tow boat.
Q. What part of the island?
A. This would have been the west side, approximately position 190+00. The same is true on image eight, and what I was showing or what I noticed in that one was the evidence of what appeared to be shoreline erosion along the -- the base of the outside of the levee from -- from waves.
Image number nine, the tall tower in the back is the San Jacinto Monument. The pipes lying in front of you were the dredging material that was left and the concrete towers, I think -- I believe, are on the other side of the Houston Ship Channel, the silos. They're part of the navigation system, not navigation, but shipping.
Q. They're not part of Lost Lake?
A. No they're not part of Lost Lake. They're across the Houston Ship Channel, the old river.
Q. Images one through nine were photos taken by you from the launch that you took to the Lost Lake?
A. From the tow boat, yes.
Q. Pictures 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21 are some unknown camera failure.
A. I may have inadvertently changed the exposure on the digital camera to such a manner that it just basically freaked them out.
Q. Appears to be overexposed photos.



A. Seriously overexposed which means that the automatic meter had been bypassed.
Q. So 10 through --
A. 21.
Q. -- 21 really don't show much, if anything?
A. A white sheet, sir.
MR. ERIKSON: It's artistic.
Q. (BY MR. KOSLOSKE) Except the back side of someone?
A. That's right, some unidentified apparent male person in a yellow shirt.
Q. All right. 22?
A. Now, by the time I got on 22 we had -- we were up on the crest of the existing levee, still the west side levee. I'm looking north. The -- the navigational channel along the west side is exposed the left of the image, and that is -- that is the levee then on the north area, on the north side.
Q. Does image 22 show anything that relates to your opinions in the case?
A. No, other than it's relatively new material, because it's not heavily vegetated and it does show the more filled area to the right.
Q. Image 23?
A. Image 23 is right at the southwest corner looking



to the northeast, and it shows the vegetation and the wetland ecosystem that's developed inside the levee.
Q. Image 24?
A. Image 24 would be further along the south side, probably looking now at what might have been shown on the drawing as a borrow area, because there's a lake, on the southwestern edge of the island.
Q. Image 25?
A. Is a closer view of that pond which does suggest that it's a dredged borrow site. You can see the -- the access down the middle of it, probably dragline dredged. It's very shallow, you see the shallow water vegetation.
Q. Image 26?
A. Image 26 is right near the bend at approximate station 140+00, the tower that you see in the horizon, not the high tension towers, that is the inside upper marker for a range marker for navigation in the Houston Ship Channel, and I'm on the outside of the levee, we're walking -- headed down toward that road that the other two gentlemen in front of me are headed toward.
Q. Who are those two people?
A. I don't recognize them from the back.
Q. Just the usual suspects or --
A. The usual suspects, one of them may be Brian Erikson, one of them has got to be Oscar, but they're too far

Page 189

away, and I didn't describe their dress.
Q. Next image?
A. Number 27 is a view of a -- an automobile transport going up the Houston Ship Channel. It's right next to the high tension tower that's Houston Power and Lighting you can see just behind power -- the San Jacinto Monument. Once again I'm looking across the south or southeast across the ship channel.
Number 28 is further back looking towards the west. I believe I'm outside the levee in this case and so I'd be looking back toward the northwest, just showing that the slopes of the levee that are fairly well vegetated and the area looked like an access road.
Q. Image 29.
A. Image 29 is looking across the levee up the Houston Ship Channel. You see a tow boat and see the same automobile carrier sailing upstream. You also see the -- the structures of the Battleship Texas, so this is south side, Lynchburg, this would have been approximately locations 130, 125 to 130, looking across the Houston Ship Channel.
Q. Image 30?
A. Image Thursday -- 30 is a tanker sailing outbound in the Houston Ship Channel, the San Jacinto Monument is behind it.
Q. Image 31?

Page 190

A. Image 31 you're now further -- we've got further east approximately station 120. The bridge in the far distance is the -- I believe that's the Houston Loop 8 suspended, cable suspended bridge, the ship to the right I suspect is the oil tanker in image 30. There is a tow boat operating -- I'm sorry, that's the Lynchburg Ferry, the little boat right in the middle with the white and blue base, that's the Texas Department of Transportation Lynchburg Ferry at the South Ferry Landing, so that would put me about location 120.
Image 32 is same thing, looking across the ship channel. I was interested in wake, just peripheral to my interest in long-term survival of dredged material.
33 is the same similar view as the previous one, except that the tanker is out of the way and you're looking across the levee and out into the ship channel.
Q. Image 34?
A. Image 34 we've now started to move back up near the top of the levee. You can see on the far right-hand corner Houston Ship Channel -- or not Houston Ship Channel, the Houston Power and Light overhead wires, see the two stanchions, so that puts us somewhere in the vicinity of station 120, but looking on the inside of the levee, inside of the disposal area and looking toward the northeast.
Q. Image 35?

Page 191

A. Image 35 is the HL and P high power, high tension towers on the southern shore there of the -- of the -- and you see the superstructure of the Battleship Texas.
Q. Image 36?
A. Image 36 is looking back at the Lynchburg Ferry South Terminal.
Q. That's the South Ferry Landing?
A. That's the South Ferry Landing of the Lynchburg terminal. And in the distance are four HL and P power plants.
Q. 37?
A. 37 points to the same San Jacinto Monument and the south landing of the Lynchburg Ferry, same image and I have moved a little bit further to the northeast when this picture was taken.
Q. Image 38?
A. Image 38 is along the outside of the levee. The Houston Ship Channel is to the right in the image. The dredged material is to the left, and this would be approximate stations somewhere between -- there's 120 -- in the area of the mechanically constructed levee, according to the map on C-14, and all these locations are reference to the map of C-14.
This would put me on -- our numbers are decreasing, so there's a location CS117, but it's east of

Page 192

station 120, and I just noticed that there appear to be two different sets of stations for surveying, but we're in the southeastern corner of the levee -- of the lake, on the outside of the levee.
Q. Next image?
A. The next image, we've climbed up on top of the levee.
Q. Image 39?
A. Number 39. You're looking towards the northeast, east, northeast actually, and that's showing the inside of the corner of the levee as it turns toward the north along the San Jacinto River channel.
Q. Image 40?
A. Image 40 is standing on top of the levee looking across at the old San Jacinto River channel with a tow boat in the channel headed downstream. It shows the levee and it shows the broad shelf on the outside of the levee between the constructed dredged material, confinement levee and the San Jacinto River channel.
Q. Image 41?
A. Image 41 is looking along the side slope of the levee toward the left angle bend, looking upstream of the San Jacinto River.
Q. Image 42?
A. Image 42 is basically the same as 41.

Page 193

Q. Image 43?
A. Image 43 is working up a little bit further. You see the dredged material on the inside, relatively narrow channel and a shelf on the outside to the right. And this image is looking -- is very close to the corner labeled at CS station 100+00.
Q. Are any levee failures indicated on or shown on image 43?
A. Not that I can see. There was some piping erosion observed, but it's a smaller scale and that would have been in image 44.
Q. Image 44 is piping erosion?
A. Well, image 44 shows some foundation failure and piping, we're getting drainage of surface water going down into the subsurface.
Q. Where's image 44 located along the levee?
A. It would be along the eastern edge of the levee, north of the turn as shown in figure 43.
Q. What are the dimensions of this failure?
A. That's probably two feet to three feet long and about a foot wide, 18 inches wide.
Q. Image 45?
A. Image 44 -- 45, correction, is in the same, same area, and you can see the pipes and the -- as it leads toward a gully.

Page 194

Q. Image 46?
A. 46 is standing on the edge of the levee looking into the disposal area, and it shows the erosional failure of the collapsed pipes near the surface. And down, further down the slope than the corresponding groundwater seeps.
Q. Image 47?
A. Image 47 is along the portion of the levee at approximately station 80+00 or where boring 93-126 was drilled, looking north along the San Jacinto side, San Jacinto River side of the levee towards the outlet works at CS 58+29 and to the right offshore is where I mentioned the activity.
Q. The staging operation?
A. Yes, this was a staging operation that I didn't know what it was related to, but they are doing dredging in the San Antonio -- the San Jacinto channel. We'll get to that later in the program. The fence-like structure in 47 is the piles associated with the outlet works, the new drop outlet structure.
Q. And that's --
A. That's about the station CS 58+29.
Q. In the northeast corner?
A. Northeast corner. Where this photograph is taken from about half the distance up the eastern border of the levee.

Page 195

Q. The next image?
A. The next image is looking back south in reverse direction of which I was viewing, on the left side the image, the tall tower is the San Jacinto Monument, the next side of the image is the same set of silos that were shown across the Houston Ship Channel.
Q. This is image 48?
A. That's correct, image 48, looking south straight down the levee and right on the end of the levee you see the superstructure Battleship Texas.
Q. Any failures visible on image 48 of the levee?
A. There appears to be some erosion on the end -- on the outside of the levee, right at where you get the break in the slope, in the forefront, so if you took the -- if you drop the line perpendicular from -- well, you can't, there's no reference, but it looks like a small erosional feature in the lower left-hand side.
Q. Image 49?
A. Image 49 is a view of the staging area that is using the island as a foundation, and offshore of that is a dredging operation that's a hydraulic dredging.
Q. Image 50?
A. Image 50 is inside of the levee looking at -- nearing the northeastern corner, again, looking across the channel. Let's see, hang on a second here. Yeah, looking

Page 196

across the channel right at the northeast most corner. You see the gully erosion along the inside of the levee and then you have that very large flat area outside the levee in that upper northeast corner.
Q. Image 51?
A. Image 51 is turned westbound, looking west along the levee, and you see the gully erosion on the left inside and then the ship channel or the navigation channel.
Q. Is image 51 of the north levee?
A. That's correct, from the northeastern corner looking west, and I would suspect that we are approximately station 50+00 or in the vicinity of boring 3ST-9.
Q. Image 52?
A. Image 52 is from approximately that same location, except now looking more toward the north. And looking at the very broad apron or surface along the shoreline to the north, in the northeast corner, and the dredge channel or the channel that you see is the small businesses, not the main Houston Ship Channel or the San Jacinto River.
Q. Image 53?
A. Image 53 is another view of that same surface area that leads outside the levee. We're standing on the levee at the north side, looking probably straight north.
Q. Image 54?
A. Image 54 is approximately that same location, a

Page 197

good reference would be the red colored dredge with the double mast. In image 53 you'll see it's in the far left corner. In image 54 it's in the right corner. And you'll see the gully erosion in the material outside.
Q. Is there any particular reason you took so many photos of this part of the Lost Lake Levee system?
A. No. It just was sort of unusual that a lot of land that could have been used for disposal was not inside the dikes, and I was just -- it was a large area, so it's -- it's kind of a sweeping picture.
Q. Image 55?
A. Image 55 is further along the north levee at about -- would be about CS 39+00.
Q. Do you --
A. Red shirt, Oscar, turn around, has the back of your head got a pink spot. No, that's not Oscar.
Q. Do you recognize the person in the red shirt?
A. You turn around. No, he has gray hair. That may be Barry Smith. Right?
Q. You notice that over the right shoulder of the person in the red shirt there's a person at a distance that appears to be facing him and taking a photo.
A. Taking a photograph. I think that's Mr. Erikson.
Q. Image 56?
A. Image 56 was off the north side looking across the

Page 198

channel. The thing that caught my eye was appears to be wreckage of some form in the middle of the channel and the other thing that caught my eye was there's a whole stack of barges that appear to basically block off that channel, and I'm standing on the edge of the levee. There's a perimeter road and you can see some erosional gullies in the middle of the picture.
Q. Would you go back a moment to image 55?
A. Yes, sir. Yes.
Q. In the center of the photo there's an area that looks like it's a kind of a white sort of sandy area.
A. Yes. That -- I'm sorry, I should have added that for you, counselor. That is -- was my first look at side-cast borrow or what appeared to be side-cast borrow. The fact that it's fairly broad and shallow would suggest that it was probably draglined rather than a bucket excavator -- hydraulic excavator. Inside the levee, you see the equipment platform, then you see the borrow area. And there are other pictures of it closer to it.
Q. Image 57?
A. Image 57 is standing on the inside of the levee, we're looking -- I believe I'm looking across the fill, in a southwesterly direction, and the particular interest of the image was you notice the narrow excavation where the grasses stop, you have that excavated channel. It looks like a

Page 199

borrow area, because it does not continue around and act as a perimeter drain. So that would be another example of a side-cast borrow, with the partially vegetated area being the platform, and then the foreground being the side of the levee.
Q. Image 58?
A. Image 58 is a profile along the north side that shows the -- the pad, the levee is just off to the right of the image, and then what looks like a borrow area that was extracting a thin layer of sand, or sandy material. That's also true for number -- image 59, and the shape of this borrow area suggests it's dragline excavated rather than excavator. It may have been excavated, another possible interpretation of the land form would have been excavated using a hydraulic excavator, long boom excavator, but treating it like a blade, rather than digging in and picking up, scraping the dry material up to the base of the -- of the instrument pad.
Q. Image 60?
A. Image 60 shows a complete cross section looking to the west. The two people are standing on top of the levee. You see the levee sloping down to the flat surface, which is the equipment pad, and then you see the broad open excavation, that would be the borrow area, and that borrow area material is very similar to the material placed on top

Page 200

of the dredge -- on top of the levee.
Q. Was the levee that's -- the part of the levee that's shown in image 60 constructed by hydraulic placement of fill?
A. I couldn't be able to tell. It was covered with sand. You would have to look at the internal -- interior makeup. If it was mechanical you would expect to see it layered, if it was hydraulic regimen, you would expect to find a more random mix and clay balls in the -- in the levee.
Q. Image 61?
A. I believe also image 60, before we go on, there's evidence of -- of a slope failure or scarp just in front of where the two people are walking. Do you see the drop in the topography, the surface of the levee? I'd have to confirm that in a closer picture.
Q. Image 61?
A. Image 61 looks across to the south, now there's the San Jacinto Monument, you see where the grass ends, you see a deeper trench and then the scraped area and then right in the forefront of the picture is the foundation.
Q. Did you form an impression of the dimensions of the scraped area?
A. You mean --
Q. How deep?
A. Oh, I would say it's two to three, maybe deeper

than that in some of the outer edge, right next to the undisturbed area.

Q. Two to three feet?

A. Two to three feet in this particular situation.

Q. Image 62?

A. 62 is a view looking toward the west, the piles that you see in the middle of the picture are the outlet structure at station 0 plus 00. I'm on the north side of the levee looking to the west, and you see the borrow area, and now you get a better view of the sand cover on top of the existing levee, which without doing the drilling you can't tell how it was made.

Q. What station is image 62?

A. My guess is it's about station, somewhere between -- probably around 30+00, near boring 91-63.

Q. Image 60 --

A. Correction, that would be a little further back, because you still see the curvature of the levee, so that's probably closer to boring 94 LL-2, CS 39+00, because you can see where the levee makes a bend.

Q. Which direction are you looking at in image 62?

A. I believe I'm looking toward the west, and I'm on the inside of the levee, so to my -- to the north -- unfortunately, I don't have a reference, but the Houston Ship Channel stuff indicates I might be actually viewing this back



toward the east. I don't believe so, though. I have to look at --

Q. See the structure that appears to be --

A. A series of five piles, steel piles?

Q. Yes. Would that be the new drop outlet structure?

A. Yes, if I'm looking to the west, which I -- if I'm looking to the west the water is on the wrong side, that's the problem, so I'm either -- I know what I'm doing. I'm looking back toward the old drop structure, I'm looking at east, so that's why the bend, so I'm at about that same station, 30+00, but looking back toward the northeast corner, across the area where the borrow had taken place.

Q. Image 63?

A. Image 63 is now turned around looking the other way.

Q. Looking towards the west?

A. Yes, I still -- I have not correctly identified the person in the red shirt. It may have been Oscar, but the hair color doesn't match, but the gentleman that's in the back of the picture with his notebook in his belt is Barry.

Q. Barry Smith?

A. The gentleman right behind me.

Q. Barry Smith, for the record?

A. Yes, I think. And I think that the gentleman that's in the green hat is maybe Oscar Renda, but, again, I



don't know if it was -- he's got a hat on and the red shirt didn't match the hairdo.

The third person who looks like he's taking a picture looking to the south is Brian Erikson. And this is looking toward the east and you see the top of the levee with the recently placed sands and the very limited vegetation, you see the vegetation along the inside edge along what would have been the dragline pad, then you see the area where the sediments were draglined to raise the levee. And it's mostly sand in this case.

Q. Image 64?

A. Image 64 is continuing along toward the east -- toward the west. It does show evidence of erosion of the levee on the outside. Hang on a second, hang on a second. No, this is now looking back toward the east, because there's the same structural work to the right hand of the picture, which is the northeastern outlet.

Q. The drop outlet structure?

A. The drop structure at station 58+29.

Q. Okay.

A. And then you see more of the dredged -- the disposal -- the borrow area. The one thing about the borrow area you do notice is just this side of the outlet structure you see water in the trench, in the excavated pit which would give us the idea that is a deeper spot than the drag section.



Q. Why would it give you that idea?

A. Well, because that's holding water and the rest of it isn't. And again it shows you the very irregular surface of this levee and the high sand content. There is evidence in the lower left-hand corner of surface erosion and failure by flow processes of the sand on the outside of the levee.

Q. Image 65?

A. Image 65 is now looking back toward the west, there's a water tank in the far horizon above the head of the person in the red shirt and there's what looks like a survey stake or some reference stake, again, showing the levee itself and its relatively broad and low feature and its irregular form on both the inside and outside.

Q. Image 66?

A. Image 66, the person standing in the middle of it is Brian Erikson. This shows the placed material on the edge of the levee, the inside edge, or the outer edge of it, which would have come from the dredged material, or been placed probably from the dredged material on the inside, and --

Q. Where is this located?

A. This is this ridge right along the left side of the picture.

Q. What station?

A. This is on the north side -- probably station like 30+00, and I'm looking toward -- I guess I'm still looking

Page 205

back so the outside of the levee has the sand ridge on it. The inside of the levee, you still see the borrow area.

Q. Image 67?

A. Image 67 is right in the same vicinity as the previous image. This one looking more toward the inside, but it shows now a water filled channel in the same location where you would have had side-cast borrow. You see the platform that the machine would have sat on and you see the very erodible and eroded character of the levee on the right side of the picture. We're looking toward the -- we're now looking back toward the west.

Q. Image 68?

A. Image 68 is a little bit further to the west. We have not yet gotten to the outlet structure at station 0+00. Again, you see the very irregular surface of the levee, and you see the size of the side-cast borrow pond.

Q. Image 69?

A. Image 69 is right near about station or bore hole 91-163 on the north side, looking across the sand levee, that shows a lot of channel erosion and the alluvial deposition on the instrument shelf and the drainage channel going around the corner.

Q. Image 70?

A. Image 70 we are looking toward the east. You're seeing to the left-hand side of the image the outside of the

Page 206

levee where it makes the bend, and you see in the far horizon the piles for the northeastern outlet structure. Shows a very steep sand slope on the inside -- the outside of the levee, and very much evidence of wind erosion blowing the sand around.

Q. Image 71?

A. Image 71 is the same thing except I'm now looking more toward the south. You can still see the outlet structure. You see the large drainage canal, side-cast borrow lake.

Q. Image 72?

A. Image 72 is looking back still towards the east, again in approximately the same area, looking at the top of the levee. I think those three pictures are right at the same space, left, right and center.

Q. And image 73?

A. Image 73 is same area as image 72, except that the camera has been shifted more counterclockwise, now looking somewhat north toward the northeast corner and the barges that you see in the -- blocking the channel are right at the San Jacinto River area where it comes into the section.

Q. Image 74?

A. Image 74 is looking into the levee. Towards the south you see the San Jacinto Monument on the right, and it's a closer view of the borrow pit that's full of water.

Page 207

Q. Image 75.

A. Image 75 is when I finally caught up with the others that were sitting there. They are sitting on a landslide scarp where their feet have slid down, rotational failure most likely and the toe of the failure is on the inside of the levee right where the maintenance -- right where the platform would have been.

Q. Image 76?

A. Image 76 is a closer view of it where you can see the curve shape and that's Rudy.

Q. Rudy Renda?

A. I believe the red shirt is Rudy Renda. First time I've seen his face and that's not Oscar. That's Rudy. That's right, Rudy is hauling stuff. That's the only time I did see Rudy on this trip.

Q. Rudy having a cigarette break?

A. Smoking a cigarette, I think.

Q. What location is that?

A. Same vicinity as the location at image 75. We are east of the new outlet works on the channel, what we're looking at is a rotational slope failure and the four of them are sitting on the scarp, the -- on the failed scarp, has the classic circular shape pattern from the top, and the disturbed toe where the failures came out.

Q. Image 77?

Page 208

A. Image 77 is the western edge as the -- just near the site and you can see right behind where the people are standing is the end of the landslide feature.

Q. Image 78?

A. Image 78 is also near the end of the landslide feature with the disturbed ground. We're looking toward the -- back toward the west, yeah, because the inside of the levee is to our right.

Q. Image 79?

A. Image 79 is looking to the east, east of the -- of the sand -- I'm sorry, correction, looking to the west where east of the sand fill area the levee is quite well vegetated. I would interpret it as having been there for a period of time. I'm sorry, I'm looking to the west, yeah, because you can see the rough terrain on the inside of the levee to the -- from the center of the picture, you see the sand, so I've walked past the sand and now looking back at it and it shows the wide flat area to the outside of the lake.

Q. Image 80?

A. Image 80 is looking across the inside of the levee toward the east, in the far horizon you see the outlet structure, and I'm looking across the entire disposal area.

Q. Image 81?

A. Image 81 is at the location of the outlet works. That station CS 0+00, you see the riprap, you also see the