Page 209

channel erosion from below it, right at the water level.
Q. Image 82?
A. Image 82 is a view standing from where I am, looking 180 degrees, looking toward the south, you see the San Jacinto Monument, you see the tower, the silos on the ship channel and the structure that you're looking at are the outlet gates.
Q. Image 83?
A. Image 83 is now to the west of the outlet works, you see the -- yes, this would have been at approximately the same location as 82 except that I've turned toward the west and I'm looking at the north -- correction -- yes, looking west and I'm looking at the northwest corner where the levee makes the turn and you can see a large borrow area which is probably associated with drainage of the lake through the outlet structure and not as much a borrow pit, but that drainage ditch would have been surface drainage to allow the sediments to settle out and clear water to be discharged out the structure.
Q. Image 84?
A. Image 84 is just a little bit further along to the -- to the west, looking at that same outlet structure. The -- or the same drainage canal, the outlet structure would be to the left side of the picture, but off the picture.
Q. Image 85?

Page 210

A. Image 85 is looking at that same drainage canal and the wetland structure, but now I'm looking toward the south from the top of the levee and the pedestrians are walking down what looks like an access road to the base of the levee.
Q. Image 86?
A. Image 86 is for me down on the access road looking back toward the levee and that's Brian Erikson on the top taking pictures.
Q. What station is that approximately?
A. That would be about station, I would say -- well, let me use the boring number, somewhere around 91-147 to 91-148, because there are two station numbers, 200+00 and CS 197+00, somewhere in that vicinity, where -- where image 85 shows the road going down the outside of the levee, I've gone down the road and Brian Erikson is on the top on the right. Shows it well vegetated and obviously older structure, because of vegetation.
Q. Image 87?
A. Image 87 is along the access road, headed in a southerly direction. The levee is to my left and to the right are the shoreline vegetation that will ultimately merge with the water on the north side, north and west side.
Q. Image 88?
A. Image 88 is turned around looking the other --

Page 211

backwards down that access road that goes over the crest of the levee. The levee is to the right, and the navigable area is to the left and then there's the fringe wetland.
Q. Image 89?
A. Image 89 is further along to the west side, looking north at about station 197+00, 93-119, somewhere in that vicinity. You're looking toward the north. The ship, the navigational channel is to your left and the levee is to the right. Brian Erikson is on top of the levee. You can see some evidence of channel erosion and surface water erosion along the flange.
Q. Image 90?
A. Image 90 is a close-up of one of the erosional ditches or erosional gullies that developed on that western side from surface water runoff.
Q. Western side?
A. Western side of the levee on the west side.
Q. The west levee?
A. Yes, sir. In fact, if you look at image 89, right at the base of image 89 is one of those erosional gullies, you can see that surface erosion running along the toe to the left.
Q. Image 91?
A. Image 91 is a view of that -- that or a similar erosional gully. You notice it's got, again, a subsurface

Page 212

sinkhole or pipe, because the channel doesn't continue. It then comes out a little bit further downstream, downslope, and that's in the same area, west side.
Q. Image 92?
A. Image 92 is on the west side looking south at approximate location CS-197-00. You see the levee material to the left, you see the effective surface erosion on the -- right in the center of the picture. Those flatline sediments are probably older original ground surface or older dredged material that's been consolidated by the spoil on top of it.
Q. Image 93?
A. 93 is that same site, just turned around and look north, on the west levee, showing the same thing and you see water -- see the light gray color on the darker gray color, compared to the light gray. That is seepage, drainage from the inside of the dredged material pond through the levee and coming out along that -- that discontinuity. That presence of the seepage and the saturation or the higher groundwater table inside the levee makes a strong case that that's probably original ground surface, because you have difficulty getting a hydraulic seal, so the seepage is just identifying the original ground.
94 is looking at the influence of that seepage in the gully erosion, where it's being collected in the little gullies, from the outside of the levee looking

Page 213

straight toward the levee, looking east outside the west levee. And the darker colors are reflecting wet conditions and also more natural reduced conditions, which would suggest again that we're looking at bedrock.
Q. Image 95?
A. Image 95 was a view back at the island from -- from the boat that picked us up. You'll notice the tide is up compared to the first pictures, so we were basically long enough to go from low tide to high tide. That is taken back looking towards the east from the tow boat as we left the island.
Q. Image 96?
A. Image 96 is a picture of the Pacific Eagle, that is a boat tied up in front of a home along the west side of the navigable channel on the west channel around the -- the island.
Q. Image 97?
A. All right. That's another view of the same thing, the Pacific Eagle tied up in front of that home, and figure 98, the last photograph on the line, is a photograph of the same cutter head dredge, small unit that was photographed in the earlier pictures as we left, but this is now a picture of it coming in. And I'm on -- looking at the north side of the navigable channel looking toward the east.
MR. KOSLOSKE: I have no further questions.

Page 214

MR. ERIKSON: We have a few.
THE WITNESS: Let me get this together so I don't get messed up.
EXAMINATION
BY MR. ERIKSON:
Q. Dr. Mathewson, let's talk about the Flare Area for a second. You were shown a couple of exhibits that concerned the Flare Area. We have open Exhibit No. 4, which are the plans for the Upper Bayou project; right?
A. That's correct, drawing C-3.
Q. We have drawing C-3 and you had drawn in in red ink the Flare Area; right, put your initials on it?
A. Correct.
Q. And then you were shown some blowups of the logs in that area; right?
A. Yes.
Q. And that's Deposition Exhibit No. 23?
A. Right.
Q. And you were shown Deposition Exhibit No. 14 which was a transmittal that had attached to it some May 2000 soil borings in the same area?
A. Correct.
Q. And you were also shown an email from Leon Hrabovsky, this is Deposition Exhibit No. 24, to Al Jefts, dated April 17, 2000; do you see that?

Page 215

A. Correct.
Q. Okay. Now, the -- let's look here at -- I want you to compare boring 3ST-4 from Exhibit No. 23 --
A. Yes.
Q. -- with boring B-1 from Exhibit No. 14 with boring 93-62. Now, would you agree that all three of these borings are in the same general location?
A. Right, they're within a few hundred feet of each other.
Q. Okay. Now, what I want you to do is take a couple of minutes and look at them, dissect in your own mind what they show and then we'll talk about them in a second.
A. Okay.
Q. Tell you what, in the interest of time and your catching your airplane, I really don't have that much, I would ask you, you've been shown a number of exhibits, some of which are after the bid opening; recall that?
A. Yes.
Q. For example, Exhibit No. 14 is after the bid opening; right?
A. Right.
Q. Bid opening was in July of 1998, for benchmark purposes.
A. Okay.
Q. Exhibit No. 24 is after the bid opening; right?

Page 216

A. Yes, April 17th, 2000.
Q. Now, can you explain, based on your experience dealing with differing site conditions, what the relevance is of the documents that are dated after the bid opening on a claim concerning the differing site condition scenario that the contractor faced at the time of the bid?
A. Well, any of the evidence that comes in after the bid opening and after the contractor started work is the contractor doing the discovery, so this is all new data that either -- that has no bearing on what the contractor bid. This information wasn't collected yet.
Q. Now, why did you not focus on the documents that came in after the bid opening? Mr. Kosloske showed you a number of documents, and you hadn't read them or recalled them. Why did you not focus on those?
A. Well, my intent was to say -- to determine based on my experience what was it that the contractor was provided and what, in my experience, would a contractor have assumed or -- or responded to with this information, so it was information that was provided prior to the bid opening that was provided to the contractors to make their decision. I also didn't ask for any of the newer information, because I didn't want to get a biased evaluation.
Q. Now, based on having reviewed additional documents after you prepared your report January 26, 2004, and having

Page 217

made your site visit on March 12, 2004, did any of the opinions in your report change?

A. **No. They basically reinforced it, because they provide proof that conditions weren't the way I interpreted the geology.**

MR. ERIKSON: Pass the witness.

RE-EXAMINATION

BY MR. KOSLOSKE:

Q. After you issued your January 26, 2004, report, what materials did you review in this case?

A. **I just got boxes of material. I couldn't cite it specific. I just got a box two days ago that has new information in it that I have not yet reviewed. Basically, I've been waiting for directions from the attorney in terms of where he wanted my direct testimony for trial, what documentation post -- the stuff that I received after I did my January report.**

Q. Counsel for Renda Marine asked you a moment ago about documents that you were provided after you issued your report in January 2004. What documents were they?

MR. ERIKSON: Excuse me, objection, form.

A. **My interpretation, sir, he was talking about the documents you provided me, some of these documents I had never seen until today. So I interpreted his question as the documents that you had provided me.**

Page 218

Q. (BY MR. KOSLOSKE) Today?

A. **Today.**

Q. At this deposition?

A. **At this deposition on the 14th of April 2004.**

MR. KOSLOSKE: I don't have anything further.

MR. ERIKSON: You're passing?

MR. KOSLOSKE: Yes.

MR. ERIKSON: You're free to go.

THE WITNESS: Thank you.

(Deposition concluded at 5:35 p.m.)

(Discussion off the record.)

MR. KOSLOSKE: Number one, the witness is not waiving signature; he'll read and sign; number two, he'll return the original of the errata sheet and the signature page of the deposition to the Court Reporter, who will then see that it's forwarded to the Government.

THE WITNESS: Thank you. So I will get a copy of the text as well. I appreciate that, sir.

Page 219

CHANGES AND SIGNATURE
TO THE ORAL DEPOSITION OF
CHRISTOPHER MATHEWSON
April 14, 2004

| Page | Line | Change | Reason |
|---|---|---|---|
| | | | |

Page 220

I, CHRISTOPHER MATHEWSON, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

_______________________
CHRISTOPHER MATHEWSON

STATE OF __________)
COUNTY OF __________)

Before me ________________________ on this day personally appeared CHRISTOPHER MATHEWSON, known to me (or proved to me under oath or through _______________ (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

(Seal) Given under my hand and seal of office this ______ day of ___________, _______.

_______________________
Notary Public in and for the
State of _____________

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RENDA MARINE, INC., Plaintiff, ) No. 02-306C
VS. ) (Judge Hewitt)
THE UNITED STATES, Defendant.

REPORTER'S CERTIFICATION
DEPOSITION OF CHRISTOPHER MATHEWSON
April 14, 2004

I, Gloria Carlin, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, CHRISTOPHER MATHEWSON, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on 4-29-04 to the witness or to the attorney for witness for examination, signature and return to Gloria Carlin by 6-1-04;

That the amount of time used by each party at the deposition is as follows:

Brian W. Erikson - (00:07)
John E. Kosloske - (06:31)

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes all parties of record:

Brian W. Erikson, Attorney for Plaintiff;
John E. Kosloske, Attorney for Defendant.

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Further certification requirements will be certified to after they have occurred.



Certified to by me this 29th day of April, 2004.

Gloria Carlin, CSR No. 498
Expiration Date: 12/31/04
Merit Court Reporters
Firm Registration No. 133
309 W. 7th Street, Suite 600
Fort Worth, Texas 76102
Job No. 040414GJC (817) 336-3042 (800) 336-4000



IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RENDA MARINE, INC., Plaintiff, ) No. 02-306C
VS. ) (Judge Hewitt)
THE UNITED STATES, Defendant.

DEPOSITION OF CHRISTOPHER MATHEWSON
April 14, 2004
FURTHER CERTIFICATION

The original deposition was/was not returned to the deposition officer on ___________;

If returned, the attached Changes and Signature page contains any changes and the reasons therefor;

If returned, the original deposition was delivered to John E. Kosloske, Custodial Attorney;

That $1462.89 is the deposition officer's charges to the Defendant for preparing the original deposition transcript and any copies of exhibits.

That a copy of this certificate was served on all parties shown herein.

Certified to by me this _______ day of __________, 2004.

Gloria Carlin, CSR No. 498
Merit Court Reporters
Firm Registration No. 133
600 Oil & Gas Building
Fort Worth, Texas 76102
(817) 336-3042 Metro 654-4006
Job No. 040414GJC My Certification Expires 12/31/04

# CURRICULUM VITAE

November 2004

## CHRISTOPHER C. MATHEWSON

Department of Geology and Geophysics
Texas A&M University
3115 TAMU
College Station, TX 77843-3115
Phone: (979) 845-2488; FAX: (979) 847-9313
Email: mathewson@geo.tamu.edu

Professor of Engineering Geology

BIRTH DATE: August 12, 1941
CITIZENSHIP: United States
BIRTHPLACE: Plainfield, New Jersey
SOCIAL SECURITY NO.: 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

### EDUCATION

**Doctor of Philosophy**: 1971, Geological Engineering, University of Arizona, Tucson, Arizona. Dissertation: "Engineering Analysis of Subaerial and Submarine Geomorphology Along the North Coast of Molokai Island, Hawaii."

**Master of Science**: 1965, Geological Engineering, University of Arizona, Tucson, Arizona. Thesis: "The Engineering Significance of Some Sediments from the Hudson Submarine Canyon Region Southeast of Long Island, New York."

**Bachelor of Science**: 1963, Civil Engineering, Case Institute of Technology, Cleveland, Ohio.

### LICENSES

Registered Professional Engineer - Texas (33118).
Licensed Professional Geoscientist - Texas (0023)
Registered Professional Geological Engineer - Arizona (8472).
Registered Professional Engineering Geologist - Oregon (E285).
Licensed Geologist - Alaska (AA215).
Certified Professional Geologist (American Institute of Professional Geologists) (CPG 2486).
Commercial Pilot Instruments, Single Engine, Land Aircraft.
Certified, Industrial Drilling Fluids, Baroid
Certified, Industrial Fire Fighting, Basic, TAMU

Blumberg No. 5118
EXHIBIT
M

## EXPERIENCE

### Texas A&M University

| | |
|---|---|
| 1982-present: | Professor, Geology (Engineering Geology), Department of Geology and Geophysics. |
| 1982-1996: | Director, Center for Engineering Geosciences. |
| 1992 June-August: | WES Graduate Institute, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS. |
| 1988 June-August: | WES Graduate Institute, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS. |
| 1978-1982: | Leader, Engineering Geosciences Research Program, College of Geosciences. |
| 1977-1978: | Director, Center for Applied Geosciences, College of Geosciences. |
| 1976-1982: | Associate Professor, Geology (Engineering Geology), Department of Geology. |
| 1971-1976: | Assistant Professor, Geology (Engineering Geology), Department of Geology. |

## MILITARY SERVICE

1966-1970: Commissioned Officer; National Ocean Survey (formerly Environmental Sciences Services Administration); Highest Rank, Lieutenant

## PROFESSIONAL CONSULTING ACTIVITIES

1971-present

- Coastal engineering analysis for land development.
- Geologic mapping for copper exploration.
- Analysis of flood hazard potential from drainage project.
- Site investigation and design of sanitary landfill.
- Confirmation drilling of lignite exploration.
- Site investigation of septic tank suitability.
- Analysis of ground water for mine design.
- Prediction of highwall suitability in a Texas lignite mine.
- Analysis of ground-water pollution.
- Prediction of settlement in a reclaimed Montana surface mine.
- Evaluation of lignite reserves.
- Slab-on-grade foundation on expansive soils.
- Flood management planning in an urban area.
- Engineering geology of Texas lignite mines.
- Assessment of fuel costs from lignite mines.
- Permit hearings for gravel mining operations.
- Flood risk caused by urbanization.
- Tax valuation and value of lignite in the ground.
- Management of hazardous waste materials.
- Assessment of canal coal deposit.
- Engineering geologic analysis for lignite mine plan.
- Subdivision lot drainage.
- Expansive soils related home damages.
- Rural Texas sanitary waste management program and landfill investigation and design.
- Construction quality control.
- Analysis of expected excavation conditions.
- Hydrocarbon contamination of soil and ground water.
- Failure of irrigation wells.
- Rock erosion in emergency spillways.
- Geochemistry of lignite overburden for reclamation.
- Analysis of collapsing soils over pipeline.
- Archaeological site protection by burial.
- Cause of natural gas explosion in a building.
- Insitu preservation of archaeological site in a cave
- Safety investigation and sealing of a cave encountered during construction
- Investigation of decline of spring water quality
- Hydrologic impacts of surface mining
- Design of treatment wetland for landfill leachate
- Assess local groundwater source for rural water supply company
- Evaluation of salt water contamination of local creek
- Investigation of a natural gas caused explosion of a residence
- Evaluation of the current and future value of an East Texas lignite deposit

# PROFESSIONAL SOCIETIES

## Membership

- American Association of Petroleum Geologists, Division of Environmental Geosciences
- American Geophysical Union
- American Institute of Mining, Metallurgical & Petroleum Engineers
- American Institute of Professional Geologists
- American Society of Civil Engineers
- American Water Resources Association
- Association of Engineering Geologists
- Geological Society of America (Fellow)
- International Association of Engineering Geologists
- National Association of Geology Teachers
- National Society of Professional Engineers
- Society of American Military Engineers (Life Member)
- South African Institute of Engineering Geologists

## Professional Society Activities

**Association of Engineering Geologists**
**Assistant Editor**, Southwest (1978-1980); **Chairman**, Student Member Coordinating Committee (1978-1980); **Editor**, *The Bulletin of the Association of Engineering Geologists* (1981-1987); **Vice-President** (1987-1988); **President** (1988-1989); **Past President** (1989-1990); **Manager**, Committee on Professional Registration (1990-1998), **Representative** to American Geological Institute Member Society Council (1993-1997, 1998-2002), **Executive Director** (1998-2002).

**Texas Section, Association of Engineering Geologists**
**Vice-Chairman** (1978-1981); **Chairman** (1981-1983); **Membership Chairman** (1983-1990); **Technical Program Chair**, 1993 Annual Meeting (1992-1993).

**Engineering Geology Division, Geological Society of America**
**Secretary** (1984-1985); **Chairman-Elect** (1985-1986); **Chairman** (1986-1987); **Past-Chairman** (1987-1988); **Chair, Long-Range Planning Committee** (1991-1993).

**American Geological Institute**
**Vice-President** and **President-Elect** (1990-1991);
**President-Elect** and **President** (1991-1992); **President** and **Past-President** (1992-1993).

**U.S. National Committee for International Association of Engineering Geologists**
Committee Member (1992-1994), Chairman (1995-1999)

**Society of American Military Engineers**
**Treasurer** (1982-2002), Brazos Valley Post.

**American Institute of Mining, Metallurgical & Petroleum Engineers, SME**
SME Minerals Education Booth, National Science Teachers Association Meeting, San Antonio, TX, 14-16 Dec.

**Geological Society of America Foundation**
Trustee (2001-2003)

**Geological Society of America, South Central Section**
Chair, 2004 South Central Section meeting, 14 – 17 March

## Professional Honors and Awards

**Certificate of Appreciation** (1979 and 1980), Association of Engineering Geologists, for Student Member activities.

**Claire P. Holdredge Award** (1981), Association of Engineering Geologists, for a textbook, ***Engineering Geology***, Charles E. Merrill Publishing Company, Columbus, Ohio, 410 p.
"This award is presented to the Association of Engineering Geologists member who has published at some time during the five previous years a paper adjudged to be an outstanding contribution to the Engineering Geology Profession (Association of Engineering Geologists' By-Laws).

**Certificate of Appreciation** (1981, 1982, 1983, 1984, 1985, 1987), Association of Engineering Geologists for Editor, *Bulletin of the Association of Engineering Geologists*.

**Certificate of Appreciation** (1988), Association of Engineering Geologists for serving as Vice President.

**Certificate of Appreciation** (1990, 1991, 1992, 1993), Association of Engineering Geologists for Manager of the Association's Committee on Professional Registration of Geologists.

Listed in "*Who's Who" in Technology*, 1982, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003

Listed in "*Who's Who" in the Southwest*, 1982, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003.

**Faculty Distinguished Achievement Award in Teaching** (1986), Association of Former Students, Texas A&M University.

Listed in "*American Men & Women of Science*," Physical and Biological Sciences, 16th Edition, Volume V.

**Outstanding Technical Paper**, "1988 National Symposium on Mining, Hydrology, Sedimentology and reclamation," Reno, NV, 5-9 December 1988.

**Meritorious Service Award**, 1991, Engineering Geology Division, Geological Society of America.

Listed in *Who's Who in America*, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003

Listed in *Who's Who in American Education*, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003

**Floyd T. Johnston Service Award,** 1995, Association of Engineering Geologists

## PROFESSIONALLY RELATED SERVICE

National Research Council, Panel Member on Task 19, Engineering Geology, 1989 - 1994.

Editorial Board, *Journal of Engineering Geology*, Elsevier Science Publishers, 1990 - 2002.

International Union of Geological Sciences Commission for Environmental Planning, COGEOENVIRONMENT, 1991 - present

National Coal Council, Member, 1991-1993, Reappointed 1993-1997, Reappointed 1998-2003, Reappointed 2004-2008.

## PROFESSIONALLY RELATED COMMUNITY SERVICE

Advisor, College Station Planning and Zoning Commission on Flood Plain Management, 1972.

Author, College Station Flood Plain Management Ordinance.

Member, College Station Planning and Zoning Commission, 1973, 1975, 1977, 1978.

Chairman, College Station Planning and Zoning Commission, 1976.

Member, College Station Zoning Board of Adjustment, 1980, 1981.

Member, Environmental Action Council of Brazos County, 1973, 1974, 1975.

Chairman, Millican Dam Study Committee, Environmental Action Council of Brazos County, 1974.

Cub Scouts, "Geology Badge", 1990, 1991, 1992, 1993, 1994, 1995, 1997

Middle School "Earth Day Activities", Texas Agriculture Extension Service, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2002.

Boy Scouts of America, Environmental Science Merit Badge, Merit Badge University, 1998, 1999.

Accreditation Review Committee, Chairmen, Townview Magnet Center, School of Science and Engineering, Dallas, TX, 18-20 November.