## TEXAS A&M UNIVERSITY RESEARCH CONTRACTS

1971: "Engineering Geology Analysis of Shallow Foundation Dynamics in College Station, Texas," Texas A&M University, Office of University Research, 1 year, $2,520.00.

1972: "Seabed Stability," Sea Grant, 1 year $6,000.00.

"Fabric of Marine Clays," Office of Naval Research, 1 year, $12,000.00.

"Engineering Geology Evaluation, Criteria and Communication for Land Use Evaluations" Texas Real Estate Research Center, 3 years, $30,000.00.

1973: "Silting Mechanisms, South Texas," Sea Grant, 1 year, $19,000.00.

"Urban Geology, Bryan-College Station Area," Center for Applied Geosciences, Texas A&M University, 1 year, $6,000.00.

1974: "Silting Mechanisms in the Texas Gulf Intracoastal Waterway," Sea Grant, 1 year, $32,300.00.

Reconnaissance Engineering Geology Study of Reclaimed, Strip Mined Land - Emphasis on Land Use," Texas Real Estate Research Center, 1 year $1,900.00

1975: "Impact of Water Resource Development on Coastal Erosion, Brazos River, Texas," Office of Water Resources and Technology, Department of the Interior, 2 year, $18,400.00.

Engineering Geology Analysis of the Suitability of Strip Mined Land for Real Estate Development," Texas Real Estate Research Center, 1 year, $10,000.00.

"Predicting Erosion of Dredged Material islands by Wave Processes," Sea Grant, 1 year, $28,000.00

"Determination of the Risk of Severe Damage to light Structures on Expansive Soils," National Science Foundation, 2 years, $70,077.00.

1976: "Evaluation of the Impact of Texas Lignite Development on Texas Water Resources," Office of Water Resources and Technology, Department of the Interior, 1 year, $17,249.00.

"Evolution of Dredged Material Islands by Natural Processes, Sea Grant, $18,377.00.

"Analysis of the Ground-Water Conditions, TPPI Fuel Deposit," Texas Municipal Power Agency, 1 year, $10,640.00.

"Analysis of Overburden Cores, TPPI Fuel Deposit," Texas Municipal Power Agency, 1 year, $27,500.00.

1977: "Evaluation of the Impact of Texas Lignite Development on Texas Water Resources," Office of Water Resources and Technology, Department of the Interior, 1 year, $15,650.00.

1977 Evolution of Dredged Material Islands by Natural Processes, Sea Grant, $20,000.00.

Analysis of the Ground-Water Conditions, TPPI Fuel Deposit," Texas Municipal Power Agency, 1 year, $8,750.00.

"Analysis of Overburden Cores, TPPI Fuel Deposit," Texas Municipal Power Agency, 1 year, $31,500.00.

1978: "Analysis of the Physical Environment and Characteristics of the South Hallsville Project," Southwestern Electric Power Company, 2 years, $175,168.00.

"The Impact of Surface Lignite Mining on Surface and Ground-Water Quality," Center for Energy and Mineral Resources, 1 year, $10,000.00.

"The Impact of Surface Lignite Mining on Surface and Ground-Water Quality," Texas Energy Advisory Council, 1 year, $20,000.00.

"Location of Flexible Base Sources," Texas Transportation Institute, 1 year, $25,000.00.

"Investigation of Low Level Nuclear Waste Disposal," Texas A&M University, Office of University Research, 1 year, $11,000.00.

1979: "Investigation of Low Level Nuclear Waste Disposal," Texas A&M University, Office of University Research, 1 year, $11,000.00.

"Impact of Surface Lignite Mining on Ground Water," Center for Energy and Mineral Resources, 1 year, $17,900.00.

"Location of Flexible Base Sources," Texas Transportation Institute, 1 year, $25,000.00.

"Coal and Lignite Mining by Hydraulic Dredging Methods," Center for Energy and Mineral Resources, 1 year, $12,000.00.

"The Impact of Surface Lignite Mining on Surface and Ground-Water Quality in Texas," U.S. Bureau of Mines, Department of the Interior, 2 years, $61,022.00.

1980: "Impact of Surface Lignite Mining on Ground Water," Center for Energy and Mineral Resources, 1 year, $17,900.00.

"Location of Flexible Base Sources," Texas Transportation Institute, 1 year, $25,000.00.

"Investigation of Low Level Radioactive Waste Disposal Site," Texas A&M University, Office of University Research, 1 year, $12,000.00.

1980: "Engineering Geology of the South Hallsville Lignite Project," Southwestern Electric Power Company, 1 year, $13,225.00.

1980 "Landslide Susceptibility Along the I-35 Corridor from San Antonio to Dallas," Texas Real Estate Research Center, 1 year, $8,000.00.

"Standardization of Engineering and Environmental Geologic Maps, Gibbons Creek, Lignite Deposit, Grime County, Texas," Texas Municipal power Agency, 1 year, $15,680.00.

1981: "Impact of Surface Lignite Mining on Ground Water," Center for Energy and Mineral Resources, 1 year, $17,900.00.

"Location of Flexible Base Sources," Texas Transportation Institute, 1 year, $25,000.00.

"Investigation of Low Level Radioactive Waste Disposal Site," Texas A&M University, Office of University Research, 1 year, $12,000.00.

"Coal and Lignite Mining by Hydraulic Dredging Methods," Center for Energy and Mineral Resources, 1 year, $14,000.00.

"Landslide Susceptibility Along the I-35 Corridor from San Antonio to Dallas," Texas Real Estate Research Center, 1 year, $8,000.00.

"Standardization of Engineering and Environmental Geologic Maps, Gibbons Creek, Lignite Deposit, Grime County, Texas," Texas Municipal power Agency, 1 year, $27,500.00.

1982: "Impact of Surface Lignite Mining on Ground Water," Center for Energy and Mineral Resources, 1 year, $15,000.00.

"Location of Flexible Base Sources," Texas Transportation Institute, 1 year, $25,000.00.

"Investigation of Low Level Radioactive Waste Disposal Site," Texas A&M University, Office of University Research, 1 year, $12,000.00.

"Coal and Lignite Mining by Hydraulic Dredging Methods," Center for Energy and Mineral Resources, 1 year, $12,000.00.

"Landslide Susceptibility Along the I-35 Corridor from San Antonio to Dallas," Texas Real Estate Research Center, 1 year, $10,000.00.

"Standardization of Engineering and Environmental Geologic Maps, Gibbons Creek, Lignite Deposit, Grime County, Texas," Texas Municipal power Agency, 1 year, $27,500.00.

1982: "Assessment of Potential Ground-Water Contamination due to On-site Disposal of Power Plant Waste at Texas Lignite Surface Mines," Aluminum Company of America, 1 year, $17,000.

"Engineering Geology Performance Standards for Sand Pit Operations and Ground Water Protection, Sabine Pass, City of Port Arthur, Texas," City of Port Arthur, 1 year, $2,300.

1983: "Impact of Surface Lignite Mining on Ground Water," Center for Energy and Mineral Resources, 1 year, $15,000.00.

"Coal and Lignite Mining by Hydraulic Dredging Methods," Center for Energy and Mineral Resources, 1 year, $12,000.00.

"Assessment of Potential Ground-Water Contamination due to On-site Disposal of Power Plant Waste at Texas Lignite Surface Mines," Aluminum Company of America, 1 year, $17,000.

"Assessment of Potential Ground-Water Contamination due to On-site Disposal of Power Plant Waste at Texas Lignite Surface Mines," Texas Municipal Power Agency, 1 year, $20,000.

"Determination of Engineering Geology Properties from Exploration Data for Enhanced Lignite Exploration and Recovery," Center for Energy and Mineral Resources, 1 year, $7,800.00.

"Superconducting Supercollider Storage Ring Site Selection," Department of Physics, Texas A&M University, 1 year, $8,000.00.

1984: "Assessment of Potential Ground-Water Contamination due to On-site Disposal of Power Plant Waste at Texas Lignite Surface Mines," Texas Municipal Power Agency, 1 year, $20,000.

"Determination of Engineering Geology Properties from Exploration Data for Enhanced Lignite Exploration and Recovery," Center for Energy and Mineral Resources, 1 year, $25,645.00.

"Restoration of Urban Streams for Real Estate Enhancement," Texas Real Estate Research Center, 1 year, $7,300.00.

"Engineering Geology Assessment of SSC Tunnel Sites in Texas," Texas A&M University, Office of University Research, 1 year, $21,151.00.

1985: "Establishment and Quality of a Ground-Water System in Reclaimed Overburden of the Gibbons Creek Lignite Mine," Texas Municipal power Agency, 2 years, $52,032.00.

"Determination of Engineering Geologic Properties from Exploration Data for Enhanced Lignite Exploration and Recovery," Center for Energy and Mineral Resources, 1 year, $7,540.00.

1986: "Analysis of Monoclines Associated with Growth Faults in Houston, Texas," U.S. Army Engineer Waterways Experiment Station, 1 year, $5,000.00.

"Interdisciplinary Bibliography of the Cultural, Physical, Chemical and Biological Factors Affecting Archaeological Sites," U.S. Army Engineer Waterways Experiment Station, 1 year, $1,000.00.

1986 "Dynamic Hazard Planning for Storm Surge on Galveston island, Texas," Institute for Technology Development, 1 year, $10,000.00.

1987: "Establishment and Quality of a Ground-Water System in Reclaimed Overburden of the Gibbons Creek Lignite Mine," Texas Municipal Power Agency, 2 year, $63,561.00.

"An Interdisciplinary Workshop on the Physical-Chemical-Biological Processes Affecting Archaeological Sites to Develop an Archaeological Site Decay Model," U.S. Army Engineer Waterways Experiment Station, 2 years, $66,340.00.

"Significance of Stratigraphy and Structure on the Rate of Erosion," U.S. Army Engineer Waterways Experiment Station, 1 year, $4,000.00.

"Geomechanics of Growth Faulting in the Gulf Coast Region," U.S. Army Engineer Waterways Experiment Station, 1 year, $4,000.00.

"Investigation of the Proposed Sam Houston SSC-Site," Woodlands Corporation, 1 year, $15,000.00.

1988: "The Physical and Chemical Changes in Soils due to Burial to Predict Archaeological Site Protection," U.S. Army Engineer Waterways Experiment Station, 3 years, $73,959.00.

"Ground Water Recovery, Gibbons Creek Lignite Mine," Texas Municipal Power Agency, 1 year, $7,500.00.

1989: "Ground Water Recovery, Gibbons Creek Lignite Mine," Texas Municipal Power Agency, 1 year, $8,200.00.

"Hydrogeology of the City of Brenham Solid Waste Facility," City of Brenham, 1 year, $10,000.00.

1990: "Lignite Education Project," Phillips Petroleum Company Foundation, 1 year, $100,000.00.

"Hydrogeology of the City of Brenham Solid Waste Facility," City of Brenham, 1 year, $5,000.00.

"Sediment Budget and Sediment Load of the Red River," U.S. Army Corps of Engineers, Vicksburg District, 1 year, $9,932.00.

1991: "Ground Water Recovery, Gibbons Creek Lignite Mine," Texas Municipal Power Agency, 1 year, $8,351.00.

"Lignite Education Project," Phillips Petroleum Foundation, 1-1/2 year, $125,000.00

1992: "Rock Erosion in Emergency Spillway Channels" and "Protection of Archaeological Sites Through Burial," U.S. Army Engineer Waterways Experiment Station, 3 months, $26,800.00.

1992 "Ground Water Recovery, Gibbons Creek Lignite Mine," Texas Municipal Power Agency, 1 year, $9,619.00.

"Earth Science Teacher Training Workshop, *Resources and the Environment*, Texas Mining and Reclamation Association, 50 teachers, summer, $25,000.00

1993: "Rock Erosion in Unlined Channels", U.S. Army Corps of Engineers, Waterways Experiment Station, Geotechnical Laboratory, 1 May-30 Sept 1993, $33,968.00.

"In Situ Protection of Archaeological Sites", Texas Department of Transportation, Austin, TX, 1 May-31 August 1993, $75,000.00.

"Ground Water Recovery, Gibbons Creek Lignite Mine Blocks A, B and G, Texas Municipal Power Agency, 1 year, $7,884.00.

"Earth Science Teacher Training Workshop, *Resources and the Environment*, Texas Mining and Reclamation Association, 50 teachers, summer, $25,000.00

1994: "In Situ Protection of Archaeological Sites", Texas Department of Transportation, Austin, TX, 8 February-31 August 1994, $59,950.00.

"Earth Science Teacher Training Workshop, *Resources and the Environment*, Texas Mining and Reclamation Association, 50 teachers, summer, $25,000.00

1995: "In Situ Protection of Two archaeological Sites in Montague County, Texas", Texas Department of Transportation, Austin, TX 1-31 August, $14,775.00

2002 "Investigation and Analysis of the Domestic Water Supply for the Randolph Air Force Base, San Antonio, Texas", U.S. Department of Defense, 15 Sept 2002-30 April 2003, $64,944.00

# PUBLICATIONS

## Abstracts and Presentations

1968: "Magnetic and Bathymetric Orientation of Seamounts and Seafloor Spreading, South of Unimak, Alaska," **Abstract**, Annual Meeting, Geological Society of America, Mexico City, Mexico.

1969: "Ancient Shelf Along the Hawaiian Ridge," **Abstract**, American Geophysical Union Fall Meeting, San Francisco, California, with Malahoff, A.

"A Northwest Striking Fracture Zone, South of the Hawaiian Ridge," **Abstract**, American Geophysical Union Fall Meeting, San Francisco, California, with Malahoff, A.

1972: "Fabric of Submarine Clays Related to Geotechnical Properties," **Abstract**, Clay Mineral Society Meeting, Woods Hole, Massachusetts.

"Dynamics of Home Foundation Failures," **Abstract**, Annual Meeting, Geological Society of America, Minneapolis, Minnesota.

"Engineering Geology - Foundation for Urban Planning," **Abstract**, Annual Meeting, Geological Society of America, Minneapolis Minnesota, with Font, R.G.

1973: "Graduate Symposia - Teaching for Communication," **Abstract**, South-Central Section Meeting, Geological Society of America, Little Rock, Arkansas.

"Engineering Geology - Basis for Land Use Management," **Abstract**, South-Central Section Meeting, Geological Society of America.

"The Environment - Land Use and Development," presented as part of an Environmental Improvement Workshop sponsored by Texas Transportation Institute in New Braunfels, Lubbock, Baytown, Arlington, and Corpus Christi, Texas.

"Natural Alteration of Clay Fabric with Depth of Burial," **Abstract**, Annual Meeting, Clay Minerals Society.

"Role of Clay Fabric in the Geotechnical Properties of Clay Sediments," **Abstract**, Annual Meeting, Clay Minerals Society.

"The Geologist and the Act-of-God," **Abstract**, Annual Meeting, Geological Society of America, Dallas, Texas.

1974: "Man on Earth," invited to keynote, American Institute of Planners, Gulf Southwest Chapter Meeting, Corpus Christi, Texas.

"Interaction of Storms and Structures," **Abstract**, Tropical Storm Conference, Texas A&M University, Corpus Christi, Texas.

1974: "Flooding Act-of-God or Act-of-Man," **Abstract**, invited, Flood Plain Management Seminar, Houston-Galveston Area Council of Governments, Texas.

"Sand Transport through Continuous Coastal Dunes," **Abstract**, American Geophysical Union, Topical Conference on Transport Mechanisms in the Nearshore Environment.

"Performance of Slab-on-Ground Foundations on Expansive Soils," **Abstract**, Annual Meeting, Association of Engineering Geologists, Denver, Colorado, with Castleberry, J.P. and Lytton, R.L.

"Beach Washouts, Padre Island National Seashore - Origin and Control," **Abstract**, Annual Meeting, Geological Society of America, Miami Beach, Florida.

"Multiple Landsliding - Interstate 45 at Centerville, Texas," **Abstract**, Annual Meeting, Geological Society of America, Miami Beach, Florida, with Vega, R. and Koenig, K.J.

The Physical Environment and Coastal Development or "Beware the Planned Disaster" in Recreational Land Use and Coastal Zone Management: Issues and Perspectives in Texas, Proceedings of the Conference on Recreational Land Use on the Texas Coast, Texas A&M University, College Station, TX.

1975: "Interaction of Storms and Structures," Tropical Storm Short Course, Galveston, Texas.

"Physical Environment of the Coastal Zone," Coastal Zone Management Seminar, Texas A&M University, College Station, Texas.

"Geological Information for Land-Use Planning," Earth Science Seminar, University of Arizona, Tucson, Arizona.

"Physical Processes Affecting Dredge Material Islands," Coastal Engineering Seminar, Texas A&M University, College Station, Texas.

"Flood Plains Are Not Useless Land," Bryan-College Station Board of Realtors.

"Flood Plain Management," League of Women Voters of Houston, Houston, Texas.

"Impact of Water Resource and Flood Mitigation Structures on the Brazos River," **Abstract**, Annual Meeting, Association of Engineering Geologists, Lake Tahoe, Nevada, with Minter, L.L.

"Geological and Geotechnical Aspects of Texas Lignite Reclamation," **Abstract**, Annual Meeting, Association of Engineering Geologists, Lake Tahoe, Nevada, with Levitan, L.M.

"Geological and Geotechnical Aspects of Texas Lignite Reclamation," **Abstract**, Annual Meeting, Geological Society of America, Salt Lake City, Utah.

1976: "Aeolian Processes and Engineering Construction in the Coastal Zone," Annual Meeting, Association of Engineering Geologists, Cherry Hill, New Jersey.

"Engineering Geology Mapping for Land Investment Decisions," Annual Meeting, Association of Engineering Geologists, Cherry Hill, New Jersey.

"Physical Factors Affecting Dredge Material Islands," **Abstract**, Annual Meeting, Association of Engineering Geologists, Cherry Hill, New Jersey, with McHam, R.

"Active Geological Processes, Padre Island National Seashore - Impact on Park Management," **Abstract**, First Conference on Scientific Research in the National Parks, United States Department of Interior, New Orleans, Louisiana.

1977: "Anatomy of a Test Pit," **Abstract**, Annual Meeting, Association of Engineering Geologists, Seattle, Washington.

1978: "Lignite, New Tax Problems," Annual Meeting, Texas Property Tax Association, Dallas, Texas.

"Floods and Flood Processes," Short Course for the City of College Station, College Station, Texas.

"Coastal Geologic Processes," **Abstract**, Baylor University, Waco, Texas.

"How and Where to Educate Coal Exploration Geologists," 2nd International Coal Exploration Symposium, Denver, Colorado.

"Academic Preparation for Engineering Geologists," American Geological Institute Short Course, Hershey, Pennsylvania.

"Impact of Gulf Coast Mining on Geohydrology," **Abstract**, Annual Meeting, Association of Engineering Geologists, Hershey, Pennsylvania, with Kennedy, J.E.

"How to Have Your Cake and Eat It Too," or Flood Management Planning, **Abstract**, Annual Meeting, Association of Engineering Geologists, Hershey, Pennsylvania, with Basco, D.R.

"Predicting Highwall Stability in Lignite Mines," **Abstract**, Annual Meeting, Association of Engineering Geologists, Hershey Pennsylvania, with Bishop, M.A.

"System Interaction Analysis of Damage to Homes on Expansive Soils," **Abstract**, Joint Annual Meeting, Geological Society of America (91st), The Geological Association of Canada, and The Mineralogical Association of Canada, Toronto, Ontario, Canada, with Dobson, D.M. and Dyke, L.D.

1979: "Hurricanes, Coastal Processes, and Other Acts-of-God," Oceanography Seminar, Texas A&M University, College Station, Texas.

"Why Urban Geology?," Landscape Architecture Workshop, Texas A&M University, College Station, Texas.

1979: "Geology and Urban Planning," American Institute of Professionals, Student Chapter, Texas A&M University, College Station, Texas.

"Hydrogeologic Impacts of Texas Lignite Mining," Soil Survey Work Planning Conference, Texas A&M University, College Station, Texas.

"Re-establishment of the Ground Water Table in a Reclaimed Surface Lignite Mine in Texas," **Abstract**, Annual Meeting, Association of Engineering Geologists, Chicago, Illinois, with Pepper, Gail L.

"Hydraulic Properties of Reclaimed Gulf Coast Lignite Mines," **Abstract**, Annual Meeting, Association of Engineering Geologists, Chicago, Illinois, with Kennedy, James L.

"The Impact of Active Sedimentary Processes on Land-Use Planning Along a South Texas Barrier Island," **Abstract**, Annual Meeting, Association of Engineering Geologists, Chicago, Illinois, with Cole, William F.

"Academic Training of Engineering Geologists," **Abstract**, Annual Meeting, Symposium, Geological Society of America, San Diego, California.

"Hydrogeology of Reclaimed Gulf Coast Lignite Mines," Symposium on Surface Mining Hydrology, Sedimentology, and Reclamation, University of Kentucky, Lexington, Kentucky, with Kennedy, James L. and Pepper, Gail L.

1980: "Educating Engineering Geologists is More than Academic," **Abstract**, Southeastern Section, Geological Society of America, Birmingham, Alabama.

"Influence of Environmental Factors on Expansive Soil Damages to Homes," **Abstract**, South-Central Section, Geological Society of America, Wichita, Kansas.

"Application of Engineering Geology to the Evaluation and Planning of Coal Mines," 1st International Symposium on Mine Planning and Development, Beijing/Beidaihe, China (invited speaker).

"Engineering Geology and Hydrology of Reclaimed Gulf Coast Lignite Mines," **Abstract** (invited), Annual Meeting, Geological Society of America, Atlanta, Georgia.

McCallum High School, Austin Area Science Seminar, presented two lectures on Coastal Processes.

"Hydraulic Properties and Hydrogeologic Mapping of Reclaimed Gulf Coast Lignite Mines," **Abstract**, Annual Meeting, Geological Society of America, Atlanta, Georgia, with Kennedy, J.L.

"Investigation of a Recent, High Arctic Mudflow Bathurst Island, Northwest Territories, Canada," **Abstract**, Annual Meeting, Geological Society of America, Atlanta, Georgia, with Mayer, T.A.

1980 "Engineering Geology and Site Selection," invited Short Course, Soil Conservation Service, Jackson, Mississippi.

1981: "Engineering Geology of Texas Lignite," Texas Real Estate Research Center Short Course, Fairfield, Texas.

"Coastal Processes and Land Use Decisions," 1st Annual Meeting, Marine Technical Society, Texas A&M University Student Chapter, College Station, Texas.

"Maximize Geology - Minimize Your Exploration Budget," invited speaker, 3rd International Coal Exploration Symposium, Calgary, Canada.

"Flooding and Floodplain Management," invited, Public Board Casting Service, Television Program **Texas Weekly**.

"Engineering Geology," invited, Geotechnical Division and Association of Engineering Geologists, University of Natal, Durban, South Africa.

"Engineering Geology of Expansive Soils," invited, Association of Engineering Geologists, South Africa Section, Johannesburg, South Africa.

"Engineering Geology of Expansive Soils," invited, University of Pretoria, Pretoria, South Africa.

"Engineering Geology and Coal Mine Planning," invited, Department of Landscape Architecture, University of Pretoria, Pretoria, South Africa.

"Geology, Foundation of the City," invited, Keynote Address, Symposium on the Engineering Geology of Cities in South Africa, CSIR Conference Centre, Pretoria, South Africa.

"Tour of North America Through the Eyes of an Engineering Geologist," invited, University of Cape Town, Cape Town, South Africa.

"Engineering Geologic Feasibility of Lignite Mining in Alluvial Valleys by Hydraulic Dredging Methods," **Abstract**, Annual Meeting, Association of Engineering Geologists, Portland, Oregon, with Cason, C.L.

"Site Selection for Low Level Radioactive Waste Processing and Disposal Facilities in Texas," **Abstract**, Annual Meeting, Association of Engineering Geologists, Portland, Oregon, with Isenhower, D.B., and Robbins, G.A.

"Use the Hydrogeologic Conditions, Don't Fight Them--Mining Lignite by Hydraulic Dredge Methods," **Abstract**, Annual Meeting, Geological Society of America, Cincinnati, Ohio, with Cason, C.L.

"Application of Engineering Geology to the Siting of Low Level Radioactive Waste Processing and Disposal Facilities," **Abstract**, Annual Meeting, Geological Society of America, Cincinnati, Ohio, with Isenhower, D.B. and Robbins, G.A.

1982: "Long-Term Hydrogeologic Impacts of Surface Mining in Gulf Coast, Delta Plain Lignite Mines," **Abstract**, Annual Meeting, Geological Society of America, New Orleans, Louisiana, with Pollock, C.R.

"Engineering Geology of Gulf Coast Lignites," invited **Abstract**, Annual Meeting, Geological Society of America, Coal Division, New Orleans, Louisiana.

"Mineralogic Aspects of Engineering Geology--Lessons Learned and Unlearned," invited **Abstract**, Annual Meeting, Geological Society of America, Engineering Geology Division, New Orleans, Louisiana.

"Engineering Geology of Expansive Soils," invited seminar speaker, Department of Geology, University of Kansas, Lawrence, Kansas.

"Exploration and Development, Gulf Coast Lignite," invited, *Symposium Sobre Prospeccion de Carbon, Escula Tecnica Superior de Ingenineros de Minas*, Oviedo, Spain.

"Case Histories of Three Lignite Deposits in Texas, invited, *Symposium Sobre Prospeccion de Carbon, Escula Tecnica Superior de Ingenineros de Minas*, Oviedo, Spain.

"Logging and Data Manipulation," invited, *Symposium Sobre Prospeccion de Carbon, Escula Tecnica Superior de Ingenineros de Minas*, Oviedo, Spain.

"Geology and Leasing of Lignite," invited short course, Farm and Land Institute, Fairfield, Texas.

"Environmental, Engineering, and Geological Considerations for Lignite Mining," **Abstract**, Lignite Conference, University of Alabama, Birmingham, Alabama.

"Engineering Geology and Land-Use Planning," invited seminar speaker, Queen's University, Kingston, Ontario, Canada.

"Engineering Geology of Expansive Soils," invited seminar speaker, Queen's University, Kingston, Ontario, Canada.

"Engineering Geology and Residential Housing," Urban and Regional Planning Seminar, Texas A&M University, College Station, Texas.

"Maximization of Exploration Programs --or-- How to Get Your Mine for the Smallest Bucks," Gulf Coast Lignite Conference, Houston, Texas.

1983: "Engineering Geologic Performance Standards for Land-Use Decision Making, Sabine Pass Area, Port Arthur, Texas," presented to the City of Port Arthur, Port Arthur, Texas.

"Site Selection Methodology for Low Level Radioactive Waste Disposal in Texas," **Abstract**, South-Central Section Meeting, Geological Society of America, College Station, Texas.

1983 "River Design in San Antonio," **Abstract**, South-Central Section Meeting, Geological Society of America, College Station, Texas.

"Engineering Geology and Urban Planning," invited seminar speaker, University of New South Wales, Sydney, New South Wales, Australia.

"Engineering Geology for Planning the Urban Environment," invited speaker, Australian Institute of Mining and Metallurgy, Canberra, Australian Capital Territory, Australia.

"Engineering Geologic Tour of North America," invited seminar speaker, Canberra College of Advanced Education, Canberra, Australian Capital Territory, Australia.

"Expansive Soils, Their Engineering Geology," guest lecture, Snowey Mountains Engineering Corporation, Cooma, New South Wales, Australia.

"Engineering Geologic Analysis of Exploration Data for Mine Planning," 4th International Coal Exploration Symposium, Sydney, New South Wales, Australia.

"Characterization of Gulf Coast Lignite Overburden for Mine Planning and Design," 24th U.S. Symposium on Rock Mechanics, Texas A&M University, College Station, Texas.

1984: "Reclamation Potential Analysis of Gulf Coast Surface Lignite Mines Using Stratigraphic Models and Well Logs," **Abstract**, Annual Meeting, Association of Engineering Geologists, Boston, Massachusetts, with Stuart D. Urban.

"Erosion Downstream of Dams on the Colorado River of Texas," **Abstract**, Annual Meeting Association of Engineering Geologists, Boston, Massachusetts, with Manjiang Zhang.

"Engineering Geologic Aspects of Lignite Mining," invited lecture, Queen's University, Kingston, Ontario, Canada.

"Coastal Processes Along a Low Energy Coast," invited lecture, Queen's University, Kingston, Ontario, Canada.

"Geology and Urban Planning," invited lecture, Queen's University, Kingston, Ontario, Canada.

"Engineering Geology and Strip Mining," invited lecture, San Jose State University, San Jose, California.

"Active Coastal Processes - Act of God or Man?," invited lecture, San Jose State University, San Jose, California.

1985: "Factors Influencing Coastal Processes and Engineering Design Along the Texas Coast," **Abstract**, Annual Meeting, Association of Engineering Geologists, Winston-Salem, North Carolina.

1985 "Severe Storm Processes on Low-Energy Coastlines," **Abstract**, Annual Meeting, Geological Society of America, Orlando, Florida.

"Siting of Dredge Material Islands in Bays and Estuaries along Low-Energy Coastlines," **Abstract**, Annual Meeting, Geological Society of America, Orlando, Florida.

"Engineering Geology of the Texas Gulf Coast - A Problem of Conflicting Interests," invited lecture, University of Utah, Salt Lake City, Utah.

"Engineering Geology of the Texas Gulf Coast - A Problem of Conflicting Interests," invited lecture, Brigham Young University, Provo, Utah.

"Geology-Engineering Geology-Engineering - A Philosophy Series," invited speech, Utah Section, Association of Engineering Geologists, Salt Lake City, Utah.

"Engineering Geology Input to the Planning and Design of Gulf Coast Lignite Mines," invited lecture, Department of Geology, Utah State University, Logan, Utah.

"Engineering Geology of the Texas Gulf Coast - A Problem of Conflicting Interests," invited lecture, Department of Civil Engineering, Utah State University, Logan, Utah.

"Active Coastal Processes Along the Texas Coast," invited lecture, U.S. Army Engineers, Waterways, Experiment Station, Vicksburg, Mississippi.

1986: "The Comprehensive Coal Exploration Program," invited lecture, *Seminario sobre "La utilizacion de Diagrafias en Mineria*," University of Oviedo, Oviedo, Spain.

"Geotechnical Applications of Engineering Geology to Mine Planning, Design and Operation," invited lecture, *Seminario sobre "La utilizacion de Diagrafias en Mineria*," University of Oviedo, Oviedo, Spain.

"Engineering Geologic Aspects of Surface Mined Land Reclamation," invited lecture, *Seminario sobre "La utilizacion de Diagrafias en Mineria*," University of Oviedo, Oviedo, Spain.

"The Hydrogeologic Characteristics of a Mine Site: A Four Part Problem," invited lecture, *Seminario sobre "La utilizacion de Diagrafias en Mineria*," University of Oviedo, Oviedo, Spain.

"Drilling, Sampling and Testing in Soil and Weak Rock," invited lecture, Drilling Symposium and Exposition, Salt Lake City, Utah, with White, D.R. and Miller, E.

"Role of Bedrock Ground Water in the Initiation of Debris Flows," **Abstract**, Annual Meeting, Association of Engineering Geologists, San Francisco, California, with Keaton, J.R.

"Aeolian Alteration of Hurricane Damaged Foredunes," invited lecture, Department of Geology, Whitman College, Walla Walla, Washington.