1986: "The Coastal Zone -- A Dynamic Environment," invited lecture, Department of Geology, Whitman College, Walla Walla, Washington.

"The Coast, It can be a Moving Experience," invited Sigma Xi Lecture, Whitman College, Walla Walla, Washington.

"Geotechnical Model for Surface Mines; Developed from the Comprehensive Exploration Program," **Abstract**, Geotechnical Stability in Surface Mining Symposium, Calgary, Canada, with Cato, K.

"Geology of the Coastal Zone, Long Term Processes," invited lecture, Department of Geology, Queen's University, Kingston, Ontario, Canada.

"Hurricanes and Other Short Term Events," invited lecture, Department of Geology, Queen's University, Kingston, Ontario, Canada.

"Hydrogeology of Gulf Coast Surface Lignite Mines," invited lecture, Department of Geology, Queen's University, Kingston, Ontario, Canada.

"Natural Hazards and the Act-of-God," invited lecture, Department of Geology, Queen's University, Kingston, Ontario, Canada.

"The San Antonio River Walk--Good Luck or Good Planning?," **Abstract**, Annual Meeting, Geological Society of America, San Antonio, Texas.

"Engineering Geology in Lignite Mine," Monthly Meeting, Lone Star Student Chapter, Association of Engineering Geologists, Texas A&M University, College Station, Texas.

1987: "Hydrogeology and Gulf Coast Surface Mining," invited lecture, San Jose State University, San Jose, California.

"Ethics in Design Education," Interdisciplinary Faculty Forum in the College of Architectural and Environmental Design, Texas A&M University, College Station, Texas.

"The Disaster Cycle, A Combination of Geologic and Human Processes," **Abstract**, Annual Meeting, South-Central Section, Geological Society of America, Waco, Texas.

"Engineering Geology--Where are We Going?," **Abstract**, Annual Meeting, South-Central Section, Geological Society of America, Waco, Texas.

"Relationship Between Soils and Home Foundations in the Area: The Recognition of Latent Structural Defects 'Versus Normal Foundation Problems'," invited lecture, Bryan-College Station Board of Realtors, April Meeting.

"Bedrock Ground Water: Source of Sustained Post-Debris Flow Stream Discharge," 23rd Symposium on Engineering Geology & Soils Engineering, Utah State University, Logan, Utah, with Paul Santi.

1987: Field Trip: "Debris Flow Sediments in Davis County, Utah," with Keaton, J.R.

"A Philosophy of Engineering Geology," invited lecture, U.S. Army Corps of Engineers, Waterways Experiment Station, Vicksburg, Mississippi.

"Comparison of Surface Geophysical and Borehole Data at a Texas A&M Research Park Site," **Abstract**, Annual Spring Meeting of the Texas Section, Association of Engineering Geologists, College Station, Texas, with Christeson, G.; Jasek, N.; Morgan, F.D.; and White, D.

"Archaeological Site Decay Model," An Interdisciplinary Workshop on the Physical-Chemical-Biological Processes Affecting Archaeological Sites to Develop an Archaeological Site Decay Model, U.S. Army Corps of Engineers, Waterways Experiment Station, College Station, Texas.

"Geologic Control of Drilling," AEG-NDF Symposium on Drilling, Annual Meeting, Association of Engineering Geologists, Atlanta, GA.

"Engineering Geology at Texas A&M University," **Abstract**, Symposium on Education in Engineering Geology and Geological Engineering, Annual Meeting, Association of Engineering Geologists, Atlanta, GA.

"Hazards and Risks Associated with Alluvial Fan Processes in Davis County, Utah," **Abstract**, Annual Meeting, Association of Engineering Geologists, Atlanta, GA, with J. R. Keaton and L. R. Anderson.

"Engineering Geology as a Profession," Invited Presentation, Annual Meeting, American Institute of Professional Geologists, Lexington, KY.

"Clays and Engineering Geology," **Abstract**, Annual Meeting, Clay Minerals Society, Socorro, NM.

"Proposed Ideal Alluvial Fan Stratigraphy for Risk Assessment," **Abstract**, Annual Meeting, Geological Society of America, Phoenix, AZ, with J. R. Keaton.

1988: "Geology of Gulf Coast Lignite," Brazos Valley Gem and Mineral Society,

"Impacts of Archaeological Site Burial as a Preservation Method," 1988 Soil Survey and Land Resource Workshop, Texas A&M University.

"Burial of Archaeological Sites for Protection and Preservation," 24th Symposium on Engineering Geology and Soils Engineering, Coeur d'Alene, Idaho; with Tania Gonzalez.

"What Happens Between the Scar and the Fan? The Behavior of a Debris Flow in Motion," 24th Symposium on Engineering Geology and Soils Engineering, Coeur d'Alene, Idaho; with Paul Santi.

"Protection and Preservation of Archaeological Sites Through Burial: A Multidisciplinary Problem," Annual Meeting, Society for Applied Anthropologists, Tampa, Florida.

1988: "Mechanisms of Knickpoint Migration," U. S. Army Corps of Engineers Workshop on Emergency Spillway Erosion, Des Moines, Iowa, 4-5 May.

"The Engineering Geology Group in the 21st Century," U.S. Army Engineer, Waterways Experiment Station, Vicksburg, MS, 3-4 August.

"Stratigraphy of Alluvial Fan Flood Deposits," National Conference on Hydraulic Engineering, ASCE, Colorado Springs, CO, with Jeffrey R. Keaton, 8 August.

"Flood Hazard Recognition and Mitigation on Alluvial Fans," National Conference on Hydraulic Engineering, ASCE, Colorado Springs, CO, with Jeffrey R. Keaton, 8 August.

"Engineering Geologic Exploration for Burial of Archaeological Sites for Protection and Preservation," **Abstract**, Annual Meeting of the Association of Engineering Geologists, Kansas City, MO, 18 October.

"Hurricanes and the Coastal Zone," University of Missouri at Rolla, College of Mines, 8 November.

"Debris Flow Hazards and Mitigation, Salt Lake City, Utah," University of Missouri at Rolla, College of Mines, 8 November.

"Surface Mining and Hydrogeology," University of Missouri at Rolla, College of Mines, 9 November.

"Engineering Geology and Mine Planning," University of Missouri at Rolla, College of Mines, 9 November.

"The Professional and the Professional Society," Presidential Address, St. Louis Section, Association of Engineering Geologists, 8 November.

"Geology and Drilling Technology," Queen's University, Kingston, Ontario, Canada, 14 November.

"Lignite Exploration and Development," Queen's University, Kingston, Ontario, Canada, 15 November.

"Engineering Geology and Mine Planning," Queen's University, Kingston, Ontario, Canada, 15 November.

"Surface Mining and Hydrogeology," Queen's University, Kingston, Ontario, Canada, 15 November.

"Debris Flows Hazards and Mitigation, Salt Lake City, Utah," Queen's University, Kingston, Ontario, Canada, 14 November.

"The Professional and the Professional Society," Presidential Address, Texas Section, Association of Engineering Geologists, 19 November.

1988: "The Establishment of a Ground-Water System in Cast Overburden of a Texas Gulf Coast Surface Lignite Mine," National Symposium on Mining, Hydrology, Sedimentation and Reclamation, Reno, NV, with Evelyn S. Borbely, 5 December.

"Stratigraphy of Gulf Coast Lignite Mine Spoil -- Influences on Post-mine Hydrogeology and Soil Profile Development," National Symposium on Mining, Hydrology, Sedimentation and Reclamation, Reno, NV, with Evelyn S. Borbely, 7 December.

"Hurricanes and the Coastal Zone," University of Nevada at Reno, Mackay School of Mines, 5 December.

"Debris Flow Hazards and Mitigation, Salt Lake City, Utah," University of Nevada at Reno, Mackay School of Mines, 6 December.

"Engineering Geology, Wa-Zat?" University of Nevada at Reno, Mackay School of Mines, Departmental Seminar, 6 December.

1989: "We Must All Hang Together," American Geological Institute, Member Society Presidents Meeting, Washington, DC, 3 February.

"Status of the Association of Engineering Geologists," Presidential Address, Baltimore-Washington-Harrisburg Section, Association of Engineering Geologists, Frederick, MD, 3 February.

"Engineering Geology - New Careers in Geology," Science Technology Symposium, Texas A&M University, College Station, TX, 4 March.

"Debris Flow Hazards and Mitigation, Salt Lake City, Utah," invited lecture, Radford University, Radford, VA, 15 March.

Surface Mining and Hydrogeology," invited lecture, Radford University, Radford, VA, 15 March.

"Engineering Geology, Wa-Zat?" invited lecture, Radford University, Radford, VA, 15 March.

"Archaeological Site Preservation," invited lecture, University of Tennessee, Knoxville, TN, 16 March.

"Engineering Geology, Wa-Zat?" invited lecture, University of Tennessee, Knoxville, TN, 16 March.

"Geology and Drilling Technology," invited lecture, Association of Engineering Geologists, Knoxville, TN, 18 March.

Case Histories of Emergency Spillway Erosion-Insight into the Mechanisms of Knickpoint Erosion," with J. H. May, 25th Annual Engineering Geology and Geotechnical Engineering Symposium, Reno, NV, 21 March.

1989: "Hydrodynamic Controls of Knickpoint Erosion," with J. H. May, 25th Annual Engineering Geology and Geotechnical Engineering Symposium, Reno, NV, 21 March.

"Registration of Geologists in Texas - Is It Necessary," Houston Geological Society, Environmental and Engineering Geology Committee, Houston, TX, 29 March.

"Geology and Drilling Technology," invited lecture, South Dakota School of Mines and Technology, Rapid City, SD, 10-11 April.

"Engineering Geology and Mine Planning," invited lecture, South Dakota School of Mines and Technology, Rapid City, SD, 10-11 April.

"The Professional and the Professional Society," invited lecture, South Dakota School of Mines and Technology, Rapid City, SD, 10-11 April.

"Debris Flow Hazards and Mitigation, Salt Lake City, Utah," invited lecture, Colorado School of Mines, Golden, CO, 13 April.

"Geology and Drilling Technology," invited lecture, Colorado School of Mines, Golden, CO, 13 April.

"The Professional and the Professional Society," Joint Meeting of the Association of Engineering Geologists and the American Society of Civil Engineers, Denver, CO, 13 April.

"Surface Mining and Hydrogeology," invited lecture, University of Colorado, Boulder, CO, 14 April.

"Hydrogeology and Debris Flows in the Farmington Canyon Complex, Davis County, Utah," invited lecture, Utah Geological and Mineral Survey, Salt Lake City, UT, 4 May.

"The Professional and the Professional Society," Presidential Address, Utah Section, Association of Engineering Geologists, Salt Lake City, UT, 4 May.

"Engineering Geology, Wa-Zat?" invited lecture, Utah State University, Logan, UT, 5 May.

"Hydrodynamics of Knickpoint Erosion," invited lecture, Utah State University, Logan, UT, 5 May.

"Hydrogeology and Debris Flows in the Farmington Canyon Complex, Davis County, Utah," invited lecture, Utah State University, Logan, UT, 5 May.

"Hydrodynamics of Knickpoint Erosion," invited lecture, University of Utah, Salt Lake City, UT, 8 May.

"Geology and Drilling Technology," invited lecture, Brigham Young University, Provo, UT, 8 May.

1989: "The Professional and the Professional Society," Presidential Address, San Francisco Section, Association of Engineering Geologists, San Francisco, CA, 9 May.

"Surface Mining and Hydrogeology," invited lecture, University of California at Davis, Davis, CA, 10 May.

"The Professional and the Professional Society," Presidential Address, Sacramento Section, Association of Engineering Geologists, San Francisco, CA, 10 May.

"Hydrogeology and Debris Flows in the Farmington Canyon Complex, Davis County, Utah," invited lecture, University of California at Davis, Davis, CA, 11 May.

"Surface Mining and Hydrogeology," invited lecture, California State University at Sacramento, Sacramento, CA, 11 May.

"Hurricanes and the Coastal Zone," invited lecture, California State University at San Jose, San Jose, CA, 12 May.

"Hydrogeology and Debris Flows in the Farmington Canyon Complex, Davis County, Utah," invited lecture, University of Oregon, Eugene, OR, 15 May.

Hydrogeology and Debris Flows in the Farmington Canyon Complex, Davis County, Utah," invited lecture, Portland State University, Portland, OR, 16 May.

"The Professional and the Professional Society," Presidential Address, Oregon Section, Association of Engineering Geologists, Portland, OR, 16 May.

"Hydrogeology and Debris Flows in the Farmington Canyon Complex, Davis County, Utah," invited lecture, Oregon State University, Corvallis, OR, 17 May.

"Surface Mining and Hydrogeology," invited lecture, Oregon State University, Corvallis, OR, 17 May.

"The Professional and the Professional Society," Presidential Address, Washington State Section, Association of Engineering Geologists, Seattle, WA, 18 May.

"Hydrodynamics of Knickpoint Erosion," invited lecture, University of Washington, Seattle, WA, 19 May.

"Engineering Geology and Mine Planning," invited lecture, University of Alaska at Fairbanks, Fairbanks, AK, 22 May.

"The Professional and the Professional Society," Presidential Address, Alaska Section, Association of Engineering Geologists and Alaska Section, American Institute of Professional Geologists, Anchorage, AK, 23 May.

"Engineering Geology and Mine Planning," invited lecture, joint South African Institute of Engineering Geologists, Association of Engineering Geologists, and South African Institute of Civil Engineers meeting, Johannesburg, South Africa, 13 July.

1989: ""Archaeological Site Preservation," invited lecture, Steffen, Robertson & Kisten, Johannesburg, South Africa, 14 July.

Surface Mining and Hydrogeology," invited lecture, University of Cape Town, Cape Town, South Africa, 21 July.

"Debris Flow Hazards and Mitigation, Salt Lake City, Utah," invited lecture, University of Natal at Durban, Durban, South Africa, 25 July.

"Hydrodynamics of Knickpoint Erosion," invited lecture, University of Pretoria, South Africa, 26 July.

"Engineering Geology, Wa-Zat?," "Debris Flow Hazards and Mitigation, Salt Lake City, Utah," and Engineering Geology and Mine planning," invited lectures, University of Pretoria, Pretoria, South Africa, 27 July.

"Geosciences in Impact Analyses, with the Debris Flows in Utah as a Case History" invited lecture, University of Witwatersrand, Johannesburg, South Africa, 28 July.

"First-World vs. Third-World Practices in Engineering Geology," invited Banquet Address, First Annual Banquet of the South African Institute of Engineering Geologists, Johannesburg, South Africa, 29 July.

"Surface Mining and Hydrogeology," invited Keynote address, 5th Biennial Symposium of the Ground Water Division of the Geological Society of South Africa, Johannesburg, South Africa, 2 August.

"Water and Minerals Resource Conflicts; First-World vs. Third-World Conditions," invited Banquet address, 5th Biennial Symposium of the Ground Water Division of the Geological Society of South Africa, Johannesburg, South Africa, 2 August.

"Geography, Engineering Geology and the Development of Southern Africa," invited lecture, upper class students at Redhill School, Johannesburg, South Africa, 3 August.

"Geology and Drilling Technology," invited lecture, Purdue University, West Lafayatte, IN, 5 September.

"Surface Mining and Hydrogeology," invited lecture, Purdue University, West Lafayatte, IN, 5 September.

"The Professional and the Professional Society," Presidential lecture, North Central Section, Association of Engineering Geologists, Chicago, IL, 5 September.

"Registration of Engineering Geologists, The Texas Example," invited lecture, Illinois State Geological Survey, Urbana, IL, 6 September.

"Debris Flows and Hazard Mitigation, Salt lake City, Utah," invited lecture, University of Illinois, Urbana, IL, 6 September.

"Debris Flow Hazards and Mitigation, Salt Lake City, Utah," invited lecture, University of Iowa, Iowa City, IA, 7 September.

1989: "Surface Mining and hydrogeology," invited lecture, University of Iowa, Iowa City, IA, 7 September.

"Debris Flow Hazards and Mitigation, Salt Lake City, Utah," invited lecture, Iowa State University, Ames, IA, 8 September.

"Surface Mining and hydrogeology," invited lecture, Iowa State University, Ames, IA, 8 September.

"Debris Flows and Hazard Mitigation, Salt lake City, Utah," invited lecture, Case Western Reserve University, Cleveland, OH, 11 September.

"Archaeological Site Preservation," invited lecture, Case Western Reserve University, Cleveland, OH, 11 September.

"Surface Mining and hydrogeology," invited lecture, Kent State University, Kent, OH, 12 September.

"Hydrodynamics of Knickpoint Erosion," invited lecture, Kent State University, Kent, OH, 12 September.

"Debris Flow Hazards and Mitigation, Salt Lake City, Utah," invited lecture, Kent State University, Kent, OH, 12 September.

"The Professional and the Professional Society," Presidential lecture, Allegheny-Ohio Section, Association of Engineering Geologists, Kent State University, Kent, OH, 12 September.

"The Professional and the Professional Society," Presidential lecture, Southeastern Section, Association of Engineering Geologists, Georgia State University, Atlanta, GA, 13 September.

"Debris Flow Hazards and Mitigation, Salt Lake City, Utah," invited lecture, Auburn University, Auburn, AL, 14 September.

"Engineering Geology and Mine Planning," invited lecture, University of Alabama, Tuscaloosa, AL, 15 September.

"Debris Flow Hazards and Mitigation, Salt lake City, Utah," invited lecture at U.S. Army Engineers, Waterways Experiment Station, Geotechnical Laboratory, Vicksburg, MS, 18 September.

"Archaeological Site Preservation," invited lecture at U.S. Army Engineers, Waterways Experiment Station, Environmental Laboratory, Vicksburg, MS, 18 September.

"The Professional and the Professional Society," Presidential lecture, Lower Mississippi Valley Section, Association of Engineering Geologists, Baton Rouge, LA, 19 September.

1989: "Debris Flow Hazards and Mitigation, Salt Lake City, Utah," invited lecture, Louisiana State University, Baton Rouge, LA, 19 September.

"Debris Flows along the Wasatch Front, Utah," invited lecture, North Carolina State University, Raleigh, NC, 20 September.

"The Professional and the Professional Society," Presidential lecture, Carolina Section, Association of Engineering Geologists, Greensboro, NC, 20 September.

"Lignite Exploration and Development," invited lecture, Rutgers University, New Brunswick, NJ, 21 September.

"The Professional and the Professional Society," Presidential lecture, New York-Philadelphia Section, Association of Engineering Geologists, Wayne, NJ, 21 September.

"Debris Flow Hazards and Mitigation, Salt Lake City, Utah." invited lecture, Bucknell University, Lewisburg, PA, 22 September.

"Surface Mining and Hydrogeology," invited lecture, Bucknell University, Lewisburg, PA, 22 September.

"Debris Flow Hazards and Mitigation, Salt lake City, Utah," invited lecture, McGill University, Montreal, Ont, Canada, 25 September.

"The Professional and the Professional Society," invited lecture, *a Ecole Polytechnique* (University of Montreal), Montreal, Ont, Canada, 25 September.

"The Professional and the Professional Society," Presidential lecture, New England Section, Association of Engineering Geologists, Boston, MA, 26 September.

"Hurricanes and the Coastal Zone," invited lecture, Massachusetts Institute of Technology, Boston, MA, 27 September.

"Archaeological Site Preservation," invited lecture, Boston University, Boston, MA, 27 September.

"Hurricanes and the Coastal Zone," invited lecture, Northeastern University, Boston, MA, 28 September.

"Barrier Beaches and the Protection of the Coastal Zone," invited lecture at Boston College, Boston, MA, 28 September.

"Hurricanes and the Coastal Zone," invited lecture, University of Connecticut, Storrs, CT, 29 September.

"Debris Flows in Utah," invited lecture, University of Connecticut, Storrs, CT, 29 September.

"Surface Mining and Hydrogeology," invited lecture, University of Connecticut, Storrs, CT, 29 September.

1989: "Welcoming Address," Annual Meeting, Association of Engineering Geologists, Vail, CO, 3 October.

"Hydrogeology and Debris Flows in the Farmington Canyon Complex, Wasatch Range, Davis County, Utah," **Abstract**, Annual Meeting, Association of Engineering Geologists, Vail, CO, 3 October.

"Hydrodynamics of Knickpoint Erosion," **Abstract**, invited lecture, Environmental and Engineering Committee, Houston Geological Society, Houston, TX, 24 October.

"Geological Factors Affecting the Protection and Preservation of Archaeological Sites," **Abstract**, Annual Meeting, Geological Society of America, St. Louis, MO, 7 November.

"Debris Flow Hazards and Mitigation, Salt Lake City, Utah," Department of Geology Seminar, Texas A&M University, 5 December.

"Rock Material Performance During Emergency Spillway Flows," International Winter Meeting American Society of Agricultural Engineers, New Orleans, LA, 12-15 December, with K. D. Cato.

1990: "Debris Flow Hazards and Mitigation, Salt Lake City, Utah," Department of Geological Sciences, University of Houston, Houston, TX, 2 February.

"Physical and Chemical Alteration of Buried Soils -or- What Happens If An Archaeological Site is Buried?" **Abstract**, 1990 Soil Science and Land Resource Workshop, College Station, TX, 8-9 February.

"Earth Riders - Sailin' Slidin' and Sloshin' Around," Science, Technology and You$^{th}$, Texas A&M University, College Station, TX, 3 March.

"Debris Flow Hazards and Mitigation, Salt Lake City, Utah," Department of Geology, University of Florida, Gainesville, FL, 28 March.

"Philosophy of Professional Registration," **Abstract**, 1990 Annual Spring Meeting, Texas Section of the Association of Engineering Geologists, College Station, TX, 21 April.

"When is a Hazard a Hazard?" Region VI Conference for the Advancement of Science Teaching, Science Teachers Association of Texas, Inc., College Station, TX, 21 April.

"Lignite, Ground Water and a National Historic Spring: A Case History from the Gibbons Creek Lignite Mine, Grimes County, Texas," 1990 National Symposium on Mining, Knoxville, TN, 14-18 May.

"Multiple Phenomena of Debris-Flow Processes: A Challenge for Hazard Assessments," International Symposium on Hydraulics/Hydrology of Arid Lands, American Society of Civil Engineers, San Diego, CA, 30 July-2 August.

1990: "Sedimentary Processes and Sedimentary Budget of the Red River Between Denison Dam, Texas and Alexandria, Louisiana," U.S. Army Corps of Engineers, Vicksburg District, Vicksburg, MS, 24 September, with T. Weirich.

"When is a Hazard a Hazard?" Geology Workshop for Teachers, Annual Meeting of the Association of Engineering Geologists, Pittsburgh, PA, 2 October

"The Registration of Geologists and Engineering Geologists," GMS$^3$ Annual Meeting, University Tower, College Station, TX, 9 October 1990.

"Philosophy of Professional Registration," Key Note Address, Denver Section of the American Institute of Professional Geologists, 18 October.

"Philosophy of Professional Registration," **Abstract**, Annual Meeting of the Geological Society of America, Dallas, TX, 30 October.

"Philosophy of Professional Registration," Joint Meeting of the Association of Women Geoscientists and the Austin Geological Society, Austin, TX, 8 November.

"Philosophy of Professional Registration," Association of Petroleum Geologists, Division of Professional Affairs, Houston, TX, 15 November.

"The Hydrogeology of Gulf Coast Lignite Mines," invited lecture, Queen's University, Kingston, Ontario, Canada, 19 November.

"When is a Hazard a Hazard?," invited lecture, Queen's University, Kingston, Ontario, Canada, 20 November.

"Geology and Drilling Technology," invited lecture, Queen's University, Kingston, Ontario, Canada, 20 November.

"Archaeological Site Preservation," invited lecture, Queen's University, Kingston, Ontario, Canada, 21 November.

1991: "Surface Mine Overburden Characterization to Define Revegetation Conditions," 1991 Soil Survey and Land Resource Workshop, College Station, TX, 13 February

"Imaging Geologic Processes," Sigma Xi Interdisciplinary Research Workshop on Image Analysis, College Station, TX, 2 April.

"Philosophy of Geologist Registration," Mississippi Section of the American Institute of Professional Geologists, Vicksburg, MS, 6 August.

"Decay of Archaeological Sites Buried for Protection and Preservation," Keynote Address Archaeological Site Preservation and Protection Workshop, U.S. Army Engineer Waterways Experiment Station, Pierre, SD, 12 August.

"Preservation of Archaeological Sites Through Burial - Physical and Chemical Effects," Archaeological Site Preservation and Protection Workshop, U.S. Army Engineer Waterways Experiment Station, Pierre, SD, 13 August.

1991: "Registration Activities Since CoPGO," Key Note Address, Symposium on the Registration of Geologists, 1991 Annual Meeting of the Association of Engineering Geologists, St. Charles, IL, 1 October.

"When is a Hazard a Hazard?," Teachers Workshop, 1991 Annual Meeting of the Association of Engineering Geologists, St. Charles, IL, 2 October.

"When is a Hazard a Hazard?," CAST '91, Conference for the Advancement of Science Teaching, Texas A&M University, 12 October.

"Registration for Geologists and the Regulation of the Geologic Profession," Midland Chapter Society of Independent Professional Earth Scientists (SIPES), Midland, TX, 16 October.

"Risk Assessment Options Associated with Natural Geologic Processes," Symposium on Risk Assessment, Annual Meeting, Engineering Geology Division, Geological Society of America, San Diego, CA, 22 October.

"Professional Registration of Geologists -- The Geologist Viewpoint," ASFE Winter Meeting, New Orleans, LA, 30 October.

"Philosophy of Professional Registration and the Suggested Geologist Practice Act," Dallas Geological Society, Environmental and Hydrogeology Committee, Dallas, TX, 13 November.

"The Suggested Geologist Practice Act," Association of State Boards of Geology (ASBOG), Winter Meeting, Little Rock, AK, 16 November.

1992: "Registration of Geologists: A national Perspective", Joint American Society of Civil Engineers and Association of Engineering Geologists, Olympia, WA, 13 January.

"Registration of Geologists in Washington State," Washington State Legislative Hearing, 5 February.

"Networking K-12 Activities - Status of Present Programs in Earth Science", Special Symposium, Applied Science and Engineering Societies, Washington, DC, 8 February

"The 1983-84 Debris Flows in Davis County, Utah," Colorado School of Mines, Golden, CO, 20 February.

"Philosophy of Professional Geologist Registration", Joint Workshop, American Institute of Professional Geologists and Association of Engineering Geologists, Salt Lake City, UT, 19 March.

"Philosophy of Professional Geologist Registration", Key Note Address, Nevada Geological Society, Reno, NV, 20 March.

"The 1983-84 Debris Flows of Davis County, Utah," Miami University, Oxford, OH, 24 March.

1992: "Philosophy of Professional Geologist Registration", Joint Meeting, American Society of Civil Engineers and Association of Engineering Geologists, Cincinnati, OH, 24 March.

"Lignite Science Education Project: An Industry-University-Middle School Effort, 28th Engineering Geology and Geotechnical Engineering Symposium, Boise, ID, 1 April, with Donald B. Riley.

"Modeling Overburden Geochemistry: Enhancing Reclamation Planning for Surface Coal Mines", 28th Engineering Geology and Geotechnical Engineering Symposium, Boise, ID, 2 April, with Laurence D. Parisot.

"Secondary Effects of Deforestation: The 1983-84 Debris Flows, Wasatch Range, Utah", 28th Engineering Geology and Geotechnical Engineering Symposium, Boise, ID, 2 April, with W. Kevin Coleman.

"The State of Geology - 1990's and Beyond", 1992 Annual Meeting, Texas Section Association of Engineering Geologists, College Station, 4 April.

"Philosophy of Professional Registration", *5e Congres Annuel Association Professionnelle Des Geologues et Des geophysiciens du Quebec*, Quebec City, Quebec, Canada, 9 April.

"The State of Geology - 1990's and Beyond", 1992 Annual Meeting, Association for Women Geosciences, Minneapolis, MN, 2 May.

"Mitigation of Multiple Natural Hazards," Mississippi State University, Starkville, MS, 24 August.

"The State of Geology -- 1990s and Beyond," Mississippi State University, Starkville, MS, 24 August.

"Resources and the Environment," Annual Meeting, Texas mining and Reclamation Association, San Antonio, TX, 15 October.

"The State of Geology -- 1990s and Beyond," breakfast address, Texas Earth Science Teachers Association, Fort Worth, TX, 17 October.

"Environmental Geology: Who's Listening?" ABSTRACT, 1992 Annual Meeting Geological Society of America, Cincinnati, OH, 28 October.

1993 "Longhorn Cavern: A Complex History of Development", ABSTRACT, 1993 Annual Meeting South-Central Section, Geological Society of America, Fort Worth, TX, 15 March.

"Longhorn Cavern: A Complex History of Development--A Public Education Opportunity", ABSTRACT, 29th Engineering Geology and Geotechnical Engineering Symposium, University of Nevada, Reno, 22 March

"Don't Rattle Dem Bones", Banquet Address, 29th Engineering Geology and Geotechnical Engineering Symposium, University of Nevada, Reno, 23 March.

1993 "Insitu Preservation of Archaeological Sites--A Joint Archaeologist and Geologist Responsibility", ABSTRACT, 1993 Annual Meeting, Geological Society of America, Boston, MA, 25 October.

"The Registration of Geologists and Geophysicists--Is it Justified?" South Texas Geological Society, San Antonio, TX, 10 November.

"Application of Stratigraphic Models to Predict Soil Properties in Reclaimed Surface Lignite Mines," Technical Guidance, Industry-Agency Meeting on The Elements of a Surface Mining Soil Program, Austin, TX, 16 November.

"Insitu Preservation of Archaeological Sites", U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS, 14 December.

"The Registration of Geologists and Geophysicists--Is it Justified?" El Paso Geological Society, El Paso, TX, 18 December.

1994 "Geology and History of the San Antonio River, San Antonio, Texas", Association of State Boards of Geology Winter meeting, San Antonio, TX, 28-29 January.

"The Registration of Geologists and Geophysicists in Texas and the Nation", Geology and Geophysics Club, Texas A&M University, College Station, TX, 2 February.

"Environmental Monitor Well Drilling", Texas Engineering Extension Service, Environmental Monitor Well Driller's Training Workshop, Riverside Campus, Texas A&M University System, 2 June.

"Geologic Factors Controlling Rock Erosion in Channels", U.S. Army Corps of Engineers, REMR Workshop, Washington, DC, 27 July.

"Ranking Criteria for Predicting Spillway Erosion", U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS, Invited, 16 August.

"Physical, Chemical and Biological Factors Affecting the Rate of Decay of Archaeological Resources", Workshop Presentation, U.S. National Park Service, Western Region, Archaeological Site Stabilization Workshop, Spokane, WA, 13 September.

"Intentional Burial as a Means of Archaeological Site Protection", Workshop Presentation, U.S. National Park Service, Western Region, Archaeological Site Stabilization Workshop, Spokane, WA, 14 September.

"Planning, Implementation and Management of an Archaeological Site Burial Project", Workshop Presentation, U.S. National Park Service, Western Region, Archaeological Site Stabilization Workshop, Spokane, WA, 14 September.

1995 "Professional Practices in Environmental Drilling and Site Assessments", Texas Engineering Extension Service, Phase II Site Assessment Course, Bryan, TX 15 February.

1995 "A Cost-Effective, Environmentally-Responsive Ground-Water Monitoring Procedure", **Abstract**, American Association of Petroleum Geologists Annual Meeting, Houston, TX, 6-8 March (with R. Doucette).

"Intentional Burial of Two Archaeological Sites below a Highway in Montague County, Texas: Analysis of Dynamic Loading during Construction", 31st Annual Symposium on Engineering Geology and Geotechnical Engineering, Utah State University, Logan UT, 29-31 March (with L. Morris).

"If It Isn't Grown -- It Must Be Mined", 6th Grade Natural Resources Field Day, Stevens County ISD, Breckenridge, TX, 2 May.

"If It Isn't Grown -- It Must Be Mined", 6th Grade Natural Resources Field Day, Brownwood ISD, Brownwood, TX, 23 May.

"Boy Scouts of America, Cub Scout Geology Pin" Bryan-College Station Area Council, 5 June.

"Geology of Longhorn Caverns, Texas", Special training class for Park Rangers and Cave Guides, 15 June.

"Rock Erosion in Emergency Spillway Channels", U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS, 20 July

"Insitu Preservation of Miller Cave Archaeological Record", U.S. Army, Fort Leonard Wood, MO, 6 Sept.

"Rationale for the Selection and Design of Archaeological Site Preservation Activities", ABSTRACT, 1995 Annual Meeting, Association of Engineering Geologists, Sacramento, CA, 4 Oct.

"If It Isn't Grown -- It Must be Mined", Lakeway Independent School District, 6th grade Natural Resources Field Day, Lakeway, TX, 18 Oct.

"The Story of the San Antonio River and Her City", Field Trip for 453rd Bomber Group Reunion, San Antonio, TX, 23 Oct.

"Factors Controlling the Recovery of the Ground Water in Reclaimed Surface Coal Mines", ABSTRACT, Annual Meeting, Geological Society of America, New Orleans, LA, 7 Nov.

"Rational for the Selection and Design of Archaeological Site Preservation Activities", ABSTRACT, Annual Meeting, Geological Society of America, New Orleans, LA, 9 Nov.

1996 "Professional Licensure of Soil Scientists: The Geologists Act Experience", ABSTRACT, 1996 Soil Survey and Land Resource Workshop, College Station, TX, 16 Feb.

"If It Isn't Grown -- It Must be Mined", Brown County Independent School Districts, 6th grade Natural Resources Field Day, Lakeway, TX, 7 May.

"Installing a Ground Water Monitor Well" Demonstration, Alice Johnson Middle School, Channelview, TX, 9 May.

"If It Isn't Grown -- It Must be Mined", Brownwood Independent School District, 6th grade Natural Resources Field Day, Lakeway, TX, 14 May.

"The Recovery of Ground Water in Reclaimed Surface Coal Mines", ABSTRACT, Annual Meeting of the American Association of Petroleum Geologists, Division of Environmental Geoscience, San Diego, CA, 21 May.

"Geology of Longhorn Caverns", Training program for tour guides at Longhorn Caverns State Park, 19 June.

"The Cave of the Fourth Dimension", ABSTRACT, 1996 Annual Meeting of the Association of Engineering Geologists, New Brunswick, NJ, 26 September, with L. E. Morris.

"Subtropical Cyclone Processes", ABSTRACT, 1996 Annual Meeting of the Association of Engineering Geologists, New Brunswick, NJ, 26 September.

"The Cave--The Aquifer--The Developer", ABSTRACT, 1996 Annual Meeting of the Geological Society of America, Denver, CO, 29 October, with L.E. Morris.

"Geologically Based Monitor Well Completion Technologies", ABSTRACT, 1996 Annual Meeting of the Geological Society of America, Denver, CO, 31 October, with E. ten Wolde.

1997 "Ground Water Hydrology and Monitor Well Design", Short Course for Texas Engineering Extension Service, San Antonio, TX, 29 January

"Geological Criteria for Selection of Monitor Well Completion Methods". ABSTRACT, 1997 Annual Meeting, American Association of Petroleum Geologists, Dallas, TX, 9 April, with E. ten Wolde.

"Ground Water Monitor Well Drilling, Design and Analyses", Short Course for Texas Natural Resource Conservation Commission, Texas Engineering Extension Service, Austin, TX, 16-17 April.

1997 "Ground Water Hydrology and Monitor Well Design", Short Course for Texas Engineering Extension Service, Dallas, TX, 20 May.

"Ground Water Monitor Well Drilling, Design and Analyses", Short Course for Texas Natural Resource Conservation Commission, Texas Engineering Extension Service, Austin, TX, 16-17 June.

"Rationale for the Selection and Design of Archaeological Site Preservation Activities", Engineering Geology and the Environment, International Association of Engineering Geologists Symposium, Athens, Greece, with P. Albertson, 23 June.

"Engineering Geology and Geomorphology of the Coastal Zone -- An Example from the Texas, USA, Coast", Invited paper, Engineering Geology and the Environment, International Association of Engineering Geologists Symposium, Athens, Greece, 27 June.

"Ground Water Monitor Well Drilling, Design and Analyses", Short Course for Texas Natural Resource Conservation Commission, Texas Engineering Extension Service, Austin, TX, 12-13 August.

"Ground Water Hydrology and Monitor Well Design", Short Course for Texas Engineering Extension Service, San Antonio, TX, 18 September.

"Hydrology and Nutrient Cycling of an Upland Forest Ecosystem," ABSTRACT, 1997 Annual Meeting, Association of Engineering Geologists, Portland, OR, with K. Burger, 2 October.

And the Attorney said, "Make water run up hill", ABSTRACT, 1997 Annual Meeting, Association of Engineering Geologists, Portland, OR, 3 October.

"Ethics and the Profession: Science *vs.* Law", ABSTRACT, Annual Meeting, Geological Society of America, Salt Lake City, UT, with K. Burger, 23 October.

1998 "Wetland Ecology – A Critical Factor in the Design of Wastewater Treatment Wetland Systems" ABSTRACT, 1998 Wildlife & Fisheries Symposium, Texas A&M University, College Station, TX, with Heather A. Mathewson (Senior Author) 21 February.

"The Michener Method of Field Trip Reporting" ABSTRACT, South-Central Section, Geological Society of America Annual Meeting, Norman, OK, 24 March.

"If It Isn't Grown – It Must Be Mined" 6th grade Agricultural and Natural Resources field day, Brownwood, Texas, 5 May.

"If It Isn't Grown – It Must Be Mined" 6th grade Agricultural and Natural Resources field day, Brownwood, Texas, 12 May.