1998 "Ground Water Hydrology and Monitor Well Design", Short Course for Texas Engineering Extension Service, Mesquite, Texas, 26-27 May.

"Ethics, Law and Science", AIPG Texas Section, Houston, Texas 30 May.

"Ground Water Hydrology and Monitor Well Design", Short Course for Texas Engineering Extension Service, Mesquite, Texas, .7-8 July.

"Designing a Wetland for Wastewater Treatment – A Truly Interdisciplinary Effort", 8th International IAEG Congress, Vancouver, BC, Canada, with Heather Mathewson, 25 September.

"The Design of a Wastewater Treatment Wetland System – A Truly Interdisciplinary Effort", ABSTRACT, 41st Annual Meeting Association of Engineering Geologists, Seattle, Washington, with Heather Mathewson, 3 October.

"The 'Michener' Method of Field Trip Reporting", ABSTRACT, 1998 Annual Meeting, Geological Society of America, Toronto, Ontario, Canada, 28 October.

1999 *Science—Technology—Society or Rivers—Resources—History*, Field Trip, The Senior University, Georgetown, TX, 24 March, with Robert Valentine and Lloyd Morris.

*The San Antonio River – History, Hydraulics and Urban Geology*, Field Trip, 1999 Annual meeting, American Association of Petroleum Geologists, San Antonio, TX, 11 April.

"Grouting Monitor Wells – It's All In The Mix", ABSTRACT, 1999 Annual Meeting, American Association of Petroleum Geologists, San Antonio, TX, 13 April, with Lloyd Morris.

"If It Isn't Grown – It Must Be Mined", field demonstration of minerals and their products for the 6th grade Natural Resources Field Day, Brown County Schools, 10 & 11 May.

"Protection and Preservation of an Archaeological Site below a Constructed Highway Fill", 50th Annual Highway Geology Symposium, Roanoke, VA, 21 May, with Lloyd Morris.

"Llano: Basin – Uplift – Mineral Region", Senior University field trip, Georgetown, TX, 27 May

"College Station to Llano – Soft Rock to Hard Rock – Savanna to Hill Country – Eocene to Precambrian", Geology 101, Physical Geology Field Trip, 24 June.

1999 "Factors Affecting Archaeological Site Decay", Introduction to Archaeological Site Protection and Preservation, Bonneville Power Administration, Richland, WA, 13 July.

"Site Protection by Intentional Burial", Introduction to Archaeological Site Protection and Preservation, Bonneville Power Administration, Richland, WA, 13 July.

"Planning, Implementation and Management of Site Burial Projects", Introduction to Archaeological Site Protection and Preservation, Bonneville Power Administration, Richland, WA, 15 July.

"Governing a Nonprofit Board – Developing Leaders for AEG", Short Course, AEG Annual Meeting, Salt Lake City, UT, 29 September.

"Cement-Bentonite Grouts: Good, Bad or Ugly – It's in the Mix", ABSTRACT, Annual Meeting, Association of Engineering Geologists, Salt Lake City, UT, 29 September.

"Application of Geochemical Speciation Modeling in the Design of a Wastewater Treatment Wetland", ABSTRACT, Annual Meeting, Geological Society of America, Denver, CO, 28 October.

"Science-Technology-Society or Rivers-Resources-History, A Field Study Along I-35, Georgetown to San Antonio", The Senior University, Georgetown, TX, 3 November.

"Environmental Monitor Wells – Practice-Interpretation-Design", 8 hr. extension training program, Texas Natural Resources Conservation Commission, Austin, TX, 17 November

2000 "Life and Times of Sam Bass – Texas Outlaw", Narrator, Longhorn Caverns State Park, Sam Bass Mystery Night, 22 January

"Life and Times of Sam Bass – Texas Outlaw", Narrator, Longhorn Caverns State Park, Sam Bass Mystery Night, 29 January

"Environmental Monitor Wells – Practice-Interpretation-Design", 8 hr. extension training program, Texas Natural Resources Conservation Commission, Austin, TX, 22 February

"Environmental Monitor Wells – Practice-Interpretation-Design", 8 hr. extension training program, Texas Natural Resources Conservation Commission, Austin, TX, 29 March

2000 "Design of a Wastewater Treatment Wetland" **Abstract**, South-Central Section, Geological Society of America, University of Arkansas, Fayetteville, AK, with Mitzman, Stephanie and Mathewson, Heather, 4 April

"Thrive NOT Survive – Management of a Scientific Society", Mid-Year Board of Directors Meeting, Association of Engineering Geologists, Nashville, TN, 8 April

"The Practice of Geology – Told in Three Short Stories", New Mexico State University, Las Cruses, NM, 26 April

"The Wasatch Mountain, Utah, Debris Flows of 1983-84", New Mexico State University, Las Cruses, NM, 26 April

"In Situ Preservation of Archaeological Sites", New Mexico State University, Las Cruses, NM, 26 April

"Science—Technology—Society", Banquet Address, *Sigma Xi* Honor Society, New Mexico State University, Las Cruses, NM, 26 April

"Introduction to Hydrogeology", 16 hr. extension training program, Texas Natural Resources Conservation Commission, Austin, TX, 16-17 May

"Introduction to Hydrogeology", 16 hr. extension training program, Texas Natural Resources Conservation Commission, Austin, TX, 23-24 May

"Introduction to Hydrogeology", 16 hr. extension training program, Texas Natural Resources Conservation Commission, Austin, TX, 1-2 June

"Academic Preparation of Engineering Geologists" **ABSTRACT**, 43rd Annual Meeting, Association of Engineering Geologists, San Jose, CA, 19-26 September

*All You Wanted to Know About Geology – But Forgot*, One-day geology field trip for the Conference to Advance Science Teaching (CAST), College Station—Llano, TX, 12 October

"Mineral Resources – Minerals and Their Products", 1/2 –day Workshop for CAST participants, College Station, TX 14 October

*Science—Technology—Society or Rivers—Resources—History*, Field Trip, The Senior University, Georgetown, TX, 1 November, with Robert Valentine and Lloyd Morris.

"Academic Preparation of Engineering Geologists: A Problem in Statistics", **ABSTRACT**, Annual Meeting Geological Society of America, 9-18 November

2000 "Environmental Monitor Wells – Practice-Interpretation-Design", 8 hr. extension training program, Texas Natural Resources Conservation Commission, Austin, TX, 6 December

2001 "Environmental Monitor Wells – Practice-Interpretation-Design", 8 hr. extension training program, Texas Natural Resources Conservation Commission, Austin, TX, 17 January

"Life and Times of Sam Bass – Texas Outlaw", Narrator, Longhorn Caverns State Park, Sam Bass Mystery Night, 20 January

"Introduction to Hydrogeology", 16 hr. extension training program, Texas Natural Resources Conservation Commission, Houston, TX, 30-31 January

"Introduction to Hydrogeology", 16 hr. extension training program, Texas Natural Resources Conservation Commission, Houston, TX, 1-2 February

"Life and Times of Sam Bass – Texas Outlaw", Narrator, Longhorn Caverns State Park, Sam Bass Mystery Night, 3 February

"Science -- Technology – Society = Brain – Hand – Stomach: If one isn't working properly, we have a problem!" **ABSTRACT**, American Fisheries Society and the Wildlife Society, Arkansas Chapters, INVITED, Keynote Address, Symposium on the Lower White River, Arkansas, 7 February

"Using State Parks to Teach Geologic Principals", 38th Annual Symposium on Engineering Geology and Geotechnical Engineering, 29 March

"Sand – Sea + Surf: Geology of the Texas Coast", 3-day field trip, Senior University, Georgetown, Texas, 24-26 April, with Robert Valentine and Lloyd Morris

"Minerals and Products", Presentation to the 3rd Grade class, College Hills Elementary School, College Station, TX, 1 May

"Introduction to Hydrogeology", 16 hr. extension training program, Texas Natural Resources Conservation Commission, Austin, 8-9 May

"Introduction to Hydrogeology", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 19-20 May

"Introduction to Hydrogeology", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 17-18 July

"Introduction to Hydrogeology", 16 hr. extension training program, Texas Natural Resources Conservation Commission, Austin, 7-8 August

2001 "Aquifer Testing and Analysis", 16 hr. extension training program, Texas Natural Resources Conservation Commission, Austin, 14-15 August

"Laboratory, Field or Cyber Science? Teaching Geologic Principals in the Parks, **ABSTRACT**, Association of Engineering Geologists, Annual Meeting, St. Louis, MO, 3 October

"Rivers – City – Society", Invited short course for Earth Science educators, CAST Meeting, Austin, TX, 1 November

"Need for an Undergraduate Degree Program in Engineering Geology", **ABSTRACT**, Geological Society of America, Annual Meeting, Boston, MA, 6 November

2002 "Life and Times of Sam Bass – Texas Outlaw", Narrator, Longhorn Caverns State Park, Sam Bass Mystery Night, 19 January

"Introduction to Hydrogeology", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 29-30 January

"Introduction to Hydrogeology", 16 hr. extension training program, Texas Natural Resources Conservation Commission, Dallas-Fort Worth, TX, 5-7 February

"Introduction to Hydrogeology", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 19-20 March

"Introduction to Hydrogeology", 16 hr. extension training program, Texas Natural Resources Conservation Commission, Austin, TX, 26-27 March

"Soil Under Foot", one-day teacher training program for rural area schools, Washington on the Brazos, TX, 1 May

"Aquifer Testing and Analysis", 16 hr. extension training program, Texas Natural Resources Conservation Commission, Austin, 14-15 May

"Introduction to Hydrogeology", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 21-22 May

"Aquifer Testing and Analysis", 16 hr. extension training program, Texas Natural Resources Conservation Commission, Austin, 30-31 July

"Introduction to Hydrogeology", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 10-11 September

2002 "The Stakeholders and the Public Interests in the Practice of Engineering Geology" **ABSTRACT**, Annual Meeting, Association of Engineering Geologists, Reno, NV, 24-27 September (with Robert M. Valentine)

"Introduction to Hydrogeology", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 22-23 October

"Introduction to Hydrogeology", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 10-11 December

"Introduction to Hydrogeology", 16 hr. extension training program, Texas Commission on Environmental Quality, Austin, TX, 18-19 December

2003 "Introduction to Hydrogeology", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 28-29 January

"Aquifer Testing and Analysis", 16 hr. extension training program, Texas Commission on Environmental Quality, Austin, 11-12 February

"Introduction to Hydrogeology", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 11-12 March

"Soil as a Reburial Medium: Overview of Physical, Chemical, Biological Processes" **ABSTRACT**, Colloquium on Reburial of Archaeological Sites, Santa Fe, NM, 17-21 March, invited Keynote Speaker in Theme 2, Reburial Environment.

Session Chair, Mine Site Investigations, Symposium on the Application of Geophysics to Engineering and Environmental Problems, SAGEEP 2003, San Antonio, TX, 7 April

"Introduction to Hydrogeology", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 20-21 May

"Introduction to Hydrogeology", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 8-9 July

"Aquifer Testing and Characterization", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 22-23 July

"Aquifer Testing and Characterization", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 12-13 August

"Introduction to Hydrogeology", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 9-10 September

2003 "Aquifer Testing and Characterization", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 11-12 November

**Atchafalaya Bar Channel Fluff and Fluid Mud Study,** Value Engineering Study Team, New Orleans, LA, 17-21 November, (Report issued December)

"Introduction to Hydrogeology", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 9-10 December

2004 "Aquifer Testing and Characterization", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 3-4 February

"Introduction to Hydrogeology", 16 hr. Extension training course for Texas Commission on Environmental Quality, Austin, TX, Texas Engineering Extension Service, 2-3 March

South Central Section, Geological Society of America, Annual Meeting Field Trip Leader, "Texas Lignite, Aluminum and Clay", 17 March

"Introduction to Hydrogeology", 16 hr. Extension training course for Texas Commission on Environmental Quality, Austin, TX, Texas Engineering Extension Service, 23-24 March

"Aquifer Testing and Characterization", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 20-21 April

"Introduction to Hydrogeology", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 18-19 May

"Rocks and Their Products", Demonstration and Display, Alton Elementary School Science Fair, Brenham School District, 18 May

"Soil and Ground Water Remediation", 8 hr training program, Texas Commission on Environmental Quality, Austin, TX, 27 July

"Introduction to Hydrogeology", 16 hr. Corrective Action Project Manager training, Texas Engineering Extension Service, College Station, TX, 3-4 August

## Articles and Reports

### Principal Author

1967 Sooty Terns Breeding on Palmyra, *Pacific Bird Observer*, Smithsonian Institute, Washington, D.C.

1969 "Bathymetry of the North Insular Shelf of Molokai, Hawaii, from Surveys by the USGS & MCARTHUR," *Data Report No. 14*, Hawaii Institute of Geophysics Report HIG-69-21, 9 p., 5 Figures, 1 Map.

1970 "Submarine Canyons and the Shelf Along the North Coast of Molokai Island, Hawaiian Ridge," *Pacific Science*, Vol. XXIV, No. 2, pp. 235-244.

1973 "Rotarywing Oceanography," *Marine Technology Society Journal*, Vol. 7, No. 7, pp. 34-35.

"The Geologic Environment - Forgotten Aspect in the Land Use Planning Process," with R.G. Font, in *Engineering Geology, Case Histories #10*, Geological Society of America, pp.. 23-28.

1975 "Geologic Needs and Knowledge of Real Estate Brokers and Builders," with D.W. Ruckman, *Geology*, Geological Society of America, Vol. 2, No. 11, pp. 539-542.

"Submerged Shorelines and Shelves in the Hawaiian Islands and a Revision of Some of the Eustatic Emerged Shorelines: Discussion," *Bulletin of Geological Society of America*, Vol. 86, pp. 552-544.

"Dynamic Physical Processes on a South Texas Barrier Island - Impact on Construction and Maintenance," with J.H. Clary and J.E. Stinson, *Ocean 75*, San Diego, California, pp. 327-330.

"Mapping the Physical Environment in Economic Terms," with D.P. Piper, *Geology*, Geological Society of America, Vol. 3, pp. 627-629.

1976 "Mapping the Physical Environment in Economic Terms," Discussion and Reply, *Geology*, Geological Society of America, Vol. 4, pp. 260-264.

1977 "Analysis and Modeling of the Performance of Home Foundations on Expansive Soils in Central Texas," with J.P. Castleberry II and R.L. Lytton, *Bulletin of the Association of Engineering Geologists*, Vol. XII, No. 4, pp. 275-302.

"Geologic Occurrence and Characteristics, Texas Lignite," in *Lignite*, Texas Real Estate Research Center, Texas A&M University, 6 p.

"Hurricanes in Texas," *The Digest*, Division of Disaster Emergency Services, Texas Department of Public Safety, (in 3 parts), Part I, Vol. 24, No. 1, Part 3, Vol. 24, No. 2.

"Land Planning, Coastal Risk - A Function of Coastal Processes," in *Eloise*, A Seminar on Beaches vs. Hurricanes, University of Florida, Sea Grant, pp. 38-46.

1977 *Impact of Water Resource Development on Coastal Erosion, Brazos River, Texas*, with L.L. Minter, Texas Water Resources Institute, TR-77, 85 p.

"Physical Factors Affecting the Siting of Dredged Material Islands," with R.M. McHam, *Oceans 1977*, pp. G-1-6.

"Beach Washouts, an Adverse Effect of Artificial Dune Construction," *Bulletin of Association of Engineering Geologists*, Vol. XIV, No. 1, pp. 13-26.

1978 "Engineering Geology of Multiple Landsliding Along I-45 Road Cut near Centerville, Texas," with J.H. Clary, in *Landslides*, Geological Society of America, Reviews in Engineering Geology III, pp. 213-223.

"Groundwater and Hydrology and Their Impact on Mining," in Proceedings *Gulf Coast Lignite Conference*, Houston, Texas, pp. 59-67.

"How and Where to Educate Coal Exploration Geologists," in G.A. Argall (editor), *2nd International Coal Exploration Symposium*, Denver, Colorado, pp. 44-59.

"Academic Preparation for the Engineering Geologist," *American Geological Institute, Short Course Notes*, Engineering Geology for Geologists, pp. 231-248.

*Risk Analysis for Expansive Soils*, with R.L. Lytton, Final Report, National Science Foundation, Grant No. ENG75-09348, 65 p.

1979 "Hydrogeology of Reclaimed Gulf Coast Lignite Mines," with J.L. Kennedy and G.L. Pepper, in Proceedings, *Symposium of Surface Mining, Hydrology, Sedimentology, and Reclamation*, University of Kentucky, Lexington, Kentucky, pp. 321-330.

1980 "System Interaction of Expansive Soils with Light Foundations, with L.D. Dyke, B.M. Dobson, and R.L. Lytton, *Bulletin of the Association of Engineering Geologists*, Vol. XVII, No. 2, pp. 55-94.

"Engineering Geology of Texas Lignite Deposits," in Proceedings, *Texas A&M University Lignite Symposium*, pp. 3.1-3.11.

"Application of Engineering Geology to the Evaluation and Planning of Coal Mines," in Proceedings, *First International Symposium on Mine Planning and Development*, Beijing/Beidaihe, Peoples Republic of China.

"Rainstorm Induced Beach Washouts on a South Texas Barrier Island," (Case-in-Point), *The Engineering Geologist*, Newsletter of the Engineering Geology Division, Geological Society of America, Vol. 15, No. 4, pp. 20-21.

1981 "Dredged Channel Infilling by Erosion from Dredged-Material Islands," (Case-in-Point), *The Engineering Geologist*, Newsletter of the Engineering Geology Division, Geological Society of America, Vol. 16, No. 1, pp. 7-12.

"Impact of Water Resource Development on the Hydrology and Sedimentology of the Brazos River, Texas with Implications on Shoreline Erosion," with L.L. Minter, *Bulletin of the Association of Engineering Geologists*, Vol. XVIII, No. 1, pp. 39-53.

1981 "Writing for the Bulletin of the Association of Engineering Geologists," *Bulletin of the Association of Engineering Geologists*, Vol. XVIII, No. 1, pp. 109-126.

"Maximize Geology--Minimize Your Exploration Budget," with S.W. Gowan, in Proceedings, *Third International Coal Exploration Symposium*, Calgary, Alberta, Canada, 16 p.

1982 "The Influence of Geology on the Expansive Potential of Soil Profiles," with B.M. Dobson, *Bulletin of the Geological Society of America*, **Vol. 93, No. 7, pp. 565-571.**

"Exploration and Development, Gulf Coast Lignite," in Proceedings, *Symposium Sobre Prospeccion de Carbon*, Escula Tecnica Superior de Ingenineros de Minas, Oviedo, Spain, Area 1, pp. 183-213.

"Case Histories of Three Lignite Deposits in Texas," in Proceedings, *Symposium Sobre Prospeccion de Carbon*, Escula Tecnica Superior de Ingenineros de Minas, Oviedo, Spain, Area 1, pp. 127-146.

"Logging and Data Manipulation," in Proceedings, *Symposium Sobre Prospeccion de Carbon*, Escula Tecnica Superior de Ingenineros de Minas, Oviedo, Spain, Area 3, pp. 95-109.

"Geology, Foundation of the City," *Bulletin of the Association of Engineering Geologists*, Vol. XIX, No. 3, pp. 251-259.

"Geomorphic Processes and Land Use Planning, South Texas Barrier Islands," in Craig, R.G. and Craft, J.L., *Applied Geomorphology*, The Binghamton Symposium in Geomorphology: International Series, No. 11, pp. 131-147, with W.F. Cole.

1983 "Characterization of Gulf Coast Lignite Overburden for Mine Planning and Design," in Proceedings, *24th U.S. Symposium on Rock Mechanics*, Texas A&M University/Association of Engineering Geologists, pp. 677-686.

"Engineering Geologic Analysis of Exploration Data for Mine Planning," in Proceedings, *Fourth International Coal Exploration Symposium*, Sydney, New South Wales, Australia, 20 p.

"Maximization of Exploration Programs-or-How to Get Your Mine for the Smallest Bucks," in Proceedings, *Gulf Coast Lignite Conference*, Houston, Texas, pp. 69-92.

1984 "Development and Runout of a Detachment Slide, Bracebridge Inlet, Bathurst Island, Northwest Territories, Canada," with T.A. Mayer, *Bulletin of the Association of Engineering Geologists*, Vol. XXI, No. 4, pp. 407-424.

1986 "The Comprehensive Coal Exploration Program," in Proceedings, *Seminario sobre "La utilization de Diagrafias en mineria,"* University of Oviedo, Oviedo, Spain.

"Geotechnical Applications of Engineering Geology to Mine Planning, Design and Operation," in Proceedings, *Seminario sobre "La utilization de Diagrafias en mineria,"* University of Oviedo, Oviedo, Spain.

1986 "Engineering Geologic Aspects of Surface Mined Land Reclamation," in Proceedings, *Seminario sobre "La utilization de Diagrafias en mineria*," University of Oviedo, Oviedo, Spain.

"The Hydrogeologic Characteristics of a Mine Site: A Four Part Problem," in Proceedings, *Seminario sobre "La utilization de Diagrafias en mineria,"* University of Oviedo, Oviedo, Spain.

"Pre and Post Mine Geotechnical Conditions for Surface Mines; Developed from the Comprehensive Exploration Program," in Singhal, Raj K., (Editor), *Geotechnical Stability in Surface Mining*, A.A. Balkema, Rotterdam, Holland, 411 p., with Kerry D. Cato.

1987 "Bedrock Ground Water: Source or Sustained Post-Debris Flow Stream Discharge," in Proceedings, *23rd Symposium on Engineering Geology & Soils Engineering*, Utah State University, Logan, Utah, pp. 253-265, with Paul M. Santi.

"Aeolian Processes -- A Long-Term Coastal Sediment Transport Mechanism," in *Coastal Sediments '87*, American Society of Civil Engineers, New Orleans, Louisiana, pp. 222-235.

"Factors Influencing Coastal Processes and Engineering Design Along the Texas Coast," *Bulletin of the Association of Engineering Geologists*, Vol. XXIV, No. 3, August.

1988 "What Happens Between the Scar and the Fan? the Behavior of a Debris Flow in Motion," in Proceedings *24th Symposium on Engineering Geology and Soils Engineering*, Coeur D'Alene, Idaho, pp. 73-88, with Paul M. Santi.

"Assessing Debris Flow Hazards on Alluvial Fans in Davis County, Utah," in Proceedings *24th Symposium on Engineering Geology and Soils Engineering*, Coeur D'Alene, Idaho, pp. 89-108, with Jeffrey R. Keaton and Loran L. Anderson.

"Burial of Archaeological Sites for Protection and Preservation," in Proceedings *24th Symposium on Engineering Geology and Soils Engineering,* Coeur D'Alene, Idaho, pp. 443-452, with Tania Gonzalez.

"Geologists Without a Heritage," invited Comment, *Geotimes*, v.33, n.7, July, pp. 4-5.

"Stratigraphy of Alluvial Fan Flood Deposits," *Hydraulic Engineering*, Proceedings of the 1988 National Conference on Hydraulic Engineering, American Society of Civil Engineers, Colorado Springs, CO, pp. 149-154, August, with Jeffrey R. Keaton.

"Flood Hazard Recognition and Mitigation on Alluvial Fans," *Hydraulic Engineering*, Proceedings of the 1988 National Conference on Hydraulic Engineering, American Society of Civil Engineers, Colorado Springs, CO, pp. 1240-1245, August, with Jeffrey R. Keaton.

1988 "Protection and Preservation of Archaeological Sites Through Burial," in Marinos, Paul G. and Koukis, George C. (editors), *The Engineering Geology of Ancient Works, Monuments and Historical Sites: Volume 1, Engineering Geology and the Protection of Historical Sites and Monuments*, Proceedings of an International Symposium Organized by the Greek National Group of IAEG, Athens, Greece, 19-23 September, pp. 519-526, with T. Gonzales.

"The Establishment of a Ground-Water System in Cast Overburden of a Texas Gulf Coast Surface Lignite Mine," In Graves, D.H. (editor), *1988 National Symposium on Mining, Hydrology, Sedimentation and Reclamation*, Reno, NV: University of Kentucky, Lexington, KY, pp. 59-65, with Evelyn S. Borbely.

"Stratigraphy of Gulf Coast Lignite Mine Spoil -- Influences on Post-mine Hydrogeology and Soil Profile Development," In Graves, D.H. (editor), *1988 National Symposium on Mining, Hydrology, Sedimentation and Reclamation*, Reno, NV: University of Kentucky, Lexington, KY, pp. 143-148, with Evelyn S. Borbely.

1989 "Introduction to the Workshop and the Concept of a Site Decay Model," in Mathewson C. C. (Editor), *Interdisciplinary Workshop on the Physical-Chemical-Biological Processes Affecting Archaeological Sites*, Department of the Army, US Army Corps of Engineers, Washington, DC, Contract Report EL-89-1, pp. 10-14.

"Logic-Based Qualitative Site Decay Model for the Preservation of Archaeological Sites," in Mathewson C. C. (Editor), *Interdisciplinary Workshop on the Physical-Chemical-Biological Processes Affecting Archaeological Sites*, Department of the Army, US Army Corps of Engineers, Washington, DC, Contract Report EL-89-1, pp. 227-238.

"Case Histories of Emergency Spillway Erosion - Insight into the Mechanisms of Knickpoint Migration," in Watters, R. J. (editor), *Engineering Geology and Geotechnical Engineering*, A. A. Balkema, Rotterdam, pp. 169-174, with J. H. May.

"Hydrodynamic Controls of Knickpoint Erosion," in Watters, R. J. (editor), *Engineering Geology and Geotechnical Engineering*, A. A. Balkema, Rotterdam, pp. 175-180, with J. H. May.

"Rock Material Performance During Emergency Spillway Flows," *American Society of Agricultural Engineers*, Paper No. 89-2649, International Winter Meeting, New Orleans, LA, 12-15 December, 17 p.

1990 "Role of Bedrock Ground Water in the Initiation of Debris Flows and Sustained Post-Flow Stream Discharge," *Bulletin of the Association of Engineering Geologists,* Vol. XXVII, No. 1, pp. 73-83, with J. R. Keaton and P. M. Santi.

"Assessment of the Physical and Chemical Impacts on Archaeological Sites Buried for Preservation," *1990 Symposium on Engineering Geology and Geotechnical Engineering,* Pocatello, ID, 2-6 April, 19 p., with T. Gonzalez and J. S. Eblen.

1990 "Geological Education of Undergraduate Civil Engineers," in *Setting the Agenda for the 90's and Beyond*, American Society of Civil Engineers, NY, pp. 715-720.

"Lignite, Ground Water and a National Historic Spring: A Case History from the Gibbons Creek Lignite Mine, Grimes County, Texas," in Graves, D. H. (editor), Proceedings *1990 National Symposium on Mining*, University of Kentucky, Lexington, KY, pp. 223-230.

"Multiple Phenomena of Debris-Flow Processes: A Challenge for Hazard Assessments," in French, R. H. (editor), *Proceedings Hydraulics/Hydrology of Arid Lands*, American Society of Civil Engineers, New York, pp. 549-554., with Jeffrey R. Keaton.

*Sedimentary Processes and Sedimentary Budget of the Red River Between Denison Dam, Texas and Alexandria, Louisiana*, Final Report, U.S. Army Corps of Engineers, Vicksburg District, Vicksburg, MS, 35 p., with Thomas Weirich,

"A Philosophy of Professional Registration - Application to the Model Geologist Practice Act," in Tepel, Robert E., Editor, Proceedings of the *National Colloquium on Professional Registration for Geologists*, Association of Engineering Geologists, Sudbury, MA, 14 p.

*The Engineering and Urban Geology of the Dallas-Fort Worth Metroplex*, Field Trip Guidebook, Annual Meeting of the Geological Society of America, The Dallas Geological Society, 125 p., with Audbrey Henley.

1991 "Decay of Archaeological Sites Buried for Protection and Preservation," Keynote Address *Archaeological Site Preservation and Protection Workshop*, U.S. Army Engineer Waterways Experiment Station, Pierre, SD, 14 p., with Tania Gonzalez.

"Preservation of Archaeological Sites Through Burial - Physical and Chemical Effects," *Archaeological Site Preservation and Protection Workshop*, U.S. Army Engineer Waterways Experiment Station, Pierre, SD, 38 p., with Tania Gonzalez and James S. Eblen.

1992 *Burial as a Method of Archaeological Site Protection*, Contract Report EL-92-1, US Army Engineer Waterways Experiment Station, Vicksburg, MS, 125 p., with Tania Gonzalez and James S. Eblen.

"Modeling Overburden Geochemistry: Enhancing Reclamation Planning for Surface Coal Mines", *28th Engineering Geology and Geotechnical Engineering Symposium,* Boise, ID, 2 April, with Laurence D. Parisot.

"Methodology for the Evaluation and Mitigation of Multiple Natural Hazards", *CCNAA-AIT Joint Seminar on Prediction and Damage Mitigation of Meteorologically Induced Natural Disasters*, College of Engineering, National Taiwan University, Taipei, 21-24 May, with Dr. Jeffrey R. Keaton, 10 p.

"Geologists and Engineers, A Conflict Between Pure Science and Applied Science", *The Professional Geologist*, July, pp. 5-7.

1993 "Longhorn Cavern: A Complex History of Development--A Public Education Opportunity", *Proceedings of the 29th Engineering Geology and Geotechnical Engineering Symposium*, University of Nevada, Reno, March, pp. 137-142.

"Professional Registration of Geoscientists", *Environmental Geology*, 21, pp. 183-186.

"San Antonio River, Site of AEG '93", *AEG NEWS*, v. 36, no. 3, Summer, pp. 30-34.

Book Review *The Heritage of Engineering Geology; the First 100 Years*, George A. Kiersch (Editor), Geological Society of America, 1991, in *Earth Sciences History*, History of Earth Sciences Society, Menlo Park, CA, v. 12, n. 2, pp. 252-253.

1994 "Geology and History of the San Antonio River, San Antonio, Texas", Field Trip notes, Association of State Boards of Geology Winter meeting, San Antonio, TX, 28-29 January, 7 p.

*Geotechnical Aspects of Rock Erosion in Emergency Spillway Channels*, Repair, Evaluation, Maintenance and Rehabilitation Research Program (REMR), Final Report, U.S. Army Corps of Engineers, Waterways Experiment Station, Vicksburg, MS, April, 93 p.

*Environmental Monitor Well Drilling*, Lecture Notes, Texas Engineering Extension Service, Environmental Monitor Well Driller's Training Workshop, Riverside Campus, Texas A&M University System.

*Physical, Chemical and Biological Factors Affecting the Rate of Decay of Archaeological Resources*, Workshop Text, U.S. National Park Service, Western Region, Archaeological Site Stabilization Workshop, Spokane, WA, 9 p.

*Intentional Burial as a Means of Archaeological Site Protection*, Workshop Text, U.S. National Park Service, Western Region, Archaeological Site Stabilization Workshop, Spokane, WA, 17 p.

*Planning, Implementation and Management of an Archaeological Site Burial Project*, Workshop Text, U.S. National Park Service, Western Region, Archaeological Site Stabilization Workshop, Spokane, WA, 11 p.

1995 "Intentional Burial of Two Archaeological Sites below a Highway in Montague County, Texas: Analysis of Dynamic Loading during Construction", in *Proceedings of the 31st Annual Symposium on Engineering Geology and Geotechnical Engineering*, Utah State University, Logan UT, 29-31 March (with L. Morris), pp. 260-275.

1997 "The Cave of the Fourth Dimension", in *Proceedings of the 32nd Symposium on Engineering Geology and Geotechnical Engineering*, Idaho State University, Boise, ID, 26-28 March, with L.E. Morris and J.S. Neathery, pp. 1-11.

1997 "Rationale for the Selection and Design of Archaeological Site Preservation Activities", in, Marinos, P.G., Koukis, G.C., Tsiambaos, G. C., and Stournaras (Editors), *Engineering Geology and the Environment*, with P.E.Albertson, Balkema, Rotterdam, vol. 3, pp. 3213-3218.

"Engineering Geology and Geomorphology of the Coastal Zone -- An Example from the Texas, USA, Coast", Invited Special Paper, in, Marinos, P.G., Koukis, G.C., Tsiambaos, G. C., and Stournaras (Editors), *Engineering Geology and the Environment*, Balkema, Rotterdam, vol. 5,

1998 "Designing a Wetland for Wastewater Treatment – A Truly Interdisciplinary Effort", in Moore, D.P. and Hungr, O, (Editors), *Engineering Geology, A Global View from the Pacific Rim,* with Heather Mathewson, Balkema Rotterdam, vol. IV, pp. 2529-2536.

1999 *Science—Technology—Society or Rivers—Resources—History*, A field study along I-35 Georgetown to San Antonio, Texas, The Senior University, Georgetown, TX, Guidebook and Road log, 24 March, 46 p.

*The San Antonio River: History, Hydraulics and Urban Geology*, A Field Trip Guidebook for the American Association of Petroleum Geologists, 1999 Annual Meeting, San Antonio, TX, 27 p.

Protection and Preservation of an Archaeological Site below a Constructed Highway Fill, Proceedings, *50th Annual Highway Geology Symposium*, Roanoke, VA, Radford University, Va. Dept. of Mines, Minerals and Energy and Va. Dept. of Transportation, with Lloyd Morris, pp. 113-122.

*Llano: Basin – Uplift – Mineral Region*, Field Trip Guidebook for the Senior University, Georgetown, TX, 22p.

*College Station to Llano – Soft Rock to Hard Rock – Savanna to Hill Country – Eocene to Precambrian*, Field Trip Guidebook for Physical Geology, Texas A&M University, College Station, TX, 48p.

Factors Affecting Archaeological Site Decay, in *Introduction to Archaeological Site – Field Protection and Preservation* Workshop, Bonneville Power Administration, Richland, WA, 7p.

Archaeological Site Protection by Intentional Burial, in *Introduction to Archaeological Site – Field Protection and Preservation* Workshop, Bonneville Power Administration, Richland, WA, 16p.

Planning, Implementation and Management of Site Burial Projects, in *Introduction to Archaeological Site – Field Protection and Preservation* Workshop, Bonneville Power Administration, Richland, WA, 17p.

2000 *Lecture Notes: Introduction to Hydrogeology*, 16-hr Short Course, Texas Natural Resources Conservation Commission, Austin, TX

*All You Wanted to Know About Geology – But Forgot*, Field trip Guidebook, CAST Conference, 49p.

2001 Using State Parks to Teach Geologic Principals, in (Luke, Editor), *Proceedings 38th Annual Symposium on Engineering Geology and Geotechnical Engineering,* University of Nevada, Las Vegas, pp 517-520, with Brenda McCaleb.

*Sand – Sea + Surf: Geology of the Texas Coast*, Guidebook, Geology Field Trip 3, Senior University, Georgetown, Texas, 53p

2002 The Stakeholders and the Public Interests in the Practice of Engineering Geology" Symposium Proceedings, *Visioning the Future of Engineering Geology: Sustainability and Stewardship*, Robert E. Tepel, Editor, (Published on CD), Annual Meeting, Association of Engineering Geologists, Reno, NV, 24-27 September (with Robert M. Valentine)

2004 *Geology and Soils of Texas*, Texas Master Naturalist State Curriculum, Chapter on Geology and Soils, 45 p.