**Contributing Author**

1967 Elvers, D.J.; Mathewson, C. C., Kohler, R.E.; and Moses, R., "Systematic Ocean Surveys by the USC and GSS PIONEER 1961-63," *Operational Data Report, C&GSDR-1*, Environmental Science Services Administration, Coast & Geodetic Survey, Rockville, Maryland.

1977 Stinson II, J.E. and Mathewson, C. C., "Physical Factors Affecting Dredged Material Islands in Shallow Water Environment," in Proceedings of the *8th Dredging Seminar*, Texas A&M University, TAMU-SG-77-102, pp. 1-17.

1980 Lytton, R.L., Mathewson, C. C. and Dyke, L.D., *Creep Damage to Structures on Expansive Clay Slopes*, Final Report, U.S. Army Corps of Engineers, Waterways Experiment Station, Vicksburg, Mississippi, 66 p.

Alldredge, J.R., Trolley, H.D. and Mathewson, C. C., "Geostatistical Methods in Lignite Exploration," in Proceedings, *Lignite*, Texas A&M University, College Station, Texas, pp. 7.1-7.5.

1988 Keaton, Jeffrey R., Anderson, Loren R. and Mathewson, C. C., *Assessing Debris Flow Hazards on Alluvial Fans in Davis County, Utah*, Final Report, U.S. Geological Survey Landslide Hazards Reduction Program, Sponsored by the Utah Geological and Mineral Survey, Salt Lake City, Utah, 167 p. w/ 7 append.

1989 Cato, K. D. and Mathewson, C. C., "Rock Material Performance During Emergency Spillway Flows," *1989 International Winter Meeting*, American Society of Agricultural Engineers, New Orleans, LA, 12-15 December, 17 p.

1990 Cato, K. D. and Mathewson, C. C., "Rock Material Performance During Emergency Spillway Flows," *1990 Symposium on Engineering Geology and Geotechnical Engineering*, Pocatello, ID, 2-6 April, 15 p.

Ala, S. and Mathewson, C. C., "Structural Control of Ground-Water Induced Debris Flows," in French, R. H. (editor), Proceedings *Hydraulics/Hydrology of Arid Lands*, American Society of Civil Engineers, New York, pp. 590-595.

1993 National Research Council: *Solid-Earth Sciences and Society*, Task Group 19; Land Use and Geological Engineering, National Academy Press, Washington, DC, 346 p.

1998 Burger, Katherine C. and Mathewson, Christopher C., "Removal of Forest Nutrients Through Accelerated Groundwater Sapping", in Brahana and others (Editors), *Gambling with Groundwater – Physical, Chemical and Biological Aspects of Aquifer-Stream Relations*, pp. 567-574.

## BOOKS

### Author

1981 *Engineering Geology*, Charles E. Merrill Publishing Company, Columbus, OH, 450p.

### Editor

1980 *Lignite*, Proceedings, Texas A&M University Lignite Symposium, Texas A&M University, Center for Energy and Mineral Resources, College Station, TX.

*Engineering Geology in Construction Excavations*, Annual Meeting Short Course, Association of Engineering Geologists, Dallas, TX.

1983 *Rock Mechanics, Theory--Experiment--Practice*, Proceedings, 24th U.S. Symposium on Rock Mechanics, Texas A&M University/Association of Engineering Geologists, 858 p.

1989 *Interdisciplinary Workshop on the Physical-Chemical-Biological Processes Affecting Archaeological Sites*, Department of the Army, US Army Engineers, Washington, DC, Contract Report EL-89-1, 301 p.

## THESES AND DISSERTATIONS

Ala, S.N., 1990, *Bedrock Structure, Lithology and Ground Water: Influences on Slope Failure Initiation in Davis County, Utah*, MS., 236 p.

Albertson, P.E., 1994, *A Geoscience Strategy for Cultural Resource Management Tested in an Alluvial Setting*, MS., 102 p.

Ansari, R., 1995, *Mechanisms of Shoreline Erosion in a Back-Bay Environment, Cape Carancahua, Texas*, MS., 123 p.

Archer, J.A., 1982, A *Hydrogeologic Evaluation of Alluvial Fans in Northern Big Bend National Park, Texas, Using Geophysical Methods*, M.S., 106 p.

Armstrong, S.C., 1987, *Engineering Geologic Analysis of Reclaimed Spoil at a Southeast Texas Gulf Coast Surface Lignite Mine*, M.S., 179 p.

Bishop, M.A., 1977, *Engineering Geology Study of Highwall Stability for a Proposed Lignite Mine in Grimes County, Texas*, M.S., 142 p.

Bowman, L.G., 1978, *Analysis of the Risk of Deep Groundwater Pollution Due to Surface Mining for Lignite in Grimes County, Texas*, M.S., 99 p.

Borbely, E.S., 1988, *Development and Chemical Quality of a Ground-Water System in Cast Overburden at the Gibbons Creek Lignite Mine*, M.S., 199 p.

Brand, S.G., 1991, *Evaluation of Three Geophysical Methods to Locate Undocumented Landfills*, M.S., 193 p.

Brillinger, A.B., 1985, *Investigation of Trinity River Paleochannels in the Central Business District, Dallas, Texas*, M.S., 92 p.

Brotherton, M.A., 1982, *Geology of Aggregate Resources in the Brazos and Colorado Floodplains of the Central Plains of Texas*, M.S., 120 p.

Burger, K. T. C., 2003, *Impact of Leaf-cutting Ants (Atta texana) on Water Quality in a Groundwater Sapping Terrain, Nacogdoches and Rusk Counties, Texas*, PhD, 168 p.

Bustamante, L.S., 1995, *The Role of Geologic Assumptions in Solving Complex Contaminant Transport Problems*, MS., 88 p.

Carter, J.L., 2002, *Geologic and Geophysical Investigation of a Small Water Retention Structure, Salado, TX*, M.S.,

Cason, C.L., 1982, *Engineering Geologic Feasibility of Lignite Mining in Alluvial Valleys by Hydraulic Dredging Methods*, M.S., 168 p.

Castleberry, J.P., Jr., 1974, *An Engineering Geology Analysis of Home Foundations on Expansive Clays*, M.S., 151 p.

Cato, K.D., 1985, *Variation in Physical Rock Properties Determined from Sonic Logs at a South Texas Lignite Mine*, M.S., 113 p.

Cato, K.D., 1991, *Performance of Geologic Material under Hydraulic Stress*, PhD, 272 p.

Charles, R.J., 1979, *Hydrogeology of a Proposed Surface Lignite Mine, Southwestern Harrison County, Texas*, M.S., 126 p.

Clary, J.H., 1975, *Engineering Geology of the Centerville, Texas, Landslides*, M.S., 153 p.

Cole, W.F., 1980, *Geology and Engineering Geology of a Wilcox Lignite Deposit in Northeastern Rusk County, Texas*, M.S., 186 p.

Coleman, W.K., 1991, *Watershed Characteristics Contributing to the 1983-84 Debris Flows in the Wasatch Range, Davis County, Utah*, M.S., 164 p.

Conover, D.C., 1985, *Preliminary Site Studies for Critical Facilities Using Geotechnical Units Derived from Engineering Geologic Analyses*, M.S., 152 P.

Daniel, J.H., 1988, *Engineering Geology and Hydrogeology of the Burkville Confining System Northeast of Conroe, Texas*, M.S., 124 p.

Dean, W.T., 1993, *Identification of Major Rock-Water Interactions on Either Side of a Hydrologic Barrier in the Wanapum Formation, Washington*, M.S., 103 p.

Dobson, B.M., 1978, *The Influence of Stratigraphy on the Behavior of Expansive Soils*, M.S., 116 p.

Doucette, R.C., 1994, *A Cost Effective, Environmentally-Responsive Ground-Water Monitoring Procedure*, MS., 86 p.

Dyke, L.D., 1979, *Mechanisms of Downhill Creep in Expansive Soils*, PhD, 140 p.

Eblen, J.S., 1991, *A Probabilistic Investigation of Slope Stability in the Wasatch Range, Davis County, Utah*, M.S., 96 p.

Eicher, R.N., 1985, *The Stratigraphy of the Jackson Group, Grimes County, Texas*, M.S., 181 p.

Gaidusek, B.U.M., 1982, *Landslide Susceptibility Mapping for Real Estate Development, Tested Along I-35, Dallas to San Antonio, Texas*, M.S., 136 p.

Gonzalez, T., 1989, *Study of Soils Buried under Embankments to Determine the Potential for Burial as a Preservation Technique for Archaeological Sites*, M.S., 330 p.

Gowan, S.W., 1981, *Exploration Procedures for Highway Base-Course Aggregate in Southeast Texas*, M.S., 102 p.

Gowan, S.W., 1985, *Depositional Environment of the San Miguel Lignite Deposit in Atascosa and McMullen Counties, Texas*, PhD, 199 p.

Green, D.J., 1984, *Evaluation of Ground-Water Quality Impacts of Lignite Waste Disposal at a Texas Lignite Mine*, M.S., 90 p.

Groschel, H.M., 1985, *Effect of Urbanization on the Geologic and Hydrologic Behavior of Streams in College Station, Texas*, M.S., 152 p.

Grundy, T.P., 1993, *Analysis and Evaluation of Round Bale Breakwaters at Lake Sharpe, South Dakota*, 65 p.

Hall, S.D., 1986, *Potential for Selenium Migration at a Lignite Power Plant Solid Waste Disposal Facility*, M.S. 198 p.

Hart, S.C., 1989, *A New Technique to Monitor Ground-Water Quality at Municipal Solid Waste Landfills*, M.S., 178 p.

Hartopo, 1991, *The Effect of Raft Removal and Dam Construction on the Lower Colorado River, Texas*, M.S., 63 p.

Harwood, D.G., 1993, *Processes and Rates of Shoreline Bluff Recession at Lake Sharpe, South Dakota*, M.S., 93 p.

Husain, S.R., 1998, *Stratigraphy of the Quaternary Terraces of the Brazos River in the Texas A&M University-Riverside Campus Area, Brazos County, Texas.* PhD, 147 p.

Isenhower, D.B., 1982, *Siting of Low-Level Radioactive Waste Disposal Facilities in Texas*, M.S., 136 p.

Jennings, S.P., 1996, *Geologic History of the National Geotechnical Experimentation Sites, Texas A&M University Riverside Campus, Brazos County, Texas*, M.S., 84p.

Jones, J.A., 1988, *Analysis of Monoclinal Folds Associated with the Brittmore Fault in Northwest Houston, Texas*, M.S., 96 p.

Keaton, J.R., 1988, *A Probabilistic Model for Hazards Related to Sedimentation Processes on Alluvial Fans in Davis County, Utah*, PhD, 286 p. (2 Volumes)

Kennedy, J.L., 1981, *Hydrogeology of Reclaimed Gulf Coast Lignite Mines*, PhD, 285 p.

Kent, M.D., 1995, *Fourier Classification and Influence of Grain Morphology on Shear Strength of Cohesionless Soils*, PhD, 147 p.

Kim, S., 1990, *Hydrogeologic and Topographic Factors Influencing Well Yields in Fractured Crystalline Rocks: Seoul, Republic of Korea*, M.S., 77p.

Kinnebrew Q., 1988, *Influence of a River Valley Constriction on Upstream Sedimentation*, M.S., 93 p.

Klaff, T.L., 1993, *Assessment of Various Geophysical Techniques for Plains Indian Archaeological Site Investigations*, M.S., 58 p.

Levitan, L.M., 1976, *Effects of Hydrogeology on Lignite Recovery in the Manning Formation, Grimes County, Texas*, M.S., 75 p.

May, J.H., 1988, *Geologic and Hydrodynamic Controls on the Mechanics of Knickpoint Migration*, PhD, 138 p.

Mayer, T.A., 1980, *Engineering Geology of a Mudslide at Bracebridge Inlet, Bathurst Island, Northwest Territories, Canada*, M.S., 71 p.

McBride, K.C., 1997, *An Evaluation of Stratigraphic Implications of Physical Properties: Mississippi River Deltaic Plain Sediments*, PhD, 230 p.

McCaleb, D. B., 2000, *The Surface Expression of Longhorn Cavern, Burnet County, Texas,* M.S. 108 p.

McHam, R.M., 1977, *Geologic Criteria for the Selection of Unconfined Dredged Material Disposal Sites in Estuaries and Lagoons*, M.S., 135 p.

McKee, K.M., 1979, *A Fabric Study of the Suspended Sediment of the Lower Brazos River, Texas*, M.S., 71 p.

Minter, L.L., 1976, *Impact of Water Resource Development on the Hydrology and Sedimentology of the Brazos River System*, M.S., 86 p.

Mitzman, S., 1999, *The Application of PHREEQCi, A Geochemical Computer Program, to Aid is the Management of a Wastewater Treatment Wetland*, M.S., 163 p.

Munsey, J.S., 1985, *Late Quaternary Geotechnical Stratigraphy of North Texas Continental Shelf*, M.S., 108 p.

Neathery, J.S., 1989, *Geology and Hydrogeology of the Edwards Aquifer Transition Zone, Bexar County, Texas*, M.S., 129 p.

Nolan, E.D.L., 1985, *An Engineering Geologic Impact Analysis of Hydraulic Dredging for Lignite in Texas Alluvial Valleys*, M.S., 141 p.

Parisot, L.D., 1991, *Correlation of Stratigraphy with Revegetation Conditions at the Gibbons Creek Lignite Mine, Grimes County, Texas*, M.S., 152 p.

Peace, KH., 1995, *Water Table Recovery in a Reclaimed Surface Lignite Mine, Grimes County, Texas*, M.S., 138 p.

Pepper, G.L., 1980, *Hydrogeology of a Reclaimed Central Texas Lignite Mine*, M.S., 77 p.

Pollock, C.R., 1982, *Ground-Water Hydrogeology and Geochemistry of a Reclaimed Lignite Surface Mine*, M.S., 152 p.

Rangel, J.E., 1979, *The Effect of Stratigraphy and Soil Plasticity on the Settlement Characteristics of Reclaimed Surface Mined Land*, M.S., 109 p.

Riley, D.B., 1993, *Sources of Sulfur in Piedmont Springs, National Historic Site, Grimes County, Texas*, M.S., 135 p.

Robbins, G.A., 1983, *Determining Dispersion Parameters to Predict Ground-Water Contamination*, PhD, 226 p.

Ruckman, D.W., 1978, *Geologic Land-Use Mapping of a Part of Brazos County, Texas*, M.S., 129 p.

Santi, P.M., 1988, *The Kinematics of Debris Flow Transport Down a Canyon*, M.S., 85 p.

Sassen, D. S., 2003, *Pseudokarst Topography in a Humid Environment Caused by Contaminant-Induced Colloidal Dispersion,* M.S., 109 p.

Schmitz, D.W., 1991, *A Predictive Model to Optimize the Collection of Data needed to Characterize Fluvial Sand Bodies*, PhD, 328 p.

Schneider, W.J., 1977, *Analysis of the Densification of Reclaimed Surface Mined Land*, M.S., 125 p.

Shelvey, S.A., 1986, *The Stratigraphy and Environment of Deposition of Productive Wilcox Clays in West Central Freestone and Southeast Limestone Counties, Texas*, M.S., 83 p.

Showalter, E.M., 1993, *Estimation of Trichloroethylene Plume Movement in an Aquifer along the Ohio River in Northern Kentucky*, M.S., 136 p.

Shultz, K.W., 2002, *Preliminary Geological Investigation Siting Methodology for Transportation Systems,* M.S.,

Skelton, R.K., 1991, *Geological Control of Springs and Seeps in the Farmington Canyon Complex, Davis County, Utah*, M.S. 98 p.

Stinson, J.E., 1977, *Engineering Geology Criteria for Dredged Material Disposal in Upper Laguna Madre, Texas*, M.S., 93 p.

Sturdivant, P.L., 1993, *Investigation of the Unconfined Flow System at the Rocky Mountain Arsenal, Denver, Colorado*, M.S., 217 p.

ten Wolde, E.J., 1996, *Compatibility of Monitoring Well Completion Methods with Geologic Conditions*, M.S., 96p.

Urban, S.D., 1984, *The Application of Stratigraphic Models to Revegetation Conditions for Gulf Coast Lignite Mines*, M.S., 181 p.

Vaught, R.M., 1982, *Development of Engineering Geologic Performance Standards for Land-Use Regulation in Sabine Pass, Texas*, M.S., 133 p.

Waclawczyk, R.R., 1989, *Hydrogeology of the Piedmont Springs National Historic Site, Grimes County, Texas*, M.S., 149 p.

Walters, V.L., 1992, *The Geologic History of Longhorn Cavern*, M.S., 90 p.

Watson, J.Q., 1979, *The Stratigraphy and Environment of Deposition of the Lignite Deposit South of Hallsville, Harrison County, Texas*, M.S., 224 p.

Wechsler, S.E., 1990, *Field Versus Laboratory Characterization of Clay Deposits for use as In Situ Municipal Landfill Liners*, M.S., 103 p.

Weirich, T.M-K., 1990, *Sedimentary Processes of the Red River between Denison Dam, TX and Alexandria, LA*, M.S., 148 p.

Wilson, R. S., 2000, *Contribution of Valley-Side Erosion to Sedimentation Problems in Wolf Pen Creek, College Station, Texas,* M.S. 61 p.

Wise, C.F., 1995, *Prediction of Postmine Ground-Water at a Texas Surface Mine*, M.S., 85 p.

Woodhouse, E.G., 1988, *A Model of Stable Geomorphic Form for an Urban Stream, College Station, Texas*, M.S., 126 p.

Wright, D.S., 1984, *Coal Deposit Characterization by Gamma-Gamma Density/Percent Dry Ash Relationships*, M.S., 92 p.

Wrobleski, C. L., 1996, *An Aquifer Characterization at the Texas A&M University Brazos River Hydrologic Field Site, Burleson Co, Texas,* MS, 127 p.

Zhang, M., 1990, *Prediction of Bank Erosion for Alluvial Channels below Reservoirs*, PhD, 180 p.

## LEGAL EXPERIENCE - EXPERT WITNESS

### Administrative Hearings

Batt's Ferry Road Sanitary Landfill (Type I), Brazos County Precinct 1, permit granted 7 November 1973.

Turkey Creek Road Sanitary Landfill (Type 1), Brazos County Precinct 3, Application withdrawn by County, Hearing: 29 April 1975.

Millican Sanitary Landfill (Type 1), Brazos County Precinct 1, Permit granted April 1976.

College Station City Sanitary Landfill (Type 1), City of College Station, Permit Application No. 419, July 1976.

North American Coal Company Surface Mining Permit, The Texas Railroad Commission, Surface Mining Division; Robert H. Lloyd, Attorney, Booth, Lloyd and Simmons, Austin, TX; Hearing, 22 May 1979.

Texas Municipal Power Agency Surface Mining Permit, Texas Railroad Commission, Surface Mining Division; Robert H. Lloyd, Attorney, Booth, Lloyd and Simmons, Austin, TX; Hearing 16 April 1980, Grimes County Courthouse Annex, (interim permit granted).

Texas Municipal Power Agency Surface Mining Permit, Texas Railroad Commission, Surface Mining Division; Robert H. Lloyd, Attorney, Booth, Lloyd and Simmons, Austin, TX; Hearing 11 February 1981, Grimes County Courthouse Annex, (final permit granted).

Lone Star Cement, Materials Division, Spoil Disposal Permit, Texas Water Commission; Richard H. Craig, Attorney, Small, Craig, and Werkenthin, Austin, TX; Hearing 27-30 January, 5 & 19 February 1981, Stephen F. Austin Building, Austin, TX. (permit granted).

City of Brenham, Municipal Solid Waste Disposal Facility (Landfill Permit, TDH No. 1892); Diana Borden, Attorney, McGinnis, Lochridge and Kilgore, Austin, TX: Hearing 2 November 1989, 15 February 1990, City of Brenham Council Chambers, Brenham, TX. (permit pending).

### Trials

W.M. Bevly vs. Nueces County Drainage and Conservation District No. 2:
Finley L. Edmonds, Attorney, Meredith and Donnell, Corpus Christi, TX; Trial 10-17 December 1973, 148th Judicial District, Corpus Christi, TX.

Margaret Lyne Moser et al. vs. U.S. Steel Corporation, Inc. et al.:
John H. Miller, Attorney, Sinton, TX; Trial March 1979, 36th Judicial District, Live Oak County, TX.

Texas Municipal Power Agency vs. Tony Berger:
Albert Witcher, Attorney, Naman, Howell, Smith, Lee, and Muldrow, Waco, TX; Trial May 1979, 12th Judicial District, Grimes County, TX.

Texas Municipal Power Agency vs. H. Molitor:
Albert Witcher, Attorney, Naman, Howell, Smith, Lee, and Muldrow, Waco, TX; Trial 11 July 1979, 12th Judicial District, Grimes County, TX.

Texas Municipal Power Agency vs. H.L. Gay:
Albert Witcher, Attorney, Naman, Howell, Smith, Lee, and Muldrow, Waco, TX; Trial 22 January 1981, 12th Judicial District, Grimes County, TX.

C.M. Acker et al. vs. Raymond Wood:
W.R. Malone, Attorney, Huntsville, TX; Trial 11 October 1983, 12th Judicial District, Walker County, TX.

Tommy Ray Ware vs. Phillips Petroleum Company:
Monte Lee Sherrod, Attorney, Hardy, Milutin, Johns, and Sherrod, Houston, TX: Trial 3 December 1986, United States District Court, Northern Districts of Texas, Amarillo Division, Amarillo, TX.

Harold Freeman vs. Professional Geophysics:
Mark R. Hall, Attorney, Dallas, TX; Trial 9 December 1986, 234th District Court, Harris County, TX.

Morrison-Knudsen, Navasota Mining, and Texas Municipal Power Agency vs. Bob Bullock, Comptroller of Public Accounts for the State of Texas:
Ross S. Crossland, Attorney, Namen, Howell, Smith & Lee, Austin, TX; Trial 17 August 1987, 299th District Court, Travis County, TX.

City of San Antonio, Texas vs. Oscar Renda Contracting, Inc., and Gulf Insurance Company:
Brian W. Erikson, Attorney, The Erikson Firm, Dallas, TX; Arbitration 8 September 1992, 244th District Court, Bexar County, TX.

Gene Everett, Individually and d/b/a 5 Star Diesel Repair vs. American Central Gas Companies, Inc. et al
Zollie C. Steakley, Attorney, Steakley and Wetsel, Sweetwater, TX; Trial 29 September 1992, U.S. District Court, Western District of Texas, Midland, TX.

Ignacio Torres, Sofia Torres and others vs. C.C. Speed and John S. McGregor
Craig R. Zobel, Attorney, Canales and Simonson, Corpus Christi, TX; Trial 18 March 1994, 319th District Court, Nueces County, TX.

Frederick Fulton Tucker III, et al. vs. Ozarka Water Company, et al., Attorney, Don Wheeler, Wheeler & Russell, Center, TX, Arbitration 12 December 1996, Cause No. 7888, District Court of San Augustine County, TX,