IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RENDA MARINE, INC., Plaintiff, ) ) No. 02-306C
VS. ) ) (Judge Hewitt)
THE UNITED STATES, Defendant. ) )

ORAL DEPOSITION OF

ROBERT McCULLOUGH

VOLUME 2

April 16, 2004

ORAL DEPOSITION OF ROBERT McCULLOUGH, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on April 16, 2004, from 9:06 a.m. to 11:55 a.m., before Gloria Carlin, CSR No. 498 in and for the State of Texas, reported by Stenographic method, at the offices of Quilling, Selander, Cummiskey & Lownds, 2001 Bryan Street, Suite 1800, Dallas, Texas, pursuant to the Rules of the Federal Court of Claims and the provisions stated on the record.

Job No. 040416GJC



A P P E A R A N C E S

FOR THE PLAINTIFF:

Brian W. Erikson, Esq.
QUILLING, SELANDER, CUMMISKEY & LOWNDS
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

FOR THE DEFENDANT:

John E. Kosloske, Esq.
CIVIL DIVISION
DEPARTMENT OF JUSTICE
1100 L Street NW, Room 12052
Washington, D.C. 20005

ALSO PRESENT:

Oscar Renda
Barry L. Smith
William Connole, P.E.
George J. Strickler, P.E.



INDEX

Appearances . . . . . . . . . . . . . . . . . . . 2
Stipulations. . . . . . . . . . . . . . . . . . . 4
ROBERT McCULLOUGH
Examination by Mr. Kosloske. . . . . . . . . . 5
Signature and Changes. . . . . . . . . . . . . . . . 301
Reporter's Certificate . . . . . . . . . . . . . . . 303

EXHIBITS

| NO. | DESCRIPTION | MARKED | IDENTIFIED |
|---|---|---|---|
| 5 | Fax 2-3-04 from Barry Smith to McCullough & Associates | 249 | 249 |
| 6 | Letter 3-24-04 from Brian Erikson to John Kosloske | 276 | 276 |
| 7 | Handwritten notes | 278 | 278 |
| 8 | Handwritten notes | 280 | 280 |
| 9 | Copy of telephone message | 288 | 288 |
| 10 | Document Control Log | 288 | 289 |
| 11 | Chronology/History for Claims at Upper Bayou Project | 290 | 290 |
| 12 | Memo 2-9-04 from Barry Smith to Brian Erikson | 291 | 291 |
| 13 | Original Estimate | 292 | 292 |
| 14 | Dredging Production | 293 | 293 |
| 15 | Fax 1-8-04 from Milbern Ray and Company to Barry Smith | 294 | 294 |
| 16 | Dredge Report | 294 | 294 |
| 17 | Equipment Rate Schedule Summary | 295 | 295 |
| 18 | RMI - List of Equipment | 296 | 296 |
| 19 | Handwritten notes | 297 | 297 |
| 20 | Handwritten notes | 297 | 298 |
| 21 | Handwritten notes | 299 | 299 |
| 22 | Handwritten notes | 300 | 300 |



INDEX CONTINUED

REQUESTED DOCUMENTS/INFORMATION

| NO. | DESCRIPTION | Page/Line |
|---|---|---|
| None | | |

QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

| NO. | Page/Line |
|---|---|
| None | |

Page 215

THE REPORTER: Pursuant to the same rules as yesterday?
MR. KOSLOSKE: Right.
THE REPORTER: I'll just remind you you're still under oath.
THE WITNESS: Thank you.
ROBERT McCULLOUGH,
having been previously sworn, testified as follows:
EXAMINATION
BY MR. KOSLOSKE:
Q. Good morning, Mr. McCullough.
**A. Good morning.**
Q. When we broke off yesterday we were looking at the tabs to your report in this case which is marked for identification as Exhibit 3.
A. Yes.
Q. Would you turn to tab five of your report?
**A. Yes, sir.**
Q. This is the tab that's titled Impacted Days; correct?
**A. Yes.**
Q. The column on this spreadsheet that reads impact days, if you'll turn to page three of 13 of this tab, for day 182 there's a value of one placed in that column; do you see that?

Page 216

**A. Yes.**
Q. What does the one represent?
**A. I don't recall.**
Q. Do you know what document or documents were used to generate that number?
**A. No, sir.**
Q. And if you'll go back to the -- stay on the page three of 13, if you will. If you go to the column that reads N/CD; do you see that?
**A. Yes, sir.**
Q. And you have -- for a number, many of the days, you have a value one there. What does that represent?
**A. I apologize. I still don't recall.**
Q. Do you know what documents were used to generate that value?
**A. No, sir.**
Q. And then would your answer be the same for the column that is headed up N/CHL?
**A. Yes, sir.**
Q. Would your answer be the same for the column headed up N/CML?
**A. Yes.**
Q. And you have a column claim, 12A REF; do you see that?
**A. Yes.**

Page 217

Q. What does REF refer to?
**A. I don't know specifically what REF refers to.**
Q. Okay. Now, the code in the column claim 12-A, REF, HL, that refers to what?
**A. Hydraulic levee.**
Q. And specifically what about hydraulic levee?
**A. It is the hydraulic levee crew.**
Q. And what document or documents were used to generate the -- the code HL for the days in which it appears in this column?
**A. It would be our assessment of whether an impact was occurring on claim 12-A on that particular date.**
Q. So the -- when the code HL appears in column 12-A, REF, that reflects a judgment being made by you, rather than a summary of information that is contained in a daily report or a CQC report?
**A. Yes.**
Q. And the column that's headed up claim 12-A.2; do you see that?
**A. Yes.**
Q. You have differing values appearing in that column, again, I'm looking at page three of 13. There's a 0.3, 0.5, 0.6, 0.2 all, what are those values?
**A. I apologize. I'm going to have to double-check, to see how it ties through, because I can't -- I can't find the exact reference to that.**

Page 218

Q. Is that a reference to hours or portions of hours?
**A. That's what I'm trying to check, and I can't find that.**
Q. How were those hours derived?
**A. I don't know. That's what I'm telling you, I need to go check.**
Q. As you're sitting here today, you can't tell us what the source of that information is?
**A. The source of that information was our review of the hydraulic levee logs or daily reports that were submitted by Renda.**
Q. And did those specific values appear on those documents, or do they reflect a judgment on your part?
**A. It reflects a judgment on our part.**
Q. So those particular values, if we went to the report, we wouldn't see 0.1, 0.2 and so on?
**A. That's correct.**
Q. And in the column 12-A reference, when you have HL, do you know whether that's supposed to indicate a entire day of hydraulic levee crew?
**A. I'm not sure what you're asking.**
Q. See the column 12-A reference?
**A. Yes.**
Q. You have HL as a code?

Page 219

A. **Yes.**
Q. When you have HL as a code for a particular day, does that indicate that that represents a full day of hydraulic levee crew costs?
A. **What about a full day of hydraulic levee crew costs?**
Q. Well, we have, for example, day 165, Saturday, October 30, 1999, HL, does that mean you had the hydraulic levee crew working the entire day?
A. **That's not what that means, no.**
Q. Would you turn to page five of 13 of tab five.
A. **Yes, sir.**
Q. There's a column that you have, claim 12-B; see that?
A. **Yes.**
Q. Then about halfway down the page, beginning with, I believe it's day 339, Friday, April 21, 2000, the code ML appears in that -- in that column that's titled claim 12-B.
A. **Yes, sir.**
Q. And ML refers to what?
A. **Mechanical levee.**
Q. And it's mechanical levee crew; is that what that means?
A. **It refers to a mechanical levee crew, that's correct.**

Page 220

Q. And what documents or documents were used to generate that information?
A. **The -- the daily logs that were submitted by Renda for the levee crews.**
Q. Did those logs break out the personnel working at Lost Lake into the mechanical levee and the hydraulic levee crews?
A. **There was some breakout of crews on the -- on the sheet showing certain work that was done, but not every day, and did not -- did got give a complete breakout of mechanical and hydraulic levee crews.**
Q. So the designation ML in tab five, in the column titled claim 12-B reflects a interpretation or judgment by your part -- on your part?
A. **No. The designation ML does not require any interpretation.**
Q. Do any of the documents that you looked at in order to make the designation ML distinguish between Renda personnel at Lost Lake Placement Area that are assigned to a crew that's doing mechanical levee work and Renda personnel at Lost Lake Placement Area that are performing hydraulic levee work; is such a distinction made in the daily records?
A. **In certain cases it is. Not in all cases.**
Q. And in those cases in which it does not appear, then you had to make a judgment as to what personnel were

Page 221

doing hydraulic levee work and what personnel were doing mechanical levee work?
A. **Yes.**
Q. Would you turn to page nine of 13 of tab five?
A. **Yes, sir.**
Q. And the claim -- the column is titled claim 12-E for, I believe it's day 563, you have a B, a letter B.
A. **Yes.**
Q. What does that represent?
A. **That represents the booster barge.**
Q. What document or documents did you use as a source of that information?
A. **The -- the logs submitted by Renda.**
Q. And do those logs show booster barge as a piece of equipment?
A. **Yes, sir, I believe they do.**
Q. Were you making any kind of inference from the documents, or just simply attempting to summarize what appears on the documents?
A. **We're identifying days when we believe the booster barge was being impacted and should be claimed as an extra cost for that particular day.**
Q. And if you'll turn to page 12 of 13 of tab five.
A. **Yes, sir.**
Q. The column to the far right that's titled claim

Page 222

12-F; do you see that?
A. **Yes.**
Q. If you go down the page to -- I believe that's day 779, Thursday, July 5, 2001, code DS is entered in that box, and then following down for the rest of that page; do you see that?
A. **Yes.**
Q. DS refers to what?
A. **Dredge standby.**
Q. And what document or documents did you base that determination on?
A. **Again, the daily logs that were submitted by Renda.**
Q. Okay. Do the daily logs reflect -- do they state, do they indicate standby, or does that involve a judgment made by you after reviewing the report?
A. **I don't recall.**
Q. If you'll turn to page 13 of 13 of tab five.
A. **Yes, sir.**
Q. You have at the bottom of that sheet, in the far left total number of days; do you see that? Lower left-hand side of that page.
A. **Yes.**
Q. Total number of days?
A. **Yes.**

Page 223

Q. Does that total number of days refer to the values that appear adjacent and to the right of total number of days that run all the way across the page under the various columns? So, for example, under impact days you have 108.0; do you see that?
**A. Yes.**
Q. Is that total number of impact days?
**A. It would appear -- I know that at least for that column or the next one, two, three, four, five, six, seven, eight columns across, that is total number of days, and I'm trying to find the reference for the rest of the items. They would appear to be days, but I'm not certain. I think that's correct.**
Q. Under the column N/CD, do you see that?
**A. Yes.**
Q. Just below the value 378.5, you have $38,971; do you see that?
**A. Yes.**
Q. How was that -- strike that.
What does that value represent?
**A. I don't recall.**
Q. Under the column N/CHL there's a value just below the 512.0, $8,956; do you see that?
**A. Yes.**
Q. What does that value represent?

Page 224

**A. I don't recall.**
Q. Under the column N/CML, the bottom, just under the value or below the value, 650.0, there's a value, $6,548; do you see that?
**A. Yes.**
Q. What does that value represent?
**A. I don't recall.**
Q. Below the three values that I just read there are some additional values, in column N/CD there's a value $14,750,524; do you see that?
**A. Yes.**
Q. What is that value?
**A. I don't recall.**
Q. Do you recall what either of the values to the right of that value are for columns N/CHL and column N/CML?
**A. No.**
Q. And then the last value that appears for the column N/CD is twenty-three million, five hundred and, looks like, ninety-two, one hundred ninety-six dollars; do you see that value?
**A. Yes.**
Q. What does that value represent?
**A. I don't recall.**
Q. And for the column claim 12-A, REF, at the bottom of the column there's a value 481.0; do you see that?

Page 225

**A. Yes.**
Q. What does that represent?
**A. That appears to be the number of days where the hydraulic levee has been referenced under claim 12-A.**
Q. Are you certain of that?
**A. I just counted up the -- on 12-F, and it does match the number on 12-F, so I believe that's correct, yes, sir.**
Q. Now below that there's a box that contains a year, '99, and then 13.6 beside that; do you see that?
**A. Yes.**
Q. What does that represent?
**A. The -- the total on column claim 12-A.2 totals 41.9, and that is the number of entries or the value of the entries that occurred in 1999.**
Q. And so you have 24.9 for the year -- for 2000, and 3.4 for 2001 and the total of those two on 13.6 is 41.9; is that correct?
**A. That's correct.**
Q. And then to the far right, in the lower right-hand portion of page 13 of 13 of tab five there's a box that has a zero value, a 6.0 and a 39.0 and then sums to 45.0; do you see that?
**A. Yes.**
Q. Does that 45.0 correspond to the 45.0 that appears

Page 226

at the bottom of the column that's entitled -- that's titled claim 12-E?
**A. Yes.**
Q. And then for claim 12-F you have a value of 76.0; is that correct?
**A. Yes.**
Q. And that's the sum of 25 and 51; is that correct?
**A. Yes.**
Q. Does the value 51 there refer to the year 1999?
**A. No, sir, I don't believe that it does.**
Q. Does 51 and 25 refer to the number of entries that you have for DS or DP?
**A. Yes.**
Q. Specifically, what daily log did you refer to for days that you've coded DS?
**A. I believe that came out of the dredge log.**
Q. When you say dredge log, do you mean the standard report, an example of which has been marked for identification as Exhibit 4 to this deposition?
**A. It would be this document -- these types of documents, plus the handwritten copies of those documents, plus the -- we had out all of the other logs, but these would be the primary ones for referencing dredge equipment.**
Q. Well, okay, but my question went to the DS, is that what you're referring to?

A. **Yes, sir.**
Q. When you say dredge equipment?
A. **Yes, sir, that's what the D refers to is dredge equipment.**
Q. Okay. And the code DP, specifically what daily log did you use to determine days on which that code was applicable?
A. **The same daily logs.**
Q. Would you turn to tab six of your report, please?
A. **Yes, sir.**
Q. This is a spreadsheet that's titled Dredge and Levee Data From Daily Logs?
A. **Yes.**
Q. Would you turn to page six of 21 of tab six?
A. **Yes.**
Q. Directing your attention to log, the entries for Monday, September 13, 1999.
A. **Yes, sir.**
Q. For the column levee delays, displaced material you have a value of two there; do you see?
A. **Yes.**
Q. 2:00. What does that represent?
A. **That represents time when the dredge was not able to deposit dredge materials on the levees because the crew was displacing -- well, was removing the displaced material.**



**This is the material that's coming up out of the side-cast borrow areas, and they're having to remove that material so they can continue placing material on the levees.**
Q. Did the Dredge Daily Inspection Reports contain a category for time for levee delays, displaced material?
A. **I'm sorry, would you repeat the question?**
Q. Right, do the Daily Inspection Reports for the dredge contain a category for collecting or reporting time for levee delays, displaced material?
A. **They do not have a specific category or item, I guess is what they call it, they do not have a separate item for that category, that's right.**
Q. How were the hours, the two hours that are -- appear in the column for levee delays, displaced material for September 13, 1999, determined?
A. **Mr. Coakley and I sat down with Mr. Bowman and we pulled out all of the -- the inspection reports, the dredging inspection reports and the levee diary information, and that's all of the diary information, we pulled all that out and reviewed that information and made a determination, Mr. Bowman made a determination that two hours was the appropriate amount of time for that work.**
Q. If you'll drop down on that same page, six of 21 of tab six to the entry for Thursday, September 30, 1999; do you have that?



A. **Yes.**
Q. You have a -- in the column effective working time, a value of five minutes; is that correct?
A. **Yes.**
Q. So for that day what this spreadsheet shows is that the dredge had effective working time of five minutes?
A. **Yes.**
Q. And 23 hours and 55 minutes of lost time?
A. **Yes.**
Q. How did you determine that the dredge had five minutes of effective working time on that date?
A. **I believe that came off of the dredge log.**
Q. You have for that particular date, in the notes column, see CQCR. What is the significance of that?
A. **It's simply reference to the CQCR diary that Renda had submitted.**
Q. But if that value was determined from the Dredge Daily Inspection Reports, why would you be referring to the CQCR report?
A. **Well, because the -- the columns here that are stated from Dredge Daily Inspection Reports are, in fact, from the Dredge Daily Inspection Reports, and the allocation of the levee impact that is occurring is being reported on the CQCR reports, which is reporting the levee operations, so that's why there's a reference to both.**



Q. So that are you saying that for the -- the date of September 30, 1999, where you have from the daily -- the Dredge Daily Inspection Reports in the column miscellaneous and lost time, 23 hours and 55 minutes, that's the time the dredge was down, are you saying that the determination that that 23 hours and 55 minutes was attributable to levee delays, displaced material, is based upon an examination of a CQCR?
A. **No, sir.**
Q. No?
A. **When we started this analysis I explained to you that this entire analysis is based upon reviewing the Daily Dredge Inspection Reports, the typed copy submitted to the Corps, as an example, Deposition Exhibit 4, in addition to the handwritten copies of those same reports, in addition to the CQCR reports, in addition to the -- the other Renda diary that was performed, so it is a combination of all of those documents that makes up the evaluation and assessment of those times.**
Q. So the note -- the note that says "CQCR" is misleading, because it only refers to one of those reports?
A. **No, sir.**
Q. For the time that you have in -- appearing in the column levee delays, displaced material, is the dredge on standby or working?

Page 231

A. It is working. Well, it is not working effectively, so it's at a lower rate.

Q. Would you turn to page 21 of 21, tab six. The -- on this page, the far left, there's a box or column heading already claimed (5 through 11,); do you see that?

A. Yes.

Q. There's a value of 311 below that. What is that value?

A. I'd have to check that for you. I don't recall.

Q. And then there's a box that reads Monday, September 13, 1999, to Monday, April 30, 2001; do you see that?

A. Yes.

Q. And there's a value there in that box of 595. What is that value?

A. Again, I'd have to check that for you. I don't recall.

Q. Then for the columns that are -- of information that are from Dredge Daily Inspection Reports, you have for effective working time, 595; do you see that?

A. Yes.

Q. What does that represent?

A. It's labeled total days. Let me check something for you. That is the total number of days from September 13 to April 30th that the dredge was -- was operating on the --

Page 232

on the project.

Q. Below, under effective working time, below the 595 and total days, in parentheses, there's a percentage of 45.1 percent; do you see that?

A. Yes.

Q. What does that represent?

A. It appears that is the percentage of the 595 total days that the effective working time represents.

Q. Did you use that percentage to arrive at any of the damages that you've computed in your report?

A. I don't believe so, no, sir.

Q. To the right of the boxes that you have on page 21 of 21 of tab six, the boxes from Daily -- Dredge Daily Inspection Reports, to the right of that there are values 9.61 and 32.31; do you see that?

A. Yes.

Q. And those values correspond to -- they sum to values that appear in a box below for 1999, 2000, 2001; is that correct?

A. That's correct.

Q. Now, are those values, that is 9.61 and 32.31, are they used to -- in any of your calculations of damages?

A. Yes, sir.

Q. In which damage calculations are they used and how are they used?

Page 233

A. If you look at tab 10, you have a calculation sheet for claim items 12-C and 12-D, dredge delay time and under 12-C, which is backtracking of pipe due to levee failures, that utilizes the number of days shown in the tab six, levee delays, pipeline column, and you'll see that the 1.27 is rounded down to one for 1999 days.

The value for 2000 is 8.34, has been rounded down to 8 and the zero for 2001 is the zero in the 2001 column on Exhibit 10. The same corresponding numbers flow from the levee delays displaced materials column in tab six to the claim item 12-D, down time due to displaced material, water flushing.

Q. And for 12-D for 1999 days you rounded it down to 12?

A. Yes, sir.

Q. And for 2000 days you've rounded it up from 16.58 to 17?

A. Yes, sir.

Q. And for 2001 you've rounded it down to 3?

A. And I apologize, I would have to go back and check. It would appear that they are rounded down, and I'm assuming that they are rounded down. They may be the exact numbers and we're just displaying a rounded off number, or we may be using the exact numbers that appear in tab six in our calculations. I'd have to research that for you and let you

Page 234

know.

Q. Is that the only point in your calculations of damages that the values 9.61 and 32.31 or their component parts are used in your calculation?

A. To my recollection, I think that's the only place they're used, yes, sir.

Q. Who prepared tab 10?

A. Mr. Coakley initially prepared it, and then I reviewed it.

Q. In tab 10, the sheet that you were referring to for item 12-C, you have -- for 1999 and 2000, one day and eight days and zero days for 2001, that's a total of nine days; right?

A. Yes, sir.

Q. But you have total days of 10 there.

A. That would indicate to me that we are, in fact, not rounding those numbers off. They're just displayed as rounded off numbers, because if you look at the total it's 9.61, 9.61, if you display it as only two digits, then it will display as 10, but it is actually 9.61, so it appears we are using the exact numbers, but they are being rounded off in this exhibit.

Q. 12-C, the 9.61 was actually rounded up to 10; is that correct?

A. What I'm telling you is that 9.61 is the number

that's being used to compute all of the damages, but that for display purposes in Excel we eliminated the two decimal places, so it displays 10 instead of 9.61, but the full detail is shown in Exhibit 6.
Q. In the sheet that we're looking at, tab 10, for total equipment, you have three columns; do you see that?
A. Yes, sir.
Q. You have -- for each column there you have the year 2001. Is that what you intended?
A. No, sir.
Q. What did you intend?
A. The first column would be 1999, the second column would be 2000, the third column would be 2001.
Q. Would you turn to tab seven of your report?
A. Yes, sir.
Q. This tab reads Based on Daily Dredging Reports Submitted by Renda marine. Can you tell us who prepared this spreadsheet?
A. The data was entered by Mr. Coakley and Mr. Bowman.
Q. The first column is a date -- strike that. Let me rephrase. Would you tell us what the purpose of tab seven is in your damages analysis?
A. This was to summarize information found on the Daily Dredging Reports.



Q. The column on the far left is the date, that's self-explanatory. The next column is gross CY, what is that column for?
A. To display the gross cubic yards that were reported on the Daily Dredging Reports.
Q. The column credit CY, what does that reflect?
A. That reflects the number of cubic yards that were credited on the Daily Dredging Reports.
Q. What is the cumulative CY?
A. That is the cumulative cubic yards of credited cubic yards reported on the Daily Dredging Reports.
Q. And what is the column week ending credit CY?
A. That would be the week ending subtotal of credited cubic yards.
Q. Does that appear on the dredge report, or does that reflect a summing that you've performed?
A. I don't recall.
Q. The column "wee," should that have been week ending cumulative CY?
A. Yes, it should be.
Q. What is that column, what values appear there?
A. That is the cumulative week ending totals, which would be the cumulative total of the column to the left, week ending credit, cubic yards.
Q. The column begin station, what does that reflect?



A. That reflects the begin station that was recorded on the daily dredge reports.
Q. Station at which dredging began on the particular day?
A. It was the begin station that was recorded on the sheet.
Q. And the end station, what is that value?
A. Again, that was the end station that was recorded on the daily dredging report.
Q. Then there is a remarks column; do you see that?
A. Yes.
Q. For certain dates there are remarks. What is the source of the remarks?
A. The Daily Dredging Reports submitted by Renda.
Q. So if we went to the Daily Dredging Reports we would find in the remarks portion this -- this information verbatim?
A. I don't know.
Q. And then the column on the far right is pay estimate. What does that refer to?
A. That refers to the pay estimate that this work was included on.
Q. If you'll turn to page 13 of 13 of tab seven.
A. Yes, sir.
Q. For the column gross CY there's a value at the



bottom of 3,517,485. What is that value?
A. I'd have to research it. I assume that it's the subtotal or the total of the gross cubic yards column.
Q. And the column credit CY has a value of 3,377,940. What does that value represent?
A. Again, I assume that is the subtotal or the total of that credit cubic yard column.
Q. Below that there is a value of 5,484; do you see that?
A. Yes, I do.
Q. What does that represent?
A. I don't know.
Q. For the week ending credit CY there is a value of 3,377,940. What does that represent?
A. I believe that would represent the total of that column.
Q. How was the information contained in tab seven used by you to perform your damages calculations in this case?
A. It was part of the information that we reviewed when we determined how much downtime there was on the dredge and what the dredge was doing on a daily basis.
Q. Are any of the cubic yard values that are recorded on this document, including any of the totals at the end of the document, used by you in any of your computations or

Page 239

calculations of damages figures?
A. I don't recall any places where they're used in the damage calculations.
Q. Would you turn to tab eight of your report?
A. Yes, sir.
Q. This is a spreadsheet that's titled Based on Contractor Quality Control Reports Submitted by Renda Marine; correct?
A. Yes.
Q. What is the purpose of tab eight?
A. To summarize the Contractor Quality Control Reports that were submitted by Renda Marine.
Q. So this spreadsheet is limited in scope to summarizing what appears in the CQCRs?
A. It's limited in scope to that? That's what it is. I don't understand your reference to limited in scope to.
Q. You don't purport to take any -- report any information in this tab from any report other than a Contractor Quality Control Report?
A. We don't purport to report any additional information other than what's on the Contractor Quality Control Reports.
Q. For the column date, where does the date come from?
A. I believe that comes from the Contractor Quality

Page 240

Control Report submitted by Renda Marine.
Q. The column CY, what is that information?
A. That is cubic yard -- yardage information reported on the Contractor Quality Control Reports submitted by Renda Marine.
Q. The column cumulative of CY, where do those values come from?
A. Those would be the cumulative cubic yards from the previous column that are -- we just ran a cumulative total on those, that were submitted or based on the Contractor Quality Control Reports submitted by Renda Marine.
Q. The column begin station, what does that represent?
A. That represents the beginning station that was reported on the Contractor Quality Control Reports submitted by Renda Marine.
Q. This is a station at Lost Lake Placement Area?
A. Yes, sir, that's correct.
Q. And what is the value that appears or the information that appears in the column end station?
A. That would be the end station that was reported on the Contractor Quality Control Reports submitted by Renda Marine.
Q. Then there's a remarks column for certain dates that has some information. What is the source of that

Page 241

information?
A. The Contractor Quality Control Reports submitted by Renda Marine.
Q. Does this spreadsheet report information from the Contractor Quality Control Reports remarks portion verbatim?
A. I don't know.
Q. You have a column LF; do you see that?
A. Yes.
Q. And what does the LF column contain?
A. The lineal footage that was reported on the Contractor Quality Control Reports submitted by Renda Marine.
Q. Lineal feet of completed levee?
A. It would appear so, yes, sir.
Q. Would that include both mechanical as well as hydraulically constructed levee?
A. No, sir.
Q. What does it include?
A. Well, since it starts on September 13th, 1999, and all of the mechanical levee had to be completed -- that was when the hydraulic levee started and all the mechanical levee had to be completed prior to that, I would say that 31 feet was not the quantity for mechanical levee shown in the contract, so this would not include the mechanical levee that was completed prior to that date.
Q. All right. The column week ending LF; do you see

Page 242

that?
A. Yes.
Q. What are the values that appear in that column?
A. Those are the week ending subtotals of lineal footage that are reported on the Contractor Quality Control Reports submitted by Renda Marine.
Q. So for the week ending 19 September 1999, you have a value of 226 linear feet, and that 226 would be the sum of the previous seven days, that is, 31, 31, 31, 45, 22, 43 and 23?
A. Yes.
Q. You have a column cumulative LF; what values appear in that column?
A. That is a cumulative total from the LF column.
Q. And then you have a pay estimate column. What does that refer to?
A. That refers to the pay estimate in which the work referenced on the particular days was included.
Q. Is that information taken from a Contractor Quality Control Report?
A. I don't recall.
Q. Would you turn to page 11 of 11 of tab eight?
A. Yes, sir.
Q. For the column CY at the bottom there's a value, 134,129; do you see that?

Case 1:02-cv-00306-ECH Document 119-29 Filed 12/14/2004 Page 9 of 13

Page 243

A. **Yes.**
Q. What does that value represent?
A. **The total cubic yardage reported in the CY column.**
Q. And then for the column LF there's a value at the end of 9,814; do you see that?
A. **Yes.**
Q. What does that represent?
A. **That is the total of the numbers listed in the LF column on the spreadsheet.**
Q. How was the information that appears in tab eight used by you to calculate or compute any of the damages that you've computed that are reflected in your report?
A. **It was used as a reference tool to refer back to when reviewing when delays occurred and when -- when delays and impacts occurred on the project.**
Q. Are any of the totals that we referred to a moment ago for the column CY and LF, are either of those totals used in any of your computations or calculations?
A. **I don't recall using either of those totals in any of my computations --**
Q. Do you know --
A. **-- of damages.**
Q. I'm sorry.
A. **I apologize.**
Q. Do you know how many linear feet of levee was paid

Page 244

to Renda for completed levee?
A. **No, I don't recall that, sir.**
Q. Would you turn to tab nine of your report?
A. **Yes, sir.**
Q. Who prepared tab nine?
A. **Mr. Coakley prepared it.**
Q. What is the purpose of tab nine?
A. **To compute the damages being claimed for issue 12a1.**
Q. And issue 12a1 is added cost for original duration?
A. **Yes.**
Q. In the upper left-hand portion of this, the first page of tab nine, under 12a1 - added cost for original duration, parenthetically, 10 months, and then a colon. The third line you have daily per diem equals $25 per worker, $50 for 24-hour shift, two workers; do you see that?
A. **Yes.**
Q. How did you determine the daily per diem of $25 per worker?
A. **We asked Mr. Bowman.**
Q. And he told you it was $25 a day?
A. **Yes, sir.**
Q. Did you ask for any documentation to support that?
A. **No, sir.**

Page 245

Q. Then you have $50 per 24-hour shift, two workers. How did you determine two workers would be appropriate for this calculation?
A. **Because they were working two workers on a 24-hour shift.**
Q. And what work was being performed by these two workers?
A. **The -- these workers were part of the hydraulic levee crew, which was managing the pipe and managing the disbursement of the materials coming out, the levee materials that are being dredged and pumped out by the dredge.**
Q. And then in your calculation for this claim item you have assumed that these additional workers were at the work site at Lost Lake beginning on September 13, 1999?
A. **Yes.**
Q. From the first day of dredging?
A. **Yes.**
Q. You have a value of, it appears to be, 304 to the right of the information that's 12a1 added cost for original duration, 10 months, do you see that between that information and a box that has days for '99 and days for 2000; do you see that?
A. **Yes, sir.**
Q. What does the 304 represent?
A. **The total number of days between September 13th, '99 and September -- July 14th, 2000.**

Page 246

Q. For -- for 2000 you have an end date of July 14; is that correct?
A. **Yes.**
Q. How did you determine that end date?
A. **The 304 was calculated from -- it's 10 months based on 365 days a year, starting 304 days from September 13th, comes out to July 14th, 2000.**
Q. And what happened after July 14, 2000, were these additional workers assigned to other duties?
A. **No, sir.**
Q. What happened to them?
A. **They remained there. They remained on the hydraulic levee crew.**
Q. But you're not claiming for them after July 14th?
A. **Not on claim 12a1.**
Q. Are you claiming for them on another claim?
A. **Yes, sir.**
Q. What would that be?
A. **That would be 12a2.**
Q. And 12a2 is the additional cost for full crew for extended duration?
A. **Yes, sir.**
Q. Now, let's drop down to the first box of information with columns, titled additional labor; do you see

Page 247

that? I'm on the first page, the first sheet of tab nine.
A. **Yes, sir, additional labor.**
Q. Following that there's a column ID, do you see that?
A. **Yes.**
Q. What does ID refer to?
A. **The ID number for the piece of equipment.**
Q. Then you have a box equipment; what information appears in that column?
A. **The additional worker designation.**
Q. Why do you have additional worker in a column that's headed up equipment?
A. **It would appear that we have a -- well, it's a mistake. It's a typographical error on the spreadsheet.**
Q. So what should the title of that column be?
A. **It should be labor.**
Q. Then you have a column that says planned; do you see that?
A. **Yes.**
Q. What does that refer to?
A. **An indication as to whether that additional worker was planned to be on the hydraulic levee crew in Renda's original bid.**
Q. How did you go about determining whether that was the case or not?

Page 248

A. **We reviewed the original bid with Mr. Bowman and determined that these additional workers were not on that crew.**
MR. KOSLOSKE: May I have this marked for identification?
(EXHIBIT(S) NO. 5 MARKED.)
Q. (BY MR. KOSLOSKE) Mr. McCullough, showing you what's been marked for identification as Exhibit 5. This is a document that is -- begins with a Bates stamped RBM 00007, ends with a Bates stamp RBM 00010. It's from your work papers; is that correct?
A. **Yes, sir.**
Q. The first sheet, that is a facsimile cover sheet from Barry Smith, to McCullough & Associates, to your attention, and that of John Coakley, it's dated February 3, 2004, and in the comments portion it reads Rob/John, "Attached is RMI's original bid calculation. I could only find a copy (8.5 times 11) of the document, and it's marginal. The original is much larger." Do you see that?
A. **Yes, sir.**
Q. Are the sheets that are attached and follow this cover sheet the bid estimate that you referred to a moment ago in your testimony that you used to determine whether the additional workers that are reported in the additional labor item on the first page of tab nine were planned or not?

Page 249

A. **Yes.**
Q. Next to the planned column you have column 1999 days; do you see that?
A. **Yes, sir.**
Q. And what information appears in that column?
A. **109.**
Q. What does that represent?
A. **The 109 days that are referenced directly above it for 1999. It would be the days from September 13th, 1999, through December 31st, 1999.**
Q. How did you determine that those additional workers were on the job during that period of time?
A. **We reviewed the contractor CQC reports and the other -- the other reports that Renda submitted.**
Q. Is the same true for the days reported under 2000?
A. **Yes.**
Q. Then you have a column hours per day. Do you see that?
A. **Yes.**
Q. You have 24 hours. How did you determine the 24 hours?
A. **Based on discussions with Mr. Smith and Mr. Bowman.**
Q. Then you have a column 1999 total hours; do you see that?

Page 250

A. **Yes.**
Q. And how are the values in that column determined?
A. **That would be the number of days times hours per day.**
Q. The same would be true for the column 2000 total hours?
A. **Yes, sir.**
Q. You have a column average hourly rate; do you see that?
A. **Yes, sir.**
Q. And how was that value determined?
A. **That rate comes from tab 13, and it's an average hourly rate based upon the certified payroll reports which show the payroll amounts and the hours, and we averaged that for -- for the job and came up with an average hourly rate.**
Q. You have a column 1999 labor. What is the -- or what do the values in that column represent?
A. **That represents the 1999 hours times the hourly rate times the daily per diem, including the daily per diem.**
Q. Are the values in the column under 2000 labor determined the same way?
A. **Yes, sir.**
Q. Below that you have add workmen's comp for nonmarine, (7.26 percent); do you see that?
A. **Yes.**

Case 1:02-cv-00306-ECH Document 119-29 Filed 12/14/2004 Page 11 of 12

Page 251

Q. What is the source of the 7.26 percent rate?
**A. Renda's workmen's comp payments.**
Q. And you have add payroll taxes, 8.2 percent; do you see that?
**A. Yes, sir.**
Q. What is the source of the 8.2 percent?
**A. The payroll taxes that Renda was paying.**
Q. You have a column, a box of information with similar -- or many columns, called additional equipment; do you see that?
**A. Yes, sir.**
Q. And you have ID. What do the numbers in the ID column represent?
**A. That represents the equipment ID that was reported on the reports.**
Q. The -- in the equipment column you have two pieces of equipment, a Cat D5 dozer and a Marsh trackhoe - EL 200B (MB 101/E1); do you see that?
**A. Yes.**
Q. How did you determine that these two pieces of equipment are applicable -- are applied to the claim element 12a1 added cost for original duration?
**A. By reviewing the CQC reports and diaries that were prepared by Renda and talking with Mr. Bowman.**
Q. You have a column source; do you see that?

Page 252

**A. Yes.**
Q. What is the -- what does that represent?
**A. That represents the source of that equipment.**
Q. Then you have a column planned. What does that represent?
**A. It represents whether that piece of equipment was planned in Renda's original bid.**
Q. And how did you determine what Renda's original bid provided for?
**A. By reviewing the original bid with Mr. Bowman.**
Q. And the original bid that you reviewed is -- are the sheets that are attached to what has been marked for identification as Exhibit 5?
**A. Yes, sir.**
Q. And you have a column 1999 days. What do the values in that column represent?
**A. The same thing as in the columns above that and in the box directly above that, which are the days from September 13th, 1999, through December 31st, 1999.**
Q. And the column 2000 days, what does that represent?
**A. Again, that represents the days in 2000 that are being claimed for this issue.**
Q. The column hours per day, what does that represent?

Page 253

**A. The number of hours per day that we are claiming under claim 12a1.**
Q. The column 1999 total hours, what does that represent?
**A. That is the total hours in 1999 that we are claiming under claim 12a1.**
Q. And that's the product of 109 times 24?
**A. That's correct.**
Q. And then 2000, total hours, you have a value of 4,684 for each piece of equipment?
**A. Yes, sir.**
Q. And that's a product of 195 times 24?
**A. That's correct.**
Q. And you have a column working hourly; do you see that?
**A. Yes.**
Q. What do the values in that column represent?
**A. The hourly rates for the equipment.**
Q. You have working daily -- strike that. Working daily, what do the value or values appearing in that column represent?
**A. That would be the daily rate for that equipment.**
Q. You have a daily rate of $178.61 for the Cat D5 dozer, but you have no daily rate for the Marsh trackhoe. Can you explain why?

Page 254

**A. Because the D5 dozer had a daily working rate and the Marsh trackhoe did not.**
Q. Is the reason the Cat D5 dozer has a daily rate based upon the fact that it's a rented piece of equipment?
**A. Yes, sir.**
Q. What is the source of the equipment rate?
**A. The invoices from Mustang Rental Services.**
Q. For the Marsh trackhoe what is the source of the working hourly rate?
**A. That would be the equipment rate that was computed by Mr. Smith.**
Q. Based upon what information?
**A. The type of equipment, use of equipment, that sort of thing.**
Q. Is that rate based upon the Corps of Engineers' Construction Equipment Ownership and Operating Expense Manual?
**A. Yes, sir.**
Q. You have a column 1999 equipment. What do the values in that column represent?
**A. The amount being claimed for equipment in 1999 for claim 12a1.**
Q. And then the column 2000 equipment is similar information for the year 2000?
**A. Yes, sir.**

Page 255

Q. And then the second page of tab nine, who prepared this sheet?
**A. Again, this was prepared by Mr. Coakley under my direction and reviewed by myself.**
Q. This is for item 12a2, additional cost for full crew for extended duration; is that correct?
**A. Yes.**
Q. In the actual labor box that that has numerous columns in it, you have on the far left ID, what does that refer to?
**A. For labor there is -- they are listed as NA, which is not applicable, because that is the equipment number.**
Q. And the second column is the equipment. Should that read labor?
**A. Yes, it should.**
Q. And then that column you have entered either planned worker or additional worker; do you see that?
**A. Yes, sir.**
Q. How did you determine whether a worker was planned or additional?
**A. By reviewing the crew and the original bid estimate with Mr. Bowman.**
Q. Okay. And by original bid estimate, you mean the sheets that are attached to what is marked for identification as Exhibit 5?

Page 256

**A. Yes, sir.**
Q. You have a column 1999 days. What do the values in that column represent?
**A. The days in 1999 that we are claiming under claim 12a2.**
Q. Okay. And for 2000 days, those are the days in 2002 (sic) that you're claiming under 12-A.2?
**A. Correct.**
Q. 2001 days are the days in 2001 that you're claiming under 12a2?
**A. Correct.**
Q. And you have hours per day, 24, how is that value determined?
**A. By discussing the number of hours the crew was working with Mr. Bowman.**
Q. Then you have column 1999 total hours; is that the product of 1990 (sic) days and 24 hours?
**A. Yes.**
Q. And the hours that appear in the columns, total hours column for 2000, 2001, are computed in a similar way?
**A. Yes.**
Q. You have an average hourly rate of $15.64. Do you see that?
**A. Yes, sir.**
Q. Is that value determined in the same manner that

Page 257

we discussed a moment ago with respect to average hourly rate that appears on the first sheet of tab nine?
**A. Yes, from tab 13.**
Q. You have daily per diem, $25?
**A. Yes.**
Q. 1999 labor, what do the values or value that appear in that column represent?
**A. That's the extension of the hours times the rates and a per diem for 1999.**
Q. And for the columns 2000 labor and 2001 labor, they're computed in a similar manner to the values that appear in 1999 labor?
**A. Yes, sir.**
Q. And the box below that, actual equipment?
**A. Yes, sir.**
Q. You have at the far left, ID. Is that the equipment identification number?
**A. Yes, sir.**
Q. And we have a box, equipment is the description of the item of equipment; is that correct?
**A. That's correct.**
Q. How did you identify the equipment that is -- appears in the actual equipment box for claim item 12a2?
**A. This was equipment we identified from the diaries that were submitted and prepared by Renda.**

Page 258

Q. Do those documents have a category additional cost for full crew for extended duration?
**A. I'm sorry, I don't think I understood the question.**
Q. You said you identified the equipment for actual equipment from daily reports; is that correct?
**A. Yes, sir.**
Q. Do the daily reports contain a category that lists equipment that relates to additional cost for full crew for extended duration?
**A. No, sir.**
Q. So that's a judgment determination based upon a review of those documents?
**A. Yes, sir.**
Q. Then you have column source. What is -- what information appears in that column?
**A. That's the source of that particular equipment.**
Q. Then you have a column planned; do you see that?
**A. Yes, sir.**
Q. What does that represent?
**A. That represents whether that equipment was in the planned hydraulic levee crew or not.**
Q. And did you make that determination by reference to the sheets that are attached to the first page of Defendant's -- what's marked for identification as Exhibit 5?