# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: January 7, 2005)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

NOTICE TO PARTIES

This is to advise the parties that the location of trial in this case has been confirmed. Trial will take place in Courtroom 402 of the United States Bankruptcy Court, 515 Rusk Street, Houston, Texas, 77002.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge