UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>PLAINTIFF,<br><br>V.<br><br>UNITED STATES ARMY<br>CORPS OF ENGINEERS,<br>DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 02-306C<br><br>(JUDGE HEWITT) |

**OBJECTIONS BY RENDA MARINE, INC.**
**<u>TO DEFENDANT'S EXHIBIT LIST</u>**

Plaintiff Renda Marine, Inc. ("Renda"), respectfully objects to the following exhibits listed by Defendant, United States.

| EXHIBIT NO. | OBJECTION BASIS |
|---|---|
| 15 | Expert reports - Cumulative after they testify |
| 16 | Expert reports - Cumulative after they testify |
| 17 | Expert reports - Cumulative after they testify |
| 18 | Expert reports - Cumulative after they testify |
| 19 | Expert reports - Cumulative after they testify<br>Connole Vol. I-VI - Relevant portions listed individually later. |
| 20 | Expert reports - Cumulative after they testify |
| 21 | Depositions of Rudy, Oscar & Steve Bowman in Renda v. DSC - should be excerpts to the extent relevant |

| EXHIBIT NO. | OBJECTION BASIS |
|---|---|
| 22 | Depositions of Rudy, Oscar & Steve Bowman in Renda v. DSC - should be excerpts to the extent relevant |
| 23 | Depositions of Rudy, Oscar & Steve Bowman in Renda v. DSC - should be excerpts to the extent relevant |
| 27 | Dep. Burson Warren in Renda v. DSC - should be excerpts to the extent relevant |
| 29 | Dep. Eddie Fisher in Renda v. DSC - should be excerpts to the extent relevant |
| 30 | Depositions - should be excerpts |
| 31 | Depositions - should be excerpts |
| 32 | Depositions - should be excerpts |
| 33 | Depositions - should be excerpts |
| 34 | Depositions - should be excerpts |
| 312A | CADD Drawings RM-GA-00855 - Do not believe exhibit was ever produced. DEX 312A, 312B, 312C, and 312D all have the same Bates number. |
| 312B | Cross Sections RM-GA-00855 - Do not believe exhibit was ever produced. DEX 312A, 312B, 312C, and 312D all have the same Bates number. |

| EXHIBIT NO. | OBJECTION BASIS |
|---|---|
| 312C | Surveys<br>RM-GA-00855 - Do not believe exhibit was ever produced. DEX 312A, 312B, 312C, and 312D all have the same Bates number. |
| 312D | Volumes<br>RM-GA-00855 - Do not believe exhibit was ever produced. DEX 312A, 312B, 312C, and 312D all have the same Bates number |
| 320 | Relevance, Hearsay, and Rule 403 |
| 325 | Relevance, Hearsay, and Rule 403 |
| 331A | RM-COE-23205 - Same Bates but different document |
| 331B | RM-COE-23205 - Same Bates but different document |
| 333 | Actual Wetta letter only had one page. Objection to inclusion of additional pages. Also, hearsay to entire exhibit. Rule 403 |
| 335 | Alan Dupont report - Hearsay |
| 336 | Hearsay |
| 339 | Objection to Date |
| 345 | Hearsay and Rule 403 |
| 350 | Hearsay and Rule 403 |
| 351 | Objection to Date & Relevance - Lower Bay Project. Rule 403 |
| 359 | Hearsay and Rule 403 |
| 367 | Hearsay and Rule 403 |

| EXHIBIT NO. | OBJECTION BASIS |
|---|---|
| 376 | Hearsay and Rule 403 |
| 383 | Objection - Date |
| 405A | Alan Jefts letter - Hearsay |
| 406 | Objection - Date |
| 410 | Vendor Report - No images |
| 412 | Mears - Hearsay |
| 416 | Lufkin - Hearsay |
| 420 | Mears email - Hearsay |
| 426 | Jefts letter - Hearsay |
| 434 | Hearsay |
| 448 | Hearsay |
| 458 | Hearsay - Do not know who prepared - not the COE |
| 476 | Hearsay, Authenticity |
| 478 | Relevance and Rule 403 |
| 494 | Hearsay |
| 496 | Hearsay |
| 532 | Hearsay and Rule 403 |
| 572 | Objection date and Rule 403 |
| 578 | Hearsay |
| 580 | Hearsay |
| 580 | 2d DEX 580 - starts at 101 - Hearsay middle of document |
| 580 | 3d DEX 580 - starts at 112 - Hearsay |
| 644 | Relevance and Rule 403 |
| 645 | Relevance and Rule 403 |

| EXHIBIT NO. | OBJECTION BASIS |
|---|---|
| 910 | Relevance, Rule 403 |
| 1010 | Hearsay, Rule 403 |
| 1017 | Hearsay |
| 1020 | Hearsay |
| 1021 | Hearsay |
| 1023 | Hearsay |
| 1025 | Hearsay |
| 1026 | Hearsay |
| 1027 | Hearsay |
| 1032 | Hearsay |
| 1034 | Hearsay |
| 1037 | Hearsay |
| 1038 | Hearsay |
| 1039 | Hearsay |
| 1040 | Hearsay |
| 1042-1044 | Cumulative once expert testifies |
| 1045 | ? No image |
| 1046-1064 | Cumulative once expert testifies |
| 1065 | ? No image |

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: s/Brian W. Erikson
Brian W. Erikson, TX Bar No. 06643800

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEYS FOR RENDA MARINE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2005, a true and correct copy of the Objections by Renda Marine, Inc. to Defendant's Exhibit List, was served electronically through the CM/ECF system for the Court of Federal Claims.

s/Brian W. Erikson
Brian W. Erikson