UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>PLAINTIFF,<br><br>V.<br><br>UNITED STATES ARMY<br>CORPS OF ENGINEERS,<br>DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br>CASE NO. 02-306C<br><br>(JUDGE HEWITT) |

**PLAINTIFF'S WITNESS LIST**

Pursuant to the Court's Case Management Procedures, Paragraph 13(b), Plaintiff, Renda Marine, Inc., identifies the following witnesses who may be called to testify at the trial on this matter:

1. **Oscar Renda**, #7 Benson Lane, Roanoke, Texas 76262; (817) 430-0998

Formation of Renda Marine
Bidding on the Upper Bayou Project
Bid protest on the Project
Construction of the Dredge Millennium
Performance of work on the Project
Levee failures
Costs incurred on the Project
Renda's claims on the Project
Differing site conditions on the Project
Changed conditions on the Project
Side cast borrow areas
Impossibility of performance
Communications with the Government concerning the Project
Communications with the Joint Venture Engineers concerning the Project
Government instructions and directions to Renda
Government threats to default terminate Renda
Government contact with Renda's surety for the Project

Government payments to Renda for work on the Project
Government excuses for not paying Renda for work on the Project
Government's termination of Renda's services for the Project
Reasons why Renda is entitled to payment for work on the Project

**2. Rudy Renda,** #7 Benson Lane, Roanoke, Texas 76262; (817) 430-0998
Formation of Renda Marine
Bidding on the Upper Bayou Project
Bid protest on the Project
Construction of the Dredge Millennium
Performance of work on the Project
Levee failures
Costs incurred on the Project
Renda's claims on the Project
Differing site conditions on the Project
Changed conditions on the Project
Side cast borrow areas
Impossibility of performance
Communications with the Government concerning the Project
Communications with the Joint Venture Engineers concerning the Project
Government instructions and directions to Renda
Government threats to default terminate Renda
Government contact with Renda's surety for the Project
Government payments to Renda for work on the Project
Government excuses for not paying Renda for work on the Project
Government's termination of Renda's services for the Project
Reasons why Renda is entitled to payment for work on the Project

**3. Rudy V. Renda,** #7 Benson Lane, Roanoke, Texas 76262; (817) 430-0998
Performance of work on the Project
Levee failures
Differing site conditions on the Project
Renda's claims on the Project

Differing site conditions on the Project
Changed conditions on the Project
Side cast borrow areas
Costs incurred on the Project
Communications with the Government concerning the Project
Communications with the Joint Venture Engineers concerning the Project
Government instructions and directions to Renda
Government threats to default terminate Renda
Government payments to Renda for work on the Project
Government excuses for not paying Renda for work on the Project
Government's termination of Renda's services for the Project
Reasons why Renda is entitled to payment for work on the Project

4. **Eddie Fisher**, 505 Huckleberry Drive, Lake Jackson, Texas 77566; (281) 777-8864
Formation of Renda Marine
Bidding on the Upper Bayou Project
Bid protest on the Project
Construction of the Dredge Millennium
Performance of work on the Project
Levee failures
Project design
Costs incurred on the Project
Renda's claims on the Project
Differing site conditions on the Project
Changed conditions on the Project
Side cast borrow areas
Communications with the Government concerning the Project
Communications with the Joint Venture Engineers concerning the Project
Government instructions and directions to Renda
Government threats to default terminate Renda
Government payments to Renda for work on the Project
Government excuses for not paying Renda for work on the Project

Reasons why Renda is entitled to payment for work on the Project

**5. Steve Bowman**, 1917 Easy Street, Arlington, Texas 76013; (817) 795-3793

Formation of Renda Marine

Bidding on the Upper Bayou Project

Bid protest on the Project

Construction of the Dredge Millennium

Performance of work on the Project

Levee failures

Project design

Costs incurred on the Project

Renda's claims on the Project

Differing site conditions on the Project

Changed conditions on the Project

Side cast borrow areas

Impossibility of performance

Communications with the Government concerning the Project

Government instructions and directions to Renda

Government threats to default terminate Renda

Government's contact with Renda's surety for the Project

Government payments to Renda for work on the Project

Government excuses for not paying Renda for work on the Project

Government's termination of Renda's services for the Project

Reasons why Renda is entitled to payment for work on the Project

Follow on work

**6. Barry Smith**, Pathfinder Construction Consulting, Inc., 18605 Hawks Trial Drive, Wildwood, Missouri 63069; (636) 273-5930

Bidding on the Upper Bayou Project

Performance of work on the Project

Levee failures

Project Design

Costs incurred on the Project

Renda's claims on the Project
Differing site conditions on the Project
Changed conditions on the Project
Side cast borrow areas
Impossibility of performance
Communications with the Government concerning the Project
Communications with the Joint Venture Engineers concerning the Project
Government instructions and directions to Renda
Government threats to default terminate Renda
Government's contact with Renda's surety for the Project
Government payments to Renda for work on the Project
Government excuses for not paying Renda for work on the Project
Government's termination of Renda's services for the Project
Reasons why Renda is entitled to payment for work on the Project
Follow on work

**7. Ben Goodloe**, 905 Bunker View Drive, Apollo Beach, Florida 33572; (813) 928-1049
Performance of work on the Project
Levee failures
Project design
Costs incurred on the Project
Renda's claims on the Project
Differing site conditions on the Project
Changed conditions on the Project
Side cast borrow areas
Impossibility of performance
Communications with the Government concerning the Project
Communications with the Joint Venture Engineers concerning the Project
Government instructions and directions to Renda
Government threats to default terminate Renda
Government payments to Renda for work on the Project
Government excuses for not paying Renda for work on the Project

Government's termination of Renda's services for the Project

Reasons why Renda is entitled to payment for work on the Project

Follow on work

**8. Burson Warren,** #7 Benson Lane, Roanoke, Texas 76262; (817) 430-0998

Construction of the Dredge Millennium

Performance of work on the Project

Renda's equipment on the Project

Maintenance of Renda's equipment on the Project

Costs incurred on the Project

Renda's claims on the Project

Communications with the Government concerning the Project

Government instructions and directions to Renda

**9. Chris Mathewson**, Texas A & M University, Department of Geology & Geophysics, 3115 TAMU, College Station, Texas 77843-3115; (979) 845-2488

Bidding on the Upper Bayou Project

Soil borings and contract documents for the Project

Geotechnical features concerning the Project

Project design

Performance of work on the Project

Levee failures

Costs incurred on the Project

Renda's claims on the Project

Differing site conditions on the Project

Changed conditions on the Project

Side cast borrow areas

Communications with the Government concerning the Project

Government instructions and directions to Renda

Government threats to default terminate Renda

Government payments to Renda for work on the Project

Government excuses for not paying Renda for work on the Project

Reasons why Renda is entitled to payment for work on the Project

Impossibility of performance on the Project

Government's termination of Renda's services for the Project

His expert report concerning Renda's claims on the Project

Follow on work

**10. Rob McCullough**, McCullough & Associates, 15938 Midway Road, Addison, Texas 75001; (972) 385-3158

Bidding on the Upper Bayou Project

Soil borings and contract documents for the Project

Geotechnical features concerning the Project

Project design

Performance of work on the Project

Levee failures

Costs incurred on the Project

Renda's claims on the Project

Differing site conditions on the Project

Changed conditions on the Project

Side cast borrow areas

Communications with the Government concerning the Project

Communications with the Joint Venture Engineers concerning the Project

Government instructions and directions to Renda

Government threats to default terminate Renda

Government payments to Renda for work on the Project

Government excuses for not paying Renda for work on the Project

Reasons why Renda is entitled to payment for work on the Project

Impossibility of performance on the Project

Government's termination of Renda's services for the Project

His expert report concerning Renda's claims on the Project

Follow on work

**11. Ken Affolter**, P. O. Box 1436, Lamarque, TX 77568; phone: (713) 938-3837

Bidding on the Upper Bayou Project

Soil borings and contract documents for the Project

Performance of work on the Project

Construction of the mechanical levees on the Project

Levee failures

Project design

Follow on work after Renda's departure from the Project

Costs incurred on the Project

Renda's claims on the Project

Side cast borrow areas

Communications with the Government concerning the Project

Government instructions and directions to Renda and/or Affolter Construction

Government payments to Renda and/or Affolter Construction for work on the Project

**12. James van Norman**, Great Lakes Dredge & Dry Dock Company, P. O. Box 956, Channelview, Texas 77530-0956; (281) 452-3373

Bidding on the Upper Bayou Project

Soil borings and contract documents for the Project

Geotechnical features concerning the Project

Performance of work on the Project

Levee failures

Project design

Side cast borrow areas

Performance of work on similar projects

Costs incurred on the Project or similar projects

Renda's claims on the Project

Differing site conditions on the Project

Changed conditions on the Project

Use of and construction of Lost Lake Placement Area in the past

Follow on work

**May Call List:**

**13. Leon Hrabovsky**, Gahagan & Bryant Assoc., TCB/GBA - Joint Venture, 5757 Wood Way, Houston, Texas 77057-1599; 713-780-4100

Bidding on the Upper Bayou Project

Soil borings and contract documents for the Project

Geotechnical features concerning the Project

Levee failures

Project design

Performance of work on the Project

Costs incurred on the Project

Renda's claims on the Project

Differing site conditions on the Project

Changed conditions on the Project

Communications with the Government or Renda concerning the Project

Government instructions and directions to Renda

Government payments to Renda for work on the Project

Government excuses for not paying Renda for work on the Project

Joint Venture engineers' role on the Project

Side cast borrow areas

Use of and construction of Lost Lake Placement Area in the past

Follow on work

14. **Walter Maxwell**, Surety Claims Adjuster, Chubb Group of Insurance Companies, P. O. Box 1615, Warren, New Jersey 07061-1615; (908) 903-3182

Bonding relationship with Renda

Communications with the Government concerning the Project

Government threats to default terminate Renda

Government excuses for not paying Renda for work on the Project

**Corps of Engineers personnel**

15. **Tom Benero**, U. S. Army Corps of Engineers, Galveston District, P. O. Box 1229, Galveston, Texas 77553; (409) 766-3899

Bidding on the Upper Bayou Project

Soil borings and contract documents for the Project

Geotechnical features concerning the Project

Project design

Performance of work on the Project

Levee failures

Costs incurred on the Project

Renda's claims on the Project

Differing site conditions on the Project

Changed conditions on the Project

Side cast borrow areas

Retention rate

Impossibility of performance

Communications with the Government concerning the Project

Communications with the Joint Venture Engineers concerning the Project

Government instructions and directions to Renda

Government threats to default terminate Renda

Contact with Renda's surety for the Project

Government payments to Renda for work on the Project

Government excuses for not paying Renda for work on the Project

Reasons why Renda is entitled to payment for work on the Project

Government's termination of Renda's services for the Project

Use of and construction at Lost Lake in the past

Follow on work

**16. Tim Few**, U. S. Army Corps of Engineers, Galveston District, P. O. Box 1229, Galveston, Texas 77553; (409) 766-3899

Bidding on the Upper Bayou Project

Soil borings and contract documents for the Project

Geotechnical features concerning the Project

Project design

Performance of work on the Project

Levee failures

Costs incurred on the Project

Renda's claims on the Project

Differing site conditions on the Project

Changed conditions on the Project

Side cast borrow areas

Retention rate

Impossibility of performance

Communications with the Government concerning the Project

Communications with the Joint Venture Engineers concerning the Project

Government instructions and directions to Renda

Government threats to default terminate Renda

Contact with Renda's surety for the Project

Government payments to Renda for work on the Project

Government excuses for not paying Renda for work on the Project

Reasons why Renda is entitled to payment for work on the Project

Use of and construction at Lost Lake in the past

Government's termination of Renda's services for the Project

Follow on work

**17. Luis Saenz**, U. S. Army Corps of Engineers, Galveston District, P. O. Box 1229, Galveston, Texas 77553; (409) 766-3899

Bidding on the Upper Bayou Project

Soil borings and contract documents for the Project

Geotechnical features concerning the Project

Project design

Performance of work on the Project

Levee failures

Costs incurred on the Project

Renda's claims on the Project

Differing site conditions on the Project

Changed conditions on the Project

Side cast borrow areas

Retention rate

Impossibility of performance

Communications with the Government concerning the Project

Communications with the Joint Venture Engineers concerning the Project

Government instructions and directions to Renda

Government threats to default terminate Renda

Contact with Renda's surety for the Project

Government payments to Renda for work on the Project

Government excuses for not paying Renda for work on the Project

Reasons why Renda is entitled to payment for work on the Project

Use of and construction at Lost Lake in the past

Government's termination of Renda's services for the Project

Follow on work

**18. Eric Russek**, U. S. Army Corps of Engineers, Galveston District, P. O. Box 1229, Galveston, Texas 77553; (409) 766-3899

Bidding on the Upper Bayou Project

Soil borings and contract documents for the Project

Geotechnical features concerning the Project

Project design

Performance of work on the Project

Levee failures

Costs incurred on the Project

Renda's claims on the Project

Differing site conditions on the Project

Changed conditions on the Project

Side cast borrow areas

Retention rate

Impossibility of performance

Communications with the Government concerning the Project

Communications with the Joint Venture Engineers concerning the Project

Government instructions and directions to Renda

Government threats to default terminate Renda

Contact with Renda's surety for the Project

Government payments to Renda for work on the Project

Government excuses for not paying Renda for work on the Project

Reasons why Renda is entitled to payment for work on the Project

Use of and construction at Lost Lake in the past

Government's termination of Renda's services for the Project

Follow on work

**19. Mike McClenan**, U. S. Army Corps of Engineers, Galveston District, P. O. Box 1229, Galveston, Texas 77553; (409) 766-3899

Bidding on the Upper Bayou Project

Soil borings and contract documents for the Project

Geotechnical features concerning the Project

Project design

Performance of work on the Project

Levee failures

Costs incurred on the Project

Renda's claims on the Project

Differing site conditions on the Project

Changed conditions on the Project

Side cast borrow areas

Retention rate

Impossibility of performance

Communications with the Government concerning the Project

Communications with the Joint Venture Engineers concerning the Project

Government instructions and directions to Renda

Government threats to default terminate Renda

Contact with Renda's surety for the Project

Government payments to Renda for work on the Project

Government excuses for not paying Renda for work on the Project

Reasons why Renda is entitled to payment for work on the Project

Use of and construction at Lost Lake in the past

Government's termination of Renda's services for the Project

Follow on work

**20. Harrison Sutcliffe**, U. S. Army Corps of Engineers, Galveston District, P. O. Box 1229, Galveston, Texas 77553; (409) 766-3899

Bidding on the Upper Bayou Project

Soil borings and contract documents for the Project

Geotechnical features concerning the Project

Project design

Performance of work on the Project

Levee failures

Costs incurred on the Project

Renda's claims on the Project

Differing site conditions on the Project

Changed conditions on the Project

Side cast borrow areas

Retention rate

Impossibility of performance

Communications with the Government concerning the Project

Communications with the Joint Venture Engineers concerning the Project

Government instructions and directions to Renda

Government threats to default terminate Renda

Contact with Renda's surety for the Project

Government payments to Renda for work on the Project

Government excuses for not paying Renda for work on the Project

Reasons why Renda is entitled to payment for work on the Project

Use of and construction at Lost Lake in the past

Government's termination of Renda's services for the Project

Follow on work

**21. Will Sanford**, U. S. Army Corps of Engineers, Galveston District, P. O. Box 1229, Galveston, Texas 77553; (409) 766-3899

Bidding on the Upper Bayou Project

Soil borings and contract documents for the Project

Geotechnical features concerning the Project

Project design

Performance of work on the Project

Levee failures

Costs incurred on the Project

Renda's claims on the Project

Differing site conditions on the Project

Changed conditions on the Project

Side cast borrow areas

Retention rate

Impossibility of performance

Communications with the Government concerning the Project

Communications with the Joint Venture Engineers concerning the Project

Government instructions and directions to Renda

Government threats to default terminate Renda

Contact with Renda's surety for the Project

Government payments to Renda for work on the Project

Government excuses for not paying Renda for work on the Project

Reasons why Renda is entitled to payment for work on the Project

Use of and construction at Lost Lake in the past

Government's termination of Renda's services for the Project

Follow on work

**22. Dalton Krueger**, U. S. Army Corps of Engineers, Galveston District, P. O. Box 1229, Galveston, Texas 77553; (409) 766-3899

Bidding on the Upper Bayou Project

Soil borings and contract documents for the Project

Geotechnical features concerning the Project

Project design

Performance of work on the Project

Levee failures

Costs incurred on the Project

Renda's claims on the Project

Differing site conditions on the Project

Changed conditions on the Project

Side cast borrow areas

Retention rate

Impossibility of performance

Communications with the Government concerning the Project

Communications with the Joint Venture Engineers concerning the Project

Government instructions and directions to Renda

Government threats to default terminate Renda

Contact with Renda's surety for the Project

Government payments to Renda for work on the Project

Government excuses for not paying Renda for work on the Project

Reasons why Renda is entitled to payment for work on the Project

Use of and construction at Lost Lake in the past

Government's termination of Renda's services for the Project

Follow on work

**23. Lynwood Weiss**, U. S. Army Corps of Engineers, Galveston District, P. O. Box 1229, Galveston, Texas 77553; (409) 766-3899
Bidding on the Upper Bayou Project

Soil borings and contract documents for the Project

Geotechnical features concerning the Project

Project design

Performance of work on the Project

Levee failures

Costs incurred on the Project

Renda's claims on the Project

Differing site conditions on the Project

Changed conditions on the Project

Side cast borrow areas

Retention rate

Impossibility of performance

Communications with the Government concerning the Project

Communications with the Joint Venture Engineers concerning the Project

Government instructions and directions to Renda

Government threats to default terminate Renda

Contact with Renda's surety for the Project

Government payments to Renda for work on the Project

Government excuses for not paying Renda for work on the Project

Reasons why Renda is entitled to payment for work on the Project

Use of and construction at Lost Lake in the past

Government's termination of Renda's services for the Project

Follow on work

**24.** **Johnny Rozsypal,** U. S. Army Corps of Engineers, Galveston District, P. O. Box 1229, Galveston, Texas 77553; (409) 766-3899
Bidding on the Upper Bayou Project

Soil borings and contract documents for the Project

Geotechnical features concerning the Project

Project design

Performance of work on the Project

Levee failures

Costs incurred on the Project

Renda's claims on the Project

Differing site conditions on the Project

Changed conditions on the Project

Side cast borrow areas

Retention rate

Impossibility of performance

Communications with the Government concerning the Project

Communications with the Joint Venture Engineers concerning the Project

Government instructions and directions to Renda

Government threats to default terminate Renda

Contact with Renda's surety for the Project

Government payments to Renda for work on the Project

Government excuses for not paying Renda for work on the Project

Reasons why Renda is entitled to payment for work on the Project

Use of and construction at Lost Lake in the past

Government's termination of Renda's services for the Project

Follow on work

**25.** **Kent Ray,** Milbern Ray & Company, L.L.P., 150 Westpark Way, #100, Euless, TX 76040, Phone: (817) 571-7661
Financial statements and bookkeeping for Renda

Costs incurred on the Project

Audits of Renda's financial statements and bookkeeping

Review of job schedules and audit work papers for Renda

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: s/Brian W. Erikson
Brian W. Erikson, TX Bar No. 06643800

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEYS FOR RENDA MARINE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January, 2005, a true and correct copy of the Plaintiff's Witness List was served electronically through the CM/ECF system for the Court of Federal Claims.

s/Brian W. Erikson
Brian W. Erikson