UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., PLAINTIFF, | § | |
| | § | CASE NO. 02-306C |
| V. | § | |
| | § | (JUDGE HEWITT) |
| UNITED STATES ARMY CORPS OF ENGINEERS, DEFENDANT. | § | |

**MOTION FOR LEAVE TO ALLOW ONE DAY EXTENSION FOR FILING OF DEPOSITION EXCERPTS**

Plaintiff, Renda Marine, Inc., respectfully requests that the Court allow Renda a one day extension to file deposition excerpts, as follows.

The only depositions that Renda has taken in this case are of Government employees and expert witnesses. Renda believes that such witnesses are available for trial. As a result, no deposition excerpts would be needed. Out of an abundance of caution, Renda's attorney wrote to the Government's attorney to inquire as to whether one or more of such deponents would not be available for trial. See Exhibit A.

Since Renda has not heard back from the Government, Renda will submit excerpts for a select number of the depositions, and needs one more day to complete the task.

WHEREFORE, Plaintiff, Renda Marine, Inc., respectfully requests that the Court grant a one day extension to file deposition excerpts to January 13, 2004.

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: s/Brian W. Erikson
Brian W. Erikson, TX Bar No. 06643800

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEYS FOR RENDA MARINE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January, 2005, a true and correct copy of Plaintiff's Motion for Leave to Allow One Day Extension for Filing of Deposition Excerpts was served electronically through the CM/ECF system for the Court of Federal Claims.

s/Brian W. Erikson
Brian W. Erikson

QSL
QUILLING SELANDER CUMMISKEY LOWNDS

BRIAN W. ERIKSON

Direct Line: 214.880.1844
E-mail: berikson@qsclpc.com

January ~~11~~ 12, 2005

John E. Kosloske, Esq.
Senior Trial Counsel, Commercial Litigation Branch
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., Room 12052
Washington, D.C. 20005

***Via Facsimile & Certified Mail - Return Receipt Requested***

Re: Case No. 02-306C; *Renda Marine, Inc. v. United States Army Corps of Engineers*; United States Court of Federal Claims; DACW64-99-C-0001, Dredging Upper Bayou

Dear Mr. Kosloske:

I trust that the following persons will be available for trial and that I need not prepare and file a motion to permit excerpts from their respective depositions:

1. Tom Benero
2. James Timothy Few
3. Jack Fowler
4. Herbie Maurer
5. Cecil Michael McClenan
6. Johnny Rozsypal
7. Eric Russek
8. Luis Saenz
9. Harrison Sutcliffe

If any of these persons are unavailable for any reason, please advise so that I can file the appropriate motion.

Sincerely yours,

Brian W. Erikson

BWE/ja

cc: Oscar Renda

S:\Construction\Renda Marine\Upper Bayou 565.09\050111 Kosloske re Witnesses.wpd

Blumberg No. 5118 EXHIBIT A

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0245 |
| CONNECTION TEL | 12025148624 |
| CONNECTION ID | |
| ST. TIME | 01/12 15:32 |
| USAGE T | 00'25 |
| PGS. SENT | 2 |
| RESULT | OK |

QSCL
QUILLING - SELANDER • CUMMISKEY - LOWNDS

# FAX TRANSMITTAL

TO: John E. Kosloske
Senior Trial Counsel, Commercial Litigation
Department of Justice, Civil Division

FAX NO: (202) 514-8624

FROM: Brian W. Erikson

DATE: January 12, 2005

CLIENT MATTER NUMBER: Renda Marine / Upper Bayou / 565.0009

NUMBER OF PAGES INCLUDING COVER PAGE: 2

IF YOU DO NOT RECEIVE ALL MATERIALS BEING TRANSMITTED, PLEASE CALL OUR OFFICE AT (214) 871-2100.

**COMMENTS:**

Please see attached.