## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 16.209 | REM39070 | REM39070 | 9/19/2000 | | | Photograph | |
| 16.210 | REM39071 | REM39071 | 9/19/2000 | | | Photograph | |
| 16.211 | REM39072 | REM39072 | 9/19/2000 | | | Photograph | |
| 16.212 | REM39073 | REM39073 | 9/19/2000 | | | Photograph | |
| 16.213 | REM39074 | REM39074 | 9/19/2000 | | | Photograph | |
| 16.214 | REM39066 | REM39066 | 9/20/2000 | | | Photograph | |
| 16.215 | REM39067 | REM39067 | 9/20/2000 | | | Photograph | |
| 16.216 | REM39068 | REM39068 | 9/20/2000 | | | Photograph | |
| 16.217 | REM39069 | REM39069 | 9/20/2000 | | | Photograph | |
| 16.218 | REM39075 | REM39075 | 9/20/2000 | | | Photograph | |
| 16.219 | REM39076 | REM39076 | 9/20/2000 | | | Photograph | |
| 16.220 | REM39077 | REM39077 | 9/20/2000 | | | Photograph | |
| 16.221 | REM39078 | REM39078 | 9/20/2000 | | | Photograph | |
| 16.222 | REM39079 | REM39079 | 9/20/2000 | | | Photograph | |
| 16.223 | REM39080 | REM39080 | 9/20/2000 | | | Photograph | |
| 16.224 | REM39081 | REM39081 | 9/20/2000 | | | Photograph | |
| 16.225 | REM39082 | REM39082 | 9/20/2000 | | | Photograph | |
| 16.226 | REM39083 | REM39083 | 9/20/2000 | | | Photograph | |
| 16.227 | REM39084 | REM39084 | 9/20/2000 | | | Photograph | |
| 16.228 | REM39085 | REM39085 | 9/20/2000 | | | Photograph | |
| 16.229 | REM39086 | REM39086 | 9/20/2000 | | | Photograph | |
| 16.230 | REM39087 | REM39087 | 9/20/2000 | | | Photograph | |
| 16.231 | REM39088 | REM39088 | 9/20/2000 | | | Photograph | |
| 16.232 | REM39089 | REM39089 | 9/20/2000 | | | Photograph | |
| 16.233 | REM39090 | REM39090 | 9/20/2000 | | | Photograph | |
| 16.234 | REM39091 | REM39091 | 9/20/2000 | | | Photograph | |
| 16.235 | REM39092 | REM39092 | 9/20/2000 | | | Photograph | |
| 16.236 | REM39093 | REM39093 | 9/20/2000 | | | Photograph | |
| 16.237 | REM39094 | REM39094 | 9/20/2000 | | | Photograph | |
| 16.238 | REM39095 | REM39095 | 9/20/2000 | | | Photograph | |
| 16.239 | REM39096 | REM39096 | 9/20/2000 | | | Photograph | |
| 16.240 | REM40250 | REM40250 | 9/20/2000 | | | Photograph | |
| 16.241 | REM40251 | REM40251 | 9/20/2000 | | | Photograph | |
| 16.242 | REM40252 | REM40252 | 9/20/2000 | | | Photograph | |
| 16.243 | REM40253 | REM40253 | 9/20/2000 | | | Photograph | |
| 16.244 | REM40254 | REM40254 | 9/20/2000 | | | Photograph | |
| 16.245 | REM40255 | REM40255 | 9/20/2000 | | | Photograph | |
| 16.246 | REM40256 | REM40256 | 9/20/2000 | | | Photograph | |
| 16.247 | REM40257 | REM40257 | 9/20/2000 | | | Photograph | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 16.248 | REM40258 | REM40258 | 9/20/2000 | | | Photograph | |
| 16.249 | REM40259 | REM40259 | 9/20/2000 | | | Photograph | |
| 16.250 | REM40260 | REM40260 | 9/20/2000 | | | Photograph | |
| 16.251 | REM40261 | REM40261 | 9/20/2000 | | | Photograph | |
| 16.252 | REM40262 | REM40262 | 9/20/2000 | | | Photograph | |
| 16.253 | REM40263 | REM40263 | 9/20/2000 | | | Photograph | |
| 16.254 | REM39109 | REM39109 | 9/25/2000 | | | Photograph | |
| 16.255 | REM39900 | REM39900 | 9/25/2000 | | | Photograph | |
| 16.256 | REM39901 | REM39901 | 9/25/2000 | | | Photograph | |
| 16.257 | REM39902 | REM39902 | 9/25/2000 | | | Photograph | |
| 16.258 | REM39903 | REM39903 | 9/25/2000 | | | Photograph | |
| 16.259 | REM39904 | REM39904 | 9/25/2000 | | | Photograph | |
| 16.260 | REM39905 | REM39905 | 9/25/2000 | | | Photograph | |
| 16.261 | REM39906 | REM39906 | 9/25/2000 | | | Photograph | |
| 16.262 | REM39907 | REM39907 | 9/25/2000 | | | Photograph | |
| 16.263 | REM39908 | REM39908 | 9/25/2000 | | | Photograph | |
| 16.264 | REM39909 | REM39909 | 9/25/2000 | | | Photograph | |
| 16.265 | REM39910 | REM39910 | 9/25/2000 | | | Photograph | |
| 16.266 | REM39911 | REM39911 | 9/25/2000 | | | Photograph | |
| 16.267 | REM39912 | REM39912 | 9/25/2000 | | | Photograph | |
| 16.268 | REM40265 | REM40265 | 9/25/2000 | | | Photograph | |
| 16.269 | REM40266 | REM40266 | 9/25/2000 | | | Photograph | |
| 16.270 | REM40267 | REM40267 | 9/25/2000 | | | Photograph | |
| 16.271 | REM40268 | REM40268 | 9/25/2000 | | | Photograph | |
| 16.272 | REM40269 | REM40269 | 9/25/2000 | | | Photograph | |
| 16.273 | REM40270 | REM40270 | 9/25/2000 | | | Photograph | |
| 16.274 | REM40271 | REM40271 | 9/25/2000 | | | Photograph | |
| 16.275 | REM40272 | REM40272 | 9/25/2000 | | | Photograph | |
| 16.276 | REM40273 | REM40273 | 9/25/2000 | | | Photograph | |
| 16.277 | REM40274 | REM40274 | 9/25/2000 | | | Photograph | |
| 16.278 | REM40275 | REM40275 | 9/25/2000 | | | Photograph | |
| 16.279 | REM40276 | REM40276 | 9/25/2000 | | | Photograph | |
| 16.280 | REM40277 | REM40277 | 9/25/2000 | | | Photograph | |
| 16.281 | REM39110 | REM39110 | 10/3/2000 | | | Photograph | |
| 16.282 | REM39111 | REM39111 | 10/3/2000 | | | Photograph | |
| 16.283 | REM39112 | REM39112 | 10/3/2000 | | | Photograph | |
| 16.284 | REM39113 | REM39113 | 10/3/2000 | | | Photograph | |
| 16.285 | REM39114 | REM39114 | 10/3/2000 | | | Photograph | |
| 16.286 | REM39115 | REM39115 | 10/3/2000 | | | Photograph | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 16.287 | REM39116 | REM39116 | 10/3/2000 | | | Photograph | |
| 16.288 | REM39117 | REM39117 | 10/3/2000 | | | Photograph | |
| 16.289 | REM39118 | REM39118 | 10/3/2000 | | | Photograph | |
| 16.290 | REM39119 | REM39119 | 10/3/2000 | | | Photograph | |
| 16.291 | REM39120 | REM39120 | 10/3/2000 | | | Photograph | |
| 16.292 | REM39121 | REM39121 | 10/3/2000 | | | Photograph | |
| 16.293 | REM39122 | REM39122 | 10/3/2000 | | | Photograph | |
| 16.294 | REM40278 | REM40278 | 10/3/2000 | | | Photograph | |
| 16.295 | REM40279 | REM40279 | 10/3/2000 | | | Photograph | |
| 16.296 | REM40280 | REM40280 | 10/3/2000 | | | Photograph | |
| 16.297 | REM40281 | REM40281 | 10/3/2000 | | | Photograph | |
| 16.298 | REM40282 | REM40282 | 10/3/2000 | | | Photograph | |
| 16.299 | REM40283 | REM40283 | 10/3/2000 | | | Photograph | |
| 16.300 | REM40284 | REM40284 | 10/3/2000 | | | Photograph | |
| 16.301 | REM40285 | REM40285 | 10/3/2000 | | | Photograph | |
| 16.302 | REM40286 | REM40286 | 10/3/2000 | | | Photograph | |
| 16.303 | REM40287 | REM40287 | 10/3/2000 | | | Photograph | |
| 16.304 | REM40288 | REM40288 | 10/3/2000 | | | Photograph | |
| 16.305 | REM40289 | REM40289 | 10/3/2000 | | | Photograph | |
| 16.306 | REM40291 | REM40291 | 10/3/2000 | | | Photograph | |
| 16.307 | REM39123 | REM39123 | 10/5/2000 | | | Photograph | |
| 16.308 | REM39124 | REM39124 | 10/5/2000 | | | Photograph | |
| 16.309 | REM39125 | REM39125 | 10/5/2000 | | | Photograph | |
| 16.310 | REM39126 | REM39126 | 10/5/2000 | | | Photograph | |
| 16.311 | REM39127 | REM39127 | 10/5/2000 | | | Photograph | |
| 16.312 | REM39128 | REM39128 | 10/5/2000 | | | Photograph | |
| 16.313 | REM39129 | REM39129 | 10/5/2000 | | | Photograph | |
| 16.314 | REM39130 | REM39130 | 10/5/2000 | | | Photograph | |
| 16.315 | REM39131 | REM39131 | 10/5/2000 | | | Photograph | |
| 16.316 | REM39132 | REM39132 | 10/5/2000 | | | Photograph | |
| 16.317 | REM39133 | REM39133 | 10/5/2000 | | | Photograph | |
| 16.318 | REM39134 | REM39134 | 10/5/2000 | | | Photograph | |
| 16.319 | REM39135 | REM39135 | 10/5/2000 | | | Photograph | |
| 16.320 | REM39136 | REM39136 | 10/5/2000 | | | Photograph | |
| 16.321 | REM39137 | REM39137 | 10/5/2000 | | | Photograph | |
| 16.322 | REM39138 | REM39138 | 10/5/2000 | | | Photograph | |
| 16.323 | REM39139 | REM39139 | 10/5/2000 | | | Photograph | |
| 16.324 | REM39950 | REM39950 | 10/5/2000 | | | Photograph | |
| 16.325 | REM39951 | REM39951 | 10/5/2000 | | | Photograph | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 16.326 | REM39952 | REM39952 | 10/5/2000 | | | Photograph | |
| 16.327 | REM39953 | REM39953 | 10/5/2000 | | | Photograph | |
| 16.328 | REM39954 | REM39954 | 10/5/2000 | | | Photograph | |
| 16.329 | REM39955 | REM39955 | 10/5/2000 | | | Photograph | |
| 16.330 | REM39956 | REM39956 | 10/5/2000 | | | Photograph | |
| 16.331 | REM39957 | REM39957 | 10/5/2000 | | | Photograph | |
| 16.332 | REM39958 | REM39958 | 10/5/2000 | | | Photograph | |
| 16.333 | REM39959 | REM39959 | 10/5/2000 | | | Photograph | |
| 16.334 | REM39960 | REM39960 | 10/5/2000 | | | Photograph | |
| 16.335 | REM39961 | REM39961 | 10/5/2000 | | | Photograph | |
| 16.336 | REM39962 | REM39962 | 10/5/2000 | | | Photograph | |
| 16.337 | REM39963 | REM39963 | 10/5/2000 | | | Photograph | |
| 16.338 | REM39964 | REM39964 | 10/5/2000 | | | Photograph | |
| 16.339 | REM39965 | REM39965 | 10/5/2000 | | | Photograph | |
| 16.340 | REM39914 | REM39914 | 10/17/2000 | | | Photograph | |
| 16.341 | REM39916 | REM39916 | 10/17/2000 | | | Photograph | |
| 16.342 | REM39917 | REM39917 | 10/17/2000 | | | Photograph | |
| 16.343 | REM39918 | REM39918 | 10/17/2000 | | | Photograph | |
| 16.344 | REM39919 | REM39919 | 10/17/2000 | | | Photograph | |
| 16.345 | REM39920 | REM39920 | 10/17/2000 | | | Photograph | |
| 16.346 | REM39921 | REM39921 | 10/17/2000 | | | Photograph | |
| 16.347 | REM39922 | REM39922 | 10/17/2000 | | | Photograph | |
| 16.348 | REM39923 | REM39923 | 10/17/2000 | | | Photograph | |
| 16.349 | REM39924 | REM39924 | 10/17/2000 | | | Photograph | |
| 16.350 | REM39925 | REM39925 | 10/17/2000 | | | Photograph | |
| 16.351 | REM39926 | REM39926 | 10/17/2000 | | | Photograph | |
| 16.352 | REM39927 | REM39927 | 10/17/2000 | | | Photograph | |
| 16.353 | REM39928 | REM39928 | 10/17/2000 | | | Photograph | |
| 16.354 | REM39478 | REM39478 | 10/19/2000 | | | Photograph | |
| 16.355 | REM39479 | REM39479 | 10/19/2000 | | | Photograph | |
| 16.356 | REM39480 | REM39480 | 10/19/2000 | | | Photograph | |
| 16.357 | REM39481 | REM39481 | 10/19/2000 | | | Photograph | |
| 16.358 | REM39482 | REM39482 | 10/19/2000 | | | Photograph | |
| 16.359 | REM39483 | REM39483 | 10/19/2000 | | | Photograph | |
| 16.360 | REM39484 | REM39484 | 10/19/2000 | | | Photograph | |
| 16.361 | REM39485 | REM39485 | 10/19/2000 | | | Photograph | |
| 16.362 | REM39486 | REM39486 | 10/19/2000 | | | Photograph | |
| 16.363 | REM39487 | REM39487 | 10/19/2000 | | | Photograph | |
| 16.364 | REM39488 | REM39488 | 10/19/2000 | | | Photograph | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 16.365 | REM40318 | REM40318 | 10/24/2000 | | | Photograph | |
| 16.366 | REM40319 | REM40319 | 10/24/2000 | | | Photograph | |
| 16.367 | REM40320 | REM40320 | 10/24/2000 | | | Photograph | |
| 16.368 | REM40321 | REM40321 | 10/24/2000 | | | Photograph | |
| 16.369 | REM40322 | REM40322 | 10/24/2000 | | | Photograph | |
| 16.370 | REM40323 | REM40323 | 10/24/2000 | | | Photograph | |
| 16.371 | REM40324 | REM40324 | 10/24/2000 | | | Photograph | |
| 16.372 | REM40325 | REM40325 | 10/24/2000 | | | Photograph | |
| 16.373 | REM40326 | REM40326 | 10/24/2000 | | | Photograph | |
| 16.374 | REM40327 | REM40327 | 10/24/2000 | | | Photograph | |
| 16.375 | REM40328 | REM40328 | 10/24/2000 | | | Photograph | |
| 16.376 | REM40329 | REM40329 | 10/24/2000 | | | Photograph | |
| 16.377 | REM40330 | REM40330 | 10/24/2000 | | | Photograph | |
| 16.378 | REM40331 | REM40331 | 10/24/2000 | | | Photograph | |
| 16.379 | REM40304 | REM40304 | 10/31/2000 | | | Photograph | |
| 16.380 | REM40305 | REM40305 | 10/31/2000 | | | Photograph | |
| 16.381 | REM40306 | REM40306 | 10/31/2000 | | | Photograph | |
| 16.382 | REM40307 | REM40307 | 10/31/2000 | | | Photograph | |
| 16.383 | REM40308 | REM40308 | 10/31/2000 | | | Photograph | |
| 16.384 | REM40309 | REM40309 | 10/31/2000 | | | Photograph | |
| 16.385 | REM40310 | REM40310 | 10/31/2000 | | | Photograph | |
| 16.386 | REM40311 | REM40311 | 10/31/2000 | | | Photograph | |
| 16.387 | REM40312 | REM40312 | 10/31/2000 | | | Photograph | |
| 16.388 | REM40313 | REM40313 | 10/31/2000 | | | Photograph | |
| 16.389 | REM40314 | REM40314 | 10/31/2000 | | | Photograph | |
| 16.390 | REM40315 | REM40315 | 10/31/2000 | | | Photograph | |
| 16.391 | REM40316 | REM40316 | 10/31/2000 | | | Photograph | |
| 16.392 | REM39140 | REM39140 | 11/15/2000 | | | Photograph | |
| 16.393 | REM39141 | REM39141 | 11/15/2000 | | | Photograph | |
| 16.394 | REM39142 | REM39142 | 11/15/2000 | | | Photograph | |
| 16.395 | REM39143 | REM39143 | 11/15/2000 | | | Photograph | |
| 16.396 | REM39144 | REM39144 | 11/15/2000 | | | Photograph | |
| 16.397 | REM39145 | REM39145 | 11/15/2000 | | | Photograph | |
| 16.398 | REM39146 | REM39146 | 11/15/2000 | | | Photograph | |
| 16.399 | REM39147 | REM39147 | 11/15/2000 | | | Photograph | |
| 16.400 | REM39148 | REM39148 | 11/15/2000 | | | Photograph | |
| 16.401 | REM39461 | REM39461 | 11/15/2000 | | | Photograph | |
| 16.402 | REM39462 | REM39462 | 11/15/2000 | | | Photograph | |
| 16.403 | REM39463 | REM39463 | 11/15/2000 | | | Photograph | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 16.404 | REM39464 | REM39464 | 11/15/2000 | | | Photograph | |
| 16.405 | REM39465 | REM39465 | 11/15/2000 | | | Photograph | |
| 16.406 | REM39466 | REM39466 | 11/15/2000 | | | Photograph | |
| 16.407 | REM39467 | REM39467 | 11/15/2000 | | | Photograph | |
| 16.408 | REM39468 | REM39468 | 11/15/2000 | | | Photograph | |
| 16.409 | REM39469 | REM39469 | 11/15/2000 | | | Photograph | |
| 16.410 | REM38823 | REM38862 | 2/19/2001 | | | Photograph | |
| 16.411 | REM39153 | REM39153 | 2/19/2001 | | | Photograph | |
| 16.412 | REM39154 | REM39154 | 2/19/2001 | | | Photograph | |
| 16.413 | REM39155 | REM39155 | 2/19/2001 | | | Photograph | |
| 16.414 | REM39156 | REM39156 | 2/19/2001 | | | Photograph | |
| 16.415 | REM39157 | REM39157 | 2/19/2001 | | | Photograph | |
| 16.416 | REM39158 | REM39158 | 2/19/2001 | | | Photograph | |
| 16.417 | REM39159 | REM39159 | 2/19/2001 | | | Photograph | |
| 16.418 | REM39160 | REM39160 | 2/19/2001 | | | Photograph | |
| 16.419 | REM39161 | REM39161 | 2/19/2001 | | | Photograph | |
| 16.420 | REM39162 | REM39162 | 2/19/2001 | | | Photograph | |
| 16.421 | REM39163 | REM39163 | 2/19/2001 | | | Photograph | |
| 16.422 | REM39164 | REM39164 | 2/19/2001 | | | Photograph | |
| 16.423 | REM39166 | REM39166 | 2/19/2001 | | | Photograph | |
| 16.424 | REM39167 | REM39167 | 2/19/2001 | | | Photograph | |
| 16.425 | REM39168 | REM39168 | 2/19/2001 | | | Photograph | |
| 16.426 | REM39169 | REM39169 | 2/19/2001 | | | Photograph | |
| 16.427 | REM39171 | REM39171 | 2/19/2001 | | | Photograph | |
| 16.428 | REM39172 | REM39172 | 2/19/2001 | | | Photograph | |
| 16.429 | REM39173 | REM39173 | 2/19/2001 | | | Photograph | |
| 16.430 | REM39174 | REM39174 | 2/19/2001 | | | Photograph | |
| 16.431 | REM39175 | REM39175 | 2/19/2001 | | | Photograph | |
| 16.432 | REM39177 | REM39177 | 2/19/2001 | | | Photograph | |
| 16.433 | REM39178 | REM39178 | 2/19/2001 | | | Photograph | |
| 16.434 | REM39179 | REM39179 | 2/19/2001 | | | Photograph | |
| 16.435 | REM39181 | REM39181 | 2/19/2001 | | | Photograph | |
| 16.436 | REM39182 | REM39182 | 2/19/2001 | | | Photograph | |
| 16.437 | REM39183 | REM39183 | 2/19/2001 | | | Photograph | |
| 16.438 | REM39184 | REM39184 | 2/19/2001 | | | Photograph | |
| 16.439 | REM39185 | REM39185 | 2/19/2001 | | | Photograph | |
| 16.440 | REM39186 | REM39186 | 2/19/2001 | | | Photograph | |
| 16.441 | REM39187 | REM39187 | 2/19/2001 | | | Photograph | |
| 16.442 | REM39188 | REM39188 | 2/19/2001 | | | Photograph | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 16.443 | REM39189 | REM39189 | 2/19/2001 | | | Photograph | |
| 16.444 | REM39190 | REM39190 | 2/19/2001 | | | Photograph | |
| 16.445 | REM39191 | REM39191 | 2/19/2001 | | | Photograph | |
| 16.446 | REM39192 | REM39192 | 2/19/2001 | | | Photograph | |
| 16.447 | REM39193 | REM39193 | 2/19/2001 | | | Photograph | |
| 16.448 | REM39194 | REM39194 | 2/19/2001 | | | Photograph | |
| 16.449 | REM39195 | REM39195 | 2/19/2001 | | | Photograph | |
| 16.450 | REM39196 | REM39196 | 2/19/2001 | | | Photograph | |
| 16.451 | REM39197 | REM39197 | 2/19/2001 | | | Photograph | |
| 16.452 | REM39198 | REM39198 | 2/19/2001 | | | Photograph | |
| 16.453 | REM39199 | REM39199 | 2/19/2001 | | | Photograph | |
| 16.454 | REM39200 | REM39200 | 2/19/2001 | | | Photograph | |
| 16.455 | REM39097 | REM39097 | 5/23/2001 | | | Photograph | |
| 16.456 | REM39098 | REM39098 | 5/23/2001 | | | Photograph | |
| 16.457 | REM39099 | REM39099 | 5/23/2001 | | | Photograph | |
| 16.458 | REM39100 | REM39100 | 5/23/2001 | | | Photograph | |
| 16.459 | REM39101 | REM39101 | 5/23/2001 | | | Photograph | |
| 16.460 | REM39102 | REM39102 | 5/23/2001 | | | Photograph | |
| 16.461 | REM39103 | REM39103 | 5/23/2001 | | | Photograph | |
| 16.462 | REM39104 | REM39104 | 5/23/2001 | | | Photograph | |
| 16.463 | REM39105 | REM39105 | 5/23/2001 | | | Photograph | |
| 16.464 | REM39106 | REM39106 | 5/23/2001 | | | Photograph | |
| 16.465 | REM39107 | REM39107 | 5/23/2001 | | | Photograph | |
| 16.466 | REM39108 | REM39108 | 5/23/2001 | | | Photograph | |
| 16.467 | REM39029 | REM39033 | 1/28/2003 | | | Photograph | |
| 16.468 | REM39034 | REM39034 | 1/28/2003 | | | Photograph | |
| 16.469 | REM39035 | REM39035 | 1/28/2003 | | | Photograph | |
| 16.470 | REM39036 | REM39036 | 1/28/2003 | | | Photograph | |
| 16.471 | REM39037 | REM39037 | 1/28/2003 | | | Photograph | |
| 16.472 | REM39038 | REM39038 | 1/28/2003 | | | Photograph | |
| 16.473 | REM39039 | REM39039 | 1/28/2003 | | | Photograph | |
| 16.474 | REM39040 | REM39040 | 1/28/2003 | | | Photograph | |
| 16.475 | REM39041 | REM39041 | 1/28/2003 | | | Photograph | |
| 16.476 | REM39042 | REM39042 | 1/28/2003 | | | Photograph | |
| 16.477 | REM39043 | REM39043 | 1/28/2003 | | | Photograph | |
| 16.478 | REM39044 | REM39044 | 1/28/2003 | | | Photograph | |
| 16.479 | REM39045 | REM39045 | 1/28/2003 | | | Photograph | |
| 16.480 | REM39046 | REM39046 | 1/28/2003 | | | Photograph | |
| 16.481 | REM39047 | REM39047 | 1/28/2003 | | | Photograph | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 16.482 | REM39048 | REM39048 | 1/28/2003 | | | Photograph | |
| 16.483 | REM39049 | REM39049 | 1/28/2003 | | | Photograph | |
| 16.484 | REM39050 | REM39050 | 1/28/2003 | | | Photograph | |
| 16.485 | REM39051 | REM39051 | 1/28/2003 | | | Photograph | |
| 16.486 | REM39052 | REM39052 | 1/28/2003 | | | Photograph | |
| 16.487 | REM39053 | REM39053 | 1/28/2003 | | | Photograph | |
| 16.488 | REM39054 | REM39054 | 1/28/2003 | | | Photograph | |
| 16.489 | REM39055 | REM39055 | 1/28/2003 | | | Photograph | |
| 16.490 | REM39056 | REM39056 | 1/28/2003 | | | Photograph | |
| 16.491 | REM39057 | REM39057 | 1/28/2003 | | | Photograph | |
| 16.492 | REM38863 | REM38863 | 4/11/2003 | | | Photograph | |
| 16.493 | REM38864 | REM38864 | 4/11/2003 | | | Photograph | |
| 16.494 | REM38865 | REM38865 | 4/11/2003 | | | Photograph | |
| 16.495 | REM38866 | REM38866 | 4/11/2003 | | | Photograph | |
| 16.496 | REM38867 | REM38867 | 4/11/2003 | | | Photograph | |
| 16.497 | REM38868 | REM38868 | 4/11/2003 | | | Photograph | |
| 16.498 | REM38869 | REM38869 | 4/11/2003 | | | Photograph | |
| 16.499 | REM38870 | REM38870 | 4/11/2003 | | | Photograph | |
| 16.500 | REM38871 | REM38871 | 4/11/2003 | | | Photograph | |
| 16.501 | REM38872 | REM38872 | 4/11/2003 | | | Photograph | |
| 16.502 | REM38873 | REM38873 | 4/11/2003 | | | Photograph | |
| 16.503 | REM38874 | REM38874 | 4/11/2003 | | | Photograph | |
| 16.504 | REM38875 | REM38875 | 4/11/2003 | | | Photograph | |
| 16.505 | REM38877 | REM38877 | 4/11/2003 | | | Photograph | |
| 16.506 | REM38878 | REM38878 | 4/11/2003 | | | Photograph | |
| 16.507 | REM38879 | REM38879 | 4/11/2003 | | | Photograph | |
| 16.508 | REM38880 | REM38880 | 4/11/2003 | | | Photograph | |
| 16.509 | REM38881 | REM38881 | 4/11/2003 | | | Photograph | |
| 16.510 | REM38882 | REM38882 | 4/11/2003 | | | Photograph | |
| 16.511 | REM38883 | REM38883 | 4/11/2003 | | | Photograph | |
| 16.512 | REM38884 | REM38884 | 4/11/2003 | | | Photograph | |
| 16.513 | REM38885 | REM38885 | 4/11/2003 | | | Photograph | |
| 16.514 | REM38886 | REM38886 | 4/11/2003 | | | Photograph | |
| 16.515 | REM38887 | REM38887 | 4/11/2003 | | | Photograph | |
| 16.516 | REM38888 | REM38888 | 4/11/2003 | | | Photograph | |
| 16.517 | REM38889 | REM38889 | 4/11/2003 | | | Photograph | |
| 16.518 | REM38890 | REM38890 | 4/11/2003 | | | Photograph | |
| 16.519 | REM38891 | REM38891 | 4/11/2003 | | | Photograph | |
| 16.520 | REM38892 | REM38892 | 4/11/2003 | | | Photograph | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 16.521 | REM38893 | REM38893 | 4/11/2003 | | | Photograph | |
| 16.522 | REM38894 | REM38894 | 4/11/2003 | | | Photograph | |
| 16.523 | REM38895 | REM38895 | 4/11/2003 | | | Photograph | |
| 16.524 | REM38896 | REM38896 | 4/11/2003 | | | Photograph | |
| 16.525 | REM38897 | REM38897 | 4/11/2003 | | | Photograph | |
| 16.526 | REM38898 | REM38898 | 4/11/2003 | | | Photograph | |
| 16.527 | REM38899 | REM38899 | 4/11/2003 | | | Photograph | |
| 16.528 | REM38900 | REM38900 | 4/11/2003 | | | Photograph | |
| 16.529 | REM38901 | REM38901 | 4/11/2003 | | | Photograph | |
| 16.530 | REM38902 | REM38902 | 4/11/2003 | | | Photograph | |
| 16.531 | REM38903 | REM38903 | 4/11/2003 | | | Photograph | |
| 16.532 | REM38904 | REM38904 | 4/11/2003 | | | Photograph | |
| 16.533 | REM38905 | REM38905 | 4/11/2003 | | | Photograph | |
| 16.534 | REM38906 | REM38906 | 4/11/2003 | | | Photograph | |
| 16.535 | REM38907 | REM38907 | 4/11/2003 | | | Photograph | |
| 16.536 | REM38908 | REM38908 | 4/11/2003 | | | Photograph | |
| 16.537 | REM38909 | REM38909 | 4/11/2003 | | | Photograph | |
| 16.538 | REM38910 | REM38910 | 4/11/2003 | | | Photograph | |
| 16.539 | REM38911 | REM38911 | 4/11/2003 | | | Photograph | |
| 16.540 | REM38912 | REM38912 | 4/11/2003 | | | Photograph | |
| 16.541 | REM38913 | REM38913 | 4/11/2003 | | | Photograph | |
| 16.542 | REM38914 | REM38914 | 4/11/2003 | | | Photograph | |
| 16.543 | REM38915 | REM38915 | 4/11/2003 | | | Photograph | |
| 16.544 | REM38916 | REM38916 | 4/11/2003 | | | Photograph | |
| 16.545 | REM38917 | REM38917 | 4/11/2003 | | | Photograph | |
| 16.546 | REM38918 | REM38918 | 4/11/2003 | | | Photograph | |
| 16.547 | REM38919 | REM38919 | 4/11/2003 | | | Photograph | |
| 16.548 | REM38920 | REM38920 | 4/11/2003 | | | Photograph | |
| 16.549 | REM38921 | REM38921 | 4/11/2003 | | | Photograph | |
| 16.550 | REM38922 | REM38922 | 4/11/2003 | | | Photograph | |
| 16.551 | REM38923 | REM38923 | 4/11/2003 | | | Photograph | |
| 16.552 | REM38924 | REM38924 | 4/11/2003 | | | Photograph | |
| 16.553 | REM38925 | REM38925 | 4/11/2003 | | | Photograph | |
| 16.554 | REM38926 | REM38926 | 4/11/2003 | | | Photograph | |
| 16.555 | REM38927 | REM38927 | 4/11/2003 | | | Photograph | |
| 16.556 | REM38928 | REM38928 | 4/11/2003 | | | Photograph | |
| 16.557 | REM38929 | REM38929 | 4/11/2003 | | | Photograph | |
| 16.558 | REM38930 | REM38930 | 4/11/2003 | | | Photograph | |
| 16.559 | REM38931 | REM38931 | 4/11/2003 | | | Photograph | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 16.560 | REM38932 | REM38932 | 4/11/2003 | | | Photograph | |
| 16.561 | REM38933 | REM38933 | 4/11/2003 | | | Photograph | |
| 16.562 | REM38934 | REM38934 | 4/11/2003 | | | Photograph | |
| 16.563 | REM38935 | REM38935 | 4/11/2003 | | | Photograph | |
| 16.564 | REM38936 | REM38936 | 4/11/2003 | | | Photograph | |
| 16.565 | REM38937 | REM38937 | 4/11/2003 | | | Photograph | |
| 16.566 | REM38938 | REM38938 | 4/11/2003 | | | Photograph | |
| 16.567 | REM38939 | REM38939 | 4/11/2003 | | | Photograph | |
| 16.568 | REM38940 | REM38940 | 4/11/2003 | | | Photograph | |
| 16.569 | REM38941 | REM38941 | 4/11/2003 | | | Photograph | |
| 16.570 | REM38942 | REM38942 | 4/11/2003 | | | Photograph | |
| 16.571 | REM38943 | REM38943 | 4/11/2003 | | | Photograph | |
| 16.572 | REM38944 | REM38944 | 4/11/2003 | | | Photograph | |
| 16.573 | REM38945 | REM38945 | 4/11/2003 | | | Photograph | |
| 16.574 | REM38946 | REM38946 | 4/11/2003 | | | Photograph | |
| 16.575 | REM38947 | REM38947 | 4/11/2003 | | | Photograph | |
| 16.576 | REM38948 | REM38948 | 4/11/2003 | | | Photograph | |
| 16.577 | REM38949 | REM38949 | 4/11/2003 | | | Photograph | |
| 16.578 | REM38950 | REM38950 | 4/11/2003 | | | Photograph | |
| 16.579 | REM38951 | REM38951 | 4/11/2003 | | | Photograph | |
| 16.580 | REM38952 | REM38952 | 4/11/2003 | | | Photograph | |
| 16.581 | REM38953 | REM38953 | 4/11/2003 | | | Photograph | |
| 16.582 | REM38956 | REM38956 | 00/00/0000 | | | Photograph | |
| 16.583 | REM38957 | REM38957 | 00/00/0000 | | | Photograph | |
| 16.584 | REM38958 | REM38958 | 00/00/0000 | | | Photograph | |
| 16.585 | REM38959 | REM38959 | 00/00/0000 | | | Photograph | |
| 16.586 | REM38960 | REM38960 | 00/00/0000 | | | Photograph | |
| 16.587 | REM38961 | REM38961 | 00/00/0000 | | | Photograph | |
| 16.588 | REM38962 | REM38962 | 00/00/0000 | | | Photograph | |
| 16.589 | REM38963 | REM38963 | 00/00/0000 | | | Photograph | |
| 16.590 | REM38964 | REM38964 | 00/00/0000 | | | Photograph | |
| 16.591 | REM38965 | REM38965 | 00/00/0000 | | | Photograph | |
| 16.592 | REM38966 | REM38966 | 00/00/0000 | | | Photograph | |
| 16.593 | REM38972 | REM38972 | 00/00/0000 | | | Photograph | |
| 16.594 | REM38973 | REM38973 | 00/00/0000 | | | Photograph | |
| 16.595 | REM38974 | REM38974 | 00/00/0000 | | | Photograph | |
| 16.596 | REM38975 | REM38975 | 00/00/0000 | | | Photograph | |
| 16.597 | REM38976 | REM38976 | 00/00/0000 | | | Photograph | |
| 16.598 | REM38977 | REM38977 | 00/00/0000 | | | Photograph | |