# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 16.599 | REM38978 | REM38978 | 00/00/0000 | | | Photograph | |
| 16.600 | REM38979 | REM38979 | 00/00/0000 | | | Photograph | |
| 16.601 | REM38980 | REM38980 | 00/00/0000 | | | Photograph | |
| 16.602 | REM38981 | REM38981 | 00/00/0000 | | | Photograph | |
| 16.603 | REM38985 | REM38985 | 00/00/0000 | | | Photograph | |
| 16.604 | REM38986 | REM38986 | 00/00/0000 | | | Photograph | |
| 16.605 | REM38987 | REM38987 | 00/00/0000 | | | Photograph | |
| 16.606 | REM38988 | REM38988 | 00/00/0000 | | | Photograph | |
| 16.607 | REM38989 | REM38989 | 00/00/0000 | | | Photograph | |
| 16.608 | REM38990 | REM38990 | 00/00/0000 | | | Photograph | |
| 16.609 | REM38991 | REM38991 | 00/00/0000 | | | Photograph | |
| 16.610 | REM38992 | REM38992 | 00/00/0000 | | | Photograph | |
| 16.611 | REM38993 | REM38993 | 00/00/0000 | | | Photograph | |
| 16.612 | REM38994 | REM38994 | 00/00/0000 | | | Photograph | |
| 16.613 | REM38995 | REM38995 | 00/00/0000 | | | Photograph | |
| 16.614 | REM38996 | REM38996 | 00/00/0000 | | | Photograph | |
| 16.615 | REM38997 | REM38997 | 00/00/0000 | | | Photograph | |
| 16.616 | REM38998 | REM38998 | 00/00/0000 | | | Photograph | |
| 16.617 | REM38999 | REM38999 | 00/00/0000 | | | Photograph | |
| 16.618 | REM39000 | REM39000 | 00/00/0000 | | | Photograph | |
| 16.619 | REM39017 | REM39017 | 00/00/0000 | | | Photograph | |
| 16.620 | REM39018 | REM39018 | 00/00/0000 | | | Photograph | |
| 16.621 | REM39019 | REM39019 | 00/00/0000 | | | Photograph | |
| 16.622 | REM39020 | REM39020 | 00/00/0000 | | | Photograph | |
| 16.623 | REM39021 | REM39021 | 00/00/0000 | | | Photograph | |
| 16.624 | REM39022 | REM39022 | 00/00/0000 | | | Photograph | |
| 16.625 | REM39023 | REM39023 | 00/00/0000 | | | Photograph | |
| 16.626 | REM39024 | REM39024 | 00/00/0000 | | | Photograph | |
| 16.627 | REM39025 | REM39025 | 00/00/0000 | | | Photograph | |
| 16.628 | REM41040 | REM41040 | 00/00/0000 | | | Photograph | |
| 16.629 | REM41041 | REM41041 | 00/00/0000 | | | Photograph | |
| 16.630 | REM41042 | REM41042 | 00/00/0000 | | | Photograph | |
| 16.631 | REM41043 | REM41043 | 00/00/0000 | | | Photograph | |
| 16.632 | REM41044 | REM41044 | 00/00/0000 | | | Photograph | |
| 16.633 | REM41045 | REM41045 | 00/00/0000 | | | Photograph | |
| 16.634 | REM41046 | REM41046 | 00/00/0000 | | | Photograph | |
| 16.635 | REM41047 | REM41047 | 00/00/0000 | | | Photograph | |
| 16.636 | REM41048 | REM41048 | 00/00/0000 | | | Photograph | |
| 16.637 | REM41049 | REM41049 | 00/00/0000 | | | Photograph | |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 16.638 | REM41050 | REM41050 | 00/00/0000 | | | Photograph | |
| 16.639 | REM41051 | REM41051 | 00/00/0000 | | | Photograph | |
| 16.640 | REM41052 | REM41052 | 00/00/0000 | | | Photograph | |
| 16.641 | REM41053 | REM41053 | 00/00/0000 | | | Photograph | |
| 16.642 | REM41054 | REM41054 | 00/00/0000 | | | Photograph | |
| 16.643 | REM41055 | REM41055 | 00/00/0000 | | | Photograph | |
| 16.644 | REM41056 | REM41056 | 00/00/0000 | | | Photograph | |
| 16.645 | REM41057 | REM41057 | 00/00/0000 | | | Photograph | |
| 16.646 | REM41058 | REM41058 | 00/00/0000 | | | Photograph | |
| 16.647 | REM41059 | REM41059 | 00/00/0000 | | | Photograph | |
| 16.648 | REM40300 | REM40300 | 10/0/2000 | | | Photograph | |
| 17.001 | RM-COE-21695 | RM-COE-21704 | 4/26/1999 | | | Photograph | |
| 17.002 | RM-COE-21794 | RM-COE-21796 | 3/3/2000 | | | Photograph | |
| 17.003 | RM-COE-21809 | RM-COE-21817 | 3/10/2000 | | | Photograph | |
| 17.004 | RM-COE-21819 | RM-COE-21826 | 3/10/2000 | | | Photograph | |
| 17.005 | RM-COE-21828 | RM-COE-21835 | 3/10/2000 | | | Photograph | |
| 17.006 | RM-COE-21837 | RM-COE-21844 | 3/10/2000 | | | Photograph | |
| 17.007 | RM-COE-04673 | RM-COE-04674 | 5/12/2001 | | | Photograph | |
| 18.001 | RM-CPP-00007 | RM-CPP-000007 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.002 | RM-CPP-00009 | RM-CPP-00009 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.003 | RM-CPP-00012 | RM-CPP-00012 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.004 | RM-CPP-00013 | RM-CPP-00013 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.005 | RM-CPP-00017 | RM-CPP-00017 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.006 | RM-CPP-00018 | RM-CPP-00018 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.007 | RM-CPP-00020 | RM-CPP-00020 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.008 | RM-CPP-00025 | RM-CPP-00025 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.009 | RM-CPP-00031 | RM-CPP-00031 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.010 | RM-CPP-00032 | RM-CPP-00032 | | Corps of Engineers-Galveston Dist. | | Photograph | |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.011 | RM-CPP-00039 | RM-CPP-00039 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.012 | RM-CPP-00043 | RM-CPP-00043 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.013 | RM-CPP-00064 | RM-CPP-00064 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.014 | RM-CPP-00077 | RM-CPP-00077 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.015 | RM-CPP-00080 | RM-CPP-00080 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.016 | RM-CPP-00086 | RM-CPP-00086 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.017 | RM-CPP-00092 | RM-CPP-00092 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.018 | RM-CPP-00093 | RM-CPP-00093 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.019 | RM-CPP-00094 | RM-CPP-00094 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.020 | RM-CPP-00097 | RM-CPP-00097 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.021 | RM-CPP-00098 | RM-CPP-00098 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.022 | RM-CPP-00101 | RM-CPP-00101 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.023 | RM-CPP-00102 | RM-CPP-00102 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.024 | RM-CPP-00103 | RM-CPP-00103 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.025 | RM-CPP-00104 | RM-CPP-00104 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.026 | RM-CPP-00105 | RM-CPP-00105 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.027 | RM-CPP-00106 | RM-CPP-00106 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.028 | RM-CPP-00107 | RM-CPP-00107 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.029 | RM-CPP-00108 | RM-CPP-00108 | | Corps of Engineers-Galveston Dist. | | Photograph | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.030 | RM-CPP-00109 | RM-CPP-00109 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.031 | RM-CPP-00112 | RM-CPP-00112 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.032 | RM-CPP-00116 | RM-CPP-00116 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.033 | RM-CPP-00119 | RM-CPP-00119 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.034 | RM-CPP-00122 | RM-CPP-00122 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.035 | RM-CPP-00127 | RM-CPP-00127 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.036 | RM-CPP-00128 | RM-CPP-00128 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.037 | RM-CPP-00130 | RM-CPP-00130 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.038 | RM-CPP-00137 | RM-CPP-00137 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.039 | RM-CPP-00138 | RM-CPP-00138 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.040 | RM-CPP-00149 | RM-CPP-00149 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.041 | RM-CPP-00150 | RM-CPP-00150 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.042 | RM-CPP-00151 | RM-CPP-00151 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.043 | RM-CPP-00152 | RM-CPP-00152 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.044 | RM-CPP-00157 | RM-CPP-00157 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.045 | RM-CPP-00159 | RM-CPP-00159 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.046 | RM-CPP-00160 | RM-CPP-00160 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.047 | RM-CPP-00161 | RM-CPP-00161 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.048 | RM-CPP-00162 | RM-CPP-00162 | | Corps of Engineers-Galveston Dist. | | Photograph | |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.049 | RM-CPP-00165 | RM-CPP-00165 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.050 | RM-CPP-00166 | RM-CPP-00166 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.051 | RM-CPP-00167 | RM-CPP-00167 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.052 | RM-CPP-00169 | RM-CPP-00169 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.053 | RM-CPP-00174 | RM-CPP-00174 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.054 | RM-CPP-00175 | RM-CPP-00175 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.055 | RM-CPP-00176 | RM-CPP-00176 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.056 | RM-CPP-00186 | RM-CPP-00186 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.057 | RM-CPP-00187 | RM-CPP-00187 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.058 | RM-CPP-00188 | RM-CPP-00188 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.059 | RM-CPP-00189 | RM-CPP-00189 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.060 | RM-CPP-00190 | RM-CPP-00190 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.061 | RM-CPP-00192 | RM-CPP-00192 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.062 | RM-CPP-00193 | RM-CPP-00193 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.063 | RM-CPP-00194 | RM-CPP-00194 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.064 | RM-CPP-00195 | RM-CPP-00195 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.065 | RM-CPP-00196 | RM-CPP-00196 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.066 | RM-CPP-00198 | RM-CPP-00198 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.067 | RM-CPP-00208 | RM-CPP-00208 | | Corps of Engineers-Galveston Dist. | | Photograph | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.068 | RM-CPP-00209 | RM-CPP-00209 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.069 | RM-CPP-00215 | RM-CPP-00215 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.070 | RM-CPP-00216 | RM-CPP-00216 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.071 | RM-CPP-00217 | RM-CPP-00217 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.072 | RM-CPP-00218 | RM-CPP-00218 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.073 | RM-CPP-00219 | RM-CPP-00219 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.074 | RM-CPP-00226 | RM-CPP-00226 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.075 | RM-CPP-00229 | RM-CPP-00229 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.076 | RM-CPP-00230 | RM-CPP-00230 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.077 | RM-CPP-00231 | RM-CPP-00231 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.078 | RM-CPP-00235 | RM-CPP-00235 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.079 | RM-CPP-00236 | RM-CPP-00236 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.080 | RM-CPP-00237 | RM-CPP-00237 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.081 | RM-CPP-00238 | RM-CPP-00238 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.082 | RM-CPP-00241 | RM-CPP-00241 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.083 | RM-CPP-00242 | RM-CPP-00242 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.084 | RM-CPP-00245 | RM-CPP-00245 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.085 | RM-CPP-00263 | RM-CPP-00263 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.086 | RM-CPP-00265 | RM-CPP-00265 | | Corps of Engineers-Galveston Dist. | | Photograph | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.087 | RM-CPP-00266 | RM-CPP-00266 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.088 | RM-CPP-00267 | RM-CPP-00267 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.089 | RM-CPP-00268 | RM-CPP-00268 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.090 | RM-CPP-00269 | RM-CPP-00269 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.091 | RM-CPP-00271 | RM-CPP-00271 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.092 | RM-CPP-00272 | RM-CPP-00272 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.093 | RM-CPP-00273 | RM-CPP-00273 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.094 | RM-CPP-00274 | RM-CPP-00274 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.095 | RM-CPP-00276 | RM-CPP-00276 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.096 | RM-CPP-00277 | RM-CPP-00277 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.097 | RM-CPP-00278 | RM-CPP-00278 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.098 | RM-CPP-00281 | RM-CPP-00281 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.099 | RM-CPP-00283 | RM-CPP-00283 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.100 | RM-CPP-00284 | RM-CPP-00284 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.101 | RM-CPP-00290 | RM-CPP-00290 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.102 | RM-CPP-00292 | RM-CPP-00292 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.103 | RM-CPP-00303 | RM-CPP-00303 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.104 | RM-CPP-00307 | RM-CPP-00307 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.105 | RM-CPP-00309 | RM-CPP-00309 | | Corps of Engineers-Galveston Dist. | | Photograph | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.106 | RM-CPP-00311 | RM-CPP-00311 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.107 | RM-CPP-00312 | RM-CPP-00312 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.108 | RM-CPP-00324 | RM-CPP-00324 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.109 | RM-CPP-00332 | RM-CPP-00332 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.110 | RM-CPP-00334 | RM-CPP-00334 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.111 | RM-CPP-00335 | RM-CPP-00335 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.112 | RM-CPP-00342 | RM-CPP-00342 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.113 | RM-CPP-00343 | RM-CPP-00343 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.114 | RM-CPP-00344 | RM-CPP-00344 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.115 | RM-CPP-00345 | RM-CPP-00345 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.116 | RM-CPP-00346 | RM-CPP-00346 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.117 | RM-CPP-00350 | RM-CPP-00350 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.118 | RM-CPP-00353 | RM-CPP-00353 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.119 | RM-CPP-00366 | RM-CPP-00366 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.120 | RM-CPP-00369 | RM-CPP-00369 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.121 | RM-CPP-00375 | RM-CPP-00375 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.122 | RM-CPP-00377 | RM-CPP-00377 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.123 | RM-CPP-00395 | RM-CPP-00395 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.124 | RM-CPP-00398 | RM-CPP-00398 | | Corps of Engineers-Galveston Dist. | | Photograph | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.125 | RM-CPP-00399 | RM-CPP-00399 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.126 | RM-CPP-00400 | RM-CPP-00400 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.127 | RM-CPP-00401 | RM-CPP-00401 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.128 | RM-CPP-00402 | RM-CPP-00402 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.129 | RM-CPP-00403 | RM-CPP-00403 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.130 | RM-CPP-00407 | RM-CPP-00407 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.131 | RM-CPP-00416 | RM-CPP-00416 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.132 | RM-CPP-00417 | RM-CPP-00417 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.133 | RM-CPP-00420 | RM-CPP-00420 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.134 | RM-CPP-00421 | RM-CPP-00421 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.135 | RM-CPP-00426 | RM-CPP-00426 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.136 | RM-CPP-00445 | RM-CPP-00445 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.137 | RM-CPP-00446 | RM-CPP-00446 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.138 | RM-CPP-00447 | RM-CPP-00447 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.139 | RM-CPP-00448 | RM-CPP-00448 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.140 | RM-CPP-00449 | RM-CPP-00449 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.141 | RM-CPP-00451 | RM-CPP-00451 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.142 | RM-CPP-00452 | RM-CPP-00452 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.143 | RM-CPP-00453 | RM-CPP-00453 | | Corps of Engineers-Galveston Dist. | | Photograph | |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.144 | RM-CPP-00456 | RM-CPP-00456 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.145 | RM-CPP-00458 | RM-CPP-00458 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.146 | RM-CPP-00460 | RM-CPP-00460 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.147 | RM-CPP-00461 | RM-CPP-00461 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.148 | RM-CPP-00463 | RM-CPP-00463 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.149 | RM-CPP-00465 | RM-CPP-00465 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.150 | RM-CPP-00467 | RM-CPP-00467 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.151 | RM-CPP-00473 | RM-CPP-00473 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.152 | RM-CPP-00474 | RM-CPP-00474 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.153 | RM-CPP-00475 | RM-CPP-00475 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.154 | RM-CPP-00476 | RM-CPP-00476 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.155 | RM-CPP-00477 | RM-CPP-00477 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.156 | RM-CPP-00478 | RM-CPP-00478 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.157 | RM-CPP-00479 | RM-CPP-00479 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.158 | RM-CPP-00480 | RM-CPP-00480 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.159 | RM-CPP-00481 | RM-CPP-00481 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.160 | RM-CPP-00482 | RM-CPP-00482 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.161 | RM-CPP-00483 | RM-CPP-00483 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.162 | RM-CPP-00486 | RM-CPP-00486 | | Corps of Engineers-Galveston Dist. | | Photograph | |