# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.163 | RM-CPP-00487 | RM-CPP-00487 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.164 | RM-CPP-00488 | RM-CPP-00488 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.165 | RM-CPP-00491 | RM-CPP-00491 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.166 | RM-CPP-00492 | RM-CPP-00492 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.167 | RM-CPP-00493 | RM-CPP-00493 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.168 | RM-CPP-00495 | RM-CPP-00495 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.169 | RM-CPP-00496 | RM-CPP-00496 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.170 | RM-CPP-00497 | RM-CPP-00497 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.171 | RM-CPP-00499 | RM-CPP-00499 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.172 | RM-CPP-00500 | RM-CPP-00500 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.173 | RM-CPP-00501 | RM-CPP-00501 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.174 | RM-CPP-00504 | RM-CPP-00504 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.175 | RM-CPP-00510 | RM-CPP-00510 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.176 | RM-CPP-00513 | RM-CPP-00513 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.177 | RM-CPP-00515 | RM-CPP-00515 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.178 | RM-CPP-00516 | RM-CPP-00516 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.179 | RM-CPP-00519 | RM-CPP-00519 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.180 | RM-CPP-00524 | RM-CPP-00524 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.181 | RM-CPP-00525 | RM-CPP-00525 | | Corps of Engineers-Galveston Dist. | | Photograph | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.182 | RM-CPP-00528 | RM-CPP-00528 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.183 | RM-CPP-00529 | RM-CPP-00529 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.184 | RM-CPP-00533 | RM-CPP-00533 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.185 | RM-CPP-00534 | RM-CPP-00534 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.186 | RM-CPP-00535 | RM-CPP-00535 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.187 | RM-CPP-00536 | RM-CPP-00536 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.188 | RM-CPP-00540 | RM-CPP-00540 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.189 | RM-CPP-00544 | RM-CPP-00544 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.190 | RM-CPP-00547 | RM-CPP-00547 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.191 | RM-CPP-00550 | RM-CPP-00550 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.192 | RM-CPP-00551 | RM-CPP-00551 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.193 | RM-CPP-00552 | RM-CPP-00552 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.194 | RM-CPP-00553 | RM-CPP-00553 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.195 | RM-CPP-00554 | RM-CPP-00554 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.196 | RM-CPP-00556 | RM-CPP-00556 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.197 | RM-CPP-00557 | RM-CPP-00557 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.198 | RM-CPP-00558 | RM-CPP-00558 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.199 | RM-CPP-00559 | RM-CPP-00559 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.200 | RM-CPP-00560 | RM-CPP-00560 | | Corps of Engineers-Galveston Dist. | | Photograph | |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.201 | RM-CPP-00561 | RM-CPP-00561 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.202 | RM-CPP-00564 | RM-CPP-00564 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.203 | RM-CPP-00566 | RM-CPP-00566 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.204 | RM-CPP-00572 | RM-CPP-00572 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.205 | RM-CPP-00575 | RM-CPP-00575 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.206 | RM-CPP-00581 | RM-CPP-00581 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.207 | RM-CPP-00584 | RM-CPP-00584 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.208 | RM-CPP-00585 | RM-CPP-00585 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.209 | RM-CPP-00586 | RM-CPP-00586 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.210 | RM-CPP-00587 | RM-CPP-00587 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.211 | RM-CPP-00588 | RM-CPP-00588 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.212 | RM-CPP-00589 | RM-CPP-00589 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.213 | RM-CPP-00592 | RM-CPP-00592 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.214 | RM-CPP-00593 | RM-CPP-00593 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.215 | RM-CPP-00594 | RM-CPP-00594 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.216 | RM-CPP-00595 | RM-CPP-00595 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.217 | RM-CPP-00596 | RM-CPP-00596 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.218 | RM-CPP-00597 | RM-CPP-00597 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.219 | RM-CPP-00611 | RM-CPP-00611 | | Corps of Engineers-Galveston Dist. | | Photograph | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.220 | RM-CPP-00615 | RM-CPP-00615 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 18.221 | RM-CPP-00616 | RM-CPP-00616 | | Corps of Engineers-Galveston Dist. | | Photograph | |
| 19.001 | RM-GBA-00142 | RM-GBA-00142 | 4/18/1999 | Gahagan, Bryant & Associates | | Photograph | |
| 19.002 | RM-GBA-00143 | RM-GBA-00143 | 4/18/1999 | Gahagan, Bryant & Associates | | Photograph | |
| 19.003 | RM-GBA-00144 | RM-GBA-00144 | 00/00/0000 | Gahagan, Bryant & Associates | | Photograph | |
| 19.004 | RM-GBA-00145 | RM-GBA-00145 | 00/00/0000 | Gahagan, Bryant & Associates | | Photograph | |
| 20.001 | RM-JSG-000612 | RM-JSG-000612 | | J. Simmons Group | | Photograph | |
| 20.002 | RM-JSG-000613 | RM-JSG-000613 | | J. Simmons Group | | Photograph | |
| 20.003 | RM-JSG-000615 | RM-JSG-000615 | | J. Simmons Group | | Photograph | |
| 20.004 | RM-JSG-000616 | RM-JSG-000616 | | J. Simmons Group | | Photograph | |
| 20.005 | RM-JSG-000617 | RM-JSG-000617 | | J. Simmons Group | | Photograph | |
| 20.006 | RM-JSG-000618 | RM-JSG-000618 | | J. Simmons Group | | Photograph | |
| 20.007 | RM-JSG-000620 | RM-JSG-000620 | | J. Simmons Group | | Photograph | |
| 20.008 | RM-JSG-000621 | RM-JSG-000621 | | J. Simmons Group | | Photograph | |
| 20.009 | RM-JSG-000622 | RM-JSG-000622 | | J. Simmons Group | | Photograph | |
| 20.010 | RM-JSG-000623 | RM-JSG-000623 | | J. Simmons Group | | Photograph | |
| 20.011 | RM-JSG-000624 | RM-JSG-000624 | | | | Photograph | |
| 20.012 | RM-JSG-000625 | RM-JSG-000625 | | J. Simmons Group | | Photograph | |
| 20.013 | RM-JSG-000626 | RM-JSG-000626 | | J. Simmons Group | | Photograph | |
| 20.014 | RM-JSG-000627 | RM-JSG-000627 | | J. Simmons Group | | Photograph | |
| 20.015 | RM-JSG-000629 | RM-JSG-000629 | | J. Simmons Group | | Photograph | |
| 20.016 | RM-JSG-000630 | RM-JSG-000630 | | J. Simmons Group | | Photograph | |
| 20.017 | RM-JSG-000631 | RM-JSG-000631 | | J. Simmons Group | | Photograph | |
| 20.018 | RM-JSG-000633 | RM-JSG-000633 | | J. Simmons Group | | Photograph | |
| 20.019 | RM-JSG-000634 | RM-JSG-000634 | | J. Simmons Group | | Photograph | |
| 20.020 | RM-JSG-000635 | RM-JSG-000635 | | J. Simmons Group | | Photograph | |
| 20.021 | RM-JSG-000636 | RM-JSG-000636 | | J. Simmons Group | | Photograph | |
| 20.022 | RM-JSG-000638 | RM-JSG-000638 | | J. Simmons Group | | Photograph | |
| 20.023 | RM-JSG-000640 | RM-JSG-000640 | | J. Simmons Group | | Photograph | |
| 20.024 | RM-JSG-000641 | RM-JSG-000641 | | J. Simmons Group | | Photograph | |
| 20.025 | RM-JSG-000643 | RM-JSG-000643 | | J. Simmons Group | | Photograph | |
| 20.026 | RM-JSG-000650 | RM-JSG-000650 | | J. Simmons Group | | Photograph | |
| 20.027 | RM-JSG-000651 | RM-JSG-000651 | | J. Simmons Group | | Photograph | |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 21.001-21.208 | | | | | | Quality Assurance Report | Quality Assurance Reports from October 1999 through June 2001 (will be joint exhibit; see note at bottom of document) |
| 22.001 | RM-COE-14026 | RM-COE-14026 | 12/20/1998 | Renda Marine | | Schedule of Values | Schedule of Values #1 - for period ending 12/20/1998 |
| 22.002 | RM-COE-13084 | RM-COE-13084 | 2/20/1999 | Fisher, Eddie R | | Schedule of Values | Schedule of Values #3 - for period ending 02/20/1999 |
| 22.003 | RM-COE-13057 | RM-COE-13057 | 4/20/1999 | Fisher, Eddie R | | Schedule of Values | Schedule of Values #5 - for period ending 04/20/1999 |
| 22.004 | RM-COE-13050 | RM-COE-13050 | 6/4/1999 | Fisher, Eddie R | | Schedule of Values | Schedule of Values #6 - for period ending 05/20/1999 |
| 22.005 | RM-COE-13017 | RM-COE-13017 | 6/20/1999 | Fisher, Eddie R | | Schedule of Values | Schedule of Values #7 - for the period ending 06/20/1999 |
| 22.006 | RM-COE-13001 | RM-COE-13001 | 7/21/1999 | Fisher, Eddie R | | Schedule of Values | Schedule of Values #8 - for the period ending 07/20/1999 |
| 22.007 | RM-COE-12984 | RM-COE-12984 | 9/12/1999 | Fisher, Eddie R | | Schedule of Values | Schedule of Values #10 - for the period ending 9/20/99 |
| 22.008 | RM-COE-12950 | RM-COE-12950 | 10/20/1999 | Fisher, Eddie R | | Schedule of Values | Schedule of Values #11 - for the period ending 10/20/99 |
| 22.009 | RM-COE-12931 | RM-COE-12931 | 11/20/1999 | Fisher, Eddie R | | Schedule of Values | Schedule of Values #12 - for the period ending 11/20/99 (w/notes) |
| 22.010 | RM-COE-12936 | RM-COE-12936 | 12/2/1999 | Fisher, Eddie R | | Schedule of Values | Schedule of Values #12 - for the period ending 11/20/99 |
| 22.011 | RM-COE-12915 | RM-COE-12915 | 12/20/1999 | Fisher, Eddie R | | Schedule of Values | Schedule of Values #13 - for the period ending 12/20/99 |
| 22.012 | RM-COE-12818 | RM-COE-12818 | 1/20/2000 | Fisher, Eddie R | | Schedule of Values | Schedule of Values #14 - for the period ending 1/20/00 |
| 22.013 | RM-COE-12776 | RM-COE-12780 | 2/20/2000 | Fisher, Eddie R | | Schedule of Values | Schedule of Values #15 - for the period ending 2/20/00 |
| 22.014 | RM-COE-12800 | RM-COE-12800 | 3/20/2000 | Renda, Oscar | | Schedule of Values | Schedule of Values #16 - for the period ending 3/20/00 |
| 22.015 | RM-COE-12711 | RM-COE-12711 | 4/20/2000 | Fisher, Eddie R | | Schedule of Values | Schedule of Values #17 - for the period ending 4/20/00 |
| 22.016 | RM-COE-12690 | RM-COE-12690 | 5/20/2000 | Fisher, Eddie R | | Schedule of Values | Schedule of Values #18 - for the period ending 5/20/00 (w/notes) |
| 22.017 | RM-COE-12695 | RM-COE-12695 | 5/20/2000 | Fisher, Eddie R | | Schedule of Values | Schedule of Values #18 - for the period ending 5/20/00 |
| 22.018 | RM-COE-12673 | RM-COE-12673 | 6/20/2000 | Fisher, Eddie R | | Schedule of Values | Schedule of Values #19 - for the period ending 6/20/00 |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 22.019 | RM-COE-12656 | RM-COE-12656 | 7/20/2000 | Bowman, Steven C | | Schedule of Values | Schedule of Values #20 - for the period ending 7/20/00 (w/notes) |
| 22.020 | RM-COE-12663 | RM-COE-12663 | 7/20/2000 | Bowman, Steven C | | Schedule of Values | Schedule of Values #20 - for the period ending 7/20/00 |
| 22.021 | RM-COE-12640 | RM-COE-12640 | 8/23/2000 | Renda Marine | | Schedule of Values | Schedule of Values #21 - for the period ending 08/20/2000 |
| 22.022 | RM-COE-12625 | RM-COE-12626 | 9/13/2000 | Renda Marine | | Schedule of Values | Schedule of Values #22 - for period ending 09/20/2000 (w/notes) |
| 22.023 | RM-COE-12630 | RM-COE-12630 | 9/13/2000 | Renda Marine | | Schedule of Values | Schedule of Values #22 - for period ending 09/20/2000 |
| 22.024 | RM-COE-12610 | RM-COE-12610 | 10/20/2000 | Renda Marine | | Schedule of Values | Schedule of Values #23 - for period ending 10/20/2000 |
| 22.025 | RM-COE-12613 | RM-COE-12613 | 10/20/2000 | Renda Marine | | Schedule of Values | Schedule of Values #23 - for period ending 10/20/2000 (w/notes) |
| 22.026 | RM-COE-12597 | RM-COE-12597 | 11/20/2000 | Renda Marine | | Schedule of Values | Schedule of Values # 24 - for period ending 11/20/2000 (w/notes) |
| 22.027 | RM-COE-12581 | RM-COE-12583 | 12/18/2000 | Renda Marine | | Schedule of Values | Schedule of Values #25 - for period ending 12/20/2000 (w/notes) |
| 22.028 | RM-COE-12565 | RM-COE-12565 | 1/23/2001 | Renda Marine | | Schedule of Values | Schedule of Values #26 - for period ending 01/20/2001 |
| 22.029 | RM-COE-12554 | RM-COE-12554 | 2/21/2001 | Renda Marine | | Schedule of Values | Schedule of Values #27 - for period ending 02/20/2001 (w/notes) |
| 22.030 | RM-COE-12545 | RM-COE-12545 | 3/14/2001 | Renda Marine | | Schedule of Values | Schedule of Values #27A - for period ending 03/14/2001 |
| 22.031 | RM-COE-12542 | RM-COE-12542 | 3/26/2001 | Renda Marine | | Schedule of Values | Schedule of Values #28 - for period ending 03/20/2001 |
| 22.032 | RM-COE-12512 | RM-COE-12512 | 4/27/2001 | Renda Marine | | Schedule of Values | Schedule of Values #29 - for period ending 04/20/2001 |
| 22.033 | RM-COE-12503 | RM-COE-12503 | 5/25/2001 | Renda Marine | | Schedule of Values | Schedule of Values #30 - for period ending 05/20/2001 |
| 22.034 | RM-COE-04735 | RM-COE-04735 | 6/1/2001 | Renda Marine | | Schedule of Values | Schedule of Values #30A - for period ending 06/01/2001 |
| 22.035 | RM-COE-12500 | RM-COE-12500 | 6/1/2001 | Renda Marine | | Schedule of Values | Schedule of Values #30A - for period ending 06/01/2001 (w/notes) |
| 22.036 | RM-COE-15710 | RM-COE-15710 | 6/1/2001 | Renda Marine | | Schedule of Values | Schedule of Values #30A - for period ending 6/1/01 (w/notes) |
| 22.037 | RM-COE-09161 | RM-COE-09161 | 7/31/2001 | Renda Marine | | Schedule of Values | Schedule of Values #31 - for period ending 07/20/2001 |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 23 | FOIA-COE-001754 | FOIA-COE-001772 | 00/00/0000 | Corps of Engineers-Galveston Dist. | | Specifications | Invitation No. DACW64-97-B-0023; Houston Ship Channel, Texas, Dredging Morgan Point to Carpenters Bayou in Harris and Chambers Counties, Texas; |
| 24 | REM12028 | REM12039 | 00/00/0000 | HVJ Associates, Inc. | | Chart | Grain Size Analysis |
| 25 | REM33057 | REM33057 | 00/00/0000 | | | Personnel/Human Resources | Curriculum Vitae of Edilberto Cantu |
| 26 | REM34934 | REM34935 | 00/00/0000 | | | Personnel/Human Resources | David Garza - Personal Data and Work History |
| 27 | REM34937 | REM34938 | 00/00/0000 | | | Personnel/Human Resources | Delfino Rios - Personal Data and Work History |
| 28 | REM34940 | REM34941 | 00/00/0000 | | | Personnel/Human Resources | Michael Englen - Personal Data and Education |
| 29 | REM34946 | REM34947 | 00/00/0000 | | | Personnel/Human Resources | Carlos Diaz - Personal Data and Education |
| 30 | REM34949 | REM34950 | 00/00/0000 | | | Personnel/Human Resources | Cayetano Garcia - Personal Data and Education |
| 31 | REM34952 | REM34953 | 00/00/0000 | | | Personnel/Human Resources | Arturo Rodriguez - Personal Data and Education |
| 32 | REM35453 | REM35456 | 00/00/0000 | | | Schedule | Project Duration Info |
| 33 | REM36176 | REM36187 | 00/00/0000 | | | Handwritten Note | Calculations of Net RR and Gross RR and overplacement Rate |
| 34 | REM39593 | REM39594 | 00/00/0000 | | | Minutes | Notes for prepatory for Dredging Upper Bayou - Start of Dredging and Hydraulic Levees - Phase |
| 35 | REM41102 | REM41102 | 00/00/0000 | | | Chart | Dredging Sequence |
| 36 | RM-COE-00107 | RM-COE-00109 | 00/00/0000 | | | Reports | Hydraulic Fill Placement - Monitoring Production Rate Using 'Retention Rate'-Definitions |
| 37 | RM-COE-00135 | RM-COE-00136 | 00/00/0000 | | | Reports | TCB/GBA Joint Venture - Dredging Upper Bayou - Additions to Amendment |
| 38 | RM-COE-00141 | RM-COE-00142 | 00/00/0000 | | | Bid Document | Pre-Bid Conference Geotechnical Questions |
| 39 | RM-COE-00550 | RM-COE-00552 | 00/00/0000 | Geotest Engineering, Inc. | | Reports | Summary of Laboratory Test Results |
| 40 | RM-COE-00596 | RM-COE-00596 | 00/00/0000 | | | Reports | Design Summary - Lost Lake Disposal Area - Initial Filling Design |
| 41 | RM-COE-00598 | RM-COE-00600 | 00/00/0000 | | | Chart | Disposal Volumes - Lost Lake Dredge Quantities |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 42 | RM-COE-00617 | RM-COE-00617 | 00/00/0000 | | | Chart | Lost Lake Disposal Area - Contained Volume Estimate |
| 43 | RM-COE-00628 | RM-COE-00628 | 00/00/0000 | | | Chart | Lost Lake Disposal Area - Disposal Volume Estimate |
| 44 | RM-COE-00629 | RM-COE-00629 | 00/00/0000 | | | Chart | Lost Lake Disposal Area - Contained Volume Estimate |
| 45 | RM-COE-00705 | RM-COE-00707 | 00/00/0000 | | | Reports | Appendix A - Settle Analysis Results |
| 46 | RM-COE-00708 | RM-COE-00769 | 00/00/0000 | | | Reports | Appendix B - PSDDF Analysis |
| 47 | RM-COE-01054 | RM-COE-01072 | 00/00/0000 | | | Reports | Summary of Laboratory Test Results for Lost Lake Disposal Area |
| 48 | RM-COE-01079 | RM-COE-01090 | 00/00/0000 | | | Chart | Lost Lake Spoil Disposal Area, In-Place Vane Shear Tests |
| 49 | RM-COE-01179 | RM-COE-01186 | 00/00/0000 | | | Chart | Atkinson Island Marsh Levees - Weekly Progress Report for Hydraulically Placed Quantities |
| 50 | RM-COE-01262 | RM-COE-01262 | 00/00/0000 | | | Spreadsheet | Retention Rate Spreadsheet |
| 51 | RM-COE-01274 | RM-COE-01274 | 00/00/0000 | HVJ Associates, Inc. | | Chart | Widening and Deepening Dredge Quantities - Lost Lake Disposal Area |
| 52 | RM-COE-01608 | RM-COE-01612 | 00/00/0000 | | | Chart | Baseline Station Number (510+00 to 554+00), with Station Cut Area and Station Cut Volume |
| 53 | RM-COE-01673 | RM-COE-01673 | 00/00/0000 | | | Handwritten Note | 250000 cy Neatline in Levee |
| 54 | RM-COE-01689 | RM-COE-01689 | 00/00/0000 | | | Spreadsheet | Dredging Sequence |
| 55 | RM-COE-02177 | RM-COE-02177 | 00/00/0000 | | | Reports | Texas Upper Bayou Reach - Channel Mining |
| 56 | RM-COE-02224 | RM-COE-02231 | 00/00/0000 | | | Schedule | Lost Lake Disposal Area - Contained Volume Estimate |
| 57 | RM-COE-02525 | RM-COE-02525 | 00/00/0000 | | | Reports | Upper Bayou - Material Samples |
| 58 | RM-COE-02532 | RM-COE-02532 | 00/00/0000 | | | Reports | Pipeline Requirement |
| 59 | RM-COE-02647 | RM-COE-02663 | 00/00/0000 | Russek, Eric G | | Contract Modification | Price Negotiation Memorandum - For Contract Modification P00001 |
| 60 | RM-COE-04650 | RM-COE-04652 | 00/00/0000 | | | Chronology | Chronology of Events - Renda Marine, Inc. |
| 61 | RM-COE-04658 | RM-COE-04659 | 00/00/0000 | | | Reports | Renda Marine - Current outstanding issues and decisions |
| 62 | RM-COE-04811 | RM-COE-04811 | 00/00/0000 | | | Sign-In Sheet for Meeting | Renda Marine Claim Conference Sign in Sheet |
| 63 | RM-COE-04913 | RM-COE-04914 | 00/00/0000 | | | Chart | Cross Section of New Hydraulic Levee, West Levee Realignment |
| 64 | RM-COE-05027 | RM-COE-05028 | 00/00/0000 | | | Spreadsheet | Upper Bayou Contractor's Schedule vs. Actual Progress |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 65 | RM-COE-05152 | RM-COE-05158 | 00/00/0000 | Oscar Renda Contracting, Inc. | | Reports | Job History |
| 66 | RM-COE-05180 | RM-COE-05180 | 00/00/0000 | | | Reports | Comments on page 8 of the project on DACW64-98-B-0004 |
| 67 | RM-COE-05182 | RM-COE-05182 | 00/00/0000 | | | Personnel/Human Resources | Gary Gibbs - Deep Draft Dredging Manager and Interim Captain Millennium |
| 68 | RM-COE-05224 | RM-COE-05226 | 00/00/0000 | Renda Marine | | Reports | Quality Control Program - Description of work |
| 69 | RM-COE-05600 | RM-COE-05605 | 00/00/0000 | Benero, Thomas | | Reports | Report and Recommendation of the Contracting Officer on the agency protest by Great Lakes Dredge and Dock Co. before award - Dredging Upper Bayou |
| 70 | RM-COE-09123 | RM-COE-09123 | 00/00/0000 | | | Personnel/Human Resources | Personal Data and Education - Timothy J. Totten |
| 71 | RM-COE-09143 | RM-COE-09143 | 00/00/0000 | | | Personnel/Human Resources | Personal Data and Education - Glen Williams |
| 72 | RM-COE-10725 | RM-COE-10730 | 00/00/0000 | | | Other | Lost Lake Old Levee Alignment |
| 73 | RM-COE-11549 | RM-COE-11552 | 00/00/0000 | Corps of Engineers-Galveston Dist. | Renda Marine, Inc | Contract Modification | Amendment of Solicitation/Modification of Contract - CO-3 - unsigned |
| 74 | RM-COE-13940 | RM-COE-13940 | 00/00/0000 | | | Chart | Boring Logs In Sections 1 & 2 |
| 75 | RM-COE-13949 | RM-COE-13949 | 00/00/0000 | | | Chart | Boring Logs in Sections 4&5 |
| 76 | RM-COE-13968 | RM-COE-13971 | 00/00/0000 | | | Specifications | Dredge St. Charles - Equipment Legend - Official Number 291595 |
| 77 | RM-COE-14252 | RM-COE-14253 | 00/00/0000 | Benero, Thomas | Bowman, Steven C | Letter | Show Cause Notice - Draft |
| 78 | RM-COE-14899 | RM-COE-14900 | 00/00/0000 | | | Chart | Quality Control Organizational Chart of Renda Marine - Upper Bayou Dredging |
| 79 | RM-COE-15858 | RM-COE-15861 | 00/00/0000 | | | Chart | Lost Lake Perimeter Levee - West Fill |
| 80 | RM-COE-15888 | RM-COE-15898 | 00/00/0000 | | | Chart | Houston Galveston Navigation Channel - Lower Bayou Channel - Placement Area Lost Lake |
| 81 | RM-COE-15903 | RM-COE-15903 | 00/00/0000 | | | Survey | |
| 82 | RM-COE-15991 | RM-COE-15995 | 00/00/0000 | | | Survey | Existing Condition Surveys - Job Number 13-63020-140 |
| 83 | RM-COE-16535 | RM-COE-16557 | 00/00/0000 | | Sanford, Will | Audit | Auditor's Technical Analysis of Renda's claims |
| 84 | RM-COE-16985 | RM-COE-16993 | 00/00/0000 | Houston Galveston Navigation Channels | | Reports | Design Documentation Report and Value Engineering Study |
| 85 | RM-COE-17986 | RM-COE-17986 | 00/00/0000 | | | Spreadsheet | Retention Rate Spreadsheet |
| 86 | RM-COE-18111 | RM-COE-18111 | 00/00/0000 | Few, James T | | Email | Advising of future actions |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 87 | RM-COE-18634 | RM-COE-18635 | 00/00/0000 | Corps of Engineers-Galveston Dist. | | Chart | List of communications re issues - date of letter, issue, merit/no merit, resolution |
| 88 | RM-COE-19173 | RM-COE-19173 | 00/00/0000 | | | Handwritten Note | Handwritten notes |
| 89 | RM-COE-21637 | RM-COE-21647 | 00/00/0000 | Renda Marine | | Audit | Listing of Specifically Requested Information - By Claims 1-8. |
| 90 | RM-COE-22005 | RM-COE-22005 | 00/00/0000 | | | Drawings | Cross-Section of New Hydraulic Levee Realignment |
| 91 | RM-COE-22127 | RM-COE-22128 | 00/00/0000 | | | Spreadsheet | Issues for Merit Determination |
| 92 | RM-COE-22218 | RM-COE-22218 | 00/00/0000 | | | Spreadsheet | Table 1 - Targets located from the magnetometer and side scan survey of the HSC. |
| 93 | RM-COE-22712 | RM-COE-22712 | 00/00/0000 | Benero Thomas M | Keys III Daniel; McClenan Cecil M; Russek Eric G | Email | Renda-Outstanding Issues - recap of the meeting with Renda the day before as per Benero's understanding; that the meeting was attended by Oscar Renda Steve Bowman Barry White Mike McClenan Eric Russek Linda Fredendall Barbara Watts and Benero; noting that no personnel from the Joint venture or Port of Houston were present. |
| 94 | RM-GAL-0003169 | RM-GAL-0003170 | 00/00/0000 | Houston Galveston Navigation Channels | Unknown | Reports | Mid Bayou, BCOE Review Comments |
| 95 | RM-GAL-0011537 | RM-GAL-0011537 | 00/00/0000 | | | Other | |
| 96 | RM-GAL-0012977 | RM-GAL-0012977 | 00/00/0000 | Unknown | Unknown | Other | List of names and addresses |
| 97 | RM-GAL-0013968 | RM-GAL-0013988 | 00/00/0000 | | | Presentation | |
| 98 | RM-GAL-0016341 | RM-GAL-0016344 | 00/00/0000 | | | Reports | |
| 99 | RM-GAL-0020077 | RM-GAL-0020078 | 00/00/0000 | Unknown | Unknown | Reports | Indexing of Design Files |
| 100 | RM-GAL-0020247 | RM-GAL-0020247 | 00/00/0000 | Redd, Lawrence | Unknown | Reports | List of various topographic and related surveys at Lost Lake PA |
| 101 | RM-GAL-0029056 | RM-GAL-0029068 | 00/00/0000 | Unknown | Unknown | Proposal | Section 02223 - Lost Lake Retaining Levees |
| 102 | RM-HVJ-00055 | RM-HVJ-00059 | 00/00/0000 | HVJ | | Chart | Lost Lake Dredge Quanitites - Disposal Value |
| 103 | RM-HVJ-00060 | RM-HVJ-00060 | 00/00/0000 | | | Specifications | Lost Lake Disposal Area-Initial Filling Design |
| 104 | RM-HVJ-00061 | RM-HVJ-00061 | 00/00/0000 | | | Specifications | |
| 105 | RM-HVJ-00062 | RM-HVJ-00063 | 00/00/0000 | | | Chart | Notes for Lost Lake Plan Sheet |
| 106 | RM-HVJ-00095 | RM-HVJ-00097 | 00/00/0000 | | | Drawings | |
| 107 | RM-HVJ-00099 | RM-HVJ-00099 | 00/00/0000 | HVJ | | Chart | Lost Lak Disposal Area: Average Moisture Content Determination for Borings 93-59 to 93-69 |
| 108 | RM-HVJ-00100 | RM-HVJ-00101 | 00/00/0000 | HVJ | | Chart | Borings Completely with Soft Clay up to the End of Boring |