# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 109 | RM-HVJ-00104 | RM-HVJ-00105 | 00/00/0000 | | | Chart | Estimate of Diplaced Material - Lost Lake |
| 110 | RM-HVJ-00106 | RM-HVJ-00112 | 00/00/0000 | | | Chart | Permeability Calculation |
| 111 | RM-HVJ-00123 | RM-HVJ-00123 | 00/00/0000 | | | Chart | Estimate of Diplaced Material - Lost Lake |
| 112 | RM-HVJ-00140 | RM-HVJ-00140 | 00/00/0000 | HVJ | | Chart | Long Tube Test TAble of Results - Site No. 30 |
| 113 | RM-HVJ-00143 | RM-HVJ-00148 | 00/00/0000 | HVJ | | Reports | Design Summary - Initial Filling Design |
| 114 | RM-HVJ-00145 | RM-HVJ-00145 | 00/00/0000 | HVJ | | Chart | Contained Volume Estimate |
| 115 | RM-HVJ-00146 | RM-HVJ-00146 | 00/00/0000 | HVJ | | Chart | Lost Lake Dredge Quantities - Disposal Volumes - Sta 460+00 - Sta 683+49 |
| 116 | RM-HVJ-00147 | RM-HVJ-00147 | 00/00/0000 | HVJ | | Chart | Lost Lake Dredge Quantities - Disposal Volumes - Sta 450+00 - Sta 683+49 |
| 117 | RM-HVJ-00152 | RM-HVJ-00152 | 00/00/0000 | HVJ | | Reports | Initial Filling Design - Design Summary |
| 118 | RM-HVJ-00278 | RM-HVJ-00282 | 00/00/0000 | HVJ | | Reports | Levee Design for Dredged Material Placement Areas |
| 119 | RM-HVJ-00291 | RM-HVJ-00298 | 00/00/0000 | HVJ | | Reports | Levee Design for Dredged Material Placement Area |
| 120 | RM-HVJ-00598 | RM-HVJ-00598 | 00/00/0000 | HVJ | | Chart | Lost Lake Dredge Quanities - Volume Provided |
| 121 | RM-HVJ-00669 | RM-HVJ-00669 | 00/00/0000 | | | Reports | Levee Design - Estimated Fill Volumes |
| 122 | RM-HVJ-00690 | RM-HVJ-00690 | 00/00/0000 | | | Chart | Estimate of Displaced Material - Lost Lake |
| 123 | RM-HVJ-01085 | RM-HVJ-01085 | 00/00/0000 | | | Drawings | Boring Drawings |
| 124 | RM-HVJ-01108 | RM-HVJ-01108 | 00/00/0000 | | | Drawings | Boring Drawings |
| 125 | RM-HVJ-01137 | RM-HVJ-01137 | 00/00/0000 | | | Drawings | Boring Drawings |
| 126 | RM-HVJ-01159 | RM-HVJ-01159 | 00/00/0000 | | | Drawings | Boring Drawings |
| 127 | RM-HVJ-01206 | RM-HVJ-01206 | 00/00/0000 | | | Drawings | Boring Drawings |
| 128 | RM-HVJ-01231 | RM-HVJ-01231 | 00/00/0000 | | | Drawings | Boring Drawings |
| 129 | RM-HVJ-01341 | RM-HVJ-01341 | 00/00/0000 | | | Drawings | Boring Drawings |
| 130 | RM-HVJ-01392 | RM-HVJ-01392 | 00/00/0000 | | | Drawings | Boring Drawings |
| 131 | RM-HVJ-01415 | RM-HVJ-01415 | 00/00/0000 | | | Drawings | Boring Drawings |
| 132 | RM-HVJ-01440 | RM-HVJ-01440 | 00/00/0000 | | | Drawings | Boring Drawings |
| 133 | RM-HVJ-01575 | RM-HVJ-01577 | 00/00/0000 | | | Reports | Statement of Work - Appendix B - Modification No. P00001 - Engineering Design Services |
| 134 | RM-PHA-00128 | RM-PHA-00129 | 00/00/0000 | Unknown | Unknown | Memo | Renda Marine - Current Outstanding Issues and Decisions to be made |
| 135 | RM-PHA-00387 | RM-PHA-00387 | 00/00/0000 | Unknown | Unknown | Memo | Audit Issues for Renda Differing Site Condition Claims, Flare Area, Upper Bayou Contract - Post Audit of Lower Bay Geotubes |
| 136 | RM-TCB-00004 | RM-TCB-00028 | 00/00/0000 | Turner Collie & Braden Inc. | | Reports | ITR Upper Bayou Dredging Comments |
| 137 | Disk1-0001 | Disk1-0001 | | DCAA | | DCAA Papers | DCAA Work Papers CD 1 of 7 |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 138 | Disk2-0001 | Disk2-0001 | | DCAA | | DCAA Papers | DCAA Work Papers CD 2 of 7 |
| 139 | Disk3-0001 | Disk3-0001 | | DCAA | | DCAA Papers | DCAA Work Papers CD 3 of 7 |
| 140 | Disk4-0001 | Disk4-0001 | | DCAA | | DCAA Papers | DCAA Work Papers CD 4 of 7 |
| 141 | Disk5-0001 | Disk5-0001 | | DCAA | | DCAA Papers | DCAA Work Papers CD 5 of 7 |
| 142 | Disk6-0001 | Disk6-0001 | | DCAA | | DCAA Papers | DCAA Work Papers CD 6 of 7 |
| 143 | Disk7-0001 | Disk7-0001 | | DCAA | | DCAA Papers | DCAA Work Papers CD 7 of 7 |
| 144 | RM-COE-00445 | RM-COE-00483 | | Corps of Engineers-Galveston Dist. | | Agreement/Contract | Architect-Engineer Contract between US Small Business Administration and US Army Corps of Engineers |
| 145 | RM-COE-01704 | RM-COE-01830 | | | | Agreement/Contract | Contract Clauses - Section 0700 |
| 146 | RM-HVJ-00001 | RM-HVJ-01747 | | HVJ Associates | Corps of Engineers-Galveston Dist. | Reports | CD produced by Governmentwith Connole expert docs |
| 147 | Rozsypal Deposition Ex 2 | Rozsypal Deposition Ex 2 | 6/1/1998 | | | Drawings | Upper Bayou Project Drawings Nos. C-1 through C-18, F-1 through F-9, and S-1 through S-7 (will be joint exhibit, see note at end of document) |
| 148 | SMITH-41059 | SMITH-41414 | | Smith, Barry L | | Reports | Soil Boring Logs Notebook |
| 149 | RM-COE-01078 | RM-COE-01078 | 1/13/1964 | Hamilton, John T | Schuldt | Memo | Soil Borings, Houston Ship Channel Spoil Area at Lost Lake |
| 150 | RM-COE-00916 | RM-COE-00958 | 3/24/1964 | Corps of Engineers-Galveston Dist. | | Reports | Drilling Log - Project: Lost Lake, Houston Ship Channel |
| 151 | RM-COE-00959 | RM-COE-01027 | 4/30/1964 | | | Reports | Report of Soils Tests - (Borings 1 through 40) |
| 152 | FOIA-COE-001640 | FOIA-COE-001713 | 07/00/1978 | Corps of Engineers | | Drawings | Use of geotextiles for levee construction |
| 153 | EM1110-2-5025 | EM1110-2-5025.0094 | 3/25/1983 | U. S. Army Corps of Engineers | | COE Manual | Dredging & Dredged Material Disposal |
| 154 | REM12268 | REM12269 | 8/15/1983 | | | Spreadsheet | Stiff Clay Percentages xls |
| 155 | RM-COE-02545 | RM-COE-02551 | 10/19/1984 | Sanford, Will | | Bid Document | Government Estimate - SWF Form 1271A - Computation Sheet |
| 156 | FOIA-COE-001428 | FOIA-COE-001639 | 08/00/1986 | Fowler, Jack; Blakeney, Harvey N; Hayden, Myron L | | Reports | Use of geotextiles for levee construction |
| 157 | EM1110-2-5026 | EM1110-2-5026.0285 | 6/30/1987 | U. S. Army Corps of Engineers | | COE Manual | Beneficial Uses of Dredged Material |
| 158 | EM1110-2-5027 | EM1110-2-5027.0243 | 9/30/1987 | U. S. Army Corps of Engineers | | COE Manual | Confined Disposal of Dredged Material |
| 159 | RM-COE-03507 | RM-COE-03508 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 160 | FOIA-COE-001782 | FOIA-COE-002007 | 12/00/1989 | Corps of Engineers-Galveston Dist. | | Specifications | Houston Ship Channel, Texas, Specifications for Dredging Carpenters Bayou to Greens Bayou in Harris County, Texas; Invitation No. DACW64-90-B-0007 – Construction Technical Provisions, P. 14, Para. 5-2.2: Side Ditch Borrow Excavation. The side ditch borrow areas located in East Jones Disposal Area shall be excavated to obtain required fill materials. Excavation below a depth of three (3) feet or within 50 feet of the levee toe will not be permitted. The side ditch borrow excavation shall be extended to the interior of the disposal area as necessary to obtain required cast fill for levee construction for the East Jones Disposal Area. |
| 161 | RM-COE-01028 | RM-COE-01028 | 8/26/1991 | Illegible | Few, James T | Handwritten Note | Boring Locations |
| 162 | RM-COE-01029 | RM-COE-01053 | 9/18/1991 | Geotest Engineering, Inc. | | Reports | Lost Lake samples at interior levee toe |
| 163 | RM-COE-01106 | RM-COE-01155 | 10/30/1991 | Geotest Engineering, Inc. | | Reports | Project: Lost Lake Disposal Area Houston Ship Channel, Houston, Texas - Boring No. 91-147 |
| 164 | RM-COE-01173 | RM-COE-01173 | 6/14/1992 | Few, James T | | Reports | Soils Information at Proposed Lost Lake Disposal Area Spillbox Sites |
| 165 | RM-COE-00770 | RM-COE-00812 | 10/8/1992 | | | Reports | Appendix C - Slope Stability Analysis - Initial Widening and Deepening |
| 166 | RM-COE-00813 | RM-COE-00835 | 10/8/1992 | | | Reports | Appendix D - Slope Stability Analysis - Long-Term (50-Year) Maintenance |
| 167 | ER415-2-100 | ER415-2-100.0006 | 1/15/1993 | U. S. Army Corps of Engineers | | COE Manual | Construction - Staffing for Civil Works Projects |
| 168 | FOIA-COE-000668 | FOIA-COE-000694 | 4/25/1994 | | | COE Manual | Manual for Procedures for Handling Contract Claims |
| 169 | SWGOM 1180-1-18.0001 | SWGOM 1180-1-18.0001 | 4/25/1994 | Corps of Engineers-Galveston Dist. | | COE Manual | Procedures for Handling Contract claims |
| 170 | ER415-1-11 | ER415-1-11.0008 | 9/1/1994 | U. S. Army Corps of Engineers | | COE Manual | Biddability, Constructibility and Operability |
| 171 | RM-COE-01073 | RM-COE-01073 | 11/2/1994 | Few, James T | Brotman, Ira | Email | Regarding Lost Lake |
| 172 | FOIA-COE-000324 | FOIA-COE-000391 | 12/00/1994 | Corps of Engineers-Galveston Dist. | | Specifications | |
| 173 | FOIA-COE-000320 | FOIA-COE-000320 | 12/21/1994 | Monnell, Mary A | | Notice to proceed | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 174 | FOIA-COE-000414 | FOIA-COE-000415 | 7/27/1995 | Pearson, Dan | Boslet, Jane M | Letter | The Coastal Water Authority seeks approval to place 17,200 cubic yards of riprap material over three 108 inch water lines in the Houston Ship Channel approximately 1,150 feet downstream from the Lynchbury Ferry south landing. |
| 175 | FOIA-COE-000406 | FOIA-COE-000413 | 9/20/1995 | Corps of Engineers-Galveston Dist. | | Permit | Permit to place flexible revetment matting to provide erosion protection, just downstream of the south Lynchburg Ferry Landing |
| 176 | ER1180-1-6 | ER1180-1-6.0016 | 9/30/1995 | U. S. Army Corps of Engineers | | COE Manual | Construction Quality Management |
| 177 | RM-COE-21411 | RM-COE-21559 | 11/00/1995 | Corps of Engineers-Galveston Dist. | | Fax Cover Sheet | Engineering Supplement to Limited Reevaluation Report - Volume II - Civil Plates and Geotechnical Plates |
| 178 | FOIA-COE-000318 | FOIA-COE-000319 | 11/15/1995 | Hopkins, William J | | Performance Evaluation | |
| 179 | RM-COE-00914 | RM-COE-00914 | 12/6/1995 | Brotman, Ira | Few, James T | Email | Regarding dredging contracts |
| 180 | RM-COE-00913 | RM-COE-00913 | 12/17/1995 | | | Spreadsheet | Comparison of Houston Ship Channel Sediment (Samples S-1 to S-41) to Lost Lake Samples (Borings (93-118 to 93-129A) |
| 181 | RM-COE-00899 | RM-COE-00899 | 12/20/1995 | | | Spreadsheet | Void Ratios for HGNC Project |
| 182 | RM-COE-00909 | RM-COE-00910 | 12/20/1995 | | | Spreadsheet | Pelican Island Averages - Houston-Galveston Navigation Channel - Void Ratio Summary - Very Soft Clays |
| 183 | FOIA-COE-000700 | FOIA-COE-000703 | 05/00/1996 | | | Specifications | Invitation No. DACW64-96-B-0010, Houston Ship Channel, Texas, Dredging Carpenters Bayou to Greens Bayou |
| 184 | FOIA-COE-000704 | FOIA-COE-000708 | 06/00/1996 | Corps of Engineers-Galveston Dist. | | Specifications | Invitation No. DACW64-96-B-0010, Houston Ship Channel, Texas, Dredging Carpenters Bayou to Greens Bayou |
| 185 | FOIA-COE-001126 | FOIA-COE-001427 | 7/1/1996 | Gilbert, Paul A | | Reports | Article: Disintegration of Clay During Hydraulic Transportation Through a Dredge Pipe |
| 186 | FOIA-COE-000283 | FOIA-COE-000290 | 7/3/1996 | Corps of Engineers-Galveston Dist. | | Amendment | |
| 187 | FOIA-COE-000709 | FOIA-COE-000714 | 7/3/1996 | Corps of Engineers-Galveston Dist. | | Amendment | Invitation No. DACW64-96-B-0010, Houston Ship Channel, Texas, Dredging Carpenters Bayou to Greens Bayou -- Use of Lost Lake for dredging materials |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 188 | FOIA-COE-000272 | FOIA-COE-000282 | 7/16/1996 | Corps of Engineers-Galveston Dist. | | Amendment | Amendment of Solicitation/Modification of Contract - Amendment/Modification No. |
| 189 | FOIA-COE-000295 | FOIA-COE-000297 | 8/8/1996 | Hopkins, William J | Van Norman, James M | Letter | |
| 190 | FOIA-COE-000300 | FOIA-COE-000303 | 8/9/1996 | Boyd, Randy | Van Norman, James M | Letter | |
| 191 | FOIA-COE-000304 | FOIA-COE-000309 | 8/9/1996 | Van Norman, James M | Hopkins, William J | Fax Cover Sheet/Transmittal | |
| 192 | FOIA-COE-000313 | FOIA-COE-000316 | 8/16/1996 | Hopkins, William J | | Estimate | |
| 193 | FOIA-COE-000291 | FOIA-COE-000294 | 8/19/1996 | Corps of Engineers-Galveston Dist. | | Amendment | Amendment of Solicitation/Modification of Contract - Amendment/Modification No. |
| 194 | FOIA-COE-000298 | FOIA-COE-000299 | 8/19/1996 | Morris, Mike | | Memo | |
| 195 | RM-HVJ-00505 | RM-HVJ-00547 | 8/19/1996 | Onuekwusi, Chris | Simmons Jr., James | Letter | Geotechnical Memorandum Lost Lake Island Disposal Area Management Plan |
| 196 | FOIA-COE-000310 | FOIA-COE-000312 | 8/22/1996 | Hopkins, William J | | Memo | |
| 197 | FOIA-COE-000666 | FOIA-COE-000666 | 10/12/1996 | TL James | | Reports | |
| 198 | FOIA-COE-000665 | FOIA-COE-000665 | 10/18/1996 | TL James | | Reports | |
| 199 | EP1130-2-520 | EP1130-2-520.0112 | 11/29/1996 | U. S. Army Corps of Engineers | | COE Manual | Navigation & Dredging Operations & Maintenance Guidance and Procedures |
| 200 | RM-COE-11593 | RM-COE-11595 | 12/10/1996 | | | Contract Modification | Checklist for Modifications - Modification Number CO-1 |
| 201 | RM-COE-02303 | RM-COE-02304 | 01/00/1997 | US Department of Transportation | | Reports | Channel Obstruction Application |
| 202 | FOIA-COE-000404 | FOIA-COE-000405 | 4/15/1997 | Saenz, Luis F | | Spreadsheet | Determination of Liquidated Damages - Project |
| 203 | FOIA-COE-000698 | FOIA-COE-000699 | 05/00/1997 | Corps of Engineers-Galveston Dist. | | Specifications | Contract DACW64-97-C-0028 for Houston Ship Channel, Texas, Dredging Morgan Point to Carpenters Bayou in Harris and Chambers Counties, Texas; involves depositing dredged material in Lost Lake |
| 204 | RM-PHA-00370 | RM-PHA-00374 | 5/2/1997 | J. Simmons Group | Port of Houston Authority | Agreement/Contract | Contract for Professional Services between PHA and J. Simmons Group for 4/1/1997 through 3/31/1998 |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 205 | RM-COE-00651 | RM-COE-00662 | 5/3/1997 | | | Spreadsheet | Houston Ship Channel - Morgans Point to Carpenters Bayou |
| 206 | RM-COE-02285 | RM-COE-02286 | 6/13/1997 | Rushing, EC | Meyer, Alton H | Letter | Scope of Work for Lynchburg Ferry Crossing Survey |
| 207 | FOIA-COE-001732 | FOIA-COE-001753 | 6/17/1997 | Corps of Engineers-Galveston Dist. | | Amendment | Amendments 1-4 for Invitation No. DACW64-97-B-0023; Houston Ship Channel, Texas, Dredging Morgan Point to Carpenters Bayou in Harris and Chambers Counties, Texas; Para. 3.4.2.2 - The Port of Houston Authority is planning to use Lost Lake Placement Are prior to the scheduled start of this contract. |
| 208 | RM-COE-00340 | RM-COE-00389 | 6/18/1997 | Brotman, Ira; Benham III, James H; McManus, John L; Duarte, Rene; Brunt III, Dewey H | | Memo | Prenegotiation Objective Memorandum (POM)/Cost and Pricing Analysis Memorandum for Record -- Architect-Engineer Fixed Price Contract with US Small Business Administration and HVJ Associates, Inc. |
| 209 | RM-HVJ-00075 | RM-HVJ-00075 | 6/27/1997 | | | Chart | Input for Settle - Project Data Requirements and Associated Units - Placement Area: San Jancito - Galveston Harbor |
| 210 | RM-HVJ-00132 | RM-HVJ-00139 | 6/27/1997 | HVJ | | Chart | Input for SETTLE - Project Data Requirements and Associated Units - Input/Output from SETTLE |
| 211 | RM-HVJ-00076 | RM-HVJ-00076 | 07/00/1997 | | | Chart | Proposed Construction Sequence |
| 212 | FOIA-COE-001726 | FOIA-COE-001731 | 7/15/1997 | Monnell, Mary A | LaQuay, Timothy W | Letter | Contract DACW64-97-C-0028 for Houston Ship Channel, Texas, Dredging Morgan Point to Carpenters Bayou in Harris and Chambers Counties, Texas; involves depositing dredged material in Lost Lake |
| 213 | RM-COE-00390 | RM-COE-00426 | 7/16/1997 | Benham III, James H; Brotman, Ira; Duarte, Rene; Wittig III, Ernest H | | Memo | Price Negotiation Memorandum - Memorandum for Record - Proposed Architect-Engineer Fixed Price Contract with US Small Business Administration and HVJ Associates, Inc. |
| 214 | RM-COE-00336 | RM-COE-00337 | 7/21/1997 | Brunt III, Dewey H | CESWG-CT | Memo | Proposed 8(a) Fixed Price Contract for Engineering Design Services for Levee Design for Dredged Material Placement Areas |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 215 | RM-COE-00444 | RM-COE-00444 | 7/21/1997 | Monnell, Mary A | File - COE | Memo | Architect-Engineer Fixed Price Contract for Engineering Design Services for Levee Design for Dredged Material Placement |
| 216 | RM-HVJ-01447 | RM-HVJ-01569 | 7/29/1997 | HVJ Associates: | Monnell, Mary A | Agreement/Contract | Architect Engineering Contract |
| 217 | RM-HVJ-01571 | RM-HVJ-01579 | 7/29/1997 | Johnson, Herbert | Baker, Cleveland; Cole Jr, Curtis | Agreement/Contract | Amendment of Solicitaion/Modification of Contract for P00001 |
| 218 | RM-HVJ-00192 | RM-HVJ-00192 | 7/31/1997 | | | Chart | Quantities for Initial Depening and Widening - Placement Material to be Dredged |
| 219 | RM-COE-02260 | RM-COE-02260 | 8/6/1997 | Rushing, EC | Meyer, Alton H | Letter | Survey Along Shorelines in the Vicinity of the San Jacinto Monument (Sta. 522+00 to Sta. 546+00) and Lynchburg Ferry Crossing ( Sta. 460+00 to Sta. 480+00) |
| 220 | RM-COE-02263 | RM-COE-02263 | 8/6/1997 | Meyer, Alton H | | Chart | Estimation on Allowable Overdepth Dreding |
| 221 | RM-COE-02258 | RM-COE-02258 | 8/8/1997 | Meyer, Alton H | Dennis, G | Email | Houston-Galveston - Lynchberg Bend |
| 222 | RM-COE-02259 | RM-COE-02259 | 8/8/1997 | Dennis, N | Meyer, Alton H | Email | Houston-Galveston - Lynchberg Bend - Reply |
| 223 | RM-COE-02254 | RM-COE-02256 | 8/9/1997 | Meyer, Alton H | | Handwritten Note | Upper Bayou Reach |
| 224 | FOIA-COE-000416 | FOIA-COE-000418 | 8/12/1997 | Hollingworth, Ted | Anderson, Daniel W | Fax Cover Sheet/Transmittal | P. 418: Typical sections of new levee showing borrow area max 3 feet deep. |
| 225 | RM-COE-00492 | RM-COE-00498 | 8/12/1997 | | | Chart | Quantities - Designing the placement areas |
| 226 | RM-HVJ-00191 | RM-HVJ-00193 | 8/12/1997 | | | Chart | Quantities of Material |
| 227 | RM-COE-00650 | RM-COE-00650 | 8/13/1997 | Brotman, Ira | Chelliah, Devarajan | Fax Cover Sheet | Historic quantities |
| 228 | RM-COE-02219 | RM-COE-02219 | 8/28/1997 | Reindl, Edward A | Meyer, Alton H | Email | San Jac ship tracks |
| 229 | RM-COE-02234 | RM-COE-02234 | 9/2/1997 | | | Reports | Bayou Reach - Revised vs Original Alignment |
| 230 | RM-COE-00647 | RM-COE-00648 | 9/5/1997 | Chelliah, Devarajan | Brotman, Ira | Letter | Request for Additional Data, Levee Design for Dredged Material Placement Areas, Project No. 97-145G-00 |
| 231 | RM-COE-02246 | RM-COE-02246 | 9/5/1997 | Roman, Rob | Krueger, Dalton H | Letter | Options for a realignment at the Lynchburg Ferry. |
| 232 | RM-COE-02248 | RM-COE-02248 | 9/5/1997 | McManus, John L | Meyer, Alton H | Email | Option 2 for alignment at Lynchburg Ferry. |
| 233 | RM-COE-02247 | RM-COE-02247 | 9/6/1997 | Meyer, Alton H | Roberts, William G; Brotman, Ira; Richard, Earl S; Trevino, Gilbert | Email | HouGal Upper Bayou Realignment |
| 234 | RM-COE-00625 | RM-COE-00629 | 9/8/1997 | Corps of Engineers-Galveston Dist. | Hasen, Michael; Brotman, Ira; Cheney, D | Agenda for Meeting | Check Point Conference Number 2 - Agenda |
| 235 | RM-COE-05817 | RM-COE-05818 | 9/9/1997 | | | Bid Document | IFB and RFP Checklist for Contract Clause Fill-Ins |
| 236 | RM-COE-02245 | RM-COE-02245 | 9/10/1997 | Brotman, Ira | Meyer, Alton H | Email | Bayou X-Sections |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 237 | RM-HVJ-00074 | RM-HVJ-00074 | 9/10/1997 | | | Reports | Quantities to be used for designing the placement area |
| 238 | RM-COE-02244 | RM-COE-02244 | 9/11/1997 | Brotman, Ira | Meyer, Alton H | Email | Bayou Quants |
| 239 | FOIA-COE-001773 | FOIA-COE-001773 | 9/12/1997 | Anderson, Daniel W | Miller, Larry; Gorini, Richard F | Fax Cover Sheet/Transmittal | King Fisher Marine Service has requested permission to discharge dredged material in the southwest corner of Lost Lake rather than in the discharge corridor along the east side specified in our contract. |
| 240 | RM-COE-17037 | RM-COE-17040 | 9/13/1997 | Meyer, Alton H | | Reports | Table of Pay Sections and Quantities |
| 241 | RM-COE-00645 | RM-COE-00645 | 9/15/1997 | Brotman, Ira | Chelliah, Devarajan | Fax Cover Sheet | Lost Lake Info |
| 242 | RM-COE-16995 | RM-COE-16995 | 9/15/1997 | Krueger, Dalton H | Roman, Rob | Letter | Response to Letter dated 9/5/1997 re: reevaluation of the design template |
| 243 | RM-COE-00638 | RM-COE-00638 | 9/17/1997 | Brotman, Ira | Chelliah, Devarajan | Fax Cover Sheet | Quantity update for Lost Lake |
| 244 | RM-COE-00643 | RM-COE-00644 | 9/17/1997 | Chelliah, Devarajan | Brotman, Ira | Letter | Meeting Minutes, 09/10/1997 |
| 245 | RM-HVJ-00066 | RM-HVJ-00067 | 9/17/1997 | Cheney, D | Brotman, Ira | Minutes | Meeting Minutes for 09/10/1997 |
| 246 | RM-HVJ-00072 | RM-HVJ-0073 | 9/17/1997 | Brotman, Ira | Cheney, D | Fax Cover Sheet/Transmittal | Quantity update for Lost Lake |
| 247 | RM-COE-00585 | RM-COE-00585 | 9/18/1997 | | | Chart | Bayou Reach - Houston Ship Channel Quantities |
| 248 | RM-COE-00635 | RM-COE-00637 | 9/18/1997 | Brotman, Ira | Chelliah, Devarajan; Hasen, Michael | Fax Cover Sheet | Texas City Levee |
| 249 | RM-HVJ-00068 | RM-HVJ-00071 | 9/18/1997 | HVJ | | Chart | Option 2 Alignment - Revised vs. Original Alignment |
| 250 | RM-HVJ-00070 | RM-HVJ-00070 | 9/18/1997 | | | Chart | Placement Area Quanities |
| 251 | RM-HVJ-00071 | RM-HVJ-00071 | 9/18/1997 | | | Chart | Placement Area Quanitties |
| 252 | RM-HVJ-00613 | RM-HVJ-00613 | 9/18/1997 | | | Chart | Placement Area Quantities |
| 253 | RM-COE-00614 | RM-COE-00614 | 9/24/1997 | Houston-Galveston Navigation Channels | | Spreadsheet | Lost Lake - Project Data Requirements and Associated Units |
| 254 | RM-COE-02232 | RM-COE-02232 | 9/24/1997 | | | Reports | Houston Ship Channel - Bayou Reach - Revised vs Original Alignment |
| 255 | RM-HVJ-00164 | RM-HVJ-00175 | 9/24/1997 | HVJ | | Reports | Initial Filling Design - Design Summary - Notes |
| 256 | RM-COE-00615 | RM-COE-00624 | 9/26/1997 | Corps of Engineers-Galveston Dist. | Hasen, Michael; Brotman, Ira; Kuhne, Patrick A; McManus, John L | Agenda for Meeting | Check Point Conference Number 3 - Agenda |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 257 | FOIA-COE-000715 | FOIA-COE-001125 | 9/30/1997 | Corps of Engineers | | Manual | Manual: Construction Equipment Ownership and Operating Expense Schedule, Region VI, EP 1110-1-8, Volume 6, September 1997 |
| 258 | RM-COE-00605 | RM-COE-00605 | 9/30/1997 | HVJ Associates, Inc. | Brotman, Ira | Reports | Design Summary - Lost Lake Disposal Area - Initial Filling Design |
| 259 | RM-COE-02220 | RM-COE-02220 | 9/30/1997 | Brotman, Ira | Anderson, Daniel W | Email | Lost Lake |
| 260 | RM-COE-00581 | RM-COE-00582 | 10/1/1997 | Chelliah, Devarajan | Brotman, Ira | Letter | Test Data on Soft New Work Material, Levee Design for Dredged Material Placement Areas, Project Number 97-145G-00 |
| 261 | RM-HVJ-00051 | RM-HVJ-00052 | 10/1/1997 | Cheney, D | Brotman, Ira | Letter | Test Data on Soft New Work Material Levee Design for Dredged Material Placement Area |
| 262 | RM-COE-02221 | RM-COE-02221 | 10/7/1997 | McManus, John L | Meyer, Alton H | Email | 'fyi, to aid in your timely completion of P&S' |
| 263 | RM-COE-05116 | RM-COE-05119 | 10/10/1997 | | | Bid Document | Part 14--Sealed Bidding - Federal Acquisition Regulation |
| 264 | FOIA-COE-001774 | FOIA-COE-001774 | 10/15/1997 | Hopkins, William J | LaQuay, Timothy W | Letter | King Fisher is behind schedule. |
| 265 | RM-HVJ-00149 | RM-HVJ-00151 | 10/15/1997 | Brotman, Ira | | Chart | Estimate of Displaced Material - Lost Lake |
| 266 | RM-COE-02015 | RM-COE-02024 | 10/17/1997 | Jefts, Alan R; Roman, Rob; Hurm, Lee; Link, Bert; Hrabovsky, Leon | | Reports | Independent Technical Review - Review Comments Reports - Upper Bayou |
| 267 | RM-COE-02025 | RM-COE-02031 | 10/17/1997 | Jefts, Alan R; Roman, Rob; Hurm, Lee; Link, Bert; Hrabovsky, Leon | | Reports | Independent Technical Review - Review Comments Reports |
| 268 | RM-COE-02179 | RM-COE-02188 | 10/17/1997 | Jefts, Alan R; Roman, Rob; Hurm, Lee; Link, Bert; Hrabovsky, Leon | | Specifications | Independent Technical Review (ITR) - Review Comments Reports |
| 269 | RM-COE-02189 | RM-COE-02195 | 10/17/1997 | Jefts, Alan R; Roman, Rob; Hurm, Lee; Link, Bert; Hrabovsky, Leon | | Specifications | Independent Technical Review (ITR) - Review Comments Reports |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 270 | RM-HVJ-00018 | RM-HVJ-00034 | 10/17/1997 | Jefts, Alan R; Roman, Rob; Hurm, Lee; Link, Bert; Hrabovsky, Leon | | Reports | Independent Technical Review (ITR): Review Comments Reports |
| 271 | RM-HVJ-00035 | RM-HVJ-00037 | 10/17/1997 | Jefts, Alan R; Roman, Rob; Hurm, Lee; Link, Bert; Hrabovsky, Leon | | Letter | ITR Upper Bayou Dredging Comments |
| 272 | RM-TCB-00016 | RM-TCB-00028 | 10/17/1997 | Jefts, Alan R; Roman, Rob; Hurm, Lee; Link, Bert; Hrabovsky, Leon | | Reports | ITR Review Comments Reports |
| 273 | RM-COE-00182 | RM-COE-00182 | 10/20/1997 | Few, James T | Brotman, Ira | Email | Hou-Gal, Dredging Upper Bayou |
| 274 | RM-COE-02167 | RM-COE-02168 | 10/27/1997 | Brotman, Ira | | Memo | Houston-Galvestonj Navigation Channels, Texas, 45-Foot Project, Dredging Upper Bayou |
| 275 | RM-COE-02006 | RM-COE-02009 | 10/28/1997 | Hopkins, William J | | Memo | BCOE Review, Houston Galveston Navigation Channels, Dredging Upper Bayou |
| 276 | RM-COE-02007 | RM-COE-02011 | 10/28/1997 | Anderson, Daniel W; Whitmire, Richard S | | Specifications | Review Comments Proposed Work |
| 277 | RM-COE-02200 | RM-COE-02202 | 10/28/1997 | Hopkins, William J | | Reports | Project Upper Bayou - Review Comments Proposed Work |
| 278 | REM12100 | REM12100 | 10/30/1997 | Brotman, Ira | | Handwritten Note | 'Lost Lake' |
| 279 | REM35515 | REM35516 | 10/30/1997 | | | Handwritten Note | Lost Lake From HVJ |
| 280 | RM-COE-00631 | RM-COE-00631 | 10/30/1997 | Brotman, Ira | Roman, Rob | Fax Cover Sheet | Lost Lake Quantities |
| 281 | RM-COE-00632 | RM-COE-00634 | 10/30/1997 | | | Spreadsheet | Bayou Reach - Houston Ship Channel Quantities |
| 282 | RM-COE-01994 | RM-COE-01994 | 11/3/1997 | Rawls, Michael B | | Proposal | Determination of Liquidated Damages |
| 283 | FOIA-COE-000696 | FOIA-COE-000697 | 11/4/1997 | Brown, James C | Corps of Engineers-Galveston Dist. | Memo | Construction time and liquidated damages for Upper Bayou are 463 calendar days and $390.00 per day, respectively |
| 284 | RM-COE-01993 | RM-COE-01993 | 11/4/1997 | Brown, James C; Rawls, Michael B | | Memo | BCOE Comments, Construction Time, and Liquidated Damages for Dredging Upper Bayou |
| 285 | RM-COE-02198 | RM-COE-02203 | 11/4/1997 | Brown, James C | | Specifications | Review Comments Proposed Work - Galveston District |