## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 286 | RM-HVJ-00046 | RM-HVJ-00047 | 11/4/1997 | Brown, James C | CESWG-ED-DP | Memo | BCOE Comments, Construction Time and Liquidated Damages |
| 287 | FOIA-COE-000402 | FOIA-COE-000403 | 11/24/1997 | Hopkins, William J | LaQuay, Timothy W | Letter | |
| 288 | FOIA-COE-001775 | FOIA-COE-001776 | 11/24/1997 | Hopkins, William J | LaQuay, Timothy W | Letter | King Fisher is behind schedule. |
| 289 | RM-HVJ-00620 | RM-HVJ-00620 | 11/24/1997 | HVJ | | Reports | Fill/Cut Ratio Estimate - Private Contract |
| 290 | RM-HVJ-00621 | RM-HVJ-00621 | 11/24/1997 | HVJ | | Reports | Average Required Time for Private New Work |
| 291 | RM-HVJ-00663 | RM-HVJ-00663 | 11/24/1997 | HVJ | | Reports | Initial Filling Design - Design Summary |
| 292 | RM-HVJ-01032 | RM-HVJ-01032 | 11/24/1997 | | | Chart | Initial and Fianl Slope Stability Analysis Values |
| 293 | RM-COE-02105 | RM-COE-02106 | 11/25/1997 | | | Chart | Houston Ship Channel Option 2 Alignment - Selected |
| 294 | RM-COE-02102 | RM-COE-02110 | 11/26/1997 | Meyer, Alton H | Brotman, Ira | Email | Est. Dredging for Upper Bayou |
| 295 | RM-COE-02107 | RM-COE-02110 | 11/26/1997 | | | Chart | Houston Ship Channel Option 2 Alignment - Selected |
| 296 | RM-COE-02170 | RM-COE-02172 | 11/26/1997 | Brotman, Ira | McManus, John L | Memo | Responses to Independent Technical Review (ITR) and BCOE Comments |
| 297 | RM-COE-17060 | RM-COE-17062 | 11/26/1997 | Meyer, Alton H | | Specifications | Estimation on Allowable Overdepth Dredging |
| 298 | RM-COE-00506 | RM-COE-00519 | 12/00/1997 | HVJ Associates, Inc. | | Reports | Laboratory Test Summary Sheet - Hand Auger Borings |
| 299 | RM-COE-02163 | RM-COE-02166 | 12/1/1997 | McManus, John L | | Memo | ITR Review Comment Responses |
| 300 | RM-COE-02204 | RM-COE-02205 | 12/1/1997 | MacManus, John L | | Memo | BCOE Review Comment Responses |
| 301 | RM-HVJ-00009 | RM-HVJ-00013 | 12/1/1997 | Chelliah, Devarajan | Brotman, Ira | Letter | Response to Comments from ITR & BCOE: Drawings C-12, C-13, C-14, F-5 &F-6 |
| 302 | RM-HVJ-00015 | RM-HVJ-00017 | 12/1/1997 | McManus, John L | Record for CESWG | Memo | ITR Review Comment Responses |
| 303 | RM-COE-00180 | RM-COE-00181 | 12/3/1997 | Meyer, Alton H | Brotman, Ira | Email | HouGal - Upper Bayou Reach |
| 304 | RM-COE-02207 | RM-COE-02207 | 12/3/1997 | Brown, Rhonda G | Meyer, Alton H | Email | HouGal - Upper Bayou Reach |
| 305 | RM-COE-02206 | RM-COE-02206 | 12/9/1997 | Anderson, Daniel W | Meyer, Alton H | Email | Pay sections for HouGal Upper Bayou |
| 306 | RM-COE-00499 | RM-COE-00499 | 12/10/1997 | McManus, John L | Sutcliffe, Harrison T | Email | H-GNC, Contr 7, Dredging Upper Bayou, Lost Lake Placement Area |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 307 | FOIA-COE-001777 | FOIA-COE-001778 | 12/17/1997 | Hopkins, William J | LaQuay, Timothy W | Letter | The Corps has considered allowing dredged material from a private facility (PakTank) to be placed in the Lost Lake Placement Area. The Corps has been delaying use of Lost Lake by private facilities due to your contract requirement to place approximately 110,000 cubic yards into Lost Lake. ... The contractor for PakTank plans to complete pumping into Lost Lake by January 5, 1998. Therefore, the Corps has agreed to allow dredged material from PakTank to be placed in Lost Lake. |
| 308 | RM-COE-00520 | RM-COE-00533 | 12/18/1997 | HVJ Associates, Inc. | | Reports | Log of Boring (Hand Auger) |
| 309 | RM-COE-00534 | RM-COE-00535 | 12/22/1997 | | Brotman, Ira | Survey | Lost Lake Placement Area - 14 hand auger locations and elevations, 4 cross sections |
| 310 | RM-COE-02178 | RM-COE-02178 | 12/23/1997 | Meyer, Alton H | | Reports | Upper Bayou Reach - Bottom Widths at Transitions |
| 311 | RM-COE-00501 | RM-COE-00502 | 12/29/1997 | Brotman, Ira | | Chart | Lost Lake Placement Area, Hand Augers |
| 312 | RM-COE-05585 | RM-COE-05586 | 00/00/1998 | Benero, Thomas | Commander, Southwestern Division | Memo | Mistake in Bid on Solicitation No. DACW64-98-B-0004 |
| 313 | RM-COE-00503 | RM-COE-00503 | 1/9/1998 | Chelliah, Devarajan | Brotman, Ira | Letter | Geotechnical Engineering Investigation, Hand Auger Borings-Lost Lake, Levee Design for Dredged Material Placement Areas, Report No. 97-145G-01 |
| 314 | RM-HVJ-00355 | RM-HVJ-00372 | 1/9/1998 | Cheney, D | Brotman, Ira | Letter | Geotechnical Engineering Investigation - Hand Auger Borings - Lost Lake - Levee Design for Dredged Material Placement Areas |
| 315 | RM-JSG-00455 | RM-JSG-00464 | 1/11/1998 | Jefts, Alan R | Simmons, James | Letter | Task 0001: Construction Inspection Services - Dredging Lower Bay Job No. 13-63020-110 |
| 316 | RM-HVJ-00091 | RM-HVJ-00091 | 1/13/1998 | Hasen, Michael | Chelliah, Devarajan | Email | Lost Lake - Status |
| 317 | RM-GAL-0014219 | RM-GAL-0014221 | 1/15/1998 | McManus, John L | Unknown | Memo | Regarding Design Team Meeting on 1/6/1998 |
| 318 | RM-COE-00540 | RM-COE-00540 | 1/22/1998 | Brotman, Ira | Chelliah, Devarajan | Fax Cover Sheet | Lost Lake HL&P towers |
| 319 | RM-COE-04298 | RM-COE-04301 | 1/22/1998 | Campbell, David B | CESWG | Memo | Information for Advance Notice - PR No. W45VAK80214346 |
| 320 | RM-COE-02175 | RM-COE-02175 | 1/27/1998 | Meyer, Alton H | Wade A | Email | HouGal Upper Bayou Sections |
| 321 | RM-COE-05866 | RM-COE-05866 | 1/28/1998 | | | Article | Listing about bid due |
| 322 | RM-COE-00663 | RM-COE-00704 | 2/2/1998 | HVJ Associates, Inc. | | Reports | Engineering Design Report - Design of Dredged Material Placement Area |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 323 | RM-COE-05881 | RM-COE-05882 | 2/2/1998 | Chancellor, Jimmy | Hilliard, Carolyn | Agreement/Contract | Pre-Solicitation Notice - Chancellor and Son, Inc. |
| 324 | RM-HVJ-01582 | RM-HVJ-01747A | 2/2/1998 | Cheney, D | Brotman, Ira | Letter | Design Analysis Report |
| 325 | RM-COE-00536 | RM-COE-00536 | 2/3/1998 | | | Chart | Houston Ship Channel - Bayou Reach - Revised vs Original Alignment |
| 326 | RM-COE-05860 | RM-COE-05861 | 2/4/1998 | Bundt, James | Corps of Engineers-Galveston Dist. | Agreement/Contract | Pre-Solicitation Notice - Lake Michigan Contractors, Inc. |
| 327 | RM-COE-05841 | RM-COE-05843 | 2/6/1998 | Edger, David | Corps of Engineers-Galveston Dist. | Agreement/Contract | Pre-Solicitation Notice - |
| 328 | RM-COE-05900 | RM-COE-05957 | 2/6/1998 | Gatlin, Hoy | Corps of Engineers-Galveston Dist. | Agreement/Contract | Pre-Solicitation Notice - AGC of Texas |
| 329 | RM-COE-03237 | RM-COE-03283 | 2/8/1998 | | | Spreadsheet | Log Book |
| 330 | RM-COE-02125 | RM-COE-02125 | 2/13/1998 | Meyer, Alton H | | Chart | Traverse Channel Toes |
| 331 | RM-COE-02118 | RM-COE-02118 | 2/20/1998 | Meyer, Alton H | | Chart | Estimation on Allowable Overdepth Dredging |
| 332 | RM-COE-17065 | RM-COE-17066 | 2/20/1998 | Meyer, Alton H | | Specifications | Estimation on Allowable Overdepth Dredging |
| 333 | RM-COE-17474 | RM-COE-17474 | 2/25/1998 | Krueger, Dalton H | Monnell, Mary A | Email | HGNC - Advertisement of Upper Bayou Contract (DACW64-98-B-0004) |
| 334 | RM-COE-00183 | RM-COE-00183 | 2/26/1998 | Few, James T | Kuhne, Patrick A | Email | The Preliminary Slope Stability |
| 335 | RM-HVJ-00002 | RM-HVJ-00003 | 2/28/1998 | Few, James T | Cheney, D | Letter | Levee Design for dredged Material Placement Areas |
| 336 | RM-COE-00184 | RM-COE-00184 | 3/4/1998 | Few, James T | McManus, John L | Email | Plotted Boring Logs, Alexander and Spilman |
| 337 | RM-COE-00189 | RM-COE-00190 | 3/4/1998 | Few, James T | Meyer, Alton H | Email | More Turfing at Lost Lake Questions |
| 338 | RM-COE-00191 | RM-COE-00191 | 3/4/1998 | Few, James T | Meyer, Alton H | Email | HCS, 1 on 4 Slope |
| 339 | RM-COE-00192 | RM-COE-00192 | 3/4/1998 | Few, James T | Meyer, Alton H | Email | Turfing at Lost Lake |
| 340 | RM-COE-05849 | RM-COE-05849 | 3/5/1998 | Mayeux, Michael | US Army Corps of Engineers | Agreement/Contract | Pre-Solicitation Notice - |
| 341 | RM-COE-00232 | RM-COE-00233 | 3/19/1998 | Jefts, Alan R | McManus, John L | Letter | Upper Bayou comments on Final plans and specs |
| 342 | RM-COE-02084 | RM-COE-02089 | 3/23/1998 | Meyer, Alton H | McManus, John L; Campbell, David B | Email | H-GNC Project - ITR Final Review Comments |
| 343 | RM-COE-02062 | RM-COE-02068 | 04/00/1998 | | | Reports | Turner Collie and Braden/Gahagan and Bryant Joint Venture - Internal Technical Review |
| 344 | RM-COE-00245 | RM-COE-00248 | 4/2/1998 | McManus, John L | Jefts, Alan R | Letter | Response to Jefts' 03/19/1998 letter - Outlining Responses to Comments on Specifications Section 02223. |
| 345 | FOIA-COE-001722 | FOIA-COE-001723 | 4/7/1998 | T. L. James | | Reports | P. 1723: 0 cy deposited in Lost Lake this day |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 346 | RM-COE-00249 | RM-COE-00251 | 4/7/1998 | Jefts, Alan R | McManus, John L | Letter | HGMC 45-Foot Project Dredging Upper Bayou - ITR-Check Print Version - TC&B Job No 13-63020-050 |
| 347 | FOIA-COE-001718 | FOIA-COE-001719 | 4/8/1998 | T. L. James | | Reports | P. 1719: 23,680 cy deposited in Lost Lake this day; 23,680 cy cumulative deposit in Lost Lake |
| 348 | FOIA-COE-001724 | FOIA-COE-001725 | 4/8/1998 | T. L. James | | Reports | From this work, the dredge removed approximately 18,500 cubic yards of shoal material from the payable dredging prism while removing approximately 23,680 cubic yards total. The excavated material consisted primarily of soft, muddy, sandy silt. It was pumped through a total of 3,425 feet of 30 diameter pipeline (consisting of 1,000 feet of floating line and 2,425 feet of shoreline) to the Lost Lake Placement Area" |
| 349 | FOIA-COE-001720 | FOIA-COE-001721 | 4/9/1998 | T. L. James | | Reports | The excavated material consisted primarily of soft, muddy, sandy silt; with the occasional clumps of debris. Material removed was pumped to the Lost Lake Placement Area via a total of 3,925 feet of 30 diameter pipeline, which was configured of 2,425 feet of shore line and 1,500 feet of floating line." |
| 350 | FOIA-COE-001714 | FOIA-COE-001715 | 4/10/1998 | T. L. James | | Reports | The material being dredged consisted of soft muddy, sandy silt; with an abundance of gas being present as well. All of the dredged material was pumped through a total of 4,775 feet of 30 diameter pipeline out into Lost Lake Placement Area." |
| 351 | FOIA-COE-001716 | FOIA-COE-001717 | 4/10/1998 | T. L. James | | Reports | P. 1717: 37,455 cy deposited in Lost Lake this day; 76,910 cy cumulative deposit in Lost Lake |
| 352 | RM-COE-00148 | RM-COE-00150 | 4/12/1998 | Corps of Engineers-Galveston Dist. | | Reports | Geotechnical Boring Data |
| 353 | | | | | | | Before Dredging and After Dredging Surveys - Section #1 (will be joint exhibit; see note at bottom of document) |
| 354 | RM-COE-16929 | RM-COE-16929 | 4/16/1998 | Few, James T | Meyer, Alton H | Email | HouGal Upper Bayou |
| 355 | RM-COE-16930 | RM-COE-16930 | 4/16/1998 | Meyer, Alton H | Few, James T | Email | HouGal Upper Bayou |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 356 | RM-COE-17046 | RM-COE-17048 | 4/16/1998 | Meyer, Alton H | | Survey | Notes re surveys in 2/98 and changes to be made |
| 357 | RM-COE-17063 | RM-COE-17064 | 4/16/1998 | Meyer, Alton H | | Specifications | Estimation on Allowable Overdepth Dredging |
| 358 | RM-COE-02076 | RM-COE-02076 | 4/21/1998 | Krueger, Dalton H | Cutler, Casey K | Email | Electric lines crossing the HSC |
| 359 | RM-COE-02788 | RM-COE-02788 | 4/22/1998 | Meyer, Alton H | Anderson, Daniel W | Email | HouGal contracts |
| 360 | RM-COE-05820 | RM-COE-05821 | 4/22/1998 | Lucas, Helen | Corps of Engineers-Galveston Dist. | Letter | DACW64-98-B-0004 - Enclosing check to cover the cost of 1 set of half size plans and specifications for each of the referenced job |
| 361 | RM-COE-02075 | RM-COE-02075 | 4/23/1998 | Few, James T | McManus, John L | Email | Lynchburg Ferry Landing |
| 362 | RM-COE-02069 | RM-COE-02071 | 4/27/1998 | Meyer, Alton H | | Memo | Response to ITR Comments |
| 363 | RM-COE-05834 | RM-COE-05835 | 4/29/1998 | VanNorman, James M | Corps of Engineers-Galveston Dist. | Agreement/Contract | Pre-Solicitation Notice - |
| 364 | RM-COE-02787 | RM-COE-02787 | 5/4/1998 | Rozsypal, Johnny | McManus, John L; Krueger, Dalton H | Email | H-GNC Project, Design Team Meeting for 05/1998 |
| 365 | RM-COE-04285 | RM-COE-04287 | 5/6/1998 | Brown, James C | | Financial | Determination of Liquidated Damages |
| 366 | RM-COE-02060 | RM-COE-02060 | 5/14/1998 | Meyer, Alton H | Kanu P; Fern K | Email | HouGal Upper Bayou Specs |
| 367 | RM-COE-02786 | RM-COE-02786 | 5/21/1998 | Brown, David R | McManus, John L | Email | Houston-Galv., Dredging Upper Bayou |
| 368 | RM-COE-02012 | RM-COE-02014 | 5/22/1998 | Jefts, Alan R | McManus, John L | Letter | ITR Check Print Review; Base and Option; TC&B Job Number 1363020052 |
| 369 | RM-COE-02536 | RM-COE-02540 | 5/28/1998 | | | Reports | Grain Size Summary Report |
| 370 | FOIA-COE-002042 | FOIA-COE-002042 | 06/00/1998 | Corps of Engineers-Galveston Dist. | | Spreadsheet | Contract No. DACW64-99-C-0012 - Houston Ship Channel, Dredging Sims Bayou to Greens Bayou with Extension to Boggy Bayou Basin - Determination of Liquidated Damages |
| 371 | REM14657 | REM14993 | 06/00/1998 | | | Reports | Dredging Upper Bayou - Logs of Borings |
| 372 | RM-COE-00252 | RM-COE-00256 | 06/00/1998 | H.V.J.; E.S.R.; Potts, Eric R | | Chart | 45-Foot Project - Lost Lake Placement Area - Plan - New Levee Baseline Coordinates |
| 373 | RM-COE-01400 | RM-COE-01400 | 06/00/1998 | Potts, Eric R; Hasen, Michael | | Drawings | Sketch 1 Lost Lake Placement Area Levee Cross Sections |
| 374 | RM-COE-01512 | RM-COE-01512 | 06/00/1998 | Hosen, Michael; Potts, Eric R | | Drawings | Sketch 1 Lost Lake Placement Area Levee Cross Sections |
| 375 | RM-COE-03900 | RM-COE-04036 | 06/00/1998 | Corps of Engineers-Galveston Dist. | | Specifications | Specifications for Dredging Upper Bayou - Houston-Galveston Navigation Channels, Texas (45-Foot Project) (may be joint exhibit; under discussion as of 1/12/05) |
| 376 | RM-TCB-00029 | RM-TCB-00093 | 06/00/1998 | Turner Collie & Braden Inc. | | Reports | ITR-Contract 7 |
| 377 | REM30675 | REM30688 | 6/1/1998 | | | Drawings | Typical Levee Station |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 378 | RM-COE-02782 | RM-COE-02782 | 6/2/1998 | Krueger, Dalton H | Medina, Richard; Bass, Robert J; McManus, John L; Meyer, Alton H; Reindl, Edward A; Rozsypal, Johnny; Richardson, Randolph E; Kieslich, James M; Dunn, Dolan D; Duarte, Rene; Brown, David R; Martin, Arthur J; Behrens, Robert L; Herrington, Edward V; Davidson, John; Devany, Carol A | Email | HGNC - PCA with the PHA Signing |
| 379 | RM-PHA-00363 | RM-PHA-00367 | 6/3/1998 | J. Simmons Group | Port of Houston Authority | Agreement/Contract | Contract for Professional Services between PHA and J. Simmons Group for 4/1/1998 through 3/31/1999 |
| 380 | RM-COE-02090 | RM-COE-02090 | 6/4/1998 | Meyer, Alton H | Few, James T; Brown, Rhonda G | Email | More turfing at Lost Lake questions |
| 381 | RM-COE-02052 | RM-COE-02052 | 6/8/1998 | Lockhart, Jacqueline F | Meyer, Alton H | Email | Hous Galv, Upper Bayou |
| 382 | REM16036 | REM16081 | 6/10/1998 | | | Agreement/Contract | Exhibit 6 to Certified Claim for Changed Conditions at Hydraulic Levees - Project Cooperation Agreement |
| 383 | REM35527 | REM35527 | 6/10/1998 | | | Article | Exhibit 4-1 - Photograph - Project Cooperation Agreement - Signing of the Houston-Galveston Ship Channel Project Cooperation Agreement |
| 384 | RM-COE-02530 | RM-COE-02530 | 6/10/1998 | Lockhart, Jacqueline F | Martinez, Isidoro S | Email | Quantities - Upper Bayou |
| 385 | RM-TCB-00100 | RM-TCB-00102 | 6/10/1998 | Jefts, Alan R | Walters, Ted G | Letter | Independent Technical Review |
| 386 | NOT USED | | | | | | |
| 387 | RM-COE-02057 | RM-COE-02057 | 6/16/1998 | Meyer, Alton H | Duarte, Rene | Email | Another Tim Question |
| 388 | RM-COE-02058 | RM-COE-02058 | 6/16/1998 | Meyer, Alton H | Fern K; Kanu P | Email | HouGal Upper Bayou Amend |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 389 | RM-COE-02528 | RM-COE-02528 | 6/16/1998 | Meyer, Alton H | Lockhart, Jacqueline F; Montgomery, David L | Email | HouGal Upper Bayou |
| 390 | RM-COE-03751 | RM-COE-03886 | 6/16/1998 | Benero, Thomas | Fisher, Eddie R | Agreement/Contract | Solicitation, Offer and Award - DACW64-99-C-0001 (may be joint exhibit; under discussion as of 1/12/05) |
| 391 | RM-COE-02527 | RM-COE-02527 | 6/17/1998 | Meyer, Alton H | Lockhart, Jacqueline F | Email | HouGal Upper Bayou Amendment |
| 392 | FOIA-COE-000399 | FOIA-COE-000401 | 6/18/1998 | Devany, Carol A | | Letter | |
| 393 | FOIA-COE-001779 | FOIA-COE-001781 | 6/18/1998 | Devany, Carol A | King Fisher Marine Service, Inc. | Letter | Please accept my sincere thanks for a job well done."" |
| 394 | RM-COE-00113 | RM-COE-00117 | 6/23/1998 | | | Bid Document | Questions By Prospective Bidders and Answers by The Galveston District Design Team |
| 395 | RM-COE-02040 | RM-COE-02041 | 6/23/1998 | Robichaux, Nolan | Devany, Carol A | Letter | Outlining questions and concerns re the solicitation. |
| 396 | RM-COE-02032 | RM-COE-02032 | 6/25/1998 | Meyer, Alton H | Hasen, Michael | Fax Cover Sheet | Couple of more questions from the pre bid conference |
| 397 | RM-COE-02781 | RM-COE-02781 | 6/25/1998 | Meyer, Alton H | Brown, David R | Email | HouGal Upper Bayou |
| 398 | RM-COE-05801 | RM-COE-05801 | 6/25/1998 | Devany, Carol A | | Bid Document | Notice to Bidders - Pre Bid Conference |
| 399 | RM-COE-02048 | RM-COE-02048 | 6/26/1998 | Meyer, Alton H | Morten, Kristy L; Brown, David R | Email | HouGal Upper Bayou Storm Water Pollution Plan |
| 400 | RM-COE-02049 | RM-COE-02049 | 6/26/1998 | Meyer, Alton H | Hauch, Robert G | Email | HouGal Upper Bayou Storm Water Pollution Plan |
| 401 | RM-COE-02780 | RM-COE-02780 | 6/26/1998 | Hauch, Robert G | Meyer, Alton H; Maurer, Herbie A; Brown, David R; Brown, Rhonda G; Morten, Kristy L | Email | HouGal - Upper Bayou Storm Water Pollution Plan |
| 402 | RM-COE-00137 | RM-COE-00140 | 6/29/1998 | | | Handwritten Note | Quick Check on Lost Lake |
| 403 | RM-COE-12260 | RM-COE-12265 | 7/1/1998 | Hasen, Michael | Meyer, Alton H | Fax Cover Sheet | Pre-Bid Conference Geotechnical Questions |
| 404 | RM-COE-00131 | RM-COE-00131 | 7/2/1998 | Meyer, Alton H | Duarte, Rene; Few, James T | Email | Upper Bayou questions |
| 405 | RM-COE-00132 | RM-COE-00133 | 7/2/1998 | Meyer, Alton H | Duarte, Rene | Email | Upper Bayou questions |
| 406 | RM-COE-02526 | RM-COE-02526 | 7/5/1998 | Meyer, Alton H | Lockhart, Jacqueline F | Email | Upper Bayou Bid Schedule |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 407 | RM-COE-22774 | RM-COE-22786 | 7/7/1998 | Corps of Engineers-Galveston Dist. | | Contract Modification | Amendment of Solicitation #0001 (may be joint exhibit; under discussion as of 1/12/05) |
| 408 | RM-COE-22773 | RM-COE-23000 | 7/7/1998 | US Army Corps of Engineers | | Proposal | C - Amendment of Solicitation No. DACW64-98-B-0004 - Houston-Galveston Navigation Channels Texas (45-Foot Project) Dredging Upper Bayou in Harris and Galveston Counties |
| 409 | RM-COE-05813 | RM-COE-05813 | 7/16/1998 | Hilliard, Carolyn M | Thomas, Reginald; Benero, Thomas; Powell, Travers; Lanigan, Dennis W; Patlan, Mary A; Devany, Carol A | Email | Bid Opening |
| 410 | RM-COE-02472 | RM-COE-02473 | 7/17/1998 | | | Bid Document | Pipeline Dredge Estimate - Checklist for Input Data |
| 411 | RM-COE-04095 | RM-COE-04228 | 7/17/1998 | | | Bid Document | Bidder Responsiveness Determination |
| 412 | RM-COE-04266 | RM-COE-04271 | 7/17/1998 | Lockhart, Jacqueline F.; Jarrell, Joe P | | Bid Document | Government Estimate |
| 413 | RM-COE-04272 | RM-COE-04277 | 7/17/1998 | | | Bid Document | List of Bidders Addresses |
| 414 | RM-COE-11605 | RM-COE-11605 | 7/17/1998 | Benero, Thomas; ; Fisher, Eddie R | | Contract Modification | Offer - Acknowledgement of Amendments |
| 415 | RM-COE-11611 | RM-COE-11611 | 7/17/1998 | Fisher, Eddie R; Gerstenmeier, Arnim I | | Bond | Bid Bond |
| 416 | RM-COE-23001 | RM-COE-23002 | 7/17/1998 | | | Proposal | D - DACW64-98-B-0004 - Houston-Galveston Channels Texas (45 Foot Project) Dredging Upper Bayou - comparative statement of bids |
| 417 | RM-COE-23030 | RM-COE-23062 | 7/17/1998 | | | Proposal | F - Bidder Responsiveness Determination for Invitation No. DACW64-98-B-0004 - Vendor: Great Lakes Dredge and Dock Co. |
| 418 | RM-COE-23096 | RM-COE-23128 | 7/17/1998 | | | Proposal | H - Bidder Responsiveness Determination for Invitation No. DACW64-98 B-0004 - Vendor: T.L. James & Co. Inc. |
| 419 | RM-COE-23160 | RM-COE-23166 | 7/17/1998 | Lockport Jacqueline F; Jarrell Joe P | | Proposal | J - Houston-Galveston Navigation Channels Texas Dredging Upper Bayou (45-Foot Project) in Harris and Galveston Counties - Invitation No. DACW64-98-B-004 |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 420 | RM-COE-02709 | RM-COE-02719 | 7/20/1998 | Hansen, Bradley T | Corps of Engineers-Galveston Dist. | Letter | IFB No DACW6498B0004 - Great Lakes requests a prompt decision by the Galveston District: Renda did not submit a responsive bid |
| 421 | RM-COE-02770 | RM-COE-02776 | 7/20/1998 | Devany, Carol A | | Agreement/Contract | Abstract of Offers Construction |
| 422 | RM-COE-04082 | RM-COE-04089 | 7/20/1998 | Devany, Carol A | | Bid Document | Bid Abstract Summary (may be joint exhibit; under discussion as of 1/12/05) |
| 423 | RM-COE-05137 | RM-COE-05137 | 7/20/1998 | Devany, Carol A | Fisher, Eddie R | Letter | Requesting the following info: Preaward Info, Small Business and Small Disadvantage Business Subcontracting Plan |
| 424 | RM-COE-12252 | RM-COE-12259 | 7/20/1998 | Devany, Carol A | | Bid Document | Abstract Summary |
| 425 | RM-COE-23168 | RM-COE-23176 | 7/20/1998 | Fisher Eddie R | Benero Thomas M | Letter | K - Decimal Error DACW64-98-B-004 - attaching bid estimate worksheet; request for permission to correct. |
| 426 | RM-COE-23178 | RM-COE-23178 | 7/24/1998 | Fisher Eddie R | Benero Thomas M | Letter | L - Requesting that the misplaced decimal be corrected in Renda Marine's bid submitted 07/17/98 for solicitation number DACW6498-B-0004. |
| 427 | RM-COE-02688 | RM-COE-02688 | 7/27/1998 | Fisher, Eddie R | Devany, Carol A | Letter | Enclosing statement re preaward Information and a protest filed by Great Lakes Dredge and Dock |
| 428 | RM-COE-23180 | RM-COE-23200 | 7/27/1998 | Fisher Eddie R | Devany Carol A | Letter | M - Attaching a statement re Preaward Info. and a protest filed by Great Lakes Dredge and Dock; also enclosing Preaward info. Page 00100-11 paragraphs (a) thru (f) of section 00100 Instructions Conditions and Notices to Bidders Small Business and Small Disadvantaged Business Subcontracting Plan (FAR 52 219-9 I) |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 429 | RM-COE-23202 | RM-COE-23212 | 7/29/1998 | Bowman Steven C | Benero Thomas M | Letter | N - Original Estimate Sheets and Bid Work Sheets Houston-Galveston Channels Texas (45 Foot Project) Dredging Upper Bayou - Invitation No. DACW64-98-B-004 - attaching estimate and bid work sheet for the cited project; advising that the issue of the Addendum which changed the bid form was adjusted on the change page; that the decimal error on the hydraulically constructed levees was in fact a misplaced decimal point as the total for bid item was 1394000 Dollars without profit overhead or payroll burdens. |
| 430 | RM-COE-23228 | RM-COE-23232 | 7/30/1998 | Fisher Eddie R | Benero Thomas M | Letter | Q - Attaching per request Affidavits and related documents in re to the bid preparation for Solicitation DACW64-98-B-004. |
| 431 | RM-COE-05121 | RM-COE-05122 | 7/31/1998 | Hansen, Bradley T | Benero, Thomas | Letter | IFB Number DACW64-98-B-0004 - [Performing a pre-award responsibility survey concerning Renda Marine, Inc. in connection with the protest filed by Great Lakes on 07/20/1998] |
| 432 | RM-COE-02689 | RM-COE-02708 | 8/3/1998 | Fisher, Eddie R; Bowman, Steven C | Benero, Thomas | Letter | IFB No. DACW64-98-B-004 - Bid Protest by Great Lakes Dredge and Dock Co. |
| 433 | RM-COE-03707 | RM-COE-03717 | 8/3/1998 | | | Bid Document | Pre Award Submittals - Subcontracting Plan |
| 434 | RM-COE-05799 | RM-COE-05799 | 8/3/1998 | Benero, Thomas | Hansen, Bradley T | Letter | IFB No. DACW64-98-B-0004, - Acknowledging receipt of Hansen's 07/31/1998 letter requesting a copy of pre-award documents submitted by Renda Marine concerning referenced invitation for bids |
| 435 | RM-COE-05185 | RM-COE-05191 | 8/10/1998 | Dupont, Allen J | | Reports | Review of Dredging Plan |
| 436 | RM-COE-02794 | RM-COE-02797 | 8/11/1998 | Hrabovsky, Leon | Benero, Thomas; ; Maurer, Herbie A | Fax Cover Sheet | DACW64-98-B-0004 |
| 437 | RM-COE-05147 | RM-COE-05149 | 8/11/1998 | | | Reports | TCB/GBA Joint Venture - Dredging Upper Bayou: Pre-Award Review |
| 438 | RM-COE-05184 | RM-COE-05184 | 8/11/1998 | Dupont, Allen J | Devany, Carol A | Letter | Renda Marine, Inc. - Review Dredging Upper Bayou DACW64-98-B-0004 |