# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 439 | RM-COE-02768 | RM-COE-02768 | 8/12/1998 | Brown, David R | Brunt III, Dewey H; Saenz, Luis F; Benero, Thomas; ; Rozsypal, Johnny; Krueger, Dalton H; Maurer, Herbie A; Jarrell, Joe P; McManus, John L | Email | Houston Galveston Upper Bayou Pre Award |
| 440 | RM-COE-05112 | RM-COE-05115 | 8/12/1998 | Hussin, Daniel L | Corps of Engineers-Galveston Dist. | Letter | IFB Number DACW64-98-B-0004 -[Great Lakes 07/20/1998 protest regarding Renda's responsibility with respect to the Upper Bayou Project] |
| 441 | RM-COE-23214 | RM-COE-23222 | 8/12/1998 | Fisher Eddie R | Benero Thomas M | Letter | O - Enclosing Fisher's bid estimate worksheet; furnishing details concerning the estimate worksheets |
| 442 | RM-COE-05133 | RM-COE-05134 | 8/13/1998 | | | Chart | Mobile Pulley and Machine Works Performance Curve |
| 443 | RM-COE-05135 | RM-COE-05136 | 8/13/1998 | Fisher, Eddie R | Benero, Thomas | Letter | [Disclosure of information in Renda Marine preaward submittals] |
| 444 | RM-COE-05111 | RM-COE-05111 | 8/14/1998 | Benero, Thomas | Rochen, George R; Jarrell, Joe P; Brunt III, Dewey H; Moore, Thomas; Keys III, Daniel; Brown, David R; Devany, Carol A; Krueger, Dalton H; Saenz, Luis F | Email | Re-cap of Pre-Award Meeting |
| 445 | REM12296 | REM12297 | 8/15/1998 | | | Chart | Stiff Clay Percentages Xls |
| 446 | RM-COE-02721 | RM-COE-02722 | 8/18/1998 | Oscar Renda Contracting | | Corporate | Renda Marine, Inc./Oscar Renda Contracting, Inc. - Commitments Contacts - Updated as of 8/18/1998 |
| 447 | RM-COE-05159 | RM-COE-05160 | 8/18/1998 | Renda Marine | | Reports | Commitments Contacts |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 448 | RM-COE-21560 | RM-COE-21561 | 8/19/1998 | Few, James T | Saenz, Luis F; Russek, Eric G; McManus, John L; Duarte, Rene; Sutcliffe, Harrison T; Rozsypal, Johnny | Email | Material Density at HSC, Upper Bayou |
| 449 | RM-COE-05607 | RM-COE-05607 | 8/20/1998 | | | Sign-In Sheet for Meeting | Renda Marine - Pre-Award Meeting |
| 450 | RM-COE-21562 | RM-COE-21563 | 8/20/1998 | Few, James T | Sutcliffe, Harrison T; Campbell, David B; Duarte, Rene; Rozsypal, Johnny | Email | Fwd: Material Density at HSC, Upper Bayou |
| 451 | RM-COE-21564 | RM-COE-21564 | 8/20/1998 | Few, James T | Rozsypal, Johnny | Email | Fwd: Material Density at HSC, Upper Bayou |
| 452 | RM-COE-05126 | RM-COE-05132 | 8/21/1998 | Fisher, Eddie R | Benero, Thomas | Letter | IFB Number DACW64-98-B-0004 [Providing clarifications to some of the questions asked by Benero technical staff] |
| 453 | RM-COE-05175 | RM-COE-05176 | 8/21/1998 | Renda Marine | | Chart | Mobile Pulley and Machine Works Performance Curve |
| 454 | RM-COE-23224 | RM-COE-23226 | 8/21/1998 | Bowman Steven C | Benero Thomas M | Letter | P - Invitation for Bid No. DACW64-98-B-0004 Houston-Galveston Channels Texas (45-Foot Project) Dredging Upper Bayou Unit Price Mistake - Bid Opening 07/17/98 - furnishing the details about the unit price bid mistake and the documents used for the bid. |
| 455 | RM-COE-02789 | RM-COE-02793 | 9/2/1998 | Brunt III, Dewey H | | Memo | Award of Contract under Invitation DACW64-98-B-0004 |
| 456 | RM-COE-05613 | RM-COE-05615 | 9/2/1998 | Brown, David R | | Reports | Pre-Award Survey |
| 457 | RM-COE-16497 | RM-COE-16497 | 9/4/1998 | Benero, Thomas | Buechler, Nicholas J; Rochen, George R; Jarrell, Joe P; Maurer, Herbie A; Moore, Thomas; Rozsypal, Johnny; Brown, David R; McManus, John L | Email | Contracting up-date |
| 458 | RM-GAL-0016099 | RM-GAL-0016099 | 9/4/1998 | Johnny Rozsypal@OD-N | Luis F Saenz@OD-N | Email | Contracting Update |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 459 | RM-GAL-0013097 | RM-GAL-0013104 | 9/10/1998 | McClenan, Cecil M; Gonzalez, Pedro | CESWG-AO-B | Memo | |
| 460 | RM-GAL-0013115 | RM-GAL-0013117 | 9/10/1998 | McClenan, Cecil M; Gonzalez, Pedro | CESWG-AO-B | Memo | |
| 461 | RM-COE-05628 | RM-COE-05628 | 9/16/1998 | | | Bid Document | Abstract of Bids |
| 462 | RM-COE-23234 | RM-COE-23240 | 9/18/1998 | Bowman Steven C | Benero Thomas M | Letter | R - Houston-Galveston Channels Texas (45 Foot Project) Dredging Upper Bayou - Invitation No. DACW64-98-B-004 - attaching affidavit of Steven Bowman. |
| 463 | RM-PHA-00432 | RM-PHA-00433 | 9/21/1998 | Buechler, Nicholas J | Kornegay, H. Thomas | Letter | Establishing Project Coordination Team |
| 464 | RM-COE-23242 | RM-COE-23243 | 9/25/1998 | Bowman Steven C | Benero Thomas M | Letter | S - Houston-Galveston Channels Texas (45 Foot Project) Dredging Upper Bayou - Invitation No. DACW64-98-B-004 - advising that Renda Marine agrees to extend the offer-acceptance period 60 days from the 09/18/98 to 11/18/98; that it is agreeable to additional extension periods if necessary. |
| 465 | RM-PHA-00431 | RM-PHA-00431 | 9/28/1998 | Kornegay, H. Thomas | Buechler, Nicholas J | Letter | Notification of government members appointed to Project Coordination Team |
| 466 | RM-PHA-00420 | RM-PHA-00426 | 10/1/1998 | Buechler, Nicholas J | Kornegay, H. Thomas | Letter | Summary of how actual construction costs will be allocated between PHA and COE |
| 467 | RM-PHA-00427 | RM-PHA-00430 | 10/1/1998 | Buechler, Nicholas J | Kornegay, H. Thomas | Letter | Summary of how quality assurance management for construction of beneficial use and oyster mitigation sites will be performed between PHA and COE |
| 468 | RM-COE-22761 | RM-COE-22769 | 10/2/1998 | Benero Thomas; Moore Thomas; Buechler Nicholas J | | Proposal | Determination and Findings On Mistake in Bid by Renda Marine on Solicitation on DACW64-B-98-004 Houston-Galveston Navigation Channels (45 Foot Project) - Dredging Upper Bayou Houston Texas - Findings of Fact - recommending that Renda Marine be granted permission to correct its mistake in bid. |
| 469 | RM-COE-21689 | RM-COE-21689 | 10/14/1998 | Saenz, Luis F | Willmore, Eric F; Rozsypal, Johnny; Maurer, Herbie A | Email | Consent to Easement for Permit to Houston Fuel Oils |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 470 | RM-GAL-0016170 | RM-GAL-0016170 | 10/14/1998 | Saenz, Luis F | Willmore, Eric F | Email | Consent to Easement for Permit to Houston Fuel Oils |
| 471 | RM-COE-02630 | RM-COE-02631 | 10/15/1998 | | | Contract Modification | Checklist for Modifications |
| 472 | RM-COE-11543 | RM-COE-11544 | 10/15/1998 | | | Contract Modification | Checklist For Modifications - Modification Number CO-3 |
| 473 | RM-COE-11565 | RM-COE-11566 | 10/15/1998 | | | Contract Modification | Checklist for Modifications - Modification Number CO-1 |
| 474 | RM-COE-05075 | RM-COE-05085 | 10/16/1998 | Tanner, Morris A; Holzwarth, Donald R | | Bid Document | Decision on Request to Correct Mistake in Bid |
| 475 | RM-COE-05098 | RM-COE-05109 | 10/16/1998 | Tanner, Morris A; Holzwarth, Donald R | | Bid Document | Decision on Request to Correct Mistake in Bid |
| 476 | RM-COE-05110 | RM-COE-05110 | 10/21/1998 | Hussin, Daniel L | Benero, Thomas | Letter | IFB No. DACW64-98-B-0004 - [Advising that Great Lakes Dredge and Dock Co. hereby withdraws the remaining portion of its agency protest dated 07/20/1998 relating to the discrepancy in CLIN 0006 in Renda Marine, Inc. bid] |
| 477 | RM-COE-21687 | RM-COE-21687 | 10/21/1998 | McManus, John L | Jarrell, Joe P; Brunt III, Dewey H; Campbell, David B; McClenan, Cecil M; Truesdell, Bryan; Weiss, Lynwood G; Saenz, Luis F; Wittig III, Ernest H; Meyer, Alton H; Few, James T | Email | Dredging Upper Bayou |
| 478 | REM11988 | REM11989 | 10/26/1998 | Corps of Engineers-Galveston Dist.; Renda Marine, Inc | Fisher, Eddie R | Contract Modification | Modification of Contract - Modification ref number P00011 - CO004 |
| 479 | RM-COE-02613 | RM-COE-02613 | 10/26/1998 | Corps of Engineers-Galveston Dist. | | Contract Modification | Amendment of Solicitation/Modification of Contract - CO-3 |
| 480 | RM-COE-03511 | RM-COE-03511 | 10/26/1998 | Benero, Thomas M | | Bid Document | Contract Dredging Post Bid Information |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 481 | RM-COE-03684 | RM-COE-03687 | 10/26/1998 | Benero, Thomas | Hopkins, William J; Carelock, Donald W | Letter | Designation of Administrative Contracting Officer (ACO) and Alternate Administrative Contracting Officer |
| 482 | RM-COE-03737 | RM-COE-03738 | 10/26/1998 | Fisher, Eddie R; Gerstenmeier, Arnim I | | Bond | Payment Bond |
| 483 | RM-COE-04038 | RM-COE-04038 | 10/26/1998 | Corps of Engineers-Galveston Dist. | | Agreement/Contract | Congressional Notification of award of Contract |
| 484 | RM-COE-04039 | RM-COE-04041 | 10/26/1998 | | | Chart | Official Contract Record Checklist - Pre Award |
| 485 | RM-COE-05549 | RM-COE-05550 | 10/26/1998 | Fisher, Eddie R; Gerstenmeier, Arnim I | | Bond | Performance Bond |
| 486 | RM-COE-12448 | RM-COE-12449 | 10/26/1998 | Benero, Thomas | Fisher, Eddie R | Letter | Reference to 07/17/1998 bid for IFB Number DACW64-98-B-0004, in Harris and Galveston Counties - accepting bid in the amount of 12,526,100 dollars |
| 487 | RM-COE-14028 | RM-COE-14031 | 10/26/1998 | Benero, Thomas | Hopkins, William J; Carelock, Donald W | Memo | Designation of Administrative Contracting Officer (ACO) and Alternate Administrative Contracting Officer (Alternate ACO) |
| 488 | RM-GAL-0016163 | RM-GAL-0016163 | 10/26/1998 | Cole, Curtis | DLLCESWGDISTF | Email | Notice of Contract Award |
| 489 | RM-COE-05204 | RM-COE-05204 | 11/3/1998 | Fisher, Eddie R | Machacek, Kenneth | Letter | Authorization to perform duties of Alternate Contractor Quality Control System Manager |
| 490 | RM-COE-05206 | RM-COE-05206 | 11/3/1998 | Fisher, Eddie R | Williams, Glen | Letter | Authorization to perform duties of Alternate Contractor Quality Control System Manager |
| 491 | RM-COE-05207 | RM-COE-05207 | 11/3/1998 | Fisher, Eddie R | Herrera, Nicholas | Letter | Authorization to perform QC responsibilities for dredging and hydraulic levees |
| 492 | RM-COE-05212 | RM-COE-05212 | 11/3/1998 | Machacek, Kenneth | Affolter, Kenneth | Letter | Authorization to perform QC responsibilities for stripping and exacavation; embankment construction; excavation, filling and backfilling for drop-outlet structure; seeding and fertilizing; and drop-outlet structures including pip and concrete. |
| 493 | RM-COE-05213 | RM-COE-05213 | 11/3/1998 | Machacek, Kenneth | Lopez, Heraclio | Letter | Authoization to perform QC responsibilities for dredgin and hydraulic levees |
| 494 | RM-COE-05214 | RM-COE-05214 | 11/3/1998 | Machacek, Kenneth | Machacek, Darrell | Letter | Authorzation to perform QC responsibilities for dredging and hydraulic levees |
| 495 | RM-COE-03691 | RM-COE-03691 | 11/16/1998 | Corps of Engineers-Galveston Dist. | Renda Marine | Other | Return Receipt for Notice to Proceed with work |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 496 | RM-COE-14051 | RM-COE-14052 | 11/18/1998 | Russek, Eric G | Brown, David R | Agenda for Meeting | Agenda for the Pre-Construction Conference |
| 497 | RM-GAL-0018933 | RM-GAL-0018934 | 11/18/1998 | Houston Galveston Navigation Channels | Unknown | Agenda | Pre-Construction Conference Agenda for 11/24/1998 |
| 498 | RM-COE-05205 | RM-COE-05205 | 11/19/1998 | Fisher, Eddie R | Herrera, Leo (Darillo) | Letter | Authorization to perform Alternate Contractor Quality Control System Manager |
| 499 | RM-COE-17462 | RM-COE-17464 | 11/19/1998 | Russek, Eric G | Brown, David R | Agenda for Meeting | Agenda for the QA/QC Coordination Meeting |
| 500 | RM-GAL-0018931 | RM-GAL-0018931 | 11/19/1998 | Russek, Eric G | Brown, David R; McManus, John L; Krueger, Dalton H; McClenan, Cecil M; Weiss, Lynwood G | Email | Upper Bayou Pre-Construction Conference |
| 501 | RM-GAL-0018932 | RM-GAL-0018932 | 11/19/1998 | Unknown | Unknown | Agenda | Agenda for QA/QC Coordination Meeting on 11/24/1998 |
| 502 | REM35922 | REM35929 | 11/24/1998 | Russek, Eric G; Fisher, Eddie R | | Sign-In Sheet for Meeting | Minutes of Pre-Construction Conference, Dredging Upper Bayou |
| 503 | RM-COE-13992 | RM-COE-13992 | 11/24/1998 | Fisher, Eddie R | Affolter Contracting Co. | Agreement/Contract | Statement and Acknowledgement |
| 504 | FOIA-COE-000001 | FOIA-COE-000218 | 12/00/1998 | Corps of Engineers-Galveston Dist. | | Specifications | Houston Ship Channel, Texas, Sims Bayou to Greens Bayou with Extension to Boggy Bayou Basin in Harris County, Texas; Invitation No. DACW64-99-B-0011; Specifications for Dredging 12/98 |
| 505 | RM-COE-14922 | RM-COE-14937 | 12/00/1998 | Hopkins, William J | | Quality Assurance Plan | Quality Assurance Program for 12/1998 |
| 506 | RM-COE-15372 | RM-COE-15387 | 12/00/1998 | Hopkins, William J | | Reports | Quality Assurance Program |
| 507 | RM-COE-03381 | RM-COE-03381 | 12/1/1998 | Herrera, Leo (Darillo) | Corps of Engineers-Galveston Dist. | Transmittal | Transmittal #3 -- Shop Drawings, Equipment Data, Material Samples, or Manufacturer's Certificates of Compliance |
| 508 | RM-COE-09147 | RM-COE-09151 | 12/1/1998 | Herrera, Leo (Darillo) | Corps of Engineers-Galveston Dist. | Transmittal | Transmittal #1 -- Shop Drawings, Equipment Data, Material Samples, or Manufacturer's Certificates of Compliance - Request to approve Construction Plan and Schedule |
| 509 | RM-COE-14039 | RM-COE-14042 | 12/1/1998 | Russek, Eric G; Fisher, Eddie R | | Minutes | Minutes of QA/AC Coordinating Meeting (11/24/1998) |
| 510 | RM-COE-14043 | RM-COE-14050 | 12/1/1998 | Russek, Eric G; Fisher, Eddie R | | Minutes | Minutes of Pre-Construction Conference (11/24/1998) |
| 511 | RM-COE-01678 | RM-COE-01680 | 12/3/1998 | Renda Marine | | Agenda for Meeting | Preparatory Meeting Agenda |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 512 | RM-COE-14016 | RM-COE-14016 | 12/18/1998 | Dredging Supply Co., Inc. | Fisher, Eddie R | Calendar | Renda Marine, Inc. - Production Schedule |
| 513 | RM-JSG-00440 | RM-JSG-00454 | 1/5/1999 | Waska, L.K. | Simmons, James | Agreement/Contract | Contract for Professional Services |
| 514 | FOIA-COE-000219 | FOIA-COE-000226 | 1/8/1999 | Corps of Engineers-Galveston Dist. | | Amendment | Amendment No. 0001: Houston Ship Channel, Texas, Sims Bayou to Greens Bayou with Extension to Boggy Bayou Basin in Harris County, Texas; Invitation No. DACW64-99-B-0011; Specifications for Dredging 12/98 |
| 515 | RM-COE-03400 | RM-COE-03410 | 1/11/1999 | Renda Marine | | Environmental Protection Plan | Environmental Protection |
| 516 | RM-COE-05194 | RM-COE-05197 | 1/11/1999 | Fisher, Crista G | Russek, Eric G | Letter | Request for the Quality Control Personnel for the said project be changed as, the position of CQC System Manager Second Alternate will be changed from Glen Williams to Frank Duke |
| 517 | RM-COE-05195 | RM-COE-05197 | 1/11/1999 | | | Personnel/Human Resources | CV of Frank 'PAT' Duke |
| 518 | RM-COE-05198 | RM-COE-05203 | 1/11/1999 | Russek, Eric G | | Reports | Quality Control Plan - Table of Contents |
| 519 | RM-COE-05208 | RM-COE-05211 | 1/11/1999 | | | Reports | Quality Control Plan - Section 7.0 Procedures |
| 520 | RM-COE-05215 | RM-COE-05215 | 1/11/1999 | | | Reports | Quality Control Plan - Section 8.0 and 9.0 |
| 521 | RM-COE-01676 | RM-COE-01677 | 1/17/1999 | | | Schedule | Classic Schedule Layout |
| 522 | RM-COE-14020 | RM-COE-14021 | 1/20/1999 | Fisher, Eddie R | Benero, Thomas | Letter | Schedule for Dredging - Dredging Boggy to Colorado - Follow-up to Thomas' 01/06/1996 letter, concerning the schedule for arrival of Renda Marine's new dredge Millennium |
| 523 | RM-COE-21686 | RM-COE-21686 | 1/25/1999 | Corps of Engineers | | Agenda for Meeting | Project Coordination Team Meeting No. 4 |
| 524 | RM-COE-12470 | RM-COE-12471 | 1/27/1999 | Lawhn, Robert W | | Houston Lighting & Power | Application for Department of the Army Permit - Number: 21598 |
| 525 | RM-COE-12472 | RM-COE-12472 | 1/27/1999 | Lawhn, Robert W | Buechler, Nicholas J | Letter | US Army Corps of Engineers Permit Application - 138KV Aerial Transmission Line Crossing at Old (San Jancinto) River at the Houston Ship Channel - Replacement Tower and Dolphin Structure Installation |
| 526 | RM-COE-12483 | RM-COE-12483 | 2/8/1999 | Albertson, Andrea | File - COE | Memo | I-3725; HLP Aerial Transmission Towers at Old (San Jacinto) River Houston, Harris County, Texas |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 527 | RM-COE-14011 | RM-COE-14011 | 2/9/1999 | Fisher, Eddie R | Russek, Eric G | Letter | Advising of changes in conduct of work that the subcontractor, Affolter Contracting, Inc., has made establishing haul roads for construction of the drop outlet structures at the Lost Lake Placement Area. |
| 528.001 | RM-COE-11609 | RM-COE-11609 | 2/11/1999 | Devany, Carol A; Renda Marine, Inc | | Contract Modification | Amendment/Modification No. P00001 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.002 | RM-COE-04631 | RM-COE-04638 | 2/24/1999 | Cole Jr, Curtis | | Contract Modification | Amendment/Modification No. P00002 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.003 | RM-COE-04624 | RM-COE-04630 | 3/15/1999 | Benero, Thomas | | Contract Modification | Amendment/Modification No. P00003 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.004 | RM-COE-04606 | RM-COE-04623 | 3/23/1999 | Cole Jr, Curtis | | Contract Modification | Amendment/Modification No. P00004 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.005 | RM-COE-04597 | RM-COE-04605 | 5/19/1999 | Benero, Thomas | | Contract Modification | Amendment/Modification No. P00005 |
| 528.006 | REM35272 | REM35274 | 6/23/1999 | Benero, Thomas; ; Fisher, Eddie R | | Contract Modification | Amendment/Modification No. P00006 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.007 | RM-COE-04551 | RM-COE-04558 | 7/12/1999 | Devany, Carol A | | Contract Modification | Amendment/Modification No. P00007 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.008 | RM-COE-04514 | RM-COE-04550 | 8/4/1999 | Devany, Carol A; Fisher, Eddie R | | Contract Modification | Amendment/Modification No. P00008 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.009 | RM-COE-04505 | RM-COE-04513 | 7/22/1999 | Benero, Thomas | | Contract Modification | Amendment/Modification No. P00009 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.010 | RM-COE-04498 | RM-COE-04504 | 8/12/1999 | Devany, Carol A | | Contract Modification | Amendment/Modification No. P00010 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.011 | RM-COE-04492 | RM-COE-04497 | 9/8/1999 | Devany, Carol A | | Contract Modification | Amendment/Modification No. P00011 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.012 | RM-COE-04483 | RM-COE-04491 | 10/22/1999 | Cole Jr, Curtis | | Contract Modification | Amendment/Modification No. P00012 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.013 | RM-COE-04476 | RM-COE-04482 | 3/22/2000 | Devany, Carol A | | Contract Modification | Amendment/Modification No. P00013 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.014 | RM-COE-04472 | RM-COE-04475 | 4/3/2000 | Devany, Carol A | | Contract Modification | Amendment/Modification No. P00014 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.015 | RM-COE-04461 | RM-COE-04471 | 5/26/2000 | Cole Jr, Curtis | | Contract Modification | Amendment/Modification No. P00015 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.016 | RM-COE-04454 | RM-COE-04460 | 8/15/2000 | Cole Jr, Curtis | | Contract Modification | Amendment/Modification No. P00016 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.017 | RM-COE-04447 | RM-COE-04453 | 8/28/2000 | Cole Jr, Curtis | | Contract Modification | Amendment/Modification No. P00017 (may be joint exhibit; under discussion as of 1/12/05) |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 528.018 | RM-COE-04437 | RM-COE-04446 | 9/29/2000 | Benero, Thomas | | Contract Modification | Amendment/Modification No. P00018 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.019 | RM-COE-04421 | RM-COE-04436 | 10/27/2000 | Benero, Thomas | | Contract Modification | Amendment/Modification No. P00019 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.020 | RM-COE-04408 | RM-COE-04420 | 11/7/2000 | Benero, Thomas | | Contract Modification | Amendment/Modification No. P00020 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.021 | RM-COE-04395 | RM-COE-04407 | 11/29/2000 | Benero, Thomas | | Contract Modification | Amendment/Modification No. P00021 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.022 | RM-COE-04382 | RM-COE-04394 | 1/2/2001 | Benero, Thomas | | Contract Modification | Amendment/Modification No. P00022 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.023 | RM-COE-04365 | RM-COE-04381 | 3/14/2001 | Benero, Thomas | | Contract Modification | Amendment/Modification No. P00023 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.024 | RM-COE-04352 | RM-COE-04364 | 3/22/2001 | Benero, Thomas | | Contract Modification | Amendment/Modification No. P00024 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.025 | RM-COE-04339 | RM-COE-04351 | 4/6/2001 | Fredendall, Linda M | | Contract Modification | Amendment/Modification No. P00025 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.026 | RM-COE-04330 | RM-COE-04338 | 5/4/2001 | Benero, Thomas; ; Bowman, Steven C | | Contract Modification | Amendment/Modification No. P00026 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.027 | RM-COE-04325 | RM-COE-04329 | 5/23/2001 | Benero, Thomas | | Contract Modification | Amendment/Modification No. P00027 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.028 | RM-COE-04320 | RM-COE-04324 | 9/18/2001 | Benero, Thomas | | Contract Modification | Amendment/Modification No. P00028 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.029 | RM-COE-04310 | RM-COE-04319 | 9/20/2001 | Benero, Thomas | | Contract Modification | Amendment/Modification No. P00029 (may be joint exhibit; under discussion as of 1/12/05) |
| 528.030 | RM-COE-04306 | RM-COE-04309 | 12/14/2001 | Benero, Thomas | | Contract Modification | Amendment/Modification No. P00030 (may be joint exhibit; under discussion as of 1/12/05) |
| 529 | RM-COE-12482 | RM-COE-12482 | 2/12/1999 | Yagecic, J | | Houston Lighting & Power | Project Manager Cultural Resource Coordination Form - Permit Number: 21598 - Applicant: Houston Lighting and Power |
| 530 | RM-GAL-0016167 | RM-GAL-0016168 | 2/12/1999 | Few, James T | Rozsypal, Johnny; Maurer, Herbie A; Hopkins, William J; Saenz, Luis F; McClenan, Cecil M | Email | |
| 531 | RM-GAL-0018012 | RM-GAL-0018012 | 2/15/1999 | Few, James T | Truesdell, Bryan P; McClenan, Cecil M | Email | |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 532 | REM12325 | REM12325 | 2/16/1999 | Few, James T | Sutcliffe, Harrison T; McManus, John L; Russek, Eric G | Email | (Mini) Trip Report, Lost Lake |
| 533 | RM-COE-00291 | RM-COE-00292 | 2/16/1999 | Few, James T | Sutcliffe, Harrison T; McManus, John L; Russek, Eric G | Email | (Mini) Trip Report, Lost Lake |
| 534 | RM-COE-14009 | RM-COE-14009 | 2/16/1999 | Wyatt, Danny J | Russek, Eric G; Buechler, Nicholas J; Bresley, Christopher L; Jarrell, Joe P; Maurer, Herbie A; Benero, Thomas M; Moore, Thomas; McClenan, Cecil M; Truesdell, Bryan | Email | Safety Evaluation, Contract 99-C-0001 |
| 535 | RM-COE-14010 | RM-COE-14010 | 2/19/1999 | Fisher, Crista G | Russek, Eric G | Letter | Payments after 30 Days Per contract Section 00700-70 |
| 536 | RM-COE-00288 | RM-COE-00288 | 2/22/1999 | Few, James T | Russek, Eric G | Email | Lost Lake, Modifications to Earth Fill at Spillway |
| 537 | RM-COE-00289 | RM-COE-00289 | 2/22/1999 | Few, James T | Russek, Eric G; Syed, Ishaq | Email | Lost Lake Disposal Area |
| 538 | RM-COE-00290 | RM-COE-00290 | 2/22/1999 | Few, James T | Russek, Eric G; Sutcliffe, Harrison T; Martinez, Isidoro S; McManus, John L | Email | Lost Lake, Modification to Earth Fill at New Spillway |
| 539 | RM-COE-14012 | RM-COE-14012 | 2/22/1999 | Few, James T | Russek, Eric G | Email | Lost Lake, Modification to Earth Fill at New Spillway |
| 540 | RM-COE-21685 | RM-COE-21685 | 2/23/1999 | Hopkins, William J | Benero, Thomas; Saenz, Luis F; Hrametz, Joseph J; Rozsypal, Johnny; McClenan, Cecil M; Russek, Eric G; Truesdell, Bryan P; Jarrell, Joe P | Email | Renda |