# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 541 | MOVED TO 528.002 | | | | | | |
| 542 | RM-COE-04639 | RM-COE-04646 | 2/24/1999 | Devany, Carol A | | Contract Modification | Official Contract - Amendment/Modification No. P00001 |
| 543 | RM-COE-11608 | RM-COE-11608 | 2/24/1999 | Cole Jr, Curtis; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00002 |
| 544 | RM-COE-12481 | RM-COE-12481 | 2/26/1999 | Bennett, Bruce H | | Memo | Interagency Coordination Notice - Permit Application No 21598 |
| 545 | RM-COE-00287 | RM-COE-00287 | 2/28/1999 | Few, James T | Russek, Eric G | Email | Mod for Lost Lake, and Field Trip Tuesday |
| 546 | RM-COE-14006 | RM-COE-14006 | 2/28/1999 | Few, James T | Russek, Eric G | Email | Mod for Lost Lake, and Field Trip Tuesday |
| 547 | REM12323 | REM12323 | 3/1/1999 | | | Memo | Upper Bayou, 98-C-0001 - Phone Call |
| 548 | RM-COE-05070 | RM-COE-05071 | 3/2/1999 | Few, James T | McManus, John L; Russek, Eric G | Email | FW: Lost Lake Design |
| 549 | RM-COE-14005 | RM-COE-14005 | 3/2/1999 | Few, James T | Russek, Eric G | Email | Spillbox Slab |
| 550 | RM-GAL-0013467 | RM-GAL-0013467 | 3/3/1999 | Unknown | Unknown | Reports | Upper Bayou Contract |
| 551 | RM-COE-11567 | RM-COE-11567 | 3/4/1999 | Kershaw, Patricia A | Russek, Eric G | Email | Upper Bayou - Contract DACW64-99-C-0001 |
| 552 | RM-COE-12485 | RM-COE-12486 | 3/10/1999 | Mayes, Cathy | Bennett, Bruce H | Letter | TNRCC has reviewed the info submitted on the Port of Houston Authority, the Houston Lighting and Power Co. proposed work, the Harris County placement of fill, and the Pabtex Terminals request for an alternate placement site for dredged materials and offer the furnished comments |
| 553 | RM-COE-17468 | RM-COE-17468 | 3/11/1999 | Rozsypal, Johnny | Krueger, Dalton H | Email | Dredge Millennium |
| 554 | MOVED TO 528.003 | | | | | | |
| 555 | RM-COE-11606 | RM-COE-11607 | 3/15/1999 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment/Modification Number P00003 |
| 556 | RM-COE-16984 | RM-COE-16984 | 3/15/1999 | Meyer, Alton H | CESWG-EC-EG | Memo | Engineering Considerations for Field Personnel |
| 557 | MOVED TO 528.004 | | | | | | |
| 558 | RM-COE-19040 | RM-COE-19044 | 3/23/1999 | Cole Jr, Curtis | | Contract Modification | Amendment of Solicitation/Modification -Amendment/Modification Number CO-1 P00004 |
| 559 | RM-COE-14894 | RM-COE-14895 | 3/24/1999 | Few, James T | Sutcliffe, Harrison T; Russek, Eric G; Martinez, Isidoro S | Email | Training Levee Failures |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 560 | RM-COE-00293 | RM-COE-00293 | 3/28/1999 | Few, James T | Sutcliffe, Harrison T; McManus, John L; Russek, Eric G | Email | Mini Trip Report |
| 561 | RM-COE-12463 | RM-COE-12469 | 3/30/1999 | Bennett, Bruce H | | Houston Lighting & Power | Permit Application - 21598 - Statement of Findings - Applicant: Houston Lighting and Power Company |
| 562 | RM-PHA-00358 | RM-PHA-00362 | 4/1/1999 | J. Simmons Group | Port of Houston Authority | Agreement/Contract | Contract for Professional Services between PHA and J. Simmons Group for 4/1/1999 through 3/31/2000 |
| 563 | RM-COE-14325 | RM-COE-14334 | 4/6/1999 | Martin, Barbara J | Bailey, Jim | Letter | Enclosed copy of agreement between Port of Houston Authority and Houston Fuel Oil Terminal Company |
| 564 | RM-COE-12473 | RM-COE-12474 | 4/13/1999 | Bennett, Bruce H | Lawhn, Robert W | Letter | Letter of Permission Number 21598 - approving 02/01/1999 request to retain tower number 20730 |
| 565 | RM-COE-12478 | RM-COE-12478 | 4/13/1999 | | | Houston Lighting & Power | Old (San Jacinto) River 138 KV Aerial Transmission Line Crossing - Relocation of Tower #20731 and Installation of Dolphin Structures at Tower #20730 - Coastal Management Program - Application Requirements |
| 566 | RM-COE-21693 | RM-COE-21693 | 4/13/1999 | Wyatt, Danny J | Russek, Eric G; McClenan, Cecil M; Jarrell, Joe P; Wyatt, Danny J | Email | Letter to Affolter Contracting |
| 567 | RM-GAL-0018935 | RM-GAL-0018935 | 4/13/1999 | Wyatt, Danny J | Russek, Eric G | Email | Letter to Affolter Contracting |
| 568 | RM-PHA-00844 | RM-PHA-00850 | 4/18/1999 | Bennett, Bruce H | Houston Lighting & Power | Letter | Regard HL&P tower #20730 and installation of timber dolphins |
| 569 | RM-COE-21694 | RM-COE-21694 | 4/26/1999 | Weiss, Lynwood G | Russek, Eric G; Krueger, Dalton H; McClenan, Cecil M; Bonham, Kenneth B; DeMasi, Michael J | Email | Dredge Millennium |
| 570 | RM-COE-11614 | RM-COE-11614 | 4/29/1999 | Russek, Eric G | File - COE | Memo | Pre-Negotiation Objectives, Modification P00001 |
| 571 | RM-COE-17435 | RM-COE-17435 | 5/3/1999 | Krueger, Dalton H | McClenan, Cecil M | Email | HG Text |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 572 | RM-COE-17903 | RM-COE-17904 | 5/3/1999 | Few, James T | | Email | Memorandum for Acting Chief of Engineering-Construction Division |
| 573 | RM-COE-21705 | RM-COE-21706 | 5/3/1999 | Russek, Eric G | McClenan, Cecil M | Email | Lost Lake Design |
| 574 | RM-COE-21709 | RM-COE-21710 | 5/3/1999 | Few, James T | Acting Chief of Engineering-Construction Division | Memo | Lost Lake Disposal Area |
| 575 | RM-GAL-0018942 | RM-GAL-0018943 | 5/3/1999 | Few, Tim | Unknown | Memo | Draft memo re letter from JV dated 5/17/1999 |
| 576 | RM-GAL-0025787 | RM-GAL-0025788 | 5/3/1999 | Few, Tim | Unknown | Memo | Regarding JV letter of 5/19/99 and Few Memo dated 6/6/99 |
| 577 | REM09584 | REM09592 | 5/4/1999 | Affolter, Kenneth D | | Contract Modification | Proposal for Modification CO-1 |
| 578 | RM-JSG-00057 | RM-JSG-00070 | 5/6/1999 | Jefts, Alan R | Walters, Ted G | Letter | Contract Modifications |
| 579 | RM-COE-03287 | RM-COE-03302 | 5/7/1999 | | | Spreadsheet | Final X-Sect of Pits - Lost Lake |
| 580 | REM35291 | REM35292 | 5/8/1999 | Affolter, Terry | | Contract Modification | Modification Certification CO-2 - Placement Area Levees |
| 581 | REM09604 | REM09605 | 5/14/1999 | Fisher, Eddie R | Affolter Contracting Co. | Agreement/Contract | Subcontract between Renda Marine, Inc., and Affolter Contracting |
| 582 | RM-COE-02664 | RM-COE-02665 | 5/17/1999 | Jefts, Alan R | Walters, Ted G | Letter | RE: Joint Venture's visit to Lost Lake disposal site as a follow up of May 4th meting with the CoE re: cotract modifications |
| 583 | MOVED TO 528.005 | | | | | | |
| 584 | RM-COE-11618 | RM-COE-11618 | 5/19/1999 | Russek, Eric G; Herrera, Leo (Darillo) | | Contract Modification | CO-3 Modification - Additional Material Used on Mechanical Levees |
| 585 | RM-COE-11530 | RM-COE-11532 | 5/24/1999 | Russek, Eric G | | Contract Modification | Price Negotiation Memorandum - For Contract Modification P00001 |
| 586 | RM-COE-02633 | RM-COE-02634 | 5/25/1999 | Russek, Eric G | | Contract Modification | Pre-Negotiation Objectives - Modification P00001 |
| 587 | RM-COE-11528 | RM-COE-11529 | 5/25/1999 | Russek, Eric G | File - COE | Memo | Pre-Negotiation Objectives, Modification P00001 |
| 588 | RM-GAL-0013434 | RM-GAL-0013435 | 5/25/1999 | McClenan, Cecil M | VanNorman, James M | Letter | |
| 589 | RM-COE-02611 | RM-COE-02612 | 5/26/1999 | Russek, Eric G | | Memo | Pre-Negotiation Objectives, Modification CO-3 |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 590 | RM-COE-16330 | RM-COE-16330 | 5/27/1999 | Few, James T | Brown, David R; Sutcliffe, Harrison T; Young, Nancy C; Russek, Eric G | Email | Spillways at Alexander and Spitman Islands |
| 591 | RM-GAL-0025781 | RM-GAL-0025784 | 6/2/1999 | Few, Tim | Unknown | Memo | Memo with various statements about Upper Bayou Contract, Lost Lake Disposal Area |
| 592 | RM-COE-11547 | RM-COE-11548 | 6/3/1999 | Russek, Eric G | | Contract Modification | Price Negotiation Memorandum - For Contract Modification CO-3 |
| 593 | RM-GAL-0016421 | RM-GAL-0016422 | 6/4/1999 | Few, James T | Maurer, Herbie A; Rozsypal, Johnny; Saenz, Luis F | Email | |
| 594 | RM-GAL-0016421 | RM-GAL-0016422 | 6/4/1999 | Few, James T | Maurer, Herbie A; Rozsypal, Johnny; Saenz, Luis F | Email | Ltr. From Mr. Jefts to Ted Walters - 'David Brown is going to set up a meeting week after next with PM, Area Engineer and some of us working peons that are getting a bit fed up with Gorini's gang bullying - to discuss how the corps team is going to deal with it. I hope we don't just decide to roll over.'; included email. |
| 595 | RM-GAL-0025785 | RM-GAL-0025786 | 6/6/1999 | Few, James T | Brown, David R; McClenan, Cecil M; Russek, Eric G | Email | JV Letter to PHA, Need for Response |
| 596 | RM-COE-21711 | RM-COE-21713 | 6/7/1999 | Few, James T | Brown, David R; McClenan, Cecil M; Russek, Eric G; McManus, John L; Sutcliffe, Harrison T | Email | JV Letter to PHA, Need for Response |
| 597 | RM-COE-16206 | RM-COE-16206 | 6/17/1999 | Meyer, Alton H | Russek, Eric G | Email | Upper Bayou |
| 598 | RM-COE-21716 | RM-COE-21716 | 6/18/1999 | Meyer, Alton H | McClenan, Cecil M; Russek, Eric G | Email | HGNC Upper Bayou dredge production rates |
| 599 | RM-COE-13871 | RM-COE-13873 | 6/21/1999 | Benero, Thomas; ; Fisher, Eddie R | | Contract Modification | Amendment of Solicitation/Modification of Contract - CO-2 P00006 |
| 600 | MOVED TO 528.006 | | | | | | |
| 601 | RM-COE-04559 | RM-COE-04596 | 6/28/1999 | Benero, Thomas | | Contract Modification | Amendment/Modification No. P00006 |
| 602 | RM-COE-13988 | RM-COE-13988 | 7/1/1999 | McClenan, Cecil M | Fisher, Eddie R | Letter | Concerns of not finishing project of 4/1/00 and Request to submit listed information |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 603 | RM-COE-13973 | RM-COE-13975 | 7/7/1999 | Fisher, Eddie R | McClenan, Cecil M | Letter | In response to 07/01/1999 request, concerning contract with responses to all concerns on letter |
| 604 | RM-COE-13976 | RM-COE-13978 | 7/7/1999 | | | Specifications | Dredge Millennium - Specifications |
| 605 | RM-COE-13983 | RM-COE-13983 | 7/7/1999 | | | Schedule | Upper Bayou Remainder of Work Schedule as of 07/07/1999 |
| 606 | RM-COE-16310 | RM-COE-16310 | 7/7/1999 | Kershaw, Patricia A | Russek, Eric G | Email | Upper Bayou Mod number 2 (DACW64-99-C-0001) |
| 607 | RM-COE-17699 | RM-COE-17699 | 7/7/1999 | Russek, Eric G | Kershaw, Patricia A; Brown, David R | Email | Upper Bayou Mod Number 2 (DACW64-99-C-0001) |
| 608 | RM-COE-13981 | RM-COE-13982 | 7/9/1999 | | | Spreadsheet | Stiff Clay Percentages Spreadsheet |
| 609 | RM-GAL-0018664 | RM-GAL-0018667 | 7/9/1999 | Few, James T | Krueger, Dalton H; Brown, David R | Email | Question: Why Was Nothing Done To Avert The Problem at Bolivar Marsh - furnishing a blunt answer to the question and a recommendation for remedy of this in the future, if the Team chooses to. |
| 610 | RM-GAL-0018664 | RM-GAL-0018667 | 7/9/1999 | Few, James T | Krueger, Dalton H; Brown, David R | Email | |
| 611 | RM-COE-02608 | RM-COE-02609 | 7/12/1999 | | | Contract Modification | Checklist for Modifications CO-3 |
| 612 | MOVED TO 528.007 | | | | | | |
| 613 | RM-COE-11517 | RM-COE-11517 | 7/12/1999 | Devany, Carol A; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - Number P00007 |
| 614 | RM-COE-14906 | RM-COE-14906 | 7/12/1999 | Fisher, Crista G | Russek, Eric G | Letter | Request for change of QC personnel for the project to Third alternate to Antonio Martinez |
| 615 | RM-COE-14907 | RM-COE-14907 | 7/12/1999 | Fisher, Eddie R | Martinez, Antonio | Letter | Authorization to perform QC responsibilities for dredging |
| 616 | MOVED TO 528.009 | | | | | | |
| 617 | RM-COE-11512 | RM-COE-11512 | 7/22/1999 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00009 |
| 618 | RM-COE-16358 | RM-COE-16360 | 7/26/1999 | Few, James T | Anderson, Daniel W; Russek, Eric G | Email | RE: Retention Rate Monitoring for Lost Lake |
| 619 | REM09582 | REM09582 | 7/29/1999 | Fisher, Eddie R | Houston Marine Services, Inc. | Agreement/Contract | Rate Agreement |
| 620 | REM16669 | REM16669 | 7/30/1999 | Renda Marine | | Agenda for Meeting | Topics for preparatory meeting |
| 621 | RM-COE-01685 | RM-COE-01685 | 7/30/1999 | Renda Marine | | Agenda for Meeting | Topics for Preparatory meeting |
| 622 | RM-COE-02606 | RM-COE-02606 | 7/30/1999 | | | Memo | Upper Bayou - Preparatory for Dredging Renda Marine, Inc. - Topics for preparatory Meeting |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 623 | UFGS-02331A | UFGS-02331A.0066 | 08/00/1999 | U. S. Army Corps of Engineers | | COE Manual | Unified Facilities Guide Specifications -- Levee Construction |
| 624 | RM-COE-19174 | RM-COE-19179 | 8/3/1999 | | | Reports | Hydraulic Fill Placement - Monitoring Production Rate Using Retention Rate-Definitions, Explanation fo Terms (Draft) |
| 625 | MOVED TO 528.008 | | | | | | |
| 626 | RM-COE-11514 | RM-COE-11515 | 8/4/1999 | Devany, Carol A; Fisher, Eddie R | | Contract Modification | Amendment of Solicitation/Modification of Contract - Number CO-3 P00008 |
| 627 | RM-COE-14908 | RM-COE-14909 | 8/4/1999 | Herrera, Leo (Darillo) | McClenan, Cecil M | Fax Cover Sheet | Preparatory meeting for Hydraulic Levee Construction DACW64 99 C 0001 |
| 628 | RM-COE-16305 | RM-COE-16306 | 8/4/1999 | Few, James T | Russek, Eric G | Email | Upper Bayou Dredging Preparatory Meeting |
| 629 | RM-COE-13994 | RM-COE-13995 | 8/5/1999 | Herrera, Leo (Darillo) | McClenan, Cecil M | Letter | Preparatory Meeting for Hydraulic Levee Construction |
| 630 | RM-COE-13942 | RM-COE-13949 | 8/7/1999 | Morris, Ronnie | Renda Marine | Reports | ABB Field Service Report |
| 631 | REM16684 | REM16684 | 8/9/1999 | Fisher, Eddie R | Fisher, Crista G | Email | Revise Hydraulic Levee Fill by Section Drawing |
| 632 | RM-COE-13938 | RM-COE-13939 | 8/9/1999 | | | Reports | Summary of Events with Dredge Millennium |
| 633 | MOVED TO 528.010 | | | | | | |
| 634 | RM-COE-11639 | RM-COE-11639 | 8/12/1999 | Devany, Carol A; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - Number P00010 |
| 635 | RM-COE-13950 | RM-COE-13952 | 8/19/1999 | Churchwell, James K | Tacha, Ed | Letter | Dredge Millennium - Results of recent survey of the Dredge Millennium |
| 636 | REM32897 | REM32906 | 8/23/1999 | Dagley, Danny | Fisher, Eddie R | Agreement/Contract | Charter Party Agreement between Dredging Supply Rental, Inc. and Renda Marine |
| 637 | RM-GAL-0018239 | RM-GAL-0018240 | 9/7/1999 | Meyer, Alton H | McClenan, Cecil M | Email | |
| 638 | MOVED TO 528.011 | | | | | | |
| 639 | RM-COE-11511 | RM-COE-11511 | 9/8/1999 | Devany, Carol A; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00011 |
| 640 | RM-COE-03641 | RM-COE-03642 | 9/13/1999 | | | Chart | Dredged Material Production Rates |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 641 | RM-GAL-0015988 | RM-GAL-0015990 | 9/18/1999 | Few, James T | Brown, David R; Anderson, Daniel W; Krueger, Dalton H; Saenz, Luis F; Rozsypal, Johnny; Sutcliffe, Harrison T ; Meyer, Alton H | Email | |
| 642 | RM-COE-15474 | RM-COE-15474 | 9/21/1999 | Renda, Oscar; Renda, Rudolph J; SAFECO Credit Co., Inc. | | Promissory Note | Promissory Note for 3,500,500.00 dollars |
| 643 | REM12328 | REM12335 | 9/28/1999 | | | Minutes | Minutes of 01/28/1999 Meeting - Safety Advisory Committee |
| 644 | RM-COE-00066 | RM-COE-00066 | 9/29/1999 | Russek, Eric G | Few, James T; McClenan, Cecil M; Krueger, Dalton H | Email | Upper Bayou Hydraulic Levees |
| 645 | RM-COE-17479 | RM-COE-17479 | 9/29/1999 | Russek, Eric G | Few, James T; McClenan, Cecil M; Krueger, Dalton H | Email | FW: Upper Bayou Hydraulic Levees |
| 646 | RM-GAL-0012890 | RM-GAL-0012890 | 9/29/1999 | Russek, Eric G | Few, James T; McClenan, Cecil M; Krueger, Dalton H | Email | Upper Bayou Hydraulic Levees |
| 647 | RM-COE-13954 | RM-COE-13967 | 9/30/1999 | Rakish, B Pearson; Dufour, Norman J | | Reports | Survey Report - Dredge St. Charles - Condition and Valuation |
| 648 | RM-COE-00067 | RM-COE-00067 | 10/1/1999 | Gonzalez, Michelle A | Corps of Engineers-Galveston Dist. | Letter | Enclosing Daily Dredging Inspection Reports from 09/10/1999 thru 09/23/1999, along with the first weeks safety meeting report. |
| 649 | RM-COE-00060 | RM-COE-00064 | 10/6/1999 | Few, James T | Files | Memo | Hydraulic Fill Construction at Lost Lake Placement Area |
| 650 | RM-COE-00063 | RM-COE-00065 | 10/6/1999 | | | Handwritten Note | Upper Bayou, Lost Lake - Hydraulic Fill Monitoring |
| 651 | RM-COE-14886 | RM-COE-14887 | 10/6/1999 | | | Chart | Hydraulic Fill Monitoring |
| 652 | RM-COE-15333 | RM-COE-15337 | 10/6/1999 | Few, James T | File - COE | Memo | Hydraulic Fill Construction at Lost Lake Placement Area |
| 653 | RM-COE-15336 | RM-COE-15337 | 10/6/1999 | | | Reports | Hydraulic Fill Monitoring- Net Retention Rate |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 654 | RM-CPP-00666 | RM-CPP-00668 | 10/6/1999 | Few James T | | Memo | Houston-Galveston Navigation Channels Dredging Upper Bayou Reach of the Houston Ship Channel Hydraulic Fill Construction at Lost Lake Placement Area |
| 655 | RM-COE-16352 | RM-COE-16352 | 10/7/1999 | Few, James T | Russek, Eric G; Anderson, Daniel W; Sutcliffe, Harrison T | Email | Upper Bayou Trip Report/Assessment of Progress of Initial Placement of Hydraulic Fill |
| 656 | RM-GAL-0020415 | RM-GAL-0020417 | 10/7/1999 | Few, James T | Few, James T; Krueger, Dalton H; Brunt III, Dewey H | Email | |
| 657 | RM-COE-21720 | RM-COE-21724 | 10/8/1999 | McClenan, Cecil M | Herrera, Leo (Darillo) | Letter | Site inspection to the Dredge Millennium and Lost Lake Placement area on 10/06/1999 |
| 658 | REM12253 | REM12254 | 10/12/1999 | Hopkins, William J | Herrera, Leo (Darillo) | Letter | Site inspection report; listing concerns with regard to the hydraulic levee construction; request to review and provide written response, with corrective action and timeframe for accomplishment (on letterhead) |
| 659 | RM-COE-13929 | RM-COE-13930 | 10/13/1999 | Fisher, Eddie R | McClenan, Cecil M | Letter | Response to a copy of a letter by JV partner concerning the progress of the project |
| 660 | RM-COE-21726 | RM-COE-21729 | 10/17/1999 | | | Spreadsheet | Revised Channel Template, Dredging Quantities |
| 661 | RM-GAL-0012884 | RM-GAL-0012884 | 10/18/1999 | Russek, Eric G | McClenan, Cecil M | Email | Status on reef pad and lower bay (ASA tour) |
| 662 | RM-COE-16257 | RM-COE-16257 | 10/19/1999 | Rochen, George R | Carelock, Donald W; Buechler, Nicholas J; Benero, Thomas; Moore, Thomas; McClenan, Cecil M; Russek, Eric G; deMasi, Michael J; Maurer, Herbie A; Hopkins, William J; Keys III, Daniel | Email | Meeting Results-Renda Marine |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 663 | RM-COE-21731 | RM-COE-21731 | 10/19/1999 | Benero, Thomas | Buechler, Nicholas J; Rochen, George R; Maurer, Herbie A; Rozsypal, Johnny; Hopkins, William J; McClenan, Cecil M; Russek, Eric G; Keys III, Daniel; Moore, Thomas; Carelock, Donald W; deMasi, Michael J; Saenz, Luis F | Email | Meeting Results-Renda Marine |
| 664 | RM-COE-21732 | RM-COE-21732 | 10/19/1999 | Benero, Thomas | Keys III, Daniel; Moore, Thomas; Buechler, Nicholas J; Hopkins, William J; McClenan, Cecil M; Rochen, George R; Maurer, Herbie A; Russek, Eric G; Carelock, Donald W; deMasi, Michael J | Email | FW: Meeting Results-Renda Marine |
| 665 | RM-COE-21733 | RM-COE-21741 | 10/19/1999 | Few, James T | Anderson, Daniel W; Saenz, Luis F; Meyer, Alton H; Brown, David R; Sutcliffe, Harrison T; Krueger, Dalton H; McClenan, Cecil M; Rozsypal, Johnny | Email | Review of Last (3rd) JV Spec Revision |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 666 | RM-GAL-0013000 | RM-GAL-0013000 | 10/19/1999 | Benero, Thomas | Buechler, Nicholas J; Rochen, George R; Maurer, Herbie A; Rozsypal, Johnny; Hopkins, William J; McClenan, Cecil M; Russek, Eric G; Keys, Deniel; Moore, Thomas H; Carelock, Donald W; deMasi, Michael J; Saenz, Luis F | Email | Meeting Results - Renda Marine |
| 667 | RM-COE-21742 | RM-COE-21742 | 10/20/1999 | Russek, Eric G | McClenan, Cecil M | Email | New Renda Letter |
| 668 | RM-COE-03666 | RM-COE-03666 | 10/21/1999 | McClenan, Cecil M | Herrera, Leo (Darillo) | Letter | Concerns on lack of timeliness in receiving daily dredging reports |
| 669 | RM-COE-16365 | RM-COE-16379 | 10/21/1999 | Houston-Galveston | | Survey | BD's Sec# 3 510+00 To 524+00 |
| 670 | MOVED TO 528.0012 | | | | | | |
| 671 | RM-COE-11498 | RM-COE-11498 | 10/22/1999 | Cole Jr, Curtis; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation / Modification Number P00012 |
| 672 | RM-COE-13931 | RM-COE-13931 | 10/24/1999 | Renda Marine | | Schedule | Upper Bayou - Dredging Schedule Layout |
| 673 | REM15484 | REM15484 | 10/25/1999 | Fisher, Eddie R | McClenan, Cecil M | Letter | Clarification of construction methods for the hydraulic levees that have raised some concerns from McClenan's office as well as the district's partner; revisiting the topic of fill around the northeast levee corner where a training dike was originally planned to be placed mechanically |
| 674 | RM-COE-13884 | RM-COE-13884 | 11/10/1999 | Fisher, Eddie R | Buechler, Nicholas J | Letter | Job Visit Upper Bayou |
| 675 | RM-COE-14878 | RM-COE-14878 | 11/12/1999 | Mears, Wendell D | Jefts, Alan R; Hrabovsky, Leon; Gorini, Richard F | Email | Site Visit, Lost Lake |
| 676 | REM23927 | REM23937 | 11/15/1999 | | | Survey | Log File Line Listing |
| 677 | RM-GAL-0018962 | RM-GAL-0018964 | 11/24/1999 | Russek, Eric G | McClenan, Cecil M | Email | Forwarding draft interim unsat letter |