# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 678 | RM-COE-18016 | RM-COE-18017 | 11/29/1999 | McClenan, Cecil M | Fisher, Eddie R | Letter | In reference to the meeting of 10/18/1999, between Representatives of Renda Marine, Inc. and the U.S. Army Corps of Engineers |
| 679 | RM-COE-21745 | RM-COE-21745 | 11/29/1999 | Russek, Eric G | McClenan, Cecil M | Email | Upper Bayou Interim Unsat Letter |
| 680 | RM-COE-16307 | RM-COE-16307 | 11/30/1999 | Benero, Thomas | Russek, Eric G | Email | Upper Bayou Interim Unsat Letter |
| 681 | RM-GAL-0018968 | RM-GAL-0018968 | 11/30/1999 | Russek, Eric G | Benero, Thomas | Email | Upper Bayou Interim Unsat Letter |
| 682 | RM-COE-03639 | RM-COE-03640 | 12/1/1999 | Benero, Thomas | Fisher, Eddie R | Letter | Furnishing in response to 10/18/1999 meeting between representatives of Renda Marine, Inc. and the US Army Corps of Engineers. |
| 683 | RM-GAL-0013546 | RM-GAL-0013547 | 12/1/1999 | Benero, Thomas | Fisher, Eddie | Letter | Referring to 10/18/1999 meeting |
| 684 | RM-GAL-0018969 | RM-GAL-0018970 | 12/1/1999 | Benero, Thomas | Fisher, Eddie | Letter | Draft Interim Unsat Letter |
| 685 | REM41474 | REM41474 | 12/7/1999 | Gonzalez, Michelle A | Russek, Eric G | Letter | Enclosures of The Daily Dredging Reports, The CQC Reports and One Disk |
| 686 | REM12242 | REM12242 | 12/20/1999 | Fisher, Eddie R | Benero, Thomas | Letter | RE: Letter concerning the issuing of an interim unsatisfactory rating |
| 687 | RM-COE-15324 | RM-COE-15325 | 12/22/1999 | Russek, Eric G | File - COE | Memo | Houston-Galveston Navigation Channels, Dredging Upper Bayou (99-C-0001) Site Visit |
| 688 | REM19101 | REM19101 | 1/3/2000 | Whitmire, Richard S | Hopkins, William J; Wyatt, Danny J | Email | FW: Fatalities at Dredge Everet Fisher, DACW64-99-C-0029, Lower Neches River; included mail |
| 689 | RM-COE-03661 | RM-COE-03661 | 1/5/2000 | Fisher, Eddie R | Benero, Thomas | Letter | In response to 12/01/1999 letter, concerning contract; enclosing a revised schedule. |
| 690 | RM-COE-03662 | RM-COE-03662 | 1/5/2000 | | | Schedule | Schedule for Completion of Upper Bayou |
| 691 | RM-COE-14480 | RM-COE-14480 | 1/6/2000 | Fisher, Eddie R | McClenan, Cecil M | Letter | Copies of plans for placing a temporary dredge discharge line across the Houston Ship Channel |
| 692 | REM34751 | REM34754 | 1/8/2000 | | | Chart | Dredge Volume Calculations |
| 693 | RM-COE-03674 | RM-COE-03674 | 1/11/2000 | Devany, Carol A | Renda Marine | Letter | Designation of Administrative Contracting Officer (ACO) |
| 694 | RM-COE-14477 | RM-COE-14479 | 1/13/2000 | McClenan, Cecil M | Fisher, Eddie R | Letter | Copies of their plans for placing a temporary dredge discharge line across the Houston Ship Channel |
| 695 | RM-GAL-0018270 | RM-GAL-0018271 | 1/13/2000 | Few, James T | Meyer, Alton H; Benero, Thomas M; Keys III, Daniel | Email | |
| 696 | RM-GAL-0018971 | RM-GAL-0018971 | 1/13/2000 | Russek, Eric G | McClenan, Cecil M; Wyatt, Danny J | Email | Upper Bayou photos from 1/13/2000 |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 697 | RM-COE-12756 | RM-COE-12767 | 1/14/2000 | | | Survey | Section 5 BDs, 531+52 to 540+00 |
| 698 | RM-COE-21761 | RM-COE-21761 | 1/14/2000 | Russek, Eric G | McClenan, Cecil M; Few, James T; Wyatt, Danny J | Email | Upper Bayou Site Visit Trip Report |
| 699 | RM-CPP-00642 | RM-CPP-00643 | 1/14/2000 | Russek Eric G | | Memo | Houston-Galveston Navigation Channels Dredging Upper Bayou (99-C-0001) Site Visit |
| 700 | RM-COE-03675 | RM-COE-03678 | 1/17/2000 | Devany, Carol A | McClenan, Cecil M; Hopkins, William J | Memo | Designation of Administrative Contracting Officer (ACO) and Alternate Administrative Contracting Officer (Alternate ACO) . |
| 701 | REM24607 | REM24649 | 1/18/2000 | | | Survey | 484+00 to 510+00 |
| 702 | RM-COE-12863 | RM-COE-12878 | 1/18/2000 | | | Survey | Section 3 ADs Edited, 510+00 to 524+00 |
| 703 | RM-GAL-0018268 | RM-GAL-0018269 | 1/19/2000 | Few, James T | Meyer, Alton H | Email | |
| 704 | RM-COE-00050 | RM-COE-00052 | 1/28/2000 | Mears, Wendell D | Russek, Eric G; Few, James T; Jefts, Alan R; Hrabovsky, Leon | Email | Site Visit to Lost Lake |
| 705 | RM-COE-01318 | RM-COE-01319 | 1/28/2000 | Few, James T | Files | Memo | Lost Lake |
| 706 | REM12215 | REM12215 | 2/1/2000 | Russek, Eric G | Herrera, Leo (Darillo) | Email | Site Visit to Lost Lake |
| 707 | RM-COE-16321 | RM-COE-16321 | 2/1/2000 | Mears, Wendell D | Russek, Eric G | Email | Renda Photo's |
| 708 | RM-COE-00053 | RM-COE-00054 | 2/2/2000 | Russek, Eric G | McClenan, Cecil M; Few, James T | Email | Lost Lake |
| 709 | RM-GAL-0020419 | RM-GAL-0020420 | 2/2/2000 | Russek, Erick G | McClenan, Cecil M; Few, James T | Email | Lost Lake |
| 710 | RM-COE-09144 | RM-COE-09146 | 2/8/2000 | Benero, Thomas; ; McClenan, Cecil M | | Performance Evaluation | Interim Performance Evaluation by Corps for Renda Marine |
| 711 | RM-COE-21771 | RM-COE-21771 | 2/8/2000 | McClenan, Cecil M | Fisher, Eddie R | Letter | 'Interim Unsatisfactory' Performance Evaluation for the overall performance of the work on the said project |
| 712 | REM12210 | REM12211 | 2/11/2000 | Fisher, Eddie R | Benero, Thomas | Letter | Response to an interim unsatisfactory rating |
| 713 | RM-CHU-00018 | RM-CHU-00018 | 2/11/2000 | Benero, Thomas M | Federal Insurance | Fax Cover Sheet/Transmittal | Transmitting Interim Unsat Rating |
| 714 | RM-COE-14450 | RM-COE-14450 | 2/14/2000 | McNair, DC | Russek, Eric G | Letter | Dumping of Dredge Material on Stolthaven Houston Inc. Property |
| 715 | RM-CPP-00644 | RM-CPP-00645 | 2/14/2000 | Russek Eric G | | Memo | Houston-Galveston Navigation Channels Dredging Upper Bayou (99-C-0001) Site Visit |
| 716 | RM-COE-21772 | RM-COE-21772 | 2/15/2000 | McClenan, Cecil M | Weiss, Lynwood G | Email | FW: Upper Bayou Contract-Renda Marine |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 717 | RM-GAL-0013270 | RM-GAL-0013271 | 2/17/2000 | Few, James T | Ruseek, Eric G; Meyer, Alton H; McClenan, Cecil M; Weiss, Lynwood G; Kuhne, Patrick A | Email | Lost Lake |
| 718 | | | | | | | Before Dredging and After Dredging Surveys - Section #4 (will be joint exhibit; see note at bottom of document) |
| 719 | REM24178 | REM24188 | 2/22/2000 | | | Survey | Survey data for Sec Number 5 532+00 thru 540+00 |
| 720 | RM-COE-15312 | RM-COE-15313 | 2/22/2000 | Russek, Eric G | File - COE | Memo | Site Visit |
| 721 | RM-COE-21774 | RM-COE-21774 | 2/22/2000 | Russek, Eric G | McClenan, Cecil M | Email | FW: Cutter Styles |
| 722 | RM-COE-16270 | RM-COE-16272 | 2/24/2000 | Few, James T | Brunt III, Dewey H; Russek, Eric G; Brown, David R; Sutcliffe, Harrison T | Email | Leon and Wendell Complaints Regarding Construction at Lost Lake at the PCT |
| 723 | RM-GAL-0018994 | RM-GAL-0018996 | 2/25/2000 | Kohler, Harry G | McClenan, Cecil M | Email | Leon and Wendell Complaints Regarding Construction at Lost Lake at the PCT |
| 724 | RM-GAL-0020436 | RM-GAL-0020439 | 2/25/2000 | Krueger, Dalton H | Brunt, Dewey H | Email | Leon and Wendell Complaints Regarding Construction at Lost Lake at the PCT |
| 725 | RM-COE-14439 | RM-COE-14440 | 2/28/2000 | Hutchison, Robert | | Letter | Privacy Act Release Form |
| 726 | RM-COE-17361 | RM-COE-17363 | 2/28/2000 | Brown, David R | Krueger, Dalton H | Email | FW: Leon and Wendell Complaints Regarding Construction at Lost Lake at the PCT |
| 727 | RM-COE-00024 | RM-COE-00024 | 2/29/2000 | | | Handwritten Note | |
| 728 | RM-COE-14438 | RM-COE-14438 | 2/29/2000 | Bentsen, Kenneth E | Buechler, Nicholas J | Letter | Discharges in the San Jacinto River |
| 729 | RM-COE-21778 | RM-COE-21778 | 2/29/2000 | Few, James T | Russek, Eric G; Meyer, Alton H; McClenan, Cecil M | Email | Surveys of Initial Hydraulic Fill Placement at Lost Lake |
| 730 | RM-TCB-00241 | RM-TCB-00246 | 2/29/2000 | Jefts, Alan R | Walters, Ted G | Email | RE: Upper Bayou - Luster Statement of Work |
| 731 | RM-COE-19168 | RM-COE-19171 | 3/8/2000 | Corps of Engineers-Galveston Dist. | | Handwritten Note | Renda Marine - Chronology of Events (prepared by COE) |
| 732 | RM-COE-03660 | RM-COE-03660 | 3/1/2000 | | | Sign-In Sheet for Meeting | Sign in Sheet - 03/01/2000 |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 733 | RM-COE-17839 | RM-COE-17841 | 3/1/2000 | Russek, Eric G | McClenan, Cecil M | Email | Draft Of Show Cause Letter |
| 734 | RM-COE-21779 | RM-COE-21779 | 3/1/2000 | Few, James T | Russek, Eric G; McClenan, Cecil M; Meyer, Alton H; Weiss, Lynwood G; Sutcliffe, Harrison T; Anderson, Daniel W | Email | Hydraulic Fill Production and Retention Rate Evaluation at Lost Lake |
| 735 | RM-COE-02542 | RM-COE-02542 | 3/2/2000 | | | Spreadsheet | Bid Estimate |
| 736 | RM-COE-16268 | RM-COE-16269 | 3/2/2000 | Few, James T | Meyer, Alton H; Russek, Eric G | Email | Hydraulic Fill Production and Retention Rate Evaluation at Lost Lake |
| 737 | RM-COE-21782 | RM-COE-21782 | 3/2/2000 | Few, James T | Russek, Eric G; McClenan, Cecil M; Krueger, Dalton H; Sutcliffe, Harrison T; Anderson, Daniel W | Email | Scope of work for Supplementary QA (SQA) |
| 738 | RM-COE-16053 | RM-COE-16053 | 3/3/2000 | Russek, Eric G | McClenan, Cecil M; Weiss, Lynwood G | Email | Congressional |
| 739 | RM-COE-17510 | RM-COE-17511 | 3/3/2000 | Campbell, David B | Few, James T | Email | RE: Lower Bayou |
| 740 | RM-COE-21797 | RM-COE-21797 | 3/3/2000 | | | Chronology | Chronology for Congressional |
| 741 | RM-GAL-0012778 | RM-GAL-0012778 | 3/3/2000 | Russek, Eric G | McClenan, Cecil M | Email | Congressional - enclosing a chronology of the dates. |
| 742 | RM-GAL-0012778 | RM-GAL-0012778 | 3/3/2000 | Russek, Eric G | McClenan, Cecil M | Email | |
| 743 | RM-GAL-0019005 | RM-GAL-0019009 | 3/3/2000 | Russek, Eric G | McClenan, Cecil M | Email | Congressional inquiry about chocolate plume at Lost Lake |
| 744 | RM-COE-16247 | RM-COE-16248 | 3/4/2000 | Benero, Thomas | Fisher, Eddie R | Letter | Show Cause Notice for Contract Number DACW64-99-C-0001 - unsatisfactoriy performance on the subject contract |
| 745 | RM-COE-21781 | RM-COE-21781 | 3/4/2000 | Benero, Thomas | Fisher, Eddie R | Letter | Show Cause Notice for Contract Number DACW64-99-C-0001 - possible termination of contract |
| 746 | RM-GAL-0013447 | RM-GAL-0013448 | 3/4/2000 | Benero, Thomas | Fisher, Eddie R | Letter | Regarding unsatisfactory performance |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 747 | RM-COE-21798 | RM-COE-21798 | 3/6/2000 | Smith, Lucille R | Keys III, Daniel; McClenan, Cecil M; Russek, Eric G | Email | Advising to issue a Cure Notice Before the Show Cause Notice |
| 748 | RM-GAL-0013468 | RM-GAL-0013468 | 3/6/2000 | Smith, Lucille R | Keys, Daniel; McClenan, Cecil M; Russek, Eric G | Email | Forwarding draft of Cure Notice |
| 749 | RM-COE-17733 | RM-COE-17733 | 3/7/2000 | Russek, Eric G | McClenan, Cecil M | Email | FW: Cure Notice |
| 750 | RM-COE-21799 | RM-COE-21799 | 3/7/2000 | Benero, Thomas | Fisher, Eddie R | Letter | Cure Notice - Draft |
| 751 | RM-CPP-00648 | RM-CPP-00649 | 3/7/2000 | Russek Eric G | | Memo | Houston-Galveston Navigation Channels Dredging Upper Bayou (99-C-0001) Site Visit |
| 752 | RM-GAL-0016450 | RM-GAL-0016450 | 3/7/2000 | Meyer, Alton H | fedproj@bellsouth.net | Email | Regarding alignments of ship channel |
| 753 | RM-GAL-0017810 | RM-GAL-0017813 | 3/7/2000 | McClenan, Cecil M | Russek, Eric G; Few, James T; Krueger, Dalton H | Proposal | Email forwarding Supplemental QA Proposal for Upper Bayou |
| 754 | RM-GAL-0017814 | RM-GAL-0017814 | 3/7/2000 | McClenan, Cecil M | Smith, Lucille R | Email | |
| 755 | RM-GAL-0019011 | RM-GAL-0019012 | 3/7/2000 | Thomas, Benero | Fisher, Eddie R | Letter | Cure Notice |
| 756 | RM-GAL-0019013 | RM-GAL-0019014 | 3/7/2000 | Russek, Eric G | McClenan, Cecil M | Email | Cure Notice - Renda Marine |
| 757 | RM-CHU-00027 | RM-CHU-00030 | 3/8/2000 | Smith, Lucille R | Bishop, Scott | Fax Cover Sheet/Transmittal | Cure Notice for 99-C-0001 |
| 758 | RM-COE-03648 | RM-COE-03650 | 3/8/2000 | Benero, Thomas | Fisher, Eddie R | Letter | Cure Notice |
| 759 | RM-COE-03655 | RM-COE-03657 | 3/8/2000 | Benero, Thomas | Fisher, Eddie R | Letter | Cure Notice - Draft on letterhead |
| 760 | RM-COE-04916 | RM-COE-04919 | 3/8/2000 | McClenan, Cecil M | Jefts, Alan R | Letter | [Request to review the enclosed scope of work and submit a proposal] |
| 761 | RM-COE-04920 | RM-COE-04920 | 3/9/2000 | Jefts, Alan R; McClenan, Cecil M | | Proposal | Joint Venture's proposal for services to Corps of Engineers |
| 762 | RM-COE-14418 | RM-COE-14424 | 3/9/2000 | Jefts, Alan R | McClenan, Cecil M | Letter | Proposal to Provide Supplemental Quality Assurance |
| 763 | RM-COE-21853 | RM-COE-21859 | 3/9/2000 | Jefts, Alan R | McClenan, Cecil M | Letter | Proposal to provide Supplemental Quality Assurance - Draft |
| 764 | RM-GAL-0012970 | RM-GAL-0012976 | 3/9/2000 | Jefts, Alan R | McClenan, Cecil M | Proposal | Draft proposal to provide SQA by JV |
| 765 | RM-GAL-0015800 | RM-GAL-0015802 | 3/9/2000 | Buechler, Nicholas J | Bentsen, Kenneth E | Letter | |
| 766 | RM-GAL-0017773 | RM-GAL-0017775 | 3/9/2000 | Bucchler, Nicholas J | Bentsen, Kenneth E | Letter | Response to complaint from Hutchinson about discharges into Old River |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 767 | RM-COE-03651 | RM-COE-03651 | 3/10/2000 | Benero, Thomas | Bishop, Scott | Letter | Request to held a meeting with Bishop and the contractor, RMI to discuss the issues on Show Cause Notice Dated 3/8/00 and Cure Notice Dated 3/8/00 |
| 768 | RM-COE-16290 | RM-COE-16290 | 3/10/2000 | Mears, Wendell D | Gorini, Richard F; Krueger, Dalton H; Jefts, Alan R; Brown, David R; Hrabovsky, Leon; Bryant, Grady T | Email | Spilman Erosion |
| 769 | RM-COE-21807 | RM-COE-21807 | 3/10/2000 | McClenan, Cecil M | Benero, Thomas; Weiss, Lynwood G; Russek, Eric G | Email | Meeting with Surety-Renda Marine |
| 770 | RM-GAL-0017809 | RM-GAL-0017809 | 3/10/2000 | McClenan, Cecil M | Benero, Thomas M | Email | |
| 771 | RM-GAL-0019015 | RM-GAL-0019015 | 3/10/2000 | Benero, Thomas | Buechler, Nicholas J; Rochen, George R; Hopkins, William J; McClenan, Cecil M; Devany, Carol A; DeMasi, Michael J; Carelock, Donald W; Russek, Eric G; Meyer, Alton H; Keys, Daniel; Krueger, Dalton H | Email | Meeting with Surety - Renda Marine |
| 772 | RM-GAL-0019054 | RM-GAL-0019061 | 3/13/2000 | Jefts, Al | McClenan, Mike | Email | Forwarding draft proposal for SQA on Upper Bayou |
| 773 | RM-COE-14404 | RM-COE-14406 | 3/14/2000 | Buechler, Nicholas J | Bentsen, Kenneth E | Letter | In response to communication from Hutchison, Robert alleging discharges into Old River |
| 774 | RM-COE-03647 | RM-COE-03647 | 3/15/2000 | Fisher, Eddie R | Benero, Thomas | Letter | In response to a cure notice issued by the office on 03/08/2000 for the cited project. |
| 775 | RM-COE-03643 | RM-COE-03644 | 3/16/2000 | Fisher, Eddie R | Cole Jr, Curtis | Fax Cover Sheet | Cure Notice |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 776 | RM-COE-21864 | RM-COE-21866 | 3/19/2000 | Few, James T | Russek, Eric G; McClenan, Cecil M; Meyer, Alton H; Weiss, Lynwood G; Anderson, Daniel W; Few, James T | Email | FW: Retention Rate Spreadsheet |
| 777 | REM12193 | REM12194 | 3/20/2000 | Herrera, Leo (Darillo) | Herrington, Edward V | Letter | Freedom of information request - |
| 778 | NOT USED | | | | | | |
| 779 | | | | | | | Before Dredging and After Dredging Surveys - Section #2 and #3 (will be joint exhibit; see note at bottom of document) |
| 780 | RM-COE-14400 | RM-COE-14400 | 3/21/2000 | Hutchison, Robert | Bentsen, Kenneth E | Letter | Acknowledging receipt of 03/15/2000 letter and Buechler's 03/15/2000 letter and responding to those letters |
| 781 | RM-COE-14401 | RM-COE-14401 | 3/21/2000 | Hutchison, Robert | Buechler, Nicholas J | Letter | Acknowledging receipt of Colonel Buechler 03/14/2000 letter that sent to Congressman Bentsen in regards to the report of 'alleged discharges' of some material into the Old River |
| 782 | MOVED TO 528.013 | | | | | | |
| 783 | RM-COE-14399 | RM-COE-14399 | 3/22/2000 | Fisher, Eddie R | Benero, Thomas | Letter | Receipt of subject letter received 3/16/00 - Cure Notice of 03/08/2000 |
| 784 | RM-GAL-0015799 | RM-GAL-0015799 | 3/22/2000 | McClenan, Cecil M | Krueger, Dalton H | Email | |
| 785 | RM-GAL-0017772 | RM-GAL-0017772 | 3/22/2000 | McClenan, Cecil M | Krueger, Dalton H | Email | Congressional response about water coming out of Lost Lake PA |
| 786 | REM12187 | REM12189 | 3/24/2000 | Nieman, Jon G | Fisher, Eddie R | Proposal | Proposal to perform a portion of the dredging for the Upper Bayou |
| 787 | REM35111 | REM35113 | 3/24/2000 | Nieman, Jon G | Fisher, Eddie R | Fax Cover Sheet | 'Earliest-Mob-Earliest' |
| 788 | RM-COE-14398 | RM-COE-14398 | 3/24/2000 | Bentsen, Kenneth E | Buechler, Nicholas J | Letter | Enclosing communication from Hutchison, Robert is submitted for Buechler consideration |
| 789 | RM-COE-15304 | RM-COE-15305 | 3/24/2000 | Russek, Eric G | File - COE | Memo | Site Visit |
| 790 | REM12170 | REM12170 | 3/27/2000 | Fisher, Eddie R | Nieman, Jon G | Letter | Thanking for providing the quotation for dredging sections 7,8, and 9 and Enclosure of spreadsheet |
| 791 | REM35085 | REM35085 | 3/29/2000 | Fisher, Eddie R | Taylor, Ancil | Fax Cover Sheet | HSC - Upper Bayou revised quote |
| 792 | RM-GAL-0017768 | RM-GAL-0017770 | 3/29/2000 | McClenan, Cecil M | McClenan, Cecil M | Email | Retention Rate Spreadsheet |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 793 | RM-COE-01593 | RM-COE-01594 | 3/30/2000 | Fisher, Eddie R | McClenan, Cecil M | Letter | Request for Time Extension for DACW64-99-C0001 |
| 794 | RM-TCB-00163 | RM-TCB-00163 | 3/30/2000 | McClenan, Cecil M | Jefts, Alan R | Letter | Acknowledgement receipt of letter dated 3/9/00 |
| 795 | RM-GAL-0012710 | RM-GAL-0012724 | 04/00/2000 | McClenan, CM | Unknown | Reports | Bay Area Office Quality Assurance Program |
| 796 | MOVED TO 528.014 | | | | | | |
| 797 | RM-COE-11685 | RM-COE-11686 | 4/3/2000 | Devany, Carol A; Fisher, Eddie R | | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00014 |
| 798 | RM-COE-03619 | RM-COE-03631 | 4/4/2000 | Fisher, Eddie R | Benero, Thomas | Letter | Response to Government Cure Notice dated 03/08/2000 |
| 799 | RM-COE-03632 | RM-COE-03633 | 4/4/2000 | | | Schedule | Project: Renda Alone - Upper Bayou Completion Schedule |
| 800 | RM-GAL-0020296 | RM-GAL-0020296 | 4/4/2000 | McClenan, Cecil M | Kohler, Harry G; Buechler, Nicholas J; Uhrich, Marilyn | Email | Upper Bayou Contract |
| 801 | RM-COE-16051 | RM-COE-16052 | 4/5/2000 | Buechler, Nicholas J | Bentsen, Kenneth E | Letter | Response to the second communication to your Baytown office from Mr. Hutchison alleging improper discharges into the San Jacinto River from our dredging project |
| 802 | RM-COE-00013 | RM-COE-00013 | 4/6/2000 | Anderson, Daniel W | Few, James T; Sutcliffe, Harrison T; Wittig III, Ernest H | Email | Upper Bayou - Differing Site Condition |
| 803 | RM-COE-00014 | RM-COE-00014 | 4/6/2000 | Anderson, Daniel W | Few, James T | Email | Upper Bayou - Differing Site Condition |
| 804 | RM-COE-03612 | RM-COE-03613 | 4/6/2000 | Benero, Thomas | Buechler, Nicholas J; Kohler, Harry G; Krueger, Dalton H; Keys III, Daniel; McClenan, Cecil M; Russek, Eric G; Devany, Carol A; Smith, Lucille R; Hopkins, William J; deMasi, Michael J; Rozsypal, Johnny | Email | Upper Bayou and Month of the Colorado River Projects-Renda Marine |
| 805 | RM-COE-04653 | RM-COE-04655 | 4/6/2000 | | | Handwritten Note | Renda Marine - notes from conference |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 806 | RM-COE-05064 | RM-COE-05065 | 4/6/2000 | | | Sign-In Sheet for Meeting | Sign In Sheet |
| 807 | RM-COE-21891 | RM-COE-21891 | 4/6/2000 | Meyer, Alton H | McClenan, Cecil M; Russek, Eric G | Email | Gov. Estimate for Bid Opening, Dredging Upper Bayou |
| 808 | RM-COE-21892 | RM-COE-21892 | 4/6/2000 | Benero, Thomas | Buechler, Nicholas J; Kohler, Harry G; Krueger, Dalton H; Keys III, Daniel; McClenan, Cecil M; Russek, Eric G; Devany, Carol A; Smith, Lucille R; Hopkins, William J; deMasi, Michael J; Rozsypal, Johnny | Email | Upper Bayou and Mouth of the Colorado River Projects |
| 809 | RM-COE-14350 | RM-COE-14354 | 4/7/2000 | Zukoski, Eric A | Benero, Thomas | Letter | Supplement to letter dated 4/4/00 in response to the Corps' cur notice dated 3/8/00 |
| 810 | RM-COE-21893 | RM-COE-21893 | 4/7/2000 | Benero, Thomas | McClenan, Cecil M | Email | Upper Bayou Project |
| 811 | RM-COE-21894 | RM-COE-21895 | 4/7/2000 | Rozsypal, Johnny | Kohler, Harry G; Smith, Lucille R; Buechler, Nicholas J; Benero, Thomas; ; McClenan, Cecil M; Krueger, Dalton H; Russek, Eric G; deMasi, Michael J; Hopkins, William J; Devany, Carol A; Keys III, Daniel | Email | Upper Bayou and Mouth of the Colorado River Projects-Renda Marine - furnishing points of clarification |
| 812 | RM-COE-00015 | RM-COE-00016 | 4/8/2000 | Few, James T | Anderson, Daniel W; Russek, Eric G; McClenan, Cecil M; Sutcliffe, Harrison T | Email | Upper Bayou - Differing Site Condition |
| 813 | RM-GAL-0019091 | RM-GAL-0019092 | 4/8/2000 | Few, James T | Anderson, Daniel W; Russek, Eric G | Email | Upper Bayou - Differing Site Condition |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 814 | RM-COE-14345 | RM-COE-14346 | 4/10/2000 | Walters, Ted G | Benero, Thomas | Letter | RE meeting and the requirements that Renda Marine agreed to |
| 815 | RM-COE-14347 | RM-COE-14347 | 4/10/2000 | Fisher, Eddie R | Benero, Thomas | Letter | Response to Government Cure Notice 03/08/2000, Information Supplement |
| 816 | RM-COE-18841 | RM-COE-18846 | 4/10/2000 | Zukoski, Eric A | Benero, Thomas | Fax Cover Sheet | Fax Cover Sheet - No Subject |
| 817 | RM-JSG-00036 | RM-JSG-00036 | 4/10/2000 | Jefts, Alan R | Walters, Ted G | Email | RE: Upper Bayou - Levee Worke |
| 818 | RM-COE-14343 | RM-COE-14344 | 4/11/2000 | Buechler, Nicholas J | Bentsen, Kenneth E | Letter | Response to communication from Hutchison, Robert re improper discharges into the San Jacinto River from the LLPA. |
| 819 | RM-COE-16292 | RM-COE-16292 | 4/11/2000 | Fisher, Eddie R | Russek, Eric G | Email | Upper Bayou ADs Sect 2 (partial) and 3 |
| 820 | RM-GAL-0019093 | RM-GAL-0019093 | 4/12/2000 | Russek, Eric G | McClenan, Cecil M; Hunt, Thomas A | Email | Upper Bayou Ads Section 2 (partial) & 3 |
| 821 | RM-COE-21900 | RM-COE-21900 | 4/13/2000 | Benero, Thomas | McClenan, Cecil M; Russek, Eric G | Email | Renda Marine-Upper Bayou Contract |
| 822 | RM-COE-00008 | RM-COE-00008 | 4/14/2000 | Russek, Eric G | Anderson, Daniel W; Few, James T | Email | Upper Bayou Differing Site |
| 823 | RM-COE-00012 | RM-COE-00012 | 4/14/2000 | Few, James T | Mears, Wendell D | Email | Differing Site Condition Claim, Upper Bayou, Renda Marine |
| 824 | REM19327 | REM19327 | 4/17/2000 | Wyatt, Danny J | Meyer, Alton H; mcc; Benero, Thomas M; Kohler, Harry G; Moore, Thomas | Email | Safety Evaluation, 04/05/2000, Boliver Marsh, Contract 98-C-0025 |
| 825 | RM-COE-16102 | RM-COE-16102 | 4/17/2000 | Few, James T | Anderson, Daniel W; Russek, Eric G | Email | DSC at upper Bayou flare |
| 826 | RM-COE-16261 | RM-COE-16261 | 4/17/2000 | Few, James T | Mears, Wendell D; Few, James T; Anderson, Daniel W; Russek, Eric G; Sutcliffe, Harrison T | Email | Renda Differing Site Condition Claim |
| 827 | REM12453 | REM12453 | 4/18/2000 | Brown, David R | Herrington, Edward V | Memo | Freedom of Information Request, HGAL - Dredging Upper Bayou |
| 828 | RM-COE-16559 | RM-COE-16561 | 4/18/2000 | Few, James T | Russek, Eric G | Email | Differing Site Condition Claim, Upper Bayou, Renda Marine |