# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 829 | RM-COE-17849 | RM-COE-17851 | 4/18/2000 | Few, James T | Russek, Eric G; McClenan, Cecil M; Anderson, Daniel W | Email | Differing Site Condition Claim, Upper Bayou, Renda Marine |
| 830 | RM-COE-17697 | RM-COE-17697 | 4/19/2000 | Anderson, Daniel W | Brown, David R; Wittig III, Ernest H; Sutcliffe, Harrison T | Email | Upper Bayou Differing Site Condition |
| 831 | RM-COE-21903 | RM-COE-21903 | 4/19/2000 | Russek, Eric G | McClenan, Cecil M | Email | FW: Upper Bayou Differing Site Condition |
| 832 | RM-COE-21904 | RM-COE-21904 | 4/19/2000 | Russek, Eric G | Benero, Thomas; McClenan, Cecil M; Anderson, Daniel W | Email | Upper Bayou Soil Borings |
| 833 | RM-GAL-0019095 | RM-GAL-0019095 | 4/19/2000 | Russek, Eric G | Benero, Thomas | Email | Upper Bayou Soil Borings |
| 834 | RM-TCB-00153 | RM-TCB-00153 | 4/19/2000 | Jefts, Alan R | Walters, Ted G; Krueger, Dalton H | Email | RE: Upper Bayou - Renda's Claim of Differing Site Conditions |
| 835 | RM-TCB-00763 | RM-TCB-00763 | 4/19/2000 | Mears, Wendell D | Jefts, Alan R | Reports | Differing Site Conditions |
| 836 | REM12092 | REM12092 | 4/20/2000 | Herrington, Edward V | Herrera, Leo (Darillo) | Letter | Enclosing info responsive to Herrera's FOIA request letter of 03/20/2000, pertaining to pre-bid data used to assemble the government calculations of time for completion |
| 837 | REM35000 | REM35001 | 4/20/2000 | Fisher, Eddie R | McClenan, Cecil M; Russek, Eric G | Fax Cover Sheet | Forwarding, per discussions, schedule of shutdowns of the Lynchburg Ferry |
| 838 | RM-COE-21905 | RM-COE-21905 | 4/20/2000 | McClenan, Cecil M | Uhrich, Marilyn; Buechler, Nicholas J; Kohler, Harry G; Weiss, Lynwood G; Russek, Eric G | Email | Closure of Lynchburg Ferry |
| 839 | RM-GAL-0001710 | RM-GAL-0001711 | 4/20/2000 | Houston Galveston Navigation Channels | Unknown | Agenda | Project Coordination Team Meeting No. 18 |
| 840 | RM-GAL-0016581 | RM-GAL-0016585 | 4/20/2000 | Houston Galveston Navigation Channels | Unknown | Minutes | Summary, Project Coordination Team Meeting No. 18 |
| 841 | RM-COE-21906 | RM-COE-21906 | 4/21/2000 | McClenan, Cecil M | Russek, Eric G; Meyer, Alton H; Weiss, Lynwood G | Email | Gov. Estimate for Bid Opening, Dredging Upper Bayou |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 842 | RM-COE-21907 | RM-COE-21908 | 4/21/2000 | McClenan, Cecil M | Russek, Eric G; Weiss, Lynwood G; Meyer, Alton H | Email | PCT subject |
| 843 | FOIA-COE-002051 | FOIA-COE-002052 | 4/24/2000 | Corps of Engineers-Galveston Dist. | | Memo | Contract No. DACW64-99-C-0012 - Houston Ship Channel, Dredging Sims Bayou to Greens Bayou with Extension to Boggy Bayou Basin - Timeline. |
| 844 | RM-COE-16259 | RM-COE-16260 | 4/24/2000 | Meyer, Alton H | McClenan, Cecil M; Russek, Eric G; Weiss, Lynwood G; Kuhne, Patrick A | Email | PCT subject |
| 845 | RM-COE-21909 | RM-COE-21909 | 4/24/2000 | Russek, Eric G | McClenan, Cecil M | Email | Gov. Estimate for Bid Opening, Dredging Upper Bayou; included emails |
| 846 | RM-COE-21910 | RM-COE-21910 | 4/24/2000 | McClenan, Cecil M | Kohler, Harry G; Buechler, Nicholas J; Uhrich, Marilyn; Russek, Eric G; Weiss, Lynwood G | Email | Upper Bayou Contract |
| 847 | REM21044 | REM21049 | 4/25/2000 | Smith, Barry L | Renda, Oscar | Invoice | For 12,985.82 dollars towards professional services for the period thru 04/15/2000 |
| 848 | RM-COE-03608 | RM-COE-03609 | 4/25/2000 | Benero, Thomas | Fisher, Eddie R | Letter | Furnishing response to 03/30/2000 letter |
| 849 | RM-COE-03603 | RM-COE-03605 | 4/26/2000 | Benero, Thomas M | For Records | Memo | Meeting with Renda Marine, Contract 99-C-0001, Dredging Upper Bayou. |
| 850 | RM-COE-14339 | RM-COE-14339 | 4/26/2000 | | | Sign-In Sheet for Meeting | Sign in Sheet |
| 851 | REM31148 | REM31149 | 4/28/2000 | Fisher, Eddie R | McClenan, Cecil M | Letter | Notice of Differing Site Conditions and Request for Time Extension |
| 852 | RM-COE-10841 | RM-COE-10842 | 4/28/2000 | Fisher, Eddie R | McClenan, Cecil M | Fax Cover Sheet | Notice of Differing Site Conditions and Request for Time Extension for Contract Number DACW64-99-C0001 |
| 853 | EM1110-2-1913 | EM1110-2-1913.0164 | 4/30/2000 | U. S. Army Corps of Engineers | | COE Manual | Design & Construction of Levees |
| 854 | RM-JSG-00465 | RM-JSG-00470 | 5/1/2000 | Jefts, Alan R | Simmons, James | Letter | Task 0006: Supplemental Quality Assurance - Dredging Upper Bayou Job No. 13-63020-140 |
| 855 | RM-COE-16267 | RM-COE-16267 | 5/2/2000 | Jefts, Alan R | Russek, Eric G; Sartori, Anthony G; Eick, Carrie E | Email | HGNC Upper Bayou |
| 856 | RM-COE-14381 | RM-COE-14391 | 5/3/2000 | Fisher, Eddie R | Benero, Thomas | Letter | Response to Benero Letter of 04/25/2000 |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 857 | RM-COE-21911 | RM-COE-21911 | 5/3/2000 | Meyer, Alton H | McClenan, Cecil M; Russek, Eric G; Fisher, Eddie R; Benero, Thomas M; Krueger, Dalton H | Email | FW: South Ferry Landing - Upper Bayou |
| 858 | RM-COE-21912 | RM-COE-21912 | 5/3/2000 | Mears, Wendell D | Russek, Eric G; McClenan, Cecil M; Jefts, Alan R; Bryant, Grady T; Gorini, Richard F; Glasgow, Jeromy; Morgans Point Field Office | Email | Renda Inspection, 5-3 |
| 859 | RM-COE-21918 | RM-COE-21918 | 5/4/2000 | Russek, Eric G | Anderson, Daniel W; Few, James T; Meyer, Alton H; McClenan, Cecil M; Fisher, Eddie R; Herrera, Leo (Darillo) | Email | FW: HGNC Upper Bayou |
| 860 | RM-COE-16286 | RM-COE-16287 | 5/5/2000 | Benero, Thomas | Russek, Eric G; McClenan, Cecil M; Keys III, Daniel | Email | South Ferry Landing - Upper Bayou |
| 861 | RM-COE-17999 | RM-COE-18000 | 5/5/2000 | Russek, Eric G | McClenan, Cecil M | Email | South Ferry Landing - Upper Bayou |
| 862 | REM12055 | REM12055 | 5/8/2000 | Fisher, Eddie R | Diaz, Carlos | Letter | Designate Mr. Diaz as CQCS Manager if Mr. Machacek is not able to perform responsiblities |
| 863 | RM-COE-19292 | RM-COE-19296 | 5/8/2000 | Rossi, Christopher D | | Survey | Lynchburg Ferry Survey |
| 864 | RM-COE-19325 | RM-COE-19330 | 5/8/2000 | | | Survey | Debris field, Sta 470+00 |
| 865 | RM-COE-21939 | RM-COE-21939 | 5/12/2000 | McClenan, Cecil M | Hunt, Thomas A; Russek, Eric G; Weiss, Lynwood G | Email | Ads for Upper Bayou |
| 866 | RM-COE-16311 | RM-COE-16312 | 5/16/2000 | Few, James T | Anderson, Daniel W; Russek, Eric G; Sutcliffe, Harrison T | Email | Upper Bayou Update |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 867 | RM-GAL-0013642 | RM-GAL-0013642 | 5/17/2000 | Mears, Wendell | Ressek, Eric; McClenan, Mike; Jefts, Alan; Gorini, Dick; Hrabovsky, Leon; Grady2, Bryant | Email | Upper Bayou Status Discussions |
| 868 | RM-CPP-00650 | RM-CPP-00653 | 5/22/2000 | Russek Eric G | | Memo | Houston-Galveston Navigation Channels Dredging Upper Bayou (99-C-0001) Site Visit |
| 869 | RM-COE-09126 | RM-COE-09127 | 5/25/2000 | Herrera, Leo (Darillo) | Russek, Eric G | Letter | Enclosing an amended description of Quality Control Organization |
| 870 | FOIA-COE-000227 | FOIA-COE-000231 | 5/26/2000 | McClenan, Cecil M | Herring, Warren | Letter | Advising that an unsatisfactory performance evaluation is being prepared on King Fisher Marine Service's contract DACW64-99-C-0012, Houston Ship Channel, TX Dredging Sims Bayou to Greens Bayou with Extension to Boggy Bayou Basin in Harris County, TX; outlining the reasons or facts on which the unsatisfactory evaluation is based; request to respond. |
| 871 | MOVED TO 528.015 | | | | | | |
| 872 | REM12022 | REM12022 | 5/30/2000 | Javed, Sayeed; Quinonez, Alfonso | Jefts, Alan R | Letter | Geotechnical Investigation - Upper Bayou Reach - Houston Ship Channel Widening and Deepening Project - HVJ Report No 00-154G-00 |
| 873 | RM-COE-14377 | RM-COE-14378 | 5/30/2000 | Fisher, Eddie R | McClenan, Cecil M | Letter | Notice of Differing Site Conditions on the north side of the channel between Stations 530+00 and Station 540+00 in Section Five |
| 874 | REM24529 | REM24537 | 5/31/2000 | | | Survey | ADs - 470+00 to 484+00 |
| 875 | RM-COE-18848 | RM-COE-18849 | 5/31/2000 | Benero, Thomas | Fisher, Eddie R | Letter | In Reference to letter dated 5/3/00 |
| 876 | RM-COE-01615 | RM-COE-01615 | 6/2/2000 | Jefts, Alan R | Kuhne, Patrick A | Letter | Geotechnical Investigation-Flare Sta 527+35.12 to Sta 544+06.55 |
| 877 | RM-COE-14304 | RM-COE-14322 | 6/2/2000 | Jefts, Alan R | Kuhne, Patrick A | Fax Cover Sheet | Geotechnical Investigation - Flare Sta. 527+35.12 to Sta. 544+06.55 |
| 878 | RM-COE-16231 | RM-COE-16231 | 6/4/2000 | Few, James T | Russek, Eric G; Anderson, Daniel W | Email | HG, Upper Bayou, Two borings at Flare |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 879 | REM12016 | REM12017 | 6/5/2000 | Fisher, Eddie R | Machacek, Kenneth; Rodriguez, Arturo; Englen, Michael; Diaz, Carlos; Cantu, Edelberto; Renda, Rudy V; Williams, Glen; Bates, L; Garcia, Lorenzo; Garcia, Cayetano | Memo | Operations Assistance |
| 880 | RM-GAL-0017832 | RM-GAL-0017833 | 6/5/2000 | McClenan, Cecil M | Krueger, Dalton H | Email | |
| 881 | RM-GAL-0017982 | RM-GAL-0017982 | 6/6/2000 | McClenan, Cecil M | Russek, Eric G | Email | Contract Progress Meeting request |
| 882 | RM-GAL-0018453 | RM-GAL-0018453 | 6/6/2000 | Few, James T | Meyer, Alton H; Anderson, Daniel W; Weiss, Lynwood G; McClenan, Cecil M | Email | |
| 883 | RM-GAL-0013348 | RM-GAL-0013348 | 6/7/2000 | Russek, Eric G | Benero, Thomas | Email | Renda Status |
| 884 | REM12015 | REM12015 | 6/8/2000 | | | Sign-In Sheet for Meeting | Renda Marine Meeting - 06/08/2000 Executive Conference |
| 885 | RM-COE-03587 | RM-COE-03587 | 6/8/2000 | Russek, Eric G | Wyatt, Danny J | Email | FW: Renda Status |
| 886 | RM-GAL-0018450 | RM-GAL-0018452 | 6/8/2000 | Few, James T | Meyer, Alton H; McClenan, Cecil M; Keys III, Daniel; Weiss, Lynwood G | Email | |
| 887 | RM-COE-03588 | RM-COE-03588 | 6/9/2000 | Benero, Thomas | Buechler, Nicholas J; Rochen, George R; Keys III, Daniel; McClenan, Cecil M; Russek, Eric G; Krueger, Dalton H; Rozsypal, Johnny | Email | Meeting with Renda |
| 888 | RM-GAL-0017849 | RM-GAL-0017849 | 6/9/2000 | McClenan, Cecil M | vbfwww@yahoo.com | Email | |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 889 | RM-GAL-0017967 | RM-GAL-0017967 | 6/9/2000 | McClenan, Cecil M | Meyer, Alton H; Weiss, Lynwood G; Anderson, Daniel W | Email | Meeting with Renda |
| 890 | RM-COE-03581 | RM-COE-03586 | 6/12/2000 | Fisher, Eddie R | Benero, Thomas | Letter | Sub: Request for Revised Schedule |
| 891 | RM-GAL-0016613 | RM-GAL-0016613 | 6/13/2000 | Meyer, Alton H | Krueger, Dalton H; Saenz, Luis F | Email | Revised O&M costs for Upper Bayou and Lower Bay contracts |
| 892 | RM-GAL-0018449 | RM-GAL-0018449 | 6/13/2000 | Anderson, Daniel W | Meyer, Alton H; McClenan, Cecil M; Keys III, Daniel | Email | |
| 893 | REM12307 | REM12307 | 6/14/2000 | McClenan, Cecil M | Fisher, Eddie R | Letter | RE Modifications VQ011, Additional time for the Variation in Quantities for the earth work as required fro completing the mechanical levees |
| 894 | RM-TCB-00564 | RM-TCB-00587 | 6/14/2000 | Department of the Army | | Memo | Procedures for Handling Contract Claims |
| 895 | RM-GAL-0018488 | RM-GAL-0018490 | 6/15/2000 | Sanford, Will S | Meyer, Alton H; McClenan, Cecil M | Email | |
| 896 | RM-COE-14274 | RM-COE-14275 | 6/16/2000 | Fisher, Eddie R | Benero, Thomas | Letter | Small Business Dredging Set-Aside Contracts |
| 897 | RM-COE-15471 | RM-COE-15473 | 6/19/2000 | Jones, Chris | Renda, Oscar | Promissory Note | Note Modification/Loan OSCA8904 |
| 898 | | | | | | | Before Dredging and After Dredging Surveys - Section #1 (will be joint exhibit; see note at bottom of document) |
| 899 | RM-COE-15989 | RM-COE-15995 | 6/20/2000 | Jefts, Alan R | Russek, Eric G | Letter | Existing Condition Surveys - Job Number 13-63020-140 |
| 900 | RM-GAL-0019160 | RM-GAL-0019161 | 6/22/2000 | Unknown | Unknown | Reports | Spreadsheet of cleared cross sections |
| 901 | RM-COE-21971 | RM-COE-21972 | 6/23/2000 | Russek, Eric G | McClenan, Cecil M; Keys III, Daniel | Email | 06/2000 response letter |
| 902 | RM-COE-21973 | RM-COE-21975 | 6/23/2000 | Russek, Eric G | McClenan, Cecil M | Email | Dredging Acceptance |
| 903 | REM19278 | REM19278 | 6/26/2000 | Mears, Wendell D | Meyer, Alton H | Email | Phone Conversation |
| 904 | RM-COE-01263 | RM-COE-01264 | 6/26/2000 | Few, James T | Anderson, Daniel W | Email | HG, Upper Bayou, SQA Survey Results |
| 905 | RM-COE-11712 | RM-COE-11713 | 6/26/2000 | McClenan, Cecil M; Fisher, Eddie R | | Contract Modification | Modification of Contract - Requisition Number A99-0001-011 |
| 906 | RM-COE-21976 | RM-COE-21977 | 6/26/2000 | Russek, Eric G | McClenan, Cecil M | Email | SQA Survey Results |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 907 | RM-COE-21978 | RM-COE-21979 | 6/28/2000 | Keys III, Daniel | Russek, Eric G; McClenan, Cecil M | Email | 06/2000 response letter |
| 908 | REM04852 | REM04867 | 6/29/2000 | | | Reports | Renda Marine, Inc -Production Report |
| 909 | REM05473 | REM05489 | 6/30/2000 | Renda Marine | | Reports | Daily Production Report - 06/08/00-07/02/00 |
| 910 | RM-COE-16336 | RM-COE-16336 | 6/30/2000 | Fisher, Eddie R | Russek, Eric G | Email | Survey Data June |
| 911 | RM-COE-18858 | RM-COE-18858 | 7/10/2000 | Fisher, Eddie R | Hopkins, William J | Letter | Correspondence of 07/07/2000 |
| 912 | RM-GAL-0018502 | RM-GAL-0018502 | 7/10/2000 | Sanford, Will S | Meyer, Alton H | Email | |
| 913 | RM-GAL-0018695 | RM-GAL-0018696 | 7/10/2000 | Russek, Eric G | McClenan, Cecil M; Meyer, Alton H | Email | |
| 914 | RM-GAL-0018695 | RM-GAL-0018696 | 7/10/2000 | Russek, Eric G | McClenan, Cecil M; Meyer, Alton H | Email | FW: HG, Lower Bayou, Alexander and Spilman Island Pas, Trip Report - 'At the request of J.P. Smith, Tim and I went out to Lower Bayou on Friday to observe the issues listed below. Tim wrote a very good trip report and has added some history at other sites. Regarding the mod for Alexander, I would like to proposed that we lump al of the earthwork issues together - the erosion at the south end of Alex. Is. and the levee sloughing on the west side. As Tim state, these are above and beyond what was in the PandS. For future reference, we (the Area Office0 need to strongly recommend that earthwork be bid at a unit price (CY) instead of Lump Sum to put less risk on the contractor and to facilitate simpler mods for variations in quantities.'; included email |
| 915 | REM11990 | REM11991 | 7/11/2000 | Benero, Thomas | Fisher, Eddie R | Letter | Response to 06/20/2000 letter |
| 916 | RM-COE-14256 | RM-COE-14257 | 7/11/2000 | Benero, Thomas | Fisher, Eddie R | Letter | Draft: Response to 6/20/00 letter |
| 917 | REM24155 | REM24164 | 7/14/2000 | | | Survey | ADs, Sec 5, 532+00 to 540+00 |
| 918 | RM-COE-15230 | RM-COE-15270 | 7/14/2000 | Jefts, Alan R | Russek, Eric G | Fax Cover Sheet | Quality Assurance Reports |
| 919 | RM-COE-01260 | RM-COE-01260 | 7/17/2000 | Russek, Eric G | Few, James T | Email | Upper Bayou, Request for Time |
| 920 | RM-COE-01598 | RM-COE-01598 | 7/18/2000 | Few, James T | Russek, Eric G | Email | HG, Upper Bayou Flare |
| 921 | REM36534 | REM36534 | 7/19/2000 | McClenan, Cecil M | Fisher, Eddie R | Letter | Modification C0004, which incorporates a paragraph to Section 02223-Retaining Levees for accepting completed levees. |
| 922 | RM-GAL-0017869 | RM-GAL-0017869 | 7/24/2000 | McClenan, Cecil M | Meyer, Alton H | Email | Renda's Rented/ Leased Equipment |
| 923 | RM-GAL-0019167 | RM-GAL-0019168 | 7/24/2000 | McClenan, CM | Jefts, Alan | Letter | Draft letter regarding HVJ Geotechnical report |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 924 | RM-COE-01600 | RM-COE-01602 | 7/26/2000 | | | Chart | Dredge Volume Calculations |
| 925 | RM-COE-01603 | RM-COE-01605 | 7/26/2000 | | | Chart | Dredge Volume Calculations |
| 926 | RM-COE-14254 | RM-COE-14254 | 7/28/2000 | Duke, Pat | Russek, Eric G | Letter | Follow up of conversation about the levee on the West side of Lost Lake |
| 927 | RM-COE-16304 | RM-COE-16304 | 7/28/2000 | Few, James T | Russek, Eric G | Email | Upper Bayou Differing Site letter to JV |
| 928 | RM-COE-14038 | RM-COE-14038 | 7/30/2000 | Fisher, Eddie R | Carelock, Donald W | Email | Resignation |
| 929 | RM-COE-16338 | RM-COE-16338 | 7/30/2000 | Fisher, Eddie R | Russek, Eric G | Email | Resignation |
| 930 | REM05423 | REM05441 | 7/31/2000 | Renda Marine | | Reports | Daily Production Report |
| 931 | RM-COE-11716 | RM-COE-11717 | 7/31/2000 | McClenan, Cecil M; Fisher, Eddie R | | Contract Modification | Modification of Contract - Requisition Number A99-0001-004 |
| 932 | RM-COE-16411 | RM-COE-16496 | 7/31/2000 | | | Survey | Combined Surveys 7/31/00 & 3/20/00, Station 510+00 |
| 933 | REM11914 | REM11916 | 8/1/2000 | | | Chart | Dredge Volume Calculations |
| 934 | REM33078 | REM33083 | 8/1/2000 | Renda Marine; JESCO Construction Corp. | | Lease Agreement | Equipment Lease between Renda Marine, Inc. (Lessor) and Jesco (Lessee) with attached Exhibit A |
| 935 | RM-COE-10862 | RM-COE-10878 | 8/1/2000 | | | Survey | AD's Sec 1 470+00 To 484+00 - Station: 470+00 etc - Hydro Surveys |
| 936 | RM-COE-14901 | RM-COE-14901 | 8/1/2000 | Bowman, Steven C | Russek, Eric G | Letter | Enclosing an amended description of their QC Organization. |
| 937 | RM-TCB-00418 | RM-TCB-00419 | 8/2/2000 | McClenan, Cecil M | Jefts, Alan R | Letter | RE: Letter Dated March 30, 2000 from Renda Marine requesting extra time for the differing site condition in the flare |
| 938 | RM-COE-01259 | RM-COE-01259 | 8/3/2000 | Anderson, Daniel W | Few, James T | Email | Lost Lake |
| 939 | RM-COE-14247 | RM-COE-14249 | 8/3/2000 | Bowman, Steven C | Benero, Thomas | Letter | Response to 7/11/00 letter for update of quality control personnel and responsibilities |
| 940 | RM-COE-18829 | RM-COE-18829 | 8/3/2000 | | | Sign-In Sheet for Meeting | Sign it Sheet - Meeting attendees |
| 941 | RM-GAL-0016621 | RM-GAL-0016621 | 8/3/2000 | Barcak, Ronnie G | Saenz, Luis F | Email | Renda Marine (Mouth of the Colorado and Upper Bayou Project) |
| 942 | REM11973 | REM11973 | 8/4/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Dredging Upper Bayou Request for Acceptance of Levee Construction |
| 943 | REM11974 | REM11975 | 8/4/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Criteria for Dredged Channel, Section Nos. 1 through 3 |
| 944 | RM-COE-05463 | RM-COE-05463 | 8/4/2000 | Renda, Oscar; Bowman, Steven C | Benero, Thomas | Letter | Replacement for Eddie Fisher - Steven C. Bowman |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 945 | RM-COE-05491 | RM-COE-05491 | 8/4/2000 | | | Personnel/Human Resources | CV - Lloyd Bates |
| 946 | RM-COE-16283 | RM-COE-16284 | 8/4/2000 | Few, James T | Anderson, Daniel W; Russek, Eric G; McClenan, Cecil M | Email | Lost Lake |
| 947 | RM-GAL-0017873 | RM-GAL-0017874 | 8/4/2000 | McClenan, Cecil M | Meyer, Alton H | Email | Lost Lake |
| 948 | REM33174 | REM33175 | 8/8/2000 | Ray, Kent | | Memo | Corporate Overhead Allocated |
| 949 | RM-COE-14840 | RM-COE-14841 | 8/8/2000 | Russek, Eric G | File - COE | Memo | Site Visit |
| 950 | RM-COE-18063 | RM-COE-18063 | 8/8/2000 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | HG, Upper Bayou, Lost Lake |
| 951 | RM-CPP-00654 | RM-CPP-00655 | 8/8/2000 | Russek Eric G | | Memo | Houston-Galveston Navigation Channels Dredging Upper Bayou (99-C-0001) Site Visit |
| 952 | RM-GAL-0019188 | RM-GAL-0019188 | 8/8/2000 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | Documenting discussions at hydraulic fill site on 08/07/2000 |
| 953 | REM16034 | REM16034 | 8/10/2000 | | | Schedule | Exhibit 5-1 - Construction Schedule |
| 954 | RM-COE-05459 | RM-COE-05460 | 8/11/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Revised Completion Schedule for Project |
| 955 | RM-COE-22000 | RM-COE-22001 | 8/11/2000 | McClenan, Cecil M | Benero, Thomas | Email | Luster National |
| 956 | RM-GAL-0017900 | RM-GAL-0017903 | 8/11/2000 | McClenan, Cecil M | Weiss, Lynwood G | Email | PRB Items |
| 957 | | | | | | | Before Dredging and After Dredging Surveys - Section #8 (will be joint exhibit; see note at bottom of document) |
| 958 | MOVED TO 528.016 | | | | | | |
| 959 | | | | | | | Before Dredging and After Dredging Surveys - Section #9 (will be joint exhibit; see note at bottom of document) |
| 960 | RM-COE-11689 | RM-COE-11690 | 8/15/2000 | Cole Jr, Curtis; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00016 |
| 961 | REM24143 | REM24151 | 8/17/2000 | | | Survey | ADs, Sec 5, 532+00 to 540+00 |
| 962 | REM24206 | REM24210 | 8/17/2000 | | | Survey | ADs, Sec 6, 540+00 to 543+00 |
| 963 | RM-COE-14241 | RM-COE-14244 | 8/17/2000 | Bowman, Steven C | Benero, Thomas | Letter | Intent to Subcontract with Weeks Marine, Inc |
| 964 | RM-COE-05445 | RM-COE-05456 | 8/18/2000 | Harrison, Richard W | Jean, C L | Letter | Consent No DACW64-9-00-66, Houston Fuel Oil Terminal Co., Peggy Lake and Lost Lake Placement Areas, Houston Ship Channel Project, Texas |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 965 | RM-COE-05446 | RM-COE-05448 | 8/18/2000 | Harrison, Richard W | | Agreement/Contract | Consent to Easement |
| 966 | RM-COE-05449 | RM-COE-05449 | 8/18/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Request for Acceptance of Levee Construction from Stations 40+00 to 97+00 |
| 967 | RM-COE-05453 | RM-COE-05453 | 8/18/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Acceptance Criteria for Dredged Channel, Section Nos 1 through 3 (2) Project Schedule Requirements |
| 968 | RM-COE-05457 | RM-COE-05458 | 8/18/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Realignment of Levee in West Lost Lake Placement Area, (2) Notification of Changed Condition(s) |
| 969 | RM-COE-22003 | RM-COE-22004 | 8/18/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE Meeting on 8/7/00 advising that the purpose of the meeting was to observe and verify the alignment of the levee centerline in the area relative to the contract drawings |
| 970 | RM-GAL-0019193 | RM-GAL-0019194 | 8/18/2000 | McClenan, CM | Bowman, Steven C | Letter | Letter regarding 08/07/2000 site visit |
| 971 | RM-GAL-0019195 | RM-GAL-0019195 | 8/18/2000 | Unknown | Unknown | Chart | Outlining new berm grading for drainage |
| 972 | RM-PHA-00039 | RM-PHA-00040 | 8/18/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Realignment of Levee in West Lost Lake PA and Notification of Changed Condition(s) |
| 973 | RM-COE-14898 | RM-COE-14898 | 8/21/2000 | Bowman, Steven C | Russek, Eric G | Letter | Enclosing amended description of their QC Organization in chart form |
| 974 | RM-COE-03572 | RM-COE-03572 | 8/22/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | Response to 8/4/00 letter re: cross-sections of the portion of levee constructed by your subcontractor |
| 975 | RM-COE-05431 | RM-COE-05432 | 8/22/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Status of differing Site Condition - Dredging Stiff Clays in the Flare Area, (2) Project Schedule Requirements |
| 976 | RM-GAL-0016188 | RM-GAL-0016188 | 8/22/2000 | Mears, Wendell D | Saenz, Luis F; Rozsypal, Johnny | Email | |
| 977 | RM-GAL-0025775 | RM-GAL-0025775 | 8/22/2000 | Wendell, Mears | Russek, Eric G | Email | Upper Bayou Differing Site Condition Evaluation |
| 978 | RM-COE-05415 | RM-COE-05416 | 8/23/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Status of Differing Site Condition-Rubble at South Ferry Landing, (2) Project Schedule Requirements |
| 979 | RM-COE-05423 | RM-COE-05424 | 8/23/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Status of Differing Site Condition Rubble at North Side of Channel, between Stations 530+00 to 540+00 (2) Project Schedule Requirements |
| 980 | MOVED TO 528.017 | | | | | | |