# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 981 | RM-COE-11691 | RM-COE-11692 | 8/28/2000 | Cole Jr, Curtis; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00017 |
| 982 | REM05401 | REM05422 | 8/30/2000 | Renda Marine | | Reports | Daily Production Report |
| 983 | RM-GAL-0019196 | RM-GAL-0019197 | 8/31/2000 | Mears, Wendell | Russek, Eric; Smith, Barry | Email | Proposed Status Meeting Agenda |
| 984 | RM-COE-01524 | RM-COE-01528 | 09/00/2000 | Buechler, Nicholas J | | Survey | Exhibit 6 Lost Lake Southwest Levee Survey 08-16-00 View STA 166+00 to STA 184+00 |
| 985 | REM05520 | REM05520 | 9/2/2000 | | | Reports | Notes |
| 986 | REM05519 | REM05519 | 9/3/2000 | | | Reports | Notes |
| 987 | REM05518 | REM05518 | 9/4/2000 | | | Reports | Notes |
| 988 | REM05517 | REM05517 | 9/5/2000 | | | Reports | Notes |
| 989 | RM-COE-01516 | RM-COE-01523 | 9/8/2000 | Buechler, Nicholas J | | Survey | Lost Lake Southwest Levee Cross Sections from Sta 165+17.01 to Sta 169+74.22 |
| 990 | RM-COE-15940 | RM-COE-15943 | 9/8/2000 | | | Survey | Lost Lake Southwest Levee - Cross Sections From Sta 179+53.75 to 183+67.22 |
| 991 | RM-JSG-00193 | RM-JSG-00194 | 9/8/2000 | Mears, Wendell D | Jefts, Alan R; Hrabovsky, Leon; Bryant, Grady T; Gorini, Richard F | Email | Status Update, Upper Bayou Contract with Renda Marine |
| 992 | RM-COE-14223 | RM-COE-14223 | 9/10/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Pay estimate signature authority |
| 993 | RM-COE-14224 | RM-COE-14224 | 9/12/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Adjusted Discharge Area for Dredged Material from Section Numbers 7 and 8 |
| 994 | RM-JSG-00189 | RM-JSG-00192 | 9/14/2000 | Mears, Wendell D | Gorini, Richard F; Jefts, Alan R; Bryant, Grady T; Hrabovsky, Leon | Memo | Contract Status Meeting |
| 995 | REM24138 | REM24142 | 9/15/2000 | | | Survey | Hydro Survey, Sec 5, Sta 532+00 to 540+00 |
| 996 | REM24200 | REM24205 | 9/15/2000 | | | Survey | Hydro Survey, Sec 6, Sta 540+00 to 554+00 |
| 997 | RM-COE-22015 | RM-COE-22019 | 9/18/2000 | Mears, Wendell D | Russek, Eric G; McClenan, Cecil M; Barry | Email | Minutes of the Meeting |
| 998 | RM-COE-22020 | RM-COE-22020 | 9/18/2000 | Russek, Eric G | McClenan, Cecil M | Email | Renda Letters |
| 999 | RM-COE-22302 | RM-COE-22303 | 9/18/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE Meeting on 8/7/00 advising that the purpose of the meeting was to observe and verify the alignment of the levee centerline in the area relative to the contract drawings |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1000 | RM-GAL-0019209 | RM-GAL-0019213 | 9/18/2000 | Russek, Eric G | McClenan, Cecil M | Email | Forwarding drafts of Renda letters for levee realignment and section acceptance |
| 1001 | RM-COE-14221 | RM-COE-14222 | 9/19/2000 | Jefts, Alan R | McClenan, Cecil M | Letter | Supplemental Quality Assurance - Dredging Upper Bayou - JV 31.0 Increase in Quality Assurance Inspections - Job Number 13-63020-140 |
| 1002 | RM-COE-16033 | RM-COE-16033 | 9/19/2000 | Russek, Eric G | McClenan, Cecil M | Email | Another Renda Letter |
| 1003 | RM-COE-16034 | RM-COE-16034 | 9/20/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE letter dated 9/12/00 requesting adjustment of the discharge area for the dredged material from Sections 7 and 8 into the existing borrow sites ont he south sid of Lost Lake |
| 1004 | RM-COE-17988 | RM-COE-17990 | 9/21/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE letter dated 8/4/00 requesting acceptanc of Section Nos. 1 through 3 |
| 1005 | RM-COE-22021 | RM-COE-22023 | 9/21/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE Meeting on 8/7/00 advising that the purpose of the meeting was to observe and verify the alignment of the levee centerline in the area relative to the contract drawings |
| 1006 | REM11907 | REM11911 | 9/22/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Differing Site Conditions Issues, Excessively Soft Levee Foundation Materials, and Project Schedule Requirements |
| 1007 | RM-COE-01455 | RM-COE-01459 | 9/22/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Differing Site Conditions Issues (2) Excessively Soft Levee Foundation Materials (3) Project Schedule Requirements |
| 1008 | RM-COE-03569 | RM-COE-03570 | 9/22/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE letter dated 8/4/00 requesting acceptanceof Section Nos. 1 through 3 |
| 1009 | RM-GAL-0012991 | RM-GAL-0012993 | 9/22/2000 | McClenan, CM | Bowman, Steven C | Letter | Recap of site visit on 8/27/2000 |
| 1010 | RM-COE-11694 | RM-COE-11697 | 9/28/2000 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00018 |
| 1011 | MOVED TO 528.018 | | | | | | |
| 1012 | REM04794 | REM04810 | 10/1/2000 | | | Reports | Daily Production Report |
| 1013 | RM-COE-10584 | RM-COE-10601 | 10/3/2000 | | | Survey | Hydro Survey, Sec 4, Sta 524+00 to 532+00 |
| 1014 | RM-COE-18092 | RM-COE-18093 | 10/4/2000 | Few, James T | Russek, Eric G | Email | Renda Ltr of 22 Sept |
| 1015 | RM-COE-22051 | RM-COE-22051 | 10/4/2000 | Russek, Eric G | McClenan, Cecil M | Email | Upper Bayou - RFP for debris |
| 1016 | RM-GAL-0019233 | RM-GAL-0019234 | 10/4/2000 | Few, James T | Russek, Eric G | Email | Upper Bayou, Renda Ltr of 9/22/2000 |
| 1017 | RM-GAL-0013424 | RM-GAL-0013427 | 10/5/2000 | McClenan, CM | Bowman, Steven C | Letter | Responds to Bowman letter dated 8/23/2000 |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1018 | RM-COE-11419 | RM-COE-11421 | 10/6/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE letter dated 8/23/00 describing debris on the north side of the channel between approximate channel Stations 530+00 and 554+00 |
| 1019 | RM-PHA-00264 | RM-PHA-00265 | 10/6/2000 | Jefts, Alan R | McClenan, Cecil M | Letter | Remaining Levee Construction |
| 1020 | REM24789 | REM25000 | 10/13/2000 | Renda Marine | | Reports | Daily Production Report |
| 1021 | RM-COE-11417 | RM-COE-11418 | 10/13/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Differing Site Condition - Rubble Discovered Between Station Numbers 530+00 and 554+00, (2) Request for Proposal Number CO-5 (Your Letter dated 10/06/2000) |
| 1022 | RM-COE-14194 | RM-COE-14195 | 10/16/2000 | Schoennagel, Erich F | Goodloe, Ben | Fax Cover Sheet | Pipe Relocation at Houston Ship Channel |
| 1023 | RM-COE-18796 | RM-COE-18796 | 10/16/2000 | Schoennagel, Erich F | Goodloe, Ben | Letter | Pipe Relocation at Houston Ship Channel |
| 1024 | RM-GBA-00136 | RM-GBA-00136 | 10/16/2000 | Barron, Charles | File | Memo | Memo to File |
| 1025 | RM-COE-11415 | RM-COE-11416 | 10/18/2000 | Bowman, Steven C | Russek, Eric G | Letter | (1) Differing Site Condition - Rubble Discovered Between Station Numbers 530+00 and 554+00, (2) Request for Proposal Number CO-5 (Corps of Engineer's Letter dated 10/06/2000), (3) Preliminary Letter Response to RFP Number CO-5 from Renda Marine, Inc. to M. McClenan, P.E. dated 10/13/2000 |
| 1026 | RM-COE-14193 | RM-COE-14193 | 10/18/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Notification of Changed Condition - Interference with Contract Work by Other Contractor (Reliant Energy - HL&P) |
| 1027 | REM11888 | REM11889 | 10/20/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Differing Site Condition - Heavy Red Clay Discovered while Dredging Approximately between Station Nos 565+00 to 580+00, North Side of Channel |
| 1028 | RM-COE-01440 | RM-COE-01440 | 10/20/2000 | Few, James T | Russek, Eric G; Redd, Lawrence L | Email | HG Upper Bayou Trip Report |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1029 | RM-COE-14190 | RM-COE-14191 | 10/20/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Differing Site Condition - Heavy Red Clay Discovered While Dredging Approximately between Station Nos. 565+00 to 580+00, North Side of Channel - (2) Differing Site Condition - Unknown Obstruction Located Approximately at Station Number 580+00, North Side of Channel - (3) Changed Condition - Failure of the Lost Lake Levee Approximately between Station Nos. 40+00 through 15+00 |
| 1030 | RM-GAL-0019235 | RM-GAL-0019235 | 10/20/2000 | Few, James T | Russek, Eric G; Redd, Lawrence L | Email | Upper Bayou, Trip Report |
| 1031 | REM11886 | REM11887 | 10/23/2000 | | | Other | Diving Companies with accepted Diving Safe Practice Manuals on file with the District as of August 2000 |
| 1032 | RM-GAL-0012956 | RM-GAL-0012957 | 10/23/2000 | Few, James T | Russek, Eric G; McClenan, Cecil M; Krueger, Dalton H | Email | Upper Bayou, Requests by Renda |
| 1033 | RM-GAL-0013245 | RM-GAL-0013246 | 10/23/2000 | Few, James T | Few, James T; Russek, Eric G; McClenan, Cecil M; Krueger, Dalton H | Email | Upper Bayou, Requests by Renda |
| 1034 | RM-COE-14187 | RM-COE-14187 | 10/24/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Differing Site Condition - Unknown Obstruction Located Approximately at Station Number 575+00, Centerline Area of Channel - (2) Differing Site Condition - Unknown Obstruction Located Approximately at Station Number 580+00, North Side of Channel |
| 1035 | RM-COE-21570 | RM-COE-21570 | 10/24/2000 | Benero, Thomas | Rozsypal, Johnny; Kieslich, James M; Maurer, Herbie A; Keys III, Daniel; Saenz, Luis F; McClenan, Cecil M; Krueger, Dalton H | Email | Renda-Upper Bayou |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1036 | RM-COE-21682 | RM-COE-21682 | 10/24/2000 | Keys III, Daniel | Saenz, Luis F; Benero, Thomas; ; McClenan, Cecil M; Rozsypal, Johnny; Krueger, Dalton H; Kieslich, James M; Maurer, Herbie A | Email | Renda-Upper Bayou |
| 1037 | RM-COE-22062 | RM-COE-22062 | 10/24/2000 | McClenan, Cecil M | Russek, Eric G | Email | Renda-Upper Bayou |
| 1038 | RM-GAL-0016243 | RM-GAL-0016243 | 10/24/2000 | Rozsypal, Johnny | Benero, Thomas; Maurer, Herbie A; Kieslich, James M; Krueger, Dalton H; McClenan, Cecil M; Saenz, Luis F; Keys, Daniel | Email | Renda-Upper Bayou |
| 1039 | RM-GAL-0020298 | RM-GAL-0020298 | 10/24/2000 | McClenan, Cecil M | Russek, Eric G | Email | Renda - Upper Bayou |
| 1040 | RM-COE-01436 | RM-COE-01437 | 10/25/2000 | Few, James T | Files | Memo | Lost Lake |
| 1041 | RM-COE-05030 | RM-COE-05030 | 10/25/2000 | | | Sign-In Sheet for Meeting | Sign-In Sheet Renda Marine (T4D Meeting) |
| 1042 | RM-COE-18096 | RM-COE-18098 | 10/25/2000 | Few, James T | File - COE | Memo | Lost Lake |
| 1043 | RM-COE-21572 | RM-COE-21572 | 10/25/2000 | Few, James T | Saenz, Luis F; Rozsypal, Johnny | Email | Upper Bayou, Lost Lake |
| 1044 | RM-GAL-0019296 | RM-GAL-0019298 | 10/25/2000 | Few, Tim | Unknown | Memo | Memo setting out statements in response to Renda letter in September |
| 1045 | RM-GAL-0025765 | RM-GAL-0025767 | 10/25/2000 | Few, Tim | Unknown | Memo | Draft Response to Renda Letter of 10/31/00 |
| 1046 | RM-COE-17650 | RM-COE-17651 | 10/26/2000 | Few, James T | Campbell, David B | Email | Lost Lake |
| 1047 | RM-COE-21574 | RM-COE-21575 | 10/26/2000 | Kieslich, James M | Kohler, Harry G | Email | Lost Lake |
| 1048 | RM-COE-21576 | RM-COE-21577 | 10/26/2000 | Few, James T | Rozsypal, Johnny; Kieslich, James M; Saenz, Luis F | Email | Lost Lake |
| 1049 | RM-COE-21578 | RM-COE-21579 | 10/26/2000 | Kohler, Harry G | Kieslich, James M | Email | Lost Lake |
| 1050 | RM-COE-21676 | RM-COE-21677 | 10/26/2000 | Rozsypal, Johnny | Few, James T; Kieslich, James M; Saenz, Luis F | Email | Lost Lake |
| 1051 | RM-COE-22063 | RM-COE-22064 | 10/26/2000 | Russek, Eric G | McClenan, Cecil M | Email | Upper Bayou, Trip Report |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1052 | RM-GAL-0016234 | RM-GAL-0016234 | 10/26/2000 | Few, James T | Rozsypal, Johnny; Kieslich, James M; Saenz, Luis F | Email | Lost Lake |
| 1053 | MOVED TO 528.019 | | | | | | |
| 1054 | RM-COE-11404 | RM-COE-11406 | 10/27/2000 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation / Modification of Contract Number CO-5 P00019 |
| 1055 | RM-COE-11693 | RM-COE-11693 | 10/27/2000 | Benero, Thomas; ; Bowman, Steven C | | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00018 |
| 1056 | RM-COE-15399 | RM-COE-15403 | 10/27/2000 | Weeks Marine, Inc | Renda Marine, Inc | Agreement/Contract | Time Charter Agreement |
| 1057 | REM11865 | REM11866 | 10/30/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Notice to Proceed - (1) Removal and Disposal of Rubble Between Station Nos 530+00 and 554+00 |
| 1058 | RM-COE-14177 | RM-COE-14178 | 10/30/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE letter dated 10/8/00 re notice of a change in anticipation of submitting a request for an equitable adjustment due to relocation of dredge pipe caused by the relocation of an HL&P crossing tower |
| 1059 | RM-COE-14184 | RM-COE-14185 | 10/30/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Government Modification P00018 - Notice of Proceed - (1) Removal and Disposal of Rubble between Station Nos. 530+00 and 554+00 - (2) Removal and Disposal of Obstruction at Approximate Station Number 580+00 - (3) Removal and Disposal of Obstruction at Approximate Station Number 575+00 |
| 1060 | RM-COE-18120 | RM-COE-18125 | 10/30/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE meeting 10/23/00 about concerns and the assessments. |
| 1061 | REM04984 | REM04995 | 10/31/2000 | | | Reports | Daily Production Report |
| 1062 | REM11850 | REM11856 | 10/31/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Project Meeting Held 10/23/2000 |
| 1063 | RM-COE-01452 | RM-COE-01454 | 10/31/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Government Modification P00018 Notice to Proceed (1) Removal and Disposal of Rubble Between Station Nos. 530+00 and 554+00 (2) Removal and Disposal of Obstruction at Approximate Station No 580+00 (3) Removal and Disposal of Obstruction at Approximate Station No 575+00 |
| 1064 | RM-COE-14153 | RM-COE-14159 | 10/31/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Project Meeting Held 10/23/2000 at the Corps of Engineers, Galveston District Office |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1065 | RM-COE-14171 | RM-COE-14172 | 10/31/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Changed Condition - Interference with Contract Work by Other Contractor (Reliant Energy - HL&P) - (1) Notification Letter from Renda Marine, Inc. to Government dated 10/18/2000 - (2) Government Denial of Changed Condition to Renda Marine, Inc. dated 10/30/2000 |
| 1066 | REM11835 | REM11836 | 11/1/2000 | Bowman, Steven C | Chatry, Stephen J | Letter | Contract Differing Site Condition - Time Charter Agreement - Investigation and Removal of Rubble on North Slope of Channel Between Station Nos 530+00 and 554+00 |
| 1067 | REM11849 | REM11849 | 11/1/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Changed Condition - Realignment of Hydraulic Levee |
| 1068 | RM-COE-17643 | RM-COE-17644 | 11/1/2000 | Few, James T | Campbell, David B | Email | Upper Bayou, Response to Renda Letter |
| 1069 | RM-GAL-0025763 | RM-GAL-0025764 | 11/1/2000 | Few, James T | McClenan, Cecil M; Russek, Eric G | Email | Transmitting Response to Renda Letter of 10/31/00 |
| 1070 | RM-COE-15405 | RM-COE-15406 | 11/2/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Changed Condition - Realignment of Hydraulic Levee, (2) Hydraulic Levee Template Design Change |
| 1071 | RM-COE-17642 | RM-COE-17642 | 11/2/2000 | Few, James T | Syed, Ishaq; Campbell, David B | Email | HG, Upper Bayou, Lost Lake |
| 1072 | RM-COE-19218 | RM-COE-19219 | 11/2/2000 | Benero, Thomas | Bowman, Steven C | Letter | Show Cause Notice |
| 1073 | RM-COE-22074 | RM-COE-22076 | 11/2/2000 | Few, James T | File - COE | Memo | Lost Lake |
| 1074 | RM-GAL-0019251 | RM-GAL-0019252 | 11/2/2000 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | Upper Bayou, Response to Renda Letter |
| 1075 | RM-GAL-0019479 | RM-GAL-0019481 | 11/2/2000 | Few, Tim | Unknown | Memo | Statements for use by BAO in response to Renda's letters of 10/31/2000 and 11/01/2000 |
| 1076 | REM11823 | REM11823 | 11/3/2000 | Goodloe, Ben | Velasquez, Vincent V | Letter | Channel Closure on 11/07/2000; Jacport Terminal Entrances to South Side of Houston Ship Channel |
| 1077 | RM-COE-01487 | RM-COE-01487 | 11/3/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Government Modification No C05 P00019 (Revised from P00018) (1) Removal and Disposal of Rubble Between Station Nos 530+00 and 554+00 (2) Removal and Disposal of Obstruction at Approximate Station No 580+00 (3) Removal and Disposal of Obstruction at Approximate Station No 575+00 |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1078 | RM-COE-14143 | RM-COE-14143 | 11/3/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Government Modification Number C05 P00019 (Revised from P00018) - (1) Removal and Disposal of Rubble between Station Nos. 530+00 and 554+00 - (2) Removal and Disposal of Obstruction at Approximate Station Number 580+00 - (3) Removal and Disposal of Obstruction at Approximate Station Number 575+00 |
| 1079 | RM-GAL-0012657 | RM-GAL-0012661 | 11/3/2000 | McClenan, CM | Bowman, Steven C | Letter | Regarding concerns evolved during 10/23/2000 meeting |
| 1080 | RM-GAL-0015704 | RM-GAL-0015704 | 11/3/2000 | McClenan, Cecil M | Keys, Daniel | Email | Lower Bayou, Lost Lake |
| 1081 | RM-GAL-0020453 | RM-GAL-0020454 | 11/3/2000 | Meyer, Alton H | Weiss, Lynwood G; McClenan, Cecil M | Email | FW: Upper Bay Contract, Atkinson Marsh Levee Alignment and Foundation concerns - 'Expect to see a letter from Alan on this..' |
| 1082 | RM-COE-18055 | RM-COE-18056 | 11/4/2000 | Few, James T | McClenan, Cecil M; Russek, Eric G | Email | HG, Lower Bayou, Lost Lake |
| 1083 | REM11798 | REM11799 | 11/6/2000 | Benero, Thomas | Bowman, Steven C | Letter | Show Cause Notice |
| 1084 | REM11803 | REM11803 | 11/6/2000 | | | Sign-In Sheet for Meeting | Sign-in sheet |
| 1085 | REM11804 | REM11805 | 11/6/2000 | Renda Marine | | Agenda for Meeting | Meeting with COE - Possible attendees and issues |
| 1086 | RM-COE-21671 | RM-COE-21671 | 11/6/2000 | Few, James T | Russek, Eric G; Weiss, Lynwood G; McClenan, Cecil M | Email | HG, Lower Bayou, Lost Lake |
| 1087 | REM11747 | REM11752 | 11/7/2000 | Humphreys, William S; Bowman, Steven C | | Lease Agreement | Equipment Lease (Hendry Booster No 6) by and between Hendry Corp. (Lessor) and Renda Marine (Lessee) - signed by William Humphreys/Lessor and Steven C. Bowman/Lessee |
| 1088 | RM-COE-01472 | RM-COE-01472 | 11/7/2000 | Few, James T | Russek, Eric G; Weiss, Lynwood G; McClenan, Cecil M | Email | HG Lower Bayou Lost Lake |
| 1089 | RM-COE-01481 | RM-COE-01481 | 11/7/2000 | Few, James T | Russek, Eric G; Weiss, Lynwood G; McClenan, Cecil M | Email | HG Lower Bayou Lost Lake |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1090 | RM-COE-02308 | RM-COE-02309 | 11/7/2000 | Haltermann, Ltd | Harrison, Richard W | Agreement/Contract | Right-of Entry for Access |
| 1091 | MOVED TO 528.020 | | | | | | |
| 1092 | RM-COE-11698 | RM-COE-11699 | 11/7/2000 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00020 |
| 1093 | RM-COE-21666 | RM-COE-21668 | 11/7/2000 | McClenan, Cecil M | Few, James T; Russek, Eric G; Weiss, Lynwood G | Email | HG, Lower Bayou, Lost Lake |
| 1094 | RM-COE-22091 | RM-COE-22094 | 11/7/2000 | Few, James T | McClenan, Cecil M | Email | HG, Lower Bayou, Lost Lake |
| 1095 | RM-GAL-0019280 | RM-GAL-0019284 | 11/7/2000 | Few, James T | Russek, Eric G; Weiss, Lynwood G; McClenan, Cecil M | Email | Lower Bayou, Lost Lake |
| 1096 | RM-COE-22099 | RM-COE-22103 | 11/8/2000 | McClenan, Cecil M | Few, James T; Weiss, Lynwood G; Russek, Eric G | Email | HG, Lower Bayou, Lost Lake |
| 1097 | RM-COE-22104 | RM-COE-22106 | 11/8/2000 | Russek, Eric G | McClenan, Cecil M; Weiss, Lynwood G; Few, James T | Email | Renda Meeting |
| 1098 | RM-GAL-0019291 | RM-GAL-0019292 | 11/8/2000 | Russek, Eric G | Unknown | Memo | Recap of meeting on 11/07/2000 |
| 1099 | REM11769 | REM11769 | 11/9/2000 | Chatry, Stephen J | Bowman, Steven C | Letter | Enclosing executed original Time Charter Agreement for file in accordance with 11/01/2000 letter and subsequent discussions with the consultant, Barry Smith |
| 1100 | RM-COE-22107 | RM-COE-22111 | 11/9/2000 | Few, James T | McClenan, Cecil M | Email | HG, Lower Bayou, Lost Lake |
| 1101 | RM-COE-18065 | RM-COE-18072 | 11/11/2000 | Few, James T | File - COE | Memo | Houston-Galveston Navigation Channels, Texas, Upper Bayou Contract |
| 1102 | RM-GAL-0019259 | RM-GAL-0019266 | 11/11/2000 | Few, Tim | Unknown | Memo | Draft recap of meeting on 11/6/2000 |
| 1103 | RM-COE-01477 | RM-COE-01477 | 11/12/2000 | Few, James T | Russek, Eric G | Email | HG Upper Bayou Lost Lake |
| 1104 | RM-COE-05009 | RM-COE-05013 | 11/15/2000 | Bowman, Steven C | Benero, Thomas | Letter | Response to 'Show Cause Notice' dated 11/06/2000 |
| 1105 | RM-COE-11160 | RM-COE-11160 | 11/15/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Notification of request for Relocation of Submerged Dredge Discharge Line |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1106 | RM-COE-14131 | RM-COE-14131 | 11/15/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Government Modification Number C05 P00019 (Revised from P00018) - (1) Removal and Disposal of Rubble between Station Nos. 530+00 and 554+00 - (2) Removal and Disposal of Obstruction at Approximate Station Number 580+00 - (3) Removal and Disposal of Obstruction at Approximate Station Number 575+00 - (4) RMI Letter dated 11/06/2000 to the Corps of Engineers (Proposed Start Date for Bucket Dredge Operations |
| 1107 | RM-COE-14122 | RM-COE-14122 | 11/16/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Differing Site Corporation - Unknown Obstruction Located Approximately at Station Number 573+26, South Side of Channel |
| 1108 | RM-COE-13874 | RM-COE-13876 | 11/17/2000 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - CO-7 P00021 |
| 1109 | RM-COE-11046 | RM-COE-11065 | 11/20/2000 | | | Survey | Hydro Surveys, Sec 7, 554+00 to 612+00 |
| 1110 | RM-COE-21662 | RM-COE-21662 | 11/22/2000 | Mears, Wendell D | Benero, Thomas | Email | Renda Response to Show Cause Letter |
| 1111 | RM-COE-16280 | RM-COE-16282 | 11/27/2000 | Few, James T | Mears, Wendell D; Russek, Eric G | Email | Lost Lake Visit |
| 1112 | RM-COE-11700 | RM-COE-11701 | 11/28/2000 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00021 |
| 1113 | RM-COE-17631 | RM-COE-17631 | 11/28/2000 | Few, James T | Mears, Wendell D | Email | Lost Lake |
| 1114 | RM-COE-22124 | RM-COE-22124 | 11/28/2000 | Russek, Eric G | Miller, Lance A | Email | Renda Status |
| 1115 | RM-JSG-00172 | RM-JSG-00172 | 11/28/2000 | Mears, Wendell D | Gorini, Richard F | Email | Reminder, Upper Bayou letter |
| 1116 | REM11714 | REM11715 | 11/29/2000 | DaVico, Larry J | Renda Marine | Invoice | For 62,615.00 dollars towards Mobilization and Demobilization, Dredging |
| 1117 | MOVED TO 528.021 | | | | | | |
| 1118 | RM-COE-11073 | RM-COE-11138 | 11/29/2000 | | | Survey | ADs, Sec 7, 554+00 to 612+00 |
| 1119 | REM05345 | REM05361 | 11/30/2000 | Renda Marine | | Reports | Daily Production Report |
| 1120 | RM-GAL-0016118 | RM-GAL-0016118 | 11/30/2000 | Miller, Larry S | Ship Channel Information Group | Email | |
| 1121 | RM-GAL-0016354 | RM-GAL-0016354 | 11/30/2000 | Saenz, Luis F | Hunt, Thomas A | Email | |
| 1122 | RM-GAL-0020464 | RM-GAL-0020464 | 11/30/2000 | Meyer, Alton H | McClenan, Cecil M; Weiss, Lynwood G | Email | HGNC Lessons Learned |
| 1123 | REM11694 | REM11701 | 12/00/2000 | Corps of Engineers | | Chart | Lost Lake Placement Area |