# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1124 | REM15138 | REM15145 | 12/00/2000 | Corps of Engineers-Galveston Dist. | | Survey | Cross Sections - Lost Lake Placement Area, Sta 166+00 to Sta 195+00 |
| 1125 | RM-COE-01291 | RM-COE-01298 | 12/00/2000 | J M | | Survey | Cross Sections - Lost Lake Placement Area - Sta 166+00 to Sta 195+00 |
| 1126 | RM-COE-01310 | RM-COE-01317 | 12/00/2000 | J M | | Survey | Cross Sections - Lost Lake Placement Area - Sta 166+00 to Sta 195+00 |
| 1127 | RM-GAL-0012997 | RM-GAL-0012998 | 12/00/2000 | McClenan, Cecil M | Chatry, Stephen J | Letter | |
| 1128 | RM-COE-22126 | RM-COE-22126 | 12/1/2000 | Russek, Eric G | McClenan, Cecil M | Email | Issues Spreadsheet for Merit Determination |
| 1129 | RM-GAL-0015702 | RM-GAL-0015702 | 12/1/2000 | McClenan, Cecil M | Weiss, Lynwood G; Russek, Eric G; Meyer, Alton H; Hunt, Thomas A | Email | |
| 1130 | RM-COE-02811 | RM-COE-02818 | 12/2/2000 | Few, James T | File | Memo | Houston-Galveston Navigation Channels, Texas, Upper Bayou Contract |
| 1131 | RM-GAL-0019303 | RM-GAL-0019310 | 12/2/2000 | Few, Tim | Unknown | Memo | Draft memo responding to Renda assertions |
| 1132 | RM-COE-17621 | RM-COE-17622 | 12/3/2000 | Few, James T | Rozsypal, Johnny; Syed, Ishaq | Email | HG, Upper Bayou, Lost Lake |
| 1133 | RM-GAL-0019302 | RM-GAL-0019302 | 12/3/2000 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | Forwarding draft memo responding to assertions by Renda |
| 1134 | REM26137 | REM26137 | 12/4/2000 | Smith, Barry L | Renda, Rudolph J | Letter | Renda Marine, Inc - Request for Equitable Adjustment(s) - Multiple Issues |
| 1135 | RM-GAL-0016656 | RM-GAL-0016656 | 12/4/2000 | Rozsypal, Johnny | Kieslich, James M; Keys, Daniel; Saenz, Luis F; Benero, Thomas; Maurer, Herbie A; Krueger, Dalton H | Email | Renda Issues |
| 1136 | RM-GAL-0016658 | RM-GAL-0016659 | 12/4/2000 | Few, James T | Rozsypal, Johnny; Syed, Ishaq | Email | Upper Bayou, Lost Lake |
| 1137 | RM-GAL-0019318 | RM-GAL-0019319 | 12/4/2000 | Few, James T | McClenan, Cecil M; Russek, Eric G | Email | Upper Bayou, Lost Lake |
| 1138 | RM-COE-17754 | RM-COE-17759 | 12/5/2000 | Benero, Thomas | Bowman, Steven C | Letter | Re letter dated 11/15/00 responding to the 11/6/00 Show Cause Notice |
| 1139 | RM-COE-22156 | RM-COE-22156 | 12/5/2000 | McClenan, Cecil M | Russek, Eric G | Email | Forwarding Renda Issues |
| 1140 | RM-COE-22164 | RM-COE-22164 | 12/5/2000 | Russek, Eric G | McClenan, Cecil M | Email | Letter detailing 17 issues for merit/non-merit |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1141 | RM-GAL-0019334 | RM-GAL-0019334 | 12/5/2000 | Russek, Eric G | McClenan, Cecil M | Email | Latest Renda issue letter |
| 1142 | RM-COE-05001 | RM-COE-05001 | 12/6/2000 | Walters, Ted G | Benero, Thomas | Letter | [Reaffirming the Port of Houston Authority's support for the District's decision to terminate the contract with Renda Marine, Inc. for the Upper Bayou] |
| 1143 | RM-COE-11143 | RM-COE-11144 | 12/6/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Project Status and updates |
| 1144 | RM-COE-14105 | RM-COE-14106 | 12/6/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Project Status and updates |
| 1145 | RM-COE-22171 | RM-COE-22171 | 12/6/2000 | Russek, Eric G | Few, James T; Benero, Thomas; ; McClenan, Cecil M; Keys III, Daniel | Email | Renda Issues Letter |
| 1146 | RM-GAL-0019311 | RM-GAL-0019311 | 12/6/2000 | Russek, Eric G | McClenan, Cecil M; Benero, Thomas; Keys, Daniel; Few, James T | Email | Renda Issues Letter |
| 1147 | RM-GAL-0019312 | RM-GAL-0019317 | 12/6/2000 | Benero, Thomas | Bowman, Steven C | Letter | Response to Renda 11/15/2000 letter |
| 1148 | RM-GAL-0019321 | RM-GAL-0019328 | 12/6/2000 | McClenan Cecil M | Bowman Steven C | Letter | Renda Marine's contract DACW64-99-C-0001 Houston-Galveston Navigation Channels Texas (45-Foot Project) Dredging Upper Bayou - in reference to 11/15/2000 letter responding to 11/06/2000 Show Cause Notice furnishing comments in regards to the 17 issues summarized in Bowman's letter. |
| 1149 | RM-COE-14102 | RM-COE-14102 | 12/7/2000 | Miller, Lance A | Krueger, Dalton H | Letter | Letter request a plan of the new channel with sounding from Lynchburg inbound to whatever the Millennium has completed dredging |
| 1150 | RM-COE-17624 | RM-COE-17624 | 12/7/2000 | Few, James T | Russek, Eric G | Email | Lost Lake, Old Borrow Pit |
| 1151 | RM-GAL-0019320 | RM-GAL-0019328a | 12/7/2000 | Few James T | Keys III Daniel; Russek Eric G; McClenan Cecil M; Benero Thomas M | Email | RE Renda Issues Letter - enclosing 17 issues letter 1200a.doc with suggested wording. |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1152 | RM-GAL-0012927 | RM-GAL-0012928 | 12/8/2000 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | HG, Upper Bayou, Lost Lake |
| 1153 | RM-GAL-0013294 | RM-GAL-0013296 | 12/8/2000 | Few, James T | Anderson, Daniel W; Russek, Eric G | Email | Upper Bayou - Differing Site Condition |
| 1154 | RM-GAL-0019348 | RM-GAL-0019348 | 12/11/2000 | Russek, Eric G | McClenan, Cecil M; Keys, Daniel | Email | Final draft of 17 issue Renda letter |
| 1155 | REM11692 | REM11693 | 12/12/2000 | Wetta, William J | Warren, Burson | Letter | Millennium Dredge Parts and requested information for Rudy Renda |
| 1156 | RM-COE-16026 | RM-COE-16032 | 12/12/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE letter dated 11/15/00 responding to the 11/6/00 Show Cause Notice |
| 1157 | RM-GAL-0016674 | RM-GAL-0016680 | 12/12/2000 | McClenan, CM | Bowman, Steven C | Letter | Responds to 11/15/2000 letter from Bowman |
| 1158 | REM11683 | REM11689 | 12/13/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | Regarding 11/15/2000 letter |
| 1159 | RM-COE-14100 | RM-COE-14101 | 12/13/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Notification of Differing Site Conditions(s) - Discovery of Channel Obstructions - (2) Differing Site Condition - Unknown Obstruction Located Approximately between Station Nos. 634+90 and 635+00, South Side of Channel - (3) Differing Site Condition - Unknown Obstruction Located Approximately at Station Number 637+57, South Side of Channel |
| 1160 | RM-GAL-0012674 | RM-GAL-0012680 | 12/13/2000 | McClenan, CM | Bowman, Steven C | Letter | Responds to RMI response to show cause notice |
| 1161 | RM-GAL-0016690 | RM-GAL-0016690 | 12/13/2000 | Rozsypal, Johnny | Walters, Ted | Email | Renda Issues |
| 1162 | RM-COE-22196 | RM-COE-22196 | 12/14/2000 | Russek, Eric G | Benero, Thomas; ; McClenan, Cecil M; Keys III, Daniel | Email | Latest Renda Letter - Differing Site Condition |
| 1163 | RM-GAL-0012983 | RM-GAL-0012983 | 12/14/2000 | Russek, Eric G | McClenan, Cecil M; Keys, Daniel; Benero, Thomas | Email | Latest Renda Letter - Differing Site Condition |
| 1164 | RM-COE-22197 | RM-COE-22197 | 12/15/2000 | Russek, Eric G | McClenan, Cecil M; Keys III, Daniel | Email | Enclosing Upper Bayou - New Obstructions letter |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1165 | RM-GAL-0016671 | RM-GAL-0016671 | 12/15/2000 | Rozsypal, Johnny | Benero, Thomas; Keys, Daniel; McClenan, Cecil M; Sutcliffe, Harrison T; Garza, Elijio | Email | O&M Involvement |
| 1166 | RM-GAL-0019371 | RM-GAL-0019371 | 12/15/2000 | Russek, Eric G | McClenan, Cecil M; Keys, Daniel | Email | Upper Bayou - draft of New Obstructions Letter |
| 1167 | RM-GAL-0020520 | RM-GAL-0020521 | 12/15/2000 | Russek, Erick G | Krueger, Dalton H | Email | Lower Bayou Issues |
| 1168 | REM24265 | REM24271 | 12/16/2000 | | | Survey | ADs, Sec 7, 602+00 to 612+00 |
| 1169 | REM24345 | REM24366 | 12/16/2000 | | | Survey | ADs, Sec 8, 612+00 to 639+00 |
| 1170 | RM-COE-22198 | RM-COE-22199 | 12/18/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | Draft - RE letter dated 12/13/00 describing New Differing Site Conditions |
| 1171 | RM-COE-22200 | RM-COE-22200 | 12/18/2000 | McClenan, Cecil M | Weiss, Lynwood G; Russek, Eric G; Meyer, Alton H; Ching, Edmund Y | Email | O and M Involvement |
| 1172 | RM-GAL-0013013 | RM-GAL-0013016 | 12/18/2000 | McClenan, CM | Bowman, Steven C | Letter | Responds to letter of 12/13/2000 |
| 1173 | RM-COE-04954 | RM-COE-04961 | 12/19/2000 | | | Chart | AD's Upper Bayou Darrell Oxy - Chemical Issues 12/19/2000 |
| 1174 | RM-COE-14081 | RM-COE-14088 | 12/19/2000 | | | Survey | ADs Upper Bayou |
| 1175 | RM-COE-01634 | RM-COE-01663 | 12/20/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Response to Government Letter dated 12/13/2000 |
| 1176 | RM-COE-14080 | RM-COE-14080 | 12/20/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Notification of Differing Site Condition - Rubble Discovered While Dredging between Station Nos. 620+00 and 630+00, South Side of Channel |
| 1177 | RM-COE-14617 | RM-COE-14617 | 12/20/2000 | Jefts, Alan R | Russek, Eric G | Letter | Quality Assurance Reports |
| 1178 | REM11641 | REM11642 | 12/21/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | Regarding 12/13/2000 letter describing the New Differing Site Conditions |
| 1179 | RM-COE-16245 | RM-COE-16245 | 12/21/2000 | McClenan, Cecil M | Jefts, Alan R | Email | Magnetometer Survey in the HGNC |
| 1180 | REM25002 | REM25135 | 12/30/2000 | Renda Marine | | Reports | Daily Production Report |
| 1181 | RM-COE-04802 | RM-COE-04802 | 00/00/2001 | Benero, Thomas | Keys III, Daniel; McClenan, Cecil M; Russek, Eric G | Email | Renda-Outstanding Issues |
| 1182 | Scan 01 | Scan 13 | 01/00/2001 | USACE | | Survey | Side Scan and Magnetometer Surveys of Upper Bay, Sheets 1 through 13 |
| 1183 | EM1110-1-1804d-2 | EM1110-1-1804d-2 | 1/1/2001 | U.S. Army Corps of Engineers | | COE Manual | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1184 | EM1110-1-1804e-a | EM1110-1-1804e-a | 1/1/2001 | U.S. Army Corps of Engineers | | COE Manual | |
| 1185 | EM1110-1-1804h-F | EM1110-1-1804h-F.0015 | 1/1/2001 | U. S. Army Corps of Engineers | | COE Manual | Geotechnical Investigations, Appendix F - Section 2 |
| 1186 | RM-COE-09122 | RM-COE-09122 | 1/1/2001 | Bowman, Steven C | Russek, Eric G | Letter | Noting that Timothy Totten will replace Pat Duke as Quality Control Coordinator |
| 1187 | RM-COE-11398 | RM-COE-11403 | 1/1/2001 | | | Survey | Survey Report - Side Scan and Magnetometer Survey of the Upper Bayou, Sta 570+00 to 685+00 |
| 1188 | RM-GAL-0012984 | RM-GAL-0012985 | 1/1/2001 | Few, James T | Syed, Ishaq; Campbell, David B | Email | Leave |
| 1189 | REM11637 | REM11638 | 1/2/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract P00022 |
| 1190 | MOVED TO 528.022 | | | | | | |
| 1191 | RM-COE-15653 | RM-COE-15655 | 1/5/2001 | Krueger, Dalton H | Miller, Lance A | Letter | RE letter dated 12/7/00 requesing plans of construction on cross sections taken inbound adn verification that project be completed by years end if two dredges used |
| 1192 | RM-COE-15409 | RM-COE-15437 | 1/10/2001 | Bowman, Steven C | Benero, Thomas | Letter | South Ferry Landing - Transmittal of Request for Equitable Adjustment of the Contract Price |
| 1193 | RM-COE-19332 | RM-COE-19357 | 1/10/2001 | | | Equitable Adjustment Request/Claim | REA of the Contract Price - Executive Overview |
| 1194 | RM-COE-22207 | RM-COE-22208 | 1/16/2001 | McClenan, Cecil M | Mears, Wendell D; Russek, Eric G; Gorini, Richard F; Jefts, Alan R; Keys III, Daniel; Rozsypal, Johnny; Saenz, Luis F; Krueger, Dalton H; Bryant, Grady T | Email | Upper Bayou Contract Status |
| 1195 | RM-GAL-0016731 | RM-GAL-0016732 | 1/17/2001 | Benero, Thomas | McClenan, Cecil M; Mears, Wendell | Email | Upper Bayou Contract Status |
| 1196 | RM-COE-17493 | RM-COE-17494 | 1/18/2001 | Krueger, Dalton H | McClenan, Cecil M | Email | FW: Upper Bayou Contract Status |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1197 | RM-GAL-0016791 | RM-GAL-0016791 | 1/18/2001 | Miller, Larry S | Harris, Barbara; Turner, James; Scardasis, John; Schubert, Mike; Hanes, Angus; DeWolf, Steven; Walters, Ted G; Kleczkowski, Walt; Krueger, Dalton H; Gorini, Richard F; Miller, Lance A; Saenz, Luis F | Email | |
| 1198 | REM26134 | REM26134 | 1/19/2001 | Smith, Barry L | Renda, Rudolph J | Letter | Renda Marine, Inc. - Request for Equitable Adjustment(s) - Multiple Issues - PCC Project No. 20001 - Invoice for Services |
| 1199 | RM-COE-22211 | RM-COE-22213 | 1/19/2001 | McClenan, Cecil M | Russek, Eric G; Weiss, Lynwood G; Krueger, Dalton H | Email | FW: Upper Bayou Contract Status |
| 1200 | RM-GAL-0020303 | RM-GAL-0020305 | 1/19/2001 | McClenan, Cecil M | Russek, Eric G | Email | Upper Bayou Contract Status |
| 1201 | RM-GAL-0016771 | RM-GAL-0016773 | 1/22/2001 | Mears, Wendell | Rozsypal, Johnny; McClenan, Cecil M | Email | Upper Bayou Contract Status |
| 1202 | RM-COE-01580 | RM-COE-01580 | 1/24/2001 | Mears, Wendell D | Russek, Eric G | Letter | Side Scan and Magnetometer Survey, Station 570+00 to 685+00 |
| 1203 | RM-COE-22217 | RM-COE-22217 | 1/24/2001 | Mears, Wendell D | Russek, Eric G; McClenan, Cecil M; Jefts, Alan R | Email | Fw: Sid Scan Targets |
| 1204 | RM-COE-22220 | RM-COE-22223 | 1/24/2001 | McClenan, Cecil M | Bowman, Steven C | Letter | Draft - RE telephone conversation dated 1/17/01 regarding acceptance of channel cross sections |
| 1205 | RM-GAL-0019385 | RM-GAL-0019386 | 1/24/2001 | Wendell, Mears | Russek, Eric | Email | Side Scan Targets and listing of anomalies |
| 1206 | RM-COE-01366 | RM-COE-01366 | 1/26/2001 | McClenan, Cecil M | Few, James T; Syed, Ishaq; Campbell, David B; Russek, Eric G; Weiss, Lynwood G | Email | Lost Lake Site Visit |
| 1207 | RM-COE-17500 | RM-COE-17502 | 1/26/2001 | Campbell, David B | Few, James T | Email | RE: Lost Lake Site Visit |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1208 | RM-COE-17608 | RM-COE-17609 | 1/26/2001 | Few, James T | Russek, Eric G; Weiss, Lynwood G; McCleary, Ted; Campbell, David B; Syed, Ishaq | Email | FW: HG, Upper and Lower Bayou, Upper Bay |
| 1209 | RM-COE-17610 | RM-COE-17612 | 1/26/2001 | Few, James T | Weiss, Lynwood G; McClenan, Cecil M | Email | FW: Lost Lake Site Visit |
| 1210 | RM-COE-22224 | RM-COE-22225 | 1/26/2001 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | Lost Lake Site Visit |
| 1211 | RM-COE-22226 | RM-COE-22228 | 1/26/2001 | McClenan, Cecil M | Few, James T; Syed, Ishaq; Campbell, David B; Russek, Eric G; Weiss, Lynwood G | Email | RE: Lost Lake Site Visit |
| 1212 | RM-GAL-0013263 | RM-GAL-0013265 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1213 | RM-COE-01367 | RM-COE-01367 | 1/27/2001 | Few, James T | McClenan, Cecil M; Syed, Ishaq; Campbell, David B; Russek, Eric G; Weiss, Lynwood G | Email | Lost Lake Site Visit |
| 1214 | RM-GAL-0013266 | RM-GAL-0013269 | 1/27/2001 | Few, James T | McClenan, Cecil M | Email | Lost Lake Site Visit |
| 1215 | RM-COE-22233 | RM-COE-22233 | 1/29/2001 | Rozsypal, Johnny | Kohler, Harry G; Benero, Thomas; McClenan, Cecil M; Krueger, Dalton H; Kieslich, James M; Maurer, Herbie A; Janecka, Arthur J; Keys III, Daniel; Buechler, Nicholas J | Email | RE: Renda Marines - HSC |
| 1216 | REM11629 | REM11630 | 1/30/2001 | McClenan, Cecil M | Bowman, Steven C | Letter | RE telephone conversation dated 1/17/01 regarding acceptance of channel cross sections through Station 600+00 in Section 7 |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1217 | RM-COE-03542 | RM-COE-03543 | 1/30/2001 | McClenan, Cecil M | Bowman, Steven C | Letter | Draft - RE telephone conversation dated 1/17/01 regarding acceptance of channel cross sections |
| 1218 | | | | | | | Before Dredging and After Dreding Surveys - Section #7 (will be joint exhibit; see note at bottom of document) |
| 1219 | RM-JSG-00084 | RM-JSG-00086 | 1/30/2001 | Mears, Wendell D | | Memo | Upper Bayou - Status of Renda Marine - Meeting |
| 1220 | REM04879 | REM04902 | 1/31/2001 | | | Reports | Daily Production Report |
| 1221 | RM-COE-11393 | RM-COE-11394 | 1/31/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | Notification of Differing Site Conditions-Discovery of Channel Obstructions (1) Differing Site Condition-Unknown Obstruction Located Approximately at Station Number 613+55, (2) Differing Site Condition-Unknown Obstruction Located Approximately at Station Number 616+00, North Side of Channel |
| 1222 | RM-COE-17432 | RM-COE-17434 | 1/31/2001 | Krueger, Dalton H | Meyer, Alton H; Janecka, Arthur J; McClenan, Cecil M; Brown, David R; Russek, Eric G; Rozsypal, Johnny; Saenz, Luis F; Weiss, Lynwood G; Murphy, Carolyn E; Reindl, Edward A; Barrows, James W; Davidson, John; Richardson, Randolph E; Medina, Richard; Heinly, Robert W; Castelline, Charles M; Herrington, Edward V; Behrens, Robert L | Email | FW: Renda Marines - HSC |
| 1223 | RM-COE-17910 | RM-COE-17914 | 1/31/2001 | Campbell, David B | McClenan, Cecil M; Russek, Eric G | Email | Lost Lake Site Visit |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1224 | RM-COE-17383 | RM-COE-17383 | 2/1/2001 | Few, James T | Krueger, Dalton H | Email | HG, Lost Lake |
| 1225 | RM-COE-17584 | RM-COE-17585 | 2/1/2001 | Few, James T | Russek, Eric G; Keys III, Daniel | Email | FW: HGNC - Lost Lake Disposal Area Meeting |
| 1226 | RM-COE-17591 | RM-COE-17592 | 2/1/2001 | Few, James T | Russek, Eric G; Kohler, Harry G; Campbell, David B | Email | HGNC - Lost Lake Disposal Area Meeting |
| 1227 | RM-COE-17894 | RM-COE-17894 | 2/1/2001 | Russek, Eric G | McClenan, Cecil M | Email | HGNC - Lost Lake Disposal Area Meeting |
| 1228 | RM-COE-22244 | RM-COE-22244 | 2/1/2001 | Few, James T | Russek, Eric G | Email | Lost Lake West Levee Cross Sections |
| 1229 | RM-COE-22246 | RM-COE-22247 | 2/1/2001 | Few, James T | Krueger, Dalton H | Email | Lost Lake Disposal Area Meeting. |
| 1230 | RM-GAL-0013208 | RM-GAL-0013209 | 2/1/2001 | Few, James T | Krueger, Dalton H | Email | HGNC - Lost Lake Disposal Area Meeting |
| 1231 | RM-COE-01345 | RM-COE-01345 | 2/2/2001 | Few, James T | Mears, Wendell D; Russek, Eric G; McClenan, Cecil M | Email | HG, Upper Bay, Luhr |
| 1232 | RM-COE-01348 | RM-COE-01349 | 2/2/2001 | Few, James T | Krueger, Dalton H; McClenan, Cecil M; Janecka, Arthur J | Email | HGNC - Lost Lake Disposal Area Meeting |
| 1233 | RM-COE-17425 | RM-COE-17426 | 2/2/2001 | Krueger, Dalton H | Few, James T | Email | RE: HG, Lost Lake |
| 1234 | RM-COE-17427 | RM-COE-17428 | 2/2/2001 | Krueger, Dalton H | Few, James T; McClenan, Cecil M; Janecka, Arthur J | Email | RE: HGNC - Lost Lake Disposal Area Meeting - included mails |
| 1235 | RM-COE-17876 | RM-COE-17877 | 2/2/2001 | Few, James T | McClenan, Cecil M; Russek, Eric G; Keys III, Daniel | Email | HG, Lost Lake |
| 1236 | RM-COE-18058 | RM-COE-18059 | 2/2/2001 | Few, James T | Mears, Wendell D; Russek, Eric G; McClenan, Cecil M | Email | HG, Upper Bay, Luhr |
| 1237 | RM-COE-18060 | RM-COE-18061 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1238 | RM-COE-22253 | RM-COE-22253 | 2/2/2001 | Few, James T | Mears, Wendell D; Russek, Eric G | Email | HC, Upper Bay, Luhr - outlining the available material for Levee Construction and required neat-line fill quantities. |
| 1239 | RM-GAL-0019414 | RM-GAL-0019414 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1240 | RM-COE-18100 | RM-COE-18101 | 2/3/2001 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | HG, Upper Bayou - Update on Quantities |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1241 | RM-COE-22255 | RM-COE-22256 | 2/3/2001 | Few, James T | Russek, Eric G | Email | HG, Upper Bayou - outlining the available material for Levee Construction and required neat-line fill quantities. |
| 1242 | RM-GAL-0019456 | RM-GAL-0019457 | 2/3/2001 | Few, James T | Russek, Eric G | Email | Upper Bayou |
| 1243 | RM-COE-01322 | RM-COE-01325 | 2/5/2001 | Few, James T | Krueger, Dalton H | Email | FW: HG, Lost Lake |
| 1244 | RM-COE-01326 | RM-COE-01328 | 2/5/2001 | Few, James T | McClenan, Cecil M; Russek, Eric G; Keys III, Daniel | Email | FW: HG, Lost Lake |
| 1245 | RM-COE-16064 | RM-COE-16066 | 2/5/2001 | Rozsypal, Johnny | Few, James T | Email | HG, Lost Lake |
| 1246 | RM-COE-17374 | RM-COE-17377 | 2/5/2001 | Few, James T | Krueger, Dalton H | Email | FW: HG, Lost Lake |
| 1247 | RM-COE-17565 | RM-COE-17566 | 2/5/2001 | Few, James T | Rozsypal, Johnny | Email | Lost Lake |
| 1248 | RM-COE-17567 | RM-COE-17570 | 2/5/2001 | Few, James T | Rozsypal, Johnny | Email | Lost Lake |
| 1249 | RM-COE-19164 | RM-COE-19167 | 2/5/2001 | Few, James T | McClenan, Cecil M; Russek, Eric G; Keys III, Daniel | Email | Lost Lake; included emails |
| 1250 | RM-GAL-0012824 | RM-GAL-0012828 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1251 | RM-GAL-0015693 | RM-GAL-0015693 | 2/5/2001 | McClenan, Cecil M | Brunt, Dewey H | Email | Notes for Staff Meeting |
| 1252 | RM-COE-01321 | RM-COE-01321 | 2/6/2001 | Few, James T | Krueger, Dalton H | Email | FW: HG, Upper and Lower Bayou, Intent of Specs |
| 1253 | RM-COE-16093 | RM-COE-16093 | 2/6/2001 | | | Minutes | Lost Lake Disposal Area Meeting Executive Conference Room |