## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1254 | RM-COE-17424 | RM-COE-17424 | 2/6/2001 | Krueger, Dalton H | Few, James T; Keys III, Daniel; Kohler, Harry G; Kieslich, James M; Maurer, Herbie A; Meyer, Alton H; Janecka, Arthur J; McClenan, Cecil M; Brown, David R; Russek, Eric G; Rozsypal, Johnny; Saenz, Luis F; Weiss, Lynwood G; Murphy, Carolyn E; Reindl, Edward A; Barrows, James W; Davidson, John; Richardson, Randolph E; Medina, Richard; Heinly, Robert W; Castelline, Charles M M; Herrington, Edward V; Behrens, Robert L; Maurer, Herbie A | Email | RE: HGNC - Lost Lake Disposal Area Meeting |
| 1255 | RM-GAL-0012846 | RM-GAL-0012846 | 2/6/2001 | Unknown | Unknown | Minutes | Lost Lake Disposal Area Meeting |
| 1256 | RM-GAL-0012924 | RM-GAL-0012924 | 2/6/2001 | Few, James T | McClenan, Cecil M; Russek, Eric G; Keys, Daniel | Email | Upper and Lower Bayou, Intent of Specs |
| 1257 | RM-GAL-0019458 | RM-GAL-0019461 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1258 | RM-TCB-00283 | RM-TCB-00283 | 2/6/2001 | | | Memo | Goals for the Upper Bayou Meeting |
| 1259 | RM-COE-18104 | RM-COE-18105 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1260 | RM-GAL-0016803 | RM-GAL-0016803 | 2/7/2001 | Krueger, Dalton H | Gorini, Dick; Jefts, Alan; Mears, Wendell; Hrabovsky, Leon; Maurer, Herbie A; Meyer, Alton; Janecka, Arthur; McClenan, Cecil; Brown, David; Russek, Eric; Rozsypal, Johnny; Saenz, Luis; Weiss, Lynwood; Murphy, Carolyn; Reindl, Edward; Barrows, James; Davidson, John; Richardson, Randolph; Medina, Richard; Heinly, Robert; Benero, Thomas; Castelline, Charles; Herrington, Edward; Few, James T; Keys, Daniel; Behrens, Robert | Email | Lost Lake Disposal Area Meeting |
| 1261 | RM-GAL-0019448 | RM-GAL-0019448 | 2/7/2001 | Mears, Wendell | Russek, Eric; McClenan, Mike | Email | Upper Bayou QA Report |
| 1262 | REM26113 | REM26113 | 2/8/2001 | Renda Marine | | Spreadsheet | Monthly Field Costs - 01/2000 thru 09/2000 |
| 1263 | NOT USED | | | | | | |
| 1264 | RM-COE-16255 | RM-COE-16256 | 2/8/2001 | Few, James T | McClenan, Cecil M | Email | Geotechnical Expert |
| 1265 | RM-COE-17357 | RM-COE-17358 | 2/8/2001 | Benero, Thomas | Krueger, Dalton H | Email | HGNC - Lost Lake Disposal Area Meeting |
| 1266 | RM-COE-17371 | RM-COE-17372 | 2/8/2001 | Few, James T | Krueger, Dalton H | Email | HGNC - Lost Lake Disposal Area Meeting |
| 1267 | RM-COE-17548 | RM-COE-17548 | 2/8/2001 | Few, James T | Keys III, Daniel; McClenan, Cecil M | Email | HG, Lost Lake |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1268 | RM-COE-19893 | RM-COE-19895 | 2/8/2001 | Russek, Eric G | Krueger, Dalton H; Keys III, Daniel; McClenan, Cecil M | Email | HGNC - Lost Lake Disposal Area Meeting |
| 1269 | RM-COE-22698 | RM-COE-22699 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1270 | RM-GAL-0019449 | RM-GAL-0019450 | 2/8/2001 | Russek, Eric G | Krueger, Dalton H; Keys, Daniel; McClenan, Cecil M | Email | HGNC - Lost Lake Disposal Area Meeting |
| 1271 | REM34379 | REM34380 | 2/12/2001 | Smith, Barry L | Pathfinder Construction file | Memo | Telephone Conversation at 3:00 pm with M McClenan, Area Engineer, Galveston District Office, USACE |
| 1272 | REM04868 | REM04878 | 2/13/2001 | | | Reports | Daily Production Report |
| 1273 | REM24256 | REM24263 | 2/13/2001 | | | Survey | ADs, Sec 7, 600+00 to 612+00 |
| 1274 | REM24311 | REM24343 | 2/13/2001 | | | Survey | ADs, Sec 8, 612+00 to 650+00 |
| 1275 | REM26074 | REM26074 | 2/14/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | Flare Area - Transmittal of request for equitable adjustment of the contract price |
| 1276 | RM-COE-11167 | RM-COE-11167 | 2/14/2001 | McNair, DC | Russek, Eric G | Letter | Dumping of Dredge Material on Stolthaven Houston Inc. Property |
| 1277 | RM-COE-04944 | RM-COE-04945 | 2/16/2001 | | | Handwritten Note | Renda Marine (REA's) |
| 1278 | RM-JSG-00075 | RMJSG-00076 | 2/18/2001 | Mears, Wendell D | Gorini, Richard F | Memo | Contrack Modifications/Claim (REA) Procedures |
| 1279 | RM-COE-09142 | RM-COE-09142 | 2/19/2001 | Bowman, Steven C | Russek, Eric G | Letter | Noting that Glen Williams will replace Timothy Totten as Quality Control Coordinator |
| 1280 | RM-GAL-0016849 | RM-GAL-0016849 | 2/19/2001 | Few, James T | Saenz, Luis F; Rozsypal, Johnny; Krueger, Dalton H; Brown, David R | Email | |
| 1281 | REM04903 | REM04921 | 2/21/2001 | | | Reports | Daily Production Report |
| 1282 | RM-COE-10980 | RM-COE-11010 | 2/21/2001 | | | Survey | ADs, Sec 8, 612+00 to 650+00 |
| 1283 | RM-GAL-0013353 | RM-GAL-0013353 | 2/22/2001 | Sanford, Will | Benero, Thomas; Meyer, Alton H; McClenan, Cecil M; Russek, Eric G | Email | Questions regarding geotubes |
| 1284 | RM-COE-15598 | RM-COE-15598 | 2/28/2001 | Ray, Kent | Renda Marine | Memo | Shop and office overhead |
| 1285 | REM11619 | REM11620 | 3/1/2001 | Bowman, Steven C | Benero, Thomas | Letter | Construction of Levees at Lost Lake Placement Area |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1286 | RM-COE-04303 | RM-COE-04305 | 3/1/2001 | Renda Marine; Federal Insurance Co. | | Contract Modification | Contract and Modification/Task Order Record |
| 1287 | RM-COE-11175 | RM-COE-11176 | 3/1/2001 | Walters, Ted G | Krueger, Dalton H | Letter | Understanding the meeting Mr. Gorini, Mr. Keys and Mr MClenan had and the understanding they had reached |
| 1288 | RM-COE-11473 | RM-COE-11474 | 3/1/2001 | Bowman, Steven C | Benero, Thomas | Letter | Proposal for Furnishing Clay Material for Levee Construction |
| 1289 | RM-COE-15637 | RM-COE-15637 | 3/1/2001 | Bowman, Steven C | Benero, Thomas | Letter | (1) South Ferry Landing Claim (2) Clay Material Encountered in Dredge Section Number 7 Dispute |
| 1290 | RM-GAL-0016825 | RM-GAL-0016826 | 3/1/2001 | Kleczkowski, Walt | DeWolf, Steven; Harris, Barbara; Miller, Larry S; Rachel, William | Email | |
| 1291 | RM-GAL-0019478 | RM-GAL-0019478 | 3/1/2001 | Russek, Eric G | McClenan, Cecil M; Benero, Thomas | Email | Renda letter |
| 1292 | RM-GAL-0019485 | RM-GAL-0019485 | 3/1/2001 | Russek, Eric G | McClenan, Cecil M; Benero, Thomas | Email | Forwarding levee align letter |
| 1293 | RM-GAL-0020856 | RM-GAL-0021070 | 3/1/2001 | US Army Corps of Engineers | | Training Manual | |
| 1294 | RM-COE-04935 | RM-COE-04935 | 3/2/2001 | McClenan, Cecil M | Benero, Thomas | Email | Renda' 03/01/2001 letter |
| 1295 | RM-COE-22375 | RM-COE-22376 | 3/2/2001 | Benero, Thomas | Bowman, Steven C | Letter | Advising that, after reviewing the current status of the levee construction between approx. levee stations 40+00 and 182+00, which consist of unfinished portions of the west levee and failed portions of the north levee that was constructed on the levee alignment shown in the drawings, it is now indicated that continued construction of the center line along that alignment is no longer acceptable. |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1296 | RM-GAL-0019489 | RM-GAL-0019490 | 3/2/2001 | Benero Thomas M | Bowman Steven C | Letter | In reference to contract DACW64-99-C-0001 Houston-Galveston Navigation Channels TX (45-Foot Project) Dredging Upper Bayou; after reviewing the current status of the levees construction between approximately levee stations 40+00 adb 182+00 it is indicated that continued construction of the center line along that alignment is no longer acceptable; based on the previous instructions from the Area Office this alignment shows more stability and eliminates the accumulation of poor material between the new levee and the existing levee. |
| 1297 | RM-GAL-0020314 | RM-GAL-0020314 | 3/2/2001 | McClenan, Cecil M | Benero, Thomas | Email | Renda March 1st letter |
| 1298 | RM-GAL-0020324 | RM-GAL-0020325 | 3/2/2001 | Benero, Thomas | Bowman, Steven C | Letter | Regarding construction of levee and centerline |
| 1299 | RM-COE-22369 | RM-COE-22370 | 3/5/2001 | Benero, Thomas | Bowman, Steven C | Letter | In response to 03/01/2001 letter, considering a contract modification to allow Benero to continue hydraulic construction of levees |
| 1300 | RM-GAL-0020316 | RM-GAL-0020318 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1301 | COE-P-393 | COE-P-394 | 3/6/2001 | Maurer Herbie A | Krueger Dalton H; Gorini Richard F; Jefts Alan R; Mears Wendell D; Hrabovsky Leon | Email | RE HGNC - Lost Lake Disposal Area Meeting - inquiring if 10# will cover all the corrections; if not suggesting that it would be smart to withhodl the amount required to correct the problems. |
| 1302 | RM-COE-11166 | RM-COE-11166 | 3/6/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | Notification of Unanticipated Dredging Delay |
| 1303 | RM-COE-22377 | RM-COE-22377 | 3/6/2001 | Sanford, Will | Benero, Thomas; McClenan, Cecil M; Russek, Eric G | Email | Renda, Flare Area DSC - Advising that on 03/02/2001, Steve Bowman and Barry Smith of Renda met with Robert Johnston and Will Sanford to discuss the merit of REA on the Flare Area of Contract DACW64-99-C-0001. |
| 1304 | RM-COE-22379 | RM-COE-22379 | 3/6/2001 | | | Drawings | Cross Section of New Hydraulic Levee Realignment |
| 1305 | RM-GAL-0013236 | RM-GAL-0013238 | 3/6/2001 | Maurer Herbie A | Krueger Dalton H; Gorini Richard F; Mears Wendell D; Jefts Alan R; Hrabovsky Leon | Email | RE HGNC - Lost Lake Disposal Area Meeting - inquiring if 10# will cover all the corrections; if not suggesting that it would be smart to withhold the amount required to correct the problems. |
| 1306 | RM-GAL-0013328 | RM-GAL-0013328 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1307 | RM-COE-11154 | RM-COE-11156 | 3/7/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | Notification of request for Relocation of Submerged Dredge Discharge Line |
| 1308 | RM-GAL-0023275 | RM-GAL-0023277 | 3/7/2001 | Sanford, Will | Russek, Eric G; McClenan, Cecil M | Email | Renda Flare Area DSC |
| 1309 | RM-COE-02552 | RM-COE-02553 | 3/8/2001 | Sanford, Will | | Reports | Determination and Findings - Additonal Cost to Dredge Flare Area |
| 1310 | RM-COE-22396 | RM-COE-22399 | 3/8/2001 | Benero, Thomas | Bowman, Steven C | Letter | Draft - Review of the current status of the levee construction between approx. levee Stations 40+00 and 182+00, within this reach are unfinished portion of the west and north levees |
| 1311 | RM-GAL-0012793 | RM-GAL-0012796 | 3/8/2001 | Benero, Thomas | Bowman, Steven C | Letter | Regarding unfinished portions of west and north levees between Sta 40+-00 and 182+00 |
| 1312 | RM-JSG-00289 | RM-JSG-00295 | 3/8/2001 | Sanford, Will | | Reports | Governement Estimate - Computation Sheet - Dredging Flare |
| 1313 | COE-P-400 | COE-P-401 | 3/9/2001 | Keys III Daniel | Benero Thomas M; McClenan Cecil M; Russek Eric G | Email | RE Renda-Outstanding Issues |
| 1314 | REM11593 | REM11593 | 3/9/2001 | Benero, Thomas | Bowman, Steven C | Letter | |
| 1315 | RM-COE-22394 | RM-COE-22394 | 3/9/2001 | Benero, Thomas | Keys III, Daniel; McClenan, Cecil M; Russek, Eric G | Email | Renda-Outstanding Issues - Recap of 03/08/2001 meeting with Renda |
| 1316 | RM-COE-22401 | RM-COE-22401 | 3/9/2001 | | | Drawings | Cross Section of New Hydraulic Levee West Levee Realignment |
| 1317 | RM-GAL-0013352 | RM-GAL-0013352 | 3/9/2001 | Benero, Thomas | Keys, Daniel; McClenan, Cecil M; Russek, Eric G | Email | Renda - Outstanding Issues |
| 1318 | RM-GAL-0018925 | RM-GAL-0018926 | 3/9/2001 | Keys III Daniel | Watts Barbara J; Benero Thomas M; McClenan Cecil M; Russek Eric G | Email | RE Renda-Outstanding Issues - 'Tom told me this morning but a T/C is not necessarily the way. There are other contract methods available to deal with the situation such has deletion of work.' |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1319 | RM-GAL-0019497 | RM-GAL-0019498 | 3/9/2001 | Watts Barbara J | Keys III Daniel; Benero Thomas M; McClenan Cecil M; Russek Eric G | Email | RE Renda-Outstanding Issues - 'You should have been at the meeting. There is a lot more to it than just this. There seesm to be a small problem with no material to finish the levees with. Also let Renda finish what they have completed and then pay them. What do you do about what's left on the contract that can't be finished? And last but not least What Direction Do We Give Them For The Levees? I didn't see any clear direction in the meeting. Lots more involved. Wish you could have made the meeting your input would have been helpful.' |
| 1320 | RM-GAL-0019499 | RM-GAL-0019500 | 3/9/2001 | Russek, Eric G | Benero, Thomas | Email | Forwarding levee realignment drawing |
| 1321 | RM-GAL-0019501 | RM-GAL-0019501 | 3/9/2001 | Russek, Eric G | Benero, Thomas | Email | Forwarding final draft of letter |
| 1322 | RM-COE-02544 | RM-COE-02544 | 3/12/2001 | Sanford, Will | Benero, Thomas | Fax Cover Sheet | Government Estimate for Not-To-Exceed Modification of DSC at the Flare Area Contract DACW64-99-C-0001 |
| 1323 | RM-COE-04910 | RM-COE-04912 | 3/12/2001 | Benero, Thomas | Bowman, Steven C | Letter | [Current Status of the Levee Construction] |
| 1324 | RM-COE-15614 | RM-COE-15614 | 3/12/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | Notification of An Unanticipated Force Majeure Dredging Delay |
| 1325 | REM11198 | REM11198 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1326 | RM-COE-11444 | RM-COE-11444 | 3/13/2001 | Bowman, Steven C | Benero, Thomas | Letter | Construction of Hydraulic Levees; Your Letter Directive dated 03/12/2001 |
| 1327 | RM-COE-11461 | RM-COE-11463 | 3/13/2001 | Bowman, Steven C | Benero, Thomas | Letter | Construction of Hydraulic Levees; RMI Proposal to Furnish Clay Material for Levee Construction from Outside of Contract Area (1) RMI Proposal Letter to USACE Contracting Officer dated 03/01/2001 (2) RMI Proposal Letter to USACE Area Engineer dated 03/07/2001 - (3) USACE Contracting Officer Directive Letter dated 03/12/2001 |
| 1328 | RM-COE-14492 | RM-COE-14492 | 3/13/2001 | Jefts, Alan R | Russek, Eric G | Letter | Quality Assurance Reports Transmittal - enclosing reports 12/14/2000 thru 03/09/2001 |
| 1329 | RM-COE-15576 | RM-COE-15577 | 3/13/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | Cost or Pricing Data Evaluation; Request for Government Audit (1) Request for Equitable Adjustment (REA); Differing Site Condition in the Flare Area |
| 1330 | RM-COE-15579 | RM-COE-15580 | 3/13/2001 | Bowman, Steven C | Benero, Thomas | Letter | (1) USACE 03/09/2001 Letter |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1331 | REM34331 | REM34334 | 3/14/2001 | Smith, Lucille R | Bowman, Steven C | Fax Cover Sheet | Reference 99-C-0001 Mad P 00023; 03/14/2001 Amendment of Solicitation/Modification of Contract - Contract Number: DACW64-99-C-00001 - Issued by: US Army Corp of Engineers - Contractor: Renda Marine - approved by Thomas Benero |
| 1332 | MOVED TO 528.023 | | | | | | |
| 1333 | RM-COE-13860 | RM-COE-13861 | 3/14/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - P00023 CO-08 |
| 1334 | RM-COE-22402 | RM-COE-22402 | 3/14/2001 | Benero, Thomas | Krueger, Dalton H; Keys III, Daniel; Russek, Eric G; McClenan, Cecil M | Email | Renda Marine - 'Gentlemen: I wanted everyone to know that today I signed a Not-to-Exceed modification to Renda Marine for 3,08,833 dollars on the Upper Bayou contract. This was the amount recommended by Will Sanford (Ft. Worth) for the flare area of this project. This amount is the 75% recommended by Will. The remaining 25% is being with held pending the conclusion of negotiations with Renda.' |
| 1335 | RM-GAL-0013341 | RM-GAL-0013341 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1336 | RM-COE-02543 | RM-COE-02543 | 3/16/2001 | Montgomery, David L | | Proposal | Reasonable Government Estimate for Mod CO-8, Changed Soil Conditions - Flare Area |
| 1337 | RM-COE-21659 | RM-COE-21659 | 3/16/2001 | Kieslich, James M | Rozsypal, Johnny; Saenz, Luis F | Email | Renda Marine - discuss recent actions on Renda Marine |
| 1338 | RM-GAL-0016291 | RM-GAL-0016291 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1339 | RM-COE-04881 | RM-COE-04881 | 3/20/2001 | Russek, Eric G | Benero, Thomas; McClenan, Cecil M; Keys III, Daniel | Email | Upper Bayou - Section 9 - with written in notes |
| 1340 | RM-COE-16204 | RM-COE-16204 | 3/20/2001 | Mears, Wendell D | Russek, Eric G; Sanford, Will; Jefts, Alan R | Email | Upper Bayou Update |
| 1341 | RM-COE-17838 | RM-COE-17838 | 3/20/2001 | Sanford, Will | Russek, Eric G; McClenan, Cecil M; Keys III, Daniel | Email | Flare Area |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1342 | RM-COE-22405 | RM-COE-22405 | 3/20/2001 | Russek, Eric G | Benero, Thomas; McClenan, Cecil M; Keys III, Daniel | Email | Upper Bayou - Section 9 - advising that Barry stated that the work would require the use of a bucket dredge to remove the debris on the north and south sides of Section 9 and would take between 35 and 45 days. |
| 1343 | RM-GAL-0019521 | RM-GAL-0019521 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1344 | RM-GAL-0019522 | RM-GAL-0019522 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1345 | RM-COE-16058 | RM-COE-16058 | 3/21/2001 | Cole Jr, Curtis | McClenan, Cecil M; Russek, Eric G | Email | Contract No. 99-C-0001, Dredging Upper Bayou (Certified Claim) |
| 1346 | RM-COE-22406 | RM-COE-22406 | 3/21/2001 | Benero, Thomas | Sanford, Will; Russek, Eric G; McClenan, Cecil M; Keys III, Daniel | Email | RE: Flare Area |
| 1347 | RM-COE-22408 | RM-COE-22408 | 3/21/2001 | Russek, Eric G | Benero, Thomas; McClenan, Cecil M; Krueger, Dalton H; Keys III, Daniel | Email | Upper Bayou Issues |
| 1348 | RM-GAL-0019520 | RM-GAL-0019520 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1349 | RM-GAL-0019528 | RM-GAL-0019528 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1350 | MOVED TO 528.024 | | | | | | |
| 1351 | RM-COE-11704 | RM-COE-11705 | 3/22/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00024 |
| 1352 | RM-COE-04876 | RM-COE-04880 | 3/23/2001 | Bowman, Steven C; Smith, Barry L | Benero, Thomas | Letter | Joint Venture Group - (1) Direct Interference of Contractual Relationships Between the Corps of Engineers and Renda Marine, Inc. by the Joint Ventur Group (2) Overinspection of Project Work Areas by Joint Venture Personnel (3) Unprofessional Behavior of Joint Venture Management |
| 1353 | RM-GAL-0019523 | RM-GAL-0019523 | 3/26/2001 | Russek, Eric G | McClenan, Cecil M; Benero, Thomas; Keys, Daniel | Email | Forwarding draft Renda Letter - Section 9 |
| 1354 | RM-COE-16079 | RM-COE-16080 | 3/27/2001 | Russek, Eric G | Sanford, Will | Email | HG, Upper Bayou Flare Claim |
| 1355 | RM-COE-16505 | RM-COE-16506 | 3/27/2001 | Few, James T | Russek, Eric G | Email | HG, Upper Bayou Flare Claim |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1356 | RM-COE-19891 | RM-COE-19892 | 3/27/2001 | Sanford, Will | Russek, Eric G; Keys III, Daniel; Johnston, Robert P | Email | HG, Upper Bayou Flare Claim |
| 1357 | RM-COE-22410 | RM-COE-22412 | 3/27/2001 | Benero, Thomas | Bowman, Steven C | Letter | Draft - Furnishing the summary of the meeting on 03/22/2001, outlining the current status and proposed work plan for completing the dredging for the Upper Bayou project |
| 1358 | RM-COE-22695 | RM-COE-22696 | 3/27/2001 | Sanford, Will | Russek, Eric G | Email | HG, Upper Bayou Flare Claim - included emails |
| 1359 | RM-GAL-0019524 | RM-GAL-0019526 | 3/27/2001 | Benero, Thomas | Bowman, Steven C | Letter | Draft Renda Letter regarding Section 9 |
| 1360 | RM-GAL-0019529 | RM-GAL-0019530 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1361 | RM-COE-04849 | RM-COE-04850 | 3/29/2001 | Benero, Thomas | Bowman, Steven C | Letter | Furnishing the summary of the meeting on 03/22/2001, outlining the current status and proposed work plan for completing the dredging for the Upper Bayou project |
| 1362 | RM-COE-04851 | RM-COE-04853 | 3/29/2001 | Bowman, Steven C | Benero, Thomas | Letter | (1) Recap of Meeting with Government on 03/22/2001 (2) Status of Continuing Levee Construction Issues |
| 1363 | COE-P-404 | COE-P-404 | 3/30/2001 | Benero Thomas M | Russek Eric G; McClenan Cecil M; Keys III Daniel; Krueger Dalton H | Email | QA Inspection Reports Joint Venture - suggesting that one of the issues that should be brought out in next week's meeting with the Port of Houston and the JV is the lack of diligence on JV's part in providing their QA/QC reports to the Bay Area Office on a timely basis; also one of the items JV is going to bring up is the Department's lack of action against Renda last summer. |
| 1364 | RM-GAL-0019585 | RM-GAL-0019585 | 3/30/2001 | Benero, Thomas | Russek, Eric G; McClenan, Cecil M; Keys, Daniel; Krueger, Dalton H | Email | QA Inspection Reports, Joint Venture |
| 1365 | RM-COE-15522 | RM-COE-15553 | 4/2/2001 | Smith, Barry L | Sanford, Will | Memo | Analysis and Response to 26 Item List Faxed to Renda Marine, Inc. on 03/16/2001 |
| 1366 | RM-COE-04864 | RM-COE-04865 | 4/3/2001 | Walters, Ted G | Krueger, Dalton H | Letter | Reviewed letter dated 3/29/01 summarizing the decisions reached at a meeting held on 03/22/2001 Summarizing the decisions reached at a meeting held on 03/22/2001 |