# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1367 | RM-COE-04866 | RM-COE-04867 | 4/3/2001 | Walters, Ted G | Williams, Martha T; Maurer, Herbie ; Benero, Thomas M; Gorini, Richard F; Keys III, Daniel; Jefts, Alan R; Buechler, Nicholas J; Krueger, Dalton H | Reports | Specifying questions and concerns re the agreements made during the 03/22/2001 meeting |
| 1368 | RM-PHA-00166 | RM-PHA-00169 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1369 | RM-TCB-00614 | RM-TCB-00614 | 4/4/2001 | Jefts, Alan R | | Chart | District Structure For HSC |
| 1370 | RM-TCB-00615 | RM-TCB-00615 | 4/4/2001 | Jefts, Alan R | | Chart | Contracting Organization |
| 1371 | | | | | | | Before Dredging and After Dredging Surveys - Section #6 (will be joint exhibit; see note at bottom of document) |
| 1372 | | | | | | | Before Dredging and After Dredging Surveys - Section #5 (will be joint exhibit; see note at bottom of document) |
| 1373 | REM11563 | REM11564 | 4/6/2001 | Fredendall, Linda M; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - P00025 |
| 1374 | MOVED TO 528.025 | | | | | | |
| 1375 | RM-COE-06002 | RM-COE-06016 | 4/6/2001 | Douglas, Lynn | Russek, Eric G | Fax Cover Sheet | DACW64-99-C-0001 - Hou/Gal Upper Bayou - Enclosing Statement of Compliance dated 04/06/01, and Certified payroll of 03/18/01 and 03/25/01. |
| 1376 | RM-COE-19162 | RM-COE-19162 | 4/6/2001 | | | Agenda for Meeting | Port of Houston Authority Meeting |
| 1377 | RM-PHA-00175 | RM-PHA-00175 | 4/6/2001 | Unknown | Unknown | Agenda | PHA Meeting Agenda |
| 1378 | RM-GAL-0002805 | RM-GAL-0002805 | 4/9/2001 | Mears, Wendell D | Brown, Karl B; Brown, David R; Bryant, Vernon; Grundel, Greg | Email | |
| 1379 | RM-PHA-00162 | RM-PHA-00165 | 4/9/2001 | Buechler, Nicholas J | Kornegay, H. Thomas | Letter | PHA concerns regarding HGNC |
| 1380 | REM11561 | REM11562 | 4/11/2001 | Renda Marine | | Equitable Adjustment Request/Claim | Analysis of Factual/Judgmental Costs in Damages Summary - HL&P Power Tower Delay |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1381 | RM-COE-11355 | RM-COE-11356 | 4/11/2001 | Bowman, Steven C | Benero, Thomas | Letter | HL&P Power Tower Delay - Transmittal of Request for Equitable Adjustment of the Contract Price |
| 1382 | RM-PHA-00126 | RM-PHA-00126 | 4/11/2001 | Jefts, Alan R | Walters, Ted G | Email | Upper Bayou Levee Alignment |
| 1383 | RM-JSG-00343 | RM-JSG-00343 | 4/12/2001 | Jefts, Alan R | Walters, Ted G | Email | RE: Upper Bayou |
| 1384 | RM-PHA-00123 | RM-PHA-00124 | 4/13/2001 | Jefts, Alan R | McClenan, Cecil M | Letter | Clarification of Levee Construction |
| 1385 | RM-COE-04844 | RM-COE-04848 | 4/14/2001 | Bowman, Steven C | Benero, Thomas | Letter | Obstructions and Excessive Trash in Dredge Section 9 - (1) Renda Marine, Inc. Letter to Tom Benero, Contracting Officer, USACE on 03/29/2001 (2) Tom Benero, Contracting Officer, USACE Letter to Renda Marine, Inc. on 03/29/2001 |
| 1386 | RM-COE-15761 | RM-COE-15762 | 4/14/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract Number CO-8 P00023 |
| 1387 | REM11549 | REM11550 | 4/15/2001 | Renda Marine | | Equitable Adjustment Request/Claim | Analysis of Factual/Judgmental Costs in Damages Summary - Obstruction Damages Delay |
| 1388 | RM-COE-11380 | RM-COE-11382 | 4/15/2001 | Renda Marine, Inc | | Equitable Adjustment Request/Claim | Damages Summary, Obstruction Damages Delay |
| 1389 | REM11545 | REM11547 | 4/16/2001 | Bowman, Steven C | Benero, Thomas | Letter | Differing Site Condition - Damages and Delays Related to Obstructions in Channel |
| 1390 | RM-COE-04830 | RM-COE-04831 | 4/16/2001 | Bowman, Steven C | Benero, Thomas | Letter | (1) Notification of Obstruction at Appx 670+00 (2) Obstructions and Excessive Trash in Dredge Section 9 - (1) Renda Marine, Inc. Letter to Tom Benero, Contracting Officer, USACE on 03/29/2001 (2) Tom Benero, Contracting Officer, USACE Letter to Renda Marine, Inc. on 03/29/2001 (3) Renda Marine, Inc. Letter to Tom Benero, Contracting Officer, USACE on 04/13/2000 |
| 1391 | RM-COE-04832 | RM-COE-04834 | 4/16/2001 | Bowman, Steven C | Benero, Thomas | Letter | (1) Differing Site Condition - Damages and Delays Related to Obstructions in Channel (2) Transmittal of Request for Equitable Adjustment of the Contract Price |
| 1392 | RM-COE-16320 | RM-COE-16320 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1393 | RM-COE-21654 | RM-COE-21654 | 4/16/2001 | Rozsypal, Johnny | Kieslich, James M; Saenz, Luis F | Email | FW: Renda Marine-Section 9 - 'FYI. Nothing like a strong Contracting Officer'; included email. |
| 1394 | RM-GAL-0013339 | RM-GAL-0013339 | 4/16/2001 | Benero, Thomas | Maurer, Herbie A; McClenan, Cecil M; Krueger, Dalton H | Email | Renda Marine - Section 9 |
| 1395 | RM-GAL-0015660 | RM-GAL-0015660 | 4/16/2001 | McClenan, Cecil M | Kohler, Harry G | Email | Staff Meeting Info |
| 1396 | RM-GAL-0016284 | RM-GAL-0016284 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1397 | RM-GAL-0015256 | RM-GAL-0015256 | 4/20/2001 | McClenan, CM | Unknown | Memo | Documenting phone conversation with parties |
| 1398 | RM-COE-04826 | RM-COE-04826 | 4/23/2001 | Russek, Eric G | McClenan, Cecil M | Email | Renda Sect 9 Issues |
| 1399 | NOT USED | | | | | | |
| 1400 | RM-COE-22472 | RM-COE-22472 | 4/23/2001 | Russek, Eric G | McClenan, Cecil M; Hunt, Thomas A; Dow, Cleo | Email | Renda Trash - enclosing photos showing recent trash from Upper Bayou Section 9 (including the infamous mooring buoy) |
| 1401 | RM-GAL-0013347 | RM-GAL-0013347 | 4/23/2001 | Russek, Eric G | McClenan, Cecil M | Email | Renda Section 9 Issues |
| 1402 | RM-GAL-0013351 | RM-GAL-0013351 | 4/23/2001 | Russek, Eric G | McClenan, Cecil M; Hunt, Thomas A; Dow, Cleo | Email | Renda Trash |
| 1403 | RM-GAL-0015659 | RM-GAL-0015659 | 4/23/2001 | McClenan, Cecil M | Kohler, Harry G | Email | Staff Meeting Info |
| 1404 | RM-COE-04821 | RM-COE-04821 | 4/24/2001 | Bowman, Steven C | Benero, Thomas | Letter | Request to Demobilize Dredge |
| 1405 | RM-COE-04822 | RM-COE-04825 | 4/24/2001 | Bowman, Steven C | Benero, Thomas | Letter | Status of Contract Issues |
| 1406 | RM-GAL-0019598 | RM-GAL-0019598 | 4/24/2001 | McClenan, CM | Jefts, Alan | Letter | Letter requesting independent review of three REAs |
| 1407 | RM-COE-03537 | RM-COE-03537 | 4/25/2001 | McClenan, Cecil M | Jefts, Alan R | Letter | Enclosing copies of 3 requests for Equitable Adjustments from RMI with respect to the project. |
| 1408 | RM-GAL-0019599 | RM-GAL-0019599 | 4/25/2001 | Russek, Eric G | McClenan, Cecil M; Krueger, Dalton H; Chairbug@jsimmonsgroup,com | Email | Upper Bayou Section 9 Issues |
| 1409 | RM-JSG-00363 | RM-JSG-00363 | 4/25/2001 | McClenan, Cecil M | Jefts, Alan R | Letter | Enclosing copies of the (REA) from Renda Marine |
| 1410 | RM-PHA-00105 | RM-PHA-00105 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1411 | RM-GAL-0015298 | RM-GAL-0015298 | 4/26/2001 | McClenan, Cecil M | Rozsypal, Johnny | Email | Upper Bayou Sect 9 Issues |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1412 | RM-PHA-00114 | RM-PHA-00116 | 4/26/2001 | Mears, Wendell D | Jefts, Alan R | Minutes | Draft Meeting Minutes of 4/26/01 meeting at Lost Lake Placement Area |
| 1413 | RM-TCB-00551 | RM-TCB-00553 | 4/26/2001 | Mears, Wendell D | Renda, Oscar; Bowman, Steven C; Smith, Barry L; Goodloe, Ben; McClenan, Cecil M; Russek, Eric G; Krueger, Dalton H; Mears, Wendell D | Minutes | Meeting Minutes - Contract Completion and Site Visit |
| 1414 | RM-GAL-0016960 | RM-GAL-0016960 | 4/27/2001 | Rozsypal, Johnny | Walters, Ted G | Email | |
| 1415 | RM-COE-04815 | RM-COE-04818 | 4/30/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | Lost Lake Site Meeting Held 04/26/2001 |
| 1416 | RM-COE-04819 | RM-COE-04819 | 4/30/2001 | Bowman, Steven C | Benero, Thomas | Letter | Government's Use of Outside Consultants |
| 1417 | RM-COE-17419 | RM-COE-17419 | 4/30/2001 | Krueger, Dalton H | Janecka, Arthur J | Email | Upper Bayou Sect 9 Issues |
| 1418 | RM-GAL-0015297 | RM-GAL-0015297 | 4/30/2001 | McClenan, Cecil M | Campbell, David B | Email | Topics for staff meeting |
| 1419 | RM-COE-04813 | RM-COE-04814 | 5/1/2001 | Bowman, Steven C | Benero, Thomas | Letter | (1) Request Cessation of Liquidated Damages (2) Request Reduction of Retainage - Correspondence (1) Letter from RMI to Contracting Officer Dated 04/16/2001 - Damage to Dredge Due to Obstructions (2) Letter from RMI to Contracting Officer Dated 04/24/2001 - Request to Demobilize Dredge (3) Letter from RMI to Contracting Officer Dated 04/24/2001 - Status of Issues (4) Letter from RMI to Area Engineer Dated 04/30/2001 - Items Discussed at 04/26/2001 Site Meeting |
| 1420 | RM-TCB-00542 | RM-TCB-00542 | 5/2/2001 | Mears, Wendell D | Gorini, Richard F; Jefts, Alan R; Bryant, Grady T; Hrabovsky, Leon | Email | Upper Bayou Meeting with Renda, South Ferry Landing REA |
| 1421 | COE-P-407 | COE-P-407 | 5/3/2001 | McClenan Cecil M | Few James T | Email | FW Upper Bayou Contract Levee claims - inquiring where to find Ira Brotman's calcs re the amount of material needed to hydraulically construcr the levees at loss lake. |
| 1422 | REM11522 | REM11524 | 5/3/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - CO-08 P0000 |
| 1423 | REM37077 | REM37079 | 5/3/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - Amendment Number CO-08 P0000 |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1424 | RM-GAL-0020326 | RM-GAL-0020326 | 5/3/2001 | McClenan, Cecil M | Few, James T | Email | Upper Bayou Contract, Levee Claims |
| 1425 | REM15349 | REM15350 | 5/4/2001 | Benero, Thomas; ; Bowman, Steven C | | Contract Modification | Amendment of Solicitation/Modification of Contract - CO-09 P00026 |
| 1426 | REM17784 | REM17787 | 5/4/2001 | Benero, Thomas; ; Bowman, Steven C | | Contract Modification | Amendment of Solicitation/Modification of Contract - CO-10 P00026 |
| 1427 | MOVED TO 528.026 | | | | | | |
| 1428 | RM-COE-04806 | RM-COE-04807 | 5/4/2001 | McClenan, Cecil M | Bowman, Steven C | Letter | Further consideration to proposal provided in 3/1/01 letter |
| 1429 | RM-COE-10649 | RM-COE-10665 | 5/4/2001 | | | Survey | Hydro Surveys for Sec 5, Sta 532+50 to 535+00, obstruction in channel |
| 1430 | RM-COE-11664 | RM-COE-11669 | 5/4/2001 | Benero, Thomas; ; Bowman, Steven C | | Contract Modification | Amendment of Solicitation/Modification of Contract - Number CO-09 P0000 |
| 1431 | RM-COE-15777 | RM-COE-15779 | 5/4/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contracts/(Amendment/Modification NumberCO-019 P0000 |
| 1432 | RM-COE-16298 | RM-COE-16299 | 5/6/2001 | Few, James T | McClenan, Cecil M | Email | RE: Upper Bayou Contract, Levee Claims |
| 1433 | RM-GAL-0013303 | RM-GAL-0013304 | 5/6/2001 | Few James T | McClenan Cecil M | Email | RE Upper Bayou Contract Levee Claims - stating that Few will try to gather up all calcs that were made. |
| 1434 | RM-COE-01177 | RM-COE-01178 | 5/7/2001 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | HG, Upper Bayou, Lost Lake |
| 1435 | RM-COE-16339 | RM-COE-16342 | 5/7/2001 | Russek, Eric G | | Email | Upper Bayou - Eddie Fisher File |
| 1436 | RM-COE-17886 | RM-COE-17887 | 5/7/2001 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | FW: HG, Upper Bayou, Lost Lake |
| 1437 | RM-GAL-0012833 | RM-GAL-0012834 | 5/7/2001 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | HG, Upper Bayou, Lost Lake |
| 1438 | RM-GAL-0025745 | RM-GAL-0025746 | 5/7/2001 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | |
| 1439 | RM-COE-15768 | RM-COE-15769 | 5/8/2001 | Jefts, Alan R | Russek, Eric G | Letter | Status of Section 9 - Job Number 13-63020-140 |
| 1440 | RM-GAL-0019627 | RM-GAL-0019627 | 5/9/2001 | Russek, Eric G | McClenan, Cecil M | Email | Forwarding draft of CO-9 mod |
| 1441 | RM-GAL-0019628 | RM-GAL-0019628 | 5/9/2001 | Unknown | Unknown | Proposal | CO-10 |
| 1442 | REM24111 | REM24127 | 5/10/2001 | | | Chart | AD's Sec Number 5 and 6 - Graphs |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1443 | RM-COE-11325 | RM-COE-11329 | 5/11/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | Request for Equitable Adjustment (REA); Differing Site Condition in the Flare Area - Transmittal of Cost and Pricing Information |
| 1444 | RM-COE-15760 | RM-COE-15760 | 5/11/2001 | Russek, Eric G | Sanford, Will | Fax Cover Sheet | Upper Bayou Partial Payment for Flare Area |
| 1445 | RM-COE-17533 | RM-COE-17534 | 5/11/2001 | Few, James T | McClenan, Cecil M | Email | RE: Upper Bayou Contract, Levee claims |
| 1446 | RM-COE-21591 | RM-COE-21591 | 5/11/2001 | Rozsypal, Johnny | Jefts, Alan R; McClenan, Cecil M | Email | Upper Bayou CO-10 |
| 1447 | RM-COE-22489 | RM-COE-22490 | 5/11/2001 | Russek, Eric G | McClenan, Cecil M | Contract Modification | Recommended Changes to CO-10 |
| 1448 | RM-COE-22491 | RM-COE-22492 | 5/11/2001 | Russek, Eric G | McClenan, Cecil M | Contract Modification | Recommended Changes to CO-11 |
| 1449 | RM-COE-22697 | RM-COE-22697 | 5/11/2001 | Rozsypal Johnny | Jefts Alan R; McClenan Cecil M | Email | RE Upper Bayou CO-10 - suggesting that the change be not issued; also suggesting termination for default. |
| 1450 | RM-GAL-0013299 | RM-GAL-0013300 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1451 | RM-GAL-0019607 | RM-GAL-0019608 | 5/11/2001 | Few James T | McClenan Cecil M | Email | RE Upper Bayou Contract Levee claims - advising that Few will go through some boxed-up Houston-Galveston files that have turned up in the CADD area by Rick Vera's desk |
| 1452 | RM-GAL-0019629 | RM-GAL-0019629 | 5/11/2001 | Russek, Eric G | McClenan, Cecil M | Email | Forwarding mods CO-10 and CO-11 |
| 1453 | RM-GAL-0019630 | RM-GAL-0019631 | 5/11/2001 | Unknown | Unknown | Proposal | CO-10 and levee realignment drawing |
| 1454 | RM-GAL-0019632 | RM-GAL-0019633 | 5/11/2001 | Unknown | Unknown | Proposal | CO-11 and levee realignment drawing |
| 1455 | RM-TCB-00505 | RM-TCB-00507 | 5/12/2001 | RFG | TGW | Email | Upper Bayou - RMI Contract - Mtg. with Tom Benero, Dan Keys, Mike McClenan, Mike Kieslich, Eric Russeck and Dalton Kruger on P.M. of 5/15/01 |
| 1456 | REM26054 | REM26054 | 5/15/2001 | Smith, Barry L | Sanford, Will | Fax Cover Sheet | Per Our Conversation A/M - 'This is the flare area REA, Damages summary, dredging analysis sheets, latest version w/no previous negotiation amounts considered' |
| 1457 | RM-COE-04791 | RM-COE-04792 | 5/15/2001 | Benero, Thomas | For Record | Memo | Renda Marine, Contract DACW64-99-C-0001 Upper Bayou Project |
| 1458 | RM-GAL-0020327 | RM-GAL-0020328 | 5/15/2001 | McClenan, Cecil M | Benero, Thomas; Keys, Daniel | Email | Upper Bayou CO-10 |
| 1459 | RM-COE-04790 | RM-COE-04790 | 5/16/2001 | McClenan, Cecil M | Benero, Thomas | Email | Lost Lake North Levee Meeting - 05/15/2001 |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1460 | RM-COE-11449 | RM-COE-11451 | 5/16/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Government Survey Information Required for North Levee Modification (2) Request for Project Survey Information |
| 1461 | RM-COE-15477 | RM-COE-15478 | 5/16/2001 | Renda, Oscar; Green, Gary D | | Promissory Note | Promissory Note for 4,520,000.00 dollars |
| 1462 | RM-COE-15745 | RM-COE-15746 | 5/16/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) HL&P Power Tower Delay - Transmittal of Revisions to Request for Equitable Adjustment (REA) of the Contract Price |
| 1463 | RM-GAL-0019618 | RM-GAL-0019618 | 5/16/2001 | Mears, Wendell | Russek, Eric; McClenan, Mike | Email | Lost Lake |
| 1464 | RM-GAL-0020329 | RM-GAL-0020329 | 5/16/2001 | McClenan, Cecil M | Benero, Thomas | Email | Lost Lake North Levee Meeting - 5/15/01 |
| 1465 | RM-JSG-00398 | RM-JSG-00400 | 5/16/2001 | RFG | TGW | Memo | RMI Contract-Mtg. with Tom Benero, Don Keys, Mike McClenan, Mike Kieslich, Eric Russeck and Dalton Kruger on P.M. of 5/15/01 |
| 1466 | RM-PHA-00093 | RM-PHA-00096 | 5/16/2001 | J. Simmons Group | Walters, Ted G | Memo | RMI Memo - Confidential |
| 1467 | RM-COE-11324 | RM-COE-11324 | 5/17/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | Cost of Pricing Data Evaluation; Request for Government Audit, (1) Request for Equitable Adjustment (REA); Differing Site Condition in the Flare Area |
| 1468 | RM-COE-11366 | RM-COE-11369 | 5/17/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | Modification CO-08-Suspension of Dredging |
| 1469 | RM-COE-16380 | RM-COE-16380 | 5/17/2001 | Sanford, Will | Russek, Eric G | Email | 05/17/2001 Renda Letter Response |
| 1470 | RM-JSG-00385 | RM-JSG-00390 | 5/18/2001 | Jefts, Alan R | Gorini, Richard F; Bryant, Grady T; Hrabovsky, Leon; Mears, Wendell D | Reports | Upper Bayou Scenarios to Complete Construction |
| 1471 | COE-P-414 | COE-P-416 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1472 | RM-COE-18896 | RM-COE-18898 | 5/20/2001 | Few, James T | McClenan, Cecil M | Email | Upper Bayou Contract Levee claims; included mails |
| 1473 | RM-GAL-0013307 | RM-GAL-0013309 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1474 | REM11477 | REM11477 | 5/22/2001 | McClenan, Cecil M | Bowman, Steven C | Letter | Directive to Renda Marine to remove its submerged pipeline crossing at Jacintoport, adjacent to approximate Stations 565+00 and 574+00, before 06/15/2001 |
| 1475 | RM-COE-04775 | RM-COE-04777 | 5/22/2001 | McClenan, Cecil M | Bowman, Steven C | Letter | Draft - Directive to Renda Marine to remove its submerged pipeline crossing at Jacintoport, adjacent to approximate Stations 565+00 and 574+00, before 06/15/2001 |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1476 | RM-COE-22693 | RM-COE-22694a | 5/22/2001 | Russek Eric G | McClenan Cecil M | Email | Capital Project Mgmt Scope of Work - attaching first draft for review. |
| 1477 | MOVED TO 528.027 | | | | | | |
| 1478 | RM-COE-11153 | RM-COE-11153 | 5/23/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | Removal of Submerged Dredge Discharge Pipe at Entrance to Jacintoport |
| 1479 | RM-COE-11650 | RM-COE-11652 | 5/23/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - Number CO-10 P0000 |
| 1480 | RM-COE-19026 | RM-COE-19028 | 5/23/2001 | Benero, Thomas | | Contract Modification | Amendment of Solicitation/Modification of Contract - Number CO-10 P00027 |
| 1481 | REM15364 | REM15366 | 5/24/2001 | Renda Marine | Corp. of Engineers | Agenda for Meeting | Outline for Meeting w/COE-Galveston District |
| 1482 | RM-COE-03504 | RM-COE-03506 | 5/24/2001 | Renda, Oscar | Hutchison, Kay Bailey | Letter | US Army Corps of Engineers - Galveston District Houston Ship Channel - Dredging Upper Bayou Project - Government Contract No. DACW64-99-C-0001 |
| 1483 | RM-COE-04768 | RM-COE-04768 | 5/24/2001 | Erikson, Brian W | Saenz, Luis F | Letter | Tortious Interference With Contract, Defamation, and Business Disparagement Renda Marine, Inc. |
| 1484 | RM-COE-04769 | RM-COE-04770 | 5/24/2001 | | | Minutes | Upper Bayou - Meeting held on 05/24/2001. |
| 1485 | RM-COE-22521 | RM-COE-22521 | 5/24/2001 | Sanford, Will | McClenan, Cecil M | Email | Lecon/Renda - update. |
| 1486 | RM-GAL-0019626 | RM-GAL-0019626 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1487 | RM-GAL-0019637 | RM-GAL-0019637 | 5/24/2001 | Russek, Eric G | McClenan, Cecil M; Keys, Daniel | Email | Forwarding Technical Analysis on Flare Area |
| 1488 | RM-GAL-0019638 | RM-GAL-0019643 | 5/24/2001 | Houston Galveston Navigation Channels | Unknown | Reports | Technical Analysis on Flare Area |
| 1489 | RM-COE-01664 | RM-COE-01664 | 5/25/2001 | Redd, Lawrence L | Russek, Eric G | Fax Cover Sheet | Chronology of Surveys at Lost Lake of any kind by AO-BL Starting 04/1997 to date |
| 1490 | RM-COE-04766 | RM-COE-04767 | 5/25/2001 | Bowman, Steven C | Benero, Thomas | Letter | (1) Suspension of Dredging Work - Modification CO-09 (Revised from CO-08) (2) Notification of Potential Claim Associated With Equipment Standby |
| 1491 | RM-COE-17525 | RM-COE-17527 | 5/27/2001 | Few, James T | Mears, Wendell D | Email | RE: Upper Bayou |
| 1492 | RM-COE-18899 | RM-COE-18901 | 5/27/2001 | Few, James T | McClenan, Cecil M | Email | Upper Bayou Contract Levee claims; included mails |
| 1493 | RM-GAL-0013310 | RM-GAL-0013312 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1494 | RM-GAL-0019647 | RM-GAL-0019649 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1495 | RM-PHA-00059 | RM-PHA-00061 | 5/29/2001 | Bowman, Steven C | Benero, Thomas M | Letter | Recap of Meeting with Government on 3/22/2001, and Status of Continuing Levee Construction Issues |
| 1496 | RM-GAL-0013376 | RM-GAL-0013377 | 5/30/2001 | McClenan, CM | Bowman, Steven C | Letter | REA (Rev. No. 1) dated 5/16/2001 |
| 1497 | RM-COE-04737 | RM-COE-04742 | 5/31/2001 | Bowman, Steven C | Benero, Thomas | Letter | Modification CO-10, P00027 (1) Submittal of Request for Equitable Adjustment for Levee Realignment Between Stations 166+00 to 215+00 - with attachments |
| 1498 | RM-COE-15720 | RM-COE-15723 | 5/31/2001 | Benero, Thomas M | | Equitable Adjustment Request/Claim | Renda Marine, Inc. Request for Equitable Adjustment - Government Modification CO-10 Realignment of Western Levees Between Stations 166+00 and 215+00 |
| 1499 | REM11438 | REM11439 | 6/1/2001 | Cole Jr, Curtis | Bowman, Steven C | Letter | Contracting Officers Decision |
| 1500 | RM-COE-15708 | RM-COE-15711 | 6/1/2001 | Bowman, Steven C | Benero, Thomas | Letter | (1) Request Reduction of Retainage (2) Request Payment of Remaining Mobilization/Demobilization (3) Project Pay Application 30A, dated 06/01/2001 |
| 1501 | RM-COE-16318 | RM-COE-16318 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1502 | RM-GAL-0013337 | RM-GAL-0013337 | 6/1/2001 | Benero, Thomas | McClenan, Cecil M; Russek, Eric G | Email | Renda Marine Outstanding Issues |
| 1503 | RM-PHA-00062 | RM-PHA-00068 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1504 | RM-COE-04723 | RM-COE-04725 | 6/5/2001 | Bowman, Steven C | Benero, Thomas | Letter | Lost Lake North Levee Issues - Proposal Costs for Realignment of North Levee |
| 1505 | RM-COE-17521 | RM-COE-17524 | 6/5/2001 | Few, James T | Mears, Wendell D | Email | RE: Upper Bayou |
| 1506 | RM-GAL-0012893 | RM-GAL-0012893 | 6/5/2001 | Sanford, Will | Johnston, Robert P; Boland, Webster L | Email | Galveston District - Renda Mod on Flare Area |
| 1507 | RM-COE-03529 | RM-COE-03529 | 6/6/2001 | Ragland, Barbara | Ruffinach, Ron | Fax Cover Sheet | Fax Cover Sheet |
| 1508 | RM-COE-15703 | RM-COE-15703 | 6/6/2001 | McClenan, Cecil M | Jefts, Alan R | Letter | Enclosing copies of recent correspondence from Renda Marine, Inc. for information and review |
| 1509 | RM-GAL-0012994 | RM-GAL-0012996 | 6/7/2001 | McClenan, Cecil M | McWilliams, Jeff | Letter | In regards to Bean-Stuyvesant's contract DACW64-00-C-0013, Houston-Galveston Navigation Channels, TX (45-Foot Project), Dredging Lower Bayou; opportunity to make Bean-Stuyvesant aware of Renda's concern of their sequence of construction of the hydraulically constructed levees at Spilman Island, in anticipation of the Dredge Meridian returning in the 07/01 thru 08/01. |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1510 | COE-P-420 | COE-P-420 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1511 | RM-GAL-0019659 | RM-GAL-0019659 | 6/8/2001 | Benero, Thomas | Keys, Daniel; Krueger, Dalton H | Email | Renda Status |
| 1512 | RM-GAL-0020334 | RM-GAL-0020334 | 6/8/2001 | McClenan, Cecil M | Russek, Eric G; Weiss, Lynwood G | Email | Renda Status |
| 1513 | REM18183 | REM18206 | 6/9/2001 | Renda Marine | | Spreadsheet | Equipment Repair Costs |
| 1514 | RM-COE-04717 | RM-COE-04719 | 6/11/2001 | Bowman, Steven C | Benero, Thomas | Letter | (1) Differing Site Condition - Damages and Delays Related to Obstructions in Channel (Sections 4 through 8) - (2) Transmittal of Revision No. 1 to Request for Equitable Adjustment of the Contract Price Previously Submitted 04/16/2001 |
| 1515 | REM11338 | REM11340 | 6/13/2001 | O'Rourke, Lauren | | Reports | Customer Service Representative, Daily Progress Reports |
| 1516 | RM-GAL-0016149 | RM-GAL-0016149 | 6/13/2001 | Benero, Thomas M | Rozsypal, Johnny; Saenz, Luis F; Keys III, Daniel | Email | |
| 1517 | RM-GAL-0016150 | RM-GAL-0016150 | 6/13/2001 | Rozsypal, Johnny | Benero, Thomas M; Saenz, Luis F; Keys III, Daniel | Email | |
| 1518 | REM14354 | REM14355 | 6/14/2001 | Bowman, Steven C | Benero, Thomas | Letter | (1) Differing Site Condition - Obstructions in Channel (Section 9), (2) Transmittal of Request for Equitable Adjustment of the Contract Price for Obstruction Delay No 2 Damages |
| 1519 | REM11427 | REM11427 | 6/15/2001 | Benero, Thomas | Bowman, Steven C | Letter | Certified Claim No. 206771 for Differing Site Conditions - Notifying that the Contracting Officer's final decision date for the said claim is changed from 06/13/2001 to 06/25/2001. |
| 1520 | RM-COE-22537 | RM-COE-22537 | 6/15/2001 | Sanford, Will | Johnston, Robert P; Boland, Webster L | Email | Galveston District - Renda Mod on Flare Area |
| 1521 | RM-GAL-0019657 | RM-GAL-0019657 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1522 | RM-COE-17518 | RM-COE-17519 | 6/18/2001 | Few, James T | Cox, Paul A; Russek, Eric G | Email | FW: HG, Upper Bayou |
| 1523 | RM-COE-19076 | RM-COE-19080 | 6/18/2001 | Renda Marine | | Equitable Adjustment Request/Claim | Damages Summary - Change Order Number 9 - Suspension Delay - Daily Standby Cost |
| 1524 | RM-GAL-0020335 | RM-GAL-0020335 | 6/18/2001 | McClenan, Cecil M | Russek, Erick G; Keys, Daniel | Email | Galveston District - Renda Mod on Flare Area |