# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1525 | RM-COE-04707 | RM-COE-04715 | 6/19/2001 | Bowman, Steven C | Benero, Thomas | Letter | Delays and Damages Due to Completion of Levee Work - Delays and Damages Due to Suspension of Work |
| 1526 | RM-COE-19138 | RM-COE-19145 | 6/20/2001 | Bowman, Steven C | Benero, Thomas | Letter | Status of Contract Issues |
| 1527 | RM-COE-19896 | RM-COE-19898 | 6/20/2001 | Krueger, Dalton H | | Proposal | Proposal by Capital Project Management to assist in assessment and resolution of Renda's claims |
| 1528 | RM-COE-19899 | RM-COE-19903 | 6/20/2001 | | | Proposal | Hourly rates for Capital Project Management support services |
| 1529 | RM-COE-22701 | RM-COE-22704 | 6/20/2001 | Strickler, George J | Keys III, Daniel | Letter | Upper Bayou Dredging Contract - Renda Marine, Inc. |
| 1530 | REM11397 | REM11399 | 6/22/2001 | Buechler, Nicholas J | Granger, Kay | Letter | Response to Renda Marine's 05/22/2001 letter concerning the Upper Bayou Project in the Houston Ship Channel |
| 1531 | RM-COE-22540 | RM-COE-22540 | 6/22/2001 | Benero, Thomas | McClenan, Cecil M | Email | RE: CESWG-AO-B; included email |
| 1532 | RM-GAL-0015255 | RM-GAL-0015255 | 6/22/2001 | McClenan, Cecil M | Benero, Thomas; Keys, Daniel; Russek, Eric G | Email | Email forwarding memo of phone conversation |
| 1533 | REM11401 | REM11401 | 6/25/2001 | Benero, Thomas | Granger, Kay | Fax Cover Sheet | DACW64-99-C-0001 |
| 1534 | REM37213 | REM37216 | 6/25/2001 | Benero, Thomas | Granger, Kay | Letter | Response to Renda Marine's 05/22/2001 letter re Upper Bayou Project in the Houston Ship Channel. |
| 1535 | RM-COE-03523 | RM-COE-03523 | 6/26/2001 | Benero, Thomas | Bowman, Steven C | Letter | Certified Claim No. 206771 for Differing Site Condition, Dredging the South Ferry Landing |
| 1536 | REM37212 | REM37212 | 6/27/2001 | Ragland, Barbara | Renda, Oscar | Fax Cover Sheet | Fax Cover Sheet - Forwarding fax from Tom Benero |
| 1537 | RM-GAL-0013161 | RM-GAL-0013162 | 6/28/2001 | Johnston, Robert P | McClenan, Cecil M | Email | Flare Area |
| 1538 | RM-COE-05516 | RM-COE-05516 | 6/29/2001 | The Independent BankersBank | Renda, Oscar; Renda, Rudolph J | Promissory Note | Commercial Variable Rate Revolving or Draw Note - Principal Amount: 3000000 dollars - Agreement date: 06/29/2001 - Maturity date: 02/28/2002 |
| 1539 | RM-COE-19147 | RM-COE-19157 | 7/5/2001 | Douglas, Lynn; Bowman, Steven C | Department Of ; The Army | Bid Document | Pre-Award Submittals |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1540 | RM-GAL-0016917 | RM-GAL-0016917 | 7/9/2001 | Benero, Thomas | Keys, Daniel; Moore, Thomas H; Kieslich, James M; Rozsypal, Johnny; Cole, Curtis; Saenz, Luis F | Email | Discussions in Meetings |
| 1541 | RM-COE-03516 | RM-COE-03516 | 7/10/2001 | Benero, Thomas | Bowman, Steven C | Fax Cover Sheet | Performance Evaluations |
| 1542 | RM-GAL-0015249 | RM-GAL-0015249 | 7/10/2001 | McClenan, Cecil M | Kohler, Harry G | Email | Discussions in Meetings |
| 1543 | RM-COE-03503 | RM-COE-03503 | 7/11/2001 | Etue, John | CECS-C | Letter | Informing that the enclosed communication was forwarded to Senator Hutchison by a constituent who is concerned about a matter that falls within HQUS Army Corps of Engineers' jurisdiction |
| 1544 | RM-COE-04678 | RM-COE-04681 | 7/12/2001 | Benero, Thomas | Martin, David | Letter | Determination of Non-Responsibility |
| 1545 | RM-COE-14270 | RM-COE-14272 | 7/19/2001 | Benero, Thomas; ; McClenan, Cecil M; Russek, Eric G | | Bid Document | Pipeline Dredge Estimate - Checklist for Input Data |
| 1546 | RM-COE-05399 | RM-COE-05414 | 7/20/2001 | Ray, Kent | Benero, Thomas | Letter | Renda Marine, Inc. - Attaching financial statements of Renda Marine, Inc. and related entities (Oscar Renda Contracting Inc. and Agronomic Management Group Inc.) as of 05/31/2001 are for review of financial stability |
| 1547 | REM11385 | REM11386 | 7/23/2001 | McClenan, Cecil M | Bowman, Steven C | Letter | No further requirements for the use of a hydraulic dredge under the contract |
| 1548 | RM-COE-04677 | RM-COE-04677 | 7/23/2001 | Bowman, Steven C | Benero, Thomas | Letter | US Small Business Administration (S.B.A.) - Renda Marine, Inc. - Determination of Business Size for S.B.A. Certification |
| 1549 | RM-GAL-0012644 | RM-GAL-0012647 | 7/23/2001 | McClenan, CM | Bowman, Steven C | Letter | Advising of no further requirements for use of hydraulic dredge |
| 1550 | RM-JSG-00314 | RM-JSG-00315 | 7/23/2001 | McClenan, Cecil M | Bowman, Steven C | Letter | Advising the there will not be further requirements for the use of a hydraulic dredge |
| 1551 | RM-COE-04675 | RM-COE-04676 | 7/24/2001 | Bowman, Steven C | Benero, Thomas | Letter | Termination for Convenience - Lost Lake Levees |
| 1552 | RM-COE-17480 | RM-COE-17480 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1553 | RM-GAL-0017059 | RM-GAL-0017059 | 7/24/2001 | Saenz, Luis F | Krueger, Dalton H | Email | Lost Lake |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1554 | RM-COE-05373 | RM-COE-05373 | 7/31/2001 | Bowman, Steven C | Benero, Thomas | Letter | South Ferry Landing Claim; Certified Claim No 206771 (1) Letter from Tom Benero, Contracting Officer to Renda Marine, Inc. (RMI) to dated 06/26/2001 - Request for Additional Claim Information |
| 1555 | RM-COE-05379 | RM-COE-05382 | 7/31/2001 | Bowman, Steven C | Benero, Thomas | Letter | Request for Equitable Adjustment (REA); Differing Site Condition in the Flare Area - Contractor-Requested Audit of Indirect Costs; Cost Analysis |
| 1556 | RM-COE-09162 | RM-COE-09162 | 7/31/2001 | Bowman, Steven C | Corps of Engineers-Galveston Dist. | Agreement/Contract | Contractor's Certification |
| 1557 | RM-COE-16319 | RM-COE-16319 | 7/31/2001 | Benero, Thomas | Buechler, Nicholas J; Maurer, Herbie A; McClenan, Cecil M; Sutcliffe, Harrison T | Email | Renda Marine-Mouth of the Colorado River |
| 1558 | REM11326 | REM11326 | 8/3/2001 | Caver Jr, Thomas F | Hutchison, Kay Bailey | Letter | Interim reply to 07/11/2001 letter referencing letter from Oscar Renda re various contracting issues with dredging contract for the Houston Ship Channel |
| 1559 | RM-COE-03502 | RM-COE-03503 | 8/3/2001 | Greenhouse, Bunnatine H | CESWG-CT | Memo | Inquiry from Senator Kay Bailey Hutchison |
| 1560 | RM-COE-13980 | RM-COE-13980 | 8/3/2001 | Russek, Eric G | Strickler, George J | Fax Cover Sheet | Stiff Clay Percentages Spreadsheets |
| 1561 | REM11359 | REM11359 | 8/8/2001 | Renda, Oscar | Granger, Kay | Letter | In ref to RMI letter to Barbara describing problems RMI was experiencing with the project, request to suspend any further action or intervention in this matter |
| 1562 | REM11360 | REM11360 | 8/8/2001 | Renda, Oscar | Hutchison, Kay Bailey | Letter | Noting that, on 05/24/2001, RMI transmitted a letter to Hutchison describing problems RMI was experiencing with the project |
| 1563 | RM-COE-05339 | RM-COE-05341 | 8/9/2001 | Bowman, Steven C | Benero, Thomas | Letter | Resubmission of REA for damages and delays related to obstructions in channel (Sections 4 thru 8) as a Certified Claim |
| 1564 | RM-COE-05342 | RM-COE-05344 | 8/9/2001 | Bowman, Steven C | Benero, Thomas | Letter | Resubmission of REA for damages and delays related to obstructions in channel (Sections 9) as a Certified Claim |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1565 | RM-COE-05345 | RM-COE-05347 | 8/9/2001 | Bowman, Steven C | Benero, Thomas | Letter | Resubmission of REA for Levee Realignment between stations 166+00 to 215+00 (Modification CO-10, P00027) as a Certified Claim |
| 1566 | RM-COE-05348 | RM-COE-05350 | 8/9/2001 | Bowman, Steven C | Benero, Thomas | Letter | Resubmission of Flare Area REA as a Certified Claim |
| 1567 | RM-PHA-00526 | RM-PHA-00528 | 8/9/2001 | Goodloe, Ben | Port of Houston Authority | Letter | Proposal - Emergency dredging at the Turning Basin Wharves |
| 1568 | RM-GAL-0022923 | RM-GAL-0022923 | 8/10/2001 | Halla, Keith J | Wyatt, Danny J; McClenan, Cecil M; Weiss, Lynwood G | Email | Contractor Safety Awards |
| 1569 | RM-GAL-0027410 | RM-GAL-0027439 | 8/10/2001 | Renda Marine | Corps of Engineers- | Dredging Report | Dredging Reports - 8/10/2001 - 8/24/2001 |
| 1570 | RM-COE-18950 | RM-COE-19006 | 8/20/2001 | Renda Marine | | Equitable Adjustment Request/Claim | South Ferry Landing - Revised 08/20/2001 - Executive Overview Section |
| 1571 | RM-GAL-0019666 | RM-GAL-0019666 | 8/22/2001 | pathfindercc@msm.com | Benero, Thomas | Email | Award of Claim Merit |
| 1572 | COE-P-424 | COE-P-424 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1573 | REM11328 | REM11331 | 8/23/2001 | Benero, Thomas | Smith, Barry L | Email | Upper Bayou Project - Award of Claim Merit - 'No, he hasn't told me but I'm sure we'll discuss sometime today.', in response to Barry Smith's 08/22/2001 email advising that Mike McClenan verbally awarded merit for both Obstruction Claims, and that Smith will be sending McClenan a letter for his countersignature confirming his decision; included emails |
| 1574 | RM-COE-05276 | RM-COE-05276 | 8/23/2001 | Bowman, Steven C | Benero, Thomas | Letter | South Ferry Landing Claim - Certified Claim Number 206771 - Transmittal of 08/20/2001 Revisions to Claim - (1) Letter from Tom Benero, Contracting Officer to RMI dated 06/26/2001 |
| 1575 | RM-GAL-0012648 | RM-GAL-0012651 | 8/23/2001 | McClenan, CM | Bowman, Steven C | Letter | Confirming that certain REAs have merit |
| 1576 | RM-GAL-0013318 | RM-GAL-0013318 | 8/23/2001 | Benero, Thomas | McClenan, Cecil M | Email | Upper Bayou Project - Award of Claim Merit |
| 1577 | REM30707 | REM30707 | 8/24/2001 | Benero, Thomas | Renda Marine | Letter | Receipt for one box with two binders - revisions to Contract No DACW64-99-C-0001 South Landing Claim |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1578 | RM-COE-22549 | RM-COE-22549 | 8/24/2001 | Sanford, Will | McClenan, Cecil M | Email | Renda - Furnishing 5 major DSC or changes for required corrections |
| 1579 | RM-COE-22550 | RM-COE-22550 | 8/24/2001 | McClenan, Cecil M | Sanford, Will | Email | RE: Renda |
| 1580 | RM-GAL-0013354 | RM-GAL-0013354 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1581 | RM-GAL-0027440 | RM-GAL-0027527 | 8/25/2001 | Renda Marine | Corps of Engineers- | Dredging Report | Dredging Reports - 8/25/2001 - 10/7/2001 |
| 1582 | REM11321 | REM11321 | 8/27/2001 | Caver Jr, Thomas F | Hutchison, Kay Bailey | Letter | Response to 07/11/2001 letter referencing letter from Oscar Renda re various contracting issues with dredging contract for the Houston Ship Channel |
| 1583 | REM11322 | REM11322 | 8/27/2001 | Benero, Thomas | Bowman, Steven C | Letter | Directing Renda Marine to remove any remaining pipelines |
| 1584 | RM-COE-03498 | RM-COE-03501 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1585 | RM-GAL-0012652 | RM-GAL-0012655 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1586 | RM-PHA-00520 | RM-PHA-00520 | 8/27/2001 | Port of Houston Authority | Bowman, Steven C | Agreement/Contract | Contract with the Port of Houston Authority and Renda Marine |
| 1587 | RM-COE-05274 | RM-COE-05275 | 8/28/2001 | Bowman, Steven C | Benero, Thomas; McClenan, Cecil M | Letter | Award of 'Merit' by Government for Referenced RMI Certified Claims - (1) Certified Claim for Damages and Delays Related to Obstructions in Channel (Sections 4 through 8) as a Certified Claim - (2) Certified Claim for Damages and Delays related to obstructions in Channel (Section 9) |
| 1588 | RM-COE-15475 | RM-COE-15478 | 8/31/2001 | Renda, Oscar; Renda, Rudolph J; The Independent BankersBank | | Promissory Note | Commercial Variable Rate Promissory Note for 2,625,000.00 dollars |
| 1589 | REM11298 | REM11308 | 09/00/2001 | World Dredging - Mining & Construction | | Article | Maintenance Dredging - Dredging of the Houston - Galveston Navigation Channels - Vol 37, Number9 |
| 1590 | RM-COE-22014 | RM-COE-22014 | 9/1/2001 | Mears, Wendell D | Russek, Eric G | Agenda for Meeting | Contract Status Review Agenda |
| 1591 | RM-COE-05496 | RM-COE-05500 | 9/13/2001 | Bowman, Steven C | Benero, Thomas | Letter | Termination of the Contract for Convenience of the Government - Lost Lake Levees |
| 1592 | RM-GAL-0019667 | RM-GAL-0019667 | 9/17/2001 | Russek, Eric G | McClenan, Cecil M | Email | Forwarding Renda deletion mod |
| 1593 | RM-GAL-0019668 | RM-GAL-0019668 | 9/17/2001 | Unknown | Unknown | Proposal | Renda deletion mod |
| 1594 | REM15472 | REM15473 | 9/18/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - P00028 CO-11 |
| 1595 | MOVED TO 528.028 | | | | | | |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1596 | RM-COE-11656 | RM-COE-11663 | 9/18/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - Number CO-11 |
| 1597 | MOVED TO 528.029 | | | | | | |
| 1598 | RM-COE-22555 | RM-COE-22555 | 9/25/2001 | McClenan, Cecil M | Walters, Ted G | Email | FW: Lost Lake Placement Area - 'Finally have you correct e-mail address.'; included email |
| 1599 | RM-GAL-0020339 | RM-GAL-0020339 | 9/25/2001 | McClenan, Cecil M | Mail | Email | Lost Lake Placement Area |
| 1600 | REM31495 | REM31498 | 9/28/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - P00029 |
| 1601 | RM-COE-11177 | RM-COE-11177 | 10/2/2001 | Hansen, Jamie | Russek, Eric G | Memo | West Levee Alignment/North Levee Alignment |
| 1602 | RM-COE-22557 | RM-COE-22559 | 10/4/2001 | Benero, Thomas | Bowman, Steven C | Letter | RE letter dated 5/31/01 regarding levee location and survey discrepancies |
| 1603 | RM-COE-22561 | RM-COE-22561 | 10/9/2001 | Keys III, Daniel | Rozsypal, Johnny; Kohler, Harry G | Email | RE: Renda |
| 1604 | REM16703 | REM16703 | 10/16/2001 | | | Equitable Adjustment Request/Claim | Renda Marine - Certification Letter, Executive Overview, Damages Summaries - Certified Claim for Equitable Adjustment of the contract price for differing site conditions and changed conditions for hydraulic levees at the Lost Lake placement area - October 16, 2001 |
| 1605 | RM-COE-05517 | RM-COE-05518 | 10/16/2001 | Renda, Oscar | Benero, Thomas | Letter | Hydraulic Levees - Transmittal of Certified Claim - Request for Equitable Adjustment of the Contract Price for Construction of Hydraulic Levees at Lost Lake due to Differing Site Conditions |
| 1606 | RM-PHA-00518 | RM-PHA-00518 | 10/16/2001 | Port of Houston Authority | Renda Marine | Invoices | Purchase Order from PHA to Renda Marine for Labor and Material for Turning Basin"" |
| 1607 | RM-COE-05501 | RM-COE-05507 | 10/29/2001 | Renda, Oscar | Benero, Thomas | Letter | Settlement of Requests for Equitable Adjustment (REA)/Certified Claims |
| 1608 | RM-JSG-00583 | RM-JSG-00583 | 11/00/2001 | Mears, Wendell D | | Drawings | Drawing - Phase I - Phase III |
| 1609 | RM-JSG-00584 | RM-JSG-00584 | 11/00/2001 | Mears, Wendell D | | Reports | North Levee Between the Weirs |
| 1610 | RM-JSG-00585 | RM-JSG-00585 | 11/00/2001 | Mears, Wendell D | | Reports | North West Levee repair |
| 1611 | RM-JSG-00586 | RM-JSG-00586 | 11/00/2001 | Mears, Wendell D | | Reports | North Levee Between Weirs |
| 1612 | RM-GAL-0013485 | RM-GAL-0013485 | 11/2/2001 | Brown, David R | Campbell, David B; Rozsypal, Johnny; McClenan, Cecil M; Kieslich, James M | Email | Upper Bayou Dredging and Levee Repair |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1613 | RM-COE-17517 | RM-COE-17517 | 11/4/2001 | Few, James T | Syed, Ishaq; Campbell, David B | Email | FW: Upper Bayou Dredging and Levee Repair |
| 1614 | RM-COE-03488 | RM-COE-03489 | 11/6/2001 | Benero, Thomas | Renda, Oscar | Letter | Claim on Contact Number DACW64-99-C-0001 dated 08/09/2001 for Differing Site Conditions in Dredging Section 7 (Clay) |
| 1615 | RM-COE-03490 | RM-COE-03491 | 11/6/2001 | Benero, Thomas | Renda, Oscar | Letter | Claim on Contact Number DACW64-99-C-0001 dated 08/09/2001 for Change Conditions due to HL&P Transmission Tower |
| 1616 | RM-COE-03492 | RM-COE-03493 | 11/6/2001 | Benero, Thomas | Renda, Oscar | Letter | Claim on Contact Number DACW64-99-C-0001 dated 08/09/2001 for Differing Site Conditions in Flare Area |
| 1617 | RM-COE-03494 | RM-COE-03495 | 11/6/2001 | Benero, Thomas | Renda, Oscar | Letter | Claim on Contact Number DACW64-99-C-0001 dated 08/09/2001 for Change Conditions on West Levee Realignment (Modification CO-10) |
| 1618 | RM-COE-15657 | RM-COE-15658 | 11/6/2001 | Renda Marine | Corps of Engineers-Galveston Dist. | Letter | Renda Marine, Inc. auditors, Milbern Ray and Co., are conducting an annual audit of financial statements; request to confirm the furnishing information regarding Renda Marine, Inc. contract with Department of the Army Galveston District Corp of Engineers as of 10/31/2001. |
| 1619 | RM-COE-03486 | RM-COE-03487 | 11/7/2001 | Benero, Thomas | Renda, Oscar | Letter | Claim on Contact Number DACW64-99-C-0001 dated 10/16/2001 for Changed Conditions in Hydraulic Levees at Lost Lake |
| 1620 | RM-GAL-0013315 | RM-GAL-0013316 | 11/7/2001 | Brown, David R | Young, Nancy C; Few, James T; Krueger, Dalton H; McClenan, Cecil M; Russek, Eric G; Garcia, Frank T; Burke, Cynthia R | Email | Upper Bayou Dredging and Levee Repair |
| 1621 | RM-PHA-00614 | RM-PHA-00616 | 11/7/2001 | DeWolf, Steven H. | Jackson, J.B. | Memo | Request for Port Commission Action for Dredging of the PHA Turning Basin Docks 46 through 48 |
| 1622 | RM-COE-17516 | RM-COE-17516 | 11/8/2001 | Few, James T | Martin, Arthur J | Email | Lost Lake, LIDAR - Per conversation with Johnny R and Alan Jefts about the accuracy, expecting how much ground verification of previous work has been done. |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1623 | RM-COE-17787 | RM-COE-17789 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1624 | RM-GAL-0012767 | RM-GAL-0012769 | 11/8/2001 | Few, James T | Brown, David R; McClenan, Cecil M; Krueger, Dalton H | Email | Comments on Field Trip to Lost Lake |
| 1625 | RM-GAL-0025735 | RM-GAL-0025738 | 11/9/2001 | Few, James T | Rozsypal, Johnny; Brown, David R; Young, Nancy C; Frank, Garcia T; Russek, Eric G | Email | Comments on Field Trip to Lost Lake |
| 1626 | RM-COE-18239 | RM-COE-18242 | 11/13/2001 | Brown, David R | Few, James T; Rozsypal, Johnny; Young, Nancy C; Garcia, Frank T; Russek, Eric G; Martin, Arthur J; Krueger, Dalton H | Email | RE: Brief Meeting on Field Trip to Lost Lake |
| 1627 | RM-COE-05519 | RM-COE-05520 | 11/14/2001 | Renda, Oscar | Benero, Thomas | Letter | Changed Conditions at the West Levee Realignment - Certified Claim No. 'Unknown' - (1) Response to Your Letter dated 11/06/2001 (Received by Renda Marine, Inc. on 11/12/2001) |
| 1628 | RM-COE-05521 | RM-COE-05521 | 11/14/2001 | Moseley, Cheryl | Benero, Thomas | Letter | Your letters dated 11/06/2001, concerning Claims by Renda Marine, Inc. dated 08/09/2001 for (1) Obstruction No. 2 in Dredging Section 9, (2) Changed Conditions in Hydraulic Levees at Lost Lake, (3) Changed Conditions on West Levee Realignment (Modification CO-10), (4) Differing Site Conditions in Dredging Section 7 (Clay), (5) Changed Conditions due to HL&P Transmission Tower, and (6) Differing Site Conditions in Flare Area |
| 1629 | RM-COE-05522 | RM-COE-05523 | 11/14/2001 | Renda, Oscar | Benero, Thomas | Letter | Changed Conditions due to HL&P Transmission Tower - Certified Claim No. 'Unknown' - (1) Response to Your Letter dated 11/06/2001 (Received by Renda Marine, Inc. on 11/12/2001) |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1630 | RM-COE-05524 | RM-COE-05525 | 11/14/2001 | Renda, Oscar | Benero, Thomas | Letter | Differing Site Conditions in the Flare Area - Certified Claim No. 'Unknown' - (1) Response to Your Letter dated 11/06/2001 (Received by Renda Marine, Inc. on 11/12/2001) |
| 1631 | RM-COE-05526 | RM-COE-05527 | 11/14/2001 | Renda, Oscar | Benero, Thomas | Letter | Differing Site Conditions for Obstruction(s) No. 2 at Dredge Section 9 - Certified Claim No. 'Unknown' - (1) Response to Your Letter dated 11/06/2001 (Received by Renda Marine, Inc. on 11/12/2001) |
| 1632 | RM-COE-05528 | RM-COE-05531 | 11/14/2001 | Renda, Oscar | Benero, Thomas | Letter | (1) Differing Site Conditions for Obstruction(s) No. 1 Between Dredge Sections 4 and 8 - Certified Claim No. 'Unknown' - (2) Differing Site Conditions at the South Ferry Landing - Certified Claim No. 206771 - (3) Your Claim Letters dated 11/06/2001 (Received by Renda Marine, Inc. on 11/12/2001) |
| 1633 | RM-COE-05532 | RM-COE-05533 | 11/14/2001 | Renda, Oscar | Benero, Thomas | Letter | Differing Site Conditions at Dredge Section 7 - Certified Claim No. 'Unknown' - (1) Response to Your Letter dated 11/06/2001 (Received by Renda Marine, Inc. on 11/12/2001) |
| 1634 | RM-COE-17364 | RM-COE-17367 | 11/14/2001 | Few, James T | Krueger, Dalton H; Brown, David R | Email | RE: Comments on Field Trip to Lost Lake |
| 1635 | RM-COE-22564 | RM-COE-22564 | 11/15/2001 | Rozsypal, Johnny | Benero, Thomas; Keys III, Daniel | Email | Renda - enclosing results of discussions with CPM-George Strickland, W. Sanford, and JV regards Upper B-Renda |
| 1636 | RM-GAL-0015201 | RM-GAL-0015202 | 11/16/2001 | McClenan, Cecil M | Russek, Eric G | Email | Mid Bayou/Lost Lake Meeting |
| 1637 | RM-COE-17499 | RM-COE-17499 | 11/19/2001 | Few, James T | Mears, Wendell D | Email | RE: Lost Lake Design Meeting - Suggesting that to show the original template in the contract drawings be constructed, after hydraulically placing additional material along the inside. |
| 1638 | RM-COE-18045 | RM-COE-18045 | 11/20/2001 | Sanford, Will | Keys III, Daniel; Rozsypal, Johnny | Email | Here's what I have - Furnishing the proposals to draft Technical Analysis for audit |
| 1639 | RM-GAL-0013169 | RM-GAL-0013170 | 11/20/2001 | Rozsypal Johnny | Keys III Daniel; Sanford Will | Email | RE Here's What I Have - agreeing that it is necessary to pursue the audit so Eric will need to get Will copies of elec line and levee claims so he can draft away. |
| 1640 | COE-P-434 | COE-P-434 | 11/21/2001 | Rozsypal Johnny | Benero Thomas M; Keys III Daniel; Sanford Will | Email | RE Here's What I Have - agreeing on the need to pursue tech analysis and audit. |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1641 | RM-GAL-0019709 | RM-GAL-0019709 | 11/21/2001 | Rozsypal Johnny | Benero Thomas M; Keys III Daniel; McClenan Cecil M; Rawls Michael B; Russek Eric G; Mears Wendell D | Email | Renda Offer - advising that Rozsypal has spoken with Keys; that they agreed that Keys would review Strickland's input more on Monday to see if any further sanitation is needed in preparation for the meeting with JV on Tuesday; and that at that meeting the attempt will be to come up with what offer the Department can live with. |
| 1642 | RM-COE-17507 | RM-COE-17509 | 11/26/2001 | Few, James T | Mears, Wendell D | Email | RE: Lost Lake Design Meeting - Forwarding sketches of the typical section for the minimal material option that Few had suggested for consideration. |
| 1643 | RM-JSG-00575 | RM-JSG-00576 | 11/26/2001 | Few, James T | Mears, Wendell D | Email | RE: Lost Lake Design Meeting |
| 1644 | RM-JSG-00578 | RM-JSG-00578 | 11/26/2001 | Corps of Engineers | | Drawings | Lost Lake - North Levee Completion - Minimal Material Option - Phase 1 |
| 1645 | RM-JSG-00579 | RM-JSG-00579 | 11/26/2001 | Corps of Engineers | | Drawings | Lost Lake - Notht Levee Completion - Minimal Material Option - Phase 2 |
| 1646 | RM-JSG-00580 | RM-JSG-00580 | 11/26/2001 | Corps of Engineers | | Drawings | Lost Lake - North Levee Completion - Minimal Material Option - Phase 3 |
| 1647 | RM-JSG-00581 | RM-JSG-00581 | 11/26/2001 | Corps of Engineers | | Drawings | Lost Lake - North Levee Completion - Minimal Material Option - Phase 4 |
| 1648 | RM-JSG-00582 | RM-JSG-00582 | 11/26/2001 | Corps of Engineers | | Drawings | Drawing |
| 1649 | RM-COE-16073 | RM-COE-16073 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1650 | RM-COE-17874 | RM-COE-17875 | 11/28/2001 | Few, James T | Brown, David R; Young, Nancy C; Garcia, Frank T; Rozsypal, Johnny; Krueger, Dalton H; Rawls, Michael B; Russek, Eric G; McClenan, Cecil M | Email | FW: HG, Lost Lake, 11/28 Fax |