## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1651 | RM-GAL-0019732 | RM-GAL-0019733 | 11/28/2001 | Few, James T | Brown, David R; Young, Nancy C; Garcia, Frank T; Rozsypal, Johnny; Krueger, Dalton H; Rawls, Michael B; Russek, Eric G; McClenan, Cecil M | Email | Lost Lake, Fax of 11/28 |
| 1652 | RM-JSG-00393 | RM-JSG-00395 | 11/29/2001 | Jefts, Alan R | Gorini, Richard F | Reports | Renda Marine Claims |
| 1653 | RM-PHA-00603 | RM-PHA-00603 | 11/29/2001 | Port of Houston Authori | Texas DPS, Division of Emergency Management | Letter | Dredging of the Port of Houston Authority Turning Basin Docks - Tropical Storm Allison |
| 1654 | RM-GAL-0019724 | RM-GAL-0019724 | 12/2/2001 | Brown, David R | Few, James T; Rozsypal, Johnny; Young, Nancy C; Garcia, Frank T; Russek, Eric G; Martin, Arthur J | Email | Upper Bayou Levee Restoration |
| 1655 | RM-COE-22567 | RM-COE-22567 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1656 | RM-GAL-0019727 | RM-GAL-0019727 | 12/5/2001 | Sanford, Will | McClenan, Cecil M; Rozyspal, Johnny; Russek, Eric G; Johnston, Robert P | Email | Renda Claim - Flare Area Ref: Measured Mile |
| 1657 | RM-COE-16517 | RM-COE-16518 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1658 | RM-GAL-0013276 | RM-GAL-0013277 | 12/7/2001 | Sanford, Will | Rozsypal, Johnny; McClenan, Cecil M; Russek, Eric G; Johnston, Robert P | Email | Renda Claim - Flare Area Ref: Measured Mile |
| 1659 | RM-GAL-0013278 | RM-GAL-0013279 | 12/7/2001 | Rozsypal, Johnny | Sanford, Will; McClenan, Cecil M; Russek, Eric G; Johnston, Robert P; Wendell Mears | Email | Renda Claim - Flare Area Ref: Measured Mile |
| 1660 | RM-COE-05539 | RM-COE-05539 | 12/10/2001 | Douglas, Lynn | Corps of Engineers-Galveston Dist. | Letter | Address Change for Renda Marine, Inc. - DACW64-01-C-0025, Sims Bayou - DACW64-99-C-0001, Upper Bayou |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1661 | RM-COE-15660 | RM-COE-15660 | 12/12/2001 | McClenan, Cecil M | Milbern Ray and Co. | Letter | Stating that the information about the project is correct as of 10/31/2001 with the furnishing exceptions; that Renda Marine, Inc. has submitted the listed claims that are currently being reviewed and analyzed. |
| 1662 | RM-COE-18106 | RM-COE-18106 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1663 | RM-GAL-0012948 | RM-GAL-0012948 | 12/12/2001 | Krueger, Dalton H | Brown, David R; Ching, Edmund Y; Garcia, Frank T; Janecka, Arthur J; McClenan, Cecil M; Meyer, Alton H; Rawls, Michael B; Rozsypal, Johnny; Russek, Eric G; Weiss, Lynwood G; Barrows, James M; Behrens, Robert L; Benero, Thomas M; Murphy, Carolyn E; Castelline, Charles M; Davidson, John; Reindl, Edward A; Medina, Richard; Meyers, Ronald F; Richardson, Randolph E; Heinly, Robert W; Robinson, Laura L; Ching, Edmund Y; Laird, Diana; Herrington, Edward V; Few, James T; Garcia, Frank T; Keys III, Daniel | Email | HGNC - Requested use of Lost Lake Disposal Area in Spring 2004 - informing that Krueger just received a letter from Ted Hollingsworth of the TX Parks and Wildlife Dept. |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1664 | RM-PHA-00605 | RM-PHA-00608 | 12/12/2001 | Jackson, J. B. | Kornegay, H. Thomas | Memo | Maintenance Dredging of Berthing Areas for the Turning Basin Terminal |
| 1665 | MOVED TO 528.030 | | | | | | |
| 1666 | RM-COE-11496 | RM-COE-11497 | 12/14/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation / Modification of Contract Number P00030 |
| 1667 | RM-COE-02554 | RM-COE-02587 | 01/00/2002 | | | Chart | QA Surveys |
| 1668 | RM-COE-22713 | RM-COE-22715 | 1/3/2002 | Rozsypal, Johnny | Benero, Thomas | Email | Audit-O/H Rates-Renda Marine |
| 1669 | RM-COE-22576 | RM-COE-22576 | 1/4/2002 | McClenan, Cecil M | Benero, Thomas; Rozsypal, Johnny; Russek, Eric G; Keys III, Daniel | Email | Audit-O/H Rates-Renda Marine - 'Just spoke with Will Sanford. He said he would have his input for the audit to Mike Rawls NLT next Thursday, 10 Jan'; included email |
| 1670 | RM-COE-16534 | RM-COE-16534 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1671 | RM-GAL-0019739 | RM-GAL-0019739 | 1/7/2002 | Sanford, Will | Rawls, Micheal B | Email | Email forwarding Technical Analysis of Renda's Claims |
| 1672 | RM-GAL-0019740 | RM-GAL-0019762 | 1/7/2002 | Unknown | Unknown | Reports | Technical Analysis of Renda's Claims |
| 1673 | RM-COE-11278 | RM-COE-11278 | 1/15/2002 | McClenan, Cecil M | Jefts, Alan R | Letter | 'The Payment Estimate Contract Performance Number 30 for work performed for the period 04/21/2001 through 06/21/2001 is being provided as requested.' |
| 1674 | RM-GAL-0022717 | RM-GAL-0022718 | 1/22/2002 | Goodloe, Ben | Herrington, Edward V | Letter | |
| 1675 | RM-GAL-0013154 | RM-GAL-0013154 | 1/23/2002 | Rozsypal, Johnny | Benero, Thomas; McClenan, Cecil M; Russek, Eric G | Email | DCAA Audit - Renda Marine |
| 1676 | RM-GAL-0013155 | RM-GAL-0013155 | 1/24/2002 | Keys III Daniel | Rozsypal Johnny; Benero Thomas M; McClenan Cecil M; Russek Eric G | Email | RE DCAA Audit-Renda Marine |
| 1677 | RM-GAL-0020687 | RM-GAL-0020688 | 1/24/2002 | Rozsypal Johnny | Herrington Edward V | Email | FW Freedom of Information Request from Renda Marine dated 01/22/2002 - agreeing with Mike. |
| 1678 | RM-GAL-0020689 | RM-GAL-0020689 | 1/24/2002 | Rozsypal Johnny | Herrington Edward V; McClenan Cecil M; Benero Thomas M; Cole Jr Curtis | Email | RE Freedom of Information Request from Renda Marine dated 01/22/2002 - advising that the resides at Bay Area office would suggest the furnished info. |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1679 | RM-GAL-0022279 | RM-GAL-0022279 | 1/24/2002 | Brown, David R | Mears, WD; McClenan, Cecil M; Jefts, A | Email | Forwarding draft Lost Lake - Placement Area Management |
| 1680 | RM-GAL-0022282 | RM-GAL-0022287 | 1/24/2002 | Unknown | Unknown | Proposal | Draft Lost Lake - Placement Area Management Plan |
| 1681 | RM-COE-17498 | RM-COE-17498 | 1/25/2002 | Few, James T | Rozsypal, Johnny | Email | HG, Lost Lake - Advising that there is an abundance of information on hydraulic fill at different sites, needed to divide the neat line quantity of the final levee by 0.2 and 0.6 to determine a required quantity of medium to hard clay, and sand in the dredging cut. |
| 1682 | RM-GAL-0019765 | RM-GAL-0019765 | 1/31/2002 | Benero, Thomas | Rozsypal, Johnny | Email | Renda Claims Info from Strickler |
| 1683 | COE-P-438 | COE-P-438 | 2/4/2002 | Keys III Daniel | Rozsypal Johnny; Benero Thomas M; Rawls Michael B | Email | RE Audit-Renda Marine |
| 1684 | RM-COE-18424 | RM-COE-18453 | 2/4/2002 | Rawls, Michael B | CESWG-CT | Memo | Technical Analysis of Contractor Claims for Contract DACW64-99-C-0001 |
| 1685 | RM-COE-19222 | RM-COE-19222 | 2/4/2002 | Rozsypal, Johnny | CESWG-CT | Memo | Audit Request on Contractor Claims for Contract DACW64-99-C-0001 |
| 1686 | RM-GAL-0019776 | RM-GAL-0019805 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1687 | RM-GAL-0019806 | RM-GAL-0019817 | 2/4/2002 | Marine, Renda | Unknown | Reports | Listing of Specifically Requested Information |
| 1688 | RM-JSG-00432 | RM-JSG-00438 | 2/6/2002 | Jefts, Alan R | Gorini, Richard F | Agreement/Contract | Subconsultant Agreement |
| 1689 | RM-COE-05256 | RM-COE-05265 | 2/8/2002 | Renda, Oscar | Hutchison, Kay Bailey | Letter | (1) Renda Marine, Inc. letter dated 05/24/2001 to Senator Kay Bailey Hutchison, (2) US Army Corps of Engineers dated 06/22/2001 to Congresswoman Kay Granger, (3) Renda Marine, Inc. letter dated 08/08/2001 to Senator Kay Bailey Hutchison, (4) Renda Marine, Inc. Letter dated 10/29/2001 to US Army Corps of Engineers |
| 1690 | RM-COE-21603 | RM-COE-21603 | 2/11/2002 | Schaefer, Evelyn | Rawls, Michael B | Email | RE: Renda Audit Request |
| 1691 | RM-COE-05270 | RM-COE-05272 | 2/15/2002 | Renda, Oscar | Granger, Kay | Letter | Letter Dated 2/8/02 detailing problems company is haveing with US Army Corps of Engineers |
| 1692 | SMITH-41055 | SMITH-41055 | 2/23/2002 | Smith, Barry L | | Video | Video Inspection of Lost Lake Levees |
| 1693 | RM-GAL-0009122 | RM-GAL-0009124 | 3/2/2002 | Few, James T | Syed, Ishaq; Campbell, David B; Kohler, Harry G | Email | |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1694 | RM-GAL-0020712 | RM-GAL-0020712 | 3/5/2002 | Weiss, Lynwood G | McClenan, Cecil M | Email | |
| 1695 | RM-GAL-0013021 | RM-GAL-0013023 | 3/8/2002 | McClenan, CM | Ernst, Michael | Letter | Responds to Roth's 3/2/02 letter |
| 1696 | RM-COE-18910 | RM-COE-18910 | 3/14/2002 | Renda, Oscar | Benero, Thomas | Letter | DCAA Audit and RMI Claims |
| 1697 | RM-COE-21605 | RM-COE-21606 | 3/15/2002 | Rawls, Michael B | Rozsypal, Johnny; McClenan, Cecil M; Russek, Eric G; Keys III, Daniel | Email | FW: Requested Renda Marine Estimated Hours, Etc.; included emails. |
| 1698 | RM-GAL-0019774 | RM-GAL-0019775 | 3/15/2002 | Rawls, Michael B | Rozsypal, Johnny; McClenan, Cecil M; Russek, Eric G; Keys, Daniel | Email | Requested Renda Marine Estimated Hours, Etc. |
| 1699 | RM-COE-18908 | RM-COE-18909 | 3/18/2002 | Erikson, Brian W | Keys III, Daniel | Letter | Dredging Upper Bayou Contract Number DACW64-99-C-0001 - Corps audit of RMI's records |
| 1700 | RM-GAL-0020733 | RM-GAL-0020733 | 3/18/2002 | Meyer, Alton H | McClenan, Cecil M | Email | |
| 1701 | RM-COE-22717 | RM-COE-22717 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1702 | RM-COE-22718 | RM-COE-22718 | 3/25/2002 | Keys III, Daniel | Benero, Thomas M | Email | DCAA Audit - Renda Marine |
| 1703 | RM-GAL-0013156 | RM-GAL-0013156 | 3/25/2002 | Keys, Daniel | Benero, Thomas; Rozsypal, Johnny; McClenan, Cecil M | Email | DCAA Audit - Renda Marine |
| 1704 | RM-GAL-0017112 | RM-GAL-0017114 | 3/25/2002 | Sutcliffe, Harrison T | Saenz, Luis F; Carelock, Donald W | Email | |
| 1705 | RM-GAL-0019819 | RM-GAL-0019819 | 3/25/2002 | Rozsypal, Johnny | Keys, Daniel; Benero, Thomas; McClenan, Cecil M | Email | DCAA Audit - Renda Marine |
| 1706 | RM-GAL-0015137 | RM-GAL-0015137 | 3/27/2002 | McClenan, Cecil M | Meyer, Alton H | Email | |
| 1707 | RM-COE-22651 | RM-COE-22651 | 4/5/2002 | McClenan, Cecil M | Rawls, Michael B | Email | FW: Heads Up - Potential Meeting Tomorrow |
| 1708 | RM-GAL-0015116 | RM-GAL-0015118 | 4/8/2002 | McClenan, Cecil M | Redd, Lawrence L | Email | Lost Lake Placement Area - Site Visit |
| 1709 | RM-COE-17844 | RM-COE-17845 | 4/19/2002 | Russek, Eric G | McClenan, Cecil M; Weiss, Lynwood G; Meyer, Alton H | Email | FW: Audit of Renda Marine Claims |
| 1710 | RM-COE-22658 | RM-COE-22659 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1711 | RM-GAL-0019821 | RM-GAL-0019822 | 4/19/2002 | Russek, Eric G | Benero, Thomas; Seiler, Gene | Email | Audit of Renda Marine Claims |
| 1712 | RM-GAL-0022289 | RM-GAL-0022289 | 4/22/2002 | Krueger, Dalton H | Brown, David R; Ching, Edmund Y; Garcia, Frank T; Janecka, Arthur J; McClenan, Cecil M; Meyer, Alton H; Rawls, Michael B; Rozsypal, Johnny; Russek, Eric G; Weiss, Lynwood G; Barrows, James M; Behrens, Robert L; Benero, Thomas; Castelline, Charles M; Catanzaro, Andrea | Email | HGNC -- requesting opinion on three issues |
| 1713 | RM-COE-17779 | RM-COE-17780 | 4/24/2002 | Seiler, Gene | Rawls, Michael B | Email | Audit of Renda Marine, Inc. Claims - furnishing few questions pertaining to the claim for the differing site contition obstruction in sections 4 to 8, 2,126,083. |
| 1714 | RM-GAL-0019829 | RM-GAL-0019834 | 4/24/2002 | Seiler, Gene | Rawls, Michael B | Email | Audit of Renda Marine Claims |
| 1715 | RM-COE-16511 | RM-COE-16511 | 4/26/2002 | Keys III, Daniel | Rozsypal, Johnny; McClenan, Cecil M; Rawlsw, Michael B.; Russek, Eric G. | Email | RE: Auditors Questions - Renda Marine Claims |
| 1716 | RM-COE-18235 | RM-COE-18235 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1717 | RM-COE-18339 | RM-COE-18339 | 4/26/2002 | Daneke, William F | Rozsypal, Johnny | Memo | Acknowledgement of Request for Audit of Equitable Adjustment Claims Submitted by Renda Marine, Inc. |
| 1718 | RM-COE-22666 | RM-COE-22669 | 4/26/2002 | Seiler, Gene | Rawls, Michael B | Fax Cover Sheet | Claim for Obstruction Number 1\Technical Analysis |
| 1719 | RM-GAL-0019826 | RM-GAL-0019827 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1720 | RM-GAL-0019828 | RM-GAL-0019828 | 4/26/2002 | Rawls, Michael B | Sanford, Will; Mears, Wendell D | Email | Auditors Questions - Renda Marine Claims |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1721 | RM-COE-16383 | RM-COE-16383 | 4/30/2002 | Russek, Eric G | Rawls, Michael B | Email | DCAA Questions - Reviewing the listed responses |
| 1722 | RM-COE-16527 | RM-COE-16530 | 4/30/2002 | Rawls, Michael B | Seiler, Gene | Email | RE: Audit of Renda Marine, Inc. Claims |
| 1723 | RM-GAL-0019838 | RM-GAL-0019841 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1724 | RM-COE-11251 | RM-COE-11268 | 5/2/2002 | Wylie, Charles T; Daneke, William F | Rozsypal, Johnny | Memo | Request for Technical Specialist Assistance, Claims Submitted by Renda Marine, Inc. |
| 1725 | RM-COE-16382 | RM-COE-16382 | 5/2/2002 | Rawls, Michael B | Seiler, Gene | Email | Contract Questions - Renda Marine Claims |
| 1726 | RM-GAL-0028132 | RM-GAL-0028134 | 5/5/2002 | | | Spreadsheet | |
| 1727 | RM-GAL-0017417 | RM-GAL-0017417 | 5/13/2002 | Rawls Michael B | Rozsypal Johnny | Email | FW Call Auditor - call to Gene Seiler. |
| 1728 | RM-COE-16512 | RM-COE-16512 | 5/14/2002 | Rozsypal, Johnny | Rawls, Michael B | Email | Call Auditor |
| 1729 | RM-GAL-0017414 | RM-GAL-0017414 | 5/16/2002 | Mears, Wendell | Jefts, Alan; Gorini, Dick | Email | Lost Lake Site Management Contract |
| 1730 | RM-COE-05269 | RM-COE-05269 | 5/17/2002 | Granger, Kay | Rausch, James P | Letter | Request for assistance in resolving issues with dredging of a portion of the Houston Ship Channel - Dredging Upper Bayou Project; enclosing additional info for review |
| 1731 | RM-GAL-0017996 | RM-GAL-0017996 | 5/20/2002 | McClenan, Cecil M | Halla, Keith J | Email | Lost Lake Site Management Contract |
| 1732 | RM-COE-05255 | RM-COE-05255 | 5/22/2002 | Moreton, Jennifer | Corps of Engineers-Galveston Dist. | Letter | Informing that the enclosed communication has been forwarded to Senator Hutchison by a constituent who is concerned about a matter that falls within agency's jurisdiction |
| 1733 | RM-GAL-0003161 | RM-GAL-0003161 | 5/28/2002 | Brown, David R | Catanzaro, Andrea | Email | HGNC Dredge Quantities |
| 1734 | RM-COE-05268 | RM-COE-05268 | 6/10/2002 | Greenhouse, Bunnatine H | CESWG-CT | Memo | Inquiry from Senator Congress Kay Granger |
| 1735 | RM-GAL-0017695 | RM-GAL-0017696 | 6/21/2002 | Keys III Daniel | Rozsypal Johnny | Email | |
| 1736 | RM-COE-22688 | RM-COE-22689 | 6/24/2002 | Survcon Inc | | Proposal | Survcon's Aerial Mapping Estimate for Lost Lake Proposal |
| 1737 | RM-GAL-0017667 | RM-GAL-0017668 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1738 | RM-COE-16509 | RM-COE-16509 | 6/27/2002 | Krueger, Dalton H | Martin, Arthur J; Brown, David R; Ching, Edmund Y; Garcia, Frank T; Halla, Keith J; Janecka, Arthur J; McClenan, Cecil M; Meyer, Alton H; Rawls, Michael B; Rozsypal, Johnny; Russek, Eric G; Weiss, Lynwood G | Email | HGNC - Litigation by Renda Marine, Inc. |
| 1739 | RM-COE-22686 | RM-COE-22686 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1740 | RM-GAL-0013490 | RM-GAL-0013490 | 6/28/2002 | Russek, Eric G | McClenan, Cecil M | Email | Upper Bayou Litigation |
| 1741 | RM-GAL-0017688 | RM-GAL-0017689 | 6/28/2002 | Few, James T | Rozsypal, Johnny; McManus, John L; Russek, Eric G; Meyer, Alton H; McClenan, Cecil M | Email | Litigation by Renda Marine |
| 1742 | RM-COE-22690 | RM-COE-22691 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1743 | RM-GAL-0019864 | RM-GAL-0019865 | 7/3/2002 | Russek, Eric G | Rawls, Michael B; McClenan, Cecil M; Brown, David R | Email | Scope of Work for Renda Data Claim Data Collection |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1744 | RM-GAL-0022796 | RM-GAL-0022797 | 7/8/2002 | Dalton, Krueger H | Jefts, Alan; Gorini, Richard F; Walters, Ted; Brown, David R; Ching, Edmund Y; Frank, Garcia T; Halla, Keith J; Janecka Arthur J; McClenan, Cecil M; Meyer, Alton H; Rawls, Michael B; Rozsypal, Johnny; Russek, Eric G; Weiss, Lynwood G; Barrows, James M; Behrens, Robert L; Benero, Thomas; Castelline, Charles M; Catanzaro, Andrea; Davidson, John; Medina, Richard; Meyers, Ronald F; Murphy, Carolyn E; Randolph, Richardson; Robert, Heinly; Robinson, Laura L; Young, Nancy C; Diana, Laird; Edward, Herrington; Few, James T; Keys, Daniel; Rawls, Michael B; Bledsoe, Phyllis A; Uhnch, Marilyn | Email | Lost Lake cultural sites |
| 1745 | RM-GAL-0008933 | RM-GAL-0008935 | 7/11/2002 | | | Personnel/Human Resources | |
| 1746 | RM-GAL-0019881 | RM-GAL-0019881 | 7/15/2002 | Russek, Eric G | McClenan, Cecil M; Meyer, Alton H | Email | Forwarding Upper Bayou Counter Claims |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1747 | RM-GAL-0019882 | RM-GAL-0019893 | 7/15/2002 | Unknown | Unknown | Spreadsheet | Upper Bayou Counter Claims |
| 1748 | RM-GAL-0019894 | RM-GAL-0019894 | 7/18/2002 | Russek, Eric G | McClenan, Cecil M; Rozsypal, Johnny; Rawls, Michael B; Keys, Daniel | Email | Forwarding latest for Counter Claims |
| 1749 | RM-GAL-0019895 | RM-GAL-0019910 | 7/18/2002 | Unknown | Unknown | Spreadsheet | Upper Bayou Counter Claims |
| 1750 | RM-GAL-0013076 | RM-GAL-0013080 | 7/21/2002 | Houston Galveston Navigation Channels | Unknown | Minutes | Summary, Project Coordination Team Meeting No. 43 |
| 1751 | RM-GAL-0003673 | RM-GAL-0003767 | 7/24/2002 | Cole, Curtis | Unknown | Transcript | Pre-Bid Conference for Mid Bayou |
| 1752 | RM-GAL-0004053 | RM-GAL-0004064 | 7/24/2002 | Houston Galveston Navigation Channels | Unknown | Proposal | Questions (from Pre-Bid Conference?) |
| 1753 | RM-GAL-0019961 | RM-GAL-0019961 | 7/24/2002 | Sevnmag@aol.com | Russek, Eric G | Email | Renda Counterclaim |
| 1754 | RM-GAL-0019992 | RM-GAL-0020023 | 7/24/2002 | Unknown | Unknown | Spreadsheet | Counter Claims |
| 1755 | RM-COE-05253 | RM-COE-05265 | 7/25/2002 | Hanus, Joseph P | Corps of Engineers-Galveston Dist. | Memo | Inquiry from Honorable Kay Bailey Hutchison |
| 1756 | RM-COE-05267 | RM-COE-05267 | 7/25/2002 | Hanus, Joseph P | Granger, Kay | Letter | Complaint in the US Court of Federal Claims entitied Renda Marine vs US Army Corps of Engineers pursuant to the Contract Disputes Act is handled by the US Department of Justice. |
| 1757 | RM-GAL-0020399 | RM-GAL-0020399 | 7/25/2002 | Russek, Eric G | McClenan, Cecil M | Email | Renda Counterclaim |
| 1758 | RM-GAL-0005208 | RM-GAL-0005208 | 7/26/2002 | Brown, David R | Brunt, Dewey H | Email | Staff Notes for 07/30/2002 |
| 1759 | RM-GAL-0002183 | RM-GAL-0002195 | 7/27/2002 | Unknown | Unknown | Proposal | Draft Statement of Work for Task Order No. 0002 Survey Tasks for C & C Technologies |
| 1760 | RM-COE-22729 | RM-COE-22743 | 7/29/2002 | Martin, Arthur J | Rozsypal, Johnny | Email | HGNC - Litigation by Renda Marine, transmitting Draft Scope of Work to be performed by C & C Technologies |
| 1761 | RM-COE-22748 | RM-COE-22760 | 7/29/2002 | | | Reports | Draft Statement of Work for Task Order No. 0002 Survey Tasks - IDC Contract No. DACW64-02 D-0004 For C and C Technologies Inc. - HGNP-Lost Lake Placement Area Harris County TX. |
| 1762 | RM-GAL-0002182 | RM-GAL-0002182 | 7/29/2002 | Brown, David R | Rawls, Michael B | Email | Lost Lake PA |
| 1763 | RM-GAL-0002807 | RM-GAL-0002808 | 7/29/2002 | Mears, Wendell | Brown, David R; Jefts, A | Email | Lost Lake PA Data Collection |