# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1764 | RM-GAL-0005200 | RM-GAL-0005204 | 7/29/2002 | Brunt, Dewey H | Kohler, Harry G; Campbell, David B | Email | Staff Notes for 07/30/2002 |
| 1765 | RM-GAL-0020024 | RM-GAL-0020024 | 8/20/2002 | Russek, Eric D | McClenan, Cecil M | Email | Forwarding latest version of Upper Bayou Counter Claims |
| 1766 | RM-GAL-0020025 | RM-GAL-0020056 | 8/20/2002 | Russek, Eric | McClenan, Cecil | Spreadsheet | Upper Bayou Counter Claims |
| 1767 | RM-GAL-0022924 | RM-GAL-0022924 | 8/29/2002 | Danny, Wyatt J | Kohler, Harry G; Kieslich, James M; Rozsypal, Johnny; McClenan, Cecil M; Garza, Elijio; Sutcliffe, Harrison T | Email | Outstanding Contractor Awards |
| 1768 | RM-GAL-0022901 | RM-GAL-0022903 | 9/4/2002 | Erikson, Brian W | Francis, Keith | Letter | |
| 1769 | RM-GAL-0013002 | RM-GAL-0013004 | 9/10/2002 | McClenan, Cecil M | | Memo | |
| 1770 | RM-GAL-0022925 | RM-GAL-0022926 | 9/10/2002 | Wyatt, Danny J | Kohler, Harry G; Kieslich, James M; Rozsypal, Johnny; McClenan, Cecil M; Garza, Elijio; Sutcliffe, Harrison T | Email | Outstanding Contractor Awards |
| 1771 | RM-GAL-0022457 | RM-GAL-0022457 | 9/12/2002 | Krueger, Dalton H | McClenan, Cecil M | Email | Data Collection, Lost Lake |
| 1772 | RM-GAL-0015057 | RM-GAL-0015058 | 9/17/2002 | McClenan, Cecil M | Russek, Eric G | Email | Bore points |
| 1773 | RM-GAL-0020080 | RM-GAL-0020080 | 9/18/2002 | Russek, Eric G | McClenan, Cecil M; Rozsypal, Johnny; Rawls, Michael B; Brown, David R; Benero, Thomas; Moore, Thomas H; Villagran, Ruben R; Krueger, Dalton H; Weiss, Lynwood G | Email | Renda Litigation Document Review |
| 1774 | RM-COE-16386 | RM-COE-16386 | 9/19/2002 | Russek, Eric G | Russek, Eric G | Email | FW: HGNC - Litigation by Renda Marine, Inc.4 |
| 1775 | RM-COE-16403 | RM-COE-16403 | 9/19/2002 | Russek, Eric G | | Email | FW: Renda Claim - Flare Area Ref: Measured Mile 1 |
| 1776 | RM-GAL-0022464 | RM-GAL-0022465 | 9/30/2002 | Few, James T | Russek, Eric G | Email | Lost Lake Borings |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1777 | RM-GAL-0022801 | RM-GAL-0022802 | 9/30/2002 | Few, James T | Leigh, Kahlaadams A | Email | Lost Lake Borings |
| 1778 | RM-GAL-0022469 | RM-GAL-0022471 | 10/2/2002 | Few, James T | Kahla Adams, Leigh A; Brown, David R | Email | Lost Lake Borings |
| 1779 | RM-GAL-0022806 | RM-GAL-0022808 | 10/2/2002 | Few, James T | Brown, David R | Email | Lost Lake Borings |
| 1780 | NOT USED | | | | | | |
| 1781 | RM-GAL-0020093 | RM-GAL-0020094 | 10/10/2002 | Saenz, Denise A | Krueger, Dalton H | Email | Renda document review |
| 1782 | RM-GAL-0022818 | RM-GAL-0022818 | 10/20/2002 | Martin, Arthur J | fxl@cctechnol.com; Prather, Gene | Email | Lost Lake Borings (Renda Litigation) |
| 1783 | RM-GAL-0022819 | RM-GAL-0022824 | 10/20/2002 | Unknown | Unknown | Proposal | Draft Statement of Work, Mod 001 to Task Order 02, C & C Technologies, Lost Lake Placement Area |
| 1784 | RM-COE-18137 | RM-COE-18139 | 10/21/2002 | Keys III, Daniel | Russek, Eric G; Strickler, George J | Email | FW: HGNC - Lost Lake Disposal Area Meeting |
| 1785 | RM-GAL-0015049 | RM-GAL-0015051 | 11/1/2002 | McClenan, Cecil M | Rawls, Michael B; Rozsypal, Johnny | Email | Reminder/Map; Mid Bayou - Goat Island Stakeholder's Meeting |
| 1786 | RM-GAL-0017427 | RM-GAL-0017427 | 11/1/2002 | Tomlinson, Richard D | Rozsypal, Johnny | Email | Phone No. of DCAA Auditor |
| 1787 | RM-GAL-0020096 | RM-GAL-0020098 | 11/5/2002 | Unknown | Unknown | Reports | Counter Claims, Upper Bayou |
| 1788 | RM-GAL-0020099 | RM-GAL-0020130 | 11/5/2002 | Unknown | Unknown | Spreadsheet | Counter Claims |
| 1789 | RM-GAL-0020133 | RM-GAL-0020137 | 11/6/2002 | Benero, Thomas | Renda, Oscar | Letter | Contracting Officer Counterclaim letter |
| 1790 | RM-GAL-0025677 | RM-GAL-0025681 | 11/6/2002 | Benero, Thomas | Renda, Oscar | Letter | Draft of Contracting Officer's Decision with notes from various personnel |
| 1791 | RM-GAL-0020131 | RM-GAL-0020131 | 11/7/2002 | Rozsypal, Johnny | Russek, Eric G; McClenan, Cecil M; Rawls, Marvin L; Benero, Thomas | Email | Renda Counterclaim Letter |
| 1792 | RM-GAL-0025676 | RM-GAL-0025676 | 11/9/2002 | Few, James T | Russek, Eric G | Email | Renda Contracting Officer's Decision |
| 1793 | ORen11-00001 | ORen11-00008 | 11/26/2002 | | | Letter | Contracting Officer's Counterclaim |
| 1794 | RM-GAL-0022310 | RM-GAL-0022310 | 12/2/2002 | Ching, Edmund Y | McManus, John L | Email | Lost Lake Mechanical Levees |
| 1795 | RM-GAL-0020139 | RM-GAL-0020140 | 12/6/2002 | Russek, Eric G | Gstrickler@cpmiteam.com | Email | Renda discovery response notes |
| 1796 | RM-GAL-0022331 | RM-GAL-0022336 | 12/8/2002 | Hansen, Jamie | McClenan, Mike; Ching, Eddie; McManus, John | Memo | Dredging Mid Bayou, Lost Lake Field Concern |
| 1797 | RM-GAL-0015033 | RM-GAL-0015034 | 12/9/2002 | Hrabovsky, Leon F; Mears, Wendell D | Unknown | Memo | Site Visit and Recommendations for the west levee, Lost Lake, Mid Bayou Dredging |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1798 | RM-GAL-0015031 | RM-GAL-0015031 | 12/10/2002 | McClenan, Cecil M | McManus, John L | Email | Dredging Mid Bayou, Lost Lake Levees, West End Borrow Material - Consultation with Joint Venture |
| 1799 | RM-GAL-0025675 | RM-GAL-0025675 | 12/10/2002 | Few, James T | McClenan, Cecil M; Rozsypal, Johnny; Krueger, Dalton H; Russek, Eric G | Email | Lost Lake |
| 1800 | RM-GAL-0020242 | RM-GAL-0020242 | 12/11/2002 | Krueger, Dalton H | McClenan, Cecil M; Russek, Eric G | Email | Lost Lake work and boring logs |
| 1801 | RM-DCAA-0900001 | RM-DCAA-0900528 | 12/12/2002 | DCAA | | DCAA Papers | DCAA Audit Report No. 3511-2003M17200005 (will be joint exhibit; see note at bottom of document) |
| 1802 | RM-DCAA-1000001 | RM-DCAA-1001557 | 12/12/2002 | DCAA | | DCAA Papers | DCAA Audit Report No. 3511-2003M17200006 (will be joint exhibit; see note at bottom of document) |
| 1803 | RM-DCAA-1100001 | RM-DCAA-1100435 | 12/12/2002 | DCAA | | DCAA Papers | DCAA Audit Report No. 3511-2003M17200007 (will be joint exhibit; see note at bottom of document) |
| 1804 | RM-DCAA-1200001 | RM-DCAA-1200769 | 12/12/2002 | DCAA | | DCAA Papers | DCAA Audit Report No. 3511-2003M17200008 (will be joint exhibit; see note at bottom of document) |
| 1805 | RM-DCAA-1300001 | RM-DCAA-1300312 | 12/12/2002 | DCAA | | DCAA Papers | DCAA Audit Report No. 3511-2003M17200009 (will be joint exhibit; see note at bottom of document) |
| 1806 | RM-DCAA-1400001 | RM-DCAA-1400174 | 12/12/2002 | DCAA | | DCAA Papers | DCAA Audit Report No. 3511-2003M17200010 (will be joint exhibit; see note at bottom of document) |
| 1807 | RM-DCAA-1500001 | RM-DCAA-1500334 | 12/12/2002 | DCAA | | DCAA Papers | DCAA Audit Report No. 3511-2003M17200011 (will be joint exhibit; see note at bottom of document) |
| 1808 | RM-DCAA-1600001 | RM-DCAA-1600227 | 12/12/2002 | DCAA | | DCAA Papers | DCAA Audit Report No. 3511-2003M17200012 (will be joint exhibit; see note at bottom of document) |
| 1809 | RM-GAL-0022322 | RM-GAL-0022322 | 12/15/2002 | Ching, Edmund Y | McManus, John L | Email | Transmitting rough numbers for Lost Lake |
| 1810 | RM-GAL-0022323 | RM-GAL-0022323 | 12/15/2002 | Unknown | Unknown | Spreadsheet | Rough numbers for Lost Lake |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1811 | RM-GAL-0018214 | RM-GAL-0018214 | 12/16/2002 | Hansen, Jamie L | Ching, Edmund Y; McClenan, Cecil M; McManus, John L | Email | Field Concerns related to Lost Lake West Levee |
| 1812 | RM-GAL-0020249 | RM-GAL-0020250 | 12/30/2002 | Strickler, George | McClenan, Cecil M | Email | HSC data request |
| 1813 | RM-GAL-0020252 | RM-GAL-0020252 | 12/30/2002 | Strickler, George | McClenan, Cecil M | Email | Renda Marine |
| 1814 | RM-CCT-0000 | RM-CCT-0383 | 01/00/2003 | C & C Technologies | Corps of Engineers-Galveston Dist. | Survey | 2002 Survey Results for Lost Lake Placement Area -- Report, Interior Cross Section Baseline, Mounds, Spill Box A & B, Bores, & Topo Features |
| 1815 | RM-CCT-0383AA | RM-CCT-0838 | 01/00/2003 | C & C Technologies | Corps of Engineers-Galveston Dist. | Survey | 2002 Survey Results for Lost Lake Placement Area -- Perimeter Levee Cross Section Baseline (Baseline B) Data & Photographs |
| 1816 | RM-CCT-0838AA | RM-CCT-0972 | 01/00/2003 | C & C Technologies | Corps of Engineers-Galveston Dist. | Survey | 2002 Survey Results for Lost Lake Placement Area -- Perimeter Levee Cross Section Baseline (Baseline B) Drawings |
| 1817 | RM-CCT-0972AA | RM-CCT-01067 | 01/00/2003 | C & C Technologies | Corps of Engineers-Galveston Dist. | Survey | 2002 Survey Results for Lost Lake Placement Area -- Control |
| 1818 | RM-GAL-0025673 | RM-GAL-0025673 | 1/8/2003 | Redd, Lawrence L | Russek, Eric G | Email | Transmitting Lost Lake surveys of record |
| 1819 | RM-GAL-0025674 | RM-GAL-0025674 | 1/8/2003 | Redd, Lawrence | Unknown | Reports | List showing Lost Lake surveys of record |
| 1820 | RM-GAL-0020243 | RM-GAL-0020245 | 1/10/2003 | Russek, Eric | McClenan, Cecil M; Krueger, Dalton H | Email | Lost Lake Surveys of record |
| 1821 | RM-GAL-0028524 | RM-GAL-0028524 | 1/15/2003 | Redd, Lawrence L | Ching, Edmund Y | Email | Survey needs |
| 1822 | RM-GAL-0022379 | RM-GAL-0022379 | 1/28/2003 | Hansen, Jamie L | Ching, Edmund Y | Email | Lost Lake West Levees - fault from sta 180+00 to 192+00 |
| 1823 | SMITH-41054 | SMITH-41054 | 1/31/2003 | Smith, Barry L | | Video | Video Inspection of Lost Lake Levees |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1824 | RM-GAL-0017158 | RM-GAL-0017159 | 2/3/2003 | Russek Eric G | Petty Alex | Email | RE Renda e-mails - 'Mike McClenan has nearly completed copying all of his emails (he has the Iron's share) Mike Rawls is copying Johnny Rozsypal's emails and Luis Saenz has only handful that he is copying. Tom Benero deleted his emails many months before all of this litigation started and according to the IMO folks there are no tape backups from that far back. Judging from the stack that Mike has it appears that there will be many redundant emails including any from Tom Benero. We should be providing these for FedExing by Thursday 02/06.' |
| 1825 | RM-GAL-0025666 | RM-GAL-0025666 | 2/19/2003 | Strickler, George J | Russek, Eric G | Email | |
| 1826 | Aerial Photo | Aerial Photo | 2/21/2003 | TVGA Consultants | | Photograph | |
| 1827 | SMITH-41058 | SMITH-41058 | 4/11/2003 | Smith, Barry L | | Video | Video Inspection of Lost Lake Levees |
| 1828 | RM-GAL-0014313 | RM-GAL-0014332 | 4/30/2003 | The WCM Group, Inc | | Chart | |
| 1829 | RM-GAL-0020405 | RM-GAL-0020406 | 5/11/2003 | Few, James T; Tim | Russek, Eric G; McClenan, Cecil M | Email | HSC, Lost Lake, Site Visit |
| 1830 | RM-GAL-0023640 | RM-GAL-0023640 | 5/13/2003 | Mears, Wendell D | Hathcox, Ada; Eller, David; Brown, David R; Brown, Karl B; Jorda, Scott J | Email | Annual Crawfish Boil - original message from Wendell Mears. |
| 1831 | RM-GAL-0025643 | RM-GAL-0025643 | 5/16/2003 | Few, James T | Krueger, Dalton H; Russek, Eric G; McClenan, Cecil M; Rozsypal, Johnny | Email | Lost Lake Testing |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1832 | RM-GAL-0023630 | RM-GAL-0023630 | 5/23/2003 | Gorini, Richard F | Waterworth, Leonard D; McClenan, Cecil M; Medina, Richard; Janecka, Arthur J; Meyer, Alton H; Garcia, Frank T; Russek, Eric G; Maurer, Herbie A; Kieslich, James M; Hauch, Robert G; Heinly, Robert W; Bledsoe, Phyllis A; Uhrich, Marilyn; Brown, David R; Catanzaro, Andrea; Rund, Natalie A; Krueger, Dalton H; Ching, Edmund Y | Memo | |
| 1833 | RM-GAL-0017166 | RM-GAL-0017167 | 5/28/2003 | Petty Alex | Saenz Luis F | Email | RE Restoration and review of your e-mail |
| 1834 | RM-GAL-0022256 | RM-GAL-0022256 | 6/28/2003 | Meyer, Alton H | McClenan, Cecil M; Edward, Herrington V; Bartee, Clark | Email | Yogi (Charles Barron) |
| 1835 | RM-GAL-0023129 | RM-GAL-0023130 | 6/30/2003 | Hasen, Mike | Few, James T | Email | Boring Logs Plotted on Channel Cross Sections |
| 1836 | RM-GAL-0026773 | RM-GAL-0026779 | 7/7/2003 | | | Pleading | |
| 1837 | RM-GAL-0023120 | RM-GAL-0023121 | 7/10/2003 | Krueger, Dalton H | Few, James T | Email | |
| 1838 | RM-GAL-0026378 | RM-GAL-0026379 | 7/12/2003 | Few, James T | Otis, John J; Richardson, Lizette; Garcia, Frank T; Wise, Paula R | Email | |
| 1839 | RM-GAL-0026048 | RM-GAL-0026048 | 7/16/2003 | Carelock, Donald W | Strickler, George J | Email | |
| 1840 | RM-GAL-0026045 | RM-GAL-0026047 | 7/21/2003 | Carelock, Donald W | Strickler, George J | Email | |
| 1841 | RM-GAL-0023247 | RM-GAL-0023247 | 7/25/2003 | Few, James T | Moussa, Mohammed M | Email | Friday Field Trip |

# Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1842 | RM-GAL-0023087 | RM-GAL-0023087 | 7/30/2003 | Kinney, Randal | Moussa, Mohamed M | Email | Kinney Tapes |
| 1843 | RM-GAL-0025624 | RM-GAL-0025626 | 8/11/2003 | Few, James T | Russek, Eric G | Email | Rock Dike Goat Island and Alexander Island |
| 1844 | RM-GAL-0025855 | RM-GAL-0025857 | 8/15/2003 | Russek, Eric G | Frank, Garcia T | Email | Rock Dike, Goat Island and Alexander Island |
| 1845 | RM-GAL-0026352 | RM-GAL-0026353 | 8/18/2003 | Unknown | Unknown | Survey | Dredge Volume Calculations, HSC Upper Bayou and Lower Bay |
| 1846 | RM-GAL-0023055 | RM-GAL-0023055 | 8/27/2003 | Fowler, Jack | Russek, Eric G | Email | Volume Calculation of Different Types of Materials |
| 1847 | RM-GAL-0023056 | RM-GAL-0023056 | 8/27/2003 | Fowler, Jack | Hasen, Mike; Few, James T | Email | Visit to HVJ |
| 1848 | RM-GAL-0023207 | RM-GAL-0023208 | 8/28/2003 | Few, James T | jfowler@geotec.biz; Russek, Eric G | Email | Volume Calculation of Different Types of Materials |
| 1849 | RM-GAL-0023028 | RM-GAL-0023029 | 9/3/2003 | Hasen, Mike | jfowler@geotec.biz | Email | Volume Calculation of Different Types of Materials |
| 1850 | RM-GAL-0028460 | RM-GAL-0028460 | 9/11/2003 | Kieslich, James M | Benero, Thomas M; Moore, Thomas H; Petty, Alex; Cole Jr, Curtis | Email | |
| 1851 | RM-GAL-0023151 | RM-GAL-0023153 | 9/18/2003 | Few, James T | Russek, Eric G | Email | |
| 1852 | RM-GAL-0023148 | RM-GAL-0023150 | 9/22/2003 | Few, James T | Crawford, Kim N | Email | |
| 1853 | RM-GAL-0025803 | RM-GAL-0025803 | 9/24/2003 | Russek, Eric G | Weiss, Lynwood G | Email | |
| 1854 | RM-GAL-0014301 | RM-GAL-0014302 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1855 | RM-GAL-0028936 | RM-GAL-0028937 | 9/25/2003 | Russek, Eric G | Rozsypal, Johnny; Krueger, Dalton H | Email | Alan Jefts Letter |
| 1856 | Mau Ex 9-01 | Mau Ex 9-01 | 10/00/2003 | | | Chart | U.S. Army Corps of Engineers Organization and Position Charts |
| 1857 | EM1110-2-1902 | EM1110-2-1902.0205 | 10/31/2003 | U. S. Army Corps of Engineers | | COE Manual | Slope Stability |
| 1858 | RM-GAL-0001712 | RM-GAL-0001712 | 1/1/2004 | Unknown | Unknown | Calendar | ? - ask BWE about date -- Mtg with Dick Gorini |
| 1859 | RM-GAL-0002799 | RM-GAL-0002799 | 1/1/2004 | | | Other | |
| 1860 | Few18.00001 | Few18.00114 | 1/5/2004 | | | Specifications | Lower Bay Specifications (titled Upper Bayou in error) |
| 1861 | Mat01-000001 | Mat01-000003 | 1/26/2004 | Mathewson, Christopher C | | Reports | Expert report of Christopher C. Mathewson, PhD, PE |
| 1862 | Goo01-000001 | Goo01-000002 | 1/27/2004 | Goodloe, Ben | | Reports | Expert Report of Benton Goodloe |

## Renda Marine's Exhibit List

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1863 | MCC00-000001 | MCC16-000001 | 3/3/2004 | | | Reports | McCullough & Associates Evaluation of Claims, Expert Report of Robert B. McCullough, PE, CCE, CDT, with Tabs 1 through 16 |
| 1864 | RBM 0004 | RBM 0004 | 3/3/2004 | McCullough, Robert | | Reports | Documents utilized by Robert B. McCullough in preparing expert report |
| 1865 | Ray 01 | Ray 01 | 3/11/2004 | Ray, Kent | Renda Marine | Reports | Materials prepared by Kent Ray including four binders, one CD-ROM, and spreadsheets which summarize the costs and equipment rental incurred by Renda for the Project |
| 1866 | CCM 00001 | CCM 00001 | 3/12/2004 | Mathewson, Christopher C | | Photograph | |
| 1867 | REM46782 | REM46782 | 3/12/2004 | Renda Marine | | Video | Video Inspection of Lost Lake Levees |
| 1868 | FOIA-COE-000516 | FOIA-COE-000642 | 7/12/2004 | GeoTest Engineering | Corps of Engineers-Galveston Dist. | Reports | Soil borings of the areas of supposed misplaced materials hydraulically placed for the Lost Lake levees |
| 1869 | MAT02-000001 | MAT02-000007 | 11/17/2004 | Mathewson, Christopher C | | Reports | Revised expert report of Christopher C. Mathewson, PhD, PE |
| 1870 | MCCREV-000001 | MCCREV-000290 | 11/17/2004 | McCullough, Robert | | Reports | McCullough & Associates, Evaluation of Claims, Revised Expert Report of Robert B. McCullough, PE, CCE, CDT, with Tabs A through U |
| 1871 | MCCBDR1 000001 | MCCBDR4 000232 | 11/17/2004 | McCullough, Robert | | Reports | Binders 1 through 4 of materials and work papers used to support 11/17/2004 expert report |
| 1872 | | | 1/5/2004 | | | | Oral Deposition of Johnny Rozsypal |
| 1873 | | | 1/9/2004 | | | | Oral Deposition of Luis Saenz |

**NOTE:** Plaintiff and Defendant continue to review their respective exhibit lists, endeavoring to agree to certain joint exhibits. At the time of this filing, those exhibits currently agreed upon by the parties to be listed as joint exhibits are marked on this list. Upon the parties' final agreement of a list of joint exhibits, Plaintiff may amend this exhibit list to accurately reflect the status of its exhibits.

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | § | |
| PLAINTIFF, | § | |
| | § | CASE NO. 02-306C |
| V. | § | |
| | § | (JUDGE HEWITT) |
| UNITED STATES ARMY | § | |
| CORPS OF ENGINEERS, | § | |
| DEFENDANT. | § | |

**PLAINTIFF'S SECOND SUPPLEMENTAL**
**LIST OF SUMMARY EXHIBITS**

1863. McCullough & Associates Evaluation of Claims, Expert Report of Robert B. McCullough, PE, CCE, CDT, dated March 3, 2004:

- Tab 1 - Summary of Claims, summarizes the claims filed by Renda Marine, the adjustments made, and the revised claim amounts.
- Tab 2 – Comparative Dredge Hourly Rate Calculation, summarizes the hourly rate for operation of the dredge equipment (for comparison only).
- Tab 3 – Claim 12 Lost Lake Levee Summary of Damages, summarizes damages experienced by Renda pertaining to the Lost Lake Levee.
- Tab 4 – Claim 12 Lost Lake Levee Chronology Summary, summarizes the dates of activity pertaining to the Lost Lake Levees.
- Tab 5 – Impacted Dates Claim 12 Hydraulic and Mechanical Levees, summarizes the data contained in the Contractor Quality Control Reports and daily reports.
- Tab 6 – Dredge and Levee Data from Daily Logs, summarizes the data contained in the Daily Dredging Inspection Reports as well as dates claimed.
- Tab 7 – Based on Daily Dredging Reports Submitted by Renda Marine, summarizes the dredge data in Renda Marine's daily reports.
- Tab 8 – Based on Contractor Quality Control Reports, summarizes the levee data found in the daily Contractor Quality Control Reports.
- Tab 9 – Hydraulic Levees Labor and Equipment Damage Calculations, summarizes the damages experienced by Renda pertaining to the hydraulic levee portion of the Lost Lake Levee claim.

- Tab 10 – Dredge Claims Related to Levee Operations, summarizes the dredge delay time within the Lost Lake Levee claim experienced by Renda.

- Tab 11 – Mechanical Levees Equipment, summarizes the equipment and hours used for the mechanical levee portion of the Lost Lake Levee claim.

- Tab 12 – Booster Equipment and Labor Calculations, summarizes data concerning the booster equipment.

- Tab 13 – Payroll Rate Calculation, summarizes data from the Certified Payroll Reports.

- Tab 14 – Mechanical Levee Labor and Equipment Proposed Deductions, summarizes direct and indirect costs from Renda Marine claims.

- Tab 15 – Repair Invoice Duplication, summarizes the adjustment to the claim for the obstructions in Sections 4 to 8.

- Tab 16 – Billings and Claim Allocations, summarizes the billings submitted and the claim allocations. The source of the summary data is located at McCullough & Associates, 15938 Midway Road, Addison, Texas 75001.

The source of the summary data is located at McCullough & Associates, 15938 Midway Road, Addison, Texas 75001. A copy of the source data has been previously provided to Defendant, but may be examined further at a mutually convenient time. Robert B. McCullough, PE, CCE, CDT, is responsible for the preparation of the summary.

1865. Milbern Ray & Associates – Materials prepared by Kent Ray including four binders, one CD-ROM, and spreadsheets which summarize the costs and equipment rental incurred by Renda for the Project. The source of the summary data is located at Renda Marine, #7 Benson Lane, Roanoke, Texas 76262. A copy of the source data has been previously provided to Defendant, but may be examined further at a mutually convenient time. Kent Ray, CPA, is responsible for the preparation of the summary.

1870. McCullough & Associates Evaluation of Claims, Expert Report of Robert B. McCullough, PE, CCE, CDT, dated November 17, 2004:

- Tab A - Summary of Claims, summarizes the claims filed by Renda Marine, the adjustments made, and the revised claim amounts.

- Tab B – Comparative Dredge Hourly Rate Calculation, summarizes the hourly rate for operation of the dredge equipment (for comparison only).

- Tab C – Claim 12 Lost Lake Levee Summary of Damages, summarizes damages experienced by Renda pertaining to the Lost Lake Levee.

- Tab D – Claim 12 Lost Lake Levee Chronology Summary, summarizes the dates of activity pertaining to the Lost Lake Levees.

- Tab E – Impacted Dates Claim 12 Hydraulic and Mechanical Levees, summarizes the data contained in the Contractor Quality Control Reports and daily reports.

- Tab F – Dredge and Levee Data from Daily Logs, summarizes the data contained in the Daily Dredging Inspection Reports as well as dates claimed.

- Tab G – Based on Daily Dredging Reports Submitted by Renda Marine, summarizes the dredge data in Renda Marine's daily reports.

- Tab H – Based on Contractor Quality Control Reports, summarizes the levee data found in the daily Contractor Quality Control Reports.

- Tab I – Hydraulic Levees Labor and Equipment Damage Calculations, summarizes the damages experienced by Renda pertaining to the hydraulic levee portion of the Lost Lake Levee claim.

- Tab J – Dredge Claims Related to Levee Operations, summarizes the dredge delay time within the Lost Lake Levee claim experienced by Renda.

- Tab K – Mechanical Levees Equipment, summarizes the equipment and hours used for the mechanical levee portion of the Lost Lake Levee claim.

- Tab L – Booster Equipment and Labor Calculations, summarizes data concerning the booster equipment.

- Tab M – Payroll Rate Calculation, summarizes data from the Certified Payroll Reports.

- Tab N – Billings and Claim Allocations, summarizes the billings submitted and the claim allocations.

- Tab O – Formula Explanations for Chapter 3 Methodology, summarizes the methodology for calculating various operating rates and standby rates, and summarizes adjusted hourly rates, standby rates, and rental rates.

- Tab P – Damages Summary, Flare Area, summarizes damages for the Flare Area claim, and lists calculations for such damage.

- Tab Q – Damages Summary, South Ferry Landing Area, summarizes damages for the South Ferry Landing claim, and lists calculations for such damages.

- Tab R – HL&P Transmission Tower Delay, summarizes damages for the HL&P Tower claim, and contains backup for such damages.

- Tab S – Damages Summary, Obstruction Damages Delay, summarizes damages for the Obstructions No. 1 claim, and contains backup for such damages.

- Tab T – Damages Summary, Obstruction Delay #2 Damages, summarizes damages for Obstructions No. 2 claim, and contains backup for such damages.

- Tab U – Damages Summary, Section 7 Area - Clay in Dredging Area, summarizes damages for the Section 7 Clay claim, and contains backup for such damages.

1871. Binders 1 through 4, "Long Form" Rate Calculation Sheets and Work Papers Supporting Exhibit O.

The source of the summary data is located at McCullough & Associates, 15938 Midway Road, Addison, Texas 75001. A copy of the source data has been previously provided to Defendant, but may be examined further at a mutually convenient time. Robert B. McCullough, PE, CCE, CDT, is responsible for the preparation of the summary.

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: s/Brian W. Erikson
Brian W. Erikson, TX Bar No. 06643800

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEYS FOR RENDA MARINE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2005, a true and correct copy of Plaintiff's Second Supplemental List of Summary Exhibits was served electronically through the CM/ECF system for the Court of Federal Claims.

s/Brian W. Erikson
Brian W. Erikson