# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: January 13, 2005)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is Plaintiff's Motion for Leave to Allow One Day Extension for Filing of Deposition Excerpts, filed electronically January 12, 2005. For the reasons stated therein, the court GRANTS plaintiff's motion. Plaintiff shall file its deposition excerpts on or before Thursday, January 13, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge