IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-306C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE PORTIONS OF DEPOSITION TRANSCRIPTS

Pending before the Court is the "Motion by Renda Marine, Inc., for Leave to File Portions of Deposition Transcripts" filed on January 13, 2005. Plaintiff seeks to file portions of the depositions of three individuals in this case: Luis Saenz; Herbert Mauer; and Johnny Rozsypal.

The Government does not oppose plaintiff's motion to file the designated parts of the deposition transcripts of Messrs. Saenz, Mauer, and Rozsypal, subject, however, to the Government's right, under RCFC 32(a)(4), to counter-designate potions of those depositions. Rule 32(a)(4) provides that, "[i]f only a part of a deposition is offered in evidence by a party, an adverse party may require the offeror to introduce any other part which ought in fairness to be considered with the part introduced, and any party may introduce any other parts."

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MR. P. ALEX PETTY
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

JANUARY 31, 2005