IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-306C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S TRIAL WITNESS LIST

Pursuant to paragraph 15(a) of Appendix A to the Rules of the Court of Federal Claims and the Court's November 4, 2004 Order, defendant, the United States, provides the following list of witnesses:

I. Witnesses Whom The Government Expects To Present At Trial

1. Mr. Thomas Benero
Chief, Contracting Division
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3899

Topic(s) of testimony: Contract award and administration; contract documents, including contract modifications P00023 (CO-8), P00026 (CO-9), P00027 (CO-10), P00028 (CO-11); cure and show cause notices; meetings and communications with plaintiff regarding progress and issues; e-mail retention practices. Mr. Benero's direct testimony is expected to take 1-1/2 hours.

2. Mr. C. Michael McClenan
2201 Metairie Court
League, TX 77573
Tele: 281-554-2422

Topic(s) of testimony: Overall Houston Ship Channel deepening and widening project; scope of the Upper Bayou Contract; Corps of Engineers/Port of Houston Authority program and project management; contract documents, plaintiff's

claims; observations of plaintiff's work; meetings and communications with plaintiff; contract adminis-tration; plaintiff's progress of the work; West Levee Realignment; CO-10; CO-11. Mr. McClenan's direct testimony is expected to take 2-1/2 hours.

3. Mr. Eric G. Russek
Civil Engineer, Bay Area Office
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3899

Topic(s) of testimony: Personal site inspections/observations/quality assurance; contract modifications; pre-construction conference; progress before/after dredge surveys; quantity analysis (BDs/ADs, cross sections quantities, etc.); payments and estimates; meetings and communications with plaintiff; preparatory meetings. Mr. Russek's direct testimony is expected to take 2-1/2 hours.

4. Mr. James Few
Civil Engineer
Geotechnical & Structures Section
Engineering Branch
Engineering & Construction Division
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3899

Topic(s) of testimony: Lost Lake levee design; other hydraulic placement projects; personal observations of plaintiff's levee construction; monitoring of levee construction; anticipated foundation conditions at Lost Lake; changes to the levee construction alignment; suitable material available to build levees. Mr. Few's direct testimony is expected to take three hours.

5. Mr. Alton Meyer
Project Engineer, Bay Area Office
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road

P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3899

Topic(s) of testimony: Channel design and related contract drawings and specifications. Mr. Meyer's direct testimony is expected to take one hour.

6. Mr. Will Sanford
United States Army Corps of Engineers
Fort Worth District
819 Taylor Street
Fort Worth, TX 76102
Tele: 817-886-1000

Topic(s) of testimony: Corps of Engineers initial assessment of plaintiff's Flare Area claim. Mr. Sanford's direct testimony is expected to take one hour.

7. Mr. Tom Hunt
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3899

Topic(s) of testimony: Surveys at Lost Lake Placement Area and Houston Ship Channel (Upper Bayou Reach). Mr. Hunt's direct testimony is expected to take one hour.

8. Mr. Bruce Bennett
Physical Scientist
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3899

Topic(s) of testimony: Permit for HL&P Tower activity at Lost Lake Placement Area. Mr. Bennett's direct testimony is expected to take one hour.

9. Mr. Darillo Herrera
United States Army Corps of Engineers
1645 S. 101st East Ave.
Tulsa, OK 74159
Tele: 918-669-7366

Topic(s) of testimony: Plaintiff's internal reports and procedures; communications with COE/JV, plaintiff's Quality Control (CQC) Program, submittals and reports; plaintiff's operations on Upper Bayou Project through May 2000. Mr. Herrera's direct testimony is expected to take two hours.

10. Mr. Wendell Mears
Gahagan & Bryant Associates, Inc.
5757 Woodway Drive, Suite 210
Houston, TX 77057
Tele: 713-267-2943

Topic(s) of testimony: Observations of plaintiff's dredging and levee construction operations; meetings and communications with plaintiff; observations of Lost Lake Placement Area; observations relative to plaintiff's claims; quality assurance inspections/surveys; quantity estimates. Mr. Mears's direct testimony is expected to take 1-1/2 hours.

11. Leon Hrabovsky, P.E.
Gahagan & Bryant Associates, Inc.
5757 Woodway Drive, Suite 210
Houston, TX 77057
713-267-2943

Topic(s) of testimony: Observations of plaintiff's dredging and levee construction operations; meetings and communications with plaintiff; observations of Lost Lake Placement Area; observations relative to plaintiff's claims; quality assurance site visits; prior experience at Lost Lake Placement Area; prior dredging experience; evaluation of plaintiff's pre-award submittal; HL&P effort to move pipe. Mr. Hrabovsky's direct testimony is expected to take 1-1/2 hours.

12. Mr. Christopher Babitzke
621 East Woolbright Road, Apt. 106B
Boynton Beach, FL 33435
Tele: 561-389-4495

Topic(s) of testimony: Observations of plaintiff's dredging and levee construction operations; communications with plaintiff. Mr. Babitzke's direct testimony

is expected to take one hour.

13. Mr. Kenneth Affolter
Affolter Contracting Company, Inc.
P.O. Box 1436
LaMarque, TX 77568
Tele: 409-938-3837

Topic(s) of testimony: Site conditions at Lost Lake Placement Area; pricing of contract modifications that relate to Affolter Contracting. Mr. Affolter's direct testimony is expected to take 1-1/2 hours.

14. Mr. James Van Norman
Great Lakes Dredge & Dock Company
16639 Jacintoport Blvd.
Houston, TX 77015
Tele: 281-452-3373

Topic (s) of testimony: Dredging of Dredge Section 9; construction of levees at Lost Lake Placement Area. Mr. Van Norman's direct testimony is expected to take one hour.

15. Darrell Shobert, C.P.A.
Senior Auditor
Dallas Branch Office
Defense Contract Audit Agency
6321 E. Campus Circle Drive
Irving, TX 75063-2742
Tele: 972-753-2584

Topic(s) of testimony: DCAA audits of plaintiff's claims. Mr. Shobert's direct testimony is expected to take four hours.

16. Mr. Robert Lofgren
2320 NE 110th Place
Vancouver, WA 98686
Tele: 360-573-4081

Topic(s) of testimony: The opinions and basis and reasons for those opinions set forth in Mr. Lofgren's expert report of January 30, 2004, and his rebuttal report of February 18, 2004. Mr. Lofgren's direct testimony is expected to take four hours.

17. William F. Connole, P.E.
President
Franvel Corporation
1416 S. Terrace Drive
P.O. Box 4396
Tulsa, OK 74159-0396
Tele: 918-749-3592

Topic(s) of testimony: The opinions and basis and reasons for those opinions set forth in Mr. Connole's expert report of January 30, 2004, and his rebuttal report of February 23, 2004. Mr. Connole's direct testimony is expected to take eight hours.

18. Michael Hasen, P.E.
Executive Vice President
HVJ Associates, Inc.
6120 S. Dairy Ashford
Houston, TX 77072
Tele: 281-933-7388

Topic(s) of testimony: Levee design; materials suitable for levee construction; May 2000 flare area borings. The opinions and basis and reasons for those opinions set forth in Mr. Hasen's expert report of January 31, 2005. Mr. Hasen's direct testimony is expected to take four hours.

II. Witnesses As To Whom The Government Will Offer Testimony Via Depositions

1. Mr. Oscar Renda, Roanoke, TX
2. Mr. Rudy Renda, Roanoke, TX
3. Mr. Burson Warren, Flower Mound, TX
4. Mr. Steve Bowman, Arlington, TX
5. Mr. Eddie Fisher, Austin, TX
6. Mr. William Wetta, II, River Ridge, LA

The specific deposition testimony of these individuals to be offered at trial is identified in "Defendant's Renewed Motion for Leave to File Portions of Deposition Transcripts" dated February 2, 2005.

III. Witnesses Whom The Government May Call At Trial If The Need Arises

1. Mr. Dalton Krueger
Project Manager
Project Management Branch
Programs & Project Management Division
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3899

Topic(s) of testimony: Overall Houston Ship Channel deepening and widening program; Upper Bayou Project; USACE and Port of Houston Authority program and project management. Mr. Krueger's direct testimony is expected to take one hour.

2. Mr. Luis Saenz
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3899

Topic(s) of testimony: Past projects at Lost Lake and Houston Ship Channel (Upper Bayou Reach). Mr. Saenz's direct testimony is expected to take one hour.

3. Mr. David Brown
Engineering Manager
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3899

Topic(s) of testimony: Levee design; considerations of levee design and construction during contract performance. Mr. Brown's direct testimony is expected to take one hour.

4. Mr. Johnny Rozsypal
Chief, Construction Branch
Engineering & Construction Division
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3899

Topic (s) of testimony: Levee construction maintenance/raising; dredging of Houston Ship Channel (Upper Bayou Reach); contract administration issues, other hydraulic placement projects. Mr. Rozsypal's direct testimony is expected to take one hour.

5. Mr. Herbert A. Mauer
1215 Eagle Lakes Drive
Friendswood, TX 77546
Tele: 281-992-3766

Topic(s) of testimony: Project design; use of hydraulic levee construction in Galveston District; other projects to ±30 ft. levees; construction contract administration. Mr. Mauer's direct testimony is expected to take one hour.

6. Mr. Art Martin
Survey Coordinator
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3899

Topic(s) of testimony: Surveys at Lost Lake Placement Area and Houston Ship Channel (Upper Bayou); quantity calculations for Upper Bayou Project. Mr. Martin's direct testimony is expected to take one hour.

7. Mr. Lawrence Redd
Surveyor
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229

Galveston, TX 77553
Tele: 409-766-3899

Topic(s) of testimony: Surveys performed at Lost Lake Placement Area and Houston Ship Channel (Upper Bayou); calculation of quantities. Mr. Redd's direct testimony is expected to take one hour.

8. Mr. Chris Rossi
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3899

Topic(s) of testimony: Processing of hydrographic and land survey data; calculation of contract dredging and overdredging quantities for Upper Bayou Project. Mr. Rossi's direct testimony is expected to take one hour.

9. Alan Jefts, P.E.
Project Manager
Turner Collie Braden
5757 Woodway
Houston, TX 77057
Tele: 713-780-4100

Topic(s) of testimony: Joint Venture structure and relationship to Port of Houston Authority; Joint Venture Quality Assurance contract; Joint Venture review and assessment of plaintiff's claims and plaintiff's progress and quality of work; meetings with plaintiff. Mr. Jefts's direct testimony is expected to take one hour.

10. Mr. Jeremy Glasgow
J. Simmons Group
7129 N. Loop East
Houston, TX 77028
Tele: 713-675-5100

Topic(s) of testimony: Observations of plaintiff's dredging and levee construction operations; communications with plaintiff. Mr. Glasgow's direct testimony is expected to take one hour.

11. Jack Fowler, Ph.D., P.E.
Geotech Associates
5000 Lowery Road
Vicksburg, MS 39180
Tele: 601-636-5475

Topic(s) of testimony: The opinions and basis and reasons for those opinions set forth in Dr. Fowler's expert report of February 2, 2004, and his rebuttal report of February 26, 2004. Mr. Fowler's direct testimony is expected to take two hours.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MR. P. ALEX PETTY
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

FEBRUARY 2, 2005