IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-306C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO SERVE TRIAL SUBPOENA AT LOCATION MORE THAN 100 MILES FROM THE SITE OF TRIAL

Pursuant to RCFC 45(b)(2),[1/] defendant, the United States, respectfully requests leave of this Court to serve a trial subpoena at a location more than 100 miles from the site of the trial in this case. In its November 4, 2004 Order, the Court scheduled the trial in this action to begin on February 28, 2005, in Houston, Texas. One of the persons listed on "Defendant's Trial Witness List" dated February 2, 2005, whom the Government expects to call to testify at the trial is Mr. Christopher Babitzke. He resides in Boynton Beach, Florida, which is more than 100 miles from Houston, Texas.

Mr. Babitzke was one of several inspectors for the Upper Bayou Project and, as such, he prepared quality assurance reports that were provided to the Government and which are included in the joint exhibit in this litigation that contains the quality assurance reports for the Upper Bayou Project. Mr. Babitzke will be called to testify regarding his observations of plaintiff's dredging operations on the Upper Bayou Project, in particular his observations of plaintiff's dredge during the period from December 12, 2000 to January 3, 2001, and entries in quality assurance

---

[1] Rule 45(b)(2) provides, in pertinent part, that, "a subpoena may be served at any place that is within 100 miles of the place of the . . . trial . . . but the court upon proper application and good cause shown may authorize the service of a subpoena at any other place."

reports that he prepared for that period. During the December 12, 2000-January 3, 2001 interval, plaintiff's dredge was down for different kinds of repairs that are a part of plaintiff's Obstructions No. 1 claim. Mr. Babitzke's quality assurance reports contain entries with respect to the nature and timing of those repairs.

For the foregoing reasons, defendant's motion to serve Christopher Babitzke with a trial subpoena at a location more than 100 miles from the site of trial, i.e., in or about Boynton Beach, Florida, should be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MR. P. ALEX PETTY
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

FEBRUARY 2, 2005