IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-306C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S RENEWED MOTION FOR LEAVE TO FILE PORTIONS OF DEPOSITION TRANSCRIPTS

Pursuant to ¶ 15(b) of Appendix A to the Rules of the Court of Federal Claims[1] and the Court's November 4, 2004 Order, defendant, the United States, respectfully requests leave of this Court to file portions of deposition transcripts and certain deposition exhibits of the following depositions for use at the trial of the above captioned action:

1. Deposition of Oscar Renda on January 15, 2004, at Dallas, Texas, in this case.
2. Deposition of Rudy Renda on January 15, 2004, at Dallas, Texas, in this case.
3. Deposition of Oscar Renda on November 21, 2000, in Renda Marine, Inc. v. Dredging Supply Co., Inc., Case No. H00-1721 (S.D. Tex.).
4. Deposition of Steve Bowman on November 22, 2000, in Renda Marine, Inc. v. Dredging Supply Co., Inc., Case No. H00-1721 (S.D. Tex.).
5. Deposition of Rudy Renda on November 21, 2000, in Renda Marine, Inc. v. Dredging Supply Co., Inc., Case No. H00-1721 (S.D. Tex.).
6. Deposition of Burson Warren on February 1, 2001, in Renda Marine, Inc. v. Dredging Supply Co., Inc., Case No. H00-1721 (S.D. Tex.).

[1] Paragraph 15(b) provides: "Any party intending to present substantive evidence by way of deposition testimony, other than as provided by Federal Rules of Evidence 801(d), shall serve and file a separate motion for leave to file the transcript of this testimony. The motion shall show cause why the deposition testimony should be admitted and identify specifically the portions of the transcript the party intends to use at trial. See RCFC 32(a)(2) & (3). If the motion is granted, only those portions of the transcript may be filed."

7. Deposition of William Wetta, II, on December 16, 2003, at Metarie, Louisiana, in this case.

8. Deposition of Eddie Fisher on December 18 and 19, 2003, at Austin, Texas, in this case.

9. Deposition of Steve Bowman on January 12, 2004, at Dallas, Texas, in this case.

10. Deposition of Burson Warren on January 16, 2004, at Dallas, Texas, in this case.

The designated portions of the deposition transcripts and the deposition exhibits that are the subject of this motion are appended to this motion.

In its October 18, 2002 Order, the Court "reminded" the parties that the rules of the Court "contemplate the use of depositions at trial for testimonial purposes in certain circumstances[.]" RCFC 32(a) provides that, in enumerated circumstances, "[a]t the trial . . . , any part or all of a deposition, so far as admissible under the rules of evidence applied as though the witness were then present and testifying, may be used against any party who was present or rep-resented at the taking of deposition or who had reasonable notice thereof[.]"[2]

ARGUMENT

A. Deposition Of Oscar Renda In This Case

The Government's deposition of Oscar Renda on January 15, 2004, in this case may be used at trial in the manner contemplated by Rule 32(a) because, at the time of the deposition, Mr. Renda was the President of Renda Marine, Inc. (Renda). Oscar Renda Depo. Tr. 12(3-9), Def. App. 7. RCFC 32(a)(2) provides that "[t]he deposition of a party or of anyone who at the time of taking the deposition was an officer, director, or managing agent, or a person designated under

[2] In this motion, "Depo. Tr. ____(____)" refers to the referenced page(s) and line(s) of the referenced deposition transcript; "Def. App. ____" refers to the referenced page(s) of the appen-dix accompanying this motion.

RCFC 30(b)(6) or 31(a) to testify on behalf of a public or private corporation . . . which is a party may be used by an adverse party for any purpose."

B. Deposition of Rudy Renda In This Case

The Government's deposition of Rudy Renda on January 15, 2004, in this case may be used at trial in the manner contemplated by Rule 32(a) because, at the time of the deposition, in addition to the position of Vice President of Oscar Renda Contracting, Inc., Mr. Renda was the Acting Vice-President of Renda. Rudy Renda Depo. Tr. 8(16-18), Def. App. 14. As noted above, RCFC 32(a)(2) provides that "[t]he deposition of a party or of anyone who at the time of taking the deposition was an officer, director, or managing agent, or a person designated under RCFC 30(b)(6) or 31(a) to testify on behalf of a public or private corporation . . . which is a party may be used by an adverse party for any purpose."

C. Deposition Of Oscar Renda In The Dredging Supply Litigation

RCFC 32(a)(1) provides that "[a]ny deposition may be used by any party . . . for any other purpose permitted by the Federal Rules of Evidence." Oscar Renda gave a deposition on November 21, 2000, in Renda Marine, Inc. v. Dredging Supply Co., Inc., Case No. H00-1721 (S.D. Tex.). Oscar Renda Depo. Tr. 42(23-25)-43(1-3), Def. App. 19-20. At the time of that deposition, Mr. Renda was Renda's President.

The deposition testimony of Mr. Renda in the Dredging Supply case is not hearsay under Fed.R.Evid. 801(d)(2)(D) because it is being offered by the Government against Renda and it is "a statement by the party's agent or servant concerning a matter within the scope of the agency or employment, made during the existence of the relationship[.]" "Because a corporation can act only through its employees, a statement by a corporate official . . . can certainly be considered

an admission by a corporate [litigant]." United States v. Photogrammetric Data Services, Inc., 259 F.3d 229, 242 (4th Cir. 2001) (quoting United States v. Brothers Construction Co., 219 F.3d 300, 310-11 (4th Cir.), cert. denied, 531 U.S. 1037 (2000)).

To qualify as non-hearsay under Rule 801(d)(2), "a statement must concern 'a matter within the scope' of the declarant's agency or employment. The statement itself is not required to be 'within the scope of the declarant's agency. Rather, it need only be shown that the statement be related to a matter within the scope of the agency." Larch v. Mansfield Municipal Electric Department, 272 F.3d 63, 72 (1st Cir. 2001) (quoting 5 Weinstein's Federal Evidence § 801.33[2][c] (2d ed. 2001), at 801-69)). Moreover, "[t]o qualify as an admission, no specific 'against interest' component is required." Aliotta v. National Railroad Passenger Corp., 315 F.3d 756, 761 (7th Cir. 2003); accord United States v. McGee, 189 F.3d 626, 631 (7th Cir. 1999) (holding there is no "requirement that admissions by a party-opponent be inculpatory" and that "the statement need only be made by the party against whom it is offered").

Therefore, the deposition testimony of Mr. Renda in the Dredging Supply case is admissible as substantive evidence under Rule 32(a)(1).

D. Deposition Of Steve Bowman In The Dredging Supply Litigation

As noted above, RCFC 32(a)(1) provides that "[a]ny deposition may be used by any party . . . for any other purpose permitted by the Federal Rules of Evidence." Steve Bowman gave a deposition on November 22, 2000, in Renda Marine, Inc. v. Dredging Supply Co., Inc., Case No. H00-1721 (S.D. Tex.). At the time of that deposition, Mr. Bowman was Renda's Vice-President in charge of its operations. Bowman Depo. Tr. 11(9-10), Def. App. 25.

The deposition testimony of Mr. Bowman in the Dredging Supply case is not hearsay under Fed.R.Evid. 801(d)(2)(D) because it is being offered by the Government against Renda and it is "a statement by the party's agent or servant concerning a matter within the scope of the agency or employment, made during the existence of the relationship[.]" Therefore, it is admissible as substantive evidence under Rule 32(a)(1).

E. Deposition Of Rudy Renda In The Dredging Supply Litigation

As noted above, RCFC 32(a)(1) provides that "[a]ny deposition may be used by any party . . . for any other purpose permitted by the Federal Rules of Evidence." Rudy Renda gave a deposition on November 21, 2000, in Renda Marine, Inc. v. Dredging Supply Co., Inc., Case No. H00-1721 (S.D. Tex.). Mr. Renda testified as Renda's corporate representative. Rudy Renda Depo. Tr. 4(19-25)-5(1), Def. App. 29-30.

The deposition testimony of Mr. Renda in the Dredging Supply case is not hearsay under Fed.R.Evid. 801(d)(2)(A) because it is being offered by the Government against Renda and it is "the party's own statement, in either an individual or a representative capacity[.]" This testimony, therefore, is admissible as substantive evidence under Rule 32(a)(1).

F. Deposition Of Burson Warren In The Dredging Supply Litigation

As noted above, RCFC 32(a)(1) provides that "[a]ny deposition may be used by any party . . . for any other purpose permitted by the Federal Rules of Evidence." Burson Warren gave a deposition on February 1, 2002, in Renda Marine, Inc. v. Dredging Supply Co., Inc., Case No. H00-1721 (S.D. Tex.). At the time of that deposition, Mr. Warren was Renda's equipment manager. Warren Depo. Tr. 30(25)-31(1), Def. App. 35-36; Warren Depo Tr. 17(19-25)-18(1-13); 19(22-25)-20(1-13), Def. App. 45-47A.

The deposition testimony of Mr. Warren in the Dredging Supply case is not hearsay under Fed.R.Evid. 801(d)(2)(D) because it is being offered by the Government against Renda and it is "a statement by the party's agent or servant concerning a matter within the scope of the agency or employment, made during the existence of the relationship[.]" Therefore, it is admissible as substantive evidence under Rule 32(a)(1).

G. Deposition of William Wetta, II, In This Case

RCFC 32(a)(3)(E) provides that "[t]he deposition of a witness, whether or not a party, may be used by any party for any purpose if the court finds . . . upon application and notice, that the witness is at a greater distance than 100 miles from the place of trial or hearing, unless the court also finds (i) that the absence of the witness was procured by the party offering the deposition or (ii) that it is not in the interests of justice, with due regard to the importance of presenting the testimony of the witness orally in open court, to allow the deposition to be used[.]"[3] The Government took the deposition of William Wetta, II, on December 16, 2003, at Metarie, Louisiana, in this case. Mr. Wetta's business (Dredging Supply Co., Inc.) and residence are located in Louisiana, more than 100 miles from Houston, Texas, the place of trial. Wetta Depo. Tr. 4(1-2), Def. App. 51.

H. Deposition of Eddie Fisher In This Case

As noted above, RCFC 32(a)(3)(E) provides that "[t]he deposition of a witness, whether or not a party, may be used by any party for any purpose if the court finds . . . upon application and notice, that the witness is at a greater distance than 100 miles from the place of trial or hear-

[3] A party need not demonstrate that it attempted to subpoena a witness for trial in order to show that it did not "procure" the witness' absence. See United States v. IBM Corp., 90 F.R.D. 377, 380-81 n.5 (S.D.N.Y. 1981).

ing, unless the court also finds (i) that the absence of the witness was procured by the party offering the deposition or (ii) that it is not in the interests of justice, with due regard to the importance of presenting the testimony of the witness orally in open court, to allow the deposition to be used[.]" On December 18 and 19, 2003, the Government took the deposition of Eddie Fisher, a former Vice-President of Renda, at Austin, Texas, in this case. Mr. Fisher works and resides in Austin, Texas, which is more than 100 miles from Houston, Texas, the place of trial. Fisher Depo. Tr. 11(9-23)-12(1-6), Def. App. 55-56.

I. Deposition of Steve Bowman In This Case

As noted above, RCFC 32(a)(3)(E) provides that "[t]he deposition of a witness, whether or not a party, may be used by any party for any purpose if the court finds . . . upon application and notice, that the witness is at a greater distance than 100 miles from the place of trial or hearing, unless the court also finds (i) that the absence of the witness was procured by the party offering the deposition or (ii) that it is not in the interests of justice, with due regard to the importance of presenting the testimony of the witness orally in open court, to allow the deposition to be used[.]" On January 12, 2004, the Government took the deposition of Steve Bowman, a former Vice-President of Renda, at Dallas, Texas, in this case. Mr. Bowman is the principal in a firm located in Prior, Oklahoma, and he resides in Arlington, Texas, both of which are more than 100 miles from Houston, Texas, the place of trial. Bowman Depo. Tr. 6(24-25)-7(1-5); 62(20-25)-63(1-7), Depo. Tr. 62-65.

J. Deposition of Burson Warren In This Case

As noted above, RCFC 32(a)(3)(E) provides that "[t]he deposition of a witness, whether or not a party, may be used by any party for any purpose if the court finds . . . upon application

and notice, that the witness is at a greater distance than 100 miles from the place of trial or hearing, unless the court also finds (i) that the absence of the witness was procured by the party offering the deposition or (ii) that it is not in the interests of justice, with due regard to the importance of presenting the testimony of the witness orally in open court, to allow the deposition to be used[.]" On January 16, 2004, the Government took the deposition of Burson Warren, now a project superintendent with Oscar Renda Contracting, Inc., at Dallas, Texas, in this case. Mr. Warren works and resides in the Dallas, Texas area, which is more than 100 miles from Houston, Texas, the place of trial. Warren Depo. Tr. 7(6-25)-8(1-4), Def. App. 43-44.

CONCLUSION

For the foregoing reasons, defendant's motion for leave to file designated portions of the deposition transcripts and the deposition exhibits described above should be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MR. P. ALEX PETTY
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

FEBRUARY 2, 2005

**Eddie Fisher Deposition**
**(December 18, 2003 and December 19, 2003)**

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 1 | All | | |
| 2 | All | | |
| 5 - 7 | All | | |
| 8 | 5 - 8 | | |
| 11 | 9 - 25 | | |
| 12 | 1 - 6;<br>18 - 25 | | |
| 13 | 1 - 5 | | |
| 17 | 13 - 25 | | |
| 18 | 1;<br>7 - 25 | | |
| 19 | All | | |
| 20 | 1 - 23 | | |
| 21 | 15 - 25 | | |
| 22 | 1 - 17 | | |
| 23 | 5 - 14 | | |
| 24 | 16 - 25 | | |
| 25 | All | | |
| 26 | 1 - 24 | | |
| 28 | 5 - 12 | | |
| 31 | 11-21 | | |
| 33 | All | | |
| 34 | All | | |
| 35 | 1 - 5;<br>19 - 25 | | |
| 36 | All | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 37 | 1;<br>7 - 9 | | |
| 38 | 18 - 22 | | |
| 39 | 11 - 25 | | |
| 40 | 1 - 20;<br>23 - 25 | | |
| 41 | 1 - 7;<br>19 - 25 | | |
| 42 | All | | |
| 43 | All | | |
| 44 | 1 - 5 | | |
| 45 | 7 - 10;<br>14 - 25 | | |
| 46 | 1 - 3;<br>12 - 15 | | |
| 47 | 7 - 25 | | |
| 48 | 1 - 18 | | |
| 49 | All | | |
| 50 | 1 - 3;<br>21 - 25 | | |
| 51 | 1 - 21 | | |
| 53 | 2 - 9 | | |
| 54 | 21 - 25 | | |
| 55 | 1 - 5;<br>9 - 15;<br>25 | | |
| 56 | 1 - 6;<br>16 - 25 | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 57 | 1 - 3;<br>8 - 25 | | |
| 58 | 1 - 16 | | |
| 59 | 8 - 25 | | |
| 60 | 1 - 2 | | |
| 61 | 12 - 15;<br>24 - 25 | | |
| 62 | All | | |
| 63 | 5 - 25 | | |
| 64 | 1 - 5 | | |
| 66 | 7 - 25 | | |
| 67 | 1 - 15;<br>22 - 25 | | |
| 68 | All | | |
| 69 | 1 - 11;<br>19 - 25 | | |
| 70 | All | | |
| 71 | 1 - 11 | | |
| 72 | 1 - 22 | | |
| 73 | 12 - 25 | | |
| 74 | All | | |
| 75 | 10 - 24 | | |
| 76 | 4 - 10 | | |
| 82 | 7 - 20 | | |
| 83 | 3 - 25 | | |
| 84 | All | | |
| 85 | All | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 86 | All | | |
| 87 | 1 - 12 | | |
| 88 | 6 - 17 | | |
| 90 | 8 - 11 | 2 | DX 1, DX 2, DX 3, DX 6 |
| 91 | 2 - 25 | | |
| 92 | All | | |
| 93 | All | | |
| 94 | 1 - 5;<br>12 - 14;<br>21 - 25 | 3 | DX 5 |
| 95 | 1 - 12 | | |
| 96 | 10 - 16 | | |
| 97 | 8 - 17 | | |
| 98 | 4 - 25 | | |
| 99 | 1 - 14 | | |
| 100 | 6 - 25 | | |
| 101 | 1 - 6;<br>20 - 22;<br>25 | | |
| 102 | 1 - 2 | | |
| 103 | 10 - 15 | | |
| 104 | 1 - 16;<br>25 | | |
| 105 | 1 - 23 | | |
| 106 | 10 - 21 | | |
| 107 | 3 - 25 | | |
| 108 | All | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 109 | 1 - 11;<br>17 - 25 | | |
| 110 | 1 - 8 | | |
| 112 | 13 - 25 | | |
| 114 | All | | |
| 113 | 1 - 17;<br>25 | | |
| 115 | 1 - 9 | | |
| 117 | 14 - 25 | | |
| 118 | All | | |
| 119 | 1;<br>19 - 25 | | |
| 120 | All | | |
| 121 | All | | |
| 122 | All | | |
| 123 | All | | |
| 124 | 1 - 4;<br>19 - 25 | | |
| 125 | All | | |
| 126 | All | | |
| 127 | All | | |
| 128 | 1 - 18;<br>24 - 25 | | |
| 129 | All | | |
| 130 | All | | |
| 131 | 1 - 3 | | |
| 133 | 5 - 25 | 4 | DX 339 |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 134 - 138 | All | | |
| 139 | 1; 7 - 25 | | |
| 140 - 146 | All | 5<br>6 | DX 383<br>DX 381 |
| 147 | 1 - 6 | | |
| 148 | 20 - 25 | | |
| 149 | 1 - 3; 9 - 25 | | |
| 150 | All | | |
| 151 | 1 - 23 | | |
| 152 | 9 - 24 | | |
| 154 | 7 - 25 | 7 | DX 477 |
| 155 | All | | |
| 156 | 1 - 17;<br>25 | | |
| 157 | 1 - 6 | | |
| 158 | 13 - 17 | | |
| 159 | 24 - 25 | | |
| 160 | 1 - 16 | 8 | DX 331B |
| 161 | 14 - 25 | | |
| 162 - 163 | All | | |
| 164 | 1 - 5;<br>13 - 25 | | |
| 165 | 1 - 21 | | |
| 166 | 1 - 15;<br>25 | | |
| 167 | 1 - 14;<br>21 - 25 | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 168 | 1 - 18;<br>22 - 25 | | |
| 169 | 1 - 14;<br>22 - 25 | | |
| 170 | 1 - 11;<br>18 - 25 | | |
| 171 | 1;<br>9 - 25 | | |
| 172 - 174 | All | | |
| 175 | 1 - 12;<br>21 - 25 | | |
| 176 | 1 - 10;<br>18 - 25 | | |
| 177 | 1 - 23 | | |
| 178 - 181 | All | | |
| 182 | 9 - 25 | | |
| 183 | 1 - 2;<br>17 - 25 | | |
| 184 | All | | |
| 185 | 1 - 5;<br>9 - 25 | | |
| 186 | All | | |
| 187 | 1 - 2;<br>7 - 25 | | |
| 188 - 189 | All | | |
| 190 | 1 - 7;<br>17 - 25 | | |
| 191 | 1 - 8;<br>14 - 20 | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 192 | All | | |
| 193 | 1 - 18;<br>22 - 25 | | |
| 194 | All | | |
| 195 | 1 - 4;<br>8 - 25 | | |
| 196 | 1 - 3 | | |
| 200 | All | | |
| 207 | 6 - 20 | | |
| 209 | All | | |
| 210 | 1 - 2;<br>7 - 8;<br>12 - 25 | | |
| 211 | All | | |
| 212 | 5 - 21 | | |
| 213 | 3 - 25 | | |
| 214 | 1 - 17 | | |
| 215 | 8 - 25 | | |
| 216 | All | | |
| 217 | 1;<br>7 - 9;<br>18 - 25 | | |
| 218 | 1 - 13;<br>19 - 25 | | |
| 219 | 1 - 16;<br>20 - 25 | | |
| 220 | 1 - 5;<br>18 - 25 | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 221 | All | | |
| 222 | 1;<br>16 - 25 | | |
| 223 | 1 - 10;<br>18 - 25 | | |
| 224 - 230 | All | | |
| 231 | 1 - 17 | | |
| 232 | 12 -17 | | |
| 233 | 20 - 25 | | |
| 234 - 235 | All | | |
| 236 | 1 - 21 | | |
| 237 | 23 - 25 | | |
| 238 | 1 - 8;<br>13 - 25 | | |
| 239 | 1 - 11 | | |
| 240 | 3 - 14 | | |
| 248 | 25 | | |
| 249 | 1 - 17 | | |
| 250 | 9 - 25 | | |
| 251 | 1 - 4;<br>18 - 25 | | |
| 252 | 1 - 4;<br>24 - 25 | 9 | DX 334 |
| 253 | 1 - 11;<br>20 - 25 | | |
| 254 | 1 - 11 | | |
| 257 | 22 - 25 | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 258 | 1 - 6;<br>13 - 25 | | |
| 259 - 262 | All | 10 | DX 313 |
| 263 | 1 - 17;<br>21 - 25 | | |
| 264 | All | | |
| 265 | 1 - 7;<br>16 - 25 | | |
| 266 | 1 - 16 | | |
| 274 | 11 - 25 | 11 | DX 8 |
| 275 | All | | |
| 276 | 1;<br>15 - 25 | | |
| 277 - 279 | All | 12 | DX 314 |
| 280 | 1 - 5 | | |
| 287 | 13 - 21 | 14 | DX 405 |
| 288 | 5 - 17 | | |
| 296 | 8 - 25 | | |
| 297 | 1 - 20 | | |
| 299 | 4 - 25 | | |
| 300 | All | 21 | DX 434 |
| 301 | 7 - 25 | | |
| 302 | 1 - 23 | 22 | DX 343 |
| 305 | 6 - 25 | 24 | DX 375 |
| 306 | 1 - 13 | | |
| 310 | 23 - 25 | 26 | DX 388 |
| 311 - 313 | All | 27 | DX 478 |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 314 | 1 - 6;<br>12 - 25 | | |
| 315 | All | | |
| 316 | 1 - 2 | | |
| 317 | 3 - 25 | 29<br>30 | DX 340<br>DX 342 |
| 318 - 322 | All | 31<br>32<br>33 | DX 415A<br>DX 315<br>DX 409A |
| 323 | 1 - 11;<br>18 - 25 | | |
| 324 | 1 - 5;<br>9 - 15;<br>21 - 23 | | |
| 325 | 4 - 17;<br>21 - 25 | 34 | DX 455 |
| 326 | 1 - 7;<br>10 - 25 | | |
| 327 | 1 - 6;<br>13 - 25 | | |
| 328 | 1;<br>12 - 25 | 35 | DX 429 |
| 329 | 1 - 12;<br>15 - 25 | | |
| 330 | 1 - 5;<br>14 - 23 | | |
| 331 | 7 - 24 | | |
| 336 | 13 - 25 | | |
| 337 | 4 - 14;<br>23 - 25 | 36 | DX 410 |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 338 | 1 - 6 | | |
| 339 | 18 - 25 | | |
| 340 | 1 | | |
| 346 | 12 - 14;<br>19 - 25 | | |
| 347 | 10 - 22;<br>25 | 37 | DX 480 |
| 348 - 353 | All | | |
| 354 | 1; 24 - 25 | | |
| 355 - 362 | All | | |

**Steve Bowman Deposition**
**(January 12, 2004)**

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 1 - 6 | All | | |
| 7 | 1 - 5 | | |
| 9 | 2 - 7;<br>21 - 25 | | |
| 10 | 7 - 11 | | |
| 12 | 6 - 10;<br>15 - 19 | | |
| 14 | 13 - 16 | | |
| 15 | 25 | | |
| 16 | 1 - 5;<br>13 - 17;<br>20 - 21 | | |
| 17 | 20 - 22 | | |
| 18 | 2 - 25 | | |
| 19 | 1;<br>5 - 17 | | |
| 20 | 1 - 8 | | |
| 21 | 7 - 14 | | |
| 31 | 14 - 16 | | |
| 32 | 8 - 11;<br>17 - 20;<br>24 - 25 | | |
| 33 | 6 - 15 | | |
| 34 | 1 - 3;<br>11 - 15 | | |
| 35 | 17 - 25 | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 36 - 40 | All | | |
| 41 | 1 - 20;<br>22 - 25 | | |
| 42 | 2 - 5;<br>20 - 25 | | |
| 43 | 4 - 7;<br>13 - 17 | | |
| 44 | 12 - 16;<br>18 - 25 | | |
| 45 | All | | |
| 46 | 1 - 11;<br>22 - 25 | | |
| 47 | 1 - 3;<br>8 - 14;<br>21 - 24 | 1 | DX 5 |
| 48 | 11 - 25 | | |
| 49 | All | | |
| 50 | 1 - 6;<br>11 - 17 | | |
| 53 | 6 - 22 | | |
| 54 | 5 - 25 | 2 | DX 331 |
| 55 | 1- 7;<br>15 - 25 | | |
| 56 | All | | |
| 57 | 1 - 9;<br>14 - 25 | | |
| 58 - 61 | All | | |
| 62 | 1 - 11;<br>21 - 25 | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 63 | All | | |
| 64 | 1 - 2;<br>24 - 25 | | |
| 65 | 1 - 2;<br>14 - 21 | | |
| 66 | 14 - 25 | | |
| 67 | 1- 3;<br>18 - 22 | | |
| 68 | 9 - 25 | | |
| 69 | 1 - 18 | | |
| 70 | 6 - 16;<br>24 - 25 | 3 | DX 331A |
| 71 | 1 - 17 | | |
| 72 | 8 - 25 | | |
| 73 | 16 - 25 | | |
| 74 | 1 - 8;<br>17 - 25 | | |
| 75 - 77 | All | | |
| 78 | 1 - 18;<br>23 - 25 | | |
| 79 - 80 | All | | |
| 81 | 1 - 16;<br>24 - 25 | | |
| 82 | 1 - 6 | | |
| 85 | 15 - 25 | | |
| 86 | 10 - 13;<br>17 - 25 | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 87 | All | | |
| 88 | 1 - 3;<br>8 - 12;<br>17 - 25 | 4 | DX 3 |
| 89 | 13 - 25 | | |
| 90 | 1 - 3;<br>8 - 14;<br>24 - 25 | | |
| 91 - 93 | All | | |
| 94 | 1 - 12;<br>20 - 23 | | |
| 96 | 9 - 25 | | |
| 97 | 1 - 3;<br>23 - 25 | | |
| 98 | 1;<br>24 - 25 | | |
| 99 | 1 - 20 | | |
| 100 | 14 - 16 | | |
| 101 | 5 - 25 | 5 | DX 315 |
| 102 | 1 - 21 | | |
| 103 | 17 - 25 | 6 | DX 346 |
| 104 | 1 - 4 | | |
| 106 | 25 | | |
| 107 | All | 8 | DX 467 |
| 108 | 1 - 10;<br>20 - 22 | | |
| 109 | 6 - 25 | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 110 | 1 - 9;<br>14 - 21 | | |
| 111 | 8 - 9;<br>12 - 25 | | |
| 113 | 17 - 21 | | |
| 116 | 2 - 25 | | |
| 117 | 1 - 11;<br>13 - 16;<br>23 - 25 | | |
| 118 | 1 - 6 | | |
| 119 | 1 - 25 | | |
| 120 | 5 - 13 | | |
| 121 | 9 - 13 | | |
| 124 | 13 - 23 | | |
| 125 | 4 - 25 | | |
| 126 | 1 - 9;<br>14 - 25 | | |
| 127 | 1 - 9;<br>14 - 16 | | |
| 129 | 18 - 23 | | |
| 130 | 1 - 5;<br>22 - 25 | | |
| 131 | 1- 3 | | |
| 132 | 13 - 22;<br>25 | | |
| 133 | All | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 134 | 3 - 16 | | |
| 135 | 1 - 13;<br>15 - 19 | | |
| 136 | 1 - 7;<br>17 - 25 | 9 | DX 499 |
| 137 | 1 - 8 | | |
| 139 | 14 - 24 | | |
| 142 | 2 - 25 | | |
| 143 | 1 - 6;<br>15 - 25 | | |
| 144 | 1 - 18 | | |
| 145 | 5 - 14 | | |
| 152 | 18 - 25 | | |
| 153 | 1;<br>18 - 24 | | |
| 156 | 13 - 18;<br>20 - 25 | | |
| 157 | 1 - 19 | 10 | DX 567 |
| 158 | 7 - 10;<br>19 -25 | | |
| 159 | 1 - 6;<br>8;<br>22 - 25 | | |
| 160 | All | | |
| 161 | 1 - 14;<br>25 | | |
| 162 | 1 - 4 | 11 | DX 506 |
| 163 | 9 - 25 | 12 | DX 508 |
| 164 | 4 - 25 | 13 | DX 520 |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 165 | 1 - 3;<br>23 - 25 | | |
| 166 | 1 - 6 | | |
| 170 | 14 - 25 | | |
| 171 | All | | |
| 172 | 1 - 18 | | |
| 181 | 23 - 25 | 19 | DX 566 |
| 182 | 1 - 7 | | |
| 188 | 3 - 6<br>10 - 13 | | |
| 190 | 9 - 25 | 23 | DX 505 |
| 191 | 1 - 3 | | |
| 193 | 11 - 21 | | |
| 194 | 2 - 22 | | |
| 195 | 12 -21 | 24 | DX 514 |
| 199 | 7 - 18 | 25 | DX 563 |
| 200 | 4 - 13 | 26 | DX 587 |
| 202 - 205 | All | | |

**Steve Bowman Deposition**
**(November 22, 2000)**

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 1 - 3 | All | | |
| 4 | 1 - 10 | | |
| 8 | 4 - 20 | | |
| 9 | 10 - 25 | | |
| 10 | 1 - 4;<br>14 - 17 | | |
| 11 | 4 - 14;<br>21 - 25 | | |
| 12 | 1 - 6;<br>12 - 14 | | |
| 13 | 20 - 24 | | |
| 14 | 1 - 7;<br>25 | | |
| 15 | 1 - 15;<br>8 - 12 | | |
| 24 | 25 | | |
| 25 | 1- 7;<br>17 - 19;<br>25 | | |
| 26 | 1 - 11;<br>23 - 25 | | |
| 27 | 1 - 7;<br>14 - 17 | | |
| 28 | 17 - 25 | | |
| 29 | 1 - 3;<br>9 - 23 | | |

| **Deposition Pages** | **Lines** | **Deposition Exhibit** | **Corresponding Defendant's Trial Exhibit** |
|---|---|---|---|
| 30 | 3 - 11<br>15 - 24 | | |
| 45 | 25 | | |
| 46 | 1 - 9 | | |
| 47 | 3 - 7;<br>22 - 25 | | |
| 48 | 1 - 3;<br>6 - 9;<br>23 - 25 | | |
| 49 | 1 - 12;<br>16 - 25 | | |
| 60 | 4 - 25 | | |
| 61 | 1 - 3 | | |
| 69 | 19 - 25 | | |
| 70 | 1 - 7 | | |
| 71 | 25 | | |
| 72 | 1 - 6 | | |
| 77 | 1 - 7 | | |
| 92 | 15;<br>25 | | |
| 93 | 1 - 7 | | |
| 107 | 6 - 18 | | |
| 134 | 5 - 25 | | |
| 135 | 1 - 3 | | |
| 138 | 4 - 25 | | |
| 139 | 1 - 5 | | |
| Signature/<br>Errata Sheets | | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| Court Reporter's Certificate | | | |

**William Wetta. II Deposition**
**(December 16, 2003)**

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 1 - 3 | All | | |
| 4 | 1 - 19 | | |
| 5 | 12 - 18 | | |
| 7 | 19 - 25 | | |
| 8 | All | | |
| 9 | 1 - 23 | | |
| 12 | 14 - 23 | | |
| 15 | 7 - 25 | | |
| 16 | 1 - 20 | | |
| 17 | 4 - 25 | | |
| 18 - 19 | All | | |
| 20 | 9 - 22 | | |
| 21 | 9 - 25 | | |
| 22 | All | | |
| 23 | 1 - 24 | | |
| 24 | 3 - 6;<br>23 - 25 | | |
| 25 | 1 - 8;<br>17 - 25 | | |
| 26 | 1 - 9;<br>14 - 16 | | |
| 27 | 14 - 25 | | |
| 28 | All | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 29 | 1 - 8;<br>18 - 25 | | |
| 30 | 1 - 9;<br>16 - 23 | | |
| 35 | 5 - 9 | | |
| 36 | 23 - 25 | | |
| 37 | 1 - 20 | | |
| 38 | All | | |
| 39 | 1 - 20 | | |
| 40 | 8 - 15 | 3 | DX 320 |
| 41 | 8 - 25 | | |
| 42 | 1 - 2;<br>19 - 25 | | |
| 43 | All | | |
| 44 | 1 - 23 | | |
| 47 | 13 - 25 | | |
| 49 | 6 - 25 | | |
| 50 | All | | |
| 51 | 1 - 23 | | |
| 52 | 7 - 25 | | |
| 53 | 1 - 8;<br>14 - 17 | | |
| 54 | 2 - 23 | | |
| 55 | 12 - 25 | | |
| 56 | All | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 57 | 1 - 2;<br>9 - 25 | | |
| 58 | 1 - 11;<br>18 - 25 | | |
| 59 | All | | |
| 60 | 1 - 21 | | |
| 77 | 8 - 14 | | |
| 80 | 15 - 22 | | |
| 83 | 16 - 25 | 11 | DX 333 |
| 84 - 86 | All | | |
| 87 | 1 - 2;<br>6 - 12;<br>17 - 25 | | |
| 88 - 89 | All | | |
| 90 | 1 - 20 | | |
| 93 | 9 - 25 | | |
| 94 | 1 - 11 | | |
| 99 | All | | |
| 100 | 1 - 14;<br>20 - 25 | | |
| 101 | 1 - 15 | | |
| 102 | 17 - 21 | | |
| 103 | 9 - 24 | | |
| 105 | 19 - 25 | | |
| 106 | 1 - 22 | 15 | DX 345 |
| 109 | 12 - 18 | | |
| 111 | 22 - 25 | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 112 | 1 - 2;<br>12 - 25 | | |
| 113 | 1 - 5;<br>13 - 24 | | |
| 116 | 15 - 25 | | |
| 117 | 1 - 4 | | |
| 118 | 7 - 25 | | |
| 119 | 1 - 13 | | |
| 121 | 2 - 20 | | |
| 125 | 16 - 22 | | |
| 137 | 22 - 25 | 19 | DX 359 |
| 138 | All | | |
| 139 | 1 - 7 | | |
| 140 | 8 - 18;<br>24 - 25 | | |
| 141 | 12 - 25 | | |
| 143 | 14 - 25 | 21 | DX 376 |
| 144 | 1;<br>7 - 25 | | |
| 145 | 1 - 12 | | |
| 146 | 4 - 25 | | |
| 147 | 1 - 12 | | |
| 157 | 19 - 25 | 27 | DX 1010 |
| 158 | All | | |
| 159 | 1 - 13 | | |
| 163 | 2 - 20 | | |
| 164 | 19 - 25 | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 165 - 166 | All | | |
| 167 | 1 - 20 | | |
| 169 | 18 - 25 | | |
| 170 | 1 - 10 | | |
| 171 | 1 - 6 | | |
| 172 | 10 - 22 | | |
| 173 | All | | |
| 174 | 1 | | |
| 181 | 14 - 25 | | |
| 182 | 1 - 22 | | |
| 184 | 3 - 7 | | |
| 185 | 7 - 17 | | |
| 186 | 16 - 25 | | |
| 187 | 1 - 12 | | |
| 188 - 189 | All | | |

**Burson Warren Deposition**
**(January 16, 2004)**

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 1 - 6 | All | | |
| 7 | 6 - 17;<br>23 - 25 | | |
| 8 | 1 - 20 | | |
| 15 | 11 - 25 | | |
| 16 | 1 - 12;<br>19 - 25 | | |
| 17 - 22 | All | | |
| 23 | 1 - 12;<br>21 - 25 | | |
| 24 | 1 - 20;<br>23 - 25 | | |
| 25 | 1 - 5 | | |
| 26 | 4 - 7;<br>13 - 21 | | |
| 27 | All | | |
| 28 | 1 - 13;<br>19 - 25 | | |
| 29 - 30 | All | 1 | DX 449 |
| 31 | 1 - 10 | | |
| 32 | 8 - 23 | | |
| 33 | 6 - 25 | | |
| 34 - 39 | All | | |

**Burson Warren Deposition**
**(February 1, 2001)**

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 1 - 3 | All | | |
| 4 | 1 - 19 | | |
| 13 | 9 - 17;<br>23 - 25 | | |
| 14 | 1 - 8;<br>14 - 20 | | |
| 21 | 15 - 23 | | |
| 22 | 6 - 10 | | |
| 30 | 25 | | |
| 31 | 1;<br>8 - 14 | | |
| 37 | 23 - 25 | | |
| 38 | 1 - 7;<br>25 | | |
| 39 | 1;<br>11 - 17 | | |
| 91 | 10 - 20 | | |
| 94 | 1 - 12 | | |
| 99 | 1 - 11 | | |
| 100 | 1 - 17;<br>24 - 25 | | |
| 101 | 1 - 7;<br>13 - 20 | | |
| 103 | 23 - 25 | | |
| 104 | 1 - 6 | | |
| 105 | 4 - 16 | | |
| 106 | 7 - 11 | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 121 - 125 | All | | |

**Oscar Renda Deposition**
**(January 15, 2004)**

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 1 - 6 | All | | |
| 7 | 1 - 2 | | |
| 8 | 2 - 13 | | |
| 10 | 3 - 8;<br>19 - 25 | | |
| 11 | 1;<br>4 - 23 | | |
| 12 | 3 - 24 | | |
| 13 | 15 - 25 | | |
| 14 - 16 | All | | |
| 17 | 1 - 11 | | |
| 20 | 7 - 13 | | |
| 22 | 9 - 23 | | |
| 24 | 21 - 25 | | |
| 25 | 1 - 6 | | |
| 28 | 10 - 15,<br>21 - 23 | 2 | DX 320 |
| 29 | 5 - 9;<br>13 - 25 | 3 | DX 489A |
| 30 | 1 - 4;<br>16 - 23 | 4 | DX 517A |
| 31 | 3 - 4;<br>17 - 22 | 5 | DX 570 |
| 32 | 2 - 12;<br>18 - 19 | | |
| 33 | 18 - 21 | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 36 | 7 - 25 | | |
| 37 | 1 - 24 | | |
| 38 | 8 - 12 | | |
| 40 | 14 - 15;<br>20 - 22 | | |
| 48 | 15 - 25 | 10 | DX 416 |
| 49 | 1 - 2;<br>21 - 25 | | |
| 50 | 1 - 6 | | |
| 51 | 7 - 17;<br>21 - 25 | | |
| 52 - 55 | All | | |

**<u>Oscar Renda Deposition</u>**
**(November 21, 2000)**

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 1 - 3 | All | | |
| 4 | 4 - 16 | | |
| 11 | 22 - 25 | | |
| 12 | 1 - 5 | | |
| 14 | 11 - 25 | | |
| 15 | 1 - 12;<br>17 - 25 | | |
| 21 | 10 - 16 | | |
| 24 | 23 - 25 | | |
| 25 | 1 - 3 | | |
| 31 | 11 - 19 | | |
| 40 | 17 - 19 | | |
| 42 | 23 - 25 | | |
| 43 | 4 - 6;<br>14 - 22 | | |

**Rudolph Renda Deposition**
**(January 15, 2004)**

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 1 - 6 | All | | |
| 8 | 16 - 25 | | |
| 9 | 1 - 3;<br>14 - 25 | | |
| 10 | 1 - 2;<br>5 - 8 | | |
| 11 | 10 -16 | | |
| 12 | 6 - 25 | | |
| 13 | 1; 25 | | |
| 14 | 1 - 15;<br>22 - 25 | | |
| 15 - 16 | All | | |
| 17 | 1 - 15 | | |
| 18 | 3 - 8 | | |
| 22 | 2 - 15 | | |
| 24 | 7 - 25 | | |
| 25 | 1 - 21 | | |
| 26 | 6 - 25 | | |
| 27 | 1 - 21 | | |
| 29 | 17 - 25 | | |
| 30 | 1 - 4;<br>13 - 25 | | |
| 31 | 1 - 9;<br>21 - 25 | | |
| 32 - 33 | All | | |

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 34 | 1 - 17 | | |
| 35 | 3 - 25 | | |
| 36 | 1 - 3 | | |
| 38 | 18 - 25 | | |
| 39 | All | | |
| 40 | 1 - 9 | | |
| 46 | 8 - 15;<br>24 - 25 | | |
| 47 | 1 - 7 | | |
| 78 - 81 | All | | |

**Rudolph Renda Deposition**
**(November 21, 2000)**

| Deposition Pages | Lines | Deposition Exhibit | Corresponding Defendant's Trial Exhibit |
|---|---|---|---|
| 1 - 4 | All | | |
| 5 | 1 - 8 | | |
| 7 | 19 - 25 | | |
| 8 | 1 - 23 | | |
| 10 | 2 - 6;<br>21 - 25 | | |
| 11 | All | | |
| 12 | 8 - 25 | | |
| 13 | 12 - 17 | | |
| 92 | 25 | | |
| 93 | 1 - 3;<br>14 - 25 | | |
| 94 | 1 - 9 | | |