# DEFENDANT'S APPENDIX

## INDEX TO DEFENDANT'S APPENDIX


| Document | Page |
| --- | --- |
| Excerpts from deposition of Oscar Renda in this case | 1 |
| Excerpts from deposition of Rudy Renda in this case | 8 |
| Excerpts from deposition of Oscar Renda in Renda Marine, Inc. v. Dredging Supply Co., Inc., Case No. H00-1721 (S.D. Tex.) | 15 |
| Excerpts from deposition of Steve Bowman in Renda Marine, Inc. v. Dredging Supply Co., Inc., Case No. H00-1721 (S.D. Tex.) | 21 |
| Excerpts from deposition of Rudy Renda in Renda Marine, Inc. v. Dredging Supply Co., Inc., Case No. H00-1721 (S.D. Tex.) | 26 |
| Excerpts from deposition of Burson Warren in Renda Marine, Inc. v. Dredging Supply Co., Inc., Case No. H00-1721 (S.D. Tex.) | 31 |
| Excerpts from deposition of Burson Warren in this case | 37 |
| Excerpts from deposition of William Wetta, II, in this case | 48 |
| Excerpts from deposition of Eddie Fisher in this case | 52 |
| Excerpts from deposition of Steve Bowman in this case | 57 |

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RENDA Marine, INC. | ) | |
| Plaintiff | ) | CASE NO. 02-306C |
| V. | ) | |
| THE UNITED STATES | ) | |
| Defendant | ) | |

* * * * * * * * * * * * * * * *

OSCAR RENDA

* * * * * * * * * * * * * * * *

ORIGINAL

January 15, 2004 Dallas, Texas

Monica S. Faulk

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RENDA Marine, INC. | ) | |
| Plaintiff | ) | CASE NO. 02-306C |
| V. | ) | |
| THE UNITED STATES | ) | |
| Defendant | ) | |

* * * * * * * * * * * * * * * *

OSCAR RENDA

* * * * * * * * * * * * * * * *

ANSWERS AND ORAL DEPOSITION OF OSCAR RENDA, produced as a witness at the instance of the Defendant, taken in the above-styled and -numbered cause on the 15th day of January, 2004, at 1:17 a.m., before Monica S. Faulk, a Certified Shorthand Reporter in and for the State of Texas, in the conference room of QUILLING, SELANDER, CUMMISKEY & LOWNDS, 2001 Bryan Street, Suite 1800, City of Dallas, County of Dallas and State of Texas, in accordance with the Federal Rules of Civil Procedure and the agreement hereinafter set forth:

A P P E A R A N C E S

UNITED STATES DEPARTMENT OF JUSTICE
1100 L Street, N.W., Room 12052
Washington, DC 20005
By: Mr. John Kosloske

APPEARING ON BEHALF OF THE UNITED STATES

QUILLING, SELANDER, CUMMISKEY & LOWNDS
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
By: Mr. Brian Erikson

APPEARING ON BEHALF OF RENDA Marine, INC.

# I N D E X

ORAL DEPOSITION OF OSCAR RENDA
Taken on January 15, 2004

PAGE

Appearances....................................3

Exhibit Index..................................5

OSCAR RENDA

DIRECT EXAMINATION
BY: Mr. Kosloske........................6

Signature and Corrigendum.........................53

Reporter's Certificate............................54

# EXHIBIT INDEX

| GOVERNMENT EXHIBIT | | PAGE FIRST REFERENCED |
|---|---|---|
| 1 | Letter | 25 |
| 2 | Letter | 27 |
| 3 | Letter | 29 |
| 4 | Letter | 30 |
| 5 | Letter | 31 |
| 6 | Letter | 33 |
| 7 | Letter | 39 |
| 8 | Letter | 40 |
| 9 | Letter | 42 |
| 10 | Letter | 48 |
| 11 | Letter | 49 |

S T I P U L A T I O N S

(Deposition commenced at 1:17 p.m.)

MR. KOSLOSKE: For the record, my name is John Kosloske. I'm an attorney with the United States Department of Justice. I representing the United States in the suit that's styled Renda Marine, Inc. versus the United States, Case No. 02-306C. It's in the United States Court of Federal Claims in Washington, D.C.

MR. ERIKSON: And I'm Brian Erikson. I represent Renda Marine.

OSCAR RENDA,

the witness, having been duly sworn to tell the truth, testified on his oath as follows:

DIRECT EXAMINATION

BY MR. KOSLOSKE:

Q. Would you state your full name for the record and spell it, please?
A. Oscar Rend, O-s-c-a-r, R-e-n-d-a.
Q. And what is your occupation, sir?
A. Contractor, ex-teacher.
Q. Are you the president of Oscar Renda Contracting, Inc.?
A. Yes.
Q. Was Oscar Renda Contracting, Inc. created or

A. I don't remember the exact date, but if you say '98 I --
Q. Do you hold a position in Renda Marine?
A. Yes.
Q. And what's your position?
A. President.
Q. Have you been president of Renda Marine since the company was created?
A. Yes.
Q. Do you own stock in Renda Marine?
A. Yes.
Q. What percentage of the Renda Marine stock do you own?
A. Now?
Q. At present.
A. All of it.
Q. When Renda Marine was initially created, what percentage of the stock did you own?
A. Don't hold me to the numbers, and I'm just guessing, around maybe 75 or 70 percent. Something like that. I'm not sure.
Q. And who were the other individuals who owned stock in Renda Marine when the company was created?
A. Eddie Fisher and Steve Bowman.
Q. Did Eddie Fisher own approximately 15 percent

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RENDA MARINE, INC. | ) | |
| Plaintiff | ) | CASE NO. 02-306C |
| V. | ) | |
| THE UNITED STATES | ) | |
| Defendant | ) | |

* * * * * * * * * * * * * * * *

RUDOLPH RENDA

* * * * * * * * * * * * * * * *

ORIGINAL

January 15, 2004 Dallas, Texas

Monica S. Faulk

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RENDA MARINE, INC. | ) | |
| Plaintiff | ) | CASE NO. 02-306C |
| V. | ) | |
| THE UNITED STATES | ) | |
| Defendant | ) | |

* * * * * * * * * * * * * * * *

RUDOLPH RENDA

* * * * * * * * * * * * * * * *

ANSWERS AND ORAL DEPOSITION OF RUDOLPH RENDA, produced as a witness at the instance of the Defendant, taken in the above-styled and -numbered cause on the 15th day of January, 2004, at 9:35 a.m., before Monica S. Faulk, a Certified Shorthand Reporter in and for the State of Texas, in the conference room of QUILLING, SELANDER, CUMMISKEY & LOWNDS, 2001 Bryan Street, Suite 1800, City of Dallas, County of Dallas and State of Texas, in accordance with the Federal Rules of Civil Procedure and the agreement hereinafter set forth:

APPEARANCES

UNITED STATES DEPARTMENT OF JUSTICE
1100 L Street, N.W., Room 12052
Washington, DC 20005
By: Mr. John Kosloske

APPEARING ON BEHALF OF THE UNITED STATES

QUILLING, SELANDER, CUMMISKEY & LOWNDS
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
By: Mr. Brian Erikson

APPEARING ON BEHALF OF RENDA MARINE, INC.

# I N D E X

ORAL DEPOSITION OF RUDOLPH RENDA
Taken on January 15, 2004

PAGE

Appearances....................................3

Exhibit Index..................................5

RUDOLPH RENDA

DIRECT EXAMINATION
BY: Mr. Kosloske........................6

Signature and Corrigendum.........................79

Reporter's Certificate............................80

# EXHIBIT INDEX


| GOVERNMENT EXHIBIT | | PAGE FIRST REFERENCED |
|---|---|---|
| 1 | Diagrams (Not attached to transcript as agreement made between counsel) | 43 |

S T I P U L A T I O N S

(Deposition commenced at 9:35 a.m.)

MR. KOSLOSKE: My name is John Kosloske. I'm an attorney with the Department of Justice. I represent the United States in the litigation to which this deposition relates. That is Renda Marine, Inc. versus the United States, No. 02-306C. It's in the Court of Federal Claims in Washington.

MR. ZUKOSKI: Eric Zukoski for Renda Marine. I am filling in for lead counsel Brian Erikson who is in a meeting. I anticipate that he will be joining us -- taking my place some time this morning.

RUDOLPH RENDA,

the witness, having been duly sworn to tell the truth, testified on his oath as follows:

DIRECT EXAMINATION

BY MR. KOSLOSKE:

Q. Would you state your full name for the record, please?

A. Rudolph J. Renda.

Q. Is there -- your middle name Joseph?

A. Joseph.

Q. Mr. Renda, my name is John Kosloske. I'm an attorney with the Department of Justice representing

uh-huh or huh-uh so that the court reporter can accurately transcribe your answer.

Also, if you'll allow me to finish a question before you begin an answer, and I'll endeavor to allow you to answer before I begin a question. Again, so that the court reporter can accurately transcribe the questions and answers in the deposition. And if there is -- if I ask a question and you don't understand it or some part of the question, please say so so that we can -- I can attempt to reclarify it for you or rephrase.

Also, if you need a break at any time just say so and we can accommodate that. That's not a problem. All right?

A. Yes.

Q. Okay. What is your occupation, sir?

A. I'm vice-president of Oscar Renda Contracting and acting vice-president of Renda Marine.

Q. How long have you been vice-president of Oscar Renda Contracting?

A. 28 years.

Q. And as a vice-president for Oscar Renda Contracting, what are your duties and responsibilities?

A. Administration, equipment purchasing,

CIVIL ACTION NUMBER H-00-1721

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RENDA MARINE, INC.

VS

DREDGING SUPPLY CO., INC.

ORAL DEPOSITION

OF

OSCAR RENDA

November 21, 2000

ANSWERS AND DEPOSITION OF OSCAR RENDA, produced as a witness at the instance of the Defendant, taken in the above-styled and numbered cause on the 21st day of November, 2000, at 2:29 p.m., before Anita K. Spurger, a Certified Shorthand Reporter in and for the State of Texas, at the offices of Quilling, Selander, Cummiskey & Lownds, located at 2001 Bryan Tower, Suite 1800, in the City of Dallas, County of Dallas, and State of Texas.

ORIGINAL

A P P E A R A N C E S

MR. RICHARD K. LEEFE
Leefe, Gibbs & Koehler
3900 North Causeway Boulevard
Suite 1470
Metairie, Louisiana 70002

APPEARING FOR THE PLAINTIFF

MR. BRIAN W. ERIKSON
Quilling, Selander, Cummiskey & Lownds
2001 Bryan Tower
Suite 1800
Dallas, Texas 75201

APPEARING FOR THE DEFENDANT

ALSO PRESENT: Mr. Bill Wetta,
Mr. Al Courcella,
Mr. Rudy Renda

ORIGINAL

INDEX

WITNESS: OSCAR RENDA PAGE

Examination by Mr. Leefe 4

P R O C E E D I N G S

MR. LEEFE: Same agreements?

MR. ERIKSON: Sure.

OSCAR RENDA,

having been duly sworn, testified as follows:

EXAMINATION

BY MR. LEEFE:

Q. Mr. Renda, you were here for Rudy Renda's deposition?

A. Yes, sir.

Q. You heard his testimony?

A. Yes, sir.

Q. Y'all are brothers?

A. Yes.

Q. You're older? He's older?

A. I'm older.

Q. What is your educational background?

A. I have a bachelor of arts degree -- a BS degree from North Texas State University in Denton.

Q. A BS in what?

A. Education.

Q. And what is -- when did you finish that?

A. 1971.

Q. And what is your work history after that?

A. Work history, let's see. I taught school for

every contract I ever signed on for the last 26 years.
Q. Okay. Let me ask you specifically the sanctions from the Corps of Engineers.
A. The sanction?
Q. The formal sanctions.
A. Well, the formal sanctions, they call a bonding company every --
Q. "They" is the Corps?
A. The Corps. Contacted my bonding company saying that these guys are late. We have a whole file. If you look at the records, you'll see a file full of, you know, no production, you're late, we're going to throw you off, all of these things on all of our projects -- not all, but --
Q. When the documents are produced, we should have a file containing all of those?
A. Correct.
Q. I'm assuming that's what's being copied?
A. Yeah. I would think some of that information is in there. If not, we'll sure make it available to you. Only three months ago, we spent $760,000 to finish a job that we should have finished.
Q. Let me go back. You are -- what is your position with Renda Marine?
A. President.

Q. You're the president of the company that's the plaintiff in this lawsuit?

A. Yes.

Q. In your complaint, you say that Dredging Supply breached the warranty of design and construction. What did you mean by that?

MR. ERIKSON: Let me state an objection for the record. He didn't prepare the complaint. So when you ask him what he means in terms of a document he didn't prepare --

Q. (By Mr. Leefe) Well, what do you understand what Renda Marine means by that?

A. Could you read -- ask me it again, please?

Q. Well, the wording is that you claim that Dredging Supply breached the warranty of design and construction.

A. Well, they were supposed to have the thing on time. They didn't. They specified a time not only to myself, but to a host of other people, the Corps of Engineers, the port authority, engineers. I would think that's a breach. They -- the dredge, it is not doing what Mr. Wetta claimed it would do.

Q. And that claim is, you're saying, from the --

A. From a production --

Q. -- compensation when you were trying to drive

CIVIL ACTION NUMBER H-00-1721

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RENDA MARINE, INC.

VS

DREDGING SUPPLY CO., INC.

ORAL DEPOSITION

OF

~~STEPHEN BOWMAN~~ STEVEN BOWMAN
SCB

November 22, 2000

ANSWERS AND DEPOSITION OF STEPHEN BOWMAN, produced as a witness at the instance of the Defendant, taken in the above-styled and numbered cause on the 22nd day of November, 2000, at 9:14 a.m., before Anita K. Spurger, a Certified Shorthand Reporter in and for the State of Texas, at the offices of Quilling, Selander, Cummiskey & Lownds, located at 2001 Brian Tower, Suite 1800, in the City of Dallas, County of Dallas, and State of Texas.

ORIGINAL

A P P E A R A N C E S

MR. RICHARD K. LEEFE
Leefe, Gibbs & Koehler
3900 North Causeway Boulevard
Suite 1470
Metairie, Louisiana 70002

APPEARING FOR THE PLAINTIFF

MR. BRIAN W. ERIKSON
Quilling, Selander, Cummiskey & Lownds
2001 Brian Tower
Suite 1800
Dallas, Texas 75201

APPEARING FOR THE DEFENDANT

ALSO PRESENT: Mr. Bill Wetta,
Mr. Al Courcella

ORIGINAL

# I N D E X


WITNESS: ~~STEPHEN~~ STEVEN BOWMAN PAGE

Examination by Mr. Leefe 4


# E X H I B I T S



| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| 3 | Millennium Dredge Issues | 96 |

P R O C E E D I N G S

THE REPORTER: Same agreements?

MR. ERIKSON: Sure.

MR. LEEFE: Yes.

~~STEPHEN~~ STEVEN BOWMAN,

having been duly sworn, testified as follows:

EXAMINATION

BY MR. LEEFE:

Q. Mr. Bowman, I'm Richard Leefe. By the way, I represent Dredging Supply. When you came this morning, you brought some more documents. Can you tell me what was in there? What were those?

A. They're some things I gathered up yesterday, some notes I had had and some information, past correspondence. And then I had a packet that I had brought with -- I believe what's in there is a correspondence file and some other issues that Lynn Douglas had put together.

Q. Have you been participating in the effort to respond to our request for production of documents?

A. As time allowed, yes.

Q. Who's been doing that?

A. Lynn Douglas.

Q. Who's that?

A. She's the office manager in Freeport for Renda

company, Renda Environmental Services, then the Renda Marine. And inside Oscar Renda Contracting, there is a pipe tunnel division and central structures division.

Q. What is your position? Are you an officer of Oscar Renda Contracting?

A. I'm ~~the~~ vice president.

Q. Do you own any shares?

A. No, not of Renda itself.

Q. What is your position of Renda Marine?

A. I'm a vice president.

Q. Do you own any stock in it?

A. Yeah, minor share.

Q. What is it?

A. You know, 17 percent or something like that. And then stock is -- or the projects are split equally between Renda and Renda Marine.

Q. By "Renda," you're saying Renda Contracting?

A. Right.

Q. Oscar Renda Contracting?

A. Right.

Q. Who else are the shareholders of Renda Marine?

A. Oscar. And I believe that Eddie Fisher still has stock. I don't know if that's been relinquished yet or not. He's since left the organization.

Q. Why did he leave?

CIVIL ACTION NUMBER H-00-1721

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RENDA MARINE, INC.

VS

DREDGING SUPPLY CO., INC.

ORAL DEPOSITION

OF

RUDOLPH JOSEPH RENDA

November 21, 2000

ANSWERS AND DEPOSITION OF RUDOLPH JOSEPH RENDA, produced as a witness at the instance of the Defendant, taken in the above-styled and numbered cause on the 21st day of November, 2000, at 9:56 a.m., before Anita K. Spurger, a Certified Shorthand Reporter in and for the State of Texas, at the offices of Quilling, Selander, Cummiskey & Lownds, located at 2001 Bryan Tower, Suite 1800, in the City of Dallas, County of Dallas, and State of Texas.

ORIGINAL

A P P E A R A N C E S

MR. RICHARD K. LEEFE
Leefe, Gibbs & Koehler
3900 North Causeway Boulevard
Suite 1470
Metairie, Louisiana 70002

APPEARING FOR THE PLAINTIFF

MR. BRIAN W. ERIKSON
Quilling, Selander, Cummiskey & Lownds
2001 Bryan Tower
Suite 1800
Dallas, Texas 75201

APPEARING FOR THE DEFENDANT

ALSO PRESENT: Mr. Bill Wetta,
Mr. Al Courcella,
Mr. Oscar Renda

ORIGINAL

I N D E X

WITNESS: RUDOLPH JOSEPH RENDA PAGE

Examination by Mr. Leefe 4

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Deposition notice | 4 |
| 2 | 4/28/99 letter | 107 |

R E Q U E S T E D I N F O R M A T I O N

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|

P R O C E E D I N G S

MR. LEEFE: Usual stipulations. Reserve the objections until trial except for the form of the question.

MR. ERIKSON: That's fine.

RUDOLPH JOSEPH RENDA,

having been duly sworn, testified as follows:

EXAMINATION

BY MR. LEEFE:

Q. What's your full name?

A. Rudolph Joseph Renda.

Q. Okay. Mr. Renda, have you been provided a copy of the notice of deposition for this matter?

A. Yes, I have.

MR. LEEFE: I'd like to attach a copy of that as -- just give me your exhibit stickers. I guess we'll call that Exhibit Number 1.

(Exhibit 1 marked)

Q. (By Mr. Leefe) Have you reviewed the areas that are requested there for the corporate officer to respond?

A. I believe so.

Q. There are some 18 areas. Do you feel that you're comfortable in being the corporate representative and answering questions in those areas?

A. I am the corporate representative.

MR. ERIKSON: He will answer and we'll keep providing witnesses until we give you whatever you feel satisfied as the designation subject matter.

MR. LEEFE: Just so I understand, then, Mr. Renda is appearing here as corporate representative to the extent that he's capable?

MR. ERIKSON: That's correct.

MR. LEEFE: And you will present witnesses as necessary and we can continue this?

MR. ERIKSON: That's correct.

Q. (By Mr. Leefe) Okay. Also contained in the notice was a list of 22 areas of documents that we had requested for your production. Were you provided a copy of that?

A. We're working on that.

Q. My question was, did you get a copy of that list?

A. I got a copy of this list (indicating).

Q. And what's been marked as Exhibit 1?

A. Right.

Q. It has a list of documents we were asking --

A. Yes.

Q. So you did receive a copy of that?

A. Yes, I did.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RENDA MARINE, INC. :
:
VS. : CASE NO. H-00-1721
:
DREDGING SUPPLY CO., INC. :

ORIGINAL

ORAL DEPOSITION
BURSON WARREN
FEBRUARY 1, 2001

ORAL DEPOSITION of BURSON WARREN, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on the February 1, 2001, from 9:55 a.m. to 1:39 p.m., before Lisa D. Sanchez, CSR No. 4766 in and for the State of Texas, reported by machine shorthand method, at the conference room of the Holiday Inn Express - Lake Jackson, 809 Highway 332 West, Clute, Brazoria County, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record.

INDEX

Appearances..................... 3

Stipulations.................... 4

BURSON WARREN

Examination by Mr. Leefe............ 4

Changes and Signature .......... 122

Reporter's Certificate .......... 124

RM-DSC-00995


APPEARANCES

FOR THE PLAINTIFF:

Mr. Brian W. Erikson
QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

FOR THE DEFENDANT:

Mr. Richard K. Leefe
LEEFE, GIBBS & KOEHLER
3900 North Causeway Boulevard, Suite 1470
Metairie, Louisiana 70002

ALSO PRESENT:

Mr. Thomas J. Wetta, III
Mr. Albert W. Courcelle, III

S T I P U L A T I O N S

(The deposition commenced at 9:55 a.m.)

THE REPORTER: Any stipulations you would like to state on the record?

MR. LEEFE: What we call usual stipulations, if it's all right with you, Brian. We'll reserve any objections to time of use at trial, if it does get used, except for the form of the question.

MR. ERIKSON: And responsiveness of the answer.

MR. LEEFE: Responsiveness of the answer.

BURSON WARREN,

having being first duly sworn, testified as follows:

EXAMINATION

BY MR. LEEFE (9:55 A.M.):

Q. Mr. Warren, I'm Richard Leefe; and I'm representing Dredging Supply. And I assume you're aware of this litigation?

A. Yes, sir.

Q. Have you ever been deposed before?

A. Yes, I have.

Q. What cases? When have you been deposed?

A. In a Renda case, probably five, six years ago, on a equipment accident that was -- occurred with one of our subcontractors on one of our projects.

dredge?

Q. Right.

A. Steve Bowman.

Q. Within the Renda operation, what is Mr. Bowman's job?

A. He is construction manager or the -- and the vice-president of Renda Marine at the present time.

Q. What's he do in real life? I mean, day to day, what's his job? I'm not talking about titles. I'm talking about what is his --

A. He puts together estimates for work and organizes the day-to-day activities of the company or delegates -- actually delegates people to do the day-to-day activities.

Q. When did you first find out that there was going to be a company called Renda Marine?

A. Probably around the end of the White Rock project, which would have been '98, summer, '98.

Q. Okay. What did you understand Renda Marine was going to be created for?

A. My understanding was it was to pursue dredging work in the Gulf Coast region.

Q. That was what Renda Marine was created for?

A. Yes. That was --

Q. Who do you work for?

RM-DSC-01023


A. I work for Renda Marine.
Q. Okay. When did --
A. And --
Q. I'm sorry. Go ahead.
A. I work for Renda Marine. You know, Oscar Renda Contracting, Renda Marine. Right now I'm working with Renda Marine.
Q. Do you get paid by Renda Marine?
A. Yes.
Q. Do you also do some work for Oscar Renda Contracting projects?
A. Yes.
Q. But your check comes from Renda Marine?
A. Yes.
Q. Why is that? Why are you assigned to Renda Marine as opposed to Oscar Renda Contracting?
A. Well, being that we had a lot of mechanical issues with our dredges down here in this area, I came down to help out with some repairs and maintenance of componentry and items associated with dredging; and it's like I got involved with it and ended up kind of staying around, staying here with it.
Q. Did you -- so, when they moved you to Renda Marine, as I understand it, to work on these dredges that Renda Marine had, did you feel comfortable with

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RENDA MARINE, INC. | ) | |
| | ) | |
| Plaintiff | ) | CASE NO. 02-306C |
| | ) | |
| V. | ) | |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant | ) | |

* * * * * * * * * * * * * * * *

BURSON WARREN

* * * * * * * * * * * * * * * *

ORIGINAL

January 16, 2004 Dallas, Texas

Monica S. Faulk

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RENDA Marine, INC. | ) | |
| | ) | |
| Plaintiff | ) | CASE NO. 02-306C |
| | ) | |
| V. | ) | |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant | ) | |

* * * * * * * * * * * * * * * *

BURSON WARREN

* * * * * * * * * * * * * * * *

ANSWERS AND ORAL DEPOSITION OF BURSON WARREN, produced as a witness at the instance of the Defendant, taken in the above-styled and -numbered cause on the 16th day of January, 2004, at 9:30 a.m., before Monica S. Faulk, a Certified Shorthand Reporter in and for the State of Texas, in the conference room of QUILLING, SELANDER, CUMMISKEY & LOWNDS, 2001 Bryan Street, Suite 1800, City of Dallas, County of Dallas and State of Texas, in accordance with the Federal Rules of Civil Procedure and the agreement hereinafter set forth:

A P P E A R A N C E S

UNITED STATES DEPARTMENT OF JUSTICE
1100 L Street, N.W., Room 12052
Washington, DC 20005
By: Mr. John Kosloske

APPEARING ON BEHALF OF THE UNITED STATES

QUILLING, SELANDER, CUMMISKEY & LOWNDS
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
By: Mr. Brian Erikson

APPEARING ON BEHALF OF RENDA Marine, INC.

# I N D E X

ORAL DEPOSITION OF OSCAR RENDA
Taken on January 15, 2004

PAGE

Appearances....................................3

Exhibit Index..................................5

BURSON WARREN

DIRECT EXAMINATION
BY: Mr. Kosloske........................6

Signature and Corrigendum.........................37

Reporter's Certificate............................38

# E X H I B I T   I N D E X

| GOVERNMENT EXHIBIT | PAGE FIRST REFERENCED |
| --- | --- |
| 1 Memorandum | 29 |

S T I P U L A T I O N S

(Deposition commenced at 9:30 a.m.)

BURSON WARREN,

the witness, having been duly sworn to tell the truth, testified on his oath as follows:

DIRECT EXAMINATION

BY MR. KOSLOSKE:

Q. Would you state your name for the record and spell it, please?

A. My name is Burson Warren. It's B-u-r-s-o-n W-a-r-e-n.

Q. Mr. Warren, my name is John Kosloske. I'm an attorney with the Department of Justice. I'm representing the United States in litigation between Renda Marine and the United States that's pending in the Court of Federal Claims. The litigation relates to a project that the parties in the litigation refer to as the Upper Bayou project. It was a contract between Renda Marine and the Federal Government for dredging services on a region of the Houston ship channel known as the Upper Bayou and also for construction of perimeter levees and some other structures at the Lost Lake Placement Area.

Are you familiar with the project?

A. Yes.

Q. Okay. And if I use the term Upper Bayou project in this litigation, you understand -- excuse me -- in this deposition, you understand what I'm referring to?
A. Yes, sir.
Q. For the record, could you give us your home address and telephone number?
A. My home address is 1777 Timbercreek Road, Apartment 1822, Flower Mound, Texas. My phone number -- home phone is (972) 539-5289.
Q. And what's the zip code there?
A. 75028.
Q. And is that in the Dallas area?
A. It's north of Dallas. Denton County.
Q. And what is your present employment?
A. I work for Oscar Renda Contracting as a project superintendent.
Q. And when did you become project superintendent for Oscar Renda Contracting?
A. It's been a few years. I don't know the exact date, but it's been a few years back. I've been a project manager with him.
Q. Is this the position that you assumed before or after the Upper Bayou project?
A. After.

Q. And what is your business address and telephone number?
A. Business address is Oscar Renda Contracting, 522 Benson Lane, Roanoke, Texas, 76262.
Q. As project superintendent, what are your duties and responsibilities?
A. As a project superintendent I oversee sewer water and sewer pipe line utility construction phases of the projects from finish up and completion and also the process of everything in between. I deal with the phases of the project.
Q. Let me ask you about -- a couple of questions about your education. Are you a high school graduate?
A. Yes, sir.
Q. And when did you graduate from high school?
A. 1977.
Q. Okay. And what is your date of birth?
A. 2/17/59.
Q. Did you attend college?
A. No, sir.
Q. Let me ask you about your employment history beginning with the first position that you held after graduating from high school?
A. After graduating from high school I worked for GRI Coal Company in London, Kentucky. I was a lube

position of chief equipment manager in Oscar Renda Contracting?

A. Yes, sir.

Q. When was that?

A. 1999.

Q. And as a chief equipment manager, what were your duties and responsibilities?

A. I had oversee of the maintenance staff of the company plus interact with the divisions to coordinate some of their repairs or maintenance.

Q. And could you be more specific what you mean by the divisions?

A. We had the Renda -- the Renda companies whether it was our construction division or -- or created the marine division or environmental division.

Q. When you say marine division, is that the same thing as Renda Marine, Inc. in your mind?

A. Yes.

Q. Now, did there come a time when you left the employment of Oscar Renda Contracting and became employed by Renda Marine, Inc.?

A. Yes.

Q. Okay. When was that?

A. Early 2000.

Q. When you say early 2000, it would be like

January or February?

A. Well, I'm thinking more of the April, May -- May of 2000.

Q. Okay. April or May 2000?

A. Along in that area. I don't remember the exact date.

Q. And what position were you assigned to within Renda Marine, Inc.?

A. I was at Renda Marine to help with any repairs and maintenance and coordination with their staff.

Q. What was your position called with Renda Marine?

A. Basically, I would say equipment manager.

Q. To whom did you report at Renda Marine?

A. Steve Bowman.

Q. Did you ever report to Eddie Fisher at Renda Marine?

A. Yes.

Q. Did you report to Eddie Fisher for a time, and then when Mr. Fisher left Renda Marine you reported to Steve Bowman?

A. Yes.

Q. Now, at Renda Marine you were responsible for the repair and maintenance for Renda Marine's equipment including the dredge Millennium; is that correct?

A. Yeah. I mainly focused on a lot of the other heavy construction equipment, but I was involved in some of that.

Q. What was the other kind of heavy equipment at Renda Marine that you devoted more of your time to?

A. The dozers, excavators. Basically a lot more of the land based equipment.

Q. And that would have been equipment that was being used by Renda Marine to perform work at the Lost Lake Placement Area?

A. Yes.

Q. And did you begin working full time at Renda Marine's Freeport office in or about April or May of 2000?

A. Maybe close to say -- yes, sir. Pretty much full time right there.

Q. Now, at the beginning of the deposition you testified that you're presently employed once again by Oscar Renda Contracting. So is it correct that at some point your employment by Renda Marine terminated?

A. Technically speaking I would say yes.

Q. All right. When technically speaking did your employment by Renda Marine terminate?

A. June 2000.

Q. Now, are you sure 2000 is correct?

A. Let me back -- no, 2001.

Q. During 2001?

A. Yeah, 2001.

Q. Okay. And at that point were you reassigned to a position within Oscar Renda Contracting?

A. Yes.

Q. And what position were you reassigned to at that time at Oscar Renda Contracting?

A. A project superintendent.

Q. Okay. So you've been a project superintendent at Oscar Renda Contracting from approximately June of 2001 to the present?

A. That's correct.

Q. Mr. Warren, what if any involvement did you have in the preparation of Renda Marine's bid estimate for the Upper Bayou project?

A. I didn't have any part of that.

Q. Did you have any input at all into what land based equipment might be used on that job?

A. Land based?

Q. Yes.

A. Yes.

Q. And what kind of input did you provide with respect to land based equipment?

A. I just gave them the technical aspects of just

UNITED STATES COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * *

| | |
|---|---|
| RENDA MARINE, INC. | CIVIL ACTION NO. 02-306C (Judge Hewitt) |
| VERSUS | |
| THE UNITED STATES | |

* * * * * * * * * * * * * * *

Deposition of **WILLIAM WETTA, II,** taken on Tuesday, December 16, 2003, commencing at 9:00 A.M. in the offices of Leefe, Gibbs, Sullivan, Dupre & Aldous, Attorneys at Law, Suite 1470, One Lakeway Center, 3900 North Causeway Boulevard, Metairie, Louisiana, 70002.

APPEARANCES:

Representing the Deponent:

LEEFE, GIBBS, SULLIVAN, DUPRE & ALDOUS
BY: RICHARD K. LEEFE, ESQUIRE
Suite 1470 One Lakeway Center
3900 North Causeway Boulevard
Metairie, Louisiana, 70002

Representing the Plaintiff:

QUILLING, SELANDER, CUMMISKEY & LOWNDS
BY: BRIAN W. ERIKSON, ESQUIRE
Suite 1800
2001 Bryan Street
Dallas, Texas, 75201

Representing the Defendant:

UNITED STATES DEPARTMENT OF JUSTICE
BY: JOHN E. KOSLOSKE, ESQUIRE
Room 12052
1100 L Street, N.W.
Washington, D.C. 20005

Reported by: JULIE M. CARROUM, CCR, RPR
Certified Court Reporter
Registered Professional Reporter

INDEX OF EXHIBITS:



| | Page |
|---|---|
| Number-1 | 30 |
| Number-2 | 31 |
| Number-3 | 41 |
| Number-4 | 60 |
| Number-5 | 63 |
| Number-6 | 67 |
| Number-7 | 73 |
| Number-8 | 74 |
| Number-9 | 76 |
| Number-10 | 78 |
| Number-11 | 83 |
| Number-12 | 94 |
| Number-13 | 97 |
| Number-14 | 104 |
| Number-15 | 106 |
| Number-16 | 125 |
| Number-17 | 132 |
| Number-18 | 134 |
| Number-19 | 137 |
| Number-20 | 142 |
| Number-21 | 143 |
| Number-22 | 147 |
| Number-23 | 149 |
| Number-24 | 152 |
| Number-25 | 154 |
| Number-26 | 156 |
| Number-27 | 157 |
| Number-28 | 171 |
| Number-29 | 180 |
| Number-30 | 182 |

S T I P U L A T I O N

It is stipulated and agreed by and between counsel that the deposition of WILLIAM WETTA, II is hereby being taken pursuant to notice under the Federal Rules of Civil Procedure for all purposes permitted under the law.

The formalities of reading, signing, sealing and certification are hereby waived. The party responsible for service of the discovery material shall retain the original.

All objections, except those as to the form of the questions and/or responsiveness of the answers, are reserved until the time of the trial of this case.

* * * * * * *

Julie M. Carroum, Certified Court Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

WILLIAM J. WETTA, II, 10001 Tiffany Drive, River Ridge, Louisiana, 70123, after having been first duly sworn, was examined and testified on his oath as follows:

EXAMINATION BY MR. KOSLOSKE:

Q. Would you state your name and spell it for the record?

A. Yes. My name is William John Wetta, the second, Wetta, W-E-T-T-A.

Q. And what is your occupation, Mr. Wetta?

A. I'm the president of Dredging Supply Company.

Q. And how long have you been president of the Dredging Supply Company?

A. Since its inception, which I believe is since '91.

Q. 1991?

A. Yes, that's correct.

Q. Mr. Wetta, my name is John Kosloske. I'm an attorney with the Department of Justice, United States Department of Justice. I am representing the United States in a litigation brought in the United States Court of Federal Claims against the Government by Renda Marine,

UNITED STATES COURT OF FEDERAL CLAIMS

RENDA MARINE, INC., )
Plaintiff, )
)
VS. ) No. 02-306C
) (Judge Hewitt)
THE UNITED STATES, )
Defendant. )

*****************************************

ORAL DEPOSITION OF

EDDIE FISHER

December 18, 2003

Volume 1

*****************************************

COPY

ORAL DEPOSITION OF EDDIE FISHER, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on the 18th day of December, 2003, from 9:15 a.m. to 4:55 p.m., before DONNA WRIGHT, CSR in and for the State of Texas, at the U.S. ATTORNEY'S OFFICE, 816 Congress Avenue, Suite 1000, Austin, Texas, pursuant to the Rules of the United States Court of Federal Claims (and the provisions stated on the record or attached therein).

A P P E A R A N C E S

FOR THE PLAINTIFF:
Mr. Brian Erikson
QUILLING, SELANDER, CUMMISKEY & LOWNDS, PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214)871-2100

FOR THE DEFENDANT:
Mr. John Kosloske
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
1100 L. Street, N.W., Suite 12052
Washington, D.C. 20530
(202)307-0282

ALSO PRESENT:
Mr. Rudy Renda
Mr. George Strickler

EDDIE FISHER

having being first duly sworn, testified as follows:

EXAMINATION

BY MR. KOSLOSKE:

Q. Would you state your full name and spell it for the record, please.

A. Eddie Ross Fisher; E-d-d-i-e, R-o-s-s, F-i-s-h-e-r.

Q. Mr. Fisher, my name is John Kosloske. I'm an attorney with the United States Department of Justice.

A. Okay.

Q. I'm representing the United States in a lawsuit by Renda Marine, Inc., against the United States, that's titled Renda Marine, Inc. versus the United States, No. 02-306C. It's filed in the United States Court of Federal Claims in Washington, D.C.

The case involves several claims by Renda Marine against the Government for compensation arising under a contract between Renda Marine and the United States acting through the Army Corps of Engineers, Galveston District, for dredging a part of the Houston Ship Channel, and the construction of a levee and related structures at the Lost Lake Placement Area.

This contract is what is referred to in this litigation commonly by the parties as the Upper

Q. If you need a break during the deposition to stretch your legs or use the facility, just say so, and we'll take a short break. It's not a problem.

A. Okay.

Q. We don't intend for this to be an arduous marathon. We try to make you as comfortable as possible.

A. Okay. Thanks.

Q. Mr. Fisher, what is your present occupation?

A. I am the director of the Coastal Stewardship Division of the Texas General Land Office.

Q. How long have you held that position?

A. Just about three years.

Q. Briefly, what are the duties and responsibilities of that position?

A. I manage several programs that are operated by the General Land Office. I manage the coastal erosion program, the beach and dune program, and the natural resource damage assessment program.

Q. Would you state your business address and telephone for the record.

A. 1700 North Congress, Austin, Texas; the phone is 512-463-9215.

Q. And is that 1700 North Congress Drive?

A. I think it's avenue, but I'm not sure.

Q. Okay. And is the ZIP code 78711?
A. Correct.
Q. And would you state for the record your residential address and telephone?
A. 10212 Ivanhoe Trail, Austin, Texas, 78748; 512-292-7699.
Q. Where did you reside immediately before Austin, Texas?
A. I lived in Clear Lake City, Texas.
Q. Okay. And do you recall the month and year that you moved from Clear Lake, Texas, to Austin, Texas?
A. It was May, and the year was 2000, I believe. 2000 or 2001. I don't recall.
Q. Did you make that move before or after your employment with Renda Marine terminated?
A. After.
Q. What is your date of birth?
A. July 31, 1954.
Q. What is your education?
A. I have a Bachelor of Journalism from the University of Texas at Austin.
Q. Did you receive that in 1975?
A. Correct.
Q. Is that sometimes also described as a Bachelor

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RENDA MARINE, INC. | ) | |
| | ) | |
| Plaintiff | ) | CASE NO. 02-306C |
| | ) | |
| V. | ) | |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant | ) | |

* * * * * * * * * * * * * * * *

STEVE BOWMAN

* * * * * * * * * * * * * * * *

COPY

January 12, 2004 Dallas, Texas

Monica S. Faulk

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RENDA MARINE, INC. | ) | |
| | ) | |
| Plaintiff | ) | CASE NO. 02-306C |
| | ) | |
| V. | ) | |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant | ) | |

* * * * * * * * * * * * * * * *

STEVE BOWMAN

* * * * * * * * * * * * * * * *

ANSWERS AND ORAL DEPOSITION OF STEVE BOWMAN, produced as a witness at the instance of the Defendant, taken in the above-styled and -numbered cause on the 12th day of January, 2002, at 9:15 a.m., before Monica S. Faulk, a Certified Shorthand Reporter in and for the State of Texas, in the conference room of QUILLING, SELANDER, CUMMISKEY & LOWNDS, 2001 Bryan Street, Suite 1800, City of Dallas, County of Dallas and State of Texas, in accordance with the Federal Rules of Civil Procedure and the agreement hereinafter set forth:

APPEARANCES

UNITED STATES DEPARTMENT OF JUSTICE
1100 L Street, N.W., Room 12052
Washington, DC 20005
By: Mr. John Kosloske

APPEARING ON BEHALF OF THE UNITED STATES

QUILLING, SELANDER, CUMMISKEY & LOWNDS
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
By: Mr. Brian Erikson

APPEARING ON BEHALF OF RENDA MARINE, INC.

Also Present:

George Strickler

I N D E X

ORAL DEPOSITION OF STEVE BOWMAN
Taken on January 12, 2004

PAGE

Appearances....................................3

Exhibit Index..................................5

STEVE BOWMAN

DIRECT EXAMINATION
BY: Mr. Kosloske........................6

Signature and Corrigendum..........................203

Reporter's Certificate.............................204

## EXHIBIT INDEX


| GOVERNMENT EXHIBIT | | PAGE FIRST REFERENCED |
|---|---|---|
| 1 | Diagrams (Not attached to transcript as agreement made between counsel) | 47 |
| 2 | Decimal point letter | 54 |
| 3 | Bid estimate worksheets | 70 |
| 4 | Bid estimate worksheets | 88 |
| 5 | Bid estimate worksheets | 101 |
| 6 | Letter | 103 |
| 7 | Letter | 104 |
| 8 | Letter | 106 |
| 9 | Letter | 136 |
| 10 | Letter | 157 |
| 11 | Letter | 161 |
| 12 | Letter | 163 |
| 13 | Letter | 164 |
| 14 | Letter | 169 |
| 15 | Letter | 173 |
| 16 | Letter | 174 |
| 17 | Letter | 176 |
| 18 | Letter | 180 |
| 19 | Letter | 181 |
| 20 | Letter | 184 |
| 21 | Letter | 185 |
| 22 | Letter | 187 |
| 23 | Letter | 190 |
| 24 | Letter | 195 |
| 25 | Letter | 199 |

S T I P U L A T I O N S

(Deposition commenced at 9:15 a.m.)

MR. KOSLOSKE: My name is John Kosloske. I'm attorney with the Department of Justice. I represent the United States in the litigation that's styled Renda Marine, Inc. versus the United States. It's case number 02-306C. It's in the Court of Federal Claims.

MR. ERIKSON: And I'm Brian Erikson. I represent Renda Marine.

MR. STRICKLER: George Strickler, and just a consultant.

MR. BOWMAN: Steve Bowman. An ex-Renda Marine employee.

STEVE BOWMAN,

the witness, having been duly sworn to tell the truth, testified on his oath as follows:

DIRECT EXAMINATION

BY MR. KOSLOSKE:

Q. Would you state your full name for the record and spell it, please?

A. Steven, S-t-e-v-e-n, Craig, C-r-a-i-g, Bowman, B-o-w-m-a-n.

Q. What is your occupation, Mr. Bowman?

A. I am involved in the construction industry

and recently chemical manufacturing. I'm the principal in a firm from Northern Oklahoma.

Q. What firm is that?

A. Arrow Head Chemical, LLC out of Pryor, Oklahoma.

Q. And how long have you been affiliated with Arrow Head Chemical, LLC?

A. We created Arrow Head last June.

Q. That would be June of 2003?

A. Right. I'm also involved with a partnership with a man -- Sludge Technology, Inc. We're doing some work in the Dallas area, dredging work.

Q. Does Oscar Renda or Rudy Renda have any involvement with Arrow Head Chemical, LLC?

A. No.

Q. Do they have any involvement with Sludge Technology?

A. No.

Q. Have you ever had your deposition taken before, Mr. Bowman?

A. Yes, sir.

Q. How many times?

A. I have no idea. Over 10 probably.

Q. Okay. Just a few ground rules for the deposition so that the court reporter can accurately

the Freeport office and/or things that I had would have been copied.

Q. What I'm representing to you is that we've gone through what's been produced by Renda Marine in the litigation, and it doesn't support these worksheets much less the final recap. Now, we have the final recap worksheet because you had submitted it to the Corps of Engineers. That's where this comes from.

A. Well, they didn't ask for anything other than this.

Q. But under the circumstances, just to be sure, would you mind that -- I think we would like to look at anything that you may presently have that relates to the Upper Bayou project just to --

A. Make sure.

Q. -- satisfy ourselves that, yeah, you don't happen to have something that we haven't seen.

A. Yeah. I mean, I can't do it this week.

Q. Perhaps during a break we can talk about timing for that. I didn't ask you at the beginning of the deposition, what is your present work address, your business address?

A. Let me just give you the house address.

Q. All right.

A. I don't need this stuff going to Oklahoma, and I'm in the midst of finishing up a partnership with another man. So I don't want to -- 1917 Easy Street. My address, just send it there.

Q. And is that in Dallas, Texas?

A. Arlington, Texas.

Q. Arlington, Texas?

A. Right.

Q. And what's your zip code?

A. 76013.

Q. And what's your telephone number?

A. The phone at the house is (817) 795-3793. Mobile phone number is (972) 670-7568, (817) 675-3732. And then I've got an Oklahoma line. It's (918) 348-9583.

Q. When you were preparing the bid -- for the bid estimate for the Upper Bayou project, did you review the contract specifications and the contract plans and drawings?

A. Yes.

Q. Did you read all of the specifications?

A. I felt comfortable with what I read, yes. To say that I read all of the attached and referenced documents, no, I didn't read the FARS (phonetic).

Q. Did you read the specifications that were