# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: February 3, 2005)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is Defendant's Motion for Leave to Serve Trial Subpoena at Location More Than 100 Miles From the Site of Trial, filed electronically February 2, 2005. For the reasons stated therein, the court GRANTS defendant's motion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge