# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: February 3, 2005)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is Defendant's Renewed Motion for Leave to File Portions of Deposition Transcripts, filed electronically February 2, 2005. For the reasons stated therein, the court GRANTS defendant's motion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge