# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: February 3, 2005)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Revised Motion to Limit Testimony by Plaintiff's Experts, filed electronically February 2, 2005. In light of this pending motion, the court orders the following:

1. Plaintiff shall file its response to defendant's motion on or before Thursday, February 10, 2005.

2. Defendant shall file its reply to plaintiff's response, if any, on or before Monday, February 14, 2005.

Each party shall file its response or reply not later than 5:00 p.m. Eastern Standard Time.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge