## Table 1. Summary of Consistency, Relative Density, and Laboratory Classification for Remaining Depth

| | | | Consistency of Cohesive Soil | | | | | | Relative Density of Cohesionless Soils | | | | | | Laboratory Classification | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Section No. | Line Station Number | Boring Log Number | Very Soft Vso | Soft So | Medium Stiff Med S | Stiff S | Very Stiff VS | Hard H | Very Loose VL | Loose L | Medium Dense Med D | Dense D | Very Dense VD | Sum of Graphical Measured | Inorganic Clays of High Plasticity, Fat Clays CH | Inorganic Clays Low to medium Plasticity, Lean Clays CL | Inorganic Silts Very Fine Sands, w/ Slight Plasticity ML | Clayey Sands, Sand-Clay Mixtures SC | Silty Sands, Sand-Silt Mixtures SM | Organic Clays of Medium to High Plasticity Organic Silts OH | Sum of Graphical Measured |
| | | | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY |
| 3 | 51000.00T | | | | | | | | | | | | | | | | | | | | |
| 3 | 51100.00T | | | 2,707 | | | 17,963 | 4,183 | | | | | | 24,853 | 19,440 | 5,414 | | | | | 24,853 |
| 3 | 51200.00T | 3ST-1 | 21,131 | 2,915 | | | | | | | | | | 24,045 | 18,702 | 5,343 | | | | | 24,045 |
| 3 | 51300.00T | | 10,534 | 1,453 | | | | | | | | | | 11,987 | 9,323 | 2,664 | | | | | 11,987 |
| | spl | | 10,776 | 1,332 | | | | | | | | | | 12,108 | 7,749 | 4,359 | | | | | 12,108 |
| 3 | 51400.00T | 3ST-1 | 21,773 | 2,691 | | | | | | | | | | 24,464 | 15,657 | 8,807 | | | | | 24,464 |
| 3 | 51500.00T | | 10,914 | 1,349 | | | | | | | | | | 12,263 | 7,848 | 4,415 | | | | | 12,263 |
| | spl | | 11,159 | 981 | | | | | | | | | | 12,140 | 7,603 | 4,537 | | | | | 12,140 |
| 3 | 51600.00T | | 22,246 | 1,956 | | | | | | | | | | 24,202 | 15,157 | 9,045 | | | | | 24,202 |
| 3 | 51700.00T | | 11,122 | 978 | | | | | | | | | | 12,100 | 7,578 | 4,522 | | | | | 12,100 |
| | spl | | 10,755 | 1,344 | | | | | | | | | | 12,100 | 6,967 | 5,133 | | | | | 12,100 |
| | | | | | | | | | | | | | | | | | | | | | |
| 3 | 51800.00T | | 21,392 | 2,674 | | | | | | | | | | 24,066 | 13,856 | 10,210 | | | | | 24,066 |
| 3 | 51900.00T | | 10,423 | 1,303 | | | | | | | | | | 11,726 | 6,751 | 4,974 | | | | | 11,726 |
| | spl | | 2,843 | 2,487 | 2,013 | | 4,145 | | | | 474 | | | 11,962 | 4,264 | 6,159 | 1,066 | | 474 | | 11,962 |
| 3 | 52000.00T | 3ST-2 | 5,549 | 4,855 | 3,930 | | 8,092 | | | | 925 | | | 23,350 | 8,323 | 12,022 | 2,081 | | 925 | | 23,350 |
| 3 | 52100.00T | | 2,997 | 2,623 | 2,123 | | 4,371 | | | | 500 | | | 12,614 | 4,496 | 6,494 | 1,124 | | 500 | | 12,614 |
| | spl | | 3,872 | 2,498 | 1,499 | | 3,996 | | | | 624 | | | 12,489 | 4,621 | 6,245 | 999 | | 624 | | 12,489 |
| 3 | 52200.00T | 3ST-2 | 9,123 | 5,886 | 3,532 | | 9,418 | | | | 1,472 | | | 29,430 | 10,889 | 14,715 | 2,354 | | 1,472 | | 29,430 |
| | 52300.00T | | 5,291 | 3,414 | 2,048 | | 5,462 | | | | 853 | | | 17,068 | 6,315 | 8,534 | 1,365 | | 853 | | 17,068 |
| | spl | | 6,827 | 2,048 | 1,536 | | 1,707 | 1,365 | | | 3,755 | | | 17,239 | 3,755 | 9,387 | 4,096 | | | | 17,239 |
| 3 | 52400.00T | | 15,798 | 4,739 | 3,554 | | 3,949 | 3,160 | | | 8,689 | | | 39,889 | 8,689 | 21,722 | 9,479 | | | | 39,889 |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | 214,524 | 50,232 | 20,236 | | 59,103 | 8,708 | | | 17,291 | | | 370,094 | 187,981 | 154,701 | 22,565 | | 4,847 | | 370,094 |
| | | | 58% | 14% | 5% | | 16% | 2% | | | 5% | | | 100% | 51% | 42% | 6% | | 1% | | 100% |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| 4 | 52400.00T | 3ST-3 | | | | | | | | | | | | | | | | | | | |
| 4 | 52500.00T | | 17,992 | 5,397 | 4,048 | | 4,498 | 3,598 | | | 9,895 | | | 45,429 | 9,895 | 24,738 | 10,795 | | | | 45,429 |
| 4 | 52600.00T | | 10,115 | 3,034 | 2,276 | | 2,529 | 2,023 | | | 5,563 | | | 25,540 | 5,563 | 13,908 | 6,069 | | | | 25,540 |
| | spl | | 12,896 | 1,770 | 10,368 | | | | | | | | | 25,034 | 14,666 | 7,586 | 2,782 | | | | 25,034 |
| 4 | 52700.00T | | 28,875 | 3,963 | 23,213 | | | | | | | | | 56,052 | 32,838 | 16,985 | 6,228 | | | | 56,052 |
| 4 | 52735.12T | 93-62 | 10,718 | 1,471 | 8,616 | | | | | | | | | 20,805 | 12,189 | 6,305 | 2,312 | | | | 20,805 |
| 4 | 52800.00T | | 19,908 | 2,733 | 16,005 | | | | | | | | | 38,646 | 22,641 | 11,711 | 4,294 | | | | 38,646 |
| 4 | 52900.00T | | 8,972 | 16,150 | | | | 26,319 | | 8,972 | | | | 60,413 | 16,150 | 29,309 | 5,982 | 8,972 | | | 60,413 |
| 4 | 53000.00T | 3ST-4 | 8,849 | 15,928 | | | | 25,956 | | 8,849 | | | | 59,582 | 15,928 | 28,906 | 5,899 | 8,849 | | | 59,582 |
| 4 | 53100.00T | | 8,791 | 15,823 | | | | 25,786 | | 8,791 | | | | 59,191 | 15,823 | 28,716 | 5,861 | 8,791 | | | 59,191 |
| 4 | 53152.17T | | 2,309 | 4,156 | | | | 6,773 | | 2,309 | | | | 15,547 | 4,156 | 7,543 | 1,539 | 2,309 | | | 15,547 |
| | spl | | | 2,463 | 1,539 | | 8,620 | 1,231 | | | 462 | 1,078 | | 15,393 | 4,156 | 9,698 | 924 | 616 | | | 15,393 |
| 4 | 53152.17T | | | | | | | | | | | | | | | | | | | | |
| 4 | 53200.00T | | | 4,502 | 2,814 | | 15,758 | 2,251 | | | 844 | 1,970 | | 28,139 | 7,598 | 17,728 | 1,688 | 1,126 | | | 28,139 |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | 129,425 | 77,391 | 68,879 | | 31,405 | 93,938 | | 28,921 | 16,764 | 3,047 | | 449,770 | 158,646 | 202,336 | 51,760 | 31,271 | 5,757 | | 449,770 |
| | | | 29% | 17% | 15% | | 7% | 21% | | 6% | 4% | 1% | | 100% | 35% | 45% | 12% | 7% | 1% | | 100% |

# Table 1. Summary of Consistency, Relative Density, and Laboratory Classification for Remaining Depth

| Section No. | Line Station Number | Boring Log Number | Very Soft Vso | Soft So | Medium Stiff Med S | Stiff S | Very Stiff VS | Hard H | Very Loose VL | Loose L | Medium Dense Med D | Dense D | Very Dense VD | Sum of Graphical Measured | Inorganic Clays of High Plasticity, Fat Clays CH | Inorganic Clays Low to medium Plasticity, Lean Clays CL | Inorganic Silts Very Fine Sands, w/ Slight Plasticity ML | Clayey Sands, Sand-Clay Mixtures SC | Silty Sands, Sand-Silt Mixtures SM | Organic Clays of Medium to High Plasticity Organic Silts OH | Sum of Graphical Measured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Consistency of Cohesive Soil | | | | | | Relative Density of Cohesionless Soils | | | | | | Laboratory Classification | | | | | | |
| | | | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY |
| 5 | 53200.00T | | | | | | | | | | | | | | | | | | | | |
| 5 | 53300.00T | | 514 | 5,295 | 36,223 | | 498 | 6,321 | | | 6,376 | 4,805 | | 60,032 | 12,130 | 36,721 | | 3,242 | 7,939 | | 60,032 |
| 5 | 53400.00T | | 529 | 5,447 | 37,264 | | 512 | 6,503 | | | 6,559 | 4,943 | | 61,757 | 12,479 | 37,776 | | 3,335 | 6,167 | | 61,757 |
| | | 3ST-5 | | | | | | | | | | | | | | | | | | | |
| 5 | 53500.00T | | 535 | 5,514 | 37,719 | | 518 | 6,582 | | | 6,639 | 5,003 | | 62,510 | 12,631 | 38,237 | | 3,375 | 8,267 | | 62,510 |
| 5 | 53600.00T | | 267 | 2,751 | 18,819 | | 259 | 3,284 | | | 3,312 | 2,496 | | 31,188 | 6,302 | 19,077 | | 1,684 | 4,125 | | 31,188 |
| | spl | | | 6,042 | | | 5,531 | 6,923 | 4,628 | | | 8,065 | | 31,188 | 6,042 | 12,453 | 8,065 | 4,628 | | | 31,188 |
| 5 | 53700.00T | | | 12,045 | | | 11,025 | 13,800 | 9,225 | | | 16,077 | | 62,171 | 12,045 | 24,825 | 16,077 | 9,225 | | | 62,171 |
| 5 | 53800.00T | 93-63 | | 11,987 | | | 10,972 | 13,734 | 9,181 | | | 15,999 | | 61,872 | 11,987 | 24,705 | 15,999 | 9,181 | | | 61,872 |
| | | 3ST-6 | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| 5 | 53900.00T | | | 11,855 | | | 10,851 | 13,582 | 9,080 | | | 15,823 | | 61,190 | 11,855 | 24,433 | 15,823 | 9,080 | | | 61,190 |
| 5 | 54000.00T | | 10,284 | 20,061 | | | | | | | | 24,060 | 5,612 | 60,017 | 4,013 | 23,077 | | 5,612 | 27,314 | | 60,017 |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | 12,129 | 80,995 | 130,025 | | 40,164 | 70,729 | 32,113 | | 22,886 | 97,271 | 5,612 | 491,925 | 89,483 | 241,305 | 55,963 | 49,361 | 55,812 | | 491,925 |
| | | | 2% | 16% | 26% | | 8% | 14% | 7% | | 5% | 20% | 1% | 100% | 18% | 49% | 11% | 10% | 11% | | 100% |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| 6 | 54000.00T | | | | | | | | | | | | | | | | | | | | |
| 6 | 54100.00T | | 10,232 | 19,958 | | | | | | | | 23,937 | 5,584 | 59,711 | 4,180 | 22,690 | | 5,374 | 26,870 | | 59,114 |
| 6 | 54200.00T | | 10,314 | 20,119 | | | | | | | | 24,130 | 5,629 | 60,191 | 4,213 | 22,873 | | 5,417 | 27,086 | | 59,589 |
| 6 | 54300.00T | | 10,380 | 20,249 | | | | | | | | 24,285 | 5,665 | 60,579 | 4,241 | 23,020 | | 5,452 | 27,261 | | 59,973 |
| 6 | 54406.55T | 3ST-7 | 10,948 | 21,357 | | | | | | | | 25,615 | 5,975 | 63,895 | 4,473 | 24,280 | | 5,751 | 28,753 | | 63,256 |
| | | 72-105 | | | | | | | | | | | | | | | | | | | |
| 6 | 54500.00T | | 8,540 | 16,660 | | | | | | | | 19,981 | 4,661 | 49,842 | 3,489 | 18,940 | | 4,486 | 22,429 | | 49,344 |
| 6 | 54600.00T | | 7,004 | 13,663 | | | | | | | | 16,387 | 3,822 | 40,877 | 2,861 | 15,533 | | 3,679 | 18,395 | | 40,468 |
| 6 | 54700.00T | | 5,178 | 10,096 | | | | | | | | 12,109 | 2,825 | 30,206 | 2,114 | 11,478 | | 2,719 | 13,593 | | 29,904 |
| 6 | 54800.00T | | 19,642 | 271 | 2,238 | | | | | | 1,490 | | | 23,640 | 13,948 | 9,456 | | | | | 23,404 |
| 6 | 54900.00T | | 15,802 | 218 | 1,800 | | | | | | 1,198 | | | 19,018 | 11,221 | 7,607 | | | | | 18,828 |
| 6 | 55000.00T | | 12,237 | 169 | 1,394 | | | | | | 928 | | | 14,727 | 8,689 | 5,891 | | | | | 14,580 |
| 6 | 55066.00T | | 6,291 | 87 | 717 | | | | | | 477 | | | 7,572 | 4,467 | 3,029 | | | | | 7,496 |
| 6 | 55066.00T | | | | | | | | | | | | | | | | | | | | |
| 6 | 55200.00T | | 10,913 | 150 | 1,243 | | | | | | 828 | | | 13,134 | 7,749 | 5,254 | | | | | 13,003 |
| 6 | 55400.00T | | 13,985 | | | | | | | | | | | 13,985 | 10,908 | 3,077 | | | | | 13,985 |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | 141,465 | 122,996 | 7,391 | | | | | | 4,921 | 146,445 | 34,160 | 457,377 | 100,221 | 151,825 | | 34,160 | 171,171 | | - |
| | | | 31% | 27% | 2% | | | | | | 1% | 32% | 7% | 100% | 22% | 33% | | 7% | 37% | | 100% |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| 7 | 55400.00T | | | | | | | | | | | | | | | | | | | | |
| 7 | 55600.00T | 3ST-8W | 1,218 | | | | | | | | | | | 1,218 | 950 | 268 | | | | | 1,218 |
| | | 3ST-9W | | | | | | | | | | | | | | | | | | | |
| | | 93-64 | | | | | | | | | | | | | | | | | | | |
| 7 | 55800.00T | | 1,260 | | | | | | | | | | | 1,260 | 983 | 277 | | | | | 1,260 |
| 7 | 56000.00T | | 756 | | | | | | | | | | | 756 | | 756 | | | | | 756 |

**Table 1. Summary of Consistency, Relative Density, and Laboratory Classification for Remaining Depth**

| Section No. | Line Station Number | Boring Log Number | Consistency of Cohesive Soil: Very Soft Vso | Soft So | Medium Stiff Med S | Stiff S | Very Stiff VS | Hard H | Relative Density of Cohesionless Soils: Very Loose VL | Loose L | Medium Dense Med D | Dense D | Very Dense VD | Sum of Graphical Measured | Laboratory Classification: Inorganic Clays of High Plasticity, Fat Clays CH | Inorganic Clays Low to medium Plasticity, Lean Clays CL | Inorganic Silts Very Fine Sands, w/ Slight Plasticity ML | Clayey Sands, Sand-Clay Mixtures SC | Silty Sands, Sand-Silt Mixtures SM | Organic Clays of Medium to High Plasticity Organic Silts OH | Sum of Graphical Measured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY |
| 7 | 56200.00T | 3ST-10W | 2,287 | | | | | | | | | | | 2,287 | | 2,287 | | | | | 2,287 |
| 7 | 56400.00T | | 2,025 | | | | | | | | | | | 2,025 | | 2,025 | | | | | 2,025 |
| | spl | | 1,539 | 486 | | | | | | | | | | 2,025 | 486 | 1,539 | | | | | 2,025 |
| 7 | 56600.00T | 3ST-10W | 2,416 | 763 | | | | | | | | | | 3,179 | 763 | 2,416 | | | | | 3,179 |
| 7 | 56800.00T | | 1,351 | 427 | | | | | | | | | | 1,778 | 427 | 1,351 | | | | | 1,778 |
| | spl | | 1,422 | 231 | | | | 124 | | | | | | 1,778 | 533 | 1,245 | | | | | 1,778 |
| 7 | 57000.00T | 3ST-11W | 6,101 | 991 | | | | 534 | | | | | | 7,626 | 2,288 | 5,338 | | | | | 7,626 |
| | | 93-65 | | | | | | | | | | | | | | | | | | | |
| 7 | 57100.00T | | 4,542 | 738 | | | | 397 | | | | | | 5,678 | 1,703 | 3,975 | | | | | 5,678 |
| 7 | 57200.00T | | 5,678 | 923 | | | | 497 | | | | | | 7,097 | 2,129 | 4,968 | | | | | 7,097 |
| 7 | 57300.00T | | 4,006 | 651 | | | | 351 | | | | | | 5,008 | 1,502 | 3,506 | | | | | 5,008 |
| | spl | | | 1,603 | 200 | 250 | 150 | 2,654 | | | 150 | | | 5,008 | 2,504 | 2,354 | | 150 | | | 5,008 |
| 7 | 57400.00T | | | 4,530 | 566 | 708 | 425 | 7,503 | | | 425 | | | 14,157 | 7,079 | 6,654 | | 425 | | | 14,157 |
| 7 | 57500.00T | | | 5,276 | 660 | 824 | 495 | 8,739 | | | 495 | | | 16,489 | 8,245 | 7,750 | | 495 | | | 16,489 |
| 7 | 57600.00T | 3ST-12W | | 5,116 | 640 | 799 | 480 | 8,474 | | | 480 | | | 15,988 | 7,994 | 7,514 | | 480 | | | 15,988 |
| 7 | 57700.00T | | | 3,953 | 494 | 618 | 371 | 6,547 | | | 371 | | | 12,353 | 6,177 | 5,806 | | 371 | | | 12,353 |
| 7 | 57800.00T | | | 1,470 | 184 | 230 | 138 | 2,434 | | | 138 | | | 4,593 | 2,297 | 2,159 | | 138 | | | 4,593 |
| | spl | | | 1,653 | | | 2,940 | | | | | | | 4,593 | 1,653 | 2,940 | | | | | 4,593 |
| 7 | 57900.00T | | | 3,056 | | | 5,433 | | | | | | | 8,489 | 3,056 | 5,433 | | | | | 8,489 |
| 7 | 58000.00T | 3ST-13W | | 2,778 | | | 4,940 | | | | | | | 7,718 | 2,778 | 4,940 | | | | | 7,718 |
| | | 72-106 | | | | | | | | | | | | | | | | | | | |
| 22 | 58200.00T | | | 5,373 | | | 9,551 | | | | | | | 14,924 | 5,373 | 9,551 | | | | | 14,924 |
| 7 | 58400.00T | | | 6,687 | | | 6,396 | | | | | 1,599 | | 14,682 | 6,687 | 6,396 | | | 1,599 | | 14,682 |
| 7 | 58600.00T | 3ST-14 | | 6,311 | | | 6,037 | | | | | 1,509 | | 13,857 | 6,311 | 6,037 | | | 1,509 | | 13,857 |
| | | 3ST-15 | | | | | | | | | | | | | | | | | | | |
| 7 | 58800.00T | | | 5,937 | | | 5,679 | | | | | 1,420 | | 13,035 | 5,937 | 5,679 | | | 1,420 | | 13,035 |
| 7 | 59000.00T | | 12,621 | | | | | | | | | | | 12,621 | 12,621 | | | | | | 12,621 |
| 7 | 59169.58T | 93-66 | 10,864 | | | | | | | | | | | 10,864 | 10,864 | | | | | | 10,864 |
| | | 3ST-16 | | | | | | | | | | | | | | | | | | | |
| 7 | 59169.58T | | | | | | | | | | | | | | | | | | | | |
| 7 | 59200.00T | | 1,885 | | | | | | | | | | | 1,885 | 1,885 | | | | | | 1,885 |
| | | | | | | | | | | | | | | | | | | | | | |
| 7 | 59400.00T | | 5,639 | | 4,261 | | | | | | | 2,632 | | 12,531 | 5,639 | 4,261 | | | 2,632 | | 12,531 |
| 7 | 59600.00T | 3ST-17 | 6,210 | | 4,692 | | | | | | | 2,898 | | 13,799 | 6,210 | 4,692 | | | 2,898 | | 13,799 |
| 7 | 59800.00T | | 7,128 | | 5,386 | | | | | | | 3,327 | | 15,841 | 7,128 | 5,386 | | | 3,327 | | 15,841 |
| 7 | 60000.00T | | 10,534 | | | 7,321 | | | | | | | | 17,855 | 10,534 | 7,321 | | | | | 17,855 |
| 7 | 60200.00T | 3ST-18 | 11,035 | | | 7,668 | | | | | | | | 18,703 | 11,035 | 7,668 | | | | | 18,703 |
| 7 | 60400.00T | | 10,766 | | | 7,482 | | | | | | | | 18,248 | 10,766 | 7,482 | | | | | 18,248 |
| 7 | 60600.00T | | | 6,784 | | | | 9,915 | | | | | 522 | 17,220 | 16,698 | | | 522 | | | 17,220 |
| 7 | 60800.00T | 3ST-19 | | 6,316 | | | | 9,232 | | | | | 486 | 16,034 | 15,548 | | | | 486 | | 16,034 |
| 7 | 61000.00T | | | 5,698 | | | | 8,328 | | | | | 438 | 14,464 | 14,026 | | | | 438 | | 14,464 |
| 7 | 61200.00T | | | 6,300 | | | | 2,011 | | | | | 5,094 | 13,404 | 6,300 | 2,011 | | | 5,094 | | 13,404 |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | 111,284 | 84,052 | 17,082 | 25,900 | 43,033 | 67,739 | | | 2,058 | 13,384 | 6,540 | 371,071 | 207,109 | 141,981 | | 2,579 | 19,402 | | 371,071 |
| | | | 30% | 23% | 5% | 7% | 12% | 18% | | | 1% | 4% | 2% | 100% | 56% | 38% | | 1% | 5% | | 100% |

**Table 1. Summary of Consistency, Relative Density, and Laboratory Classification for Remaining Depth**

| Section No. | Line Station Number | Boring Log Number | Consistency of Cohesive Soil: Very Soft Vso | Soft So | Medium Stiff Med S | Stiff S | Very Stiff VS | Hard H | Relative Density of Cohesionless Soils: Very Loose VL | Loose L | Medium Dense Med D | Dense D | Very Dense VD | Sum of Graphical Measured | Laboratory Classification: Inorganic Clays of High Plasticity, Fat Clays CH | Inorganic Clays Low to medium Plasticity, Lean Clays CL | Inorganic Silts Very Fine Sands, w/ Slight Plasticity ML | Clayey Sands, Sand-Clay Mixtures SC | Silty Sands, Sand-Silt Mixtures SM | Organic Clays of Medium to High Plasticity Organic Silts OH | Sum of Graphical Measured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY |
| 8 | 61200.00T | | | | | | | | | | | | | | | | | | | | |
| 8 | 61400.00T | 3ST-20 | | 6,351 | | | | 2,027 | | | | | 5,135 | 13,512 | 6,351 | 2,027 | | | 5,135 | | 13,512 |
| 8 | 61600.00T | | | 6,556 | | | | 2,092 | | | | | 5,301 | 13,949 | 6,556 | 2,092 | | | 5,301 | | 13,949 |
| 8 | 61800.00T | | 5,315 | | | | 9,450 | | | | | | | 14,765 | 5,315 | 9,450 | | | | | 14,765 |
| 8 | 62000.00T | 3ST-22 | 5,177 | | | | 9,203 | | | | | | | 14,380 | 5,177 | 9,203 | | | | | |
| | | 3ST-21 | | | | | | | | | | | | | | | | | | | |
| 8 | 62200.00T | | 5,181 | | | | 9,211 | | | | | | | 14,392 | 5,181 | 9,211 | | | | | |
| 8 | 62274.05T | | 981 | | | | 1,743 | | | | | | | 2,724 | 981 | 1,743 | | | | | |
| | spl | | 654 | | | | | 1,090 | | | | 763 | 218 | 2,724 | 654 | 1,090 | | 218 | 763 | | |
| 8 | 62274.05T | | | | | | | | | | | | | | | | | | | | |
| 8 | 62400.00T | | 2,293 | | | | | 3,821 | | | | 2,675 | 764 | 9,553 | 2,293 | 3,821 | | 764 | 2,675 | | |
| 8 | 62600.00T | 3ST-23 | 3,750 | | | | | 6,250 | | | | 4,375 | 1,250 | 15,624 | 3,750 | 6,250 | | 1,250 | 4,375 | | |
| 8 | 62800.00T | | 3,701 | | | | | 6,168 | | | | 4,318 | 1,234 | 15,420 | 3,701 | 6,168 | | 1,234 | 4,318 | | |
| 8 | 63000.00T | | 1,804 | | | | | 3,007 | | | | 2,105 | 601 | 7,517 | 1,804 | 3,007 | | 601 | 2,105 | | |
| | spl | | 7,216 | | | | | | | | 301 | | | 7,517 | 3,232 | | 3,984 | | 301 | | |
| 8 | 63200.00T | | 14,462 | | | | | | | | 603 | | | 15,065 | 6,478 | | 7,984 | | 603 | | |
| 8 | 63347.28T | 3ST-24 | 11,148 | | | | | | | | 465 | | | 11,613 | 4,994 | | 6,155 | | 465 | | 11,613 |
| 8 | 63347.28T | | | | | | | | | | | | | | | | | | | | |
| 8 | 63400.00T | | 4,176 | | | | | | | | 174 | | | 4,350 | 1,871 | | 2,306 | | 174 | | 4,350 |
| 8 | 63500.00T | | 8,779 | | | | | | | | 366 | | | 9,145 | 3,932 | | 4,847 | | 366 | | 9,145 |
| 8 | 63600.00T | | 10,317 | | | | | | | | | | | 10,317 | 10,317 | | | | | | 10,317 |
| 8 | 63700.00T | | 11,455 | | | | | | | | | | | 11,455 | 11,455 | | | | | | 11,455 |
| 8 | 63800.00T | 93-67 | 12,443 | | | | | | | | | | | 12,443 | 12,443 | | | | | | 12,443 |
| | | 3ST-25 | | | | | | | | | | | | | | | | | | | |
| 8 | 63900.00T | | 13,250 | | | | | | | | | | | 13,250 | 13,250 | | | | | | 13,250 |
| 8 | 64000.00T | | 14,225 | | | | | | | | | | | 14,225 | 14,225 | | | | | | 14,225 |
| 8 | 64100.00T | | 7,468 | | | | | | | | | | | 7,468 | 7,468 | | | | | | 7,468 |
| | spl | | | 2,614 | 1,718 | 3,137 | | | | | | | | 7,468 | 1,344 | 3,958 | 2,166 | | | | 7,468 |
| 8 | 64200.00T | | | 5,394 | 3,545 | 6,473 | | | | | | | | 15,411 | 2,774 | 8,168 | 4,469 | | | | 15,411 |
| 8 | 64300.00T | | | 5,170 | 3,398 | 6,204 | | | | | | | | 14,772 | 2,659 | 7,829 | 4,284 | | | | 14,772 |
| 8 | 64400.00T | 3ST-27 | | 4,928 | 3,238 | 5,913 | | | | | | | | 14,079 | 2,534 | 7,462 | 4,083 | | | | 14,079 |
| | | 3ST-26 | | | | | | | | | | | | | | | | | | | |
| 8 | 64500.00T | | | 5,143 | 3,380 | 6,172 | | | | | | | | 14,695 | 2,645 | 7,788 | 4,262 | | | | 14,695 |
| 8 | 64600.00T | | | 4,889 | 3,213 | 5,867 | | | | | | | | 13,968 | 2,514 | 7,403 | 4,051 | | | | 13,968 |
| 8 | 64700.00T | | | 2,287 | 1,503 | 2,744 | | | | | | | | 6,533 | 1,176 | 3,462 | 1,895 | | | | 6,533 |
| | spl | | | 2,744 | | | 3,724 | | | | | | | 6,468 | 2,744 | 3,332 | | 392 | | | 6,468 |
| 8 | 64800.00T | | | 5,654 | | | 7,674 | | | | | | | 13,328 | 5,654 | 6,866 | | 808 | | | 13,328 |
| 8 | 64900.00T | | | 5,918 | | | 8,032 | | | | | | | 13,950 | 5,918 | 7,186 | | 845 | | | 13,950 |
| 8 | 65000.00T | 72-107 | | 6,134 | | | 8,324 | | | | | | | 14,458 | 6,134 | 7,448 | | 876 | | | 14,458 |
| | | 3ST-28 | | | | | | | | | | | | | | | | | | | |
| | | 72-107A | | | | | | | | | | | | | | | | | | | |
| | | | 143,795 | 63,781 | 19,993 | 36,509 | 57,361 | 24,454 | | | 1,908 | 14,235 | 14,502 | 376,538 | 167,523 | 124,965 | 50,484 | 6,989 | 26,577 | | 376,538 |
| | | | 38% | 17% | 5% | 10% | 15% | 6% | | | 1% | 4% | 4% | 100% | 44% | 33% | 13% | 2% | 7% | | 100% |

## Table 1. Summary of Consistency, Relative Density, and Laboratory Classification for Remaining Depth

| | | | Consistency of Cohesive Soil | | | | | | Relative Density of Cohesionless Soils | | | | | | Laboratory Classification | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Section No. | Line Station Number | Boring Log Number | Very Soft Vso | Soft So | Medium Stiff Med S | Stiff S | Very Stiff VS | Hard H | Very Loose VL | Loose L | Medium Dense Med D | Dense D | Very Dense VD | Sum of Graphical Measured | Inorganic Clays of High Plasticity, Fat Clays CH | Inorganic Clays Low to medium Plasticity, Lean Clays CL | Inorganic Silts Very Fine Sands, w/ Slight Plasticity ML | Clayey Sands, Sand-Clay Mixtures SC | Silty Sands, Sand-Silt Mixtures SM | Organic Clays of Medium to High Plasticity Organic Silts OH | Sum of Graphical Measured |
| | | | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY |
| 9 | 65800.00T | 3ST-29 | | - | | | - | - | | | | | | - | - | - | | | | | - |
| 9 | 65900.00T | | | 985 | | | 1,609 | 689 | | | | | | 3,283 | 1,674 | 1,609 | | | | | 3,283 |
| 9 | 66000.00T | | | 867 | | | 1,416 | 607 | | | | | | 2,889 | 1,473 | 1,416 | | | | | 2,889 |
| 9 | 66100.00T | | | 549 | | | 897 | 384 | | | | | | 1,830 | 933 | 897 | | | | | 1,830 |
| | spl | | | 1,830 | | | | | | | | | | 1,830 | 1,830 | | | | | | 1,830 |
| 9 | 66200.00T | | | 3,829 | | | | | | | | | | 3,829 | 3,829 | | | | | | 3,829 |
| 9 | 66300.00T | | | 4,307 | | | | | | | | | | 4,307 | 4,307 | | | | | | 4,307 |
| 9 | 66400.00T | 93-68 | | 4,499 | | | | | | | | | | 4,499 | 4,499 | | | | | | 4,499 |
| | | 3ST-30 | | | | | | | | | | | | | | | | | | | |
| 9 | 66500.00T | | | 3,648 | | | | | | | | | | 3,648 | 3,648 | | | | | | 3,648 |
| 9 | 66600.00T | | | 3,167 | | | | | | | | | | 3,167 | 3,167 | | | | | | 3,167 |
| 9 | 66700.00T | | | 4,180 | | | | | | | | | | 4,180 | 4,180 | | | | | | 4,180 |
| 9 | 66800.00T | | | 622 | | | 4,294 | | | | | 735 | | 5,650 | 4,916 | | | | 735 | | 5,650 |
| 9 | 66900.00T | | | 715 | | | 4,942 | | | | | 845 | | 6,503 | 5,658 | | | | 845 | | 6,503 |
| 9 | 67000.00T | | | 838 | | | 5,792 | | | | | 991 | | 7,621 | 6,630 | | | | 991 | | 7,621 |
| 9 | 67100.23T | 3ST-31 | | 844 | | | 5,830 | | | | | 997 | | 7,671 | 6,674 | | | | 997 | | 7,671 |
| 9 | 67200.00T | | | 808 | | | 5,584 | | | | | 955 | | 7,348 | 6,393 | | | | 955 | | 7,348 |
| 9 | 67300.00T | | | 1,031 | | | 7,123 | | | | | 1,218 | | 9,372 | 8,154 | | | | 1,218 | | 9,372 |
| 9 | 67400.00T | | | 12,308 | | | | | | | | | | 12,308 | 12,308 | | | | | | 12,308 |
| 9 | 67500.00T | | | 16,979 | | | | | | | | | | 16,979 | 16,979 | | | | | | 16,979 |
| 9 | 67600.00T | 3ST-32 | | 20,430 | | | | | | | | | | 20,430 | 20,430 | | | | | | 20,430 |
| | | 3ST-33 | | | | | | | | | | | | | | | | | | | |
| 9 | 67700.00T | | | 19,799 | | | | | | | | | | 19,799 | 19799 | | | | | | 19,799 |
| 9 | 67800.00T | | | 18,305 | | | | | | | | | | 18,305 | 18305 | | | | | | 18,305 |
| 9 | 67900.00T | | | 17,412 | | | | | | | | | | 17,412 | 17412 | | | | | | 17,412 |
| 9 | 68000.00T | | | 8,194 | | | | | | | | | | 8,194 | 8194 | | | | | | 8,194 |
| | spl | | | 8,194 | | | | | | | | | | 8,194 | 8,194 | | | | | | 8,194 |
| 9 | 68100.00T | | | 14,761 | | | | | | | | | | 14,761 | 14,761 | | | | | | 14,761 |
| 9 | 68200.00T | | | 12,748 | | | | | | | | | | 12,748 | 12,748 | | | | | | 12,748 |
| 9 | 68300.00T | | | 10,684 | | | | | | | | | | 10,684 | 10,684 | | | | | | 10,684 |
| 9 | 68406.58T | 3ST-34 | | 7,945 | | | | | | | | | | 7,945 | 7,945 | | | | | | 7,945 |
| | | | | 200,478 | | | 37,486 | 1,680 | | | | 5,741 | | 245,386 | 235,724 | 3,921 | | | 5,741 | | 245,386 |
| | | | | 82% | | | 15% | 1% | | | | 2% | | 100% | 96% | 2% | | | 2% | | 100% |

**Table 2. Summary of Consistency and Relative Density for Remaining Depth and Allowable Overdepth**

| | Consistency of Cohesive Soil | | | | | | Relative Density of Cohesionless Soils | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Section | Very Soft | Soft | Medium | Stiff | Very | Hard | Very | Loose | Medium | Dense | Very | Sum of |
| No. | Vso | So | Stiff | S | Stiff | H | Loose | L | Dense | D | Dense | Graphical |
| | | | Med S | | VS | | VL | | Med D | | VD | Measured |
| | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY |
| Sect 1 Remain | 3,961 | 92,454 | - | 77,505 | 11,048 | - | 11,797 | - | - | - | - | 196,765 |
| Allow OD | - | - | - | - | 22,941 | - | - | - | - | | - | 22,941 |
| Total | 3,961 | 92,454 | - | 77,505 | 33,989 | - | 11,797 | | | | | 219,706 |
| % | 2% | 42% | | 35% | 15% | | 5% | | | | | 100% |
| Sect 2 Remain | 35,472 | 102,136 | - | 22,931 | 135,345 | 39,669 | 946 | - | 8,846 | 5,955 | - | 351,299 |
| Allow OD | - | - | - | 4,030 | 16,037 | 12,064 | - | - | - | - | - | 32,131 |
| Total | 35,472 | 102,136 | - | 26,961 | 151,382 | 51,733 | 946 | - | 8,846 | 5,955 | | 383,430 |
| % | 9% | 27% | | 7% | 39% | 13% | 0% | | 2% | 2% | | 100% |
| Sect 3 Remain | 214,524 | 50,232 | 20,236 | - | 59,103 | 8,708 | - | - | 17,291 | - | - | 370,094 |
| Allow OD | - | 12,281 | - | - | 7,197 | - | - | - | - | - | - | 19,479 |
| Total | 214,524 | 62,513 | 20,236 | - | 66,300 | 8,708 | | | 17,291 | | | 389,573 |
| % | 55% | 16% | 5% | | 17% | 2% | | | 4% | | | 100% |
| Sect 4 Remain | 129,797 | 74,266 | 90,793 | - | 7,387 | 95,039 | - | 28,921 | 20,082 | 3,484 | - | 449,770 |
| Allow OD | - | - | - | - | 15,333 | 10,565 | - | - | - | - | - | 25,899 |
| Total | 129,797 | 74,266 | 90,793 | - | 22,721 | 105,605 | - | 28,921 | 20,082 | 3,484 | - | 475,669 |
| % | 27% | 16% | 19% | | 5% | 22% | | 6% | 4% | 1% | | 100% |
| Sect 5 Remain | 12,129 | 80,995 | 130,025 | - | 40,164 | 70,729 | 32,113 | - | 22,886 | 97,271 | 5,612 | 491,925 |
| Allow OD | - | - | - | - | - | 18,950 | - | - | - | - | - | 18,950 |
| Total | 12,129 | 80,995 | 130,025 | - | 40,164 | 89,679 | 32,113 | - | 22,886 | 97,271 | 5,612 | 510,875 |
| % | 2% | 16% | 25% | | 8% | 18% | 6% | | 4% | 19% | 1% | 100% |
| Sect 6 Remain | 141,465 | 122,996 | 7,391 | - | - | - | - | - | 4,921 | 146,445 | 34,160 | 457,377 |
| Allow OD | 1,963 | 978 | - | - | 6,022 | - | - | - | 10,165 | 1,869 | - | 20,997 |
| Total | 143,427 | 123,974 | 7,391 | - | 6,022 | - | - | - | 15,086 | 148,314 | 34,160 | 478,374 |
| % | 30% | 26% | 2% | | 1% | | | | 3% | 31% | 7% | 100% |
| Sect 7 Remain | 111,284 | 84,052 | 17,082 | 25,900 | 43,033 | 67,739 | - | - | 2,058 | 13,384 | 6,540 | 371,071 |
| Allow OD | 17,406 | - | 9,563 | - | 9,133 | 20,667 | - | - | - | - | 2,585 | 59,353 |
| Total | 128,690 | 84,052 | 26,644 | 25,900 | 52,166 | 88,406 | - | - | 2,058 | 13,384 | 9,125 | 430,424 |
| % | 30% | 20% | 6% | 6% | 12% | 21% | | | 0.5% | 3% | 2% | 100% |
| Sect 8 Remain | 143,795 | 63,781 | 19,993 | 36,509 | 57,361 | 24,454 | - | - | 1,908 | 14,235 | 14,502 | 376,538 |
| Allow OD | - | - | - | - | 22,135 | 19,489 | - | - | 2,311 | - | 5,170 | 49,105 |
| Total | 143,795 | 63,781 | 19,993 | 36,509 | 79,496 | 43,943 | - | - | 4,219 | 14,235 | 19,673 | 425,643 |
| % | 34% | 15% | 5% | 9% | 19% | 10% | | | 1% | 3% | 5% | 100% |
| Sect 9 Remain | - | 200,478 | - | - | 37,486 | 1,680 | - | - | - | 5,741 | - | 245,386 |
| Allow OD | 10,267 | - | - | 2,296 | 7,222 | 4,602 | - | - | 185 | 741 | - | 25,313 |
| Total | 10,267 | 200,478 | - | 2,296 | 44,709 | 6,282 | - | - | 185 | 6,482 | - | 270,699 |
| % | 4% | 74% | | 1% | 17% | 2% | | | 0.1% | 2% | | 100% |
| TotalAllow OD | 29,635 | 13,260 | 9,563 | 6,326 | 106,020 | 86,337 | - | - | 12,661 | 2,610 | 7,756 | 274,167 |
| %Total AOD | 11% | 5% | 3% | 2% | 39% | 31% | | | 5% | 1% | 3% | 100% |
| Total Remain | 792,428 | 871,389 | 285,521 | 162,845 | 390,928 | 308,019 | 44,857 | 28,921 | 77,991 | 286,514 | 60,814 | 3,310,225 |
| Grand Total | 822,063 | 884,648 | 295,083 | 169,171 | 496,948 | 394,356 | 44,857 | 28,921 | 90,652 | 289,124 | 68,569 | 3,584,392 |
| % GranTotal | 23% | 25% | 8% | 5% | 14% | 11% | 1% | 1% | 3% | 8% | 2% | 100% |

Table 3. Summary of Laboratory Classification for Remaining Depth and Allowable Overdepth

| Section | Inorganic | Inorganic | Inorganic | Clayey | Silty | Organic | Sum of |
|---|---|---|---|---|---|---|---|
| No. | Clays of | Clays of | Silts & | Sands, | Sands, | Clays of | Graphical |
| | High | Low to | Very Fine | Sand- | Sand- | Medium | Measured |
| | Plasticity, | Medium | Sands, w/ | Clay | Silt | to High | |
| | Fat Clays | Plasticity, | Slight | Mixtures | Mixtures | Plasticity | |
| | | Lean Clays | Plasticity | | | Organic Silts | |
| | CH | CL | ML | SC | SM | OH | |
| | CY | CY | CY | CY | CY | CY | CY |
| Sect 1 Remain | 128,267 | 21,524 | - | - | 11,797 | 35,177 | 196,765 |
| Allow OD | 14,904 | 8,037 | - | - | - | - | 22,941 |
| Total | 143,171 | 29,561 | | | 11,797 | 35,177 | 219,706 |
| % | 65% | 13% | | | 5% | 16% | 100% |
| Sect 2 Remain | 246,832 | 70,375 | - | - | 34,092 | - | 351,299 |
| Allow OD | 9,222 | 22,909 | - | - | - | - | 32,131 |
| Total | 256,054 | 93,284 | | | 34,092 | | 383,430 |
| % | 67% | 24% | | | 9% | | 100% |
| Sect 3 Remain | 187,981 | 154,701 | 22,565 | - | 4,847 | - | 370,094 |
| Allow OD | 5,049 | 14,430 | - | - | - | - | 19,479 |
| Total | 193,030 | 169,131 | 22,565 | | 4,847 | | 389,573 |
| % | 50% | 43% | 6% | | 1% | | 100% |
| Sect 4 Remain | 158,646 | 202,336 | 51,760 | 31,271 | 5,757 | - | 449,770 |
| Allow OD | 12,074 | 13,825 | - | - | - | - | 25,899 |
| Total | 170,720 | 216,160 | 51,760 | 31,271 | 5,757 | - | 475,669 |
| % | 36% | 45% | 11% | 7% | | | 99% |
| Sect 5 Remain | 89,483 | 241,305 | 55,963 | 49,361 | 55,812 | - | 491,925 |
| Allow OD | 18,950 | - | - | - | - | - | 18,950 |
| Total | 108,433 | 241,305 | 55,963 | 49,361 | 55,812 | | 510,875 |
| % | 21% | 47% | 11% | 10% | 11% | | 100% |
| Sect 6 Remain | 100,221 | 151,825 | - | 34,160 | 171,171 | - | 457,377 |
| Allow OD | 7,000 | 1,963 | - | - | 12,034 | - | 20,997 |
| Total | 107,221 | 153,788 | | 34,160 | 183,205 | | 478,374 |
| % | 22% | 32% | | 7% | 38% | | 100% |
| Sect 7 Remain | 207,109 | 141,981 | - | 2,579 | 19,402 | - | 371,071 |
| Allow OD | 21,341 | 35,427 | - | 2,585 | - | - | 59,353 |
| Total | 228,449 | 177,408 | | 5,165 | 19,402 | | 430,424 |
| % | 53% | 41% | | 1% | 5% | | 100% |
| Sect 8 Remain | 167,523 | 124,965 | 50,484 | 6,989 | 26,577 | - | 376,538 |
| Allow OD | 10,569 | 29,826 | 3,541 | 5,170 | - | - | 49,105 |
| Total | 178,092 | 154,790 | 54,025 | 12,159 | 26,577 | | 425,643 |
| % | 42% | 36% | 13% | 3% | 6% | | 100% |
| Sect 9 Remain | 235,724 | 3,921 | - | - | 5,741 | - | 245,386 |
| Allow OD | 24,387 | - | - | - | 926 | - | 25,313 |
| Total | 260,111 | 3,921 | | | 6,667 | | 270,699 |
| % | 96% | 1% | | | 2% | | 100% |
| Total Allow OD | 123,495 | 126,416 | 3,541 | 7,756 | 12,960 | - | 274,167 |
| %Total AOD | 45% | 46% | 1% | 3% | 5% | | 100% |
| Total Remain | 1,521,787 | 1,112,932 | 180,772 | 124,360 | 335,198 | 35,177 | 3,310,225 |
| Grand Total | 1,645,281 | 1,239,348 | 184,312 | 132,115 | 348,158 | 35,177 | 3,584,392 |
| % Grand Total | 46% | 35% | 5% | 4% | 10% | 1% | 100% |

**Table 4. Hydraulic Levee "Neat Line" Volumes and Dimensions and Stations**

| Stations, Crest Width, Height, and Volumes for both Hydraulic and Mechanical Levees | | | | | | | |
|---|---|---|---|---|---|---|---|
| Levee | Crest | Height | Base | Cross | | Distance | Volume |
| Stations | Width | | Width | Section | | Between | |
| | | | | Area | | X-sections | |
| | ft | ft | ft | sf | | ft | CY |
| 400 | 10 | 20 | 142 | 1520 | | | |
| 2000 | 10 | 18.5 | 126 | 1258 | | 1600 | 82,311 |
| 3900 | 10 | 18 | 120 | 1170 | | 1900 | 85,430 |
| 5600 | 10 | 17 | 112 | 1037 | | 1700 | 69,480 |
| | | | | | | | |
| 6150 | 10 | 16.5 | 110 | 990 | | | |
| 8900 | 10 | 13 | 95 | 683 | | 2750 | 85,174 |
| 9700 | 10 | 14 | 94 | 728 | | 800 | 20,896 |
| | | | | | | | |
| 16600 | 10 | 16 | 106 | 928 | | | |
| 17950 | 10 | 15.5 | 106 | 899 | | 1350 | 45,675 |
| 19700 | 10 | 16.5 | 108 | 974 | | 1750 | 60,683 |
| 20900 | 10 | 17 | 112 | 1037 | | 1200 | 44,678 |
| 21500 | 10 | 20 | 142 | 1520 | | 600 | 28,411 |
| | | 202 | 1373 | Total "Neat Line" Perimeter Volume | | | 522,737 |
| | Average | 17 | 114 | "Neat Line" cubic yards per linear ft | | | 38 |
| Hyd Levee Stations | | Dist | | | | | |
| 16600 | 21500 | 4,900 | | | | | |
| 400 | 5600 | 5,200 | | | | | |
| 6150 | 9700 | 3,550 | | | | | |
| Hyd Levee Length | | 13,650 | | | | | |

# APPENDIX A

## Glossary of Geotechnical Descriptors

**Dredgeability.** Dredgeablility is the difficulty or ease of excavating, removable, transportation and placement of dredged materials.

**Relative Density.** Relative density of a cohesionless soil relates to its compactness and density with descriptive terms such as very loose, loose, medium dense, dense and very dense.

**Relative Consistency**. Relative consistency of a cohesive soil relates to its shear strength or unconfined compressive strength with descriptive terms such as very soft, soft, medium stiff, stiff, very stiff and hard.

**Standard Penetration Resistance, N**. Standard penetration test is applied to both cohesive and cohesionless soils. The tests consist of driving the standard penetration split-spoon sampler into the soil and counting the blows, N required driving the sampler the last 12 inches. The blows are imparted by a 140 pound weight falling 30 in. onto the drill rod to which the spoon is attached. The penetration number, referred to as N, is the number of blows to achieve the last 12 inches of penetration. The blow count for the last 12 inches of penetration is specified by ASTM because it is possible that boring disturbance may occur in the first 6 inches of soil at the bottom of the drill hole.

**Table A-1.** Geotechnical Characteristics of Dredge Channel Soils*

<u>Coarse Grained Soils are where more than half of the material is larger than No. 200 sieve size**.</u>

Sand and Sandy Soils

**SM** - Silty sands, sand-silt mixtures

**SC** - Clayey sands, sand-clay mixtures

<u>Fine Grained Soils are where more than half of the material is smaller than No. 200 sieve.</u>

Silts and Clays with LL or Liquid Limit <50

**ML**- Inorganic silts and very fine sands, rock flour, silty or clayey fine sands or clayey silts with slight plasticity

**CL** - Inorganic clays of low to medium plasticity, gravelly clays, sandy clays, silty clays, lean clays

<u>Fine Grained Soils are where more than half of the material is smaller than No. 200 sieve.</u>

Silts and Clays with LL or Liquid Limit >50

**CH**- Inorganic clays of high plasticity, fat clays

**OH**- Organic clays of medium to high plasticity, organic silts

*Technical Memorandum No. 3-357, "The Unified Classification System," August 1982, Geotechnical Laboratory U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS 38180 and ASTM 2487-93 "Classification of Soils for Engineering Purposes (Unified Soils Classification System)"

**The No. 200 sieve size is about the smallest particle visible to the naked eye.

**Table A-2.** Relative Consistency of Cohesive Soils*

| Unconfined Compressive Strength Tons/Sq Ft | Cohesive Consistency Description | N, Standard Penetration Resistance | Approx. Saturated Density pounds per cubic Ft |
|---|---|---|---|
| < 0.25 | Very Soft | 0-2 | 100-120 |
| 0.25-0.50 | Soft | 2-4 | 100-120 |
| 0.50-1.00 | Medium | 4-8 | 110-130 |
| 1.00-2.00 | Stiff | 8-16 | 120-140 |
| 2.00-4.00 | Very Stiff | 16-32 | 120-140 |
| >4.00 | Hard | >32 | |

*Bowles, Joseph E. "Foundation Analysis and Design," 1968 McGraw-Hill, Inc. page 126

**Table A-3.** Relative Density or Compactness of Cohesionless Soils*

| Relative Density or Compactness Description | Relative Density $D_r$ | N, Standard Penetration Resistance | Approx. range of Moist Unit Weight, pounds per cubic Ft | Friction Angle Degrees |
|---|---|---|---|---|
| Very Loose | 0-0.15 | 0-4 | 70-100 | 25-30 |
| Loose | 0.15-0.35 | 4-10 | 90-115 | 27-32 |
| Medium Dense | 0.35-0.65 | 10-30 | 110-130 | 30-35 |
| Dense | 0.65-0.85 | 30-50 | 110-140 | 35-40 |
| Very Dense | 0.85-1.00 | >50 | 130-150 | 38-43 |

*Bowles, Joseph E. "Foundation Analysis and Design," 1968, McGraw-Hill, Inc. page 125