# APPENDIX B

List of Cases where Dr. Fowler testified as an expert at trial or by deposition are shown below:

Nov 2003 Tampa Port Authority vs Gee and Jenson Engineers Architects-Planners, Inc., a Florida corporation, Hendry Corporation, a Florida corporation, and Nicolon Corporation, a foreign corporation.
(Deposition)

Oct 2003 Onyx Industrial Services, Inc. vs St. John's River Water Management District Case no. 01-560-CA-53 (Deposition)

Oct 2002 U.S. Steel vs Geraghty and Miller Inc. (Deposition)

Dec 1999 Skansi Oyster Corporation, Nick L. Skansi and Helen T. Skansi vs The Louisiana Land and Exploration Company, Phillips Petroleum Company and Club Oil & Gas LTD. (Deposition and Trial)

Jan 1997 Oyster Land Leasing, Inc. vs. The Louisiana Land and Exploration Company, Phillips Petroleum Company and Club Oil & Gas LTD.(Deposition and Trial)

April 1990 Weeks Marine Inc. vs. US Army Corps of Engineers Baltimore District, Baltimore, MD (Mediation)

June 1989 C.F. Bean Dredging, Inc. vs. US Army Corps of Engineers Norfolk District, Norfolk, VA (Mediation)

June 1988 T.L. James Inc. vs. US Army Corps of Engineers Baltimore District, Baltimore, MD (Mediation)

April 1987 Great Lakes Dredge and Docks Inc. vs. US Army Corps of Engineers Alaska District, Anchorage, AK (US Court of Appeals-trial Seattle Federal Court)

## APPENDIX C

Dr. Fowler's Resume

Jack Fowler, Ph.D., P.E.
Geotechnical Consultant
Geotec Associates
5000 Lowery Road
Vicksburg, Mississippi 39180
Telephone: 601-636-5475 FAX: 601-630-9911
E-mail jfowler@geotec.biz and www.geotec.biz

**Education:**

Dr. Fowler received his BS degree in Civil Engineering from the University of Mississippi in 1961, his MS degree in Civil Engineering from Mississippi State University in 1972, and his Ph.D. degree in Civil Engineering from Oklahoma State University in 1979. His major field of study was in Geotechnical Engineering. Dr. Fowler is a Registered Professional Engineer in the State of Mississippi, a member of ASCE, SAME, PIANC, WEDA and Chi Epsilon (Honorary Engineering Fraternity).

**Experience:**

Dr. Fowler worked for the Soil Conservation Service for 1 year while attending the University of Mississippi. After receiving his BS degree in 1961, he was employed by the Corps of Engineers Ballistic Missile Construction Office, Inglewood, California, as a construction inspector at the Jacksonville, Arkansas, Field Office. This work involved construction of 18 Titan II Missile Bases. Dr. Fowler was on Military leave of absence for 3 months in 1962 at Fort Polk, Louisiana, during the Berlin Crisis.

From 1962 to 1994, Dr. Fowler was employed at the US Army Engineer Waterways Experiment Station (WES) as a Research Civil Engineer. From 1962 to 1974 he participated in Geophysical exploration and vibroseismic surveys and design of vibration sensitive structures, dynamic testing of model radar foundations, development of design criteria and subsequent application and verification of design criteria from dynamic measurements from prototype structures. He also participated in the National Aeronautical Space Administration Saturn V Moon Exploration Program by conducting static and dynamic load tests of foundation piles prior to construction and instrumentation of selected foundation piles for static and dynamic measurements during static test firing of the first and second stages in test stands located at Stennis Space Center.

His master's thesis in 1972 consisted of evaluating an existing procedure for determining shear modulus of in situ soils at depth by vibratory techniques. He also participated in studies involving liquefaction phenomena of soils caused by earthquakes or other seismic sources, earthquake resistance of earth and rock fill dams and model studies of concrete arched structures subjected to both controlled and random vibrations.

His Ph.D. thesis in 1979 was concerned with design, construction and analysis of the first geotextile fabric reinforced embankment constructed on soft foundations in the United States. He participated in the Dredge Material Research Program as a Senior Project Engineer and principal investigator on numerous projects involving dewatering of dredged materials and design and construction of fabric reinforced containment levees and construction haul roads. He participated in the design of the first geomembrane and soil bentonite slurry wall trenches constructed for under seepage under one of the first successfully designed and constructed welded wire reinforced embankments for flood control protection. He was a principal leader in the preparation of a Technical Manual for Engineering use of Geotextiles for the Department of the Army. He was a principal investigator in the Dredged Research Program responsible for development of a Knowledge Based Expert Systems program for determining dredgeability of sediments for a work unit entitled "Descriptors for Bottom Sediments to be Dredged." He was also a principal assistant to the Chief, Soil Mechanics Branch, and was responsible for planning, executing, and analyzing the results from research and development studies for construction control of earth and rock fill dams and levee design.

Dr. Fowler has served as a consultant with the Construction Productivity Advancement Research Program (CPAR) at WES for "The Development and Demonstration of Dredged Material Containment Systems Using Geotextiles" and "Research, Development and Commercialization of a Ballistic Soil Nailing Systems." He is currently working with several Corps Engineer Districts, Port Authorities, consulting firms and the Navy concerning the containment of contaminated dredged material, municipal fly ash, lime, alum, animal waste and sewage sludge wastes in geotextile containers. He developed a proposed ASTM filtration protocol for geotextile container systems for fine grained sediments. He was responsible for planning and designing the first geotextile tubes and containers for fine-grained contaminated dredged material. Since his retirement in 1994 he has worked in research and consultation involving filling geotextile tubes with concrete and high solids contaminated dredged material using positive displacement pumps. He has prepared documentations for several dredging claims and has served as an expert witness where different site condition claims were involved in dredging projects. He has served as an expert witness involving siltation damage to oyster beds as a result of dredging activities. He also teaches annually in the Texas A&M Dredging Engineering Short Course and an adjunct professor at Mississippi State University.

**Publications:**

Dr. Fowler has authored or coauthored 7 Journal papers, chapters in 5 textbooks, 45 technical publications, 53 papers and holds patents for a telescoping weir and a Geotube Bio-Waste Digester. He was also a technical contributor to 25 technical publications in the fields of geophysics, dynamics, soil mechanics, soil and structural interaction and pile supported foundations, seismic wave phenomena, earthquake engineering, containment and dewatering of dredged materials, vertical plastic strip drains (wicks), geomembrane soil bentonite slurry trenches, and steel wire and fabric reinforced earth structures, geotextile tubes, bags and containers.

# APPENDIX D

List of Professional Publications written by Dr. Fowler are shown below:

**a. Refereed publications in journals, textbooks or professional societies:**

Journal Papers:

Fowler, J. and Edris, E. V., Jr., "Fabric Reinforced Embankment Test Section, Plaquemine Parish, Louisiana," Geotextiles and Geomembranes Journal, Elsevier Applied Science Publishers, Ltd., England, Printed in Great Britain, Vol. 6 1987, p 1-31

Leshchinsky, D., and Fowler, J., "Laboratory Measurement of Load Elongation Relationship of High Strength Geotextile," Geotextile and Geomembranes Journal, Elsevier Applied Science Publishers, Ltd., England, Printed in Great Britain, Vol. 9 No. 2 1990, p 145-164

Fowler, Jack, Rose Mary Bagby and Ed Trainer (1996) Dewatering Sewage Sludge with Geotextile Tubes, Proceeding of the 49th Canadian Geotechnical Conference, September 23-25, 1996, St. John's New Foundland, Canada

Duke, Michael L.,Jack Fowler and Martin L. Schmidt (1999). Dredging and Dewatering of Hazardous Impoundment Sediment Using the Dry Dredge™ and Geotubes, WEDA Journal March 2000

Stark, T.D., T.A. Williamson, J. Fowler, D. Pezza, and Y. Gibbons, "Strip Drain Test Section in a Dredged Material Management Area," *Journal of Performance of Constructed Facilities*, ASCE, Vol. 13, No. 1, February, 1999, pp. 8-16.

Fowler, Jack, R.G. Vann, and T.D. Vann. "Telescoping Weir for Decantation of Water from Dredged Material Containment Facilities," WEDA Journal March 2000

Textbooks:

Koerner, R. M. and Fowler, J., "Geotechnical Modeling and Applications," Textbook Chapter, Gulf Publishing Company Book Division, Nov 87, Chapter 9, "Soft Soil Stabilization Using High-Strength Geotextiles and Strip Drains."

Fowler, J., "Fabric-Reinforced Dikes Craney Island," Textbook Chapter, U.S. Case Histories as of Feb 88, ISSMFE Committee TC-9 on Geotextiles and Geosynthetics.

Fowler, J., "Fabric Reinforced Dike, Pinto Pass," Textbook Chapter, U.S. Case Histories as of Feb 88, ISSMFE Committee TC-9 on Geotextiles and Geosynthetics.

Fowler, J. and Leshchinsky, D., "Geosynthetic Handbook," Textbook Chapter, Publisher Van Nostrand Reinhold, 1990.

Fowler, J. "A Design Primer: Geotextiles and Related Materials," Textbook Section 4.0, "Embankments over Soft Soils," Geotextile Division Industrial Fabrics Association International, 1990.

Patents:

Fowler, Jack, R.G. Vann, and T.D. Vann. "Telescoping Weir for Decantation of Water from Dredged Material Containment Facilities," US Patent No: 6,213,684 B1, Date of Patent: Apr.10, 2001

Duke, Michael L. and Jack Fowler, "Wastewater Treatment System and Method," Patent Pending US Patent Application Serial No. 09/946,163 filed Sept 4, 2001

**b. Reports and publications published in proceedings of professional conferences and/or symposia:**

Fry, Z. B. and Fowler, J., "Dynamic Test, Frenchman Flat, Nevada Test Site, Mercury, NV," Miscellaneous Paper No. 4-645, Apr 64, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Ballard, R. F., Jr. and Fowler, J., "Effects of Antenna Operation on Structure and Foundation Behavior FPS-26 Towers, Bellefontaine Air Force Station, Ohio, and Keesler Air Force Base, Mississippi," Miscellaneous Paper No. 4-694, Dec 64, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Ballard, R. F., Jr. and Fowler, J., "Effects of Antenna Operation on Structure and Foundation Behavior Amrad and Rampart Towers, White Sands Missile Range, New Mexico," Miscellaneous Paper No. 4-955, Apr 66, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Fowler, J. and Leach, R. E., "Structure and Foundation Behavior During Antenna Operation, YAA-2A, Vero Beach, Florida, and TAA-3, Merritt Island, Florida," Miscellaneous Paper No. 4-983, Mar 68, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Fowler, J., "Motion of Rifle Gap Dam, Rifle, Colorado, Project RULISON Underground Nuclear Detonation," Miscellaneous Paper No. S-70-1, Jan 70, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Fowler, J. and Leach, R. E., "Investigation of Dynamic Behavior of the Navy X-Band Antenna at Waldorf, Maryland," Miscellaneous Paper No. 4-937, Dec 66, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Stevens, J. B., Fowler, J., and Guernsey, R. G., "Foundation Investigations, NASA Mississippi Test Facility, Report 2, Static Load Testing of Foundation Piles at Test

Stand S-II, AL," Technical Report No. 69-10, Dec 70, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Fowler, J. and Stevens, J. B., "Foundation Investigations, NASA Mississippi Test Facility, Report 3, Load Transfer by Foundations of S-IC Test Complex and on S-II Test Complex During Construction," Technical Report No. 69-10, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Fowler, J., "Foundation Investigations, NASA Mississippi Test Facility Report 4, Dynamic Behavior of Piling During Initial Test Firings on the S-IC Test Complex and S-II Test Complex," Technical Report No. 69-10, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Fowler, J. and Hadala, P. F., "Vibro-Seismic Survey High Stability AEC Structure, Oak Ridge, Tennessee," Miscellaneous Paper No. S-71-26, Oct 71, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Fowler, J., "An Evaluation of an Existing Procedure for Determining Shear Moduli at Depths by In Situ Vibratory Techniques," Technical Report No. S-72-5, Apr 72, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Ahlberg, J. E., Fowler, J., and Heller, L. W., "Earthquake Resistance of Earth and Rock-Fill Dams, Report 2, Analysis of Response of Rifle Gap Dam to Project RULISON Underground Nuclear Detonation," Miscellaneous Paper No. 71-17, Jun 72, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Fowler, J., "Vibro-Seismic Site Survey High Reynolds Number Tunnel (HIRT)," Miscellaneous Paper No. S-73-3, Feb 73, Arnold Engineering Development Center, Arnold Air Force Station, TN.

Wallace, J. G. and Fowler, J., "Fundamental Experiments in Ground Shock Phenomenology," Miscellaneous Paper No. 73-2, Mar 73, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Balsara, J. P. and Fowler, J., "Vibration Tests of North Fork Dam Model, "Published in the Proceedings of the Fifth World Conference on Earthquake Engineering, Jun 73, Rome Italy.

Balasara, J. P., Walker, R. E., and Fowler, J., "Vibration Characteristics of the North Fork Dam Model," Technical Report No. 74-2, Mar 74, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Haliburton, T. A., Douglas, P. A., and Fowler, J., "Feasibility of Pinto Island as a Long-Term Dredged Material Disposal Site," Miscellaneous Paper D-77-3, Dredged Material Research Program, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS, Dec 77.

Haliburton, T. A. and Fowler, J., "Perimeter Dike Raising with Dewatered Fine-Grained Dredged Material at Upper Polecat Bay Disposal Area, Mobile, Alabama," Miscellaneous Paper D-78-3, Aug 78, Dredge Material Research Program, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Haliburton, T. A., Fowler, J., and Langan, J. P., "Perimeter Dike Raising with Dewatered Fine-Grained Dredged Material at Upper Polecat Bay Disposal Area, Mobile, Alabama," Miscellaneous Paper D-78-3, Dredged Material Research Program, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Fowler, J., "Mobile District Floats Disposal Area Retaining Dike on Soft Foundation," Dredged Material Research, U.S. Army Corps of Engineers Information Exchange Bulletin, Vol. D-79-1, Apr 79.

Fowler, J., "Yazoo Basin, Mississippi, Big Sunflower River, Steele Bayou, Swan Lake Test Section, Washington County, Mississippi," Design Memorandum No. 18, Department of the Army, U.S. Army Engineer District, Vicksburg, Apr 80.

Haliburton, T. A., Fowler, J., and Langan, J. P., "Design and Construction of Fabric-Reinforced Embankment Test Section at Pinto Pass, Mobile, Alabama," Published in the Proceedings of the 1980 Symposium of Committee A2K02.

Fowler, J. and Haliburton, T. A. Embankments and Earth Slopes Transportation Research Board, National Academy of Sciences, National Academy of Engineering, Washington, DC, Jan 80.

Fowler, J. and Haliburton, T. A., "Considerations in Design and Construction of Fabric-Reinforced Embankments," Published in the Proceedings of the American Society of Civil Engineers Spring Convention in Portland, OR, 17 Apr 80.

Haliburton, T. A. and Fowler, J., "Design and Construction of Fabric-Reinforced Roads and Embankments on Soft Foundations," Published in the Proceedings of the First Canadian Symposium on Geotextiles, Canadian Geotechnical Society, Calgary, Alberta, Canada, 23 Sep 80.

Fowler, J. and Haliburton, T. A., "Synthetic Fabrics for Reinforced Embankments," Feature article in ASCE Civil Engineer Magazine Volume 51, No.10, Oct 81.

Fowler, J., "Analysis of Fabric-Reinforced Embankment Test Section at Pinto Pass, Mobile, Alabama," Thesis submitted to the faculty of the Graduate College, Oklahoma State University in partial fulfillment for the requirements for the degree of Doctor of Philosophy, Jul 79, Technical Report EL-81-7.

Fowler, J., "Design and Construction of Fabric-Reinforced Embankments," Published in the Proceedings of the 30th Annual Conference, Soil Mechanics and Foundation Engineering, University of Minnesota, 28 Jan 82.

Fowler, J., "Theoretical Design Considerations for Fabric-Reinforced Embankments," Published in the Proceedings of the Second International Conference on Geotextiles, Las Vegas, NV, 3 Aug 82.

Fowler, J., "Fabric-Reinforced Dikes Floated on Soft Dredged Material Foundation," Environmental Effects of Dredging, U.S. Army Corps of Engineers Information Exchange Bulletin, Vol. D-83-2, May 83.

Dement, L. E. and Fowler, J., "Case Histories Using Filter Fabric Underneath Revetments in Lower Louisiana," Published in the Proceedings of the Permanent International Association of Navigational Congresses, London, England, Mar 84.

Fowler, J., "Fabric Reinforced Dikes Floated on Soft Dredged Material Foundations, Craney Island," Published in the Proceedings of the 13th Dredging Engineering Short Course, Texas A&M University, College Station, TX, Jan 84.

Fowler, J., "Fabric Reinforced Dikes Floated on Soft Dredged Material Foundations, Craney Island," Published in the Proceedings of the Symposium on Geotextile Technology and Design, London, England, 2-3 Apr 84.

Fowler, J., "Construction Fabric Application Techniques," Published in the Proceedings of the Symposium for the Fifth Annual National Road and Street Maintenance Conference and Product/Equipment Display, Fort Worth, TX, 1 May 85.

Spigolon, S. J. and Fowler, J., "Construction Quality Assurance for Land Base Hazardous Waste Disposal Facilities," Municipal Environmental Research Laboratory, U.S. Environmental Protection Agency, Cincinnati, OH, Jan 85.

Fowler, J., "Building on Muck," Feature Article in the ASCE Civil Engineer Magazine, Volume 55, No. 5, May 85.

Willibey, G. H. and Fowler, J., "Geotextile Survivability During Construction," ASTM Symposium on Geotextile Testing and the Design Engineer, Los Angeles, CA, 26 Jun 85.

Fowler, J., "Steel Wire Reinforced Embankment, Mohicanville Dike No. 2, "Geotechnical '85 Fabric Conference, Cincinnati, OH, 4-5 Jun 85.

Fowler, J., "Fabric Reinforced Embankments Craney Island, Norfolk, Va, "Geotechnical '85 Fabric Conference, Cincinnati, OH, 4-5 Jun 85.

Edris, E. V., Jr. and Fowler, J., "Geotechnical Control Data Base Package," ASCE Specialty Conference on Earthmoving and Heavy Equipment on Compaction, Tempe, AZ, 5-7 Feb 86.

Fowler, J., Blakney, H. N., and Hayden, M., "Verification of Design and Construction Techniques, Gaillard Dredged Material Disposal Island, Mobile, Alabama," World Organization of Dredging Associations, Brighton, UK, 4 Mar 86.

Fowler, J. and Peters, J. F., "Influence of Reinforcement Modulus on Design and Construction of Mohicanville Dike No. 2," III International Geotextil-Kongress, Osterreich, Austria, 7 Apr 86.

Fowler, J. and Hayden, M. L., "Constructed Dike Slopes at Gaillard Island Dredged Material Disposal Area, Mobile, Alabama," World Dredging and Marine Construction, Volume 22, No. 6, Jun 86.

Fowler, J., Leach, R. E., Peters, J. F., and Horz, R. C., "Mohicanville Reinforced Dike No. 2, Design Memorandum," Miscellaneous Paper GL-86-72, Aug 86, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Koerner, R. M., Fowler, J. and Lawrence, C. A., "Soft Soil Stabilization Study for Wilmington Harbor South Dredged Material Disposal Area," Miscellaneous Paper GL-86-38, Dec 86, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Fowler, J., "Verification of Design and Construction Techniques, Gaillard Island Dredged Material Disposal Area, Mobile, Alabama," Miscellaneous Paper GL-86-77, Aug 86, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

EM 1110-2-5027, "Confined Disposal of Dredged Material," Nov 86, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Fowler, J. and Koerner, R. M., "Stabilization of Very Soft Soils Using Geosynthetics," Geosynthetics Conference '87, American Society on Geosynthetics and the International Geotextile Society, New Orleans, LA, 24-26 Feb 87.

Fowler, J., "Craney Island Perimeter Fabric Reinforced Dike Test Section," Miscellaneous Paper GL-87-4, Feb 87, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Fowler, J. and Koerner, R. M., "Stabilization of Very Soft Soils Using Geosynthetics," Miscellaneous Paper GL-87-3, Apr 87, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Fowler, J., Edris, E. V., Jr., Hanks, W. L., and Holloway, T. K., "Perimeter Dike Stability Analysis, Craney Island Disposal Area, Norfolk, VA," Miscellaneous Paper GL-87-4, May 87, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Spigolon, S. J. and Fowler, J., "Geotechnical Feasibility Study Replacement or Extension of the Craney Island Disposal Are, Norfolk, Virginia," Miscellaneous Paper GL-87-9, Jun 87, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Fowler, J., Hanks, W. L. and Holloway, T. K., "Dredged Material Disposal Area Study, Ft. Eustis, VA," Miscellaneous Paper GL-87-2 1986, Jul 87, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Fowler, J. and Gonzalez, Hiram, "Stabilization Using Geotextiles and Strip Drains," International Symposium on Geotechnical Engineering of Soft Soils, Mexico City, Mexico, 13-14 Aug 87.

Fowler, J., "Fabric Reinforced Embankment Test Section, Plaquemine Parish, Louisiana," 1st Geosynthetics Research Institute, Seminar on High Strength Geotextiles, Drexel University, Philadelphia, PA, 22-23 Oct 87.

TM 5-800-08, "Engineering Use of Geotextiles," Sep 88, Department of the Army, Technical Manual, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Balcazar, Patrick J. and Fowler, J., "Palizada - Road Building, the Ecuadorian Way," Engineer - The Professional Bulletin for Army Engineers, Headquarters, Department of the Army, PB5-87-4 (Test) Vol. 17, Mar 88.

"Guide Specifications for Engineering Use of Geotextiles," Jun 88, Department of the Army, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS

Fowler, J. and Spigolon, S. J., "Hydraulic Fill Perimeter Dike, Gaillard Island Dredged Material Disposal Area, Mobile, Alabama," Hydraulic Fill Structures, Geotechnical Engineering Division, ASCE Specialty Conference, Colorado State University, Fort Collins, CO, 14-18 Aug 88.

Fowler, J., Edris, E. V., Jr., and Comes G., "Fabric Reinforced Embankment Test Section, Plaquemine Parish, Louisiana," Proceedings of The International Symposium on Modeling Soil-Water-Structure Interactions/Delft, 29 Aug - 2 Sep 88.

Fowler, J. and Spigolon, S. J., "Geotechnical Descriptors for Dredgeability of Soil Sediments," Twenty-first Annual Dredging Seminar, New Orleans, LA, 20-21 Oct 88.

Fowler, J., Hanks, W. L. and Holloway, T. K., "Fabric Reinforced Embankment Test Sections, Craney Island Disposal Area, Video Report GL-88-1, 21 Feb 89, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Spigolon, S. J. and Fowler, J., "Geotechnical Descriptors for Soils to be Dredged," XIIth World Dredging Conference, Orlando, FL, 4-5 May 89.

Fowler, J., "Geotextile Reinforced Embankments on Soft Foundations," Proceedings of the International Geotextile Seminar edited by Ichizou Yamaoka, The Japan Chapter of International Geotextile Society Organizing Committee of International Geotextile Seminar, Osaka, Japan, Nov 89.

Fowler, J. "Geotextile Reinforced Embankments on Soft Foundations," Miscellaneous Paper GL-89-30, Dec 89, Department of the Army, U.S. Army Engineer Waterways Experiment Station, CE, Vicksburg, MS.

Leach, R.E. and Fowler, J., "Design and Construction of Peoria Lake Barrier Island and East River Dredged Material Placement", Appendix G, Design Memorandum, Upper Mississippi System Environmental Management Program, Rock Island District, Jan 90.

Schimelfenyg, P., Fowler, J., and Leshchinsky, D., "Fabric Reinforced Containment Dike, New Bedford Superfund Site," 4th International Conference on Geotextiles, Geomembranes and Related Products," The Netherlands Congress Centre, The Hague, The Netherlands, 28 May - 1 Jun 90.

Fowler, J. and Leshchinsky D., "Field Installation of Strain Gaged Geotextiles," ASCE Special Conference, GeoComposite for Waste Applications, Special ASCE Publication on GeoComposites, Denver, CO, 13-15 Aug 90 (In publication).

Stark, T.D. and J. Fowler, Craney Island Dredged Material Management Area, "*Proceedings of Annual Meeting,*" Using Vertical Strip Drains to Increase the Storage Capacity of Craney Island Dredged Material Management Area, *Western Dredging Association (WEDA XIII)*, Mobile, AL, May, 1992, pp. 84-95.

Landin, M.C., J. Fowler and H.H. Allen (1994). New Applications and Practices and Beneficial Uses of Dredged Material, Dredging'94, Proceedings of the Second International Conference on Dredging and Dredged Material Placement, Sponsored by the Waterways Committee of the Waterways, Ports, Coastal and Ocean Division of the American Society of Civil Engineers, (1994) Orlando, Florida, pp. 526-536.

Stark, T.D. and J. Fowler, "Increasing Storage Capacity of Dredged Material Management Areas," *Proc. of Annual Meeting of Western Dredging Association (WEDA XV)*, San Diego, CA, May, 1994, pp. 1-14.

Stark, T.D., I.A. Contreras, and J. Fowler, "Management of Dredged Material Placement Operations," *Proc. of ASCE Specialty Conference Vertical and Horizontal Deformations of Foundations and Embankments, SETTLEMENT '94*, College Station, TX, Geotechnical Special Publication No. 40, Vol. 2, pp. 1353-1365.

Stark, T.D. and J. Fowler, "Strip Drains in Dredged Material Placement Areas," *Proc. of ASCE Specialty Conference DREDGING '94*, Orlando, FL, Vol. 1, November, 1994, pp. 1353-1365.

Fowler, J., C.J. Sprague, and D. Toups.(1994). Dredged Material-Filled Geotextile Containers, Environmental Effects of Dredging Technical Notes, U.S. Army Engineer, Waterways Experiment Station, Vicksburg, MS.

Fowler, J. (1995). A 4000 cy Geotextile Container Filled with Maintenance Dredged Material, Port Authority of New York and New Jersey (interim report)

Fowler, J., D. Toups, and F. Duarte, and P. Gibert. (1995) Geotextile Contained Dredged Material, Red Eye Crossing, Baton Rouge, LA, Western Dredging Association 16th Technical Conference, 28th Annual Texas A&M Dredging Seminar, University of Wisconsin Sea Grant Dredging Workshop, May 23-24, 1995, Minneapolis, MN.

Fowler, J., and E.W. Trainer, "Proposed Alternative for Dredged Material Management, Howland Hook –Marine Terminal Maintenance Dredging, Staten Island, New York," Proposal to Port Authority of New York & New Jersey, Oct 95.

Fowler, J., "A 4000 CY Geotextile Container Filled with Maintenance Dredged Material, Port Authority of New York & New Jersey," Contract Report, Nov 95.

Fowler, J., D. Toups, and Paul Gilbert. (1995). Geotextile Contained Contaminated Dredged Material, Marina Del Rey, Los Angeles and Port of Oakland, California. Fourteenth World Dredging Congress, Amsterdam, The Netherlands, 14-17 November 1995

Fowler, Jack, Rose Mary Bagby and Ed Trainer (1996). Dewatering Sewage Sludge with Geotextile Tubes, presented April 10-12, 1996, at the 39th Annual Mississippi Water Environmental Association, Tupelo, MS

Fowler, Jack, Rose Mary Bagby and Ed Trainer (1996) Dewatering Sewage Sludge with Geotextile Tubes, Proceeding of the 49th Canadian Geotechnical Conference, September 23-25, 1996, St. John's New Foundland, Canada

Fowler, Jack.1996). Overview of the Use of Geotextile Container Systems in Coastal Applications. RE-symposium on Recent Progress on Techniques for Coastal Civil Engineering, Research Institute for Ocean Economics, November 16-21,1996, Tokyo, Japan.

Fowler, J. and Ed Trainer (1996). Proposed Alternative for Raising Mississippi River Levees Using Geotube Technology Developed Under the Corps of Engineers Construction Productivity Research Program (CPAR) submitted to the U.S. Army Engineer Division, Mississippi Valley Division and the U.S. Army Engineer District, Vicksburg, Geotechnical Fabrics Report, Volume 15, Number 5, June-July 1997.

Stark, T.D.,T.A. Williamson, J.Fowler, D.Pezza and Y.Gibbons. (1997). Strip Drain Test Section in Craney Island Dredged Material Management Area. Submitted to ASCE Journal of Performance of Constructed Facilities, September 14, 1997

Fowler,J. and Ed Trainer (1998). Overview of Geocontainer Projects in the United States. Proceeding 15th World Dredging Congress, World Organization of Dredging Association, Las Vegas, Nevada, USA, June 28 - July 2,1998

Fowler, J., R.G.Vann and T.D.Woodward Jr(1998). Patent Application Entitled "Telescoping Weir," Corps of Engineer Case No. 465, 15 July 1998

Duke, Michael L., Jack Fowler and Martin L. Schmidt (1999). Dredging and Dewatering of Hazardous Impoundment Sediment Using the Dry Dredge™ and Geotubes, New Orleans WEDA 20-21 Sept 1999

Fowler, Jack, R.G. Vann, and T.D. Vann. "Telescoping Weir for Decantation of Water from Dredged Material Containment Facilities," proceeding of the Western Dredging Association Nineteenth Technical Conference and Thirty-First Texas A&M Dredging Seminar, May 15-18, 1999, Louisville, KY.

Fowler, Jack, R.G. Vann, and T.D. Vann. "Development and Application of the Telescoping Weir for Dredged Material Containment Facilities,"Western Dredging Association, WEDA Journal of Dredging Engineering, January 2000.

Fowler, Jack, E. Martinez, N. Ruiz, and C. Ortiz. "Dredged Material Filled Geotubes, San Antonio River Containment Island, Buenaventura Bay, Colombia, magazine article, " World Dredging Mining & Construction, April 2000.

Fowler, Jack. "Tubos de geotextiles y control de inundaciones," Geotechnical Fabrics Report, Special Edition 2000.

Fowler, Jack, E. Martinez, N. Ruiz, and C, Ortiz. ''Dredged Material Filled Geotubes, San Antonio River Containment Island, Buenaventura Bay, Colombia, Proceeding, ''Western Dredging Association Twenty-First Technical Conference and Thirty-Third Annual Texas A&M Dredging Seminar and Special Permanent International Association of Navigational Congresses Session,'' 24-27 June 2001, Houston, TX

Fowler, Jack, E. Martinez, N. Ruiz, and C, Ortiz. ''Dredged Material Filled Geotubes, San Antonio River Containment Island, Buenaventura Bay, Colombia, Refereed Paper, '' "The Fifth Regional Symposium PACON 2001 Environmental Technologies for Sustainable Maritime Development,'' 8-11, July 2001, San Francisco Airport Burlingame, CA

Fowler, Jack, M. Duke, M.L. Schmidt, B. Crabtree, R.M. Bagby, and E. Trainer, "Dewatering sewage sludge and hazardous sludge with geotextile tubes, "Seventh International Conference on Geosynthetics," 22-27 Sept 2002, Nice, French Riviera

Fowler, Jack, C. Ortiz, N. Ruiz, E. Martinez "Use of geotubes in Colombia, South America, "Seventh International Conference on Geosynthetics," 22-27 Sept 2002, Nice, French Riviera

Fowler, Jack, M. Duke, M. L. Schmidt, R.M. Bagby, and E. Trainer, "Dewatering Sewage Sludge and Hazardous Sludge with Geotextile Tubes," ,"Seventh International Conference on Geosynthetics," 22-27 Sept 2002, Nice, French Riviera

Fowler, Jack, T. Stephens, M. Santiago, and P. de Bruin, "Amwaj Islands Constructed with Geotubes, Bahrain," "Western Dredging Association Twenty-Second Technical Conference and Thirty-Forth Annual Texas A&M Dredging Seminar," 12-15 June 2002, Denver, CO

Fowler, Jack, Rodolfo Arroyo, and Nicolas Ruiz "Rip Rap Covered Geotextile Tube Jetties, Nautical Club Stella Maris, Casa Blanca, Province of Esmeraldas, Ecuador," "Western Dredging Association Twenty-Fourth Technical Conference and Thirty-Sixth Annual Texas A&M Dredging Seminar," 6-9 July 2004, Orlando, FL

| APPENDIX E | | |
|---|---|---|
| List of CD's and Documents Received & Reviewed | | |
| Title: | Received From: | Date Received: |
| Renda Marine Certified Claim for Differing Site Conditions & Changed Conditions for Hydraulic Levees At the Lost Lake Placement Area<br>Contract No. DACW64-99-C-0001<br>Binders 1-4 + Drawings, 2 CD's (October 16,2001) | Capital Project Management, Inc. | April 1, 2003 |
| | | |
| Renda Marine Certified Claim for Differing Site Conditions – Flare Area Dredging Station Nos. 520+00 to 550+00<br>Contract No. DACW64-99-C-0001<br>Binders 1-2 (February 13, 2001) | Capital Project Management, Inc. | April 1, 2003 |
| Title: | Received From: | Date Received: |
| 6 CD's – Materials produced by COE to Renda Marine.<br>1 CD – Contract Drawings<br>1 CD – IKON Review Software | Capital Project Management, Inc. | April 1, 2003 |
| | | |
| Amendment 1 to Solicitation DACW64-98-B-0004<br>(16 Jun 98) | DOJ/CE/Capital Project Management, Inc. | April 2003 |
| | | |
| 6 CD's - Additional documentation produced by various parties related to the project. | Capital Project Management, Inc. | April 28, 2003 |
| | | |
| 2 CD's – Current production of documents by Renda Marine. Vol. 1-2 | Capital Project Management, Inc. | May 20, 2003 |
| | | |
| 2002 Survey Results for Lost Lake Placement Area Harris County, Texas<br>HGNP-Contract No. DACW64-02-D-0004<br>Task Order – 002<br>Volumes 1-7 (January 2003) | DOJ/C&C Technologies | June 17,2003 |
| | | |
| | | |
| | | |
| | | |