***"Because the cost or pricing data inadequacies are considered significant, we do not believe the claim is an acceptable basis for settlement of the price adjustment claim request...".***

Response to Audit Report Comments

The amount claimed represents the additional costs to attempt to construct and maintain the levees while they were subsiding. RMI indicates that the claim was prepared using the Modified Total Cost approach. RMI indicates that at a later date it will prepare and break out the claimed costs. These costs are compensable. A more detailed evaluation of the costs within this claim has been performed and a detailed discussion follows. Claim calculations are included as Exhibit C, Damage Calculations.

*Assessment of Levee Claims (Claims 10 and 12):*

While performing dredging work on the Upper Bayou near Houston, Texas between September 13, 1999 and September 18, 2001, RMI incurred additional costs due to a combination of several Changed Conditions and/or Differing Site Conditions discovered at the Lost Lake Placement Area. Between September 1999 and early April 2001 dredging and levee work was proceeding. In April 2001 the dredge hit obstructions which stopped the dredging operation. In May 2001 the dredge *Millennium* moved to the Houston Fuel Oil project in an attempt to mitigate damages on this project. After the Houston Fuel Oil project was complete the dredge and levee equipment were idle while awaiting an official release from the project. During this time RMI was able to perform the Simm's Bayou project to mitigate some of its damages.

As part of the Dredging Upper Bayou contract, RMI was to construct a total of 20,500 Linear Feet (LF) of levees around the Lost Lake Placement Area. Affolter Construction (La Marque, Texas) was subcontracted by RMI to mechanically construct 6,900 Linear Feet (LF) of the levees using clay material available at existing on-site borrow areas. The remainder, approximately 13,600 LF of levees, was to be hydraulically constructed by RMI using suitable clay materials obtained from the dredging template in the Houston Ship Channel. The balance of the dredged materials were to be placed within disposal areas inside the Lost Lake Placement Area.

The Affolter section of the contract was completed on May 19, 1999. Subsidence issues occurred where Affolter was working on the mechanical levee sections and were attributed to poor existing foundations. RMI submitted change order and quantity modification requests on Affolter's behalf in excess of $1,600,000 of which over $1,200,000 resulted directly from poor foundations and subsidence found in the Lost Lake Placement Area. The USACE agreed to the changes with minimal documentation, certain sections were unit-priced, and Affolter was fully compensated.

RMI began their dredging operation on September 13, 1999 and on the same date began constructing hydraulic levees from Station 97+00, near the East end of the recently constructed mechanical levees. Subsidence, displacement, and levee failures began shortly thereafter and are well-documented throughout the entire construction period. In fact, certain areas of the levees continue to fail to this day. RMI estimated 900,000 total CY or 70 Loose Cubic Yards (LCY)

per LF would be required to construct the levees to compensate for reasonable, anticipated displacement. This amount represented almost twice the neat cross section quantity and was similar to the USACE estimate of 73 CY per LF. Due to lack of reasonable foundations and the presence of extensive side-cast borrow areas which were not indicated on the contract documents, RMI contends that nearly 2,000,000 CY of additional materials were required to fill the borrow areas and construct the levees. RMI further contends that the clay indicated to be available in dredging Sections 1 through 6 (based on quantities derived from dredging cross sections in the contract documents) should have been adequate to construct the levees.

The existence of undocumented poor foundations caused by side-cast borrow areas from previous levee building activities in the Lost Lake Placement Area caused the levee material requirements and construction time to be significantly higher than originally anticipated. The USACE knew about the side-cast borrow areas and that the soil boring information in the bid documents was inaccurate since the side-cast borrow work was done after the soil borings. The USACE did not indicate in the bid documents that side-cast borrow work had been done at the site and did not indicate the limits (distance from the existing levee and depth of cut) of any side-cast borrow work that was done on the site prior to the bid date. In addition, the side-cast borrow work that was done was not done according to the contract documents and standards in the local USACE district. In general, the USACE contracts called for side-cast borrow excavation to be 3-4 feet deep and could be no closer than 50 feet from the toe of the existing levee. The USACE knew, or should have known, that when side-cast borrow work was actually performed on past projects, it allowed excavation to greater depths than specified and to within 20 feet of the existing levee. The USACE did not inform RMI of this information.

When the levees failed, they sheared at the approximate location of the side-cast borrow excavation under the new levee indicating there was inadequate bearing in the side-cast borrow areas, causing the failures of the new levee.

The existence of side-cast borrow excavations under the new levee, only 20 feet from the existing levee caused a condition where it was impossible for RMI to construct the levees as designed. RMI was not able to get the new levees to stand at the design elevation. The new levees collapsed as the weight of the levee exceeded the strength of the soft material in the side-cast borrow areas. The side-cast borrow areas swallowed up far more material than anticipated. To construct the levees, RMI had to place enough material to fill in the side-cast borrow area to create a stable foundation for the levee. This used much more material and was more costly to construct than was anticipated in the design or RMI's bid.

The USACE made this situation worse by eliminating third party sources of dredge material under this contract. HVJ design documents show dredging 6,000,000 CY of material from the project limits plus private borrow projects to build the levees. The USACE only included material from the project limits in RMI's contract which USACE should have known, and ultimately proved to be, inadequate quantities of material to construct the levees as designed.

In addition, various mechanical levee operations were added to reconstruct failed levees and construct new levees from clay material that had migrated into side-cast borrow areas. Furthermore, the dredging operation suffered directly related delays and downtime while the

dredge discharge pipe was backtracked as levees failed, material was moved over greater than anticipated distances, and while pumping water in order to "flush" displaced material away from the levee construction zone. This claim includes all costs related to the above differing site conditions as well as additional time the dredge was held on the project while awaiting an official demobilization release from the USACE.

The following specific items are included in the Lost Lake Placement Area Claim:

A. Additional hydraulic levee equipment and labor required to construct the levees above and beyond what could have been reasonably anticipated from the contract documents ($1,210,371 total direct costs) Exhibit I.

   The original crew anticipated for hydraulic levee construction per the RMI bid estimate was one supervisor and a crew of three operators. The operators were employed for shaping and finishing levees by operating a dozer, backhoe, and marsh equipment as needed. In addition, the operators would rough shape initial clay placement from the dredge and add shore pipe as required. During the actual hydraulic levee operation, massive amounts of displaced material from the side-cast borrow areas accumulated and surrounded the discharge area. This material became known as the "mud wave". RMI never intended to move large amounts of displaced material and the planned crew and equipment spread was not adequate. Because of this differing site condition, RMI was forced to add additional personnel and equipment to continually move the excessive amounts of material from the face of the discharge area and create temporary containment levees. This extra work was necessary in order to continue to construct the levees as well as preventing the material from breaching the levees and potentially entering the surrounding water channels. Also, the hydraulic levee crew and equipment was extended when the dredge was delayed and the levee operation was forced into a standby mode. This claim item includes additional personnel and equipment required to deal with the excessive displaced material. In addition, the standby time for the entire hydraulic levee operation is included during periods were the dredge was delayed.

B. Mechanical Levee Construction – East, North, and West Levees (approximately 4/17/2000 to 12/31/2000). ($1,277,984 total direct costs) Exhibit K.

   RMI constructed the East levee section beginning from Station 97+00 during the Fall, 1999. Material from the dredging operation was placed continually at Station 97+00 in an attempt to get the levees to develop out of the existing disposal area. The material continued to flow into the side-cast borrow areas creating a continual problem as displaced mud was forced from the side-cast borrow areas. Attempts to construct the East levee using material discharged from the dredge were made with many failures and this area required numerous reconstruction efforts. RMI then moved the hydraulic discharge line and levee building operation to the West side of the project in the Spring, 2000 in an attempt to construct the West levee. A decision was made at this time, after informing the USACE, that additional personnel and equipment would be employed to rebuild the failed levees. RMI brought in additional resources and utilized the clay material that had flowed into the adjacent borrow areas in an attempt to complete the

levee. RMI rebuilt the East levees several times from Station 97+00 to Station 104+00 and finally this section was accepted by the USACE around August 4, 2000.

RMI then continued operating several additional crews with mechanical and hauling equipment to mechanically move material that had flowed into the side-cast borrow areas. RMI reclaimed this material and hauled it to the North levee areas in an attempt to construct this section.

In addition, RMI sent crews to the West levee to complete this section and realign a segment per the USACE instructions. The West levee operation also utilized clay material that had filled adjacent side-cast borrow areas. The chronology of the mechanical levee operations are well-documented from June, 2000 forward and supported by a number of USACE directives, instructions, and letters. The mechanical operations would not have been required if the side-cast borrow areas had not been so close to the new levee and had not been so large, and poor foundation conditions were not present in the Lost Lake Placement Area. All mechanical levee claim items have been addressed in this claim item including the previously separated claim entitled "West Levee Realignment Between Stations 166+00 to 215+00" ($789,600 total claim amount).

C. Additional dredge plant equipment and labor due to relocation of the dredge discharge line (primarily removing and replacing pipe segments) while reconstructing levees that had subsided ($333,663 total direct costs) Exhibit J-1.

The dredge *Millennium* lost time as RMI attempted to reconstruct the failed levees, time was lost while the dredge itself had to shutdown while land-based pipe was pulled back to reattempt to construct the levees to planned elevation. This claim item represents non-productive standby costs for the dredge while discharge pipe was back-tracked.

D. Dredge plant time while waiting for displaced material to settle and while pumping water (non-productive time) to flush displacement material ($1,034,261 total direct costs) Exhibit J-2.

The dredge *Millennium* lost time due to the levee operation directing that water be pumped in order to flush displaced material from the levee construction area and while waiting for displaced material to subside. Most of this lost time occurred during the Fall, 1999 and Spring, 2000. RMI was forced to stop pumping clay due to the buildup of displaced mud and sediment from the side-cast borrow areas surrounding the hydraulic levee construction area. RMI then had to request that the dredge operator pump only water in an attempt to flush the corridor so that hydraulic levee construction efforts could resume. In other cases, the dredge would pump water while waiting for displaced material to subside away from the levee construction area. This claim item represents dredge costs while pumping water as well as time waiting for displaced material to settle before additional material could be pumped to the levee construction discharge area.

E. Additional booster pump equipment required to pump dredge material longer distances due to additional material requirements to construct the levees ($209,416 total direct costs) Exhibit L.

RMI contends that the hydraulic levees should have been constructed using material from dredging Sections 1 through 6. Should this have occurred as presumed according to the contract documents, RMI planned to place material from Sections 7, 8, and 9 in the West discharge corridor. Because of the additional clay material required to fill the side-cast borrow pits, the clay from Sections 1 through 6 did not complete the levees. The material for the North and East Levees now had to be pumped from Section 7 through 9. RMI determined that an additional booster was necessary to efficiently pump the sediment and clays to the upper levee areas where levee construction had not been completed. If the levee yield would have been as anticipated, the levees would have been completed with material no further than Sections 5 or 6 thus eliminating the need for all hydraulic levee construction equipment thereafter and minimizing the use of dredge boosters. Pumping distances were increased up to an additional 3,000 feet to reach the further quadrants of the Lost Lake Placement Area while dredging within Sections 6 through 9 during the period beginning October, 2000 to April, 2001. This claim item represents actual additional costs of RMI for owned and rented booster equipment.

F. Extended non-effective time for dredge and dredge plant while awaiting official USACE release from the project ($628,477 total direct costs) Exhibit J-2.

In April, 2001, RMI was dredging in Section 9 and encountered obstructions which damaged the dredge. The USACE put the work on hold while it investigated the problem and evaluated removing the balance of the RMI contract. In early May, 2001, the dredge *Millennium* moved to a Houston Fuel Oil project with permission from the USACE. After completing this project on July 4, 2001, the *Millennium* and associated dredge plant was moved back to the Upper Bayou project area on the Houston Ship Channel. The USACE did not release the dredge and other dredge plant equipment from the Upper Bayou project until July 23, 2001, and the dredge and its crew were in standby mode. Thereafter, the dredge and a portion of the associated dredge equipment were moved to the Sims Bayou project. On September 18, 2001, the USACE issued Change Order #11 which officially released the dredge *Millennium* and associated equipment from the Upper Bayou project. This claim item represents dredge standby time from July 5, 2001 to July 23, 2001 and other dredge equipment in standby mode for the period from July 5, 2001 to Sept 18, 2001.

Claim 12 Damage Summary

Total damages for the Lost Lake Placement Area claim are as follows:

| Claim | Description | Total Cost |
|---|---|---|
| 12a. | Hydraulic Levees – Additional Equipment and Labor | $1,210,371 |
| 12b. | Mechanical Levees – East, North, and West Levees | 1,277,984 |
| 12c. | Dredge Delays – Removing and Replacing Pipe Segments | 333,663 |
| 12d. | Dredge Plant Time Due to Displaced Material / Water Flushing | 1,034,261 |
| 12e. | Additional Booster Equipment for Greater Pumping Distances | 209,416 |
| 12f. | Equipment Standby Time While Waiting for USACE Release | 628,477 |
| | **Subtotal** | **$4,694,171** |
| | Add: Resident Overhead (1999–7.16%, 2000-16.14%, 2001-27.95%) | 821,048 |
| | Add: Corporate Overhead (1999-5.83%, 2000-6.06%, 2001-8.16%) | 305,712 |
| | **Subtotal** | **$5,820,931** |
| | Add: Profit – 12.00% | 698,512 |
| | **Subtotal** | **$6,519,443** |
| | Add: Professional Fees and Report Preparation | $5,608 |
| | **Subtotal** | **$6,525,051** |
| | Add: Bond – 0.65% | $42,413 |
| | **Total Impact Cost** | **$6,567,464** |

Supporting documentation for these damage calculations and other relevant information are included in Exhibits D through M.

Conclusion

RMI is entitled to $6,567,464 in additional compensation as shown in the revised Damage Summary, Exhibit C.

**Damage Summary**

M&A believes these RMI claims are valid and compensable by the USACE in the amount of $14,015,884 as shown below:

| Claim | Description | Claimed Amount |
|---|---|---|
| 5 | Differing Site Condition – Flare Area Stations 520+00 to 550+00 (very stiff clay) | $1,838,935 |
| 6 | Differing Site Condition – South Ferry Landing Stations 470+00 to 472+00 | 1,016,292 |
| 7 | Changed Conditions – HL&P Transmission Tower Delays | 208,665 |
| 8 | Differing Site Condition – Obstruction in Sections 4 to 8, Stations 570+00 to 685+00 | 2,092,372 |

# Exhibit A-1

## Renda Marine, Inc.
## Upper Bayou Dredging Project
## Summary of Claims

| Claim * | Type | Description | Claimed Amount: Original Submission | Claimed Amount: McCullough & Associates March 3, 2004 | Claimed Amount: McCullough & Associates November 17, 2004 Update |
|---|---|---|---|---|---|
| Claim 5 | Differing Site Condition, Productivity Claim | Flare Area Stations 520+00 to 550+00 | $1,607,855** | $1,096,179 | $1,838,935 |
| Claim 6 | Differing Site Condition, Productivity Claim | South Ferry Landing Stations 470+00 tp 472+00 | $1,049,173 | $947,054 | $1,016,292 |
| Claim 7 | Changed Conditions | HL&P Transmission Tower Delays | $170,863 | $167,473 | $208,665 |
| Claim 8 | Differing Site Condition | Obstruction in Sections 4 to 8, Stations 570+00 to 685+00 | $2,126,083 | $1,986,551 | $2,092,372 |
| Claim 9 | Differing Site Condition | Obstruction in Section 9, Stations 660+00 to 685+00 | $1,158,642 | $1,148,804 | $1,062,086 |
| Claim 10 | Changed Conditions | West Levee Realignment, Lost Lake Placement Area Between Stations 166+00 to 215+00 | $789,600 | (see Claim 12) | (see Claim 12) |
| Claim 11 | Differing Site Condition | Section 7 Clay | $1,123,884 | $978,271 | $1,230,072 |
| Claim 12 | Differing Site Condtion and Changed Conditions | Lost Lake Levees | $6,258,853 | $7,055,037 | $6,567,464 |
| | Total | | $14,284,953 | $13,379,369 | $14,015,884 |

* Claim numbers refer to the last two digits of the DCAA audit report numbers; for reference only.

** Original REA amount ($4,691,688) less Change Order No. 8 amount paid by USACE ($3,083,833) equals remaining amount of $1,607,855; paid amount is deducted from all subsequent calculations.

Exhibit C

Renda Marine, Inc.
Claim 12 - Lost Lake Levees
Summary of Damages

| Cost Category | 1999 | | 2000 | | 2001 | | Total Labor | Total Equipment | Total Cost |
|---|---|---|---|---|---|---|---|---|---|
| | Total Labor | Total Equipment | Total Labor | Total Equipment | Total Labor | Total Equipment | | | |
| A. Hydraulic Levees - Additional Equipment and Labor 9/13/1999 to 9/18/2001, claims 12a1 and 12a2 | $77,919 | $305,975 | $134,854 | $527,954 | $30,670 | $132,999 | $243,443 | $966,929 | $1,210,371 |
| B. Mechanical Levees - East, North, and West Levees 4/21/2000 to 12/19/2000, claim 12b | $0 | $0 | $373,614 | $904,370 | $0 | $0 | $373,614 | $904,370 | $1,277,984 |
| C. Dredge Delays - Backtracking Pipe Due to Levee Failures 10/5/1999 to 7/11/2000, claim 12c | $7,411 | $24,911 | $48,656 | $252,685 | $0 | $0 | $56,066 | $277,596 | $333,663 |
| D. Dredge Plant Downtime Due to Displaced Material / Water Flushing 9/13/1999 to 4/14/2001, claim 12d | $71,819 | $241,423 | $96,684 | $506,409 | $19,924 | $98,002 | $188,427 | $845,834 | $1,034,261 |
| E. Additional Booster Equipment for Greater Pumping Distances 11/1/2000 to 2/28/2001, claim 12e | $0 | $0 | $8,622 | $19,300 | $56,044 | $125,450 | $64,666 | $144,750 | $209,416 |
| F. Equipment Standby Time While Waiting for Official USACE Release 7/5/2001 to 9/18/2001, claims 12f1 and 12f2 | $0 | $0 | $0 | $0 | $0 | $628,477 | $0 | $628,477 | $628,477 |
| **Total - Direct Costs** | $157,149 | $572,310 | $662,429 | $2,210,719 | $106,638 | $984,827 | $926,216 | $3,767,955 | $4,694,171 |
| Resident Overhead (1999 - 7.16%, 2000 - 16.14%, 2001 - 27.95%) | $11,252 | $40,977 | $106,916 | $356,810 | $29,805 | $275,287 | $147,973 | $673,075 | $821,048 |
| Corporate Overhead (1999 - 5.83%, 2000 - 6.06%, 2001 - 8.16%) | $9,162 | $33,366 | $40,143 | $133,970 | $8,702 | $80,370 | $58,007 | $247,705 | $305,712 |
| **Total - Indirect Costs** | $20,414 | $74,343 | $147,059 | $490,780 | $38,507 | $355,657 | $205,980 | $920,780 | $1,126,760 |
| **Total - Direct and Indirect Costs** | $177,563 | $646,653 | $809,488 | $2,701,498 | $145,145 | $1,340,584 | $1,132,196 | $4,688,735 | $5,820,931 |
| Profit - 12.00% | | | | | | | | | $698,512 |
| **Total - Costs and Profit** | | | | | | | | | $6,519,443 |
| Professional Fees and Report Preparation | | | | | | | | | $5,608 |
| **Subtotal** | | | | | | | | | $6,525,051 |
| Bond - 0.65% | | | | | | | | | $42,413 |
| **Total Claim - Lost Lake Levees** | | | | | | | | | $6,567,464 |

11/17/2004 - Update

Renda Marine, Inc.

Exhibit E

Renda Marine, Inc.
Impacted Dates
Analysis of Claimed Days

**This analysis was prepared to ensure that claimed days between the various claims do not overlap; claimed days (or a portion thereof) are not claimed more than once. In addition, this chart indicates specific days claimed for Claim 12 segments.**

| Day | Date | Description | Claim 5 | Claim 6 | Claim 7 | Claim 8 | Claim 9 | Claim 11 | Claimed 5 - 11 | N/C D | N/C HL | N/C ML | Claim 12a1 Planned HL Operations | Claimed HL Claims 5-11 | Claim 12a2 | Claim 12b | Claim 12e | Claim 12f |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Claimed Days - Claims 5-11; D = Dredging, DHL = Both Dredging and Hydraulic Levee | | | | | | | (See Note 2) Unclaimed Days - Claims 5-11 | | | | | | | | |
| 67 | Saturday, July 24, 1999 | | | | | | | | | | | | | | | | | |
| 68 | Sunday, July 25, 1999 | RMI demobilized majority of equipment and sent to Chocolate Bayou Project | | | | | | | | | | | | | | | | |
| 69 | Monday, July 26, 1999 | | | | | | | | | | | | | | | | | |
| 70 | Tuesday, July 27, 1999 | | | | | | | | | | | | | | | | | |
| 71 | Wednesday, July 28, 1999 | | | | | | | | | | | | | | | | | |
| 72 | Thursday, July 29, 1999 | | | | | | | | | | | | | | | | | |
| 73 | Friday, July 30, 1999 | USACE indicates some concerns about having sufficient material quantities to build the levees. RMI submitted a revised hydraulic levee fill analysis, estimated material enough for 17,075 LF levees | | | | | | | | | | | | | | | | |
| 74 | Saturday, July 31, 1999 | | | | | | | | | | | | | | | | | |
| 75 | Sunday, August 01, 1999 | | | | | | | | | | | | | | | | | |
| 76 | Monday, August 02, 1999 | | | | | | | | | | | | | | | | | |
| 77 | Tuesday, August 03, 1999 | | | | | | | | | | | | | | | | | |
| 78 | Wednesday, August 04, 1999 | | | | | | | | | | | | | | | | | |
| 79 | Thursday, August 05, 1999 | | | | | | | | | | | | | | | | | |
| 80 | Friday, August 06, 1999 | | | | | | | | | | | | | | | | | |
| 81 | Saturday, August 07, 1999 | | | | | | | | | | | | | | | | | |
| 82 | Sunday, August 08, 1999 | | | | | | | | | | | | | | | | | |
| 83 | Monday, August 09, 1999 | | | | | | | | | | | | | | | | | |
| 84 | Tuesday, August 10, 1999 | | | | | | | | | | | | | | | | | |
| 85 | Wednesday, August 11, 1999 | | | | | | | | | | | | | | | | | |
| 86 | Thursday, August 12, 1999 | | | | | | | | | | | | | | | | | |
| 87 | Friday, August 13, 1999 | | | | | | | | | | | | | | | | | |
| 88 | Saturday, August 14, 1999 | | | | | | | | | | | | | | | | | |
| 89 | Sunday, August 15, 1999 | | | | | | | | | | | | | | | | | |
| 90 | Monday, August 16, 1999 | | | | | | | | | | | | | | | | | |
| 91 | Tuesday, August 17, 1999 | | | | | | | | | | | | | | | | | |
| 92 | Wednesday, August 18, 1999 | | | | | | | | | | | | | | | | | |
| 93 | Thursday, August 19, 1999 | | | | | | | | | | | | | | | | | |
| 94 | Friday, August 20, 1999 | | | | | | | | | | | | | | | | | |
| 95 | Saturday, August 21, 1999 | | | | | | | | | | | | | | | | | |
| 96 | Sunday, August 22, 1999 | | | | | | | | | | | | | | | | | |
| 97 | Monday, August 23, 1999 | | | | | | | | | | | | | | | | | |
| 98 | Tuesday, August 24, 1999 | | | | | | | | | | | | | | | | | |
| 99 | Wednesday, August 25, 1999 | | | | | | | | | | | | | | | | | |
| 100 | Thursday, August 26, 1999 | | | | | | | | | | | | | | | | | |
| 101 | Friday, August 27, 1999 | | | | | | | | | | | | | | | | | |
| 102 | Saturday, August 28, 1999 | | | | | | | | | | | | | | | | | |
| 103 | Sunday, August 29, 1999 | | | | | | | | | | | | | | | | | |
| 104 | Monday, August 30, 1999 | | | | | | | | | | | | | | | | | |
| 105 | Tuesday, August 31, 1999 | | | | | | | | | | | | | | | | | |
| 106 | Wednesday, September 01, 1999 | | | | | | | | | | | | | | | | | |
| 107 | Thursday, September 02, 1999 | | | | | | | | | | | | | | | | | |
| 108 | Friday, September 03, 1999 | | | | | | | | | | | | | | | | | |
| 109 | Saturday, September 04, 1999 | | | | | | | | | | | | | | | | | |
| 110 | Sunday, September 05, 1999 | | | | | | | | | | | | | | | | | |
| 111 | Monday, September 06, 1999 | | | | | | | | | | | | | | | | | |
| 112 | Tuesday, September 07, 1999 | | | | | | | | | | | | | | | | | |
| 113 | Wednesday, September 08, 1999 | | | | | | | | | | | | | | | | | |
| 114 | Thursday, September 09, 1999 | | | | | | | | | | | | | | | | | |
| 115 | Friday, September 10, 1999 | RMI began mobilizing the Project, assuming dredge and levee equipment mobilized | | | | | | | | | | | | | | | | |
| 116 | Saturday, September 11, 1999 | | | | | | | | | | | | | | | | | |
| 117 | Sunday, September 12, 1999 | | | | | | | | | | | | | | | | | |
| 118 | Monday, September 13, 1999 | Beginning of Claim Period, RMI began actual dredging work | | | | | | | | 1 | 1 | 1 | 0.92 | | 0.08 | | | |
| 119 | Tuesday, September 14, 1999 | | | | | | | | | 1 | 1 | 1 | 0.88 | | 0.13 | | | |
| 120 | Wednesday, September 15, 1999 | | | | | | | | | 1 | 1 | 1 | 0.88 | | 0.13 | | | |
| 121 | Thursday, September 16, 1999 | | | | | | | | | 1 | 1 | 1 | 0.92 | | 0.08 | | | |
| 122 | Friday, September 17, 1999 | | | | | | | | | 1 | 1 | 1 | 0.92 | | 0.08 | | | |
| 123 | Saturday, September 18, 1999 | | | | | | | | | 1 | 1 | 1 | 0.92 | | 0.08 | | | |
| 124 | Sunday, September 19, 1999 | | | | | | | | | 1 | 1 | 1 | 0.92 | | 0.08 | | | |
| 125 | Monday, September 20, 1999 | | | | | | | | | 1 | 1 | 1 | 0.88 | | 0.13 | | | |
| 126 | Tuesday, September 21, 1999 | | | | | | | | | 1 | 1 | 1 | 0.92 | | 0.08 | | | |
| 127 | Wednesday, September 22, 1999 | | | | | | | | | 1 | 1 | 1 | 0.96 | | 0.04 | | | |
| 128 | Thursday, September 23, 1999 | | | | | | | | | 1 | 1 | 1 | 0.92 | | 0.08 | | | |
| 129 | Friday, September 24, 1999 | | | | | | | | | 1 | 1 | 1 | 0.92 | | 0.08 | | | |
| 130 | Saturday, September 25, 1999 | | | | | | | | | 1 | 1 | 1 | 0.88 | | 0.13 | | | |
| 131 | Sunday, September 26, 1999 | | | | | | | | | 1 | 1 | 1 | 1.00 | | | | | |

Exhibit E

Renda Marine, Inc.
Impacted Dates
Analysis of Claimed Days

This analysis was prepared to ensure that claimed days between the various claims do not overlap; claimed days (or a portion thereof) are not claimed more than once. In addition, this chart indicates specific days claimed for Claim 12 segments.

D = Dredging, DHL = Both Dredging and Hydraulic Levee

(See Note 2) Unclaimed Days - Claims 5-11

| Day | Date | Description | Claim 5 | Claim 6 | Claim 7 | Claim 8 | Claim 9 | Claim 11 | Claimed 5-11 | N/C D | N/C HL | N/C ML | Claim 12a1 Planned HL Operations | Claimed HL Claims 5-11 | Claim 12a2 | Claim 12b | Claim 12e | Claim 12f |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wednesday, May 19, 1999 | Completion of Mechanical Levees between 97+00 and 166+00 by Affolter | | | | | | | | | | | | | | | | |
| 2 | Thursday, May 20, 1999 | | | | | | | | | | | | | | | | | |
| 3 | Friday, May 21, 1999 | | | | | | | | | | | | | | | | | |
| 4 | Saturday, May 22, 1999 | | | | | | | | | | | | | | | | | |
| 5 | Sunday, May 23, 1999 | | | | | | | | | | | | | | | | | |
| 6 | Monday, May 24, 1999 | | | | | | | | | | | | | | | | | |
| 7 | Tuesday, May 25, 1999 | | | | | | | | | | | | | | | | | |
| 8 | Wednesday, May 26, 1999 | | | | | | | | | | | | | | | | | |
| 9 | Thursday, May 27, 1999 | | | | | | | | | | | | | | | | | |
| 10 | Friday, May 28, 1999 | | | | | | | | | | | | | | | | | |
| 11 | Saturday, May 29, 1999 | | | | | | | | | | | | | | | | | |
| 12 | Sunday, May 30, 1999 | | | | | | | | | | | | | | | | | |
| 13 | Monday, May 31, 1999 | | | | | | | | | | | | | | | | | |
| 14 | Tuesday, June 01, 1999 | | | | | | | | | | | | | | | | | |
| 15 | Wednesday, June 02, 1999 | | | | | | | | | | | | | | | | | |
| 16 | Thursday, June 03, 1999 | | | | | | | | | | | | | | | | | |
| 17 | Friday, June 04, 1999 | | | | | | | | | | | | | | | | | |
| 18 | Saturday, June 05, 1999 | | | | | | | | | | | | | | | | | |
| 19 | Sunday, June 06, 1999 | | | | | | | | | | | | | | | | | |
| 20 | Monday, June 07, 1999 | | | | | | | | | | | | | | | | | |
| 21 | Tuesday, June 08, 1999 | | | | | | | | | | | | | | | | | |
| 22 | Wednesday, June 09, 1999 | | | | | | | | | | | | | | | | | |
| 23 | Thursday, June 10, 1999 | | | | | | | | | | | | | | | | | |
| 24 | Friday, June 11, 1999 | | | | | | | | | | | | | | | | | |
| 25 | Saturday, June 12, 1999 | | | | | | | | | | | | | | | | | |
| 26 | Sunday, June 13, 1999 | | | | | | | | | | | | | | | | | |
| 27 | Monday, June 14, 1999 | | | | | | | | | | | | | | | | | |
| 28 | Tuesday, June 15, 1999 | | | | | | | | | | | | | | | | | |
| 29 | Wednesday, June 16, 1999 | | | | | | | | | | | | | | | | | |
| 30 | Thursday, June 17, 1999 | | | | | | | | | | | | | | | | | |
| 31 | Friday, June 18, 1999 | | | | | | | | | | | | | | | | | |
| 32 | Saturday, June 19, 1999 | | | | | | | | | | | | | | | | | |
| 33 | Sunday, June 20, 1999 | | | | | | | | | | | | | | | | | |
| 34 | Monday, June 21, 1999 | | | | | | | | | | | | | | | | | |
| 35 | Tuesday, June 22, 1999 | | | | | | | | | | | | | | | | | |
| 36 | Wednesday, June 23, 1999 | | | | | | | | | | | | | | | | | |
| 37 | Thursday, June 24, 1999 | | | | | | | | | | | | | | | | | |
| 38 | Friday, June 25, 1999 | | | | | | | | | | | | | | | | | |
| 39 | Saturday, June 26, 1999 | | | | | | | | | | | | | | | | | |
| 40 | Sunday, June 27, 1999 | | | | | | | | | | | | | | | | | |
| 41 | Monday, June 28, 1999 | | | | | | | | | | | | | | | | | |
| 42 | Tuesday, June 29, 1999 | | | | | | | | | | | | | | | | | |
| 43 | Wednesday, June 30, 1999 | | | | | | | | | | | | | | | | | |
| 44 | Thursday, July 01, 1999 | USACE notifies RMI in writing they are concerned that dredging operations have not started | | | | | | | | | | | | | | | | |
| 45 | Friday, July 02, 1999 | | | | | | | | | | | | | | | | | |
| 46 | Saturday, July 03, 1999 | | | | | | | | | | | | | | | | | |
| 47 | Sunday, July 04, 1999 | | | | | | | | | | | | | | | | | |
| 48 | Monday, July 05, 1999 | | | | | | | | | | | | | | | | | |
| 49 | Tuesday, July 06, 1999 | | | | | | | | | | | | | | | | | |
| 50 | Wednesday, July 07, 1999 | | | | | | | | | | | | | | | | | |
| 51 | Thursday, July 08, 1999 | | | | | | | | | | | | | | | | | |
| 52 | Friday, July 09, 1999 | | | | | | | | | | | | | | | | | |
| 53 | Saturday, July 10, 1999 | | | | | | | | | | | | | | | | | |
| 54 | Sunday, July 11, 1999 | | | | | | | | | | | | | | | | | |
| 55 | Monday, July 12, 1999 | | | | | | | | | | | | | | | | | |
| 56 | Tuesday, July 13, 1999 | | | | | | | | | | | | | | | | | |
| 57 | Wednesday, July 14, 1999 | | | | | | | | | | | | | | | | | |
| 58 | Thursday, July 15, 1999 | | | | | | | | | | | | | | | | | |
| 59 | Friday, July 16, 1999 | | | | | | | | | | | | | | | | | |
| 60 | Saturday, July 17, 1999 | | | | | | | | | | | | | | | | | |
| 61 | Sunday, July 18, 1999 | | | | | | | | | | | | | | | | | |
| 62 | Monday, July 19, 1999 | | | | | | | | | | | | | | | | | |
| 63 | Tuesday, July 20, 1999 | | | | | | | | | | | | | | | | | |
| 64 | Wednesday, July 21, 1999 | | | | | | | | | | | | | | | | | |
| 65 | Thursday, July 22, 1999 | | | | | | | | | | | | | | | | | |
| 66 | Friday, July 23, 1999 | RMI mobilized levee building equipment at Lost Lake | | | | | | | | | | | | | | | | |