*Exhibit I-1*

## *Renda Marine, Inc.*
## *Upper Bayou Dredging Project*
## *Claim 12a1 - Hydraulic Levees - Labor and Equipment Damage Calculations*

*12a1 - Added Costs for Original Duration (10 months):*

Planned Duration (10 months) x 30 days/month x Additional Equipment
Total Days ((365 days per year / 12 months) x 10 months) = 304
Daily per Diem = $25.00 per Worker, $50.00 for 24 hour shift (2 Workers)

*Additional Labor*

| ID | Equipment | | Planned | 1999 Days | 2000 Days | 2001 Days | Hours per Day | 1999 Total Hours | 2000 Total Hours | 2001 Total Hours | Average Hourly Rate | Daily per Diem | 1999 Labor | 2000 Labor | 2001 Labor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n/a | Additional Worker | | No | 96 | 159 | 48 | 24 | 2,314 | 3,825 | 1,157 | $15.64 | $25.00 | $38,594 | $63,798 | $19,298 |
| | Totals | | | | | | | 2,314 | 3,825 | 1,157 | | | $38,594 | $63,798 | $19,298 |
| | | | | | | | | Add Workmen's Comp for Non-Marine (7.26%): | | | | | $2,802 | $4,632 | $1,401 |
| | | | | | | | | Add Payroll Taxes (8.20%): | | | | | $3,165 | $5,231 | $1,582 |
| | | | | | | | | Payroll Cost Before O/H and Profit: | | | | | $44,560 | $73,661 | $22,281 |

*Additional Equipment*

| ID | Equipment | Source | Planned | 1999 Days | 2000 Days | 2001 Days | Hours per Day | 1999 Total Hours | 2000 Total Hours | 2001 Total Hours | | | 1999 Equipment* | 2000 Equipment* | 2001 Equipment* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | Cat D5 Dozer | Mustang Rental Services | No | 96 | 159 | 48 | 24 | 2,314 | 3,825 | 1,157 | | | $46,977 | $78,863 | $25,537 |
| 26 | Marsh Trackhoe - EL 200B (MB101/E1) | Renda Marine, Inc. | No | 96 | 159 | 48 | 24 | 2,314 | 3,825 | 1,157 | | | $154,570 | $249,230 | $79,879 |
| | Totals | | | | | | | 4,628 | 7,650 | 2,314 | | | $201,547 | $328,093 | $105,417 |

* See Claim 12a1 Equipment Calculation Sheet for Equipment Calculations

91

***Exhibit I-1a***

***Renda Marine, Inc.***
***Upper Bayou Dredging Project***

Equipment rates vary at six month intervals due to changes in cost of money and FOG/fuel adjustments. Therefore, damage calculations are performed for six month intervals.

***Claim 12a1 - Equipment Calculations***

| ID | Equipment | | Hours per Day | 7/1/1999 to 12/31/1999 Days | Working Hourly | Working Daily | Total Cost | 1/1/2000 to 6/30/2000 Days | Working Hourly | Working Daily | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | Cat D5 Dozer | | 24 | 96.4 | $12.86 | $178.61 | $46,977.33 | 103.0 | $14.14 | $178.61 | $53,325.73 |
| 26 | Marsh Trackhoe - EL 200B (MB101/E1) | | 24 | 96.4 | $66.80 | | $154,569.63 | 103.0 | $68.54 | | $169,350.92 |
| | Totals | | | | | | $201,546.96 | | | | $222,676.65 |

| ID | Equipment | 7/1/2000 to 12/31/2000 Days | Working Hourly | Working Daily | Total Cost | 1/1/2001 to 8/1/2001 Days | Working Hourly | Working Daily | Total Cost | Totals 7/1/1999 to 8/30/2001 Total Days | 1999 | 2000 | 2001 | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | Cat D5 Dozer | 56.4 | $15.57 | $178.61 | $31,182.96 | 48.2 | $14.63 | $178.61 | $25,537.40 | 304 | $46,977.33 | $78,663.13 | $25,537.40 | $151,377.86 |
| 26 | Marsh Trackhoe - EL 200B (MB101/E1) | 56.4 | $70.67 | | $95,701.31 | 48.2 | $69.04 | | $79,879.28 | 304 | $154,569.63 | $249,230.20 | $79,879.28 | $483,679.11 |
| | Totals | | | | $126,864.28 | | | | $105,416.68 | | $201,546.96 | $328,093.33 | $105,416.68 | $635,056.97 |

173

*Exhibit I-2*

## *Renda Marine, Inc.*
## *Upper Bayou Dredging Project*
## *Claim 12a2 - Hydraulic Levees - Labor and Equipment Damage Calculations*

***12a2 - Additional Costs for Full Crew for Extended Duration***

Refer to Analysis of Claimed Days (Tab 5) for hours (days) claimed
Claim is for Hydraulic Levee operations impacted due to Dredge Delays caused by levee issues
Daily per Diem = $25.00 per Worker, $50.00 for 24 hour shift (2 Workers)

*Actual Labor*

| ID | Equipment | | Planned | 1999 Days | 2000 Days | 2001 Days | Hours per Day | 1999 Total Hours | 2000 Total Hours | 2001 Total Hours | Average Hourly Rate | Daily per Diem | 1999 Labor | 2000 Labor | 2001 Labor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n/a | Planned Worker | | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | $15.64 | $50.00 | $5,778 | $10,600 | $1,453 |
| n/a | Planned Worker | | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | $15.64 | $50.00 | $5,778 | $10,600 | $1,453 |
| n/a | Planned Worker | | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | $15.64 | $50.00 | $5,778 | $10,600 | $1,453 |
| n/a | Planned Worker | | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | $15.64 | $50.00 | $5,778 | $10,600 | $1,453 |
| n/a | Additional Worker | | No | 14 | 25 | 3 | 24 | 326 | 598 | 82 | $15.64 | $50.00 | $5,778 | $10,600 | $1,453 |
| | Totals | | | | | | | 1,630 | 2,991 | 410 | | | $28,892 | $52,999 | $7,265 |

| | 1999 | 2000 | 2001 |
|---|---|---|---|
| Add Workmen's Comp for Non-Marine (7.26%): | $2,098 | $3,848 | $527 |
| Add Payroll Taxes (8.20%): | $2,369 | $4,346 | $596 |
| Payroll Cost Before O/H and Profit: | $33,359 | $61,193 | $8,389 |

93

*ctual Equipment*

| ID | Equipment | Source | Planned | 1999 Days | 2000 Days | 2001 Days | Hours per Day | 1999 Total Hours | 2000 Total Hours | 2001 Total Hours | | | 1999 Equipment* | 2000 Equipment* | 2001 Equipment* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | John Deere 550H LGP Dozer | Nations Rent | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | | | $5,063 | $10,058 | $1,402 |
| 27 | Marsh Dragline (MD-101) | Renda Marine, Inc. | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | | | $21,782 | $41,145 | $5,661 |
| 20 | Linkbelt 3800 Excavator (E-17) | Renda Marine, Inc. | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | | | $15,880 | $30,546 | $4,212 |
| 35 | Light Plant | Renda Marine, Inc. | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | | | $2,035 | $3,863 | $533 |
| 22 | Skid Loader - Timberjack 450 | Renda Marine, Inc. | Yes | 14 | 25 | 3 | 24 | 326 | 598 | 82 | | | $15,632 | $30,048 | $4,152 |
| 68 | Cat D5 Dozer | Mustang Rental Services | No | 14 | 25 | 3 | 24 | 326 | 598 | 82 | | | $6,620 | $13,008 | $1,810 |
| 23 | Skid Loader - Timberjack 380B | Renda Marine, Inc | No | 14 | 25 | 3 | 24 | 326 | 598 | 82 | | | $15,632 | $30,048 | $4,152 |
| 26 | Marsh Trackhoe - EL 200B (MB101/E1) | Renda Marine, Inc. | No | 14 | 25 | 3 | 24 | 326 | 598 | 82 | | | $21,782 | $41,145 | $5,661 |
| | Totals | | | | | | | 2,609 | 2,393 | 656 | | | $104,428 | $199,861 | $27,582 |

* See Claim 12a2 Equipment Calculation Sheet for Equipment Calculations

| 12a1 and 12a2 Totals: | | | |
|---|---|---|---|
| Total Labor: | $77,919 | $134,854 | $30,670 |
| Total Equipment: | $305,975 | $527,954 | $132,999 |

*Exhibit I-2a*

***Renda Marine, Inc.***
***Upper Bayou Dredging Project***

Equipment rates vary at six month intervals due to changes in cost of money and FOG/fuel adjustments. Therefore, damage calculations are performed for six month intervals.

***Claim 12a2 - Equipment Calculations***

| | | | | 7/1/1999 to 12/31/1999 | | | | 1/1/2000 to 6/30/2000 | | | | 7/1/2000 to 12/31/2000 | | | | 1/1/2001 to 6/30/2001 | | | | Totals 7/1/1999 to 6/30/2001 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | Equipment | | Hours per Day | Days | Working Hourly | Working Daily | Total Cost | Days | Working Hourly | Working Daily | Total Cost | Days | Working Hourly | Working Daily | Total Cost | Days | | | Total Cost | Total Days | 1999 | 2000 | 2001 | Total Cost |
| 66 | John Deere 550H LGP Dozer | | 24 | 13.6 | $10.98 | $109.15 | $5,063.39 | 22.0 | $12.12 | $109.15 | $8,820.11 | 2.9 | $13.39 | $109.15 | $1,237.72 | 3.4 | $12.55 | $109.15 | $1,402.03 | 41.9 | $5,063.39 | $10,057.82 | $1,402.03 | $16,523.25 |
| 27 | Marsh Dragline (MD-101) | | 24 | 13.6 | $66.80 | | $21,782.37 | 22.0 | $68.54 | | $36,269.08 | 2.9 | $70.67 | | $4,876.23 | 3.4 | $69.04 | | $5,661.28 | 41.9 | $21,782.37 | $41,145.31 | $5,661.28 | $68,588.96 |
| 20 | Linkbelt 3800 Excavator (E-17) | | 24 | 13.6 | $48.70 | | $15,880.26 | 22.0 | $50.77 | | $26,665.79 | 2.9 | $53.33 | | $3,879.77 | 3.4 | $51.36 | | $4,211.52 | 41.9 | $15,880.26 | $30,545.56 | $4,211.52 | $50,637.34 |
| 35 | Light Plant | | 24 | 13.6 | $6.24 | | $2,034.76 | 22.0 | $6.43 | | $3,402.54 | 2.9 | $6.67 | | $460.23 | 3.4 | $6.50 | | $533.00 | 41.9 | $2,034.76 | $3,862.77 | $533.00 | $6,430.53 |
| 22 | Skid Loader - Timberjack 450 | | 24 | 13.6 | $47.94 | | $15,632.44 | 22.0 | $49.96 | | $26,437.17 | 2.9 | $52.33 | | $3,610.77 | 3.4 | $50.63 | | $4,151.66 | 41.9 | $15,632.44 | $30,047.94 | $4,151.66 | $49,832.03 |
| 68 | Cat D5 Dozer | | 24 | 13.6 | $12.86 | $178.61 | $6,620.17 | 22.0 | $14.14 | $178.61 | $11,420.52 | 2.9 | $15.57 | $178.61 | $1,587.83 | 3.4 | $14.63 | $178.61 | $1,809.91 | 41.9 | $6,620.17 | $13,008.35 | $1,809.91 | $21,438.43 |
| 23 | Skid Loader - Timberjack 380B | | 24 | 13.6 | $47.94 | | $15,632.44 | 22.0 | $49.96 | | $26,437.17 | 2.9 | $52.33 | | $3,610.77 | 3.4 | $50.63 | | $4,151.66 | 41.9 | $15,632.44 | $30,047.94 | $4,151.66 | $49,832.03 |
| 26 | Marsh Trackhoe - EL 200B (MB101/E1) | | 24 | 13.6 | $66.90 | | $21,782.37 | 22.0 | $68.54 | | $36,269.08 | 2.9 | $70.67 | | $4,876.23 | 3.4 | $69.04 | | $5,661.28 | 41.9 | $21,782.37 | $41,145.31 | $5,661.28 | $68,588.96 |
| | Totals | | | | | | $104,428.19 | | | | $175,921.46 | | | | $23,939.55 | | | | $27,582.34 | | $104,428.19 | $199,881.01 | $27,582.34 | $331,871.54 |

*Exhibit J-1a*

*Rende Marine, Inc.*
*Upper Bayou Dredging Project*

Equipment rates vary at six month intervals due to changes in cost of money and FOG/fuel adjustments. Therefore, damage calculations are performed for six month intervals.

*Claim 12c - Equipment Calculations*

| | | | | 7/1/1999 to 12/31/1999 | | | | 1/1/2000 to 6/30/2000 | | | | 7/1/2000 to 12/31/2000 | | | | Totals 7/1/1999 to 12/31/2000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | Equipment | Status* | Hours per Day* | Days | Hourly | Daily | Total Cost | Days | Hourly | Daily | Total Cost | Days | Hourly | Daily | Total Cost | Total Days | 1999 | 2000 | Total Cost |
| 1 | Hydraulic Dredge "Millennium" (24") & Secondary Engines | Non-effective | 24 | 1 | $452.12 | | $13,789.66 | 8 | $692.34 | | $130,333.01 | 0.5 | $764.97 | | $9,179.64 | 10 | $13,789.66 | $139,512.65 | $153,302.31 |
| 2 | Hydraulic Booster Station On Barge (24") | Non-effective | 24 | 1 | | | $0.00 | 8 | $179.87 | | $33,860.53 | 0.5 | $210.06 | | $2,520.72 | 10 | $0.00 | $36,381.25 | $36,381.25 |
| 3 | Duplex High Pressure Pump | Standby | 24 | 1 | $8.79 | | $268.10 | 8 | $8.79 | | $1,654.72 | 0.5 | $9.06 | | $108.72 | 10 | $268.10 | $1,763.44 | $2,031.53 |
| 4 | Cummins Generator Set - 80Kw (0805F) (On Dredge "Millennium") | n/a | 24 | 1 | $0.00 | | $0.00 | 8 | $0.00 | | $0.00 | 0.5 | $0.00 | | $0.00 | 10 | $0.00 | $0.00 | $0.00 |
| 5 | Pipeline - 24" (20,000+ LF) | Standby | 24 | 1 | $16.67 | | $508.44 | 8 | $16.67 | | $3,138.13 | 0.5 | $16.81 | | $201.72 | 10 | $508.44 | $3,339.85 | $3,848.28 |
| 6 | Pipeline Joints - 24" | Standby | 24 | 1 | $17.25 | | $526.13 | 8 | $17.25 | | $3,247.31 | 0.5 | $17.39 | | $208.68 | 10 | $526.13 | $3,455.99 | $3,982.12 |
| 7 | Pipeline Pontoons | Standby | 24 | 1 | $6.03 | | $183.92 | 8 | $6.03 | | $1,135.15 | 0.5 | $6.15 | | $73.80 | 10 | $183.92 | $1,208.95 | $1,392.86 |
| 8 | Work Boat "Marilyn K. McFarland" | Working | 12 | 1 | $39.49 | | $602.22 | 8 | $45.14 | | $4,248.80 | 0.5 | $51.38 | | $308.28 | 10 | $602.22 | $4,557.08 | $5,159.31 |
| 9 | Work Boat "Crista Dian" | Working | 12 | 1 | $40.71 | | $620.83 | 8 | $49.28 | | $4,638.48 | 0.5 | $58.80 | | $352.80 | 10 | $620.83 | $4,991.28 | $5,612.11 |
| 10 | Anchor Barge | Working | 24 | 1 | $2.15 | | $65.58 | 8 | $2.15 | | $404.74 | 0.5 | $2.20 | | $26.40 | 10 | $65.58 | $431.14 | $496.71 |
| 11 | American Crane Draw-Works - 4260 (On Anchor Barge (AB102) | Standby | 24 | 1 | $27.38 | | $835.09 | 8 | $27.38 | | $5,154.29 | 0.5 | $29.29 | | $351.48 | 10 | $835.09 | $5,505.77 | $6,340.86 |
| 12 | Grove Hydraulic Crane - RT58F (Mounted On Work Barge #1) | Standby | 24 | 1 | $14.82 | | $452.01 | 8 | $14.82 | | $2,789.87 | 0.5 | $15.68 | | $188.16 | 10 | $452.01 | $2,978.03 | $3,430.04 |
| 13 | Work Barge #1 - (3) Flexifloats | Working | 24 | 1 | $1.27 | | $38.74 | 8 | $1.28 | | $240.96 | 0.5 | $1.31 | | $15.72 | 10 | $38.74 | $256.68 | $295.42 |
| 14 | Survey Boat - Monark | Standby | 3 | 1 | $2.28 | | $8.69 | 8 | $2.28 | | $53.65 | 0.5 | $2.31 | | $3.47 | 10 | $8.69 | $57.12 | $65.81 |
| 15 | Work Boat - Lafco | Standby | 24 | 1 | $3.82 | | $116.51 | 8 | $3.82 | | $719.12 | 0.5 | $3.88 | | $46.56 | 10 | $116.51 | $765.68 | $882.19 |
| 16 | Work Boat - Monark | Working | 12 | 1 | $41.97 | | $640.04 | 8 | $50.00 | | $4,706.25 | 0.5 | $52.33 | | $313.98 | 10 | $640.04 | $5,020.23 | $5,660.27 |
| 17 | Work Skiff | Standby | 24 | 1 | $1.24 | | $37.82 | 8 | $1.24 | | $233.43 | 0.5 | $1.25 | | $15.00 | 10 | $37.82 | $248.43 | $286.25 |
| 18 | Fuel Barge - (3) Flexifloats | Working | 24 | 1 | $1.27 | | $38.74 | 8 | $1.28 | | $240.96 | 0.5 | $1.31 | | $15.72 | 10 | $38.74 | $256.68 | $295.42 |
| 19 | Fuel Tank - 10,000 Gallon (Mounted On Fuel Barge) | Working | 24 | 1 | $5.64 | | $202.52 | 8 | $6.83 | | $1,285.75 | 0.5 | $6.91 | | $82.92 | 10 | $202.52 | $1,368.67 | $1,571.19 |
| 20 | Linkbelt 3800 Excavator | Standby | 24 | 1 | $12.60 | | $384.30 | 8 | $12.60 | | $2,371.95 | 0.5 | $12.85 | | $154.20 | 10 | $384.30 | $2,526.15 | $2,910.45 |
| 21 | Work Barge #2 - (3) Flexifloats | Working | 24 | 1 | $1.27 | | $38.74 | 8 | $1.28 | | $240.96 | 0.5 | $1.31 | | $15.72 | 10 | $38.74 | $256.68 | $295.42 |
| 22 | Skid Loader - Timberjack 450 | Standby | 24 | 1 | $9.89 | | $301.65 | 8 | $9.89 | | $1,861.79 | 0.5 | $10.00 | | $120.00 | 10 | $301.65 | $1,981.79 | $2,283.44 |
| 23 | Skid Loader - Timberjack 3809 | Standby | 24 | 1 | $9.89 | | $301.65 | 8 | $9.89 | | $1,861.79 | 0.5 | $10.00 | | $120.00 | 10 | $301.65 | $1,981.79 | $2,283.44 |
| 24 | American Crane 4260 (Mounted On Mcdonough Barge (KS4001) | Standby | 24 | 1 | $46.00 | | $1,403.00 | 8 | $46.00 | | $8,659.50 | 0.5 | $49.65 | | $595.80 | 10 | $1,403.00 | $9,255.30 | $10,658.30 |
| 25 | Linkbelt Crane LS78 (Mounted On Mcdonough Barge (KS4001) | Standby | 24 | 1 | $46.00 | | $1,403.00 | 8 | $46.00 | | $8,659.50 | 0.6 | $49.65 | | $595.80 | 10 | $1,403.00 | $9,255.30 | $10,658.30 |
| 28 | Lincoln Welder - SA300 TMO27 | Standby | 24 | 1 | $0.54 | | $16.47 | 8 | $0.54 | | $101.66 | 0.5 | $0.54 | | $6.48 | 10 | $16.47 | $108.14 | $124.61 |
| 34 | Lighting Set, Trailer Mounted - Next Generation (BLK64MH) | Standby | 24 | 1 | $1.25 | | $38.13 | 8 | $1.25 | | $235.31 | 0.5 | $1.26 | | $15.12 | 10 | $38.13 | $250.43 | $288.56 |
| 47 | Rental: Tug Boat "Melissa B." (800 HP) | Working | 12 | 1 | $75.63 | $300.00 | $1,534.61 | 8 | $87.38 | $300.00 | $10,577.77 | 0.6 | $99.94 | $300.00 | $749.64 | 10 | $1,534.61 | $11,327.41 | $12,862.02 |
| 48 | Rental: Combination Building - 18' | Working | 24 | 1 | $0.00 | $67.17 | $85.36 | 8 | $0.00 | $67.17 | $526.86 | 0.5 | $0.00 | $67.17 | $33.59 | 10 | $85.36 | $560.45 | $645.81 |
| 49 | Rental: Supply Barge (MCD212) | Working | 24 | 1 | $0.58 | $85.00 | $125.71 | 8 | $0.58 | $85.00 | $775.90 | 0.5 | $0.58 | $85.00 | $49.46 | 10 | $125.71 | $825.36 | $951.07 |
| 50 | Rental: Spud Barge (KS4001) | Working | 24 | 1 | $0.58 | $113.33 | $161.71 | 8 | $0.58 | $113.33 | $998.12 | 0.6 | $0.58 | $113.33 | $63.63 | 10 | $161.71 | $1,061.74 | $1,223.46 |
| 58 | Rental: Air Compressor 185 Cfm - P185WJD (Ser. #304334UHJ221) | Standby | 24 | 1 | | $18.58 | $23.61 | 8 | | $18.58 | $145.74 | 0.5 | | $18.58 | $9.29 | 10 | $23.61 | $155.03 | $178.64 |
| 59 | Rental: Air Compressor + Hose 185 Cfm - P185WJD (Ser. #273246UBH221) | Standby | 24 | 1 | | $18.58 | $23.61 | 8 | | $18.58 | $145.74 | 0.5 | | $18.58 | $9.29 | 10 | $23.61 | $156.03 | $178.64 |
| 60 | Rental: Air Compressor 185 Cfm - P185WJD (Ser. #306784UKJ221) | Standby | 24 | 1 | | $16.24 | $20.64 | 8 | | $16.24 | $127.38 | 0.5 | | $16.24 | $8.12 | 10 | $20.64 | $135.50 | $156.14 |
| 61 | Rental: Air Compressor 185 Cfm - P185WJD (Ser. #306785UKJ221) | Standby | 24 | 1 | | $16.24 | $20.64 | 8 | | $16.24 | $127.38 | 0.5 | | $16.24 | $8.12 | 10 | $20.64 | $135.50 | $156.14 |
| 62 | Rental: Air Compressor 210 Cfm - D210O6JD (Ser. #18217A) | Standby | 24 | 1 | | $18.58 | $23.61 | 8 | | $18.58 | $145.74 | 0.5 | | $18.58 | $9.29 | 10 | $23.61 | $155.03 | $178.64 |
| 54 | Rental: Diesel Welder 400 Amp - K1422-1 (Ser. #1990326577) | Standby | 24 | 1 | | $12.93 | $16.43 | 8 | | $12.93 | $101.42 | 0.5 | | $12.93 | $6.47 | 10 | $16.43 | $107.88 | $124.32 |
| 55 | Rental: Lincoln Welder - 500 Amp (Ser. #U1990113058) | Standby | 24 | 1 | | $16.16 | $20.54 | 8 | | $16.16 | $126.76 | 0.5 | | $16.16 | $8.08 | 10 | $20.54 | $134.84 | $155.37 |
| 56 | Rental: Diesel Welder 250 Amp - K1383-4 (Ser. #U1980702218) | Standby | 24 | 1 | | $12.99 | $16.51 | 8 | | $12.99 | $101.89 | 0.5 | | $12.99 | $6.50 | 10 | $16.51 | $108.39 | $124.89 |
| 57 | Rental: Diesel Welder 250 Amp - SA250 (Ser. #U1980808455) | Standby | 24 | 1 | | $12.99 | $16.51 | 8 | | $12.99 | $101.89 | 0.5 | | $12.99 | $6.50 | 10 | $16.51 | $108.39 | $124.89 |
| | Totals | | | | | | $24,911.42 | | | | $236,080.17 | | | | $16,604.84 | | $24,911.42 | $252,685.01 | $277,596.43 |

* Status of equipment and assigned Hours per Day usage is based upon Dredge performing non-effective dredging operations.

95

175

11/17/2004 - Update

Rende Marine, Inc.

*Exhibit L*

*Renda Marine, Inc.*
*Upper Bayou Dredging Project*
*Claim 12e - Booster Equipment and Labor Calculations*

## *Equipment Costs:*

| | |
|---|---|
| Number of Days Claimed: | 45 |
| Days Claimed (1999): | 0 |
| Days Claimed (2000): | 6 |
| Days Claimed (2001): | 39 |
| Equipment Rental Rate per Month (See Note 1): | $86,000.00 |
| Calculated Daily Rental Rate (See Note 2): | $2,866.67 |
| Lessor's Chief Engineer Supplied with Booster (See Note 3): | $350.00 |
| Total Daily Rate per Lease Agreement: | $3,216.67 |

| | |
|---|---|
| Equipment Total (1999): | $0.00 |
| Equipment Total (2000): | $19,300.00 |
| Equipment Total (2001): | $125,450.00 |
| Total Equipment (1999 to 2001): | $144,750.00 |

## *Labor Costs:*

| | | |
|---|---|---|
| Required Number of Personnel to Operate Booster (Daily): | 3 | |
| Booster Operational Hours per Day: | 24 | |
| Personnel Shifts per Day: | 2 | |
| Manhours per Day: | 72 | |
| Per Diem per Individual: | $25.00 | |
| Average Hourly Payroll Rate: | $15.64 | |
| Payroll Subtotal: | $1,125.89 | |
| Per Diem Costs: | $150.00 | |
| Payroll and Per Diem Subtotal: | $1,275.89 | |
| P & I Insurance - Marine Operations (4.43%): | $56.52 | 4.43% |
| Payroll Taxes (8.20%): | $104.62 | 8.20% |
| Total Payroll Cost per Day: | $1,437.03 | |

| | |
|---|---|
| Total Payroll Cost for Claimed Days (1999): | $0.00 |
| Total Payroll Cost for Claimed Days (2000): | $8,622.18 |
| Total Payroll Cost for Claimed Days (2001): | $56,044.16 |
| Total Payroll Cost for Claimed Days (1999 to 2001): | $64,666.33 |

Notes:
(1): Per executed Lease Agreement dated November 7, 2000
(2): Per Lease Agreement, daily rate equals 1/30th of monthly rate
(3): Cost equals $275/day wages plus $75/day living/travel allowance

# EQUIPMENT LEASE

The following constitutes an agreement between Hendry Corporation, 5107 South Westshore Boulevard, Tampa, Florida, 33611, hereinafter called Lessor, and Renda Marine, 2307 FM 1495, Suite 218, Freeport, Texas 77541, hereinafter called Lessee, for lease of Hendry Booster No. 6 to Renda Marine to be utilized on Corps of Engineers Contract No. DACW64-99-C-0001 at Houston, Texas. The prime contractor on this project is Renda Marine, Inc. The date of this agreement is November 7, 2000.

In consideration of payment hereinafter provided, Lessor and Lessee agree as follows:

1. EQUIPMENT LEASED – Hendry Booster No. 6, hereinafter called "Equipment". This is a barge mounted booster unit for a pipeline dredge. It is generally described by the attached Specifications. The Lessee intends to use the booster behind the Lessee's 24" pipeline dredge "Millenium". The Equipment shall remain in the possession of the Lessee and neither this agreement nor any part thereof shall be assigned, nor shall Lessee offer the Equipment rented hereunder to be used or possessed by any other person, firm or legal entity without prior written consent of the Lessor, nor shall said Equipment be used in the performance of any work by the Lessee other than that specified above without the Lessor's written consent. The Lessee further agrees not to remove any Euipment covered by this agreement out of the County and State above without prior written consent of the Lessor.
2. MINIMUM RENTAL PERIOD – The minimum rental on the Equipment is to be three months at the full operating rate. This does not include mobilization and demobilization. The minimum rental period shall not apply if the above referenced contract is terminated by the Government or terminated due to an act of God.
3. THE RENTAL PERIOD – The rental period for the Equipment shall be from the time the Equipment departs the possession of the Lessor at White City, Florida, until it is returned by the Lessee to White City, Florida.
4. PAYMENT: The lease rates are as follows:

- $86,000.00 per month for the period the Equipment is in the Houston area.
- $64,000 per month while enroute between White City, Florida and Houston, Texas (mobilization) and while enroute between Houston, Texas and White City, Florida (demobilization).
- $64,000 per month for standby periods (if any) which exceed one continuous month in duration.

Exceptions – The lease amount for the Equipment during the trip from White City to Houston will be limited to an amount of $10,000 so long as the trip does not exceed 10 calendar days. If the trip exceeds ten days, the lease rate after the tenth day will be $64,000 per month. The lease amount for the Equipment during the demobilization trip from Houston to White City will be limited to $5,000 so long as the trip does not exceed 10 calendar days, based upon a minimum lease period at the full lease rate of three calendar months.

All lease payments shall be made monthly in advance at the office of the Lessor. The first full month's lease payment ($86,000) shall be due when the Equipment departs White City, Florida. The mobilization lease payment ($10,000 if the trip takes ten days or less) shall be due upon arrival of the Equipment in Houston. The demobilization lease payment ($5,000 if the demobilization trip takes ten days or less) shall be due at the time the Equipment departs Houston.

Monthly lease payments shall not be subject to any deduction on account of any non-working time in the month, but the amount of the lease payment payable for any fraction of a month, after the Minimum Rental Period specified, shall be at the rate of 1/30th of the monthly rate for each calendar day, rounded to the nearest 0.5 day.

5. TRANSPORTATION - The Lessee is responsible for arranging for and paying for transportation of the Equipment from White City, Florida to Houston, Texas and from Houston, Texas to White City, Florida. This includes preparations for towing.
6. OPERATION – The Lessee is responsible for operating the Equipment. This is a bare plant lease. Furnishing fuel, lubricants, consumables, and supplies is the responsibility of the Lessee. The Equipment shall be returned to the Lessor with the same amount of diesel fuel as at the beginning of the lease. The Lessor will furnish one Chief Engineer to assist the Lessee in the operation of the Equipment. The Lessee agrees to employ competent, experienced men to operate the Equipment. The Lessee agrees to reimburse the Lessor for the services of the Lessor's Chief Engineer at the rate of $270 per day wages plus $75 per day living allowance and travel allowance for each day he is on the job.
7. MAINTENANCE AND REPAIRS – The Lessee is responsible for all maintenance and repairs, at his expense, except an equipment failure which is due solely to a latent defect or which clearly has nothing to do with lack of maintenance, careless operation, negligence, or normal wear and tear. The Equipment shall be returned to the Lessor in the same condition as at the beginning of this lease, normal wear and tear excepted. The Lessee shall see that the Equipment is not subjected to careless or needlesly rough usage, and shall at his own expense maintain the Equipment in good operative condition, well greased and oiled and clean. All tools, appliances, and appurtenances furnished with the Equipment shall be returned therewith in good condition. Any damage to the Equipment not repaired by the Lessee will be repaired by the Lessor after the Equipment is returned to the Lessor, and the Lessee agrees to pay for the cost of such repairs as well as the full lease rate while the repairs are being made. Since it is difficult to measure wear on the main pump and on the suction and discharge piping, the Lessee and the Lessor agree in advance that the Lessee shall

reimburse the Lessor in an amount of $0.03/c.y. of material pumped with the booster for this wear. This is based upon the understanding that the material which will be pumped is clay, silt, and fine sand.

8. COMPLIANCE WITH LAWS – Lessee agrees to comply with and conform to all Municipal, County, State and Federal laws, ordinances, rules, regulations and the like pertaining to the use, maintenance and/or operation of said Equipment and to pay all costs and expenses of every character occasioned by or involving the use or operation of said Equipment.
9. LIABILITY OF LESSEE – The Lessee shall indemnify Lessor against all loss, damage, expense and penalty arising from any action on account of personal injury or damage to property occasioned by the operation, handling or transportation of any equipment during the rental period. Lessee shall carry insurance, satisfactory to Lessor, providing this protection. Lessor shall not be liable in any event for any loss, delay or damage of any kind or character, resulting from defects in or inefficiency of the Equipment hereby leased or accidental breakage thereof. Lessee shall pay for all Sales, Use and any or all Taxes that may be assessed against said Equipment while in Lessee's possession even though notice of assessment is received after expiration of this lease.
10. INSPECTION – The Lessee and the Lessor shall jointly survey the Equipment and agree to and document its condition prior to the Equipment departing from White City, Florida. At the end of the lease the two parties shall conduct a joint off-charter survey at White City, Florida, or at its return point if mutually agreed to be some other location. The results of the two surveys shall be compared by the two parties for the purpose of determining whether there is any damage to the Equipment. Lessor shall have the right at any time to enter the premises occupied by the Equipment and shall be given free access thereto for the purpose of inspection and shall be entitled to take possession or remove all or any part thereof without legal process at any time at Lessee's expense while any rental is unpaid or while Lessee is in violation of any terms or provisions of this lease or when, in the opinion of Lessor, such Equipment is being abused or neglected or, because of labor disputes or any other conditions, the Equipment is in danger of being lost or damaged.
11. TITLE – Title shall at all times vest in the Lessor. Lessee shall give Lessor immediate notice in case the Equipment is levied upon, or from any cause becomes liable to seizure.
12. ACCEPTANCE OF EQUIPMENT – The acceptance by the Lessee of the Equipment described herein constitutes his acknowledgment that he has inspected the Equipment and that it is good, safe, serviceable, and fit for the use intended. The Lessee shall have no claim against the Lessor for direct, indirect, or consequential damages if the Equipment does not perform as expected by the Lessee.
13. INSURANCE AND INDEMNIFICATION – Lessee shall procure and maintain, at its own cost and expense, the following insurance coverages:
   (a) Workers' Compensation Insurance for statutory benefits, including U. S. Longshore and Harbor Workers' Compensation encorsement and maritime

endorsement for Jones Act coverage, and Employer's Liability Insurance in an amount of not less than $5,000,000.00 (primary and excess);

(b) Commercial General Liability Insurance, or equivalent, insuring for bodily injury, including death, and property damage, and including contractual liability, sudden and accidental pollution, and with any watercraft exclusion deleted, in an amount of not less than $10,000,000.00 (primary and excess);

(c) Any towing companies hired by the Lessee to move the equipment shall name and waive the Lessor on their P & I coverage and/or hull and machinery if that includes tower's liability.

(d) The value of the equipment is $1,250,000.

Hendry Corporation shall be named as additional insured on all insurance policies, and Renda Marine shall cause its insurers to waive subrogation against Hendry Corporation. Renda Marine shall provide certificates of insurance to Hendry Corporation prior to the beginning of service under this agreement.

Lessee agrees to fully protect, defend, hold harmless and indemnify (including reimbursement of reasonable attorney's fees and costs) Lessor from and against any and all claims, liens, demands, causes of action, liabilities, losses, damages, expenses, taxes, fines and penalties, of every kind and character, arising out of or in any way connected with Lessee's use, employment, possession, control, charter, operation, navigation, maintenance or management of the VESSEL, including (a) personal injury and death to any person, regardless of whether such injury or death is caused in whole or in part by Lessor's negligence or is caused in whole or in part by the unseaworthiness of the VESSEL, (b) property damage to the VESSEL or property damage to Lessee or to third parties caused in whole or in part by the VESSEL, regardless of whether such property damage is caused in whole or in part by Lessor's negligence or caused in whole or in part by the unseaworthiness of the VESSEL, (c) salvage and/or wreck removal of the VESSEL, and for (d) pollution damage and pollution clean-up expenses, pollution penalties and fines, and for any damage to the environment resulting from pollution.

14. AGREEMENT – this agreement constitutes the full agreement between the parties hereto, all oral or written agreements between the parties having been merged herein, and there are no warranties, either expressed or implied, unless expressly set out herein, and this agreement is not subject to modification or alteration except by writing, signed by the principals executing this agreement, their successors or authorized agents.