(

WITNESS: The hands of the parties hereto the day and year first above written by which the Lessee acknowledges the receipt of a signed copy of this lease.

Randall Bennett
Witness

Lessor
HENDRY CORPORATION William Humphreys
5107 S. Westshore Boulevard
Tampa, FL 33611

Lynn Douglas
Witness

Lessee
RENDA MARINE Steven C. Bowman
2307 FM 1495, Suite 218
Freeport, TX 77541

# HENDRY BOOSTER NO. 6

## SPECIFICATIONS

Barge mounted booster unit for pipeline dredge. Pump is driven by a single diesel engine through a reduction gear. All machinery is inside a deckhouse. Dredge pump is outside the house. All machinery is at or above deck level except service water pumps. There are two spud wells at the discharge end of the barge.

| | |
|---|---|
| Main pump | 30-inch suction opening, 24-inch discharge. Front door opening for impeller is 84". Normal range of impeller sizes 76" to 64". Pump is Hendry designed. Shell and liners are cast by Mobile Pulley. |
| Suction and discharge | 24-inch pipe, lock ring ball and bell |
| Main engine | 251 F Alco diesel, 16 cylinder. 3730 continuous HP at 1200 RPM, 3240 continuous HP at 1000 RPM. |
| Reduction gear | Western VST-23 Model 1922 rebuilt by Haley Marine Gears. Ratio 3.2:1. |
| Generator | 250 KW, Caterpillar D-343 engine |
| Barge | 101 ft. X 41 ft. X 6 ft. Light draft 2.5 ft. |
| Fuel capacity | 29,000 gallons |

# Exhibit O

## Formula Explanations

## For Chapter 3 Methodology

| Column Heading | Formula |
|---|---|
| **OPERATING RATE (Owned Equipment)** | |
| Total Hourly Rate | DEPR + FCCM + Fuel + FOG + Tire Wear + Tire Repair + Repair (Table 2-2 of EP Manual) |
| FCCM Adjust Factor (Cost of Money) | [ Cost of Money Rate (Full Rate) ] (from Appendix "B" of EP Manual) ÷ Prompt Payment Act Interest Rate (for applicable 6-month period of claim) |
| Adjusted FCCM Rate | FCCM Adjust Factor (Cost of Money) x FCCM |
| 40-Hour Shift Adjustment Factor | 40-Hours ÷ Average Weekly Hours of Work |
| Adjusted FCCM Rate for Shift | Adjusted FCCM Rate x 40-Hour Shift Adjustment Factor |
| Adjusted Ownership Rate for Age | [ DEPR + Adjusted FCCM Rate for Shift ] x Age Adjustment Factor (Table 3-1 of EP Manual) |
| Fuel & FOG Adjust Factor | Fuel Price (from Appendix "B" of EP Manual) ÷ Actual cost of fuel for applicable period of claim (calculated using Bureau of Labor Statistics fuel indices) |
| Adjusted Fuel Rate | Fuel & FOG Adjust Factor x Fuel |
| Adjusted FOG Rate | Fuel & FOG Adjust Factor x FOG |
| Total Adjusted Hourly Operating Rate | Adjusted Ownership Rate for Age + Adjusted Fuel Rate + Adjusted FOG Rate + Tire Wear + Tire Repair + Repair |

## For Chapter 3 Methodology

| Column Heading | Formula |
| --- | --- |
| **OPERATING RATE (Rented Equipment)** | |
| Daily Use Rate | Monthly (or other appropriate period) Invoiced Rental Rate + 30-days (or other appropriate period corresponding to rental period, i.e. daily, weekly) |
| Total Adjusted Hourly Operating Rate | Adjusted Fuel Rate + Adjusted FOG Rate + [ (Tire Wear + Tire Repair + Repair) ÷ 2 ]<br>NOTE: Reducing Repair(s) by 50% is an estimated or assumed condition based upon Franvel Corporation's previous experience or interpretation and is not specifically defined in the EP Manual. Some individual piece(s) of rented equipment may require increased hourly repair amounts due to the type of equipment, specific conditions at the project, etc. |
| Total Adjusted Rate per Calendar Day | Daily Use Rate + Total Adjusted Hourly Operating Rate |
| **STANDBY RATE (Owned Equipment)** | |
| Total Hourly Standby Rate | ( DEPR ÷ 2 ) + FCCM (from Table 2-1 of EP Manual) – (not to exceed maximum 40-hours per week over 7-calendar days; reduced by any operating hours per week) |
| Adjusted FCCM Rate for Shift | FCCM Adjust Factor (Cost of Money) x FCCM x 40-Hour Shift Adjustment Factor |
| Adjusted Ownership Rate for Age | [ Adjusted FCCM Rate for Shift + ( DEPR ÷ 2 ) ] x Age Adjustment Factor (Table 3-2 of EP Manual) |
| Total Adjusted Hourly Standby Rate | Equal to Adjusted Ownership Rate for Age |
| **STANDBY RATE (Rented Equipment)** | |
| Total Adjusted Rate per Calendar Day | Daily Use Rate |

## For Chapter 4 Methodology

**( Dredge Plant = Dredge + Attendant Equipment Used Primarily for Dredging Operations )**

| Column Heading | Formula |
|---|---|
| **OPERATING RATE (Owned Equipment)** | |
| Total Hourly Rate (Rate Worksheet) | Where possible, calculate using "Dredge Plant Ownership and Operating Rate Worksheet" (Figure 4-2 of EP Manual) |
| Total Adjusted Hourly Operating Rate (Use Table 2-2 Rates) | Same as Chapter 3 Methodology with the following exception: For adjusting the FCCM, Shift Adjustment Factor = 40-hours ÷ 112-hours (112-hours per week conforms to the average dredge operation time based upon 500-hours per month from the EP manual) |
| **STANDBY RATE (Owned Equipment)** | |
| Total Hourly Standby Rate (Rate Worksheet) | Where possible, calculate using "Dredge Plant Ownership and Operating Rate Worksheet" (Figure 4-2 of EP Manual) |
| Total Hourly Standby Rate | DEPR + FCCM (available for 24-hours per calendar day) |
| Dredge Shift Adjustment Factor | 40-Hours ÷ 168-Hours (Calculated as 24-hours per day over 7-calendar days) |
| Adjusted FCCM Rate for Shift | FCCM Adjust Factor (Cost of Money) x FCCM x Dredge Shift Adjustment Factor |
| Adjusted Ownership Rate for Age | ( Adjusted FCCM Rate for Shift + DEPR ) x Age Adjustment Factor (Table 3-2 of EP Manual) |
| Total Adjusted Hourly Standby Rate | Equal to Adjusted Ownership Rate for Age |
| **STANDBY RATE (Rented Equipment)** | |
| Total Adjusted Rate per Calendar Day | Daily Use Rate |

106

Exhibit O-1

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

**PERIOD: JULY - DECEMBER 1999**

RENDA MARINE - LIST OF OWNED EQUIPMENT
COMPUTATION OF ADJUSTED TOTAL HOURLY RATE(S) and STANDBY RATE(S) - (JUL - DEC1999)

| | | | | | | | | | Hourly Rate Factors (Table 2-1, 2-2) | | | | | | | | Adjustments to Total Hourly Rate(s): Adjustments to Ownership Hourly Rate Factors: Adjusted COM Rate | | Adjusted FCCM Rate | | Age Adj for Overage | | Adjustments to Operating Hourly Rate Factors: Adjusted Fuel/FOG Rate | | | | Adjustment to Standby Hourly Rate(s): Adjustment to Ownership Hourly Standby Rate Factors | | Adjusted FCCM Rate | | | Age Adj for Overage | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Renda Equip ID# | Equipment Description | Purch Year | Cat# | ID# | Usage Hr/Wk | Fuel Type | Working Condition | DEPR | FCCM | Fuel | FOG | Tire Wear | Tire Repair | Repair | EP1110 Hourly Rate | FCCM Factor | FCCM Adj | 40-Hr Work Shift Factor | FCCM Adj | Table 3-1 Age Factor | Age Adj | Fuel/ FOG Adj Factor | Fuel Adj | FOG Adj | Adj Hourly Ops Rate | EP1110 Stndby Rate | Dredge Plant Stndby Rate | 40-Hr Work Shift Factor | Dredge Work Shift Factor | FCCM Adj | Table 3-2 Adj Factor | Adj Hourly Stndby Rate |
| 1 | DB103 | HYDRAULIC DREDGE "MILLENNIUM" (24") & SECONDARY ENGINES | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | Effective Hourly Dredging Rate | | | | $527.[illegible] | | | | | | | $137.31 |
| | | | | | | | | | | | | | | | | | | | | | | Non-Effective Hourly Dredging Rate | | | | $452.12 | | | | | | | $137.31 |
| 2 | 2401 | HYDRAULIC BOOSTER STATION ON BARGE (24") | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | XXX | DUPLEX HIGH PRESSURE PUMP | 1985 | M10.21 | M10 CP002 | 112 | D-Off | Average | $10.38 | $1.98 | $5.16 | $1.35 | $0.00 | $0.00 | $8.19 | $27.06 | 1.350 | $2.673 | 0.357 | $0.954 | 0.92 | $10.427 | 1.266 | $8.533 | $1.709 | $26.86 | $7.17 | $12.36 | | 0.238 | $2.550 | 0.68 | $8.79 |
| 4 | GT824 | CUMMINS GENERATOR SET - 80KW (D805F) (ON DREDGE "MILLENNIUM") | INCLUDED with DREDGE MILLENNIUM CALCULATIONS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | XXX | PIPELINE - 24" (20,000+ LF) - Purchased in 1997 | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | | | | $25.96 | | | | | | | $16.67 |
| | | PIPELINE - 24" (20,000+ LF) - Purchased in 1997 | | | | | | | | | | | | | | | | | | | | | | | | $0.003144 | | | | | | | $0.002021 |
| 6 | XXX | PIPELINE JOINTS - 24" | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | | | | $30.85 | | | | | | | $17.25 |
| 7 | XXX | PIPELINE PONTOONS | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | | | | $9.20 | | | | | | | $6.03 |
| 8 | B110 | WORK BOAT "MARILYN K. McFARLAND" | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | | | | $38.49 | | | | | | | $4.58 |
| 9 | B108 | WORK BOAT "CRISTA DIAN" | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | | | | $40.71 | | | | | | | $1.45 |
| 10 | AB102 | ANCHOR BARGE - (4) Units | 1998 | M10.42 | M10 MZ007 | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | $2.15 | | | | | | | $1.06 |
| 11 | XXX | AMERICAN CRANE DRAW-WORKS - 4260 (ON ANCHOR BARGE (AB102) | 1986 | C85.22 | C85 NO009 | 112 | D-Off | Severe | $21.99 | $5.30 | $3.80 | $0.71 | $0.00 | $0.00 | $19.40 | $51.20 | 1.350 | $7.155 | 0.357 | $2.554 | 0.81 | $19.881 | 1.266 | $4.811 | $0.899 | $44.99 | $20.23 | $27.29 | | 0.238 | $18.274 | 0.68 | $27.38 |
| 12 | CC915 | GROVE HYDRAULIC CRANE - RT58F (MOUNTED ON WORK BARGE #1) | 1980 | C75.00 | C75 GV005 | 112 | D-Off | Average | $13.55 | $3.56 | $3.61 | $1.01 | $0.75 | $0.10 | $11.98 | $34.56 | 1.350 | $4.806 | 0.357 | $1.716 | 0.84 | $12.823 | 1.266 | $4.570 | $1.279 | $31.50 | $10.34 | $17.11 | | 0.238 | $8.247 | 0.68 | $14.82 |
| 13 | XXX | WORK BARGE #1 - (3) FLEXIFLOATS | 1998 | M10.42 | M10 MZ005 | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | $1.27 | | | | | | | $0.63 |
| 14 | B102 | SURVEY BOAT - MONARK | 1993 | M10.51 | M10 SM009 | 112 | G | Severe | $3.13 | $0.59 | $16.83 | $5.02 | $0.00 | $0.00 | $2.64 | $28.21 | 1.350 | $0.797 | 0.357 | $0.284 | 0.92 | $3.141 | 1.178 | $19.826 | $5.914 | $31.52 | $1.78 | $3.72 | | 0.238 | $0.226 | 0.68 | $2.28 |
| 15 | B103 | WORK BOAT - LAFCO | 1988 | M10.51 | M10 SM013 | 112 | G | Severe | $5.02 | $0.96 | $21.04 | $6.28 | $0.00 | $0.00 | $4.25 | $37.55 | 1.350 | $1.296 | 0.357 | $0.463 | 0.88 | $4.825 | 1.178 | $24.785 | $7.398 | $41.26 | $3.03 | $5.98 | | 0.238 | $0.600 | 0.68 | $3.82 |
| 16 | B105 | WORK BOAT - MONARK | 1986 | M10.51 | M10 SM012 | 112 | G | Severe | $5.42 | $1.03 | $21.04 | $6.28 | $0.00 | $0.00 | $4.58 | $38.35 | 1.350 | $1.391 | 0.357 | $0.496 | 0.88 | $5.206 | 1.178 | $24.785 | $7.398 | $41.97 | $3.20 | $6.45 | | 0.238 | $0.690 | 0.68 | $4.15 |
| 17 | WS102 | WORK SKIFF | 1999 | M10.51 | M10 SM006 | 112 | G | Severe | $1.75 | $0.33 | $9.68 | $2.89 | $0.00 | $0.00 | $1.48 | $16.13 | 1.350 | $0.446 | 0.357 | $0.159 | 1.10 | $2.100 | 1.178 | $11.403 | $3.404 | $18.39 | $1.06 | $2.08 | | 0.238 | $0.071 | 0.68 | $1.24 |
| 18 | XXX | FUEL BARGE - (3) FLEXIFLOATS | 1998 | M10.42 | M10 MZ005 | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | $1.27 | | | | | | | $0.63 |
| 19 | XXX | FUEL TANK - 10,000 GALLON (MOUNTED ON FUEL BARGE) | 1995 | W30.10 | W30 SO002 | 112 | G | Average | $3.31 | $0.83 | $0.51 | $0.12 | $0.00 | $0.00 | $2.34 | $7.11 | 1.350 | $1.121 | 0.357 | $0.400 | 0.96 | $3.562 | 1.178 | $0.601 | $0.141 | $6.64 | $2.48 | $4.14 | | 0.238 | $0.448 | 0.68 | $2.56 |
| 20 | E17 | LINKBELT 3800 EXCAVATOR | 1998 | H25.12 | H25 LB005 | 80 | D-Off | Severe | $17.44 | $3.64 | $4.98 | $1.77 | $0.00 | $0.00 | $18.40 | $46.23 | 1.350 | $4.914 | 0.667 | $3.278 | 1.05 | $21.754 | 1.266 | $6.305 | $2.241 | $48.70 | $10.84 | | 0.667 | | $3.278 | 1.05 | $12.80 |
| 21 | XXX | WORK BARGE #2 - (3) FLEXIFLOATS | 1998 | M10.42 | M10 MZ005 | RATE COMPUTED per CHAPTER 4 METHODOLOGY for DREDGING PLANT; SEE SEPARATE ("LONG FORM") WORKSHEET for RATE CALCULATION | | | | | | | | | | | | | | | | | | | | $1.27 | | | | | | | $0.63 |
| 22 | LS101 | SKID LOADER - TIMBERJACK 450 | 1990 | L60.00 | L60 CA013 | 84 | D-Off | Severe | $18.56 | $2.66 | $5.21 | $1.38 | $2.13 | $0.28 | $17.[illegible] | $47.35 | 1.350 | $3.591 | 0.476 | $1.709 | 0.99 | $20.066 | 1.266 | $6.596 | $1.722 | $47.94 | $10.72 | | 0.476 | | $1.709 | 0.90 | $9.89 |

Exhibit P

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

# DAMAGES SUMMARY

Flare Area

| | | | | TOTALS |
|---|---|---|---|---|
| **DIRECT COSTS** | | | | |
| Impact Period: | | | | |
| Jan 2000 thru Sep 2000 | | Cost Overrun | | |
| Jobsite Equipment + Labor: | | $3,493,799.50 | | |
| Jobsite Field Costs: | | $60,180.20 | | |
| **Subtotal:** | | | $3,553,979.70 | |
| DIRECT COSTS SUBTOTAL : | | | | $ 3,553,980 |
| **INDIRECT COSTS** | | | | |
| Resident Home Office Overhead @ : | 16.14% | | | $ 573,612 |
| Corporate Home Office Overhead @ : | 6.06% | | | $ 215,371 |
| Corporate Support Personnel Costs - Impacted Period - (January 2000 thru September 2000) : | | | | 0 |
| INDIRECT COSTS SUBTOTAL : | | | | $ 788,983 |
| **TOTAL DIRECT & INDIRECT COSTS :** | | | | $ 4,342,963 |
| PROFIT @ : | 12.00% | | | $ 521,156 |
| BOND @ : | 0.65% | | | $ 31,617 |
| CONTRACT ADJUSTMENT SUBTOTAL : | | | | $ 4,895,736 |
| **MISCELLANEOUS COSTS** | | | | |
| Professional Fees and Consultant Services : | | | | |
| Pathfinder Construction Consulting, Inc. (judgmental): | | | | $ 26,858 |
| ( Plus ) Bond : | 0.65% | | | $ 175 |
| **Subtotal :** | | | | $ 27,033 |
| MISCELLANEOUS COSTS SUBTOTAL : | | | | $ 27,033 |
| **CONTRACT ADJUSTMENT GRAND TOTAL :** | | | | **$ 4,922,768** |
| Plus 76 Additional Calendar Days for Contract Time Extension | | | | |

**Exhibit P-1**

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS
(45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

Flare Area
Lost Time and Damages Analysis

**Measured Mile Criteria :**

| | | | |
|---|---|---|---|
| Dredging period - | 28-Jan-00 | thru | 18-Feb-00 |
| Dredging days - | 11.0 | days | |
| ( Refer to Measured Mile Summary Analysis Sheet ) | | | |
| Total time pumping - | 162.9 | hrs | |
| Average daily pumping time - | 14.8 | hrs/day | |
| Total material pumped - | 251,035 | c.y. | |
| Average daily pumping rate - | 22,821 | c.y./day | |
| Average hourly pumping rate - | 1,541 | c.y./hr | |

**Actual Dredging Criteria :**

| | | | |
|---|---|---|---|
| Dredging period - | 23-Jan-00 | thru | 30-Sep-00 |
| Dredging days - | 81.0 | days | |
| ( Refer to Impact Summary Analysis Sheet ) | | | |
| "Lost" days for line plugs & move-in/out days - | 23.0 | days | |
| ( Refer to Dredge Line Plugs and Location Changes Analysis Sheet ) | | | |
| Total time pumping - | 1189.2 | hrs | |
| Average daily pumping time - | 14.7 | hrs/day | |
| Total material pumped - | 634,287 | c.y. | |
| Average daily pumping rate - | 7,831 | c.y./day | |
| Average hourly pumping rate - | 533 | c.y./hr | |

1 **Calculate: What is the quantity of material that SHOULD HAVE BEEN dredged per day in the Flare Area?**

**Solution: Based upon the Measured Mile achievable rate of production (average hourly pumping rate) and the As-Built dredging time (Actual Dredging average daily pumping time), we are able to calculate the quantity of material that SHOULD HAVE BEEN dredged per day, but for the delays associated with the Differing Site Condition.**

Exhibit P-2

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

**FLARE AREA**
**EQUIPMENT COST SUMMARY - IMPACTED TIME PERIOD (Jan - Jun2000)**

| Item No. | Renda Equip ID# | Equipment Description | Type of Hours / Days | Number of Hours / Days | Equipment Rate (2000-1) | Total Equipment Cost |
|---|---|---|---|---|---|---|
| 1 | DB103 | HYDRAULIC DREDGE "MILLENNIUM" (24") & SECONDARY ENGINES | EFFECTIVE TIME | 393.9 | $786.60 | $309,843.32 |
| | | | NON-EFFECTIVE TIME | 518.1 | $692.34 | $358,703.43 |
| | | | STANDBY TIME | 0.0 | $211.13 | $0.00 |
| 2 | [redacted] | | | | | |
| 3 | XXX | DUPLEX HIGH PRESSURE PUMP | WORKING | 249.0 | $28.86 | $7,185.53 |
| | | | STANDBY | 0.0 | $8.79 | $0.00 |
| 4 | [redacted] | | | | | |
| 5 | XXX | PIPELINE - 24" (26,000 LF) | WORKING | 393.9 | $25.99 | $10,236.48 |
| | | | STANDBY | 0.0 | $16.67 | $0.00 |
| 6 | XXX | PIPELINE JOINTS - 24" | WORKING | 912.0 | $30.94 | $28,219.10 |
| | | | STANDBY | 0.0 | $17.25 | $0.00 |
| 7 | XXX | PIPELINE PONTOONS | WORKING | 912.0 | $9.21 | $8,399.52 |
| | | | STANDBY | 0.0 | $6.03 | $0.00 |
| 8 | B110 | WORK BOAT "MARILYN K. McFARLAND" | WORKING | 684.0 | $45.14 | $30,875.76 |
| | | | STANDBY | 0.0 | $4.58 | $0.00 |
| 9 | B108 | WORK BOAT "CRISTA DIAN" | WORKING | 912.0 | $49.28 | $44,943.36 |
| | | | STANDBY | 0.0 | $1.45 | $0.00 |
| 10 | AB102 | ANCHOR BARGE | WORKING | 456.0 | $2.15 | $981.31 |
| | | | STANDBY | 0.0 | $1.06 | $0.00 |
| 11 | XXX | AMERICAN CRANE DRAW-WORKS - 4260 (ON ANCHOR BARGE (AB102) | WORKING | 456.0 | $46.37 | $21,146.92 |
| | | | STANDBY | 0.0 | $27.38 | $0.00 |
| 12 | CC915 | GROVE HYDRAULIC CRANE - RT58F (MOUNTED ON ANCHOR BARGE (AB102) | WORKING | 456.0 | $32.92 | $15,011.85 |
| | | | STANDBY | 0.0 | $14.82 | $0.00 |
| 13 | XXX | WORK BARGE #1 - (4) FLEXIFLOATS | WORKING | 456.0 | $1.28 | $584.59 |
| | | | STANDBY | 0.0 | $0.63 | $0.00 |
| 14 | B102 | SURVEY BOAT - MONARK | WORKING | 66.0 | $37.94 | $2,504.33 |
| | | | STANDBY | 0.0 | $2.28 | $0.00 |
| 15 | B103 | WORK BOAT - LAFCO | WORKING | 456.0 | $49.29 | $22,476.31 |
| | | | STANDBY | 0.0 | $3.82 | $0.00 |
| 16 | B105 | WORK BOAT - MONARK | WORKING | 456.0 | $50.00 | $22,800.53 |
| | | | STANDBY | 0.0 | $4.15 | $0.00 |
| 17 | WS102 | WORK SKIFF | WORKING | 456.0 | $22.08 | $10,069.88 |
| | | | STANDBY | 0.0 | $1.24 | $0.00 |
| 18 | XXX | FUEL BARGE - (3) FLEXIFLOATS | WORKING | 456.0 | $1.28 | $584.59 |
| | | | STANDBY | 0.0 | $0.63 | $0.00 |
| 19 | XXX | FUEL TANK - 10,000 GALLON (MOUNTED ON FUEL BARGE) | WORKING | 456.0 | $6.83 | $3,114.32 |
| | | | STANDBY | 0.0 | $2.56 | $0.00 |
| 20 | E17 | LINKBELT 3800 EXCAVATOR | WORKING | 456.0 | $50.77 | $23,152.13 |
| | | | STANDBY | 0.0 | $12.60 | $0.00 |
| 21 | XXX | WORK BARGE #2 - (4) FLEXIFLOATS | WORKING | 456.0 | $1.28 | $584.59 |
| | | | STANDBY | 0.0 | $0.63 | $0.00 |

Exhibit P-3

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

**FLARE AREA**
**EQUIPMENT COST SUMMARY - IMPACTED TIME PERIOD (Jul - Dec 2000)**

| Item No. | Renda Equip ID# | Equipment Description | Type of Hours / Days | Number of Hours / Days | Equipment Rate (2000-2) | Total Equipment Cost |
|---|---|---|---|---|---|---|
| 1 | DB103 | HYDRAULIC DREDGE "MILLENNIUM" (24") & SECONDARY ENGINES | EFFECTIVE TIME | 795.3 | $879.70 | $699,578.24 |
| | | | NON-EFFECTIVE TIME | 788.8 | $764.97 | $603,371.67 |
| | | | STANDBY TIME | 0.0 | $217.35 | $0.00 |
| 2 | 2401 | HYDRAULIC BOOSTER STATION ON BARGE (24") | EFFECTIVE TIME | 795.3 | $308.85 | $245,616.14 |
| | | | NON-EFFECTIVE TIME | 788.8 | $210.06 | $165,687.98 |
| | | | STANDBY TIME | 0.0 | $35.27 | $0.00 |
| 3 | XXX | DUPLEX HIGH PRESSURE PUMP | WORKING | 270.0 | $31.14 | $8,408.58 |
| | | | STANDBY | 0.0 | $9.06 | $0.00 |
| 4 | [illegible] | CUMMINS GENERATOR SET - 80KW (D805E) (ON DREDGE "MILLENNIUM") | WORKING | 1584.0 | $0.00 | $0.00 |
| | | | STANDBY | 0.0 | $0.00 | $0.00 |
| 5 | XXX | PIPELINE - 24" (26,000 LF) | WORKING | 795.3 | $26.19 | $20,826.38 |
| | | | STANDBY | 0.0 | $16.81 | $0.00 |
| 6 | XXX | PIPELINE JOINTS - 24" | WORKING | 1584.0 | $31.14 | $49,319.42 |
| | | | STANDBY | 0.0 | $17.39 | $0.00 |
| 7 | XXX | PIPELINE PONTOONS | WORKING | 1584.0 | $9.38 | $14,861.09 |
| | | | STANDBY | 0.0 | $6.15 | $0.00 |
| 8 | B110 | WORK BOAT "MARILYN K. McFARLAND" | WORKING | 1188.0 | $51.38 | $61,044.19 |
| | | | STANDBY | 0.0 | $4.65 | $0.00 |
| 9 | B108 | WORK BOAT "CRISTA DIAN" | WORKING | 1584.0 | $58.80 | $93,142.37 |
| | | | STANDBY | 0.0 | $1.48 | $0.00 |
| 10 | AB102 | ANCHOR BARGE | WORKING | 792.0 | $2.20 | $1,740.82 |
| | | | STANDBY | 0.0 | $1.09 | $0.00 |
| 11 | XXX | AMERICAN CRANE DRAW-WORKS - 4260 (ON ANCHOR BARGE (AB102) | WORKING | 792.0 | $48.07 | $38,069.02 |
| | | | STANDBY | 0.0 | $29.29 | $0.00 |
| 12 | CC915 | GROVE HYDRAULIC CRANE - RT58F (MOUNTED ON ANCHOR BARGE (AB102) | WORKING | 792.0 | $34.60 | $27,405.69 |
| | | | STANDBY | 0.0 | $15.68 | $0.00 |
| 13 | XXX | WORK BARGE #1 - (4) FLEXIFLOATS | WORKING | 792.0 | $1.31 | $1,035.94 |
| | | | STANDBY | 0.0 | $0.65 | $0.00 |
| 14 | B102 | SURVEY BOAT - MONARK | WORKING | 120.0 | $39.80 | $4,775.77 |
| | | | STANDBY | 0.0 | $2.31 | $0.00 |
| 15 | B103 | WORK BOAT - LAFCO | WORKING | 792.0 | $51.61 | $40,878.83 |
| | | | STANDBY | 0.0 | $3.88 | $0.00 |
| 16 | B105 | WORK BOAT - MONARK | WORKING | 792.0 | $52.33 | $41,444.31 |
| | | | STANDBY | 0.0 | $4.23 | $0.00 |
| 17 | WS102 | WORK SKIFF | WORKING | 792.0 | $23.15 | $18,336.26 |
| | | | STANDBY | 0.0 | $1.25 | $0.00 |
| 18 | XXX | FUEL BARGE - (3) FLEXIFLOATS | WORKING | 792.0 | $1.31 | $1,035.94 |
| | | | STANDBY | 0.0 | $0.65 | $0.00 |
| 19 | XXX | FUEL TANK - 10,000 GALLON (MOUNTED ON FUEL BARGE) | WORKING | 792.0 | $6.91 | $5,473.29 |
| | | | STANDBY | 3.0 | $2.60 | $7.81 |
| 20 | E17 | LINKBELT 3800 EXCAVATOR | WORKING | 543.0 | $53.33 | $28,956.98 |
| | | | STANDBY | 0.0 | $12.85 | $0.00 |
| 21 | XXX | WORK BARGE #2 - (4) FLEXIFLOATS | WORKING | 792.0 | $1.31 | $1,035.94 |
| | | | STANDBY | 0.0 | $0.65 | $0.00 |