Exhibit P-4

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

FLARE AREA
EQUIPMENT COST SUMMARY - MEASURED MILE TIME PERIOD (Jan - Jun 2000)

| Item No. | Renda Equip ID# | Equipment Description | Type of Hours / Days | Number of Hours / Days | Equipment Rate (2000-1) | Total Equipment Cost |
|---|---|---|---|---|---|---|
| 1 | DB103 | HYDRAULIC DREDGE "MILLENNIUM" (24") & SECONDARY ENGINES | EFFECTIVE TIME | 162.9 | $786.60 | $128,137.79 |
| | | | NON-EFFECTIVE TIME | 101.1 | $692.34 | $69,995.98 |
| | | | STANDBY TIME | 0.0 | $211.13 | $0.00 |
| 2 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 3 | XXX | DUPLEX HIGH PRESSURE PUMP | WORKING | 33.0 | $28.86 | $952.30 |
| | | | STANDBY | 0.0 | $8.79 | $0.00 |
| 4 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 5 | XXX | PIPELINE - 24" (26,000 LF) | WORKING | 162.9 | $25.99 | $4,233.37 |
| | | | STANDBY | 0.0 | $16.67 | $0.00 |
| 6 | XXX | PIPELINE JOINTS - 24" | WORKING | 264.0 | $30.94 | $8,168.69 |
| | | | STANDBY | 0.0 | $17.25 | $0.00 |
| 7 | XXX | PIPELINE PONTOONS | WORKING | 264.0 | $9.21 | $2,431.44 |
| | | | STANDBY | 0.0 | $6.03 | $0.00 |
| 8 | B110 | WORK BOAT "MARILYN K. McFARLAND" | WORKING | 198.0 | $45.14 | $8,937.72 |
| | | | STANDBY | 0.0 | $4.58 | $0.00 |
| 9 | B108 | WORK BOAT "CRISTA DIAN" | WORKING | 264.0 | $49.28 | $13,009.92 |
| | | | STANDBY | 0.0 | $1.45 | $0.00 |
| 10 | AB102 | ANCHOR BARGE | WORKING | 132.0 | $2.15 | $284.06 |
| | | | STANDBY | 0.0 | $1.06 | $0.00 |
| 11 | XXX | AMERICAN CRANE DRAW-WORKS - 4260 (ON ANCHOR BARGE (AB102) | WORKING | 132.0 | $46.37 | $6,121.48 |
| | | | STANDBY | 0.0 | $27.38 | $0.00 |
| 12 | CC915 | GROVE HYDRAULIC CRANE - RT58F (MOUNTED ON ANCHOR BARGE (AB102) | WORKING | 132.0 | $32.92 | $4,345.54 |
| | | | STANDBY | 0.0 | $14.82 | $0.00 |
| 13 | XXX | WORK BARGE #1 - (4) FLEXIFLOATS | WORKING | 132.0 | $1.28 | $169.22 |
| | | | STANDBY | 0.0 | $0.63 | $0.00 |
| 14 | B102 | SURVEY BOAT - MONARK | WORKING | 18.0 | $37.94 | $683.00 |
| | | | STANDBY | 0.0 | $2.28 | $0.00 |
| 15 | B103 | WORK BOAT - LAFCO | WORKING | 132.0 | $49.29 | $6,506.30 |
| | | | STANDBY | 0.0 | $3.82 | $0.00 |
| 16 | B105 | WORK BOAT - MONARK | WORKING | 132.0 | $50.00 | $6,600.15 |
| | | | STANDBY | 0.0 | $4.15 | $0.00 |
| 17 | WS102 | WORK SKIFF | WORKING | 132.0 | $22.08 | $2,914.97 |
| | | | STANDBY | 0.0 | $1.24 | $0.00 |
| 18 | XXX | FUEL BARGE - (3) FLEXIFLOATS | WORKING | 132.0 | $1.28 | $169.22 |
| | | | STANDBY | 0.0 | $0.63 | $0.00 |
| 19 | XXX | FUEL TANK - 10,000 GALLON (MOUNTED ON FUEL BARGE) | WORKING | 132.0 | $6.83 | $901.51 |
| | | | STANDBY | 0.0 | $2.56 | $0.00 |
| 20 | E17 | LINKBELT 3800 EXCAVATOR | WORKING | 132.0 | $50.77 | $6,701.93 |
| | | | STANDBY | 0.0 | $12.60 | $0.00 |
| 21 | XXX | WORK BARGE #2 - (4) FLEXIFLOATS | WORKING | 132.0 | $1.28 | $169.22 |
| | | | STANDBY | 0.0 | $0.63 | $0.00 |

Exhibit P-5

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

FLARE AREA
PAYROLL SUMMARY - IMPACTED PERIOD (Jul - Dec 2000)

Renda Project Payroll Calculations

| Week Ending | Gross Payroll Amount | Dredge P&I Insurance | Levee Worker's Comp Insurance | Company Payroll Tax | Total Payroll + Burden | ( Less ) Mechanical Levee Labor Cost | Total Dredge + Hydraulic Levee Labor Cost |
|---|---|---|---|---|---|---|---|
| 23-Jan-00 | 4,813.76 | 182.70 | 50.06 | 394.73 | 5,441.25 | | 5,441.25 |
| 30-Jan-00 | 22,008.75 | 810.10 | 270.22 | 1,804.72 | 24,893.79 | | 24,893.79 |
| 6-Feb-00 | 14,065.25 | 537.33 | 140.55 | 1,153.35 | 15,896.48 | | 15,896.48 |
| 13-Feb-00 | 34,636.50 | 1,333.43 | 329.35 | 2,840.19 | 39,139.47 | | 39,139.47 |
| 20-Feb-00 | 13,662.00 | 533.17 | 118.08 | 1,120.28 | 15,433.54 | | 15,433.54 |
| 27-Feb-00 | 35,441.50 | 1,406.37 | 268.26 | 2,906.20 | 40,022.33 | | 40,022.33 |
| 5-Mar-00 | 37,181.50 | 1,416.18 | 378.50 | 3,048.88 | 42,025.07 | | 42,025.07 |
| 12-Mar-00 | 35,496.76 | 1,363.53 | 342.48 | 2,910.73 | 40,113.50 | | 40,113.50 |
| 23-Jul-00 | | - | - | - | - | | - |
| 30-Jul-00 | | - | - | - | - | | - |
| 6-Aug-00 | | - | - | - | - | | - |
| 13-Aug-00 | | - | - | - | - | | - |
| 20-Aug-00 | | - | - | - | - | | - |
| 27-Aug-00 | | - | - | - | - | | - |
| 3-Sep-00 | | - | - | - | - | | - |
| 10-Sep-00 | | - | - | - | - | | - |
| 17-Sep-00 | | - | - | - | - | | - |
| 24-Sep-00 | | - | - | - | - | | - |
| 1-Oct-00 | | - | - | - | - | | - |
| Totals | 197,306.02 | | | | 222,965.42 | 0.00 | 222,965.42 |

| Tax & Insurance Percentages | |
|---|---|
| P&I Insurance : | 4.43% |
| Workman's Compensation Insurance: | 7.26% |
| Company Tax Rate: | 8.20% |

· Exhibit P-6

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

FLARE AREA
PAYROLL SUMMARY - IMPACTED PERIOD (Jul - Dec 2000)

Renda Project Payroll Calculations

| Week Ending | Gross Payroll Amount | Dredge P&I Insurance | Levee Worker's Comp Insurance | Company Payroll Tax | Total Payroll + Burden | ( Less ) Mechanical Levee Labor Cost | Total Dredge + Hydraulic Levee Labor Cost |
|---|---|---|---|---|---|---|---|
| 23-Jan-00 | - | - | - | - | - | | - |
| 30-Jan-00 | - | - | - | - | - | | - |
| 6-Feb-00 | - | - | - | - | - | | - |
| 13-Feb-00 | - | - | - | - | - | | - |
| 20-Feb-00 | - | - | - | - | - | | - |
| 27-Feb-00 | - | - | - | - | - | | - |
| 5-Mar-00 | - | - | - | - | - | | - |
| 12-Mar-00 | - | - | - | - | - | | - |
| 23-Jul-00 | 42,971.50 | 1,656.03 | 405.78 | 3,523.66 | 48,556.98 | (5,954.00) | 42,602.98 |
| 30-Jul-00 | 41,191.64 | 1,530.30 | 482.61 | 3,377.71 | 46,582.27 | (5,954.00) | 40,628.27 |
| 6-Aug-00 | 38,562.41 | 1,424.97 | 464.35 | 3,162.12 | 43,613.85 | (5,104.00) | 38,509.85 |
| 13-Aug-00 | 46,031.01 | 1,728.56 | 509.03 | 3,774.54 | 52,043.15 | (5,954.00) | 46,089.15 |
| 20-Aug-00 | 44,751.39 | 1,757.84 | 368.16 | 3,669.61 | 50,547.00 | (5,954.00) | 44,593.00 |
| 27-Aug-00 | 45,871.00 | 1,729.74 | 495.50 | 3,761.42 | 51,857.65 | (5,954.00) | 45,903.65 |
| 3-Sep-00 | 48,008.89 | 1,710.89 | 681.60 | 3,936.73 | 54,338.10 | (8,931.00) | 45,407.10 |
| 10-Sep-00 | 46,632.79 | 1,673.81 | 642.46 | 3,823.89 | 52,772.95 | (5,741.00) | 47,031.95 |
| 17-Sep-00 | 9,901.65 | 272.15 | 272.85 | 811.94 | 11,258.59 | (1,701.00) | 9,557.59 |
| 24-Sep-00 | 40,765.82 | 1,374.61 | 706.85 | 3,342.80 | 46,190.08 | (14,035.00) | 32,155.08 |
| 1-Oct-00 | 36,711.63 | 1,245.72 | 623.74 | 3,010.35 | 41,591.45 | (4,253.00) | 37,338.45 |
| Totals | 441,399.73 | | | | 499,352.07 | (69,535.00) | 429,817.07 |

| Tax & Insurance Percentages | |
|---|---|
| P&I Insurance : | 4.43% |
| Workman's Compensation Insurance: | 7.26% |
| Company Tax Rate: | 8.20% |

Exhibit P-7

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

FLARE AREA
PAYROLL SUMMARY - MEASURED MILE PERIOD

Renda Project Payroll Calculations

| Week Ending | Gross Payroll Amount | Dredge P&I Insurance | Levee Worker's Comp Insurance | Company Payroll Tax | Total Payroll + Burden | ( Less ) Mechanical Levee Labor Cost | Total Dredge + Hydraulic Levee Labor Cost |
|---|---|---|---|---|---|---|---|
| 23-Jan-00 | - | - | - | - | - | | - |
| 30-Jan-00 | 12,639.50 | 467.37 | 151.70 | 1,036.44 | 14,295.00 | | 14,295.00 |
| 6-Feb-00 | 19,816.50 | 745.33 | 217.22 | 1,624.95 | 22,404.00 | | 22,404.00 |
| 13-Feb-00 | - | - | - | - | - | | - |
| 20-Feb-00 | 21,159.00 | 815.78 | 199.21 | 1,735.04 | 23,909.04 | | 23,909.04 |
| Totals | 53,615.00 | | | | 60,608.04 | 0.00 | 60,608.04 |

| Tax & Insurance Percentages | |
|---|---|
| P&I Insurance : | 4.43% |
| Workman's Compensation Insurance: | 7.26% |
| Company Tax Rate: | 8.20% |

| | | |
|---|---|---|
| 9 | Differing Site Condition – Obstruction in Section 9, Stations 660+00 to 685+00 | 1,062,086 |
| 10 | Changed Conditions – West Levee Realignment, Lost Lake Placement Area Between Stations 166+00 to 215+00 (Modification CO-10, P00027) | Included in Claim 12 |
| 11 | Differing Site Condition – Section 7 Clay | 1,230,072 |
| 12 | Lost Lake Levees | 6,567,464 |
| | **Total** | **$14,015,884** |

Exhibit P-8

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

## FLARE AREA
## MONTHLY FIELD COSTS

| | Category of Cost | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Monthly Period | Supplies | Field Overhead | Mob & Demob | Misc | Labor | Materials | Equipment Repairs | Equipment Rental |
| January-00 | $38,153.42 | $21,101.08 | $5,918.21 | $3,168.34 | $40,349.82 | $0.00 | $156,800.79 | $67,138.40 |
| February-00 | $26,132.49 | $16,141.05 | $0.00 | $544.80 | $19,500.00 | $0.00 | $97,489.70 | $30,984.53 |
| March-00 | $24,709.98 | $7,550.12 | $0.00 | $1,557.39 | $26,075.00 | $0.00 | $163,383.30 | $31,579.87 |
| July-00 | $18,288.32 | $19,507.23 | $0.00 | $2,967.99 | $32,001.71 | $0.00 | $288,665.72 | $32,406.44 |
| August-00 | $52,304.16 | $21,639.70 | $0.00 | $9,692.14 | $23,625.00 | $0.00 | $315,337.33 | $23,363.73 |
| September-00 | $26,173.03 | $14,818.51 | $0.00 | $1,788.54 | $36,500.00 | $0.00 | $301,265.49 | $28,342.42 |
| **Grand Totals :** | $88,995.89 | $44,792.25 | $5,918.21 | $5,270.53 | $85,924.82 | $0.00 | $417,673.79 | $129,702.80 |

**Total Field Costs Subject to Claim:** $144,976.88

Exhibit Q

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

# DAMAGES SUMMARY

South Ferry Landing Area

| | | | TOTALS |
|---|---|---|---|
| **DIRECT COSTS** | | | |
| **Impact Period:** | | | |
| **Apr 2000 thru May 2000** | **Cost Overrun** | | |
| Jobsite Equipment + Labor: | $645,367.27 | | |
| Jobsite Equipment Repair Costs: | $61,075.22 | | |
| Jobsite Field Costs: | $31,317.83 | | |
| **Subtotal:** | | **$737,760.31** | |
| **DIRECT COSTS SUBTOTAL :** | | | **$ 737,760** |
| **INDIRECT COSTS** | | | |
| Resident Home Office Overhead @ : | **16.14%** | | $ 119,075 |
| Corporate Home Office Overhead @ : | **6.06%** | | $ 44,708 |
| Corporate Support Personnel Costs - Impacted Period - (April 2000 thru May 2000) : | | | 0 |
| **INDIRECT COSTS SUBTOTAL :** | | | **$ 163,783** |
| **TOTAL DIRECT & INDIRECT COSTS :** | | | **$ 901,543** |
| PROFIT @ : | **12.00%** | | $ 108,185 |
| BOND @ : | **0.65%** | | $ 6,563 |
| **CONTRACT ADJUSTMENT SUBTOTAL :** | | | **$ 1,016,292** |
| **MISCELLANEOUS COSTS** | | | |
| Professional Fees and Consultant Services : | | | |
| ( Plus ) Bond : | **0.65%** | | $ - |
| **Subtotal :** | | | $ - |
| **MISCELLANEOUS COSTS SUBTOTAL :** | | | $ - |
| **CONTRACT ADJUSTMENT GRAND TOTAL :** | | | **$ 1,016,292** |
| **Plus 18 (17.25) Additional Calendar Days for Contract Time Extension** | | | |

116

Exhibit Q-1

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS
(45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

South Ferry Landing
Lost Time and Damages Analysis

**Measured Mile Criteria :**

| | | | |
|---|---|---|---|
| Dredging period - | 03-Apr-00 | thru | 13-Apr-00 |
| Dredging days - | 10.0 | days | |
| ( 4/3, 4/4, 4/5, 4/7, 4/8, 4/9, 4/10, 4/11, 4/12, 4/13 ) | | | |
| Total time pumping - | 116.6 | hrs | |
| Average daily pumping time - | 11.7 | hrs/day | |
| Total material pumped - | 69,120 | c.y. | |
| Average daily pumping rate - | 5,928 | c.y./day | |
| Average hourly pumping rate - | 593 | c.y./hr | |

**Actual Dredging Criteria :**

| | | | |
|---|---|---|---|
| Dredging period - | 14-Apr-00 | thru | 17-May-00 |
| Dredging days - | 8.0 | days | |
| ( 4/14, 4/21, 4/22, 4/23, 4/30, 5/1, 5/2, 5/3 ) | | | |
| Dredge repair & move-in/out days - | 11.0 | days | |
| ( 4/24, 4/25, 4/26, 4/27, 4/28, 4/29, 5/4, 5/14, 5/15, 5/16, 5/17 ) | | | |
| Total time pumping - | 95.2 | hrs | |
| Average daily pumping time - | 11.9 | hrs/day | |
| Total material pumped - | 13,700 | c.y. | |
| Average daily pumping rate - | 1,151 | c.y./day | |
| Average hourly pumping rate - | 144 | c.y./hr | |

1 **Calculate: What is the quantity of material that SHOULD HAVE BEEN dredged per day in the South Ferry Landing area?**

**Solution: Based upon the Measured Mile achievable rate of production (average hourly pumping rate) and the As-Built dredging time (Actual Dredging average daily pumping time), we are able to calculate the quantity of material that SHOULD HAVE BEEN dredged per day, but for the delays associated with the Differing Site Condition.**

Exhibit Q-2

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

SOUTH FERRY LANDING
EQUIPMENT COST SUMMARY - IMPACTED TIME PERIOD

| Item No. | Renda Equip ID# | Equipment Description | Type of Hours / Days | Number of Hours / Days | Equipment Rate | Total Equipment Cost |
|---|---|---|---|---|---|---|
| 1 | DB103 | HYDRAULIC DREDGE "MILLENNIUM" (24") & SECONDARY ENGINES | EFFECTIVE TIME | 141.4 | $786.60 | $111,225.81 |
| | | | NON-EFFECTIVE TIME | 314.6 | $692.34 | $217,811.42 |
| | | | STANDBY TIME | 0.0 | $211.13 | $0.00 |
| 2 | 2401 | HYDRAULIC BOOSTER STATION ON BARGE (24") | EFFECTIVE TIME | 0.0 | $261.04 | $0.00 |
| | | | NON-EFFECTIVE TIME | 0.0 | $179.87 | $0.00 |
| | | | STANDBY TIME | 0.0 | $32.01 | $0.00 |
| 3 | XXX | DUPLEX HIGH PRESSURE PUMP | WORKING | 57.0 | $28.86 | $1,644.88 |
| | | | STANDBY | 0.0 | $8.79 | $0.00 |
| 4 | G1824 | CUMMINS GENERATOR SET - 80KW (D805F) (ON DREDGE "MILLENNIUM") | WORKING | 0.0 | $0.00 | $0.00 |
| | | | STANDBY | 0.0 | $0.00 | $0.00 |
| 5 | XXX | PIPELINE - 24" (26,000 LF) | WORKING | 141.5 | $25.99 | $3,675.93 |
| | | | STANDBY | 0.0 | $16.67 | $0.00 |
| 6 | XXX | PIPELINE JOINTS - 24" | WORKING | 456.0 | $30.94 | $14,109.55 |
| | | | STANDBY | 0.0 | $17.25 | $0.00 |
| 7 | XXX | PIPELINE PONTOONS | WORKING | 456.0 | $9.21 | $4,199.76 |
| | | | STANDBY | 0.0 | $6.03 | $0.00 |
| 8 | B110 | WORK BOAT "MARILYN K. McFARLAND" | WORKING | 342.0 | $45.14 | $15,437.88 |
| | | | STANDBY | 0.0 | $4.58 | $0.00 |
| 9 | B108 | WORK BOAT "CRISTA DIAN" | WORKING | 456.0 | $49.28 | $22,471.68 |
| | | | STANDBY | 0.0 | $1.45 | $0.00 |
| 10 | AB102 | ANCHOR BARGE | WORKING | 228.0 | $2.15 | $490.66 |
| | | | STANDBY | 0.0 | $1.06 | $0.00 |
| 11 | XXX | AMERICAN CRANE DRAW-WORKS - 4260 (ON ANCHOR BARGE (AB102) | WORKING | 228.0 | $46.37 | $10,573.46 |
| | | | STANDBY | 0.0 | $27.38 | $0.00 |
| 12 | CC915 | GROVE HYDRAULIC CRANE - RT58F (MOUNTED ON ANCHOR BARGE (AB102) | WORKING | 228.0 | $32.92 | $7,505.93 |
| | | | STANDBY | 0.0 | $14.82 | $0.00 |
| 13 | XXX | WORK BARGE #1 - (4) FLEXIFLOATS | WORKING | 228.0 | $1.28 | $292.30 |
| | | | STANDBY | 0.0 | $0.63 | $0.00 |
| 14 | B102 | SURVEY BOAT - MONARK | WORKING | 0.0 | $37.94 | $0.00 |
| | | | STANDBY | 0.0 | $2.28 | $0.00 |
| 15 | B103 | WORK BOAT - LAFCO | WORKING | 228.0 | $49.29 | $11,238.16 |
| | | | STANDBY | 0.0 | $3.82 | $0.00 |
| 16 | B105 | WORK BOAT - MONARK | WORKING | 228.0 | $50.00 | $11,400.26 |
| | | | STANDBY | 0.0 | $4.15 | $0.00 |
| 17 | WS102 | WORK SKIFF | WORKING | 228.0 | $22.08 | $5,034.94 |
| | | | STANDBY | 0.0 | $1.24 | $0.00 |
| 18 | XXX | FUEL BARGE - (3) FLEXIFLOATS | WORKING | 228.0 | $1.28 | $292.30 |
| | | | STANDBY | 0.0 | $0.63 | $0.00 |
| 19 | XXX | FUEL TANK - 10,000 GALLON (MOUNTED ON FUEL BARGE) | WORKING | 228.0 | $6.83 | $1,557.16 |
| | | | STANDBY | 0.0 | $2.56 | $0.00 |
| 20 | E17 | LINKBELT 3800 EXCAVATOR | WORKING | 192.0 | $50.77 | $9,748.26 |
| | | | STANDBY | 0.0 | $12.60 | $0.00 |
| 21 | XXX | WORK BARGE #2 - (4) FLEXIFLOATS | WORKING | 228.0 | $1.28 | $292.30 |
| | | | STANDBY | 0.0 | $0.63 | $0.00 |

Exhibit Q-3

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

**SOUTH FERRY LANDING**
**EQUIPMENT COST SUMMARY - MEASURED MILE**

| Item No. | Renda Equip ID# | Equipment Description | Type of Hours / Days | Number of Hours / Days | Equipment Rate | Total Equipment Cost |
|---|---|---|---|---|---|---|
| 1 | DB103 | HYDRAULIC DREDGE "MILLENNIUM" (24") & SECONDARY ENGINES | EFFECTIVE TIME | 116.6 | $786.60 | $91,718.03 |
| | | | NON-EFFECTIVE TIME | 123.4 | $692.34 | $85,435.25 |
| | | | STANDBY TIME | 0.0 | $211.13 | $0.00 |
| 2 | 2401 | HYDRAULIC BOOSTER STATION ON BARGE (24") | EFFECTIVE TIME | 0.0 | $261.04 | $0.00 |
| | | | NON-EFFECTIVE TIME | 0.0 | $179.87 | $0.00 |
| | | | STANDBY TIME | 0.0 | $32.01 | $0.00 |
| 3 | XXX | DUPLEX HIGH PRESSURE PUMP | WORKING | 0.0 | $28.86 | $0.00 |
| | | | STANDBY | 0.0 | $8.79 | $0.00 |
| 4 | C1821 | CUMMINS GENERATOR SET - 60KW (D806F) (ON DREDGE "MILLENNIUM") | WORKING | 0.0 | $0.00 | $0.00 |
| | | | STANDBY | 0.0 | $0.00 | $0.00 |
| 5 | XXX | PIPELINE - 24" (26,000 LF) | WORKING | 116.6 | $25.99 | $3,030.14 |
| | | | STANDBY | 0.0 | $16.67 | $0.00 |
| 6 | XXX | PIPELINE JOINTS - 24" | WORKING | 240.0 | $30.94 | $7,426.08 |
| | | | STANDBY | 0.0 | $17.25 | $0.00 |
| 7 | XXX | PIPELINE PONTOONS | WORKING | 240.0 | $9.21 | $2,210.40 |
| | | | STANDBY | 0.0 | $6.03 | $0.00 |
| 8 | B110 | WORK BOAT "MARILYN K. McFARLAND" | WORKING | 180.0 | $45.14 | $8,125.20 |
| | | | STANDBY | 0.0 | $4.58 | $0.00 |
| 9 | B108 | WORK BOAT "CRISTA DIAN" | WORKING | 240.0 | $49.28 | $11,827.20 |
| | | | STANDBY | 0.0 | $1.45 | $0.00 |
| 10 | AB102 | ANCHOR BARGE | WORKING | 120.0 | $2.15 | $258.24 |
| | | | STANDBY | 0.0 | $1.06 | $0.00 |
| 11 | XXX | AMERICAN CRANE DRAW-WORKS - 4260 (ON ANCHOR BARGE (AB102) | WORKING | 120.0 | $46.37 | $5,564.98 |
| | | | STANDBY | 0.0 | $27.38 | $0.00 |
| 12 | CC915 | GROVE HYDRAULIC CRANE - RT58F (MOUNTED ON ANCHOR BARGE (AB102) | WORKING | 120.0 | $32.92 | $3,950.49 |
| | | | STANDBY | 0.0 | $14.82 | $0.00 |
| 13 | XXX | WORK BARGE #1 - (4) FLEXIFLOATS | WORKING | 120.0 | $1.28 | $153.84 |
| | | | STANDBY | 0.0 | $0.63 | $0.00 |
| 14 | B102 | SURVEY BOAT - MONARK | WORKING | 0.0 | $37.94 | $0.00 |
| | | | STANDBY | 0.0 | $2.28 | $0.00 |
| 15 | B103 | WORK BOAT - LAFCO | WORKING | 120.0 | $49.29 | $5,914.82 |
| | | | STANDBY | 0.0 | $3.82 | $0.00 |
| 16 | B105 | WORK BOAT - MONARK | WORKING | 120.0 | $50.00 | $6,000.14 |
| | | | STANDBY | 0.0 | $4.15 | $0.00 |
| 17 | WS102 | WORK SKIFF | WORKING | 120.0 | $22.08 | $2,649.97 |
| | | | STANDBY | 0.0 | $1.24 | $0.00 |
| 18 | XXX | FUEL BARGE - (3) FLEXIFLOATS | WORKING | 120.0 | $1.28 | $153.84 |
| | | | STANDBY | 0.0 | $0.63 | $0.00 |
| 19 | XXX | FUEL TANK - 10,000 GALLON (MOUNTED ON FUEL BARGE) | WORKING | 120.0 | $6.83 | $819.56 |
| | | | STANDBY | 0.0 | $2.56 | $0.00 |
| 20 | E17 | LINKBELT 3800 EXCAVATOR | WORKING | 120.0 | $50.77 | $6,092.67 |
| | | | STANDBY | 0.0 | $12.60 | $0.00 |
| 21 | XXX | WORK BARGE #2 - (4) FLEXIFLOATS | WORKING | 120.0 | $1.28 | $153.84 |
| | | | STANDBY | 0.0 | $0.63 | $0.00 |