Exhibit Q-4

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

SOUTH FERRY LANDING EQUIPMENT REPAIR COSTS

| Item No. | Renda Equip ID# | Equipment Description | Order Date | Invoice No. | Invoice Amount |
|---|---|---|---|---|---|
| 1 | DB103 | HYDRAULIC DREDGE "MILLENNIUM" (24") & SECONDARY ENGINES | | | |
| | | Water Ring | 19-May-00 | 11752 | $1,450.40 |
| | | Pump Shell, 24" | 30-May-00 | 12145 | $43,136.00 |
| | | Liner Engine Side | 14-Jun-00 | 12151 | $6,470.00 |
| | | Liner Suction Side | 14-Jun-00 | 12046 | $6,897.00 |
| | | Cutter Head Teeth, Wide Chisel | 29-Jun-00 | 11773 | $3,051.00 |
| | | Freight Charge for Cutter Head Teeth | 12-Jul-00 | 11838 | $70.82 |

TOTAL : $61,075.22

Exhibit Q-5

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

**SOUTH FERRY LANDING**
**PAYROLL SUMMARY**

**Renda Project Payroll Calculations**

| Week Ending | Gross Payroll Amount | Dredge P&I Insurance | Levee Worker's Comp Insurance | Company Payroll Tax | Total Payroll + Burden | ( Less ) Mechanical Levee Labor Cost | Total Dredge + Hydraulic Levee Labor Cost |
|---|---|---|---|---|---|---|---|
| 16-Apr-00 | 7,352.63 | 211.27 | 187.57 | 602.92 | 8,354.38 | | 8,354.38 |
| 23-Apr-00 | 16,084.53 | 548.63 | 268.62 | 1,318.93 | 18,220.72 | (2,552.00) | 20,772.72 |
| 30-Apr-00 | 45,976.85 | 1,359.73 | 1,109.56 | 3,770.10 | 52,216.24 | (5,954.00) | 58,170.24 |
| 7-May-00 | 28,695.26 | 848.52 | 692.70 | 2,353.01 | 32,589.49 | (4,253.00) | 36,842.49 |
| 14-May-00 | 6,953.76 | 232.87 | 123.20 | 570.21 | 7,880.04 | (851.00) | 8,731.04 |
| 21-May-00 | 16,679.26 | 528.70 | 344.47 | 1,367.70 | 18,920.12 | (2,552.00) | 21,472.12 |
| Totals | 121,742.28 | | | | 138,180.99 | (16,162.00) | 154,342.99 |

| Tax & Insurance Percentages | |
|---|---|
| P&I Insurance : | 4.43% |
| Workman's Compensation Insurance: | 7.26% |
| Company Tax Rate: | 8.20% |

Impacted Period :

| | |
|---|---|
| 14-Apr-00 | 30-Apr-00 |
| 21-Apr-00 | 01-May-00 |
| 22-Apr-00 | 02-May-00 |
| 23-Apr-00 | 03-May-00 |
| 24-Apr-00 | 04-May-00 |
| 25-Apr-00 | 14-May-00 |
| 26-Apr-00 | 15-May-00 |
| 27-Apr-00 | 16-May-00 |
| 28-Apr-00 | 17-May-00 |
| 29-Apr-00 | |

Exhibit Q-6

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

SOUTH FERRY LANDING
PAYROLL SUMMARY - MEASURED MILE

Renda Project Payroll Calculations

| Week Ending | Gross Payroll Amount | Dredge P&I Insurance | Levee Worker's Comp Insurance | Company Payroll Tax | Total Payroll + Burden | ( Less ) Mechanical Levee Labor Cost | Total Dredge + Hydraulic Levee Labor Cost |
|---|---|---|---|---|---|---|---|
| 9-Apr-00 | 34,331.13 | 1,113.81 | 667.09 | 2,815.15 | 38,927.19 | | 38,927.19 |
| 16-Apr-00 | 23,704.76 | 771.95 | 455.87 | 1,943.79 | 26,876.37 | | 26,876.37 |
| Totals | 58,035.89 | | | | 65,803.56 | 0.00 | 65,803.56 |

| Tax & Insurance Percentages | |
|---|---|
| P&I Insurance : | 4.43% |
| Workman's Compensation Insurance: | 7.26% |
| Company Tax Rate: | 8.20% |

Measured Mile Period :

| | |
|---|---|
| 03-Apr-00 | 09-Apr-00 |
| 04-Apr-00 | 10-Apr-00 |
| 05-Apr-00 | 11-Apr-00 |
| 07-Apr-00 | 12-Apr-00 |
| 08-Apr-00 | 13-Apr-00 |

Exhibit Q-7

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

## MONTHLY FIELD COSTS

| Monthly Period | Category of Cost | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Supplies | Field Overhead | Mob & Demob | Misc | Labor | Materials | Equipment Repairs | Equipment Rental |
| April-00 | $30,418.99 | $17,560.87 | $0.00 | $1,011.58 | $27,627.40 | $0.00 | $149,937.89 | $49,419.66 |
| May-00 | $46,566.18 | $15,990.55 | $0.00 | $288.95 | $23,925.00 | $0.00 | $217,699.23 | $71,338.40 |
| June-00 | $34,729.96 | $16,890.67 | $0.00 | $1,755.13 | $29,450.00 | $0.00 | $229,419.14 | $35,407.84 |
| **Grand Totals :** | **$111,715.13** | **$50,442.09** | **$0.00** | **$3,055.66** | **$81,002.40** | **$0.00** | **$597,056.26** | **$156,165.90** |

**Total Field Costs Subject to Claim:** **$165,212.88**

Exhibit R

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

# HL&P TRANSMISSION TOWER DELAY

| | | | TOTALS | Factual/ Judgmental |
|---|---|---|---|---|
| **DIRECT COSTS** | | | | |
| **Impact Period:** | | | | |
| **16Jul00 & 16-18Oct00** | **Cost Overrun** | | | |
| Jobsite Equipment: | $109,903.64 | | | (F) & (J) |
| Jobsite Labor: | $26,142.40 | | | (F) & (J) |
| Jobsite Field Costs: | $4,067.68 | | | (J) |
| **Subtotal:** | | **$140,113.72** | | |
| **DIRECT COSTS SUBTOTAL :** | | | $ 140,114 | |
| **INDIRECT COSTS** | | | | |
| Resident Home Office Overhead @ : | 16.14% | | $ 22,614 | (F) & (J) |
| Corporate Home Office Overhead @ : | 6.06% | | $ 8,491 | (F) & (J) |
| **INDIRECT COSTS SUBTOTAL :** | | | **$ 31,105** | |
| **TOTAL DIRECT & INDIRECT COSTS :** | | | **$ 171,219** | |
| PROFIT @ : | 12.00% | | $ 20,546 | (F) & (J) |
| BOND @ : | 0.65% | | $ 1,246 | (F) |
| **CONTRACT ADJUSTMENT SUBTOTAL :** | | | $ 193,012 | |
| **MISCELLANEOUS COSTS** | | | | |
| Professional Fees and Consultant Services : | | | | |
| Pathfinder Construction Consulting, Inc.: | | | $ 15,552 | (J) |
| ( Plus ) Bond : | 0.65% | | $ 101 | (F) |
| Subtotal : | | | $ 15,653 | |
| **MISCELLANEOUS COSTS SUBTOTAL :** | | | $ 15,653 | |
| **CONTRACT ADJUSTMENT GRAND TOTAL :** | | | $ 208,665 | |
| **Plus 3 Additional Calendar Days for Contract Time Extension** | | | | |

Exhibit R-1

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

HL&P TRANSMISSION TOWER DELAY
EQUIPMENT COST SUMMARY - IMPACTED TIME PERIOD

| Item No. | Renda Equip ID# | Equipment Description | Type of Hours / Days | Number of Hours / Days | Equipment Rate | Total Equipment Cost |
|---|---|---|---|---|---|---|
| 1 | DB103 | HYDRAULIC DREDGE "MILLENNIUM" (24") & SECONDARY ENGINES | EFFECTIVE TIME | 0.0 | $879.70 | $0.00 |
| | | | NON-EFFECTIVE TIME | 63.0 | $764.97 | $48,193.24 |
| | | | STANDBY TIME | 0.0 | $217.35 | $0.00 |
| 2 | 2401 | HYDRAULIC BOOSTER STATION ON BARGE (24") | EFFECTIVE TIME | 0.0 | $308.85 | $0.00 |
| | | | NON-EFFECTIVE TIME | 63.0 | $210.06 | $13,234.03 |
| | | | STANDBY TIME | 0.0 | $35.27 | $0.00 |
| 3 | XXX | DUPLEX HIGH PRESSURE PUMP | WORKING | 9.0 | $31.14 | $280.29 |
| | | | STANDBY | 3.0 | $9.06 | $27.18 |
| 4 | GT824 | CUMMINS GENERATOR SET - 80KW (D805F) (ON DREDGE "MILLENNIUM") | WORKING | 0.0 | $0.00 | $0.00 |
| | | | STANDBY | 0.0 | $0.00 | $0.00 |
| 5 | XXX | PIPELINE - 24" (20,000+ LF) | WORKING | 0.0 | $26.19 | $0.00 |
| | | | STANDBY | 63.0 | $16.81 | $1,059.04 |
| 6 | XXX | PIPELINE JOINTS - 24" | WORKING | 63.0 | $31.14 | $1,961.57 |
| | | | STANDBY | 0.0 | $17.39 | $0.00 |
| 7 | XXX | PIPELINE PONTOONS | WORKING | 63.0 | $9.38 | $591.07 |
| | | | STANDBY | 0.0 | $6.15 | $0.00 |
| 8 | B110 | WORK BOAT "MARILYN K. McFARLAND" | WORKING | 63.0 | $51.38 | $3,237.19 |
| | | | STANDBY | 0.0 | $4.65 | $0.00 |
| 9 | B108 | WORK BOAT "CRISTA DIAN" | WORKING | 63.0 | $58.80 | $3,704.53 |
| | | | STANDBY | 0.0 | $1.48 | $0.00 |
| 10 | AB102 | ANCHOR BARGE | WORKING | 63.0 | $2.20 | $138.47 |
| | | | STANDBY | 0.0 | $1.09 | $0.00 |
| 11 | XXX | AMERICAN CRANE DRAW-WORKS - 4260 (ON ANCHOR BARGE (AB102) | WORKING | 46.0 | $48.07 | $2,211.08 |
| | | | STANDBY | 0.0 | $29.29 | $0.00 |
| 12 | CC915 | GROVE HYDRAULIC CRANE - RT58F (MOUNTED ON WORK BARGE #1) | WORKING | 46.0 | $34.60 | $1,591.74 |
| | | | STANDBY | 0.0 | $15.68 | $0.00 |

Exhibit R-2

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

**HL&P POWER TOWER DELAY**
**PAYROLL SUMMARY - IMPACTED PERIOD**

**Renda Project Payroll Calculations**

| Week Ending | Gross Payroll Amount | Dredge P&I Insurance | Levee Worker's Comp Insurance | Company Payroll Tax | Total Payroll + Burden | ( Less ) Mechanical Levee Labor Cost | Total Dredge + Hydraulic Levee Labor Cost |
|---|---|---|---|---|---|---|---|
| 16-Jul-00 | 5,060.18 | 168.18 | 91.75 | 414.93 | 5,735.04 | | 5,735.04 |
| 22-Oct-00 | 17,983.51 | 557.90 | 391.31 | 1,474.65 | 20,407.36 | | 20,407.36 |
| Totals | 23,043.68 | | | | 26,142.40 | 0.00 | 26,142.40 |

| Tax & Insurance Percentages | |
|---|---|
| P&I Insurance : | 4.43% |
| Workman's Compensation Insurance: | 7.26% |
| Company Tax Rate: | 8.20% |

**Notes:**
1. Claim limited to 50% of Gross Dredging Payroll Amount ($7,592.85) for W/E 16Jul2000
2. Claim limited to 67% of Gross Dredging Payroll Amount ($18,796.42) for W/E 22Oct2000

| Impacted Period : | | |
|---|---|---|
| | 16-Jul-00 | ( 50% of the day ) |
| | 17-Jul-00 | (Claimed in Flare Area REA) |
| | 16-Oct-00 | ( 50% of the day ) |
| | 17-Oct-00 | ( 100% of the day ) |
| | 18-Oct-00 | ( 50% of the day ) |

Exhibit R-3

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

## HL&P TRANSMISSION TOWER DELAY
## MONTHLY FIELD COSTS

| Monthly Period | Category of Cost | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Supplies | Field Overhead | Mob & Demob | Misc | Labor | Materials | Equipment Repairs | Equipment Rental |
| July-00 | $18,288.32 | $19,507.23 | $0.00 | $2,967.99 | $32,001.71 | $0.00 | $288,665.72 | $32,406.44 |
| October-00 | $34,292.22 | $16,035.97 | $0.00 | $2,529.94 | $30,600.00 | $0.00 | $437,160.99 | $97,713.29 |
| **Grand Totals :** | **$52,580.54** | **$35,543.20** | **$0.00** | **$5,497.93** | **$62,601.71** | **$0.00** | **$725,826.71** | **$130,119.73** |

Total Field Costs Subject to Claim: $93,621.67
( Supplies )
( Field Overhead )
( Mobilization & Demobilization )
( Miscellaneous )

July 00 Avg. Claim Cost: $1,314.95

October 00 Avg. Daily Claim Cost: $1,705.10

| Assigned REA Field Costs | |
|---|---|
| 50% - 16Jul2000 | $657.48 |
| 50% - 16Oct2000 | $852.55 |
| 100% - 17Oct2000 | $1,705.10 |
| 50% - 18Oct2000 | $852.55 |
| Total : | $4,067.68 |

Exhibit S

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

# DAMAGES SUMMARY

Obstruction Damages Delay

| | | | TOTALS | Factual/ Judgmental |
|---|---|---|---|---|
| **DIRECT COSTS** | | | | |
| **Impact Period:** | | | | |
| **Between 04Dec00 & 14Jan01** | **Cost Overrun** | | | |
| Jobsite Equipment: | $995,151.09 | | | (F) & (J) |
| Jobsite Labor: | $278,123.12 | | | (F) & (J) |
| Jobsite Field Costs: | $94,273.37 | | | (F) & (J) |
| Dredge Equipment Repair Costs: | $144,299.00 | | | (F) |
| **Subtotal:** | | **$1,511,846.58** | | |
| **DIRECT COSTS SUBTOTAL :** | | | $ 1,511,847 | |
| **INDIRECT COSTS** | | | | |
| Resident Home Office Overhead @ : | **16.14%** | | $ 244,012 | (F) & (J) |
| Corporate Home Office Overhead @ : | **6.06%** | | $ 91,618 | (F) & (J) |
| **INDIRECT COSTS SUBTOTAL :** | | | $ 335,630 | |
| **TOTAL DIRECT & INDIRECT COSTS :** | | | $ 1,847,477 | |
| PROFIT @ : | **12.00%** | | $ 221,697 | (F) & (J) |
| BOND @ : | **0.65%** | | $ 13,450 | (F) |
| **CONTRACT ADJUSTMENT SUBTOTAL :** | | | $ 2,082,623 | |
| **MISCELLANEOUS COSTS** | | | | |
| Professional Fees and Consultant Services : | | | | |
| Pathfinder Construction Consulting, Inc. : | | | $ 9,686 | (J) |
| ( Plus ) Bond : | 0.65% | | $ 63 | (F) |
| **Subtotal :** | | | $ 9,749 | |
| **MISCELLANEOUS COSTS SUBTOTAL :** | | | $ 9,749 | |
| **CONTRACT ADJUSTMENT GRAND TOTAL :** | | | **$ 2,092,372** | |
| **Plus 36 Additional Calendar Days for Contract Time Extension** | | | | |

Exhibit S-1

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

**OBSTRUCTION DAMAGES DELAY**
**EQUIPMENT COST SUMMARY - IMPACTED TIME PERIOD**

| Item No. | Renda Equip ID# | Equipment Description | Type of Hours / Days | Number of Hours / Days | Equipment Rate | Total Equipment Cost |
|---|---|---|---|---|---|---|
| 1 | DB103 | HYDRAULIC DREDGE "MILLENNIUM" (24") & SECONDARY ENGINES | EFFECTIVE TIME | 0.0 | $879.70 | $0.00 |
| | | | NON-EFFECTIVE TIME | 176.8 | $764.97 | $135,247.05 |
| | | | STANDBY TIME | 672.0 | $217.35 | $146,059.20 |
| | | | | 0.0 | $0.00 | $0.00 |
| 2 | 2401 | HYDRAULIC BOOSTER STATION ON BARGE (24") | EFFECTIVE TIME | 0.0 | $308.85 | $0.00 |
| | | | NON-EFFECTIVE TIME | 176.9 | $210.06 | $37,149.82 |
| | | | STANDBY TIME | 672.0 | $35.27 | $23,701.44 |
| 3 | XXX | DUPLEX HIGH PRESSURE PUMP | WORKING | 31.0 | $31.14 | $965.43 |
| | | | STANDBY | 0.0 | $9.06 | $0.00 |
| 5 | XXX | PIPELINE - 24" (26,000 LF) | WORKING | 0.0 | $26.19 | $0.00 |
| | | | STANDBY | 848.8 | $16.81 | $14,268.46 |
| 6 | XXX | PIPELINE JOINTS - 24" | WORKING | 848.8 | $31.14 | $26,428.24 |
| | | | STANDBY | 0.0 | $17.39 | $0.00 |
| 7 | XXX | PIPELINE PONTOONS | WORKING | 848.8 | $9.38 | $7,963.44 |
| | | | STANDBY | 0.0 | $6.15 | $0.00 |
| 8 | B110 | WORK BOAT "MARILYN K. McFARLAND" | WORKING | 792.7 | $51.38 | $40,732.10 |
| | | | STANDBY | 0.0 | $4.65 | $0.00 |
| 9 | B108 | WORK BOAT "CRISTA DIAN" | WORKING | 792.7 | $58.80 | $46,612.35 |
| | | | STANDBY | 0.0 | $1.48 | $0.00 |
| 10 | AB102 | ANCHOR BARGE | WORKING | 848.8 | $2.20 | $1,865.66 |
| | | | STANDBY | 0.0 | $1.09 | $0.00 |
| 11 | XXX | SKAGIT CRANE (ON ANCHOR BARGE (AB102) | WORKING | 462.8 | $48.07 | $22,245.38 |
| | | | STANDBY | 0.0 | $29.29 | $0.00 |
| 12 | CC915 | GROVE HYDRAULIC CRANE - RT58F (MOUNTED ON WORK BARGE #1) | WORKING | 462.8 | $34.60 | $16,014.33 |
| | | | STANDBY | 0.0 | $15.68 | $0.00 |
| 13 | XXX | WORK BARGE #1 - (3) FLEXIFLOATS | WORKING | 848.8 | $1.31 | $1,110.23 |
| | | | STANDBY | 0.0 | $0.65 | $0.00 |
| 14 | B102 | SURVEY BOAT - MONARK | WORKING | 180.0 | $39.80 | $7,163.66 |
| | | | STANDBY | 0.0 | $2.31 | $0.00 |
| 15 | B103 | WORK BOAT - LAFCO | WORKING | 462.8 | $51.61 | $23,887.27 |
| | | | STANDBY | 0.0 | $3.88 | $0.00 |
| 16 | B105 | WORK BOAT - MONARK | WORKING | 462.8 | $52.33 | $24,217.71 |
| | | | STANDBY | 0.0 | $4.23 | $0.00 |
| 17 | WS102 | WORK SKIFF | WORKING | 462.8 | $23.15 | $10,714.67 |
| | | | STANDBY | 0.0 | $1.25 | $0.00 |
| 18 | XXX | FUEL BARGE - (3) FLEXIFLOATS | WORKING | 848.8 | $1.31 | $1,110.23 |
| | | | STANDBY | 0.0 | $0.65 | $0.00 |
| 19 | XXX | FUEL TANK - 10,000 GALLON (MOUNTED ON FUEL BARGE) | WORKING | 462.8 | $6.91 | $3,198.28 |
| | | | STANDBY | 0.0 | $2.60 | $0.00 |
| 20 | E17 | LINKBELT 3800 EXCAVATOR | WORKING | 255.8 | $53.33 | $13,641.25 |
| | | | STANDBY | 90.0 | $12.85 | $1,156.68 |
| 21 | XXX | WORK BARGE #2 - (3) FLEXIFLOATS | WORKING | 847.9 | $1.31 | $1,108.99 |
| | | | STANDBY | 0.0 | $0.65 | $0.00 |
| 22 | LS101 | SKID LOADER - TIMBERJACK 450 | WORKING | 0.0 | $52.33 | $0.00 |
| | | | STANDBY | 0.0 | $10.00 | $0.00 |

Exhibit S-2

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

OBSTRUCTION EQUIPMENT REPAIR COSTS

| Item No. | Renda Equip ID# | Equipment Description | Order Date | Invoice No. | Invoice Amount |
|---|---|---|---|---|---|
| | DB103 | Repairs to Dredge *Millennium* after striking obstructions. Repairs to Main Pump, etc. | | | |
| 1 | | Mobile Pulley & Machine Works - Water Ring | 26-Jun-00 | 11752 | $1,450.48 |
| 2 | | Mobile Pulley & Machine Works - Liner Suction Side | 18-Aug-00 | 12046 | $6,897.00 |
| 3 | | Mobile Pulley & Machine Works - Liner Engine Side | 31-Aug-00 | 12151 | $6,470.00 |
| 4 | | Mobile Pulley & Machine Works - Pump Shell | 31-Aug-00 | 12145 | $43,136.00 |
| 5 | | Mobile Pulley & Machine Works - U/W Thrust Cartridge Parts | 08-Dec-00 | 12663 | $4,030.00 |
| 6 | | Purvis Bearing Service, Inc. - Nuts & Bolts | 14-Dec-00 | 2894567 | $2,937.74 |
| 7 | | Purvis Bearing Service, Inc. - Ladder Thrust Cartridge Bearings | 14-Dec-00 | 2893961 | $13,498.78 |
| 8 | | Houston Dynamic Service, Inc. - Cutter Drive Repair | 15-Dec-00 | 25643A | $15,022.30 |
| 9 | | Purvis Bearing Service, Inc. - Cutter Gear Box Bearings | 21-Dec-00 | 28968 | $671.00 |
| 10 | | Dredging Supply Company, Inc. - Cutter Drive Parts | 12-Dec-00 | 200729 | $8,654.94 |
| 11 | | Purvis Bearing Service, Inc. - Main Pump Flex Coupling | 29-Dec-00 | 2897261 | $10,768.30 |
| 12 | | Champion Delivery - Thrust Bearing to Mobile Pulley | 02-Jan-01 | B2797 | $970.00 |
| 13 | | Mobile Pulley & Machine Works - Ladder Pump Seals | 09-Jan-01 | 12768 | $3,372.00 |
| 14 | | Champion Delivery - Thrust Bearing from Mobile Pulley | 15-Jan-01 | B1295 | $950.00 |
| 15 | | Mobile Pulley & Machine Works - Main Pump Flex Coupling | 16-Jan-01 | 12808 | $850.00 |
| 16 | | Purvis Bearing Service, Inc. - Main Pump Thrust Bearing | 18-Jan-01 | 2911 | $1,037.00 |
| 17 | | Mobile Pulley & Machine Works - Replace Main Pump Shaft | 18-Jan-01 | 12802 | $26,673.00 |
| 18 | | Mobile Pulley & Machine Works - Main Pump Door Rings | 19-Jan-01 | 12848 | $698.00 |
| 19 | | Mobile Pulley & Machine Works - Ladder Pump Rings | 23-Jan-01 | 12859 | $1,469.94 |
| 20 | | Mobile Pulley & Machine Works - Main Pump Impellers | 07-Feb-01 | 57082 | $39,524.00 |
| | | | | | |
| | 2401 | Repairs to RMI Booster Barge | | | |
| 1 | | Mobile Pulley & Machine Works - Liner Engine Side | 28-Dec-00 | 12743 | $13,172.00 |
| | | | | | |
| | | Less Costs Previously Claimed in South Ferry Landing Claim | | | |
| | | | | | |
| 1 | | Mobile Pulley & Machine Works - Water Ring | 26-Jun-00 | 11752 | $1,450.48 |
| 2 | | Mobile Pulley & Machine Works - Liner Suction Side | 18-Aug-00 | 12046 | $6,897.00 |
| 3 | | Mobile Pulley & Machine Works - Liner Engine Side | 31-Aug-00 | 12151 | $6,470.00 |
| 4 | | Mobile Pulley & Machine Works - Pump Shell | 31-Aug-00 | 12145 | $43,136.00 |
| | | | | | |
| | | | | | |

TOTAL : $144,299.00

Exhibit S-3

RENDA MARINE, INC.
HOUSTON-GALVESTON NAVIGATION CHANNELS, TEXAS (45-FOOT PROJECT)
DREDGING UPPER BAYOU
INVITATION NO. DACW64-98-B-0004
CONTRACT NO. DACW64-99-C-0001

**OBSTRUCTION DAMAGES DELAY**
**PAYROLL SUMMARY - IMPACTED PERIOD**

**Renda Project Payroll Calculations**

| Week Ending | Gross Payroll Amount | Dredge P&I Insurance | Levee Worker's Comp Insurance | Company Payroll Tax | Total Payroll + Burden | ( Less ) Mechanical Levee Labor Cost | Total Dredge + Hydraulic Levee Labor Cost |
|---|---|---|---|---|---|---|---|
| 10-Dec-00 | 51,566.75 | 1,885.23 | 654.18 | 4,228.47 | 58,334.63 | | 58,334.63 |
| 17-Dec-00 | 48,960.50 | 1,859.64 | 506.90 | 4,014.76 | 55,341.81 | | 55,341.81 |
| 24-Dec-00 | 34,968.36 | 1,416.53 | 217.26 | 2,867.41 | 39,469.55 | | 39,469.55 |
| 31-Dec-00 | 28,681.10 | 1,262.02 | 14.01 | 2,351.85 | 32,308.98 | | 32,308.98 |
| 7-Jan-01 | 38,176.85 | 1,606.78 | 138.41 | 3,130.50 | 43,052.54 | | 43,052.54 |
| 14-Jan-01 | 44,051.85 | 1,951.50 | - | 3,612.25 | 49,615.60 | | 49,615.60 |
| Totals | 246,405.41 | | | | 278,123.12 | 0.00 | 278,123.12 |

| Tax & Insurance Percentages | |
|---|---|
| P&I Insurance : | 4.43% |
| Workman's Compensation Insurance: | 7.26% |
| Company Tax Rate: | 8.20% |

**Impacted Period : 12/4/00 thru 1/14/01**