


HVJ ASSOCIATES
6120 S. Dairy Ashford Road
Houston, Texas 77072-1010
281.933.7388 Ph
281.933.7293 Fax

| | | |
|---|---|---|
| SCALE: N/A<br>DATE: 01/22/2005 | APPROVED BY: MH | PREPARED BY: FF |

MAINTENANCE DREDGING

| | |
|---|---|
| PROJECT NO.: 04-209GH-0 | DRAWING NO.: PLATE 1 |




| | | |
|---|---|---|
| HVJ ASSOCIATES | 6120 S. Dairy Ashford Road<br>Houston, Texas 77072-1010<br>281.933.7388 Ph<br>281.933.7293 Fax | |
| SCALE: N/A<br>DATE: 01/22/2005 | APPROVED BY: MH | PREPARED BY: FF |
| LEVEE RAISING<br>MAINTENANCE DREDGING | | |
| PROJECT NO.: 04-209GH-0 | DRAWING NO.: PLATE 2 | |


NEW WORK DREDGING
EXISTING CHANNEL LIMITS
NEW CHANNEL LIMITS
NATURAL SOIL
HVJ ASSOCIATES
6120 S. Dairy Ashford Road
Houston, Texas 77072-1010
281.933.7388 Ph
281.933.7293 Fax
SCALE: N/A
DATE: 01/22/2005
APPROVED BY: MH
PREPARED BY: FF
NEW WORK DREDGING
PROJECT NO.: 04-209GH-0
DRAWING NO.: PLATE 3



HVJ ASSOCIATES
6120 S. Dairy Ashford Road
Houston, Texas 77072-1010
281.933.7388 Ph
281.933.7293 Fax

| | | |
|---|---|---|
| DATE: 01/22/2005 | APPROVED BY: MH | PREPARED BY: FF |

CLAY BALL FILL

| | |
|---|---|
| PROJECT NO.: 04-209GH-0 | DRAWING NO.: PLATE 4 |



HVJ ASSOCIATES
6120 S. Dairy Ashford Road
Houston, Texas 77072-1010
281.933.7388 Ph
281.933.7293 Fax

| | | |
|---|---|---|
| DATE: 01/22/2005 | APPROVED BY: MH | PREPARED BY: FF |

SOFT NEW WORK DISCHARGE

| | |
|---|---|
| PROJECT NO.: 04-209GH-0 | DRAWING NO.: PLATE 5 |




HVJ ASSOCIATES
6120 S. Dairy Ashford Road
Houston, Texas 77072-1010
281.933.7388 Ph
281.933.7293 Fax

SCALE: N/A
DATE: 01/22/2005
APPROVED BY: MH
PREPARED BY: FF

TYPICAL LOST LAKE LEVEE SECTION
(LOST LAKE CONTRACT DRAWING C-15)

PROJECT NO.: 04-209GH-0
DRAWING NO.: PLATE 6




HVJ ASSOCIATES

6120 S. Dairy Ashford Road
Houston, Texas 77072-1010
281.933.7388 Ph
281.933.7293 Fax

SCALE: N/A
DATE: 01/22/2005
APPROVED BY: MH
PREPARED BY: FF

INTERIOR VS EXTERIOR DISCHARGE

PROJECT NO.: 04-209GH-0
DRAWING NO.: PLATE 7




68+63.3

| | | $\gamma_T$ (pcf) | $S_T$ (psf) | $\phi$ – |
|---|---|---|---|---|
| I | VERY SOFT TO STIFF CLAY | 97 | 400 | – |
| II | VERY SOFT CLAY | 85 | 100 | – |
| III | FUTURE LEVEE | 115 | 750 | – |
| IV | FUTURE LEVEE | 105 | 400 | – |
| V | VERY LOOSE SILTY SAND | 115 | – | 30° |
| VI | EXISTING DREDGED MATERIAL | 75 | 25 | – |
| VII | VERY SOFT CLAY | 97 | 250 | – |

0 40 80
SCALE IN FEET

NOTE:

STATION IS BASED ON THE OLD LEVEE BASE LINE.

HVJ
6120 S. Dairy Ashford Road
Houston, Texas 77072-1010
281.933.7388 Ph
281.933.7293 Fax

DATE: 01/22/2005 | APPROVED BY: MH | PREPARED BY: FF

LOST LAKE STABILITY ANALYSIS
(PLATE 22A OF FEBRUARY 1998 DESIGN REPORT)

PROJECT NO.: 04-209GH-0 | DRAWING NO.: PLATE 8

**LOST LAKE DREDGE QUANTITIES**

HVJ Project No. 97-145G-00

Total Cut/Pay Ratio = 115%

| Station | | | | | | Average | Material Breakdown | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Start | Finish | Length | Pay Vol., Cu. Yd. | Total Cut, Cu. Yd. | Cum. Cut Cu. Yd. | Cut/Foot Cu. Yd./Ft | Maint. | Non-Ball | Ball I | Ball II | Sand |
| | 458+40 | | | 0 | 0 | | | | | | |
| 458+40 | 470+00 | 1,160 | 353,530 | 406,560 | 406,560 | 350.5 | 0.0% | 23.7% | 0.0% | 0.0% | 76.3% |
| 470+00 | 480+00 | 1,000 | 131,584 | 151,322 | 557,881 | 151.3 | 0.0% | 46.9% | 31.3% | 21.7% | 0.0% |
| 480+00 | 500+00 | 2,000 | 267,403 | 307,513 | 865,395 | 153.8 | 0.0% | 15.1% | 36.0% | 18.8% | 30.1% |
| 500+00 | 520+00 | 2,000 | 372,275 | 428,116 | 1,293,511 | 214.1 | 0.0% | 18.1% | 30.8% | 51.0% | 0.0% |
| 520+00 | 530+00 | 1,000 | 450,057 | 517,566 | 1,811,076 | 517.6 | 0.0% | 77.6% | 13.5% | 4.1% | 4.7% |
| 530+00 | 540+00 | 1,000 | 594,644 | 683,841 | 2,494,917 | 683.8 | 0.0% | 51.6% | 11.2% | 18.3% | 18.8% |
| 540+00 | 560+00 | 2,000 | 473,412 | 544,424 | 3,039,341 | 272.2 | 0.0% | 54.0% | 42.3% | 3.6% | 0.0% |
| 560+00 | 580+00 | 2,000 | 241,094 | 277,258 | 3,316,599 | 138.6 | 0.0% | 68.9% | 31.1% | 0.0% | 0.0% |
| 580+00 | 600+00 | 2,000 | 253,265 | 291,255 | 3,607,854 | 145.6 | 0.0% | 63.8% | 36.2% | 0.0% | 0.0% |
| 600+00 | 620+00 | 2,000 | 218,424 | 251,188 | 3,859,041 | 125.6 | 0.0% | 43.7% | 56.3% | 0.0% | 0.0% |
| 620+00 | 630+00 | 1,000 | 83,229 | 95,713 | 3,954,755 | 95.7 | 0.0% | 49.5% | 45.3% | 0.0% | 5.3% |
| 630+00 | 640+00 | 1,000 | 140,488 | 161,561 | 4,116,316 | 161.6 | 0.0% | 77.6% | 22.4% | 0.0% | 0.0% |
| 640+00 | 660+00 | 2,000 | 287,722 | 330,880 | 4,447,196 | 165.4 | 0.0% | 61.1% | 30.3% | 3.6% | 5.0% |
| 660+00 | 683+81 | 2,381 | 339,117 | 389,985 | 4,837,181 | 163.8 | 0.0% | 12.0% | 8.5% | 23.8% | 55.7% |
| | | | | | | | | | | | |
| **Note:** | Dredging will not be performed between stations 650+00 and 657+00. | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **Private New Work** | | | | | | | | | | | |
| Pak Tank | (550+00) | | 168,500 | 193,775 | 193,775 | | 0.0% | 54.0% | 42.3% | 3.6% | 0.0% |
| Equity Export | (565+00) | | 257,200 | 295,780 | 489,555 | | 0.0% | 68.9% | 31.1% | 0.0% | 0.0% |
| Cargill | (610+00) | | 102,900 | 118,335 | 607,890 | | 0.0% | 43.7% | 56.3% | 0.0% | 0.0% |
| Oil Tanking | (670+00) | | 205,700 | 236,555 | 844,445 | | 0.0% | 12.0% | 8.5% | 23.8% | 55.7% |
| Shell | (670+00) | | 385,800 | 443,670 | 1,288,115 | | 0.0% | 12.0% | 8.5% | 23.8% | 55.7% |

HVJ ASSOCIATES
6120 S. Dairy Ashford Road
Houston, Texas 77072-1010
281.933.7388 Ph
281.933.7293 Fax

DATE: 01/22/2005 | APPROVED BY: MH | PREPARED BY: FF

LOST LAKE DREDGE QUANTITIES
(PLATE 8 OF FEBRUARY 1998 DESIGN REPORT)

PROJECT NO.: 04-209GH-0 | DRAWING NO.: PLATE 9

| Station | | | Levee Volumes, Cu. Yd. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Start | Finish | Length | Maintainence | Non-Ball | Ball I | Ball II | Sand | Total | Cumulative Total |
| | | | | | | | | | 0 |
| 458+40 | 470+00 | 1,160 | - | - | - | - | 310,205 | 310,205 | 310,205 |
| 470+00 | 480+00 | 1,000 | - | - | 32,065 | 29,553 | - | 61,618 | 371,823 |
| 480+00 | 500+00 | 2,000 | - | - | 74,947 | 52,031 | 92,562 | 219,540 | 591,363 |
| 500+00 | 520+00 | 2,000 | - | - | 89,269 | 196,505 | - | 285,774 | 877,137 |
| 520+00 | 530+00 | 1,000 | - | - | 47,303 | 19,098 | 24,326 | 90,727 | 967,864 |
| 530+00 | 540+00 | 1,000 | - | - | 51,852 | 112,629 | 128,562 | 293,043 | 1,260,907 |
| 540+00 | 560+00 | 2,000 | - | - | 155,907 | 17,639 | - | 173,546 | 1,434,453 |
| 560+00 | 580+00 | 2,000 | - | - | 58,376 | - | - | 58,376 | 1,492,829 |
| 580+00 | 600+00 | 2,000 | - | - | 71,379 | - | - | 71,379 | 1,564,208 |
| 600+00 | 620+00 | 2,000 | - | - | 95,740 | - | - | 95,740 | 1,659,948 |
| 620+00 | 630+00 | 1,000 | - | - | 29,353 | - | 5,073 | 34,426 | 1,694,374 |
| 630+00 | 640+00 | 1,000 | - | - | 24,500 | - | - | 24,500 | 1,718,874 |
| 640+00 | 660+00 | 2,000 | - | - | 67,874 | 10,721 | 16,544 | 95,139 | 1,814,013 |
| 660+00 | 683+81 | 2,381 | - | - | 22,442 | 83,535 | 217,221 | 323,198 | 2,137,211 |
| | | | | **Total** | **821,007** | **521,711** | **794,493** | **2,137,211** | |

**Note:** Dredging will not be performed between stations 650+00 and 657+00

**Private New Work**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Park Tank | (550+00) | | - | - | 55,492 | 6,278 | - | 61,770 | 61,770 |
| Equity Export | (565+00) | | - | - | 62,276 | - | - | 62,276 | 124,046 |
| Cargill | (610+00) | | - | - | 45,104 | - | - | 45,104 | 169,150 |
| Oil Tanking | (670+00) | | - | - | 13,613 | 50,670 | 131,761 | 196,044 | 365,194 |
| Shell | (670+00) | | - | - | 25,531 | 95,034 | 247,124 | 367,689 | 732,883 |
| | | | | **Total** | **202,016** | **151,982** | **378,885** | **732,883** | |

NOTE:

**LEVEE MATERIAL REPRESENTS MATERIAL VOLUMES DISCHARGED INTO THE DISPOSAL AREA WHICH MAY BE SUITABLE FOR LEVEE CONSTRUCTION.**

HVJ ASSOCIATES
6120 S. Dairy Ashford Road
Houston, Texas 77072-1010
281.933.7388 Ph
281.933.7293 Fax

DATE: 01/22/2005 | APPROVED BY: MH | PREPARED BY: FF

LOST LAKE LEVEE MATERIAL
(PLATE 9 OF FEBRUARY 1998 DESIGN REPORT)

PROJECT NO.: 04-209GH-0 | DRAWING NO.: PLATE 10