| Selected Cross Section * Station | Total Length (ft) | Quantity Lost Due to Displacement Below Minimum Section Cu. Yd./Ft. | Total Quantity Lost Due to Displacement Below Minimum Section Cu. Yd. | Required Quanity for Minimum Section Constructed Mechanically or Hydraulically Cu. Yd./Ft. | Total Quanity Required For Minimum Section Constructed Mechanically or Hydraulically Cu. Yd./Ft. | Required Quanity For Minimum Section Constructed Mechanically Cu. Yd./Ft. | Required Quantity For Minimum Section Constructed Mechanically Cu. Yd. |
|---|---|---|---|---|---|---|---|
| 0+00 | 272 | -- | -- | -- | -- | 49.6 | 13,590 |
| 20+93 | 2833 | 85.4 | 241,938 | 41.7 | 118,136 | | |
| 39+44 | 1609 | 86.7 | 139,500 | 40.4 | 65,004 | | |
| 53+32 | 1413 | 56.8 | 80,258 | 39.3 | 55,531 | | |
| 68+32 | 1275 | 59.7 | 76,118 | 36.5 | 46,538 | | |
| 90+18 | 2575 | 61.9 | 159,393 | 23.9 | 61,543 | | |
| 105+43 | 1501 | -- | -- | -- | -- | 25.6 | 38,426 |
| 120+30 | 1584 | -- | -- | -- | -- | 13 | 40,550 |
| 130+41 | 1744 | -- | -- | -- | -- | 25.1 | 22,672 |
| 155+20 | 2096 | -- | -- | -- | -- | 27.4 | 52,610 |
| 166+69 | 663 | 24.0 | 15,912 | 33.6 | 22,277 | | |
| 182+20 | 1885 | 79.4 | 149,669 | 34.1 | 64,279 | | |
| 199+92 | 996 | 41.7 | 41,533 | 34.8 | 34,661 | | |
| 212+51 | 1849 | 57.3 | 105,948 | 38.3 | 70,817 | | |
| Total | | | 1,010,269 | | 538,786 | 140.7 | 160,222 |

*Station is based on the new levee baseline.

HVJ ASSOCIATES
6120 S. Dairy Ashford Road
Houston, Texas 77072-1010
281.933.7388 Ph
281.933.7293 Fax

DATE: 01/22/2005 | APPROVED BY: MH | PREPARED BY: FF

LOST LAKE LEVEE QUANTITIES
(PLATE 23 OF FEBRUARY 1998 DESIGN REPORT)

PROJECT NO.: 04-209GH-0 | DRAWING NO.: PLATE 11

# APPENDIX A

# MICHAEL HASEN, P.E. RESUME

HVJ ASSOCIATES

Houston
Austin
Dallas
San Antonio

6120 S. Dairy Ashford Rd.
Houston, TX 77072-1010
281.933.7388 Ph
281.933.7293 Fax
www.hvj.com

# MICHAEL HASEN, P.E.

Principal/Executive Vice President

**EDUCATION**

MBA, Executive Program, University of Houston, 1992
MS, Geotechnical Engineering, University of California, Berkeley, 1981
BS, Civil Engineering, University of Illinois, 1980

**LICENSE**

Professional (Civil) Engineer, Texas (1985), California (1984)

## EXPERIENCE SUMMARY

Mr. Hasen's career encompasses a period of over 20 years of diverse geotechnical and environmental engineering experience. He has proposed, planned and executed hundreds of studies of a broad range of facilities from residential structures to multi-billion dollar wastewater projects. His experience includes studies of low, mid and high rise office structures; bridges; roadways; water mains; sewer lines; tunnels; wastewater treatment facilities; residences; dredge disposal areas; refineries; power generation facilities; medical facilities; port and harbor facilities; and offshore structures. In addition, Mr. Hasen has an extensive background in slope failure investigation, including development of geologic models of the causes of failure. His knowledge of and experience with deep foundation design is especially strong.

Mr. Hasen has had oversight of the company's operating activities for over 10 years. In this capacity he has supervised the growth of operations from a staff of 15 to a staff of over 70. He also had a key role in due diligence and integration of the firm's Austin Office acquisition.

## SELECTED PROJECT EXPERIENCE

- ***Katy Freeway (I-10) Reconstruction, Texas Department of Transportation, Houston District (c/o Parsons Brinckerhoff).*** Project manager providing geotechnical investigation services for the General Engineering Consultant for reconstruction of about 20-miles of the Katy Freeway (I-10) from the West Loop to Brookshire. The extensive project includes coordination with multiple section designers and geotechnical investigation for over a hundred new structures. Soil borings were drilled and laboratory tests performed. It was determined that overpass bridge structures may be supported on drilled shaft or driven pile foundations, and allowable frictional capacity curves for compressive axial loads were provided along with installation recommendations. Design recommendations for cantilever and mechanically stabilized earth retaining walls were presented as a basis for design of the approach sections.

- ***Beneficial Use Site Design - Port of Houston Authority.*** Project manager, geotechnical investigation for dike design, disposal material settlement, and dredge source material characterization. The Port of Houston Authority (PHA) and the US Army Corps of Engineers (USACE) constructed and are constructing over 4,000 acres of inter-tidal marsh as a beneficial use of material dredged during the Houston Ship Channel 45-Foot Project. Geotechnical studies related to the project focused on settlement analyses of the dredge material in order to design the facility for a final ground surface elevation that will support the appropriate habitat. In addition, geotechnical studies related to dike construction and stability as well as erosion protection were performed.

HVJ ASSOCIATES

Houston
Austin
Dallas
San Antonio

6120 S. Dairy Ashford Rd.
Houston, TX 77072-1010
281.933.7388 Ph
281.933.7293 Fax
www.hvj.com



- ***Aviation Facilities Improvements, Houston Airport System, Houston, Texas.*** Senior Engineer and Project Manager. Performed geotechnical and pavement investigations for numerous improvements at the three major airports in the system: Bush Intercontinental Airport, Hobby Airport, and Ellington Field. The work include terminal reconstruction at Hobby; concourse additions and expansions at Bush Intercontinental; runway, taxiway, and apron improvements at all airports; the new Cargo Facility at Bush Intercontiental Airport; General Aviation Hangars at Ellington Field; and ancillary facilities such as fuel storage ILS, and deicing facilities.

- ***Greater Houston Wastewater Program, City of Houston:*** Project Manager. Several dozen projects were performed for this program including installation of over 40,000 linear feet of 15- to 36-inch diameter sewer by open cut techniques and installation by tunneling of over 15,000 linear feet of 36- and 42-inch diameter sewer. Faulting impacted several of the alignments. Our geotechnical investigation included assessing geotechnical conditions along the alignment, providing bedding recommendations, determining geotechnical parameters for rigid and flexible pipe design, assessing construction considerations for use in the design process, and recommending a monitoring program for use during construction.

**PUBLICATIONS**

Austin, S.W. and Hasen, M. (1997) "Case Studies: Pavement Evaluation Using FWD Testing", Proceedings, American Society of Civil Engineers, Texas Section, Spring Meeting Proceedings, April 4, 1997, Houston, Texas.

Hasen, M.; Onuekwusi, A.C.; Johnson, H.E. (1997), "Geotechnical Design of Created Marsh", Proceedings, 24th Annual Conference of the Water Resources Planning and Management Division, April 6 to 9, 1997, Houston, Texas.

Hasen, M. (1999) "Tunneled Sewers in Houston, Texas", Geo-Engineering for Underground Facilities, G. Fernandez and E. Bauer (eds.), Proceedings of the 3rd Conference, June 13-17, 1999, University of Illinois at Urbana-Champaign, Geotechnical Special Publication No. 90, pp. 746-755.

Hasen, M., et. al. (2002) "Comparison of Two Modeling Approaches for Simulating the Consolidation and Desiccation Behavior of Dredged Fill", Proceedings, Third Specialty Conference on Dredging and Dredged Material Disposal, May 5 to 8, 2002, Orlando, Florida

Hasen, M. (2003) "From Mud to Gold", World Dredging, Mining and Construction, Col. 39, No. 7, July, p. 8 ff.

Kayyal, M. and Hasen, M. (1998) "Case Study of Slope Failures at Spilmans Island", Journal of Geotechnical and Geoenvironmental Engineering, American Society of Civil Engineers, Vol. 124, No. 11, November, pp. 1091-1099.

Vipulanandan, C.; Addison, M.B.; and Hasen, M. (eds.) (2001) Expansive Soils and Vegetative Influences on Shallow Foundations, Proceedings of the American Society of Civil Engineers Geo-Institute Shallow Foundations and Soil Properties Committee Sessions at the ASCE 2001 Civil Engineering Conference, October 10-13, 2001, Houston, Texas, Geotechnical Special Publication No. 115, 265 pp.

HVJ ASSOCIATES

Houston
Austin
Dallas
San Antonio

6120 S. Dairy Ashford Rd.
Houston, TX 77072-1010
281.933.7388 Ph
281.933.7293 Fax
www.hvj.com



## PROFESSIONAL AFFILIATIONS

Society of American Military Engineers, Member
American Society of Civil Engineers, Member
Houston Consulting Engineers Council, Member
GeoHouston '99, Program Committee Chair
Houston Consulting Engineers Council, Geotechnical Committee Chair (1999 and 2000)
American Society of Civil Engineers, Houston 2001 Convention, Local Geotechnical Committee Program Chair
American Society of Civil Engineers, Geo-Institute, Sections and Branches Council, Zone 3 Senior Mamber (2002-2004), Chairman (2004)

## CIVIC ACTIVITIES

Boy Scouts of America, Adult Leader (1999-2004), Troop 441 Assistant Scoutmaster (2004)
Fort Bend Chamber of Commerce, Infrastructure Planning Division Vice Chair (1998 and 1999), Board of Directors (2000-2003)
Christ United Methodist Church, Member, Medicine Box Campaign Chair (2004)
Colony Grant Homeowners Association, Vice President (2002-2003)
Associations of First Colony, Board Member (2002-2003), Vice President (2004)

# APPENDIX B

# ENGAGEMENT DOCUMENTS

HVJ ASSOCIATES

HVJ Associates, Inc.

Geotechnical, Environmental, Materials & Pavement Engineers

6120 S. Dairy Ashford
Houston, Texas 77072
(281) 933-7388
(281) 933-7293 fax
www.hvj.com

December 28, 2004

Mr. John Kosloske, Senior Trial Attorney
Commercial Litigation Branch, Civil Division
US Department of Justice
1100 L Street, NW, Room 12052
Washington DC 20005

Re: Expert Witness Agreement
Renda Marine, Inc. v. United States, No. 02-306C (Fed. Cl.)
HVJ Proposal No. 04-209GH-0

HVJ Associates, Inc. is pleased to submit this proposal for providing consulting expert services. We understand the case involves litigation related to Upper Bayou project, and that the defendant is the United States. I understand that you are interested in my opinion related to the following issues:

1. The propriety of the sliding block and circular arc failure surfaces in evaluating the stability of the internal and external levee slope.
2. The use made during project design of the borings conducted at the Lost Lake Disposal Area for the Disposal Area Management Plan (DAMP) work.
3. The amount of suitable levee building material available and the minimum retention factor needed to construct the portion of the new perimeter levees at Lost Lake to be constructed with hydraulically placed dredged material.
4. The extent to which the presence of side cast borrow ditches at Lost Lake was a factor in the design of the levees and why or why not.
5. The potential effect on stability, on mechanical and hydraulic construction of the Lost Lake levees, of Renda's excavation of some amount of material from the berm to the interior of the existing perimeter levees.
6. The 10-1-97 correspondence relative to properties of the "soft new work material".

I understand that court's rules of procedure require that my report contain the following information: (1) a complete statement of all opinions to be expressed and the basis and reasons therefor; (2) the data or other information considered in forming my opinions (including any data or information considered but not relied upon); (3) any exhibits to be used as a summary of or support for my opinions; (4) my qualifications, including a list of all publications authored by me within the preceding ten years; (5) the compensation to be paid to me for the study and testimony; and (6) a listing of any other cases in which I have testified as an expert at trial or by deposition within the preceding four years.

I also understand that I must produce any documents that I possess which fall within any of the following categories of documents requested by Renda Marine relative to testifying experts: (1) "[a]ll written or other documentation concerning [my] factual observations, tests, supporting data, calculations, photographs, and opinions;" (2) "[a]ll treatises, handbooks, articles, or other publications upon which [I] relied in forming [my] opinion[s] and/or making [my] observations, tests, calculations and opinions;" (3) "[my] curriculum vitae or resume;" (4) "[a]ll tangible reports, physical models, compilations of data, and other materials prepared by [me] in anticipation of [my] trial and deposition testimony;" (5) any materials or documents provided by

George Strickler or you to me (including e-mail messages); and (6) any materials or documents provided by me to Mr. Strickler or you (including e-mail messages).

I will be available for this purpose. My billing rate will be $175 per hour. In addition, clerical or other staff support will be billed on an hourly basis if such support is needed. I have prepared an estimate of the costs involved as presented below:

| Phase | Hours | Cost | Expenses and Other Staff Costs | Total |
|---|---|---|---|---|
| File Review | 25 | $4,375 | $125 | $4,500 |
| Prepare Report | 24 | $4,200 | $300 | $4,500 |
| Document Production | 8 | $1,400 | $1,000 | $2,400 |
| Attend Deposition (Dallas) | 20 | $3,500 | $500 | $4,000 |
| Give Deposition (Houston) | 12 | $2,100 | $50 | $2,150 |
| Attend Trial (5, 10-hr days) | 50 | $8,750 | $250 | $9,000 |
| TOTAL | 139 | $24,325 | $2,225 | $26,550 |

The above estimate may or may not be adequate to fully fund my participation in the trial. We will keep you apprised of the budget status as the trial progresses.

Our accounting procedures call for the submittal of invoices on a month-end basis or at the conclusion of project should its duration last less than a month. Our credit terms are net 30 days.

If this proposal meets with your approval, please prepare an agreement to authorize our work.

Sincerely,

HVJ ASSOCIATES, INC.

Michael Hasen, P.E.
Executive Vice President

MH:abm

U.S. Department of Justice

Civil Division

January 12, 2005

---

Washington, D.C. 20530

04-2096H-0

FROM: Jeffrey Brodsky,
Chief, Contracts and Procurement Branch

TO: HVJ Associates, Inc.

SUBJECT: Contract No. 5W-CIV01-0229 and Technical Point of Contact

1. Attached is your copy of the executed contract. FAR clause 52.232-7 Payments under Time-and-Materials and Labor-Hour-Contracts, Limitation of Cost, claise is included in this contract; please pay close attention to it. There is a contractual requirement to notify the Contracting Officer when you are within 75% of the ceiling established in the contract. Additionally, anything affecting cost (price or ceiling amount), schedule (period of performance), or performance (statement of work) must be authorized by a Contracting Officer.

2. The Department of Justice Civil Division trial attorney assigned to the case will act as the Technical Point of Contact (TPOC) under this contract. As the TPOC, the attorney shall:

a. Be responsible for the technical monitoring of Contractor performance, and will act as the technical point of contact for this effort.
b. Coordinate activities with Contractor personnel and other individuals involved with this effort.
c. Review and certify invoices/payment vouchers.
d. Be responsible for the inspection and acceptance of the completed effort specified in the contract.
e. Attend meetings as the official Government representative during the performance of the contract.
f. Perform the evaluation of technical reports submitted by the contractor.

3. The TPOC is **not** a Contracting Officer and does not have authority to take any action, either directly or indirectly that would change the cost, schedule, or performance of the contract. The TPOC does not have authority to direct the accomplishment of effort that goes beyond the scope of the contract.

4. Invoices shall contain at a minimum, invoice number, contract number, contractor name and address, description of services, quantity, rate, other direct charges and extended total.

If you have any procurement questions or concerns regarding this letter, you may contact me at (202) 616-7931 or e-mail at jeffrey.brodsky@usdoj.gov

RECEIVED

JAN 17 2005

HVJ ASSOCIATES, INC.

5. There is a requirement under the Chief Financial Officer's Act that the government prepare financial statements that include accurate information on costs that have been and are expected to be incurred. Accordingly, each invoice submitted should provide either within the invoice (or through an attachment), the following additional items:

   a. Costs that your firm and/or its subcontractors have incurred (through performance date of invoice) but that have *not* been included in the submitted invoice, and

   b. Estimates of additional costs that you expect to incur for each of the next two calendar quarters (exclusive of amounts invoiced and the amounts identified in item "a", above).

   Note: Any additional costs you expect to incur that exceed the amount in your current contract will require Department of Justice approval and a formal contract modification. Your compliance with the accounting information is solely for the purpose of estimating full costs and does not constitute Department of Justice approval for additional funds.

To assist you, attached is a template that you may use in response to Item Number 5 above. As an alternative to submitting the template, you may also provide us with the name and phone number of someone that we can contact who would be able to provide the estimate requested.

Each invoice must be sent directly to the attorney. In addition, a copy of each invoice must be sent to the following address:

Lorine Alston
Office of Planning, Budget, and Evaluation
1100 L Street, NW, Room 9034
Washington, DC 20530

If you have any questions or concerns regarding the requirements of accounting information Item 5, please contact Lorine Alston at 202-353-3109

Sincerely,

Jeffrey Brodsky
Contracting Officer,
Chief, Contracts and Procurement Branch
Civil Division