# COST ACCRUAL TEMPLATE

Contractor Name: ______________________________

Contract Number: ______________________________

1. Enclosed invoice amount for services rendered through __________(date):
   $_______________

2. Additional costs incurred but not included in invoice through above date:
   $_______________

3. Exclusive of costs in (1) and (2), additional costs expected to be incurred through the end of the current quarter (9/30/04): $_______________

4. Exclusive of costs in (1), (2) and (3), additional costs expected to be incurred through the end of the following quarter (12/31/04): $_______________

Note: For items 3) and 4) please update the calendar dates marking the end of each successive quarter.

U.S. Department of Justice

**Request, Authorization and Contract for Services of Expert Witness, Litigative Consultant, or ADR Neutral**

**Contract/Purchase Order No. & Effective Date:** SW-CI1101-0229 1/7/2005

## Part I – Request for Services

| | | | |
|---|---|---|---|
| 1. Requesting Official (Name & Title)<br>David M. Cohen, Director<br>Commercial Litigation Branch | 2. Signature of Requesting Official<br>[signature] David M. Cohen / Jeanne E. Davidson | 3. Point of Contact (Name and Tel.)<br>John E. Kosloske<br>Telephone (202) 307-0282 | 4. Date of Request<br>1-4-2005 |
| 5. Originating Office<br>Commercial Litigation Branch<br>Civil Division | 6. Originating Office Address<br>1100 L Street, N.W.<br>Room 12052<br>Washington, D.C. 20005 | 7. Case Name, Court & Docket No.<br>Renda Marine, Inc. v. U.S.,<br>No. 02-306C (Fed. Cl.) | 8. DJ File No./USAO No.<br>154-02-306 |
| 9. Contractor (Name and Tel.)<br>HVJ Associates, Inc.<br>Telephone: 281-933-7388 | 10. Contractor Mailing Address<br>6120 South Dairy Ashford Road<br>Houston, TX 77072 | 11. Contractor TIN or SSN (individual)<br>TIN: 76-0146410 | 12. Contractor Specialty<br>Geotech. Engineering<br>Levee Design |

13. Reason for Request (Place an "X" in the applicable Box in the Left Column)

| | |
|---|---|
| X | 13.a. Expert Testimony on Behalf of U.S. |
| | 13.b. Deposition Conducted by DOJ Attorney |
| | 13.c. Medical Examination of Plaintiff/Witness/Defendant in Contemplation of Testimony on Behalf of U.S. |
| | 13.d. Examination Under 18 USC 4241, Mental Competency to Stand Trial Only |
| | 13.e. Dual Purpose Psychiatric Examination (Time of Offense and Competency to Stand Trial) on the motion of: |
| | 13.f. ADR Neutral Services |
| | 13.g. Litigative Consultant Services |
| | 13.h. Other (explain below): |

***Attach the Statement of Work to this Form***

14. Negotiated Contractor Rates, Estimated Expenses, and Performance Dates ***(Note: Expenses incurred must be supported by receipts)***

| Service/Expense | Performance Dates (From-To) | Hour/Day | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 14.a. Examine Case | ~~1-3-2005~~ 1/7/05 (MB) to 4-30-2005 | SEE ATTACHMENT #3 | | | $26,550.00 |
| 14.b. Prepare Testimony | | | | | |
| 14.c. Court Testimony | | | | | |
| 14.d. Deposition | | | | | $0.00 |
| 14.e. Litigative Consultant/Neutral | | | | | $0.00 |
| 14.f. Per Diem (if not part of fee) | | Day | | | $0.00 |
| 14.g. Privately Owned Vehicle (NTE coach rate) | | Mile | | | |
| 14.h. Common Carrier Transportation Via GTA | | | | | |
| 14.i. Common Carrier Transportation Reimbursed | | | | | |
| 14.j. Taxi | | | | | |
| 14.k. Miscellaneous (eg. printing, exhibits, parking) | | | | | |
| **14.l. Total Estimated Expenses** | | | | | $26,550.00 |

| | |
|---|---|
| 15. Submit Invoices & EFT Information to:<br>John E. Kosloske, Esq.<br>Commercial Litigation Branch<br>Department of Justice<br>1100 L Street, NW, Rm 12052<br>Washington, DC 20005 | 16. Payment will be made by: (Place an "X" in the applicable Box and fill-in if not JMD/Finance)<br>[x] U.S. Department of Justice<br>Office of Planning, Evaluation & Budget<br>1100 L Street, NW, Room 9045<br>Washington, DC 20530<br>[ ] SEE ATTACHED SCHEDULE |

**Contract/Purchase Order No. & Effective Date:** 5W-CIV01-0229

**Part II – Funding Approval**

17. Appropriation Data

| 17.a. Authorized Amount | 17.b. YREGDOC | 17.c. Cost Center | 17.d. OBL Month | 17.e. Sub Object Code (SOC) |
|---|---|---|---|---|
| $26,550.00 | 50130535 | 5316191603 | 0501 | 1157 |

17.f. Remarks
W: F/ NO

*Note: The FEW Appropriation (15X0311) shall ONLY be used to fund Witness Services (i.e., items 13.a through 13.e above)*

18. Funding Amount (Place an "X" in the applicable Box in the Left Column and fill-in the Amount and Performance Period)

| | | 18.b. Amount | 18.c. Period (From - To) |
|---|---|---|---|
| X | 18.a. Fully Funded<br>This Contract is FULLY FUNDED in the amount specified in Block 18.b to cover the estimated costs of the ENTIRE project whose performance period is specified in Block 18.c. This amount shall NOT be exceeded without authorization and written modification of this contract by the Contracting Officer. | $26,550.00 | 1/7/05 - 4/30/05 |
| | 18.d. Incrementally Funded<br>This Contract is INCREMENTALLY FUNDED. The total estimated cost of the project is specified in Block 14.I. Currently, funding is provided only in the amount specified in Block 18.e to cover estimated costs incurred during the performance period specified in Block 18.f. The amount specified in Block 18.e shall NOT be exceeded without authorization and written modification of this contract by the Contracting Officer. | 18.e. Amount | 18.f. Period (From - To) |

*Reminder: Witnesses are not entitled to Advance Payments.*

19. Funding Approval

| 19.a. Signature of Approving Official | 19.b. Name & Title of Approving Official | 19.c. Date Approved |
|---|---|---|
| Frankie Free | Frankie Free, Chief, FAB | JAN -7 2005 |

**Part III – Contract**

This contract consists of the documents listed below. In the event of any inconsistency among the following documents, such inconsistency shall be resolved in the order in which said documents are listed.

(1) OBD Form 47, Request, Authorization and Contract for Services of Expert Witness, Litigative Consultant, or ADR Neutral, consisting of 2 pages.
(2) Attachment 1, Contract Terms, Conditions, and Procedures, consisting of 3 pages.
(3) Attachment 2, Statement of Work.
(4) The Contractor's proposal, incorporated herein by reference.

FUNDS AVAILABLE
Frankie Free (Date)
(Civil Division)

By signing this document, the Contractor agrees to perform services as described herein in accordance with the terms, conditions, and rates set forth in this contract.

The Contractor also certifies that, to the best of its knowledge, there is nothing derogatory in the background of its employees that could impugn testimony given by these employees or work products delivered by the Contractor.

This contract shall not become effective until signed by an authorized representative of the Contractor AND the Contracting Officer.

20. Contractor Signature

| 20.a. Signature of Authorized Person | 20.b. Name and Title of Signer | 20.c. Date Signed |
|---|---|---|
| [signature] | MICHAEL HASEN<br>EXECUTIVE VICE PRESIDENT | 1/18/05 |

21. Contracting Officer Signature

| 21.a. Signature of Contracting Officer | 21.b. Name of Contracting Officer | 21.c. Date Signed |
|---|---|---|
| Mark Buckner | Mark Buckner<br>Contracting Officer | 1/7/05 |

(202) 307-0392
mark.buckner@usdoj.gov

**Contract/Purchase Order Number:** 5W-CIV01-0229

## Attachment 1 – Contract Terms, Conditions and Procedures

### A. General Contract Terms and Conditions

| | |
|---|---|
| A.1 | Inspection and Acceptance. Inspection and acceptance will be at destination, unless otherwise provided. Until delivery and acceptance, and after any rejection, risk of loss will be on the Contractor unless loss results from negligence of the Government. |
| A.2 | Invoice Requirements. After services are rendered, the Contractor shall prepare an invoice and submit it to the individual identified in Block 15 of this Contract (page 1 of Form OBD-47). To constitute a proper invoice, the invoice must contain the following information: (i) The name and Taxpayer Identification Number (TIN) of the business entity or individual (if an individual has no TIN, the Social Security Number may be used); (ii) The date of the invoice; (iii) A description, itemization, and price for all services rendered and miscellaneous expenses incurred; (iv) The date or the period of time over which the services were rendered; and (v) The name, telephone number, and complete mailing address of the responsible official to whom payment is sent.<br><br>The invoice must also be accompanied by any travel receipts or receipts for miscellaneous expenses to substantiate the invoice amount. The Government case attorney will certify on the invoice that the services were received and the date the services were accepted. The Government case attorney will then forward the approved invoice and Form OBD-47 to the appropriate person within the litigating office for further processing. |
| A.3 | Payment by Electronic Funds Transfer. The Government reserves the right to make payments to the Contractor via Electronic Funds Transfer (EFT) in accordance with FAR clause 52.232-34, incorporated by reference into this Contract. If payment is to be made via EFT, the Contractor shall prepare and submit to DOJ an "ACH Vendor/Miscellaneous Payment Enrollment Form" (located on page 2 of Form OBD-47A). The form shall be completed by the Contractor and submitted to the address shown in Block 15 of this Contract (page 1 of Form OBD-47) concurrent with submission of the Contractor's first invoice or sooner. |
| A.4 | Interest on Overdue Payments. (i) The Prompt Payment Act, Public Law 99-177 (96 Stat. 85, 31 U.S.C. 1801, as amended) is applicable to payments under this Contract and requires the payment of interest on overdue payments and improperly taken discounts; (ii) Determination of interest due will be made in accordance with the Provisions of the Prompt Payment Act and the Office of Management and Budget Circular A-125. |
| A.5 | Payment Inquiries. All follow-up invoices shall be marked "Duplicate of Original." Contractor questions regarding payment information or check identification should be directed to the Department of Justice Vendor Assistance Hotline (202) 616-6260. |
| A.6 | Use of Taxpayer Identification Number. In accordance with the requirements of the Debt Collection Act of 1996, Public Law 104-134, it is the intent of the Department of Justice to use your Taxpayer Identification Number for purposes of collecting and reporting on any delinquent amounts arising out of your relationship with the Government. |
| A.7 | Contractor's Proposal. The Contractor' proposal to furnish the services under this Contract is hereby incorporated by reference into this Contract. In the event of any inconsistency between the Contractor's proposal and this Contract, this Contract shall be considered a superseding document. |

### B. Federal Acquisition Regulation Clauses Incorporated by Reference

This Contract incorporates the following Federal Acquisition Regulation (FAR) clauses by reference, with the same force and effect as if the clauses were given in full text. Upon request, the litigating component's administrative or procurement office will make the full text available. Also, the full text may be accessed electronically at the following Internet address: http://www.arnet.gov/far/. The effective date of each FAR clause listed below is that which is current at the time this Contract is executed by both parties.

**B.1 The following FAR clauses apply to all contracts (the FAR clause number is in the left column and clause title in the right)**

| | |
|---|---|
| 52.224-1 | Privacy Act Notification |
| 52.224-2 | Privacy Act |
| 52.225-13 | Restrictions on Certain Foreign Purchases |
| 52.232-7 | Payments under Time-and-Materials and Labor-Hour Contracts |
| 52.232-25 | Prompt Payment |
| 52.232-34 | Payment by Electronic Funds Transfer – Other than Central Contractor Registration |
| 52.243-3 | Changes – Time-and-Materials or Labor-Hours |
| 52.246-6 | Inspection – Time-and-Material or Labor-Hour |
| 52.249-6 | Termination (Cost Reimbursement), Alternate IV |

**B.2 The following FAR clause is added to the clauses in Block 18.a for those contracts valued at $100,000 or less**

| | |
|---|---|
| 52.213-4 | Terms and Conditions – Simplified Acquisitions (other than Commercial Items) |

**Contract/Purchase Order Number:** 5W-CIV01-0229

**B.3 The following FAR clauses are added to the clauses in Blocks B.1 and B.2 for those contracts valued at more than $100,000**

| | |
|---|---|
| 52.202-1 | Definitions |
| 52.203-3 | Gratuities |
| 52.203-5 | Covenant Against Contingent Fees |
| 52.203-6 | Restrictions on Subcontractor Sales to the Government |
| 52.203-7 | Anti-Kickback Procedures |
| 52.203-8 | Cancellation, Recision, and Recovery of Funds for Illegal or Improper Activity |
| 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity |
| 52.203-12 | Limitations on Payments to Influence Certain Federal Transactions |
| 52.204-4 | Printing/Copying Double-Sided on Recycled Paper |
| 52.209-6 | Protecting the Government's Interest when Subcontracting with Contractor's Debarred, Suspended, or Proposed for Debarment |
| 52.215-2 | Audit and Records--Negotiation |
| 52.219-8 | Utilization of Small Business Concerns |
| 52.222-3 | Convict Labor |
| 52.222-21 | Prohibition of Segregated Facilities |
| 52.222-26 | Equal Opportunity |
| 52.222-35 | Affirmative Action for Disabled and Veterans of the Vietnam Era |
| 52.222-36 | Affirmative Action for Workers with Disabilities |
| 52.222-37 | Employment Reports on Disabled Veterans and Veterans of the Vietnam Era |
| 52.223-6 | Drug-Free Workplace |
| 52.227-1 | Authorization and Consent |
| 52.227-2 | Notice and Assistance Regarding Patent and Copyright Infringement |
| 52.232-8 | Discounts for Prompt Payment |
| 52.232-17 | Interest |
| 52.232-23 | Assignment of Claims |
| 52.233-1 | Disputes |
| 52.233-3 | Protest After Award |
| 52.242-13 | Bankruptcy |
| 52.244-2 | Subcontracts |
| 52.244-5 | Competition in Subcontracting |
| 52.247-63 | Preference for U.S. Flag Air Carriers |

## C. Other Full Text Clauses

This Contract incorporates one of the following two clauses (C.1 or C.2) depending upon whether the Contract is FULLY FUNDED or INCREMENTALLY FUNDED, as specified in Part II, Block 18 of this Contract (Form OBD-47).

### C.1 Limitation of Cost

NOTE: This clause applies to FULLY FUNDED contracts.

(1) The parties to this Contract estimate that performance of this Contract will not cost the Government more than the estimated cost specified elsewhere in this Contract. The Contractor agrees to use its best efforts to perform the work within the estimated cost specified in the Contract.

(2) The Contractor shall notify the Contracting Officer whenever it has reason to believe that – (1) the costs the Contractor expects to incur under this Contract in the next 30 days, when added to all costs previously incurred, will exceed 75 percent of the estimated cost specified in the Contract; or (2) the total cost for the performance of this Contract will be either greater or substantially less than had been previously estimated.

(3) As part of the notification, the Contractor shall provide the Contracting Officer a revised estimate of the total cost of performing this Contract.

**Contract/Purchase Order Number:** 5W-CIV01-0229

(4) Except as required by other provisions of this Contract – (1) the Government is not obligated to reimburse the Contractor for costs incurred in excess of the estimated cost specified in the Contract or (2) the Contractor is not obligated to continue performance under this Contract or otherwise incur costs in excess of the estimated cost specified in the Contract, until the Contracting Officer (i) notifies the Contractor in writing that the estimated cost has been increased and (ii) provides a revised estimated total cost of performing this Contract.

(5) The Government is not obligated to reimburse the Contractor for any costs in excess of the estimated cost to the Government specified in the Contract, whether those costs were incurred during the course of the Contract or as a result of termination.

(6) If the estimated cost specified in the Contract is increased, any costs the Contractor incurs before the increase that are in excess of the previously estimated cost shall be allowable to the same extent as if incurred afterward, unless the Contracting Officer issues a termination or other notice directing that the increase is solely to cover termination or other specified expenses.

(7) If this Contract is terminated or the estimated cost is not increased, the Government and the Contractor shall negotiate an equitable distribution of all property produced or purchased under the Contract, based upon the share of costs incurred by each.

## C.2 Limitation of Funds

NOTE: This clause applies to INCREMENTALLY FUNDED contracts.

(1) The parties to this Contract estimate that performance of this Contract will not cost the Government more than the estimated cost specified on Page 2, Part II of this Contract (Form OBD-47) hereof. The Contractor agrees to use its best efforts to perform the work specified in the Contract.

(2) Page 2 of the Contract (Form OBD-47) specifies the amount presently available for payment by the Government and allotted to this Contract and the period of performance it is estimated the allotted amount will cover. The parties contemplate that the Government will allot additional funds incrementally to the Contract up to the full estimated cost to the Government specified in the Contract. The Contractor agrees to perform, or have performed, work on the Contract up to the point at which the total amount paid and payable by the Government under the Contract approximates but does not exceed the total amount actually allotted by the Government to the Contract.

(3) The Contractor shall notify the Contracting Officer whenever it has reason to believe that the costs it expects to incur under this Contract in the next 30 days, when added to all costs previously incurred, will exceed 75 percent of the total amount so far allotted to the Contract by the Government. The notice shall state the estimated amount of additional funds required to continue performance for the period specified in the Contract.

(4) Thirty (30) days before the end of the period specified on Page 2 of this Contract (Form OBD-47), the Contractor shall notify the Contracting Officer in writing of the estimated amount of additional funds, if any, required to continue timely performance under the Contract or for any further period specified in the Contract and when the funds will be required.

(5) If, after notification, additional funds are not allotted by the end of the period specified on Page 2 of this Contract or another agreed-upon date, upon the Contractor's written request, the Contracting Officer will terminate this Contract on that date in accordance with the provisions of the Termination clause of this Contract. If the Contractor estimates that the funds available will allow it to continue to discharge its obligations beyond that date, it may specify a later date in its request, and the Contracting Officer may terminate this Contract on that later date.

(6) Except as required by other provisions of this Contract – (1) the Government is not obligated to reimburse the Contractor for costs incurred in excess of the total amount allotted by the Government to this Contract; and (2) the Contractor is not obligated to continue performance under this Contract (including actions under the Termination clause of this Contract) or otherwise incur costs in excess of the amount then allotted to the Contract by the Government until the Contracting Officer notifies the Contractor in writing that the amount allotted by the Government has been increased and specifies an increased amount, which shall then constitute the total amount allotted by the Government to this Contract.

(7) The estimated cost shall be increased to the extent that the amount allotted by the Government exceeds the estimated cost specified in the Contract.

(8) Nothing in this clause shall affect the right of the Government to terminate this Contract. If this Contract is terminated, the Government and the Contractor shall negotiate an equitable distribution of all property produced or purchased under the Contract, based upon the share of costs incurred by each.

(9) If the Government does not allot sufficient funds to allow completion of the work, the Contractor is entitled to a percentage of the fee specified in the Contract equaling the percentage of completion of the work contemplated by this Contract.

U.S. Department of Justice

Request, Authorization and Contract for Services of Expert Witness, Litigative Consultant, or ADR Neutral

Contract/Purchase Order Number: 5W-CIV01-0229

**Attachment #2**
**Statement of Work**

This engagement consists of an evaluation and assessment of the report issued by Christopher Mathewson, Ph.D., P.E., one of plaintiff's expert witnesses in this litigation, including, but not limited to, Dr. Mathewson's opinions regarding the propriety of the circular arc failure surface to evaluate the stability of the internal and external slope of the new perimeter levees at the Lost Lake Placement Area, a containment facility for dredged material in southeast Texas.

**Contract/Purchase Order Number:** 5W-CIV01-0229

**Attachment #3**
**Schedule, Rate and Cost**

3.1 Schedule and Cost

Expert Witness Services as described in SOW, attachment 2.
Time and Materials (T&M) Basis.

| ITEM NO | SUPPLIES/SERVICES | QTY | UNIT | AMOUNT |
|---|---|---|---|---|
| 0001 | Labor (see labor rate table below) | 139 | Hr | $24,325.00 |
| 0002 | Expenses | 1 | Lt | $2,225.00 |
| | **TOTAL CONTRACT CEILING** | | | **$26,550.00** |

3.2 Labor Rate Table

The following Labor Rate Table represents fully loaded hourly rates for each labor skill classification. The Contractor shall provide personnel in the labor categories and at the hourly rates set forth below. The quantity of labor-hours are estimated amounts and may vary during the period of performance. Addition of other labor categories requires a modification of the contract and can be approved only by a contracting officer.

| Labor Category | Hourly Rate |
|---|---|
| Principal | $175 |

**Variation in Quantity**

The estimated quantities/amount on this contract reflect the government's current best estimate of the quantities/amount required for performance of the service on this contract. As judicial action obviates the need to increase/decrease workload, a modification will be issued to increase or decrease the level of effort.

HVJ Associates, Inc.
Geotechnical, Environmental, Materials & Pavement Engineers

6120 South Dairy Ashford Road
Houston, TX 77072
Ph. (281) 933-7388 Fax (281) 933-7293

Remit To:
HVJ Associates, Inc.
P.O. Box 41027
Houston, TX 77241-1027

# Invoice

| | |
|---|---|
| HVJ Invoice Number: | 3578 |
| Invoice Date: | December 28, 2004 |
| HVJ Fed. Tax ID: | 76-0146410 |
| HVJ Client ID: | CU0100 |
| TERMS: | Net 30 Days |

To: U.S. Army Corps of Engineers
Attention: Eric Russek/Lynette Mills
2000 Fort Point Road
Galveston, TX 77550

409-766-3007

**Project:** **04189GH0** **Lost Lake Claim Support**
**Court of Federal Claims**
**Renda vs. United States**
**Case No. 02-306C**

**Manager:** **Michael Hasen, PE**

Professional Services for the Period: 3/1/04 to 12/7/04

**Billing Group: 1** Cost Plus

## Professional Services

| | Reg Hours | Bill Rate | OT Hours | Bill Rate | Charge |
|---|---|---|---|---|---|
| Principal | 28.50 | 175.00 | | | 4,987.50 |
| Senior Engineer, P.E. | 1.50 | 125.00 | | | 187.50 |
| Staff Engineer, E.I.T. | 0.50 | 75.00 | | | 37.50 |
| Administrative Assistant | 2.00 | 45.00 | | | 90.00 |
| | Professional Services Totals | | | | **$5,302.50** |

## Reimbursables

| | Bill Units | Bill Rate | Charge |
|---|---|---|---|
| Delivery & Postage | 1.00 | 33.22 | 33.22 |
| | Reimbursables Totals | | $33.22 |

**Total Project Invoice Amount:** **$5,335.72**

Employee: [303] Fadi Faraj, EIT

| Sheet | Project | BillGrp | Phase | Dept | CstType | LabCode | StfType | Date | Reg Hrs | OT Hrs | Bill Hrs | Bill Opt? | Billed? | Approvals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15708 | 04189GH0 | 1 | 4 | 01-01 | Prof | 91 | 323 | 11/16/04 | 0.50 | 0.00 | 0.50 | Yes | No | Yes |
| | | | | | | | | 303 Total: | 0.50 | 0.00 | 0.50 | | | |

Employee: [357] Joyella ( Joy) Hackett

| Sheet | Project | BillGrp | Phase | Dept | CstType | LabCode | StfType | Date | Reg Hrs | OT Hrs | Bill Hrs | Bill Opt? | Billed? | Approvals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5747 | 04189GH0 | 1 | 4 | 00-09 | Prof | 91 | 403 | 11/16/04 | 1.00 | 0.00 | 1.00 | Yes | No | Yes |
| 5748 | 04189GH0 | 1 | 4 | 00-09 | Prof | 91 | 403 | 11/24/04 | 1.00 | 0.00 | 1.00 | Yes | No | Yes |
| | | | | | | | | 357 Total: | 2.00 | 0.00 | 2.00 | | | |

Employee: [51] Michael Hasen, PE

| Sheet | Project | BillGrp | Phase | Dept | CstType | LabCode | StfType | Date | Reg Hrs | OT Hrs | Bill Hrs | Bill Opt? | Billed? | Approvals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14051 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 3/4/04 | 2.00 | 0.00 | 2.00 | Yes | No | Yes |
| 14051 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 3/5/04 | 2.00 | 0.00 | 2.00 | Yes | No | Yes |
| 1087 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 3/11/04 | 4.00 | 0.00 | 4.00 | Yes | No | Yes |
| 1369 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 3/22/04 | 10.00 | 0.00 | 10.00 | Yes | No | Yes |
| 15415 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 9/27/04 | 2.00 | 0.00 | 2.00 | Yes | No | Yes |
| 15752 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 11/15/04 | 1.00 | 0.00 | 1.00 | Yes | No | Yes |
| 15752 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 11/16/04 | 1.50 | 0.00 | 1.50 | Yes | No | Yes |
| 5790 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 11/23/04 | 0.50 | 0.00 | 0.50 | Yes | No | Yes |
| 15816 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 11/29/04 | 0.50 | 0.00 | 0.50 | Yes | No | Yes |
| 15835 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 12/7/04 | 5.00 | 0.00 | 5.00 | Yes | No | Yes |
| | | | | | | | | 51 Total: | 28.50 | 0.00 | 28.50 | | | |

Employee: [59] Namondo (Didi) Ndando, PE

| Sheet | Project | BillGrp | Phase | Dept | CstType | LabCode | StfType | Date | Reg Hrs | OT Hrs | Bill Hrs | Bill Opt? | Billed? | Approvals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15711 | 04189GH0 | 1 | 4 | 01-01 | Prof | 91 | 302 | 11/17/04 | 1.00 | 0.00 | 1.00 | Yes | No | Yes |
| 5711 | 04189GH0 | 1 | 4 | 01-01 | Prof | 91 | 302 | 11/18/04 | 0.50 | 0.00 | 0.50 | Yes | No | Yes |
| | | | | | | | | 59 Total: | 1.50 | 0.00 | 1.50 | | | |

| | | | |
|---|---|---|---|
| Report Totals: | 32.50 | 0.00 | 32.50 |