(Project ID Equal To '04189GH0'?)

ployee: [303] Fadi Faraj, EIT

| Sheet | Project | BillGrp | Phase | Dept | CstType | LabCode | StfType | Date | Reg Hrs | OT Hrs | Bill Hrs | Bill Opt? | Billed? | Approvals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15708 | 04189GH0 | 1 | 4 | 01-01 | Prof | 91 | 323 | 11/16/04 | 0.50 | 0.00 | 0.50 | Yes | No | Yes |
| Comment: | Preparing Project Plan | | | | | | | | | Invoice? No | | | | |
| | | | | | | | | 303 Total: | 0.50 | 0.00 | 0.50 | | | |

Employee: [357] Joyelle ( Joy) Hackett

| Sheet | Project | BillGrp | Phase | Dept | CstType | LabCode | StfType | Date | Reg Hrs | OT Hrs | Bill Hrs | Bill Opt? | Billed? | Approvals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5747 | 04189GH0 | 1 | 4 | 00-09 | Prof | 91 | 403 | 11/16/04 | 1.00 | 0.00 | 1.00 | Yes | No | Yes |
| 15748 | 04189GH0 | 1 | 4 | 00-09 | Prof | 91 | 403 | 11/24/04 | 1.00 | 0.00 | 1.00 | Yes | No | Yes |
| | | | | | | | | 357 Total: | 2.00 | 0.00 | 2.00 | | | |

ployee: [51] Michael Hasen, PE

| Sheet | Project | BillGrp | Phase | Dept | CstType | LabCode | StfType | Date | Reg Hrs | OT Hrs | Bill Hrs | Bill Opt? | Billed? | Approvals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14051 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 3/4/04 | 2.00 | 0.00 | 2.00 | Yes | No | Yes |
| Comment: | Locate files | | | | | | | | | Invoice? No | | | | |
| 14051 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 3/5/04 | 2.00 | 0.00 | 2.00 | Yes | No | Yes |
| Comment: | Locate Files and Documents | | | | | | | | | Invoice? No | | | | |
| 4087 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 3/11/04 | 4.00 | 0.00 | 4.00 | Yes | No | Yes |
| Comment: | Meet with John Kosloske and George Strickler | | | | | | | | | Invoice? No | | | | |
| 15369 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 9/22/04 | 10.00 | [illegible] | 10.00 | Yes | No | Yes |
| Comment: | Conference with TEACE Galveston and USDOJ attorneys related to Penda case. | | | | | | | | | [illegible] | | | | |
| 5415 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 9/27/04 | 2.00 | [illegible] | 2.00 | Yes | No | Yes |
| Comment: | Review Files | | | | | | | | | Invoice? No | | | | |
| 15752 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 11/15/04 | 1.00 | [illegible] | 1.00 | Yes | No | Yes |
| 5752 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 11/16/04 | 1.50 | [illegible] | 1.50 | Yes | No | Yes |
| Comment: | Review Files | | | | | | | | | Invoice? No | | | | |
| 15730 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 11/23/04 | 0.50 | [illegible] | 0.50 | Yes | No | Yes |
| Comment: | Review Files | | | | | | | | | Invoice? No | | | | |
| 5616 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 11/29/04 | 0.50 | [illegible] | 0.50 | Yes | No | Yes |
| Comment: | Telephone conversation with George Strickler | | | | | | | | | Invoice? No | | | | |
| 15835 | 04189GH0 | 1 | 3 | 00-09 | Prof | 03 | 301 | 12/7/04 | 5.00 | [illegible] | 5.00 | Yes | No | Yes |
| Comment: | Meeting with George Strickler | | | | | | | | | Invoice? No | | | | |
| | | | | | | | | 51 Total: | 28.50 | [illegible] | 28.50 | | | |

nployee: [59] Namondo (Didi) Ndando, PE

| Sheet | Project | BillGrp | Phase | Dept | CstType | LabCode | StfType | Date | Reg Hrs | OT Hrs | Bill Hrs | Bill Opt? | Billed? | Approvals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15711 | 04189GH0 | 1 | 4 | 01-01 | Prof | 91 | 302 | 11/17/04 | 1.00 | 0.00 | 1.00 | Yes | No | Yes |
| 15711 | 04189GH0 | 1 | 4 | 01-01 | Prof | 91 | 302 | 11/19/04 | 0.50 | 0.00 | 0.50 | Yes | No | Yes |
| | | | | | | | | 59 Total: | 1.50 | 0.00 | 1.50 | | | |

| | | | |
|---|---|---|---|
| Report Totals: | 32.50 | 0.00 | 32.50 |

# 'e Ex Express Shipment Detail By Payor Type (Original)

**'icked up: Nov 19, 2004** **Payor: Shipper** **Reference: NO REFERENCE INFORMATION**

- ıel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
- Distance Based Pricing, Zone 6

| | | | |
|---|---|---|---|
| Tracking ID | 346337200645 | Sender | Recipient |
| Se ce Type | FedEx Standard Overnight | MIKE HASEN | GEORGE STRICKLER |
| Pa age Type | FedEx Pak | HVJ ASSOCIATES INC | CAPITAL PROJECT MANAGEMNET INC |
| Zone | 6 | 6120 S DAIRY ASHFORD ST | 1777 SENTRY PARKWAY WEST 100 |
| Packages | 1 | HOUSTON TX 77072-1010 US | BLUE BELL PA 19422 US |
| W ght | 3.0 lbs, 1.4 kgs | | |
| De ered | Nov 22, 2004 12:23 | | |
| Svc Area | A2 | | |
| Signed by | J.SMITH | | |
| Fe x Use | 324192310/0000013/_ | | |

| | | |
|---|---|---|
| Transportation Charge | | 29.25 |
| Discount | | -2.93 |
| Fuel Surcharge | | -2.90 |
| Courier Pickup Charge | | 4.00 |
| Total Charge | USD $ | 33.22 |

**Shipment Detail Subtotal** ........ **USD $ 33.22**

RECEIVED
NOV 3 - 2004
HVJ ASSOCIATES, INC

11

# APPENDIX C

## EXERPTS FROM SOIL MECHANICS IN ENGINEERING PRACTICE, THIRD EDITION

By: Karl Terzaghi, Ralph Peck, and Gholamreza Mesri

APP. C

# Soil Mechanics in Engineering Practice

Third Edition

*Karl Terzaghi*
Late Professor of the Practice of Civil Engineering
Harvard University
Lecturer and Research Consultant in Civil Engineering
University of Illinois

*Ralph B. Peck*
Professor of Foundation Engineering, Emeritus
University of Illinois

*Gholamreza Mesri*
Professor of Civil Engineering
University of Illinois

A Wiley-Interscience Publication
JOHN WILEY & SONS, INC.
New York • Chichester • Brisbane • Toronto • Singapore

This text is printed on acid-free paper.

Copyright © 1996 by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of this work beyond that permitted by Section 107 or 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permissions Department, John Wiley & Sons, Inc., 605 Third Avenue, New York, NY 10158-0012.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional services. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

*Library of Congress Cataloging in Publication Data:*

Terzaghi, Karl, 1883–1963.

Soil mechanics in engineering practice/Karl Terzaghi, Ralph B. Peck, Gholamreza Mesri.—3rd ed.

p. cm.

Includes index.

ISBN 0-471-08658-4

1. Soil mechanics. I. Peck, Ralph B. (Ralph Brazelton) II. Mesri, Gholamreza, 1940- III. Title.

TA710.T39 1995

624.1'5136—dc20 95-6616

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

is distributed along the pile. The results of a calculation for a given pile under particular soil conditions, driven by a specified hammer, may be expressed in the same form as those derived from the ordinary pile-driving formulas. That is, the ultimate static resistance may be plotted as a function of the resistance to penetration in blows per unit of penetration. A second quantity of significance, the maximum stress in the pile, may also be computed as a function of the resistance to penetration.

The results of wave analyses based on the model illustrated in Fig. 34.3 have proven to be of great practical value (Article 52), but the parameters expressing the stress-strain-time characteristics of the soil, such as elastoplastic spring stiffnesses and viscoelastic damping factors, are not readily related to the soil properties customarily used and understood in soil mechanics. Although the characteristics needed for wave analyses have been evaluated with considerable success by back analyses of pile-driving records and load tests, a procedure based on soil properties in more general use would be preferable. Efforts to this end are showing promise (Lee et al. 1988).

### Problems

1. A reinforced-concrete pile with a cross section 0.4 by 0.4 m was driven through a deposit of fine loose sand and soft clay 20 m thick and into a stratum of dense sand for a distance of 1 m. The water table was located near the ground surface. The loose sand and soft clay had a submerged unit weight of 7.2 kN/m$^3$, and the angle of internal friction of the dense sand was 35°. Compute the point resistance of the pile.

   *Ans.* 79 metric tons.

2. The pile referred to in the preceding problem was driven by means of a steam hammer having a weight $W_H = 3.56$ metric tons and a stroke $H = 60$ cm. The penetration of the pile under the last blow was $S = 1.4$ mm. According to the *Engineering News* formula, what is the ultimate bearing capacity of the pile?

   *Ans.* 542 metric tons.

3. The pile referred to in problem 1 was 21 m long. Its modulus of elasticity was 24 GPa. What is its ultimate capacity according to the Danish formula?

   *Ans.* 236 metric tons.

### Selected Reading

One of the classic papers of soil mechanics is Cummings, A. E. (1940). "Dynamic pile driving formulas." *J. Boston Soc. Civil Engrs.*, **27**, pp. 6–27. It is reprinted in *Contributions to Soil Mechanics 1925–1940*, Boston Soc. Civil Engrs. 1940, pp. 392–413.

## ARTICLE 35 STABILITY OF SLOPES

### 35.1 Introduction

The failure of a mass of soil located beneath a slope is called a *slide*. It involves a downward and outward movement of the entire mass of soil that participates in the failure.

Slides may occur in almost every conceivable manner, slowly or suddenly, and with or without any apparent provocation. Usually, slides are due to excavation or to undercutting the foot of an existing slope. However, in some instances, they are caused by a gradual disintegration of the structure of the soil, starting at hair cracks which subdivide the soil into angular fragments. In others, they are caused by an increase of the porewater pressure in a few exceptionally permeable layers, or by a shock that liquefies the soil beneath the slope (Article 47.4). Because of the extraordinary variety of factors and processes that may lead to slides, the conditions for the stability of slopes often defy theoretical analysis. Stability computations based on test results can be relied on only when the conditions specified in the different sections of this article are strictly satisfied. Various undetected discontinuities in the soil, such as systems of hair cracks, remnants of old surfaces of sliding, or thin seams of water-bearing sand may completely invalidate the results of the computations.

### 35.2 Slopes on Dry Cohesionless Sand

A slope underlain by clean dry sand is stable regardless of its height, provided that the angle $\beta$ between the slope and the horizontal is equal to or smaller than the angle of internal friction $\phi'$ for the sand in a loose state, i.e. $\phi'_{cv}$. The factor of safety of the slope with respect to sliding may be expressed by the equation.

$$F = \frac{\tan \phi'}{\tan \beta} \tag{35.1}$$

No slope on clean dry sand can exist with a slope angle greater than $\phi'$, irrespective of its height.

Because very few natural soils are perfectly cohesionless, the remainder of this article deals with slopes underlain by cohesive materials.

### 35.3 General Character of Slides in Homogeneous Cohesive Soil

A cohesive material having a shearing resistance corresponding to Eq. 26.2, 26.3, or 26.4 can stand with a vertical slope at least for a short time, provided the height of the slope is somewhat less than $H_c$ (Eq. 28.11). If the height of a slope is greater than $H_c$, the slope is not stable unless the slope angle $\beta$ is less than 90°. The greater the height of the slope, the smaller must be the angle $\beta$. If the height is very great compared with $H_c$, the slope will fail unless the slope angle $\beta$ is equal to or less than $\phi'$.




**Figure 35.1** Deformation associated with slope failure.

The failure of a slope in a cohesive material is usually preceded by the formation of tension cracks behind the upper edge of the slope, as shown in Fig. 35.1. The force that produces the tension cracks behind the edge of a vertical slope is represented by the triangle *ace* in Fig. 28.3*b*. Sooner or later, the opening of the cracks is followed by sliding along a curved surface, indicated by the full line in Fig. 35.1. Usually the radius of curvature of the surface of sliding is least at the upper end, greatest in the middle, and intermediate at the lower end. The curve, therefore, resembles the arc of an ellipse. If the failure occurs along a surface of sliding that intersects the slope at or above its toe (Fig. 35.2*a*), the slide is known as a *slope failure*. On the other hand, if the soil beneath the level of the toe of the slope is unable to sustain the weight of the overlying material, the failure occurs along a surface that passes at some distance below the toe of the slope. A failure of this type, shown in Fig. 35.2*b*, is known as a *base failure*.

In stability computations the curve representing the real surface of sliding is often replaced by an arc of a circle or of a logarithmic spiral.

### 35.4 Purpose of Stability Computations

In engineering practice, stability computations serve as a basis either for the redesign of slopes after a failure or for choosing slope angles in accordance with specified safety requirements in advance of construction.

Local failures on the slopes of cuts or fills are common during the construction period. They indicate that the average value of the shearing resistance of the soil has been overestimated. Because such failures constitute large-scale shear tests, they offer excellent opportunities for evaluating the real shearing resistance and for avoiding further accidents on the same job by changing the design in accordance with the findings. The general procedure is to determine the position of the surface of sliding by means of test borings, inclinometers, or shafts; to estimate the weights of the various parts of the sliding mass that tended to produce or to oppose the slide; and to compute the average shearing resistance $s$ of the soil necessary to satisfy the conditions for equilibrium of the mass.

To design a slope in a region where no slides have occurred, the average shearing resistance $s$ must be estimated or determined before construction. Methods for evaluating the shearing resistance are discussed in Articles 18, 19, and 20. After the value of $s$ has been determined, the slope angle can be chosen on the basis of theory in such a manner that the slope satisfies the specified safety requirements. It is obvious that this method can be used only if the soil conditions permit a fairly reliable determination of $s$ on the basis of the results of soil tests.

### 35.5 Computation of Shearing Resistance from Slide Data

The method for determining the average shearing resistance of soils on the basis of slide data is illustrated by Fig. 35.1. The depth $z_c$ of the tension cracks and the shape of the surface of sliding are ascertained by field measurements. The line of sliding is then replaced by the arc of a circle having a radius $r$ and its center at $O$. Equilibrium requires that

$$W_1 l_1 = W_2 l_2 + sr\,\widehat{d_1 e_2}$$

from which

$$s = \frac{W_1 l_1 - W_2 l_2}{r\,\widehat{d_1 e_2}}$$

where $W_1$ is the weight of the slice *akfe* which tends to produce failure, and $W_2$ is the weight of slice *kbd₁f* which tends to resist it.




**Figure 35.2** Position of critical circle for (*a*) slope failure (after W. Fellenius 1927); (*b*) base failure.

arrangement (Fig. 35.11). Inasmuch as the value of $F$ determined in this manner refers to only one trial surface, the calculations must be repeated for other surfaces until the minimum value of $F$ is found. Computer programs are available to expedite the calculations. However, to ensure that the results are reasonable and that no untenable assumption has been incorporated into the routine, a manual check by means of the foregoing procedure is advisable.

For most practical problems involving a noncircular surface of sliding, the assumption that $\Delta T_n$ is equal to zero leads to sufficiently accurate results. If the cross-section of the surface of sliding departs significantly from a circular shape, the use of Eq. 35.29 with $\Delta T_n = 0$ is preferable to the assumption of a circular cross-section and the use of Eq. 35.22. However, if greater refinement is justified, values of $\Delta T_n$ may be inserted in Eq. 35.29 and the factor of safety recalculated. The calculations are laborious and hardly practicable without a computer.

Because the interslice forces $T$ and $E$ depend on the deformation and the stress-deformation characteristics of the sliding mass, they cannot be evaluated by limit-equilibrium procedures, but values must be assigned to them arbitrarily. Any set of values $T_n$ satisfying Eqs. 35.30 and 35.36 will ensure compliance with all conditions for equilibrium of the slide as a whole and for the horizontal and vertical equilibrium of each slice. However, not all such sets of values are reasonable or possible. For example, the values of $T_n$ must not exceed the shearing strength of the soil along the vertical boundary of the corresponding slice under the influence of the normal force $E_n$. Moreover, tensile stresses should not occur across a significant portion of any vertical boundary between slices. These requirements form one basis for judging the reasonableness of a computer solution.

If the subsoil contains one or more thin exceptionally weak strata, the surface of sliding is likely to consist of three or more sections that do not merge smoothly one into another. In stability computations such a surface cannot be replaced by a continuous curve without the introduction of an error on the unsafe side.

Figure 35.12 represents a slope underlain by a thin layer of very soft clay with undrained shear strength $s_u$. If such a slope fails, the slip occurs along some composite surface *abcd*. In the right-hand part of the sliding mass, represented by the area *abf*, active failure must be expected because the earth stretches horizontally under the influence of its own weight. The central part *bcef* moves to the left under the influence of the active pressure on *bf*. The left-hand part of the sliding mass *cde* experi-

| Col. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Slice | $b$ | $a$ | $x$ | $f$ | $\alpha$ | $\tan \alpha$ | $c$ | $\tan \phi'$ | $cb$ | $ub$ | $W_e$ | $W_b$ | $\Delta T_n$ | $W_e + W_b + \Delta T_n$ | $(14) - \hat{u}b$ | $(15) \tan \phi'$ | $(9) + (16)$ |
| 1 | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |
| : | | | | | | | | | | | | | | | | | |
| n | | | | | | | | | | | | | | | | | |

| Col. | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Slice | $(17) \cdot a$ | $W_e + W_b$ | $(19) \cdot x$ | $\hat{u}b \tan \phi'$ | $(21) - cb$ | $(22) \tan \alpha$ | $F_1$ | $\frac{(23)}{F_1}$ | $(14) + (25)$ | $(26) \cdot f$ | $m_\alpha$ | $\frac{(18)}{m_\alpha}$ | $\frac{(27)}{m_\alpha}$ |
| 1 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | |
| : | | | | | | | | | | | | | |
| n | | | | | | | | | | | | | |

$\Sigma(20) =$

$\Sigma(29) =$

$\Sigma(30) =$

$$F_2 = \frac{\Sigma(29)}{\Sigma(20) - \Sigma(30)}$$

Repeat steps 24 to 30 incl.

Figure 35.11 Tabular form for calculating factor of safety of slope by method of slices, if surface of sliding is not circular.

Case 1:02-cv-00306-ECH Document 141-28 Filed 02/04/2005 Page 9 of 10




**Figure 35.12** Failure of slope underlain by thin layer of very soft clay.

ences passive failure due to the thrust of the advancing central part *bcef*.

The first step in investigating the conditions for the stability of the slope is to compute the passive earth pressure $P_P$ of the soil located on the left side of a tentatively selected vertical section *ec* located near the toe of the slope. It is conservative to assume that $P_P$ acts in the horizontal direction. The next step is to estimate the position of the right-hand boundary *b* of the horizontal part *cb* of the potential surface of sliding and to compute the active earth pressure $P_A$ on a vertical section *fb* through *b*. The tendency for the mass *bcef* to move to the left is resisted by the passive earth pressure $P_P$ and the total undrained shear strength *C* along *bc*. If the slope is stable, the sum of these resisting forces must be greater than the active earth pressure $P_A$, which is assumed to act in a horizontal direction. The factor of safety against sliding is equal to the ratio between the sum of the resisting forces and the force $P_A$. The investigation must be repeated for different positions of the points *c* and *b* until the surface of least resistance to sliding is found that corresponds to the least factor of safety.

### Problems

**1.** A wide cut was made in a stratum of soft clay that had a level surface. The sides of the cut rose at 30° to the horizontal. Bedrock was located at a depth of 12 m below the original ground surface. When the cut reached a depth of 7.5 m, failure occurred. If the unit weight of the clay was 19.2 kN/m$^3$, what was its mobilized undrained shear strength? What was the character of the surface of sliding? At what distance from the foot of the slope did the surface of sliding intersect the bottom of the excavation?

*Ans.* 24 kPa; midpoint circle; 5.25 m.

**2.** The rock surface referred to in problem 1 was located at a depth of 9 m below the original ground surface. What were the mobilized undrained shear strength of the clay and the character of the surface of sliding?

*Ans.* 22 kPa; toe circle.

**3.** A cut is to be excavated in soft clay to a depth of 9 m. The material has a unit weight of 18.3 kN/m$^3$ and a $s_u$ (UC) of 34 kPa. A hard layer underlies the soft layer at a depth of 12 m below the original ground surface. What is the slope angle at which failure is likely to occur?

*Ans.* $\beta = 69°$.

**4.** A trench with sides rising at 80° to the horizontal is excavated in a soft clay which weighs 19.2 kN/m$^3$ and has an undrained shear strength of 12 kPa. To what depth can the excavation be carried before the sides cave in? At what distance from the upper edge of the slope will the surface of sliding intersect the ground surface?

*Ans.* 2.75 m; 2.46 m.

**5.** A bed of clay consists of three horizontal strata, each 4.5 m thick. The values for $s_u$ for the upper, middle, and lower strata are, respectively, 30, 20, and 140 kPa. The unit weight is 18.4 kN/m$^3$. A cut is excavated with side slopes of 1 (vertical) to 3 (horizontal) to a depth of 6 m. What is the factor of safety of the slope against failure?

*Ans.* 1.3.

**6.** To what depth can the trench in problem 4 be excavated without bracing if the soil is located above water table, and has a cohesion intercept *c* of 12 kPa and an angle of internal friction of 20°?

*Ans.* 4.25 m.

**7.** To what depth can a permanent trench in problem 4 be excavated without bracing if the clay bed is completely submerged and the effective cohesion intercept $c'$ is 4 kPa and the angle of internal friction is 20°?

*Ans.* 2.96 m.

### Selected Reading

An excellent overview of the methods of stability analysis and the assumptions on which they are based is given by D. Nash, "A Comparative Review of Limit Equilibrium, Methods of Stability Analysis," Chap. 2 "Slope Stability," Anderson, M. G. and K. S. Richards, Eds., Wiley, 1987. A similar comparison is found in Fredlund, D. G. and J. Krahn, "Comparison of Slope Stability Methods of Analysis," *Can. Geot. J.*, (1977), **14**, 429–439.

Lafleur, J. and G. Lefebvre (1980). "Groundwater regime associated with slope stability in Champlain clay deposits." *Can. Geotech. J., 17*, No. 1, pp. 44–53.

Charles, J.A. and M.M. Soares (1984). "The stability of slopes in soils with nonlinear envelopes." *Can. Geotech. J., 21*, No. 3, pp. 397–406.

## ARTICLE 36 STABILITY OF EARTH DAMS

### 36.1 Critical States for Design

The factor of safety of an earth dam with respect to a slope or foundation failure depends to a large extent on the porewater pressures. In a dam of given cross-section on a given foundation, the intensity and distribution of the porewater pressures vary with time between wide limits. For purposes of design it is convenient to distinguish among the porewater pressure conditions corresponding to three stages: during construction, and especially immediately after construction has been completed; after the reservoir has been full long enough to

Holland, where hand labor was cheap, levees were carefully compacted and built with steep slopes. At the same time, in the Mississippi Valley no efforts were made to compact levees, because uncompacted levees with gentle slopes were commonly cheaper than carefully compacted ones with much smaller cross-sections (Buchanan 1938). In Europe and Asia many levees of clay were constructed with side slopes of 2:1, whereas clay levees along the Mississippi River were generally given an inner slope of 3:1 and an outer slope of 6:1. Both types of construction grew out of a process of trial and error, and both served their purpose equally well under the conditions that prevailed in the regions where they originated.

Even in the United States, however, steep slopes were justified economically in areas of high land and property values. Whereas levees along the lower Mississippi River were being constructed with flat slopes, the slopes in the industrialized Ohio River valley were much steeper. This trend became more pronounced as time went on and led to increased use of theoretical methods in the design of levees even in regions where levee systems already existed. On the other hand, where economic factors have not changed significantly, soil mechanics can still be used to advantage only for correlating construction and maintenance experience with the index properties of the soils that serve as the construction materials. The information obtained in this manner leads to the elimination of guesswork in classifying the soils encountered in new borrow-pit areas.

The use of theoretical methods in the design of levees on stable subsoil can be justified in a region where few levees have been built previously. Under such circumstances the method of trial and error is too slow and expensive, and there is no experience based on existing levee systems to be used as a guide. The designer is then compelled to use the methods practiced in connection with the design of earth dams (Chapter 11).

### 48.5 Types of Base Failure

Whenever possible, embankments and earth dams are constructed on firm, relatively incompressible subsoils. However, in many regions railway or highway embankments must be built on broad swampy flats or buried valleys filled with soft silt or clay. Levees must be constructed near the flood channels, irrespective of subsoil conditions. Even earth dams must occasionally be located at sites underlain by undesirable materials. In all these instances the design of the embankment must be adapted not only to the character of the available fill material, but also to the subsoil conditions.

Base failures may occur in several different ways. The fill may sink bodily into the supporting soil. Such an accident is referred to as *failure by sinking* or *breaking into the ground*. On the other hand, the fill together with the layer of soil on which it rests may spread on an underlying stratum of exceptionally soft clay or on partings of sand or silt containing water under pressure (Article 47 and Fig. 47.11*b*). This is known as *failure by spreading*. If the embankment retains a body of water, it may also fail by *piping*, as a consequence of backward erosion from springs that emerge from the ground near the toe of the fill. Finally, during major earthquakes, base failures may occur beneath fills located above strata of very loose sand because of liquefaction. The likelihood of liquefaction beneath fills of moderate height can be reduced considerably by compacting the sand by one of the methods described in Article 44. Failure by piping is discussed independently in Article 58. Hence, the present article deals only with base failures by sinking or spreading.

### 48.6 Methods for Investigating Stability

The design of a fill to be constructed above clay strata should always be preceded by a thorough soil exploration. The results of the exploration inform the designer about the soil profile and the physical properties of the subsoil. The next step is to compute the factor of safety of the fill with respect to a failure of its base (Article 35). Under normal conditions, the foundation conditions are not considered satisfactory unless the factor of safety with respect to a base failure during or immediately after construction is at least 1.5.

The conditions for the stability of the base of fills and the methods for preventing base failures are discussed in the following sequence: fills on very soft or marshy ground, fills on thick strata of fairly homogeneous soft clay, fills on stratified ground containing fairly homogeneous layers of soft clay, and fills on clay containing sand or silt partings. Subsoil conditions of the first two types are likely to be associated with failures by sinking, and those of the last two types with failures by spreading.

### 48.7 Fills on Very Soft Organic Silt or Clay

Natural deposits of this type are common in regions formerly occupied by shallow lakes or lagoons. The fringes of such shallow deposits are likely to support growths of peat moss or other types of marsh vegetation. The silt or clay brought into the lakes in suspension intermingles with the decayed organic constituents washed in from the fringes. Hence, the fine-grained sediments in such bodies of water are likely to have high organic content. The natural void ratio of the sediments is often greater than 2. The deposits may contain layers of peat or be buried beneath a bed of peat.

If the surface of such a deposit has never before carried an overburden, the subsoil may be unable to sustain the weight of a fill more than a meter or so in height. In many regions soft marshy ground is covered with a mat up to a meter thick that is stiffer than the deeper layers and is effectively reinforced by a dense network of roots.