The mat acts like a raft and may be able to carry, at least temporarily, the weight of a fill several meters high. However, fills on such foundations may continue to settle excessively for many years or decades, and maintenance records show that they may even suddenly break through the mat long after construction. Under these circumstances the engineer may choose between two alternatives: to remove or displace the soft material or to apply the fill at such a rate that the soft soil does not fail but gains sufficient strength by consolidation to support the fill at its final height with acceptable settlement. The latter alternative may require surcharging with or without the use of vertical drains. These procedures are discussed in Article 44.3.6. The following paragraphs deal with excavation or displacement.

The choice of procedures should be preceded by the preparation of a contour map of the firm bottom. If the soft deposits are not more than about 2 m thick, it may be most economical to excavate them. Otherwise the sinking fill may be used to displace them. This procedure is known as the *displacement method.* Although in connection with railway and highway fills it has been widely practiced, surcharging with or without geotextile reinforcement is becoming more prevalent because of the better control that can be exercised.

To accelerate the penetration of the fill material and to shorten the subsequent period of settlement when the displacement method is used, the fill may be built up to a height of 5 or 6 m above final grade, and the excess material removed later. As an alternative the penetration of the fill material may be facilitated by blasting the soft subsoil. If the position of the bottom of the soft stratum is known, the quantity of material required for constructing the fill can be estimated fairly accurately in advance of construction.

The conditions for the equilibrium of a fill with its base established by displacement are illustrated by Fig. 48.1. The contact face *ab* is acted on by the active earth pressure exerted by the fill material. The displacement of *ab* toward the left is resisted by the sum of the liquid pressure of the soft material and the force required to overcome its shearing strength. If the penetration of the fill is aided by a temporary surcharge or by blasting, the force that produces the corresponding displacement is very much greater than the force that acts on *ab* after construction. Furthermore, after the fill is completed, the soft material regains a part of the strength lost during the process of displacement. Therefore, if the fill has a cross-section similar to that shown in Fig. 48.1, the progressive settlement of its crest is likely to become inconsequential shortly after construction.

An outstanding example of the successful application of the displacement method is the Kiel canal, built during the years 1887–1895. For a distance of about 20 km the canal had to be established on a layer of peat and very soft organic clay with a thickness up to 10 m. In some sections the soil was too soft to walk on. The method of building the canal in these sections is illustrated by Fig. 48.2. On the inner side of the center line of each of the future dikes, sand fills were constructed as indicated by the dash line. These fills displaced the soft material over a broad belt almost down to firm ground. They served as a base for the dikes and formed the uppermost part of the slopes of the finished canal. To reduce the danger of slides during construction, excavation was not started until 6 months after the fill was placed. Nevertheless, slides did occur at a few points.

### 48.8 Fills on Soft Homogeneous Clay

In the following discussion, it is assumed that the surface of the clay is very close to the base of the fill, that the thickness of the clay stratum is at least half as great as the base width of the fill, and that the stratum is fairly homogeneous. It is also assumed that negligible consolidation of the clay will occur during filling so that the strength will correspond to undrained conditions (Article 20).

The failure of a fill on such a base has the general character of a base failure along a midpoint circle (Article 35). However, the uppermost part of the surface of sliding is located within the artificial fill, and the shearing resistance per unit of area along this part is different from that along the lower part. The first step in making a stability computation is to ascertain the average undrained shearing resistance $s_u$ along the lower part on the basis of a strength survey of the clay stratum. The second step is to determine the average shearing resistance $s_f$ along the part of the surface of sliding located within the fill. In the stability analysis the real fill is replaced by a clay




**Figure 48.1** Diagram showing forces that act on soil adjacent to buried part of a fill constructed by the displacement method.




**Figure 48.2** Typical cross-section of Kiel Canal (after Fülscher 1898).

MICHAEL HASEN 1/28/05

USDOJ RENBA

MATERIALS AVAILABLE FOR DREDGING

BASED ON:

PAGE 02482-9 (RM-COE 04014) EST. DREDGE QUANTITIES FROM CONTRACT

FEB. 98 HVJ DESIGN REPORT PLATES 8 & 9

SINCE THE STATIONING BREAKS IN THE TABLE ON PAGE 02482-9 VARY FROM THOSE ON PLATE 8 OF THE DESIGN REPORT I WILL TREAT COMBINED SECTIONS FOR THE PURPOSE OF THIS ANALYSIS. CONSIDER THE FOLLOWING

| SECTIONS | STA | LENGTH, FT | PRESCRIBED DEPTH | VOL, YD$^3$ TOTAL |
|---|---|---|---|---|
| 1 & 2 | 470+00 - 510+00 | 4000 | 613,400 | 678,000 |
| 3,4,5 | 510+00 - 540+00 | 3000 | 1,248,500 | 1,325,900 |
| 6 & 7 | 540+00 - 612+00 | 7200 | 700,100 | 819,000 |
| 8 | 612+00 - 650+00 | 3800 | 300,300 | 359,300 |
| 9 | 658+00 - 684+06 | 2606 | 243,200 | 301,500 |
| | | TOTAL | 3,105,500✓ | 3,483,700✓ |

SECTION 1 & 2 MTRL DISTRIBUTION (BASED ON PLATE 8)

| STA | LENGTH | NON-BALL | BALL I | BALL II | SAND |
|---|---|---|---|---|---|
| 470+00 - 480+00 | 1,000 | 46.9% | 31.3% | 21.7% | 0.0% |
| 480+00 - 500+00 | 2,000 | 15.1% | 36.0% | 18.8% | 30.1% |
| 500+00 - 510+00 | 1,000 | 18.1% | 30.8% | 51.0% | 0.0% |
| SUM % × LENGTH | | 95200 | 134100 | 110,300 | 60,200 |
| DIVIDE BY SUM LENGTH | | 23.8% | 33.5% | 27.6% | 15.1% |
| ADJUSTED MTRL DIST. | | 23.8% | 33.5% | 27.6% | 15.1% |

SECTION 3, 4, 5 MTRL DISTRIBUTION

| STA | LENGTH | NON BALL | BALL 1 | BALL 2 | SAND |
|---|---|---|---|---|---|
| 510+00 - 520+00 | 1000 | 18.1% | 30.8% | 51.0% | 0.0% |
| 520+00 - 530+00 | 1000 | 77.6% | 13.5% | 4.1% | 4.7% |
| 530+00 - 540+00 | 1000 | 51.6% | 11.2% | 18.3% | 18.8% |
| SUM % X LENGTH | | 147300 | 55500 | 73400 | 23500 |
| DIVIDE BY SUM LENGTH | | 49.1% | 18.5% | 24.5% | 7.8% |
| ADJUSTED MTRL DIST. | | 49.2% ~~49.1%~~ | 18.5% | 24.5% | 7.8% ~~7.9%~~ = 100.0% |

SECTION 6+7 MTRL DISTRIBUTION

| STA | LENGTH | NON BALL | BALL 1 | BALL 2 | SAND |
|---|---|---|---|---|---|
| 540+00 - 560+00 | 2000 | 54.0% | 42.3% | 3.6% | 0.0% |
| 560+00 - 580+00 | 2000 | 68.9% | 31.1% | 0.0% | 0.0% |
| 580+00 - 600+00 | 2000 | 63.8% | 36.2% | 0.0% | 0.0% |
| 600+00 - 612+00 | 1200 | 43.7% | 56.3% | 0.0% | 0.0% |
| SUM % X LENGTH | | 425,840 | 286,760 | 7200 | 0.0% |
| DIVIDE BY SUM LENGTH | | 59.1% | 39.8% | 1.0% | 0.0% |
| ADJUSTED MTRL DIST | | 59.2% | 39.8% | 1.0% | 0.0% = 100.0% |

SECTION 8 ~~TF~~ MTRL DISTRIBUTION

| STA | LENGTH | NON BALL | BALL 1 | BALL 2 | SAND |
|---|---|---|---|---|---|
| 612+00 - 620+00 | 800 | 43.7% | 56.3% | 0.0% | 0.0% |
| 620+00 - 630+00 | 1000 | 49.5% | 45.3% | 0.0% | 5.3% |
| 630+00 ~~640+00~~ - 641+10 ~~650+00~~ ~~660+00~~ | 1000 | 77.6% | 22.4% | 0.0% | 0.0% |
| 641+10 - 651+00 | 1000 | 61.1% | 30.3% | 3.6% | 5.0% |
| SUM % X LENGTH | | 223,160 | 143,040 | 3600 | 10300 |
| DIVIDE BY SUM LENGTH | | 58.7% | 37.6% | 0.9% | 2.7% |
| ADJUSTED MTRL DIST | | 58.8% | 37.6% | 0.9% | 2.7% = 100.0% |

3/5

SECTION 9 MTRL DISTRIBUTION

| STA | LENGTH | NON-BALL | BALL 1 | BALL 2 | SAND |
|---|---|---|---|---|---|
| 658+00 – 660+00 | 200 | 61.1% | 30.3% | 3.6% | 5.0% |
| 660+00 – 684+06.85 | 2406.85 | 12.0% | 8.5% | 23.8% | 55.7% |
| SUM % × LENGTH | | 41102.2 | 26518.2 | 58003.0 | 135661.5 |
| DIVIDE BY LENGTH | | 15.8% | 10.2% | 22.3% | 51.8% |
| ADJUSTED MTRL DIST | | 15.8% | 10.2% | 22.3% | 51.7% = 100.0 |

MATERIAL DISTRIBUTION SUMMARY

| SECTION | STA | TOTAL EST. YD³ | NON-BALL | BALL 1 | BALL 2 | SAND |
|---|---|---|---|---|---|---|
| 1+2 | 470+000-510+000 | 678,000 | 23.8% | 33.5% | 27.6% | 15.1% |
| 3,4,5 | 510+00 – 540+00 | 1,325,900 | 49.2% | 18.5% | 24.5% | 7.8% |
| 6+7 | 540+00 – 612+00 | 819,000 | 59.2% | 39.8% | 1.0% | 0.0% |
| 8 | 612+00-650+00 | 359,300 | 58.8% | 37.6% | 0.9% | 2.7% |
| 9 | 658+00 -684+06.85 | 301,500 | 15.8% | 10.2% | 22.3% | 51.7% |

LEVEE BUILDING MATERIAL ESTIMATE - PER FEB 1992 DESIGN REPORT

OVERDREDGE ALLOWANCE = 15%

- ACCOUNTS FOR TYPICAL AMOUNT OF DREDGING OUTSIDE TEMPLATE DONE FOR CONTRACTORS CONVENIENCE

RETENTION

CLAY BALL I - 0.677

CLAY BALL II - 0.9

SAND - 1.0

- ACCOUNTS FOR DEGRADATION OF MATERIAL DURING DREDGING AND TRANSPORT

BALL 1 MATERIAL

| SECTION | TOTAL EST, YD³ | W/OVERDREDGE, YD³ | BALL 1 % | RET. FACTOR | LEVEE MAT'L, YD³ |
|---|---|---|---|---|---|
| 1&2 | 678,000 | 779,700 | 33.5% | 0.677 | 176,832 |
| 3,4,5 | 1,325,900 | 1,527,785 | 18.5% | 0.677 | 190,972 |
| 6&7 | 819,000 | 941,850 | 39.8% | 0.677 | 253,778 |
| 8 | 359,300 | 413,195 | 37.6% | 0.677 | 105,180 |
| 9 | 301,500 | 346,725 | 10.2% | 0.677 | 23,943 |
| | | | | | 750,705 |

BALL 2 MATERIAL

| SECTION | TOTAL EST, YD³ | W/OVERDREDGE | BALL 2 % | RET. FACTOR | LEVEE MATERIAL, YD³ |
|---|---|---|---|---|---|
| 1&2 | 678,000 | 779,700 | 27.6% | 0.9 | 193,677 |
| 3,4,5 | 1,325,900 | 1,527,785 | 24.5% | 0.9 | 336,877 |
| 6&7 | 819,000 | 941,850 | 1.0% | 0.9 | 8,477 |
| 8 | 359,300 | 413,195 | 0.9% | 0.9 | 3,347 |
| 9 | 301,500 | 346,725 | 22.3% | 0.9 | 69,588 |
| | | | | | 611,966 |

SAND MATERIAL

| SECTION | TOTAL EST, YD³ | W/OVERDREDGE | SAND, % | RET. FACTOR | LEVEE MATERIAL, YD³ |
|---|---|---|---|---|---|
| 1&2 | 678,000 | 779,700 | 15.1% | 1.0 | 117,735 |
| 3,4,5 | 1,325,900 | 1,527,785 | 7.8% | 1.0 | 119,167 |
| 6&7 | 819,000 | 941,850 | 0.0% | 1.0 | — |
| 8 | 359,300 | 413,195 | 2.7% | 1.0 | 11,156 |
| 9 | 301,500 | 346,725 | 51.7% | 1.0 | 179,257 |
| | | | | | 427,315 |

LEVEE BUILDING MATERIAL SUMMARY

| | | LEVEE BUILDING MATERIAL, YD³ | | | |
|---|---|---|---|---|---|
| SECTION | STATION | BALL 1 | BALL 2 | SAND | TOTAL |
| 1+2 | 470+00–510+00 | 176,832 | 193,677 | 117,735 | 488,244 |
| 3,4,5 | 510+00-540+00 | 190,972 | 336,877 | 119,167 | 647,016 |
| 6+7 | 540+00 – 612+00 | 253,778 | 8,477 | – | 262,255 |
| 8 | 612+00 -650+00 | 105,180 | 3,347 | 11,156 | 119,683 |
| 9 | 658+00 - 684+06.85 | 23,943 | 69,588 | 179,257 | 272,788 |
| | | 750,705 | 611,966 | 427,315 | 1,789,986 |

| Section No. | From Station | To Station | Length of Section (Feet) | (1) Prescribed Depth (CY) | Allowable Overdepth (CY) | Total Estimated (CY) |
|---|---|---|---|---|---|---|
| 1 | 470+00 | 484+00 | 1,400.00 | 219,000 | 22,600 | 241,600 |
| 2 | 484+00 | 510+00 | 2,600.00 | 394,400 | 42,000 | 436,400 |
| 3 | 510+00 | 524+00 | 1,400.00 | 361,700 | 26,600 | 388,300 |
| 4 | 524+00 | 532+00 | 800.00 | 432,300 | 25,200 | 457,500 |
| 5 | 532+00 | 540+00 | 800.00 | 454,500 | 25,600 | 480,100 |
| 6 | 540+00 | 554+00 | 1,400.00 | 379,500 | 34,700 | 414,200 |
| 7 | 554+00 | 612+00 | 5,800.00 | 320,600 | 84,200 | 404,800 |
| 8 | 612+00 | 650+00 | 3,800.00 | 300,300 | 59,000 | 359,300 |
| 9 | 658+00 | 684+06.85 | 2,606.85 | 243,200 | 58,300 | 301,500 |
| | | Cumulative Total: | | 3,105,500 | 378,200 | 3,483,700 |

(1) The term "prescribed depth" is synonymous with the term "required depth" and "required dredging prism" used elsewhere in these specifications.

**3.4 PLACEMENT OF EXCAVATED MATERIAL.**

3.4.1 General. The Contractor shall inspect the proposed Placement Area to ensure that using the areas for placement operations will not place the Contractor in violation of the applicable Federal, State, or local statutes concerning fish and wildlife. Particular statutes which the Contractor shall consider include, but are not limited to, are the Federal Migratory Bird Treaty Act and the Endangered Species Act of 1973.

3.4.2 Placement Area. The material excavated shall be transported and deposited in the Placement Area shown and as specified in the SECTION entitled RETAINING LEVEES.

3.4.2.1 Material Not Used For Hydraulically Constructed Levees. Care shall be taken to control the flow of dredge discharge from the discharge point away from the levee. Drainage shall be provided and no ponds allowed to form between the discharge mounds and the levee. A minimum freeboard of 2 feet shall be maintained throughout the dredging operations.

MICHAEL HASEN JAN. 30, 2005

LOST LAKE STAGED LEVEE CONSTRUCTION
FEASIBILITY EVALUATION

THE PURPOSE OF THIS ANALYSIS IS TO DETERMINE IF A STAGED APPROACH TO LEVEE CONSTRUCTION IS POSSIBLE, PRIMARILY FROM A SCHEDULE PERSPECTIVE. THE MAIN CONTROLLING FACTOR FOR THIS IS THE LENGTH OF TIME REQUIRED FOR CONSOLIDATION TO OCCUR AFTER COMPLETION OF ~~A~~ FILLING STAGE.

BASED ON TERZAGHI, PECK, & MESRI (1996) SOIL MECHANICS IN ENGINEERING PRACTICE, THIRD EDITION SECTION ~~25.5~~ 25.5, PAGE 231ff

$$T_v = \frac{c_h t}{r_e^2} \qquad \text{(Eqn. 25.15)}$$

WHERE $T_r$ = Time Factor (see Fig. 25.14)
$c_h$ = horizontal coefficient of consolidation
$t$ = time
$r_e^2$ = drainage radius = ½(1.05 Drain Spacing) (see Fig 25.12)

FOR THIS STUDY WE ARE INTERESTED IN THE TIME $t$ REQUIRED FOR SUBSTANTIAL COMPLETION OF CONSOLIDATION DUE TO A FILLING STAGE. IN FIG 25.14 $T_r$ IS SHOWN AS A FUNCTION OF DEGREE OF CONSOLIDATION (DOC) WHERE DOC IS THE PERCENTAGE COMPLETION.

IF WE TAKE A DOC OF 95% AS EQUIVALENT TO SUBSTANTIAL COMPLETION OF CONSOLIDATION READING FROM FIG. 25.14 (c) FOR S=4:

$$\text{FOR DOC} = 95\% \rightarrow T_r = 6.5$$

TO ESTIMATE TIME WE NEED A VALUE FOR $C_h$. WE HAVE TEST DATA FROM BORING LL-11 FOR $C_v$ SHOWING A VALUE OF ABOUT 0.9 $IN^2$/DAY. ALTHOUGH $C_h$ IS OFTEN GREATER THAN $C_v$ WE WILL USE THE MEASURED $C_v$ FOR THIS EVALUATION.

THE FINAL NUMBER WE NEED IS DRAINAGE RADIUS, WHICH USUALLY VARIES FROM ABOUT 3 FT TO 8 FT. USING THESE FIGURES:

~~t = 6.5~~ $t = \dfrac{T_r \, r_e^2}{C_h}$

$$t = \frac{6.5\,(3)^2}{.00625} \qquad C_h = 0.9\,\frac{in^2}{day} \times \frac{1\,ft^2}{144\,in^2} = .00625\,\frac{ft^2}{day}$$

$$t = 9360 \text{ days} \approx 25 \text{ years}$$

SINCE THE CONSTRUCTION SCHEDULE IS SUBSTANTIALLY LESS THAN THE TIME TO COMPLETE CONSOLIDATION, EVEN WITH WICK DRAINS, STAGED CONSTRUCTION IS NOT FEASIBLE.

HVJ ASSOCIATES, INC.
CONSOLIDATION TEST RESULTS

| | | | |
|---|---|---|---|
| Project Name: | DAMP LOST LAKE | Boring No. | LL-11 |
| Project No. | 95-175G-01 | Sample No. | 13 |
| Date Tested: | 9-25-96 | Sample Depth | 14 |
| Technician: | WWT | Date Calculated: | 10-8-96 |

| Sample Data | Initial | Final | Test Data | Initial | Final |
|---|---|---|---|---|---|
| Sample Height (in) | 0.780 | 0.537 | Wet + Ring (g) | 637.700 | 621.700 |
| Diameter (in) | 2.500 | 2.500 | Dry + Ring (g) | 594.900 | 594.900 |
| Volume (cc) | 62.743 | 43.212 | Ring Wt. (g) | 545.400 | 545.400 |
| Height of Solids (in) | 0.224 | 0.224 | **Moisture Data (Trimmings)** | | **LL** |
| Specific Gravity | 2.750 | 2.750 | Wet + Tare (g) | 114.210 | |
| Moisture Content (%) | 86.465 | 54.141 | Dry + Tare (g) | 84.990 | **PI** |
| Wet Density (pcf) | 91.795 | 110.180 | Tare (g) | 36.160 | |
| Dry Density (pcf) | 49.229 | 71.480 | Moisture Content (%) | 59.840 | |
| Void Ratio | 2.486 | 1.401 | **Sample Description** | | |
| Percent Saturation | 95.657 | 106.298 | | | |

| Applied Press. (tsf) | Calibr. Rdg. (in.) | Def. Rdg. (in.) | Corr. Cum Reading (in.) | Strain (%) | Void Ratio Change | Void Ratio | $t_{50}$ (min.) | $C_v$ (in$^2$/day) |
|---|---|---|---|---|---|---|---|---|
| 0.000 | 0.0000 | 0.0000 | | | | | | |
| 0.073 | 0.0011 | 0.0267 | 0.0256 | 3.28 | 0.114 | 2.371 | 20.00 | 2.02 |
| 0.145 | 0.0020 | 0.0480 | 0.0460 | 5.90 | 0.206 | 2.280 | 40.00 | 0.95 |
| 0.291 | 0.0028 | 0.0894 | 0.0866 | 11.10 | 0.387 | 2.099 | 40.00 | 0.85 |
| 0.582 | 0.0044 | 0.1357 | 0.1313 | 16.83 | 0.587 | 1.899 | 34.00 | 0.88 |
| 1.164 | 0.0070 | 0.1942 | 0.1872 | 24.00 | 0.837 | 1.649 | 27.00 | 0.92 |
| 2.329 | 0.0094 | 0.2522 | 0.2428 | 31.13 | 1.085 | 1.401 | 30.00 | 0.68 |
| 0.582 | 0.0082 | 0.2359 | 0.2277 | 29.19 | 1.018 | 1.468 | 16.00 | 1.35 |
| 0.145 | 0.0068 | 0.2136 | 0.2068 | 26.51 | 0.924 | 1.562 | 70.00 | 0.33 |

**HVJ ASSOCIATES, INC.**
**CONSOLIDATION TEST RESULTS**

| | | | |
|---|---|---|---|
| Project Name: | DAMP LOST LAKE | Boring No. | LL-11 |
| Project No. | 95-175G-01 | Sample No. | 13 |
| | | Sample Depth | 14 |

e - Log(p) Curve




Cv - Log(p) Curve

