# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: February 7, 2005)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

To assist the court in its preparation for the pretrial conference and its consideration of the pending motions, the parties shall deliver in hard copy to the court a complete copy of the contract, including all amendments thereto, at or before 5:00 p.m. Eastern Standard Time, Monday, February 7, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge