# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: February 7, 2005)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Plaintiff's Motion to Strike Expert Report or in the Alternative to Limit Testimony, filed electronically February 4, 2005. In light of this pending motion, the court orders the following:

1. Defendant shall file its response to plaintiff's motion on or before Friday, February 11, 2005.

2. Plaintiff shall file its reply to defendant's response, if any, on or before Monday, February 14, 2005.

Each party shall file its response or reply not later than 5:00 p.m. Eastern Standard Time.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge