UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., PLAINTIFF, | § § § | CASE NO. 02-306C |
| V. | § § | (JUDGE HEWITT) |
| UNITED STATES ARMY CORPS OF ENGINEERS, DEFENDANT. | § § § | |

**NOTICE OF CHANGE OF ADDRESS**

The undersigned attorneys for Plaintiffs hereby file this Notice of Change of Address of Terry L. Salazar. Mr. Salazar's new address is as follows:

Terry L. Salazar
Texas Bar No. 17527500
Quilling Selander Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: ______________________
Brian W. Erikson, TX Bar No. 06643800
Terry L. Salazar, TX Bar No. 17527500

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEYS FOR RENDA MARINE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of February, 2005, a true and correct copy of the foregoing Notice of Change of Address, was served electronically through the CM/ECF system for the Court of Federal Claims.

Terry L. Salazar