UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>PLAINTIFF, | §<br>§ | |
| | § | CASE NO. 02-306C |
| V. | § | |
| | § | (JUDGE HEWITT) |
| UNITED STATES ARMY<br>CORPS OF ENGINEERS,<br>DEFENDANT. | §<br>§<br>§ | |

**RESPONSE BY RENDA MARINE, INC., TO DEFENDANT'S RENEWED MOTION FOR LEAVE TO FILE PORTIONS OF DEPOSITION TRANSCRIPTS**

Pending before the Court is "Defendant's Renewed Motion for Leave to File Portions of Deposition Transcripts" filed on February 2, 2005. Defendant seeks to file portions of the depositions of two individuals in this case: Oscar Renda and Rudy, Renda, and portions of the depositions of four individuals in the case of Renda Marine Inc. v. Dredging Supply Co., Inc., Case No. H00-1721 (S.D. Tex.): Oscare Renda, Steve Bowman, Rudy Renda, and Burson Warren.

The Plaintiff does not oppose Defendant's motion to file the designated parts of the deposition transcripts of Messrs. Oscar Renda, Rudy Renda, Bowman, and Warren, subject, however, to the Plaintiff's right, under RCFC 32(a)(4), to counter-designate portions of those depositions. Rule 32(a)(4) provides that, "[i]f only a part of a deposition is offered in evidence by a party, an adverse party may require the offeror to introduce any other part which ought in fairness to be considered with the part introduced, and any party may introduce any other parts."

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: s/Brian W. Erikson
Brian W. Erikson, TX Bar No. 06643800

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEYS FOR RENDA MARINE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of February, 2005, a true and correct copy of the Response by Renda Marine, Inc. to Defendant's Renewed Motion for Leave to File Portions of Deposition Transcripts, was served electronically through the CM/ECF system for the Court of Federal Claims.

s/Brian W. Erikson
Brian W. Erikson