# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: February 8, 2005)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The parties are urged to seek ways to take advantage of the opportunities that trial preparation provides for fruitful settlement discussions. The court suggests that, among other steps, counsel promptly provide their clients with copies of their own and the other party's pretrial memorandums and such other pretrial filings as may assist in informing the principals of each party of the strengths and weaknesses of each party's case.

The parties are reminded to bring to the pretrial conference at least four copies of their proposed joint preliminary trial schedule or, if they cannot agree, separate trial schedules in the form attached to the court's Order dated November 4, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge