**Table 1. Summary of Consistency, Relative Density, and Laboratory Classification for Remaining Depth**

| | | | Consistency of Cohesive Soil | | | | | | Relative Density of Cohesionless Soils | | | | | | Laboratory Classification | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Section No. | Line Station Number | Boring Log Number | Very Soft Vso | Soft So | Medium Stiff Med S | Stiff S | Very Stiff VS | Hard H | Very Loose VL | Loose L | Medium Dense Med D | Dense D | Very Dense VD | Sum of Graphical Measured | Inorganic Clays of High Plasticity, Fat Clays CH | Inorganic Clays Low to medium Plasticity, Lean Clays CL | Inorganic Silts Very Fine Sands, w/ Slight Plasticity ML | Clayey Sands, Sand-Clay Mixtures SC | Silty Sands, Sand-Silt Mixtures SM | Organic Clays of Medium to High Plasticity Organic Silts OH | Sum of Graphical Measured |
| | | | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY |
| 7 | 56200.00T | 3ST-10W | 2,287 | | | | | | | | | | | 2,287 | | 2,287 | | | | | 2,287 |
| 7 | 56400.00T | | 2,025 | | | | | | | | | | | 2,025 | | 2,025 | | | | | 2,025 |
| | spl | | 1,539 | 486 | | | | | | | | | | 2,025 | 486 | 1,539 | | | | | 2,025 |
| 7 | 56600.00T | 3ST-10W | 2,416 | 763 | | | | | | | | | | 3,179 | 763 | 2,416 | | | | | 3,179 |
| 7 | 56800.00T | | 1,351 | 427 | | | | | | | | | | 1,778 | 427 | 1,351 | | | | | 1,778 |
| | spl | | 1,422 | 231 | | | | 124 | | | | | | 1,778 | 533 | 1,245 | | | | | 1,778 |
| 7 | 57000.00T | 3ST-11W | 6,101 | 991 | | | | 534 | | | | | | 7,626 | 2,288 | 5,338 | | | | | 7,626 |
| | | 93-65 | | | | | | | | | | | | | | | | | | | |
| 7 | 57100.00T | | 4,542 | 738 | | | | 397 | | | | | | 5,678 | 1,703 | 3,975 | | | | | 5,678 |
| 7 | 57200.00T | | 5,678 | 923 | | | | 497 | | | | | | 7,097 | 2,129 | 4,968 | | | | | 7,097 |
| 7 | 57300.00T | | 4,006 | 651 | | | | 351 | | | | | | 5,008 | 1,502 | 3,506 | | | | | 5,008 |
| | spl | | | 1,603 | 200 | 250 | 150 | 2,654 | | | 150 | | | 5,008 | 2,504 | 2,354 | | 150 | | | 5,008 |
| 7 | 57400.00T | | | 4,530 | 566 | 708 | 425 | 7,503 | | | 425 | | | 14,157 | 7,079 | 6,654 | | 425 | | | 14,157 |
| 7 | 57500.00T | | | 5,276 | 660 | 824 | 495 | 8,739 | | | 495 | | | 16,489 | 8,245 | 7,750 | | 495 | | | 16,489 |
| 7 | 57600.00T | 3ST-12W | | 5,116 | 640 | 799 | 480 | 8,474 | | | 480 | | | 15,988 | 7,994 | 7,514 | | 480 | | | 15,988 |
| 7 | 57700.00T | | | 3,953 | 494 | 618 | 371 | 6,547 | | | 371 | | | 12,353 | 6,177 | 5,806 | | 371 | | | 12,353 |
| 7 | 57800.00T | | | 1,470 | 184 | 230 | 138 | 2,434 | | | 138 | | | 4,593 | 2,297 | 2,159 | | 138 | | | 4,593 |
| | spl | | | 1,653 | | | 2,940 | | | | | | | 4,593 | 1,653 | 2,940 | | | | | 4,593 |
| 7 | 57900.00T | | | 3,056 | | | 5,433 | | | | | | | 8,489 | 3,056 | 5,433 | | | | | 8,489 |
| 7 | 58000.00T | 3ST-13W | | 2,778 | | | 4,940 | | | | | | | 7,718 | 2,778 | 4,940 | | | | | 7,718 |
| | | 72-106 | | | | | | | | | | | | | | | | | | | |
| 22 | 58200.00T | | | 5,373 | | | 9,551 | | | | | | | 14,924 | 5,373 | 9,551 | | | | | 14,924 |
| 7 | 58400.00T | | | 6,687 | | | 6,396 | | | | | 1,599 | | 14,682 | 6,687 | 6,396 | | | 1,599 | | 14,682 |
| 7 | 58600.00T | 3ST-14 | | 6,311 | | | 6,037 | | | | | 1,509 | | 13,857 | 6,311 | 6,037 | | | 1,509 | | 13,857 |
| | | 3ST-15 | | | | | | | | | | | | | | | | | | | |
| 7 | 58800.00T | | | 5,937 | | | 5,679 | | | | | 1,420 | | 13,035 | 5,937 | 5,679 | | | 1,420 | | 13,035 |
| 7 | 59000.00T | | 12,621 | | | | | | | | | | | 12,621 | 12,621 | | | | | | 12,621 |
| 7 | 59169.58T | 93-66 | 10,864 | | | | | | | | | | | 10,864 | 10,864 | | | | | | 10,864 |
| | | 3ST-16 | | | | | | | | | | | | | | | | | | | |
| 7 | 59169.58T | | | | | | | | | | | | | | | | | | | | |
| 7 | 59200.00T | | 1,885 | | | | | | | | | | | 1,885 | 1,885 | | | | | | 1,885 |
| | | | | | | | | | | | | | | | | | | | | | |
| 7 | 59400.00T | | 5,639 | | 4,261 | | | | | | | 2,632 | | 12,531 | 5,639 | 4,261 | | | 2,632 | | 12,531 |
| 7 | 59600.00T | 3ST-17 | 6,210 | | 4,692 | | | | | | | 2,898 | | 13,799 | 6,210 | 4,692 | | | 2,898 | | 13,799 |
| 7 | 59800.00T | | 7,128 | | 5,386 | | | | | | | 3,327 | | 15,841 | 7,128 | 5,386 | | | 3,327 | | 15,841 |
| 7 | 60000.00T | | 10,534 | | | 7,321 | | | | | | | | 17,855 | 10,534 | 7,321 | | | | | 17,855 |
| 7 | 60200.00T | 3ST-18 | 11,035 | | | 7,668 | | | | | | | | 18,703 | 11,035 | 7,668 | | | | | 18,703 |
| 7 | 60400.00T | | 10,766 | | | 7,482 | | | | | | | | 18,248 | 10,766 | 7,482 | | | | | 18,248 |
| 7 | 60600.00T | | | 6,784 | | | | 9,915 | | | | | 522 | 17,220 | 16,698 | | | 522 | | | 17,220 |
| 7 | 60800.00T | 3ST-19 | | 6,316 | | | | 9,232 | | | | | 486 | 16,034 | 15,548 | | | | 486 | | 16,034 |
| 7 | 61000.00T | | | 5,698 | | | | 8,328 | | | | | 438 | 14,464 | 14,026 | | | | 438 | | 14,464 |
| 7 | 61200.00T | | | 6,300 | | | | 2,011 | | | | | 5,094 | 13,404 | 6,300 | 2,011 | | | 5,094 | | 13,404 |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | 111,284 | 84,052 | 17,082 | 25,900 | 43,033 | 67,739 | | | 2,058 | 13,384 | 6,540 | 371,071 | 207,109 | 141,981 | | 2,579 | 19,402 | | 371,071 |
| | | | 30% | 23% | 5% | 7% | 12% | 18% | | | 1% | 4% | 2% | 100% | 56% | 38% | | 1% | 5% | | 100% |

**Table 1. Summary of Consistency, Relative Density, and Laboratory Classification for Remaining Depth**

| | | | Consistency of Cohesive Soil | | | | | | Relative Density of Cohesionless Soils | | | | | | Laboratory Classification | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Section No. | Line Station Number | Boring Log Number | Very Soft Vso | Soft So | Medium Stiff Med S | Stiff S | Very Stiff VS | Hard H | Very Loose VL | Loose L | Medium Dense Med D | Dense D | Very Dense VD | Sum of Graphical Measured | Inorganic Clays of High Plasticity, Fat Clays | Inorganic Clays Low to medium Plasticity, Lean Clays | Inorganic Silts Very Fine Sands, w/ Slight Plasticity | Clayey Sands, Sand-Clay Mixtures | Silty Sands, Sand-Silt Mixtures | Organic Clays of Medium to High Plasticity Organic Silts | Sum of Graphical Measured |
| | | | | | | | | | | | | | | | CH | CL | ML | SC | SM | OH | |
| | | | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY |
| 8 | 61200.00T | | | | | | | | | | | | | | | | | | | | |
| 8 | 61400.00T | 3ST-20 | | 6,351 | | | | 2,027 | | | | | 5,135 | 13,512 | 6,351 | 2,027 | | | 5,135 | | 13,512 |
| 8 | 61600.00T | | | 6,556 | | | | 2,092 | | | | | 5,301 | 13,949 | 6,556 | 2,092 | | | 5,301 | | 13,949 |
| 8 | 61800.00T | | 5,315 | | | | 9,450 | | | | | | | 14,765 | 5,315 | 9,450 | | | | | 14,765 |
| 8 | 62000.00T | 3ST-22 | 5,177 | | | | 9,203 | | | | | | | 14,380 | 5,177 | 9,203 | | | | | |
| | | 3ST-21 | | | | | | | | | | | | | | | | | | | |
| 8 | 62200.00T | | 5,181 | | | | 9,211 | | | | | | | 14,392 | 5,181 | 9,211 | | | | | |
| 8 | 62274.05T | | 981 | | | | 1,743 | | | | | | | 2,724 | 981 | 1,743 | | | | | |
| | spl | | 654 | | | | | 1,090 | | | | 763 | 218 | 2,724 | 654 | 1,090 | | 218 | 763 | | |
| 8 | 62274.05T | | | | | | | | | | | | | | | | | | | | |
| 8 | 62400.00T | | 2,293 | | | | | 3,821 | | | | 2,675 | 764 | 9,553 | 2,293 | 3,821 | | 764 | 2,675 | | |
| 8 | 62600.00T | 3ST-23 | 3,750 | | | | | 6,250 | | | | 4,375 | 1,250 | 15,624 | 3,750 | 6,250 | | 1,250 | 4,375 | | |
| 8 | 62800.00T | | 3,701 | | | | | 6,168 | | | | 4,318 | 1,234 | 15,420 | 3,701 | 6,168 | | 1,234 | 4,318 | | |
| 8 | 63000.00T | | 1,804 | | | | | 3,007 | | | | 2,105 | 601 | 7,517 | 1,804 | 3,007 | | 601 | 2,105 | | |
| | spl | | 7,216 | | | | | | | | 301 | | | 7,517 | 3,232 | | 3,984 | | 301 | | |
| 8 | 63200.00T | | 14,462 | | | | | | | | 603 | | | 15,065 | 6,478 | | 7,984 | | 603 | | |
| 8 | 63347.28T | 3ST-24 | 11,148 | | | | | | | | 465 | | | 11,613 | 4,994 | | 6,155 | | 465 | | 11,613 |
| 8 | 63347.28T | | | | | | | | | | | | | | | | | | | | |
| 8 | 63400.00T | | 4,176 | | | | | | | | 174 | | | 4,350 | 1,871 | | 2,306 | | 174 | | 4,350 |
| 8 | 63500.00T | | 8,779 | | | | | | | | 366 | | | 9,145 | 3,932 | | 4,847 | | 366 | | 9,145 |
| 8 | 63600.00T | | 10,317 | | | | | | | | | | | 10,317 | 10,317 | | | | | | 10,317 |
| 8 | 63700.00T | | 11,455 | | | | | | | | | | | 11,455 | 11,455 | | | | | | 11,455 |
| 8 | 63800.00T | 93-67 | 12,443 | | | | | | | | | | | 12,443 | 12,443 | | | | | | 12,443 |
| | | 3ST-25 | | | | | | | | | | | | | | | | | | | |
| 8 | 63900.00T | | 13,250 | | | | | | | | | | | 13,250 | 13,250 | | | | | | 13,250 |
| 8 | 64000.00T | | 14,225 | | | | | | | | | | | 14,225 | 14,225 | | | | | | 14,225 |
| 8 | 64100.00T | | 7,468 | | | | | | | | | | | 7,468 | 7,468 | | | | | | 7,468 |
| | spl | | | 2,614 | 1,718 | 3,137 | | | | | | | | 7,468 | 1,344 | 3,958 | 2,166 | | | | 7,468 |
| 8 | 64200.00T | | | 5,394 | 3,545 | 6,473 | | | | | | | | 15,411 | 2,774 | 8,168 | 4,469 | | | | 15,411 |
| 8 | 64300.00T | | | 5,170 | 3,398 | 6,204 | | | | | | | | 14,772 | 2,659 | 7,829 | 4,284 | | | | 14,772 |
| 8 | 64400.00T | 3ST-27 | | 4,928 | 3,238 | 5,913 | | | | | | | | 14,079 | 2,534 | 7,462 | 4,083 | | | | 14,079 |
| | | 3ST-26 | | | | | | | | | | | | | | | | | | | |
| 8 | 64500.00T | | | 5,143 | 3,380 | 6,172 | | | | | | | | 14,695 | 2,645 | 7,788 | 4,262 | | | | 14,695 |
| 8 | 64600.00T | | | 4,889 | 3,213 | 5,867 | | | | | | | | 13,968 | 2,514 | 7,403 | 4,051 | | | | 13,968 |
| 8 | 64700.00T | | | 2,287 | 1,503 | 2,744 | | | | | | | | 6,533 | 1,176 | 3,462 | 1,895 | | | | 6,533 |
| | spl | | | 2,744 | | | 3,724 | | | | | | | 6,468 | 2,744 | 3,332 | | 392 | | | 6,468 |
| 8 | 64800.00T | | | 5,654 | | | 7,674 | | | | | | | 13,328 | 5,654 | 6,866 | | 808 | | | 13,328 |
| 8 | 64900.00T | | | 5,918 | | | 8,032 | | | | | | | 13,950 | 5,918 | 7,186 | | 845 | | | 13,950 |
| 8 | 65000.00T | 72-107 | | 6,134 | | | 8,324 | | | | | | | 14,458 | 6,134 | 7,448 | | 876 | | | 14,458 |
| | | 3ST-28 | | | | | | | | | | | | | | | | | | | |
| | | 72-107A | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | 143,795 | 63,781 | 19,993 | 35,509 | 57,361 | 24,454 | | | 1,908 | 14,235 | 14,502 | 376,538 | 167,523 | 124,965 | 50,484 | 6,989 | 26,577 | | 376,538 |
| | | | 38% | 17% | 5% | 10% | 15% | 6% | | | 1% | 4% | 4% | 100% | 44% | 33% | 13% | 2% | 7% | | 100% |

**Table 1. Summary of Consistency, Relative Density, and Laboratory Classification for Remaining Depth**

| Section No. | Line Station Number | Boring Log Number | Consistency of Cohesive Soil: Very Soft Vso | Soft So | Medium Stiff Med S | Stiff S | Very Stiff VS | Hard H | Relative Density of Cohesionless Soils: Very Loose VL | Loose L | Medium Dense Med D | Dense D | Very Dense VD | Sum of Graphical Measured | Laboratory Classification: Inorganic Clays of High Plasticity, Fat Clays CH | Inorganic Clays Low to medium Plasticity, Lean Clays CL | Inorganic Silts Very Fine Sands, w/ Slight Plasticity ML | Clayey Sands, Sand-Clay Mixtures SC | Silty Sands, Sand-Silt Mixtures SM | Organic Clays of Medium to High Plasticity Organic Silts OH | Sum of Graphical Measured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY |
| 9 | 65800.00T | 3ST-29 | | - | | | - | - | | | | | | - | - | - | | | | | - |
| 9 | 65900.00T | | | 985 | | | 1,609 | 689 | | | | | | 3,283 | 1,674 | 1,609 | | | | | 3,283 |
| 9 | 66000.00T | | | 867 | | | 1,416 | 607 | | | | | | 2,889 | 1,473 | 1,416 | | | | | 2,889 |
| 9 | 66100.00T | | | 549 | | | 897 | 384 | | | | | | 1,830 | 933 | 897 | | | | | 1,830 |
| | spl | | | 1,830 | | | | | | | | | | 1,830 | 1,830 | | | | | | 1,830 |
| 9 | 66200.00T | | | 3,829 | | | | | | | | | | 3,829 | 3,829 | | | | | | 3,829 |
| 9 | 66300.00T | | | 4,307 | | | | | | | | | | 4,307 | 4,307 | | | | | | 4,307 |
| 9 | 66400.00T | 93-68 | | 4,499 | | | | | | | | | | 4,499 | 4,499 | | | | | | 4,499 |
| | | 3ST-30 | | | | | | | | | | | | | | | | | | | |
| 9 | 66500.00T | | | 3,648 | | | | | | | | | | 3,648 | 3,648 | | | | | | 3,648 |
| 9 | 66600.00T | | | 3,167 | | | | | | | | | | 3,167 | 3,167 | | | | | | 3,167 |
| 9 | 66700.00T | | | 4,180 | | | | | | | | | | 4,180 | 4,180 | | | | | | 4,180 |
| 9 | 66800.00T | | | 622 | | | 4,294 | | | | | 735 | | 5,650 | 4,916 | | | | 735 | | 5,650 |
| 9 | 66900.00T | | | 715 | | | 4,942 | | | | | 845 | | 6,503 | 5,658 | | | | 845 | | 6,503 |
| 9 | 67000.00T | | | 838 | | | 5,792 | | | | | 991 | | 7,621 | 6,630 | | | | 991 | | 7,621 |
| 9 | 67100.23T | 3ST-31 | | 844 | | | 5,830 | | | | | 997 | | 7,671 | 6,674 | | | | 997 | | 7,671 |
| 9 | 67200.00T | | | 808 | | | 5,584 | | | | | 955 | | 7,348 | 6,393 | | | | 955 | | 7,348 |
| 9 | 67300.00T | | | 1,031 | | | 7,123 | | | | | 1,218 | | 9,372 | 8,154 | | | | 1,218 | | 9,372 |
| 9 | 67400.00T | | | 12,308 | | | | | | | | | | 12,308 | 12,308 | | | | | | 12,308 |
| 9 | 67500.00T | | | 16,979 | | | | | | | | | | 16,979 | 16,979 | | | | | | 16,979 |
| 24 | 67600.00T | 3ST-32 | | 20,430 | | | | | | | | | | 20,430 | 20,430 | | | | | | 20,430 |
| | | 3ST-33 | | | | | | | | | | | | | | | | | | | |
| 9 | 67700.00T | | | 19,799 | | | | | | | | | | 19,799 | 19799 | | | | | | 19,799 |
| 9 | 67800.00T | | | 18,305 | | | | | | | | | | 18,305 | 18305 | | | | | | 18,305 |
| 9 | 67900.00T | | | 17,412 | | | | | | | | | | 17,412 | 17412 | | | | | | 17,412 |
| 9 | 68000.00T | | | 8,194 | | | | | | | | | | 8,194 | 8194 | | | | | | 8,194 |
| | spl | | | 8,194 | | | | | | | | | | 8,194 | 8,194 | | | | | | 8,194 |
| 9 | 68100.00T | | | 14,761 | | | | | | | | | | 14,761 | 14,761 | | | | | | 14,761 |
| 9 | 68200.00T | | | 12,748 | | | | | | | | | | 12,748 | 12,748 | | | | | | 12,748 |
| 9 | 68300.00T | | | 10,684 | | | | | | | | | | 10,684 | 10,684 | | | | | | 10,684 |
| 9 | 68406.58T | 3ST-34 | | 7,945 | | | | | | | | | | 7,945 | 7,945 | | | | | | 7,945 |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | 200,478 | | | 37,486 | 1,680 | | | | 5,741 | | 245,386 | 235,724 | 3,921 | | | 5,741 | | 245,386 |
| | | | | 82% | | | 15% | 1% | | | | 2% | | 100% | 96% | 2% | | | 2% | | 100% |

**Table 2. Summary of Consistency and Relative Density for Remaining Depth and Allowable Overdepth**

| | Consistency of Cohesive Soil | | | | | | Relative Density of Cohesionless Soils | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Section | Very Soft | Soft | Medium | Stiff | Very | Hard | Very | Loose | Medium | Dense | Very | Sum of |
| No. | Vso | So | Stiff | S | Stiff | H | Loose | L | Dense | D | Dense | Graphical |
| | | | Med S | | VS | | VL | | Med D | | VD | Measured |
| | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY | CY |
| Sect 1 Remain | 3,961 | 92,454 | - | 77,505 | 11,048 | - | 11,797 | - | - | - | - | 196,765 |
| Allow OD | - | - | - | - | 22,941 | - | - | - | - | | - | 22,941 |
| Total | 3,961 | 92,454 | - | 77,505 | 33,989 | - | 11,797 | | | | | 219,706 |
| % | 2% | 42% | | 35% | 15% | | 5% | | | | | 100% |
| Sect 2 Remain | 35,472 | 102,136 | - | 22,931 | 135,345 | 39,669 | 946 | - | 8,846 | 5,955 | - | 351,299 |
| Allow OD | - | - | - | 4,030 | 16,037 | 12,064 | - | - | - | - | - | 32,131 |
| Total | 35,472 | 102,136 | - | 26,961 | 151,382 | 51,733 | 946 | - | 8,846 | 5,955 | | 383,430 |
| % | 9% | 27% | | 7% | 39% | 13% | 0% | | 2% | 2% | | 100% |
| Sect 3 Remain | 214,524 | 50,232 | 20,236 | - | 59,103 | 8,708 | - | - | 17,291 | - | - | 370,094 |
| Allow OD | - | 12,281 | - | - | 7,197 | - | - | - | - | - | - | 19,479 |
| Total | 214,524 | 62,513 | 20,236 | - | 66,300 | 8,708 | | | 17,291 | | | 389,573 |
| % | 55% | 16% | 5% | | 17% | 2% | | | 4% | | | 100% |
| Sect 4 Remain | 129,797 | 74,266 | 90,793 | - | 7,387 | 95,039 | - | 28,921 | 20,082 | 3,484 | - | 449,770 |
| Allow OD | - | - | - | - | 15,333 | 10,565 | - | - | - | - | - | 25,899 |
| Total | 129,797 | 74,266 | 90,793 | - | 22,721 | 105,605 | - | 28,921 | 20,082 | 3,484 | - | 475,669 |
| % | 27% | 16% | 19% | | 5% | 22% | | 6% | 4% | 1% | | 100% |
| Sect 5 Remain | 12,129 | 80,995 | 130,025 | - | 40,164 | 70,729 | 32,113 | - | 22,886 | 97,271 | 5,612 | 491,925 |
| Allow OD | - | - | - | - | - | 18,950 | - | - | - | - | - | 18,950 |
| Total | 12,129 | 80,995 | 130,025 | - | 40,164 | 89,679 | 32,113 | - | 22,886 | 97,271 | 5,612 | 510,875 |
| % | 2% | 16% | 25% | | 8% | 18% | 6% | | 4% | 19% | 1% | 100% |
| Sect 6 Remain | 141,465 | 122,996 | 7,391 | - | - | - | - | - | 4,921 | 146,445 | 34,160 | 457,377 |
| Allow OD | 1,963 | 978 | - | - | 6,022 | - | - | - | 10,165 | 1,869 | - | 20,997 |
| Total | 143,427 | 123,974 | 7,391 | - | 6,022 | - | - | - | 15,086 | 148,314 | 34,160 | 478,374 |
| % | 30% | 26% | 2% | | 1% | | | | 3% | 31% | 7% | 100% |
| Sect 7 Remain | 111,284 | 84,052 | 17,082 | 25,900 | 43,033 | 67,739 | - | - | 2,058 | 13,384 | 6,540 | 371,071 |
| Allow OD | 17,406 | - | 9,563 | - | 9,133 | 20,667 | - | - | - | - | 2,585 | 59,353 |
| Total | 128,690 | 84,052 | 26,644 | 25,900 | 52,166 | 88,406 | - | - | 2,058 | 13,384 | 9,125 | 430,424 |
| % | 30% | 20% | 6% | 6% | 12% | 21% | | | 0.5% | 3% | 2% | 100% |
| Sect 8 Remain | 143,795 | 63,781 | 19,993 | 36,509 | 57,361 | 24,454 | - | - | 1,908 | 14,235 | 14,502 | 376,538 |
| Allow OD | - | - | - | - | 22,135 | 19,489 | - | - | 2,311 | - | 5,170 | 49,105 |
| Total | 143,795 | 63,781 | 19,993 | 36,509 | 79,496 | 43,943 | - | - | 4,219 | 14,235 | 19,673 | 425,643 |
| % | 34% | 15% | 5% | 9% | 19% | 10% | | | 1% | 3% | 5% | 100% |
| Sect 9 Remain | - | 200,478 | - | - | 37,486 | 1,680 | - | - | - | 5,741 | - | 245,386 |
| Allow OD | 10,267 | - | - | 2,296 | 7,222 | 4,602 | - | - | 185 | 741 | - | 25,313 |
| Total | 10,267 | 200,478 | - | 2,296 | 44,709 | 6,282 | - | - | 185 | 6,482 | - | 270,699 |
| % | 4% | 74% | | 1% | 17% | 2% | | | 0.1% | 2% | | 100% |
| TotalAllow OD | 29,635 | 13,260 | 9,563 | 6,326 | 106,020 | 86,337 | - | - | 12,661 | 2,610 | 7,756 | 274,167 |
| %Total AOD | 11% | 5% | 3% | 2% | 39% | 31% | | | 5% | 1% | 3% | 100% |
| Total Remain | 792,428 | 871,389 | 285,521 | 162,845 | 390,928 | 308,019 | 44,857 | 28,921 | 77,991 | 286,514 | 60,814 | 3,310,225 |
| Grand Total | 822,063 | 884,648 | 295,083 | 169,171 | 496,948 | 394,356 | 44,857 | 28,921 | 90,652 | 289,124 | 68,569 | 3,584,392 |
| % GranTotal | 23% | 25% | 8% | 5% | 14% | 11% | 1% | 1% | 3% | 8% | 2% | 100% |

**Table 3. Summary of Laboratory Classification for Remaining Depth and Allowable Overdepth**

| Section | Inorganic | Inorganic | Inorganic | Clayey | Silty | Organic | Sum of |
|---|---|---|---|---|---|---|---|
| No. | Clays of | Clays of | Silts & | Sands, | Sands, | Clays of | Graphical |
| | High | Low to | Very Fine | Sand- | Sand- | Medium | Measured |
| | Plasticity, | Medium | Sands, w/ | Clay | Silt | to High | |
| | Fat Clays | Plasticity, | Slight | Mixtures | Mixtures | Plasticity | |
| | | Lean Clays | Plasticity | | | Organic Silts | |
| | CH | CL | ML | SC | SM | OH | |
| | CY | CY | CY | CY | CY | CY | CY |
| Sect 1 Remain | 128,267 | 21,524 | - | - | 11,797 | 35,177 | 196,765 |
| Allow OD | 14,904 | 8,037 | - | - | - | - | 22,941 |
| Total | 143,171 | 29,561 | | | 11,797 | 35,177 | 219,706 |
| % | 65% | 13% | | | 5% | 16% | 100% |
| Sect 2 Remain | 246,832 | 70,375 | - | - | 34,092 | - | 351,299 |
| Allow OD | 9,222 | 22,909 | - | - | - | - | 32,131 |
| Total | 256,054 | 93,284 | | | 34,092 | | 383,430 |
| % | 67% | 24% | | | 9% | | 100% |
| Sect 3 Remain | 187,981 | 154,701 | 22,565 | - | 4,847 | - | 370,094 |
| Allow OD | 5,049 | 14,430 | - | - | - | - | 19,479 |
| Total | 193,030 | 169,131 | 22,565 | | 4,847 | | 389,573 |
| % | 50% | 43% | 6% | | 1% | | 100% |
| Sect 4 Remain | 158,646 | 202,336 | 51,760 | 31,271 | 5,757 | - | 449,770 |
| Allow OD | 12,074 | 13,825 | - | - | - | - | 25,899 |
| Total | 170,720 | 216,160 | 51,760 | 31,271 | 5,757 | - | 475,669 |
| % | 36% | 45% | 11% | 7% | | | 99% |
| Sect 5 Remain | 89,483 | 241,305 | 55,963 | 49,361 | 55,812 | - | 491,925 |
| Allow OD | 18,950 | - | - | - | - | - | 18,950 |
| Total | 108,433 | 241,305 | 55,963 | 49,361 | 55,812 | | 510,875 |
| % | 21% | 47% | 11% | 10% | 11% | | 100% |
| Sect 6 Remain | 100,221 | 151,825 | - | 34,160 | 171,171 | - | 457,377 |
| Allow OD | 7,000 | 1,963 | - | - | 12,034 | - | 20,997 |
| Total | 107,221 | 153,788 | | 34,160 | 183,205 | | 478,374 |
| % | 22% | 32% | | 7% | 38% | | 100% |
| Sect 7 Remain | 207,109 | 141,981 | - | 2,579 | 19,402 | - | 371,071 |
| Allow OD | 21,341 | 35,427 | - | 2,585 | - | - | 59,353 |
| Total | 228,449 | 177,408 | | 5,165 | 19,402 | | 430,424 |
| % | 53% | 41% | | 1% | 5% | | 100% |
| Sect 8 Remain | 167,523 | 124,965 | 50,484 | 6,989 | 26,577 | - | 376,538 |
| Allow OD | 10,569 | 29,826 | 3,541 | 5,170 | - | - | 49,105 |
| Total | 178,092 | 154,790 | 54,025 | 12,159 | 26,577 | | 425,643 |
| % | 42% | 36% | 13% | 3% | 6% | | 100% |
| Sect 9 Remain | 235,724 | 3,921 | - | - | 5,741 | - | 245,386 |
| Allow OD | 24,387 | - | - | - | 926 | - | 25,313 |
| Total | 260,111 | 3,921 | | | 6,667 | | 270,699 |
| % | 96% | 1% | | | 2% | | 100% |
| Total Allow OD | 123,495 | 126,416 | 3,541 | 7,756 | 12,960 | - | 274,167 |
| %Total AOD | 45% | 46% | 1% | 3% | 5% | | 100% |
| Total Remain | 1,521,787 | 1,112,932 | 180,772 | 124,360 | 335,198 | 35,177 | 3,310,225 |
| Grand Total | 1,645,281 | 1,239,348 | 184,312 | 132,115 | 348,158 | 35,177 | 3,584,392 |
| % Grand Total | 46% | 35% | 5% | 4% | 10% | 1% | 100% |

**Table 4. Hydraulic Levee "Neat Line" Volumes and Dimensions and Stations**

| Stations, Crest Width, Height, and Volumes for both Hydraulic and Mechanical Levees | | | | | | | |
|---|---|---|---|---|---|---|---|
| Levee Stations | Crest Width | Height | Base Width | Cross Section Area | | Distance Between X-sections | Volume |
| | ft | ft | ft | sf | | ft | CY |
| 400 | 10 | 20 | 142 | 1520 | | | |
| 2000 | 10 | 18.5 | 126 | 1258 | | 1600 | 82,311 |
| 3900 | 10 | 18 | 120 | 1170 | | 1900 | 85,430 |
| 5600 | 10 | 17 | 112 | 1037 | | 1700 | 69,480 |
| | | | | | | | |
| 6150 | 10 | 16.5 | 110 | 990 | | | |
| 8900 | 10 | 13 | 95 | 683 | | 2750 | 85,174 |
| 9700 | 10 | 14 | 94 | 728 | | 800 | 20,896 |
| | | | | | | | |
| 16600 | 10 | 16 | 106 | 928 | | | |
| 17950 | 10 | 15.5 | 106 | 899 | | 1350 | 45,675 |
| 19700 | 10 | 16.5 | 108 | 974 | | 1750 | 60,683 |
| 20900 | 10 | 17 | 112 | 1037 | | 1200 | 44,678 |
| 21500 | 10 | 20 | 142 | 1520 | | 600 | 28,411 |
| | | 202 | 1373 | Total "Neat Line" Perimeter Volume | | | 522,737 |
| | Average | 17 | 114 | "Neat Line" cubic yards per linear ft | | | 38 |
| Hyd Levee Stations | | Dist | | | | | |
| 16600 | 21500 | 4,900 | | | | | |
| 400 | 5600 | 5,200 | | | | | |
| 6150 | 9700 | 3,550 | | | | | |
| Hyd Levee Length | | 13,650 | | | | | |

# APPENDIX A

## Glossary of Geotechnical Descriptors

**Dredgeability.** Dredgeablility is the difficulty or ease of excavating, removable, transportation and placement of dredged materials.

**Relative Density.** Relative density of a cohesionless soil relates to its compactness and density with descriptive terms such as very loose, loose, medium dense, dense and very dense.

**Relative Consistency.** Relative consistency of a cohesive soil relates to its shear strength or unconfined compressive strength with descriptive terms such as very soft, soft, medium stiff, stiff, very stiff and hard.

**Standard Penetration Resistance, N.** Standard penetration test is applied to both cohesive and cohesionless soils. The tests consist of driving the standard penetration split-spoon sampler into the soil and counting the blows, N required driving the sampler the last 12 inches. The blows are imparted by a 140 pound weight falling 30 in. onto the drill rod to which the spoon is attached. The penetration number, referred to as N, is the number of blows to achieve the last 12 inches of penetration. The blow count for the last 12 inches of penetration is specified by ASTM because it is possible that boring disturbance may occur in the first 6 inches of soil at the bottom of the drill hole.

**Table A-1.** Geotechnical Characteristics of Dredge Channel Soils*

Coarse Grained Soils are where more than half of the material is larger than No. 200 sieve size**.

Sand and Sandy Soils

**SM** - Silty sands, sand-silt mixtures

**SC** - Clayey sands, sand-clay mixtures

Fine Grained Soils are where more than half of the material is smaller than No. 200 sieve.

Silts and Clays with LL or Liquid Limit <50

**ML**- Inorganic silts and very fine sands, rock flour, silty or clayey fine sands or clayey silts with slight plasticity

**CL** - Inorganic clays of low to medium plasticity, gravelly clays, sandy clays, silty clays, lean clays

Fine Grained Soils are where more than half of the material is smaller than No. 200 sieve.

Silts and Clays with LL or Liquid Limit >50

**CH**- Inorganic clays of high plasticity, fat clays

**OH**- Organic clays of medium to high plasticity, organic silts

*Technical Memorandum No. 3-357, "The Unified Classification System," August 1982, Geotechnical Laboratory U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS 38180 and ASTM 2487-93 "Classification of Soils for Engineering Purposes (Unified Soils Classification System)"

**The No. 200 sieve size is about the smallest particle visible to the naked eye.

**Table A-2.** Relative Consistency of Cohesive Soils*

| Unconfined Compressive Strength Tons/Sq Ft | Cohesive Consistency Description | N, Standard Penetration Resistance | Approx. Saturated Density pounds per cubic Ft |
|---|---|---|---|
| < 0.25 | Very Soft | 0-2 | 100-120 |
| 0.25-0.50 | Soft | 2-4 | 100-120 |
| 0.50-1.00 | Medium | 4-8 | 110-130 |
| 1.00-2.00 | Stiff | 8-16 | 120-140 |
| 2.00-4.00 | Very Stiff | 16-32 | 120-140 |
| >4.00 | Hard | >32 | |

*Bowles, Joseph E. "Foundation Analysis and Design," 1968 McGraw-Hill, Inc. page 126

**Table A-3**. Relative Density or Compactness of Cohesionless Soils*

| Relative Density or Compactness Description | Relative Density $D_r$ | N, Standard Penetration Resistance | Approx. range of Moist Unit Weight, pounds per cubic Ft | Friction Angle Degrees |
|---|---|---|---|---|
| Very Loose | 0-0.15 | 0-4 | 70-100 | 25-30 |
| Loose | 0.15-0.35 | 4-10 | 90-115 | 27-32 |
| Medium Dense | 0.35-0.65 | 10-30 | 110-130 | 30-35 |
| Dense | 0.65-0.85 | 30-50 | 110-140 | 35-40 |
| Very Dense | 0.85-1.00 | >50 | 130-150 | 38-43 |

*Bowles, Joseph E. "Foundation Analysis and Design," 1968, McGraw-Hill, Inc. page 125

# APPENDIX B

List of Cases where Dr. Fowler testified as an expert at trial or by deposition are shown below:

Nov 2003 Tampa Port Authority vs Gee and Jenson Engineers Architects-Planners, Inc., a Florida corporation, Hendry Corporation, a Florida corporation, and Nicolon Corporation, a foreign corporation.
(Deposition)

Oct 2003 Onyx Industrial Services, Inc. vs St. John's River Water Management District Case no. 01-560-CA-53 (Deposition)

Oct 2002 U.S. Steel vs Geraghty and Miller Inc. (Deposition)

Dec 1999 Skansi Oyster Corporation, Nick L. Skansi and Helen T. Skansi vs The Louisiana Land and Exploration Company, Phillips Petroleum Company and Club Oil & Gas LTD. (Deposition and Trial)

Jan 1997 Oyster Land Leasing, Inc. vs. The Louisiana Land and Exploration Company, Phillips Petroleum Company and Club Oil & Gas LTD.(Deposition and Trial)

April 1990 Weeks Marine Inc. vs. US Army Corps of Engineers Baltimore District, Baltimore, MD (Mediation)

June 1989 C.F. Bean Dredging, Inc. vs. US Army Corps of Engineers Norfolk District, Norfolk, VA (Mediation)

June 1988 T.L. James Inc. vs. US Army Corps of Engineers Baltimore District, Baltimore, MD (Mediation)

April 1987 Great Lakes Dredge and Docks Inc. vs. US Army Corps of Engineers Alaska District, Anchorage, AK (US Court of Appeals-trial Seattle Federal Court)

# Curriculum Vitae

William Frank Connole
4136 East 47th Place
Tulsa, Oklahoma 74135
(918) 747-2654

Registered Professional Engineer in Oklahoma, No. 15149

## Education

1972 Oklahoma State University
1982 University of Oklahoma
1) Bachelor of Arts – 1979 – Psychology
2) Bachelor of Science – 1982 – Civil Engineering

## Employment

| | |
|---|---|
| January 1983 – Present | Franvel Corp. |
| May 1982 – August 1982 | Benham, Blair and Associates |
| May 1981 – August 1981 | Benham, Blair and Associates |
| June 1972 – August 1972 | Franvel Corp. |
| June 1971 – August 1971 | Stan Barber Construction Co. |
| June 1970 – August 1970 | 19th Seed Construction Co. |

## Armed Services

1972 – 1975 U.S. Army, Combat Engineer
Non-Commissioned Officer, Honorable Discharge
Recipient of Army Commendation Medal

## Professional Organizations

Sustaining Member – Society of American Military Engineers
National Society of Professional Engineers
American Society of Civil Engineers
American Concrete Institute
Panel Member for American Arbitration Association
Associate Member – Associated General Contractors of America (AGC)
Past Member – Joint AGC and Corps of Engineers Task Force on the Corps Construction Equipment Ownership and Operating Expense Schedule, EP1110-1-8

## Honors

Member of National Civil Engineering Honor Society, Chi Epsilon

EXHIBIT C

Experience

In the early 1970's, William F. Connole worked as a member of a survey party and bridge foreman. In 1972, William F. Connole began evaluating claims for Franvel Corp.

William F. Connole served in the military for 3 years and performed scheduling activities for barracks rehabilitations and company activities. In 1982, William Connole earned his civil engineering degree and returned to Franvel Corp. In 1987, William Connole became President and CEO of Franvel Corp.

William F. Connole is a licensed professional engineer in Oklahoma. During the past twenty years, he has been a consulting engineer for a variety of clients on highway and heavy construction projects. He has also provided services on wastewater and water treatment plants, industrial plants and commercial buildings both new construction and rehabilitations. His experience includes estimating, scheduling, contract administration, claim analysis, contract negotiations, pricing and calculation of damages. This experience includes Federal, State and Private Projects throughout Southwest and Southeast United States. He serves as a dispute resolution panel member for the American Arbitration Association, and has previously served as an arbitrator for the Arkansas State Highway and Transportation Department and the Oklahoma Department of Transportation.

Attached is a partial list of projects for which Mr. Connole has provided an expert report and/or testimony.

United States Court of Federal Claims,
Case No. 98-695C
Appeal of LaForge and Budd Construction Co., Inc.
Contract No. DACA56-86-C-0074
Transient Munitions Facility
Tinker Air Force Base, Oklahoma

United States District Court for Western District of Tennessee
Case No. 98-2966-MI Bre
Luhr Bros., Inc. vs. Memphis-Shelby County Airport Authority, et al.
Contract No. 9706.30
Hurricane Creek Relocation
Memphis, Tennessee

U.S. Army, Corps of Engineer Board of Contract Appeals
ENG BCA No. 6324
Appeal of Jim Smith Contracting Company, Inc.
Contract No. DACW29-91-C-0028
Welcome-Moonshine Levee Enlargement and Concrete Slope Pavement

U.S. Army, Corps of Engineer Board of Contract Appeals
ENG BCA No. 6261
Appeal of Johnny F. Smith Truck & Dragline Service, Inc.
Contract No. DACW17-93-D-0015
Debris Hauling, Hurricane Andrew
Miami, Florida

Circuit Court for Dyer County, Tennessee at Dyersburg
Cause No. 96-217
Guy Harrison Construction Co., Inc. vs. Dyersburg Housing Authority
Modernization Project CIAP No. TN.021-903
Gardner Heights, Dyersburg, Tennessee

U.S. Army, Corps of Engineer Board of Contract Appeals
ENG BCA No. 5701Q
Appeal of Souter Construction Co., Inc.
Contract No. DACW03-87-C-0014
Rock Excavation and Disposal
Navigation Mile 149 to 151
McClellan-Kerr Arkansas River Navigation System

U.S. Army, Corps of Engineer Board of Contract Appeals
ENG BCA No. 6176
Appeal of Valley Construction Co.
Contract No. DACW63-89-C-0159
Recreation Facilities Part III
Ray Roberts Lake, Texas

U.S. Army, Corps of Engineer Board of Contract Appeals
ENG BCA No. 6228 and No. 6048
Appeal of Circle, Incorporated
Contract No. DACW03-90-C-0071
Channel Improvements, Mill Creek Basin, Mill Creek
Fort Smith, Sebastian County, Arkansas

United States District Court
Northern District of Mississippi, Western Division
Case No. 3:96CV219-D-A
Chancellor & Son, Inc. vs. Three Rivers Solid Waste Management Authority
Contract No. 6, Three Rivers Regional Landfill
Construction of Cell No. 2

Armed Services Board of Contract Appeals
Docket Number ASBCA 48161
Appeal of Four F. Corporation
Contract No. DACA66-89-C-0019
Renovate 6th, J, and 3rd Streets
Defense Depot, Memphis, Tennessee

United States District Court
Northern District of Mississippi, Western Division
Civil Action No. WC91-137-B-D
Hill Brothers Construction Company, Inc. vs. City of Koscuisko and Neel-Schaffer, Inc.
EPA Project No. C280390-02
Wastewater Treatment Facilities
Koscuisko, Mississippi

Interior Board of Contract Appeals
Docket No. IBCA-2108
Appeal of Sardis Contractors
Contract No. 3-CC-5C-00380
Access Road of Boat Ramp
McGee Creek Project, Oklahoma

Claims Commission of the State of Tennessee, Western Division
Claim No. 91-224 Regular Docket
Hill Brothers Construction Company, Inc. vs. State of Tennessee, Tennessee Department of Transportation
Contract No. 4795
Dyersburg Bypass – State Route 20
Dyer County, Tennessee

# Evaluation of Claims submitted under

# Renda Marine, Inc. v. United States No. 02-306C (Fed. Cl.)

## Volume I of VI

Prepared for:

John Kosloske, Esquire
U.S. Department of Justice

Prepared by:

William F. Connole, P.E.
OK No. 15149
January 30, 2004

Franvel Corp
P.O. Box 4396
Tulsa, Oklahoma 74159

EXHIBIT D

# Table of Contents

1.0 Introduction

2.0 Project Description

3.0 The Work

4.0 The Issues

4.1 South Ferry Landing – Differing Site Condition

4.2 Houston Light and Power (HL&P) Transmission Line Tower – Suspension

4.3 Flare Area – Differing Site Condition

4.4 Obstructions in Channel Sta. 570+00 to Sta. 630+00 – Differing Site Condition

4.5 Section 7 – Differing Site Condition

4.6 Obstructions in Channel Sta. 660+00 to Sta. 685+00 – Differing Site Condition

4.7 West Levee Realignment Lost Lake Placement Area – Changes

4.8 Hydraulic Levees at Lost Lake Placement Area

5.0 Equipment Rates

6.0 Time Summary

Franvel Corp
Renda Marine Inc. v United States
No. 02-306C (Fed. Cl.)

## List of Tabs


| Volume | Tab | Description |
|---|---|---|
| II | 1 | Franvel Corp Database - Inspection Report of Dredging (IRD) |
| II | 2 | Franvel Corp Database - Inspection Report of Dredging (IRD) |
| II | 3 | Franvel Corp Database - Inspection Report of Dredging (IRD) |
| II | 4 | Franvel Corp Database - Inspection Report of Dredging (IRD) |
| II | 5 | Franvel Corp Database - Inspection Report of Dredging (IRD) |
| II | 6 | Franvel Corp Database - Inspection Report of Dredging (IRD) |
| II | 7 | Franvel Corp Database - Contractor Quality Control Report (CQCR) |
| II | 8 | Franvel Corp Database - Contractor Quality Control Report (CQCR) |
| II | 9 | Franvel Corp Database - Contractor Quality Control Report (CQCR) |
| II | 10 | Franvel Corp Database - Contractor Quality Control Report (CQCR) |
| II | 11 | Franvel Corp Database - Government Quality Assurance Report (QAR) |
| II | 12 | Franvel Corp Graphical Plot of Dredging Locations from IRD |
| III | 1 | Dredge Millennium - Franvel Corp Operating and Standby Rate Calculations |
| III | 2 | Renda Built Booster - Franvel Corp Operating and Standby Rate Calculations |
| III | 3 | Duplex High Pressure Pump - Franvel Corp Operating and Standby Rate Calculations |
| III | 4 | Cummins Generator - Franvel Corp Operating and Standby Rate Calculations |
| III | 5 | Pipeline - Franvel Corp Operating and Standby Rate Calculations |
| III | 6 | Pipeline Joints - Franvel Corp Operating and Standby Rate Calculations |
| III | 7 | Pipeline Pontoon - Franvel Corp Operating and Standby Rate Calculations |
| III | 8 | Workboat "Marilyn K. McFarland" - Franvel Corp Operating and Standby Rate Calculations |
| III | 9 | Workboat "Crista Dian" - Franvel Corp Operating and Standby Rate Calculations |
| III | 10 | Anchor Barge - Franvel Corp Operating and Standby Rate Calculations |
| III | 11 | American Crane - Franvel Corp Operating and Standby Rate Calculations |
| III | 12 | Grove Hydraulic Crane - Franvel Corp Operating and Standby Rate Calculations |
| III | 13 | Work Barge No. 1 - Franvel Corp Operating and Standby Rate Calculations |
| III | 14 | Survey Boat - Monark - Franvel Corp Operating and Standby Rate Calculations |
| III | 15 | Work Boat - Lafco - Franvel Corp Operating and Standby Rate Calculations |
| III | 16 | Work Boat - Monark - Franvel Corp Operating and Standby Rate Calculations |
| III | 17 | Work Skiff - Franvel Corp Operating and Standby Rate Calculations |
| III | 18 | Fuel Barge - Franvel Corp Operating and Standby Rate Calculations |
| III | 19 | Fuel Tank - Franvel Corp Operating and Standby Rate Calculations |
| III | 20 | Linkbelt 3800 Excavator - Franvel Corp Operating and Standby Rate Calculations |

Franvel Corp
Renda Marine Inc. v United States
No. 02-306C (Fed. Cl.)

List of Tabs


| Volume | Tab | Description |
|---|---|---|
| III | 21 | Work Barge No. 2 - Franvel Corp Operating and Standby Rate Calculations |
| III | 22 | Skid Loader - Timberjack 450 - Franvel Corp Operating and Standby Rate Calculations |
| III | 23 | Skid Loader - Timberjack 380B - Franvel Corp Operating and Standby Rate Calculations |
| III | 24 | American Crane 4260 - Franvel Corp Operating and Standby Rate Calculations |
| III | 25 | Linkbelt Crane LS78 - Franvel Corp Operating and Standby Rate Calculations |
| III | 26 | Renda Rates for Marsh Buggy |
| III | 27 | Renda Rates for Marsh Buggy No. 2 |
| III | 28 | Renda Rates for Lincoln Welder |
| III | 29 | Renda Rates for Miller Welder |
| III | 30 | Renda Rates for Caterpillar Dozer D6H |
| III | 31 | Renda Rates for Caterpillar Dozer D6H |
| III | 32 | Renda Rates for Caterpillar Dozer D8L |
| III | 33 | Renda Rates for Caterpillar Dump Truck |
| III | 34 | Renda Rates for Lighting Set |
| III | 35 | Renda Rates for Lighting Set |
| III | 36 | Renda Rates for Utility Trailer |
| III | 37 | Renda Rates for Ford Pickup Truck F250HD |
| III | 38 | Renda Rates for Ford Pickup Truck F250HD |
| III | 39 | Renda Rates for Ford Expedition |
| III | 40 | Renda Rates for Ford Pickup Truck F250HD |
| III | 41 | Renda Rates for Ford Pickup Truck F250HD |
| III | 42 | Renda Rates for Ford Pickup Truck F250HD |
| III | 43 | Renda Rates for Ford Pickup Truck F450 |
| III | 44 | Renda Rates for Ford Pickup Truck F250HD |
| III | 45 | Renda Rates for Ford Pickup Truck F150 |
| III | 46 | Renda Rates for John Deere Gator |
| III | 47 | Tug Boat "Melissa B" - Franvel Corp Operating and Standby Rate Calculations |
| III | 48 | Renda Rates for Combination Building - 18' |
| III | 49 | Renda Rates for Supply Barge MCD212 |
| III | 50 | Renda Rates for Spud Barge KS4001 |
| III | 51 | Renda Rates for Caterpillar LGP - D6M |
| III | 52 | Renda Rates for Komatsu Dozer (SG) |
| III | 53 | Renda Rates for Volvo Articulated Truck A25C |
| III | 54 | Renda Rates for Diesel Welder 400 Amp |
| III | 55 | Renda Rates for Lincoln Welder - 500 Amp |
| III | 56 | Renda Rates for Diesel Welder - 250 Amp |

Franvel Corp
Renda Marine Inc. v United States
No. 02-306C (Fed. Cl.)

List of Tabs


| Volume | Tab | Description |
|---|---|---|
| III | 57 | Renda Rates for Diesel Welder - 250 Amp |
| III | 58 | Renda Rates for Air Compressor 185 CFM - P185WJD |
| III | 59 | Renda Rates for Air Compressor + Hose 185 CFM - P185WJD |
| III | 60 | Renda Rates for Air Compressor 185 CFM - P185WJD |
| III | 61 | Renda Rates for Air Compressor 185 CFM - P185WJD |
| III | 62 | Renda Rates for Air Compressor 210 CFM - D210Q6JD |
| III | 63 | Renda Rates for Komatsu Track Excavator - PC300LC-6 |
| III | 64 | Renda Rates for Komatsu Track Excavator - PC200LC-6 |
| III | 65 | Renda Rates for Komatsu Track Excavator - PC200LC-6 |
| III | 66 | Renda Rates for John Deere 550H Dozer - LGP |
| III | 67 | Renda Rates for John Deere 550H Dozer - LGP |
| III | 68 | Renda Rates for Caterpillar D5H Dozer |
| III | 69 | Renda Rates for Ford Explorer (2x2) |
| III | 70 | Renda Rates for Ford Pickup Truck - F250HD (4x4) |
| III | 71 | Renda Rates for Caterpillar Dump Truck - D275B |
| III | 72 | Renda Rates for Komatsu Dozer - D68P |
| III | 73 | Renda Rates for Ford Pickup Truck - F250 |
| III | 74 | Renda Rates for Komatsu Track Excavator - PC200LC-6 |
| III | 75 | Renda Rates for John Deere D850C Dozer - LGP Crawler |
| III | 76 | Renda Rates for John Deere Track Excavator - JD230LC |
| III | 77 | Renda Rates for John Deere Track Excavator - JD450LC |
| III | 78 | Renda Rates for Link-Belt LS4300 Excavator |
| III | 79 | Renda Rates for Bell B25C Articulated Dump Truck |
| III | 80 | Renda Rates for Bell B25C Articulated Dump Truck |
| III | 81 | Renda Rates for Bell B25C Articulated Dump Truck |
| III | 82 | Renda Rates for Bell B25C Articulated Dump Truck |
| III | 83 | Renda Rates for Jeep, Flat-Bed Off Road |
| III | 84 | Renda Rates for Komatsu Dozer D68P, Pyramid D405 |
| III | 85 | Renda Rates for Caterpillar 950E Loader w/Q/A Forks |
| III | 86 | Renda Rates for Caterpillar 120G Motorgrader MG2001 |
| III | 87 | Renda Rates for Komatsu Dozer - D65PX |
| III | 88 | Renda Rates for Komatsu Dozer - D65PX |
| III | 89 | Intentionally left blank |
| III | 90 | Renda Rates for Alco Redi-Prime Pump - 12" |
| III | 91 | Renda Rates for Hendry Booster |
| III | 92 | Renda Rates for Ford Expedition (2x2) |
| III | 93 | Renda Rates for Ford Pickup Truck - F250HD (4x4) |

Franvel Corp
Renda Marine Inc. v United States
No. 02-306C (Fed. Cl.)

List of Tabs


| Volume | Tab | Description |
|---|---|---|
| III | 94 | Intentionally left blank |
| III | 95 | Renda Rates for Komatsu Dozer - D65PX-12 |
| III | 96 | Renda Marine Book Asset Detail for Fiscal Year Ending October 31, 2000 and 2001 |
| III | 97 | Comparison of Daily Equipment Working Hours Used in Renda Claims |
| III | 98 | Summary of Equipment Rates Used by Renda |
| III | 99 | Calculations for Average Fuel Cost and Facilities Capital Cost of Money Rate |
| III | 100 | Franvel Corp Land-based Equipment Rate Calculations |
| IV | 1 | Pre-solicitation Notice and Commerce Business Daily Announcement for Upper Bayou Project Dated January 26, 1998 |
| IV | 2 | Excerpt of Eddie Fisher Deposition taken on February 1, 2001, page 10-13 |
| IV | 3 | Dredging Supply Company, Inc. Letter dated April 30, 1998 |
| IV | 4 | Amendment No. 1 to Upper Bayou Solicitation dated July 7, 1998 |
| IV | 5 | Abstract of Bids dated July 20, 1998 |
| IV | 6 | Excerpt of Eddie Fisher Deposition taken on February 1, 2001, page 18-21 |
| IV | 7 | Chubb Group Contract Bond Request Form and July 8, 1998, Memorandum from Jim Balzan, WTO-Surety dated July 8, 1998 |
| IV | 8 | Oscar Renda Contracting Inc. Letter dated July 29, 1998 |
| IV | 9 | Renda Marine Letter dated August 12, 1998 |
| IV | 10 | Renda Marine Letter dated July 30, 1998 |
| IV | 11 | Oscar Renda Contracting Inc. Letter dated September 18, 1998 |
| IV | 12 | Government Findings of Fact Concerning the Mistake in Bid by Renda Marine |
| IV | 13 | Renda Marine Letter dated August 3, 1998 |
| IV | 14 | August 10, 1998 Review of Dredging Plan by Allen Dupont and Upper Bayou Pre-award Review by TCB/GBA Joint Venture |
| IV | 15 | Renda Marine Letter dated August 21, 1998 |
| IV | 16 | Renda Marine Worksheet "Stiff Clay Percentages.xls" dated August 15, 1998 |
| IV | 17 | Renda Marine Letter dated June 12, 2000 |
| IV | 18 | Renda Marine Letter dated April 28, 2000 |
| IV | 19 | Topics for Preparatory Meeting dated July 30, 1999 |
| IV | 20 | Renda Marine Letter dated October 18, 2000 |
| IV | 21 | Renda Marine Letter dated October 13, 1999 |
| IV | 22 | Renda Marine Letter dated January 5, 2000 |
| IV | 23 | Eddie Fisher Email dated February 1, 2000 |
| IV | 24 | Renda Marine Letter dated March 30, 2000 |
| IV | 25 | Renda Marine Undated Letter Received on August 5, 1999 |
| IV | 26 | Renda Marine Letter dated October 20, 2000 |
| IV | 27 | Eddie Fisher Email dated September 25, 1999 |

Franvel Corp
Renda Marine Inc. v United States
No. 02-306C (Fed. Cl.)

List of Tabs


| Volume | Tab | Description |
|---|---|---|
| IV | 28 | Renda Marine Letter dated December 20, 2000 |
| IV | 29 | Renda Marine Letter dated January 31, 2001 |
| IV | 30 | Government Letter dated March 29, 2001 |
| IV | 31 | Renda Marine Letter dated April 14, 2001 |
| IV | 32 | Renda Marine Letter dated April 16, 2001 |
| IV | 33 | Eddie Fisher Email dated February 21, 2000 |
| IV | 34 | Renda Marine Letter dated July 28, 2000 |
| IV | 35 | Modification No. P00026 dated May 4, 2001 |
| IV | 36 | Renda Marine Letter dated August 18, 2000 |
| IV | 37 | Modification No. P00027 dated May 23, 2001 |
| IV | 38 | Defense Contract Audit Agency Report No. 3511-2003M17200012 dated December 12, 2002 and Franvel Corp., Overhead Rate Summary |
| IV | 39 | Preparatory Meeting Agenda and Transmittal for Item No. 3, Retaining Levees |
| IV | 40 | Renda Marine Letter dated July 7, 1999 |
| IV | 41 | Renda Marine Letter dated August 2, 1999 |
| IV | 42 | Government Email dated August 3, 1999 |
| IV | 43 | Renda Email dated August 6, 1999 |
| IV | 44 | Government Letter dated October 12, 1999 |
| IV | 45 | Renda Marine Letter dated October 25, 1999 |
| IV | 46 | Renda Marine Letter dated November 10, 1999 |
| IV | 47 | Gahagan & Bryant Associates Email dated January 28, 2000 |
| IV | 48 | Gahagan & Bryant Associates Email dated March 23, 2000 |
| IV | 49 | Renda Marine Letter dated November 2, 2000 |
| IV | 50 | Government Letter dated May 22, 2001 and Government Letter dated June 1, 2001 |
| V | 1 | Franvel Report of Dredging Quantities |
| V | 2 | Franvel Report of Cubic Yards by Advance |
| V | 3 | Franvel Summary of Contract Payments |
| V | 4 | Franvel Graph and Report of Gross Cubic Yards Dredged vs Pay Quantity |
| V | 5 | Report of Operations for October 8 and 9, 1999 |
| V | 6 | Renda Marine April 11, 2000 facsimile and April 11, 2000 Government Email |
| V | 7 | Renda Marine Email dated February 1, 2000 |
| V | 8 | Renda Marine Daily Report for April 19, 2000 and facsimile dated April 20, 2000 |
| V | 9 | April 21, 2000 Inspection Report of Dredging and Report of Operations |
| V | 10 | April 25, 2000 Renda Marine Daily Report |

Franvel Corp
Renda Marine Inc. v United States
No. 02-306C (Fed. Cl.)

List of Tabs


| Volume | Tab | Description |
|---|---|---|
| V | 11 | Report of Operations for April 3-May 5, 2000 and May 13, 2000 |
| V | 12 | Renda Marine Daily Report for April 23-May 4, 2000; May 14, 2000; and May 19, 2000 |
| V | 13 | Renda Marine Engine Room Log |
| V | 14 | April 25, 2000 Inspection Report of Dredging |
| V | 15 | Cross Sections for Station 470+00 |
| V | 16 | Cross Sections for Station 472+00 |
| V | 17 | Dredge Millennium Operations Computer Software Manual |
| V | 18 | Cross Sections for Channel Station 470+00, 472+00, 474+00, and 476+00 |
| V | 19 | Franvel Graph of Dredge Locations and South Ferry Landing Work Areas |
| V | 20 | Franvel Report for Renda Marine's Measured Mile at South Ferry Landing |
| V | 21 | Franvel Report for South Ferry Landing |
| V | 22 | Franvel Report of New Measured Mile for South Ferry Landing |
| V | 23 | Facsimile Coversheet dated October 27, 1998 from Mobile Pulley & Machine Works |
| V | 24 | Mobile Pulley & Machine Works - Two Quotations dated May 25, 2000 and Invoice dated September 1, 2000 |
| V | 25 | Renda Internal Memorandum dated March 22, 2000 |
| V | 26 | Franvel Corp Standby Rate for South Ferry Landing |
| V | 27 | Franvel Corp Direct Labor Expenses for South Ferry Landing |
| V | 28 | Franvel Corp Equipment Cost for South Ferry Landing |
| V | 29 | Defense Contract Audit Agency Report No. 3511-2003M17200006 dated December 12, 2002 and Franvel Corp Overhead Rate Summary |
| V | 30 | Franvel Corp Profit Computations for South Ferry Landing |
| V | 31 | Franvel Corp Non-pay Yardage |
| V | 32 | April 17, 2000 Invoice for Melissa B, Inc. and Renda Job Code Report |
| V | 33 | Emails dated May 3, 2000 and May 7, 2001 concerning South Ferry Landing |
| V | 34 | Renda Marine Contractor Quality Control Report dated April 21, 2000 and Franvel Report of Operating Plant |
| V | 35 | Government Letter dated April 13, 1999 |
| V | 36 | Franvel Corp Dredge Production Report |
| V | 37 | Renda Marine Daily Production Report for July 16, 17 and 18, 2000 |
| V | 38 | Barry Smith Email dated June 4, 2000 |
| V | 39 | Report of Operations for October 16, 17 and 18, 2000 |
| V | 40 | Reliant Energy-HL&P Letter dated October 16, 2000 |
| V | 41 | Franvel Corp HL&P Labor Cost Report |
| V | 42 | Franvel Corp Transmission Tower Added Work Report |