# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: February 10, 2005)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Motion for Inclusion of Matter at Scheduled Pre-Trial Conference (Motion for Inclusion), filed with the court on February 8, 2005, which requests that the court consider and rule on plaintiff's Motion to Limit Testimony by Defendant's Experts (Motion to Limit), filed on April 14, 2004.

The court will include discussion of the qualification of experts and objections to expert testimony at the pretrial conference on February 16, 2005. The court expects that the types of matters addressed in plaintiff's Motion to Limit will be addressed and decided in voir dire and in objections to testimony at trial. Accordingly, plaintiff's Motion to Limit is DENIED WITHOUT PREJUDICE.

Plaintiff's Motion for Inclusion is GRANTED-IN-PART to the extent that certain matters related to experts and expert testimony will be discussed at the pretrial conference, and otherwise DENIED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT

Judge