**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 16.610 | REM38992 | REM38992 | 00/00/0000 | | | Photograph | |
| 16.611 | REM38993 | REM38993 | 00/00/0000 | | | Photograph | |
| 16.612 | REM38994 | REM38994 | 00/00/0000 | | | Photograph | |
| 16.613 | REM38995 | REM38995 | 00/00/0000 | | | Photograph | |
| 16.614 | REM38996 | REM38996 | 00/00/0000 | | | Photograph | |
| 16.615 | REM38997 | REM38997 | 00/00/0000 | | | Photograph | |
| 16.616 | REM38998 | REM38998 | 00/00/0000 | | | Photograph | |
| 16.617 | REM38999 | REM38999 | 00/00/0000 | | | Photograph | |
| 16.618 | REM39000 | REM39000 | 00/00/0000 | | | Photograph | |
| 16.619 | REM39017 | REM39017 | 00/00/0000 | | | Photograph | |
| 16.620 | REM39018 | REM39018 | 00/00/0000 | | | Photograph | |
| 16.621 | REM39019 | REM39019 | 00/00/0000 | | | Photograph | |
| 16.622 | REM39020 | REM39020 | 00/00/0000 | | | Photograph | |
| 16.623 | REM39021 | REM39021 | 00/00/0000 | | | Photograph | |
| 16.624 | REM39022 | REM39022 | 00/00/0000 | | | Photograph | |
| 16.625 | REM39023 | REM39023 | 00/00/0000 | | | Photograph | |
| 16.626 | REM39024 | REM39024 | 00/00/0000 | | | Photograph | |
| 16.627 | REM39025 | REM39025 | 00/00/0000 | | | Photograph | |
| 16.628 | REM41040 | REM41040 | 00/00/0000 | | | Photograph | |
| 16.629 | REM41041 | REM41041 | 00/00/0000 | | | Photograph | |
| 16.630 | REM41042 | REM41042 | 00/00/0000 | | | Photograph | |
| 16.631 | REM41043 | REM41043 | 00/00/0000 | | | Photograph | |
| 16.632 | REM41044 | REM41044 | 00/00/0000 | | | Photograph | |
| 16.633 | REM41045 | REM41045 | 00/00/0000 | | | Photograph | |
| 16.634 | REM41046 | REM41046 | 00/00/0000 | | | Photograph | |
| 16.635 | REM41047 | REM41047 | 00/00/0000 | | | Photograph | |
| 16.636 | REM41048 | REM41048 | 00/00/0000 | | | Photograph | |
| 16.637 | REM41049 | REM41049 | 00/00/0000 | | | Photograph | |
| 16.638 | REM41050 | REM41050 | 00/00/0000 | | | Photograph | |
| 16.639 | REM41051 | REM41051 | 00/00/0000 | | | Photograph | |
| 16.640 | REM41052 | REM41052 | 00/00/0000 | | | Photograph | |
| 16.641 | REM41053 | REM41053 | 00/00/0000 | | | Photograph | |
| 16.642 | REM41054 | REM41054 | 00/00/0000 | | | Photograph | |
| 16.643 | REM41055 | REM41055 | 00/00/0000 | | | Photograph | |
| 16.644 | REM41056 | REM41056 | 00/00/0000 | | | Photograph | |
| 16.645 | REM41057 | REM41057 | 00/00/0000 | | | Photograph | |
| 16.646 | REM41058 | REM41058 | 00/00/0000 | | | Photograph | |
| 16.647 | REM41059 | REM41059 | 00/00/0000 | | | Photograph | |
| 16.648 | REM40300 | REM40300 | 10/0/2000 | | | Photograph | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 17.001 | RM-COE-21695 | RM-COE-21704 | 4/26/1999 | | | Photograph | |
| 17.002 | RM-COE-21794 | RM-COE-21796 | 3/3/2000 | | | Photograph | |
| 17.003 | RM-COE-21809 | RM-COE-21817 | 3/10/2000 | | | Photograph | |
| 17.004 | RM-COE-21819 | RM-COE-21826 | 3/10/2000 | | | Photograph | |
| 17.005 | RM-COE-21828 | RM-COE-21835 | 3/10/2000 | | | Photograph | |
| 17.006 | RM-COE-21837 | RM-COE-21844 | 3/10/2000 | | | Photograph | |
| 17.007 | RM-COE-04673 | RM-COE-04674 | 5/12/2001 | | | Photograph | |
| 18.001 | RM-CPP-00007 | RM-CPP-000007 | | Corps of Engineers- | | Photograph | |
| 18.002 | RM-CPP-00009 | RM-CPP-00009 | | Corps of Engineers- | | Photograph | |
| 18.003 | RM-CPP-00012 | RM-CPP-00012 | | Corps of Engineers- | | Photograph | |
| 18.004 | RM-CPP-00013 | RM-CPP-00013 | | Corps of Engineers- | | Photograph | |
| 18.005 | RM-CPP-00017 | RM-CPP-00017 | | Corps of Engineers- | | Photograph | |
| 18.006 | RM-CPP-00018 | RM-CPP-00018 | | Corps of Engineers- | | Photograph | |
| 18.007 | RM-CPP-00020 | RM-CPP-00020 | | Corps of Engineers- | | Photograph | |
| 18.008 | RM-CPP-00025 | RM-CPP-00025 | | Corps of Engineers- | | Photograph | |
| 18.009 | RM-CPP-00031 | RM-CPP-00031 | | Corps of Engineers- | | Photograph | |
| 18.010 | RM-CPP-00032 | RM-CPP-00032 | | Corps of Engineers- | | Photograph | |
| 18.011 | RM-CPP-00039 | RM-CPP-00039 | | Corps of Engineers- | | Photograph | |
| 18.012 | RM-CPP-00043 | RM-CPP-00043 | | Corps of Engineers- | | Photograph | |
| 18.013 | RM-CPP-00064 | RM-CPP-00064 | | Corps of Engineers- | | Photograph | |
| 18.014 | RM-CPP-00077 | RM-CPP-00077 | | Corps of Engineers- | | Photograph | |
| 18.015 | RM-CPP-00080 | RM-CPP-00080 | | Corps of Engineers- | | Photograph | |
| 18.016 | RM-CPP-00086 | RM-CPP-00086 | | Corps of Engineers- | | Photograph | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.017 | RM-CPP-00092 | RM-CPP-00092 | | Corps of Engineers- | | Photograph | |
| 18.018 | RM-CPP-00093 | RM-CPP-00093 | | Corps of Engineers- | | Photograph | |
| 18.019 | RM-CPP-00094 | RM-CPP-00094 | | Corps of Engineers- | | Photograph | |
| 18.020 | RM-CPP-00097 | RM-CPP-00097 | | Corps of Engineers- | | Photograph | |
| 18.021 | RM-CPP-00098 | RM-CPP-00098 | | Corps of Engineers- | | Photograph | |
| 18.022 | RM-CPP-00101 | RM-CPP-00101 | | Corps of Engineers- | | Photograph | |
| 18.023 | RM-CPP-00102 | RM-CPP-00102 | | Corps of Engineers- | | Photograph | |
| 18.024 | RM-CPP-00103 | RM-CPP-00103 | | Corps of Engineers- | | Photograph | |
| 18.025 | RM-CPP-00104 | RM-CPP-00104 | | Corps of Engineers- | | Photograph | |
| 18.026 | RM-CPP-00105 | RM-CPP-00105 | | Corps of Engineers- | | Photograph | |
| 18.027 | RM-CPP-00106 | RM-CPP-00106 | | Corps of Engineers- | | Photograph | |
| 18.028 | RM-CPP-00107 | RM-CPP-00107 | | Corps of Engineers- | | Photograph | |
| 18.029 | RM-CPP-00108 | RM-CPP-00108 | | Corps of Engineers- | | Photograph | |
| 18.030 | RM-CPP-00109 | RM-CPP-00109 | | Corps of Engineers- | | Photograph | |
| 18.031 | RM-CPP-00112 | RM-CPP-00112 | | Corps of Engineers- | | Photograph | |
| 18.032 | RM-CPP-00116 | RM-CPP-00116 | | Corps of Engineers- | | Photograph | |
| 18.033 | RM-CPP-00119 | RM-CPP-00119 | | Corps of Engineers- | | Photograph | |
| 18.034 | RM-CPP-00122 | RM-CPP-00122 | | Corps of Engineers- | | Photograph | |
| 18.035 | RM-CPP-00127 | RM-CPP-00127 | | Corps of Engineers- | | Photograph | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.036 | RM-CPP-00128 | RM-CPP-00128 | | Corps of Engineers- | | Photograph | |
| 18.037 | RM-CPP-00130 | RM-CPP-00130 | | Corps of Engineers- | | Photograph | |
| 18.038 | RM-CPP-00137 | RM-CPP-00137 | | Corps of Engineers- | | Photograph | |
| 18.039 | RM-CPP-00138 | RM-CPP-00138 | | Corps of Engineers- | | Photograph | |
| 18.040 | RM-CPP-00149 | RM-CPP-00149 | | Corps of Engineers- | | Photograph | |
| 18.041 | RM-CPP-00150 | RM-CPP-00150 | | Corps of Engineers- | | Photograph | |
| 18.042 | RM-CPP-00151 | RM-CPP-00151 | | Corps of Engineers- | | Photograph | |
| 18.043 | RM-CPP-00152 | RM-CPP-00152 | | Corps of Engineers- | | Photograph | |
| 18.044 | RM-CPP-00157 | RM-CPP-00157 | | Corps of Engineers- | | Photograph | |
| 18.045 | RM-CPP-00159 | RM-CPP-00159 | | Corps of Engineers- | | Photograph | |
| 18.046 | RM-CPP-00160 | RM-CPP-00160 | | Corps of Engineers- | | Photograph | |
| 18.047 | RM-CPP-00161 | RM-CPP-00161 | | Corps of Engineers- | | Photograph | |
| 18.048 | RM-CPP-00162 | RM-CPP-00162 | | Corps of Engineers- | | Photograph | |
| 18.049 | RM-CPP-00165 | RM-CPP-00165 | | Corps of Engineers- | | Photograph | |
| 18.050 | RM-CPP-00166 | RM-CPP-00166 | | Corps of Engineers- | | Photograph | |
| 18.051 | RM-CPP-00167 | RM-CPP-00167 | | Corps of Engineers- | | Photograph | |
| 18.052 | RM-CPP-00169 | RM-CPP-00169 | | Corps of Engineers- | | Photograph | |
| 18.053 | RM-CPP-00174 | RM-CPP-00174 | | Corps of Engineers- | | Photograph | |
| 18.054 | RM-CPP-00175 | RM-CPP-00175 | | Corps of Engineers- | | Photograph | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.055 | RM-CPP-00176 | RM-CPP-00176 | | Corps of Engineers- | | Photograph | |
| 18.056 | RM-CPP-00186 | RM-CPP-00186 | | Corps of Engineers- | | Photograph | |
| 18.057 | RM-CPP-00187 | RM-CPP-00187 | | Corps of Engineers- | | Photograph | |
| 18.058 | RM-CPP-00188 | RM-CPP-00188 | | Corps of Engineers- | | Photograph | |
| 18.059 | RM-CPP-00189 | RM-CPP-00189 | | Corps of Engineers- | | Photograph | |
| 18.060 | RM-CPP-00190 | RM-CPP-00190 | | Corps of Engineers- | | Photograph | |
| 18.061 | RM-CPP-00192 | RM-CPP-00192 | | Corps of Engineers- | | Photograph | |
| 18.062 | RM-CPP-00193 | RM-CPP-00193 | | Corps of Engineers- | | Photograph | |
| 18.063 | RM-CPP-00194 | RM-CPP-00194 | | Corps of Engineers- | | Photograph | |
| 18.064 | RM-CPP-00195 | RM-CPP-00195 | | Corps of Engineers- | | Photograph | |
| 18.065 | RM-CPP-00196 | RM-CPP-00196 | | Corps of Engineers- | | Photograph | |
| 18.066 | RM-CPP-00198 | RM-CPP-00198 | | Corps of Engineers- | | Photograph | |
| 18.067 | RM-CPP-00208 | RM-CPP-00208 | | Corps of Engineers- | | Photograph | |
| 18.068 | RM-CPP-00209 | RM-CPP-00209 | | Corps of Engineers- | | Photograph | |
| 18.069 | RM-CPP-00215 | RM-CPP-00215 | | Corps of Engineers- | | Photograph | |
| 18.070 | RM-CPP-00216 | RM-CPP-00216 | | Corps of Engineers- | | Photograph | |
| 18.071 | RM-CPP-00217 | RM-CPP-00217 | | Corps of Engineers- | | Photograph | |
| 18.072 | RM-CPP-00218 | RM-CPP-00218 | | Corps of Engineers- | | Photograph | |
| 18.073 | RM-CPP-00219 | RM-CPP-00219 | | Corps of Engineers- | | Photograph | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.074 | RM-CPP-00226 | RM-CPP-00226 | | Corps of Engineers- | | Photograph | |
| 18.075 | RM-CPP-00229 | RM-CPP-00229 | | Corps of Engineers- | | Photograph | |
| 18.076 | RM-CPP-00230 | RM-CPP-00230 | | Corps of Engineers- | | Photograph | |
| 18.077 | RM-CPP-00231 | RM-CPP-00231 | | Corps of Engineers- | | Photograph | |
| 18.078 | RM-CPP-00235 | RM-CPP-00235 | | Corps of Engineers- | | Photograph | |
| 18.079 | RM-CPP-00236 | RM-CPP-00236 | | Corps of Engineers- | | Photograph | |
| 18.080 | RM-CPP-00237 | RM-CPP-00237 | | Corps of Engineers- | | Photograph | |
| 18.081 | RM-CPP-00238 | RM-CPP-00238 | | Corps of Engineers- | | Photograph | |
| 18.082 | RM-CPP-00241 | RM-CPP-00241 | | Corps of Engineers- | | Photograph | |
| 18.083 | RM-CPP-00242 | RM-CPP-00242 | | Corps of Engineers- | | Photograph | |
| 18.084 | RM-CPP-00245 | RM-CPP-00245 | | Corps of Engineers- | | Photograph | |
| 18.085 | RM-CPP-00263 | RM-CPP-00263 | | Corps of Engineers- | | Photograph | |
| 18.086 | RM-CPP-00265 | RM-CPP-00265 | | Corps of Engineers- | | Photograph | |
| 18.087 | RM-CPP-00266 | RM-CPP-00266 | | Corps of Engineers- | | Photograph | |
| 18.088 | RM-CPP-00267 | RM-CPP-00267 | | Corps of Engineers- | | Photograph | |
| 18.089 | RM-CPP-00268 | RM-CPP-00268 | | Corps of Engineers- | | Photograph | |
| 18.090 | RM-CPP-00269 | RM-CPP-00269 | | Corps of Engineers- | | Photograph | |
| 18.091 | RM-CPP-00271 | RM-CPP-00271 | | Corps of Engineers- | | Photograph | |
| 18.092 | RM-CPP-00272 | RM-CPP-00272 | | Corps of Engineers- | | Photograph | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.093 | RM-CPP-00273 | RM-CPP-00273 | | Corps of Engineers- | | Photograph | |
| 18.094 | RM-CPP-00274 | RM-CPP-00274 | | Corps of Engineers- | | Photograph | |
| 18.095 | RM-CPP-00276 | RM-CPP-00276 | | Corps of Engineers- | | Photograph | |
| 18.096 | RM-CPP-00277 | RM-CPP-00277 | | Corps of Engineers- | | Photograph | |
| 18.097 | RM-CPP-00278 | RM-CPP-00278 | | Corps of Engineers- | | Photograph | |
| 18.098 | RM-CPP-00281 | RM-CPP-00281 | | Corps of Engineers- | | Photograph | |
| 18.099 | RM-CPP-00283 | RM-CPP-00283 | | Corps of Engineers- | | Photograph | |
| 18.100 | RM-CPP-00284 | RM-CPP-00284 | | Corps of Engineers- | | Photograph | |
| 18.101 | RM-CPP-00290 | RM-CPP-00290 | | Corps of Engineers- | | Photograph | |
| 18.102 | RM-CPP-00292 | RM-CPP-00292 | | Corps of Engineers- | | Photograph | |
| 18.103 | RM-CPP-00303 | RM-CPP-00303 | | Corps of Engineers- | | Photograph | |
| 18.104 | RM-CPP-00307 | RM-CPP-00307 | | Corps of Engineers- | | Photograph | |
| 18.105 | RM-CPP-00309 | RM-CPP-00309 | | Corps of Engineers- | | Photograph | |
| 18.106 | RM-CPP-00311 | RM-CPP-00311 | | Corps of Engineers- | | Photograph | |
| 18.107 | RM-CPP-00312 | RM-CPP-00312 | | Corps of Engineers- | | Photograph | |
| 18.108 | RM-CPP-00324 | RM-CPP-00324 | | Corps of Engineers- | | Photograph | |
| 18.109 | RM-CPP-00332 | RM-CPP-00332 | | Corps of Engineers- | | Photograph | |
| 18.110 | RM-CPP-00334 | RM-CPP-00334 | | Corps of Engineers- | | Photograph | |
| 18.111 | RM-CPP-00335 | RM-CPP-00335 | | Corps of Engineers- | | Photograph | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.112 | RM-CPP-00342 | RM-CPP-00342 | | Corps of Engineers- | | Photograph | |
| 18.113 | RM-CPP-00343 | RM-CPP-00343 | | Corps of Engineers- | | Photograph | |
| 18.114 | RM-CPP-00344 | RM-CPP-00344 | | Corps of Engineers- | | Photograph | |
| 18.115 | RM-CPP-00345 | RM-CPP-00345 | | Corps of Engineers- | | Photograph | |
| 18.116 | RM-CPP-00346 | RM-CPP-00346 | | Corps of Engineers- | | Photograph | |
| 18.117 | RM-CPP-00350 | RM-CPP-00350 | | Corps of Engineers- | | Photograph | |
| 18.118 | RM-CPP-00353 | RM-CPP-00353 | | Corps of Engineers- | | Photograph | |
| 18.119 | RM-CPP-00366 | RM-CPP-00366 | | Corps of Engineers- | | Photograph | |
| 18.120 | RM-CPP-00369 | RM-CPP-00369 | | Corps of Engineers- | | Photograph | |
| 18.121 | RM-CPP-00375 | RM-CPP-00375 | | Corps of Engineers- | | Photograph | |
| 18.122 | RM-CPP-00377 | RM-CPP-00377 | | Corps of Engineers- | | Photograph | |
| 18.123 | RM-CPP-00395 | RM-CPP-00395 | | Corps of Engineers- | | Photograph | |
| 18.124 | RM-CPP-00398 | RM-CPP-00398 | | Corps of Engineers- | | Photograph | |
| 18.125 | RM-CPP-00399 | RM-CPP-00399 | | Corps of Engineers- | | Photograph | |
| 18.126 | RM-CPP-00400 | RM-CPP-00400 | | Corps of Engineers- | | Photograph | |
| 18.127 | RM-CPP-00401 | RM-CPP-00401 | | Corps of Engineers- | | Photograph | |
| 18.128 | RM-CPP-00402 | RM-CPP-00402 | | Corps of Engineers- | | Photograph | |
| 18.129 | RM-CPP-00403 | RM-CPP-00403 | | Corps of Engineers- | | Photograph | |
| 18.130 | RM-CPP-00407 | RM-CPP-00407 | | Corps of Engineers- | | Photograph | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.131 | RM-CPP-00416 | RM-CPP-00416 | | Corps of Engineers- | | Photograph | |
| 18.132 | RM-CPP-00417 | RM-CPP-00417 | | Corps of Engineers- | | Photograph | |
| 18.133 | RM-CPP-00420 | RM-CPP-00420 | | Corps of Engineers- | | Photograph | |
| 18.134 | RM-CPP-00421 | RM-CPP-00421 | | Corps of Engineers- | | Photograph | |
| 18.135 | RM-CPP-00426 | RM-CPP-00426 | | Corps of Engineers- | | Photograph | |
| 18.136 | RM-CPP-00445 | RM-CPP-00445 | | Corps of Engineers- | | Photograph | |
| 18.137 | RM-CPP-00446 | RM-CPP-00446 | | Corps of Engineers- | | Photograph | |
| 18.138 | RM-CPP-00447 | RM-CPP-00447 | | Corps of Engineers- | | Photograph | |
| 18.139 | RM-CPP-00448 | RM-CPP-00448 | | Corps of Engineers- | | Photograph | |
| 18.140 | RM-CPP-00449 | RM-CPP-00449 | | Corps of Engineers- | | Photograph | |
| 18.141 | RM-CPP-00451 | RM-CPP-00451 | | Corps of Engineers- | | Photograph | |
| 18.142 | RM-CPP-00452 | RM-CPP-00452 | | Corps of Engineers- | | Photograph | |
| 18.143 | RM-CPP-00453 | RM-CPP-00453 | | Corps of Engineers- | | Photograph | |
| 18.144 | RM-CPP-00456 | RM-CPP-00456 | | Corps of Engineers- | | Photograph | |
| 18.145 | RM-CPP-00458 | RM-CPP-00458 | | Corps of Engineers- | | Photograph | |
| 18.146 | RM-CPP-00460 | RM-CPP-00460 | | Corps of Engineers- | | Photograph | |
| 18.147 | RM-CPP-00461 | RM-CPP-00461 | | Corps of Engineers- | | Photograph | |
| 18.148 | RM-CPP-00463 | RM-CPP-00463 | | Corps of Engineers- | | Photograph | |
| 18.149 | RM-CPP-00465 | RM-CPP-00465 | | Corps of Engineers- | | Photograph | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.150 | RM-CPP-00467 | RM-CPP-00467 | | Corps of Engineers- | | Photograph | |
| 18.151 | RM-CPP-00473 | RM-CPP-00473 | | Corps of Engineers- | | Photograph | |
| 18.152 | RM-CPP-00474 | RM-CPP-00474 | | Corps of Engineers- | | Photograph | |
| 18.153 | RM-CPP-00475 | RM-CPP-00475 | | Corps of Engineers- | | Photograph | |
| 18.154 | RM-CPP-00476 | RM-CPP-00476 | | Corps of Engineers- | | Photograph | |
| 18.155 | RM-CPP-00477 | RM-CPP-00477 | | Corps of Engineers- | | Photograph | |
| 18.156 | RM-CPP-00478 | RM-CPP-00478 | | Corps of Engineers- | | Photograph | |
| 18.157 | RM-CPP-00479 | RM-CPP-00479 | | Corps of Engineers- | | Photograph | |
| 18.158 | RM-CPP-00480 | RM-CPP-00480 | | Corps of Engineers- | | Photograph | |
| 18.159 | RM-CPP-00481 | RM-CPP-00481 | | Corps of Engineers- | | Photograph | |
| 18.160 | RM-CPP-00482 | RM-CPP-00482 | | Corps of Engineers- | | Photograph | |
| 18.161 | RM-CPP-00483 | RM-CPP-00483 | | Corps of Engineers- | | Photograph | |
| 18.162 | RM-CPP-00486 | RM-CPP-00486 | | Corps of Engineers- | | Photograph | |
| 18.163 | RM-CPP-00487 | RM-CPP-00487 | | Corps of Engineers- | | Photograph | |
| 18.164 | RM-CPP-00488 | RM-CPP-00488 | | Corps of Engineers- | | Photograph | |
| 18.165 | RM-CPP-00491 | RM-CPP-00491 | | Corps of Engineers- | | Photograph | |
| 18.166 | RM-CPP-00492 | RM-CPP-00492 | | Corps of Engineers- | | Photograph | |
| 18.167 | RM-CPP-00493 | RM-CPP-00493 | | Corps of Engineers- | | Photograph | |
| 18.168 | RM-CPP-00495 | RM-CPP-00495 | | Corps of Engineers- | | Photograph | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.169 | RM-CPP-00496 | RM-CPP-00496 | | Corps of Engineers- | | Photograph | |
| 18.170 | RM-CPP-00497 | RM-CPP-00497 | | Corps of Engineers- | | Photograph | |
| 18.171 | RM-CPP-00499 | RM-CPP-00499 | | Corps of Engineers- | | Photograph | |
| 18.172 | RM-CPP-00500 | RM-CPP-00500 | | Corps of Engineers- | | Photograph | |
| 18.173 | RM-CPP-00501 | RM-CPP-00501 | | Corps of Engineers- | | Photograph | |
| 18.174 | RM-CPP-00504 | RM-CPP-00504 | | Corps of Engineers- | | Photograph | |
| 18.175 | RM-CPP-00510 | RM-CPP-00510 | | Corps of Engineers- | | Photograph | |
| 18.176 | RM-CPP-00513 | RM-CPP-00513 | | Corps of Engineers- | | Photograph | |
| 18.177 | RM-CPP-00515 | RM-CPP-00515 | | Corps of Engineers- | | Photograph | |
| 18.178 | RM-CPP-00516 | RM-CPP-00516 | | Corps of Engineers- | | Photograph | |
| 18.179 | RM-CPP-00519 | RM-CPP-00519 | | Corps of Engineers- | | Photograph | |
| 18.180 | RM-CPP-00524 | RM-CPP-00524 | | Corps of Engineers- | | Photograph | |
| 18.181 | RM-CPP-00525 | RM-CPP-00525 | | Corps of Engineers- | | Photograph | |
| 18.182 | RM-CPP-00528 | RM-CPP-00528 | | Corps of Engineers- | | Photograph | |
| 18.183 | RM-CPP-00529 | RM-CPP-00529 | | Corps of Engineers- | | Photograph | |
| 18.184 | RM-CPP-00533 | RM-CPP-00533 | | Corps of Engineers- | | Photograph | |
| 18.185 | RM-CPP-00534 | RM-CPP-00534 | | Corps of Engineers- | | Photograph | |
| 18.186 | RM-CPP-00535 | RM-CPP-00535 | | Corps of Engineers- | | Photograph | |
| 18.187 | RM-CPP-00536 | RM-CPP-00536 | | Corps of Engineers- | | Photograph | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.188 | RM-CPP-00540 | RM-CPP-00540 | | Corps of Engineers- | | Photograph | |
| 18.189 | RM-CPP-00544 | RM-CPP-00544 | | Corps of Engineers- | | Photograph | |
| 18.190 | RM-CPP-00547 | RM-CPP-00547 | | Corps of Engineers- | | Photograph | |
| 18.191 | RM-CPP-00550 | RM-CPP-00550 | | Corps of Engineers- | | Photograph | |
| 18.192 | RM-CPP-00551 | RM-CPP-00551 | | Corps of Engineers- | | Photograph | |
| 18.193 | RM-CPP-00552 | RM-CPP-00552 | | Corps of Engineers- | | Photograph | |
| 18.194 | RM-CPP-00553 | RM-CPP-00553 | | Corps of Engineers- | | Photograph | |
| 18.195 | RM-CPP-00554 | RM-CPP-00554 | | Corps of Engineers- | | Photograph | |
| 18.196 | RM-CPP-00556 | RM-CPP-00556 | | Corps of Engineers- | | Photograph | |
| 18.197 | RM-CPP-00557 | RM-CPP-00557 | | Corps of Engineers- | | Photograph | |
| 18.198 | RM-CPP-00558 | RM-CPP-00558 | | Corps of Engineers- | | Photograph | |
| 18.199 | RM-CPP-00559 | RM-CPP-00559 | | Corps of Engineers- | | Photograph | |
| 18.200 | RM-CPP-00560 | RM-CPP-00560 | | Corps of Engineers- | | Photograph | |
| 18.201 | RM-CPP-00561 | RM-CPP-00561 | | Corps of Engineers- | | Photograph | |
| 18.202 | RM-CPP-00564 | RM-CPP-00564 | | Corps of Engineers- | | Photograph | |
| 18.203 | RM-CPP-00566 | RM-CPP-00566 | | Corps of Engineers- | | Photograph | |
| 18.204 | RM-CPP-00572 | RM-CPP-00572 | | Corps of Engineers- | | Photograph | |
| 18.205 | RM-CPP-00575 | RM-CPP-00575 | | Corps of Engineers- | | Photograph | |
| 18.206 | RM-CPP-00581 | RM-CPP-00581 | | Corps of Engineers- | | Photograph | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 18.207 | RM-CPP-00584 | RM-CPP-00584 | | Corps of Engineers- | | Photograph | |
| 18.208 | RM-CPP-00585 | RM-CPP-00585 | | Corps of Engineers- | | Photograph | |
| 18.209 | RM-CPP-00586 | RM-CPP-00586 | | Corps of Engineers- | | Photograph | |
| 18.210 | RM-CPP-00587 | RM-CPP-00587 | | Corps of Engineers- | | Photograph | |
| 18.211 | RM-CPP-00588 | RM-CPP-00588 | | Corps of Engineers- | | Photograph | |
| 18.212 | RM-CPP-00589 | RM-CPP-00589 | | Corps of Engineers- | | Photograph | |
| 18.213 | RM-CPP-00592 | RM-CPP-00592 | | Corps of Engineers- | | Photograph | |
| 18.214 | RM-CPP-00593 | RM-CPP-00593 | | Corps of Engineers- | | Photograph | |
| 18.215 | RM-CPP-00594 | RM-CPP-00594 | | Corps of Engineers- | | Photograph | |
| 18.216 | RM-CPP-00595 | RM-CPP-00595 | | Corps of Engineers- | | Photograph | |
| 18.217 | RM-CPP-00596 | RM-CPP-00596 | | Corps of Engineers- | | Photograph | |
| 18.218 | RM-CPP-00597 | RM-CPP-00597 | | Corps of Engineers- | | Photograph | |
| 18.219 | RM-CPP-00611 | RM-CPP-00611 | | Corps of Engineers- | | Photograph | |
| 18.220 | RM-CPP-00615 | RM-CPP-00615 | | Corps of Engineers- | | Photograph | |
| 18.221 | RM-CPP-00616 | RM-CPP-00616 | | Corps of Engineers- | | Photograph | |
| 19.001 | RM-GBA-00142 | RM-GBA-00142 | 4/18/1999 | Gahagan, Bryant & Associates | | Photograph | |
| 19.002 | RM-GBA-00143 | RM-GBA-00143 | 4/18/1999 | Gahagan, Bryant & Associates | | Photograph | |
| 19.003 | RM-GBA-00144 | RM-GBA-00144 | 00/00/0000 | Gahagan, Bryant & Associates | | Photograph | |
| 19.004 | RM-GBA-00145 | RM-GBA-00145 | 00/00/0000 | Gahagan, Bryant & Associates | | Photograph | |
| 20.001 | RM-JSG-000612 | RM-JSG-000612 | | J. Simmons Group | | Photograph | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 20.002 | RM-JSG-000613 | RM-JSG-000613 | | J. Simmons Group | | Photograph | |
| 20.003 | RM-JSG-000615 | RM-JSG-000615 | | J. Simmons Group | | Photograph | |
| 20.004 | RM-JSG-000616 | RM-JSG-000616 | | J. Simmons Group | | Photograph | |
| 20.005 | RM-JSG-000617 | RM-JSG-000617 | | J. Simmons Group | | Photograph | |
| 20.006 | RM-JSG-000618 | RM-JSG-000618 | | J. Simmons Group | | Photograph | |
| 20.007 | RM-JSG-000620 | RM-JSG-000620 | | J. Simmons Group | | Photograph | |
| 20.008 | RM-JSG-000621 | RM-JSG-000621 | | J. Simmons Group | | Photograph | |
| 20.009 | RM-JSG-000622 | RM-JSG-000622 | | J. Simmons Group | | Photograph | |
| 20.010 | RM-JSG-000623 | RM-JSG-000623 | | J. Simmons Group | | Photograph | |
| 20.011 | RM-JSG-000624 | RM-JSG-000624 | | | | Photograph | |
| 20.012 | RM-JSG-000625 | RM-JSG-000625 | | J. Simmons Group | | Photograph | |
| 20.013 | RM-JSG-000626 | RM-JSG-000626 | | J. Simmons Group | | Photograph | |
| 20.014 | RM-JSG-000627 | RM-JSG-000627 | | J. Simmons Group | | Photograph | |
| 20.015 | RM-JSG-000629 | RM-JSG-000629 | | J. Simmons Group | | Photograph | |
| 20.016 | RM-JSG-000630 | RM-JSG-000630 | | J. Simmons Group | | Photograph | |
| 20.017 | RM-JSG-000631 | RM-JSG-000631 | | J. Simmons Group | | Photograph | |
| 20.018 | RM-JSG-000633 | RM-JSG-000633 | | J. Simmons Group | | Photograph | |
| 20.019 | RM-JSG-000634 | RM-JSG-000634 | | J. Simmons Group | | Photograph | |
| 20.020 | RM-JSG-000635 | RM-JSG-000635 | | J. Simmons Group | | Photograph | |
| 20.021 | RM-JSG-000636 | RM-JSG-000636 | | J. Simmons Group | | Photograph | |
| 20.022 | RM-JSG-000638 | RM-JSG-000638 | | J. Simmons Group | | Photograph | |
| 20.023 | RM-JSG-000640 | RM-JSG-000640 | | J. Simmons Group | | Photograph | |
| 20.024 | RM-JSG-000641 | RM-JSG-000641 | | J. Simmons Group | | Photograph | |
| 20.025 | RM-JSG-000643 | RM-JSG-000643 | | J. Simmons Group | | Photograph | |
| 20.026 | RM-JSG-000650 | RM-JSG-000650 | | J. Simmons Group | | Photograph | |
| 20.027 | RM-JSG-000651 | RM-JSG-000651 | | J. Simmons Group | | Photograph | |
| 21.001-21.208 | | | | | | Quality Assurance Report | Quality Assurance Reports from October 1999 through June 2001 --- JOINT EXHIBITS 11.001-11.211 |
| 22.001-22.033 | | | 12/20/1998 - 5/25/2001 | | | Schedule of Values | Part of Payment Estimate - Contract Performance. Estimate Nos. 1 through 30 --- JOINT EXHIBITS 08.001-030 |
| 22.034 | RM-COE-04735 | RM-COE-04735 | 6/1/2001 | Renda Marine | | Schedule of Values | Schedule of Values #30A - for period ending 06/01/2001 |
| 22.035 | RM-COE-12500 | RM-COE-12500 | 6/1/2001 | Renda Marine | | Schedule of Values | Schedule of Values #30A - for period ending 06/01/2001 (w/notes) |
| 22.036 | RM-COE-15710 | RM-COE-15710 | 6/1/2001 | Renda Marine | | Schedule of Values | Schedule of Values #30A - for period ending 6/1/01 (w/notes) |
| 22.037 | RM-COE-09161 | RM-COE-09161 | 7/31/2001 | Renda Marine | | Schedule of Values | Schedule of Values #31 - for period ending 07/20/2001 |
| 23 | FOIA-COE-001754 | FOIA-COE-001772 | 00/00/0000 | Corps of Engineers-Galveston Dist. | | Specifications | Invitation No. DACW64-97-B-0023; Houston Ship Channel, Texas, Dredging Morgan Point to Carpenters Bayou in Harris and Chambers Counties, Texas; |
| 24 | REM12028 | REM12039 | 00/00/0000 | HVJ Associates, | | Chart | Grain Size Analysis |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 25 | REM33057 | REM33057 | 00/00/0000 | | | Personnel/Human Resources | Curriculum Vitae of Edilberto Cantu |
| 26 | REM34934 | REM34935 | 00/00/0000 | | | Personnel/Human Resources | David Garza - Personal Data and Work History |
| 27 | REM34937 | REM34938 | 00/00/0000 | | | Personnel/Human Resources | Delfino Rios - Personal Data and Work History |
| 28 | REM34940 | REM34941 | 00/00/0000 | | | Personnel/Human Resources | Michael Englen - Personal Data and Education |
| 29 | REM34946 | REM34947 | 00/00/0000 | | | Personnel/Human Resources | Carlos Diaz - Personal Data and Education |
| 30 | REM34949 | REM34950 | 00/00/0000 | | | Personnel/Human Resources | Cayetano Garcia - Personal Data and Education |
| 31 | REM34952 | REM34953 | 00/00/0000 | | | Personnel/Human Resources | Arturo Rodriguez - Personal Data and Education |
| 32 | REM35453 | REM35456 | 00/00/0000 | | | Schedule | Project Duration Info |
| 33 | REM36176 | REM36187 | 00/00/0000 | | | Handwritten Note | Calculations of Net RR and Gross RR and overplacement Rate |
| 34 | REM39593 | REM39594 | 00/00/0000 | | | Minutes | Notes for prepatory for Dredging Upper Bayou - Start of Dredging and Hydraulic Levees - Phase |
| 35 | REM41102 | REM41102 | 00/00/0000 | | | Chart | Dredging Sequence |
| 36 | RM-COE-00107 | RM-COE-00109 | 00/00/0000 | | | Reports | Hydraulic Fill Placement - Monitoring Production Rate Using 'Retention Rate'-Definitions |
| 37 | RM-COE-00135 | RM-COE-00136 | 00/00/0000 | | | Reports | TCB/GBA Joint Venture - Dredging Upper Bayou - Additions to Amendment |
| 38 | RM-COE-00141 | RM-COE-00142 | 00/00/0000 | | | Bid Document | Pre-Bid Conference Geotechnical Questions |
| 39 | RM-COE-00550 | RM-COE-00552 | 00/00/0000 | Geotest | | Reports | Summary of Laboratory Test Results |
| 40 | RM-COE-00596 | RM-COE-00596 | 00/00/0000 | | | Reports | Design Summary - Lost Lake Disposal Area - Initial Filling Design |
| 41 | RM-COE-00598 | RM-COE-00600 | 00/00/0000 | | | Chart | Disposal Volumes - Lost Lake Dredge Quantities |
| 42 | RM-COE-00617 | RM-COE-00617 | 00/00/0000 | | | Chart | Lost Lake Disposal Area - Contained Volume Estimate |
| 43 | RM-COE-00628 | RM-COE-00628 | 00/00/0000 | | | Chart | Lost Lake Disposal Area - Disposal Volume Estimate |
| 44 | RM-COE-00629 | RM-COE-00629 | 00/00/0000 | | | Chart | Lost Lake Disposal Area - Contained Volume Estimate |
| 45 | RM-COE-00705 | RM-COE-00707 | 00/00/0000 | | | Reports | Appendix A - Settle Analysis Results |
| 46 | RM-COE-00708 | RM-COE-00769 | 00/00/0000 | | | Reports | Appendix B - PSDDF Analysis |
| 47 | RM-COE-01054 | RM-COE-01072 | 00/00/0000 | | | Reports | Summary of Laboratory Test Results for Lost Lake Disposal Area |
| 48 | RM-COE-01079 | RM-COE-01090 | 00/00/0000 | | | Chart | Lost Lake Spoil Disposal Area, In-Place Vane Shear Tests |
| 49 | RM-COE-01179 | RM-COE-01186 | 00/00/0000 | | | Chart | Atkinson Island Marsh Levees - Weekly Progress Report for Hydraulically Placed Quantities |
| 50 | RM-COE-01262 | RM-COE-01262 | 00/00/0000 | | | Spreadsheet | Retention Rate Spreadsheet |
| 51 | RM-COE-01274 | RM-COE-01274 | 00/00/0000 | HVJ Associates, | | Chart | Widening and Deepening Dredge Quantities - Lost Lake Disposal Area |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 52 | RM-COE-01608 | RM-COE-01612 | 00/00/0000 | | | Chart | Baseline Station Number (510+00 to 554+00), with Station Cut Area and Station Cut Volume |
| 53 | RM-COE-01673 | RM-COE-01673 | 00/00/0000 | | | Handwritten Note | 250000 cy Neatline in Levee |
| 54 | RM-COE-01689 | RM-COE-01689 | 00/00/0000 | | | Spreadsheet | Dredging Sequence |
| 55 | RM-COE-02177 | RM-COE-02177 | 00/00/0000 | | | Reports | Texas Upper Bayou Reach - Channel Mining |
| 56 | RM-COE-02224 | RM-COE-02231 | 00/00/0000 | | | Schedule | Lost Lake Disposal Area - Contained Volume Estimate |
| 57 | RM-COE-02525 | RM-COE-02525 | 00/00/0000 | | | Reports | Upper Bayou - Material Samples |
| 58 | RM-COE-02532 | RM-COE-02532 | 00/00/0000 | | | Reports | Pipeline Requirement |
| 59 | RM-COE-02647 | RM-COE-02663 | 00/00/0000 | Russek, Eric G | | Contract Modification | Price Negotiation Memorandum - For Contract Modification P00001 |
| 60 | RM-COE-04650 | RM-COE-04652 | 00/00/0000 | | | Chronology | Chronology of Events - Renda Marine, Inc. |
| 61 | RM-COE-04658 | RM-COE-04659 | 00/00/0000 | | | Reports | Renda Marine - Current outstanding issues and decisions |
| 62 | RM-COE-04811 | RM-COE-04811 | 00/00/0000 | | | Sign-In Sheet for Meeting | Renda Marine Claim Conference Sign in Sheet |
| 63 | MOVED TO 1323 | | | | | | |
| 64 | RM-COE-05027 | RM-COE-05028 | 00/00/0000 | | | Spreadsheet | Upper Bayou Contractor's Schedule vs. Actual Progress |
| 65 | RM-COE-05152 | RM-COE-05158 | 00/00/0000 | Oscar Renda Contracting, Inc. | | Reports | Job History |
| 66 | RM-COE-05180 | RM-COE-05180 | 00/00/0000 | | | Reports | Comments on page 8 of the project on DACW64-98-B-0004 |
| 67 | RM-COE-05182 | RM-COE-05182 | 00/00/0000 | | | Personnel/Human Resources | Gary Gibbs - Deep Draft Dredging Manager and Interim Captain Millennium |
| 68 | RM-COE-05224 | RM-COE-05226 | 00/00/0000 | Renda Marine | | Reports | Quality Control Program - Description of work |
| 69 | RM-COE-05600 | RM-COE-05605 | 00/00/0000 | Benero, Thomas | | Reports | Report and Recommendation of the Contracting Officer on the agency protest by Great Lakes Dredge and Dock Co. before award - Dredging Upper Bayou |
| 70 | RM-COE-09123 | RM-COE-09123 | 00/00/0000 | | | Personnel/Human Resources | Personal Data and Education - Timothy J. Totten |
| 71 | RM-COE-09143 | RM-COE-09143 | 00/00/0000 | | | Personnel/Human Resources | Personal Data and Education - Glen Williams |
| 72 | RM-COE-10725 | RM-COE-10730 | 00/00/0000 | | | Other | Lost Lake Old Levee Alignment |
| 73 | RM-COE-11549 | RM-COE-11552 | 00/00/0000 | Corps of Engineers- | Renda Marine, Inc | Contract Modification | Amendment of Solicitation/Modification of Contract - CO-3 - unsigned |
| 74 | RM-COE-13940 | RM-COE-13940 | 00/00/0000 | | | Chart | Boring Logs In Sections 1 & 2 |
| 75 | RM-COE-13949 | RM-COE-13949 | 00/00/0000 | | | Chart | Boring Logs in Sections 4&5 |
| 76 | RM-COE-13968 | RM-COE-13971 | 00/00/0000 | | | Specifications | Dredge St. Charles - Equipment Legend - Official Number 291595 |
| 77 | RM-COE-14252 | RM-COE-14253 | 00/00/0000 | Benero, Thomas | Bowman, Steven C | Letter | Show Cause Notice - Draft |
| 78 | RM-COE-14899 | RM-COE-14900 | 00/00/0000 | | | Chart | Quality Control Organizational Chart of Renda Marine - Upper Bayou Dredging |
| 79 | RM-COE-15858 | RM-COE-15861 | 00/00/0000 | | | Chart | Lost Lake Perimeter Levee - West Fill |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 80 | RM-COE-15888 | RM-COE-15898 | 00/00/0000 | | | Chart | Houston Galveston Navigation Channel - Lower Bayou Channel - Placement Area Lost Lake |
| 81 | RM-COE-15903 | RM-COE-15903 | 00/00/0000 | | | Survey | |
| 82 | RM-COE-15991 | RM-COE-15995 | 00/00/0000 | | | Survey | Existing Condition Surveys - Job Number 13-63020-140 |
| 83 | RM-COE-16535 | RM-COE-16557 | 00/00/0000 | | Sanford, Will | Audit | Auditor's Technical Analysis of Renda's claims |
| 84 | RM-COE-16985 | RM-COE-16993 | 00/00/0000 | Houston Galveston | | Reports | Design Documentation Report and Value Engineering Study |
| 85 | RM-COE-17986 | RM-COE-17986 | 00/00/0000 | | | Spreadsheet | Retention Rate Spreadsheet |
| 86 | NOT USED | | | | | | |
| 87 | RM-COE-18634 | RM-COE-18635 | 00/00/0000 | Corps of Engineers- | | Chart | List of communications re issues - date of letter, issue, merit/no merit, resolution |
| 88 | RM-COE-19173 | RM-COE-19173 | 00/00/0000 | | | Handwritten Note | Handwritten notes |
| 89 | RM-COE-21637 | RM-COE-21647 | 00/00/0000 | Renda Marine | | Audit | Listing of Specifically Requested Information - By Claims 1-8. |
| 90 | RM-COE-22005 | RM-COE-22005 | 00/00/0000 | | | Drawings | Cross-Section of New Hydraulic Levee Realignment |
| 91 | RM-COE-22127 | RM-COE-22128 | 00/00/0000 | | | Spreadsheet | Issues for Merit Determination |
| 92 | RM-COE-22218 | RM-COE-22218 | 00/00/0000 | | | Spreadsheet | Table 1 - Targets located from the magnetometer and side scan survey of the HSC. |
| 93 | RM-COE-22712 | RM-COE-22712 | 00/00/0000 | Benero Thomas M | Keys III Daniel; McClenan Cecil M; Russek Eric G | Email | Renda-Outstanding Issues - recap of the meeting with Renda the day before as per Benero's understanding; that the meeting was attended by Oscar Renda Steve Bowman Barry White Mike McClenan Eric Russek Linda Fredendall Barbara Watts and Benero; noting that no personnel from the Joint venture or Port of Houston were present. |
| 94 | RM-GAL-0003169 | RM-GAL-0003170 | 00/00/0000 | Houston Galveston | Unknown | Reports | Mid Bayou, BCOE Review Comments |
| 95 | NOT USED | | | | | | |
| 96 | RM-GAL-0012977 | RM-GAL-0012977 | 00/00/0000 | Unknown | Unknown | Other | List of names and addresses |
| 97 | NOT USED | | | | | | |
| 98 | RM-GAL-0016341 | RM-GAL-0016344 | 00/00/0000 | | | Reports | |
| 99 | RM-GAL-0020077 | RM-GAL-0020078 | 00/00/0000 | Unknown | Unknown | Reports | Indexing of Design Files |
| 100 | RM-GAL-0020247 | RM-GAL-0020247 | 00/00/0000 | Redd, Lawrence | Unknown | Reports | List of various topographic and related surveys at Lost Lake PA |
| 101 | RM-GAL-0029056 | RM-GAL-0029068 | 00/00/0000 | Unknown | Unknown | Proposal | Section 02223 - Lost Lake Retaining Levees |
| 102 | RM-HVJ-00055 | RM-HVJ-00059 | 00/00/0000 | HVJ | | Chart | Lost Lake Dredge Quanitites - Disposal Value |
| 103 | RM-HVJ-00060 | RM-HVJ-00060 | 00/00/0000 | | | Specifications | Lost Lake Disposal Area-Initial Filling Design |
| 104 | RM-HVJ-00061 | RM-HVJ-00061 | 00/00/0000 | | | Specifications | |
| 105 | RM-HVJ-00062 | RM-HVJ-00063 | 00/00/0000 | | | Chart | Notes for Lost Lake Plan Sheet |
| 106 | RM-HVJ-00095 | RM-HVJ-00097 | 00/00/0000 | | | Drawings | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 107 | RM-HVJ-00099 | RM-HVJ-00099 | 00/00/0000 | HVJ | | Chart | Lost Lak Disposal Area: Average Moisture Content Determination for Borings 93-59 to 93-69 |
| 108 | RM-HVJ-00100 | RM-HVJ-00101 | 00/00/0000 | HVJ | | Chart | Borings Completely with Soft Clay up to the End of Boring |
| 109 | RM-HVJ-00104 | RM-HVJ-00105 | 00/00/0000 | | | Chart | Estimate of Diplaced Material - Lost Lake |
| 110 | RM-HVJ-00106 | RM-HVJ-00112 | 00/00/0000 | | | Chart | Permeability Calculation |
| 111 | RM-HVJ-00123 | RM-HVJ-00123 | 00/00/0000 | | | Chart | Estimate of Diplaced Material - Lost Lake |
| 112 | RM-HVJ-00140 | RM-HVJ-00140 | 00/00/0000 | HVJ | | Chart | Long Tube Test TAble of Results - Site No. 30 |
| 113 | RM-HVJ-00143 | RM-HVJ-00148 | 00/00/0000 | HVJ | | Reports | Design Summary - Initial Filling Design |
| 114 | RM-HVJ-00145 | RM-HVJ-00145 | 00/00/0000 | HVJ | | Chart | Contained Volume Estimate |
| 115 | RM-HVJ-00146 | RM-HVJ-00146 | 00/00/0000 | HVJ | | Chart | Lost Lake Dredge Quantities - Disposal Volumes - Sta 460+00 - Sta 683+49 |
| 116 | RM-HVJ-00147 | RM-HVJ-00147 | 00/00/0000 | HVJ | | Chart | Lost Lake Dredge Quantities - Disposal Volumes - Sta 450+00 - Sta 683+49 |
| 117 | RM-HVJ-00152 | RM-HVJ-00152 | 00/00/0000 | HVJ | | Reports | Initial Filling Design - Design Summary |
| 118 | RM-HVJ-00278 | RM-HVJ-00282 | 00/00/0000 | HVJ | | Reports | Levee Design for Dredged Material Placement Areas |
| 119 | RM-HVJ-00291 | RM-HVJ-00298 | 00/00/0000 | HVJ | | Reports | Levee Design for Dredged Material Placement Area |
| 120 | RM-HVJ-00598 | RM-HVJ-00598 | 00/00/0000 | HVJ | | Chart | Lost Lake Dredge Quanities - Volume Provided |
| 121 | RM-HVJ-00669 | RM-HVJ-00669 | 00/00/0000 | | | Reports | Levee Design - Estimated Fill Volumes |
| 122 | RM-HVJ-00690 | RM-HVJ-00690 | 00/00/0000 | | | Chart | Estimate of Displaced Material - Lost Lake |
| 123 | RM-HVJ-01085 | RM-HVJ-01085 | 00/00/0000 | | | Drawings | Boring Drawings |
| 124 | RM-HVJ-01108 | RM-HVJ-01108 | 00/00/0000 | | | Drawings | Boring Drawings |
| 125 | RM-HVJ-01137 | RM-HVJ-01137 | 00/00/0000 | | | Drawings | Boring Drawings |
| 126 | RM-HVJ-01159 | RM-HVJ-01159 | 00/00/0000 | | | Drawings | Boring Drawings |
| 127 | RM-HVJ-01206 | RM-HVJ-01206 | 00/00/0000 | | | Drawings | Boring Drawings |
| 128 | RM-HVJ-01231 | RM-HVJ-01231 | 00/00/0000 | | | Drawings | Boring Drawings |
| 129 | RM-HVJ-01341 | RM-HVJ-01341 | 00/00/0000 | | | Drawings | Boring Drawings |
| 130 | RM-HVJ-01392 | RM-HVJ-01392 | 00/00/0000 | | | Drawings | Boring Drawings |
| 131 | RM-HVJ-01415 | RM-HVJ-01415 | 00/00/0000 | | | Drawings | Boring Drawings |
| 132 | RM-HVJ-01440 | RM-HVJ-01440 | 00/00/0000 | | | Drawings | Boring Drawings |
| 133 | RM-HVJ-01575 | RM-HVJ-01577 | 00/00/0000 | | | Reports | Statement of Work - Appendix B - Modification No. P00001 - Engineering Design Services |
| 134 | RM-PHA-00128 | RM-PHA-00129 | 00/00/0000 | Unknown | Unknown | Memo | Renda Marine - Current Outstanding Issues and Decisions to be made |
| 135 | RM-PHA-00387 | RM-PHA-00387 | 00/00/0000 | Unknown | Unknown | Memo | Audit Issues for Renda Differing Site Condition Claims, Flare Area, Upper Bayou Contract - Post Audit of Lower Bay Geotubes |
| 136 | RM-TCB-00004 | RM-TCB-00028 | 00/00/0000 | Turner Collie & Braden Inc. | | Reports | ITR Upper Bayou Dredging Comments |
| 137 | Disk1-0001 | Disk1-0001 | | DCAA | | DCAA Papers | DCAA Work Papers CD 1 of 7 |
| 138 | Disk2-0001 | Disk2-0001 | | DCAA | | DCAA Papers | DCAA Work Papers CD 2 of 7 |
| 139 | Disk3-0001 | Disk3-0001 | | DCAA | | DCAA Papers | DCAA Work Papers CD 3 of 7 |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 140 | Disk4-0001 | Disk4-0001 | | DCAA | | DCAA Papers | DCAA Work Papers CD 4 of 7 |
| 141 | Disk5-0001 | Disk5-0001 | | DCAA | | DCAA Papers | DCAA Work Papers CD 5 of 7 |
| 142 | Disk6-0001 | Disk6-0001 | | DCAA | | DCAA Papers | DCAA Work Papers CD 6 of 7 |
| 143 | Disk7-0001 | Disk7-0001 | | DCAA | | DCAA Papers | DCAA Work Papers CD 7 of 7 |
| 144 | RM-COE-00445 | RM-COE-00483 | | Corps of Engineers- | | Agreement/Contract | Architect-Engineer Contract between US Small Business Administration and US Army Corps of Engineers |
| 145 | RM-COE-01704 | RM-COE-01830 | | | | Agreement/Contract | Contract Clauses - Section 0700 |
| 146 | RM-HVJ-00001 | RM-HVJ-01747 | | HVJ Associates | Corps of Engineers-Galveston Dist. | Reports | CD produced by Governmentwith Connole expert docs |
| 147 | Rozsypal Deposition Ex 2 | Rozsypal Deposition Ex 2 | 6/1/1998 | | | Drawings | Upper Bayou Project Drawings Nos. C-1 through C-18, F-1 through F-9, and S-1 through S-7 --- JOINT EXHIBIT 05.001 - 05.034 |
| 148 | SMITH-41059 | SMITH-41414 | | Smith, Barry L | | Reports | Soil Boring Logs Notebook |
| 149 | RM-COE-01078 | RM-COE-01078 | 1/13/1964 | Hamilton, John T | Schuldt | Memo | Soil Borings, Houston Ship Channel Spoil Area at Lost Lake |
| 150 | RM-COE-00916 | RM-COE-00958 | 3/24/1964 | Corps of Engineers- | | Reports | Drilling Log - Project: Lost Lake, Houston Ship Channel |
| 151 | RM-COE-00959 | RM-COE-01027 | 4/30/1964 | | | Reports | Report of Soils Tests - (Borings 1 through 40) |
| 152 | FOIA-COE-001640 | FOIA-COE-001713 | 07/00/1978 | Corps of | | Drawings | Use of geotextiles for levee construction |
| 153 | EM1110-2-5025 | EM1110-2-5025.0094 | 3/25/1983 | U. S. Army Corps of Engineers | | COE Manual | Dredging & Dredged Material Disposal |
| 154 | REM12268 | REM12269 | 8/15/1988 | | | Spreadsheet | Stiff Clay Percentages xls |
| 155 | RM-COE-02543 | RM-COE-02551 | 10/19/1984 | Sanford, Will | | Bid Document | Government Estimate - SWF Form 1271A - Computation Sheet |
| 156 | FOIA-COE-001428 | FOIA-COE-001639 | 08/00/1986 | Fowler, Jack; Blakeney, Harvey N; Hayden, Myron | | Reports | Use of geotextiles for levee construction |
| 157 | EM1110-2-5026 | EM1110-2-5026.0285 | 6/30/1987 | U. S. Army Corps of Engineers | | COE Manual | Beneficial Uses of Dredged Material |
| 158 | EM1110-2-5027 | EM1110-2-5027.0243 | 9/30/1987 | U. S. Army Corps of Engineers | | COE Manual | Confined Disposal of Dredged Material |
| 159 | NOT USED | | | | | | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 160 | FOIA-COE-001782 | FOIA-COE-002007 | 12/00/1989 | Corps of Engineers-Galveston Dist. | | Specifications | Houston Ship Channel, Texas, Specifications for Dredging Carpenters Bayou to Greens Bayou in Harris County, Texas; Invitation No. DACW64-90-B-0007 – Construction Technical Provisions, P. 14, Para. 5-2.2: Side Ditch Borrow Excavation. The side ditch borrow areas located in East Jones Disposal Area shall be excavated to obtain required fill materials. Excavation below a depth of three (3) feet or within 50 feet of the levee toe will not be permitted. The side ditch borrow excavation shall be extended to the interior of the disposal area as necessary to obtain required cast fill for levee construction for the East Jones Disposal Area. |
| 161 | RM-COE-01028 | RM-COE-01028 | 8/26/1991 | Illegible | Few, James T | Handwritten Note | Boring Locations |
| 162 | RM-COE-01029 | RM-COE-01053 | 9/18/1991 | Geotest | | Reports | Lost Lake samples at interior levee toe |
| 163 | RM-COE-01106 | RM-COE-01155 | 10/30/1991 | Geotest Engineering, Inc. | | Reports | Project: Lost Lake Disposal Area Houston Ship Channel, Houston, Texas - Boring No. 91-147 |
| 164 | RM-COE-01173 | RM-COE-01173 | 6/14/1992 | Few, James T | | Reports | Soils Information at Proposed Lost Lake Disposal Area Spillbox Sites |
| 165 | RM-COE-00770 | RM-COE-00812 | 10/8/1992 | | | Reports | Appendix C - Slope Stability Analysis - Initial Widening and Deepening |
| 166 | RM-COE-00813 | RM-COE-00835 | 10/8/1992 | | | Reports | Appendix D - Slope Stability Analysis - Long-Term (50-Year) Maintenance |
| 167 | ER415-2-100 | ER415-2-100.0006 | 1/15/1993 | U. S. Army Corps of Engineers | | COE Manual | Construction - Staffing for Civil Works Projects |
| 168 | FOIA-COE-000668 | FOIA-COE-000694 | 4/25/1994 | | | COE Manual | Manual for Procedures for Handling Contract Claims |
| 169 | SWGOM 1180-1-18.0001 | SWGOM 1180-1-18.0001 | 4/25/1994 | Corps of Engineers- | | COE Manual | Procedures for Handling Contract claims |
| 170 | ER415-1-11 | ER415-1-11.0008 | 9/1/1994 | U. S. Army Corps of Engineers | | COE Manual | Biddability, Constructibility and Operability |
| 171 | RM-COE-01073 | RM-COE-01073 | 11/2/1994 | Few, James T | Brotman, Ira | Email | Regarding Lost Lake |
| 172 | FOIA-COE-000324 | FOIA-COE-000391 | 12/00/1994 | Corps of Engineers- | | Specifications | |
| 173 | FOIA-COE-000320 | FOIA-COE-000320 | 12/21/1994 | Monnell, Mary A | | Notice to proceed | |
| 174 | FOIA-COE-000414 | FOIA-COE-000415 | 7/27/1995 | Pearson, Dan | Boslet, Jane M | Letter | The Coastal Water Authority seeks approval to place 17,200 cubic yards of riprap material over three 108 inch water lines in the Houston Ship Channel approximately 1,150 feet downstream from the Lynchbury Ferry south landing. |
| 175 | FOIA-COE-000406 | FOIA-COE-000413 | 9/20/1995 | Corps of Engineers- | | Permit | Permit to place flexible revetment matting to provide erosion protection, just downstream of the south Lynchburg Ferry Landing |
| 176 | ER1180-1-6 | ER1180-1-6.0016 | 9/30/1995 | U. S. Army Corps of Engineers | | COE Manual | Construction Quality Management |