**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 177 | RM-COE-21411 | RM-COE-21559 | 11/00/1995 | Corps of Engineers- | | Fax Cover Sheet | Engineering Supplement to Limited Reevaluation Report - Volume II - Civil Plates and Geotechnical Plates |
| 178 | FOIA-COE-000318 | FOIA-COE-000319 | 11/15/1995 | Hopkins, William J | | Performance Evaluation | |
| 179 | RM-COE-00914 | RM-COE-00914 | 12/6/1995 | Brotman, Ira | Few, James T | Email | Regarding dredging contracts |
| 180 | RM-COE-00913 | RM-COE-00913 | 12/17/1995 | | | Spreadsheet | Comparison of Houston Ship Channel Sediment (Samples S-1 to S-41) to Lost Lake Samples (Borings (93-118 to 93-129A) |
| 181 | RM-COE-00899 | RM-COE-00899 | 12/20/1995 | | | Spreadsheet | Void Ratios for HGNC Project |
| 182 | RM-COE-00909 | RM-COE-00910 | 12/20/1995 | | | Spreadsheet | Pelican Island Averages - Houston-Galveston Navigation Channel - Void Ratio Summary - Very Soft Clays |
| 183 | FOIA-COE-000700 | FOIA-COE-000703 | 05/00/1996 | | | Specifications | Invitation No. DACW64-96-B-0010, Houston Ship Channel, Texas, Dredging Carpenters Bayou to Greens Bayou |
| 184 | FOIA-COE-000704 | FOIA-COE-000708 | 06/00/1996 | Corps of Engineers- | | Specifications | Invitation No. DACW64-96-B-0010, Houston Ship Channel, Texas, Dredging Carpenters Bayou to Greens Bayou |
| 185 | FOIA-COE-001126 | FOIA-COE-001427 | 7/1/1996 | Gilbert, Paul A | | Reports | Article: Disintegration of Clay During Hydraulic Transportation Through a Dredge Pipe |
| 186 | FOIA-COE-000283 | FOIA-COE-000290 | 7/3/1996 | Corps of Engineers- | | Amendment | |
| 187 | FOIA-COE-000709 | FOIA-COE-000714 | 7/3/1996 | Corps of Engineers-Galveston Dist. | | Amendment | Invitation No. DACW64-96-B-0010, Houston Ship Channel, Texas, Dredging Carpenters Bayou to Greens Bayou -- Use of Lost Lake for dredging materials |
| 188 | FOIA-COE-000272 | FOIA-COE-000282 | 7/16/1996 | Corps of Engineers- | | Amendment | Amendment of Solicitation/Modification of Contract - Amendment/Modification No. |
| 189 | FOIA-COE-000295 | FOIA-COE-000297 | 8/8/1996 | Hopkins, William | Van Norman, James | Letter | |
| 190 | FOIA-COE-000300 | FOIA-COE-000303 | 8/9/1996 | Boyd, Randy | Van Norman, James | Letter | |
| 191 | FOIA-COE-000304 | FOIA-COE-000309 | 8/9/1996 | Van Norman, James M | Hopkins, William J | Fax Cover Sheet/Transmittal | |
| 192 | FOIA-COE-000313 | FOIA-COE-000316 | 8/16/1996 | Hopkins, William | | Estimate | |
| 193 | FOIA-COE-000291 | FOIA-COE-000294 | 8/19/1996 | Corps of Engineers- | | Amendment | Amendment of Solicitation/Modification of Contract - Amendment/Modification No. |
| 194 | FOIA-COE-000298 | FOIA-COE-000299 | 8/19/1996 | Morris, Mike | | Memo | |
| 195 | RM-HVJ-00505 | RM-HVJ-00547 | 8/19/1996 | Onuekwusi, Chris | Simmons Jr., James | Letter | Geotechnical Memorandum Lost Lake Island Disposal Area Management Plan |
| 196 | FOIA-COE-000310 | FOIA-COE-000312 | 8/22/1996 | Hopkins, William | | Memo | |
| 197 | FOIA-COE-000666 | FOIA-COE-000666 | 10/12/1996 | TL James | | Reports | |
| 198 | FOIA-COE-000665 | FOIA-COE-000665 | 10/18/1996 | TL James | | Reports | |
| 199 | EP1130-2-520 | EP1130-2-520.0112 | 11/29/1996 | U. S. Army Corps of Engineers | | COE Manual | Navigation & Dredging Operations & Maintenance Guidance and Procedures |
| 200 | RM-COE-11593 | RM-COE-11595 | 12/10/1996 | | | Contract Modification | Checklist for Modifications - Modification Number CO-1 |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 201 | RM-COE-02303 | RM-COE-02304 | 01/00/1997 | US Department of Transportation | | Reports | Channel Obstruction Application |
| 202 | FOIA-COE-000404 | FOIA-COE-000405 | 4/15/1997 | Saenz, Luis F | | Spreadsheet | Determination of Liquidated Damages - Project |
| 203 | FOIA-COE-000698 | FOIA-COE-000699 | 05/00/1997 | Corps of Engineers-Galveston Dist. | | Specifications | Contract DACW64-97-C-0028 for Houston Ship Channel, Texas, Dredging Morgan Point to Carpenters Bayou in Harris and Chambers Counties, Texas; involves depositing dredged material in Lost Lake |
| 204 | RM-PHA-00370 | RM-PHA-00374 | 5/2/1997 | J. Simmons Group | Port of Houston Authority | Agreement/Contract | Contract for Professional Services between PHA and J. Simmons Group for 4/1/1997 through 3/31/1998 |
| 205 | RM-COE-00651 | RM-COE-00662 | 5/3/1997 | | | Spreadsheet | Houston Ship Channel - Morgans Point to Carpenters Bayou |
| 206 | RM-COE-02285 | RM-COE-02286 | 6/13/1997 | Rushing, EC | Meyer, Alton H | Letter | Scope of Work for Lynchburg Ferry Crossing Survey |
| 207 | FOIA-COE-001732 | FOIA-COE-001753 | 6/17/1997 | Corps of Engineers-Galveston Dist. | | Amendment | Amendments 1-4 for Invitation No. DACW64-97-B-0023; Houston Ship Channel, Texas, Dredging Morgan Point to Carpenters Bayou in Harris and Chambers Counties, Texas; Para. 3.4.2.2 - The Port of Houston Authority is planning to use Lost Lake Placement Are prior to the scheduled start of this contract. |
| 208 | RM-COE-00340 | RM-COE-00389 | 6/18/1997 | Brotman, Ira; Benham III, James H; McManus, John L; Duarte, | | Memo | Prenegotiation Objective Memorandum (POM)/Cost and Pricing Analysis Memorandum for Record -- Architect-Engineer Fixed Price Contract with US Small Business Administration and HVJ Associates, Inc. |
| 209 | RM-HVJ-00075 | RM-HVJ-00075 | 6/27/1997 | | | Chart | Input for Settle - Project Data Requirements and Associated Units - Placement Area: San Jancito - Galveston Harbor |
| 210 | RM-HVJ-00132 | RM-HVJ-00139 | 6/27/1997 | HVJ | | Chart | Input for SETTLE - Project Data Requirements and Associated Units - Input/Output from SETTLE |
| 211 | RM-HVJ-00076 | RM-HVJ-00076 | 07/00/1997 | | | Chart | Proposed Construction Sequence |
| 212 | FOIA-COE-001726 | FOIA-COE-001731 | 7/15/1997 | Monnell, Mary A | LaQuay, Timothy W | Letter | Contract DACW64-97-C-0028 for Houston Ship Channel, Texas, Dredging Morgan Point to Carpenters Bayou in Harris and Chambers Counties, Texas; involves depositing dredged material in Lost Lake |
| 213 | RM-COE-00390 | RM-COE-00426 | 7/16/1997 | Benham III, James H; Brotman, Ira; Duarte, Rene; Wittig III, Ernest | | Memo | Price Negotiation Memorandum - Memorandum for Record - Proposed Architect-Engineer Fixed Price Contract with US Small Business Administration and HVJ Associates, Inc. |
| 214 | RM-COE-00336 | RM-COE-00337 | 7/21/1997 | Brunt III, Dewey H | CESWG-CT | Memo | Proposed 8(a) Fixed Price Contract for Engineering Design Services for Levee Design for Dredged Material Placement Areas |
| 215 | RM-COE-00444 | RM-COE-00444 | 7/21/1997 | Monnell, Mary A | File - COE | Memo | Architect-Engineer Fixed Price Contract for Engineering Design Services for Levee Design for Dredged Material Placement |
| 216 | RM-HVJ-01447 | RM-HVJ-01569 | 7/29/1997 | HVJ Associates: | Monnell, Mary A | Agreement/Contract | Architect Engineering Contract |
| 217 | RM-HVJ-01571 | RM-HVJ-01579 | 7/29/1997 | Johnson, Herbert | Baker, Cleveland; Cole Jr, Curtis | Agreement/Contract | Amendment of Solicitaion/Modification of Contract for P00001 |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 218 | RM-HVJ-00192 | RM-HVJ-00192 | 7/31/1997 | | | Chart | Quantities for Initial Depening and Widening - Placement Material to be Dredged |
| 219 | RM-COE-02260 | RM-COE-02260 | 8/6/1997 | Rushing, EC | Meyer, Alton H | Letter | Survey Along Shorelines in the Vicinity of the San Jacinto Monument (Sta. 522+00 to Sta. 546+00) and Lynchburg Ferry Crossing ( Sta. 460+00 to Sta. 480+00) |
| 220 | RM-COE-02263 | RM-COE-02263 | 8/6/1997 | Meyer, Alton H | | Chart | Estimation on Allowable Overdepth Dreding |
| 221 | RM-COE-02258 | RM-COE-02258 | 8/8/1997 | Meyer, Alton H | Dennis, G | Email | Houston-Galveston - Lynchberg Bend |
| 222 | RM-COE-02259 | RM-COE-02259 | 8/8/1997 | Dennis, N | Meyer, Alton H | Email | Houston-Galveston - Lynchberg Bend - Reply |
| 223 | RM-COE-02254 | RM-COE-02256 | 8/9/1997 | Meyer, Alton H | | Handwritten Note | Upper Bayou Reach |
| 224 | FOIA-COE-000416 | FOIA-COE-000418 | 8/12/1997 | Hollingworth, Ted | Anderson, Daniel W | Fax Cover Sheet/Transmittal | P. 418: Typical sections of new levee showing borrow area max 3 feet deep. |
| 225 | RM-COE-00490 | RM-COE-00496 | 8/12/1997 | | | Chart | Quantities - Designing the placement areas |
| 226 | RM-HVJ-00191 | RM-HVJ-00193 | 8/12/1997 | | | Chart | Quantities of Material |
| 227 | RM-COE-00650 | RM-COE-00650 | 8/13/1997 | Brotman, Ira | Chelliah, Devarajan | Fax Cover Sheet | Historic quantities |
| 228 | RM-COE-02219 | RM-COE-02219 | 8/28/1997 | Reindl, Edward A | Meyer, Alton H | Email | San Jac ship tracks |
| 229 | RM-COE-02234 | RM-COE-02234 | 9/2/1997 | | | Reports | Bayou Reach - Revised vs Original Alignment |
| 230 | RM-COE-00647 | RM-COE-00648 | 9/5/1997 | Chelliah, Devarajan | Brotman, Ira | Letter | Request for Additional Data, Levee Design for Dredged Material Placement Areas, Project No. 97-145G-00 |
| 231 | RM-COE-02246 | RM-COE-02246 | 9/5/1997 | Roman, Rob | Krueger, Dalton H | Letter | Options for a realignment at the Lynchburg Ferry. |
| 232 | RM-COE-02248 | RM-COE-02248 | 9/5/1997 | McManus, John L | Meyer, Alton H | Email | Option 2 for alignment at Lynchburg Ferry. |
| 233 | RM-COE-02247 | RM-COE-02247 | 9/6/1997 | Meyer, Alton H | Roberts, William G; Brotman, Ira; Richard, Earl S; | Email | HouGal Upper Bayou Realignment |
| 234 | RM-COE-00625 | RM-COE-00629 | 9/8/1997 | Corps of Engineers- | Hasen, Michael; Brotman, Ira; | Agenda for Meeting | Check Point Conference Number 2 - Agenda |
| 235 | RM-COE-05817 | RM-COE-05818 | 9/9/1997 | | | Bid Document | IFB and RFP Checklist for Contract Clause Fill-Ins |
| 236 | RM-COE-02245 | RM-COE-02245 | 9/10/1997 | Brotman, Ira | Meyer, Alton H | Email | Bayou X-Sections |
| 237 | RM-HVJ-00074 | RM-HVJ-00074 | 9/10/1997 | | | Reports | Quantities to be used for designing the placement area |
| 238 | RM-COE-02244 | RM-COE-02244 | 9/11/1997 | Brotman, Ira | Meyer, Alton H | Email | Bayou Quants |
| 239 | FOIA-COE-001773 | FOIA-COE-001773 | 9/12/1997 | Anderson, Daniel W | Miller, Larry; Gorini, Richard F | Fax Cover Sheet/Transmittal | King Fisher Marine Service has requested permission to discharge dredged material in the southwest corner of Lost Lake rather than in the discharge corridor along the east side specified in our contract. |
| 240 | RM-COE-17037 | RM-COE-17040 | 9/13/1997 | Meyer, Alton H | | Reports | Table of Pay Sections and Quantities |
| 241 | RM-COE-00645 | RM-COE-00645 | 9/15/1997 | Brotman, Ira | Chelliah, Devarajan | Fax Cover Sheet | Lost Lake Info |
| 242 | RM-COE-16995 | RM-COE-16995 | 9/15/1997 | Krueger, Dalton H | Roman, Rob | Letter | Response to Letter dated 9/5/1997 re: reevaluation of the design template |
| 243 | RM-COE-00638 | RM-COE-00639 | 9/17/1997 | Brotman, Ira | Chelliah, Devarajan | Fax Cover Sheet | Quantity update for Lost Lake |
| 244 | RM-COE-00643 | RM-COE-00644 | 9/17/1997 | Chelliah, | Brotman, Ira | Letter | Meeting Minutes, 09/10/1997 |
| 245 | RM-HVJ-00066 | RM-HVJ-00067 | 9/17/1997 | Cheney, D | Brotman, Ira | Minutes | Meeting Minutes for 09/10/1997 |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 246 | RM-HVJ-00072 | RM-HVJ-0073 | 9/17/1997 | Brotman, Ira | Cheney, D | Fax Cover Sheet/Transmittal | Quantity update for Lost Lake |
| 247 | RM-COE-00585 | RM-COE-00585 | 9/18/1997 | | | Chart | Bayou Reach - Houston Ship Channel Quantities |
| 248 | RM-COE-00635 | RM-COE-00637 | 9/18/1997 | Brotman, Ira | Chelliah, Devarajan; Hasen, Michael | Fax Cover Sheet | Texas City Levee |
| 249 | RM-HVJ-00068 | RM-HVJ-00071 | 9/18/1997 | HVJ | | Chart | Option 2 Alignment - Revised vs. Original Alignment |
| 250 | RM-HVJ-00070 | RM-HVJ-00070 | 9/18/1997 | | | Chart | Placement Area Quanities |
| 251 | RM-HVJ-00071 | RM-HVJ-00071 | 9/18/1997 | | | Chart | Placement Area Quanitties |
| 252 | RM-HVJ-00613 | RM-HVJ-00613 | 9/18/1997 | | | Chart | Placement Area Quantities |
| 253 | RM-COE-00614 | RM-COE-00614 | 9/24/1997 | Houston-Galveston | | Spreadsheet | Lost Lake - Project Data Requirements and Associated Units |
| 254 | RM-COE-02232 | RM-COE-02232 | 9/24/1997 | | | Reports | Houston Ship Channel - Bayou Reach - Revised vs Original Alignment |
| 255 | RM-HVJ-00164 | RM-HVJ-00175 | 9/24/1997 | HVJ | | Reports | Initial Filling Design - Design Summary - Notes |
| 256 | RM-COE-00615 | RM-COE-00624 | 9/26/1997 | Corps of Engineers-Galveston Dist. | Hasen, Michael; Brotman, Ira; Kuhne, Patrick A; McManus, John L | Agenda for Meeting | Check Point Conference Number 3 - Agenda |
| 257 | FOIA-COE-000715 | FOIA-COE-001125 | 9/30/1997 | Corps of Engineers | | Manual | Manual: Construction Equipment Ownership and Operating Expense Schedule, Region VI, EP 1110-1-8, Volume 6, September 1997 |
| 258 | RM-COE-00605 | RM-COE-00605 | 9/30/1997 | HVJ Associates, | Brotman, Ira | Reports | Design Summary - Lost Lake Disposal Area - Initial Filling Design |
| 259 | RM-COE-02220 | RM-COE-02220 | 9/30/1997 | Brotman, Ira | Anderson, Daniel W | Email | Lost Lake |
| 260 | RM-COE-00581 | RM-COE-00582 | 10/1/1997 | Chelliah, Devarajan | Brotman, Ira | Letter | Test Data on Soft New Work Material, Levee Design for Dredged Material Placement Areas, Project Number 97-145G-00 |
| 261 | RM-HVJ-00051 | RM-HVJ-00052 | 10/1/1997 | Cheney, D | Brotman, Ira | Letter | Test Data on Soft New Work Material Levee Design for Dredged Material Placement Area |
| 262 | RM-COE-02221 | RM-COE-02221 | 10/7/1997 | McManus, John L | Meyer, Alton H | Email | 'fyi, to aid in your timely completion of P&S' |
| 263 | RM-COE-05116 | RM-COE-05119 | 10/10/1997 | | | Bid Document | Part 14--Sealed Bidding - Federal Acquisition Regulation |
| 264 | FOIA-COE-001774 | FOIA-COE-001774 | 10/15/1997 | Hopkins, William | LaQuay, Timothy W | Letter | King Fisher is behind schedule. |
| 265 | RM-HVJ-00149 | RM-HVJ-00151 | 10/15/1997 | Brotman, Ira | | Chart | Estimate of Displaced Material - Lost Lake |
| 266 | RM-COE-02015 | RM-COE-02024 | 10/17/1997 | Jefts, Alan R; Roman, Rob; Hurm, Lee; Link, | | Reports | Independent Technical Review - Review Comments Reports - Upper Bayou |
| 267 | RM-COE-02025 | RM-COE-02031 | 10/17/1997 | Jefts, Alan R; Roman, Rob; Hurm, Lee; Link, | | Reports | Independent Technical Review - Review Comments Reports |
| 268 | RM-COE-02179 | RM-COE-02188 | 10/17/1997 | Jefts, Alan R; Roman, Rob; Hurm, Lee; Link, | | Specifications | Independent Technical Review (ITR) - Review Comments Reports |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 269 | RM-COE-02189 | RM-COE-02195 | 10/17/1997 | Jefts, Alan R; Roman, Rob; Hurm, Lee; Link, | | Specifications | Independent Technical Review (ITR) - Review Comments Reports |
| 270 | RM-HVJ-00018 | RM-HVJ-00034 | 10/17/1997 | Jefts, Alan R; Roman, Rob; Hurm, Lee; Link, | | Reports | Independent Technical Review (ITR): Review Comments Reports |
| 271 | RM-HVJ-00035 | RM-HVJ-00037 | 10/17/1997 | Jefts, Alan R; Roman, Rob; Hurm, Lee; Link, | | Letter | ITR Upper Bayou Dredging Comments |
| 272 | RM-TCB-00016 | RM-TCB-00028 | 10/17/1997 | Jefts, Alan R; Roman, Rob; Hurm, Lee; Link, | | Reports | ITR Review Comments Reports |
| 273 | RM-COE-00182 | RM-COE-00182 | 10/20/1997 | Few, James T | Brotman, Ira | Email | Hou-Gal, Dredging Upper Bayou |
| 274 | RM-COE-02167 | RM-COE-02168 | 10/27/1997 | Brotman, Ira | | Memo | Houston-Galvestonj Navigation Channels, Texas, 45-Foot Project, Dredging Upper Bayou |
| 275 | RM-COE-02006 | RM-COE-02009 | 10/28/1997 | Hopkins, William J | | Memo | BCOE Review, Houston Galveston Navigation Channels, Dredging Upper Bayou |
| 276 | RM-COE-02007 | RM-COE-02011 | 10/28/1997 | Anderson, Daniel W; Whitmire, | | Specifications | Review Comments Proposed Work |
| 277 | RM-COE-02200 | RM-COE-02202 | 10/28/1997 | Hopkins, William | | Reports | Project Upper Bayou - Review Comments Proposed Work |
| 278 | REM12100 | REM12100 | 10/30/1997 | Brotman, Ira | | Handwritten Note | 'Lost Lake' |
| 279 | REM35515 | REM35516 | 10/30/1997 | | | Handwritten Note | Lost Lake From HVJ |
| 280 | RM-COE-00631 | RM-COE-00631 | 10/30/1997 | Brotman, Ira | Roman, Rob | Fax Cover Sheet | Lost Lake Quantities |
| 281 | RM-COE-00632 | RM-COE-00634 | 10/30/1997 | | | Spreadsheet | Bayou Reach - Houston Ship Channel Quantities |
| 282 | RM-COE-01994 | RM-COE-01994 | 11/3/1997 | Rawls, Michael B | | Proposal | Determination of Liquidated Damages |
| 283 | FOIA-COE-000696 | FOIA-COE-000697 | 11/4/1997 | Brown, James C | Corps of Engineers-Galveston Dist. | Memo | Construction time and liquidated damages for Upper Bayou are 463 calendar days and $390.00 per day, respectively |
| 284 | RM-COE-01993 | RM-COE-01993 | 11/4/1997 | Brown, James C; Rawls, Michael B | | Memo | BCOE Comments, Construction Time, and Liquidated Damages for Dredging Upper Bayou |
| 285 | RM-COE-02198 | RM-COE-02203 | 11/4/1997 | Brown, James C | | Specifications | Review Comments Proposed Work - Galveston District |
| 286 | RM-HVJ-00046 | RM-HVJ-00047 | 11/4/1997 | Brown, James C | CESWG-ED-DP | Memo | BCOE Comments, Construction Time and Liquidated Damages |
| 287 | FOIA-COE-000402 | FOIA-COE-000403 | 11/24/1997 | Hopkins, William | LaQuay, Timothy W | Letter | |
| 288 | FOIA-COE-001775 | FOIA-COE-001776 | 11/24/1997 | Hopkins, William | LaQuay, Timothy W | Letter | King Fisher is behind schedule. |
| 289 | RM-HVJ-00620 | RM-HVJ-00620 | 11/24/1997 | HVJ | | Reports | Fill/Cut Ratio Estimate - Private Contract |
| 290 | RM-HVJ-00621 | RM-HVJ-00621 | 11/24/1997 | HVJ | | Reports | Average Required Time for Private New Work |
| 291 | RM-HVJ-00663 | RM-HVJ-00663 | 11/24/1997 | HVJ | | Reports | Initial Filling Design - Design Summary |
| 292 | RM-HVJ-01032 | RM-HVJ-01032 | 11/24/1997 | | | Chart | Initial and Fianl Slope Stability Analysis Values |
| 293 | RM-COE-02105 | RM-COE-02106 | 11/25/1997 | | | Chart | Houston Ship Channel Option 2 Alignment - Selected |
| 294 | RM-COE-02102 | RM-COE-02110 | 11/26/1997 | Meyer, Alton H | Brotman, Ira | Email | Est. Dredging for Upper Bayou |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 295 | RM-COE-02107 | RM-COE-02110 | 11/26/1997 | | | Chart | Houston Ship Channel Option 2 Alignment - Selected |
| 296 | RM-COE-02170 | RM-COE-02172 | 11/26/1997 | Brotman, Ira | McManus, John L | Memo | Responses to Independent Technical Review (ITR) and BCOE Comments |
| 297 | RM-COE-17060 | RM-COE-17062 | 11/26/1997 | Meyer, Alton H | | Specifications | Estimation on Allowable Overdepth Dredging |
| 298 | RM-COE-00506 | RM-COE-00519 | 12/00/1997 | HVJ Associates, | | Reports | Laboratory Test Summary Sheet - Hand Auger Borings |
| 299 | RM-COE-02163 | RM-COE-02166 | 12/1/1997 | McManus, John L | | Memo | ITR Review Comment Responses |
| 300 | RM-COE-02204 | RM-COE-02205 | 12/1/1997 | MacManus, John | | Memo | BCOE Review Comment Responses |
| 301 | RM-HVJ-00009 | RM-HVJ-00013 | 12/1/1997 | Chelliah, Devarajan | Brotman, Ira | Letter | Response to Comments from ITR & BCOE: Drawings C-12, C-13, C-14, F-5 &F-6 |
| 302 | RM-HVJ-00015 | RM-HVJ-00017 | 12/1/1997 | McManus, John L | Record for CESWG | Memo | ITR Review Comment Responses |
| 303 | RM-COE-00180 | RM-COE-00181 | 12/3/1997 | Meyer, Alton H | Brotman, Ira | Email | HouGal - Upper Bayou Reach |
| 304 | RM-COE-02207 | RM-COE-02207 | 12/3/1997 | Brown, Rhonda G | Meyer, Alton H | Email | HouGal - Upper Bayou Reach |
| 305 | RM-COE-02206 | RM-COE-02206 | 12/9/1997 | Anderson, Daniel | Meyer, Alton H | Email | Pay sections for HouGal Upper Bayou |
| 306 | RM-COE-00499 | RM-COE-00499 | 12/10/1997 | McManus, John L | Sutcliffe, Harrison T | Email | H-GNC, Contr 7, Dredging Upper Bayou, Lost Lake Placement Area |
| 307 | FOIA-COE-001777 | FOIA-COE-001778 | 12/17/1997 | Hopkins, William J | LaQuay, Timothy W | Letter | The Corps has considered allowing dredged material from a private facility (PakTank) to be placed in the Lost Lake Placement Area. The Corps has been delaying use of Lost Lake by private facilities due to your contract requirement to place approximately 110,000 cubic yards into Lost Lake. ... The contractor for PakTank plans to complete pumping into Lost Lake by January 5, 1998. Therefore, the Corps has agreed to allow dredged material from PakTank to be placed in Lost Lake. |
| 308 | RM-COE-00520 | RM-COE-00533 | 12/18/1997 | HVJ Associates, | | Reports | Log of Boring (Hand Auger) |
| 309 | RM-COE-00534 | RM-COE-00535 | 12/22/1997 | | Brotman, Ira | Survey | Lost Lake Placement Area - 14 hand auger locations and elevations, 4 cross sections |
| 310 | RM-COE-02178 | RM-COE-02178 | 12/23/1997 | Meyer, Alton H | | Reports | Upper Bayou Reach - Bottom Widths at Transitions |
| 311 | RM-COE-00501 | RM-COE-00502 | 12/29/1997 | Brotman, Ira | | Chart | Lost Lake Placement Area, Hand Augers |
| 312 | RM-COE-05585 | RM-COE-05586 | 00/00/1998 | Benero, Thomas | Commander, Southwestern | Memo | Mistake in Bid on Solicitation No. DACW64-98-B-0004 |
| 313 | RM-COE-00503 | RM-COE-00503 | 1/9/1998 | Chelliah, Devarajan | Brotman, Ira | Letter | Geotechnical Engineering Investigation, Hand Auger Borings-Lost Lake, Levee Design for Dredged Material Placement Areas, Report No. 97-145G-01 |
| 314 | RM-HVJ-00355 | RM-HVJ-00372 | 1/9/1998 | Cheney, D | Brotman, Ira | Letter | Geotechnical Engineering Investigation - Hand Auger Borings - Lost Lake - Levee Design for Dredged Material Placement Areas |
| 315 | RM-JSG-00455 | RM-JSG-00464 | 1/11/1998 | Jefts, Alan R | Simmons, James | Letter | Task 0001: Construction Inspection Services - Dredging Lower Bay Job No. 13-63020-110 |
| 316 | RM-HVJ-00091 | RM-HVJ-00091 | 1/13/1998 | Hasen, Michael | Chelliah, Devarajan | Email | Lost Lake - Status |
| 317 | RM-GAL-0014219 | RM-GAL-0014221 | 1/15/1998 | McManus, John L | Unknown | Memo | Regarding Design Team Meeting on 1/6/1998 |
| 318 | RM-COE-00540 | RM-COE-00540 | 1/22/1998 | Brotman, Ira | Chelliah, Devarajan | Fax Cover Sheet | Lost Lake HL&P towers |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 319 | RM-COE-04298 | RM-COE-04301 | 1/22/1998 | Campbell, David | CESWG | Memo | Information for Advance Notice - PR No. W45VAK80214346 |
| 320 | RM-COE-02175 | RM-COE-02175 | 1/27/1998 | Meyer, Alton H | Wade A | Email | HouGal Upper Bayou Sections |
| 321 | RM-COE-05866 | RM-COE-05866 | 1/28/1998 | | | Article | Listing about bid due |
| 322 | RM-COE-00663 | RM-COE-00704 | 2/2/1998 | HVJ Associates, Inc. | | Reports | Engineering Design Report - Design of Dredged Material Placement Area |
| 323 | RM-COE-05881 | RM-COE-05882 | 2/2/1998 | Chancellor, | Hilliard, Carolyn | Agreement/Contract | Pre-Solicitation Notice - Chancellor and Son, Inc. |
| 324 | RM-HVJ-01582 | RM-HVJ-01747A | 2/2/1998 | Cheney, D | Brotman, Ira | Letter | Design Analysis Report |
| 325 | RM-COE-00536 | RM-COE-00536 | 2/3/1998 | | | Chart | Houston Ship Channel - Bayou Reach - Revised vs Original Alignment |
| 326 | RM-COE-05860 | RM-COE-05861 | 2/4/1998 | Bundt, James | Corps of Engineers-Galveston Dist. | Agreement/Contract | Pre-Solicitation Notice - Lake Michigan Contractors, Inc. |
| 327 | RM-COE-05841 | RM-COE-05843 | 2/6/1998 | Edger, David | Corps of Engineers-Galveston Dist. | Agreement/Contract | Pre-Solicitation Notice - |
| 328 | RM-COE-05900 | RM-COE-05957 | 2/6/1998 | Gatlin, Hoy | Corps of Engineers-Galveston Dist. | Agreement/Contract | Pre-Solicitation Notice - AGC of Texas |
| 329 | RM-COE-03237 | RM-COE-03283 | 2/8/1998 | | | Spreadsheet | Log Book |
| 330 | RM-COE-02125 | RM-COE-02125 | 2/13/1998 | Meyer, Alton H | | Chart | Traverse Channel Toes |
| 331 | RM-COE-02118 | RM-COE-02118 | 2/20/1998 | Meyer, Alton H | | Chart | Estimation on Allowable Overdepth Dredging |
| 332 | RM-COE-17065 | RM-COE-17066 | 2/20/1998 | Meyer, Alton H | | Specifications | Estimation on Allowable Overdepth Dredging |
| 333 | RM-COE-17474 | RM-COE-17474 | 2/25/1998 | Krueger, Dalton H | Monnell, Mary A | Email | HGNC - Advertisement of Upper Bayou Contract (DACW64-98-B-0004) |
| 334 | RM-COE-00183 | RM-COE-00183 | 2/26/1998 | Few, James T | Kuhne, Patrick A | Email | The Preliminary Slope Stability |
| 335 | RM-HVJ-00002 | RM-HVJ-00003 | 2/28/1998 | Few, James T | Cheney, D | Letter | Levee Design for dredged Material Placement Areas |
| 336 | RM-COE-00184 | RM-COE-00184 | 3/4/1998 | Few, James T | McManus, John L | Email | Plotted Boring Logs, Alexander and Spilman |
| 337 | RM-COE-00189 | RM-COE-00190 | 3/4/1998 | Few, James T | Meyer, Alton H | Email | More Turfing at Lost Lake Questions |
| 338 | RM-COE-00191 | RM-COE-00191 | 3/4/1998 | Few, James T | Meyer, Alton H | Email | HCS, 1 on 4 Slope |
| 339 | RM-COE-00192 | RM-COE-00192 | 3/4/1998 | Few, James T | Meyer, Alton H | Email | Turfing at Lost Lake |
| 340 | RM-COE-05849 | RM-COE-05849 | 3/5/1998 | Mayeux, Michael | US Army Corps of Engineers | Agreement/Contract | Pre-Solicitation Notice - |
| 341 | RM-COE-00232 | RM-COE-00233 | 3/19/1998 | Jefts, Alan R | McManus, John L | Letter | Upper Bayou comments on Final plans and specs |
| 342 | RM-COE-02084 | RM-COE-02089 | 3/23/1998 | Meyer, Alton H | McManus, John L; Campbell, David B | Email | H-GNC Project - ITR Final Review Comments |
| 343 | RM-COE-02062 | RM-COE-02068 | 04/00/1998 | | | Reports | Turner Collie and Braden/Gahagan and Bryant Joint Venture - Internal Technical Review |
| 344 | RM-COE-00245 | RM-COE-00248 | 4/2/1998 | McManus, John L | Jefts, Alan R | Letter | Response to Jefts' 03/19/1998 letter - Outlining Responses to Comments on Specifications Section 02223. |
| 345 | FOIA-COE-001722 | FOIA-COE-001723 | 4/7/1998 | T. L. James | | Reports | P. 1723: 0 cy deposited in Lost Lake this day |
| 346 | RM-COE-00249 | RM-COE-00251 | 4/7/1998 | Jefts, Alan R | McManus, John L | Letter | HGMC 45-Foot Project Dredging Upper Bayou - ITR-Check Print Version - TC&B Job No 13-63020-050 |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 347 | FOIA-COE-001718 | FOIA-COE-001719 | 4/8/1998 | T. L. James | | Reports | P. 1719: 23,680 cy deposited in Lost Lake this day; 23,680 cy cumulative deposit in Lost Lake |
| 348 | FOIA-COE-001724 | FOIA-COE-001725 | 4/8/1998 | T. L. James | | Reports | From this work, the dredge removed approximately 18,500 cubic yards of shoal material from the payable dredging prism while removing approximately 23,680 cubic yards total. The excavated material consisted primarily of soft, muddy, sandy silt. It was pumped through a total of 3,425 feet of 30 diameter pipeline (consisting of 1,000 feet of floating line and 2,425 feet of shoreline) to the Lost Lake Placement Area" |
| 349 | FOIA-COE-001720 | FOIA-COE-001721 | 4/9/1998 | T. L. James | | Reports | The excavated material consisted primarily of soft, muddy, sandy silt; with the occasional clumps of debris. Material removed was pumped to the Lost Lake Placement Area via a total of 3,925 feet of 30 diameter pipeline, which was configured of 2,425 feet of shore line and 1,500 feet of floating line." |
| 350 | FOIA-COE-001714 | FOIA-COE-001715 | 4/10/1998 | T. L. James | | Reports | The material being dredged consisted of soft muddy, sandy silt; with an abundance of gas being present as well. All of the dredged material was pumped through a total of 4,775 feet of 30 diameter pipeline out into Lost Lake Placement Area." |
| 351 | FOIA-COE-001716 | FOIA-COE-001717 | 4/10/1998 | T. L. James | | Reports | P. 1717: 37,455 cy deposited in Lost Lake this day; 76,910 cy cumulative deposit in Lost Lake |
| 352 | RM-COE-00148 | RM-COE-00150 | 4/12/1998 | Corps of Engineers- | | Reports | Geotechnical Boring Data |
| 353 | | | | | | | Before Dredging and After Dredging Surveys - Section #1 --- JOINT EXHIBIT 15.001-15.239 |
| 354 | RM-COE-16929 | RM-COE-16929 | 4/16/1998 | Few, James T | Meyer, Alton H | Email | HouGal Upper Bayou |
| 355 | RM-COE-16930 | RM-COE-16930 | 4/16/1998 | Meyer, Alton H | Few, James T | Email | HouGal Upper Bayou |
| 356 | RM-COE-17046 | RM-COE-17048 | 4/16/1998 | Meyer, Alton H | | Survey | Notes re surveys in 2/98 and changes to be made |
| 357 | RM-COE-17063 | RM-COE-17064 | 4/16/1998 | Meyer, Alton H | | Specifications | Estimation on Allowable Overdepth Dredging |
| 358 | RM-COE-02076 | RM-COE-02076 | 4/21/1998 | Krueger, Dalton H | Cutler, Casey K | Email | Electric lines crossing the HSC |
| 359 | RM-COE-02788 | RM-COE-02788 | 4/22/1998 | Meyer, Alton H | Anderson, Daniel W | Email | HouGal contracts |
| 360 | RM-COE-05820 | RM-COE-05821 | 4/22/1998 | Lucas, Helen | Corps of Engineers- Galveston Dist. | Letter | DACW64-98-B-0004 - Enclosing check to cover the cost of 1 set of half size plans and specifications for each of the referenced job |
| 361 | RM-COE-02075 | RM-COE-02075 | 4/23/1998 | Few, James T | McManus, John L | Email | Lynchburg Ferry Landing |
| 362 | RM-COE-02069 | RM-COE-02071 | 4/27/1998 | Meyer, Alton H | | Memo | Response to ITR Comments |
| 363 | RM-COE-05834 | RM-COE-05835 | 4/29/1998 | VanNorman, James M | Corps of Engineers- Galveston Dist. | Agreement/Contract | Pre-Solicitation Notice - |
| 364 | RM-COE-02787 | RM-COE-02787 | 5/4/1998 | Rozsypal, Johnny | McManus, John L; Krueger, Dalton H | Email | H-GNC Project, Design Team Meeting for 05/1998 |
| 365 | RM-COE-04285 | RM-COE-04287 | 5/6/1998 | Brown, James C | | Financial | Determination of Liquidated Damages |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 366 | RM-COE-02060 | RM-COE-02060 | 5/14/1998 | Meyer, Alton H | Kanu P; Fern K | Email | HouGal Upper Bayou Specs |
| 367 | RM-COE-02786 | RM-COE-02786 | 5/21/1998 | Brown, David R | McManus, John L | Email | Houston-Galv., Dredging Upper Bayou |
| 368 | RM-COE-02012 | RM-COE-02014 | 5/22/1998 | Jefts, Alan R | McManus, John L | Letter | ITR Check Print Review; Base and Option; TC&B Job Number 1363020052 |
| 369 | RM-COE-02536 | RM-COE-02540 | 5/28/1998 | | | Reports | Grain Size Summary Report |
| 370 | FOIA-COE-002042 | FOIA-COE-002042 | 06/00/1998 | Corps of Engineers-Galveston Dist. | | Spreadsheet | Contract No. DACW64-99-C-0012 - Houston Ship Channel, Dredging Sims Bayou to Greens Bayou with Extension to Boggy Bayou Basin - Determination of Liquidated Damages |
| 371 | REM14657 | REM14993 | 06/00/1998 | | | Reports | Dredging Upper Bayou - Logs of Borings |
| 372 | RM-COE-00252 | RM-COE-00256 | 06/00/1998 | H.V.J.; E.S.R.; Potts, Eric R | | Chart | 45-Foot Project - Lost Lake Placement Area - Plan - New Levee Baseline Coordinates |
| 373 | RM-COE-01400 | RM-COE-01400 | 06/00/1998 | Potts, Eric R; Hasen, Michael | | Drawings | Sketch 1 Lost Lake Placement Area Levee Cross Sections |
| 374 | RM-COE-01512 | RM-COE-01512 | 06/00/1998 | Hosen, Michael; Potts, Eric R | | Drawings | Sketch 1 Lost Lake Placement Area Levee Cross Sections |
| 375 | RM-COE-03900 | RM-COE-04036 | 06/00/1998 | Corps of Engineers-Galveston Dist. | | Specifications | Specifications for Dredging Upper Bayou - Houston-Galveston Navigation Channels, Texas (45-Foot Project) --- JOINT EXHIBIT 02 |
| 376 | RM-TCB-00029 | RM-TCB-00093 | 06/00/1998 | Turner Collie & Braden Inc. | | Reports | ITR-Contract 7 |
| 377 | REM30675 | REM30688 | 6/1/1998 | | | Drawings | Typical Levee Station |
| 378 | RM-COE-02782 | RM-COE-02782 | 6/2/1998 | Krueger, Dalton H | Medina, Richard; Bass, Robert J; McManus, John L; Meyer, Alton H; Reindl, Edward A; Rozsypal, Johnny; Richardson, Randolph E; Kieslich, James M; Dunn, Dolan D; Duarte, Rene; Brown, David R; Martin, Arthur J; Behrens, Robert L; Herrington | Email | HGNC - PCA with the PHA Signing |
| 379 | RM-PHA-00363 | RM-PHA-00367 | 6/3/1998 | J. Simmons Group | Port of Houston Authority | Agreement/Contract | Contract for Professional Services between PHA and J. Simmons Group for 4/1/1998 through 3/31/1999 |
| 380 | RM-COE-02090 | RM-COE-02090 | 6/4/1998 | Meyer, Alton H | Few, James T; Brown, Rhonda G | Email | More turfing at Lost Lake questions |
| 381 | RM-COE-02052 | RM-COE-02052 | 6/8/1998 | Lockhart, | Meyer, Alton H | Email | Hous Galv, Upper Bayou |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 382 | REM16036 | REM16081 | 6/10/1998 | | | Agreement/Contract | Exhibit 6 to Certified Claim for Changed Conditions at Hydraulic Levees - Project Cooperation Agreement |
| 383 | REM35527 | REM35527 | 6/10/1998 | | | Article | Exhibit 4-1 - Photograph - Project Cooperation Agreement - Signing of the Houston-Galveston Ship Channel Project Cooperation Agreement |
| 384 | RM-COE-02530 | RM-COE-02530 | 6/10/1998 | Lockhart, | Martinez, Isidoro S | Email | Quantities - Upper Bayou |
| 385 | RM-TCB-00100 | RM-TCB-00102 | 6/10/1998 | Jefts, Alan R | Walters, Ted G | Letter | Independent Technical Review |
| 386 | NOT USED | | | | | | |
| 387 | RM-COE-02057 | RM-COE-02057 | 6/16/1998 | Meyer, Alton H | Duarte, Rene | Email | Another Tim Question |
| 388 | RM-COE-02058 | RM-COE-02058 | 6/16/1998 | Meyer, Alton H | Fern K; Kanu P | Email | HouGal Upper Bayou Amend |
| 389 | RM-COE-02528 | RM-COE-02528 | 6/16/1998 | Meyer, Alton H | Lockhart, Jacqueline F; Montgomery, | Email | HouGal Upper Bayou |
| 390 | RM-COE-03751 | RM-COE-03886 | 6/16/1998 | Benero, Thomas | Fisher, Eddie R | Agreement/Contract | Solicitation, Offer and Award - DACW64-99-C-0001 --- JOINT EXHIBIT 01 |
| 391 | RM-COE-02527 | RM-COE-02527 | 6/17/1998 | Meyer, Alton H | Lockhart, Jacqueline | Email | HouGal Upper Bayou Amendment |
| 392 | FOIA-COE-000399 | FOIA-COE-000401 | 6/18/1998 | Devany, Carol A | | Letter | |
| 393 | FOIA-COE-001779 | FOIA-COE-001781 | 6/18/1998 | Devany, Carol A | King Fisher Marine Service, Inc. | Letter | Please accept my sincere thanks for a job well done."" |
| 394 | RM-COE-00113 | RM-COE-00117 | 6/23/1998 | | | Bid Document | Questions By Prospective Bidders and Answers by The Galveston District Design Team |
| 395 | RM-COE-02040 | RM-COE-02041 | 6/23/1998 | Robichaux, Nolan | Devany, Carol A | Letter | Outlining questions and concerns re the solicitation. |
| 396 | RM-COE-02032 | RM-COE-02032 | 6/25/1998 | Meyer, Alton H | Hasen, Michael | Fax Cover Sheet | Couple of more questions from the pre bid conference |
| 397 | RM-COE-02781 | RM-COE-02781 | 6/25/1998 | Meyer, Alton H | Brown, David R | Email | HouGal Upper Bayou |
| 398 | RM-COE-05801 | RM-COE-05801 | 6/25/1998 | Devany, Carol A | | Bid Document | Notice to Bidders - Pre Bid Conference |
| 399 | RM-COE-02048 | RM-COE-02048 | 6/26/1998 | Meyer, Alton H | Morten, Kristy L; Brown, David R | Email | HouGal Upper Bayou Storm Water Pollution Plan |
| 400 | RM-COE-02049 | RM-COE-02049 | 6/26/1998 | Meyer, Alton H | Hauch, Robert G | Email | HouGal Upper Bayou Storm Water Pollution Plan |
| 401 | RM-COE-02780 | RM-COE-02780 | 6/26/1998 | Hauch, Robert G | Meyer, Alton H; Maurer, Herbie A; Brown, David R; Brown, Rhonda G; | Email | HouGal - Upper Bayou Storm Water Pollution Plan |
| 402 | RM-COE-00137 | RM-COE-00140 | 6/29/1998 | | | Handwritten Note | Quick Check on Lost Lake |
| 403 | RM-COE-12260 | RM-COE-12265 | 7/1/1998 | Hasen, Michael | Meyer, Alton H | Fax Cover Sheet | Pre-Bid Conference Geotechnical Questions |
| 404 | RM-COE-00131 | RM-COE-00131 | 7/2/1998 | Meyer, Alton H | Duarte, Rene; Few, James T | Email | Upper Bayou questions |
| 405 | RM-COE-00132 | RM-COE-00133 | 7/2/1998 | Meyer, Alton H | Duarte, Rene | Email | Upper Bayou questions |
| 406 | RM-COE-02526 | RM-COE-02526 | 7/5/1998 | Meyer, Alton H | Lockhart, Jacqueline | Email | Upper Bayou Bid Schedule |
| 407 | RM-COE-22774 | RM-COE-22786 | 7/7/1998 | Corps of Engineers- | | Contract Modification | Amendment of Solicitation #0001 --- JOINT EXHIBIT 03 |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 408 | RM-COE-22773 | RM-COE-23000 | 7/7/1998 | US Army Corps of Engineers | | Proposal | C - Amendment of Solicitation No. DACW64-98-B-0004 - Houston-Galveston Navigation Channels Texas (45-Foot Project) Dredging Upper Bayou in Harris and Galveston Counties |
| 409 | RM-COE-05813 | RM-COE-05813 | 7/16/1998 | Hilliard, Carolyn M | Thomas, Reginald; Benero, Thomas; Powell, Travers; Lanigan, Dennis W; Patlan, Mary A; Devany, Carol A | Email | Bid Opening |
| 410 | RM-COE-02472 | RM-COE-02473 | 7/17/1998 | | | Bid Document | Pipeline Dredge Estimate - Checklist for Input Data |
| 411 | RM-COE-04095 | RM-COE-04228 | 7/17/1998 | | | Bid Document | Bidder Responsiveness Determination |
| 412 | RM-COE-04266 | RM-COE-04271 | 7/17/1998 | Lockhart, Jacqueline F.; | | Bid Document | Government Estimate |
| 413 | RM-COE-04272 | RM-COE-04277 | 7/17/1998 | | | Bid Document | List of Bidders Addresses |
| 414 | RM-COE-11605 | RM-COE-11605 | 7/17/1998 | Benero, Thomas; ; Fisher, Eddie R | | Contract Modification | Offer - Acknowledgement of Amendments |
| 415 | RM-COE-11611 | RM-COE-11611 | 7/17/1998 | Fisher, Eddie R; Gerstenmeier, | | Bond | Bid Bond |
| 416 | RM-COE-23001 | RM-COE-23002 | 7/17/1998 | | | Proposal | D - DACW64-98-B-0004 - Houston-Galveston Channels Texas (45 Foot Project) Dredging Upper Bayou - comparative statement of bids |
| 417 | RM-COE-23030 | RM-COE-23062 | 7/17/1998 | | | Proposal | F - Bidder Responsiveness Determination for Invitation No. DACW64-98-B-0004 - Vendor: Great Lakes Dredge and Dock Co. |
| 418 | RM-COE-23096 | RM-COE-23128 | 7/17/1998 | | | Proposal | H - Bidder Responsiveness Determination for Invitation No. DACW64-98-B-0004 - Vendor: T.L. James & Co. Inc. |
| 419 | RM-COE-23160 | RM-COE-23166 | 7/17/1998 | Lockport Jacqueline F; Jarrell Joe P | | Proposal | J - Houston-Galveston Navigation Channels Texas Dredging Upper Bayou (45-Foot Project) in Harris and Galveston Counties - Invitation No. DACW64-98-B-004 |
| 420 | RM-COE-02709 | RM-COE-02719 | 7/20/1998 | Hansen, Bradley T | Corps of Engineers-Galveston Dist. | Letter | IFB No DACW6498B0004 - Great Lakes requests a prompt decision by the Galveston District: Renda did not submit a responsive bid |
| 421 | RM-COE-02770 | RM-COE-02776 | 7/20/1998 | Devany, Carol A | | Agreement/Contract | Abstract of Offers Construction |
| 422 | RM-COE-04082 | RM-COE-04089 | 7/20/1998 | Devany, Carol A | | Bid Document | Bid Abstract Summary --- JOINT EXHIBIT 04 |
| 423 | RM-COE-05137 | RM-COE-05137 | 7/20/1998 | Devany, Carol A | Fisher, Eddie R | Letter | Requesting the following info: Preaward Info, Small Business and Small Disadvantage Business Subcontracting Plan |
| 424 | NOT USED | | | | | | |
| 425 | RM-COE-23168 | RM-COE-23176 | 7/20/1998 | Fisher Eddie R | Benero Thomas M | Letter | K - Decimal Error DACW64-98-B-004 - attaching bid estimate worksheet; request for permission to correct. |
| 426 | RM-COE-23178 | RM-COE-23178 | 7/24/1998 | Fisher Eddie R | Benero Thomas M | Letter | L - Requesting that the misplaced decimal be corrected in Renda Marine's bid submitted 07/17/98 for solicitation number DACW6498-B-0004. |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 427 | RM-COE-02688 | RM-COE-02688 | 7/27/1998 | Fisher, Eddie R | Devany, Carol A | Letter | Enclosing statement re preaward Information and a protest filed by Great Lakes Dredge and Dock |
| 428 | RM-COE-23180 | RM-COE-23200 | 7/27/1998 | Fisher Eddie R | Devany Carol A | Letter | M - Attaching a statement re Preaward Info. and a protest filed by Great Lakes Dredge and Dock; also enclosing Preaward info. Page 00100-11 paragraphs (a) thru (f) of section 00100 Instructions Conditions and Notices to Bidders Small Business and Small Disadvantaged Business Subcontracting Plan (FAR 52 219-9 I) |
| 429 | RM-COE-23202 | RM-COE-23212 | | | | | JOINT EXHIBIT 24 |
| 430 | RM-COE-23228 | RM-COE-23232 | | | | | JOINT EXHIBIT 25 |
| 431 | RM-COE-05121 | RM-COE-05122 | 7/31/1998 | Hansen, Bradley T | Benero, Thomas | Letter | IFB Number DACW64-98-B-0004 - [Performing a pre-award responsibility survey concerning Renda Marine, Inc. in connection with the protest filed by Great Lakes on 07/20/1998] |
| 432 | RM-COE-02689 | RM-COE-02708 | 8/3/1998 | Fisher, Eddie R; Bowman, Steven | Benero, Thomas | Letter | IFB No. DACW64-98-B-004 - Bid Protest by Great Lakes Dredge and Dock Co. |
| 433 | RM-COE-03707 | RM-COE-03717 | 8/3/1998 | | | Bid Document | Pre Award Submittals - Subcontracting Plan |
| 434 | RM-COE-05799 | RM-COE-05799 | 8/3/1998 | Benero, Thomas | Hansen, Bradley T | Letter | IFB No. DACW64-98-B-0004, - Acknowledging receipt of Hansen's 07/31/1998 letter requesting a copy of pre-award documents submitted by Renda Marine concerning referenced invitation for bids |
| 435 | RM-COE-05185 | RM-COE-05191 | 8/10/1998 | Dupont, Allen J | | Reports | Review of Dredging Plan |
| 436 | RM-COE-02794 | RM-COE-02797 | | | | | JOINT EXHIBIT 26 |
| 437 | RM-COE-05147 | RM-COE-05149 | 8/11/1998 | | | Reports | TCB/GBA Joint Venture - Dredging Upper Bayou: Pre-Award Review |
| 438 | RM-COE-05184 | RM-COE-05184 | 8/11/1998 | Dupont, Allen J | Devany, Carol A | Letter | Renda Marine, Inc. - Review Dredging Upper Bayou DACW64-98-B-0004 |
| 439 | RM-COE-02768 | RM-COE-02768 | 8/12/1998 | Brown, David R | Brunt III, Dewey H; Saenz, Luis F; Benero, Thomas; ; Rozsypal, Johnny; Krueger, Dalton H; Maurer, Herbie A; Jarrell, Joe P; | Email | Houston Galveston Upper Bayou Pre Award |
| 440 | RM-COE-05112 | RM-COE-05115 | 8/12/1998 | Hussin, Daniel L | Corps of Engineers-Galveston Dist. | Letter | IFB Number DACW64-98-B-0004 -[Great Lakes 07/20/1998 protest regarding Renda's responsibility with respect to the Upper Bayou Project] |
| 441 | RM-COE-23214 | RM-COE-23222 | | | | | JOINT EXHIBIT 27 |
| 442 | RM-COE-05133 | RM-COE-05134 | 8/13/1998 | | | Chart | Mobile Pulley and Machine Works Performance Curve |
| 443 | RM-COE-05135 | RM-COE-05136 | 8/13/1998 | Fisher, Eddie R | Benero, Thomas | Letter | [Disclosure of information in Renda Marine preaward submittals] |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 444 | RM-COE-05111 | RM-COE-05111 | 8/14/1998 | Benero, Thomas | Rochen, George R; Jarrell, Joe P; Brunt III, Dewey H; Moore, Thomas; Keys III, Daniel; Brown, David R; Devany, Carol A; Krueger, Dalton H; Saenz, | Email | Re-cap of Pre-Award Meeting |
| 445 | REM12296 | REM12297 | | | | | JOINT EXHIBIT 28 |
| 446 | RM-COE-02721 | RM-COE-02722 | 8/18/1998 | Oscar Renda Contracting | | Corporate | Renda Marine, Inc./Oscar Renda Contracting, Inc. - Commitments Contacts - Updated as of 8/18/1998 |
| 447 | RM-COE-05159 | RM-COE-05160 | 8/18/1998 | Renda Marine | | Reports | Commitments Contacts |
| 448 | RM-COE-21560 | RM-COE-21561 | 8/19/1998 | Few, James T | Saenz, Luis F; Russek, Eric G; McManus, John L; Duarte, Rene; Sutcliffe, Harrison T; | Email | Material Density at HSC, Upper Bayou |
| 449 | RM-COE-05607 | RM-COE-05607 | 8/20/1998 | | | Sign-In Sheet for Meeting | Renda Marine - Pre-Award Meeting |
| 450 | RM-COE-21562 | RM-COE-21563 | 8/20/1998 | Few, James T | Sutcliffe, Harrison T; Campbell, David B; Duarte, Rene; Rozsypal, Johnny | Email | Fwd: Material Density at HSC, Upper Bayou |
| 451 | RM-COE-21564 | RM-COE-21564 | 8/20/1998 | Few, James T | Rozsypal, Johnny | Email | Fwd: Material Density at HSC, Upper Bayou |
| 452 | RM-COE-05126 | RM-COE-05132 | 8/21/1998 | Fisher, Eddie R | Benero, Thomas | Letter | IFB Number DACW64-98-B-0004 [Providing clarifications to some of the questions asked by Benero technical staff] |
| 453 | RM-COE-05175 | RM-COE-05176 | 8/21/1998 | Renda Marine | | Chart | Mobile Pulley and Machine Works Performance Curve |
| 454 | RM-COE-23224 | RM-COE-23226 | 8/21/1998 | Bowman Steven C | Benero Thomas M | Letter | P - Invitation for Bid No. DACW64-98-B-0004 Houston-Galveston Channels Texas (45-Foot Project) Dredging Upper Bayou Unit Price Mistake - Bid Opening 07/17/98 - furnishing the details about the unit price bid mistake and the documents used for the bid. |
| 455 | RM-COE-02789 | RM-COE-02793 | 9/2/1998 | Brunt III, Dewey | | Memo | Award of Contract under Invitation DACW64-98-B-0004 |
| 456 | RM-COE-05613 | RM-COE-05615 | 9/2/1998 | Brown, David R | | Reports | Pre-Award Survey |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 457 | RM-COE-16497 | RM-COE-16497 | 9/4/1998 | Benero, Thomas | Buechler, Nicholas J; Rochen, George R; Jarrell, Joe P; Maurer, Herbie A; Moore, Thomas; Rozsypal, Johnny; Brown, David R; McManus, | Email | Contracting up-date |
| 458 | RM-GAL-0016099 | RM-GAL-0016099 | 9/4/1998 | Johnny | Luis F Saenz@OD-N | Email | Contracting Update |
| 459 | NOT USED | | | | | | |
| 460 | NOT USED | | | | | | |
| 461 | RM-COE-05628 | RM-COE-05628 | 9/16/1998 | | | Bid Document | Abstract of Bids |
| 462 | RM-COE-23234 | RM-COE-23240 | | | | | JOINT EXHIBIT 29 |
| 463 | RM-PHA-00432 | RM-PHA-00433 | 9/21/1998 | Buechler, | Kornegay, H. Thomas | Letter | Establishing Project Coordination Team |
| 464 | RM-COE-23242 | RM-COE-23243 | 9/25/1998 | Bowman Steven C | Benero Thomas M | Letter | S - Houston-Galveston Channels Texas (45 Foot Project) Dredging Upper Bayou - Invitation No. DACW64-98-B-004 - advising that Renda Marine agrees to extend the offer-acceptance period 60 days from the 09/18/98 to 11/18/98; that it is agreeable to additional extension periods if necessary. |
| 465 | RM-PHA-00431 | RM-PHA-00431 | 9/28/1998 | Kornegay, H. Thomas | Buechler, Nicholas J | Letter | Notification of government members appointed to Project Coordination Team |
| 466 | RM-PHA-00420 | RM-PHA-00426 | 10/1/1998 | Buechler, Nicholas J | Kornegay, H. Thomas | Letter | Summary of how actual construction costs will be allocated between PHA and COE |
| 467 | RM-PHA-00427 | RM-PHA-00430 | 10/1/1998 | Buechler, Nicholas J | Kornegay, H. Thomas | Letter | Summary of how quality assurance management for construction of beneficial use and oyster mitigation sites will be performed between PHA and COE |
| 468 | RM-COE-22761 | RM-COE-22769 | 10/2/1998 | Benero Thomas; Moore Thomas; Buechler Nicholas J | | Proposal | Determination and Findings On Mistake in Bid by Renda Marine on Solicitation on DACW64-B-98-004 Houston-Galveston Navigation Channels (45 Foot Project) - Dredging Upper Bayou Houston Texas - Findings of Fact - recommending that Renda Marine be granted permission to correct its mistake in bid. |
| 469 | RM-COE-21689 | RM-COE-21689 | 10/14/1998 | Saenz, Luis F | Willmore, Eric F; Rozsypal, Johnny; Maurer, Herbie A | Email | Consent to Easement for Permit to Houston Fuel Oils |
| 470 | RM-GAL-0016170 | RM-GAL-0016170 | 10/14/1998 | Saenz, Luis F | Willmore, Eric F | Email | Consent to Easement for Permit to Houston Fuel Oils |
| 471 | RM-COE-02630 | RM-COE-02631 | 10/15/1998 | | | Contract Modification | Checklist for Modifications |
| 472 | RM-COE-11543 | RM-COE-11544 | 10/15/1998 | | | Contract Modification | Checklist For Modifications - Modification Number CO-3 |
| 473 | RM-COE-11565 | RM-COE-11566 | 10/15/1998 | | | Contract Modification | Checklist for Modifications - Modification Number CO-1 |
| 474 | RM-COE-05075 | RM-COE-05085 | 10/16/1998 | Tanner, Morris A; Holzwarth, | | Bid Document | Decision on Request to Correct Mistake in Bid |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 475 | RM-COE-05098 | RM-COE-05109 | 10/16/1998 | Tanner, Morris A; Holzwarth, | | Bid Document | Decision on Request to Correct Mistake in Bid |
| 476 | RM-COE-05110 | RM-COE-05110 | 10/21/1998 | Hussin, Daniel L | Benero, Thomas | Letter | IFB No. DACW64-98-B-0004 - [Advising that Great Lakes Dredge and Dock Co. hereby withdraws the remaining portion of its agency protest dated 07/20/1998 relating to the discrepancy in CLIN 0006 in Renda Marine, Inc. bid] |
| 477 | RM-COE-21687 | RM-COE-21687 | 10/21/1998 | McManus, John L | Jarrell, Joe P; Brunt III, Dewey H; Campbell, David B; McClenan, Cecil M; Truesdell, Bryan; Weiss, Lynwood G; Saenz, Luis F; Wittig III, Ernest H; Meyer, | Email | Dredging Upper Bayou |
| 478 | REM11988 | REM11989 | 10/26/1998 | Corps of Engineers-Galveston Dist.; | Fisher, Eddie R | Contract Modification | Modification of Contract - Modification ref number P00011 - CO004 |
| 479 | RM-COE-02613 | RM-COE-02613 | 10/26/1998 | Corps of Engineers- | | Contract Modification | Amendment of Solicitation/Modification of Contract - CO-3 |
| 480 | RM-COE-03511 | RM-COE-03511 | 10/26/1998 | Benero, Thomas | | Bid Document | Contract Dredging Post Bid Information |
| 481 | RM-COE-03684 | RM-COE-03687 | 10/26/1998 | Benero, Thomas | Hopkins, William J; Carelock, Donald W | Letter | Designation of Administrative Contracting Officer (ACO) and Alternate Administrative Contracting Officer |
| 482 | RM-COE-03737 | RM-COE-03738 | 10/26/1998 | Fisher, Eddie R; Gerstenmeier, | | Bond | Payment Bond |
| 483 | RM-COE-04038 | RM-COE-04038 | 10/26/1998 | Corps of Engineers- | | Agreement/Contract | Congressional Notification of award of Contract |
| 484 | RM-COE-04039 | RM-COE-04041 | 10/26/1998 | | | Chart | Official Contract Record Checklist - Pre Award |
| 485 | RM-COE-05549 | RM-COE-05550 | 10/26/1998 | Fisher, Eddie R; Gerstenmeier, | | Bond | Performance Bond |
| 486 | RM-COE-12448 | RM-COE-12449 | 10/26/1998 | Benero, Thomas | Fisher, Eddie R | Letter | Reference to 07/17/1998 bid for IFB Number DACW64-98-B-0004, in Harris and Galveston Counties - accepting bid in the amount of 12,526,100 dollars |
| 487 | RM-COE-14028 | RM-COE-14031 | 10/26/1998 | Benero, Thomas | Hopkins, William J; Carelock, Donald W | Memo | Designation of Administrative Contracting Officer (ACO) and Alternate Administrative Contracting Officer (Alternate ACO) |
| 488 | RM-GAL-0016163 | RM-GAL-0016163 | 10/26/1998 | Cole, Curtis | DLLCESWGDISTF | Email | Notice of Contract Award |
| 489 | RM-COE-05204 | RM-COE-05204 | 11/3/1998 | Fisher, Eddie R | Machacek, Kenneth | Letter | Authorization to perform duties of Alternate Contractor Quality Control System Manager |
| 490 | RM-COE-05206 | RM-COE-05206 | 11/3/1998 | Fisher, Eddie R | Williams, Glen | Letter | Authorization to perform duties of Alternate Contractor Quality Control System Manager |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 491 | RM-COE-05207 | RM-COE-05207 | 11/3/1998 | Fisher, Eddie R | Herrera, Nicholas | Letter | Authorization to perform QC responsibilities for dredging and hydraulic levees |
| 492 | RM-COE-05212 | RM-COE-05212 | 11/3/1998 | Machacek, Kenneth | Affolter, Kenneth | Letter | Authorization to perform QC responsibilities for stripping and exacavation; embankment construction; excavation, filling and backfilling for drop-outlet structure; seeding and fertilizing; and drop-outlet structures including pip and concrete. |
| 493 | RM-COE-05213 | RM-COE-05213 | 11/3/1998 | Machacek, Kenneth | Lopez, Heraclio | Letter | Authoization to perform QC responsibilities for dredgin and hydraulic levees |
| 494 | RM-COE-05214 | RM-COE-05214 | 11/3/1998 | Machacek, Kenneth | Machacek, Darrell | Letter | Authorzation to perform QC responsibilities for dredging and hydraulic levees |
| 495 | RM-COE-03691 | RM-COE-03691 | 11/16/1998 | Corps of Engineers- | Renda Marine | Other | Return Receipt for Notice to Proceed with work |
| 496 | RM-COE-14051 | RM-COE-14052 | 11/18/1998 | Russek, Eric G | Brown, David R | Agenda for Meeting | Agenda for the Pre-Construction Conference |
| 497 | RM-GAL-0018933 | RM-GAL-0018934 | 11/18/1998 | Houston Galveston | Unknown | Agenda | Pre-Construction Conference Agenda for 11/24/1998 |
| 498 | RM-COE-05205 | RM-COE-05205 | 11/19/1998 | Fisher, Eddie R | Herrera, Leo (Darillo) | Letter | Authorization to perform Alternate Contractor Quality Control System Manager |
| 499 | RM-COE-17462 | RM-COE-17464 | 11/19/1998 | Russek, Eric G | Brown, David R | Agenda for Meeting | Agenda for the QA/QC Coordination Meeting |
| 500 | RM-GAL-0018931 | RM-GAL-0018931 | 11/19/1998 | Russek, Eric G | Brown, David R; McManus, John L; Krueger, Dalton H; McClenan, Cecil M; Weiss, Lynwood G | Email | Upper Bayou Pre-Construction Conference |
| 501 | RM-GAL-0018932 | RM-GAL-0018932 | 11/19/1998 | Unknown | Unknown | Agenda | Agenda for QA/QC Coordination Meeting on 11/24/1998 |
| 502 | REM35922 | REM35929 | 11/24/1998 | Russek, Eric G; Fisher, Eddie R | | Sign-In Sheet for Meeting | Minutes of Pre-Construction Conference, Dredging Upper Bayou |
| 503 | RM-COE-13992 | RM-COE-13992 | 11/24/1998 | Fisher, Eddie R | Affolter Contracting | Agreement/Contract | Statement and Acknowledgement |
| 504 | FOIA-COE-000001 | FOIA-COE-000218 | 12/00/1998 | Corps of Engineers-Galveston Dist. | | Specifications | Houston Ship Channel, Texas, Sims Bayou to Greens Bayou with Extension to Boggy Bayou Basin in Harris County, Texas; Invitation No. DACW64-99-B-0011; Specifications for Dredging 12/98 |
| 505 | RM-COE-14922 | RM-COE-14937 | 12/00/1998 | Hopkins, William | | Quality Assurance Plan | Quality Assurance Program for 12/1998 |
| 506 | RM-COE-15372 | RM-COE-15387 | 12/00/1998 | Hopkins, William | | Reports | Quality Assurance Program |
| 507 | RM-COE-03381 | RM-COE-03381 | 12/1/1998 | Herrera, Leo (Darillo) | Corps of Engineers-Galveston Dist. | Transmittal | Transmittal #3 -- Shop Drawings, Equipment Data, Material Samples, or Manufacturer's Certificates of Compliance |
| 508 | RM-COE-09147 | RM-COE-09151 | 12/1/1998 | Herrera, Leo (Darillo) | Corps of Engineers-Galveston Dist. | Transmittal | Transmittal #1 -- Shop Drawings, Equipment Data, Material Samples, or Manufacturer's Certificates of Compliance - Request to approve Construction Plan and Schedule |
| 509 | RM-COE-14039 | RM-COE-14042 | 12/1/1998 | Russek, Eric G; Fisher, Eddie R | | Minutes | Minutes of QA/AC Coordinating Meeting (11/24/1998) |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 510 | RM-COE-14043 | RM-COE-14050 | 12/1/1998 | Russek, Eric G; Fisher, Eddie R | | Minutes | Minutes of Pre-Construction Conference (11/24/1998) |
| 511 | RM-COE-01678 | RM-COE-01680 | 12/3/1998 | Renda Marine | | Agenda for Meeting | Preparatory Meeting Agenda |
| 512 | RM-COE-14016 | RM-COE-14016 | | | | | JOINT EXHIBIT 34 |
| 513 | RM-JSG-00440 | RM-JSG-00454 | 1/5/1999 | Waska, L.K. | Simmons, James | Agreement/Contract | Contract for Professional Services |
| 514 | FOIA-COE-000219 | FOIA-COE-000226 | 1/8/1999 | Corps of Engineers-Galveston Dist. | | Amendment | Amendment No. 0001: Houston Ship Channel, Texas, Sims Bayou to Greens Bayou with Extension to Boggy Bayou Basin in Harris County, Texas; Invitation No. DACW64-99-B-0011; Specifications for Dredging 12/98 |
| 515 | RM-COE-03400 | RM-COE-03410 | 1/11/1999 | Renda Marine | | Environmental Protection Plan | Environmental Protection |
| 516 | RM-COE-05194 | RM-COE-05197 | 1/11/1999 | Fisher, Crista G | Russek, Eric G | Letter | Request for the Quality Control Personnel for the said project be changed as, the position of CQC System Manager Second Alternate will be changed from Glen Williams to Frank Duke |
| 517 | RM-COE-05195 | RM-COE-05197 | 1/11/1999 | | | Personnel/Human Resources | CV of Frank 'PAT' Duke |
| 518 | RM-COE-05198 | RM-COE-05203 | 1/11/1999 | Russek, Eric G | | Reports | Quality Control Plan - Table of Contents |
| 519 | RM-COE-05208 | RM-COE-05211 | 1/11/1999 | | | Reports | Quality Control Plan - Section 7.0 Procedures |
| 520 | RM-COE-05215 | RM-COE-05215 | 1/11/1999 | | | Reports | Quality Control Plan - Section 8.0 and 9.0 |
| 521 | RM-COE-01676 | RM-COE-01677 | 1/17/1999 | | | Schedule | Classic Schedule Layout |
| 522 | RM-COE-14020 | RM-COE-14021 | | | | | JOINT EXHIBIT 30 |
| 523 | RM-COE-21686 | RM-COE-21686 | 1/25/1999 | Corps of | | Agenda for Meeting | Project Coordination Team Meeting No. 4 |
| 524 | RM-COE-12470 | RM-COE-12471 | | | | | JOINT EXHIBIT 31 |
| 525 | RM-COE-12472 | RM-COE-12472 | | | | | JOINT EXHIBIT 32 |
| 526 | MOVED TO 564 | | | | | | |
| 527 | RM-COE-14011 | RM-COE-14011 | 2/9/1999 | Fisher, Eddie R | Russek, Eric G | Letter | Advising of changes in conduct of work that the subcontractor, Affolter Contracting, Inc., has made establishing haul roads for construction of the drop outlet structures at the Lost Lake Placement Area. |
| 528.001 | RM-COE-11609 | RM-COE-11609 | 2/11/1999 | Devany, Carol A; Renda Marine, Inc | | Contract Modification | Documents regarding Amendment/Modification No. P00001 |
| 528.002 | RM-COE-04631 | RM-COE-04638 | 2/24/1999 | Cole Jr, Curtis | | Contract Modification | Documents regarding Amendment/Modification No. P00002 |
| 528.003 | RM-COE-04624 | RM-COE-04630 | 3/15/1999 | Benero, Thomas | | Contract Modification | Documents regarding Amendment/Modification No. P00003 |
| 528.004 | RM-COE-04606 | RM-COE-04623 | 3/23/1999 | Cole Jr, Curtis | | Contract Modification | Documents regarding Amendment/Modification No. P00004 |
| 528.005 | RM-COE-04597 | RM-COE-04605 | 5/19/1999 | Benero, Thomas | | Contract Modification | Documents regarding Amendment/Modification No. P00005 |
| 528.006 | REM35272 | REM35274 | 6/23/1999 | Benero, Thomas; ; Fisher, Eddie R | | Contract Modification | Documents regarding Amendment/Modification No. P00006 |
| 528.007 | RM-COE-04551 | RM-COE-04558 | 7/12/1999 | Devany, Carol A | | Contract Modification | Documents regarding Amendment/Modification No. P00007 |