**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 887 | RM-COE-03588 | RM-COE-03588 | 6/9/2000 | Benero, Thomas | Buechler, Nicholas J; Rochen, George R; Keys III, Daniel; McClenan, Cecil M; Russek, Eric G; Krueger, Dalton H; | Email | Meeting with Renda |
| 888 | RM-GAL-0017849 | RM-GAL-0017849 | 6/9/2000 | McClenan, Cecil | vbfwww@yahoo.com | Email | |
| 889 | RM-GAL-0017967 | RM-GAL-0017967 | 6/9/2000 | McClenan, Cecil M | Meyer, Alton H; Weiss, Lynwood G; Anderson, Daniel W | Email | Meeting with Renda |
| 890 | RM-COE-03581 | RM-COE-03586 | 6/12/2000 | Fisher, Eddie R | Benero, Thomas | Letter | Sub: Request for Revised Schedule |
| 891 | RM-GAL-0016613 | RM-GAL-0016613 | 6/13/2000 | Meyer, Alton H | Krueger, Dalton H; Saenz, Luis F | Email | Revised O&M costs for Upper Bayou and Lower Bay contracts |
| 892 | RM-GAL-0018449 | RM-GAL-0018449 | 6/13/2000 | Anderson, Daniel W | Meyer, Alton H; McClenan, Cecil M; Keys III, Daniel | Email | |
| 893 | REM12307 | REM12307 | 6/14/2000 | McClenan, Cecil M | Fisher, Eddie R | Letter | RE Modifications VQ011, Additional time for the Variation in Quantities for the earth work as required fro completing the mechanical levees |
| 894 | RM-TCB-00564 | RM-TCB-00587 | 6/14/2000 | Department of the | | Memo | Procedures for Handling Contract Claims |
| 895 | RM-GAL-0018488 | RM-GAL-0018490 | 6/15/2000 | Sanford, Will S | Meyer, Alton H; McClenan, Cecil M | Email | |
| 896 | RM-COE-14274 | RM-COE-14275 | 6/16/2000 | Fisher, Eddie R | Benero, Thomas | Letter | Small Business Dredging Set-Aside Contracts |
| 897 | RM-COE-15471 | RM-COE-15473 | 6/19/2000 | Jones, Chris | Renda, Oscar | Promissory Note | Note Modification/Loan OSCA8904 |
| 898 | | | | | | | Before Dredging and After Dredging Surveys - Section #1 --- JOINT EXHIBIT 15.001-15.239 |
| 899 | RM-COE-15989 | RM-COE-15995 | 6/20/2000 | Jefts, Alan R | Russek, Eric G | Letter | Existing Condition Surveys - Job Number 13-63020-140 |
| 900 | RM-GAL-0019160 | RM-GAL-0019161 | 6/22/2000 | Unknown | Unknown | Reports | Spreadsheet of cleared cross sections |
| 901 | RM-COE-21971 | RM-COE-21972 | 6/23/2000 | Russek, Eric G | McClenan, Cecil M; Keys III, Daniel | Email | 06/2000 response letter |
| 902 | RM-COE-21973 | RM-COE-21975 | | | | | JOINT EXHIBIT 55 |
| 903 | REM19278 | REM19278 | 6/26/2000 | Mears, Wendell D | Meyer, Alton H | Email | Phone Conversation |
| 904 | RM-COE-01263 | RM-COE-01264 | 6/26/2000 | Few, James T | Anderson, Daniel W | Email | HG, Upper Bayou, SQA Survey Results |
| 905 | MOVED TO | | | | | | |
| 906 | RM-COE-21976 | RM-COE-21977 | 6/26/2000 | Russek, Eric G | McClenan, Cecil M | Email | SQA Survey Results |
| 907 | RM-COE-21978 | RM-COE-21979 | 6/28/2000 | Keys III, Daniel | Russek, Eric G; McClenan, Cecil M | Email | 06/2000 response letter |
| 908 | REM04852 | REM04867 | 6/29/2000 | | | Reports | Renda Marine, Inc -Production Report |
| 909 | REM05473 | REM05489 | 6/30/2000 | Renda Marine | | Reports | Daily Production Report - 06/08/00-07/02/00 |

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 910 | RM-COE-16336 | RM-COE-16337 | | | | | JOINT EXHIBIT 56 |
| 911 | RM-COE-18858 | RM-COE-18858 | 7/10/2000 | Fisher, Eddie R | Hopkins, William J | Letter | Correspondence of 07/07/2000 |
| 912 | RM-GAL-0018502 | RM-GAL-0018502 | 7/10/2000 | Sanford, Will S | Meyer, Alton H | Email | |
| 913 | NOT USED | | | | | | |
| 914 | RM-GAL-0018695 | RM-GAL-0018696 | 7/10/2000 | Russek, Eric G | McClenan, Cecil M; Meyer, Alton H | Email | FW: HG, Lower Bayou, Alexander and Spilman Island Pas, Trip Report - 'At the request of J.P. Smith, Tim and I went out to Lower Bayou on Friday to observe the issues listed below. Tim wrote a very good trip report and has added some history at other sites. Regarding the mod for Alexander, I would like to proposed that we lump al of the earthwork issues together - the erosion at the south end of Alex. Is. and the levee sloughing on the west side. As Tim state, these are above and beyond what was in the PandS. For future reference, we (the Area Office0 need to strongly recommend that earthwork be bid at a unit price (CY) instead of Lump Sum to put less risk on the contractor and to facilitate simpler mods for variations in quantities.'; included email |
| 915 | REM11990 | REM11991 | 7/11/2000 | Benero, Thomas | Fisher, Eddie R | Letter | Response to 06/20/2000 letter |
| 916 | RM-COE-14256 | RM-COE-14257 | 7/11/2000 | Benero, Thomas | Fisher, Eddie R | Letter | Draft: Response to 6/20/00 letter |
| 917 | REM24155 | REM24164 | 7/14/2000 | | | Survey | ADs, Sec 5, 532+00 to 540+00 |
| 918 | RM-COE-15230 | RM-COE-15270 | 7/14/2000 | Jefts, Alan R | Russek, Eric G | Fax Cover Sheet | Quality Assurance Reports |
| 919 | RM-COE-01260 | RM-COE-01260 | 7/17/2000 | Russek, Eric G | Few, James T | Email | Upper Bayou, Request for Time |
| 920 | RM-COE-01598 | RM-COE-01598 | 7/18/2000 | Few, James T | Russek, Eric G | Email | HG, Upper Bayou Flare |
| 921 | REM36534 | REM36534 | 7/19/2000 | McClenan, Cecil M | Fisher, Eddie R | Letter | Modification C0004, which incorporates a paragraph to Section 02223-Retaining Levees for accepting completed levees. |
| 922 | RM-GAL-0017869 | RM-GAL-0017869 | 7/24/2000 | McClenan, Cecil | Meyer, Alton H | Email | Renda's Rented/ Leased Equipment |
| 923 | RM-GAL-0019167 | RM-GAL-0019168 | 7/24/2000 | McClenan, CM | Jefts, Alan | Letter | Draft letter regarding HVJ Geotechnical report |
| 924 | RM-COE-01600 | RM-COE-01602 | 7/26/2000 | | | Chart | Dredge Volume Calculations |
| 925 | RM-COE-01603 | RM-COE-01605 | 7/26/2000 | | | Chart | Dredge Volume Calculations |
| 926 | RM-COE-14254 | RM-COE-14254 | 7/28/2000 | Duke, Pat | Russek, Eric G | Letter | Follow up of conversation about the levee on the West side of Lost Lake |
| 927 | RM-COE-16304 | RM-COE-16304 | 7/28/2000 | Few, James T | Russek, Eric G | Email | Upper Bayou Differing Site letter to JV |
| 928 | RM-COE-14038 | RM-COE-14038 | | | | | JOINT EXHIBIT 57 |
| 929 | NOT USED | | | | | | |
| 930 | REM05423 | REM05441 | 7/31/2000 | Renda Marine | | Reports | Daily Production Report |
| 931 | RM-COE-11716 | RM-COE-11717 | 7/31/2000 | McClenan, Cecil M; Fisher, Eddie | | Contract Modification | Modification of Contract - Requisition Number A99-0001-004 |
| 932 | RM-COE-16411 | RM-COE-16496 | 7/31/2000 | | | Survey | Combined Surveys 7/31/00 & 3/20/00, Station 510+00 |
| 933 | REM11914 | REM11916 | 8/1/2000 | | | Chart | Dredge Volume Calculations |
| 934 | REM33078 | REM33083 | 8/1/2000 | Renda Marine; JESCO | | Lease Agreement | Equipment Lease between Renda Marine, Inc. (Lessor) and Jesco (Lessee) with attached Exhibit A |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 935 | RM-COE-10862 | RM-COE-10878 | 8/1/2000 | | | Survey | AD's Sec 1 470+00 To 484+00 - Station: 470+00 etc - Hydro Surveys |
| 936 | RM-COE-14901 | RM-COE-14901 | 8/1/2000 | Bowman, Steven | Russek, Eric G | Letter | Enclosing an amended description of their QC Organization. |
| 937 | RM-TCB-00418 | RM-TCB-00419 | 8/2/2000 | McClenan, Cecil M | Jefts, Alan R | Letter | RE: Letter Dated March 30, 2000 from Renda Marine requesting extra time for the differing site condition in the flare |
| 938 | RM-COE-01259 | RM-COE-01259 | | | | | JOINT EXHIBIT 58 |
| 939 | RM-COE-14247 | RM-COE-14249 | | | | | JOINT EXHIBIT 59 |
| 940 | RM-COE-18829 | RM-COE-18829 | 8/3/2000 | | | Sign-In Sheet for Meeting | Sign it Sheet - Meeting attendees |
| 941 | RM-GAL-0016621 | RM-GAL-0016621 | 8/3/2000 | Barcak, Ronnie G | Saenz, Luis F | Email | Renda Marine (Mouth of the Colorado and Upper Bayou Project) |
| 942 | REM11973 | REM11973 | 8/4/2000 | Bowman, Steven | McClenan, Cecil M | Letter | Dredging Upper Bayou Request for Acceptance of Levee Construction |
| 943 | REM11974 | REM11975 | 8/4/2000 | Bowman, Steven | McClenan, Cecil M | Letter | Criteria for Dredged Channel, Section Nos. 1 through 3 |
| 944 | RM-COE-05463 | RM-COE-05463 | 8/4/2000 | Renda, Oscar; Bowman, Steven | Benero, Thomas | Letter | Replacement for Eddie Fisher - Steven C. Bowman |
| 945 | RM-COE-05491 | RM-COE-05491 | 8/4/2000 | | | Personnel/Human Resources | CV - Lloyd Bates |
| 946 | RM-COE-16283 | RM-COE-16284 | 8/4/2000 | Few, James T | Anderson, Daniel W; Russek, Eric G; McClenan, Cecil M | Email | Lost Lake |
| 947 | RM-GAL-0017873 | RM-GAL-0017874 | 8/4/2000 | McClenan, Cecil | Meyer, Alton H | Email | Lost Lake |
| 948 | REM33174 | REM33175 | 8/8/2000 | Ray, Kent | | Memo | Corporate Overhead Allocated |
| 949 | RM-COE-14840 | RM-COE-14841 | 8/8/2000 | Russek, Eric G | File - COE | Memo | Site Visit |
| 950 | RM-COE-18063 | RM-COE-18063 | 8/8/2000 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | HG, Upper Bayou, Lost Lake |
| 951 | RM-CPP-00654 | RM-CPP-00655 | 8/8/2000 | Russek Eric G | | Memo | Houston-Galveston Navigation Channels Dredging Upper Bayou (99-C-0001) Site Visit |
| 952 | RM-GAL-0019188 | RM-GAL-0019188 | 8/8/2000 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | Documenting discussions at hydraulic fill site on 08/07/2000 |
| 953 | REM16034 | REM16034 | 8/10/2000 | | | Schedule | Exhibit 5-1 - Construction Schedule |
| 954 | RM-COE-05459 | RM-COE-05460 | 8/11/2000 | Bowman, Steven | McClenan, Cecil M | Letter | Revised Completion Schedule for Project |
| 955 | RM-COE-22000 | RM-COE-22001 | 8/11/2000 | McClenan, Cecil | Benero, Thomas | Email | Luster National |
| 956 | RM-GAL-0017900 | RM-GAL-0017903 | 8/11/2000 | McClenan, Cecil | Weiss, Lynwood G | Email | PRB Items |
| 957 | | | | | | | Before Dredging and After Dredging Surveys - Section #8 --- JOINT EXHIBIT 15.001-15.239 |
| 958 | MOVED TO | | | | | | |
| 959 | | | | | | | Before Dredging and After Dredging Surveys - Section #9 --- JOINT EXHIBIT 15.001-15.239 |
| 960 | RM-COE-11689 | RM-COE-11690 | 8/15/2000 | Cole Jr, Curtis; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00016 |
| 961 | REM24143 | REM24151 | 8/17/2000 | | | Survey | ADs, Sec 5, 532+00 to 540+00 |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 962 | REM24206 | REM24210 | 8/17/2000 | | | Survey | ADs, Sec 6, 540+00 to 543+00 |
| 963 | RM-COE-14241 | RM-COE-14244 | 8/17/2000 | Bowman, Steven | Benero, Thomas | Letter | Intent to Subcontract with Weeks Marine, Inc |
| 964 | RM-COE-05445 | RM-COE-05456 | 8/18/2000 | Harrison, Richard W | Jean, C L | Letter | Consent No DACW64-9-00-66, Houston Fuel Oil Terminal Co., Peggy Lake and Lost Lake Placement Areas, Houston Ship Channel Project, Texas |
| 965 | RM-COE-05446 | RM-COE-05448 | 8/18/2000 | Harrison, Richard | | Agreement/Contract | Consent to Easement |
| 966 | RM-COE-05449 | RM-COE-05449 | 8/18/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Request for Acceptance of Levee Construction from Stations 40+00 to 97+00 |
| 967 | RM-COE-05453 | RM-COE-05453 | 8/18/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Acceptance Criteria for Dredged Channel, Section Nos 1 through 3 (2) Project Schedule Requirements |
| 968 | RM-COE-05457 | RM-COE-05458 | | | | | JOINT EXHIBIT 60 |
| 969 | RM-COE-22003 | RM-COE-22004 | 8/18/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE Meeting on 8/7/00 advising that the purpose of the meeting was to observe and verify the alignment of the levee centerline in the area relative to the contract drawings |
| 970 | NOT USED | | | | | | |
| 971 | RM-GAL-0019195 | RM-GAL-0019195 | 8/18/2000 | Unknown | Unknown | Chart | Outlining new berm grading for drainage |
| 972 | RM-PHA-00039 | RM-PHA-00040 | 8/18/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Realignment of Levee in West Lost Lake PA and Notification of Changed Condition(s) |
| 973 | RM-COE-14898 | RM-COE-14898 | 8/21/2000 | Bowman, Steven | Russek, Eric G | Letter | Enclosing amended description of their QC Organization in chart form |
| 974 | RM-COE-03572 | RM-COE-03572 | 8/22/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | Response to 8/4/00 letter re: cross-sections of the portion of levee constructed by your subcontractor |
| 975 | RM-COE-05431 | RM-COE-05432 | 8/22/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Status of differing Site Condition - Dredging Stiff Clays in the Flare Area, (2) Project Schedule Requirements |
| 976 | RM-GAL-0016188 | RM-GAL-0016188 | 8/22/2000 | Mears, Wendell D | Saenz, Luis F; Rozsypal, Johnny | Email | |
| 977 | RM-GAL-0025775 | RM-GAL-0025775 | 8/22/2000 | Wendell, Mears | Russek, Eric G | Email | Upper Bayou Differing Site Condition Evaluation |
| 978 | RM-COE-05415 | RM-COE-05416 | | | | | JOINT EXHIBIT 61 |
| 979 | RM-COE-05423 | RM-COE-05424 | 8/23/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Status of Differing Site Condition Rubble at North Side of Channel, between Stations 530+00 to 540+00 (2) Project Schedule Requirements |
| 980 | MOVED TO | | | | | | |
| 981 | RM-COE-11691 | RM-COE-11692 | 8/28/2000 | Cole Jr, Curtis; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00017 |
| 982 | REM05401 | REM05422 | 8/30/2000 | Renda Marine | | Reports | Daily Production Report |
| 983 | RM-GAL-0019196 | RM-GAL-0019197 | 8/31/2000 | Mears, Wendell | Russek, Eric; Smith, Barry | Email | Proposed Status Meeting Agenda |
| 984 | RM-COE-01524 | RM-COE-01528 | 09/00/2000 | Buechler, Nicholas J | | Survey | Exhibit 6 Lost Lake Southwest Levee Survey 08-16-00 View STA 166+00 to STA 184+00 |
| 985 | REM05520 | REM05520 | 9/2/2000 | | | Reports | Notes |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 986 | REM05519 | REM05519 | 9/3/2000 | | | Reports | Notes |
| 987 | REM05518 | REM05518 | 9/4/2000 | | | Reports | Notes |
| 988 | REM05517 | REM05517 | 9/5/2000 | | | Reports | Notes |
| 989 | RM-COE-01516 | RM-COE-01523 | 9/8/2000 | Buechler, Nicholas J | | Survey | Lost Lake Southwest Levee Cross Sections from Sta 165+17.01 to Sta 169+74.22 |
| 990 | RM-COE-15940 | RM-COE-15943 | 9/8/2000 | | | Survey | Lost Lake Southwest Levee - Cross Sections From Sta 179+53.75 to 183+67.22 |
| 991 | RM-JSG-00193 | RM-JSG-00194 | 9/8/2000 | Mears, Wendell D | Jefts, Alan R; Hrabovsky, Leon; Bryant, Grady T; Gorini, Richard F | Email | Status Update, Upper Bayou Contract with Renda Marine |
| 992 | RM-COE-14223 | RM-COE-14223 | 9/10/2000 | Bowman, Steven | McClenan, Cecil M | Letter | Pay estimate signature authority |
| 993 | RM-COE-14224 | RM-COE-14224 | 9/12/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Adjusted Discharge Area for Dredged Material from Section Numbers 7 and 8 |
| 994 | RM-JSG-00189 | RM-JSG-00192 | 9/14/2000 | Mears, Wendell D | Gorini, Richard F; Jefts, Alan R; Bryant, Grady T; Hrabovsky, | Memo | Contract Status Meeting |
| 995 | REM24138 | REM24142 | 9/15/2000 | | | Survey | Hydro Survey, Sec 5, Sta 532+00 to 540+00 |
| 996 | REM24200 | REM24205 | 9/15/2000 | | | Survey | Hydro Survey, Sec 6, Sta 540+00 to 554+00 |
| 997 | RM-COE-22015 | RM-COE-22019 | 9/18/2000 | Mears, Wendell D | Russek, Eric G; McClenan, Cecil M; Barry | Email | Minutes of the Meeting |
| 998 | RM-COE-22020 | RM-COE-22020 | 9/18/2000 | Russek, Eric G | McClenan, Cecil M | Email | Renda Letters |
| 999 | RM-COE-22302 | RM-COE-22303 | 9/18/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE Meeting on 8/7/00 advising that the purpose of the meeting was to observe and verify the alignment of the levee centerline in the area relative to the contract drawings |
| 1000 | RM-GAL-0019209 | RM-GAL-0019213 | 9/18/2000 | Russek, Eric G | McClenan, Cecil M | Email | Forwarding drafts of Renda letters for levee realignment and section acceptance |
| 1001 | RM-COE-14221 | RM-COE-14222 | 9/19/2000 | Jefts, Alan R | McClenan, Cecil M | Letter | Supplemental Quality Assurance - Dredging Upper Bayou - JV 31.0 Increase in Quality Assurance Inspections - Job Number 13-63020-140 |
| 1002 | RM-COE-16033 | RM-COE-16033 | 9/19/2000 | Russek, Eric G | McClenan, Cecil M | Email | Another Renda Letter |
| 1003 | RM-COE-16034 | RM-COE-16034 | 9/20/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE letter dated 9/12/00 requesting adjustment of the discharge area for the dredged material from Sections 7 and 8 into the existing borrow sites ont he south sid of Lost Lake |
| 1004 | RM-COE-17988 | RM-COE-17990 | 9/21/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE letter dated 8/4/00 requesting acceptanc of Section Nos. 1 through 3 |
| 1005 | RM-COE-22021 | RM-COE-22023 | 9/21/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE Meeting on 8/7/00 advising that the purpose of the meeting was to observe and verify the alignment of the levee centerline in the area relative to the contract drawings |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1006 | REM11907 | REM11911 | 9/22/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Differing Site Conditions Issues, Excessively Soft Levee Foundation Materials, and Project Schedule Requirements |
| 1007 | RM-COE-01455 | RM-COE-01459 | 9/22/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Differing Site Conditions Issues (2) Excessively Soft Levee Foundation Materials (3) Project Schedule Requirements |
| 1008 | RM-COE-03569 | RM-COE-03570 | 9/22/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE letter dated 8/4/00 requesting acceptanceof Section Nos. 1 through 3 |
| 1009 | RM-GAL-0012991 | RM-GAL-0012993 | 9/22/2000 | McClenan, CM | Bowman, Steven C | Letter | Recap of site visit on 8/27/2000 |
| 1010 | RM-COE-11694 | RM-COE-11697 | 9/28/2000 | Benero, Thomas; ; Renda Marine, Inc |  | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00018 |
| 1011 | MOVED TO |  |  |  |  |  |  |
| 1012 | REM04794 | REM04810 |  |  |  |  | Daily Production Report --- JOINT EXHIBITS 14.060-14.075 |
| 1013 | RM-COE-10584 | RM-COE-10601 | 10/3/2000 |  |  | Survey | Hydro Survey, Sec 4, Sta 524+00 to 532+00 |
| 1014 | RM-COE-18092 | RM-COE-18093 | 10/4/2000 | Few, James T | Russek, Eric G | Email | Renda Ltr of 22 Sept |
| 1015 | RM-COE-22051 | RM-COE-22051 | 10/4/2000 | Russek, Eric G | McClenan, Cecil M | Email | Upper Bayou - RFP for debris |
| 1016 | NOT USED |  |  |  |  |  |  |
| 1017 | RM-GAL-0013424 | RM-GAL-0013427 | 10/5/2000 | McClenan, CM | Bowman, Steven C | Letter | Responds to Bowman letter dated 8/23/2000 |
| 1018 | RM-COE-11419 | RM-COE-11421 | 10/6/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE letter dated 8/23/00 describing debris on the north side of the channel between approximate channel Stations 530+00 and 554+00 |
| 1019 | RM-PHA-00264 | RM-PHA-00265 | 10/6/2000 | Jefts, Alan R | McClenan, Cecil M | Letter | Remaining Levee Construction |
| 1020 | REM24789 | REM25000 |  |  |  |  | Daily Production Report --- JOINT EXHIBITS 14.043; 14.122; 14.137-14.179 |
| 1021 | RM-COE-11417 | RM-COE-11418 | 10/13/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Differing Site Condition - Rubble Discovered Between Station Numbers 530+00 and 554+00, (2) Request for Proposal Number CO-5 (Your Letter dated 10/06/2000) |
| 1022 | RM-COE-14194 | RM-COE-14195 | 10/16/2000 | Schoennagel, | Goodloe, Ben | Fax Cover Sheet | Pipe Relocation at Houston Ship Channel |
| 1023 | RM-COE-18796 | RM-COE-18796 | 10/16/2000 | Schoennagel, | Goodloe, Ben | Letter | Pipe Relocation at Houston Ship Channel |
| 1024 | RM-GBA-00136 | RM-GBA-00136 | 10/16/2000 | Barron, Charles | File | Memo | Memo to File |
| 1025 | RM-COE-11415 | RM-COE-11416 |  |  |  |  | JOINT EXHIBIT 62 |
| 1026 | RM-COE-14193 | RM-COE-14193 | 10/18/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Notification of Changed Condition - Interference with Contract Work by Other Contractor (Reliant Energy - HL&P) |
| 1027 | REM11888 | REM11889 | 10/20/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Differing Site Condition - Heavy Red Clay Discovered while Dredging Approximately between Station Nos 565+00 to 580+00, North Side of Channel |
| 1028 | RM-COE-01440 | RM-COE-01440 | 10/20/2000 | Few, James T | Russek, Eric G; Redd, Lawrence L | Email | HG Upper Bayou Trip Report |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1029 | RM-COE-14190 | RM-COE-14191 | 10/20/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Differing Site Condition - Heavy Red Clay Discovered While Dredging Approximately between Station Nos. 565+00 to 580+00, North Side of Channel - (2) Differing Site Condition - Unknown Obstruction Located Approximately at Station Number 580+00, North Side of Channel - (3) Changed Condition - Failure of the Lost Lake Levee Approximately between Station Nos. 40+00 through 15+00 |
| 1030 | RM-GAL-0019235 | RM-GAL-0019235 | 10/20/2000 | Few, James T | Russek, Eric G; Redd, Lawrence L | Email | Upper Bayou, Trip Report |
| 1031 | REM11886 | REM11887 | 10/23/2000 | | | Other | Diving Companies with accepted Diving Safe Practice Manuals on file with the District as of August 2000 |
| 1032 | RM-GAL-0012956 | RM-GAL-0012957 | 10/23/2000 | Few, James T | Russek, Eric G; McClenan, Cecil M; Krueger, Dalton H | Email | Upper Bayou, Requests by Renda |
| 1033 | RM-GAL-0013245 | RM-GAL-0013246 | 10/23/2000 | Few, James T | Few, James T; Russek, Eric G; McClenan, Cecil M; | Email | Upper Bayou, Requests by Renda |
| 1034 | RM-COE-14187 | RM-COE-14187 | | | | | JOINT EXHIBIT 63 |
| 1035 | RM-COE-21570 | RM-COE-21570 | 10/24/2000 | Benero, Thomas | Rozsypal, Johnny; Kieslich, James M; Maurer, Herbie A; Keys III, Daniel; Saenz, Luis F; McClenan, Cecil M; | Email | Renda-Upper Bayou |
| 1036 | RM-COE-21682 | RM-COE-21682 | 10/24/2000 | Keys III, Daniel | Saenz, Luis F; Benero, Thomas; ; McClenan, Cecil M; Rozsypal, Johnny; Krueger, Dalton H; Kieslich, James M; | Email | Renda-Upper Bayou |
| 1037 | RM-COE-22062 | RM-COE-22062 | 10/24/2000 | McClenan, Cecil | Russek, Eric G | Email | Renda-Upper Bayou |
| 1038 | RM-GAL-0016243 | RM-GAL-0016243 | 10/24/2000 | Rozsypal, Johnny | Benero, Thomas; Maurer, Herbie A; Kieslich, James M; Krueger, Dalton H; McClenan, Cecil M; Saenz, Luis F; Keys, Daniel | Email | Renda-Upper Bayou |
| 1039 | RM-GAL-0020298 | RM-GAL-0020298 | 10/24/2000 | McClenan, Cecil | Russek, Eric G | Email | Renda - Upper Bayou |
| 1040 | RM-COE-01436 | RM-COE-01437 | 10/25/2000 | Few, James T | Files | Memo | Lost Lake |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1041 | RM-COE-05030 | RM-COE-05030 | 10/25/2000 | | | Sign-In Sheet for Meeting | Sign-In Sheet Renda Marine (T4D Meeting) |
| 1042 | RM-COE-18096 | RM-COE-18098 | 10/25/2000 | Few, James T | File - COE | Memo | Lost Lake |
| 1043 | RM-COE-21572 | RM-COE-21572 | 10/25/2000 | Few, James T | Saenz, Luis F; Rozsypal, Johnny | Email | Upper Bayou, Lost Lake |
| 1044 | NOT USED | | | | | | |
| 1045 | NOT USED | | | | | | |
| 1046 | RM-COE-17650 | RM-COE-17651 | 10/26/2000 | Few, James T | Campbell, David B | Email | Lost Lake |
| 1047 | RM-COE-21574 | RM-COE-21575 | 10/26/2000 | Kieslich, James M | Kohler, Harry G | Email | Lost Lake |
| 1048 | RM-COE-21576 | RM-COE-21577 | 10/26/2000 | Few, James T | Rozsypal, Johnny; Kieslich, James M; Saenz, Luis F | Email | Lost Lake |
| 1049 | RM-COE-21578 | RM-COE-21579 | 10/26/2000 | Kohler, Harry G | Kieslich, James M | Email | Lost Lake |
| 1050 | RM-COE-21676 | RM-COE-21677 | 10/26/2000 | Rozsypal, Johnny | Few, James T; Kieslich, James M; | Email | Lost Lake |
| 1051 | RM-COE-22063 | RM-COE-22064 | 10/26/2000 | Russek, Eric G | McClenan, Cecil M | Email | Upper Bayou, Trip Report |
| 1052 | RM-GAL-0016234 | RM-GAL-0016234 | 10/26/2000 | Few, James T | Rozsypal, Johnny; Kieslich, James M; Saenz, Luis F | Email | Lost Lake |
| 1053 | MOVED TO | | | | | | |
| 1054 | RM-COE-11404 | RM-COE-11406 | 10/27/2000 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation / Modification of Contract Number CO-5 P00019 |
| 1055 | RM-COE-11693 | RM-COE-11693 | 10/27/2000 | Benero, Thomas; ; Bowman, Steven | | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00018 |
| 1056 | RM-COE-15399 | RM-COE-15403 | 10/27/2000 | Weeks Marine, | Renda Marine, Inc | Agreement/Contract | Time Charter Agreement |
| 1057 | REM11865 | REM11866 | 10/30/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Notice to Proceed - (1) Removal and Disposal of Rubble Between Station Nos 530+00 and 554+00 |
| 1058 | RM-COE-14177 | RM-COE-14178 | 10/30/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | RE letter dated 10/8/00 re notice of a change in anticipation of submitting a request for an equitable adjustment due to relocation of dredge pipe caused by the relocation of an HL&P crossing tower |
| 1059 | RM-COE-14184 | RM-COE-14185 | 10/30/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Government Modification P00018 - Notice of Proceed - (1) Removal and Disposal of Rubble between Station Nos. 530+00 and 554+00 - (2) Removal and Disposal of Obstruction at Approximate Station Number 580+00 - (3) Removal and Disposal of Obstruction at Approximate Station Number 575+00 |
| 1060 | RM-COE-18120 | RM-COE-18125 | 10/30/2000 | McClenan, Cecil | Bowman, Steven C | Letter | RE meeting 10/23/00 about concerns and the assessments. |
| 1061 | REM04984 | REM04995 | 10/31/2000 | | | Reports | Daily Production Report |
| 1062 | REM11850 | REM11856 | 10/31/2000 | Bowman, Steven | McClenan, Cecil M | Letter | Project Meeting Held 10/23/2000 |
| 1063 | RM-COE-01452 | RM-COE-01454 | | | | | JOINT EXHIBIT 64 |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1064 | RM-COE-14153 | RM-COE-14159 | 10/31/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Project Meeting Held 10/23/2000 at the Corps of Engineers, Galveston District Office |
| 1065 | RM-COE-14171 | RM-COE-14173 | | | | | JOINT EXHIBIT 65 |
| 1066 | REM11835 | REM11836 | | | | | JOINT EXHIBIT 66 |
| 1067 | REM11849 | REM11849 | 11/1/2000 | Bowman, Steven | McClenan, Cecil M | Letter | Changed Condition - Realignment of Hydraulic Levee |
| 1068 | RM-COE-17643 | RM-COE-17644 | 11/1/2000 | Few, James T | Campbell, David B | Email | Upper Bayou, Response to Renda Letter |
| 1069 | RM-GAL-0025763 | RM-GAL-0025764 | 11/1/2000 | Few, James T | McClenan, Cecil M; Russek, Eric G | Email | Transmitting Response to Renda Letter of 10/31/00 |
| 1070 | RM-COE-15405 | RM-COE-15406 | 11/2/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Changed Condition - Realignment of Hydraulic Levee, (2) Hydraulic Levee Template Design Change |
| 1071 | RM-COE-17642 | RM-COE-17642 | 11/2/2000 | Few, James T | Syed, Ishaq; Campbell, David B | Email | HG, Upper Bayou, Lost Lake |
| 1072 | RM-COE-19218 | RM-COE-19219 | 11/2/2000 | Benero, Thomas | Bowman, Steven C | Letter | Show Cause Notice |
| 1073 | RM-COE-22074 | RM-COE-22076 | 11/2/2000 | Few, James T | File - COE | Memo | Lost Lake |
| 1074 | RM-GAL-0019251 | RM-GAL-0019252 | 11/2/2000 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | Upper Bayou, Response to Renda Letter |
| 1075 | NOT USED | | | | | | |
| 1076 | REM11823 | REM11823 | 11/3/2000 | Goodloe, Ben | Velasquez, Vincent V | Letter | Channel Closure on 11/07/2000; Jacport Terminal Entrances to South Side of Houston Ship Channel |
| 1077 | RM-COE-01487 | RM-COE-01487 | 11/3/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Government Modification No C05 P00019 (Revised from P00018) (1) Removal and Disposal of Rubble Between Station Nos 530+00 and 554+00 (2) Removal and Disposal of Obstruction at Approximate Station No 580+00 (3) Removal and Disposal of Obstruction at Approximate Station No 575+00 |
| 1078 | RM-COE-14143 | RM-COE-14143 | | | | | JOINT EXHIBIT 67 |
| 1079 | RM-GAL-0012657 | RM-GAL-0012661 | 11/3/2000 | McClenan, CM | Bowman, Steven C | Letter | Regarding concerns evolved during 10/23/2000 meeting |
| 1080 | RM-GAL-0015704 | RM-GAL-0015704 | 11/3/2000 | McClenan, Cecil | Keys, Daniel | Email | Lower Bayou, Lost Lake |
| 1081 | RM-GAL-0020453 | RM-GAL-0020454 | 11/3/2000 | Meyer, Alton H | Weiss, Lynwood G; McClenan, Cecil M | Email | FW: Upper Bay Contract, Atkinson Marsh Levee Alignment and Foundation concerns - 'Expect to see a letter from Alan on this..' |
| 1082 | RM-COE-18055 | RM-COE-18056 | 11/4/2000 | Few, James T | McClenan, Cecil M; Russek, Eric G | Email | HG, Lower Bayou, Lost Lake |
| 1083 | REM11798 | REM11799 | 11/6/2000 | Benero, Thomas | Bowman, Steven C | Letter | Show Cause Notice |
| 1084 | REM11803 | REM11803 | 11/6/2000 | | | Sign-In Sheet for Meeting | Sign-in sheet |
| 1085 | REM11804 | REM11805 | 11/6/2000 | Renda Marine | | Agenda for Meeting | Meeting with COE - Possible attendees and issues |
| 1086 | RM-COE-21671 | RM-COE-21671 | 11/6/2000 | Few, James T | Russek, Eric G; Weiss, Lynwood G; McClenan, Cecil M | Email | HG, Lower Bayou, Lost Lake |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1087 | REM11747 | REM11752 | 11/7/2000 | Humphreys, William S; Bowman, Steven | | Lease Agreement | Equipment Lease (Hendry Booster No 6) by and between Hendry Corp. (Lessor) and Renda Marine (Lessee) - signed by William Humphreys/Lessor and Steven C. Bowman/Lessee |
| 1088 | RM-COE-01472 | RM-COE-01472 | 11/7/2000 | Few, James T | Russek, Eric G; Weiss, Lynwood G; McClenan, Cecil M | Email | HG Lower Bayou Lost Lake |
| 1089 | RM-COE-01481 | RM-COE-01481 | 11/7/2000 | Few, James T | Russek, Eric G; Weiss, Lynwood G; McClenan, Cecil M | Email | HG Lower Bayou Lost Lake |
| 1090 | RM-COE-02308 | RM-COE-02309 | 11/7/2000 | Haltermann, Ltd | Harrison, Richard W | Agreement/Contract | Right-of Entry for Access |
| 1091 | MOVED TO | | | | | | |
| 1092 | RM-COE-11698 | RM-COE-11699 | 11/7/2000 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00020 |
| 1093 | RM-COE-21666 | RM-COE-21668 | 11/7/2000 | McClenan, Cecil M | Few, James T; Russek, Eric G; Weiss, Lynwood G | Email | HG, Lower Bayou, Lost Lake |
| 1094 | RM-COE-22091 | RM-COE-22094 | 11/7/2000 | Few, James T | McClenan, Cecil M | Email | HG, Lower Bayou, Lost Lake |
| 1095 | RM-GAL-0019280 | RM-GAL-0019284 | 11/7/2000 | Few, James T | Russek, Eric G; Weiss, Lynwood G; McClenan, Cecil M | Email | Lower Bayou, Lost Lake |
| 1096 | RM-COE-22099 | RM-COE-22103 | 11/8/2000 | McClenan, Cecil M | Few, James T; Weiss, Lynwood G; Russek, Eric G | Email | HG, Lower Bayou, Lost Lake |
| 1097 | RM-COE-22104 | RM-COE-22106 | 11/8/2000 | Russek, Eric G | McClenan, Cecil M; Weiss, Lynwood G; Few, James T | Email | Renda Meeting |
| 1098 | RM-GAL-0019291 | RM-GAL-0019292 | 11/8/2000 | Russek, Eric G | Unknown | Memo | Recap of meeting on 11/07/2000 |
| 1099 | REM11769 | REM11769 | | | | | JOINT EXHIBIT 68 |
| 1100 | RM-COE-22107 | RM-COE-22111 | 11/9/2000 | Few, James T | McClenan, Cecil M | Email | HG, Lower Bayou, Lost Lake |
| 1101 | RM-COE-18065 | RM-COE-18072 | 11/11/2000 | Few, James T | File - COE | Memo | Houston-Galveston Navigation Channels, Texas, Upper Bayou Contract |
| 1102 | NOT USED | | | | | | |
| 1103 | RM-COE-01477 | RM-COE-01477 | 11/12/2000 | Few, James T | Russek, Eric G | Email | HG Upper Bayou Lost Lake |
| 1104 | RM-COE-05009 | RM-COE-05013 | | | | | JOINT EXHIBIT 69 |
| 1105 | RM-COE-11160 | RM-COE-11160 | 11/15/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | Notification of request for Relocation of Submerged Dredge Discharge Line |
| 1106 | RM-COE-14131 | RM-COE-14131 | | | | | JOINT EXHIBIT 70 |
| 1107 | RM-COE-14122 | RM-COE-14122 | | | | | JOINT EXHIBIT 71 |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1108 | RM-COE-13874 | RM-COE-13876 | 11/17/2000 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - CO-7 P00021 |
| 1109 | RM-COE-11046 | RM-COE-11065 | 11/20/2000 | | | Survey | Hydro Surveys, Sec 7, 554+00 to 612+00 |
| 1110 | RM-COE-21662 | RM-COE-21662 | 11/22/2000 | Mears, Wendell D | Benero, Thomas | Email | Renda Response to Show Cause Letter |
| 1111 | RM-COE-16280 | RM-COE-16282 | 11/27/2000 | Few, James T | Mears, Wendell D; Russek, Eric G | Email | Lost Lake Visit |
| 1112 | RM-COE-11700 | RM-COE-11701 | 11/28/2000 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00021 |
| 1113 | RM-COE-17631 | RM-COE-17631 | 11/28/2000 | Few, James T | Mears, Wendell D | Email | Lost Lake |
| 1114 | RM-COE-22124 | RM-COE-22124 | 11/28/2000 | Russek, Eric G | Miller, Lance A | Email | Renda Status |
| 1115 | RM-JSG-00172 | RM-JSG-00172 | 11/28/2000 | Mears, Wendell D | Gorini, Richard F | Email | Reminder, Upper Bayou letter |
| 1116 | REM11714 | REM11715 | 11/29/2000 | DaVico, Larry J | Renda Marine | Invoice | For 62,615.00 dollars towards Mobilization and Demobilization, Dredging |
| 1117 | MOVED TO | | | | | | |
| 1118 | RM-COE-11073 | RM-COE-11138 | 11/29/2000 | | | Survey | ADs, Sec 7, 554+00 to 612+00 |
| 1119 | REM05345 | REM05361 | 11/30/2000 | Renda Marine | | Reports | Daily Production Report |
| 1120 | RM-GAL-0016118 | RM-GAL-0016118 | 11/30/2000 | Miller, Larry S | Ship Channel Information Group | Email | |
| 1121 | RM-GAL-0016354 | RM-GAL-0016354 | 11/30/2000 | Saenz, Luis F | Hunt, Thomas A | Email | |
| 1122 | RM-GAL-0020464 | RM-GAL-0020464 | 11/30/2000 | Meyer, Alton H | McClenan, Cecil M; Weiss, Lynwood G | Email | HGNC Lessons Learned |
| 1123 | REM11694 | REM11701 | 12/00/2000 | Corps of | | Chart | Lost Lake Placement Area |
| 1124 | REM15138 | REM15145 | 12/00/2000 | Corps of Engineers- | | Survey | Cross Sections - Lost Lake Placement Area, Sta 166+00 to Sta 195+00 |
| 1125 | RM-COE-01291 | RM-COE-01298 | 12/00/2000 | J M | | Survey | Cross Sections - Lost Lake Placement Area - Sta 166+00 to Sta 195+00 |
| 1126 | RM-COE-01310 | RM-COE-01317 | 12/00/2000 | J M | | Survey | Cross Sections - Lost Lake Placement Area - Sta 166+00 to Sta 195+00 |
| 1127 | NOT USED | | | | | | |
| 1128 | RM-COE-22126 | RM-COE-22126 | 12/1/2000 | Russek, Eric G | McClenan, Cecil M | Email | Issues Spreadsheet for Merit Determination |
| 1129 | RM-GAL-0015702 | RM-GAL-0015702 | 12/1/2000 | McClenan, Cecil M | Weiss, Lynwood G; Russek, Eric G; Meyer, Alton H; Hunt, Thomas A | Email | |
| 1130 | RM-COE-02811 | RM-COE-02818 | 12/2/2000 | Few, James T | File | Memo | Houston-Galveston Navigation Channels, Texas, Upper Bayou Contract |
| 1131 | RM-GAL-0019303 | RM-GAL-0019310 | 12/2/2000 | Few, Tim | Unknown | Memo | Draft memo responding to Renda assertions |
| 1132 | RM-COE-17621 | RM-COE-17622 | 12/3/2000 | Few, James T | Rozsypal, Johnny; Syed, Ishaq | Email | HG, Upper Bayou, Lost Lake |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1133 | RM-GAL-0019302 | RM-GAL-0019302 | 12/3/2000 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | Forwarding draft memo responding to assertions by Renda |
| 1134 | REM26137 | REM26137 | 12/4/2000 | Smith, Barry L | Renda, Rudolph J | Letter | Renda Marine, Inc - Request for Equitable Adjustment(s) - Multiple Issues |
| 1135 | RM-GAL-0016656 | RM-GAL-0016656 | 12/4/2000 | Rozsypal, Johnny | Kieslich, James M; Keys, Daniel; Saenz, Luis F; Benero, Thomas; Maurer, Herbie A; Krueger, | Email | Renda Issues |
| 1136 | RM-GAL-0016658 | RM-GAL-0016659 | 12/4/2000 | Few, James T | Rozsypal, Johnny; Syed, Ishaq | Email | Upper Bayou, Lost Lake |
| 1137 | RM-GAL-0019318 | RM-GAL-0019319 | 12/4/2000 | Few, James T | McClenan, Cecil M; Russek, Eric G | Email | Upper Bayou, Lost Lake |
| 1138 | RM-GAL-0012662 | RM-GAL-0012667 | 12/5/2000 | Benero, Thomas | Bowman, Steven C | Letter | Re letter dated 11/15/00 responding to the 11/6/00 Show Cause Notice |
| 1139 | RM-COE-22156 | RM-COE-22156 | 12/5/2000 | McClenan, Cecil | Russek, Eric G | Email | Forwarding Renda Issues |
| 1140 | RM-COE-22164 | RM-COE-22164 | 12/5/2000 | Russek, Eric G | McClenan, Cecil M | Email | Letter detailing 17 issues for merit/non-merit |
| 1141 | RM-GAL-0019334 | RM-GAL-0019334 | 12/5/2000 | Russek, Eric G | McClenan, Cecil M | Email | Latest Renda issue letter |
| 1142 | RM-COE-05001 | RM-COE-05001 | 12/6/2000 | Walters, Ted G | Benero, Thomas | Letter | [Reaffirming the Port of Houston Authority's support for the District's decision to terminate the contract with Renda Marine, Inc. for the Upper Bayou] |
| 1143 | RM-COE-11143 | RM-COE-11144 | | | | | JOINT EXHIBIT 72 |
| 1144 | NOT USED | | | | | | |
| 1145 | RM-COE-22171 | RM-COE-22171 | 12/6/2000 | Russek, Eric G | Few, James T; Benero, Thomas; ; McClenan, Cecil M; | Email | Renda Issues Letter |
| 1146 | RM-GAL-0019311 | RM-GAL-0019311 | 12/6/2000 | Russek, Eric G | McClenan, Cecil M; Benero, Thomas; Keys, Daniel; Few, | Email | Renda Issues Letter |
| 1147 | RM-GAL-0019312 | RM-GAL-0019317 | 12/6/2000 | Benero, Thomas | Bowman, Steven C | Letter | Response to Renda 11/15/2000 letter |
| 1148 | NOT USED | | | | | | |
| 1149 | RM-COE-14102 | RM-COE-14102 | 12/7/2000 | Miller, Lance A | Krueger, Dalton H | Letter | Letter request a plan of the new channel with sounding from Lynchburg inbound to whatever the Millennium has completed dredging |
| 1150 | RM-COE-17624 | RM-COE-17624 | 12/7/2000 | Few, James T | Russek, Eric G | Email | Lost Lake, Old Borrow Pit |
| 1151 | RM-GAL-0019320 | RM-GAL-0019328 | 12/7/2000 | Few James T | Keys III Daniel; Russek Eric G; McClenan Cecil M; Benero Thomas M | Email | Renda Marine's contract DACW64-99-C-0001 Houston-Galveston Navigation Channels Texas (45-Foot Project) Dredging Upper Bayou - in reference to 11/15/2000 letter responding to 11/06/2000 Show Cause Notice furnishing comments in regards to the 17 issues summarized in Bowman's letter. |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1152 | NOT USED | | | | | | |
| 1153 | RM-GAL-0013294 | RM-GAL-0013296 | 4/8/2000 | Few, James T | Anderson, Daniel W; Russek, Eric G | Email | Upper Bayou - Differing Site Condition |
| 1154 | RM-GAL-0019348 | RM-GAL-0019348 | 12/11/2000 | Russek, Eric G | McClenan, Cecil M; Keys, Daniel | Email | Final draft of 17 issue Renda letter |
| 1155 | REM11692 | REM11693 | 12/12/2000 | Wetta, William J | Warren, Burson | Letter | Millennium Dredge Parts and requested information for Rudy Renda |
| 1156 | RM-COE-16026 | RM-COE-16032 | 12/12/2000 | McClenan, Cecil | Bowman, Steven C | Letter | RE letter dated 11/15/00 responding to the 11/6/00 Show Cause Notice |
| 1157 | RM-GAL-0016674 | RM-GAL-0016680 | 12/12/2000 | McClenan, CM | Bowman, Steven C | Letter | Responds to 11/15/2000 letter from Bowman |
| 1158 | REM11683 | REM11689 | 12/13/2000 | McClenan, Cecil | Bowman, Steven C | Letter | Regarding 11/15/2000 letter |
| 1159 | RM-COE-14100 | RM-COE-14101 | | | | | JOINT EXHIBIT 73 |
| 1160 | NOT USED | | | | | | |
| 1161 | RM-GAL-0016690 | RM-GAL-0016690 | 12/13/2000 | Rozsypal, Johnny | Walters, Ted | Email | Renda Issues |
| 1162 | RM-COE-22196 | RM-COE-22196 | 12/14/2000 | Russek, Eric G | Benero, Thomas; ; McClenan, Cecil M; Keys III, Daniel | Email | Latest Renda Letter - Differing Site Condition |
| 1163 | RM-GAL-0012983 | RM-GAL-0012983 | 12/14/2000 | Russek, Eric G | McClenan, Cecil M; Keys, Daniel; Benero, Thomas | Email | Latest Renda Letter - Differing Site Condition |
| 1164 | RM-COE-22197 | RM-COE-22197 | 12/15/2000 | Russek, Eric G | McClenan, Cecil M; Keys III, Daniel | Email | Enclosing Upper Bayou - New Obstructions letter |
| 1165 | RM-GAL-0016671 | RM-GAL-0016671 | 12/15/2000 | Rozsypal, Johnny | Benero, Thomas; Keys, Daniel; McClenan, Cecil M; Sutcliffe, Harrison T; | Email | O&M Involvement |
| 1166 | RM-GAL-0019371 | RM-GAL-0019371 | 12/15/2000 | Russek, Eric G | McClenan, Cecil M; Keys, Daniel | Email | Upper Bayou - draft of New Obstructions Letter |
| 1167 | RM-GAL-0020520 | RM-GAL-0020521 | 12/15/2000 | Russek, Erick G | Krueger, Dalton H | Email | Lower Bayou Issues |
| 1168 | REM24265 | REM24271 | 12/16/2000 | | | Survey | ADs, Sec 7, 602+00 to 612+00 |
| 1169 | REM24345 | REM24366 | 12/16/2000 | | | Survey | ADs, Sec 8, 612+00 to 639+00 |
| 1170 | RM-COE-22198 | RM-COE-22199 | 12/18/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | Draft - RE letter dated 12/13/00 describing New Differing Site Conditions |
| 1171 | RM-COE-22200 | RM-COE-22200 | 12/18/2000 | McClenan, Cecil M | Weiss, Lynwood G; Russek, Eric G; Meyer, Alton H; Ching, Edmund Y | Email | O and M Involvement |
| 1172 | RM-GAL-0013013 | RM-GAL-0013016 | 12/18/2000 | McClenan, CM | Bowman, Steven C | Letter | Responds to letter of 12/13/2000 |
| 1173 | RM-COE-04954 | RM-COE-04961 | 12/19/2000 | | | Chart | AD's Upper Bayou Darrell Oxy - Chemical Issues 12/19/2000 |
| 1174 | RM-COE-14081 | RM-COE-14088 | 12/19/2000 | | | Survey | ADs Upper Bayou |
| 1175 | RM-COE-01634 | RM-COE-01663 | 12/20/2000 | Bowman, Steven | McClenan, Cecil M | Letter | Response to Government Letter dated 12/13/2000 |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1176 | RM-COE-14080 | RM-COE-14080 | 12/20/2000 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Notification of Differing Site Condition - Rubble Discovered While Dredging between Station Nos. 620+00 and 630+00, South Side of Channel |
| 1177 | RM-COE-14617 | RM-COE-14617 | 12/20/2000 | Jefts, Alan R | Russek, Eric G | Letter | Quality Assurance Reports |
| 1178 | REM11641 | REM11642 | 12/21/2000 | McClenan, Cecil M | Bowman, Steven C | Letter | Regarding 12/13/2000 letter describing the New Differing Site Conditions |
| 1179 | RM-COE-16245 | RM-COE-16245 | 12/21/2000 | McClenan, Cecil | Jefts, Alan R | Email | Magnetometer Survey in the HGNC |
| 1180 | REM25002 | REM25135 | | Renda Marine | | Reports | Daily Production Report --- JOINT EXHIBITS 14.001-14.042; 14.044-14.059; 14.076-14.121; 14.123-14.136 |
| 1181 | RM-COE-04802 | RM-COE-04802 | 3/9/2001 | Benero, Thomas | Keys III, Daniel; McClenan, Cecil M; Russek, Eric G | Email | Renda-Outstanding Issues |
| 1182 | Scan 01 | Scan 13 | 01/00/2001 | USACE | | Survey | Side Scan and Magnetometer Surveys of Upper Bay, Sheets 1 through 13 |
| 1183 | EM1110-1-1804d-2 | EM1110-1-1804d-2 | 1/1/2001 | U.S. Army Corps of Engineers | | COE Manual | |
| 1184 | EM1110-1-1804e-a | EM1110-1-1804e-a | 1/1/2001 | U.S. Army Corps of Engineers | | COE Manual | |
| 1185 | EM1110-1-1804h-F | EM1110-1-1804h-F.0015 | 1/1/2001 | U. S. Army Corps of Engineers | | COE Manual | Geotechnical Investigations, Appendix F - Section 2 |
| 1186 | RM-COE-09122 | RM-COE-09122 | 1/1/2001 | Bowman, Steven C | Russek, Eric G | Letter | Noting that Timothy Totten will replace Pat Duke as Quality Control Coordinator |
| 1187 | RM-COE-11398 | RM-COE-11403 | 1/1/2001 | | | Survey | Survey Report - Side Scan and Magnetometer Survey of the Upper Bayou, Sta 570+00 to 685+00 |
| 1188 | RM-GAL-0012984 | RM-GAL-0012985 | 1/1/2001 | Few, James T | Syed, Ishaq; Campbell, David B | Email | Leave |
| 1189 | REM11637 | REM11638 | 1/2/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract P00022 |
| 1190 | MOVED TO | | | | | | |
| 1191 | RM-COE-15653 | RM-COE-15655 | 1/5/2001 | Krueger, Dalton H | Miller, Lance A | Letter | RE letter dated 12/7/00 requesing plans of construction on cross sections taken inbound adn verification that project be completed by years end if two dredges used |
| 1192 | RM-COE-15409 | RM-COE-15437 | 1/10/2001 | Bowman, Steven C | Benero, Thomas | Letter | South Ferry Landing - Transmittal of Request for Equitable Adjustment of the Contract Price |
| 1193 | NOT USED | | | | | | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1194 | RM-COE-22207 | RM-COE-22208 | 1/16/2001 | McClenan, Cecil M | Mears, Wendell D; Russek, Eric G; Gorini, Richard F; Jefts, Alan R; Keys III, Daniel; Rozsypal, Johnny; Saenz, Luis F; Krueger, Dalton H; | Email | Upper Bayou Contract Status |
| 1195 | RM-GAL-0016731 | RM-GAL-0016732 | 1/17/2001 | Benero, Thomas | McClenan, Cecil M; Mears, Wendell | Email | Upper Bayou Contract Status |
| 1196 | RM-COE-17493 | RM-COE-17494 | 1/18/2001 | Krueger, Dalton H | McClenan, Cecil M | Email | FW: Upper Bayou Contract Status |
| 1197 | RM-GAL-0016791 | RM-GAL-0016791 | 1/18/2001 | Miller, Larry S | Harris, Barbara; Turner, James; Scardasis, John; Schubert, Mike; Hanes, Angus; DeWolf, Steven; Walters, Ted G; Kleczkowski, Walt; Krueger, Dalton H; | Email | |
| 1198 | REM26134 | REM26134 | 1/19/2001 | Smith, Barry L | Renda, Rudolph J | Letter | Renda Marine, Inc. - Request for Equitable Adjustment(s) - Multiple Issues - PCC Project No. 20001 - Invoice for Services |
| 1199 | RM-COE-22211 | RM-COE-22213 | 1/19/2001 | McClenan, Cecil M | Russek, Eric G; Weiss, Lynwood G; Krueger, Dalton H | Email | FW: Upper Bayou Contract Status |
| 1200 | RM-GAL-0020303 | RM-GAL-0020305 | 1/19/2001 | McClenan, Cecil | Russek, Eric G | Email | Upper Bayou Contract Status |
| 1201 | RM-GAL-0016771 | RM-GAL-0016773 | 1/22/2001 | Mears, Wendell | Rozsypal, Johnny; McClenan, Cecil M | Email | Upper Bayou Contract Status |
| 1202 | RM-COE-01580 | RM-COE-01580 | 1/24/2001 | Mears, Wendell D | Russek, Eric G | Letter | Side Scan and Magnetometer Survey, Station 570+00 to 685+00 |
| 1203 | RM-COE-22217 | RM-COE-22217 | 1/24/2001 | Mears, Wendell D | Russek, Eric G; McClenan, Cecil M; Jefts, Alan R | Email | Fw: Sid Scan Targets |
| 1204 | RM-COE-22220 | RM-COE-22223 | 1/24/2001 | McClenan, Cecil M | Bowman, Steven C | Letter | Draft - RE telephone conversation dated 1/17/01 regarding acceptance of channel cross sections |
| 1205 | RM-GAL-0019385 | RM-GAL-0019386 | 1/24/2001 | Wendell, Mears | Russek, Eric | Email | Side Scan Targets and listing of anomalies |
| 1206 | RM-COE-01366 | RM-COE-01366 | 1/26/2001 | McClenan, Cecil M | Few, James T; Syed, Ishaq; Campbell, David B; Russek, Eric G; Weiss, | Email | Lost Lake Site Visit |
| 1207 | RM-COE-17500 | RM-COE-17502 | 1/26/2001 | Campbell, David | Few, James T | Email | RE: Lost Lake Site Visit |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1208 | RM-COE-17608 | RM-COE-17609 | 1/26/2001 | Few, James T | Russek, Eric G; Weiss, Lynwood G; McCleary, Ted; Campbell, David B; | Email | FW: HG, Upper and Lower Bayou, Upper Bay |
| 1209 | RM-COE-17610 | RM-COE-17612 | 1/26/2001 | Few, James T | Weiss, Lynwood G; McClenan, Cecil M | Email | FW: Lost Lake Site Visit |
| 1210 | RM-COE-22224 | RM-COE-22225 | 1/26/2001 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | Lost Lake Site Visit |
| 1211 | RM-COE-22226 | RM-COE-22228 | 1/26/2001 | McClenan, Cecil M | Few, James T; Syed, Ishaq; Campbell, David B; Russek, Eric G; Weiss, | Email | RE: Lost Lake Site Visit |
| 1212 | NOT USED | | | | | | |
| 1213 | RM-COE-01367 | RM-COE-01367 | 1/27/2001 | Few, James T | McClenan, Cecil M; Syed, Ishaq; Campbell, David B; Russek, Eric G; | Email | Lost Lake Site Visit |
| 1214 | RM-GAL-0013266 | RM-GAL-0013269 | 1/27/2001 | Few, James T | McClenan, Cecil M | Email | Lost Lake Site Visit |
| 1215 | RM-COE-22233 | RM-COE-22233 | 1/29/2001 | Rozsypal, Johnny | Kohler, Harry G; Benero, Thomas; McClenan, Cecil M; Krueger, Dalton H; Kieslich, James M; Maurer, Herbie A; Janecka, Arthur J; Keys III, Daniel; | Email | RE: Renda Marines - HSC |
| 1216 | REM11629 | REM11630 | 1/30/2001 | McClenan, Cecil M | Bowman, Steven C | Letter | RE telephone conversation dated 1/17/01 regarding acceptance of channel cross sections through Station 600+00 in Section 7 |
| 1217 | RM-COE-03542 | RM-COE-03543 | 1/30/2001 | McClenan, Cecil M | Bowman, Steven C | Letter | Draft - RE telephone conversation dated 1/17/01 regarding acceptance of channel cross sections |
| 1218 | | | | | | | Before Dredging and After Dreding Surveys - Section #7 --- JOINT EXHIBIT 15.001-15.239 |
| 1219 | RM-JSG-00084 | RM-JSG-00086 | 1/30/2001 | Mears, Wendell D | | Memo | Upper Bayou - Status of Renda Marine - Meeting |
| 1220 | REM04879 | REM04902 | 1/31/2001 | | | Reports | Daily Production Report |
| 1221 | RM-COE-11393 | RM-COE-11394 | 1/31/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | Notification of Differing Site Conditions-Discovery of Channel Obstructions (1) Differing Site Condition-Unknown Obstruction Located Approximately at Station Number 613+55, (2) Differing Site Condition-Unknown Obstruction Located Approximately at Station Number 616+00, North Side of Channel |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1222 | RM-COE-17432 | RM-COE-17434 | 1/31/2001 | Krueger, Dalton H | Meyer, Alton H; Janecka, Arthur J; McClenan, Cecil M; Brown, David R; Russek, Eric G; Rozsypal, Johnny; Saenz, Luis F; Weiss, Lynwood G; Murphy, Carolyn E; Reindl, Edward A; Barrows, James W; Davidson, John; Richardson, Randolph E; Medina, Richard; Heinly, Robert W; Castelline, Charles M; Herrington, Edward V; Behrens, Robert L | Email | FW: Renda Marines - HSC |
| 1223 | RM-COE-17910 | RM-COE-17914 | 1/31/2001 | Campbell, David B | McClenan, Cecil M; Russek, Eric G | Email | Lost Lake Site Visit |
| 1224 | RM-COE-17383 | RM-COE-17383 | 2/1/2001 | Few, James T | Krueger, Dalton H | Email | HG, Lost Lake |
| 1225 | RM-COE-17584 | RM-COE-17585 | 2/1/2001 | Few, James T | Russek, Eric G; Keys III, Daniel | Email | FW: HGNC - Lost Lake Disposal Area Meeting |
| 1226 | RM-COE-17591 | RM-COE-17592 | 2/1/2001 | Few, James T | Russek, Eric G; Kohler, Harry G; Campbell, David B | Email | HGNC - Lost Lake Disposal Area Meeting |
| 1227 | RM-COE-17894 | RM-COE-17894 | 2/1/2001 | Russek, Eric G | McClenan, Cecil M | Email | HGNC - Lost Lake Disposal Area Meeting |
| 1228 | RM-COE-22244 | RM-COE-22244 | 2/1/2001 | Few, James T | Russek, Eric G | Email | Lost Lake West Levee Cross Sections |
| 1229 | RM-COE-22246 | RM-COE-22247 | 2/1/2001 | Few, James T | Krueger, Dalton H | Email | Lost Lake Disposal Area Meeting. |
| 1230 | NOT USED | | | | | | |
| 1231 | NOT USED | | | | | | |
| 1232 | RM-COE-01348 | RM-COE-01349 | 2/2/2001 | Few, James T | Krueger, Dalton H; McClenan, Cecil M; Janecka, Arthur J | Email | HGNC - Lost Lake Disposal Area Meeting |
| 1233 | RM-COE-17425 | RM-COE-17426 | 2/2/2001 | Krueger, Dalton H | Few, James T | Email | RE: HG, Lost Lake |
| 1234 | RM-COE-17427 | RM-COE-17428 | 2/2/2001 | Krueger, Dalton H | Few, James T; McClenan, Cecil M; Janecka, Arthur J | Email | RE: HGNC - Lost Lake Disposal Area Meeting - included mails |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1235 | RM-COE-17876 | RM-COE-17877 | 2/2/2001 | Few, James T | McClenan, Cecil M; Russek, Eric G; Keys III, Daniel | Email | HG, Lost Lake |
| 1236 | NOT USED | | | | | | |
| 1237 | NOT USED | | | | | | |
| 1238 | RM-COE-22253 | RM-COE-22253 | 2/2/2001 | Few, James T | Mears, Wendell D; Russek, Eric G | Email | HC, Upper Bay, Luhr - outlining the available material for Levee Construction and required neat-line fill quantities. |
| 1239 | NOT USED | | | | | | |
| 1240 | NOT USED | | | | | | |
| 1241 | RM-COE-22255 | RM-COE-22256 | 2/3/2001 | Few, James T | Russek, Eric G | Email | HG, Upper Bayou - outlining the available material for Levee Construction and required neat-line fill quantities. |
| 1242 | RM-GAL-0019456 | RM-GAL-0019457 | 2/3/2001 | Few, James T | Russek, Eric G | Email | Upper Bayou |
| 1243 | RM-COE-01322 | RM-COE-01325 | 2/5/2001 | Few, James T | Krueger, Dalton H | Email | FW: HG, Lost Lake |
| 1244 | RM-COE-01326 | RM-COE-01328 | 2/5/2001 | Few, James T | McClenan, Cecil M; Russek, Eric G; Keys III, Daniel | Email | FW: HG, Lost Lake |
| 1245 | RM-COE-16064 | RM-COE-16066 | 2/5/2001 | Rozsypal, Johnny | Few, James T | Email | HG, Lost Lake |
| 1246 | RM-COE-17374 | RM-COE-17377 | 2/5/2001 | Few, James T | Krueger, Dalton H | Email | FW: HG, Lost Lake |
| 1247 | RM-COE-17565 | RM-COE-17566 | 2/5/2001 | Few, James T | Rozsypal, Johnny | Email | Lost Lake |
| 1248 | RM-COE-17567 | RM-COE-17570 | 2/5/2001 | Few, James T | Rozsypal, Johnny | Email | Lost Lake |
| 1249 | RM-COE-19164 | RM-COE-19167 | 2/5/2001 | Few, James T | McClenan, Cecil M; Russek, Eric G; Keys III, Daniel | Email | Lost Lake; included emails |
| 1250 | NOT USED | | | | | | |
| 1251 | RM-GAL-0015693 | RM-GAL-0015693 | 2/5/2001 | McClenan, Cecil | Brunt, Dewey H | Email | Notes for Staff Meeting |
| 1252 | RM-COE-01321 | RM-COE-01321 | 2/6/2001 | Few, James T | Krueger, Dalton H | Email | FW: HG, Upper and Lower Bayou, Intent of Specs |
| 1253 | RM-COE-16093 | RM-COE-16093 | 2/6/2001 | | | Minutes | Lost Lake Disposal Area Meeting Executive Conference Room |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1254 | RM-COE-17424 | RM-COE-17424 | 2/6/2001 | Krueger, Dalton H | Few, James T; Keys III, Daniel; Kohler, Harry G; Kieslich, James M; Maurer, Herbie A; Meyer, Alton H; Janecka, Arthur J; McClenan, Cecil M; Brown, David R; Russek, Eric G; Rozsypal, Johnny; Saenz, Luis F; Weiss, Lynwood G; Murphy, Carolyn E; Reindl, Edward A; Barrows, James W; Davidson, John; Richardson, Randolph E; Medina, Richard; Heinly, Robert W; Castelline, Charles M M; Herrington, Edward V; Behrens, Robert | Email | RE: HGNC - Lost Lake Disposal Area Meeting |
| 1255 | RM-GAL-0012846 | RM-GAL-0012846 | 2/6/2001 | Unknown | Unknown | Minutes | Lost Lake Disposal Area Meeting |
| 1256 | RM-GAL-0012924 | RM-GAL-0012924 | 2/6/2001 | Few, James T | McClenan, Cecil M; Russek, Eric G; Keys, Daniel | Email | Upper and Lower Bayou, Intent of Specs |
| 1257 | NOT USED | | | | | | |
| 1258 | RM-TCB-00283 | RM-TCB-00283 | 2/6/2001 | | | Memo | Goals for the Upper Bayou Meeting |
| 1259 | NOT USED | | | | | | |