**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1260 | RM-GAL-0016803 | RM-GAL-0016803 | 2/7/2001 | Krueger, Dalton H | Gorini, Dick; Jefts, Alan; Mears, Wendell; Hrabovsky, Leon; Maurer, Herbie A; Meyer, Alton; Janecka, Arthur; McClenan, Cecil; Brown, David; Russek, Eric; Rozsypal, Johnny; Saenz, Luis; Weiss, Lynwood; Murphy, Carolyn; Reindl, Edward; Barrows, James; Davidson, John; Richardson, Randolph; Medina, Richard; Heinly, Robert; Benero, Thomas; Castelline, Charles; Herrington, | Email | Lost Lake Disposal Area Meeting |
| 1261 | RM-GAL-0019448 | RM-GAL-0019448 | 2/7/2001 | Mears, Wendell | Russek, Eric; McClenan, Mike | Email | Upper Bayou QA Report |
| 1262 | REM26113 | REM26113 | 2/8/2001 | Renda Marine | | Spreadsheet | Monthly Field Costs - 01/2000 thru 09/2000 |
| 1263 | NOT USED | | | | | | |
| 1264 | RM-COE-16255 | RM-COE-16256 | 2/8/2001 | Few, James T | McClenan, Cecil M | Email | Geotechnical Expert |
| 1265 | RM-COE-17357 | RM-COE-17358 | 2/8/2001 | Benero, Thomas | Krueger, Dalton H | Email | HGNC - Lost Lake Disposal Area Meeting |
| 1266 | RM-COE-17371 | RM-COE-17372 | 2/8/2001 | Few, James T | Krueger, Dalton H | Email | HGNC - Lost Lake Disposal Area Meeting |
| 1267 | RM-COE-17548 | RM-COE-17548 | 2/8/2001 | Few, James T | Keys III, Daniel; McClenan, Cecil M | Email | HG, Lost Lake |
| 1268 | RM-COE-19893 | RM-COE-19894 | 2/8/2001 | Russek, Eric G | Krueger, Dalton H; Keys III, Daniel; McClenan, Cecil M | Email | HGNC - Lost Lake Disposal Area Meeting |
| 1269 | NOT USED | | | | | | |
| 1270 | NOT USED | | | | | | |
| 1271 | REM34379 | REM34380 | 2/12/2001 | Smith, Barry L | Pathfinder Construction file | Memo | Telephone Conversation at 3:00 pm with M McClenan, Area Engineer, Galveston District Office, USACE |
| 1272 | REM04868 | REM04878 | 2/13/2001 | | | Reports | Daily Production Report |
| 1273 | REM24256 | REM24263 | 2/13/2001 | | | Survey | ADs, Sec 7, 600+00 to 612+00 |
| 1274 | REM24311 | REM24343 | 2/13/2001 | | | Survey | ADs, Sec 8, 612+00 to 650+00 |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1275 | REM26074 | REM26074 | 2/14/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | Flare Area - Transmittal of request for equitable adjustment of the contract price |
| 1276 | RM-COE-11167 | RM-COE-11167 | 2/14/2001 | McNair, DC | Russek, Eric G | Letter | Dumping of Dredge Material on Stolthaven Houston Inc. Property |
| 1277 | RM-COE-04944 | RM-COE-04945 | 2/16/2001 | | | Handwritten Note | Renda Marine (REA's) |
| 1278 | RM-JSG-00075 | RMJSG-00076 | 2/18/2001 | Mears, Wendell D | Gorini, Richard F | Memo | Contrack Modifications/Claim (REA) Procedures |
| 1279 | RM-COE-09142 | RM-COE-09142 | 2/19/2001 | Bowman, Steven C | Russek, Eric G | Letter | Noting that Glen Williams will replace Timothy Totten as Quality Control Coordinator |
| 1280 | RM-GAL-0016849 | RM-GAL-0016849 | 2/19/2001 | Few, James T | Saenz, Luis F; Rozsypal, Johnny; Krueger, Dalton H; | Email | |
| 1281 | REM04903 | REM04921 | 2/21/2001 | | | Reports | Daily Production Report |
| 1282 | RM-COE-10980 | RM-COE-11010 | 2/21/2001 | | | Survey | ADs, Sec 8, 612+00 to 650+00 |
| 1283 | RM-GAL-0013353 | RM-GAL-0013353 | 2/22/2001 | Sanford, Will | Benero, Thomas; Meyer, Alton H; McClenan, Cecil M; | Email | Questions regarding geotubes |
| 1284 | RM-COE-15598 | RM-COE-15598 | 2/28/2001 | Ray, Kent | Renda Marine | Memo | Shop and office overhead |
| 1285 | REM11619 | REM11620 | 3/1/2001 | Bowman, Steven | Benero, Thomas | Letter | Construction of Levees at Lost Lake Placement Area |
| 1286 | RM-COE-04303 | RM-COE-04305 | 3/1/2001 | Renda Marine; Federal Insurance | | Contract Modification | Contract and Modification/Task Order Record |
| 1287 | RM-COE-11175 | RM-COE-11176 | 3/1/2001 | Walters, Ted G | Krueger, Dalton H | Letter | Understanding the meeting Mr. Gorini, Mr. Keys and Mr MClenan had and the understanding they had reached |
| 1288 | NOT USED | | | | | | |
| 1289 | RM-COE-15637 | RM-COE-15637 | | | | | JOINT EXHIBIT 74 |
| 1290 | RM-GAL-0016825 | RM-GAL-0016826 | 3/1/2001 | Kleczkowski, Walt | DeWolf, Steven; Harris, Barbara; Miller, Larry S; | Email | |
| 1291 | RM-GAL-0019478 | RM-GAL-0019478 | 3/1/2001 | Russek, Eric G | McClenan, Cecil M; Benero, Thomas | Email | Renda letter |
| 1292 | RM-GAL-0019485 | RM-GAL-0019485 | 3/1/2001 | Russek, Eric G | McClenan, Cecil M; Benero, Thomas | Email | Forwarding levee align letter |
| 1293 | NOT USED | | | | | | |
| 1294 | RM-COE-04935 | RM-COE-04935 | 3/2/2001 | McClenan, Cecil | Benero, Thomas | Email | Renda' 03/01/2001 letter |
| 1295 | RM-COE-22375 | RM-COE-22376 | 3/2/2001 | Benero, Thomas | Bowman, Steven C | Letter | Advising that, after reviewing the current status of the levee construction between approx. levee stations 40+00 and 182+00, which consist of unfinished portions of the west levee and failed portions of the north levee that was constructed on the levee alignment shown in the drawings, it is now indicated that continued construction of the center line along that alignment is no longer acceptable. |
| 1296 | NOT USED | | | | | | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1297 | RM-GAL-0020314 | RM-GAL-0020314 | 3/2/2001 | McClenan, Cecil | Benero, Thomas | Email | Renda March 1st letter |
| 1298 | NOT USED | | | | | | |
| 1299 | RM-COE-22369 | RM-COE-22370 | 3/5/2001 | Benero, Thomas | Bowman, Steven C | Letter | In response to 03/01/2001 letter, considering a contract modification to allow Benero to continue hydraulic construction of levees |
| 1300 | NOT USED | | | | | | |
| 1301 | COE-P-393 | COE-P-394 | 3/6/2001 | Maurer Herbie A | Krueger Dalton H; Gorini Richard F; Jefts Alan R; Mears Wendell D; | Email | RE HGNC - Lost Lake Disposal Area Meeting - inquiring if 10# will cover all the corrections; if not suggesting that it would be smart to withhodl the amount required to correct the problems. |
| 1302 | RM-COE-11166 | RM-COE-11166 | | | | | JOINT EXHIBIT 75 |
| 1303 | RM-COE-22377 | RM-COE-22377 | 3/6/2001 | Sanford, Will | Benero, Thomas; McClenan, Cecil M; Russek, Eric G | Email | Renda, Flare Area DSC - Advising that on 03/02/2001, Steve Bowman and Barry Smith of Renda met with Robert Johnston and Will Sanford to discuss the merit of REA on the Flare Area of Contract DACW64-99-C-0001. |
| 1304 | RM-COE-22379 | RM-COE-22379 | 3/6/2001 | | | Drawings | Cross Section of New Hydraulic Levee Realignment |
| 1305 | RM-GAL-0013236 | RM-GAL-0013238 | 3/6/2001 | Maurer Herbie A | Krueger Dalton H; Gorini Richard F; Mears Wendell D; Jefts Alan R; | Email | RE HGNC - Lost Lake Disposal Area Meeting - inquiring if 10# will cover all the corrections; if not suggesting that it would be smart to withhold the amount required to correct the problems. |
| 1306 | NOT USED | | | | | | |
| 1307 | RM-COE-11154 | RM-COE-11156 | | | | | JOINT EXHIBIT 76 |
| 1308 | RM-GAL-0023275 | RM-GAL-0023277 | 3/7/2001 | Sanford, Will | Russek, Eric G; McClenan, Cecil M | Email | Renda Flare Area DSC |
| 1309 | RM-COE-02552 | RM-COE-02553 | 3/8/2001 | Sanford, Will | | Reports | Determination and Findings - Additonal Cost to Dredge Flare Area |
| 1310 | RM-COE-22396 | RM-COE-22399 | 3/8/2001 | Benero, Thomas | Bowman, Steven C | Letter | Draft - Review of the current status of the levee construction between approx. levee Stations 40+00 and 182+00, within this reach are unfinished portion of the west and north levees |
| 1311 | NOT USED | | | | | | |
| 1312 | RM-JSG-00289 | RM-JSG-00295 | 3/8/2001 | Sanford, Will | | Reports | Governement Estimate - Computation Sheet - Dredging Flare |
| 1313 | COE-P-400 | COE-P-401 | 3/9/2001 | Keys III Daniel | Benero Thomas M; McClenan Cecil M; Russek Eric G | Email | RE Renda-Outstanding Issues |
| 1314 | REM11593 | REM11593 | 3/9/2001 | Benero, Thomas | Bowman, Steven C | Letter | |
| 1315 | RM-COE-22394 | RM-COE-22394 | 3/9/2001 | Benero, Thomas | Keys III, Daniel; McClenan, Cecil M; Russek, Eric G | Email | Renda-Outstanding Issues - Recap of 03/08/2001 meeting with Renda |
| 1316 | RM-COE-22401 | RM-COE-22401 | 3/9/2001 | | | Drawings | Cross Section of New Hydraulic Levee West Levee Realignment |
| 1317 | RM-GAL-0013352 | RM-GAL-0013352 | 3/9/2001 | Benero, Thomas | Keys, Daniel; McClenan, Cecil M; | Email | Renda - Outstanding Issues |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1318 | RM-GAL-0018925 | RM-GAL-0018926 | 3/9/2001 | Keys III Daniel | Watts Barbara J; Benero Thomas M; McClenan Cecil M; | Email | RE Renda-Outstanding Issues - 'Tom told me this morning but a T/C is not necessarily the way. There are other contract methods available to deal with the situation such has deletion of work.' |
| 1319 | RM-GAL-0019497 | RM-GAL-0019498 | 3/9/2001 | Watts Barbara J | Keys III Daniel; Benero Thomas M; McClenan Cecil M; Russek Eric G | Email | RE Renda-Outstanding Issues - 'You should have been at the meeting. There is a lot more to it than just this. There seesm to be a small problem with no material to finish the levees with. Also let Renda finish what they have completed and then pay them. What do you do about what's left on the contract that can't be finished? And last but not least What Direction Do We Give Them For The Levees? I didn't see any clear direction in the meeting. Lots more involved. Wish you could have made the meeting your input would have been helpful.' |
| 1320 | RM-GAL-0019499 | RM-GAL-0019500 | 3/9/2001 | Russek, Eric G | Benero, Thomas | Email | Forwarding levee realignment drawing |
| 1321 | RM-GAL-0019501 | RM-GAL-0019501 | 3/9/2001 | Russek, Eric G | Benero, Thomas | Email | Forwarding final draft of letter |
| 1322 | RM-COE-02544 | RM-COE-02544 | 3/12/2001 | Sanford, Will | Benero, Thomas | Fax Cover Sheet | Government Estimate for Not-To-Exceed Modification of DSC at the Flare Area Contract DACW64-99-C-0001 |
| 1323 | RM-COE-04910 | RM-COE-04914 | 3/12/2001 | Benero, Thomas | Bowman, Steven C | Letter | [Current Status of the Levee Construction] |
| 1324 | RM-COE-15614 | RM-COE-15614 | 3/12/2001 | Bowman, Steven | McClenan, Cecil M | Letter | Notification of An Unanticipated Force Majeure Dredging Delay |
| 1325 | NOT USED | | | | | | |
| 1326 | RM-COE-11444 | RM-COE-11444 | 3/13/2001 | Bowman, Steven C | Benero, Thomas | Letter | Construction of Hydraulic Levees; Your Letter Directive dated 03/12/2001 |
| 1327 | RM-COE-11461 | RM-COE-11463 | 3/13/2001 | Bowman, Steven C | Benero, Thomas | Letter | Construction of Hydraulic Levees; RMI Proposal to Furnish Clay Material for Levee Construction from Outside of Contract Area (1) RMI Proposal Letter to USACE Contracting Officer dated 03/01/2001 (2) RMI Proposal Letter to USACE Area Engineer dated 03/07/2001 - (3) USACE Contracting Officer Directive Letter dated 03/12/2001 |
| 1328 | RM-COE-14492 | RM-COE-14492 | 3/13/2001 | Jefts, Alan R | Russek, Eric G | Letter | Quality Assurance Reports Transmittal - enclosing reports 12/14/2000 thru 03/09/2001 |
| 1329 | RM-COE-15576 | RM-COE-15577 | 3/13/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | Cost or Pricing Data Evaluation; Request for Government Audit (1) Request for Equitable Adjustment (REA); Differing Site Condition in the Flare Area |
| 1330 | RM-COE-15579 | RM-COE-15580 | 3/13/2001 | Bowman, Steven | Benero, Thomas | Letter | (1) USACE 03/09/2001 Letter |
| 1331 | REM34331 | REM34334 | | | | | JOINT EXHIBIT 77 |
| 1332 | MOVED TO | | | | | | |
| 1333 | RM-COE-13860 | RM-COE-13861 | 3/14/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - P00023 CO-08 |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1334 | RM-COE-22402 | RM-COE-22402 | 3/14/2001 | Benero, Thomas | Krueger, Dalton H; Keys III, Daniel; Russek, Eric G; McClenan, Cecil M | Email | Renda Marine - 'Gentlemen: I wanted everyone to know that today I signed a Not-to-Exceed modification to Renda Marine for 3,08,833 dollars on the Upper Bayou contract. This was the amount recommended by Will Sanford (Ft. Worth) for the flare area of this project. This amount is the 75% recommended by Will. The remaining 25% is being with held pending the conclusion of negotiations with Renda.' |
| 1335 | NOT USED | | | | | | |
| 1336 | MOVED TO 155 | | | | | | |
| 1337 | RM-COE-21659 | RM-COE-21659 | 3/16/2001 | Kieslich, James M | Rozsypal, Johnny; Saenz, Luis F | Email | Renda Marine - discuss recent actions on Renda Marine |
| 1338 | NOT USED | | | | | | |
| 1339 | RM-COE-04881 | RM-COE-04881 | 3/20/2001 | Russek, Eric G | Benero, Thomas; McClenan, Cecil M; Keys III, Daniel | Email | Upper Bayou - Section 9 - with written in notes |
| 1340 | RM-COE-16204 | RM-COE-16204 | 3/20/2001 | Mears, Wendell D | Russek, Eric G; Sanford, Will; Jefts, | Email | Upper Bayou Update |
| 1341 | RM-COE-17838 | RM-COE-17838 | 3/20/2001 | Sanford, Will | Russek, Eric G; McClenan, Cecil M; Keys III, Daniel | Email | Flare Area |
| 1342 | RM-COE-22405 | RM-COE-22405 | 3/20/2001 | Russek, Eric G | Benero, Thomas; McClenan, Cecil M; Keys III, Daniel | Email | Upper Bayou - Section 9 - advising that Barry stated that the work would require the use of a bucket dredge to remove the debris on the north and south sides of Section 9 and would take between 35 and 45 days. |
| 1343 | NOT USED | | | | | | |
| 1344 | NOT USED | | | | | | |
| 1345 | RM-COE-16058 | RM-COE-16058 | 3/21/2001 | Cole Jr, Curtis | McClenan, Cecil M; Russek, Eric G | Email | Contract No. 99-C-0001, Dredging Upper Bayou (Certified Claim) |
| 1346 | RM-COE-22406 | RM-COE-22406 | 3/21/2001 | Benero, Thomas | Sanford, Will; Russek, Eric G; McClenan, Cecil M; | Email | RE: Flare Area |
| 1347 | RM-COE-22408 | RM-COE-22408 | 3/21/2001 | Russek, Eric G | Benero, Thomas; McClenan, Cecil M; Krueger, Dalton H; Keys III, Daniel | Email | Upper Bayou Issues |
| 1348 | NOT USED | | | | | | |
| 1349 | NOT USED | | | | | | |
| 1350 | MOVED TO | | | | | | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1351 | RM-COE-11704 | RM-COE-11705 | 3/22/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract Number P00024 |
| 1352 | RM-COE-04876 | RM-COE-04880 | 3/23/2001 | Bowman, Steven C; Smith, Barry L | Benero, Thomas | Letter | Joint Venture Group - (1) Direct Interference of Contractual Relationships Between the Corps of Engineers and Renda Marine, Inc. by the Joint Ventur Group (2) Overinspection of Project Work Areas by Joint Venture Personnel (3) Unprofessional Behavior of Joint Venture Management |
| 1353 | RM-GAL-0019523 | RM-GAL-0019523 | 3/26/2001 | Russek, Eric G | McClenan, Cecil M; Benero, Thomas; Keys, Daniel | Email | Forwarding draft Renda Letter - Section 9 |
| 1354 | RM-COE-16079 | RM-COE-16080 | 3/27/2001 | Russek, Eric G | Sanford, Will | Email | HG, Upper Bayou Flare Claim |
| 1355 | RM-COE-16505 | RM-COE-16506 | 3/27/2001 | Few, James T | Russek, Eric G | Email | HG, Upper Bayou Flare Claim |
| 1356 | RM-COE-19890 | RM-COE-19891 | 3/27/2001 | Sanford, Will | Russek, Eric G; Keys III, Daniel; Johnston, Robert P | Email | HG, Upper Bayou Flare Claim |
| 1357 | RM-COE-22410 | RM-COE-22412 | 3/27/2001 | Benero, Thomas | Bowman, Steven C | Letter | Draft - Furnishing the summary of the meeting on 03/22/2001, outlining the current status and proposed work plan for completing the dredging for the Upper Bayou project |
| 1358 | RM-COE-22695 | RM-COE-22696 | 3/27/2001 | Sanford, Will | Russek, Eric G | Email | HG, Upper Bayou Flare Claim - included emails |
| 1359 | NOT USED | | | | | | |
| 1360 | NOT USED | | | | | | |
| 1361 | RM-COE-04849 | RM-COE-04850 | 3/29/2001 | Benero, Thomas | Bowman, Steven C | Letter | Furnishing the summary of the meeting on 03/22/2001, outlining the current status and proposed work plan for completing the dredging for the Upper Bayou project |
| 1362 | RM-COE-04851 | RM-COE-04853 | 3/29/2001 | Bowman, Steven C | Benero, Thomas | Letter | (1) Recap of Meeting with Government on 03/22/2001 (2) Status of Continuing Levee Construction Issues |
| 1363 | COE-P-404 | COE-P-404 | 3/30/2001 | Benero Thomas M | Russek Eric G; McClenan Cecil M; Keys III Daniel; Krueger Dalton H | Email | QA Inspection Reports Joint Venture - suggesting that one of the issues that should be brought out in next week's meeting with the Port of Houston and the JV is the lack of diligence on JV's part in providing their QA/QC reports to the Bay Area Office on a timely basis; also one of the items JV is going to bring up is the Department's lack of action against Renda last summer. |
| 1364 | RM-GAL-0019585 | RM-GAL-0019585 | 3/30/2001 | Benero, Thomas | Russek, Eric G; McClenan, Cecil M; Keys, Daniel; Krueger, Dalton H | Email | QA Inspection Reports, Joint Venture |
| 1365 | RM-COE-15522 | RM-COE-15553 | | | | | JOINT EXHIBIT 78 |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1366 | RM-COE-04864 | RM-COE-04867 | 4/3/2001 | Walters, Ted G | Krueger, Dalton H | Letter | Reviewed letter dated 3/29/01 summarizing the decisions reached at a meeting held on 03/22/2001 Summarizing the decisions reached at a meeting held on 03/22/2001 |
| 1367 | MOVED TO | | | Walters, Ted G | | | |
| 1368 | NOT USED | | | | | | |
| 1369 | RM-TCB-00614 | RM-TCB-00614 | 4/4/2001 | Jefts, Alan R | | Chart | District Structure For HSC |
| 1370 | RM-TCB-00615 | RM-TCB-00615 | 4/4/2001 | Jefts, Alan R | | Chart | Contracting Organization |
| 1371 | | | | | | | Before Dredging and After Dredging Surveys - Section #6 --- JOINT EXHIBIT 15.001-15.239 |
| 1372 | | | | | | | Before Dredging and After Dredging Surveys - Section #5 --- JOINT EXHIBIT 15.001-15.239 |
| 1373 | REM11563 | REM11564 | 4/6/2001 | Fredendall, Linda M; Renda Marine, | | Contract Modification | Amendment of Solicitation/Modification of Contract - P00025 |
| 1374 | MOVED TO | | | | | | |
| 1375 | RM-COE-06003 | RM-COE-06016 | 4/6/2001 | Douglas, Lynn | Russek, Eric G | Certified Payroll Report | DACW64-99-C-0001 - Hou/Gal Upper Bayou - Enclosing Statement of Compliance dated 04/06/01, and Certified payroll of 03/18/01 and 03/25/01. |
| 1376 | RM-COE-19162 | RM-COE-19162 | 4/6/2001 | | | Agenda for Meeting | Port of Houston Authority Meeting |
| 1377 | RM-PHA-00175 | RM-PHA-00175 | 4/6/2001 | Unknown | Unknown | Agenda | PHA Meeting Agenda |
| 1378 | NOT USED | | | | | | |
| 1379 | RM-PHA-00162 | RM-PHA-00165 | 4/9/2001 | Buechler, | Kornegay, H. Thomas | Letter | PHA concerns regarding HGNC |
| 1380 | NOT USED | | | | | | |
| 1381 | RM-COE-11355 | RM-COE-11356 | 4/11/2001 | Bowman, Steven C | Benero, Thomas | Letter | HL&P Power Tower Delay - Transmittal of Request for Equitable Adjustment of the Contract Price |
| 1382 | RM-PHA-00126 | RM-PHA-00127 | 4/11/2001 | Jefts, Alan R | Walters, Ted G | Email | Upper Bayou Levee Alignment |
| 1383 | RM-JSG-00343 | RM-JSG-00343 | 4/12/2001 | Jefts, Alan R | Walters, Ted G | Email | RE: Upper Bayou |
| 1384 | RM-PHA-00123 | RM-PHA-00124 | 4/13/2001 | Jefts, Alan R | McClenan, Cecil M | Letter | Clarification of Levee Construction |
| 1385 | RM-COE-04844 | RM-COE-04848 | 4/14/2001 | Bowman, Steven C | Benero, Thomas | Letter | Obstructions and Excessive Trash in Dredge Section 9 - (1) Renda Marine, Inc. Letter to Tom Benero, Contracting Officer, USACE on 03/29/2001 (2) Tom Benero, Contracting Officer, USACE Letter to Renda Marine, Inc. on 03/29/2001 |
| 1386 | RM-COE-15761 | RM-COE-15762 | 4/14/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract Number CO-8 P00023 |
| 1387 | NOT USED | | | | | | |
| 1388 | NOT USED | | | | | | |
| 1389 | NOT USED | | | | | | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1390 | RM-COE-04830 | RM-COE-04831 | 4/16/2001 | Bowman, Steven C | Benero, Thomas | Letter | (1) Notification of Obstruction at Appx 670+00 (2) Obstructions and Excessive Trash in Dredge Section 9 - (1) Renda Marine, Inc. Letter to Tom Benero, Contracting Officer, USACE on 03/29/2001 (2) Tom Benero, Contracting Officer, USACE Letter to Renda Marine, Inc. on 03/29/2001 (3) Renda Marine, Inc. Letter to Tom Benero, Contracting Officer, USACE on 04/13/2000 |
| 1391 | RM-COE-04832 | RM-COE-04837 | | | | | JOINT EXHIBIT 79 |
| 1392 | NOT USED | | | | | | |
| 1393 | RM-COE-21654 | RM-COE-21654 | 4/16/2001 | Rozsypal, Johnny | Kieslich, James M; Saenz, Luis F | Email | FW: Renda Marine-Section 9 - 'FYI. Nothing like a strong Contracting Officer'; included email. |
| 1394 | RM-GAL-0013339 | RM-GAL-0013339 | 4/16/2001 | Benero, Thomas | Maurer, Herbie A; McClenan, Cecil M; Krueger, Dalton H | Email | Renda Marine - Section 9 |
| 1395 | RM-GAL-0015660 | RM-GAL-0015660 | 4/16/2001 | McClenan, Cecil | Kohler, Harry G | Email | Staff Meeting Info |
| 1396 | NOT USED | | | | | | |
| 1397 | RM-GAL-0015256 | RM-GAL-0015256 | 4/20/2001 | McClenan, CM | Unknown | Memo | Documenting phone conversation with parties |
| 1398 | RM-COE-04826 | RM-COE-04826 | 4/23/2001 | Russek, Eric G | McClenan, Cecil M | Email | Renda Sect 9 Issues |
| 1399 | NOT USED | | | | | | |
| 1400 | RM-COE-22472 | RM-COE-22472 | 4/23/2001 | Russek, Eric G | McClenan, Cecil M; Hunt, Thomas A; Dow, Cleo | Email | Renda Trash - enclosing photos showing recent trash from Upper Bayou Section 9 (including the infamous mooring buoy) |
| 1401 | RM-GAL-0013347 | RM-GAL-0013347 | 4/23/2001 | Russek, Eric G | McClenan, Cecil M | Email | Renda Section 9 Issues |
| 1402 | RM-GAL-0013351 | RM-GAL-0013351 | 4/23/2001 | Russek, Eric G | McClenan, Cecil M; Hunt, Thomas A; Dow, Cleo | Email | Renda Trash |
| 1403 | RM-GAL-0015659 | RM-GAL-0015659 | 4/23/2001 | McClenan, Cecil | Kohler, Harry G | Email | Staff Meeting Info |
| 1404 | RM-COE-04821 | RM-COE-04821 | 4/24/2001 | Bowman, Steven | Benero, Thomas | Letter | Request to Demobilize Dredge |
| 1405 | RM-COE-04822 | RM-COE-04825 | 4/24/2001 | Bowman, Steven | Benero, Thomas | Letter | Status of Contract Issues |
| 1406 | RM-GAL-0019598 | RM-GAL-0019598 | 4/24/2001 | McClenan, CM | Jefts, Alan | Letter | Letter requesting independent review of three REAs |
| 1407 | RM-COE-03537 | RM-COE-03537 | 4/25/2001 | McClenan, Cecil M | Jefts, Alan R | Letter | Enclosing copies of 3 requests for Equitable Adjustments from RMI with respect to the project. |
| 1408 | NOT USED | | | | | | |
| 1409 | RM-JSG-00363 | RM-JSG-00363 | 4/25/2001 | McClenan, Cecil | Jefts, Alan R | Letter | Enclosing copies of the (REA) from Renda Marine |
| 1410 | NOT USED | | | | | | |
| 1411 | RM-GAL-0015298 | RM-GAL-0015298 | 4/26/2001 | McClenan, Cecil | Rozsypal, Johnny | Email | Upper Bayou Sect 9 Issues |
| 1412 | RM-PHA-00114 | RM-PHA-00116 | 4/26/2001 | Mears, Wendell D | Jefts, Alan R | Minutes | Draft Meeting Minutes of 4/26/01 meeting at Lost Lake Placement Area |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1413 | RM-TCB-00551 | RM-TCB-00553 | 4/26/2001 | Mears, Wendell D | Renda, Oscar; Bowman, Steven C; Smith, Barry L; Goodloe, Ben; McClenan, Cecil M; Russek, Eric G; Krueger, Dalton H; | Minutes | Meeting Minutes - Contract Completion and Site Visit |
| 1414 | RM-GAL-0016960 | RM-GAL-0016960 | 4/27/2001 | Rozsypal, Johnny | Walters, Ted G | Email | |
| 1415 | RM-COE-04815 | RM-COE-04818 | 4/30/2001 | Bowman, Steven | McClenan, Cecil M | Letter | Lost Lake Site Meeting Held 04/26/2001 |
| 1416 | RM-COE-04819 | RM-COE-04819 | 4/30/2001 | Bowman, Steven | Benero, Thomas | Letter | Government's Use of Outside Consultants |
| 1417 | RM-COE-17419 | RM-COE-17419 | 4/30/2001 | Krueger, Dalton H | Janecka, Arthur J | Email | Upper Bayou Sect 9 Issues |
| 1418 | RM-GAL-0015297 | RM-GAL-0015297 | 4/30/2001 | McClenan, Cecil | Campbell, David B | Email | Topics for staff meeting |
| 1419 | RM-COE-04813 | RM-COE-04814 | 5/1/2001 | Bowman, Steven C | Benero, Thomas | Letter | (1) Request Cessation of Liquidated Damages (2) Request Reduction of Retainage - Correspondence (1) Letter from RMI to Contracting Officer Dated 04/16/2001 - Damage to Dredge Due to Obstructions (2) Letter from RMI to Contracting Officer Dated 04/24/2001 - Request to Demobilize Dredge (3) Letter from RMI to Contracting Officer Dated 04/24/2001 - Status of Issues (4) Letter from RMI to Area Engineer Dated 04/30/2001 - Items Discussed at 04/26/2001 Site Meeting |
| 1420 | RM-TCB-00542 | RM-TCB-00542 | 5/2/2001 | Mears, Wendell D | Gorini, Richard F; Jefts, Alan R; Bryant, Grady T; Hrabovsky, | Email | Upper Bayou Meeting with Renda, South Ferry Landing REA |
| 1421 | COE-P-407 | COE-P-407 | 5/3/2001 | McClenan Cecil M | Few James T | Email | FW Upper Bayou Contract Levee claims - inquiring where to find Ira Brotman's calcs re the amount of material needed to hydraulically construc the levees at loss lake. |
| 1422 | REM11522 | REM11524 | 5/3/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - CO-08 P0000 |
| 1423 | REM37077 | REM37079 | 5/3/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - Amendment Number CO-08 P0000 |
| 1424 | RM-GAL-0020326 | RM-GAL-0020326 | 5/3/2001 | McClenan, Cecil | Few, James T | Email | Upper Bayou Contract, Levee Claims |
| 1425 | REM15349 | REM15350 | 5/4/2001 | Benero, Thomas; ; Bowman, Steven | | Contract Modification | Amendment of Solicitation/Modification of Contract - CO-09 P00026 |
| 1426 | REM17784 | REM17787 | 5/4/2001 | Benero, Thomas; ; Bowman, Steven | | Contract Modification | Amendment of Solicitation/Modification of Contract - CO-10 P00026 |
| 1427 | MOVED TO | | | | | | |
| 1428 | RM-COE-04806 | RM-COE-04807 | 5/4/2001 | McClenan, Cecil | Bowman, Steven C | Letter | Further consideration to proposal provided in 3/1/01 letter |
| 1429 | RM-COE-10649 | RM-COE-10665 | 5/4/2001 | | | Survey | Hydro Surveys for Sec 5, Sta 532+50 to 535+00, obstruction in channel |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1430 | RM-COE-11664 | RM-COE-11669 | 5/4/2001 | Benero, Thomas; ; Bowman, Steven | | Contract Modification | Amendment of Solicitation/Modification of Contract - Number CO-09 P0000 |
| 1431 | RM-COE-15777 | RM-COE-15779 | 5/4/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contracts/(Amendment/Modification NumberCO-019 P0000 |
| 1432 | RM-COE-16298 | RM-COE-16299 | 5/6/2001 | Few, James T | McClenan, Cecil M | Email | RE: Upper Bayou Contract, Levee Claims |
| 1433 | NOT USED | | | | | | |
| 1434 | RM-COE-01177 | RM-COE-01178 | 5/7/2001 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | HG, Upper Bayou, Lost Lake |
| 1435 | RM-COE-16339 | RM-COE-16342 | | | | | JOINT EXHIBIT 80 |
| 1436 | RM-COE-17886 | RM-COE-17887 | 5/7/2001 | Few, James T | Russek, Eric G; McClenan, Cecil M | Email | FW: HG, Upper Bayou, Lost Lake |
| 1437 | NOT USED | | | | | | |
| 1438 | NOT USED | | | | | | |
| 1439 | RM-COE-15768 | RM-COE-15769 | 5/8/2001 | Jefts, Alan R | Russek, Eric G | Letter | Status of Section 9 - Job Number 13-63020-140 |
| 1440 | RM-GAL-0019627 | RM-GAL-0019628 | 5/9/2001 | Russek, Eric G | McClenan, Cecil M | Email | Forwarding draft of CO-9 mod |
| 1441 | MOVED TO 1440 | | | | | | |
| 1442 | REM24111 | REM24127 | 5/10/2001 | | | Chart | AD's Sec Number 5 and 6 - Graphs |
| 1443 | RM-COE-11325 | RM-COE-11329 | 5/11/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | Request for Equitable Adjustment (REA); Differing Site Condition in the Flare Area - Transmittal of Cost and Pricing Information |
| 1444 | RM-COE-15760 | RM-COE-15760 | 5/11/2001 | Russek, Eric G | Sanford, Will | Fax Cover Sheet | Upper Bayou Partial Payment for Flare Area |
| 1445 | RM-COE-17533 | RM-COE-17534 | 5/11/2001 | Few, James T | McClenan, Cecil M | Email | RE: Upper Bayou Contract, Levee claims |
| 1446 | RM-COE-21591 | RM-COE-21591 | 5/11/2001 | Rozsypal, Johnny | Jefts, Alan R; McClenan, Cecil M | Email | Upper Bayou CO-10 |
| 1447 | RM-COE-22489 | RM-COE-22490 | 5/11/2001 | Russek, Eric G | McClenan, Cecil M | Contract Modification | Recommended Changes to CO-10 |
| 1448 | RM-COE-22491 | RM-COE-22492 | 5/11/2001 | Russek, Eric G | McClenan, Cecil M | Contract Modification | Recommended Changes to CO-11 |
| 1449 | NOT USED | | | | | | |
| 1450 | NOT USED | | | | | | |
| 1451 | NOT USED | | | | | | |
| 1452 | RM-GAL-0019629 | RM-GAL-0019629 | 5/11/2001 | Russek, Eric G | McClenan, Cecil M | Email | Forwarding mods CO-10 and CO-11 |
| 1453 | RM-GAL-0019630 | RM-GAL-0019631 | 5/11/2001 | Unknown | Unknown | Proposal | CO-10 and levee realignment drawing |
| 1454 | RM-GAL-0019632 | RM-GAL-0019633 | 5/11/2001 | Unknown | Unknown | Proposal | CO-11 and levee realignment drawing |
| 1455 | RM-TCB-00505 | RM-TCB-00507 | 5/12/2001 | RFG | TGW | Email | Upper Bayou - RMI Contract - Mtg. with Tom Benero, Dan Keys, Mike McClenan, Mike Kieslich, Eric Russeck and Dalton Kruger on P.M. of 5/15/01 |
| 1456 | REM26054 | REM26054 | 5/15/2001 | Smith, Barry L | Sanford, Will | Fax Cover Sheet | Per Our Conversation A/M - 'This is the flare area REA, Damages summary, dredging analysis sheets, latest version w/no previous negotiation amounts considered' |
| 1457 | RM-COE-04791 | RM-COE-04792 | 5/15/2001 | Benero, Thomas | For Record | Memo | Renda Marine, Contract DACW64-99-C-0001 Upper Bayou Project |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1458 | RM-GAL-0020327 | RM-GAL-0020328 | 5/15/2001 | McClenan, Cecil M | Benero, Thomas; Keys, Daniel | Email | Upper Bayou CO-10 |
| 1459 | RM-COE-04790 | RM-COE-04790 | 5/16/2001 | McClenan, Cecil | Benero, Thomas | Email | Lost Lake North Levee Meeting - 05/15/2001 |
| 1460 | RM-COE-11449 | RM-COE-11451 | 5/16/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) Government Survey Information Required for North Levee Modification (2) Request for Project Survey Information |
| 1461 | RM-COE-15477 | RM-COE-15478 | 5/16/2001 | Renda, Oscar; Green, Gary D | | Promissory Note | Promissory Note for 4,520,000.00 dollars |
| 1462 | RM-COE-15745 | RM-COE-15746 | 5/16/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | (1) HL&P Power Tower Delay - Transmittal of Revisions to Request for Equitable Adjustment (REA) of the Contract Price |
| 1463 | RM-GAL-0019618 | RM-GAL-0019618 | 5/16/2001 | Mears, Wendell | Russek, Eric; McClenan, Mike | Email | Lost Lake |
| 1464 | RM-GAL-0020329 | RM-GAL-0020329 | 5/16/2001 | McClenan, Cecil | Benero, Thomas | Email | Lost Lake North Levee Meeting - 5/15/01 |
| 1465 | RM-JSG-00398 | RM-JSG-00400 | 5/16/2001 | RFG | TGW | Memo | RMI Contract-Mtg. with Tom Benero, Don Keys, Mike McClenan, Mike Kieslich, Eric Russeck and Dalton Kruger on P.M. of 5/15/01 |
| 1466 | RM-PHA-00093 | RM-PHA-00096 | 5/16/2001 | J. Simmons Group | Walters, Ted G | Memo | RMI Memo - Confidential |
| 1467 | RM-COE-11324 | RM-COE-11324 | 5/17/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | Cost of Pricing Data Evaluation; Request for Government Audit, (1) Request for Equitable Adjustment (REA); Differing Site Condition in the Flare Area |
| 1468 | RM-COE-11366 | RM-COE-11369 | | | | | JOINT EXHIBIT 81 |
| 1469 | RM-COE-16380 | RM-COE-16380 | 5/17/2001 | Sanford, Will | Russek, Eric G | Email | 05/17/2001 Renda Letter Response |
| 1470 | RM-JSG-00385 | RM-JSG-00390 | 5/18/2001 | Jefts, Alan R | Gorini, Richard F; Bryant, Grady T; Hrabovsky, Leon; Mears, Wendell D | Reports | Upper Bayou Scenarios to Complete Construction |
| 1471 | NOT USED | | | | | | |
| 1472 | RM-COE-18896 | RM-COE-18898 | 5/20/2001 | Few, James T | McClenan, Cecil M | Email | Upper Bayou Contract Levee claims; included mails |
| 1473 | NOT USED | | | | | | |
| 1474 | REM11477 | REM11477 | 5/22/2001 | McClenan, Cecil M | Bowman, Steven C | Letter | Directive to Renda Marine to remove its submerged pipeline crossing at Jacintoport, adjacent to approximate Stations 565+00 and 574+00, before 06/15/2001 |
| 1475 | RM-COE-04775 | RM-COE-04777 | 5/22/2001 | McClenan, Cecil M | Bowman, Steven C | Letter | Draft - Directive to Renda Marine to remove its submerged pipeline crossing at Jacintoport, adjacent to approximate Stations 565+00 and 574+00, before 06/15/2001 |
| 1476 | RM-COE-22693 | RM-COE-22694a | 5/22/2001 | Russek Eric G | McClenan Cecil M | Email | Capital Project Mgmt Scope of Work - attaching first draft for review. |
| 1477 | MOVED TO | | | | | | |
| 1478 | RM-COE-11153 | RM-COE-11153 | 5/23/2001 | Bowman, Steven C | McClenan, Cecil M | Letter | Removal of Submerged Dredge Discharge Pipe at Entrance to Jacintoport |
| 1479 | RM-COE-11650 | RM-COE-11652 | 5/23/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - Number CO-10 P0000 |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1480 | RM-COE-19026 | RM-COE-19028 | 5/23/2001 | Benero, Thomas | | Contract Modification | Amendment of Solicitation/Modification of Contract - Number CO-10 P00027 |
| 1481 | REM15364 | REM15366 | 5/24/2001 | Renda Marine | Corp. of Engineers | Agenda for Meeting | Outline for Meeting w/COE-Galveston District |
| 1482 | RM-COE-03504 | RM-COE-03506 | 5/24/2001 | Renda, Oscar | Hutchison, Kay Bailey | Letter | US Army Corps of Engineers - Galveston District Houston Ship Channel - Dredging Upper Bayou Project - Government Contract No. DACW64-99-C-0001 |
| 1483 | RM-COE-04768 | RM-COE-04768 | 5/24/2001 | Erikson, Brian W | Saenz, Luis F | Letter | Tortious Interference With Contract, Defamation, and Business Disparagement Renda Marine, Inc. |
| 1484 | RM-COE-04769 | RM-COE-04770 | 5/24/2001 | | | Minutes | Upper Bayou - Meeting held on 05/24/2001. |
| 1485 | RM-COE-22521 | RM-COE-22521 | 5/24/2001 | Sanford, Will | McClenan, Cecil M | Email | Lecon/Renda - update. |
| 1486 | NOT USED | | | | | | |
| 1487 | RM-GAL-0019637 | RM-GAL-0019637 | 5/24/2001 | Russek, Eric G | McClenan, Cecil M; Keys, Daniel | Email | Forwarding Technical Analysis on Flare Area |
| 1488 | RM-GAL-0019638 | RM-GAL-0019643 | 5/24/2001 | Houston Galveston | Unknown | Reports | Technical Analysis on Flare Area |
| 1489 | RM-COE-01664 | RM-COE-01664 | 5/25/2001 | Redd, Lawrence L | Russek, Eric G | Fax Cover Sheet | Chronology of Surveys at Lost Lake of any kind by AO-BL Starting 04/1997 to date |
| 1490 | RM-COE-04766 | RM-COE-04767 | | | | | JOINT EXHIBIT 82 |
| 1491 | RM-COE-17525 | RM-COE-17527 | 5/27/2001 | Few, James T | Mears, Wendell D | Email | RE: Upper Bayou |
| 1492 | RM-COE-18899 | RM-COE-18901 | 5/27/2001 | Few, James T | McClenan, Cecil M | Email | Upper Bayou Contract Levee claims; included mails |
| 1493 | NOT USED | | | | | | |
| 1494 | NOT USED | | | | | | |
| 1495 | NOT USED | | | | | | |
| 1496 | RM-GAL-0013376 | RM-GAL-0013377 | 5/30/2001 | McClenan, CM | Bowman, Steven C | Letter | REA (Rev. No. 1) dated 5/16/2001 |
| 1497 | RM-COE-04737 | RM-COE-04742 | 5/31/2001 | Bowman, Steven C | Benero, Thomas | Letter | Modification CO-10, P00027 (1) Submittal of Request for Equitable Adjustment for Levee Realignment Between Stations 166+00 to 215+00 - with attachments |
| 1498 | NOT USED | | | | | | |
| 1499 | REM11438 | REM11439 | 6/1/2001 | Cole Jr, Curtis | Bowman, Steven C | Letter | Contracting Officers Decision |
| 1500 | RM-COE-15708 | RM-COE-15711 | | | | | JOINT EXHIBIT 83 |
| 1501 | NOT USED | | | | | | |
| 1502 | RM-GAL-0013337 | RM-GAL-0013337 | 6/1/2001 | Benero, Thomas | McClenan, Cecil M; Russek, Eric G | Email | Renda Marine Outstanding Issues |
| 1503 | NOT USED | | | | | | |
| 1504 | RM-COE-04723 | RM-COE-04725 | 6/5/2001 | Bowman, Steven C | Benero, Thomas | Letter | Lost Lake North Levee Issues - Proposal Costs for Realignment of North Levee |
| 1505 | RM-COE-17521 | RM-COE-17524 | 6/5/2001 | Few, James T | Mears, Wendell D | Email | RE: Upper Bayou |
| 1506 | RM-GAL-0012893 | RM-GAL-0012893 | 6/5/2001 | Sanford, Will | Johnston, Robert P; Boland, Webster L | Email | Galveston District - Renda Mod on Flare Area |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1507 | RM-COE-03529 | RM-COE-03529 | 6/6/2001 | Ragland, Barbara | Ruffinach, Ron | Fax Cover Sheet | Fax Cover Sheet |
| 1508 | RM-COE-15703 | RM-COE-15703 | 6/6/2001 | McClenan, Cecil M | Jefts, Alan R | Letter | Enclosing copies of recent correspondence from Renda Marine, Inc. for information and review |
| 1509 | RM-GAL-0012994 | RM-GAL-0012996 | 6/7/2001 | McClenan, Cecil M | McWilliams, Jeff | Letter | In regards to Bean-Stuyvesant's contract DACW64-00-C-0013, Houston-Galveston Navigation Channels, TX (45-Foot Project), Dredging Lower Bayou; opportunity to make Bean-Stuyvesant aware of Renda's concern of their sequence of construction of the hydraulically constructed levees at Spilman Island, in anticipation of the Dredge Meridian returning in the 07/01 thru 08/01. |
| 1510 | NOT USED | | | | | | |
| 1511 | RM-GAL-0019659 | RM-GAL-0019659 | 6/8/2001 | Benero, Thomas | Keys, Daniel; Krueger, Dalton H | Email | Renda Status |
| 1512 | RM-GAL-0020334 | RM-GAL-0020334 | 6/8/2001 | McClenan, Cecil M | Russek, Eric G; Weiss, Lynwood G | Email | Renda Status |
| 1513 | REM18183 | REM18206 | 6/9/2001 | Renda Marine | | Spreadsheet | Equipment Repair Costs |
| 1514 | RM-COE-04717 | RM-COE-04719 | | | | | JOINT EXHIBIT 84 |
| 1515 | REM11338 | REM11340 | 6/13/2001 | O'Rourke, Lauren | | Reports | Customer Service Representative, Daily Progress Reports |
| 1516 | NOT USED | | | | | | |
| 1517 | RM-GAL-0016150 | RM-GAL-0016150 | 6/13/2001 | Rozsypal, Johnny | Benero, Thomas M; Saenz, Luis F; Keys III, Daniel | Email | |
| 1518 | REM14354 | REM14355 | 6/14/2001 | Bowman, Steven C | Benero, Thomas | Letter | (1) Differing Site Condition - Obstructions in Channel (Section 9), (2) Transmittal of Request for Equitable Adjustment of the Contract Price for Obstruction Delay No 2 Damages |
| 1519 | REM11427 | REM11427 | 6/15/2001 | Benero, Thomas | Bowman, Steven C | Letter | Certified Claim No. 206771 for Differing Site Conditions - Notifying that the Contracting Officer's final decision date for the said claim is changed from 06/13/2001 to 06/25/2001. |
| 1520 | RM-COE-22537 | RM-COE-22537 | 6/15/2001 | Sanford, Will | Johnston, Robert P; Boland, Webster L | Email | Galveston District - Renda Mod on Flare Area |
| 1521 | NOT USED | | | | | | |
| 1522 | RM-COE-17518 | RM-COE-17519 | 6/18/2001 | Few, James T | Cox, Paul A; Russek, Eric G | Email | FW: HG, Upper Bayou |
| 1523 | NOT USED | | | | | | |
| 1524 | RM-GAL-0020335 | RM-GAL-0020335 | 6/18/2001 | McClenan, Cecil M | Russek, Erick G; Keys, Daniel | Email | Galveston District - Renda Mod on Flare Area |
| 1525 | RM-COE-04707 | RM-COE-04715 | 6/19/2001 | Bowman, Steven C | Benero, Thomas | Letter | Delays and Damages Due to Completion of Levee Work - Delays and Damages Due to Suspension of Work |
| 1526 | RM-COE-19138 | RM-COE-19145 | 6/20/2001 | Bowman, Steven | Benero, Thomas | Letter | Status of Contract Issues |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1527 | RM-COE-19896 | RM-COE-19898 | 6/20/2001 | Krueger, Dalton H | | Proposal | Proposal by Capital Project Management to assist in assessment and resolution of Renda's claims |
| 1528 | RM-COE-19899 | RM-COE-19903 | 6/20/2001 | | | Proposal | Hourly rates for Capital Project Management support services |
| 1529 | RM-COE-22701 | RM-COE-22704 | 6/20/2001 | Strickler, George J | Keys III, Daniel | Letter | Upper Bayou Dredging Contract - Renda Marine, Inc. |
| 1530 | REM11397 | REM11399 | 6/22/2001 | Buechler, Nicholas J | Granger, Kay | Letter | Response to Renda Marine's 05/22/2001 letter concerning the Upper Bayou Project in the Houston Ship Channel |
| 1531 | RM-COE-22540 | RM-COE-22540 | 6/22/2001 | Benero, Thomas | McClenan, Cecil M | Email | RE: CESWG-AO-B; included email |
| 1532 | RM-GAL-0015255 | RM-GAL-0015255 | 6/22/2001 | McClenan, Cecil M | Benero, Thomas; Keys, Daniel; | Email | Email forwarding memo of phone conversation |
| 1533 | REM11401 | REM11401 | 6/25/2001 | Benero, Thomas | Granger, Kay | Fax Cover Sheet | DACW64-99-C-0001 |
| 1534 | REM37213 | REM37216 | 6/25/2001 | Benero, Thomas | Granger, Kay | Letter | Response to Renda Marine's 05/22/2001 letter re Upper Bayou Project in the Houston Ship Channel. |
| 1535 | RM-COE-03523 | RM-COE-03523 | 6/26/2001 | Benero, Thomas | Bowman, Steven C | Letter | Certified Claim No. 206771 for Differing Site Condition, Dredging the South Ferry Landing |
| 1536 | REM37212 | REM37212 | 6/27/2001 | Ragland, Barbara | Renda, Oscar | Fax Cover Sheet | Fax Cover Sheet - Forwarding fax from Tom Benero |
| 1537 | RM-GAL-0013161 | RM-GAL-0013162 | 6/28/2001 | Johnston, Robert | McClenan, Cecil M | Email | Flare Area |
| 1538 | RM-COE-05516 | RM-COE-05516 | 6/29/2001 | The Independent BankersBank | Renda, Oscar; Renda, Rudolph J | Promissory Note | Commercial Variable Rate Revolving or Draw Note - Principal Amount: 3000000 dollars - Agreement date: 06/29/2001 - Maturity date: 02/28/2002 |
| 1539 | RM-COE-19147 | RM-COE-19157 | 7/5/2001 | Douglas, Lynn; Bowman, Steven | Department Of ; The Army | Bid Document | Pre-Award Submittals |
| 1540 | RM-GAL-0016917 | RM-GAL-0016917 | 7/9/2001 | Benero, Thomas | Keys, Daniel; Moore, Thomas H; Kieslich, James M; Rozsypal, Johnny; Cole, Curtis; Saenz, Luis F | Email | Discussions in Meetings |
| 1541 | RM-COE-03516 | RM-COE-03516 | 7/10/2001 | Benero, Thomas | Bowman, Steven C | Fax Cover Sheet | Performance Evaluations |
| 1542 | RM-GAL-0015249 | RM-GAL-0015249 | 7/10/2001 | McClenan, Cecil | Kohler, Harry G | Email | Discussions in Meetings |
| 1543 | RM-COE-03503 | RM-COE-03503 | 7/11/2001 | Etue, John | CECS-C | Letter | Informing that the enclosed communication was forwarded to Senator Hutchison by a constituent who is concerned about a matter that falls within HQUS Army Corps of Engineers' jurisdiction |
| 1544 | RM-COE-04678 | RM-COE-04681 | 7/12/2001 | Benero, Thomas | Martin, David | Letter | Determination of Non-Responsibility |
| 1545 | RM-COE-14270 | RM-COE-14272 | 7/19/2001 | Benero, Thomas; ; McClenan, Cecil M; Russek, Eric G | | Bid Document | Pipeline Dredge Estimate - Checklist for Input Data |
| 1546 | RM-COE-05399 | RM-COE-05414 | 7/20/2001 | Ray, Kent | Benero, Thomas | Letter | Renda Marine, Inc. - Attaching financial statements of Renda Marine, Inc. and related entities (Oscar Renda Contracting Inc. and Agronomic Management Group Inc.) as of 05/31/2001 are for review of financial stability |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1547 | REM11385 | REM11386 | 7/23/2001 | McClenan, Cecil M | Bowman, Steven C | Letter | No further requirements for the use of a hydraulic dredge under the contract |
| 1548 | RM-COE-04677 | RM-COE-04677 | 7/23/2001 | Bowman, Steven C | Benero, Thomas | Letter | US Small Business Administration (S.B.A.) - Renda Marine, Inc. - Determination of Business Size for S.B.A. Certification |
| 1549 | RM-GAL-0012644 | RM-GAL-0012647 | 7/23/2001 | McClenan, CM | Bowman, Steven C | Letter | Advising of no further requirements for use of hydraulic dredge |
| 1550 | RM-JSG-00314 | RM-JSG-00315 | 7/23/2001 | McClenan, Cecil M | Bowman, Steven C | Letter | Advising the there will not be further requirements for the use of a hydraulic dredge |
| 1551 | RM-COE-04675 | RM-COE-04676 | 7/24/2001 | Bowman, Steven | Benero, Thomas | Letter | Termination for Convenience - Lost Lake Levees |
| 1552 | NOT USED | | | | | | |
| 1553 | RM-GAL-0017059 | RM-GAL-0017059 | 7/24/2001 | Saenz, Luis F | Krueger, Dalton H | Email | Lost Lake |
| 1554 | RM-COE-05373 | RM-COE-05373 | | | | | JOINT EXHIBIT 85 |
| 1555 | RM-COE-05379 | RM-COE-05382 | 7/31/2001 | Bowman, Steven C | Benero, Thomas | Letter | Request for Equitable Adjustment (REA); Differing Site Condition in the Flare Area - Contractor-Requested Audit of Indirect Costs; Cost Analysis |
| 1556 | RM-COE-09162 | RM-COE-09162 | 7/31/2001 | Bowman, Steven C | Corps of Engineers-Galveston Dist. | Agreement/Contract | Contractor's Certification |
| 1557 | RM-COE-16319 | RM-COE-16319 | 7/31/2000 | Benero, Thomas | Buechler, Nicholas J; Maurer, Herbie A; McClenan, Cecil M; Sutcliffe, Harrison T | Email | Renda Marine-Mouth of the Colorado River |
| 1558 | REM11326 | REM11326 | 8/3/2001 | Caver Jr, Thomas F | Hutchison, Kay Bailey | Letter | Interim reply to 07/11/2001 letter referencing letter from Oscar Renda re various contracting issues with dredging contract for the Houston Ship Channel |
| 1559 | RM-COE-03502 | RM-COE-03503 | 8/3/2001 | Greenhouse, | CESWG-CT | Memo | Inquiry from Senator Kay Bailey Hutchison |
| 1560 | RM-COE-13980 | RM-COE-13980 | 8/3/2001 | Russek, Eric G | Strickler, George J | Fax Cover Sheet | Stiff Clay Percentages Spreadsheets |
| 1561 | REM11359 | REM11359 | 8/8/2001 | Renda, Oscar | Granger, Kay | Letter | In ref to RMI letter to Barbara describing problems RMI was experiencing with the project, request to suspend any further action or intervention in this matter |
| 1562 | REM11360 | REM11360 | 8/8/2001 | Renda, Oscar | Hutchison, Kay Bailey | Letter | Noting that, on 05/24/2001, RMI transmitted a letter to Hutchison describing problems RMI was experiencing with the project |
| 1563 | RM-COE-05339 | RM-COE-05341 | | | | | JOINT EXHIBIT 86 |
| 1564 | RM-COE-05342 | RM-COE-05344 | | | | | JOINT EXHIBIT 87 |
| 1565 | RM-COE-05345 | RM-COE-05347 | | | | | JOINT EXHIBIT 88 |
| 1566 | RM-COE-05348 | RM-COE-05350 | | | | | JOINT EXHIBIT 89 |
| 1567 | RM-PHA-00526 | RM-PHA-00528 | 8/9/2001 | Goodloe, Ben | Port of Houston Authority | Letter | Proposal - Emergency dredging at the Turning Basin Wharves |
| 1568 | RM-GAL-0022923 | RM-GAL-0022923 | 8/10/2001 | Halla, Keith J | Wyatt, Danny J; McClenan, Cecil M; Weiss, Lynwood G | Email | Contractor Safety Awards |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1569 | RM-GAL-0027410 | RM-GAL-0027439 | 8/10/2001 | Renda Marine | Corps of Engineers- | Dredging Report | Dredging Reports - 8/10/2001 - 8/24/2001 |
| 1570 | NOT USED | | | | | | |
| 1571 | RM-GAL-0019666 | RM-GAL-0019666 | 8/22/2001 | pathfindercc@ms | Benero, Thomas | Email | Award of Claim Merit |
| 1572 | NOT USED | | | | | | |
| 1573 | REM11328 | REM11331 | 8/23/2001 | Benero, Thomas | Smith, Barry L | Email | Upper Bayou Project - Award of Claim Merit - 'No, he hasn't told me but I'm sure we'll discuss sometime today.', in response to Barry Smith's 08/22/2001 email advising that Mike McClenan verbally awarded merit for both Obstruction Claims, and that Smith will be sending McClenan a letter for his countersignature confirming his decision; included emails |
| 1574 | RM-COE-05276 | RM-COE-05276 | 8/23/2001 | Bowman, Steven C | Benero, Thomas | Letter | South Ferry Landing Claim - Certified Claim Number 206771 - Transmittal of 08/20/2001 Revisions to Claim - (1) Letter from Tom Benero, Contracting Officer to RMI dated 06/26/2001 |
| 1575 | RM-GAL-0012648 | RM-GAL-0012651 | 8/23/2001 | McClenan, CM | Bowman, Steven C | Letter | Confirming that certain REAs have merit |
| 1576 | RM-GAL-0013318 | RM-GAL-0013318 | 8/23/2001 | Benero, Thomas | McClenan, Cecil M | Email | Upper Bayou Project - Award of Claim Merit |
| 1577 | REM30707 | REM30707 | 8/24/2001 | Benero, Thomas | Renda Marine | Letter | Receipt for one box with two binders - revisions to Contract No DACW64-99-C-0001 South Landing Claim |
| 1578 | RM-COE-22549 | RM-COE-22549 | 8/24/2001 | Sanford, Will | McClenan, Cecil M | Email | Renda - Furnishing 5 major DSC or changes for required corrections |
| 1579 | RM-COE-22550 | RM-COE-22550 | 8/24/2001 | McClenan, Cecil | Sanford, Will | Email | RE: Renda |
| 1580 | NOT USED | | | | | | |
| 1581 | RM-GAL-0027440 | RM-GAL-0027527 | 8/25/2001 | Renda Marine | Corps of Engineers- | Dredging Report | Dredging Reports - 8/25/2001 - 10/7/2001 |
| 1582 | REM11321 | REM11321 | 8/27/2001 | Caver Jr, Thomas F | Hutchison, Kay Bailey | Letter | Response to 07/11/2001 letter referencing letter from Oscar Renda re various contracting issues with dredging contract for the Houston Ship Channel |
| 1583 | REM11322 | REM11322 | 8/27/2001 | Benero, Thomas | Bowman, Steven C | Letter | Directing Renda Marine to remove any remaining pipelines |
| 1584 | NOT USED | | | | | | |
| 1585 | NOT USED | | | | | | |
| 1586 | RM-PHA-00520 | RM-PHA-00520 | 8/27/2001 | Port of Houston Authority | Bowman, Steven C | Agreement/Contract | Contract with the Port of Houston Authority and Renda Marine |
| 1587 | RM-COE-05274 | RM-COE-05275 | | | | | JOINT EXHIBIT 90 |
| 1588 | RM-COE-15475 | RM-COE-15478 | 8/31/2001 | Renda, Oscar; Renda, Rudolph J; The Independent BankersBank | | Promissory Note | Commercial Variable Rate Promissory Note for 2,625,000.00 dollars |
| 1589 | REM11298 | REM11308 | 09/00/2001 | World Dredging - Mining & | | Article | Maintenance Dredging - Dredging of the Houston - Galveston Navigation Channels - Vol 37, Number9 |
| 1590 | RM-COE-22014 | RM-COE-22014 | 9/1/2001 | Mears, Wendell D | Russek, Eric G | Agenda for Meeting | Contract Status Review Agenda |
| 1591 | RM-COE-05496 | RM-COE-05500 | 9/13/2001 | Bowman, Steven C | Benero, Thomas | Letter | Termination of the Contract for Convenience of the Government - Lost Lake Levees |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1592 | RM-GAL-0019667 | RM-GAL-0019667 | 9/17/2001 | Russek, Eric G | McClenan, Cecil M | Email | Forwarding Renda deletion mod |
| 1593 | RM-GAL-0019668 | RM-GAL-0019668 | 9/17/2001 | Unknown | Unknown | Proposal | Renda deletion mod |
| 1594 | REM15472 | REM15473 | 9/18/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - P00028 CO-11 |
| 1595 | MOVED TO | | | | | | |
| 1596 | RM-COE-11656 | RM-COE-11663 | 9/18/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - Number CO-11 |
| 1597 | MOVED TO | | | | | | |
| 1598 | RM-COE-22555 | RM-COE-22555 | 9/25/2001 | McClenan, Cecil M | Walters, Ted G | Email | FW: Lost Lake Placement Area - 'Finally have you correct e-mail address.'; included email |
| 1599 | RM-GAL-0020339 | RM-GAL-0020339 | 9/25/2001 | McClenan, Cecil | Mail | Email | Lost Lake Placement Area |
| 1600 | REM31495 | REM31498 | 9/28/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation/Modification of Contract - P00029 |
| 1601 | RM-COE-11177 | RM-COE-11177 | 10/2/2001 | Hansen, Jamie | Russek, Eric G | Memo | West Levee Alignment/North Levee Alignment |
| 1602 | RM-COE-22557 | RM-COE-22559 | 10/4/2001 | Benero, Thomas | Bowman, Steven C | Letter | RE letter dated 5/31/01 regarding levee location and survey discrepancies |
| 1603 | RM-COE-22561 | RM-COE-22561 | 10/9/2001 | Keys III, Daniel | Rozsypal, Johnny; Kohler, Harry G | Email | RE: Renda |
| 1604 | NOT USED | | | | | | |
| 1605 | RM-COE-05517 | RM-COE-05518 | | | | | JOINT EXHIBIT 91 |
| 1606 | RM-PHA-00518 | RM-PHA-00518 | 10/16/2001 | Port of Houston Authority | Renda Marine | Invoices | Purchase Order from PHA to Renda Marine for Labor and Material for Turning Basin"" |
| 1607 | RM-COE-05501 | RM-COE-05507 | 10/29/2001 | Renda, Oscar | Benero, Thomas | Letter | Settlement of Requests for Equitable Adjustment (REA)/Certified Claims |
| 1608 | RM-JSG-00583 | RM-JSG-00583 | 11/00/2001 | Mears, Wendell D | | Drawings | Drawing - Phase I - Phase III |
| 1609 | RM-JSG-00584 | RM-JSG-00584 | 11/00/2001 | Mears, Wendell D | | Reports | North Levee Between the Weirs |
| 1610 | RM-JSG-00585 | RM-JSG-00585 | 11/00/2001 | Mears, Wendell D | | Reports | North West Levee repair |
| 1611 | RM-JSG-00586 | RM-JSG-00586 | 11/00/2001 | Mears, Wendell D | | Reports | North Levee Between Weirs |
| 1612 | RM-GAL-0013485 | RM-GAL-0013485 | 11/2/2001 | Brown, David R | Campbell, David B; Rozsypal, Johnny; McClenan, Cecil M; Kieslich, James M | Email | Upper Bayou Dredging and Levee Repair |
| 1613 | RM-COE-17517 | RM-COE-17517 | 11/4/2001 | Few, James T | Syed, Ishaq; Campbell, David B | Email | FW: Upper Bayou Dredging and Levee Repair |
| 1614 | RM-COE-03488 | RM-COE-03489 | 11/6/2001 | Benero, Thomas | Renda, Oscar | Letter | Claim on Contact Number DACW64-99-C-0001 dated 08/09/2001 for Differing Site Conditions in Dredging Section 7 (Clay) |
| 1615 | RM-COE-03490 | RM-COE-03491 | 11/6/2001 | Benero, Thomas | Renda, Oscar | Letter | Claim on Contact Number DACW64-99-C-0001 dated 08/09/2001 for Change Conditions due to HL&P Transmission Tower |
| 1616 | RM-COE-03492 | RM-COE-03493 | | | | | JOINT EXHIBIT 92 |