# Case 02-306C
# Renda Marine v. United States

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1617 | RM-COE-03494 | RM-COE-03495 | 11/6/2001 | Benero, Thomas | Renda, Oscar | Letter | Claim on Contact Number DACW64-99-C-0001 dated 08/09/2001 for Change Conditions on West Levee Realignment (Modification CO-10) |
| 1618 | RM-COE-15657 | RM-COE-15658 | 11/6/2001 | Renda Marine | Corps of Engineers-Galveston Dist. | Letter | Renda Marine, Inc. auditors, Milbern Ray and Co., are conducting an annual audit of financial statements; request to confirm the furnishing information regarding Renda Marine, Inc. contract with Department of the Army Galveston District Corp of Engineers as of 10/31/2001. |
| 1619 | RM-COE-03486 | RM-COE-03487 | 11/7/2001 | Benero, Thomas | Renda, Oscar | Letter | Claim on Contact Number DACW64-99-C-0001 dated 10/16/2001 for Changed Conditions in Hydraulic Levees at Lost Lake |
| 1620 | RM-GAL-0013315 | RM-GAL-0013316 | 11/7/2001 | Brown, David R | Young, Nancy C; Few, James T; Krueger, Dalton H; McClenan, Cecil M; Russek, Eric G; Garcia, Frank T; | Email | Upper Bayou Dredging and Levee Repair |
| 1621 | RM-PHA-00614 | RM-PHA-00616 | 11/7/2001 | DeWolf, Steven H. | Jackson, J.B. | Memo | Request for Port Commission Action for Dredging of the PHA Turning Basin Docks 46 through 48 |
| 1622 | RM-COE-17516 | RM-COE-17516 | 11/8/2001 | Few, James T | Martin, Arthur J | Email | Lost Lake, LIDAR - Per conversation with Johnny R and Alan Jefts about the accuracy, expecting how much ground verification of previous work has been done. |
| 1623 | NOT USED | | | | | | |
| 1624 | RM-GAL-0012767 | RM-GAL-0012769 | 11/8/2001 | Few, James T | Brown, David R; McClenan, Cecil M; Krueger, Dalton H | Email | Comments on Field Trip to Lost Lake |
| 1625 | RM-GAL-0025735 | RM-GAL-0025738 | 11/9/2001 | Few, James T | Rozsypal, Johnny; Brown, David R; Young, Nancy C; Frank, Garcia T; | Email | Comments on Field Trip to Lost Lake |
| 1626 | RM-COE-18239 | RM-COE-18242 | 11/13/2001 | Brown, David R | Few, James T; Rozsypal, Johnny; Young, Nancy C; Garcia, Frank T; Russek, Eric G; Martin, Arthur J; | Email | RE: Brief Meeting on Field Trip to Lost Lake |
| 1627 | RM-COE-05519 | RM-COE-05520 | 11/14/2001 | Renda, Oscar | Benero, Thomas | Letter | Changed Conditions at the West Levee Realignment - Certified Claim No. 'Unknown' - (1) Response to Your Letter dated 11/06/2001 (Received by Renda Marine, Inc. on 11/12/2001) |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1628 | RM-COE-05521 | RM-COE-05521 | 11/14/2001 | Moseley, Cheryl | Benero, Thomas | Letter | Your letters dated 11/06/2001, concerning Claims by Renda Marine, Inc. dated 08/09/2001 for (1) Obstruction No. 2 in Dredging Section 9, (2) Changed Conditions in Hydraulic Levees at Lost Lake, (3) Changed Conditions on West Levee Realignment (Modification CO-10), (4) Differing Site Conditions in Dredging Section 7 (Clay), (5) Changed Conditions due to HL&P Transmission Tower, and (6) Differing Site Conditions in Flare Area |
| 1629 | RM-COE-05522 | RM-COE-05523 | 11/14/2001 | Renda, Oscar | Benero, Thomas | Letter | Changed Conditions due to HL&P Transmission Tower - Certified Claim No. 'Unknown' - (1) Response to Your Letter dated 11/06/2001 (Received by Renda Marine, Inc. on 11/12/2001) |
| 1630 | RM-COE-05524 | RM-COE-05525 | | | | | JOINT EXHIBIT 93 |
| 1631 | RM-COE-05526 | RM-COE-05527 | 11/14/2001 | Renda, Oscar | Benero, Thomas | Letter | Differing Site Conditions for Obstruction(s) No. 2 at Dredge Section 9 - Certified Claim No. 'Unknown' - (1) Response to Your Letter dated 11/06/2001 (Received by Renda Marine, Inc. on 11/12/2001) |
| 1632 | RM-COE-05528 | RM-COE-05531 | 11/14/2001 | Renda, Oscar | Benero, Thomas | Letter | (1) Differing Site Conditions for Obstruction(s) No. 1 Between Dredge Sections 4 and 8 - Certified Claim No. 'Unknown' - (2) Differing Site Conditions at the South Ferry Landing - Certified Claim No. 206771 - (3) Your Claim Letters dated 11/06/2001 (Received by Renda Marine, Inc. on 11/12/2001) |
| 1633 | RM-COE-05532 | RM-COE-05533 | 11/14/2001 | Renda, Oscar | Benero, Thomas | Letter | Differing Site Conditions at Dredge Section 7 - Certified Claim No. 'Unknown' - (1) Response to Your Letter dated 11/06/2001 (Received by Renda Marine, Inc. on 11/12/2001) |
| 1634 | RM-COE-17364 | RM-COE-17367 | 11/14/2001 | Few, James T | Krueger, Dalton H; Brown, David R | Email | RE: Comments on Field Trip to Lost Lake |
| 1635 | RM-COE-22564 | RM-COE-22564 | 11/15/2001 | Rozsypal, Johnny | Benero, Thomas; Keys III, Daniel | Email | Renda - enclosing results of discussions with CPM-George Strickland, W. Sanford, and JV regards Upper B-Renda |
| 1636 | RM-GAL-0015201 | RM-GAL-0015202 | 11/16/2001 | McClenan, Cecil | Russek, Eric G | Email | Mid Bayou/Lost Lake Meeting |
| 1637 | RM-COE-17499 | RM-COE-17499 | 11/19/2001 | Few, James T | Mears, Wendell D | Email | RE: Lost Lake Design Meeting - Suggesting that to show the original template in the contract drawings be constructed, after hydraulically placing additional material along the inside. |
| 1638 | RM-COE-18045 | RM-COE-18045 | 11/20/2001 | Sanford, Will | Keys III, Daniel; Rozsypal, Johnny | Email | Here's what I have - Furnishing the proposals to draft Technical Analysis for audit |
| 1639 | RM-GAL-0013169 | RM-GAL-0013170 | 11/20/2001 | Rozsypal Johnny | Keys III Daniel; Sanford Will | Email | RE Here's What I Have - agreeing that it is necessary to pursue the audit so Eric will need to get Will copies of elec line and levee claims so he can draft away. |
| 1640 | COE-P-434 | COE-P-434 | 11/21/2001 | Rozsypal Johnny | Benero Thomas M; Keys III Daniel; Sanford Will | Email | RE Here's What I Have - agreeing on the need to pursue tech analysis and audit. |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1641 | RM-GAL-0019709 | RM-GAL-0019709 | 11/21/2001 | Rozsypal Johnny | Benero Thomas M; Keys III Daniel; McClenan Cecil M; Rawls Michael B; Russek Eric G; Mears Wendell D | Email | Renda Offer - advising that Rozsypal has spoken with Keys; that they agreed that Keys would review Strickland's input more on Monday to see if any further sanitation is needed in preparation for the meeting with JV on Tuesday; and that at that meeting the attempt will be to come up with what offer the Department can live with. |
| 1642 | RM-COE-17507 | RM-COE-17509 | 11/26/2001 | Few, James T | Mears, Wendell D | Email | RE: Lost Lake Design Meeting - Forwarding sketches of the typical section for the minimal material option that Few had suggested for consideration. |
| 1643 | RM-JSG-00575 | RM-JSG-00576 | 11/26/2001 | Few, James T | Mears, Wendell D | Email | RE: Lost Lake Design Meeting |
| 1644 | RM-JSG-00578 | RM-JSG-00578 | 11/26/2001 | Corps of Engineers | | Drawings | Lost Lake - North Levee Completion - Minimal Material Option - Phase 1 |
| 1645 | RM-JSG-00579 | RM-JSG-00579 | 11/26/2001 | Corps of Engineers | | Drawings | Lost Lake - Notht Levee Completion - Minimal Material Option - Phase 2 |
| 1646 | RM-JSG-00580 | RM-JSG-00580 | 11/26/2001 | Corps of Engineers | | Drawings | Lost Lake - North Levee Completion - Minimal Material Option - Phase 3 |
| 1647 | RM-JSG-00581 | RM-JSG-00581 | 11/26/2001 | Corps of Engineers | | Drawings | Lost Lake - North Levee Completion - Minimal Material Option - Phase 4 |
| 1648 | RM-JSG-00582 | RM-JSG-00582 | 11/26/2001 | Corps of | | Drawings | Drawing |
| 1649 | NOT USED | | | | | | |
| 1650 | RM-COE-17874 | RM-COE-17875 | 11/28/2001 | Few, James T | Brown, David R; Young, Nancy C; Garcia, Frank T; Rozsypal, Johnny; Krueger, Dalton H; Rawls, Michael B; Russek, Eric G; | Email | FW: HG, Lost Lake, 11/28 Fax |
| 1651 | RM-GAL-0019732 | RM-GAL-0019733 | 11/28/2001 | Few, James T | Brown, David R; Young, Nancy C; Garcia, Frank T; Rozsypal, Johnny; Krueger, Dalton H; Rawls, Michael B; Russek, Eric G; | Email | Lost Lake, Fax of 11/28 |
| 1652 | RM-JSG-00393 | RM-JSG-00395 | 11/29/2001 | Jefts, Alan R | Gorini, Richard F | Reports | Renda Marine Claims |
| 1653 | RM-PHA-00603 | RM-PHA-00603 | 11/29/2001 | Port of Houston Authori | Texas DPS, Division of Emergency | Letter | Dredging of the Port of Houston Authority Turning Basin Docks - Tropical Storm Allison |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1654 | RM-GAL-0019724 | RM-GAL-0019724 | 12/2/2001 | Brown, David R | Few, James T; Rozsypal, Johnny; Young, Nancy C; Garcia, Frank T; Russek, Eric G; | Email | Upper Bayou Levee Restoration |
| 1655 | NOT USED | | | | | | |
| 1656 | RM-GAL-0019727 | RM-GAL-0019727 | 12/5/2001 | Sanford, Will | McClenan, Cecil M; Rozyspal, Johnny; Russek, Eric G; Johnston, Robert P | Email | Renda Claim - Flare Area Ref: Measured Mile |
| 1657 | NOT USED | | | | | | |
| 1658 | RM-GAL-0013276 | RM-GAL-0013277 | 12/7/2001 | Sanford, Will | Rozsypal, Johnny; McClenan, Cecil M; Russek, Eric G; Johnston, Robert P | Email | Renda Claim - Flare Area Ref: Measured Mile |
| 1659 | RM-GAL-0013278 | RM-GAL-0013279 | 12/7/2001 | Rozsypal, Johnny | Sanford, Will; McClenan, Cecil M; Russek, Eric G; Johnston, Robert P; | Email | Renda Claim - Flare Area Ref: Measured Mile |
| 1660 | RM-COE-05539 | RM-COE-05539 | 12/10/2001 | Douglas, Lynn | Corps of Engineers-Galveston Dist. | Letter | Address Change for Renda Marine, Inc. - DACW64-01-C-0025, Sims Bayou - DACW64-99-C-0001, Upper Bayou |
| 1661 | RM-COE-15660 | RM-COE-15660 | 12/12/2001 | McClenan, Cecil M | Milbern Ray and Co. | Letter | Stating that the information about the project is correct as of 10/31/2001 with the furnishing exceptions; that Renda Marine, Inc. has submitted the listed claims that are currently being reviewed and analyzed. |
| 1662 | NOT USED | | | | | | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1663 | RM-GAL-0012948 | RM-GAL-0012948 | 12/12/2001 | Krueger, Dalton H | Brown, David R; Ching, Edmund Y; Garcia, Frank T; Janecka, Arthur J; McClenan, Cecil M; Meyer, Alton H; Rawls, Michael B; Rozsypal, Johnny; Russek, Eric G; Weiss, Lynwood G; Barrows, James M; Behrens, Robert L; Benero, Thomas M; Murphy, Carolyn E; Castelline, Charles M; Davidson, John; Reindl, Edward A; Medina, Richard; Meyers, Ronald F; Richardson, Randolph E; Heinly, Robert W; Robinson, Laura L; Ching, Edmund Y; Laird, Diana; Herrington, | Email | HGNC - Requested use of Lost Lake Disposal Area in Spring 2004 - informing that Krueger just received a letter from Ted Hollingsworth of the TX Parks and Wildlife Dept. |
| 1664 | RM-PHA-00605 | RM-PHA-00608 | 12/12/2001 | Jackson, J. B. | Kornegay, H. Thomas | Memo | Maintenance Dredging of Berthing Areas for the Turning Basin Terminal |
| 1665 | MOVED TO | | | | | | |
| 1666 | RM-COE-11496 | RM-COE-11497 | 12/14/2001 | Benero, Thomas; ; Renda Marine, Inc | | Contract Modification | Amendment of Solicitation / Modification of Contract Number P00030 |
| 1667 | RM-COE-02554 | RM-COE-02587 | 01/00/2002 | | | Chart | QA Surveys |
| 1668 | RM-COE-22713 | RM-COE-22715 | 1/3/2002 | Rozsypal, Johnny | Benero, Thomas | Email | Audit-O/H Rates-Renda Marine |
| 1669 | RM-COE-22576 | RM-COE-22576 | 1/4/2002 | McClenan, Cecil M | Benero, Thomas; Rozsypal, Johnny; Russek, Eric G; Keys III, Daniel | Email | Audit-O/H Rates-Renda Marine - 'Just spoke with Will Sanford. He said he would have his input for the audit to Mike Rawls NLT next Thursday, 10 Jan'; included email |
| 1670 | NOT USED | | | | | | |
| 1671 | RM-GAL-0019739 | RM-GAL-0019739 | 1/7/2002 | Sanford, Will | Rawls, Micheal B | Email | Email forwarding Technical Analysis of Renda's Claims |
| 1672 | RM-GAL-0019740 | RM-GAL-0019762 | 1/7/2002 | Unknown | Unknown | Reports | Technical Analysis of Renda's Claims |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1673 | RM-COE-11278 | RM-COE-11278 | 1/15/2002 | McClenan, Cecil M | Jefts, Alan R | Letter | 'The Payment Estimate Contract Performance Number 30 for work performed for the period 04/21/2001 through 06/21/2001 is being provided as requested.' |
| 1674 | NOT USED | | | | | | |
| 1675 | RM-GAL-0013154 | RM-GAL-0013154 | 1/23/2002 | Rozsypal, Johnny | Benero, Thomas; McClenan, Cecil M; Russek, Eric G | Email | DCAA Audit - Renda Marine |
| 1676 | RM-GAL-0013155 | RM-GAL-0013155 | 1/24/2002 | Keys III Daniel | Rozsypal Johnny; Benero Thomas M; McClenan Cecil M; Russek Eric G | Email | RE DCAA Audit-Renda Marine |
| 1677 | RM-GAL-0020687 | RM-GAL-0020688 | 1/24/2002 | Rozsypal Johnny | Herrington Edward V | Email | FW Freedom of Information Request from Renda Marine dated 01/22/2002 agreeing with Mike. |
| 1678 | RM-GAL-0020689 | RM-GAL-0020689 | 1/24/2002 | Rozsypal Johnny | Herrington Edward V; McClenan Cecil M; Benero Thomas M; Cole Jr Curtis | Email | RE Freedom of Information Request from Renda Marine dated 01/22/2002 - advising that the resides at Bay Area office would suggest the furnished info. |
| 1679 | RM-GAL-0022279 | RM-GAL-0022279 | 1/24/2002 | Brown, David R | Mears, WD; McClenan, Cecil M; | Email | Forwarding draft Lost Lake - Placement Area Management |
| 1680 | RM-GAL-0022282 | RM-GAL-0022287 | 1/24/2002 | Unknown | Unknown | Proposal | Draft Lost Lake - Placement Area Management Plan |
| 1681 | RM-COE-17498 | RM-COE-17498 | 1/25/2002 | Few, James T | Rozsypal, Johnny | Email | HG, Lost Lake - Advising that there is an abundance of information on hydraulic fill at different sites, needed to divide the neat line quantity of the final levee by 0.2 and 0.6 to determine a required quantity of medium to hard clay, and sand in the dredging cut. |
| 1682 | RM-GAL-0019765 | RM-GAL-0019765 | 1/31/2002 | Benero, Thomas | Rozsypal, Johnny | Email | Renda Claims Info from Strickler |
| 1683 | COE-P-438 | COE-P-438 | 2/4/2002 | Keys III Daniel | Rozsypal Johnny; Benero Thomas M; Rawls Michael B | Email | RE Audit-Renda Marine |
| 1684 | RM-COE-18424 | RM-COE-18453 | 2/4/2002 | Rawls, Michael B | CESWG-CT | Memo | Technical Analysis of Contractor Claims for Contract DACW64-99-C-0001 |
| 1685 | RM-COE-19222 | RM-COE-19222 | 2/4/2002 | Rozsypal, Johnny | CESWG-CT | Memo | Audit Request on Contractor Claims for Contract DACW64-99-C-0001 |
| 1686 | NOT USED | | | | | | |
| 1687 | RM-GAL-0019806 | RM-GAL-0019817 | 2/4/2002 | Marine, Renda | Unknown | Reports | Listing of Specifically Requested Information |
| 1688 | RM-JSG-00432 | RM-JSG-00438 | 2/6/2002 | Jefts, Alan R | Gorini, Richard F | Agreement/Contract | Subconsultant Agreement |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1689 | RM-COE-05256 | RM-COE-05265 | 2/8/2002 | Renda, Oscar | Hutchison, Kay Bailey | Letter | (1) Renda Marine, Inc. letter dated 05/24/2001 to Senator Kay Bailey Hutchison, (2) US Army Corps of Engineers dated 06/22/2001 to Congresswoman Kay Granger, (3) Renda Marine, Inc. letter dated 08/08/2001 to Senator Kay Bailey Hutchison, (4) Renda Marine, Inc. Letter dated 10/29/2001 to US Army Corps of Engineers |
| 1690 | RM-COE-21603 | RM-COE-21603 | 2/11/2002 | Schaefer, Evelyn | Rawls, Michael B | Email | RE: Renda Audit Request |
| 1691 | RM-COE-05270 | RM-COE-05272 | 2/15/2002 | Renda, Oscar | Granger, Kay | Letter | Letter Dated 2/8/02 detailing problems company is haveing with US Army Corps of Engineers |
| 1692 | SMITH-41055 | SMITH-41055 | 2/23/2002 | Smith, Barry L | | Video | Video Inspection of Lost Lake Levees |
| 1693 | RM-GAL-0009122 | RM-GAL-0009124 | 3/2/2002 | Few, James T | Syed, Ishaq; Campbell, David B; Kohler, Harry G | Email | |
| 1694 | NOT USED | | | | | | |
| 1695 | RM-GAL-0013021 | RM-GAL-0013023 | 3/8/2002 | McClenan, CM | Ernst, Michael | Letter | Responds to Roth's 3/2/02 letter |
| 1696 | RM-COE-18910 | RM-COE-18912 | 3/14/2002 | Renda, Oscar | Benero, Thomas | Letter | DCAA Audit and RMI Claims |
| 1697 | RM-COE-21605 | RM-COE-21606 | 3/15/2002 | Rawls, Michael B | Rozsypal, Johnny; McClenan, Cecil M; Russek, Eric G; Keys III, Daniel | Email | FW: Requested Renda Marine Estimated Hours, Etc.; included emails. |
| 1698 | RM-GAL-0019774 | RM-GAL-0019775 | 3/15/2002 | Rawls, Michael B | Rozsypal, Johnny; McClenan, Cecil M; Russek, Eric G; Keys, Daniel | Email | Requested Renda Marine Estimated Hours, Etc. |
| 1699 | RM-COE-18908 | RM-COE-18909 | 3/18/2002 | Erikson, Brian W | Keys III, Daniel | Letter | Dredging Upper Bayou Contract Number DACW64-99-C-0001 - Corps audit of RMI's records |
| 1700 | NOT USED | | | | | | |
| 1701 | NOT USED | | | | | | |
| 1702 | NOT USED | | | | | | |
| 1703 | RM-GAL-0013156 | RM-GAL-0013156 | 3/25/2002 | Keys, Daniel | Benero, Thomas; Rozsypal, Johnny; McClenan, Cecil M | Email | DCAA Audit - Renda Marine |
| 1704 | RM-GAL-0017112 | RM-GAL-0017116 | 3/25/2002 | Sutcliffe, Harrison T | Saenz, Luis F; Carelock, Donald W | Email | |
| 1705 | RM-GAL-0019819 | RM-GAL-0019819 | 3/25/2002 | Rozsypal, Johnny | Keys, Daniel; Benero, Thomas; McClenan, Cecil M | Email | DCAA Audit - Renda Marine |
| 1706 | RM-GAL-0015137 | RM-GAL-0015137 | 3/27/2002 | McClenan, Cecil | Meyer, Alton H | Email | |
| 1707 | RM-COE-22651 | RM-COE-22651 | 4/5/2002 | McClenan, Cecil | Rawls, Michael B | Email | FW: Heads Up - Potential Meeting Tomorrow |
| 1708 | RM-GAL-0015116 | RM-GAL-0015118 | 4/8/2002 | McClenan, Cecil | Redd, Lawrence L | Email | Lost Lake Placement Area - Site Visit |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1709 | RM-COE-17844 | RM-COE-17845 | 4/19/2002 | Russek, Eric G | McClenan, Cecil M; Weiss, Lynwood G; Meyer, Alton H | Email | FW: Audit of Renda Marine Claims |
| 1710 | NOT USED | | | | | | |
| 1711 | RM-GAL-0019821 | RM-GAL-0019822 | 4/19/2002 | Russek, Eric G | Benero, Thomas; Seiler, Gene | Email | Audit of Renda Marine Claims |
| 1712 | RM-GAL-0022289 | RM-GAL-0022289 | 4/22/2002 | Krueger, Dalton H | Brown, David R; Ching, Edmund Y; Garcia, Frank T; Janecka, Arthur J; McClenan, Cecil M; Meyer, Alton H; Rawls, Michael B; Rozsypal, Johnny; Russek, Eric G; Weiss, Lynwood G; Barrows, James M; Behrens, Robert L; Benero, Thomas; Castellino, Charles | Email | HGNC -- requesting opinion on three issues |
| 1713 | RM-COE-17779 | RM-COE-17780 | 4/24/2002 | Seiler, Gene | Rawls, Michael B | Email | Audit of Renda Marine, Inc. Claims - furnishing few questions pertaining to the claim for the differing site contition obstruction in sections 4 to 8, 2,126,083. |
| 1714 | RM-GAL-0019829 | RM-GAL-0019834 | 4/24/2002 | Seiler, Gene | Rawls, Michael B | Email | Audit of Renda Marine Claims |
| 1715 | RM-COE-16511 | RM-COE-16511 | 4/26/2002 | Keys III, Daniel | Rozsypal, Johnny; McClenan, Cecil M; Rawlsw, Michael B.; Russek, Eric G. | Email | RE: Auditors Questions - Renda Marine Claims |
| 1716 | NOT USED | | | | | | |
| 1717 | RM-COE-18339 | RM-COE-18339 | 4/26/2002 | Daneke, William F | Rozsypal, Johnny | Memo | Acknowledgement of Request for Audit of Equitable Adjustment Claims Submitted by Renda Marine, Inc. |
| 1718 | RM-COE-22666 | RM-COE-22669 | 4/26/2002 | Seiler, Gene | Rawls, Michael B | Fax Cover Sheet | Claim for Obstruction Number 1\Technical Analysis |
| 1719 | NOT USED | | | | | | |
| 1720 | RM-GAL-0019828 | RM-GAL-0019828 | 4/26/2002 | Rawls, Michael B | Sanford, Will; Mears, Wendell D | Email | Auditors Questions - Renda Marine Claims |
| 1721 | RM-COE-16383 | RM-COE-16383 | 4/30/2002 | Russek, Eric G | Rawls, Michael B | Email | DCAA Questions - Reviewing the listed responses |
| 1722 | RM-COE-16527 | RM-COE-16530 | 4/30/2002 | Rawls, Michael B | Seiler, Gene | Email | RE: Audit of Renda Marine, Inc. Claims |
| 1723 | NOT USED | | | | | | |
| 1724 | RM-COE-11251 | RM-COE-11268 | 5/2/2002 | Wylie, Charles T; Daneke, William | Rozsypal, Johnny | Memo | Request for Technical Specialist Assistance, Claims Submitted by Renda Marine, Inc. |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1725 | RM-COE-16382 | RM-COE-16382 | 5/2/2002 | Rawls, Michael B | Seiler, Gene | Email | Contract Questions - Renda Marine Claims |
| 1726 | RM-GAL-0028132 | RM-GAL-0028134 | 5/5/2002 | | | Spreadsheet | |
| 1727 | RM-GAL-0017417 | RM-GAL-0017417 | 5/13/2002 | Rawls Michael B | Rozsypal Johnny | Email | FW Call Auditor - call to Gene Seiler. |
| 1728 | RM-COE-16512 | RM-COE-16512 | 5/14/2002 | Rozsypal, Johnny | Rawls, Michael B | Email | Call Auditor |
| 1729 | RM-GAL-0017414 | RM-GAL-0017414 | 5/16/2002 | Mears, Wendell | Jefts, Alan; Gorini, | Email | Lost Lake Site Management Contract |
| 1730 | RM-COE-05269 | RM-COE-05269 | 5/17/2002 | Granger, Kay | Rausch, James P | Letter | Request for assistance in resolving issues with dredging of a portion of the Houston Ship Channel - Dredging Upper Bayou Project; enclosing additional info for review |
| 1731 | RM-GAL-0017996 | RM-GAL-0017996 | 5/20/2002 | McClenan, Cecil | Halla, Keith J | Email | Lost Lake Site Management Contract |
| 1732 | RM-COE-05255 | RM-COE-05255 | 5/22/2002 | Moreton, Jennifer | Corps of Engineers-Galveston Dist. | Letter | Informing that the enclosed communication has been forwarded to Senator Hutchison by a constituent who is concerned about a matter that falls within agency's jurisdiction |
| 1733 | RM-GAL-0003161 | RM-GAL-0003161 | 5/28/2002 | Brown, David R | Catanzaro, Andrea | Email | HGNC Dredge Quantities |
| 1734 | RM-COE-05268 | RM-COE-05268 | 6/10/2002 | Greenhouse, | CESWG-CT | Memo | Inquiry from Senator Congress Kay Granger |
| 1735 | RM-GAL-0017695 | RM-GAL-0017696 | 6/21/2002 | Keys III Daniel | Rozsypal Johnny | Email | |
| 1736 | RM-COE-22688 | RM-COE-22689 | 6/24/2002 | Survcon Inc | | Proposal | Survcon's Aerial Mapping Estimate for Lost Lake Proposal |
| 1737 | NOT USED | | | | | | |
| 1738 | RM-COE-16509 | RM-COE-16509 | 6/27/2002 | Krueger, Dalton H | Martin, Arthur J;<br>Brown, David R;<br>Ching, Edmund Y;<br>Garcia, Frank T;<br>Halla, Keith J;<br>Janecka, Arthur J;<br>McClenan, Cecil M;<br>Meyer, Alton H;<br>Rawls, Michael B;<br>Rozsypal, Johnny;<br>[illegible] | Email | HGNC - Litigation by Renda Marine, Inc. |
| 1739 | NOT USED | | | | | | |
| 1740 | RM-GAL-0013490 | RM-GAL-0013490 | 6/28/2002 | Russek, Eric G | McClenan, Cecil M | Email | Upper Bayou Litigation |
| 1741 | RM-GAL-0017688 | RM-GAL-0017689 | 6/28/2002 | Few, James T | Rozsypal, Johnny;<br>McManus, John L;<br>Russek, Eric G;<br>Meyer, Alton H;<br>McClenan, Cecil M | Email | Litigation by Renda Marine |
| 1742 | RM-COE-22690 | RM-COE-22691 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1743 | RM-GAL-0019864 | RM-GAL-0019865 | 7/3/2002 | Russek, Eric G | Rawls, Michael B;<br>McClenan, Cecil M;<br>Brown, David R | Email | Scope of Work for Renda Data Claim Data Collection |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1744 | RM-GAL-0022796 | RM-GAL-0022797 | 7/8/2002 | Dalton, Krueger H | Jefts, Alan; Gorini, Richard F; Walters, Ted; Brown, David R; Ching, Edmund Y; Frank, Garcia T; Halla, Keith J; Janecka Arthur J; McClenan, Cecil M; Meyer, Alton H; Rawls, Michael B; Rozsypal, Johnny; Russek, Eric G; Weiss, Lynwood G; Barrows, James M; Behrens, Robert L; Benero, Thomas; Castelline, Charles M; Catanzaro, Andrea; Davidson, John; Medina, Richard; Meyers, Ronald F; Murphy, Carolyn E; Randolph, Richardson; Robert, Heinly; Robinson, Laura L; Young, Nancy C; Diana, Laird; Edward, Herrington; Few, James T; Keys, | Email | Lost Lake cultural sites |
| 1745 | NOT USED | | | | | | |
| 1746 | RM-GAL-0019881 | RM-GAL-0019881 | 7/15/2002 | Russek, Eric G | McClenan, Cecil M; Meyer, Alton H | Email | Forwarding Upper Bayou Counter Claims |
| 1747 | RM-GAL-0019882 | RM-GAL-0019893 | 7/15/2002 | Unknown | Unknown | Spreadsheet | Upper Bayou Counter Claims |
| 1748 | RM-GAL-0019894 | RM-GAL-0019894 | 7/18/2002 | Russek, Eric G | McClenan, Cecil M; Rozsypal, Johnny; Rawls, Michael B; | Email | Forwarding latest for Counter Claims |
| 1749 | RM-GAL-0019895 | RM-GAL-0019910 | 7/18/2002 | Unknown | Unknown | Spreadsheet | Upper Bayou Counter Claims |
| 1750 | RM-GAL-0013076 | RM-GAL-0013080 | 7/21/2002 | Houston Galveston | Unknown | Minutes | Summary, Project Coordination Team Meeting No. 43 |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1751 | RM-GAL-0003673 | RM-GAL-0003767 | 7/24/2002 | Cole, Curtis | Unknown | Transcript | Pre-Bid Conference for Mid Bayou |
| 1752 | RM-GAL-0004053 | RM-GAL-0004064 | 7/24/2002 | Houston Galveston | Unknown | Proposal | Questions (from Pre-Bid Conference?) |
| 1753 | RM-GAL-0019961 | RM-GAL-0019961 | 7/24/2002 | Sevnmag@aol.co | Russek, Eric G | Email | Renda Counterclaim |
| 1754 | RM-GAL-0019992 | RM-GAL-0020023 | 7/24/2002 | Unknown | Unknown | Spreadsheet | Counter Claims |
| 1755 | RM-COE-05253 | RM-COE-05265 | 7/25/2002 | Hanus, Joseph P | Corps of Engineers-Galveston Dist. | Memo | Inquiry from Honorable Kay Bailey Hutchison |
| 1756 | RM-COE-05267 | RM-COE-05267 | 7/25/2002 | Hanus, Joseph P | Granger, Kay | Letter | Complaint in the US Court of Federal Claims entitied Renda Marine vs US Army Corps of Engineers pursuant to the Contract Disputes Act is handled by the US Department of Justice. |
| 1757 | RM-GAL-0020399 | RM-GAL-0020399 | 7/25/2002 | Russek, Eric G | McClenan, Cecil M | Email | Renda Counterclaim |
| 1758 | RM-GAL-0005208 | RM-GAL-0005208 | 7/26/2002 | Brown, David R | Brunt, Dewey H | Email | Staff Notes for 07/30/2002 |
| 1759 | RM-GAL-0002183 | RM-GAL-0002195 | 7/27/2002 | Unknown | Unknown | Proposal | Draft Statement of Work for Task Order No. 0002 Survey Tasks for C & C Technologies |
| 1760 | RM-COE-22729 | RM-COE-22743 | 7/29/2002 | Martin, Arthur J | Rozsypal, Johnny | Email | HGNC - Litigation by Renda Marine, transmitting Draft Scope of Work to be performed by C & C Technologies |
| 1761 | RM-COE-22748 | RM-COE-22760 | 7/29/2002 | | | Reports | Draft Statement of Work for Task Order No. 0002 Survey Tasks - IDC Contract No. DACW64-02 D-0004 For C and C Technologies Inc. - HGNP-Lost Lake Placement Area Harris County TX. |
| 1762 | RM-GAL-0002182 | RM-GAL-0002182 | 7/29/2002 | Brown, David R | Rawls, Michael B | Email | Lost Lake PA |
| 1763 | RM-GAL-0002807 | RM-GAL-0002808 | 7/29/2002 | Mears, Wendell | Brown, David R; | Email | Lost Lake PA Data Collection |
| 1764 | RM-GAL-0005200 | RM-GAL-0005204 | 7/29/2002 | Brunt, Dewey H | Kohler, Harry G; Campbell, David B | Email | Staff Notes for 07/30/2002 |
| 1765 | RM-GAL-0020024 | RM-GAL-0020024 | 8/20/2002 | Russek, Eric D | McClenan, Cecil M | Email | Forwarding latest version of Upper Bayou Counter Claims |
| 1766 | RM-GAL-0020025 | RM-GAL-0020056 | 8/20/2002 | Russek, Eric | McClenan, Cecil | Spreadsheet | Upper Bayou Counter Claims |
| 1767 | RM-GAL-0022924 | RM-GAL-0022924 | 8/29/2002 | Danny, Wyatt J | Kohler, Harry G; Kieslich, James M; Rozsypal, Johnny; McClenan, Cecil M; Garza, Elijio; Sutcliffe, Harrison T | Email | Outstanding Contractor Awards |
| 1768 | NOT USED | | | | | | |
| 1769 | RM-GAL-0013002 | RM-GAL-0013004 | 9/10/2002 | McClenan, Cecil | | Memo | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1770 | RM-GAL-0022925 | RM-GAL-0022926 | 9/10/2002 | Wyatt, Danny J | Kohler, Harry G; Kieslich, James M; Rozsypal, Johnny; McClenan, Cecil M; Garza, Elijio; Sutcliffe, Harrison T | Email | Outstanding Contractor Awards |
| 1771 | RM-GAL-0022457 | RM-GAL-0022457 | 9/12/2002 | Krueger, Dalton H | McClenan, Cecil M | Email | Data Collection, Lost Lake |
| 1772 | RM-GAL-0015057 | RM-GAL-0015058 | 9/17/2002 | McClenan, Cecil | Russek, Eric G | Email | Bore points |
| 1773 | RM-GAL-0020080 | RM-GAL-0020080 | 9/18/2002 | Russek, Eric G | McClenan, Cecil M; Rozsypal, Johnny; Rawls, Michael B; Brown, David R; Benero, Thomas; Moore, Thomas H; Villagran, Ruben R; Krueger, Dalton H; | Email | Renda Litigation Document Review |
| 1774 | RM-COE-16386 | RM-COE-16386 | 9/19/2002 | Russek, Eric G | Russek, Eric G | Email | FW: HGNC - Litigation by Renda Marine, Inc.4 |
| 1775 | NOT USED | | | | | | |
| 1776 | RM-GAL-0022464 | RM-GAL-0022465 | 9/30/2002 | Few, James T | Russek, Eric G | Email | Lost Lake Borings |
| 1777 | RM-GAL-0022801 | RM-GAL-0022802 | 9/30/2002 | Few, James T | Leigh, Kahlaadams A | Email | Lost Lake Borings |
| 1778 | RM-GAL-0022469 | RM-GAL-0022471 | 10/2/2002 | Few, James T | Kahla Adams, Leigh A; Brown, David R | Email | Lost Lake Borings |
| 1779 | RM-GAL-0022806 | RM-GAL-0022808 | 10/2/2002 | Few, James T | Brown, David R | Email | Lost Lake Borings |
| 1780 | NOT USED | | | | | | |
| 1781 | RM-GAL-0020093 | RM-GAL-0020094 | 10/10/2002 | Saenz, Denise A | Krueger, Dalton H | Email | Renda document review |
| 1782 | RM-GAL-0022818 | RM-GAL-0022818 | 10/20/2002 | Martin, Arthur J | fxl@cctechnol.com; Prather, Gene | Email | Lost Lake Borings (Renda Litigation) |
| 1783 | RM-GAL-0022819 | RM-GAL-0022824 | 10/20/2002 | Unknown | Unknown | Proposal | Draft Statement of Work, Mod 001 to Task Order 02, C & C Technologies, Lost Lake Placement Area |
| 1784 | RM-COE-18137 | RM-COE-18139 | 10/21/2002 | Keys III, Daniel | Russek, Eric G; Strickler, George J | Email | FW: HGNC - Lost Lake Disposal Area Meeting |
| 1785 | RM-GAL-0015049 | RM-GAL-0015051 | 11/1/2002 | McClenan, Cecil M | Rawls, Michael B; Rozsypal, Johnny | Email | Reminder/Map; Mid Bayou - Goat Island Stakeholder's Meeting |
| 1786 | RM-GAL-0017427 | RM-GAL-0017427 | 11/1/2002 | Tomlinson, | Rozsypal, Johnny | Email | Phone No. of DCAA Auditor |
| 1787 | RM-GAL-0020096 | RM-GAL-0020098 | 11/5/2002 | Unknown | Unknown | Reports | Counter Claims, Upper Bayou |
| 1788 | RM-GAL-0020099 | RM-GAL-0020130 | 11/5/2002 | Unknown | Unknown | Spreadsheet | Counter Claims |
| 1789 | RM-GAL-0020133 | RM-GAL-0020137 | 11/6/2002 | Benero, Thomas | Renda, Oscar | Letter | Contracting Officer Counterclaim letter |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1790 | RM-GAL-0025677 | RM-GAL-0025681 | 11/6/2002 | Benero, Thomas | Renda, Oscar | Letter | Draft of Contracting Officer's Decision with notes from various personnel |
| 1791 | RM-GAL-0020131 | RM-GAL-0020131 | 11/7/2002 | Rozsypal, Johnny | Russek, Eric G; McClenan, Cecil M; Rawls, Marvin L; Benero, Thomas | Email | Renda Counterclaim Letter |
| 1792 | RM-GAL-0025676 | RM-GAL-0025676 | 11/9/2002 | Few, James T | Russek, Eric G | Email | Renda Contracting Officer's Decision |
| 1793 | ORen11-00001 | ORen11-00008 | 11/26/2002 | | | Letter | Contracting Officer's Counterclaim |
| 1794 | RM-GAL-0022310 | RM-GAL-0022310 | 12/2/2002 | Ching, Edmund Y | McManus, John L | Email | Lost Lake Mechanical Levees |
| 1795 | RM-GAL-0020139 | RM-GAL-0020140 | 12/6/2002 | Russek, Eric G | Gstrickler@cpmiteam.com | Email | Renda discovery response notes |
| 1796 | RM-GAL-0022331 | RM-GAL-0022336 | 12/8/2002 | Hansen, Jamie | McClenan, Mike; Ching, Eddie; | Memo | Dredging Mid Bayou, Lost Lake Field Concern |
| 1797 | RM-GAL-0015033 | RM-GAL-0015034 | 12/9/2002 | Hrabovsky, Leon F; Mears, Wendell | Unknown | Memo | Site Visit and Recommendations for the west levee, Lost Lake, Mid Bayou Dredging |
| 1798 | RM-GAL-0015031 | RM-GAL-0015031 | 12/10/2002 | McClenan, Cecil M | McManus, John L | Email | Dredging Mid Bayou, Lost Lake Levees, West End Borrow Material - Consultation with Joint Venture |
| 1799 | RM-GAL-0025675 | RM-GAL-0025675 | 12/10/2002 | Few, James T | McClenan, Cecil M; Rozsypal, Johnny; Krueger, Dalton H; Russek, Eric G | Email | Lost Lake |
| 1800 | RM-GAL-0020242 | RM-GAL-0020242 | 12/11/2002 | Krueger, Dalton H | McClenan, Cecil M; Russek, Eric G | Email | Lost Lake work and boring logs |
| 1801 | RM-DCAA-0900001 | RM-DCAA-0900528 | 12/12/2002 | DCAA | | DCAA Papers | DCAA Audit Report No. 3511-2003M17200005 --- JOINT EXHIBIT 17 |
| 1802 | RM-DCAA-1000001 | RM-DCAA-1001557 | 12/12/2002 | DCAA | | DCAA Papers | DCAA Audit Report No. 3511-2003M17200006 --- JOINT EXHIBIT 16 |
| 1803 | RM-DCAA-1100001 | RM-DCAA-1100435 | 12/12/2002 | DCAA | | DCAA Papers | DCAA Audit Report No. 3511-2003M17200007 --- JOINT EXHIBIT 18 |
| 1804 | RM-DCAA-1200001 | RM-DCAA-1200769 | 12/12/2002 | DCAA | | DCAA Papers | DCAA Audit Report No. 3511-2003M17200008 --- JOINT EXHIBIT 21 |
| 1805 | RM-DCAA-1300001 | RM-DCAA-1300312 | 12/12/2002 | DCAA | | DCAA Papers | DCAA Audit Report No. 3511-2003M17200009 --- JOINT EXHIBIT 20 |
| 1806 | RM-DCAA-1400001 | RM-DCAA-1400174 | 12/12/2002 | DCAA | | DCAA Papers | DCAA Audit Report No. 3511-2003M17200010 --- JOINT EXHIBIT 22 |
| 1807 | RM-DCAA-1500001 | RM-DCAA-1500334 | 12/12/2002 | DCAA | | DCAA Papers | DCAA Audit Report No. 3511-2003M17200011 --- JOINT EXHIBIT 19 |
| 1808 | RM-DCAA-1600001 | RM-DCAA-1600227 | 12/12/2002 | DCAA | | DCAA Papers | DCAA Audit Report No. 3511-2003M17200012 --- JOINT EXHIBIT 23 |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1809 | RM-GAL-0022322 | RM-GAL-0022322 | 12/15/2002 | Ching, Edmund Y | McManus, John L | Email | Transmitting rough numbers for Lost Lake |
| 1810 | RM-GAL-0022323 | RM-GAL-0022323 | 12/15/2002 | Unknown | Unknown | Spreadsheet | Rough numbers for Lost Lake |
| 1811 | RM-GAL-0018214 | RM-GAL-0018214 | 12/16/2002 | Hansen, Jamie L | Ching, Edmund Y; McClenan, Cecil M; McManus, John L | Email | Field Concerns related to Lost Lake West Levee |
| 1812 | RM-GAL-0020249 | RM-GAL-0020250 | 12/30/2002 | Strickler, George | McClenan, Cecil M | Email | HSC data request |
| 1813 | RM-GAL-0020252 | RM-GAL-0020252 | 12/30/2002 | Strickler, George | McClenan, Cecil M | Email | Renda Marine |
| 1814 | RM-CCT-0000 | RM-CCT-0383 | 01/00/2003 | C & C Technologies | Corps of Engineers-Galveston Dist. | Survey | 2002 Survey Results for Lost Lake Placement Area -- Report, Interior Cross Section Baseline, Mounds, Spill Box A & B, Bores, & Topo Features |
| 1815 | RM-CCT-0383AA | RM-CCT-0838 | 01/00/2003 | C & C Technologies | Corps of Engineers-Galveston Dist. | Survey | 2002 Survey Results for Lost Lake Placement Area -- Perimeter Levee Cross Section Baseline (Baseline B) Data & Photographs |
| 1816 | RM-CCT-0838AA | RM-CCT-0972 | 01/00/2003 | C & C Technologies | Corps of Engineers-Galveston Dist. | Survey | 2002 Survey Results for Lost Lake Placement Area -- Perimeter Levee Cross Section Baseline (Baseline B) Drawings |
| 1817 | RM-CCT-0972AA | RM-CCT-01067 | 01/00/2003 | C & C Technologies | Corps of Engineers-Galveston Dist. | Survey | 2002 Survey Results for Lost Lake Placement Area -- Control |
| 1818 | RM-GAL-0025673 | RM-GAL-0025673 | 1/8/2003 | Redd, Lawrence L | Russek, Eric G | Email | Transmitting Lost Lake surveys of record |
| 1819 | RM-GAL-0025674 | RM-GAL-0025674 | 1/8/2003 | Redd, Lawrence | Unknown | Reports | List showing Lost Lake surveys of record |
| 1820 | RM-GAL-0020243 | RM-GAL-0020245 | 1/10/2003 | Russek, Eric | McClenan, Cecil M; Krueger, Dalton H | Email | Lost Lake Surveys of record |
| 1821 | RM-GAL-0028524 | RM-GAL-0028524 | 1/15/2003 | Redd, Lawrence L | Ching, Edmund Y | Email | Survey needs |
| 1822 | RM-GAL-0022379 | RM-GAL-0022379 | 1/28/2003 | Hansen, Jamie L | Ching, Edmund Y | Email | Lost Lake West Levees - fault from sta 180+00 to 192+00 |
| 1823 | SMITH-41054 | SMITH-41054 | 1/31/2003 | Smith, Barry L | | Video | Video Inspection of Lost Lake Levees |
| 1824 | RM-GAL-0017158 | RM-GAL-0017159 | 2/3/2003 | Russek Eric G | Petty Alex | Email | RE Renda e-mails - 'Mike McClenan has nearly completed copying all of his emails (he has the Iron's share) Mike Rawls is copying Johnny Rozsypal's emails and Luis Saenz has only handful that he is copying. Tom Benero deleted his emails many months before all of this litigation started and according to the IMO folks there are no tape backups from that far back. Judging from the stack that Mike has it appears that there will be many redundant emails including any from Tom Benero. We should be providing these for FedExing by Thursday 02/06.' |
| 1825 | RM-GAL-0025666 | RM-GAL-0025666 | 2/19/2003 | Strickler, George J | Russek, Eric G | Email | |
| 1826 | Aerial Photo | Aerial Photo | 2/21/2003 | TVGA | | Photograph | |
| 1827 | SMITH-41058 | SMITH-41058 | 4/11/2003 | Smith, Barry L | | Video | Video Inspection of Lost Lake Levees |
| 1828 | NOT USED | | | | | | |
| 1829 | RM-GAL-0020405 | RM-GAL-0020406 | 5/11/2003 | Few, James T; Tim | Russek, Eric G; McClenan, Cecil M | Email | HSC, Lost Lake, Site Visit |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1830 | RM-GAL-0023640 | RM-GAL-0023640 | 5/13/2003 | Mears, Wendell D | Hathcox, Ada; Eller, David; Brown, David R; Brown, Karl B; Jorda, Scott J | Email | Annual Crawfish Boil - original message from Wendell Mears. |
| 1831 | RM-GAL-0025643 | RM-GAL-0025643 | 5/16/2003 | Few, James T | Krueger, Dalton H; Russek, Eric G; McClenan, Cecil M; Rozsypal, Johnny | Email | Lost Lake Testing |
| 1832 | NOT USED | | | | | | |
| 1833 | RM-GAL-0017166 | RM-GAL-0017167 | 5/28/2003 | Petty Alex | Saenz Luis F | Email | RE Restoration and review of your e-mail |
| 1834 | RM-GAL-0022256 | RM-GAL-0022256 | 6/28/2003 | Meyer, Alton H | McClenan, Cecil M; Edward, Herrington V; Bartee, Clark | Email | Yogi (Charles Barron) |
| 1835 | RM-GAL-0023129 | RM-GAL-0023130 | 6/30/2003 | Hasen, Mike | Few, James T | Email | Boring Logs Plotted on Channel Cross Sections |
| 1836 | RM-GAL-0026773 | RM-GAL-0026779 | 7/7/2003 | | | Pleading | |
| 1837 | NOT USED | | | | | | |
| 1838 | RM-GAL-0026378 | RM-GAL-0026379 | 7/12/2003 | Few, James T | Otis, John J; Richardson, Lizette; Garcia, Frank T; | Email | |
| 1839 | RM-GAL-0026048 | RM-GAL-0026048 | 7/16/2003 | Carelock, Donald | Strickler, George J | Email | |
| 1840 | RM-GAL-0026045 | RM-GAL-0026047 | 7/21/2003 | Carelock, Donald | Strickler, George J | Email | |
| 1841 | RM-GAL-0023247 | RM-GAL-0023247 | 7/25/2003 | Few, James T | Moussa, Mohammed | Email | Friday Field Trip |
| 1842 | RM-GAL-0023087 | RM-GAL-0023087 | 7/30/2003 | Kinney, Randal | Moussa, Mohamed M | Email | Kinney Tapes |
| 1843 | RM-GAL-0025624 | RM-GAL-0025626 | 8/11/2003 | Few, James T | Russek, Eric G | Email | Rock Dike Goat Island and Alexander Island |
| 1844 | RM-GAL-0025855 | RM-GAL-0025857 | 8/15/2003 | Russek, Eric G | Frank, Garcia T | Email | Rock Dike, Goat Island and Alexander Island |
| 1845 | RM-GAL-0026352 | RM-GAL-0026353 | 8/18/2003 | Unknown | Unknown | Survey | Dredge Volume Calculations, HSC Upper Bayou and Lower Bay |
| 1846 | RM-GAL-0023055 | RM-GAL-0023055 | 8/27/2003 | Fowler, Jack | Russek, Eric G | Email | Volume Calculation of Different Types of Materials |
| 1847 | RM-GAL-0023056 | RM-GAL-0023056 | 8/27/2003 | Fowler, Jack | Hasen, Mike; Few, James T | Email | Visit to HVJ |
| 1848 | RM-GAL-0023207 | RM-GAL-0023208 | 8/28/2003 | Few, James T | jfowler@geotec.biz; Russek, Eric G | Email | Volume Calculation of Different Types of Materials |
| 1849 | RM-GAL-0023028 | RM-GAL-0023029 | 9/3/2003 | Hasen, Mike | jfowler@geotec.biz | Email | Volume Calculation of Different Types of Materials |
| 1850 | RM-GAL-0028460 | RM-GAL-0028460 | 9/11/2003 | Kieslich, James M | Benero, Thomas M; Moore, Thomas H; Petty, Alex; Cole Jr, Curtis | Email | |
| 1851 | RM-GAL-0023151 | RM-GAL-0023153 | 9/18/2003 | Few, James T | Russek, Eric G | Email | |
| 1852 | NOT USED | | | | | | |

**Case 02-306C**
**Renda Marine v. United States**

*Renda Marine's Exhibit List*

| Ex. No. | Begdoc# | Enddoc# | Docdate | Author | Recip | Doctype | Doctitle |
|---|---|---|---|---|---|---|---|
| 1853 | RM-GAL-0025803 | RM-GAL-0025803 | 9/24/2003 | Russek, Eric G | Weiss, Lynwood G | Email | |
| 1854 | RM-GAL-0014301 | RM-GAL-0014302 | | | | | Exhibit Withdrawn by Plaintiff for Duplicity |
| 1855 | RM-GAL-0028936 | RM-GAL-0028937 | 9/25/2003 | Russek, Eric G | Rozsypal, Johnny; Krueger, Dalton H | Email | Alan Jefts Letter |
| 1856 | Mau Ex 9-01 | Mau Ex 9-01 | 10/00/2003 | | | Chart | U.S. Army Corps of Engineers Organization and Position Charts |
| 1857 | EM1110-2-1902 | EM1110-2-1902.0205 | 10/31/2003 | U. S. Army Corps of Engineers | | COE Manual | Slope Stability |
| 1858 | RM-GAL-0001712 | RM-GAL-0001712 | 1/1/2004 | Unknown | Unknown | Calendar | ? - ask BWE about date -- Mtg with Dick Gorini |
| 1859 | NOT USED | | | | | | |
| 1860 | Few18.00001 | Few18.00114 | 1/5/2004 | | | Specifications | Lower Bay Specifications (titled Upper Bayou in error) |
| 1861 | Mat01-000001 | Mat01-000003 | 1/26/2004 | Mathewson, Christopher C | | Reports | Expert report of Christopher C. Mathewson, PhD, PE |
| 1862 | Goo01-000001 | Goo01-000002 | 1/27/2004 | Goodloe, Ben | | Reports | Expert Report of Benton Goodloe |
| 1863 | MCC00-000001 | MCC16-000001 | 3/3/2004 | | | Reports | McCullough & Associates Evaluation of Claims, Expert Report of Robert B. McCullough, PE, CCE, CDT, with Tabs 1 through 16 |
| 1864 | RBM 0004 | RBM 0004 | 3/3/2004 | McCullough, Robert | | Reports | Documents utilized by Robert B. McCullough in preparing expert report |
| 1865 | Ray 01 | Ray 01 | 3/11/2004 | Ray, Kent | Renda Marine | Reports | Materials prepared by Kent Ray including four binders, one CD-ROM, and spreadsheets which summarize the costs and equipment rental incurred by Renda for the Project |
| 1866 | CCM 00001 | CCM 00001 | 3/12/2004 | Mathewson, Christopher C | | Photograph | |
| 1867 | REM46782 | REM46782 | 3/12/2004 | Renda Marine | | Video | Video Inspection of Lost Lake Levees |
| 1868 | FOIA-COE-000516 | FOIA-COE-000642 | 7/12/2004 | GeoTest Engineering | Corps of Engineers-Galveston Dist. | Reports | Soil borings of the areas of supposed misplaced materials hydraulically placed for the Lost Lake levees |
| 1869 | MAT02-000001 | MAT02-000007 | 11/17/2004 | Mathewson, Christopher C | | Reports | Revised expert report of Christopher C. Mathewson, PhD, PE |
| 1870 | MCCREV-000001 | MCCREV-000290 | 11/17/2004 | McCullough, Robert | | Reports | McCullough & Associates, Evaluation of Claims, Revised Expert Report of Robert B. McCullough, PE, CCE, CDT, with Tabs A through U |
| 1871 | MCCBDR1 000001 | MCCBDR4 000232 | 11/17/2004 | McCullough, Robert | | Reports | Binders 1 through 4 of materials and work papers used to support 11/17/2004 expert report |
| 1872 | | | 1/5/2004 | | | | Oral Deposition of Johnny Rozsypal |
| 1873 | | | 1/9/2004 | | | | Oral Deposition of Luis Saenz |