IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-306C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION RE: JOINT EXHIBITS**

Plaintiff, Renda Marine, Inc., and Defendant, the United States, agree and stipulate as follows:

1. The list of exhibits appended to this Stipulation identifies exhibits that Plaintiff and Defendant jointly seek to have admitted into evidence at the trial of the above-captioned action and those jointly-offered exhibits may be received in evidence at the trial.

2. The cost of preparing and reproducing exhibits identified on the list of exhibits appended to this Stipulation shall be shared by Plaintiff and Defendant as follows:

(a) Plaintiff and Defendant shall each pay (i) one-half of the cost of bates labeling joint trial exhibit numbers on the exhibits, including the exhibit number and page number on each page of the joint exhibits, (ii) one-half of the cost of all tabbing (numbers and custom tabs) used in preparing the joint trial exhibits, (iii) one- half of the binders used to assemble the joint trial exhibits, (iv) one-half the cost of the copies and assembling four sets of joint exhibits for the courtroom (i.e., the sets of joint exhibits for the judge, law clerk, witness, and court reporter).

(b) Plaintiff and Defendant shall each pay for the cost of copying two additional complete sets of the joint trial exhibits (one for each party to use in the courtroom and one for each party to use prior to trial).

(c) The agreed upon costs, which are to be split equally, are as follows:
  (i) All joint trial exhibits will be electronically bates stamped at a charge of one cent ($.01) per page;
  (ii) All copies of the joint trial exhibits will be electronically blown-back at a charge of five cents ($.05) per page.
  (iii) Plaintiff will purchase all binders to be used for joint trial exhibits at $3.80 per binder;
  (iv) Custom tabs prepared by the vendor performing the work on the joint trial exhibits will be twenty-five cents ($.25) per tab; and,
  (v) Number tabs provided by the vendor performing the work on the joint trial exhibits will be twenty cents ($.20) per tab.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(Fax) (202) 514-8624

Attorneys for Defendant

Dated: 2/1/05

BRIAN W. ERIKSON, ESQ.
Quilling, Selander, Cummiskey
& Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Tele: (214) 871-2100
(Fax) (214) 871-2111

Attorney for Plaintiff

Dated: 1/27/05

Renda Marine v. United States

## Agreed Joint Exhibits

*STIPULATION LIST ONLY*

| Joint Ex. | Pltf. Ex. No. | Def. Ex. No. | Begdoc# | Enddoc# | Doctype |
|---|---|---|---|---|---|
| JX01 | 390 | DX0001 | RM-COE-03751 | RM-COE-03886 | Solicitation, Offer and Award - DACW64-99-C-0001 Contract $12,526,100 |
| JX02 | 375 | DX0002 | RM-COE-03900 | RM-COE-04036 | Specifications for Dredging Upper Bayou - June 1998 |
| JX03 | 407 | DX0003 | RM-COE-22774 | RM-COE-22786 | Amendment of Solicitation #0001 |
| JX04 | 422 | DX0004 | RM-COE-04082 | RM-COE-04089 | Bid Abstract Summary |
| JX05 | 147 | DX0005 | | | Upper Bayou Project Drawings Nos. C-1 through C-18, F-1 through F-9, and S-1 through S-7 |
| JX06 | Single pages of 528.001 - 528.030 | DX0006 | | | Modification Nos. P00001 - P00030 |
| JX07 | 528.031 | DX0006 | RM-COE-11712 | RM-COE-11713 | VQ011 Time for Variation in Quantities |
| JX08 | 15.003-15.076; 22.001-22.033 | DX0007 | | | Payment Estimate - Contract Performance Estimate Nos. 01 through 30 |
| JX09 | 13.012-13.610 | DX0008 | | | Dredging Reports |
| JX10 | 11.001-11.724 | DX0009 | | | Contractor Quality Control Reports |
| JX11 | 21.001-21.208 | DX0010 | | | Quality Assurance Reports |
| JX12 | 14.001-14.442 | DX0011 | | | Operations Reports |
| JX13 | 12.001-12.463 | DX0012 | | | Daily Reports |
| JX14 | 1180; 1020; 1012 | DX0013 | | | Daily Production Reports |
| JX15 | 353; 898; 779; 718; 778; 1372; 1371; 1218; 1263; 957; 959; 1399 | DX0014 | | | Before Dredging and After Dredging Surveys - Sections #1 through #9 |
| JX16 | 1802 | DX0035 | RM-DCAA-1000001 | RM-DCAA-1000313 | DCAA Audit #3511-2003M17200006 South Ferry Landing |
| JX17 | 1801 | DX0036 | RM-DCAA-0900001 | RM-DCAA-0900528 | DCAA Audit #3511-2003M17200005 Flare Area Stations |
| JX18 | 1803 | DX0037 | RM-DCAA-1100001 | RM-DCAA-1100435 | DCAA Audit #3511-2003M17200007 HL&P Transmission Tower |
| JX19 | 1807 | DX0038 | RM-DCAA-1500001 | RM-DCAA-1500334 | DCAA Audit #3511-2003M17200011 Section 7 Clay |
| JX20 | 1805 | DX0039 | RM-DCAA-1300001 | RM-DCAA-1300312 | DCAA Audit #3511-2003M17200009 Obstruction in Section 9 |
| JX21 | 1804 | DX0040 | RM-DCAA-1200001 | RM-DCAA-1200769 | DCAA Audit #3511-2003M17200008 Obstruction in Sections 4 to 8 |
| JX22 | 1806 | DX0041 | RM-DCAA-1400001 | RM-DCAA-1400178 | DCAA Audit #3511-2003M17200010 West Levee Realignment |

## Agreed Joint Exhibits
*STIPULATION LIST ONLY*

| Joint Ex. | Pltf. Ex. No. | Def. Ex. No. | Begdoc# | Enddoc# | Doctype |
|---|---|---|---|---|---|
| JX23 | 1808 | DX0042 | RM-DCAA-1600001 | RM-DCAA-1600227 | DCAA Audit #3511-2003M17200012 Lost Lake Levees |
| JX24 | 429 | DX0331 | RM-COE-23202 | RM-COE-23212 | Mistake in Bid - Forwards Original estimate and bid worksheets |
| JX25 | 430 | DX0332 | RM-COE-23228 | RM-COE-23232 | Mistake in Bid - Affidavit from Fisher and Bowman |
| JX26 | 436 | DX0336 | RM-COE-02794 | RM-COE-02797 | TCB/GBA- Pre-Award Review |
| JX27 | 441 | DX0337 | RM-COE-23214 | RM-COE-23222 | Mistake in Bid - Fisher prepared bid estimate worksheets |
| JX28 | 445 | DX0339 | REM12296 | REM12297 | Spreadsheet of "Stiff Clay Percentages" per each dredge section |
| JX29 | 462 | DX0346 | RM-COE-23234 | RM-COE-23240 | Exhibit R to Mistake in Bid - Affidavit from Bowman |
| JX30 | 522 | DX0364 | RM-COE-14020 | RM-COE-14024 | Schedule for Dredging |
| JX31 | 524 | DX0365A | RM-COE-12470 | RM-COE-12471 | Application for Department of the Army Permit |
| JX32 | 525 | DX0365 | RM-COE-12472 | RM-COE-12472 | Permit application for replacement tower and dolphin structure installation |
| JX33 | 533 | DX0366 | RM-COE-00291 | RM-COE-00292 | Trip report to Lost Lake |
| JX34 | 512 | DX0367 | RM-COE-14016 | RM-COE-14019 | December 18, 1998 Production Schedule |
| JX35 | 564 | DX0372 | RM-COE-12473 | RM-COE-12486 | HL&P Permit |
| JX36 | 603; 604 | DX0381 | RM-COE-13973 | RM-COE-13979 | Response to COE July 1, 1999 letter |
| JX37 | 605 | DX0382 | RM-COE-13983 | RM-COE-13983 | Upper Bayou Remainder of Work Schedule as of 7/7/99 |
| JX38 | 608 | DX0383 | RM-COE-13981 | RM-COE-13982 | Stiff Clay Percentages.xls |
| JX39 | 629 | DX0390 | RM-COE-13994 | RM-COE-13995 | Preparatory meeting for hydraulic levees |
| JX40 | 672 | DX0399 | RM-COE-13931 | RM-COE-13931 | Renda Marine Dredge Schedule |
| JX41 | 659 | DX0405B | RM-COE-13929 | RM-COE-13930 | Re: Joint Ventures "Construction Progress" Letter |
| JX42 | 674 | DX0409 | RM-COE-13884 | RM-COE-13884 | Job Visit Upper Bayou |
| JX43 | 689 | DX0415 | RM-COE-03661 | RM-COE-03662 | Response to December 1, 1999 COE Letter |
| JX44 | 712 | DX0423A | REM12210 | REM12211 | Response to Interim Unsatisfactory Rating |
| JX45 | 758 | DX0425 | RM-COE-03648 | RM-COE-03650 | CURE NOTICE |
| JX46 | 761 | DX0426 | RM-COE-04920 | RM-COE-04930 | Supplemental Quality Assurance |
| JX47 | 767 | DX0427 | RM-COE-03651 | RM-COE-03651 | Meeting request to discuss Show Cause Notice |
| JX48 | 790 | DX0435 | REM12170 | REM12172 | RFP to Weeks to include section 5 & 6 with 3/23 proposal |
| JX49 | 848 | DX0449 | RM-COE-03608 | RM-COE-03609 | COE response to Renda letter dated March 30, 2000 |
| JX50 | 852 | DX0452 | RM-COE-10841 | RM-COE-10842 | Notice of Differing Site Conditions and Request for Time Extension |
| JX51 | 856 | DX0453 | RM-COE-14381 | RM-COE-14391 | Response to COE letter from Benero dtd 4/25/00 |
| JX52 | 876 | DX0463 | RM-COE-01615 | RM-COE-01633 | Geotechnical Investigation |

## Agreed Joint Exhibits

*STIPULATION LIST ONLY*

| Joint Ex. | Pltf. Ex. No. | Def. Ex. No. | Begdoc# | Enddoc# | Doctype |
|---|---|---|---|---|---|
| JX53 | 873 | DX0464 | RM-COE-14377 | RM-COE-14378 | Notice of dsc @ north side stations 530 to 540, man-made slope protection |
| JX54 | 879 | DX0467 | REM12016 | REM12016 | Operations Assistance |
| JX55 | 902 | DX0471 | RM-COE-21973 | RM-COE-21975 | Email - Dredging Acceptance |
| JX56 | 910 | DX0473 | RM-COE-16336 | RM-COE-16337 | Email - Survey Data June |
| JX57 | 928 | DX0480 | RM-COE-14038 | RM-COE-14038 | Fisher Resignation |
| JX58 | 938 | DX0483 | RM-COE-01259 | RM-COE-01259 | Email - Lost Lake - RE: HVJ report and levee realignment |
| JX59 | 939 | DX0484 | RM-COE-14247 | RM-COE-14249 | Changed conditions to contract including dsc at flare |
| JX60 | 968 | DX0489 | RM-COE-05457 | RM-COE-05458 | 1) Realignment of Levee in West Lost Lake Placement Area 2) Notification of Changed Condition(s) |
| JX61 | 978 | DX0492 | RM-COE-05415 | RM-COE-05416 | 1) Status of Differing Site Condition - Rubble at South Ferry Landing<br>2) Project Schedule Requirements |
| JX62 | 1025 | DX0504 | RM-COE-11415 | RM-COE-11416 | 1) Differing Site Condition - Rubble Discovered between Station No. 530+00 and 554+00<br>2) Request for Proposal No. CO-5 (Corps of Engineer's Letter Dated October 6, 2000)<br>3) Preliminary Letter Response to RFP No. CO-5 from Renda Marine, Inc. to COE dated October 13, 2000 |
| JX63 | 1034 | DX0508 | RM-COE-14187 | RM-COE-14187 | 1) Differing Site Condition - Unknown Obstruction Located Approximately at Station No. 575+00, Centerline Area of Channel<br>2) Differing Site Condition - Unknown Obstruction Located Approximately at Station No. 580+00, North Side of Channel |
| JX64 | 1063 | DX0513 | RM-COE-01452 | RM-COE-01454 | Government Mod P00018 - Notice to Proceed for Removal and Disposal of Obstruction at |
| JX65 | 1065 | DX0514 | RM-COE-14171 | RM-COE-14173 | Changed Conditions - Interference with Contract Work by Other Contractor (Reliant Energy HL&P)<br>1) Notification Letter from Renda Marine to Government dated October 18, 2000<br>2) Government denial of Changed Condition to RMI dtd October 30, 2000 |
| JX66 | 1066 | DX0516 | REM11835 | REM11836 | Time Charter Agreement - Investigation and Removal of Rubble on North Slope of between 530 to 554 |

Renda Marine v. United States

## Agreed Joint Exhibits

*STIPULATION LIST ONLY*

| Joint Ex. | Pltf. Ex. No. | Def. Ex. No. | Begdoc# | Enddoc# | Doctype |
|---|---|---|---|---|---|
| JX67 | 1078 | DX0520 | RM-COE-14143 | RM-COE-14143 | Government Modification No. CO5 P00019 (Revised from P00018) |
| JX68 | 1099 | DX0523 | REM11769 | REM11769 | Executed Time Charter Agreement |
| JX69 | 1104 | DX0525 | RM-COE-05009 | RM-COE-05013 | Response to "Show Cause Notice" dated November 6, 2000 |
| JX70 | 1106 | DX0526 | RM-COE-14131 | RM-COE-14131 | Government Modification No. CO 5 P00019 (Revised from P00018) |
| JX71 | 1107 | DX0527 | RM-COE-14122 | RM-COE-14122 | Encountered obstruction at 573+26, with handwritten note that it is included in P00019 |
| JX72 | 1143 | DX0531 | RM-COE-11143 | RM-COE-11144 | Project Status and Updates |
| JX73 | 1159 | DX0533 | RM-COE-14100 | RM-COE-14101 | Notice of two new obstructions, 634+90 to 635 south side and 637+57 south side, severely damaged cutter head assembly, and was forced to shut down. |
| JX74 | 1289 | DX0549 | RM-COE-15637 | RM-COE-15637 | 1) South Ferry Landing Claim<br>2) Clay Material Encountered in Dredge Section No. 7 Dispute |
| JX75 | 1302 | DX0551 | RM-COE-11166 | RM-COE-11166 | Notification of Unanticipated Dredging Delay |
| JX76 | 1307 | DX0552 | RM-COE-11154 | RM-COE-11156 | Notification of Request for Relocation of Submerged Dredge Discharge Line |
| JX77 | 1331 | DX0558 | REM34331 | REM34333 | Transmits P00023 |
| JX78 | 1365 | DX0562 | RM-COE-15522 | RM-COE-15553 | Analysis and Response to 26 Item list faxed to Renda Marine Inc. on March 16, 2001 - Request for Equitable Adjustment - Dredging Flare Area |
| JX79 | 1391 | DX0566 | RM-COE-04832 | RM-COE-04837 | 1) Differing Site Conditions - Damages and Delays Related to Obstructions in Channel<br>2) Transmittal of Request for Equitable Adjustment of the Contract Price |
| JX80 | 1435 | DX0577 | RM-COE-16339 | RM-COE-16342 | Email - Upper Bayou - Eddie Fisher File |
| JX81 | 1468 | DX0588 | RM-COE-11366 | RM-COE-11369 | Modification CO-08 - Suspension of Dredging |
| JX82 | 1490 | DX0594 | RM-COE-04766 | RM-COE-04767 | 1) Suspension of Dredging Work - Mod CO-09 (Revised from CO-08)<br>2) Notification of Potential Claim associated with Equipment Standby |

Renda Marine v. United States

**Agreed Joint Exhibits**
*STIPULATION LIST ONLY*

| Joint Ex. | Pltf. Ex. No. | Def. Ex. No. | Begdoc# | Enddoc# | Doctype |
|---|---|---|---|---|---|
| JX83 | 1500 | DX0597 | RM-COE-15708 | RM-COE-15711 | 1) Request Reduction of Retainage<br>2) Request Payment of Remaining Mobilization / Demobilization<br>3) Project Pay Application 30A, Dated May 20, 2001 |
| JX84 | 1514 | DX0602 | RM-COE-04717 | RM-COE-04719 | 1) Differing Site Conditions - Damages and Delays Related to Obstructions in Channel (Sections 4 thru 8)<br>2) Transmittal of Revisions No. 1 to Request for Equitable Adjustment of the Contract Price Previously Submitted on April 16, 2001 |
| JX85 | 1554 | DX0612 | RM-COE-05373 | RM-COE-05373 | South Ferry Landing Claim; Certified Claim No. 206771 |
| JX86 | 1563 | DX0615 | RM-COE-05339 | RM-COE-05340 | Resubmission of Request for Equitable Adjustment for Damages and Delays Related to Obstructions in Channel (Sections 4 through 8) As a Certified Claim |
| JX87 | 1564 | DX0616 | RM-COE-05342 | RM-COE-05343 | Resubmission of Request for Equitable Adjustment for Damages and Delays Related to Obstructions in Channel (Sections 9) As a Certified Claim |
| JX88 | 1565 | DX0617 | RM-COE-05345 | RM-COE-05346 | Resubmission of Request for Equitable Adjustment for Levee Realignment between Stations 166+00 to 215+00 (Modification CO-10, P00027) As a Certified Claim |
| JX89 | 1566 | DX0618 | RM-COE-05348 | RM-COE-05349 | Resubmission of Flare Area Request for Equitable Adjustment As a Certified Claim |
| JX90 | 1587 | DX0624 | RM-COE-05274 | RM-COE-05275 | 1) Certified Claim for Damages and Delays Related to Obstructions in Channel (Sections 4 through 8) as a Certified Claim<br>2) Certified Claim for Damages and Delays Related to Obstructions in Channel (Sections 9) |
| JX91 | 1605 | DX0626 | RM-COE-05517 | RM-COE-05518 | Hydraulic Levees - Transmittal of Certified Claim - Request for Equitable Adjustment of the Contract Price for Construction of Hydraulic Levees at Lost Lake due to Differing Site Conditions |
| JX92 | 1616 | DX0629 | RM-COE-03492 | RM-COE-03493 | Response to Renda Marine's claim dated August 10,2001 for Differing Site Conditions in Flare Area |

Renda Marine v. United States

## Agreed Joint Exhibits

*STIPULATION LIST ONLY*

| Joint Ex. | Pltf. Ex. No. | Def. Ex. No. | Begdoc# | Enddoc# | Doctype |
|---|---|---|---|---|---|
| JX93 | 1630 | DX0636 | RM-COE-05524 | RM-COE-05525 | Differing Site Conditions in the Flare Area - Certified Claim No. "Unknown" - 1) Response to your letter dated November 6, 2001 |