# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: February 11, 2005)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it the parties' document styled as "Stipulation Re: Joint Exhibits" filed on February 10, 2005. The court notes that paragraphs 2(a)-(b) of the Stipulation appear to contemplate the production of six (6) sets of such exhibits. The court advises the parties that the court believes that four (4)--rather than six (6)--sets will suffice, it being understood the judge and the law clerk will share one set and that the set used with witnesses will become the court reporter/record set. In any event, it is unnecessary to provide more than one set to the judge and her clerk.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge