# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: February 14, 2005)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

1. The pretrial conference in the above-captioned matter will begin at 9:00 a.m., Wednesday, February 16, 2005 at the National Courts Building in Washington, 717 Madison Place, N.W., Washington, DC 20004. See Pretrial Scheduling Order dated Nov. 4, 2004.

2. To assist the parties with their final preparations for the pretrial conference, a draft copy of the Pretrial Conference Agenda is attached to this order. The list of issues and precedents identified in the Agenda is not intended to be exhaustive; the parties are invited to raise other issues during the pretrial conference.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge