UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | § | |
| PLAINTIFF, | § | |
| | § | CASE NO. 02-306C |
| V. | § | |
| | § | (JUDGE HEWITT) |
| THE UNITED STATES | § | |
| DEFENDANT. | § | |

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE TRIAL SUBPOENA AT LOCATION MORE THAN 100 MILES FROM THE SITE OF TRIAL**

Pursuant to RCFC 45(b)(2),[1] plaintiff, Renda Marine, Inc., respectfully requests leave of this Court to serve a trial subpoena at a location more than 100 miles from the site of the trial in this case. In its November 4, 2004, Order, the Court scheduled the trial in this action to begin on February 28, 2005, in Houston, Texas. One of the persons listed in "Plaintiff's Trial Witness List" dated January 12, 2005, whom Renda Marine expects to call to testify at the trial is Mr. Eddie Fisher. Mr. Fisher resides in Austin, Texas, which is more than 100 miles from Houston, Texas.

Mr. Fisher was employed by Renda Marine, and was intimately involved with the Project and has knowledge about several issues including, but not limited to: Renda Marine's bidding on the Upper Bayou Project (the "Project"), the performance of work on the Project, the Project design, the levee failures, costs incurred by Renda on the Project, Renda's claims on the Project, and communications with the Government concerning the Project.

For the reasons stated above, Renda Marine's motion to serve Eddie Fisher with a trial subpoena at a location more than 100 miles from the site of trial, *i.e.*, in or about Austin, Texas, should be granted.

[1] Rule 45(b)(2) provides, in pertinent part, that, "a subpoena may be served at any place that is within 100 miles of the place of the . . . trial . . . but the court upon proper application and good cause shown may authorize the service of a subpoena at any other place."

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: s/Brian W. Erikson
Brian W. Erikson, TX Bar No. 06643800
Clark B. Will, P.C. TX Bar No. 21502500

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEYS FOR RENDA MARINE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the14th day of February, 2005, a true and correct copy of Plaintiff's Motion for Leave to Serve Trial Subpoena at Location More than 100 Miles from the Site of Trial, was served electronically through the CM/ECF system for the Court of Federal Claims.

s/Brian W. Erikson
Brian W. Erikson