# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: February 15, 2005)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is Plaintiff's Motion for Leave to Serve Trial Subpoena at Location More Than 100 Miles From the Site of Trial, filed electronically February 14, 2005. For the reasons stated therein, the court GRANTS plaintiff's motion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge