# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: February 22, 2005)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court reminds the parties that the pretrial conference in the above-captioned matter, which began on February 16, 2005, is scheduled to be completed telephonically February 23, 2005, beginning at 8:00 a.m. Eastern Standard Time. During the February 23 conference, the court will address the following:

1. The remainder of defendant's objections to plaintiff's exhibit list, beginning with plaintiff's exhibit (PX) 1863, Tab 10. See Def.'s Objections to Pl.'s Exh. List at 8, ¶ 10.

2. Plaintiff's objections to defendant's exhibits (DX) 312B, 312C, 312D, 351, and 1045, which were deferred during the February 16 conference. See Pl.'s Objections to Def.'s Exh. List at 2–3, 5.

3. Items 4–6 on the Pretrial Conference Agenda.

4. Any other issues raised by the parties.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge