# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: February 24, 2005)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Paragraph two of the court's post pretrial conference order, filed electronically on February 23, 2005, states that, "[w]ith the exception of certain objections based on the cumulative nature or relevance of testimony, all of the parties' objections to one another's exhibits were addressed and ruled upon during the pretrial conference." Order dated Feb. 23, 2005 at 1, ¶ 2. The court notes, however, that the plaintiff's objections to defendant's exhibits 312B, 312C, 312D, 351, and 1045 were not ruled upon during the February 16, 2005 pretrial conference, and were not addressed during the second part of this conference, which occurred telephonically on February 23, 2005. The court will consider and rule upon plaintiff's objections to these exhibits if an when defendant introduces them at trial.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge