UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>PLAINTIFF,<br><br>V.<br><br>UNITED STATES ARMY<br>CORPS OF ENGINEERS,<br>DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br>CASE NO. 02-306C<br><br>(JUDGE HEWITT) |

**MOTION FOR LEAVE TO FILE LISTING OF WORK PAPERS SUPPORTING PLAINTIFF'S EXHIBIT 1863A**

TO THE HONORABLE JUDGE HEWITT, UNITED STATES COURT OF FEDERAL CLAIMS:

Renda Marine, Inc. ("Plaintiff") seeks leave of Court, pursuant to RCFC 26(a)(2), to file a listing of work papers supporting Plaintiff's Exhibit 1863A and would respectfully show unto the Court as follows:

As directed by the Court on March 10, 2005, Plaintiff attaches a listing of work papers in support of Plaintiff's Exhibit 1863A. The full version of the work papers was transmitted to Defendant in Portable Document Format on a CD-Rom by overnight mail on March 16, 2005, and by email transmission on March 17, 2005. The full version of the work papers consists of 538 pages, including the Summary of Claims (page 1), the attached outline describing the work papers (pages 2-3), and the work papers broken down by claim (pages 4-538).

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: /S/ BRIAN W. ERIKSON
Brian W. Erikson, TX Bar No. 06643800
Clark B. Will, P.C. TX Bar No. 21502500

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)
ATTORNEYS FOR RENDA MARINE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of March, 2005, a true and correct copy of Plaintiff's Motion for Leave to File Listing of Work Papers Supporting Plaintiff's Exhibit 1863A was served electronically through the CM/ECF system for the Court of Federal Claims.

/s Brian W. Erikson
Brian W. Erikson

# Outline
# Claim Calculations and Supporting Documentation
# Produced: March 10, 2005


1) **Claim 5 - Flare Area**
   a) ..Summary ....4
   b) Equipment Detail, Measured Mile Period, March 2004 ....5
   c) Equipment Detail, Impacted Period, With Revised Equipment Deductions ....10
2) **Claim 6 - South Ferry Landing**
   a) Summary ....13
   b) Equipment Detail, Measured Mile Period, March 2004 ....14
   c) Equipment Detail, Impacted Period, With Revised Equipment Deductions ....19
3) **Claim 7 - HL&P**
   a) Summary ....23
   b) Equipment Detail, Impacted Period, March 2004 ....24
   c) Equipment Detail, Impacted Period, With Revised Equipment Deductions ....29
4) **Claim 8 - Obstruction in Sections 4 to 8**
   a) Summary ....34
   b) Equipment Detail, Impacted Period, March 2004 ....35
5) **Claim 9 - Obstruction in Section 9**
   a) Summary ....40
   b) Equipment Detail, Impacted Period, March 2004 ....41
   c) Equipment Detail, Impacted Period, With Revised Equipment Deductions ....47
6) **Claim 11 - Section 7 Clay**
   a) Summary ....51
   b) Equipment Detail, Measured Mile Period, March 2004 ....52
   c) Equipment Detail, Impacted Period, With Revised Equipment Deductions ....58
7) **Claim 12 Lost Lake Levees**
   a) Summary ....63
   b) Summary of Damages, Equipment Rate Decreases, With All Deductive Corrections, Excludes Corporate Overhead Correction ....64
   c) Claim 12a1 – Hydraulic Levees – Labor and Equipment Damage Calculations ....65
   d) Claim 12a1 – Equipment Calculations ....66
   e) Claim 12a2 – Hydraulic Levees – Labor and Equipment Damage Calculations ....67
   f) Claim 12a2 – Equipment Calculations ....68
   g) Claim 12c and 12d – Dredge Claims Related to Levee Operations ....69
   h) Claim 12c and Claim 12d – Equipment Calculations ....70
   i) Claims 12f1 and 12f2 – Dredge Claims Awaiting USACE Release ....72
   j) Dredge Standby Rate Calculations ....73
   k) Claim 12b – Mechanical Levees – East, North, and West Levees ....74
   l) Claim 12e – Booster Equipment and Labor Calculations ....75

**8) Mechanical Levee Equipment Deductions....76**
**9) Mechanical Levee Labor Deductions....82**
**10) Mechanical Levee Equipment and Labor Deductions – Profit Error and Bond Error Calculations....83**
**11) Repair Invoice Duplication – Profit Error and Bond Error Calculations....84**
**12) Formula Explanations**
  a) For Chapter 3 Methodology....85
  b) For Chapter 4 Methodology....87
**13) Equipment Rate Sheets**
  a) 1999-2 (1999, July through December)
    i) List of Owned Equipment....89
    ii) Rented Equipment....92
  b) 2000-1 (2000, January through June)
    i) List of Owned Equipment....94
    ii) Rented Equipment....97
  c) 2000-2 (2000, July through December)
    i) List of Owned Equipment....99
    ii) Rented Equipment....102
  d) 2001-1 (2001, January through June)
    i) List of Owned Equipment....104
    ii) Rented Equipment....107
  e) 2001-2 (2001, July through December)
    i) List of Owned Equipment....109
    ii) Rented Equipment....112
**14) Equipment "Long Form" Worksheets**
  a) 1999-2 (1999, July through December)....114
  b) 2000-1 (2000, January through June)....185
  c) 2000-2 (2000, July through December)....266
  d) 2001-1 (2001, January through June)....357
  e) 2001-2 (2001, July through December)....448