# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: March 24, 2005)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Motion for Leave to File Listing of Work Papers Supporting Plaintiff's Exhibit 1863A, filed electronically on March 17, 2005. For the reasons stated therein, the court GRANTS plaintiff's motion.

IT IS SO ORDERED.

/s Emily C. Hewitt
EMILY C. HEWITT
Judge