# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: April 12, 2005)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it Plaintiff's Motion for Trial Amendment (plaintiff's motion), filed electronically on April 6, 2005.

1. There shall be no briefing on plaintiff's motion.

2. There shall be no adjustments to the post-trial briefing schedule with respect to plaintiff's motion or otherwise.

3. The parties shall present oral arguments of up to fifteen (15) minutes each addressing plaintiff's motion. A telephonic oral argument shall be held on the record at 4:00 p.m. Eastern Daylight Time on Wednesday April 13, 2005.

   A Sprint operator will contact plaintiff at (214) 880-1844, and defendant at (202) 307-0282.

4. The parties are requested to focus their arguments on the propriety of plaintiff's motion and, in particular, whether a jurisdictional basis exists for the amendment. Relevant citations for the record shall be included in oral argument.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge