# In the United States Court of Federal Claims

**NOTICE**

**RENADA MARINE, INC.,**

**No. 02-306**

**V.**

**THE UNITED STATES**

**CLERK'S OFFICE**
**Washington, D.C.,** April 13, 2005

To Attorney of Record, Assistant Attorney General and Judge : Honorable Emily C. Hewitt

Please take notice that in the above cause there has been filed this day, on behalf of the parties,

Transcript of proceedings (9 volumes - Pgs, 2805-3057, 3058-3385, 3386-3685, 3686-3973, 3974-4258, 4259-4570, 4571-4877, 4878-5106, 5107-5363) taken at Houston, TX, from March 28- April - 7, 2005.

Brian Bishop

Brian Bishop Clerk