# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: April 19, 2005)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Motion for Clarification of Portions of the Transcript, filed electronically on April 19, 2005. For the reasons stated therein, the parties' motion is GRANTED. The trial transcript shall be corrected to reflect accurately the exhibits admitted at trial as follows:

1. On pages 968:7, 982:7, 982:10, 982:12, 982:17, 982:20 and 982:23 of the trial transcript (Volume 4, March 3, 2005), all references to Plaintiff's Exhibit (PX) 1450 shall be replaced with references to PX 1415.

2. On page 4881:18 of the trial transcript (Volume 18, April 6, 2005), all references to Joint Exhibit (JX) 15.015.0006 shall be replaced with references to JX 15.125.0006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge