# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: April 21, 2005)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court reminds the parties that the court's Case Management/Electronic Case Filing (CM/ECF) system was upgraded on April 18, 2005. Information about the upgrade is available at http://www.uscfc.uscourts.gov/CMECF_Section/index.html.

As a result of this upgrade, many of the filings initiated by plaintiff now appear formatted using a "landscape" (horizontal) orientation. See, e.g., Joint Motion for Clarification (filed electronically April 19, 2005); Plaintiff's Motion to Amend Pleadings (filed electronically April 6, 2005). To ensure that the parties' post-trial briefs and other filings are received by the court in the format intended by the parties, the court recommends the following:

1. Where a document is created using WordPerfect, Microsoft Word, or a similar word processing software, the party should not convert that document to .pdf format using a scanner or other external hardware. Instead, the party should convert the document to .pdf format using the "Publish to PDF" (WordPerfect), "Print to PDF" (Microsoft Word), or analogous function internal to the word processing software used to generate the document. This process will minimize the size of the electronic file and should ensue that the court receives a properly formatted copy of the document.

2. Before uploading any .pdf file to the CM/ECF system, the party should examine the electronic file to ensure that it appears in the format intended by the party.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge