# In the United States Court of Federal Claims

**NOTICE**

**RENDA MARINE.,**

**No. 02-306**

**V.**

**THE UNITED STATES**

**CLERK'S OFFICE**
**Washington, D.C.,** April 26, 2005

To Attorney of Record, Assistant Attorney General and Judge : Honorable Emily C. Hewitt

Please take notice that in the above cause there has been filed this day, on behalf of the parties,

Exhibits (37 volumes) - Plaintiff's: 1, 1.001, 1.002, 2, 2.001, 2.002, 3.001-3.005, 4.001, 4.002, 5, 6.001-003,7.001-003, 8, 16.002, 004, 007, 011, 098, 099, 100, 120, 133, 141, 144, 178, 180, 181, 188, 218, 228, 231, 233, 240, 241, 253, 254, 278, 287, 307, 319, 347, 351, 354, 357, 359, 362, 364, 371, 373, 374, 375, 379, 385, 386, 388, 389, 390, 392, 393, 410, 411, 420, 446, 531, 561, 562, 563, 569, 571, 575, 576, 577, 582, 583, 585, 588, 604, 622, 18.004, 005, 016, 032, 043, 048, 053, 054, 068, 074, 077, 078, 083, 086, 092, 095, 097, 099, 103, 108, 109, 212, 122, 146, 180, 202, 205, 210, 211, 212, 218, 20.025, PX-50, 75, 87, 105, 156, 158, 175, 177, 185, 195, 216, 225, 244, 252, 255, pp 2-4, 7, 262, 265, 266, 266.004-005, 267, 267.006, 271, 273, 291, 294 page 1, 299, 301, 316, 317, 322, 342, 354, 355, 356, 357, 358, 362, 371, 396, 402, 403, 428, 428.003, 0019, 0021, 435, 449, 454, 548, 572, 594, 649, 675, 687, 687, 691, 699, 708, 717, 722, 773, 783, 798, 802, 817, 823, 826, 838, 840, 846, 853, 857, 866, 867, 875, 892, 915, 920, 926, 937, 949, 951, 954, 969, 975, 979, 991, 994, 997, 999, 1005, 1006, 1018, 1021, 1023, 1026, 1027, 1056, 1058, 1062, 1064, 1067, 1070, 1079, 1083, 1084, 1085, 1110, 1115, 1122, 1158, 1175, 1176, 1178, 1179, 1182, 1187, 1192, 1194, 1205, 1210, 1221, 1228, 1260, 1261, 1267, 1275, 1283, 1285, 1303, 1314, 1315, 1317, 1319, 1323, 1326, 1327, 1330, 1334, 1342, 1346, 1352, 1354, 1361, 1362, 1384, 1385, 1390, 1394, 1398, 1402, 1404, 1405, 1409, 1413, 1415,

1419, 1420, 1424, 1429, 1432, 1443, 1450, 1459, 1460, 1463, 1467, 1474, 1481, 1499, 1504, 1511, 1518, 1525, 1526, 1539, 1545, 1547, 1551, 1555, 1573, 1576, 1583, 1614, 1615, 1617, 1619, 1687, 1692-A, 1692, 1718, 1720, 1724, 1725, 1728, 1729, 1751, 1763, 1778, 1793, 1794, 1796, 1797, 1800, 1823-A, 1823, 1826, 1827-A, 1827, 1861, 1863-A.01-08, 1863, 1864, 1867-A, 1867, 1868, 1869, 1874.01-16, 1875.01-02, 1876

DEFENDANT'S EX: 5, 19, 20, 21, 22, 23, 27, 29, 30, 31-34, 43, 304-309, 312C, 319, 327, 334, 349, 356, 357, 369, 371, 373, 403, 420, 429, 436, 437, 447, 451, 454, 456, 458, 460, 477, 493, 499, 519, 542-A, 542, 568, 578, 1018, 1020, 1021, 1045, 1066, 1067-A, 1067, 1068, 1069.1-3, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082-A,B

JOINT EX: 1, 2, 2.01115, 3, 4, 5-A, 5, 5.001-027, 106, 14, 6.001,002, 004, 006, 008, 109, 023, 026, 027, 028, 8.001, 8.022.0001-0007, 022.008-0010, 023.001-0008, 023.009-0011, 024.0001-0012, 8.029. 030, 9, 10.001, 11, 11.001, 11.001.0001-11.211.0002, 11.012, 017, 12, 13, 14, 15.001, 15.003.0010, 15.004, 15.011.0002, 15.011.003, 15.0002, 15.015.0003, 15.025.0006, 15.16, 15.227.0005-227.0011, 16, 17-23, 24.0006, 0007, 0010, 0011, 24.004, 008, 009, 28, 28.0002, 31, 32, 33, 36, 38, 39, 41, 43, 45, 46, 47, 48, 49, 51, 52, 53, 59, 60. 61, 62, 63, 65, 69, 71, 72, 73, 74, 76, 77, 78, 79, 81, 83, 84, 86, 88, 89, 90, 92, 94A thru 103A, 104, 105, 106

Brian Bishop

Brian Bishop Clerk