# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: April 27, 2005)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court is reviewing for accuracy the Cumulative Index of Exhibits (exhibit index), filed electronically on April 26, 2005. Each party shall also review for accuracy the exhibit index and shall notify the court not later than Monday, May 2, 2005 at 4:00 p.m. Eastern Daylight Time of any possible inaccuracies, with citations to the trial transcript where appropriate.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge