# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: April 28, 2005)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

Further to the Order issued April 27, 2005, instructing the parties to review for accuracy the Notice summarizing the Cumulative Index of Exhibits, filed on April 26, 2005, the court advises the parties that this document should list only the exhibits that were admitted into evidence during the trial of this matter.

The parties shall notify the court not later than Monday, May 2, 2005 at 4:00 p.m. Eastern Daylight Time of any possible inaccuracies in the index of admitted exhibits, with citations to the trial transcript where appropriate.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge