UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | § | |
| PLAINTIFF, | § | |
| | § | CASE NO. 02-306C |
| V. | § | |
| | § | (JUDGE HEWITT) |
| THE UNITED STATES | § | |
| DEFENDANT. | § | |

# PLAINTIFF'S MOTION FOR CLARIFICATION OF CUMULATIVE INDEX OF EXHIBITS FILED APRIL 26, 2005

COMES NOW, Plaintiff, Renda Marine, Inc., pursuant to the Court's Orders of April 27, 2005 and April 28, 2005, and submits its proposed corrections to the Cumulative Index of Exhibits filed April 26, 2005. Renda proposes the following corrections:

| *Exhibit Listed on Cumulative Index Filed on 4/26/2005* | *Exhibit Admitted but Not Listed on Index - Needs to be Added to List* | *Comments by Plaintiff* | *Transcript References* |
|---|---|---|---|
| | | *Plaintiff's Exhibits* | |
| 7.001-003 | | Reference to 7.001 and 7.003 only on 3/3/05; Ex. 7.002 not admitted during trial, as typed appears to include 7.002<br>(reference should be corrected) | Vol. 4, pp. 1059-1062 |
| 16.347 | 16.437 | Error in typed transcript on 3/4/05; testimony refers to 16.437<br>(delete 16.347 and add 16.437) | Vol. 5, pp. 1387-1389 |
| 16.390 | | Referred to 3/4/05, not admitted<br>(delete from index) | Vol. 5, p. 1371 |
| | 18.121 | Exhibit admitted into evidence 3/4/05<br>(add to index) | Vol. 5, pp. 1427-1429 |
| 105 | | Referred to 3/8/05, rejected for admittance<br>(delete from index) | Vol. 7, pp. 1938-1939 |
| | 255, p. 1 | Exhibit admitted into evidence 4/5/05<br>(add to index) | Vol. 17, p. 4740 |

| ***Exhibit Listed on Cumulative Index Filed on 4/26/2005*** | ***Exhibit Admitted but Not Listed on Index - Needs to be Added to List*** | ***Comments by Plaintiff*** | ***Transcript References*** |
|---|---|---|---|
| 1062 | | Exhibit admitted into evidence 3/3/05<br>Stricken 3/3/05 – same as PX1064<br>(delete from index) | Vol. 4, p. 1085<br>Vol. 4, pp. 1087-1088 |
| 1067 | | Referred to 3/31/05, not admitted<br>(delete from index) | Vol. 14, p. 3864 |
| 1079 | | Referred to 3/1/05, not admitted<br>(delete from index) | Vol. 2, p. 658 |
| 1192 | | Exhibit admitted into evidence 3/3/05<br>Stricken 3/3/05 – included within PX007.001<br>(delete from index) | Vol. 4, pp. 1053<br>Vol. 4, p. 1059 |
| 1518 | | Exhibit admitted into evidence 3/3/05<br>Stricken 3/3/05 – same as PX05<br>(delete from index) | Vol. 4, p. 1019<br>Vol. 4, p. 1027 |
| 1545 | 1545, pp. 2-3 | Exhibit admitted into evidence 3/2/05 as to pages 2 and 3 only; page breakdown should be added<br>(add page breakdown to index) | Vol. 3, pp. 872-873 |
| 1793 | | Referred to 2/28/05, withdrawn by counsel<br>Referred to 3/29/05, rejected for admittance<br>(delete from index) | Vol. 1, p. 298<br>Vol. 12, p. 3354 |
| 1861 | | Referred to 3/8/05, not admitted<br>(delete from index) | Vol. 7, pp. 1955-1956 |
| 1863 | 1863, pp. 1-25, 72-95, 102-118 | Referred to 3/10/05 and 3/28/05 during McCullough testimony; exhibit tabs subject to use as pedagogical devices as set in pretrial order.<br><br>Court indicated clarification regarding pages to be handled before end of trial – plaintiff's counsel cannot locate clarification in trial transcript but exhibit notes reflect page breakdown shown in previous column.<br>(add page breakdown to index) | Vol. 9, pp. 2470-2477<br><br><br>Vol. 11, pp. 3054-3055 |
| 1869 | | Referred to 3/8/05, not admitted<br>(delete from index) | Vol. 7, pp. 1855-1856 |
| | | ***Defendant's Exhibits*** | |
| 5 | | DX-5 became a Joint Exhibit; no DX-5 presented<br>(delete from index) | |

| *Exhibit Listed on Cumulative Index Filed on 4/26/2005* | *Exhibit Admitted but Not Listed on Index - Needs to be Added to List* | *Comments by Plaintiff* | *Transcript References* |
|---|---|---|---|
| | 015 | Admitted into evidence 4/4/05<br>(add to index) | Vol. 16, p. 4470 |
| 21 | | Deposition excerpts renumbered by Court/parties<br>(delete from index) | Vol. 12, pp. 3071 |
| 22 | | Deposition excerpts renumbered by Court/parties<br>(delete from index) | Vol. 12, pp. 3071 |
| 23 | | Deposition excerpts renumbered by Court/parties<br>(delete from index) | Vol. 12, pp. 3071 |
| 27 | | Deposition excerpts renumbered by Court/parties<br>(delete from index) | Vol. 12, pp. 3071 |
| 29 | | Deposition excerpts renumbered by Court/parties<br>(delete from index) | Vol. 12, pp. 3071 |
| 30 | | Deposition excerpts renumbered by Court/parties<br>(delete from index) | Vol. 12, pp. 3071 |
| 31-34 | | Deposition excerpts renumbered by Court/parties<br>(delete from index) | Vol. 12, pp. 3071 |
| 312C | pp. 19-21, 155, 640-642, 816 | Only certain pages admitted 3/4/05 – not entire exhibit<br>(add page breakdown to index) | Vol. 5, pp. 1456-1467 |
| | 315 | Admitted into evidence 3/9/05<br>(add to index) | Vol. 8, p. 2176 |
| 357 | pp. 1-4, 8 | Only certain pages admitted 3/30/05 – not entire exhibit<br>(add page breakdown to index) | Vol. 13, pp. 3562-3565 |
| 357 | p. 9 | Only certain pages admitted 3/9/05 – not entire exhibit<br>(add page breakdown to index) | Vol. 8, p. 2158 |
| 420 | | Used by counsel 3/31/05 during Hrabovsky direct; not admitted into evidence<br>(delete from index) | Vol. 14, p. 3772 |
| 578 | | Used by counsel 3/31/05 during Hrabovsky direct; not admitted into evidence<br>(delete from index) | Vol. 14, p. 3797 |
| 1018 | | Used by counsel 3/31/05 during Hrabovsky direct; not admitted into evidence<br>(delete from index) | Vol. 14, p. 3774 |

| ***Exhibit Listed on Cumulative Index Filed on 4/26/2005*** | ***Exhibit Admitted but Not Listed on Index - Needs to be Added to List*** | ***Comments by Plaintiff*** | ***Transcript References*** |
|---|---|---|---|
| | | ***Joint Exhibits*** | |
| 2.01115 | | Entire JX-02 admitted 2/28/05<br>JX-02.115 referred to on 3/1/05<br>(delete from index) | Vol. 1, p. 95<br>Vol. 2, p. 640 |
| 106 | | Transcript index refers to JX05.106<br>(JX05 only contains 27 pages)<br>Testimony believed to point to JX05.016;<br>Specific referral to and admittance of JX05.016<br>(delete from index) | Vol. 2, p. 349<br><br>Vol. 2, pp. 547-548<br>Vol. 2, p. 496 |
| 14 | | Counsel referred witness to JX05.014; transcript identified exhibit as JX05.14<br>Specific referral to and admittance of JX05.014<br>(delete from index) | Vol. 2, p. 550<br>Vol. 2, p. 417 |
| 109 | 6.019 | Previously clarified by Court order on 4/19/05 to mean JX06.019<br>(delete erroneous reference and correct per order) | |
| 15.025.0006 | 15.125.0006 | Previously clarified by Court order on 4/19/05 to mean JX15.125.0006<br>(delete erroneous reference and correct per order) | |
| 8.022.0001-0007 | | Referred to 3/4/05; pages rejected, not admitted<br>(delete from index) | Vol. 5, pp. 1564-1565 |
| 023.001-0008 | | Referred to 3/4/05; pages rejected, not admitted<br>(delete from index) | Vol. 5, pp. 1565-1569 |
| 11 | | Referred to 3/1/05, not admitted separately<br>(delete from index) | Vol. 2, p. 607 |
| 11.017 | | Referred to 3/1/05, not admitted separately<br>(delete from index) | Vol. 2, p. 608 |
| 11.001 | | Referred to 3/29/05, not admitted separately<br>(delete from index) | Vol. 12, p. 3122 |
| 11.012 | | Referred to 3/29/05, not admitted separately<br>(delete from index) | Vol. 12, p. 3132 |
| 15.001 | | Referred to 3/1/05, not admitted separately<br>(delete from index) | Vol. 2, p. 637 |
| 15.003.0010 | | Referred to 3/1/05, not admitted separately<br>(delete from index) | Vol. 2, p. 641 |

| *Exhibit Listed on Cumulative Index Filed on 4/26/2005* | *Exhibit Admitted but Not Listed on Index - Needs to be Added to List* | *Comments by Plaintiff* | *Transcript References* |
|---|---|---|---|
| 15.004 | | Referred to 3/1/05, not admitted separately (delete from index) | Vol. 2, p. 644 |
| 15.0002 | | Cannot find reference to this exhibit during search of transcripts | |
| 24.0006, 0007 0010, 0011 24,004, 008, 009 | 24 | Entire JX24 admitted 3/1/05<br>Other pages listed on index were referred to on 3/1/05<br>(delete breakdown from index; add JX24 to index) | Vol. 2, p. 556<br>Vol. 2, pp. 557-576 |
| 84 | | Referred to 3/2/05, not admitted (rejected because same as part of PX4.002)<br>(delete from index) | Vol. 3, pp. 921-922 |
| 94A thru 103A | 94A thru 103B | Reference should include JX103B – deposition excerpts renumbered from PX and DX exhibits (correct reference in index) | Vol. 12, pp. 3070-3073 |
| 104, 105, 106 | 104B, 105B, 106B | Reference should include B at end of numbers – deposition excerpts renumbered from PX exhibits (correct reference in index) | Vol. 12, pp. 3070-3073 |

Renda respectfully requests that the Court review the foregoing and order that the Cumulative Index of Exhibits be corrected accordingly.

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: /s Brian W. Erikson
Brian W. Erikson, TX Bar No. 06643800
Clark B. Will, P.C. TXBar No. 21502500

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)
ATTORNEYS FOR RENDA MARINE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the2nd day of May, 2005, a true and correct copy of Plaintiff's Motion for Clarification of Cumulative Index of Exhibits, was served electronically through the CM/ECF system for the Court of Federal Claims.

s/Brian W. Erikson
Brian W. Erikson