IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-306C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO ORDERS**
**CONCERNING CUMULATIVE INDEX OF TRIAL EXHIBITS**

Pursuant to the Court's Orders filed on April 27, 2005, and on April 28, 2005, concerning the accuracy of the Cumulative Index of Exhibits filed in the above captioned action on April 26, 2005, defendant, the United States, respectfully states as follows:

**A. DEFENDANT EXHIBITS**

1. The following exhibit listed in the Cumulative Index of Exhibits was not admitted into evidence: DX 5 (This exhibit number was not used by the Government.)

2. The following exhibits were admitted into evidence but are not listed in the Cumulative Index of Exhibits:

| Exhibit | Trial Transcript |
|---|---|
| DX 15 | April 4, 2005, p. 4378 |
| DX 315 | March 9, 2005, p. 2175 |

3. The following exhibits were listed in the Cumulative Index of Exhibits, but only certain pages were admitted:

| Exhibit | Trial Transcript |
|---|---|
| DX 312C, p. 816 | March 4, 2005, p. 1456 |

| Exhibit (cont'd) | Trial Transcript (cont'd) |
|---|---|
| DX 312C, p. 155 | March 4, 2005, p. 1469 |
| DX 312C, p. 640 | March 4, 2005, p. 1463 |
| DX 312C, p. 19 | March 4, 2005, p. 1463 |
| DX 312C, p. 20 | March 4, 2005, p. 1465 |
| DX 312C, p. 641 | March 4, 2005, p. 1465 |
| DX 312C, p. 642 | March 4, 2005, p. 1467 |
| DX 312C, p. 21 | March 4, 2005, p. 1467 |
| DX 357, pp. 1-3 | March 30, 2005, p. 3561 |
| DX 357, p. 8 | March 30, 2005, p. 3565 |
| DX 357, p. 9 | March 9, 2005, p. 2158 |

4. The following exhibits listed in the Cumulative Index of Exhibits were mentioned during the trial but not admitted into evidence:

| Exhibit | Trial Transcript |
|---|---|
| DX 420 | March 31, 2005, p. 3774 |
| DX 578 | March 31, 2005, p. 3797 |
| DX 1018 | March 31, 2005, p. 3774 |

**B. JOINT EXHIBITS**

1. The following exhibits appearing in the Cumulative Index of Exhibits are erroneous exhibit numbers and should not be listed: JX 2.01115; JX 6.109.

2. The following exhibit was admitted into evidence but is not listed in the Cumulative Index of Exhibits: JX 6.019 (Trial Transcript, February 28, 2005, p. 189).

3. The following exhibits listed in the Cumulative Index of Exhibits were mentioned during the trial but not admitted into evidence:

| Exhibit | Trial Transcript |
|---|---|
| JX 8.022.0001-0007 | March 4, 2004, pp. 1564-1566 |
| JX 8.023.001-0008 | March 4, 2005, pp. 1567-1570 |
| JX 84 | March 2, 2005, pp. 921-922 |

4. The following exhibits appearing in the Cumulative Index of Exhibits are not listed correctly:

JX10.001
(JX 10 was admitted in its entirety (Trial Transcript, March 1, 2005, p. 599).)

JX11, 11.001, 11.001.0001- 11.211.0002, 017
(JX 11 was admitted in its entirety (Trial Transcript, March 29, 2005, p. 3131).)

JX 15.001, 15.003.0010, 15.004, 15.011.0002, 15.011.003, 15.0002, 15.015.0003, 15.025.0006, 15.16, 15.227.0005-227.0011
(Only the following portions of JX 15 were admitted: JX 15.011 (pp. 002, 003 (Trial Transcript, April 6, 2005, p. 4961)); JX 15.015 (pp. 002, 003 (Trial Transcript, April 6, 2005, pp. 4934, 4964)); JX 15.125 (p. 006 only (Trial Transcript, April 6, 2005, p. 5061)); JX 15.227 (pp.0005 through 0011 (Trial Transcript, April 7, 2005, p. 5126).)

JX 24.0006, 0007, 0010, 24.004,008, 009)
(JX 24 was admitted in its entirety (Trial Transcript, March 1, 2005, p. 556).)

JX 28, 28.0002
(JX 28 was admitted in its entirety (Trial Transcript, March 1, 2005, p. 580).)

JX 104, JX 105, JX 106
(These exhibits were admitted as JX 104B, JX 105B, and JX 106B (Trial Transcript, March 29, 2005, p. 3073).)

**C. PLAINTIFF EXHIBITS**

1. The following exhibits listed in the Cumulative Index of Exhibits were not admitted: PX 7.002; PX 16.347; PX 16.390; PX 50; PX 87; PX 105; PX 1062; PX 1067; PX 1079; PX 1192; PX 1285; PX 1450; PX 1518; PX 1793; PX 1861; PX 1869.

2. The following exhibits admitted into evidence are not listed in the Cumulative Index of Exhibits:

| Exhibit | Trial Transcript |
|---|---|
| PX 16.437 | March 4, 2005, p. 1389 |
| PX 18.121 | March 4, 2005, p. 1429 |
| PX 255, p. 1 | April 5, 2005, p. 4741 |

3. The following exhibits appearing in the Cumulative Index of Exhibits are erroneous exhibit numbers and should not be listed:

266, 266.004.005
(PX 266 was admitted in its entirety (Trial Transcript, March 31, 2005, p. 3806).)

1874.01-16
(PX 1874 only had pages 1 through 15 (Trial Transcript, March 8, 2005, p. 2024).)

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MR. P. ALEX PETTY
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

MAY 2, 2005