IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-306C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO CORRECT CITATION IN POST-TRIAL BRIEF

Defendant, the United States, respectfully requests that the citation to JX 50 at page 40 of "Defendant's Post-Trial Brief" dated April 21, 2005, be changed to PX 7.003.0444. It has come to the attention of defendant's counsel that JX 50, though discussed by a trial witness (Mr. Steve Bowman, March 9, 2005, Tr. 2177), was not received in evidence. Another copy of that document, however, is contained in PX 7.003, which was admitted into evidence. Therefore, defendant requests that the citation "JX 50" appearing "Defendant's Post-Trial Brief" dated April 21, 2005, at page 40 be changed to "PX 7.003.0444."

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MR. P. ALEX PETTY
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

MAY 3, 2005