IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-306C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SUPPLEMENTAL RESPONSE TO ORDERS
CONCERNING CUMULATIVE INDEX OF TRIAL EXHIBITS

In "Defendant's Response to Orders Concerning Cumulative Index of Trial Exhibits" filed on May 2, 2005, defendant, the United States, represented that Plaintiff's Exhibit Nos. 50, 87, and 1285 listed on the Cumulative Index of Exhibits" filed on April 26, 2005, were not admitted into evidence at the trial of the above captioned action. Upon consultation with plaintiff and further review, the Government agrees that PX 50, PX 87, and PX 1285 were admitted into evidence on March 3, 2005. See Tr. 1027 (PX 50); Tr. 1023-1024 (PX 87); Tr. 1161 (PX 1285).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MR. P. ALEX PETTY
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

MAY 4, 2005