# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: May 12, 2005)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

In its Orders filed April 27 and April 28, 2005, the court advised the parties that it was reviewing for accuracy the April 26, 2005 Notice summarizing the Cumulative Index of Exhibits admitted at trial (Exhibit Index). The court instructed the parties to do the same and to provide the court with their lists of possible errata. The parties have complied with the court's order.

After reviewing the parties' filings and comparing the transcript of trial with the trial exhibits referenced therein, the court ORDERS that the Exhibit Index be amended as follows to reflect accurately the exhibits admitted into evidence during the trial of this matter. When individual pages within an exhibit were admitted, rather than the exhibit in its entirety, the pages specifically admitted are identified within brackets ([ ]) immediately following the exhibit number.

Plaintiff's Exhibits (PX): PX1 [1.001, 1.002], PX2 [2.001, 2.002], PX3, [3.001–.005], PX4 [4.001, 4.002], PX5, PX6 [6.001–.003], PX7 [7.001–.003], PX8, PX 16 [16.002, .004, .007, .011, .098, .099, .100, .120, .133, .141, .144, .178, .180, .181, .188, .218, .228, .231, .233, .240, .241, .253, .254, .278, .287, .307, .319, .351, .354, .357, .359, .362, .364, .371, .373, .374, .375, .379, .385, .386, .388, .389, .392, .393, .410, .411, .420, .437, .446, .531, .561, .562, .563, .569, .571, .575, .576, .577, .582, .583, .585, .588, .604, .622], PX 18 [18.004, .005, .016, .032, .043, .048, .053, .054, .068, .074, .077, .078, .083, .086, .092,

.095, .097, .099, .103, .108, .109, .121, .122, .146, .180, .202, .205, .210, .211, .212, .218], PX 20 [20.025], PX 75, PX156, PX 158, PX 175, PX 177, PX 185,PX 195, PX 216, PX 225, PX 244, PX 252, PX 255 [255.001–.004, .007], PX 262, PX 265, PX 266, PX 267, PX 271, PX 273, PX 291, PX 294 [294.001], PX 299, PX 301, PX 316, PX 317, PX 322, PX 342, PX 354, PX 355, PX 356, PX 357, PX 358, PX 362, PX 371, PX 396, PX 402, PX 403, PX 428, PX 435, PX 449, PX 454, PX 548, PX 572, PX 594, PX 649, PX 675, PX 687, PX 691, PX 699, PX 708, PX 717, PX 722, PX 773, PX 783, PX 798, PX 802, PX 817, PX 823, PX 826, PX 838, PX 840, PX 846, PX 853, PX 857, PX 866, PX 867, PX 875, PX 892, PX 915, PX 920, PX 926, PX 937, PX 949, PX 951, PX 954, PX 969, PX 975, PX 979, PX 991, PX 994, PX 997, PX 999, PX 1005, PX 1006, PX 1018, PX 1021, PX 1023, PX 1026, PX 1027, PX 1056, PX 1058, PX 1064, PX 1070, PX 1083, PX 1084, PX 1085, PX 1110, PX 1115, PX 1122, PX 1158, PX 1175, PX 1176, PX 1178, PX 1179, PX 1182, PX 1187, PX 1194, PX 1205, PX 1210, PX 1221, PX 1228, PX 1260, PX 1261, PX 1267, PX 1275, PX 1283, PX 1285, PX 1303, PX 1314, PX 1315, PX 1317, PX 1319, PX 1323, PX 1326, PX 1327, PX 1330, PX 1334, PX 1342, PX 1346, PX 1352, PX 1354, PX 1361, PX 1362, PX 1384, PX 1385, PX 1390, PX 1394, PX 1398, PX 1402, PX 1404, PX 1405, PX 1409, PX 1413, PX 1415, PX 1419, PX 1420, PX 1424, PX 1429, PX 1432, PX 1443, PX 1459, PX 1460, PX 1463, PX 1467, PX 1474, PX 1481, PX 1499, PX 1504, PX 1511, PX 1525, PX 1526, PX 1539, PX 1545 [1545.002–.003], PX 1547, PX 1551, PX 1555, PX 1573, PX 1576, PX 1583, PX 1614, PX 1615, PX 1617, PX 1619, PX 1687, PX 1692-A, PX 1692, PX 1718, PX 1720, PX 1724, PX 1725, PX 1728, PX 1729, PX 1751, PX 1763, PX 1778, PX 1794, PX 1796, PX 1797, PX 1800, PX 1823-A, PX 1823, PX 1826, PX 1827-A, PX 1827, PX 1863-A [1863A.01–.08], PX 1863 [1863.001–.025, .072–.095, .102–.118], PX 1864, PX 1867-A, PX 1867, PX 1868, PX 1874 [1874.001–.015], PX 1875 [1875.001–.002], PX 1876.

<u>Defendant's Exhibits (DX)</u>: DX 15, DX 19, DX 20, DX 43, DX 304, DX 305, DX 306, DX 307, DX 308, DX 309, DX 312C [312C/19–21, 312C/155, 312C/640–42, 312C/816], DX 315, DX 319, DX 327, DX 334, DX 349, DX 356, DX 357 [357/1–4, 357/8–9], DX 369, DX 371, DX 373, DX 403, DX 429, DX 436, DX 437, DX 447, DX 451, DX 454, DX 456, DX 458, DX 460, DX 477, DX 493, DX 499, DX 519, DX 542-A, DX 542, DX 568, DX 1020, DX 1021, DX 1045, DX 1066, DX 1067-A, DX 1067, DX 1068, DX 1069 [1069/1–3], DX 1070, DX 1071, DX 1072, DX 1073, DX 1074, DX 1075, DX 1076, DX 1077, DX 1078, DX 1079, DX 1080, DX 1081, DX 1082-A, DX 1082-B.

<u>Joint Exhibits (JX)</u>: JX 1, JX 2, JX 3, JX 4, JX 5-A, JX 5 [5.001–.027], JX 6 [6.001, .002, .004, .006, .008, .019, .023, .026, .027, .028], JX 8 [8.001, 8.022.008–.0010, 8.023.009–0011, 8.024.0001–.0012, 8.029, 8.030], JX 9, JX 10, JX 11, JX 12, JX 13, JX 14, JX 15 [15.011.0002–.0003, 15.015.0002–.0003, 15.227.0005–.0011], JX 16, JX 17, JX 18, JX 19, JX 20, JX 21, JX 22, JX 23, JX 24, JX 28, JX 31, JX 32, JX 33, JX 36, JX 38, JX 39, JX 41, JX 43, JX 45, JX 46, JX 47, JX 48, JX 49, JX 50, JX 51, JX 52, JX 53,

JX 59, JX 60. JX 61, JX 62, JX 63, JX 65, JX 69, JX 71, JX 72, JX 73, JX 74, JX 76, JX 77, JX 78, JX 79, JX 81, JX 83, JX 86, JX 88, JX 89, JX 90, JX 92, JX 94A, JX 94B, JX 95A, JX 95B, JX 96A, JX 96B, JX 97A, JX 97B, JX 98A, JX 98B, JX 99A, JX 99B, JX 100A, JX 100B, JX 101A, JX 101B, JX 102A, JX 102B, JX 103A, JX 103B, JX 104B, JX 105B, JX 106B.

The parties shall review the revised Exhibit Index and shall, on or before Monday, May 16, 2005 at 4:00 p.m. Eastern Daylight Time, advise the court of any possible inaccuracies, with citations to the trial transcript where appropriate.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge