IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-306C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO ORDER
CONCERNING AMENDED INDEX OF TRIAL EXHIBITS

Pursuant to the Court's Order filed on May 12, 2005, concerning the accuracy of the Exhibit Index in the above captioned action, defendant, the United States, respectfully states as follows:

1. JX 87 should be included in the list of Joint Exhibits. In its Order filed on May 11, 2005, the Court determined that JX 87 was admitted into evidence at trial. See May 11, 2005 Order, at pp. 2-3.

2. JX 15.125.0006 should be included in the list of Joint Exhibits. JX 15.125.0006 was identified, offered, and admitted in evidence on April 6, 2005. See Tr. 5060(21-25)-5061(1-21).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MR. P. ALEX PETTY
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

MAY 16, 2005