# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: May 16, 2005)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

In its Order filed May 12, 2005, the court amended the Notice summarizing the Cumulative Index of Exhibits (Exhibit Index Notice) to reflect accurately the exhibits that were admitted into evidence during the trial of this matter. The court instructed the parties to review the amended Exhibit Index Notice and to notify the court of any possible inaccuracies not later than 4:00 p.m. Eastern Daylight Time on May 16, 2005. Defendant timely filed its response to the court's Order and identified two exhibits that were admitted during trial but not listed in the Exhibit Index Notice. Plaintiff did not file a response.

The court agrees with defendant's additions to the Exhibit Index Notice. Accordingly, the court ORDERS that the Exhibit Index Notice and the Cumulative Index of Exhibits, both filed with the court on April 26, 2005, be amended as follows to reflect accurately the exhibits admitted into evidence during the trial of this matter. When individual pages within an exhibit were admitted, rather than the exhibit in its entirety, the pages specifically admitted are identified within brackets ([ ]) immediately following the exhibit number.

Plaintiff's Exhibits (PX): .PX1 [1.001, 1.002], PX2 [2.001, 2.002], PX3, [3.001–.005], PX4 [4.001, 4.002], PX5, PX6 [6.001–.003], PX7 [7.001–.003], PX8, PX 16 [16.002, .004, .007, .011, .098, .099, .100, .120, .133, .141, .144, .178, .180, .181, .188, .218, .228,

.231, .233, .240, .241, .253, .254, .278, .287, .307, .319, .351, .354, .357, .359, .362, .364, .371, .373, .374, .375, .379, .385, .386, .388, .389, .392, .393, .410, .411, .420, .437, .446, .531, .561, .562, .563, .569, .571, .575, .576, .577, .582, .583, .585, .588, .604, .622], PX 18 [18.004, .005, .016, .032, .043, .048, .053, .054, .068, .074, .077, .078, .083, .086, .092, .095, .097, .099, .103, .108, .109, .121, .122, .146, .180, .202, .205, .210, .211, .212, .218], PX 20 [20.025], PX 75, PX156, PX 158, PX 175, PX 177, PX 185,PX 195, PX 216, PX 225, PX 244, PX 252, PX 255 [255.001–.004, .007], PX 262, PX 265, PX 266, PX 267, PX 271, PX 273, PX 291, PX 294 [294.001], PX 299, PX 301, PX 316, PX 317, PX 322, PX 342, PX 354, PX 355, PX 356, PX 357, PX 358, PX 362, PX 371, PX 396, PX 402, PX 403, PX 428, PX 435, PX 449, PX 454, PX 548, PX 572, PX 594, PX 649, PX 675, PX 687, PX 691, PX 699, PX 708, PX 717, PX 722, PX 773, PX 783, PX 798, PX 802, PX 817, PX 823, PX 826, PX 838, PX 840, PX 846, PX 853, PX 857, PX 866, PX 867, PX 875, PX 892, PX 915, PX 920, PX 926, PX 937, PX 949, PX 951, PX 954, PX 969, PX 975, PX 979, PX 991, PX 994, PX 997, PX 999, PX 1005, PX 1006, PX 1018, PX 1021, PX 1023, PX 1026, PX 1027, PX 1056, PX 1058, PX 1064, PX 1070, PX 1083, PX 1084, PX 1085, PX 1110, PX 1115, PX 1122, PX 1158, PX 1175, PX 1176, PX 1178, PX 1179, PX 1182, PX 1187, PX 1194, PX 1205, PX 1210, PX 1221, PX 1228, PX 1260, PX 1261, PX 1267, PX 1275, PX 1283, PX 1285, PX 1303, PX 1314, PX 1315, PX 1317, PX 1319, PX 1323, PX 1326, PX 1327, PX 1330, PX 1334, PX 1342, PX 1346, PX 1352, PX 1354, PX 1361, PX 1362, PX 1384, PX 1385, PX 1390, PX 1394, PX 1398, PX 1402, PX 1404, PX 1405, PX 1409, PX 1413, PX 1415, PX 1419, PX 1420, PX 1424, PX 1429, PX 1432, PX 1443, PX 1459, PX 1460, PX 1463, PX 1467, PX 1474, PX 1481, PX 1499, PX 1504, PX 1511, PX 1525, PX 1526, PX 1539, PX 1545 [1545.002–.003], PX 1547, PX 1551, PX 1555, PX 1573, PX 1576, PX 1583, PX 1614, PX 1615, PX 1617, PX 1619, PX 1687, PX 1692-A, PX 1692, PX 1718, PX 1720, PX 1724, PX 1725, PX 1728, PX 1729, PX 1751, PX 1763, PX 1778, PX 1794, PX 1796, PX 1797, PX 1800, PX 1823-A, PX 1823, PX 1826, PX 1827-A, PX 1827, PX 1863-A [1863A.01–.08], PX 1863 [1863.001–.025, .072–.095, .102–.118], PX 1864, PX 1867-A, PX 1867, PX 1868, PX 1874 [1874.001–.015], PX 1875 [1875.001–.002], PX 1876.

Defendant's Exhibits (DX): DX 15, DX 19, DX 20, DX 43, DX 304, DX 305, DX 306, DX 307, DX 308, DX 309, DX 312C [312C/19–21, 312C/155, 312C/640–42, 312C/816], DX 315, DX 319, DX 327, DX 334, DX 349, DX 356, DX 357 [357/1–4, 357/8–9], DX 369, DX 371, DX 373, DX 403, DX 429, DX 436, DX 437, DX 447, DX 451, DX 454, DX 456, DX 458, DX 460, DX 477, DX 493, DX 499, DX 519, DX 542-A, DX 542, DX 568, DX 1020, DX 1021, DX 1045, DX 1066, DX 1067-A, DX 1067, DX 1068, DX 1069 [1069/1–3], DX 1070, DX 1071, DX 1072, DX 1073, DX 1074, DX 1075, DX 1076, DX 1077, DX 1078, DX 1079, DX 1080, DX 1081, DX 1082-A, DX 1082-B.

Joint Exhibits (JX): JX 1, JX 2, JX 3, JX 4, JX 5-A, JX 5 [5.001–.027], JX 6 [6.001, .002, .004, .006, .008, .019, .023, .026, .027, .028], JX 8 [8.001, 8.022.008–.0010,

8.023.009–0011, 8.024.0001–.0012, 8.029, 8.030], JX 9, JX 10, JX 11, JX 12, JX 13, JX 14, JX 15 [15.011.0002–.0003, 15.015.0002–.0003, 15.125.0006, 15.227.0005–.0011], JX 16, JX 17, JX 18, JX 19, JX 20, JX 21, JX 22, JX 23, JX 24, JX 28, JX 31, JX 32, JX 33, JX 36, JX 38, JX 39, JX 41, JX 43, JX 45, JX 46, JX 47, JX 48, JX 49, JX 50, JX 51, JX 52, JX 53, JX 59, JX 60. JX 61, JX 62, JX 63, JX 65, JX 69, JX 71, JX 72, JX 73, JX 74, JX 76, JX 77, JX 78, JX 79, JX 81, JX 83, JX 86, JX 87, JX 88, JX 89, JX 90, JX 92, JX 94A, JX 94B, JX 95A, JX 95B, JX 96A, JX 96B, JX 97A, JX 97B, JX 98A, JX 98B, JX 99A, JX 99B, JX 100A, JX 100B, JX 101A, JX 101B, JX 102A, JX 102B, JX 103A, JX 103B, JX 104B, JX 105B, JX 106B.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge