# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: May 17, 2005)

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On May 17, 2005, the Clerk's Office received a telephonic inquiry on behalf of counsel for a party in this matter, requesting information about the Court's schedule during the next several months. If the parties wish to bring a matter to the court's attention, they are instructed to file a motion, jointly if the parties agree, or separately if the parties do not agree, requesting a conference with the court.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge