UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | § | |
| PLAINTIFF, | § | |
| | § | CASE NO. 02-306C |
| V. | § | |
| | § | (JUDGE HEWITT) |
| UNITED STATES ARMY | § | |
| CORPS OF ENGINEERS, | § | |
| DEFENDANT. | § | |

**MOTION BY RENDA MARINE, INC., FOR LEAVE TO SUBSTITUTE BETTER COPY OF EXHIBIT PURSUANT TO COURT'S SUGGESTION DURING TRIAL**

Plaintiff, Renda Marine, Inc. ("Renda"), respectfully requests leave of this Court to substitute a better copy of page 2 of JX06.028 as the Court suggested at trial, and in support, states the following.

On February 28, 2005, counsel for Plaintiff was examining Tom Benero concerning the contents of JX06.028. [Trans. at 288, l. 17] As evidenced in the transcript at pages 288 and 289, part of the particular page of the exhibit on which examination was occurring (JX06.028.004) was ripped or otherwise obliterated. On two different occasions during the examination, the Court invited either party to submit a clean copy of the document if they had it in their files:

> THE COURT: Let me say that this is a government document. I don't know what the source of it is. It seems to be from Renda Marine's files. It's a joint exhibit. I would -- if I believe and if you believe that the counselor here is adding words, then you should mention those particularly, but we're working with the best evidence, as far as I understand it, because it's a joint exhibit, that we have. If someone does have a better copy of this page, of course, we'd be pleased to have it. [Trans. 289 at l. 13-20]
>
> * * *
>
> THE COURT: Full copies of this are welcome for anyone who has it in their files. [Trans. 292 at l. 23-24].

Pursuant to the Court's suggestion, Renda has located a better copy of page 4 of Joint Exhibit 06.028, and attaches that document for the Court's review. The page attached was originally produced by the United States Government as reflected by the Bates number appearing on the bottom (RM-COE-11657), and is exactly the same as the current copy of JX06.028, page 4 (also produced by the United States Government).

Upon location of the document, Cheryl Moseley (the paralegal for Plaintiff's counsel) telephoned Deborah Barbour (the paralegal for Defendant's counsel), and explained the requested relief. Ms. Barbour referred the matter to counsel for Defendant. On May 17, 2005, John Kosloske requested that the following comment be inserted into Plaintiff's motion:

> Defendant does not take a position one way or the other upon plaintiff's motion to substitute a better copy of JX06.028.0004, except to state that defendant does not contest the authenticity of the proposed substitute document, which is marked 'RM-COE-11657' in the lower, right-hand corner of the document, or dispute that the proposed substitute document is another copy of JX06.028.0004.

## CONCLUSION

For the foregoing reasons, Renda respectfully requests that the Court substitute the attached page in lieu of page 2 in Joint Exhibit 06.028.

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: s/Brian W. Erikson
Brian W. Erikson, TX Bar No. 06643800

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEYS FOR RENDA MARINE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of May, 2005, a true and correct copy of the Motion by Renda Marine, Inc., for Leave to Substitute a Better Copy of Exhibit Pursuant to Court's Suggestion During Trial was served electronically through the CM/ECF system for the Court of Federal Claims.

s/Brian W. Erikson
Brian W. Erikson

A. **STATEMENT OF CHANGE.** This formalizes verbal direction given the contractor to delete the remaining unfinished dredging and levee construction from Contract No. DACW64-99-C-0001 as follows:

1. This change deletes any remaining work under Change Order, CO-10, issued on or about May 23, 2001, directing the contractor to complete the west levees of Lost Lake Placement Area, Station 182+33 to Station 215+00 with a different alignment than that shown in the contract drawings.

2. This change deletes all requirements to complete any remaining work on the North Levees between Stations 4+00 and 40+00.

3. This change deletes the remainder of dredging as stated in a Contracting Officer's Decision letter dated June 1, 2001, signed by Mr. Curtis Cole, Jr.

B. **CHANGE IN SPECIFICATIONS.** N/A.

C. **CHANGE IN DRAWINGS.** N/A.

D. **CHANGE IN COST AND QUANTITIES.** To be determined.

E. **ADDITIONAL TIME ALLOWED.** No change in time.

F. **LIMITED OBLIGATION.** There is no additional obligation to the Government for the work under this directive, at this time.