**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RENDA MARINE, INC., Plaintiff, | ) | |
| v. | ) | No. 02-306C (Judge Hewitt) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL OF RECORD**

Pursuant to United States Court of Federal Claims Rule 83.1(c)(4), Plaintiff Renda Marine, Inc. files this Motion for Substitution of Counsel of Record. Plaintiff's current counsel of record, Brian W. Erikson, endorses the substitution and attaches his Affidavit of Endorsement. Plaintiff's new counsel of record, Clarence T. Kipps, Jr., attaches his Affidavit of Appointment. Plaintiff respectfully requests that the Clerk of Court make the appropriate entry on the docket.

Respectfully submitted,

/s Clarence T. Kipps, Jr.

Clarence T. Kipps, Jr.
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 626-5840 Telephone
(202) 628-0858 Facsimile

Counsel for Plaintiff

Dated: May 31, 2005

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 02-306C<br>(Judge Hewitt) |

**AFFIDAVIT OF ENDORSEMENT**

I hereby endorse the appointment of Clarence T. Kipps, Jr. as counsel of record in the above-captioned matter. I withdraw as counsel of record upon his substitution.

I declare under the penalty of perjury that the foregoing is true and correct.

This 26th day of May 2005.

Brian W. Erikson
QUILLING, SELANDER, CUMMISKEY,
& LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 Telephone
(214) 871-2111 Facsimile

Subscribed and sworn to or affirmed before me this 26th day of May, 2005.

Diana Q Syphay
Notary Public

My commission expires: January 14, 2007

2007

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 02-306C<br>(Judge Hewitt) |

## AFFIDAVIT OF APPOINTMENT

I hereby affirm that Plaintiff Renda Marine, Inc. has appointed me counsel of record in the above-captioned matter.

I declare under the penalty of perjury that the foregoing is true and correct.

This 26th day of May 2005.

Clarence T. Kipps, Jr.

Clarence T. Kipps, Jr.
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 626-5840 Telephone
(202) 628-0858 Facsimile

Subscribed and sworn to or affirmed before me this 26th day of May, 2005.

Notary Public

My commission expires: January 14, 2007

2007

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 31st day of May, 2005, caused the foregoing "Plaintiff's Motion for Substitution of Counsel of Record" to be delivered electronically through the United States Court of Federal Claim electronic filing system upon the following:

David M. Cohen
Director
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 8012
Washington D.C. 20530
Telephone: (202) 307-0282

John E. Kosloske
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 8012
Washington D.C. 20530
Telephone: (202) 307-0282

/s Clarence T. Kipps, Jr.

Clarence T. Kipps, Jr.