IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-306C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR CORRECTION OF TYPOGRAPHICAL AND OTHER INADVERTENT ERRORS IN THE COURT'S JULY 28, 2005 OPINION

Defendant, the United States, respectfully brings to the Court's attention the following typographical and other inadvertent errors in the text of the Court's July 28, 2005 Opinion and requests that such errors be corrected prior to publication of the Opinion:

1. In the tenth line on page 7 of the Opinion, "through" should read "thorough."

2. In the fourteenth line on page 8 of the Opinion, "when were" should read "when we were."

3. In the nineteenth line on page 8 of the Opinion, "Plaintiffs" should read "Plaintiff."

4. In the first line of footnote 8 at page 13 of the Opinion, "object" should read "objects."

5. In the fifteenth line on page 21 of the Opinion (counting from the text following the indented material at the top of the page), "a" should read "A."

6. In the seventh line of footnote 30 at page 48 of the Opinion (counting from the text following the indented material in the footnote), "October 26, 1998" appearing between "the" and "spreadsheet" should be deleted. The record does not contain an October 26, 1998 version of Mr. Fisher's Stiff Clay Spreadsheet. October 26, 1998, is the date upon which the contract for the Upper Bayou Project was awarded to plaintiff.

7. In the first line of the indented material at the top of page 71 of the Opinion, "guest" should read "guess."

8. In the first line of the first paragraph on page 76 of the Opinion, "Plaintiff's" should read "Plaintiff."

9. In the second line of the second paragraph on page 76 of the Opinion, "1988" should read "1998."

10. In the second line of the first paragraph on page 78 of the Opinion, "experienced" should read "experience."

11. In the first line of the second full paragraph on page 101 of the Opinion (after "b. Mooring Buoy"), "defendant" should read "plaintiff."

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MR. P. ALEX PETTY
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

AUGUST 8, 2005