# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: August 12, 2005)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is defendant's Motion for Correction of Typographical and Other Inadvertent Errors in the Court's July 28, 2005 Opinion (Def.'s Mot.), filed electronically August 8, 2005. In its motion, defendant "respectfully brings to the Court's attention [eleven] typographical and other inadvertent errors in the text of the Court's July 28, 2005 Opinion and requests that such errors be corrected." For the reasons stated therein, the court GRANTS defendant's motion. A copy of the court's July 28, 2005 Opinion that reflects the corrections pointed out by defendant shall be submitted for publication.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge