IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RENDA MARINE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 02-306C<br>(Judge Hewitt) |

**MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Renda Marine, Inc., pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, hereby requests an enlargement of time by which to file the motions referenced in the second paragraph of page 130 of the Opinion issued on July 28, 2005 in the above-captioned case ("Motions"). Specifically, Renda Marine requests an additional thirty-three days to analyze the record to identify what it considers a viable breach of implied duty claim or claims that were tried by consent, and to propose a briefing schedule. Renda Marine would thus file the Motions on or before October 4, 2005. Counsel for Renda Marine has conferred with counsel for the United States, and the United States does not object to the enlargement of time sought by this motion.

Respectfully submitted,

/s Clarence T. Kipps, Jr.

Clarence T. Kipps, Jr.
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 626-5800 (Telephone)
(202) 628-0858 (Facsimile)

Counsel for Renda Marine, Inc.
Plaintiff

*Of Counsel*:

Angela B. Styles
Lisanne E. S. Cottington
Lara A. Covington
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 626-5800 (Telephone)
(202) 628-0858 (Facsimile)

Brian W. Erikson
QUILLING, SELANDER, CUMMISKEY, & LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

Dated: August 25, 2005

CERTIFICATE OF SERVICE

I hereby certify that I have this 25th day of August, 2005, caused the foregoing "Motion for Enlargement of Time" to be served by the United States Court of Federal Claims ECF system upon the following:

David M. Cohen
John E. Kosloske
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 8012
Washington D.C. 20530
Telephone: (202) 307-0282

/s Clarence T. Kipps, Jr.
Clarence T. Kipps, Jr.