# In the United States Court of Federal Claims

No. 02-306 C

(E-Filed: August 26, 2005)

| | |
|---|---|
| RENDA MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

Before the court is plaintiff's unopposed Motion for an Enlargement of Time, filed electronically August 25, 2005. For the reasons stated therein, the court GRANTS plaintiff's motion. Plaintiff shall file its motion or motions, if any, that "a claim for a breach of the duty not to hinder [has] been tried by consent" of the parties, Trial Opinion at 130, and its proposed briefing schedule, on or before Tuesday, October 4, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge