**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 02-306C<br>(Judge Hewitt) |

**PLAINTIFF'S MOTION TO STAY PROCEEDINGS**

Plaintiff, Renda Marine, Inc. ("Renda"), respectfully submits this Motion requesting the Court to stay proceedings in order to allow Renda to present previously unpresented claims to the contracting officer.

On July 28, 2005, the Court issued its 130-page Opinion finding that Renda had "failed to prove by a preponderance of credible evidence that it is entitled to recover" on the claims it pursued at trial. July 28, 2005 Opinion at 130. The Court's Opinion noted, however, that Renda might be able to prevail on the record before it on a legal theory that Renda had not pursued at trial:

> The court believes that the evidence adduced at trial might support a claim of a breach of the implied duty of the government not to hinder a contractor's performance. For example, both the government's failure to respond timely to plaintiff's request for guidance about the West Levee realignment, and the government's failure, upon observing plaintiff's relocation of the levee, to correct what the government now claims is plaintiff's misunderstanding, appear on their face to be unreasonable. The court would entertain a motion to deem a claim for a breach of the duty not to hinder to have been tried by consent and would consider as well a motion to schedule additional briefing, to be based entirely on the testimony and documentary evidence in the trial record, on that additional claim. Any such motion shall be filed on or before September 1, 2005.

*Id.*

The Court's Opinion also noted that Renda may have claims under the contract that had not yet been presented to the contracting officer:

> The court also considers the possibility that plaintiff may have failed to present certain claims under the contract. If such an unpresented claim exists and is not time barred under 41 U.S.C. § 605(a) (2000), the court would entertain a request to stay proceedings pending the presentation of a claim or claims to the contracting officer for decision.

*Id.*

As the Court is aware, undersigned counsel entered his appearance in the case and replaced plaintiff's prior counsel of record on June 6, 2005. On August 26, 2005, the Court granted Renda's Motion for Extension of Time, and gave Renda until October 4, 2005 to "file its motion or motions, if any, that 'a claim for a breach of the duty not to hinder to [has] been tried by consent' of the parties." August 26, 2005 Order.

Counsel has now had an opportunity to review some, but not all, of the voluminous record in this matter, and to consult with his client, and it appears to him that (1) a claim of breach of the implied duty not to hinder, including but not necessarily limited to, the West Levee realignment, were tried by consent and (2) Renda has additional claims under the contract that have not yet been presented to the contracting officer. Accordingly, Renda intends (1) to move the Court to deem a claim for a breach of the duty not to hinder to have been tried by consent and to schedule additional briefing on those issues, and (2) to present additional claims to the contracting officer for decision.

The issues raised in additional claims to the contracting officer will be closely related to the issues raised by Renda's motion regarding claims for breach of the duty not to hinder. Renda anticipates that significant portions of its new claims to the contracting officer will be based upon the existing trial record in this matter. Accordingly, it appears to Renda to be in the interest

of judicial economy, and the most efficient and cost-effective for the parties, to defer filing Renda's Motion related to the breach of the duty not to hinder and briefing that Motion until after any appeal from Renda's new claims to the contracting officer are before this Court.

Renda respectfully requests the Court to suspend these proceedings until such time as Renda has presented additional claims to the contracting officer, and the contracting officer has acted, or is deem to have acted, upon those claims. To avoid an indefinite suspension of proceedings, Renda requests the Court to order that (1) Renda present any and all additional claims to the contracting officer within 120 days; (2) the contracting officer decide the claims no later than 90 days after they have been presented; (3) Renda file any appeal from the contracting officer's decision in this Court within 30 days of the contracting officer's decision, and (4) any such appeal be immediately consolidated with the instant case. Proceeding in this fashion will have the effect of suspending proceedings in this matter for no more than 240 days, or approximately 8 months.

Renda further requests that the Court hold a status conference with the parties shortly after any appeal is filed to (1) schedule any additional discovery that may be necessary on Renda's new claims, and (2) schedule an evidentiary hearing in order to cover additional facts relevant to Renda's new claims.

Counsel for Renda Marine has conferred with counsel for the United States, and the United States intends to file an Opposition to this Motion.

Respectfully submitted,

/s Clarence T. Kipps, Jr.

Clarence T. Kipps, Jr.
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 626-5800 (Telephone)
(202) 628-0858 (Facsimile)

Counsel for Renda Marine, Inc.
Plaintiff

*Of Counsel*:
Angela B. Styles
Mary Lou Soller
Brian A. Hill
Lara A. Covington
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 626-5800 (Telephone)
(202) 628-0858 (Facsimile)

Dated: October 4, 2005

CERTIFICATE OF SERVICE

I hereby certify that I have this 4th day of October, 2005, caused the foregoing "Plaintiff's Motion to Stay Proceedings" to be served by the United States Court of Federal Claims ECF system upon the following:

David M. Cohen
John E. Kosloske
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 8012
Washington D.C. 20530
Telephone: (202) 307-0282

/s Clarence T. Kipps, Jr.
Clarence T. Kipps, Jr.