**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 02-306C<br>(Judge Hewitt) |

PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE
TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS

Plaintiff, Renda Marine, Inc. ("Renda"), respectfully replies to Defendant's Response to its Motion to Stay Proceedings ("Def. Resp."). For the reasons set forth here and in its original motion, plaintiff respectfully requests that the Court grant its motion.

The government contends that Renda failed to comply with the Court's orders because Renda has not filed a motion to deem its breach of implied duty claim or claims tried by consent (Def. Resp. at 3-4). This argument ignores that Renda's motion to stay proceedings pending the presentation of a claim or claims to the contracting officer for decision is expressly authorized by the Court's July 28, 2005, Opinion.

The government also contends that Renda failed to identify the claims to be submitted to the contracting officer and that such failure makes it impossible to determine whether any claims exist or are time barred. (*Id.* at 6.) As the Court is aware, the record in this case is large and complicated. Renda obtained new counsel in June 2005, and counsel for Renda has spent significant time reviewing the record to determine what claims exist. After reviewing, much, but not all, of the record, Renda's counsel has determined that Renda has valid claims that have not been presented to the contracting officer. Upon completion of review of the record and further

discussions with plaintiff, Renda's counsel will select the most appropriate legal basis for the claims and file simple and concise claims with the contracting officer. None of the claims under the contract would be time barred by the six-year statute of limitation under 41 U.S.C.§ 605(a) (2000).

The government further argues that it would be more efficient for the parties to continue to litigate some claims before this Court while Renda presents related claims to the contracting officer. (*Id.* at 4-5.) The government's suggestion would require this Court to address closely related issues on two separate occasions. The government's approach would not only be less efficient for the parties, but would result in a waste of judicial time and resources.

Finally, the government contends that the Court does not have the authority to issue an order establishing a time limit for the contracting officer to act on the claims. (*Id.* at 6-8.) Renda proposed a schedule to provide the Court and the government assurance that the claims would be pursued expeditiously. Based on the involvement of the contracting officer and his staff in the performance of the contract and in this case, Renda believes that ninety (90) days is a reasonable time within which a decision could be rendered. Under the circumstances, the Court has authority to direct the contracting officer to issue a decision within 90 days. However, if the Court prefers not to impose such a deadline now, the Court could order a status hearing sixty (60) days after Renda's claims are presented to the contracting officer to determine the status of the claims and whether the Court should set a deadline.

For the foregoing reasons, Renda's Motion should be granted.

Respectfully submitted,

/s Clarence T. Kipps, Jr.

Clarence T. Kipps, Jr.
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 626-5800 (Telephone)
(202) 628-0858 (Facsimile)

Counsel for Renda Marine, Inc.
Plaintiff

*Of Counsel*:

Mary Lou Soller
Brian A. Hill
Lara A. Covington
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 626-5800 (Telephone)
(202) 628-0858 (Facsimile)

Dated: October 24, 2005

CERTIFICATE OF SERVICE

I hereby certify that I have this 34th day of October, 2005, caused the foregoing "Plaintiff's Reply to Defendant's Response to Plaintiff's Motion to Stay Proceedings" to be served by the United States Court of Federal Claims ECF system upon the following:

David M. Cohen
John E. Kosloske
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 8012
Washington D.C. 20530
Telephone: (202) 307-0282

/s Clarence T. Kipps, Jr.
Clarence T. Kipps, Jr.