IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RENDA MARINE, INC., )
Plaintiff, )
)
vs. ) CASE NO. 02-306C
)
THE UNITED STATES, )
Defendant. )

ORAL DEPOSITION

THOMAS BENERO

January 8, 2004

ORAL DEPOSITION OF THOMAS BENERO, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 8th day of January, 2004, from 9:02 a.m. to 5:06 p.m., before Stacey Whitley, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of the United States Corps of Engineers, 2000 Fort Point Road, 2nd Floor, Galveston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

COPY

feelings to me, engineers, the other engineers, the Joint Venture, that he favored terminating Renda Marine for default based on the progress of Renda Marine at that time on this contract.

Q. (BY MR. ERIKSON) Progress or lack thereof?

A. Or the lack of progress, yes.

Q. Now, Mr. Rozsypal apparently felt that there should be greater progress than there was, right?

A. Not only Mr. Rozsypal but also the Government and the Joint Venture and the Port of Houston.

Q. And by that time Renda had submitted notices of differing site condition and other notices of problems that Renda was having that Renda contended weren't Renda's fault, right?

A. That is correct. Yes.

Q. Now, ultimately Renda was not terminated for default, correct?

A. That is correct.

Q. What did the Government do ultimately with this project? What happened?

A. Ultimately?

Q. Yeah. What's the paperwork show? Dealing with Renda, what does the paperwork show? We're going to get into some of it. What does the paperwork show?

A. The paperwork shows that Renda completed the

majority of its contract with the exception of Section 9. We terminated a portion -- we, the Government -- a portion for the convenience of the Government on Section 9 and that was the end of the contract.

Q. Okay. Let's talk about Section 9 for a second. Section 9 had a number of obstacles that Renda was encountering, right?

A. Right.

Q. So, the Government terminated for convenience because of the obstacles, correct?

A. Not only because of the obstacles but also because of the condition that the Joint Venture, the Port of Houston, and the Government felt that Renda was not doing the kind of work, the quality of work that they wanted Renda to do in Section 9. And so, they came to us, me, the contracting officer, and asked that a termination for convenience notice be issued to Renda Marine and that we would subsequently readvertise and award that portion of the Section 9 that was not completed to another contractor.

Q. Now, as you understand a termination for convenience, what that does is it sort of liberates the contractor from having to perform that sort of work, right?

A. That is correct.

Q. So, the Government doesn't have to pay the contractor any more for doing work in that area and the

CHANGES AND SIGNATURE

WITNESS NAME: ______________ DATE OF DEPOSITION: ___________

PAGE LINE CHANGE REASON

16 4 "Ft. Meed," MD, to be changed to "Ft. Meade, MD."

45 10 Change the word "contracting" to "contract."

55 16 Change, "mistaken bid" to read, "mistake in bid."

101 17 Change the word, "contracts" to "contractors."

123 4 Change the word, "change" to "changed."

I, THOMAS BENERO, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

Thomas Benero

THOMAS BENERO

THE STATE OF )

COUNTY OF )

Before me, RUBEN R VILLAGRAN, on this day personally appeared THOMAS BENERO, known to me ~~or proved to me on the oath of~~ ~~or through~~ (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/~~she~~ executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office on this 3rd day of MARCH, 2004.

Ruben R. Villagran

NOTARY PUBLIC IN AND FOR

THE STATE OF TEXAS

My Commission Expires:

RUBEN R. VILLAGRAN
Notary Public, State of Texas
My Commission Expires
January 02, 2005

STATE OF TEXAS
COUNTY OF HARRIS

REPORTER'S CERTIFICATE
ORAL DEPOSITION OF THOMAS BENERO
January 8, 2004

I, the undersigned Certified Shorthand Reporter in and for the State of Texas, certify that the facts stated in the foregoing pages are true and correct.

I further certify that I am neither attorney or counsel for, related to, nor employed by any parties to the action in which this testimony is taken and, further, that I am not a relative or employee of any counsel employed by the parties hereto or financially interested in the action.

SUBSCRIBED AND SWORN TO under my hand and seal of office on this the 22nd day of January, 2004.

Stacey Whitley by Norma DelaCruz

Stacey Whitley, CSR
Texas CSR 3999
Expiration: 12/31/2005
ESQUIRE DEPOSITION SERVICES
Firm Registration No.: 03
3401 Louisiana, Suite 300
Houston, Texas 77002
713-524-4600