**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RENDA MARINE, INC., Plaintiff, | |
| v. | Case No.: 1:02-cv-00306-ECH |
| UNITED STATES OF AMERICA Defendant. | |

**NOTICE OF APPEAL**

Notice is hereby given that Renda Marine, Inc., Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court of Federal Claims' opinion dated July 28, 2005 (docket entry 208); from its opinion dated June 30, 2006 (docket entry 232); and from its Judgment in favor of Defendants, entered on June 30, 2006 (docket entry 233).

Respectfully submitted,

/s/

Clarence T. Kipps, Jr.
Mary Lou Soller
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 628-0858

Counsel for Renda Marine, Inc.