#065349

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
AUG 29 2006
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., Plaintiff, | ) | |
| v. | ) | Case No.: 1:02-cv-00306-ECH |
| UNITED STATES OF AMERICA Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Renda Marine, Inc., Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court of Federal Claims' opinion dated July 28, 2005 (docket entry 208); from its opinion dated June 30, 2006 (docket entry 232); and from its Judgment in favor of Defendants, entered on June 30, 2006 (docket entry 233).

Respectfully submitted,

Clarence T. Kipps, Jr.
Mary Lou Soller
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 628-0858

Counsel for Renda Marine, Inc.



640077.1

## CERTIFICATE OF SERVICE

I hereby certify that, on August 29, 2006 I caused a true and correct copy of the attached **NOTICE OF APPEAL** to be served as indicated, to:

John E. Koslske
U.S. Dep't of Justice
Civil Div. - Commercial Lit. Branch
1100 L St. NW, 8th Floor
Washington, DC 20530

(BY HAND DELIVERY)

Clarence T. Kipps, Jr.